UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.<br>     Plaintiff,<br><br>v.<br><br>LINDA SUN, individually, DAVID SUN, individually, SHILLOCK YUAN-SUN, individually, and INFINITY WOOD PRODUCTS, LLC,<br>     Defendants. | Civil Action No. 1:22-cv-10833 |

## NOTICE OF APPEARANCE

Please enter the appearance of Connie C. Dai and Yi Ke of Lions Law P.C. as co-counsel for plaintiff Sunco Timber (Kunshan) Co. Ltd. in the above-captioned action.

**DATED: June 3, 2022**               **PLAINTIFF,**
                                       By its attorney,

                                       */s/ Connie C. Dai*
                                       Connie C. Dai (BBO#683330)
                                       Yi Ke (BBO# 690856)
                                       Lions Law, P.C.
                                       460 Totten Pond Road, Suite 410
                                       Waltham, Massachusetts 02451
                                       (617) 232-7503 Telephone
                                       connie@lionslawgroup.com
                                       yi@lionslawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that the above document was filed through the CM/ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) on this June 3, 2022.

                    */s/ Connie C. Dai*
                    Connie C. Dai

1