UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LINDA SUN, et al., <br><br> Defendants | Civ. A. No. 22-10833-ADB |

### NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance as counsel for the defendant, Linda Sun.

    Respectfully submitted,

    LINDA SUN

    By her attorney:

    */s/ Theodore J. Folkman*

    Theodore J. Folkman (BBO No. 647642)
    FOLKMAN LLC
    53 State St., Suite 500
    Boston, MA 02109
    (617) 219-9664
    ted@folkman.law

Dated: June 23, 2022