UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LINDA SUN, et al., <br><br> Defendants | Civ. A. No. 22-10833-ADB |

**DEFENDANTS' ASSENTED -TO MOTION FOR EXTENSION OF TIME TO ANSWER**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the defendants move for an extension of time to August 1, 2022 to answer or otherwise respond to the complaint. In support of this motion, the defendants state that they require additional time to investigate the facts and prepare a response. Counsel for the plaintiff has assented to this motion.

Respectfully submitted,

LINDA SUN

By her attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State St., Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law

DAVID SUN, SHILLOCK YUAN-SUN, and INFINITY WOOD PRODUCTS, LLC

By their attorneys:

*/s/ Michele E. Connolly*

Peter E. Ball (BBO No. 546031)
Michele E. Connolly (BBO No. 680946)
FITCH LAW PARTNERS LLP
84 State St., 11th Floor
Boston, MA 02109
(617) 542-5542
peb@fitchlp.com
mec@fitchlp.com

Dated:  June 23, 2022

2

CERTIFICATE OF COMPLIANCE

I certify that I conferred with counsel for the plaintiff, who assented to this motion.

*/s/ Theodore J. Folkman*