# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

_____
SUNCO TIMBER (KUNSHAN) CO. LTD.

*Plaintiff*

v.

LINDA SUN, ET AL.
_____
*Defendant*

Civil Action No.:
**1:22-CV-10833-ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shillock Yuan-Sun
93 Goulding St. West
Sherborn, MA 01770

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) ⎯⎯ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⎯⎯ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lion's Law P.C / Cutter & Wilensky, LLP
460 Totten Pond Rd, 410
Waltham, MA 02145

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Sophie Phillips
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2022-06-01 14:48:43**, Clerk USDC DMA

Civil Action No.: **1:22-CV-10833-ADB**

## PROOF OF SERVICE



**Middlesex Sheriff's Office** • 400 Mystic Ave, 3rd Floor, Medford, MA 02155 • 617-547-1171
**Middlesex, ss.**

June 9, 2022

I hereby certify and return that on 6/7/2022 at 10:45 AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of SHILLOCK YUAN-SUN, 93 GOULDING ST WEST SHERBORN, MA 01770 and by mailing 1st class to the above address on 6/7/2022 Fees: Attest ($10.00) Basic Service Fee ($20.00) Postage and Handling ($5.00) Travel ($12.80) Conveyance ($4.50) Total: $52.30

Paul J. Culliton
Deputy Sheriff

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

_____    _____
Date                                          Server's Signature

                                                    _____
                                                    Printed name and title

                                                    _____
                                                    Server's Address

Additional information regarding attempted service, etc: