UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Sunco Timber (Kunshan) Co., Ltd., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Linda Sun, individually, David Sun, individually ) <br> Shillock Yuan-Sun, individually, and Infinity ) <br> Wood Products, LLC., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 1:22-cv-10833-ADB |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michele E. Connolly of Fitch Law Partners LLP on behalf of David Sun, Shillock Yuan-Sun, and Infinity Wood Products, LLC.

Dated: July 11, 2022

                                            DAVID SUN, SHILLOCK YUAN-SUN, and INFINITY WOOD PRODUCTS, LLC

                                            By their attorneys,

                                            */s/ Michele E. Connolly*
                                            Peter E. Ball, BBO #546031
                                            Michele E. Connolly, BBO #680946
                                            Fitch Law Partners LLP
                                            84 State Street
                                            Boston, MA 02109
                                            617-542-5542
                                            *peb@fitchlp.com*
                                            *mec@fitchlp.com*

## Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 11, 2022.

            */s/ Michele E. Connolly*
            Michele E. Connolly