UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINDA SUN, individually, DAVID SUN, individually )<br>SHILLOCK YUAN-SUN, individually, and INFINITY )<br>WOOD PRODUCTS, LLC., )<br>)<br>Defendants. )<br>) | C.A. No. 1:22-cv-10833-ADB |

## INFINITY WOOD PRODUCTS, LLC'S RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Infinity Wood Products, LLC states that it has no parent corporation and no publicly held company owns ten percent or more of its stock.

Dated: July 11, 2022

                                      DAVID SUN, SHILLOCK YUAN-SUN, and
                                      INFINITY WOOD PRODUCTS, LLC

                                      By their attorneys,

                                      */s/ Michele E. Connolly*
                                      Peter E. Ball, BBO #546031
                                      Michele E. Connolly, BBO #680946
                                      FITCH LAW PARTNERS LLP
                                      84 State Street
                                      Boston, MA 02109
                                      617-542-5542
                                      *peb@fitchlp.com*
                                      *mec@fitchlp.com*

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 11, 2022.

                                          */s/ Michele E. Connolly*
                                          Michele E. Connolly