# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> LINDA SUN, individually, DAVID SUN, individually SHILLOCK YUAN-SUN, individually, and INFINITY WOOD PRODUCTS, LLC., <br><br> Defendants. | C.A. No. 1:22-cv-10833-ADB |

## NOTICE OF APPEARANCE

Please enter the appearance of Peter E. Ball of Fitch Law Partners LLP on behalf of David Sun, Shillock Yuan-Sun, and Infinity Wood Products, LLC.

Dated:  July 11, 2022

DAVID SUN, SHILLOCK YUAN-SUN, and INFINITY WOOD PRODUCTS, LLC

By their attorneys,

*/s/ Peter E. Ball*
Peter E. Ball, BBO #546031
Michele E. Connolly, BBO #680946
FITCH LAW PARTNERS LLP
84 State Street
Boston, MA 02109
617-542-5542
*peb@fitchlp.com*
*mec@fitchlp.com*

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 11, 2022.

                                              */s/ Peter E. Ball*
                                              Michele E. Connolly