UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.<br>    Plaintiff,<br><br>v.<br><br>LINDA SUN, individually, DAVID SUN, individually, SHILLOCK YUAN-SUN, individually, and INFINITY WOOD PRODUCTS, LLC,<br>    Defendants. | Civil Action No. 1:22-cv-10833 |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Sunco Timber (Kunshan) Co. Ltd. by and through its attorney makes the following statement as its Corporate Disclosure Statement:

1. Plaintiff Sunco Timber (Kunshan) Co. Ltd. is the entity that is named in the above-captioned action;

2. Plaintiff Sunco Timber (Kunshan) Co. Ltd. is not a subsidiary; and

3. Plaintiff Sunco Timber (Kunshan) Co. Ltd. is not publicly held company and no public company owns ten percent (10%) or more of its stock.

**DATED: July 29, 2022**                                      **PLAINTIFFS,**
                                                              By their attorney,


                                                              */s/ Connie C. Dai*
                                                              Connie C. Dai (BBO# 683330)
                                                              Yi Ke (BBO# 690856)
                                                              Lions Law, P.C.
                                                              460 Totten Pond Road, Suite 410
                                                              Waltham, Massachusetts 02451
                                                              (617) 232-7503 Telephone
                                                              connie@lionslawgroup.com

>/s/ Timothy K. Cutler
> Timothy K. Cutler (BBO#636124)
> CUTLER & WILENSKY LLP
> 460 Totten Pond Road, Suite 410
> Waltham, Massachusetts 02451
> (617) 232-7500 Telephone
> (617) 232-7560 Facsimile
> tim@cutlerlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that the above document was filed through the CM/ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) on this July 29, 2022.

>/s/ Timothy K. Cutler
> Timothy K. Cutler