UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LINDA SUN, *et al.,* <br><br> Defendants | Civ. A. No. 22-10833-ADB |

**MOTION OF LINDA SUN TO
DISMISS COUNTS 4, 5, 8, 9, 10, AND 11**

The defendant, Linda Sun, moves for dismissal of counts 4, 5, 8, 9, 10, and 11 of the complaint for failure to state a claim on which relief can be granted. A memorandum of law accompanies this motion. Mrs. Sun also joins in the motion to dismiss filed by the other defendants today.

REQUEST FOR ORAL ARGUMENT

The defendant requests oral argument on this motion.

Respectfully submitted,

LINDA SUN

By her attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State St., Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law

Dated:  August 1, 2022

## LOCAL RULE 7.1 CERTIFICATE

  I certify that I have conferred with counsel for the plaintiff and attempted in good faith to resolve or narrow the issues presented in this motion.

                */s/ Theodore J. Folkman*