UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sunco Timber (Kunshan) Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Linda Sun, individually, David Sun, individually Shillock Yuan-Sun, individually, and Infinity Wood Products, LLC., <br><br> Defendants. | C.A. No. 1:22-cv-10833-ADB |

## DEFENDANTS DAVID SUN, SHILLOCK YUAN-SUN, AND INFINITY WOOD PRODUCTS, LLC'S MOTION TO DISMISS

Defendants David Sun ("David"), Shillock Yuan-Sun ("Shillock"), and Infinity Wood Products, LLC ("Infinity") (collectively, "Defendants") hereby move to dismiss all Counts against David and Shillock (Counts V, VIII, IX, X, and XI) and Counts II, III, V, VIII, IX, and XI against Infinity for failure to state a claim upon which relief may be granted under Federal Rule of Civil Procedure 12(b)(6).[1] In support of the instant Motion, Defendants file the accompanying Memorandum of Law. In addition, because there is overlap in the arguments made by Defendant Linda Sun in support of her Motion to Dismiss Counts 4, 5, 8, 9, 10, and 11 (*see* Doc. No. 16), Defendants also join in and rely upon Linda's memorandum of law in support of her Motion to Dismiss (*see* Doc. No. 17).

---

[1] While Count I for breach of contract against Infinity is without merit, Infinity does not challenge that claim in this Motion to Dismiss, and reserves its right to challenge that claim, and any remaining claims, at a later date.

1

WHEREFORE, Defendants David Sun, Shillock Yuan-Sun, and Infinity Wood Products, LLC respectfully request that their Motion to Dismiss be granted and Counts V, VIII, IX, X, and XI of the Complaint be dismissed with prejudice against David Sun and Shillock Yuan-Sun and Counts II, III, V, VIII, IX, and XI of the Complaint be dismissed with prejudice against Infinity Wood Products LLC.

        Respectfully Submitted,

        DAVID SUN, SHILLOCK YUAN-SUN, and INFINITY WOOD PRODUCTS, LLC

        By their attorneys,

        */s/ Michele E. Connolly*
        Peter E. Ball, BBO #546031
        Michele E. Connolly, BBO #680946
        Rebekah Glickman-Simon, BBO #708043
        FITCH LAW PARTNERS LLP
        84 State Street
        Boston, MA 02109
        617-542-5542
        *peb@fitchlp.com*
        *mec@fitchlp.com*
        *rgs@fitchlp.com*

Dated: August 1, 2022

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants David Sun, Shillock Yuan-Sun, and Infinity Wood Products, LLC respectfully request that the Court hold oral argument on the Motion to Dismiss. Defendants believe that oral argument will materially assist the Court in ruling on the Motion.

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 1, 2022.

                                */s/Michele E. Connolly*
                                Michele E. Connolly