UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINDA SUN, individually, DAVID SUN, individually )<br>SHILLOCK YUAN-SUN, individually, and INFINITY )<br>WOOD PRODUCTS, LLC., )<br>)<br>Defendants. )<br>) | C.A. No. 1:22-cv-10833-ADB |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1 CONCERNING
DEFENDANTS DAVID SUN, SHILLOCK YUAN-SUN, AND
INFINITY WOOD PRODUCTS, LLC'S MOTION TO DISMISS**

I, Michele E. Connolly, counsel for Defendants David Sun, Shillock Yuan-Sun, and Infinity Wood Products, LLC, hereby certify that I conferred with counsel for Plaintiff on July 29, 2022, in a good-faith effort to resolve or narrow the issues raised in Defendant David Sun, Shillock Yuan-Sun, and Infinity Wood Products, LLC's Motion to Dismiss.

*/s/ Michele E. Connolly*
Michele E. Connolly

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 1, 2022.

*/s/Michele E. Connolly*
Michele E. Connolly

1