**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.<br>   Plaintiff,<br><br>v.<br><br>LINDA SUN, individually, DAVID SUN, individually, SHILLOCK YUAN-SUN, individually, and INFINITY WOOD PRODUCTS, LLC,<br>   Defendants. | Civil Action No. 1:22-cv-10833 |

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiff Sunco Timber (Kunshan) Co. Ltd., respectfully requests an extension of time submit its opposition to defendants' respective motions to dismiss. The parties have conferred and counsel for defendants have graciously consented to allowing plaintiff additional time to file a respond to their motions to dismiss. Plaintiff requests this extension of time in that lead counsel will be on vacation commencing August 5, 2022 and not returning until after the current deadline to submit plaintiff's opposition and co-counsel's demanding work calendar.

As such, plaintiff respectfully requests that the Court extend the time to plaintiff to respond to defendants' motions to dismiss until September 2, 2022.

DATED: August 3, 2022                 **PLAINTIFFS,**
By their attorney,

*/s/ Connie C. Dai*
Connie C. Dai (BBO#683330)
Yi Ke (BBO# 690856)
Lions Law, P.C.
460 Totten Pond Road, Suite 410
Waltham, Massachusetts 02451
(617) 232-7503 Telephone
connie@lionslawgroup.com

*/s/ Timothy K. Cutler*
Timothy K. Cutler (BBO#636124)
CUTLER & WILENSKY LLP
460 Totten Pond Road, Suite 410
Waltham, Massachusetts 02451
(617) 232-7500 Telephone
(617) 232-7560 Facsimile
tim@cutlerlegal.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above document was filed through the CM/ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) on this August 3, 2022.

*/s/ Timothy K. Cutler*
Timothy K. Cutler