UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUNCO TIMBER (KUNSHAN) CO., LTD.,

Plaintiff,

vs.

LINDA SUN, *et al.,*

Defendants

Civ. A. No. 22-10833-ADB

## ASSENTED-TO MOTION OF LINDA SUN TO FILE REPLY BRIEF

The defendant, Linda Sun, moves, pursuant to L.R. 7.1(b)(3), for leave to file the

attached reply brief. Counsel for the plaintiff has assented to this motion.

Respectfully submitted,

LINDA SUN

By her attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State St., Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law

Dated: September 9, 2022

1

## CERTIFICATE OF COMPLIANCE

I certify that on September 7, 2022, I conferred by email with counsel for the plaintiff, who assented to this motion.

/s/ Theodore J. Folkman