UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> LINDA SUN, individually, DAVID SUN, individually SHILLOCK YUAN-SUN, individually, and INFINITY WOOD PRODUCTS, LLC., <br><br> Defendants. | C.A. No. 1:22-cv-10833-ADB |

### LOCAL RULE 16.1 CERTIFICATION OF DEFENDANTS DAVID SUN, SHILLOCK YUAN-SUN, AND INFINITY WOOD PRODUCTS, LLC

The undersigned hereby affirm that Defendants David Sun, Shillock Yuan-Sun, and Infinity Wood Products, LLC and their counsel Fitch Law Partners LLP have conferred with a view to establishing a budget for the cost of conducting the full course and various alternative courses of this litigation. They have also conferred to consider the resolution of this matter through the use of Alternative Dispute Resolution programs.

Respectfully submitted,

Dated: May 12, 2023

DAVID SUN

_____

SHILLOCK YUAN-SUN

_____

INFINITY WOOD PRODUCTS, LLC

By: _____
     David Sun, Manager

1

DAVID SUN, SHILLOCK YUAN-SUN, and
INFINITY WOOD PRODUCTS, LLC

By their attorneys,

/s/ Peter E. Ball
Peter E. Ball, BBO #546031
Michele E. Connolly, BBO #680946
Malgorzata A. Mrózek, BBO #699035
FITCH LAW PARTNERS LLP
84 State Street
Boston, MA 02109
617-542-5542
peb@fitchlp.com
mec@fitchlp.com
mam@fitchlp.com

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 12, 2023.

/s/Peter E. Ball
Peter E. Ball