## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.<br>    Plaintiff,<br><br>v.<br><br>LINDA SUN, individually, DAVID SUN,<br>individually, SHILLOCK YUAN-SUN,<br>individually, and INFINITY WOOD<br>PRODUCTS, LLC,<br>    Defendants. | **Civil Action No. 1:22-cv-10833** |

### REVISED JOINT PROPOSED SCHEDULING ORDER

Pursuant to ECF 11, Fed. R. Civ. P. 26(f), and Local Rule 16.1(d) plaintiff Sunco Timber (Kunshan) Co., Ltd. and defendants Linda Sun, David Sun, Shillock Yuan-Sun and Infinity Wood Products, LLC hereby submit the following proposed scheduling order.

* * * *

1. ***Initial Disclosures***.  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) shall be completed by June 15, 2023.

2. ***Amendments to Pleadings***.  Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after January 8, 2024.

3. ***Fact Discovery***.

   a. Written discovery (requests for production of documents, interrogatories and admissions) shall be served no later than February 23, 2024.

   b. All depositions, other than expert deposition, shall be completed by June 28, 2024.

   c. All fact discovery, other than expert discovery shall be completed by June 28, 2024.

4. ***Discovery Limitations***. Time length for depositions requiring an interpreter shall be extended to twelve (12) hours.  The Parties do not propose any other changes to the limitation on discovery set forth in the Federal Rules of Civil Procedure and the Local Rules.

1

5. ***Status Conference***.  The Court will schedule a status conference at or near the close of fact discovery for case management purposes.  Any party who reasonably believes that an earlier status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

6. ***Expert Disclosures***.

   a. Plaintiff's and Counterclaimant's trial experts shall be designated, and the information contemplated in accordance with Fed. R. Civ. P. 26(a)(2) shall be disclosed by <u>July 29, 2024</u>.

   b. Plaintiff's and Counterclaimant's trial experts shall be deposed by <u>August 30, 2024</u>.

   c. Defendants' and Counterclaim Defendant's trial experts shall be designated, and the information contemplated in accordance with Fed. R. Civ. P. 26(a)(2) shall be disclosed by <u>August 28, 2024</u>.

   d. Defendants' and Counterclaim Defendant's trial experts shall be deposed by <u>September 30, 2024</u>.

   e. All expert discovery shall be completed by <u>September 30, 2024</u>.

7. ***Dispositive Motions***.

   a. All dispositive motions, including motions filed pursuant to Fed. R. Civ. P. 12 and 56, shall be filed by <u>October 31, 2024</u>.

   b. Opposition to dispositive motions may be filed within 21 days of service of the motion.

   c. Reply memorandum, not to exceed 10 pages, must be filed within 14 days after service of the opposition papers.

   d. Sur-Reply memoranda are not permitted without approval of the Court.

8. ***Trial by Magistrate Judge***.  The parties do not consent to trial by magistrate judge at this time.

9. ***Settlement Offer and Response***.  Plaintiff will make a settlement offer by <u>June 1, 2023</u> and defendants will provide a response to plaintiff by <u>June 22, 2023</u>.

**DATED: MAY 19, 2023**                **RESPECTFULLY SUBMITTED**,

PLAINTIFF,                             DEFENDANT,
Sunco Timber (Kunshan) Co., Ltd.,      Linda Sun
By her Attorneys,                      By her Attorney,


*/s/ Connie C. Dai*                    */s/ Theodore J. Folkman*
Connie C. Dai (BBO#683330)             Theodore J. Folkman (BBO 647642)
Lion's Law, P.C.                       RUBIN & RUDMAN, LLP
154 Wells Ave                          53 State Street
Newton, Massachusetts 02459            Boston, Massachusetts 02109
(617) 232-7503 Telephone               (617) 330-7000
(781) 207-8574 Fax                     Tfolkman@rubinrudman.com
connie@lionslawgroup.com


                                       DEFENDANTS,
                                       David Sun, Shillock Yuan-Sun and Infinity
                                       Wood Products, LLC,
*/s/ Timothy K. Cutler*                By Their Attorneys,
Timothy K. Cutler (BBO# 636124)
CUTLER & WILENSKY LLP
20 Walnut Street, Suite 1              */s/ Peter E. Ball*
Wellesley, Massachusetts 02481         Peter E. Ball (BBO# 546031)
(617) 232-7500 Telephone               Michele E. Connolly (BBO# 680946)
(617) 232-7560 Facsimile               Malgorzata Mrozek (BBO# 699035)
tim@cutlerlegal.com                    FITCH LAW PARTNERS LLP
                                       84 State Street
                                       Boston, Massachusetts 02109
                                       (617) 542-5542
                                       peb@fitchlp.com
                                       mec@fitchlp.com
                                       mam@fitchlp.com


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 19th day of May 2023.


*/s/ Timothy K. Cutler*
Timothy K. Cutler