UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.,<br>    Plaintiff,<br><br>v.<br><br>LINDA SUN, individually, DAVID SUN, individually, SHILLOCK YUAN-SUN, individually, and INFINITY WOOD PRODUCTS, LLC,<br>    Defendants. | Civil Action No. 1:22-cv-10833 |
| LINDA SUN,<br>Counterclaimant,<br><br>v.<br><br>SUNCO TIMBER (KUNSHAN) CO., LTD.,<br>Counterclaim Defendant. | |

## ANSWER TO COUNTERCLAIM

Plaintiff and counterclaim defendant Sunco Timber (Kunshan) Co., Ltd. respectfully submits its answer to the counterclaim of defendant and counterclaimant Linda Sun.

## JURISDICTION

1. Admit.

2. Admit.

3. Admit.

4. Admit.

1

5.  Counterclaim defendant denies the allegations and inferences set forth in paragraph 5 of the Counterclaim.

6.  Counterclaim defendant denies the allegations and inferences set forth in paragraph 6 of the Counterclaim.

### CLAIM FOR RELIEF

**Count One**
**Recognition of Foreign Judgment**
**G.L.c. 235, § 23A**

7.  Counterclaim Defendant denies and admits this incorporating allegation in accordance with its other responses.

8.  Counterclaim defendant denies the allegations and inferences set forth in paragraph 8 of the Counterclaim.

9.  Counterclaim defendant denies the allegations and inferences set forth in paragraph 9 of the Counterclaim.

10.  Admit.

11.  Counterclaim defendant denies the allegations and inferences set forth in paragraph 11 of the Counterclaim.

12.  Counterclaim defendant denies the allegations and inferences set forth in paragraph 12 of the Counterclaim.

13.  Admit.

14.  Counterclaim defendant denies the allegations and inferences set forth in paragraph 14 of the Counterclaim.

15.  Counterclaim defendant denies the allegations and inferences set forth in paragraph 15 of the Counterclaim.

## FIRST AFFIRMATIVE DEFENSE
### Failure to State A Claim

Counterclaimant fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### Estoppel

As a result of Counterclaimant's actions, she is barred from enforcing her claims.

## THIRD AFFIRMATIVE DEFENSE
### Waiver

Counterclaimant's conduct, actions and words constitute a waiver of her claims.

## FOURTH AFFIRMATIVE DEFENSE
### Laches

Counterclaimant is barred by the doctrine of laches as a result of her conduct from pursuing her claims.

## FIFTH AFFIRMATIVE DEFENSE
### Reservation of Rights

Counterclaim Defendant reserves any additional and further defenses as may be revealed during discovery or upon the receipt of additional information.

## PRAYER FOR RELIEF

Counterclaim Defendant prays for the following relief:

a.  That Counterclaimant take nothing by way of this action;
b.  Counterclaim Defendant be awarded its attorneys' fees and costs; and
c.  Any remedy the Court deems just and equitable.

## REQUEST FOR TRIAL BY JURY

Counterclaim Defendant hereby requests that this matter be tried by jury.

DATED: October 9, 2024        PLAINTIFF and COUNTERCLAIM DEFENDANT,
Sunco Timber (Kunshan) Co., Ltd.
By its attorneys,

*/s/Connie C. Dai*
Connie C. Dai (BBO#683330)
Lion's Law, P.C.
154 Wells Ave
Newton, Massachusetts 02459
(617) 232-7503 Telephone
(781) 207-8574 Fax
connie@lionslawgroup.com

*/s/Timothy K. Cutler*
Timothy K. Cutler (BBO#636124)
CUTLER & WILENSKY LLP
20 Walnut Street, Suite 1
Wellesley, Massachusetts 02481
(617) 232-7500 Telephone
(617) 232-7560 Facsimile
tim@cutlerlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that the above document was filed through the CM/ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) on this October 9, 2024.

*/s/Timothy K. Cutler*
Timothy K. Cutler