# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LINDA SUN, et al.,<br><br>　　　　Defendants. | Civ. A. No. 1:22-cv-10833-MJJ |

### NOTICE OF DEPOSITION

To: Counsel of Record

　　　Please take notice that at 10 a.m. on February 13, 2025, at the offices of Fitch Law Partners, LLP, 84 State St., Boston, Mass., the defendants, by their attorneys, will take the deposition on oral questions of Guoqing Wu, of 327 Jing Shang Road, Jing Xi Town, Kunshan City, Jiangsu Province, China, before a notary public or other person authorized to administer oaths. The deposition will be transcribed stenographically. The deposition will continue from day to day. You are invited to attend and cross-examine.

1

|  |  |
|---|---|
| DAVID SUN, SHILLOCK YUAN-SUN, INFINITY WOOD PRODUCTS, LLC, SUNCO, INC., EASTMAN ST. DISTRIBUTORS, LLC, EASTMAN ST. WOODWORKS, INC., and INFINITY REALTY CO. LLC | Respectfully submitted, LINDA SUN |
| By their attorneys: | By her attorney: |
| */s/ Peter E. Ball* | */s/ Theodore J. Folkman* |
| Peter E. Ball (BBO No. 546031)<br>Michele E. Connolly (BBO No. 680946)<br>Malgorzata Mrozek (BBO No. 699035)<br>FITCH LAW PARTNERS LLP<br>84 State St.<br>Boston, MA 02109<br>(617) 542-5542<br>peb@fitchlp.com<br>mec@fitchlp.com<br>mam@fitchlp.com | Theodore J. Folkman (BBO No. 647642)<br>RUBIN AND RUDMAN LLP<br>53 State St.<br>Boston, Mass. 02109<br>(617) 330-7135<br>tfolkman@rubinrudman.com |

Dated: November 9, 2024

3

## CERTIFICATE OF SERVICE

I certify that on November 9, 2024, I served this document by email on counsel of record.

*/s/ Theodore J. Folkman*