# EXHIBIT 5

|  |  |
|---|---|
| **From:** | Yun Cheng <yun@lionslawgroup.com> |
| **Sent:** | Tuesday, March 11, 2025 2:48 PM |
| **To:** | Peter E. Ball |
| **Cc:** | Connie Dai; Robin Quinn; Tim Cutler; Theodore J. Folkman; Taylor M. Makson; Malgorzata A. Mrózek |
| **Subject:** | [EXTERNAL] 回复: URGENT -- Motion for Extension of Scheduling Order due to health crisis that Michele is experiencing |
| **Attachments:** |  |

**WARNING: This message is from an external email address.**

Hi Peter,

I hope all is well and thanks for your response. I just realized that based on the depo notices that we served on Feb 12, we have scheduled depositions on April 11, 23, 29 and May 2. Please confirm if these dates still work for you and I apologize for any confusions.



I look forward to hearing back from you.

Thanks,
Mike

Yun Cheng, Esq
Lion's Law P.C.
154 Wells Ave, Suite 1D
Newton, Massachusetts 02459
(617) 682-7105 Direct Line
(617) 682-7111 Main Line