# EXHIBIT 6

| Subject: | 回复: URGENT -- Motion for Extension of Scheduling Order due to health crisis that Michele is experiencing |
|---|---|
| Date: | Tuesday, March 11, 2025 at 2:47:46 PM Eastern Daylight Time |
| From: | Yun Cheng |
| To: | Peter E. Ball |
| CC: | Connie Dai, Robin Quinn, Tim Cutler, Ted Folkman, Taylor M. Makson, Malgorzata A. Mrózek |
| Attachment | ███████████████████████████████████████████ |

Hi Peter,

I hope all are well and thanks for your response. I just realized that based on the depo notices that we served on Feb 12, we have scheduled depositions on April 11, 23, 29 and May 2. Please confirm if these dates still work for you and I apologize for any confusions.



I look forward to hearing back from you.

Thanks,
Mike

Yun Cheng, Esq
Lion's Law P.C.

154 Wells Ave, Suite 1D
Newton, Massachusetts 02459
(617) 682-7105 Direct Line
(617) 682-7111 Main Line
(617) 307-3515 Fax

100 Overlook Center, 2nd Floor
Princeton, New Jersey 08540
(609) 949-5205 Direct Line
(617) 682-7111 Main Line
(617) 307-3515 Fax

www.lionslawgroup.com
https://www.youtube.com/@lionslaw
https://www.linkedin.com/in/lion-s-law-group-823472263
https://vp.wanjiaweb.com/cn/zhuanlan/conniedai

Important Notice: This communication contains confidential information and may contain information, which is protected by the attorney-client privilege, or may be considered attorney work product. The contents of this email are intended solely for the recipient named above. If you received this email in error, you are advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email from your server.  Thank you for your cooperation in this matter.

**Shanghai Jiao Tong University School of Medicine - Renji Hospital--** ████████

**Department**: ████████ Clinic；  **Collection time**: 2024-08-13 14:02:11

**Name**: Guoqing Wu; ████████████████████████████████████
████████████████████████████████████

**Gender**: Male; ██████████████████████████████████████
██████████████████
██████████████████

██████████████████████████████████
██████████████████

██████████████████
████████
██████████
██████████

██████████████

**Date of diagnosis**: 2024/8/13 14:03:25

**Shanghai Jiao Tong University School of Medicine - Renji Hospital**

████████████████████

**Name**: Guoqing Wu; ████████████████████████████████████
███████████████████

████████████████████████████████████████████████
████████████████████████

████████████████████

**Diagnostic description**: ██████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████

**Microscopic diagnosis**:

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

████████████████████████████████
██████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

| | | | Shanghai Jiao Tong University School of Medicine - F |
|---|---|---|---|
| | | | Inspection report |

| Name: | Guoqing Wu | | Gender: | Male | | Age: | ■ |
|---|---|---|---|---|---|---|---|
| ███████████ | | | | | | | |

| Items | | Result | | | Reference interval |
|---|---|---|---|---|---|
| ██████████████ | | | | | ██████████ |
| | | | | | |
| | | | | | |

| Note: | | | | | | | |
|---|---|---|---|---|---|---|---|

███████████████████████████

███████████████████████████







CERTIFICATE OF TRANSLATION

I, Siqi Han, am fluent in both English and Chinese, and certify that the translation of the following documents produced by Guoqing Wu from Chinese to English are true and accurate to the best of my ability: ██ ████████████████ ███ ████████ █████████████
███████

Siqi Han

Signed on ____03/10/2025_____