UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LINDA SUN, et al., <br><br> Defendants. | Civ. A. No. 1:22-cv-10833-MJJ |

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY

The defendants jointly move for leave to file the attached reply brief in support of its Motion to Compel Compliance (ECF No. 137).

Respectfully submitted,

| | |
|---|---|
| DAVID SUN, SHILLOCK YUAN-SUN, INFINITY WOOD PRODUCTS, LLC, SUNCO, INC., EASTMAN ST. DISTRIBUTORS, LLC, EASTMAN ST. WOODWORKS, INC., and INFINITY REALTY CO. LLC | LINDA SUN |
| By their attorneys: | By her attorneys: |
| */s/ Michele E. Connolly* | */s/ Theodore J. Folkman* |
| Peter E. Ball (BBO No. 546031) <br> Michele E. Connolly (BBO No. 680946) <br> Malgorzata Mrózek (BBO No. 699035) <br> FITCH LAW PARTNERS LLP <br> 84 State St. <br> Boston, MA 02109 <br> (617) 542-5542 <br> peb@fitchlp.com <br> mec@fitchlp.com <br> mam@fitchlp.com | Theodore J. Folkman (BBO No. 647642) <br> Taylor M. Makson (BBO No. 697476) <br> RUBIN AND RUDMAN, LLP <br> 53 State St. <br> Boston, MA 02109 <br> (617) 330-7000 <br> tfolkman@rubinrudman.com <br> tmakson@rubinrudman.com |

Dated: June 23, 2025

CERTIFICATE OF COMPLIANCE

      I certify that on June 20, 2025, I conferred with counsel for the plaintiff in a good faith effort to narrow areas of disagreement to the fullest extent.

                                                                    */s/ Theodore J. Folkman*