UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LINDA SUN, et al., <br><br> Defendants. | Civ. A. No. 1:22-cv-10833-MJJ |

### DEFENDANTS' EMERGENCY MOTION TO ISSUE REQUEST

The defendants move that the Court issue the request to the Hong Kong competent authorities attached to this motion as Exhibit 1.[1] They request that the Court direct that the request be signed and sealed and emailed to counsel for Linda Sun as soon as possible in light of the need to obtain permission from the Hong Kong competent authority as quickly as possible.

This motion was discussed by Defendants' counsel with the Court during the September 10, 2025 status conference, and Defendants' counsel informed the Court that they would be filing it promptly due to the urgent need for permission from the Hong Kong competent authority in order for the depositions to be able to be taken in the timeframe ordered by the Court.

---

[1] Exhibit 1 does not include the PDF attachments that will be transmitted with the request. They are ECF Nos. 161-1, 61, 98, 102, 104, 105, and 106.

| DAVID SUN, SHILLOCK YUAN-SUN, INFINITY WOOD PRODUCTS, LLC, SUNCO, INC., EASTMAN ST. DISTRIBUTORS LLC, EASTMAN ST. WOODWORKS, INC., and INFINITY REALTY COMPANY LLC | Respectfully submitted, LINDA SUN |
|---|---|

DAVID SUN, SHILLOCK YUAN-SUN, INFINITY WOOD PRODUCTS, LLC, SUNCO, INC., EASTMAN ST. DISTRIBUTORS LLC, EASTMAN ST. WOODWORKS, INC., and INFINITY REALTY COMPANY LLC

By their attorneys:

*/s/ Peter E. Ball*

Peter E. Ball (BBO No. 546031)
Michele E. Connolly (BBO No. 680946)
Malgorzata A. Mrózek (BBO No. 699035)
FITCH LAW PARTNERS LLP
84 State St.
Boston, MA 02109
(617) 542-5542
peb@fitchlp.com
mec@fitchlp.com
mam@fitchlp.com

Respectfully submitted,

LINDA SUN

By her attorneys:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
Taylor M. Makson (BBO No. 697476)
RUBIN AND RUDMAN, LLP
53 State St.
Boston, Mass. 02109
(617) 330-7135
tfolkman@rubinrudman.com
tmakson@rubinrudman.com

Dated: September 11, 2025

4586469_1