UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> LINDA SUN, individually, DAVID SUN, individually SHILLOCK YUAN-SUN, individually, and INFINITY WOOD PRODUCTS, LLC., <br><br> Defendants, <br> SUNCO, INC., EASTMAN ST. DISTRIBUTORS LLC, EASTMAN ST. WOODWORKS, INC., INFINITY REALTY COMPANY LLC, and NEW SUN LIMITED PARTNERSHIP <br><br> Reach and Apply Defendants, and Fraudulent Conveyance Defendants | C.A. No. 1:22-cv-10833-MJJ <br><br> **DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SANCTIONS** |
| Linda Sun <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> Sunco Timber (Kunshan) Co., Ltd. <br><br> Counterclaim Defendant. | |
| Sunco, Inc. <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> Sunco Timber (Kunshan) Co., Ltd. <br><br> Counterclaim Defendant. | |

Defendants Linda Sun, David Sun, Shillock Yuan-Sun, Infinity Wood Products, LLC, Sunco, Inc., Eastman St. Distributors LLC, Eastman St. Woodworks, Inc., Infinity Realty Company LLC, and New Sun Limited Partnership (collectively, "Defendants"), respectfully request an extension to file their Motion for Sanctions from the current due date of November 21, 2025 (a date preceding the filing of Plaintiff's opposition on November 28, 2025) to **Friday December 12, 2025** (two weeks following the filing of Plaintiff's opposition).

In support of this motion, Defendants state the following:

1. Following the Status Conference before the Court on October 9, 2025, the Court adopted the Parties' proposed deadlines, including for Defendants' submission of a Motion for Sanctions following the depositions of Plaintiff's 30(b)(6) designees, Bing Zhou and Ruihua Zhou, and Guoqing Wu, which took place in Bangkok Thailand the week of September 29 through October 5, 2025.

2. The due date for the Motion for Sanctions was set for October 24, 2025. Doc. No.194.

3. The due date for Plaintiff's opposition to the Motion for Sanctions was set for November 14, 2025. *Id.*

4. The due date for Defendants' reply was November 21, 2025.

5. On October 21, 2025, Defendants sought an additional five days for their Motion, with Plaintiff's assent. Doc. No. 196. The Court granted the motion for extension that same day. Doc. No. 197.

6. On November 20, Plaintiff, with Defendants' assent, sought an extension of the deadline to file its opposition from November 14, 2025 to November 28, 2025, which the Court granted that same day. Doc. Nos. 202, 203.

7.    Accordingly, Plaintiff's opposition was filed one week after Defendants' reply to that opposition is currently due.  Defendants therefore seek an extension of the deadline to file their reply from November 21, 2025 to December 12, 2025, which date is two weeks after Plaintiff filed its opposition.

8.    Counsel for Defendants conferred with counsel for Plaintiff, who agreed to the relief sought herein.

WHEREFORE, Defendants respectfully request that the instant motion be granted and that Defendants be granted an extension to **December 12, 2025** to file their reply in support of their Motion for Sanctions.

Dated:  December 5, 2025

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| DAVID SUN, SHILLOCK YUAN-SUN, INFINITY WOOD PRODUCTS, LLC, SUNCO, INC., EASTMAN ST. DISTRIBUTORS, LLC, EASTMAN ST. WOODWORKS, INC., and INFINITY REALTY CO. LLC, | LINDA SUN and NEW SUN LIMITED PARTNERSHIP, |
| By their attorneys: | By their attorneys: |
| /s/ Michele Connolly | /s/ Theodore J. Folkman |
| Peter E. Ball (BBO No. 546031) | Theodore J. Folkman (BBO No. 647642) |
| Michele E. Connolly (BBO No. 680946) | Taylor M. Makson (BBO No. 697476) |
| Malgorzata Mrózek (BBO No. 699035) FITCH LAW PARTNERS LLP | RUBIN & RUDMAN, LLP |
| 84 State St. | 53 State Street |
| Boston, MA 02109 | Boston, MA 02109 |
| (617) 542-5542 | (617) 330-7000 |
| peb@fitchlp.com | tfolkman@rubinrudman.com |
| mec@fitchlp.com | tmakson@rubinrudman.com |
| mam@fitchlp.com | |

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 5, 2025.

           */s/ Michele Connolly*
           Michele E. Connolly

## Certificate Pursuant to Local Rule 7.1

I hereby certify that on December 4, 2025, I conferred with counsel for Plaintiff Sunco Timber (Kunshan) Co., Ltd. and counsel for Plaintiff assented to the relief requested herein.

           */s/ Michele Connolly*
           Michele E. Connolly