
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sunco Timber (Kunshan) Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Linda Sun, individually, David Sun, individually Shillock Yuan-Sun, individually, and Infinity Wood Products, LLC., <br><br> Defendants, <br> Sunco, Inc., Eastman St. Distributors LLC, Eastman St. Woodworks, Inc., Infinity Realty Company LLC, and New Sun Limited Partnership <br><br> Reach and Apply Defendants, and Fraudulent Conveyance Defendants | C.A. No. 1:22-cv-10833-MJJ <br><br> **ASSENTED-TO MOTION OF DEFENDANTS DAVID SUN, SHILLOCK YUAN-SUN, INFINITY WOOD PRODUCTS, LLC, SUNCO, INC., EASTMAN STREET DISTRIBUTORS LLC, EASTMAN STREET WOODWORKS, INC., AND INFINITY REALTY COMPANY LLC TO CONTINUE HEARING ON MOTION FOR SANCTIONS (D.E. 199) FROM FEBRUARY 19, 2026 TO MARCH 4, 2026** |
| Linda Sun <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> Sunco Timber (Kunshan) Co., Ltd. <br><br> Counterclaim Defendant. | |
| Sunco, Inc. <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> Sunco Timber (Kunshan) Co., Ltd. <br><br> Counterclaim Defendant. | |

Defendants David Sun, Shillock Yuan-Sun, Infinity Wood Products, LLC, Sunco, Inc., Eastman Street Distributors LLC, Eastman Street Woodworks, Inc., and Infinity Realty Company LLC (collectively, the "Moving Defendants") hereby move the Court to continue the hearing on Defendants' Motion for Sanctions (Doc. No. 199) from its currently scheduled date of February 19, 2026, to March 4, 2026, a date on which counsel for all parties are available. As grounds therefor, Moving Defendants state that February 19, 2026 falls during school vacation week and undersigned counsel, who will be arguing on behalf of Moving Defendants, will be out of state for a previously scheduled family vacation on that day. Counsel for Plaintiff and counsel for Defendants Linda Sun and New Sun Limited Partnership have graciously assented to the relief requested herein.

WHEREFORE, Moving Defendants respectfully move that this Court continue the hearing currently scheduled for February 19, 2026 to March 4, 2026.

Dated: January 20, 2026

Respectfully submitted,

DEFENDANTS DAVID SUN, SHILLOCK YUAN-SUN, INFINITY WOOD PRODUCTS, LLC, SUNCO, INC., EASTMAN ST. DISTRIBUTORS, LLC, EASTMAN ST. WOODWORKS, INC., and INFINITY REALTY CO. LLC

By their attorneys:

/s/ Michele E. Connolly
Peter E. Ball (BBO No. 546031)
Michele E. Connolly (BBO No. 680946)
Malgorzata Mrózek (BBO No. 699035)
FITCH LAW PARTNERS LLP
84 State St.
Boston, MA 02109
(617) 542-5542
peb@fitchlp.com
mec@fitchlp.com
mam@fitchlp.com

2

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 20, 2026.

                                        */s/ Michele E. Connolly*
                                        Michele E. Connolly