UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.,<br><br>       Plaintiff,<br><br>vs.<br><br>LINDA SUN, et al.,<br><br>       Defendants. | Civ. A. No. 1:22-cv-10833-MJJ |

### JOINT MOTION TO EXTEND DEADLINE TO FILE SUMMARY JUDGMENT MOTIONS

The parties jointly move to extend the deadline to file summary judgment motions currently scheduled on March 13, 2026. In support of this motion, the parties state that the Court's ruling on the pending Motion for Sanctions (ECF No. 201) may have significant impacts on the evidence that the plaintiff may be permitted to introduce at summary judgment. The hearing on the Motion for Sanctions is scheduled for March 4, 2026. Accordingly, in order for the parties to effectively brief the issues on summary judgment and in the interest of judicial economy, the parties believe that briefing on motions for summary judgment should follow the Court's decision on the Motion for Sanctions. Therefore, the parties propose that the deadline to file summary judgment motions be extended to the later of April 17, 2026 or four weeks after the Court issues a decision on the Motion for Sanctions, and that oppositions and reply memoranda will be filed in accordance with Local Rule 56.1.

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.<br><br>By its attorneys:<br><br>*/s/ Yun Cheng*<br><br>Connie C. Dai (BBO No. 683330)<br>Yun Cheng (BBO No. 707028)<br>LIONS LAW, P.C.<br>154 Wells Ave.<br>Newton, MA 02459<br>(617) 232-7503<br>connie@lionslawgroup.com<br>yun@lionslawgroup.com<br><br>Timothy K. Cutler (BBO No. 636124)<br>CUTLER & WILENSKY LLP<br>20 Walnut St., Suite 1<br>Wellesley, MA 02481<br>(617) 232-7500<br>tim@cutlerlegal.com | Respectfully submitted,<br><br>DAVID SUN, SHILLOCK YUAN-SUN, INFINITY WOOD PRODUCTS, LLC, SUNCO, INC., EASTMAN ST. DISTRIBUTORS LLC, EASTMAN ST. WOODWORKS, INC., and INFINITY REALTY COMPANY LLC<br><br>By their attorneys:<br><br>*/s/ Michele E. Connolly*<br><br>Peter E. Ball (BBO No. 546031)<br>Michele E. Connolly (BBO No. 680946)<br>Malgorzata A. Mrózek (BBO No. 699035)<br>FITCH LAW PARTNERS LLP<br>84 State St.<br>Boston, MA 02109<br>(617) 542-5542<br>peb@fitchlp.com<br>mec@fitchlp.com<br>mam@fitchlp.com<br><br>LINDA SUN<br><br>By her attorney:<br><br>*/s/ Theodore J. Folkman*<br><br>Theodore J. Folkman (BBO No. 647642)<br>Elizabeth L. Gardon (BBO No. 711867)<br>RUBIN AND RUDMAN, LLP<br>53 State St.<br>Boston, Mass. 02109<br>(617) 330-7135<br>tfolkman@rubinrudman.com<br>egardon@rubinrudman.com |

Dated: February 23, 2026