**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.<br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>LINDA SUN, individually,<br>Defendant/Counterclaimant,<br><br>DAVID SUN, individually, SHILLOCK<br>YUAN-SUN, individually, and INFINITY<br>WOOD PRODUCTS, LLC,<br>    Defendants,<br><br>SUNCO, INC.,<br>    Reach and Apply Defendant, and<br>    Fraudulent Conveyance Defendant<br>    Counterclaimant<br><br>EASTMAN ST. DISTRIBUTORS LLC,<br>EASTMAN ST. WOODWORKS, INC.,<br>INFINITY REALTY COMPANY LLC, and<br>NEW SUN LIMITED PARTNERSHIP,<br>    Reach and Apply Defendants, and<br>    Fraudulent Conveyance Defendants. | **Civil Action No. 1:22-cv-10833** |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Sunco Timber (Kunshan) Co., Ltd. respectfully submits its motion for summary judgment pursuant to Rule 56 on its breach of contract claim against Infinity Wood Products, LLC, and on its claims for piercing the corporate veil, fraudulent transfer, and reach-and-apply against all Defendants. Furthermore, Plaintiff moves for summary judgment to dismiss all counterclaims asserted by Sunco, Inc.

In support of this motion, Plaintiff submits its memorandum of law, index of exhibits and statement of material facts concurrently herewith.

1

**DATED:**      **April 17, 2026**      **PLAINTIFF,**
Sunco Timber (Kunshan) Co., Ltd.
By its attorneys,


*/s/Yun Cheng*
Connie C. Dai (BBO#683330)
Yun Cheng (BBO# 707028)
Lion's Law, P.C.
154 Wells Ave
Newton, Massachusetts 02459
(617) 232-7503 Telephone
(781) 207-8574 Fax
connie@lionslawgroup.com
yun@lionslawgroup.com


*/s/Timothy K. Cutler*
Timothy K. Cutler (BBO#636124)
CUTLER & WILENSKY LLP
20 Walnut Street, Suite 1
Wellesley, Massachusetts 02481
(617) 232-7500 Telephone
tim@cutlerlegal.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this April 17, 2026.


*/s/Yun Cheng*
Yun Cheng

2