# Exhibit "16"

Sunco005996

# 昆山市人民法院
## 结案通知书

（2023）苏 0583 执 6062 号

申请执行人：Sunco，Inc.

被执行人：江苏奇意投资有限公司

Sunco，Inc.与江苏奇意投资有限公司国内涉外仲裁裁决一案，依据上海国际经济贸易仲裁委员会(2021)沪贸仲裁字第 0349 号，Sunco，Inc.于 2023 年 5 月 22 日向本院申请强制执行。经本院立案受理，现已履行完毕，Sunco，Inc.本次申请已执行完毕，予以结案。

特此通知。



二〇二三年十一月十七日

执行案件承办人：洪文林　　0512-57719907

**Kunshan City People's Court**

**Notice of Case Conclusion**



(2023) Su 0583 Zhi No. 6062

Applicant for Enforcement: Sunco, Inc.

Person Subject to Enforcement: Jiangsu Qiyi Investment Co., Ltd.

Regarding the case of enforcement of the domestic foreign-related arbitration award between Sunco, Inc. and Jiangsu Qiyi Investment Co., Ltd., based on the Shanghai International Economic and Trade Arbitration Commission's (2021) Hu Mao Zhong Cai Zi No. 0349, Sunco, Inc. applied to this Court for compulsory enforcement on May 22, 2023. After acceptance by this Court, the enforcement has now been completed. Sunco, Inc.'s current application for enforcement has been fully executed. The case is hereby closed.

This notice is hereby given.

Kunshan City People's Court (Seal)

Kunshan City People's Court

November 17, 2023

Case Handler for Enforcement: Hong Wenlin 0512-57719907