UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LINDA SUN, et al., <br><br> Defendants. | Civ. A. No. 1:22-cv-10833-MJJ |

**ASSENTED- TO MOTION OF LINDA SUN AND NEW SUN LP TO EXTEND
DEADLINE TO FILE SUMMARY JUDGMENT MOTIONS**

The defendants, Linda Sun and New Sun Limited Partnership, move for an extension of time for all defendants to file oppositions to the plaintiff's motion for partial summary judgment and cross-motions for summary judgment to May 27, 2026. In support of this motion, the movants state that Ms. Gardon, one of their two lawyers, has had a family medical emergency, the circumstances of which have been fully disclosed to counsel for the other parties. Because she is closely involved in preparation of the summary judgment papers, it will be impossible for the movants to complete their papers by the current deadline of May 18, 2026. In order to prevent a two-track schedule whereby one group of defendants files their cross-motion and opposition on one date with the other group of defendants on another, we request that the extension be granted as to all defendants.

Counsel for all other parties have assented to this motion.

1

5058290_1

Respectfully submitted,

SUNCO TIMBER
(KUNSHAN) CO., LTD.

By its attorneys:

*/s/ Yun Cheng*

Connie C. Dai (BBO No. 683330)
Yun Cheng (BBO No. 707028)
LIONS LAW, P.C.
154 Wells Ave.
Newton, MA 02459
(617) 232-7503
connie@lionslawgroup.com
yun@lionslawgroup.com

Timothy K. Cutler (BBO No. 636124)
CUTLER & WILENSKY LLP
20 Walnut St., Suite 1
Wellesley, MA 02481
(617) 232-7500
tim@cutlerlegal.com

DAVID SUN, SHILLOCK YUAN-SUN,
INFINITY WOOD PRODUCTS, LLC,
SUNCO, INC., EASTMAN ST.
DISTRIBUTORS LLC, EASTMAN ST.
WOODWORKS, INC., and INFINITY
REALTY COMPANY LLC

By their attorneys:

*/s/ Michele E. Connolly*

Peter E. Ball (BBO No. 546031)
Michele E. Connolly (BBO No. 680946)
Malgorzata A. Mrózek (BBO No. 699035)
FITCH LAW PARTNERS LLP
84 State St.
Boston, MA 02109
(617) 542-5542
peb@fitchlp.com
mec@fitchlp.com
mam@fitchlp.com

LINDA SUN and NEW SUN LIMITED
PARTNERSHIP

By her attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
Elizabeth L. Gardon (BBO No. 711867)
RUBIN AND RUDMAN, LLP
53 State St.
Boston, Mass. 02109
(617) 330-7135
tfolkman@rubinrudman.com
egardon@rubinrudman.com

May 8, 2026

2

5058290_1