UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LINDA SUN, et al., <br><br> Defendants. | Civ. A. No. 1:22-cv-10833-MJJ |

## DECLARATION OF LINDA SUN

I, Linda Sun, make the following declaration:

1.      I am one of the defendants in this action. I make this declaration on personal knowledge. My first language is Chinese. While I have some ability to speak English and to understand written and spoken English, I have reviewed the attached Chinese machine translation of this declaration and discussed it with my counsel, with an interpreter present. That review has allowed me to sign this English-language declaration.

*The Chinese Lawsuit*

2.      Sunco Timber (Kunshan) Co. Ltd. ("Sunco China") sued me in a Chinese court in 2020. Exhibits 31, 32, and 33 are three documents I received at the beginning of the Chinese proceedings. Exhibit 31 is the Civil Complaint dated December 24, 2020 (with exhibits). Exhibit 32 is a Notice dated January 12, 2021 informing me that the Chinese court had accepted Sunco China's case and that three judges had been appointed to hear the dispute. Exhibit 33 is a Notice, also dated January 12, 2021, informing me of the deadlines for the parties to provide their evidence to the court, of the deadlines for applying for witnesses to testify; and of the deadline

1

for applying to the court seeking its aid in the collection of evidence, among other procedural issues concerning evidence. Translations are included with each exhibit.

3.    I am not a lawyer, but my understanding, based on my many years in China, is that in China many or most civil lawsuits are decided on the basis of documents submitted to the court rather than on the basis of witness testimony. But as the Chinese court's notice to me stated, I understand that parties have the right to ask to have their witnesses testify. I did not ask the Chinese court to allow me or any other witness to testify. To the best of my knowledge, Sunco China did not ask the Chinese court to allow witness testimony, either. Nor did either party ask the Chinese court to investigate or to gather evidence. I did answer a handful of questions remotely, via videoconferencing, from the Chinese court, but those questions were simply to confirm that my Chinese lawyers had authority to represent me in the lawsuit. I do not know whether Sunco China or any of its representatives similarly were asked to confirm their lawyers' authority to act on their behalf.

4.    The trial in the Chinese lawsuit took place on October 28, 2021, and the Chinese court issued its judgment on November 29, 2021. Exhibit 34 is a true copy of the Chinese court's judgment. The judgment is accompanied by an unofficial English translation provided by the Chinese authorities in 2024, at the time that I, through a Chinese lawyer retained by my American lawyers, obtained a copy of the Chinese judgment authenticated by a Chinese notary and obtained an apostille certifying the notary's signature.

5.    Sunco China did not appeal from the Chinese judgment, and to the best of my knowledge no one ever asked for a retrial.

6.    I understand that in China, a court may be asked to issue a certificate of enforceability after its judgment has become final and non-appealable. In 2023, through a

2

Chinese lawyer retained by my American lawyers, I obtained a copy of the certificate of enforceability of the Chinese court's judgment, authenticated by a Chinese notary and with an apostille certifying the notary's signature. The certificate of enforceability, with an unofficial translation provided by the Chinese authorities, is Exhibit 35.

*My role in the US companies*

7.      I have never been an owner, manager, officer, employee, or agent of Infinity Wood Products LLC, nor have I ever had any decision-making authority over the company.

8.      I am and have always been a limited partner of New Sun Limited Partnership. I am not the only limited partner. I am not a lawyer and do not know why New Sun LP was set up, but I believe it was for tax and estate planning purposes. New Sun LP owned the warehouse that Sunco Inc. used in its business. I do not know the details of how the ownership was organized legally, but I understand that New Sun LP owned the warehouse through a trust, the Sun Family Trust.

9.      At some point, New Sun LP sold the warehouse to a company my son David owned, Infinity Realty Co. LLC. Infinity Realty Co. LLC did not pay cash to New Sun LP at the time of the sale. It had made a partial payment of the amount due, and I received my share of the funds available to be distributed after that partial payment.

10.      In 2011, I told David that Sunco China needed a loan to cover its expenses. I understand that because Sunco China needed the loan, Sunco, Inc. decided to lend money to Sunco China.

11.      I had a conversation at some point with David at which I expressed my view, based on a discussion I had had with Wu Guoqing, that because Mr. Wu and I had agreed that money owed for acquisition of Sunco Inc.'s 52% interest in Sunco China could be set off against

3

money owed to Sunco China for the purchase of cabinets, the invoice for cabinets at issue in this case could be applied to that agreement.

*Other matters*

12.    I strongly deny the claim that Bin Zhao has made that I supposedly shredded documents when I left China in 2019. That is untrue. Nor did I ask anyone else to shred documents.

13.    Exhibit 36 is a true copy of my Answers to Plaintiff's First Set of Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2026.

