# EXHIBIT 32



感谢扫码关注
苏州智慧法院

# 中华人民共和国
## 江苏省苏州市中级人民法院
## 合议庭组成人员通知书

(2021)苏 05 民初 90 号

孙琳达（Linda Sun）：

本院受理森科木业（昆山）有限公司与你损害公司利益责任纠纷一案，决定由俞水娟担任审判长，与审判员蔡燕芳、审判员李诚组成合议庭进行审理。由审判员俞水娟主审本案，书记员李维娜担任记录。

特此通知。



江苏省苏州市中级人民法院

二〇二一年一月十二日



Thank you for scanning the
QR code
Suzhou Smart Court

# People's Republic of China
# Suzhou Intermediate People's Court of Jiangsu Province
# Notice of composition of collegial panel

(2021) *Su* 05 *Minchu* No. 90

Linda Sun:

This court has accepted the case between Sunco Timber Kun Shan Co., Ltd. and you regarding liability for damages of the company's interests. It was decided that Yu Shuijuan will serve as the presiding judge, and will form a panel with Judges Cai Yanfang and Li Cheng to hear the case. The case was presided over by Judge Yu Shuijuan, and clerk Li Weina was responsible for taking notes.

The above is hereby notified.

[stamp: Suzhou Intermediate People's Court of

Jiangsu Province]

Suzhou Intermediate People's

Court of Jiangsu Province

January 12, 2021

1