# EXHIBIT 33

# 中华人民共和国
# 江苏省苏州市中级人民法院
# 举证通知书

(2021) 苏 05 民初 90 号

孙琳达 (Linda Sun):

本院在审理原告森科木业（昆山）有限公司与被告你损害公司利益责任纠纷一案中，已通知你作为本案当事人参加诉讼。现根据《中华人民共和国民事诉讼法》和最高人民法院《关于民事诉讼证据的若干规定》，将有关举证事项通知如下：

一、当事人对自己提出的诉讼请求所依据的事实或者反驳对方诉讼请求所依据的事实承担举证责任。当事人没有证据或者证据不足以证明其事实主张的，由负有举证责任的当事人承担不利后果。

二、向人民法院提供证据，应当提供原件或者原物，或经人民法院核对无异的复制件或者复制品。并应对提交的证据材料逐一分类编号，对证据材料的来源、证明对象和内容作简要说明，依照对方当事人人数提出副本。

三、申请鉴定，增加、变更诉讼请求或者提出反诉，应当在举证期限届满前提出。

四、你方申请证人作证，应当在举证期限届满的十日前向本院提出申请。

五、申请证据保全，应当在举证期限届满七日前向本院提出申请。

六、你方在收到本通知书后，可以与对方当事人协商确定举证期限后，向本院申请认可。你方与对方当事人未能协商一致，或者未申请本院认可，或本院不予认可的，你方应当于收到本通知书之日起三十日内向本院提交证据。

七、你方在举证期限内提交证据材料确有困难的，可以依照最高人民法院《关于民事诉讼证据的若干规定》第三十六条的规定，向本院申请延期举证。

八、你方在举证期限届满后提交的证据不符合最高人民法院《关于民事诉讼证据的若干规定》第四十一条、第四十三条第二款、第四十四条规定的"新的证据"的规定的，视为你方放弃举证权利。但对方当事人同意质证的除外。

九、符合最高人民法院《关于民事诉讼证据的若干规定》第十七条规定的案件之一的，你方可以在举证期限届满的七日前书面申请本院调查收集证据。

二○二一年一月十五日

# People's Republic of China
# Suzhou Intermediate People's Court of Jiangsu Province
# **Notice of Evidence**

(2021) *Su* 05 *Minchu* No. 90

Linda Sun:

Regarding the case of the dispute over liability for damaging the company's interests between the plaintiff, Sunco Timber Kun Shan Co., Ltd. and the defendant, you, this court has notified you to participate in the litigation as a party to this case. In accordance with the Civil Procedure Law of the People's Republic of China and the Several Provisions of the Supreme People's Court on Evidence in Civil Litigation, the relevant matters concerning the production of evidence are hereby notified as follows:

1. The parties shall bear the burden of proof for the facts on which their own claim is based or for the facts on which the other party's claim is based. If a party has no evidence or the evidence is insufficient to prove its factual claims, the party with the burden of proof shall bear the adverse consequences resulting therefrom.

2. When providing evidence to the People's Court, one must provide the original document or item, or a copy or reproduction that has been verified by the People's Court to be identical. The submitted evidentiary materials should be classified and numbered one by one, and a brief description should be made of the source, object of proof and content of the evidentiary materials, and copies should be submitted according to the number of persons of the other party.

3. An application for appraisal, addition or change of claims or filing of a counterclaim shall be made before the expiration of the time limit for submission of evidence.

4. If applying for a witness to testify, application should be submitted to this court ten days before the expiration of the evidence submission period.

5. Application for preservation of evidence shall be submitted to this court seven days before the expiration of the evidence submission period.

6. After receiving this notice, you may negotiate with the other party to determine the time limit for submitting evidence and then apply to this court for approval. If you and the other party fail to reach an agreement, or fail to apply for this court's approval, or this court does not approve it, you shall submit evidence to this court within thirty days from the date of receipt of this notice.

7. If you have real difficulties in submitting evidence within the evidence submission period, you may apply to this court for an extension of the evidence submission period in accordance with Article 36 of the Supreme People's Court's "Several Provisions on Evidence in Civil Litigation".

8. If the evidence you submitted after the expiration of the evidence submission period does not comply with the provisions of Article 41, Article 43, paragraph 2, and Article 44 of the Supreme People's Court's Several Provisions on Evidence in Civil Litigation, new evidence will be deemed as your waiver of the right to present evidence, unless otherwise the other party agrees to cross-examination.

9. If you meet one of the conditions stipulated in Article 17 of the Supreme People's Court's "Several Provisions on Evidence in Civil Litigation", you may apply in writing to this court to investigate and collect evidence seven days before the expiration of the evidence submission period.

[stamp: Suzhou Intermediate People's Court of Jiangsu Province]

January 12, 2021