UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> LINDA SUN, et al., <br><br> Defendants. | Civ. A. No. 1:22-cv-10833-MJJ |

**DECLARATION OF ELIZABETH L. GARDON ESQ.**

I, Elizabeth Gardon, make the following declaration.

1.  I am counsel to the defendants Linda Sun and New Sun Limited Partnership in this action. I am admitted to the bar of this Court and have been continually in good standing since my admission.

2.  **Exhibit 37** attached here is a true and accurate copy of the Plaintiff Sunco Timber (Kunshan) Co., Ltd.'s Supplemental Responses to Linda's Interrogatories.

3.  **Exhibit 38** attached here is a true and accurate copy of the Plaintiff Sunco Timber (Kunshan) Co., Ltd.'s Second Supplemental Responses to Linda's Interrogatories.

4.  **Exhibit 39** attached here is a true and accurate copy of the expert report of Zijing Chang and her CV.

5.  **Exhibit 40** attached here is a true and accurate copy of the declaration of Dr. Jie (Jeanne) Huang.

I declare that the foregoing is true and correct. Executed on May 27, 2026.

*/s/ Elizabeth L. Gardon*

1

5083922_1