**APPENDIX A**

*Chart of Claims*

| | Plaintiff's Amended Complaint | | | |
|---|---|---|---|---|
| Count | Description | Defendants | Plaintiff's MSJ | Defendants' MSJ |
| I. | Breach of Contract | IWP[1] | Should be denied | Should be granted, judgment entered for IWP |
| II. | Promissory Estoppel | IWP | Should be denied | Should be granted, judgment entered for IWP |
| III. | Quantum Meruit | IWP | Should be denied | Should be granted, judgment entered for IWP |
| IV. | Wrongful Interference | *Dismissed by Court* (Doc. No. 32) | N/A | N/A |
| V. | Conversion | *Dismissed by Court* (Doc. No. 32) | N/A | N/A |
| VI. | Breach of Duty of Loyalty | Linda | N/A – Plaintiff did not move on this count. | Should be granted, judgment entered for Linda |
| VII. | Breach of Fiduciary Duty | Linda | N/A – Plaintiff did not move on this count. | Should be granted, judgment entered for Linda |
| VIII. | Moneys Had and Received | IWP, David, Shillock | Should be denied | Should be granted, judgment entered for Linda |
| IX. | Conspiracy | *Dismissed by Court* (Doc. No. 32) | N/A | N/A |
| X. | Aiding and Abetting | *Dismissed by Court* (Doc. No. 32) | N/A | N/A |
| XI. | Piercing IWP's Veil | IWP, Linda,[2] David, Shillock[3] | Should be denied[4] | Should be granted, judgment entered for IWP, Linda, David, and Shillock |

---

[1] "IWP" refers to Infinity Wood Products, LLC.

[2] For the Court's convenience, the Chart also contains the position of Defendants Linda Sun and New Sun Limited Partnership notwithstanding that they are separately represented by Rubin and Rudman.

[3] The Amended Complaint asserts this count against "All Defendants," but "All Defendants" is defined separately from the "Affiliated Defendants." "Defendants" is defined in the Amended Complaint as "D. Sun, S. Sun, L. Sun, and Infinity [Wood Products]." *See* Doc. No. 61 ¶ 7. "Affiliated Entities" is defined as Sunco, Inc., Eastman St. Distributors, LLC, Eastman St. Woodworks, Inc., Infinity Realty Company, LLC, "Sun Trust," and New Sun Limited Partnership. *Id*.¶ 15.

[4] As set forth in footnote 3 *supra*, Plaintiff asserted the veil-piercing claim against IWP, Linda, David, and Shillock. In its "Conclusion and Request for Relief" section, however, Plaintiff asks the Court to "Grant summary judgment in favor of Plaintiff on its claim to pierce the corporate veil, holding Defendants David Sun, Shillock Yuan-Sun, Linda Sun, Sunco, Inc., Eastman St. Distributors LLC, Eastman St. Woodworks, Inc., Infinity Realty Company LLC, and New Sun Limited Partnership jointly and severally liable for Infinity's debt." Doc. No. 223 at 19. Plaintiff has never asserted a veil-piercing claim against Sunco, Inc., Eastman St. Distributors LLC, Eastman St. Woodworks, Inc., Infinity Realty Company LLC,

| XII. | Fraudulent Transfer | IWP, Linda, David, Shillock, Sunco US,[5] ESD,[6] ESW,[7] IRC,[8] and NST[9] | Should be denied | Should be granted, judgment entered for IWP, Linda, David, Shillock, Sunco US, ESD, ESW, IRC, and NST |
|---|---|---|---|---|
| XIII. | Reach and Apply | Sunco US, ESD, ESW, IRC, and NST | Should be denied | Should be granted, judgment entered for Sunco US, ESD, ESW, IRC, and NST |
| **Linda Sun's Counterclaim** | | | | |
| **Count** | **Description** | **Defendants** | **Plaintiff's MSJ** | **Defendants' MSJ** |
| I. | Recognition of Foreign Judgment | Sunco China | N/A – Plaintiff did not move on Linda Sun's counterclaim | Should be granted for Linda |
| **Sunco, Inc.'s Counterclaim** | | | | |
| **Count** | **Description** | **Defendants** | **Plaintiff's MSJ** | **Defendants' MSJ** |
| I. | Breach of Contract | Sunco China | Should be denied, claims should go to trial | N/A – Sunco US did not move on its counterclaim[10] |
| II. | Unjust Enrichment | Sunco China | Should be denied, claims should go to trial | N/A – Sunco US did not move on its counterclaim |
| III. | Money Had and Received | Sunco China | Should be denied, claims should go to trial | N/A – Sunco US did not move on its counterclaim |
| IV. | Quantum Meruit | Sunco China | Should be denied, claims should go to trial | N/A – Sunco US did not move on its counterclaim |
| V. | Promissory Estoppel | Sunco China | Should be denied, claims should go to trial | N/A – Sunco US did not move on its counterclaim |

---

or New Sun Limited Partnership, however, and the Court should summarily reject Plaintiff's request as set forth in the Moving Defendants' Memorandum.

[5] "Sunco US" refers to Sunco, Inc.

[6] "ESD" refers to Eastman St. Distributors, LLC.

[7] "ESW" refers to Eastman St. Woodworks, Inc.

[8] "IRC" refers to Infinity Realty Company LLC.

[9] "NST" refers to New Sun Limited Partnership.

[10] Although Sunco US believes that its counterclaims are supported by fact and that Sunco US will ultimately prevail at trial, Sunco US did not file a motion for summary judgment on its counterclaims because Sunco US recognizes that there exist triable issues of fact that render the claims not suitable for summary judgment.