**APPENDIX B**
*Glossary*

| No. | Abbreviation | Definition |
|---|---|---|
| 1. | Affiliated Entities | Sunco US, ESD, ESW, IRC, and NST |
| 2. | "All Defendants"[1] | IWP, Linda, David, and Shillock |
| 3. | ESD; Eastman Distributors[*] | Eastman St. Distributors LLC |
| 4. | ESW; Eastman Woodworks[*] | Eastman St. Woodworks, Inc. |
| 5. | Infinity Defendants | IWP, David, and Shillock |
| 6. | IRC; Infinity Realty[*] | Infinity Realty Company LLC |
| 7. | IWP; Infinity[*] | Infinity Wood Products LLC |
| 8. | NLNS Defendants | Non-Linda/New Sun Limited Partnership Defendants, i.e., IWP, David, Shillock, Sunco US, ESD, ESW, and IRC |
| 9. | NST | New Sun Limited Partnership |
| 10. | Sunco China | Plaintiff Sunco Timber (Kunshan) Co., Ltd. |
| 11. | Sunco US | Sunco, Inc. |

---

[1] In its Amended Complaint, Plaintiff refers to "All Defendants" as IWP, Linda, David, and Shillock. *See* Doc. No. 61 ¶ 7

[*] Terms with an asterisk are the terms Plaintiff uses in its papers.