**APPENDIX C**
*Entity Ownership Chart*

| Entity | Ownership |
|---|---|
| Infinity Wood Products LLC | <ul><li>David Sun Trust Agreement of 2008 – 60%</li><li>Shillock Yuan-Sun Trust Agreement of 2008 – 40%</li></ul> |
| Sunco, Inc. | <ul><li>David Sun – 100%</li></ul> |
| Eastman St. Distributors LLC | <ul><li>David Sun Trust Agreement of 2008 – 60%</li><li>Shillock Yuan-Sun Trust Agreement of 2008 – 40%</li></ul> |
| Eastman St. Woodworks, Inc. | <ul><li>David Sun – ~90%</li><li>Zoe Sun (David and Shillock's daughter) – ~10%</li></ul> |
| Infinity Realty Company LLC | <ul><li>David Sun – 100%</li></ul> |
| New Sun Limited Partnership | <ul><li>Sunco, Inc. owned a 1% interest as the General Partner, and Linda Sun and Joyce Sun (David's sister/Linda's daughter) held the remaining ownership interests as limited partners.</li></ul> |