**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., )<br><br>Plaintiff, )<br><br>v. )<br><br>LINDA SUN, individually, DAVID SUN, individually )<br>SHILLOCK YUAN-SUN, individually, and INFINITY )<br>WOOD PRODUCTS, LLC., )<br><br>Defendants, )<br><br>SUNCO, INC., EASTMAN ST. DISTRIBUTORS LLC, )<br>EASTMAN ST. WOODWORKS, INC., )<br>INFINITY REALTY COMPANY LLC, and )<br>NEW SUN LIMITED PARTNERSHIP )<br><br>Reach and Apply Defendants, and )<br>Fraudulent Conveyance Defendants )<br><br>Linda Sun )<br><br>Counterclaim Plaintiff, )<br><br>v. )<br><br>Sunco Timber (Kunshan) Co., Ltd. )<br><br>Counterclaim Defendant. )<br><br>Sunco, Inc. )<br><br>Counterclaim Plaintiff, )<br><br>v. )<br><br>Sunco Timber (Kunshan) Co., Ltd. )<br><br>Counterclaim Defendant. ) | C.A. No. 1:22-cv-10833-MJJ<br><br>**DECLARATION OF MICHELE E. CONNOLLY (1) IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND (2) IN SUPPORT OF DEFENDANTS DAVID SUN, SHILLOCK YUAN-SUN, INFINITY WOOD PRODUCTS, LLC, SUNCO, INC., EASTMAN ST. DISTRIBUTORS LLC, EASTMAN ST. WOODWORKS, INC., AND INFINITY REALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

Michele E. Connolly, being over the age of eighteen (18) and having personal knowledge of the facts set forth in this declaration, deposes and states as follows:

1.    I am a partner at Fitch Law Partners LLP, have been a member of the New York Bar since 2007 and the Massachusetts bar since 2011, and am one of the attorneys representing Defendants David Sun, Shillock Yuan Sun, Infinity Wood Products LLC, Sunco Inc., Eastman St. Distributors LLC, Eastman St. Woodworks, Inc., and Infinity Realty Company LLC, in this matter.

2.    Attached hereto as **Exhibit 41** is a true and accurate copy of Sunco Wood Industry (Kunshan) Co., Ltd.'s Resolution of Board of Directors dated September 19, 2014 (Wu Deposition Exhibit 28; LS000127, LS000119, LS000047, LS000040).

3.    Attached hereto as **Exhibit 42** is a true and accurate copy of the Affidavit of David Sun (1) in Opposition to Plaintiff's Motion for Summary Judgment and (2) in Support of Defendants David Sun, Shillock Yuan-Sun, Infinity Wood Products, LLC, Sunco, Inc., Eastman St. Distributors LLC, Eastman St. Woodworks, Inc., and Infinity Realty Company's Motion for Summary Judgment , subject to a motion to impound.

4.    Attached hereto as **Exhibit 43** is a true and accurate copy of excerpts of the Infinity Wood Products, LLC General Ledger Detail Report From January 2018 to December 2018 (Citrin_0066309, Citrin_0066421 – 0066424, Citrin_006525), subject to a motion to impound.

5.    Attached hereto as **Exhibit 44** is a true and accurate copy of the Affidavit of Shillock Yuan-Sun (1) in Opposition to Plaintiff's Motion for Summary Judgment and (2) in Support of Defendants David Sun, Shillock Yuan-Sun, Infinity Wood Products, LLC, Sunco, Inc., Eastman St. Distributors LLC, Eastman St. Woodworks, Inc., and Infinity Realty Company's Motion for Summary Judgment , subject to a motion to impound.

6.      Attached hereto as **Exhibit 45** is a true and accurate copy of excerpts of the Eastman Street Distributors General Ledger Detail Report From January 2018 to December 2018 (Citrin_0032229 – 0032450), subject to a motion to impound.

7.      Attached hereto as **Exhibit 46** is a true and accurate copy of excerpts of the New Sun Trust General Ledger Detail Report From January 2018 to December 2018 (Citrin_0031253 – 0031258), subject to a motion to impound.

8.      Attached hereto as **Exhibit 47** is a true and accurate copy of excerpts of the Infinity Realty Company, LLC General Ledger Detail Report From January 2019 to December 2019 (Citrin_0031847 – 0031860), subject to a motion to impound.

9.      Attached hereto as **Exhibit 48** is a true and accurate copy of excerpts of the Infinity Wood Products, LLC General Ledger Detail Report From January 2016 to June 2016 (Citrin_0049063 – 0049425), subject to a motion to impound.

