UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.<br>  Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>LINDA SUN, individually,<br>Defendant/Counterclaimant,<br><br>DAVID SUN, individually, SHILLOCK YUAN-SUN, individually, and INFINITY WOOD PRODUCTS, LLC,<br>  Defendants,<br><br>SUNCO, INC.,<br>  Reach and Apply Defendant, and<br>  Fraudulent Conveyance Defendant<br>  Counterclaimant<br><br>EASTMAN ST. DISTRIBUTORS LLC, EASTMAN ST. WOODWORKS, INC., INFINITY REALTY COMPANY LLC, and NEW SUN LIMITED PARTNERSHIP,<br>  Reach and Apply Defendants, and<br>  Fraudulent Conveyance Defendants. | **Civil Action No. 1:22-cv-10833** |

**APPENDIX OF EXHIBITS**

Exhibit 41.    Sunco Wood Industry (Kunshan) Co., Ltd. Resolution of Board of Directors dated September 19, 2014 (Wu Deposition Exhibit 28; LS000127, LS000119, LS000047, LS000040)

Exhibit 42.    Affidavit of David Sun (1) in Opposition to Plaintiff's Motion for Summary Judgment and (2) in Support of Defendants David Sun, Shillock Yuan-Sun, Infinity Wood Products, LLC, Sunco, Inc., Eastman St. Distributors LLC, Eastman St. Woodworks, Inc., and Infinity Realty Company's Motion for Summary Judgment

Exhibit 43.    Infinity Wood Products, LLC General Ledger Detail Report (excerpts) From January 2018 to December 2018 (Citrin_0066309, Citrin_0066421 – 0066424, Citrin_006525) – **FILED UNDER SEAL**

1

Exhibit 44.    Affidavit of Shillock Yuan-Sun (1) in Opposition to Plaintiff's Motion for Summary Judgment and (2) in Support of Defendants David Sun, Shillock Yuan-Sun, Infinity Wood Products, LLC, Sunco, Inc., Eastman St. Distributors LLC, Eastman St. Woodworks, Inc., and Infinity Realty Company's Motion for Summary Judgment

Exhibit 45.    Eastman Street Distributors General Ledger Detail Report (excerpts) From January 2018 to December 2018 (Citrin_0032229 – 0032450) **– FILED UNDER SEAL**

Exhibit 46.    New Sun Trust General Ledger Detail Report (excerpts) From January 2018 to December 2018 (Citrin_0031253 – 0031258) **– FILED UNDER SEAL**

Exhibit 47.    Infinity Realty Company, LLC General Ledger Detail Report (excerpts) From January 2019 to December 2019 (Citrin_0031847 – 0031860) **– FILED UNDER SEAL**

Exhibit 48.    Infinity Wood Products, LLC General Ledger Detail Report (excerpts) From January 2016 to June 2016 (Citrin_0049063 – 0049425) **– FILED UNDER SEAL**

Exhibit 49.    Infinity Wood Products, LLC 2022 Annual Report filed with Secretary of the Commonwealth

Exhibit 50.    Sun Trust Transfer of Beneficial Interest from New Sun Limited Partnership to Infinity Realty Company, LLC (Citrin_0002111 – 0002151) **– FILED UNDER SEAL**

Exhibit 51.    Bank of America Statements (excerpts) dated May 31, 2022 and June 30, 2022 (INFINITY_069262 and INFINITY_069266) **– FILED UNDER SEAL**

Exhibit 52.    Operating Agreement of Infinity Wood Products, LLC, Effective 6/30/2009 (INFINITY_004336 – 004347) **– FILED UNDER SEAL**

Exhibit 53.    Massachusetts Secretary of the Commonwealth Business Entity Summary for Infinity Wood Products, LLC

Exhibit 54.    Email from Goa Yueyun to Guoqing Wu dated March 19, 2019 (Wu Deposition Exhibit 35; INFINITY_026604 – 026635)

Exhibit 55.    Basic Information for the Company (Sunco_006711 – 006712) **– FILED UNDER SEAL**

Exhibit 56.    Company Certification (Sunco_006739)

Exhibit 57.   Email exchange between Catherine Li and Guoqing Wu dated September 15, 2016 through September 19, 2016 (INFINITY_072223 – 072230) **– FILED UNDER SEAL**

Exhibit 58.   Email exchange between Catherine Li and Guoqing Wu dated December 4, 2017 - January 2, 2018 (INFINITY_072231 – 072235) **– FILED UNDER SEAL**

Exhibit 59.   Email from Leon Mo to Sunco China dated March 2019, with "IWP/Sunco Inc." signature block (INFINITY_017157 – 017158)

Exhibit 60.   Email from Leon Mo to Sunco China dated May 2016, with "IWP/Sunco Inc." signature block (INFINITY_019384)

Exhibit 61.   Exemplar email dated February 26, 2018, from Infinity Wood Products, LLC to Sunco China with "IWP/Sunco Inc." signature block (INFINITY_020445)

Exhibit 62.   Exemplar email dated October 19, 2016, from Infinity Wood Products, LLC to Sunco China with "IWP/Sunco Inc." signature block (INFINITY_019657 – 019658)

Exhibit 63.   Exemplar email dated May 9, 2016, from Infinity Wood Products, LLC to Sunco China with "IWP/Sunco Inc." signature block (INFINITY_019383)

