**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 1:22-cv-10833-MJJ |
| v. ) | |
| ) | |
| LINDA SUN, individually, DAVID SUN, individually ) | **MOTION OF DEFENDANTS DAVID** |
| SHILLOCK YUAN-SUN, individually, and INFINITY ) | **SUN, SHILLOCK YUAN-SUN,** |
| WOOD PRODUCTS, LLC., ) | **INFINITY WOOD PRODUCTS, LLC,** |
| ) | **SUNCO, INC., EASTMAN STREET** |
| Defendants, ) | **DISTRIBUTORS LLC, EASTMAN** |
| SUNCO, INC., EASTMAN ST. DISTRIBUTORS LLC, ) | **STREET WOODWORKS, INC., AND** |
| EASTMAN ST. WOODWORKS, INC., ) | **INFINITY REALTY COMPANY LLC** |
| INFINITY REALTY COMPANY LLC, and ) | **TO STRIKE DOC. NO. 223-17** |
| NEW SUN LIMITED PARTNERSHIP ) | **(PLAINTIFF'S EXHIBIT 15) AND DOC** |
| ) | **NO. 223-18 (PLAINTIFF'S EXHIBIT 16)** |
| Reach and Apply Defendants, and ) | **FROM THE RECORD** |
| Fraudulent Conveyance Defendants ) | |
| ) | |
| ) | |
| Linda Sun ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Sunco Timber (Kunshan) Co., Ltd. ) | |
| ) | |
| Counterclaim Defendant. ) | |
| ) | |
| ) | |
| Sunco, Inc. ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Sunco Timber (Kunshan) Co., Ltd. ) | |
| ) | |
| Counterclaim Defendant. ) | |
| ) | |

Pursuant to Fed. R. Civ. P. 56(c)(2), Defendants David Sun ("David"), Shillock Yuan-Sun ("Shillock"), Infinity Wood Products, LLC ("IWP"), Sunco, Inc. ("Sunco US"), Eastman Street Distributors LLC ("ESD"), Eastman Street Woodworks, Inc. ("ESW"), and Infinity Realty Company LLC ("IRC"), (collectively, the "Moving Defendants"), hereby move the Court to strike Plaintiff Sunco Timber (Kunshan) Co., Ltd.'s ("Plaintiff" or "Sunco China") Exhibit 15 (Doc. No. 223-17), entitled "Shanghai International Economic and Trade Arbitration Commission (Shanghai International Arbitration Center) Arbitration Result" (hereinafter "2021 Arbitral Award") from the record, and give it no weight in assessing the parties' summary judgment motions, on four independent grounds:  (1) Plaintiff's reliance on the 2021 Arbitral Award is precluded by the Court's ruling on Defendants' Motion for Sanctions; (2) Plaintiff failed to confirm the 2021 Arbitration Award under the New York Convention and Federal Arbitration Act; (3) the 2021 Arbitration Award is inadmissible hearsay and/or more prejudicial than probative; (4) equity precludes the 2021 Arbitral Award's admission as the Award resulted from significant procedural and other irregularities that call into doubt whether Sunco US was afforded adequate due process.

In support hereof, Moving Defendants rely upon the accompanying Memorandum of Law, Statement of Material Facts, and Declaration of Donald J. Lewis.

[SIGNATURE ON FOLLOWING PAGE]

Dated: May 27, 2026

Respectfully submitted,

DEFENDANTS DAVID SUN, SHILLOCK YUAN-SUN, INFINITY WOOD PRODUCTS, LLC, SUNCO, INC., EASTMAN ST. DISTRIBUTORS, LLC, EASTMAN ST. WOODWORKS, INC., and INFINITY REALTY CO. LLC

By their attorneys:

/s/ Malgorzata A. Mrozek
Peter E. Ball (BBO No. 546031)
Michele E. Connolly (BBO No. 680946)
Malgorzata Mrózek (BBO No. 699035)
FITCH LAW PARTNERS LLP
84 State St.
Boston, MA 02109
(617) 542-5542
peb@fitchlp.com
mec@fitchlp.com
mam@fitchlp.com

## LOCAL RULE 7.1 CERTIFICATION

I, Michele E. Connolly, counsel for Defendants David Sun, Shillock Yuan-Sun, Infinity Wood Products, LLC, Sunco, Inc., Eastman St. Distributors LLC, Eastman St. Woodworks, Inc., and Infinity Realty Company LLC, hereby certify that I conferred with counsel for Plaintiff on May 27, 2026 in a good-faith effort to resolve or narrow the issues raised in the instant Motion.

/s/Michele E. Connolly
Michele E. Connolly

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Moving Defendants respectfully request that the Court hold oral argument on the instant Motion. Moving Defendants believe that oral argument will materially assist the Court in ruling on the Motion.

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 27, 2026.

/s/ Malgorzata A. Mrozek
Malgorzata A. Mrozek

3