# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.<br>    Plaintiff,<br><br>v.<br><br>LINDA SUN, DAVID SUN, SHILLOCK YUAN-SUN, and INFINITY WOOD PRODUCTS, LLC,<br>    Defendants,<br><br>SUNCO, INC., EASTMAN ST. DISTRIBUTORS LLC, EASTMAN ST. WOODWORKS, INC., INFINITY REALTY COMPANY LLC, AND NEW SUN LIMITED PARTNERSHIP,<br>    Reach and Apply Defendants, and<br>    Fraudulent Conveyance Defendants. | Civil Action No. 1:22-cv-10833 MJJ |
| LINDA SUN,<br>Counterclaimant,<br><br>v.<br><br>SUNCO TIMBER (KUNSHAN) CO., LTD.,<br>Counterclaim Defendant. | |

**PLAINTIFFS' SECOND SUPPLEMENTAL RESPONSES AND/OR OBJECTIONS TO DEFENDANT LINDA SUN'S FIRST SET OF INTERROGATORIES REQUEST #7 AND REQUEST #8**

Plaintiff Sunco Timber (Kunshan) Co., Ltd. ("Sunco" and/or "Plaintiff") hereby submit its second supplemental responses and/or objections to defendant Linda Sun's ("L. Sun") first set of interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure.

1

RESPONSES AND/OR OBJECTIONS

INTERROGATORIES NO. 7.    State the basis for your denial of the allegation of paragraph 12 of the Counterclaim.

**SECOND    SUPPLEMENTAL    RESPONSE    AND/OR    OBJECTION    TO INTERROGATORY NO. 7.** Plaintiff incorporates its previous responses to Interrogatory 7 herein.    There's no sufficient basis for Plaintiff to conclude that the document referenced by Defendant is final, conclusive, or enforceable. It's Plaintiff's understanding that Chinese courts do not serve as impartial tribunals and do not provide the same level of rigorous application of the law to facts as do American courts. Historically, the Chinese government is selective in what decisions it will enforce. Further complicating the applicability and enforceability of the Chinese document cited by the Defendant is the fact that the matters addressed in that document are distinct and separate to the issues in the current case. This undermines the Defendant's attempt to argue that the document somehow precludes the Plaintiff's various claims against L. Sun.    Moreover, the contents and language of the purported matter referenced by Defendant is vague and ambiguous and limited in scope.

Plaintiff states that discovery is ongoing and reserves the right to amend or supplement its response prior to trial.

INTERROGATORIES NO. 8.    State the basis for your denial of the allegation of paragraph 14 of the Counterclaim. No grounds for non-recognition of the Chinese Judgment exist.

**SECOND    SUPPLEMENTAL    RESPONSE    AND/OR    OBJECTION    TO INTERROGATORY NO. 8.** Plaintiff incorporates its previous responses to Interrogatory 8 herein.    It is Plaintiff's understanding that the document referenced by Defendant is

2

not recognizable in this court. Chinese courts do not serve as impartial tribunals and do not provide the same level of rigorous application of the law to facts as do American courts. Historically, the Chinese government is selective in what decisions it will enforce. Further complicating the applicability and enforceability of the Chinese document cited by the Defendant is the fact that the matters addressed in that document are distinct and separate to the issues in the current case. This undermines the Defendant's attempt to argue that the document somehow precludes the Plaintiff's various claims against L. Sun. Moreover, the contents and language of the purported matter referenced by Defendant is vague and ambiguous and limited in scope.

Plaintiff states that discovery is ongoing and reserves the right to amend or supplement its response prior to trial.

        SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS ____ DAY OF OCTOBER 2024.

*Guoqing Wu* 2024. 10, 22,
Guoqing Wu

3

**DATED: October 23, 2024**      PLAINTIFF,
Sunco Timber (Kunshan) Co., Ltd.
By its attorneys,


*/s/Yun Cheng*
Connie C. Dai (BBO#683330)
Yun Cheng (BBO# 707028)
Lion's Law, P.C.
154 Wells Ave
Newton, Massachusetts 02459
(617) 232-7503 Telephone
(781) 207-8574 Fax
connie@lionslawgroup.com
yun@lionslawgroup.com


*/s/Timothy K. Cutler*
Timothy K. Cutler (BBO#636124)
CUTLER & WILENSKY LLP
20 Walnut Street, Suite 1
Wellesley, Massachusetts 02481
(617) 232-7500 Telephone
tim@cutlerlegal.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by electronic mail on this 23rd day of October 2024.

*s/Timothy K. Cutler*
Timothy K. Cutler

4