# Exhibit 1

**DONALD J. LEWIS**
1515 Constitution Blvd., #104
Salinas, CA 93906 USA
lewlaw24@gmail.com

## EMPLOYMENT/WORK EXPERIENCE

**Country Partner - China**
**China Trade Advisor**
**GoGlobal Trade Ltd** https://www.goglobal.trade/
**San Francisco, California, U.S.A.**
(7/2024-Present)

**Teaching Fellow**
**College of Law Australia** https://www.collaw.edu.au/
**Sydney, Australia**
(9/2021-11/2022)

In 2021, I co-taught the online one-semester course, *International Arbitration Practice* (ILP7), (with Martin Polaine), the core course in the Postgraduate Program on International Arbitration and Graduate Certificate in International Arbitration Practice of the College of Law Australia (COLLAW). Successful completion of the Certificate in International Arbitration Practice provides a new pathway to Chartered Institute of Arbitrators (CIArb) membership (via MCIArb) in Australasia. The course covered both International Commercial and Investment Arbitration Law Practice and was conducted comparatively – I specifically taught on PRC and Hong Kong international arbitration law and practice as well as selected aspects of Southeast Asian arbitration practice. Our course received very positive evaluations from the diverse postgraduate law students. Besides being a Teaching Fellow, I was a member of the Curriculum Advisory Board for the COLLAW International Arbitration Program.

**Research Associate**
**China Business Studies Initiative (CBSI)/Center for Business Studies**
**and Innovation in Asia Pacific (CBSI-AP)** https://usfcbsi.org/
**University of San Francisco** · Part-time
**San Francisco, California, U.S.A.**
(6/2021- 4/2023)

During this period, as a part-time Research Associate, I worked on preparation and delivery of episodes of the successful European SilkRoad 4.0 Lecture Program series (see below) up until the end of May 2022, when the last instalment aired – the SR 40 visit to Tel Aviv, Israel. Shortly thereafter, I began collaborations with Daniel Pichler of Sociedade Portuguesa de Inovação or SPI, a leading Portuguese NGO, on a major (and politically sensitive) EuropeAid/European Commission grant application concerning support and development of Chinese civil society organizations (CSOs or NGOs). With the guidance and assistance of Prof. Mark Sidel of the University of Wisconsin-Madison School of Law, I assembled a team of scholars from three prominent Chinese CSOs associated with Beijing Normal University, Peking University, and Sichuan Province. Although this was the first time I had participated in a EuropeAid grant

application, our collective team produced a high-quality Concept Note and we were short-listed and invited to submit a full grant proposal to the European Commission. Ultimately, in the face of fierce competition, our distinguished team did not secure the grant – although this was a valuable exercise on several levels – including prospects for future U.S.-China cooperation in this important field. During this period, I also undertook a final review of the Timor-Leste draft e-Commerce Law at the invitation of the Timor-Leste Government and USAID.

In September 2022, I was invited as one of two Keynote speakers for the online *1st International Law Forum* of the Bangor University Confucius Institute (孔子学院) in Bangor, Wales, United Kingdom. My Keynote PPT presentation was entitled: "International Trade Law & Policy, Climate Change, and Sustainable Development: New Directions for Europe and China," and was well-received.

Late September also witnessed the launch of the new Center for Business Studies and Innovation in Asia Pacific (CBSI-AP) at the University of San Francisco (USF) School of Management (*See:* https://usfcbsi.org/). I was invited by the CBSI-AP Director to assume a leading role in this new USF Center (which is the successor to the China Business Studies Initiative or CBSI). I subsequently led the CBSI-AP outreach to the Philippines Consulate-General in San Francisco and the fostering of closer ties of cooperation between the two organizations. I formulated a draft Executive Bootcamp program on the Regional Comprehensive Economic Partnership (RCEP) – which the Philippines and most other ASEAN Members have now acceded to. In March 2023, I was a key figure during the first official Philippines Consulate-General visit to the University of San Francisco – which laid the groundwork for the CBSI-AP *Consul-General Panel on APEC, ASEAN, and US Partnerships* (i.e., The Philippines, Malaysia, and Vietnam) held at USF in May 2023.

**Moderator/Organizer**
**SilkRoad 4.0 Lecture Program (Online)**
**Vienna, Austria**
(2/2021-5/2022)

I acted as Moderator/Organizer of the online European SilkRoad 4.0 Lecture Program series https://www.silkroad40.com/ (also broadcast on YouTube), based in Vienna, Austria. My co-hosts were Dr Philip Reinisch (Founder of SilkRoad 4.0) and Dr Harvey Dzodin (former Vice-President of ABC Network, New York City). SilkRoad 4.0 featured leading thought leaders from mainly EU institutions and universities (albeit also including prominent Chinese professors and innovators) who presented on/discussed EU-China-related BRI topics covering innovation and technology, trade, investment, logistics, fintech and cryptocurrency, sustainability, climate change, dispute resolution, and geopolitics. In 2021-22, the SilkRoad 4.0 route virtually visited major cities in Europe and the Middle East such as Vienna, Brussels, Berlin, Warsaw, Budapest, Bucharest, Athens, Ankara, and Tel Aviv.

**Research Associate**
**School of Management/China Business Studies Initiative (CBSI)**
**University of San Francisco**
**San Francisco, California, U.S.A.**
(6/2020-3/2021)

During the period in question, I served as a Research Associate for the China Business Studies Initiative (CBSI) at the University of San Francisco and completed work, as the lead author, on a major article entitled: "Dynamic synergies between China's Belt and Road Initiative and the UN's Sustainable Development Goals" for the *Journal of International Business Policy* (Springer, 2021) (*see* Publications *infra*). The article has been well-received with 24 citations to date. The abstract may be viewed: https://link.springer.com/article/10.1057/s42214-020-00082-6 I also conducted in-depth research on the China-EU Comprehensive Investment Treaty (CAI) and delivered a presentation entitled: "Better conditions for Chinese and European investors? Market access and standards of treatment under CAI," at a high-level online closed conference organized by the University of International Business and Economics (UIBE) School of Law in Beijing (March 2021) (*See* Conference/Workshop Papers & Presentations *infra*).

**Adjunct Professor**
**School of Management**
**University of San Francisco (USF)**
**San Francisco, California, U.S.A.**
(3/2017-6/2020)

I was an Adjunct Professor in the University of San Francisco (USF) School of Management for three years (2017-20). I taught perhaps the first MBA course in the United States on China's monumental Belt and Road Initiative (BRI/OBOR) in 2017. The course was entitled: *China's Belt and Road Initiative, Regional Economic Integration, and International Trade Regulation for U.S. Business*. This first-of-its-kind MBA course received extremely high evaluations from the USF graduate students. I also participated in USF School of Management international conferences in Shanghai (2018) and Langfang (outside of Beijing) (2017) – with presentations on Chinese BRI developments, especially in relation to the Cyber/Digital Silk Road (*see infra*). I collaborated with USF colleagues on several publications during this period (*see infra*).

**Foreign Law Expert/Lecturer**
**School of International Law**
**China University of Political Science and Law (CUPL)**
**Beijing, China**
(10/2019-1/2020)

I was a Foreign Law Expert/Lecturer in the School of International Law, China University of Political Science and Law (CUPL), in Beijing, China. During fall semester 2019, I taught a new and highly innovative course, *Comparative Investment Law*, to CUPL's elite, predominantly third year "experimental class". This advanced course critically explored U.S.-China foreign investment controls and incentives (including CFIUS reforms); China's new foreign investment law; Cambodian foreign investment law; comparisons of China's FTAs (ASEAN-China and China-Korea) and China's BITs (China-Canada and China-Tanzania), including influences from NAFTA/USMCA and U.S. Model BITs, concluding with an intensive comparative treatment of international dispute settlement under the above-mentioned FTAs and BITs. This novel and challenging course was well-received and the CUPL students performed exceptionally well on the final examination. My continued teaching at CUPL was interrupted by the COVID-19 pandemic.

**Visiting Professor**
**International Summer Semester**
**China University of Political Science and Law (CUPL)**
**Beijing, China** (7/2018)

I taught perhaps the first course in English in the world on *Trade and Investment Law for China's Belt and Road Initiative* during the International Summer Semester at the China University of Political Science and Law (CUPL) in July 2018. This semester course was conducted intensively over a period of two weeks and covered international sales law (primarily CISG); trade facilitation/e-commerce; carriage of goods by sea, rail, and road; WTO law and RTAs/FTAs; international investment law; and international commercial and investment dispute resolution. According to the CUPL Academic Affairs Office, I received the highest rating of the visiting professors (mainly law professors) from around the world (including the U.S. and Europe) who participated in the 2018 CUPL International Summer Semester. I was subsequently invited to return to CUPL as a resident foreign law lecturer in 2019-20 (*see above*).