*Linda Sun*

美國聯邦地區法院
麻薩諸塞州地區

| | |
|---|---|
| 桑科木材（昆山）有限公司，<br><br>　　　　　　原告，<br><br>　　訴<br><br>林達·孫（LINDA SUN）等人，<br><br>　　　　　　被告。 | 民事案號 1:22-cv-10833-MJJ |

## 林達·孫之宣誓書

本人林達·孫（Linda Sun）茲聲明如下：

1.　　　本人為本案被告之一。本人基於個人所知提出此聲明。本人的母語為中文。

雖然本人具備一定程度的英語口語能力，並能理解英語書面及口語內容，但本人已審閱隨

附之本聲明中文機器翻譯版本，並在翻譯員在場的情況下與我的律師進行討論。經此審閱

後，本人得以簽署此英文聲明。

### 中國訴訟

2.　　　Sunco Timber (Kunshan) Co. Ltd.（「Sunco China」）於 2020 年向中國法院

對我提起訴訟。 附件31、32及33是我在中國訴訟程序開始時收到的三份文件。附件31是

日期為2020年12月24日的民事起訴狀（附證據）。附件32是日期為2021年1月12日的通知

書，告知我中國法院已受理Sunco China的案件，並已指派三名法官審理此爭議。 附件33

同樣是2021年1月12日發出的通知，告知我各方向法院提交證據的截止日期、申請證人出

庭作證的截止日期；以及申請法院協助取證的截止日期， 此外還涉及其他與證據相關的

程序事項。每份附件均附有譯文。

1

3.　我並非律師，但根據我在中國多年的經驗，我的理解是，在中國，許多或大多數民事訴訟是基於提交給法院的文件而非證人證詞來裁決的。但正如中國法院發給我的通知所指出的，我理解當事人有權要求其證人出庭作證。 我並未請求中國法院允許我或任何其他證人出庭作證。據我所知，Sunco China 亦未向中國法院提出證人作證的請求。雙方均未要求中國法院進行調查或蒐集證據。 我確實曾透過視訊會議，遠距回答中國法院的少數幾個問題，但那些問題純粹是為了確認我的中國律師是否有權代表我參與訴訟。我不知道Sunco China或其任何代表是否同樣被要求確認其律師的代理權限。

4.　該中國訴訟的審理於2021年10月28日進行，中國法院於2021年11月29日作出判決。 附件34為中國法院判決書的正本副本。該判決書附有中國當局於2024年提供的非官方英文譯本，當時我透過美國律師聘請的中國律師，取得經中國公證人認證的中國判決書副本，並取得證明公證人簽名的海牙認證。

5.　Sunco China 並未針對該中國判決提出上訴，據我所知，亦無人曾申請重審。

6.　據我所知，在中國，法院的判決在成為最終且不可上訴後，可應申請核發可執行證明書。 2023年，透過我的美國律師聘請的 中國律師，我取得一份經中國公證人認證、並附有認證公證人簽名的海牙認證（apostille）的中國法院判決可執行證明書副本。該可執行證明書連同中國當局提供的非官方翻譯，即為證物35。

*我在美國公司中的角色*

7.　我從未擔任過 Infinity Wood Products LLC 的所有者、經理、高階主管、員工或代理人，亦從未對該公司擁有任何決策權。

2

8.　　　我目前是，且一直以來都是 New Sun 有限合夥企業的有限合夥人。 我並非唯一的有限合夥人。我並非律師，也不清楚 New Sun LP 成立的原因，但我相信這是為了稅務 及遺產規劃之目的。**New Sun LP 擁有 Sunco Inc. 用於經營業務的倉庫。我不清楚所有權在法律上的具體安排細節，但我理解 New Sun LP 是透過一個名為「Sun Family Trust」的信託來持有該倉庫。**

9.　　　**後**來，新日有限合夥將該倉庫出售給了我兒子大衛名下的一家公司——無限地產有限責任公司（Infinity Realty Co. LLC）。在交易當時，無限地產有限責任公司並未向新日有限合夥支付現金。該公司僅支付了應付款項的一部分，而在該筆部分付款後，我收到了可分配資金中屬於我那份的款項。

10.　　　2011年，我告訴大衛，Sunco China 需要一筆貸款來支付其開支。據我所知，由於 Sunco China 需要這筆貸款，Sunco, Inc. 決定向 Sunco China 提供貸款。

11.　　　我曾與大衛進行過對話，當時我根據與吳國清的討論，表達了我的觀點：由於吳先生與我已達成共識，即收購Sunco Inc.在Sunco China 52%股權所欠款項，可與 因購買櫥櫃而欠付Sunco China的款項相互抵銷，因此本案所涉的櫥櫃發票可適用於該協議。

*其他事項*

12.　　　我強烈否認趙斌所指稱的，即我在2019年離開中國時曾銷毀文件。此說法不實。我亦未曾要求任何人銷毀文件。

13.　　　附件 36 是我對原告第一組質詢的答覆之真實副本。

本人茲宣誓，上述陳述均屬真實無誤，違者願承擔偽證罪之法律責任。簽署於2026年5月26日。

---

3

5083101_2