10.     Attached hereto as **Exhibit 49** is a true and accurate copy of the Infinity Wood Products, LLC 2022 Annual Report filed with the Secretary of the Commonwealth.

11.     Attached hereto as **Exhibit 50** is a true and accurate copy of the Sun Trust Transfer of Beneficial Interest from New Sun Limited Partnership to Infinity Realty Company, LLC (Citrin_0002111 – 0002151), subject to a motion to impound.

12.     Attached hereto as **Exhibit 51** is a true and accurate copy of Bank of America Statements (excerpts) dated May 31, 2022 and June 30, 2022 (INFINITY_069262 and INFINITY_069266), subject to a motion to impound.

13.     Attached hereto as **Exhibit 52** is a true and accurate copy of the Operating Agreement of Infinity Wood Products, LLC, Effective June 30, 2009 (INFINITY_004336 – 004347), subject to a motion to impound.

14. Attached hereto as **Exhibit 53** is a true and accurate copy of the Massachusetts Secretary of the Commonwealth Business Entity Summary for Infinity Wood Products, LLC.

15. Attached hereto as **Exhibit 54** is a true and accurate copy of an Email from Gao Yueyun to Guoqing Wu dated March 19, 2019 (Wu Deposition Exhibit 35; INFINITY_026604 – 026635).

16. Attached hereto as **Exhibit 55** is a true and accurate copy of a "Basic Information for the Company" for Sunco China (Sunco_006711 – 006712), subject to a motion to impound.

17. Attached hereto as **Exhibit 56** is a true and accurate copy of a "Company Certification" for Sunco China (Sunco_006739).

18. Attached hereto as **Exhibit 57** is a true and accurate copy of an Email exchange between Catherine Li and Wu Guoqing dated September 15, 2016 through September 19, 2016 (INFINITY_072223 – 072230), subject to a motion to impound.

19. Attached hereto as **Exhibit 58** is a true and accurate copy of an Email exchange between Catherine Li and Wu Guoqing dated December 4, 2017 - January 2, 2018 (INFINITY_072231 – 072235), subject to a motion to impound.

20. Attached hereto as **Exhibit 59** is a true and accurate copy of an Email from Leon Mo to individual(s) at Sunco China dated March 2019, with "IWP/Sunco Inc." signature block (INFINITY_017157 – 017158).

21. Attached hereto as **Exhibit 60** is a true and accurate copy of an Email from Leon Mo to individual(s) at Sunco China dated May 2016, with "IWP/Sunco Inc." signature block (INFINITY_019384).

4

22.      Attached hereto as **Exhibit 61** is a true and accurate copy of an email dated February 26, 2018, from Infinity Wood Products, LLC to Sunco China with "IWP/Sunco Inc." signature block (INFINITY_020445).

23.      Attached hereto as **Exhibit 62** is a true and accurate copy of an email dated October 19, 2016, from Infinity Wood Products, LLC to Sunco China with "IWP/Sunco Inc." signature block (INFINITY_019657 – 019658).

24.      Attached hereto as **Exhibit 63** is a true and accurate copy of an email dated May 9, 2016, from Infinity Wood Products, LLC to Sunco China with "IWP/Sunco Inc." signature block (INFINITY_019383).

25.      Attached hereto as **Exhibit 64** is a true and accurate copy of an email dated March 27, 2018 and April 6, 2018, from Infinity Wood Products, LLC to Sunco China with "IWP/Sunco Inc." signature block (INFINITY_020932 – 020933).

26.      Attached hereto as **Exhibit 65 is** a true and accurate copy of an email dated February 6, 2018, from Infinity Wood Products, LLC to Sunco China with "IWP/Sunco Inc." signature block (INFINITY_020257 – 020260).

27.      Attached hereto as **Exhibit 66** is a true and accurate copy of an email dated February 8, 2018, from Infinity Wood Products, LLC to Sunco China with "IWP/Sunco Inc." signature block (INFINITY_020317 – 020319).

28.      Attached hereto as **Exhibit 67** is a true and accurate copy of the Indenture of Lease dated June 26, 2009, between Sunco, Inc. and Triton Technologies (Citrin_0014122 – Citrin_0014152), subject to a motion to impound.

5

29.     Attached hereto as **Exhibit 68** is a true and accurate copy of excerpts of the Sunco, Inc. General Ledger Detail Report From January 2016 to June 2016 (Citrin_0016172), subject to a motion to impound.

30.     Attached hereto as **Exhibit 69** is a true and accurate copy of excerpts of the New Sun Trust General Ledger Detail Report From January 2016 to June 2016 (Citrin_0031883 – 0031884), subject to a motion to impound.