Exhibit 64.   Exemplar emails dated March 27, 2018 and April 6, 2018, from Infinity Wood Products, LLC to Sunco China with "IWP/Sunco Inc." signature block (INFINITY_020932 – 020933)

Exhibit 65.   Exemplar emails dated January 27, 2018 and February 6, 2018, from Infinity Wood Products, LLC to Sunco China with "IWP/Sunco Inc." signature block (INFINITY_020257 – 020260)

Exhibit 66.   Exemplar email dated February 8, 2018, from Infinity Wood Products, LLC to Sunco China with "IWP/Sunco Inc." signature block (INFINITY_020317 – 020319)

Exhibit 67.   Indenture of Lease dated June 26, 2009, between Sunco, Inc. and Triton Technologies (Citrin_0014122 – Citrin_0014152) **– FILED UNDER SEAL**

Exhibit 68.   Sunco, Inc. General Ledger Detail Report (excerpts) From January 2016 to June 2016 (Citrin_0016172) **– FILED UNDER SEAL**

Exhibit 69.   New Sun Trust General Ledger Detail Report (excerpts) From January 2016 to June 2016 (Citrin_0031883 – 0031884) **– FILED UNDER SEAL**

3

Exhibit 70.    New Sun Trust General Ledger Detail Report (excerpts) From January 2017 to December 2017 (Citrin_0031689 – 0031693) – **FILED UNDER SEAL**

Exhibit 71.    Unit Deed dated June 22, 1992, granting Unit A of 35 Eastman Street to William and Linda Sun, Trustees of Sun Family Trust (Citrin_0002148)

Exhibit 72.    First Amendment to Purchase and Sale Agreement – **FILED UNDER SEAL**

Exhibit 73.    Infinity Wood Products, LLC General Ledger Detail Report (excerpts) From January 2016 to June 2016 (Citrin_0049165 – 0049169) – **FILED UNDER SEAL**

Exhibit 74.    Defendants Sunco, Inc. Eastman St. Distributors LLC, Eastman St. Woodworks, Inc., Infinity Realty Company LLC Responses to Plaintiff Sunco (Kunshan) Co. Ltd's first Set of Interrogatories

Exhibit 75.    Infinity Wood Products, LLC General Ledger Detail Report (excerpts) From January 2019 to December 2019 (Citrin_0065517 – 0065520) – **FILED UNDER SEAL**

Exhibit 76.    Request for Confirmation of Balances (Linda Sun Deposition Exhibit 15; LS000048 – 000049)

Exhibit 77.    Attornment and Subordination Agreement dated November 6, 2008 – **FILED UNDER SEAL**

Exhibit 78.    Sunco, Inc. General Ledger Detail Report (excerpts) From January 2018 to December 2018 (Citrin_0032771, Citrin_0033081, Citrin_0034104, Citrin_0045194 – 0045195) – **FILED UNDER SEAL**

Exhibit 79.    Infinity Realty Company, LLC General Ledger Detail Report (excerpts) From January 2018 to December 2018 (Citrin_0032124 – 0032138) – **FILED UNDER SEAL**

Exhibit 80.    New Sun Trust General Ledger Detail Report (excerpts) From January 2018 to December 2018 (Citrin_0031253 – 0031258) – **FILED UNDER SEAL**

Exhibit 81.    Sunco, Inc. General Ledger Detail Report (excerpts) From Janaury 2019 to December 2019 (Citrin_0002297, Citrin_0002531, Citrin_0003290, Citrin_0011168 – 0011169) – **FILED UNDER SEAL**

Exhibit 82.    Infinity Realty Company, LLC General Ledger Detail Report (excerpts) From January 2019 to December 2019 (Citrin_0031847 – 0031860) – **FILED UNDER SEAL**

4

Exhibit 83.    New Sun Trust General Ledger Detail Report (excerpts) From January 2019 to December 2019 (Citrin_0032506 – 0032527) – **FILED UNDER SEAL**

Exhibit 84.    Infinity Realty Company, LLC General Ledger Detail Report (excerpts) From January 2020 to December 2020 (Citrin_0032496 – 0032505) – **FILED UNDER SEAL**

Exhibit 85.    New Sun Trust General Ledger Detail Report (excerpts) From January 2020 to December 2020 (Citrin_0031633 – 0031636) – **FILED UNDER SEAL**

Exhibit 86.    2023 Schedule C for Infinity Wood Products, LLC to Form 1040 U.S. Income Tax Return of Shillock Yuan-Sun and David Sun – **FILED UNDER SEAL**

Exhibit 87.    Expert Report of Ross Yogel dated March 25, 2026

Respectfully submitted,

DAVID SUN, SHILLOCK YUAN-SUN, INFINITY WOOD PRODUCTS, LLC, SUNCO, INC., EASTMAN ST. DISTRIBUTORS, LLC, EASTMAN ST. WOODWORKS, INC., and INFINITY REALTY CO. LLC,

By their attorneys:

 */s/ Michele Connolly*
Peter E. Ball (BBO No. 546031)
Michele E. Connolly (BBO No. 680946)
Malgorzata Mrózek (BBO No. 699035)
FITCH LAW PARTNERS LLP
84 State St.
Boston, MA 02109
(617) 542-5542
peb@fitchlp.com
mec@fitchlp.com
Dated:  May 27, 2026                         mam@fitchlp.com

5

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 27, 2026.

/s/Malgorzata A. Mrozek
Malgorzata A. Mrozek