**Visiting Professor**
**University of International Business and Economics (UIBE)**
**School of Law**
**Beijing, China**
(9/2017-12/2017)

I was a Visiting Professor at the UIBE School of Law in Beijing, China, for the 2017 fall semester where I taught *International Sales Law* and *International Investment Law* to the elite UIBE "experimental class of 2015". My *International Sales Law* class treated documentary sales and straight sale of goods transactions, including by reference to English common law and the English Sales of Goods Act, 1979, and, in considerable detail, CISG and its case jurisprudence. My *International Investment Law* class covered, *inter alia*, pre-establishment, standards of protection, expropriation, state responsibility, and investor-State arbitration – predominantly by reference to BITs and ICSID jurisprudence. I also coached and provided academic guidance to the UIBE Law School FDI Moot, Vis Moot, and ELSA WTO Moot teams. The UIBE FDI Moot team placed 3rd in the world in the FDI Moot competition held in Boston, USA (Nov. 2017) – the highest of any Chinese team in history; the UIBE Vis Moot team won the national championship CIETAC Cup in Beijing, China (Nov. 2017). I was referenced in the official UIBE press releases concerning both outstanding UIBE Law achievements.

**Legal Consultant**
**Trade, Investment, and Innovation Division**
**United Nations Economic and Social Commission for Asia Pacific (UNESCAP)**
**Bangkok, Thailand**
(3/2019-2/2020; 2021)

I was the Legal Consultant for UNESCAP on the high-profile, cutting-edge Readiness for Cross-Border Paperless Trade Project, funded by the WTO Enhanced Integrated Framework (EIF), for the countries of Bangladesh, Cambodia, Nepal, and Timor-Leste (2019-20). This ESCAP project (which also involved UNCITRAL) encompassed legal and technical assessments of the state of e-readiness of each of these four LDCs and their capacity to launch national single windows (NSWs) pursuant to the WTO Trade Facilitation Agreement (TFA) as well as to accede to the

UN Framework Agreement on Facilitation of Cross-Border Paperless Trade in Asia and the Pacific (CPTA).The legal assessments involved a detailed study and critique of the e-commerce, customs, trade facilitation, and other related laws and regulations of the four LDCs on the basis of research and interviews of leading government officials and other stakeholders. I completed meticulous legal checklists, made on-site PPT presentations at national consultation workshops (*see infra*), formulated legal reform recommendations and drafted the legal parts of the UNESCAP final reports (*see Publications infra*) for the four countries. The ESCAP technical consultant on the project was my colleague, Mr Mah Choong Kean (Alvin Mah), from Malaysia. In 2021, as a UN Legal Consultant, I assisted USAID and the Timor-Leste Government with their draft E-Commerce Law by means of research, review/comment, and drafting/revision of statutory language.

**Associate Member**
**Brooke Chambers**
**London, United Kingdom**
(11/2018-Present)

I am a founding associate member of Brooke Chambers in Chancery Lane, London (https://www.brookechambers.co.uk/) The chambers has an international focus with its members specializing in public international law (including WTO law and RTAs), commercial/regulatory law, and international commercial and state-investor arbitration. The firm has recognized international experience and expertise with a particular emphasis on Southeast Asia, China, India, Eastern Europe and Central Asia. International trade and investment law are particular areas of expertise, specifically as regards the implications for business and commerce of China's Belt and Road Initiative (BRI), as are dispute resolution, PIL, security, and sustainable development issues.

**International Lecturer and Consultant**
(7/2013-12/2016)

In 2016, I participated as speaker and panel moderator at the University of San Francisco (USF) School of Management China Business Studies Initiative (CBSI) Forum: *One Belt, One Road, One World: New Dimensions of US-China Investment Relations* (9/2016) – the first such public BRI/OBOR Forum in the U.S. I am a featured contributor for China Daily Online (10/2016 - Present) (see *infra* Publications). I was a speaker at The University of Hong Kong School of Business in Hong Kong, China, where I conducted a seminar on *Mega-Regionals, China's Rise, and the One Belt, One Road Initiatives* (5/2016). I was also featured speaker at the Diplomatic Forum, held at the London Academy of Diplomacy, Stirling University, in London, England - my lecture was entitled: *Defining Our Time: Mega-Regionals, China's Rise, and the Advent of the One Belt, One Road Initiatives* (3/2016). In 2016, I engaged in discussions regarding international cooperation with the University of San Francisco (USF) China Business Studies Initiative (CBSI); the Middlebury Institute of International Studies at Monterey (MIIS); The University of Hong Kong (HKU) Faculty of Law, School of Business, and Asia Global Institute; Stirling University in Scotland; LINK University in Rome, Italy; University of International Business and Economics (UIBE) and the Center for China and Globalization (CCG) both in Beijing, China. I was interviewed and quoted in leading China media (e.g., Xinhua TV) in connection with the USF CBSI *OBOR Forum* and the G20 Summit in Hangzhou, China.

In 2015, I was a guest lecturer at the Middlebury Institute of International Studies at Monterey (MIIS) on *Foreign Investment in the State of California* in the *Business-Government Relations Workshop* (11/2015); I also presented at an *Innovation Salon* at California State University Monterey Bay (CSUMB) (11/2015). At the time of the U.S.-China Presidential Summit in 2015, I co-authored (with Prof. Robert Rogowsky) an influential op-ed, *"Bridging the Sino-U.S. Digital Divide"* which was published by Caixin Online in Beijing, China (9/2015) (see *infra* Publications).

In 2014, I was invited speaker at the high-level *China Outbound Forum,* organized by CCG and the China Association of International Economic Cooperation (CAFIEC), China Ministry of Commerce (MOFCOM), in Sanya, China (11/2014) – where I unveiled for the first time the concept of the *Cyber/Digital Silk Road*. I was also guest lecturer at the Monterey Institute of International Studies (MIIS) in the *5th Annual Global Problems and Solutions Colloquium: Economic Statecraft and Diplomacy* where I spoke on current U.S.-China relations (3/2014). I was also invited speaker at the *12th Annual Academic Conference on China and the WTO*, sponsored by the University of International Business and Economics (UIBE) and the International Centre for Trade and Sustainable Development (ICTSD) in Beijing, China (11/2013).

During this period, I acted as Chinese law expert witness for *In Re Air Cargo Shipping Services Antitrust Litigation* (MDL No. 1775, S.D.N.Y.) concerning Chinese air cargo tariffs, *Noerr Pennington* and other related government compulsion issues (2015); and for the high-profile federal case, *United States v. Liew* (3:11-cr-00573, N.D. Cal.) involving alleged theft of trade secrets and violations of the U.S. Economic Espionage Act (2013-14). I was also initially retained as an expert witness on Chinese law and business practices in another federal case, *United States v. Hongjun* (13-cr-00152, D.D.C.) concerning Chinese reverse mergers and alleged S.E.C. securities fraud (2014) (see *infra* Expert Testimony).

**Research Fellow**
**Stanford Law School,**
**Stanford, California, U.S.A.**
(7/2011-6/2013)

I was appointed a Research Fellow at Stanford Law School in July 2011. In this capacity, I engaged in research on current US-China/WTO trade issues, including antidumping and subsidies/CVD actions against Chinese companies, and China's export controls; on China's green innovation development policies and programs in conjunction with foreign direct investment, technology transfer and IP protection (see *infra* Publications); China's outbound direct investment (ODI) policies/activities and CFIUS issues; China-related litigation in the US courts, including reverse mergers and antitrust actions; and, pursuant to a Stanford Law School/Microsoft research grant, on the intersection between antitrust (competition) law and IP rights in China. I was a speaker at major events in California and Europe, including the *Northern District of California 2013 Judicial Conference* in Napa, California, and the *2012 Bridges China Dialogue* in Geneva, Switzerland (see *infra* Publications). I also advised the San Francisco Bay Area Council, California-China Trade and Investment Office, and Governor Jerry Brown's Office of Business and Economic Development (GO-Biz) on the Governor's 2013 Trade Mission to China and the intensification of California-China commercial relations.

**Lecturer in Law**
**Stanford Law School**
**Stanford, California, U.S.A.**
(7/2010-6/2011)

I was appointed a Lecturer in Law at Stanford Law School for 2010-11. In this capacity, I taught and engaged in research on Chinese law, specifically teaching the course, *Dispute Resolution in China* (Winter 2011). The course was largely ADR-based (alternative dispute resolution) focusing on Chinese arbitration and mediation law and practice (particularly foreign trade and investment arbitration), including comparative negotiation and mediation theory. My course received very high evaluations from the Stanford students. I also guest-lectured in the course, *Law, Science and Technology Colloquium*, at Stanford Law School on e-commerce and trade facilitation in China and ASEAN countries, with references to ASEAN/APEC initiatives, benchmarks and roadmaps.

**Visiting Associate Professor of Law**
**Stanford Law School**
**Stanford, California, U.S.A.**
(7/2009-6/2010)

I was one of perhaps less than ten professors globally to be invited as a Visiting Professor at Stanford Law School in 2009-10. I spent a year in residence at Stanford Law School engaged in research on Chinese law and international economic law and taught the course, *Trade and Investment in China*. My *Trade and Investment in China* course (Winter 2010) covered the major legal aspects of China's international economic relations, foreign trade, and foreign direct investment and received very high evaluations from the Stanford students.