31.     Attached hereto as **Exhibit 70 is** a true and accurate copy of excerpts of the New Sun Trust General Ledger Detail Report From January 2017 to December 2017 (Citrin_0031689 – 0031693), subject to a motion to impound.

32.     Attached hereto as **Exhibit 71** is a true and accurate copy of the Unit Deed dated June 22, 1992, granting Unit A of 35 Eastman Street to William and Linda Sun, Trustees of Sun Family Trust (Citrin_0002148).

33.     Attached hereto as **Exhibit 72** is a true and accurate copy of a First Amendment to Purchase and Sale Agreement, subject to a motion to impound.

34.     Attached hereto as **Exhibit 73** is a true and accurate copy of excerpts of the Infinity Wood Products, LLC General Ledger Detail Report From January 2016 to June 2016 (Citrin_0049165 – 0049169), subject to a motion to impound.

35.     Attached hereto as **Exhibit 74** is a true and accurate copy of Defendants Sunco, Inc. Eastman St. Distributors LLC, Eastman St. Woodworks, Inc., Infinity Realty Company LLC Responses to Plaintiff Sunco (Kunshan) Co. Ltd's first Set of Interrogatories.

36.     Attached hereto as **Exhibit 75** is a true and accurate copy of excerpts of the Infinity Wood Products, LLC General Ledger Detail Report From January 2019 to December 2019 (Citrin_0065517 – 0065520), subject to a motion to impound.

6

37.     Attached hereto as **Exhibit 76** is a true and accurate copy of the Request for Confirmation of Balances (Linda Sun Deposition Exhibit 15; LS000048 – 000049).

38.     Attached hereto as **Exhibit 77** is a true and accurate copy of the Attornment and Subordination Agreement dated November 6, 2008, subject to a motion to impound.

39.     Attached hereto as **Exhibit 78** is a true and accurate copy of excerpts of the Sunco, Inc. General Ledger Detail Report From January 2018 to December 2018 (Citrin_0032771, Citrin_0033081, Citrin_0034104, Citrin_0045194 – 0045195), subject to a motion to impound.

40.     Attached hereto as **Exhibit 79** is a true and accurate copy of excerpts of the Infinity Realty Company, LLC General Ledger Detail Report From January 2018 to December 2018 (Citrin_0032124 – 0032138), subject to a motion to impound.

41.     Attached hereto as **Exhibit 80** is a true and accurate copy of excerpts of the New Sun Trust General Ledger Detail Report From January 2018 to December 2018 (Citrin_0031253 – 0031258), subject to a motion to impound.

42.     Attached hereto as **Exhibit 81** is a true and accurate copy of excerpts of the Sunco, Inc. General Ledger Detail Report From Janaury 2019 to December 2019 (Citrin_0002297, Citrin_0002531, Citrin_0003290, Citrin_0011168 – 0011169), subject to a motion to impound.

43.     Attached hereto as **Exhibit 82** is a true and accurate copy of excerpts of the Infinity Realty Company, LLC General Ledger Detail Report From January 2019 to December 2019 (Citrin_0031847 – 0031860), subject to a motion to impound.

44.     Attached hereto as **Exhibit 83** is a true and accurate copy of excerpts of the New Sun Trust General Ledger Detail Report From January 2019 to December 2019 (Citrin_0032506 – 0032527), subject to a motion to impound.

45.     Attached hereto as **Exhibit 84** is a true and accurate copy of excerpts of the Infinity Realty Company, LLC General Ledger Detail Report From January 2020 to December 2020 (Citrin_0032496 – 0032505), subject to a motion to impound.

46.     Attached hereto as **Exhibit 85** is a true and accurate copy of excerpts of the New Sun Trust General Ledger Detail Report From January 2020 to December 2020 (Citrin_0031633 – 0031636), subject to a motion to impound.

47.     Attached hereto as **Exhibit 86** is a true and accurate copy of 2023 Schedule C for Infinity Wood Products, LLC to Form 1040 U.S. Income Tax Return of Shillock Yuan-Sun and David Sun –  , subject to a motion to impound.

48.     Attached hereto as **Exhibit 87** is a true and accurate copy of the Expert Report of Ross Yogel dated March 25, 2026 , subject to a motion to impound.

The foregoing statement is made under the pains and penalties of perjury this 27th day of May, 2026.

_/s/ *Michele E. Connolly*_____
Michele E. Connolly

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 27, 2026.

_/s/ *Malgorzata M. Mrózek*__
Malgorzata M. Mrózek