**Associate Professor/Lecturer in Law**
**The University of Hong Kong Faculty of Law**
**Hong Kong, China**
(08/1986-05/1997; 6/1997-6/2009)

I was appointed an Associate Professor in The University of Hong Kong (HKU) Faculty of Law in 1997 after holding the position of Lecturer in Law since 1986. My duties included teaching, research, and administration. I was the sole lecturer for the year-long *International Trade Law* course (undergraduate and graduate levels), comprising international sales, international trade finance, carriage of goods/multimodal transportation, international commercial arbitration and WTO/GATT law and policy. I was also the sole lecturer for the year-long *Trade and Investment in China* course (graduate LLM level) covering all major legal aspects of China's foreign trade and foreign direct investment. I also taught the course, *Dispute Resolution in China* (undergraduate and graduate levels). My administration included acting as the Director of Chinese Law programs; Director of the East Asian International Economic Law and Policy (EAIEL) Program (which included hosting the *WTO Asia Pacific Regional Trade Policy Course* (RTPC)); and Acting and Deputy Director of the Asian Institute of International Financial Law (AIIFL). As EAIEL Director, I coordinated with international organizations, including the WTO and UN agencies, and NGOs, such as ICTSD (Switzerland) as well as aid agencies on a range of Asia Pacific trade issues. Among the conferences I co-organized was *China's Participation in the WTO* held in Hong Kong (2005), involving leading legal and economic authorities from the US,

Europe, China, Asia and Australia. My book publications during this period included: *The China Investment Manual (2nd ed.)*(1998) and *China's Participation in the WTO* (2005).

**Director**
**EAIEL ICT Research Network (ICTRN)**
**Microsoft Corporation/The University of Hong Kong Faculty of Law**
**Hong Kong, China**
(11/2005-6/2009)

I was the Director of the Microsoft-funded East Asian International Economic Law and Policy (EAIEL) Program Information Communication Technology Research Network (ICTRN) at the University of Hong Kong Faculty of Law (2005-09). In this capacity, I worked closely with Microsoft Asia Pacific Regional Legal Counsel in the design and implementation of a law and public policy research network (i.e., ICTRN) for the Asia Pacific region. I also collaborated with Microsoft Regional Counsel on the development of specific commissioned research projects as well as with the leading law and economics professors in the Asia Pacific region, including from China, India, Japan, Korea, Australia, Hong Kong and Singapore.

These projects covered three major areas: cutting-edge IP/IT issues; trade and IP/IT intersections (principally Trade Facilitation); and competition (antitrust) and IP/IT intersections in the Asia Pacific region and nationally. I also pursued commissioned research for Microsoft under the ICTRN program which was subsequently published by Sweet & Maxwell in London (see *infra* Publications). I also convened a major Microsoft-funded conference on these projects held at The University of Hong Kong: The 2007 *EAIEL ICT Research Network Symposium* (Aug. 2007). My own research and the research of leading regional professors in the ICTRN focused on contemporary legal, economic and political issues facing the Asia Pacific region (in the three areas set out above) and for a number of the commissioned papers (including my own work) this also involved a discussion of Asia Pacific initiatives in areas related to trade, IP/IT, e-commerce, trade facilitation, trade and competition (antitrust), and regional integration and harmonization, among others. As the ICTRN Director, I was a prominent speaker on panels at annual Microsoft Government Leaders Forums (GLFs) (Singapore, New Delhi; attended Beijing and Jakarta) held in Asia, and at such conferences and otherwise in my capacity as ICTRN Director had opportunities to liaise and coordinate with APEC, ASEAN and UN Secretariat staff and leaders.

**Consultant**
**White & Case**
**Hong Kong, China**
(01/1994-12/1996)

I was the Consultant on Chinese law matters for this leading New York City-based law firm. I advised on a range of matters, including large investment and infrastructure projects (including power plants, highway and water projects), corporate re-structurings, foreign investment enterprises (joint ventures, wholly foreign-owned enterprises, holding companies), representative offices, IPOs, foreign loans, guarantees and financing, China trade issues, and dispute resolution (including foreign-related (CIETAC) and domestic arbitration). I typically advised Fortune 50 companies and leading investment banks. I was involved in providing advice to clients and White & Case lawyers on Chinese law as well as drafting project and loan documentation, negotiating projects and contracts, and conducting CIETAC arbitration.

**Fulbright Law Professor**
**Fulbright Program - U.S. Department of State**
**Washington, D.C., U.S.A./Tianjin/Guangzhou, China**
(09/1984-06/1986)

I was a U.S. Fulbright Law Professor to the People's Republic of China for two consecutive years (1984-86) at the beginning of the opening-up period in China. I taught *International Trade Law* and *International Financial Law* at Nankai University Department of Law in Tianjin (1984-85) in northern China. I taught *International Trade Law* at Zhongshan (Sun Yat-sen) University Department of Law in Guangzhou (1985-86). While in China, I also lectured at Peking University Department of Law and in Dalian twice at the Dalian Management Institute (sponsored by the China University of Political Science and Law and then-State Economic Commission), among others.

**Research Fellow**
**East-West Center**
**Honolulu, Hawaii, U.S.A.**
(08/1983-08/1984)

I engaged in research on nascent Chinese law under the auspices of the China Law Project at the East-West Center, funded by the Ford and Luce Foundations. The China Law Project was supervised by Professor Victor Hao Li, then-President of the East-West Center, although I oversaw the day-to-day work of the project. The Project yielded a 7-volume compilation, comprising the first major comprehensive, systematic collection of Mainland Chinese laws and regulations in the Western world (see *infra* Publications). I also organized a related international conference: *Workshop on Current Laws in Force in the People's Republic of China*.

## EDUCATION

LL.M.            University of London, School of Oriental and African Studies (1981)

J.D.             Emory University School of Law (1980)

A.B. *cum laude*   University of Southern California, von KleinSmid School of International Relations (1976)

## VISITING POSITIONS

VISITING PROFESSOR, China University of Political Science and Law (CUPL), China (July 2018)

VISITING PROFESSOR, University of International Business and Economics (UIBE) School of Law, China (Sept.-Dec. 2017)

VISITING PROFESSOR, University of Wisconsin at Madison School of Law (Mar. 2002)

VISITING SCHOLAR, Harvard Law School, East Asian Legal Studies (July-Dec. 2000)

VISITING LECTURER, University of Zurich Faculty of Law, Switzerland (June 1999/2001/2003/2005)

VISITING PROFESSOR, Peking University Law Department, China (Nov.1989)

## SELECTED PUBLICATIONS

### BOOKS

CHINA'S PARTICIPATION IN THE WTO, Co-editor w/ Henry Gao (London: Cameron & May, 2005) (486 pp)

CHINA INVESTMENT MANUAL, 2nd EDITION, General Editor (Hong Kong: Asia Law & Practice Publishing Ltd, 1998) (2 volumes) (729 pp)

PRC JOINT VENTURES: DRAFTING AND NEGOTIATING CONTRACTS, co-author: John T. Kuzmik (Hong Kong: Asia Law & Practice Publishing Ltd, 1997) (212 pp)

THE LIFE AND DEATH OF A JOINT VENTURE IN CHINA (2nd ed. (revised)), General Editor (Hong Kong: Asia Law & Practice Publishing Ltd, 1996) (310 pp)

CHINA INVESTMENT MANUAL, General Editor (Hong Kong: Asia Law & Practice Ltd, 1994) (406 pp)

CHINA TRADE AND MARKETING MANUAL, General Editor (Hong Kong: Asia Law & Practice Ltd, 1994) (292 pp)

MAJOR LAWS OF THE PEOPLE'S REPUBLIC OF CHINA: A PRELIMINARY INDEX AND COLLECTION OF LEGAL DOCUMENTS, co-author: Victor H. Li (Honolulu: East-West Center, 1984) (7 volumes)

### CHAPTERS & ARTICLES

Lewis, D.J., Yang, X., Moise, D. et al., "Dynamic synergies between China's Belt and Road Initiative and the UN's Sustainable Development Goals," J INT BUS POLICY 4, 58–79 (Springer, 2021).

"OBOR in the context of China-EU FDI and China's evolving economic diplomacy" in Julien Chaisse, ed., CHINA-EUROPEAN UNION INVESTMENT RELATIONSHIPS: TOWARDS A NEW LEADERSHIP IN GLOBAL INVESTMENT GOVERNANCE? (United Kingdom: Edward Elgar, 2018) (Chapter 10: 12 pp)

"One Belt, One Road (OBOR) Roadmaps: The Legal and Policy Frameworks" (co-author: Diana Moise) in Julien Chaisse and Jędrzej Gorski, ed., THE BELT AND ROAD INITIATIVE: LAW, ECONOMICS, AND POLITICS 17-58 (The Netherlands: E.J. Brill, 2018)

"One Belt, One Road, One World: Where is US Business Connectivity?" (co-authors: Xiaohua Yang, Stephen Roddy, and Diana Moise) in Wenxian Zhang, Ilan Alon, Christoph Lattemann, ed., CHINA'S BELT AND ROAD INITIATIVE – CHANGING THE RULES OF GLOBALIZATION 55-72

(Switzerland: Springer International, 2018)

"OBOR Roadmaps: The Legal and Policy Frameworks" (co-author: Diana Moise) in TDM SPECIAL ISSUE: CHINA'S ONE BELT, ONE ROAD: ECONOMIC CHANGES, POWER SHIFTS AND PROSPECTS/CONSEQUENCES FOR THE WORLD OF ARBITRATION (The Netherlands: Transnational Dispute Management, 2017) (Chapter 1: 31 pp)

"Belt and Road 'architecture' strong, with more construction ahead", CHINA DAILY ONLINE (September 25, 2017) http://www.chinadaily.com.cn/opinion/2017-09/25/content_32464206.htm

"A historic milestone: China's general provisions of civil law", CHINA DAILY ONLINE (March 14, 2017) http://www.chinadaily.com.cn/opinion/2017-03/14/content_28546809.htm

"China ushers in new FTAAP era", CHINA DAILY ONLINE (November 22, 2016) http://www.chinadaily.com.cn/opinion/2016-11/22/content_27456948.htm

"China-CEE ties on new economic path", CHINA DAILY ONLINE (November 7, 2016) http://www.chinadaily.com.cn/opinion/2016-11/07/content_27298818.htm

"President Xi advances OBOR in Bangladesh", CHINA DAILY ONLINE, (October 16, 2016) http://europe.chinadaily.com.cn/opinion/2016-10/16/content_27076669.htm

"Bridging the Sino-U.S. Digital Divide", w/ Robert Rogowsky, CAIXIN ONLINE (September 22, 2015) http://english.caixin.com/2015-09-22/100854790.html

"Rio+20 and beyond: The future that China wants", BIORES (vol. 6, no. 4) 16-20 (Geneva: International Centre for Trade and Sustainable Development - ICTSD) (Dec. 2012); abstracted from THINK PIECES FOR 2012 BRIDGES CHINA DIALOGUE: PERSPECTIVE ON CHINA AND SUSTAINABILITY (Geneva: ICTSD, Sept. 2012)

"Implementation of International Trade Rules Governing Software Protection and Development in Four Asian Jurisdictions", co-author: Junlei Peng, [2008] 14 COMPUTER AND TELECOMMUNICATIONS LAW REVIEW 191-97 (Part I), 223-229 (Part II) (London: Sweet & Maxwell)

"On Multilateral Governance and Sustainable Development", Comments, FUTURE TRADE RESEARCH AREAS THAT MATTER TO DEVELOPING COUNTRY POLICYMAKERS: A REGIONAL PERSPECTIVE ON THE DOHA DEVELOPMENT AGENDA AND BEYOND: 61 STUDIES IN TRADE AND INVESTMENT 23-26 (New York and Bangkok: United Nations, 2007)

"Trade Facilitation: Issues and Negotiations" in DELIVERING ON THE WTO ROUND: A HIGH-LEVEL GOVERNMENT-BUSINESS DIALOGUE: 56 STUDIES IN TRADE AND INVESTMENT 165-187 (New York and Bangkok: United Nations, 2005)

"China's WTO accession: liberalization of the PRC insurance sector", co-author: Peter F. Rhodes, 70 INSURANCE & REINSURANCE LAW BRIEFING (London: Sweet & Maxwell) 2-6 (Aug. 2002)

"China in Action: WTO Implementation in the Insurance Sector Off to a Fast Start", 16(1) CHINA LAW & PRACTICE 27-29 (Feb. 2002)

"Foreign Insurers in 'Good Hands': China Offers New Opportunities in the Insurance Services Sector", co-author: Peter F. Rhodes, 15(10) CHINA LAW & PRACTICE 26-30 (Dec. 2001/Jan. 2002)

"Governance in China: The Present and Future Tense" in Brahm, L.J., ed., CHINA'S CENTURY: THE AWAKENING OF THE NEXT ECONOMIC POWERHOUSE (Singapore: John Wiley & Sons, 2001) 235-43

"Prospects for the Rule of Law in China and Hong Kong", [1999] 42 REFLEXION (Zurich: Liberales Institut) 35-42

"An Opinion on Several Questions Concerning the Implementation of the General Principles of Civil Law of the People's Republic of China" 19(2) HONG KONG LAW JOURNAL 219-27

"The UN Convention for the International Sale of Goods: Implications for Hong Kong and China", LAW LECTURES FOR PRACTITIONERS (Hong Kong: Hong Kong Law Journal Ltd, 1988) 243-53

"The Sino-foreign Cooperative Joint Venture Law of the People's Republic of China"18(3) HONG KONG LAW JOURNAL 476-86

"An Explanation of Several Questions Concerning the Application of the Foreign Economic Contracts Law of the People's Republic of China", 18(2) HONG KONG LAW JOURNAL 278-87

"Implementing Rules on Administrative Penalties of the Customs Law of the People's Republic of China", 18(1) HONG KONG LAW JOURNAL 96-101

"A Requiem for Chinese Customary Law in Hong Kong", 32 INTERNATIONAL AND COMPARATIVE LAW QUARTERLY 347-79

**OTHER PUBLISHED OUTPUT**

READINESS ASSESSMENT FOR CROSS-BORDER PAPERLESS TRADE: BANGLADESH, NEPAL, CAMBODIA, AND TIMOR-LESTE (Bangkok: United Nations Publications, Trade and Investment Division, ESCAP, 2019) (Four individual country reports for which I composed the legal Key Findings, Legal Checklists, Recommendations, and Action Plans - accessible on the UNESCAP website)

Principal Author, PROPOSAL FOR A JOINT TRAINING CENTRE FOR REGIONAL TRADE POLICY COURSES IN EAST ASIA, submitted to the WTO Institute for Training and Technical Cooperation (2003), 73 pp

**EDITORSHIPS**

Consultant, CHINA LAW & PRACTICE (2000-09); Academic Consultant (1996-99); Consultant

Editor (1986-95)

Editor, "Chinese Law", HONG KONG LAW JOURNAL (1993-94); Co-Editor, "Notes on Chinese Law" (1987-93) (now the China Law section of the journal)

## PAPERS, PRESENTATIONS & PARTICIPATIONS

### CONFERENCE/WORKSHOP PAPERS & PRESENTATIONS

Presenter, "Creating a Legal Enabling Environment for Digital Trade," GoGlobal Trade Expert Webinar, CREATING DIGITAL TRADE ECOSYSTEMS, London, United Kingdom: July 2024
https://www.youtube.com/watch?v=D82bOC1qgqc

Keynote Presentation, "International Trade Law & Policy, Climate Change, and Sustainable Development: New Directions for Europe and China," Bangor University Confucius Institute 1ST INTERNATIONAL LAW FORUM, Bangor, Wales, United Kingdom: Sept. 2022

Presenter and Lead Panelist, "Belt and Road Initiative and the Green New Deal: Possible Convergences," UNIVERSITY OF SAN FRANCISCO CBSI ISAP (INTERNATIONAL STUDENT AMBASSADOR PROGRAM) SEMINARS, (online) San Francisco, California, USA: May 2021

Presenter, Part I: Rule innovation of CAI, "Better conditions for Chinese and European investors? Market access and standards of treatment under CAI," INTERNATIONAL SEMINAR ON CHINA-EU COMPREHENSIVE INVESTMENT TREATY (CAI): WHAT CAN THE CAI BRING TO US? (online closed conference) organized by the University of International Business and Economics (UIBE) School of Law), Beijing, China: March 2021

"Timor-Leste - Preliminary Findings: Legal Readiness for Cross-border Paperless Trade," Dili, Timor-Leste: Sept. 2019; "Cambodia - Preliminary Findings: Legal Readiness for Cross-border Paperless Trade," Phnom Penh, Cambodia, Sept. 2019; "Nepal - Preliminary Findings: Legal Readiness for Cross-border Paperless Trade," Kathmandu, Nepal, July 2019; "Bangladesh - Preliminary Findings: Legal Readiness for Cross-border Paperless Trade," Dhaka, Bangladesh, July 2019; NATIONAL CONSULTATION WORKSHOPS, UNESCAP (EIF) Readiness for Cross-Border Paperless Trade Project

Panel Discussant, "Session 2: Emerging digitalization practices in B2B transactions," TRADE DIGITALIZATION FOR SUSTAINABLE REGIONAL INTEGRATION, UNESCAP and UNNExT, United Nations Conference Centre, Bangkok, Thailand: March 2019

Panelist, Plenary Session, "Belt and Road Forum for Global Trade and Investment" and Presenter, Paper Session 2-3, "US Business Connectivity with China's Belt and Road Initiative: Cyber/Digital and Maritime Silk Roads," ACADEMY OF INTERNATIONAL BUSINESS (AIB) CHINA CHAPTER 2018 ANNUAL CONFERENCE and 3RD ECUST-USF INTERNATIONAL SYMPOSIUM (co-organized by USF China Business Studies Initiative and School of Business, East China University of Science and Technology (ECUST)), Shanghai, China: May 2018

Panelist, BRIDGE TO CHINA 2018 (organized by the San Francisco Business Times and Nixon Peabody Law Offices), San Francisco, CA, USA: May 2018

Conference Emcee, Panel Moderator, and Speaker, "California's Participation in BRI: Getting Up to Speed," BELT AND ROAD FORUM (organized by the Hong Kong Association of Southern

California in collaboration with the Hong Kong Trade Development Council (HKTDC) and Chinese Consulate-General, Los Angeles), Los Angeles, CA, USA: April 2018

Panel Moderator, "Panel Three: Where does Blockchain technology lead our global trade and investment?" TRUMPING TARIFFS: WILL BLOCKCHAIN TECHNOLOGY REVOLUTIONIZE GLOBAL TRADE? (organized by USF China Business Studies Initiative (CBSI)), San Francisco, CA, USA: April 2018

Panel Speaker, "China's Belt and Road Initiative and Beijing-Tianjin-Hebei Synergies: Prospects for Future Development," 2ND CHINA BUSINESS STUDIES INITIATIVE (CBSI) INTERNATIONAL CONFERENCE (organized by the University of San Francisco (USF) School of Management, China Business Studies Initiative (CBSI)), Langfang, Hebei, China: May 2017

Panel Speaker, OBOR Panel, "OBOR in the Context of China-EU FDI and China's Evolving Economic Diplomacy," ASIA FDI FORUM III (organized by the Chinese University of Hong Kong (CUHK) Faculty of Law) Hong Kong, China: May 2017

Speaker and Panel Moderator, CBSI FORUM: ONE BELT, ONE ROAD, ONE WORLD: NEW DIMENSIONS OF US-CHINA INVESTMENT RELATIONS (organized by the University of San Francisco (USF) School of Management, China Business Studies Initiative (CBSI)), San Francisco, CA, USA: Sept. 2016

Moderator, "The 'Cyber-Silk Road' - Now Being Paved Between China and the U.S.", 12th ANNUAL GLOBAL CALIFORNIA CONFERENCE (organized by the Monterey Bay International Trade Association in partnership with Brand Monterey Bay; sponsored by the Monterey County Business Council; held at the Middlebury Institute of International Studies at Monterey (MIIS)), Monterey, CA: Mar. 2016

Panel Speaker, "Single Window(s) and the U.S.-China Cyber Silk Road", INTEGRATING GLOBAL TRADE & LOGISTICS AND CYBERSECURITY (IGTLC) CONFERENCE (organized by the Bay Area Center for International Trade Development (CITD)), San Francisco, CA, USA: Nov. 2015

Speaker, "The Blue Economy and "Blue Innovation": A Call to Action for Monterey Bay", INNOVATION SALON: GREEN VS. BLUE ECONOMY, California State University Monterey Bay (CSUMB), Seaside, CA, USA: Nov. 2015

Panel Speaker, "The U.S.-China Trade & Innovation Center: A Next-Gen Think Tank Linking China and California's Super Regions"; "ACE and Beyond: An Advanced Single Window Model for California and the U.S.", 11th ANNUAL GLOBAL CALIFORNIA CONFERENCE (organized by the Monterey Bay International Trade Association in partnership with the Bay Area Council, China-Silicon Valley, and Brand Monterey Bay) Santa Cruz, CA, USA: Dec. 2014

Panel Speaker, "What Opportunities in the U.S. for Chinese Companies?", CHINA OUTBOUND FORUM (Inaugural Meeting) (sponsored by Center for China and Globalization (CCG) and China Association of International Economic Cooperation (CAFIEC) of China Ministry of Commerce (MOFCOM)), Sanya, China: Nov. 2014

Speaker, "Dawn of the U.S. Single Window Era", STREAMLINING GLOBAL TRADE (organized by TradePort and the Monterey Bay International Trade Association) Palo Alto, CA, USA: July 2014

Panel Speaker, "U.S.- China Great Power Relationship: Tamping the Economic Foundations", 12TH ANNUAL ACADEMIC CONFERENCE ON CHINA AND THE WTO (sponsored by the University of International Business and Economics (UIBE) and International Centre for Trade and

Sustainable Development (ICTSD), Beijing, China: Nov. 2013

Panel Speaker, "China's Economic Development: the Impact in Federal Court", NORTHERN DISTRICT OF CALIFORNIA 2013 JUDICIAL CONFERENCE, Napa, CA, USA: Apr. 2013

Panel Speaker, "US-China Economic & Policy Outlook", US-CHINA ECONOMIC & TECHNOLOGY SUMMIT (sponsored by the China Enterprise Association of Northern California), San Jose, CA, USA: Oct. 2012

"Rio+20 and beyond: the future that China wants – Intersections of the Green Economy, Innovation and Trade", 2012 BRIDGES CHINA DIALOGUE, organized by the International Centre for Trade and Sustainable Development (ICTSD) (sponsored by ICTSD, Friedrich Ebert Stiftung and the Research Center for Chinese Politics & Business (RCCPB), Indiana University), Geneva, Switzerland: Sept. 2012

"E-Commerce and Trade Facilitation: Creating the Legal Infrastructure", HIGH-LEVEL SYMPOSIUM ON BUILDING REGIONAL CAPACITY FOR PAPERLESS TRADE, organized by UN/ECE and UNESCAP (sponsored in part by Microsoft Corporation), United Nations, Bangkok, Thailand: Mar. 2009

"Law and Economics: Selection of Systemic Issues", RESEARCH WORKSHOP ON EMERGING TRADE ISSUES FOR DEVELOPING COUNTRIES IN THE ASIA-PACIFIC REGION, organized by UNESCAP and ARTNeT (w/ support from WTO, UNDP, UNCTAD, IDRC) Macao, China: Dec. 2007

"Policy Coherence for Managing Globalization", Session 1: Trade, Investment and Policy Coherence, EXPERT GROUP MEETING FOR ARTNeT (PHASE II), UNESCAP, Bangkok, Thailand: Sept. 2007

"Trade Rules Governing Software Protection and Development at the Multilateral and Asian Regional/National Levels" 2007 EAIEL ICT RESEARCH NETWORK SYMPOSIUM, The University of Hong Kong, Hong Kong, China, (sponsored by Microsoft Corporation): August 2007; re-presented (and published as conference proceedings) for the 2007 ALIN INTERNATIONAL ACADEMIC CONFERENCE ON ASIA'S EMERGING LAW IN THE DIGITAL AGE, ALIN (Asian Legal Information Network), Chulalongkorn University, Bangkok, Thailand: Dec. 2007

Commentator, Session 1: Multilateral Governance of Global Trade and Sustainable Development, POST-DOHA RESEARCH AGENDA FOR DEVELOPING COUNTRIES, WTO/UNESCAP/ARTNeT WORKSHOP, Macau, China: Oct. 2006

"Update on the WTO Trade Facilitation Negotiations", UNDP/UNESCAP ARTNeT RESEARCH MEETING, United Nations, Bangkok, Thailand: Mar. 2006

Panel Presenter, "Trade Facilitation and Development: What Will and Won't the DDA Accomplish?" (organized by the World Bank Institute), HONG KONG TRADE AND DEVELOPMENT SYMPOSIUM (organized by the International Centre for Trade and Sustainable Development (ICTSD) in cooperation with the HKU Faculty of Law (running concurrently with the Hong Kong WTO 6th Ministerial Conference)), Hong Kong: Dec. 2005

Panel Discussant, "Trade Facilitation: Opportunities for Business", A BUSINESS-GOVERNMENT FORUM IN HONG KONG (organized by the International Trade Centre (UNCTAD/WTO) and Aitic (Agency for International Trade Information and Cooperation), Hong Kong: Dec. 2005

Panel Speaker, "The Impact of Globalization and Trade Rules on National Governance and Sovereignty"; and "Public Policy and Institutional Leadership Considerations – Creating a Framework for Economic Development", MICROSOFT 2ND GOVERNMENT LEADERS FORUM –ASIA, New Delhi, India: Dec. 2005

"Trade Facilitation: Issues and Negotiations", DELIVERING ON THE WTO ROUND: A HIGH-LEVEL GOVERNMENT-BUSINESS DIALOGUE FOR DEVELOPMENT (organized by UNESCAP and International Trade Centre (ITC) in cooperation with the Macau SAR Government), Macau, China: Oct. 2005

"Trade Facilitation: GATT, WTO Proposals and Future Directions", REGIONAL CONSULTATION ON ISSUES OF TRADE FACILITATION AND HUMAN DEVELOPMENT (organized by UNDP/UNESCAP) at UN Conference Centre, Bangkok, Thailand: Aug. 2005

"China's WTO Compliance in the 4th Year of Accession" at 5. CHINA INTERNATIONAL BUSINESS LAW FORUM (sponsored by the Swiss-Chinese Chamber of Commerce and LL.M. Program in International Business Law, University of Zurich Faculty of Law) Zurich, Switzerland: June 2005

"Key Legal Developments in 2004 in Hong Kong", opening speeches by the ASLI Board of Governors, 2ND ASLI CONFERENCE: THE CHALLENGE OF LAW IN ASIA: FROM GLOBALIZATION TO REGIONALIZATION? (hosted by Chulalongkorn University Faculty of Law) Bangkok, Thailand: May 2005

Moderator, Panel on "Progress in Building China's New Foreign Trade Regime", CHINA'S PARTICIPATION IN THE WTO: CHANGING CHINA, CHANGING THE WORLD (organized by the East Asian International Economic Law and Policy (EAIEL) Programme; sponsored by Microsoft, Baker & McKenzie, Hong Kong & Shanghai Banking Corporation, and Philip Wong Foundation) Hong Kong: Feb. 2005

Panel Speaker, "Barriers to ICT Development in Asia", MICROSOFT 1ST GOVERNMENT LEADERS FORUM –ASIA, Singapore: Nov. 2004

Lead Discussant, Panel on Regulation of International Trade, CONFERENCE ON EXPLORING NEW IDEAS IN DISPUTE RESOLUTION: INTERNATIONAL TRADE, HUMAN RIGHTS AND SELECTIVE ADAPTATION OF LEGAL CULTURES, University of British Columbia, Vancouver, Canada: Nov. 2004

"New Opportunities for Foreign Investors in China", LATEST DEVELOPMENTS AND UPDATES ON HONG KONG AND CHINESE LAW (sponsored by Key Media Ltd) Hong Kong: Mar. 2004

"Equity and Cooperative Joint Ventures: Government Approvals, Capital Contributions and Corporate Governance"; "Foreign Investment Policy Guidelines: Implications for Development,

Manufacturing and Services"; and "Exit Strategies and Takeover Approaches in Joint Ventures" at STRUCTURING AND OPERATING BUSINESS VENTURES IN THE MIDDLE KINGDOM: LEGAL AND PRACTICAL STRATEGIES FOR SUCCESS (sponsored by the State Bar of California) Palo Alto, CA, USA: Nov. 2003

"China Trade Regulation: An Update", LATEST DEVELOPMENTS AND UPDATES ON HONG KONG AND CHINESE LAW (sponsored by Key Media Ltd) Hong Kong: Sept. 2003

"What's New for Foreign Investors" and "Foreign Trade and Technology Transfer: China's WTO Implementation Efforts" at 4. CHINA INTERNATIONAL BUSINESS LAW FORUM (sponsored by the Swiss-Chinese Chamber of Commerce, LL.M. Program in International Business Law, University of Zurich Faculty of Law and KPMG Zurich) Zurich, Switzerland: June 2003

"China Trade Regulation: An Update", LATEST DEVELOPMENTS AND UPDATES ON HONG KONG AND CHINESE LAW (sponsored by Key Media Ltd) Hong Kong: March 2003

"China's WTO Accession: Issues of Compliance with WTO Obligations and Commitments" (in Chinese), SYMPOSIUM ON WTO ACCESSION AND CHINA'S LEGAL SYSTEM – MAINLAND AND HONG KONG DEVELOPMENTS (sponsored by Beijing University-Hong Kong University Legal Research Centre) Beijing, China: Oct. 2002

Chair, Session One, "The Singapore Issues: Current Framework, Multilateral and Regional Perspectives" at the OECD GLOBAL FORUM ON TRADE: WORKSHOP ON THE DEVELOPMENT DIMENSIONS OF THE SINGAPORE ISSUES, Hong Kong: June 2002

"Counterpoint to Rule of Law: Alternative Systems of Governance in China and East Asia", presented at the RULE OF LAW IN ASIA: COMPARATIVE CONCEPTIONS, The University of Hong Kong, Hong Kong: June 2002

"China's Accession – Implications for Foreign Direct Investment" presented at CHINA WTO: TRADE LAW & POLICY (sponsored by Asian Institute of International Financial Law (AIIFL), HKU Faculty of Law, Institute of European Studies of Macau (IEEM) and HKU Institute for China and Global Development (ICGD)) Hong Kong: Jan. 2002

"Governance in China: Past, Present and Future" presented at the FOURTH CONFERENCE ON ASIAN JURISPRUDENCE: THE RULE OF LAW IN EAST ASIA: FORMATION AND DEVELOPMENT (sponsored by The University of Hong Kong and City University of Hong Kong) Hong Kong: Jan. 2002

"China's Entry into the WTO: Implications for Foreign Investors" presented at 3. CHINA INTERNATIONAL BUSINESS LAW FORUM (sponsored by the Swiss-Chinese Chamber of Commerce and LL.M. Program in International Business Law, University of Zurich Faculty of Law) Zurich, Switzerland: June 2001

"Legal and Economic Questions in Dealing with China" presented at 1. CHINA INTERNATIONAL BUSINESS LAW FORUM (sponsored by the Swiss-Chinese Chamber of Commerce and LL.M. Program in International Business Law, University of Zurich Faculty of Law) Zurich, Switzerland: June 1999

"Insolvency of State-Owned Enterprises in China: An Uncertain Path" presented, w/ Charles D. Booth, at CONFERENCE ON LAW AND ECONOMIC DEVELOPMENT IN ASIA (sponsored by The University of Hong Kong Faculty of Law, Stanford Law School Transnational Business Law Program, University College London Faculty of Law and the Asia Foundation) Hong Kong: Dec. 1998

"Technology Transfer and Intellectual Property Rights in the People's Republic of China: Problems of Legal Compliance and Enforcement" presented at LAW AND CHINA'S EXTERNAL ECONOMIC RELATIONS (sponsored by Western Returned Scholars Association, 1990 Institute and 2047 Foundation) Beijing, China: Apr. 1995

"Exchange Control Reforms in the People's Republic of China: Problems and Solutions" presented at LAW AND CHINA'S EXTERNAL ECONOMIC RELATIONS (sponsored by Western Returned Scholars Association, 1990 Institute and 2047 Foundation) Beijing, China: Apr. 1995

"Joint Venturing on Construction Projects in the People's Republic of China and Southeast Asia", w/ John Bellhouse, presented at INTERNATIONAL BAR ASSOCIATION ANNUAL CONFERENCE (Committee T) Melbourne, Australia: Oct. 1994

"Profiting from Strategic Joint Ventures in China - Creating a Long Term Co-operative Business Relationship" presented at UPDATE ON DOING BUSINESS IN CHINA (sponsored by Asian Strategy and Leadership Institute (ASLI)) Kuala Lumpur, Malaysia: July 1994

"The Emerging Financial Market in China: An Opportunity to Invest in B Shares" presented at UPDATE ON DOING BUSINESS IN CHINA (sponsored by Asian Strategy and Leadership Institute (ASLI)) Kuala Lumpur, Malaysia: July 1994

"Legal Aspects of China's Foreign Trade" presented at NINTH NEW ZEALAND INTERNATIONAL CONFERENCE ON ASIAN STUDIES, Hamilton, New Zealand: Aug. 1991

"The Guanxi System: An Inquiry into Chinese Conservatism in the Wake of Legal and Ideological Reform" presented at REVOLUTION OF MAN (sponsored by The University of Hong Kong Faculty of Arts) Hong Kong: Dec.1986

"Walking through the Economic Contract Law: Issues and Sources" presented at the WORKSHOP ON CURRENT LAWS IN FORCE IN THE PEOPLE'S REPUBLIC OF CHINA, Honolulu, HI, USA: Aug. 1983

**LECTURES/SPEECHES**

"Interpreting Trade and Investment Relations between the United States, the European Union, and China", CUFE International Lecture Series, Central University of Finance and Economics (CUFE), Beijing, China: Sept. 2023

"New Directions for China's BRI, the BRICS, and the Global South", CUFE International Lecture Series, Central University of Finance and Economics (CUFE), Beijing, China: Sept. 2023

"Shandong and California: Intercultural Cooperation and Communications – Opportunities and Obstacles", Symposium on Strengthening Global Engagement Capabilities of Shandong Province, Shandong University – Weihai, Weihai, China: Sept. 2023

"The BRI Architecture, Connectivity, and a Community of Common Destiny", Guangdong University of Finance and Economics (GDUFE), Guangzhou, China: Oct. 2017

"Mega-Regionals, China's Rise, and the One Belt, One Road Initiatives", The University of Hong Kong School of Business, Hong Kong, China: May 2016

"Defining Our Time: Mega-Regionals, China's Rise, and the Advent of the One Belt, One Road Initiatives", Diplomatic Forum, London Academy of Diplomacy, Stirling University, London, England: Mar. 2016

"Foreign Investment in the State of California", Business-Government Relations Workshop, Middlebury Institute of International Studies (MIIS), Monterey, California: Nov. 2015

Keynote Speech, "U.S.-China Trade, Investment, and Innovation: Challenges and Opportunities", Global Trade Law and Taxes: Challenges and Solutions, organized by TradePort/Monterey Bay International Trade Association (MBITA) and Klueger & Stein LLP, Silicon Valley, California: Oct. 2015

"China's Rise: Implications for U.S.-China Relations", 5th Annual Global Problems and Solutions Colloquium: Economic Statecraft and Diplomacy, Monterey Institute of International Studies (MIIS), Monterey, California: Mar. 2014

"China's Recent Experience in WTO Dispute Settlement: Issues and Prospects", World Trade Institute (WTI), University of Bern, Bern, Switzerland: Sept. 2012

"Strategic Industries, Collaborative Innovation, and Intellectual Property Protection: A Comparative Legal and Policy Perspective", w/ Julian Gresser, Tsinghua Intellectual Property Center, Tsinghua University School of Law, Beijing: Sept. 2011

"E-Commerce in China and ASEAN", Law, Science & Technology Colloquium, Stanford Law School, Stanford: Mar. 2011

"Trade Facilitation Implementation in Asia", WTO Asia/Pacific Regional Trade Policy Course (RTPC), National University of Singapore, Singapore: Apr. 2007

"The WTO in Asia", Centre of Asian Studies (CAS) Summer Studies Institute, HKU, Hong Kong: July 2006

"Perspectives on the WTO Trade Facilitation Negotiations"; "TF Implementation in Asia", WTO Asia/Pacific Regional Trade Policy Course (RTPC), The University of Hong Kong, Hong Kong: May 2006

"WTO Trade Remedies"; "China and the WTO: Systemic and Sectoral Issues"; "US and EU

Trade Regulation", Hong Kong Bar Association (HKBA) WTO Training Course, The University of Hong Kong, Hong Kong: July-Sept. 2005

"Asian Law in Practice: A Case Study of FDI Options in China", w/ Esther Naegeli: seminar/workshop as Visiting Lecturer at the University of Zurich Faculty of Law, LL.M. Program in International Business Law, Zurich, Switzerland: June 2005

"Import Licensing Procedures"; "Trade Facilitation: Review of Proposals", WTO Asia/Pacific Regional Trade Policy Course (RTPC), The University of Hong Kong, Hong Kong: May 2005

"Import Licensing Procedures"; "Legal and Business Dimensions of Trade Facilitation"; "Contextualizing Subsidies: The Case of China", WTO Asia/Pacific Regional Trade Policy Course (RTPC), The University of Hong Kong, Hong Kong:  June-July 2004

"Assessing China's Compliance with its WTO Undertakings and Future WTO Trends", American Chamber of Commerce, Hong Kong: May 2004

"Asian Law in Practice: China and the WTO", w/ Esther Naegeli and Peter Rhodes: seminar as Visiting Lecturer at the University of Zurich Faculty of Law, LL.M. Program in International Business Law, Zurich, Switzerland: June 2003

"WTO Lectures for China Business" presented at Zhejiang University-Hong Kong University WTO Training Course, Hangzhou, China: Sept. 2002

"The World Trade Organization and China": lectures as Professor for the Duke University School of Law-HKU Faculty of Law Asia-America Institute in Transnational Law, Hong Kong: July 2002

"China's WTO Implementation: the PRC Insurance Sector" presented at the Professional Seminar on Competing in China's Financial Services Sector, (Corporate Consumer Communications), Hong Kong, Apr. 2002

"China and the WTO: Implications for Foreign Direct Investment"; "Governance in China: Past, Present and Future": lectures as Visiting Professor, the University of Wisconsin at Madison Law School, Madison, WI, USA, Mar. 2002

"China WTO: Liberalisation of the PRC Insurance Sector" presented at the Denton Wilde Sapte Seminar on China's WTO Accession and the PRC Insurance Sector, Hong Kong: Nov. 2002

"China's Entry into the WTO: Implications for Foreign Investors" presented at the Denton Wilde Sapte Seminar on WTO & the IP Revolution, Hong Kong: July 2001

"Reflections on Governance: Chinese and Comparative Law" presented at the University of Zurich Faculty of Law (in the Aula, University of Zurich) Zurich, Switzerland: July 2001

"Asian Law in Practice", w/ Esther Naegeli, Zhang Naigen and Peter Rhodes: seminar as Visiting Lecturer at the University of Zurich Faculty of Law, LL.M. Program in International Business Law, Zurich, Switzerland: June 2001

"China's WTO Accession: Issues of Compliance and Enforcement" presented at the HKU Asian Institute of International Financial Law (AIIFL) Seminar Programme, Hong Kong: June 2001

"China's "Legal" System on the Eve of WTO Accession" presented at the University of Zurich Faculty of Law (in the Aula, University of Zurich) Zurich, Switzerland: June 2000

"Prospects for the Rule of Law in China and Hong Kong" presented at the Liberales Institut, Zurich, Switzerland: June 1999

"Foreign Direct Investment in China": lectures as Professor for the Duke University School of Law- HKU Faculty of Law Asia-America Institute in Transnational Law, Hong Kong: July 1999

"Negotiating & Drafting PRC Joint Venture Contracts", w/ John T. Kuzmik and Edward R.J. Neunuebel, Euromoney Legal Training, Singapore: Oct. 1998

"Legal Aspects of Doing Business in China": lectures as Professor for the Duke University School of Law-HKU Faculty of Law Asia-America Institute in Transnational Law, Hong Kong: July 1996

"Legal Aspects of Doing Business in China": lectures as Professor for the Duke University School of Law-HKU Faculty of Law Asia-America Institute in Transnational Law, Hong Kong: July 1995

"Introduction to Chinese Investment Law" (sponsored by Asia Law & Practice Ltd) Hong Kong: 1992-94; Singapore: 1993, 1995-96; Bangkok, Thailand: 1994

"PRC Trade Law" (sponsored by Asia Law & Practice Ltd) Hong Kong: 1992-94; Singapore: 1993, 1996; Bangkok, Thailand: 1994

"Landmark Cases in International Trade Law": lectures as Visiting Professor at Peking University Law Department, Beijing, China: Nov. 1989

"Licensing Technology in the People's Republic of China" presented at Lunchtime Talks on Chinese Law (sponsored by the Hong Kong Law Journal Ltd) Hong Kong: May 1989

"The Regulation of China's Foreign Trade: Customs and Licensing Requirements" presented at Hong Kong Government Trade Department, Hong Kong: Sept. 1987

"Obligations and Remedies in International Sales Contracts: CISG and UCC Compared": lecture presented at Peking University Law Department, Beijing, China: June 1986

"Legal Aspects of Private International Trade": lectures presented at the Dalian Management Institute (sponsored by PRC State Economic Commission and China University of Political Science and Law) Dalian, China: Aug. 1985

**WORKSHOPS**

UNESCAP (EIF) NATIONAL CONSULTATION WORKSHOPS, Readiness for Cross-Border Paperless Trade Project, Dili, Timor-Leste: Sept. 2019; Phnom Penh, Cambodia: Sept. 2019; Kathmandu, Nepal: July 2019; Dhaka, Bangladesh: July 2019

TARP REGIONAL PROGRESS WORKSHOPS, Trade Analysis and Reform Project (TARP) (organized by Cardno ACIL Australia and funded by AusAID, Australian Government), Siem Reap, Cambodia May 2008); Krabi, Thailand (Aug. 2007); Siem Reap, Cambodia (Jan. 2007); Bangkok, Thailand (May 2006)

TARP IN-COUNTRY BRIEFINGS FOR SENIOR MANAGERS AND RESEARCHERS, Trade Analysis and Reform Project (TARP) (organized by Cardno ACIL Australia and funded by AusAID, Australian Government, in cooperation with Lao PDR, Cambodia and Thailand Governments), Vientiane, Laos: Feb./Nov. 2006; Phnom Penh, Cambodia: Oct. 2006; Bangkok, Thailand: June 2007/Feb. 2008

TARP IN-COUNTRY POLICY ADVISING WORKSHOPS AND DISSEMINATION SEMINARS, Trade Analysis and Reform Project (TARP) (organized by Cardno ACIL Australia and funded by AusAID, Australian Government, in cooperation with Lao PDR and Thailand Governments), Vientiane, Laos: Aug. 2006/Feb. 2007; Bangkok, Thailand: Nov. 2007

1ST SINGAPORE REGIONAL TRADE POLICY (RTPC) WORKSHOP, World Trade Organization, Geneva, Switzerland: Feb. 2007

3RD HONG KONG REGIONAL TRADE POLICY (RTPC) WORKSHOP, World Trade Organization, Geneva, Switzerland: Feb. 2006

2ND HONG KONG REGIONAL TRADE POLICY (RTPC) WORKSHOP, World Trade Organization, Geneva, Switzerland: Mar. 2005

1ST HONG KONG TRADE POLICY (TPC) WORKSHOP, World Trade Organization, Geneva, Switzerland: May 2004

FIRST WORKSHOP ON COMPARATIVE RESEARCH ON THE LEGAL SYSTEMS OF THE PEOPLE'S REPUBLIC OF CHINA, HONG KONG AND MACAU - COMMERCIAL LAW (sponsored by the Macau Government and the European Union) Macau: Apr. 1996

WORKSHOP ON ASIAN LEGAL STUDIES MATERIALS, Stanford Law School, Stanford, CA, USA: Aug. 1992

WORKSHOP ON CURRENT LAWS IN FORCE IN THE PEOPLE'S REPUBLIC OF CHINA, East-West Center, Honolulu, HI, USA: Aug. 1983

**CONFERENCE ORGANIZATION**

Co-Organizer, GoGlobal Trade Expert Webinar, CREATING DIGITAL TRADE ECOSYSTEMS, London, United Kingdom: July 2024  https://www.youtube.com/watch?v=D82bOC1qgqc

Principal Organizer, 2007 EAIEL ICT RESEARCH NETWORK SYMPOSIUM, The University of Hong Kong, Hong Kong, China, (sponsored by Microsoft Corporation): Aug. 2007

Co-Organizer, CHINA'S PARTICIPATION IN THE WTO: CHANGING CHINA, CHANGING THE WORLD (organized by the East Asian International Economic Law and Policy (EAIEL) Program; sponsored by Microsoft, Baker & McKenzie, Hong Kong & Shanghai Banking Corporation, and Philip Wong Foundation) Hong Kong: Feb. 2005

Principal Organizer, CHINA WTO: TRADE LAW & POLICY (public lecture series) (sponsored by Asian Institute of International Financial Law (AIIFL), HKU Faculty of Law, Institute of European Studies of Macau (IEEM) and HKU Institute for China and Global Development (ICGD)) Hong Kong: Nov. 2001-Jan.2002

Principal Organizer (HKU Faculty of Law), CONFERENCE ON LAW AND ECONOMIC DEVELOPMENT IN ASIA (sponsored by The University of Hong Kong Faculty of Law, Stanford Law School Transnational Business Law Program, University College London Faculty of Law and the Asia Foundation) Hong Kong: Dec. 1998

Principal Organizer, WORKSHOP ON CURRENT LAWS IN FORCE IN THE PEOPLE'S REPUBLIC OF CHINA (sponsored by the East-West Center with support of Ford and Luce Foundations) Honolulu, HI, USA: Aug. 1983

## INTERNATIONAL MOOTING COMPETITIONS

Academic Advisor, CUPL FDI Moot Team – placed 1st in the national (all-China) FDI Moot Competition, Shenzhen, China: August 2021

Academic Advisor, UIBE Law School FDI Moot Team - placed 3rd in the world in the FDI Moot Competition, Boston, USA: November 2017; Academic Advisor, UIBE Law School Vis Moot Team - national CIETAC Cup champions, Beijing, China: November 2017

Team Coach, HKU Faculty of Law WTO Law Moot Team, ELSA WTO Law International Moot Competition, Asia Regional Round, Taipei, Chinese Taipei: National Taiwan University: February 2007 (Asia Regional Champions); ELSA WTO Law International Moot Competition, Geneva, Switzerland: April 2007 (First Runners-Up in the World)

Team Coach, HKU Faculty of Law WTO Law Moot Team, ELSA WTO Law International Mooting Competition, Geneva, Switzerland: University of Geneva and the WTO: April 2005 (First Runners-Up in the World)

## MEDIA INTERVIEWS, QUOTES & APPEARANCES

### TELEVISION

China Global Television Network (CGTN), Xinhua TV, Russia Today (RT), ICN TV, Cable News Network International (CNNI), Asian Business News Network (ABN), Asian Television (ATV), Australian Television Network (AusTV), Channel 7: Sydney Television, Radio and

Television Hong Kong (RTHK)

**POD CASTS**

Don Lewis: "How China is taking the lead in International Trade Law and Policy," Voices of the Belt and Road Podcast with James LaLonde, Belt and Road Ventures (August 1, 2018) https://beltandroad.ventures/podcasts/2018/7/6/don-lewis-how-china-is-taking-the-lead-in-international-trade-law-and-policy

"One Filing, 48 Agencies: Introducing the 'Single Window' for Trade Compliance", conversation with Robert J. Bowman, SupplyChainBrain, (September 5, 2014) http://www.supplychainbrain.com/content/uploads/media/A_Conversation_With_Don_Lewis.mp3

**PRINT/ONLINE MEDIA**

Guangdong Today, Modern Diplomacy, Belt and Road Ventures (Belt and Road Advisory), Financier Worldwide - Corporate Disputes, Caixin Online, China Daily Online, China Daily, Xinhua, Bloomberg, The Street, The Economist, Neue Zurcher Zeitung, Reuters, Associated Press, Asian Wall Street Journal, South China Morning Post, Far Eastern Economic Review, China Business Times, Sydney Herald, Kathmandu Post, Hong Kong Economic Journal, Bangkok Manager

**RADIO**

Radio and Television Hong Kong (RTHK)

**ADMINISTRATION**

**HKU FACULTY OF LAW**

Director, East Asian International Economic Law and Policy (EAIEL) Program (2003-09)

Acting Director, Asian Institute of International Financial Law (AIIFL) (Fall 2001); Deputy Director (2001-09)

Convenor, Chinese Law Research Group (1997-2000)

Director, Chinese Law Postgraduate Programs (1995/1997)

**WORLD TRADE ORGANIZATION**

Academic Coordinator, 1st WTO Asia/Pacific Regional Trade Policy Course (RTPC), HKU (2004)

<u>SELECTED CONSULTANCIES</u>

United Nations Legal Consultant, Readiness for Cross-Border Paperless Trade Project, funded by the WTO Enhanced Integrated Framework (EIF), for the countries of Bangladesh, Cambodia, Nepal, and Timor-Leste; Trade, Investment and Innovation Division, UNESCAP, Bangkok: Mar. 2019-Feb. 2020

United Nations Consultant, "Achieving Coherence in Trade Policy and Domestic Policy Reforms for Landlocked Countries: Integration of Lao People's Democratic Republic into the Global Economy and Domestic Economic Reforms," Almaty Programme of Action (APA), Trade and Investment Division, UNESCAP, Bangkok: May-Dec. 2007 (report submitted 31/12/2007; 38 pp.)

United Nations Consultant and ARTNeT Advisor, ARTNeT Trade Facilitation Research Project – Phase I (China, India, Indonesia, Bangladesh and Nepal), United Nations Economic and Social Commission for Asia-Pacific (UNESCAP), Bangkok: July 2005-Mar. 2006

Consulting report, co-author: Mattheo Bushehri, "Background Paper: Treatment of Consultancy Services in Hong Kong under the WTO Government Procurement Agreement (GPA)", prepared for HUCOM Working Group on Increasing Participation in Government Consultancy Projects, Hong Kong: May 2002

<u>RESEARCH GRANTS/SPECIAL PROJECTS</u>

Microsoft-Stanford Law School-Olin Law and Economics Program Research Grant (2010-13); Project Title: "China: The Intersection between Antitrust and IP - Theoretical Approaches and Practical Implications"; Grant Award: US$30,000

Microsoft-EAIEL ICT Research Network (ICTRN) Programme (2005-09); Agreement between the HKU EAIEL Programme and Microsoft Corporation for research funding involving transnational research teams from Asia on regional issues in Trade and IT Policy, IPR/ICT, and Competition Policy; Contract Award: US$150,000 (HK$1.17 million).

University Development Fund (UDF) Grant, The University of Hong Kong (2003-09); Programme Title: "East Asian International Economic Law and Policy Programme"; Proposal prepared by Donald J. Lewis, Mattheo Bushehri and Johannes M.M. Chan. Grant Award: HK$8.5 million (US$1.1 million) (largest university research grant in the history of HKU Faculty of Law at the time).

CERG Research Grant, Research Grants Council, Hong Kong Government (1993-98) Project title: "The development of judicial institutions and the enforcement of legal rights in the People's Republic of China"; Co- Principal Investigators (Co-PIs): A.H.Y. Chen, D.J. Lewis, E.J. Epstein. Grant Award: HK$775,000.

U.S.-China Trade & Innovation Center (USCTIC), a next-gen, action-oriented U.S.-China think tank addressing U.S.-China trade, investment, sustainability, ICT, and innovation issues;

organized around five domains: (i) clean tech and sustainable energy/development; (ii) investment and services liberalization; (iii) trade facilitation and e-commerce; (iv) sustainable agriculture and food security; and (v) negotiation and conflict management. USCTIC was initially supported by the University of Southern California (USC), California State University Monterey Bay (CSUMB) and the Middlebury Institute of International Studies at Monterey (MIIS) (2014-16).

### EXPERT TESTIMONY ON CHINESE AND HONG KONG LAW

(Selected Affidavits and Reports 1989-Present)

- U.S. District Court, Northern District of California  San Francisco, CA, USA (client: Sun Group U.S.A. Harmony City, Inc.; counsel: Greer, Herz & Adams, 2019)
- U.S. District Court, Eastern District of New York, New York City, NY, USA (client: Air Cargo Shipping Services; counsel: Kaplan Fox, 2015)
- U.S. District Court, Northern District of California, San Francisco, CA, USA (client: Walter Liew/USAPTI; counsel: Keker & Van Nest, 2013-14)
- Supreme Court of British Columbia, Vancouver, BC, Canada (client: One West Holdings Ltd; counsel: McCarthy Tétrault, 2012-13)
- U.S. District Court, District of Columbia, Washington D.C., USA (client: Gang Luan, Hong Luan, Houston Offtech Investment LLC; counsel: Miller & Chevalier, 2011)
- U.S. District Court, Northern District of Texas, Dallas, TX, USA (client: Southgate Master Fund LLC; counsel: Sonnenschein, Nath & Rosenthal, 2007-09)
- High Court of South Africa, Durban, South Africa (client: International Marine Transports SA, counsel: Adams & Adams, 2002)
- High Court of South Africa, Durban, South Africa (client: G Hinrichs & Co; counsel: Findlay & Tait, 2000-01)
- Supreme Court of Hong Kong, Hong Kong (client: Party Investment Ltd; counsel: Weir & Associates, 1996)
- U.S. District Court, Central District of California, Los Angeles, CA, USA (client: Bandai Co Ltd; counsel: Graham & James/Deacons, 1992)
- Supreme Court of Queensland, Brisbane, Australia (client: Fimiston Mining Ltd; counsel: McNab, Tully & Wilson, 1990)
- Supreme Court of Hong Kong, Hong Kong/CIETAC arbitration, Beijing, China (client: Hong Kong & Shanghai Banking Corporation; counsel: Johnson, Stokes & Master, 1989)

### AWARDS & AFFILIATIONS

George C. Moore Scholar of International Relations, University of Southern California (1976)

President, International Law Society, Emory University chapter (1979-80)

Member, State Bar of Georgia (1981- )

Non-resident Research Fellow, Center for China and Globalization (CCG), Beijing, China (2017-Present)

Member, Legal Working Group of the Interim Intergovernmental Steering Group on Cross-border Paperless Trade Facilitation, UNESCAP, Bangkok, Thailand (2019- )

Member, UN Network of Experts for Paperless Trade in the Asia-Pacific Region (UNNExT): (2009-10; 2019- )

Member, Experts Network, International Centre for Trade and Sustainable Development (ICTSD), Geneva, Switzerland (2012- )

Expert, Centre for International Economic Law, Trade & Development, London Centre of International Law Practice (LCILP), London, England (2015-16)

Co-Founder, Asia Law & Practice Ltd, Hong Kong (1986)

Co-Founder, CHINA LAW & PRACTICE (1986)

Team Member, USC Trojan Varsity Football Team (NCAA National Champions) (1974)

**LANGUAGES**

English, Mandarin Chinese, Elementary Thai, Latin