# Exhibit "88"

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.<br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>LINDA SUN, individually,<br>Defendant/Counterclaimant,<br><br>DAVID SUN, individually,<br>SHILLOCK YUAN-SUN,<br>individually, and INFINITY WOOD<br>PRODUCTS, LLC,<br>    Defendants,<br><br>SUNCO, INC.,<br>    Reach and Apply Defendant, and<br>    Fraudulent Conveyance Defendant<br>    Counterclaimant<br><br>EASTMAN ST. DISTRIBUTORS<br>LLC, EASTMAN ST.<br>WOODWORKS, INC., INFINITY<br>REALTY COMPANY LLC, and<br>NEW SUN LIMITED<br>PARTNERSHIP,<br>    Reach and Apply Defendants, and<br>    Fraudulent Conveyance<br>Defendants. | **Civil Action No. 1:22-cv-10833** |

**PLAINTIFF SUNCO TIMBER (KUNSHAN) CO., LTD'S EXPERT DECLARATION TO SUPPORT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND OPPOSE DEFENDANTS' CROSS MOTION (NO.229 AND NO.230) FOR SUMMARY JUDGMENT**

# EXPERT REPORT

***SUNCO TIMBER (KUNSHAN) CO., LTD. v. LINDA SUN, DAVID SUN, SHILLOCK YUAN-SUN, and INFINITY WOOD PRODUCTS, LLC***

United States District Court District of Massachusetts

Civil Action No. 1:22-cv-10833

The Expert Report of Dr. Shisong Chen for the United States District Court District of Massachusetts

| | |
|---|---|
| **Dated** | June 30, 2026 |
| **Specialist field** | Chinese Civil Procedure |
| **On behalf of** | Plaintiff |
| **On the instructions of** | Lion's Law, P.C |
| **Subject matter** | Refusal to recognize Chinese judgment in the United States of America. |

**Dr. Shisong Chen |** Equity Partner

Zhejiang Brighteous Law Firm

11F, Building A of the West Lake International Mansion, 391 Wen Er Rd., Hangzhou, Zhejiang Province, 310012, P. R. China

Mobile: +86-187-5719-1136

Email: css@zjblf.com

1

I, Shisong Chen, do hereby depose and state as follows:

## I. Introduction

1. I, Shisong Chen, hereby issue this expert report in response to the expert report rendered by Dr. Jie (Jeanne) Huang with respect to the Civil Judgment of the Suzhou Intermediate People's Court of Jiangsu Province, People's Republic of China [hereinafter "**Suzhou Intermediate Court**"].

2. I am an equity partner of Zhejiang Brighteous Law Firm, and Deputy Director of the Cross-border Private Law Business Committee. I hold a valid Chinese lawyer's license (NO. 13301201310850961). I have been practicing at Zhejiang Brighteous Law Firm continuously during the following periods: July 2012 to August 2014, June 2015 to August 2019, and June 2022 to the present, mainly focuses on civil law and criminal law cases. As a lawyer or an assistant, I have participated in over 100 civil law litigation cases in China. From September 2014 to May 2015, and from September 2019 to June 2022, I suspended my legal practice to pursue two Master of Laws degrees and a Juris Doctor degree at Boston University School of Law. Accordingly, I did not handle cases during those two periods.

3. I hold a Juris Doctor degree from Boston University, as well as a Master of Laws degree in Intellectual Property Law, a Master of Laws degree in American Law (both from Boston University), a Master of Laws degree in Criminal Law from Zhejiang University, China, and a Bachelor of Laws degree from Southwest University of Political Science and Law, China.

4. I am a member of the Zhejiang Provincial International Lawyers Talent Pool and a Hangzhou High-Level Talent. I have served as a Law Practice Tutor at the Guanghua Law School of Zhejiang University, and as a member of the Belt and Road Business Committee of the Zhejiang Bar Association.

5. I have received multiple honors from worldwide renowned legal rating agencies:

awarded by Thomson Reuters' Asian Legal Business for the Young Lawyer of the Year 2024: East China (only one winner is selected each year); awarded by Thomson Reuters' Asian Legal Business for the Top 15 Rising Lawyers of the Year 2024 in Yangtze River Delta of China, and awarded 40 Under 40 in the Asia-Pacific region by LexisNexis in 2023.

6.  My representative publications include: *Causes and Prevention Strategies for Violent Assaults on Medical Professionals* (published in *Chinese Lawyer* , Issue 6, 2014; co-authored with Dongqian Hu); *The Validity of Guarantee Contracts in Illegal Fund-Raising Cases and the Protection of the Rights and Interests of All Parties* (published in *Chinese Lawyer* , Issue 9, 2013; co-authored with Dongqian Hu); *A Brief Opinion on the Legal Integration of Insider Trading Prevention and Control* (published in *Zhejiang Legal Review* (Vol. 2), 2012; co-authored with Fangmin Ruan).

7.  The views expressed in this opinion are formed on the basis of my ten years of legal education at prestigious law schools in both China and the United States, my over ten years of practical experience in civil law litigation in China, my research on the civil litigation systems of China and the United States, and all the case file materials listed in this opinion.

8.  The instructing party has requested that I evaluate Dr. Jie (Jeanne) Huang's expert report from the perspective of Chinese civil procedure.

9.  For the reasons detailed below, I disagree with Dr. Jie (Jeanne) Huang's conclusion. Her analysis correctly points out that, under Chinese law, where new facts occur after a judgment becomes effective, the court should accept a fresh action brought by the same party. This is an exception to the rule against ***res judicata***. However, Dr. Jie (Jeanne) Huang opines that, after the Suzhou Intermediate Court's judgment became effective, no new facts occurred, and therefore the plaintiffs are barred by the principle of ***res judicata*** from bringing a new action. This is erroneous. In fact, new facts did occur after the Suzhou Intermediate Court's judgment became effective; therefore, the present case is not subject to the *res judicata* bar, and the parties may file a new action with the

3

court. Moreover, the Chinese civil procedure system differs significantly from the U.S. Federal Rules of Civil Procedure [hereinafter "**FRCP**"]. Under the U.S. federal court system, the adversarial discovery rules grant parties extensive procedural rights and tools, allowing one party to compel the other to produce non-privileged evidence that is unfavorable to the producing party. In Chinese civil procedure, the basic evidentiary rule  is "the party who asserts a claim bears the burden of proof", and a party cannot directly compel the other side to disclose evidence unfavorable to itself. If a party is unable to collect evidence due to objective reasons, it may only apply to the court to investigate and collect such evidence ex officio. If the court deems certain evidence necessary for the adjudication of the case, it shall investigate and collect it. During the trial, if the court discovers that the parties may have acted in malicious collusion to harm the interests of a third party, the court is obligated to investigate and collect relevant evidence. The Suzhou Intermediate Court's failure to investigate and collect such evidence during the trial of that case was unlawful and constituted a procedural impropriety.

10.  I am unaware of any conflict of interest or other matter that could impair my ability to serve as an independent expert witness in these proceedings. I have never previously worked for or provided consultancy services to either the Plaintiff or the Defendant. Although I have been requested by counsel for the Plaintiff to prepare this declaration, I regard it as my professional and personal obligation to render an independent opinion to this Court. In other words, I am not acting as an advocate for any party in this declaration. All of my opinions are wholly, or in substantial part, founded upon my specialized knowledge.

## II. Materials Reviewed

11.  For the purpose of preparing this Expert Report, I have reviewed, among other materials, the following documents:

12.  *Sunco Timber (Kunshan) Co., Ltd v. Linda Sun,* Suzhou Intermediate People's Court of Jiangsu Province of the People's Republic of China (2021).

13.  The Civil Procedure Law of the People's Republic of China (2017 Amendment)

4

14. Interpretation by the Supreme People's Court of the People's Republic of China on the Application of the Civil Procedure Law of the People's Republic of China (2020 Amendment)

15. Interpretation by the Supreme People's Court of the People's Republic of China on the Application of the Civil Procedure Law of the People's Republic of China (2022 Amendment)

16. Provisions by the Supreme People's Court of the People's Republic of China on Evidence in Civil Procedures (2019 Amendment)

17. A book edited by QIANG ZHOU (the former chief justice of the Supreme People's Court of China) and pressed by the People's Court Press: Understanding and Application of the Supreme People's Court's New Judicial Interpretation of the Civil Procedure Law.

18. Federal Rules of Civil Procedure of United States of America (Dec 1, 2025)

19. *Cuiyan Lin v. Zhonghai Hong*, the Supreme People's Court of the People's Republic of China (2018).

20. Plaintiff's Amended Complaint and Defendants' Answers and Counterclaims in this case.

21. Plaintiff's Memorandum in support of its Motion for Summary Judgment.

22. Exhibits submitted for Plaintiff's Motion for Summary Judgment including: Exhibit 1, the deposition transcript of Linda Sun, volume 1; Exhibit 2, the deposition transcript of Linda Sun, volume 2; Exhibit 3, the deposition transcript of David Sun, volume 1; Exhibit 4, the deposition transcript of David Sun, volume 2; Doc No. 116-8, the Infinity Defendants answers to interrogatories; Exhibit 11, the Infinity Defendants supplemental answers to interrogatories.

23. MEMORANDUM in Opposition re MOTION for Summary Judgment and Cross MOTION for Summary Judgment filed by New Sun Limited Partnership and

5

Linda Sun.

24.    The Declaration of Dr. Jie (Jeanne) Huang.

## III. Statement of Facts from the Civil Judgment of the Suzhou Intermediate Court

25.    The Plaintiff, Sunco Timber (Kunshan) Co., Ltd. [hereinafter "**Sunco**"] was a wholly foreign-owned enterprise registered in China on April 8, 2003.[1] Sunco, Inc., an American corporation, is its sole shareholder, and the Defendant Linda Sun [hereinafter "**L. Sun**"] is a director appointed by Sunco, Inc., and served as the legal representative of Sunco.[2]

26.    On April 28, 2015, Sunco completed its business registration change, and the company type changed from a LLC (Exclusively Foreign Owned Enterprise) to a LLC (Sino-foreign Joint Venture).[3] The legal representative was changed from L. Sun to Guoqing Wu, and the shareholders were changed from 100% shareholding of Sunco, Inc. to 48% of the shares held by Sunco, Inc., and 52% of Jiangsu Qiyi Investment Co., Ltd.[4]

27.    On February 11, 2018, the legal representative of Sunco was changed from Guoqing Wu to Ruihua Xiao, and Sunco's directors before the judgment of the case were Ruihua Xiao, Qiong Xiao and L. Sun.[5]

28.    INFINITY WOOD PRODUCTS, LLC [hereinafter "**Infinity**"] is an American company established in Delaware and is managed by L. Sun's son David Sun [hereinafter "**D. Sun**"] and L. Sun's daughter-in-law Shillock Yuan-Sun [hereinafter "**S. Sun**"]. D. Sun is the legal representative of Infinity.[6]

---

[1] *Sunco Timber (Kunshan) Co., Ltd. v. Linda Sun*, Suzhou Intermediate Court (2021), p.10.

[2] *Id*, p.2, p.10.

[3] *Id*, p.10.

[4] *Sunco Timber (Kunshan) Co., Ltd. v. Linda Sun*, Suzhou Intermediate Court (2021)  p.10.

[5] *Id*, p.10-11.

[6] *Id*, p.11.

6

29. Evidence 5 submitted by Sunco is the business registration information and related certification materials of Infinity proving that the actual owners of Infinity are D. Sun and S. Sun.[7] Evidence 6 submitted by Sunco is the marriage certificate and property agreement between D. Sun and S. Sun, proving that D. Sun and S. Sun are husband and wife.[8] L. Sun admitted the authenticity of Evidence 5 and Evidence 6 during cross-examination but denied the relevance.[9]

30. According to the 2018 Annual Audit Report of Sunco, the accounts receivable towards Infinity amounted to CNY 40,399,998.74.[10] According to the 2019 Annual Audit Report of Sunco, the accounts receivable towards Infinity amounted to CNY 46,730,580.43.[11] The 2019 Annual Audit Report proves that during L. Sun's tenure as a director of Sunco, the amount of credit towards Infinity has not only failed to decrease but has increased significantly instead. [12]

31. The Suzhou Intermediate Court summarized the issues in this case as follows: (1) Is L. Sun a shareholder of Sunco and thus a qualified defendant in this case? (2) Could Sunco claim that L. Sun engaged in conduct(s) detrimental to the company's interests by exploiting related-party relationships, and its subsequent demand for compensation be upheld?[13]

32. The Suzhou Intermediate Court has determined that this case constitutes an action for damages arising from infringement.[14] Article 44 of the Law of the People's Republic of China on the Application of Law to Foreign-related Civil Relations stipulates: "*For tort liabilities, the laws of the place of tort shall apply. However, if the parties concerned have a common regular residence, the laws of the place of common regular residence shall apply. After the tort behavior has happened, the party shall negotiate and choose the governing laws, the*

---

[7] *Id*, p.4.

[8] *Id*, p.4.

[9] *Id*, p.7.

[10] *Id*, p.11.

[11] *Id*, p.11.

[12] *Id*, p.11.

[13] *Sunco Timber (Kunshan) Co., Ltd. v. Linda Sun*, Suzhou Intermediate Court (2021), p.12.

[14] *Id*, p.12

7

*agreements shall be followed*."[15] Before the trial, Sunco and L. Sun both agreed to apply the law of the People's Republic of China, so the court held that the law of the People's Republic of China is the governing law in this case.[16] Article 21 of the Company Law of the People's Republic of China (Amended in 2018) stipulates: "*Proprietary shareholders, the actual controllers, directors, supervisors, and senior managers of a company shall not take advantage of their affiliated relations to damage the interests of the company. A person who, in violation of the provisions of the preceding paragraph, causes losses to a company shall be liable for compensation*."[17] As a director of Sunco, L. Sun should be liable for compensation if she harms the interests of Sunco due to related party transactions. Therefore, L. Sun is a qualified defendant in this case.[18]

33. The Suzhou Intermediate Court recognizes that the Audit Reports of Year 2018 and Year 2019 for Sunco show that Infinity is the sole client of the company, and D. Sun, the representative of Infinity, is the son of L. Sun.[19] Therefore, it can be ascertained that there is relationship between Sunco and Infinity, and that the foreign trade of furniture between them is related-party transaction.[20] Whether a related-party transaction infringes on interests of the company depends on whether consideration is fair and whether procedures are in compliance with regulations in the related-party transaction.[21] In this case, Sunco has no evidence to prove that there is anything unreasonable in the transactions between the Sunco and Infinity; during the trial, Sunco has also been explicit that it is unable to tell whether the transaction prices are fair prices.[22] From the perspective of transaction process, Sunco has not been able to adduce evidence to prove any concealment by director L. Sun of transactions between Sunco and Infinity, nor is there any evidence to prove that the transactions are in violation of decision-

---

[15] *Id,* p.12.

[16] *Id,* p.12.

[17] *Id*, p.13.

[18] *Id*, p.13-14.

[19] *Id*, p.14.

[20] *Sunco Timber (Kunshan) Co., Ltd. v. Linda Sun*, Suzhou Intermediate Court (2021), p.14.

[21] *Id*, p.14.

[22] *Id*, p.14.

8

making procedures set out in laws and regulations or Articles of Association of the company.[23]

34. The Suzhou Intermediate Court also recognizes that the infringement conduct alleged by Sunco centers around its failed efforts to recover accounts receivable from Infinity, but that fact should not be directly defined as conduct infringing on interests of the company.[24] Infinity, the reciprocal party to the related-party transactions, confirmed the fact and the amount of debt in the Enterprise Confirmation Letter sent as reply to Sunco on April 29, 2019.[25] Considering the long-term business relationship and debt owing practice between Sunco and Infinity, it is impossible to decide that Sunco has sustained losses due to its failure in recovering the overdue goods payment as it has not taken remedial measures other than sending Payment Reminder Letter; also, it is impossible to decide that L. Sun has infringed on interests of the company in her capacity as director.[26]

35. The "Appendix of Legal Provisions" of this judgment includes Article 64 of the Civil Procedure Law of the People's Republic of China (2017 Amendment), which stipulated: "*It is the duty of a party to an action to produce evidence in support of his allegations. If, for objective reasons, a party and his agent ad litem are unable to collect the evidence by themselves or if the people's court considers the evidence necessary for the trial of the case, the people's court shall investigate and collect it.*"[27]

## IV. Chinese Laws and Judicial Interpretations Referenced and Applied in This Expert Report

36. The Civil Procedure Law of the People's Republic of China is the basic law in the field of civil litigation. Enacted by the National People's Congress, it serves

---

[23] *Id*, p.14.

[24] *Id*, p.14.

[25] *Id*, p.14.

[26] *Id*, p.14.

[27] *Sunco Timber (Kunshan) Co., Ltd. v. Linda Sun*, Suzhou Intermediate Court (2021), p.16.

as the cornerstone of the entire system. It comprehensively sets forth the basic principles, jurisdiction, adjudicatory organs, litigation participants, evidence, trial procedures, enforcement procedures, and other fundamental systems in civil litigation.

37. To ensure the uniform and accurate implementation of the Civil Procedure Law throughout the country, the Supreme People's Court formulated the Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China. Its content covers all procedural stages from jurisdiction to enforcement, and it elaborates on the principled provisions of the Civil Procedure Law.

38. The Supreme People's Court of the People's Republic of China has also issued special judicial interpretations targeting specific litigation systems or procedures. They mainly include: the Provisions by the Supreme People s Court on Evidence in Civil Procedures; Interpretation of the Supreme People's Court on Several Issues Concerning the Application of the Trial Supervision Procedure of the Civil Procedure Law of the People's Republic of China; and others.

39. In addition to the above laws and judicial interpretations, the guiding cases issued by the Supreme People's Court also carry significant guiding weight for civil litigation practice. People's courts at all levels shall refer to them when adjudicating similar cases, and many of these cases' adjudicative holdings involve the application of specific procedural rules.

40. Since the judgment of the Suzhou Intermediate Court took effect on December 29, 2021, the legal provisions and judicial interpretations referenced and applied in this expert report are all based on the legal provisions and the relevant judicial interpretations that were in force at the time the case was adjudicated, which include: (1) the Civil Procedure Law of the People's Republic of China (2017 Amendment) [hereinafter "**the CPL (2017)**"]; (2) the Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China [hereinafter "**the Interpretation on CPL (2020)**"]; and (3) the Provisions of the Supreme People's Court on Evidence in Civil

10

Procedures [hereinafter "**the Evidence Provisions (2019)**"].

41. After the said judgment took effect, China enacted the current Civil Procedure Law of the People's Republic of China (2023 Amendment) on September 1, 2023, which came into force on January 1, 2024, and amended the Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China (2022 Amendment) [hereinafter "**the Interpretation on CPL (2022)**"] on April 1, 2022, which came into force on April 10, 2022. Because the Civil Procedure Law of the People's Republic of China (2023 Amendment) and the Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China (2022 Amendment) came into force after the judgment took effect, they are currently valid and effective provisions, but they were not the provisions in force at the time the case was adjudicated, and therefore they do not apply to the said judgment. However, when analyzing this case constitutes a repeated action, whether it falls under the exceptions in the Civil Procedure Law, and whether it can be recognized by the United States District Court for the district of Massachusetts, currently effective laws and judicial interpretations shall apply.

V**. Under Chinese Law, This Action Would Not Constitute a Barred "Repeated Action" Because New Facts Arose After the Suzhou Intermediate Court's Judgment Took Effect**

42. Article 247 of the Interpretation on CPL (2022) stipulates: "*Where, in the course of an action or after a judgment takes effect, a party files another action against matters for which an action has been filed, and the another action meets the following conditions at the same time, it constitutes a repeated action: (1) The parties to the latter action and those to the former action are the same. (2) The subject matter of action in the latter action and that in the former action are the same. (3) The claims in the latter action and those in the former action are the same or the claims in the latter action substantially deny the judgment in the former action. Where a party files a repeated action, the people's court shall rule*

11

*not to accept the action; if the repeated action has been accepted, the people's court shall rule to dismiss the action, unless otherwise as prescribed in laws and judicial interpretations.*" Article 248 of the Interpretation on CPL (2022) stipulates: "*Where, after a judgment has come into force, new facts occur and a party files another action, the people's court shall accept such action according to the law.*"

43. Chinese courts generally do not accept repeated actions, unless otherwise provided by law or judicial interpretation. Article 248 of the Interpretation on CPL (2022) is precisely such an exception to the rule against repetitive actions: if new facts arise after a judgment has taken legal effect, and a party brings an action anew on the basis of such new facts, the Chinese court shall accept the case.[28]

44. The core facts on which the Suzhou Intermediate Court based its judgment are: Although Sunco had demanded payment of the relevant accounts receivable from Infinity, it had not yet been able to prove that the accounts receivable were uncollectible, and therefore it was insufficient to establish that Sunco's interests had already suffered actual damage.[29] The Suzhou Intermediate Court expressly held that: "Considering the long-term business relationship and debt owing practice between Sunco and Infinity, it is impossible to decide that Sunco has sustained losses due to its failure in recovering the overdue goods payment as it has not taken remedial measures other than sending Payment Reminder Letter; also, it is impossible to decide that L. Sun has infringed on interests of the company in her capacity as director."[30] Based on the evidence adduced by Sunco, the court found that a related-party transaction existed between Sunco and Infinity.[31] However, because Sunco had not yet exhausted other remedial measures at the time, it could not be determined whether the related-party transaction had resulted in damage to Sunco, nor could it be found that L. Sun, in her capacity as a director of Sunco, had engaged in any conduct in such related-

---

[28] Article 248 of the Interpretation on CPL (2022).

[29] *Sunco Timber (Kunshan) Co., Ltd. v. Linda Sun*, Suzhou Intermediate Court (2021), p.14.

[30] *Sunco Timber (Kunshan) Co., Ltd. v. Linda Sun*, Suzhou Intermediate Court (2021) p.14.

[31] *Id*, p.14.

party transaction that was detrimental to the interests of Sunco.[32]

45. The said judgment took effect on December 29, 2021.[33] According to the evidence adduced by Sunco in the present action, as well as the information subsequently disclosed and confirmed by the various defendants in this case: Infinity has expressly stated that it will not pay the relevant purchase price for the goods to Sunco; Infinity has become insolvent and ceased operations; the cabinets in question have been entirely removed and disposed of; and the relevant parties have, for the first time, raised a set-off defense as a ground for refusing payment.[34]

46. Prior to the rendering of the civil judgment by the Suzhou Intermediate Court, the foregoing facts had not yet occurred, and they constitute new facts that arose after the said civil judgment took effect. Accordingly, Article 248 of the Interpretation on CPL (2022) should apply — Sunco is entitled to bring a new action, and the Chinese court would accept the case if this case was filed in China.[35] Therefore, equivalently, the action brought by Sunco in the United States District Court for the District of Massachusetts in this case is not barred by the *res judicata* doctrine, and this case shall be adjudicated.

**VI. No Provision in Chinese Civil Procedure Law Akin to The Discovery under the Federal Rules of Civil Procedure in the United States, and There Is A Significant Difference between the Evidence That Parties Are Able to Collect and Gather in Chinese Civil Litigation As Compared to the United States Federal Civil Litigation**

**A. Scope of Discovery Differs between United States Federal Rule of Civil Procedure and Its Counterpart in China**

---

[32] *Id*, p.14.

[33] *Id,* p.15.

[34] *See* Exhibits submitted for Plaintiff's Motion for Summary Judgment: Exhibit 1, the deposition transcript of Linda Sun, volume 1; Exhibit 2, the deposition transcript of Linda Sun, volume 2; Exhibit 3, the deposition transcript of David Sun, volume 1; Exhibit 4, the deposition transcript of David Sun, volume 2; Doc No. 116-8, the Infinity Defendants answers to interrogatories; Exhibit 11, the Infinity Defendants supplemental answers to interrogatories.

[35] Article 248 of the Interpretation on CPL (2022).

13

47. The first paragraph of Article 64 of the CPL (2017) stipulates: "*A party shall have the burden to provide evidence for its claims*". Article 90 of the Interpretation on CPL (2020) stipulates: "*A party shall produce evidence to prove the facts on which his claims are based or to repudiate the facts on which the claims of the other party are based, unless it is otherwise prescribed by any law. Where a party fails to produce evidence or the evidence produced is insufficient to support his claims before a judgment is entered, the party bearing the burden of proof shall take the adverse consequences.*"

48. The foregoing provisions establish the fundamental principle that in Chinese civil litigation, "the party who asserts a claim bears the burden of proof."[36] As the party advancing the claims, the plaintiff bears the burden of proving the facts on which its claims are based, regardless of whether the plaintiff is objectively capable of collecting or gathering the relevant evidence, and the defendant has no burden of proof in this regard.[37] That is to say, the plaintiff must adduce evidence to prove the facts upon which its claims rely. Accordingly, Sunco was required in the original case to bear the burden of proving that L. Sun had engaged in conduct that harmed the company's interests through related-party transactions. Even if Sunco was unable, for objective reasons, to collect on its own the evidence of L. Sun's conduct harming the company's interests through related-party transactions, this burden of proof nonetheless remained with Sunco. Therefore, in Chinese civil litigation, the plaintiff bears an evidently heavier burden of proof as compared to the defendant.

49. The second paragraph of Article 64 of the CPL (2017) stipulates: "*A people's court shall investigate and collect evidence which a party and its litigation representative are unable to collect for some objective reasons and evidence which the people's court deems necessary for trying a case*". Article 94 of the Interpretation on CPL (2020) stipulates: "*The evidence that a party and its litigation representative are unable to collect for some objective reasons as mentioned in paragraph 2, Article 64 of the Civil Procedure Law includes: (1) Evidence that is preserved by the relevant state authority and to which both the*

---

[36] See Article 64 of the CPL (2017); Article 90 of the Interpretation on CPL (2020).

[37] *Id.*

14

*party and its litigation representative have no access for consulting and taking. (2) Evidence concerning state secrets, trade secrets or personal privacy. (3) Other evidence that the party and its litigation representative are unable to collect for some objective reasons*". Article 96 of the Interpretation on CPL (2020) stipulates: "*The evidence that the people's court considers necessary for trying a case as mentioned in paragraph 2, Article 64 of the Civil Procedure Law includes: (1) Evidence that may damage national interests or public interests. (2) Evidence concerning any identity relationship. (3) Evidence concerning an action mentioned in Article 55 of the Civil Procedure Law. (4) There is a possibility that the parties, maliciously in collusion, attempt to infringe upon the lawful rights and interests of others. (emphasized) (5) Evidence concerning such procedural matters as adding a party, suspending the trial, terminating the trial and disqualification based on its powers and functions. Except for the evidence mentioned in the preceding paragraph, the people's court shall investigate and collect evidence upon the application of a party. (emphasized)*"

50. The foregoing provisions strike a balance between the burdens of proof borne by the plaintiff and the defendant.[38] For the plaintiff bears a heavier burden of proof, and sometimes does not possess or is unable to collect on its own certain items of evidence that are necessary to prove the facts supporting its claims, thereby making it difficult for the plaintiff to discharge its burden.[39] If the principle "the party who asserts a claim bears the burden of proof"[40] is applied mechanically, without considering whether the plaintiff was unable to collect relevant evidence due to objective obstacles, it may easily lead to judicial injustice. Accordingly, the Chinese Civil Procedure Law and judicial interpretations provide for two avenues by which the court may investigate and collect evidence on its own motion.[41] The first is that a party or its agent ad litem may file an application with the court, and the court shall decide whether to investigate and collect

---

[38] Article 64 of the CPL (2017); Article 94 & Article 96 of the Interpretation on CPL (2020).

[39] Article 64 of the CPL (2017); Article 94 & Article 96 of the Interpretation on CPL (2020).

[40] See Article 64 of the CPL (2017); Article 90 of the Interpretation on CPL (2020).

[41] Article 64 of the CPL (2017); Article 94 & Article 96 of the Interpretation on CPL (2020).

15

evidence on its own motion.[42] The second is that the court may, on its own initiative, directly decide to investigate and collect evidence without the need for an application by a party or its agent ad litem.[43] This means that, with respect to evidence that a party or its agent ad litem is unable to collect on its own for objective reasons, the party or its agent ad litem may either apply to the court for investigation and collection of evidence, or the court may directly initiate such investigation and collection of evidence.[44]

51. In China, an application for investigation and collection of evidence filed by a party or its agent ad litem is not legally mandatory in nature, the court does not necessarily grant such application, and the court exercises strong inquisitorial powers or discretion. Likewise, the court may, based on the circumstances of the case and in the absence of any application for investigation and collection of evidence by a party or its agent ad litem, decide on its own motion whether to investigate and collect evidence — this is also a manifestation of the court's exercise of discretionary power. In order to guide courts at all levels in correctly deciding whether to investigate and collect evidence on their own motion and to prevent abuse of discretionary power, Article 96 of the Interpretation on CPL (2020) expressly stipulates that, in the five enumerated circumstances, the court shall investigate and collect evidence even if the parties have not filed an application to do so.[45] These include circumstances where there is a likelihood that the parties have colluded in bad faith to harm the lawful rights and interests of others.

52. It is not uncommon in Chinese civil litigation that a plaintiff and its agent ad litem, being unable to collect relevant evidence on their own for objective reasons, file a reasonable application with the court for investigation and collection of evidence, yet the court denies the application and also does not, on its own motion, take the initiative to investigate and collect such evidence,

---

[42] Article 94 of the Interpretation on CPL (2020).

[43] Article 96 of the Interpretation on CPL (2020).

[44] Article 94 & Article 96 of the Interpretation on CPL (2020).

[45] Article 96 of the Interpretation on CPL (2020); QIANG ZHOU ed., Understanding and Application of the Judicial Interpretation of the Civil Procedure Law of the People's Republic of China (Leading Group of the Supreme People's Court for the Implementation of the Amended Civil Procedure Law comp., Sup. People's Ct. of the P.R.C. People's Court Press, 2022), p.264-265.

16

resulting in a judgment against the plaintiff. Such conduct by the court constitutes an abuse of discretionary power, is improper, and serves as a valid ground for a party to appeal and for a higher court to reverse the judgment — as confirmed by an effective case of the Supreme People's Court of the People's Republic of China: *Cuiyan Lin v. Zhonghai Hong*.[46] Chinese citizens or Chinese lawyers may look up the relevant case through public channels such as the People's Court Case Database, China Judgments Online, cases published by the Supreme People's Court, and the Wolters Kluwer database, among others.

53. In *Cuiyan Lin v. Zhonghai Hong*, the Supreme People's Court held that the Cuiyan Lin had, on the ground of objective reasons, explained in writing the reasons why it was unable to collect the relevant evidence on its own, and had applied to the court of second instance (the Higher People's Court of Fujian Province) for collection of such evidence.[47] Whether that evidence was authentic had become a matter on which the court needed to investigate and collect evidence in order to determine the basic facts of the case.[48] However, the court of second instance's refusal to grant the application and its failure to investigate and collect evidence not only constituted a substantive violation of the statutory procedure, but also led to an erroneous finding of the basic facts of the case, and there were manifest improprieties in the trial procedure.[49] Accordingly, the Supreme People's Court reversed the judgments of the court of first instance and the court of second instance and entered a new judgment.[50]

54. Pursuant to Article 64 of the CPL (2017), Articles 94 and 96 of the Interpretation on CPL (2020), and the above-mentioned precedent of the Supreme People's Court, if Sunco was unable to collect evidence on its own for objective reasons, it could have applied to the Suzhou Intermediate Court for investigation and collection of evidence. At the same time, the court could also, on its own motion, decide to investigate and collect evidence that Sunco was unable to collect for

---

[46] *Cuiyan Lin v. Zhonghai Hong*, Supreme People's Court (2018).

[47] *Id*,p.17.

[48] *Id*, p.17.

[49] *Cuiyan Lin v. Zhonghai Hong*, Supreme People's Court (2018), p.17-18.

[50] *Id*, p.18.

objective reasons.[51] Regardless of whether Sunco had filed an application, the court shall, based on the circumstances of the case, examine whether it is necessary to investigate and collect evidence on its own motion.

55. Based on the cases adjudicated by the Suzhou Intermediate People's Court, the following matters constitute evidence that Sunco was entitled to apply to the court to investigate, and also constitute matters on which the court could decide on its own motion whether to collect and gather evidence: (1) whether L. Sun had disclosed to Sunco her relationship with D. Sun; (2) the relationship between Infinity and D. Sun and his spouse; (3) whether the related-party transaction between Sunco and Infinity had been approved in advance by the shareholders' meeting or board of directors of Sunco; (4) whether the consideration paid by Sunco was reasonable; and (5) whether Infinity had the ability to repay its debts.

56. The Suzhou Intermediate People's Court has already clarified that a related-party transaction existed between Sunco and Infinity, that L. Sun and D. Sun are mother and son, that L. Sun served as a director of Sunco, and that D. Sun was the legal representative of Infinity.[52] The cause of action in that case was a dispute over liability for harm to corporate interests between Sunco and L. Sun, and one of the focal points of dispute in that case was whether L. Sun had engaged in conduct that harmed the company's interests by exploiting her related-party connections.[53] Therefore, in that case, there was a likelihood that L. Sun and D. Sun had colluded with each other to harm the lawful rights and interests of Sunco through the related-party transaction, which satisfied the requirements of Article 64 of the CPL (2017) and Article 96 of the Interpretation on CPL (2020), and such evidence fell within the category of evidence that the court shall investigate and collect on its own motion.

57. The Discovery in the United States differs significantly from Chinese Civil Procedure Law in terms of the scope of disclosure. the FRCP Rule 26(b)(1) stipulates the scope of Discovery: "*Unless otherwise limited by court order, the*

---

[51] Based on the facts and Article 64 of the CPL (2017); Article 94 & Article 96 of the Interpretation on CPL (2020).

[52] *Sunco Timber (Kunshan) Co., Ltd. v. Linda Sun*, Suzhou Intermediate Court (2021), p.14.

[53] *Sunco Timber (Kunshan) Co., Ltd. v. Linda Sun*, Suzhou Intermediate Court (2021), p.1, p.12.

18

*scope of discovery is as follows: Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Information within this scope of discovery need not be admissible in evidence to be discoverable.*" In other words, if Sunco were to bring the present action in the United States, the evidence that the parties shall disclose to each other shall include evidence relevant to whether L. Sun exploited the related-party transaction to harm the interests of Sunco, as well as other evidence that Sunco did not have in its possession for objective reasons.[54]

58. FRCP Rule 26(b)(2)(C) sets forth several circumstances in which discovery need not be required: "*On motion or on its own, the court must limit the frequency or extent of discovery otherwise allowed by these rules or by local rule if it determines that: (i) the discovery sought is unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or less expensive; (ii) the party seeking discovery has had ample opportunity to obtain the information by discovery in the action; or (iii) the proposed discovery is outside the scope permitted by Rule 26(b)(1).*" Accordingly, so long as Sunco's discovery requests do not run afoul of the foregoing provisions, the relevant evidence shall be subject to Discovery.[55] Evidence as to (1) whether L Sun disclosed to Sunco her relationship with D. Sun; (2) the relationship between Infinity and D. Sun and his spouse; (3) whether the related-party transaction between Sunco and Infinity had been approved in advance by the shareholders' meeting or board of directors of Sunco; (4) whether the consideration paid by Sunco was reasonable; (5) whether Infinity had the ability to repay its debts; and (6) the e-mail correspondence between L. Sun and D. Sun regarding related-party transactions— all such evidence shall be subject

---

[54] FRCP Rule 26(b)(1).

[55] FRCP Rule 26(b)(2)(C).

to discovery.[56]

59. Except for evidence that need not be disclosed on account of privilege, a party is entitled to require the opposing party to disclose relevant evidence concerning matters pertaining to the party's own claims and defenses, regardless of whether such evidence is unfavorable to the disclosing party.[57] This is a right conferred upon the parties by law, and the parties therefore hold the key to the door of evidence. This facilitates the discovery of material evidence relevant to the case that may otherwise be readily concealed by the parties because it is adverse to them, and it assists the court in fully ascertaining the facts of the case. However, China's Civil Procedure and judicial interpretations don't have a similar discovery mechanism, parties have no obligation to produce or submit evidence that is adverse to them, and parties and their agents ad litem often do not voluntarily submit such evidence, which may impede the ascertainment of the facts of the case.

**B. Methods of Discovery Differ between United States Federal Rules of Civil Procedure and Its Counterpart in China**

60. FRCP Rule 26(a)(1)(A) sets forth the Initial Disclosure: "*Except as exempted by Rule 26(a)(1)(B) or as otherwise stipulated or ordered by the court, a party must, without awaiting a discovery request, provide to the other parties:(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment; (ii) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment; (iii) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or*

---

[56] *Id.*

[57] *Id.*

*protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and (iv) for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment*". Accordingly, both parties, even in the absence of a discovery request from the opposing party, are required to provide the other parties with basic information relevant to discovery, so as to ensure that both sides have a basic recognition of the evidence that may arise during the course of the litigation.[58] FRCP Rule 26(a)(1)(C) prescribes the timing for initial disclosures: "*A party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order, or unless a party objects during the conference that initial disclosures are not appropriate in this action and states the objection in the proposed discovery plan*". Namely, initial disclosures shall be made at or within 14 days after the conference held pursuant to Rule 26(f).[59]

61. Article 99 of the Interpretation on CPL (2020) stipulates: "*A people's court shall determine the time limit for adducing evidence by a party during the preparatory stage before trial. The time limit for adducing evidence may be negotiated by the parties, subject to permission of the people's court. The time limit for adducing evidence determined by a people's court shall not be less than 15 days for a case under the formal procedure at first instance, and shall not be less than 10 days for a case under the procedure at second instance in which a party provides new evidence*". Chinese Civil Procedure Law does not provide for an initial disclosure. Litigants are merely required to submit to the court, within the time limit for producing evidence as determined by the court, evidence in support of their respective claims, and the court shall separately transmit such evidence to the other party.[60] After examining the corresponding evidence submitted by the opposing party, a litigant may not directly require the opposing party to

---

[58] FRCP Rule 26(a)(1)(A).

[59] FRCP Rule 26(a)(1)(C).

[60] Article 99 of the Interpretation on CPL (2020).

21

supplement its evidence.[61] After the exchange of evidence, if a party believes that the opposing party is required to produce supplementary evidence, it must submit a reasonable basis to the court.[62] The court shall then examine the matter ex officio to determine whether the opposing party should be ordered to produce such supplementary evidence. Reasonable bases include but not limit to: (i) the party is unable to collect the relevant evidence due to objective reasons and such evidence is in the possession or control of the opposing party;[63] or (ii) the evidence already submitted is evidently erroneous or incomplete. Article 112 of the Interpretation on CPL (2020) stipulates: "*Where the documentary evidence is under the control of the other party, the party who bears the burden of proof may submit a written application requesting the people's court to order the other party to submit it before the expiry of the time limit for adducing evidence. Where the grounds for the application are tenable, a people's court shall order the other party to submit. The expenses arising from the submission of documentary evidence shall be assumed by the applicant. Where the other party refuses to submit without justified reason, a people's court may identify that the contents of the documentary evidence adduced by the applicant are true.*"

62. FRCP Rule 33(a)(2) stipulates: "*An interrogatory may relate to any matter that may be inquired into under Rule 26(b). An interrogatory is not objectionable merely because it asks for an opinion or contention that relates to fact or the application of law to fact, but the court may order that the interrogatory need not be answered until designated discovery is complete, or until a pretrial conference or some other time*". FRCP Rule 33(b) stipulates: "*(2) Time to Respond. The responding party must serve its answers and any objections within 30 days after being served with the interrogatories. A shorter or longer time may be stipulated to under Rule 29 or be ordered by the court. (3) Answering Each Interrogatory. Each interrogatory must, to the extent it is not objected to, be answered separately and fully in writing under oath. (4) Objections. The grounds for objecting to an interrogatory must be stated with specificity. Any ground not stated in a timely objection is waived unless the court, for good cause, excuses*

---

[61] Article 90 of the Interpretation on CPL (2020).

[62] Article 64 of the CPL (2017); Article 94 of the Interpretation on CPL (2020).

[63] Article 112 of the Interpretation on CPL (2020).

22

*the failure*". If Sunco were to bring an action in the United States, it could, through written interrogatories, require L. Sun to respond as to (1) whether she disclosed to Sunco's board of directors or the shareholders' meeting her mother-son relationship with D. Sun, as well as (2) the relationship between D. Sun and Infinity; (3) whether the board of directors or the shareholders' meeting of Sunco approved the related-party transaction between Sunco and Infinity; (4) how the price of the related-party transaction was determined; and (5) whether L. Sun demanded payment from Infinity to Sunco, among other matters.[64]

63. China's Civil Procedure Law and judicial interpretations fail to stipulate a system of written interrogatories served directly between parties and requiring sworn written responses from the opposing party. A party may not directly serve written interrogatories upon the opposing party to ascertain case facts. Accordingly, parties to Chinese civil litigation do not have the right to propound written interrogatories to the opposing party, which marks a significant distinction from the FRCP.

### C. Summary for Section Ⅵ

64. Chinese civil litigation adheres to the evidentiary rule that "the party who asserts a claim bears the burden of proof."[65] Subject to the constraints of civil procedure rules, it is very difficult for a party to directly require the opposing party to make comprehensive disclosure of evidence (particularly evidence adverse to the opposing party).[66] The procedural tools available to a party for demanding discovery from the opposing party are limited, and it is difficult for a party to collect, on its own, evidence that is under the control of the opposing party.[67] Whether the court will initiate investigation and collection of evidence on its own motion depends primarily on the court's exercise of discretionary power, which is not a statutory right of the parties.[68] In practice, there do exist cases —

---

[64] FRCP Rule 33(a)(2).

[65] Article 64 of the CPL (2017); Article 94 & Article 96 of the Interpretation on CPL (2020).

[66] *Id*.

[67] *Id*.

[68] Article 94 & Article 96 of the Interpretation on CPL (2020).

and such cases are not uncommon — where the court abuses its discretionary power by failing to investigate and collect evidence that it should have investigated and collected on its own motion, resulting in erroneous judgments that are subsequently reversed.[69] The American civil litigation system endows parties with stronger evidence-discovery capabilities, thereby effectively overcoming information asymmetry. Where information asymmetry exists in a case, the assistance that the American discovery system provides to the plaintiff is often greater than that provided by the Chinese civil litigation evidence system.

### VII. Conclusion

65. After the judgment of the Suzhou Intermediate Court took effect, in light of the emergence of new facts, where Sunco files a lawsuit based on such new facts, although this constitutes a repeated action, it falls within the exception provided under Article 248 of the Interpretation on CPL (2022), and the Chinese court shall accept the case. Therefore, if Sunco elects to commence litigation in the United States, this case shall not be barred by the doctrine of *res judicata*.

66. There are significant differences between the Civil Procedure Law of China and the Federal Rules of Civil Procedure of the United States of America with respect to the burden of proof and discovery. Different rules of civil procedure will materially affect the adducing of evidence by the parties and the ascertainment of the facts of the case. Because China does not have a discovery system equivalent to that of the United States, Sunco could not, in the Chinese civil proceedings, require the L. Sun to produce evidence adverse to her. According to the facts ascertained in this case, there is evidence demonstrating the possibility that L. Sun and D. Sun colluded with each other and prejudiced the lawful rights and interests of Sunco through related-party transactions. This satisfies the requirements of Article 64 of the CPL (2017) and Article 96 of the Interpretation on CPL (2020), and constitutes evidence that the court should have investigated and collected ex officio. However, the court failed to investigate and collect evidence on its own initiative, thereby constituting a procedural violation.

---

[69] For example, *Cuiyan Lin v. Zhonghai Hong*, Supreme People's Court (2018).

24

67. FRCP expressly confer upon the plaintiff the right on discovery, so Sunco may move for discovery and require the defendants to produce evidence on matters such as how L. Sun and D. Sun and his spouse determined the transaction price, and whether L. Sun and D. Sun and his spouse colluded to conceal from Sunco and its shareholders the true identity relationships among the three persons. This is of great significance to ascertaining whether L. Sun exploited the related-party transaction to harm the interests of Sunco, and the outcome of the case may be altered as a result. This not only significantly alleviates the plaintiff's burden of proof, but also bears great significance in ascertaining whether L. Sun prejudiced the interests of Sunco through related-party transactions. Therefore, if the case were litigated in U.S., given the differences between the Chinese and American civil procedure systems and the resulting differences in the procedural rights available to the parties, the outcome of the case could be altered accordingly.

# Declaration

I have been retained by the plaintiff to prepare this expert report through independent research and drafting. My expert consultation fee is charged at 400 USD per hour. I spent a total of 35 hours completing this report, resulting in a total fee of 14,000 USD.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on 30 June in Hangzhou, Zhejiang Province, China

Dr. Shisong Chen.

26

# PROFILE OF THE AUTHOR

## Dr. Shisong Chen

## 1. EDUCATION

• Juris Doctor (J.D.)

Boston University School of Law, USA

• Master of Laws (LL.M.) in Intellectual Property Law

Boston University School of Law, USA

• Master of Laws (LL.M.) in American Law

Boston University School of Law, USA

• Master of Laws (LL.M.) in Criminal Law, *summa cum laude*

Zhejiang University, China

• Bachelor of Laws (LL.B.), *cum laude*

Southwest University of Political Science and Law, China

## 2. SOCIAL COMMITMENT

• Secretary General, Chongqing Chamber of Commerce in Zhejiang Province, China

• Member of the Belt and Road Business Committee of the Zhejiang Bar Association

## 3. EMPLOYMENT

• Equity Partner of Zhejiang Brighteous Law Firm (Top 100 law firms in China)

• Deputy Director of the Cross-border Private Law Business Committee

## 4. CAREER HONORS

27

• Awarded by Thomson Reuters' Asian Legal Business for the Young Lawyer of the Year 2024: East China (only one winner is selected each year).

• Awarded by Thomson Reuters' Asian Legal Business for the TOP 15 Rising Lawyers of the Year 2024 in Yangtze River Delta of China.

• Awarded 40 Under 40 in the Asia-Pacific region by LexisNexis - 2023

• International Lawyer Talents of Zhejiang Province, China

• High-level talents of Hangzhou, China

## 5. Business Areas and Representative Achievements

• Focus on civil law and criminal law litigation and dispute resolution, International trade and investment, cross-border debt collection and asset recovery.

• Effectively represented two civil law cases in the Supreme People's Court of the People's Republic of China.

• Provided recommendations for reforming the substantive trial and the judicial sanction review system respectively to the Supreme People's Court of the People's Republic of China.

• Issued legal opinions about naturalizing foreign players for the Chinese Football Association.

• Effectively represented and satisfied by a world-class university in the Home Office of United Kingdom in arguing against the refusal or cancellation of visas for 23 students.

• Provide foreign-related legal consultation services for government agency such as the Justice Department of Zhejiang Province in China

## 6. Publications

• Dongqian Hu, **Shisong Chen,** *Causes and Prevention Strategies for Violent Assaults on Medical Professionals* [J]. Chinese Lawyer, 2014, (6): 51–52.

• Dongqian Hu, **Shisong Chen,** *The Validity of Guarantee Contracts in Illegal Fund-*

28

*Raising Cases and the Protection of the Rights and Interests of All Parties* [J]. Chinese Lawyer, 2013, (9): 60–62.

• Fangmin Ruan, **Shisong Chen,** *A Brief Opinion on the Legal Integration of Insider Trading Prevention and Control,* Zhejiang Legal Review (Vol. 2), 2012.

## 7. Languages

• Chinese Mandarin (native), Chongqing and Sichuan dialect

• English (fluent)

## 8. Qualifications

• Chinese Bar admission, 2010-present

# APPENDIX

1.  Civil Procedure Law of the People's Republic of China (2017 Amendment)

2.  Interpretation by the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China (2020 Amendment)

3.  Interpretation by the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China (2022 Amendment)

4.  Provisions by the Supreme People's Court on Evidence in Civil Procedures (2019 Amendment)

5.  Understanding and Application of the Supreme People's Court's New Judicial Interpretation of the Civil Procedure Law (A book authored by the Supreme People's Court)

6.  Federal Rules of Civil Procedure of United States of America (Dec 1, 2025)

7.  *Cuiyan Lin v. Zhonghai Hong*, Supreme People's Court (2018)



[CLI Code]CLI.1.297379(EN)

**Civil Procedure Law of the People's Republic of China (2017 Amendment)**

中华人民共和国民事诉讼法

The Civil Procedure Law of the People's Republic of China

（1991 年 4 月 9 日第七届全国人民代表大会第四次会议通过 根据 2007 年 10 月 28 日第十届全国人民代表大会常务委员会第三十次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第一次修正 根据 2012 年 8 月 31 日第十一届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第二次修正 根据 2017 年 6 月 27 日第十二届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉和〈中华人民共和国行政诉讼法〉的决定》第三次修正）

(Adopted at the 4th Session of the Seventh National People's Congress on April 9, 1991; amended for the first time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China as adopted at the 30th Session of the Standing Committee of the Tenth National People's Congress on October 28, 2007; and amended for the second time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China as adopted at the 28th Session of the Standing Committee of the Eleventh National People's Congress on August 31, 2012; and amended for the third time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China and the Administrative Litigation Law of the People's Republic of China as adopted at the 28th Session of the Standing Committee of the Twelfth National People's Congress on June 27, 2017)

目录

Table of Contents



[CLI Code]CLI.1.297379(EN)

第一编　总　　则

Part One General Provisions

第一章　任务、适用范围和基本原则

Chapter 1 Purposes, Scope of Application and Basic Principles

第二章　管　　辖

Chapter 2 Jurisdiction

第一节　级别管辖

Section 1 Hierarchical Jurisdiction

第二节　地域管辖

Section 2 Territorial Jurisdiction

第三节　移送管辖和指定管辖

Section 3 Jurisdiction Transfer and Specified Jurisdiction

第三章　审判组织

Chapter 3 Trial Organization

第四章　回　　避

Chapter 4 Disqualification

第五章　诉讼参加人

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

Chapter 5 Primary Litigation Participants

第一节　当事人

Section 1 Parties

第二节　诉讼代理人

Section 2 Litigation Representatives

第六章　证　　据

Chapter 6 Evidence

第七章　期间、送达

Chapter 7 Periods and Service of Process

第一节　期　　间

Section 1 Periods

第二节　送　　达

Section 2 Service of Process

第八章　调　　解

Chapter 8 Mediation

第九章　保全和先予执行

Chapter 9 Preservation and Advance Enforcement

[CLI Code]CLI.1.297379(EN)

第十章　对妨害民事诉讼的强制措施

Chapter 10 Compulsory Measures against Obstruction of Civil Procedures

第十一章　诉讼费用

Chapter 11 Litigation Expenses

第二编　审判程序

Part Two Trial Procedure

第十二章　第一审普通程序

Chapter 12 Formal Procedure at First Instance

第一节　起诉和受理

Section 1 Instituting and Accepting an Action

第二节　审理前的准备

Section 2 Pretrial Preparations

第三节　开庭审理

Section 3 Court Trial

第四节　诉讼中止和终结

Section 4 Suspension and Termination of an Action

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

第五节　判决和裁定

Section 5 Judgments and Rulings


第十三章　简易程序

Chapter 13 Summary Procedure


第十四章　第二审程序

Chapter 14 Procedure at Second Instance


第十五章　特别程序

Chapter 15 Special Procedures


第一节　一般规定

Section 1 General Provisions


第二节　选民资格案件

Section 2 Voter Eligibility Cases


第三节　宣告失踪、宣告死亡案件

Section 3 Missing Person Declaration and Death Declaration Cases


第四节　认定公民无民事行为能力、限制民事行为能力案件

Section 4 Cases of Determining Civil Incompetency or Limited Civil Competency of Citizens


第五节　认定财产无主案件

Saved on: 06/28/2026



Section 5 Cases of Determining Unclaimed Property

第六节  确认调解协议案件

Section 6 Cases of Confirming Mediation Agreements

第七节  实现担保物权案件

Section 7 Cases of Security Interest Realization

第十六章  审判监督程序

Chapter 16 Trial Supervision Procedure

第十七章  督促程序

Chapter 17 Procedure for Urging Debt Repayment

第十八章  公示催告程序

Chapter 18 Procedure for Announcement to Urge Declaration of Claims

第三编  执行程序

Part Three Enforcement Procedure

第十九章  一般规定

Chapter 19 General Provisions

第二十章  执行的申请和移送

Chapter 20 Application and Transfer for Enforcement



[CLI Code]CLI.1.297379(EN)

第二十一章　执行措施

Chapter 21 Enforcement Measures

第二十二章　执行中止和终结

Chapter 22 Suspension and Termination of Enforcement

第四编　涉外民事诉讼程序的特别规定

Part Four Special Provisions on Foreign-Related Civil Procedures

第二十三章　一般原则

Chapter 23 General Principles

第二十四章　管　　辖

Chapter 24 Jurisdiction

第二十五章　送达、期间

Chapter 25 Service of Process and Periods

第二十六章　仲　　裁

Chapter 26 Arbitration

第二十七章　司法协助

Chapter 27 Judicial Assistance

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM [CLI Code]CLI.1.297379(EN)

第一编　总　则

Part One General Provisions

第一章　任务、适用范围和基本原则

Chapter 1 Purposes, Scope of Application and Basic Principles

**第一条**　中华人民共和国民事诉讼法以宪法为根据，结合我国民事审判工作的经验和实际情况制定。

**Article 1** The Civil Procedure Law of the People's Republic of China is formulated in accordance with the Constitution and in consideration of civil trial experience and actual circumstances of civil trials in China.

**第二条**　中华人民共和国民事诉讼法的任务，是保护当事人行使诉讼权利，保证人民法院查明事实，分清是非，正确适用法律，及时审理民事案件，确认民事权利义务关系，制裁民事违法行为，保护当事人的合法权益，教育公民自觉遵守法律，维护社会秩序、经济秩序，保障社会主义建设事业顺利进行。

**Article 2** The purposes of the Civil Procedure Law of the People's Republic of China are to protect the parties' exercise of procedural rights; ensure that a people's court finds facts, distinguishes right from wrong, applies law correctly and try civil cases in a timely manner; confirm civil rights and obligations; punish violations of civil law; protect the lawful rights and interests of the parties; educate citizens on consciously abiding by law; maintain the social and economic order; and guarantee smooth socialist development.

**第三条**　人民法院受理公民之间、法人之间、其他组织之间以及他们相互之间因财产关系和人身关系提起的民事诉讼，适用本法的规定。

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

**Article 3** The provisions of this Law shall apply to civil actions accepted by a people's court regarding property or personal relationships between citizens, between legal persons, between other organizations or between citizens and legal persons, citizens and other organizations or legal persons and other organizations.

第四条 凡在中华人民共和国领域内进行民事诉讼，必须遵守本法。

**Article 4** For all civil actions conducted within the territory of the People's Republic of China, this Law must be complied with.

第五条 外国人、无国籍人、外国企业和组织在人民法院起诉、应诉，同中华人民共和国公民、法人和其他组织有同等的诉讼权利义务。

**Article 5** Foreign nationals, stateless persons and foreign enterprises and organizations which institute or respond to actions in the people's courts shall have equal procedural rights and obligations as citizens, legal persons and other organizations of the People's Republic of China.

外国法院对中华人民共和国公民、法人和其他组织的民事诉讼权利加以限制的，中华人民共和国人民法院对该国公民、企业和组织的民事诉讼权利，实行对等原则。

Where the courts of a foreign country impose any restrictions on the civil procedural rights of citizens, legal persons and other organizations of the People's Republic of China, the people's courts of the People's Republic of China shall apply the principle of reciprocity to the civil procedural rights of citizens, enterprises and organizations of such a foreign country.

第六条 民事案件的审判权由人民法院行使。

**Article 6** The power to try civil cases shall be exercised by the people's courts.

人民法院依照法律规定对民事案件独立进行审判，不受行政机关、社会团体和个人的干涉。

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

The people's courts shall try civil cases independently in accordance with law, without interference from any government agency, social group or individual.

第七条　人民法院审理民事案件，必须以事实为根据，以法律为准绳。

**Article 7** When trying civil cases, the people's courts must regard facts as the basis and regard law as the yardstick.

第八条　民事诉讼当事人有平等的诉讼权利。人民法院审理民事案件，应当保障和便利当事人行使诉讼权利，对当事人在适用法律上一律平等。

**Article 8** All parties to a civil action shall have equal procedural rights. When trying civil cases, the people's courts shall provide safeguards and facilitation for all parties to exercise their procedural rights, and apply law equally for all parties.

第九条　人民法院审理民事案件，应当根据自愿和合法的原则进行调解；调解不成的，应当及时判决。

**Article 9** When trying civil cases, the people's courts shall conduct mediation under the principles of free will of the parties and legality; and if mediation fails, shall enter a judgment in a timely manner.

第十条　人民法院审理民事案件，依照法律规定实行合议、回避、公开审判和两审终审制度。

**Article 10** When trying civil cases, the people's courts shall apply the collegial bench, disqualification, open trial and "final after two trials" systems in accordance with law.

第十一条　各民族公民都有用本民族语言、文字进行民事诉讼的权利。

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

**Article 11** Citizens of all ethnicities shall be entitled to use their native spoken and written languages in civil procedures.

在少数民族聚居或者多民族共同居住的地区，人民法院应当用当地民族通用的语言、文字进行审理和发布法律文书。

In areas where an ethnic minority is concentrated or several ethnicities cohabit, the people's courts shall conduct trial and publish legal instruments in the spoken and written language commonly used by the local ethnicity or ethnicities.

人民法院应当对不通晓当地民族通用的语言、文字的诉讼参与人提供翻译。

The people's courts shall provide interpretation for litigation participants who are not familiar with the spoken or written language commonly used by the local ethnicity or ethnicities.

第十二条　人民法院审理民事案件时，当事人有权进行辩论。

**Article 12** When a people's court tries a civil case, the parties shall have the right to debate.

第十三条　民事诉讼应当遵循诚实信用原则。

**Article 13** In civil procedures, the principle of good faith shall be adhered to.

当事人有权在法律规定的范围内处分自己的民事权利和诉讼权利。

The parties shall be entitled to dispose of their respective civil rights and procedural rights within the extent as permitted by law.

第十四条　人民检察院有权对民事诉讼实行法律监督。

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.1.297379(EN)

**Article 14** The people's procuratorates shall have the authority to exercise legal supervision over civil procedures.

第十五条　机关、社会团体、企业事业单位对损害国家、集体或者个人民事权益的行为，可以支持受损害的单位或者个人向人民法院起诉。

**Article 15** For conduct which infringes upon the civil rights and interests of the state, a collective or an individual, a state organ, a social group, an enterprise or a public institution may support the entity or individual which suffers infringement in instituting an action in a people's court.

第十六条　民族自治地方的人民代表大会根据宪法和本法的原则，结合当地民族的具体情况，可以制定变通或者补充的规定。自治区的规定，报全国人民代表大会常务委员会批准。自治州、自治县的规定，报省或者自治区的人民代表大会常务委员会批准，并报全国人民代表大会常务委员会备案。

**Article 16** The people's congresses of ethnical autonomous areas may formulate provisions with necessary changes or supplementary provisions in accordance with the principles of the Constitution and this Law and in consideration of the specific circumstances of the local ethnicity or ethnicities. Such provisions formulated by an autonomous region shall be subject to the approval of the Standing Committee of the National People's Congress. Such provisions formulated by an autonomous prefecture or autonomous county shall be subject to the approval of the standing committee of the people's congress of the corresponding province or autonomous region and be filed with the Standing Committee of the National People's Congress.

第二章　管　辖

Chapter 2 Jurisdiction

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

第一节　级别管辖

Section 1 Hierarchical Jurisdiction

第十七条　基层人民法院管辖第一审民事案件，但本法另有规定的除外。

Article 17 The basic people's courts shall have jurisdiction over civil cases as a court of first instance, except as otherwise provided for in this Law.

第十八条　中级人民法院管辖下列第一审民事案件：

Article 18 The intermediate people's courts shall have jurisdiction over the following civil cases as a court of first instance:

（一）重大涉外案件；

(1) Major foreign-related cases.

（二）在本辖区有重大影响的案件；

(2) Cases which have a major impact within their respective jurisdictions.

（三）最高人民法院确定由中级人民法院管辖的案件。

(3) Cases which are under the jurisdiction of the intermediate people's courts as determined by the Supreme People's Court.

第十九条　高级人民法院管辖在本辖区有重大影响的第一审民事案件。

Article 19 The higher people's courts shall have jurisdiction over civil cases which have a major impact within their respective jurisdictions as a court of first instance.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

第二十条　最高人民法院管辖下列第一审民事案件：

**Article 20** The Supreme People's Court shall have jurisdiction over the following civil cases as a court of first instance:

（一）在全国有重大影响的案件；

(1) Cases which have a major impact nationwide.

（二）认为应当由本院审理的案件。

(2) Cases which the Supreme People's Court deems shall be tried by itself.

第二节　地域管辖

Section 2 Territorial Jurisdiction

第二十一条　对公民提起的民事诉讼，由被告住所地人民法院管辖；被告住所地与经常居住地不一致的，由经常居住地人民法院管辖。

**Article 21** A civil action instituted against a citizen shall be under the jurisdiction of the people's court at the place of domicile of the defendant; or if the defendant's place of domicile is different from his or her place of habitual residence, the civil action shall be under the jurisdiction of the people's court at the place of habitual residence of the defendant.

对法人或者其他组织提起的民事诉讼，由被告住所地人民法院管辖。

A civil action instituted against a legal person or any other organization shall be under the jurisdiction of the people's court at the place of domicile of the defendant.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.1.297379(EN)

同一诉讼的几个被告住所地、经常居住地在两个以上人民法院辖区的，各该人民法院都有管

辖权。

Where the places of domicile or places of habitual residence of several defendants in the same action

are located within the jurisdictions of two or more people's courts, both or all of such people's courts

shall have jurisdiction over the action.

第二十二条    下列民事诉讼，由原告住所地人民法院管辖；原告住所地与经常居住地不

一致的，由原告经常居住地人民法院管辖：

**Article 22** The following civil actions shall be under the jurisdiction of the people's court at the place

of domicile of the plaintiff; or if the plaintiff's place of domicile is different from his or her place of

habitual residence, the civil actions shall be under the jurisdiction of the people's court at the place of

habitual residence of the plaintiff:

（一）对不在中华人民共和国领域内居住的人提起的有关身份关系的诉讼；

(1) An action regarding a personal relationship instituted against a person who does not reside within

the territory of the People's Republic of China.

（二）对下落不明或者宣告失踪的人提起的有关身份关系的诉讼；

(2) An action regarding a personal relationship instituted against a person whose whereabouts is

unknown or against a person who has been declared missing.

（三）对被采取强制性教育措施的人提起的诉讼；

(3) An action instituted against a person who is subject to any compulsory correctional measure.

（四）对被监禁的人提起的诉讼。

15/147                                                                                        Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

(4) An action instituted against a person who is incarcerated.


第二十三条　因合同纠纷提起的诉讼，由被告住所地或者合同履行地人民法院管辖。

Article 23 An action instituted for a contract dispute shall be under the jurisdiction of the people's court at the place of domicile of the defendant or at the place where the contract is performed.


第二十四条　因保险合同纠纷提起的诉讼，由被告住所地或者保险标的物所在地人民法院管辖。

Article 24 An action instituted for an insurance contract dispute shall be under the jurisdiction of the people's court at the place of domicile of the defendant or at the place where the subject matter insured is located.


第二十五条　因票据纠纷提起的诉讼，由票据支付地或者被告住所地人民法院管辖。

Article 25 An action instituted for a negotiable instrument dispute shall be under the jurisdiction of the people's court at the place of payment of the negotiable instrument or at the place of domicile of the defendant.


第二十六条　因公司设立、确认股东资格、分配利润、解散等纠纷提起的诉讼，由公司住所地人民法院管辖。

Article 26 An action instituted for a dispute arising from formation, shareholder eligibility confirmation, profit distribution, dissolution or any other matter of a company shall be under the jurisdiction of the people's court at the place of domicile of the company.


第二十七条　因铁路、公路、水上、航空运输和联合运输合同纠纷提起的诉讼，由运输始发地、目的地或者被告住所地人民法院管辖。

Saved on: 06/28/2026

 [CLI Code]CLI.1.297379(EN)

**Article 27** An action instituted for a dispute arising from a railway, road, water, air, or multi-mode transportation contract shall be under the jurisdiction of the people's court at the place of departure or destination of transportation or at the place of domicile of the defendant.

第二十八条　因侵权行为提起的诉讼，由侵权行为地或者被告住所地人民法院管辖。

**Article 28** An action instituted for a tort shall be under the jurisdiction of the people's court at the place where the tort occurs or at the place of domicile of the defendant.

第二十九条　因铁路、公路、水上和航空事故请求损害赔偿提起的诉讼，由事故发生地或者车辆、船舶最先到达地、航空器最先降落地或者被告住所地人民法院管辖。

**Article 29** An action instituted for damages for a railway, road, water or air transportation accident shall be under the jurisdiction of the people's court at the place where the accident occurs, where the vehicle or vessel first arrives or where the aircraft first lands or at the place of domicile of the defendant.

第三十条　因船舶碰撞或者其他海事损害事故请求损害赔偿提起的诉讼，由碰撞发生地、碰撞船舶最先到达地、加害船舶被扣留地或者被告住所地人民法院管辖。

**Article 30** An action instituted for damages for a vessel collision or any other maritime accident shall be under the jurisdiction of the people's court at the place where the collision occurs, where the colliding vessel first arrives or where the vessel at fault is detained or at the place of domicile of the defendant.

第三十一条　因海难救助费用提起的诉讼，由救助地或者被救助船舶最先到达地人民法院管辖。

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.1.297379(EN)

**Article 31** An action instituted for maritime salvage shall be under the jurisdiction of the people's court at the place of salvage or at the place where the salvaged vessel first arrives.

第三十二条　因共同海损提起的诉讼，由船舶最先到达地、共同海损理算地或者航程终止地的人民法院管辖。

**Article 32** An action instituted for a general average shall be under the jurisdiction of the people's court at the place where the vessel first arrives, where the general average is adjusted or where the voyage ends.

第三十三条　下列案件，由本条规定的人民法院专属管辖：

**Article 33** The following cases shall be under the exclusive jurisdiction of the people's courts as specified below:

（一）因不动产纠纷提起的诉讼，由不动产所在地人民法院管辖；

(1) An action instituted for a real estate dispute shall be under the jurisdiction of the people's court at the place where the real estate is located.

（二）因港口作业中发生纠纷提起的诉讼，由港口所在地人民法院管辖；

(2) An action instituted for a dispute arising from harbor operations shall be under the jurisdiction of the people's court at the place where the harbor is located.

（三）因继承遗产纠纷提起的诉讼，由被继承人死亡时住所地或者主要遗产所在地人民法院管辖。

Saved on: 06/28/2026

(3) An action instituted for an inheritance dispute shall be under the jurisdiction of the people's court at the place of domicile of the deceased upon death or at the place where the major part of estate is located.

第三十四条    合同或者其他财产权益纠纷的当事人可以书面协议选择被告住所地、合同履行地、合同签订地、原告住所地、标的物所在地等与争议有实际联系的地点的人民法院管辖，但不得违反本法对级别管辖和专属管辖的规定。

Article 34 Parties to a dispute over a contract or any other right or interest in property may, by a written agreement, choose the people's court at the place of domicile of the defendant, at the place where the contract is performed or signed, at the place of domicile of the plaintiff, at the place where the subject matter is located or at any other place actually connected to the dispute to have jurisdiction over the dispute, but the provisions of this Law regarding hierarchical jurisdiction and exclusive jurisdiction shall not be violated.

第三十五条    两个以上人民法院都有管辖权的诉讼，原告可以向其中一个人民法院起诉；原告向两个以上有管辖权的人民法院起诉的，由最先立案的人民法院管辖。

Article 35 When two or more people's courts have jurisdiction over an action, the plaintiff may institute an action in one of such people's courts; and if the plaintiff institutes actions in two or more people's courts that have jurisdiction, the people's court which dockets the case first shall have jurisdiction over the action.

第三节    移送管辖和指定管辖

Section 3 Jurisdiction Transfer and Specified Jurisdiction



[CLI Code]CLI.1.297379(EN)

第三十六条　人民法院发现受理的案件不属于本院管辖的，应当移送有管辖权的人民法院，受移送的人民法院应当受理。受移送的人民法院认为受移送的案件依照规定不属于本院管辖的，应当报请上级人民法院指定管辖，不得再自行移送。

Article 36 Where a people's court discovers that a case accepted is not under its jurisdiction, it shall transfer the case to the people's court having jurisdiction, and the people's court to which the case is transferred shall accept the case. If the people's court to which the case is transferred deems that the transferred case is not under its jurisdiction according to the relevant provisions, it shall report the case to its superior for specified jurisdiction and shall not transfer the case without direction.

第三十七条　有管辖权的人民法院由于特殊原因，不能行使管辖权的，由上级人民法院指定管辖。

Article 37 Where a people's court having jurisdiction is unable to exercise its jurisdiction for any special reasons, its superior shall specify jurisdiction.

人民法院之间因管辖权发生争议，由争议双方协商解决；协商解决不了的，报请它们的共同上级人民法院指定管辖。

Where there is any dispute over jurisdiction between the people's courts, the dispute shall be resolved by the disputing courts through consultations; or if such consultations fail, the disputing courts shall request their common superior to specify jurisdiction.

第三十八条　上级人民法院有权审理下级人民法院管辖的第一审民事案件；确有必要将本院管辖的第一审民事案件交下级人民法院审理的，应当报请其上级人民法院批准。

Article 38 A people's court at a higher level shall have the power to try a first instance civil case under the jurisdiction of a people's court at a lower level. If it is necessary to transfer a first instance

Saved on: 06/28/2026

北大法宝 让法律更智能
PKULAW.COM

civil case under its jurisdiction to a people's court at a lower level for trial, a people's court at a higher level shall file a report with its superior for approval of the transfer.

下级人民法院对它所管辖的第一审民事案件，认为需要由上级人民法院审理的，可以报请上级人民法院审理。

If a people's court at a lower level deems it necessary for a first instance civil case under its jurisdiction to be tried by a people's court at a higher level, it may request the people's court at a higher level to try the case.

第三章　审判组织

Chapter 3 Trial Organization

第三十九条　人民法院审理第一审民事案件，由审判员、陪审员共同组成合议庭或者由审判员组成合议庭。合议庭的成员人数，必须是单数。

Article 39 When a people's court tries a first instance civil case, a collegial bench consisting of judges and jurors or consisting of judges only shall be formed. The members of a collegial bench must be in an odd number.

适用简易程序审理的民事案件，由审判员一人独任审理。

Civil cases tried under summary procedure shall be tried by a sole judge.

陪审员在执行陪审职务时，与审判员有同等的权利义务。

When performing their juror's duties, jurors shall have equal rights and obligations as a judge.

[CLI Code]CLI.1.297379(EN)

第四十条　人民法院审理第二审民事案件，由审判员组成合议庭。合议庭的成员人数，必须是单数。

**Article 40** When a people's court tries a second instance civil case, a collegial bench consisting of judges only shall be formed. The members of a collegial bench must be in an odd number.

发回重审的案件，原审人民法院应当按照第一审程序另行组成合议庭。

For a case remanded for retrial, the original trial people's court shall form a new collegial bench under the procedure at first instance.

审理再审案件，原来是第一审的，按照第一审程序另行组成合议庭；原来是第二审的或者是上级人民法院提审的，按照第二审程序另行组成合议庭。

If a case for retrial was originally tried by a court of first instance, a new collegial bench shall be formed under the procedure at first instance; or if the case for retrial was originally tried by a court of second instance or tried directly by a people's court at a higher level, a new collegial bench shall be formed under the procedure at second instance.

第四十一条　合议庭的审判长由院长或者庭长指定审判员一人担任；院长或者庭长参加审判的，由院长或者庭长担任。

**Article 41** The president of a people's court or a divisional chief of a people's court shall designate a judge as the presiding judge of a collegial bench; and if the president or divisional chief participates in the trial, the president or divisional chief shall be the presiding judge.

第四十二条　合议庭评议案件，实行少数服从多数的原则。评议应当制作笔录，由合议庭成员签名。评议中的不同意见，必须如实记入笔录。

北大法宝 PKULAW.COM 让法律更智能    [CLI Code]CLI.1.297379(EN)

**Article 42** When deliberating a case, a collegial bench shall adhere to the rule of majority. Deliberation transcripts shall be prepared and be signed by the members of the collegial bench. The dissenting opinions during deliberations shall be truthfully included in the transcripts.

第四十三条　审判人员应当依法秉公办案。

**Article 43** Judges shall handle cases impartially in accordance with law.

审判人员不得接受当事人及其诉讼代理人请客送礼。

Judges shall not accept any treats or gifts from the parties or their litigation representatives.

审判人员有贪污受贿，徇私舞弊，枉法裁判行为的，应当追究法律责任；构成犯罪的，依法追究刑事责任。

Judges who commit embezzlement, accept bribes, practice favoritism for personal gains or adjudicate by bending the law shall be subject to legal liability; and those suspected of any crime shall be subject to criminal liability in accordance with law.

第四章　回　避

Chapter 4 Disqualification

第四十四条　审判人员有下列情形之一的，应当自行回避，当事人有权用口头或者书面方式申请他们回避：

**Article 44** Under any of the following circumstances, a judge shall voluntarily disqualify himself or herself, and a party shall be entitled to request disqualification of such a judge verbally or in writing:

（一）是本案当事人或者当事人、诉讼代理人近亲属的；

[CLI Code]CLI.1.297379(EN)

(1) The judge is a party to a case or is a close relative of a party to a case or a litigation representative thereof.

（二）与本案有利害关系的；

(2) The judge is an interested party to a case.

（三）与本案当事人、诉讼代理人有其他关系，可能影响对案件公正审理的。

(3) The judge has any other relationship with a party to a case or a litigation representative thereof, which may affect the impartial trial of the case.

审判人员接受当事人、诉讼代理人请客送礼，或者违反规定会见当事人、诉讼代理人的，当事人有权要求他们回避。

Where a judge accepts any treat or gift from a party to a case or a litigation representative thereof or meets with a party to a case in violation of legal provisions, a party shall be entitled to require disqualification of such a judge.

审判人员有前款规定的行为的，应当依法追究法律责任。

A judge who commits any conduct in the preceding paragraph shall be subject to legal liability in accordance with law.

前三款规定，适用于书记员、翻译人员、鉴定人、勘验人。

The provisions of the preceding three paragraphs shall also apply to court clerks, interpreters, identification or evaluation experts, and surveyors.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

第四十五条　当事人提出回避申请，应当说明理由，在案件开始审理时提出；回避事由在案件开始审理后知道的，也可以在法庭辩论终结前提出。

**Article 45** To request disqualification, a party shall state reasons and file a request at the beginning of the trial of a case; and a request may also be filed before the end of court debate if a party becomes aware of a reason for disqualification after the trial of a case begins.

被申请回避的人员在人民法院作出是否回避的决定前，应当暂停参与本案的工作，但案件需要采取紧急措施的除外。

Before the people's court decides whether to grant the request for disqualification, the person whose disqualification is requested shall be suspended from participating in the case, unless the case requires that emergency measures be taken.

第四十六条　院长担任审判长时的回避，由审判委员会决定；审判人员的回避，由院长决定；其他人员的回避，由审判长决定。

**Article 46** The disqualification of the presiding judge who is the president of a people's court shall be decided by the judicial committee of the people's court; the disqualification of judges shall be decided by the president of a people's court; and the disqualification of other persons shall be decided by the presiding judge.

第四十七条　人民法院对当事人提出的回避申请，应当在申请提出的三日内，以口头或者书面形式作出决定。申请人对决定不服的，可以在接到决定时申请复议一次。复议期间，被申请回避的人员，不停止参与本案的工作。人民法院对复议申请，应当在三日内作出复议决定，并通知复议申请人。

**Article 47** A people's court shall make a decision verbally or in writing on a party's request for disqualification within three days after the request is filed. Against the decision, a party may apply

[CLI Code]CLI.1.297379(EN)

for reconsideration once when receiving the decision. During the period of reconsideration, the person whose disqualification is requested shall not be suspended from participating in the case. A people's court shall make a decision on an application for reconsideration within three days and notify the reconsideration applicant of the decision.

第五章　诉讼参加人

Chapter 5 Primary Litigation Participants

第一节　当事人

Section 1 Parties

第四十八条　公民、法人和其他组织可以作为民事诉讼的当事人。

Article 48 Citizens, legal persons and other organizations may act as the parties to civil actions.

法人由其法定代表人进行诉讼。其他组织由其主要负责人进行诉讼。

The legal representative of a legal person shall participate in an action on behalf of the legal person. The primary person in charge of any other organization shall participate in an action on behalf of the organization.

第四十九条　当事人有权委托代理人，提出回避申请，收集、提供证据，进行辩论，请求调解，提起上诉，申请执行。

Article 49 The parties shall be entitled to retain representatives, file a request for disqualification, collect and provide evidence, debate, file a request for mediation, file an appeal, and apply for enforcement.

Saved on: 06/28/2026

当事人可以查阅本案有关材料，并可以复制本案有关材料和法律文书。查阅、复制本案有关材料的范围和办法由最高人民法院规定。

The parties may consult materials related to the case and copy materials and legal instruments related to the case. The scope of and measures for consulting and copying materials related to a case shall be prescribed by the Supreme People's Court.

当事人必须依法行使诉讼权利，遵守诉讼秩序，履行发生法律效力的判决书、裁定书和调解书。

The parties must exercise their procedural rights in accordance with law, observe the order of litigation, and execute effective written judgments, rulings and consent judgments.

**第五十条**  双方当事人可以自行和解。

**Article 50** Both sides of a civil action may reach a settlement themselves.

**第五十一条**  原告可以放弃或者变更诉讼请求。被告可以承认或者反驳诉讼请求，有权提起反诉。

**Article 51** The plaintiff may relinquish or modify its claims. The defendant may admit or repudiate the plaintiff's claims and shall have the right to file a counterclaim.

**第五十二条**  当事人一方或者双方为二人以上，其诉讼标的是共同的，或者诉讼标的是同一种类、人民法院认为可以合并审理并经当事人同意的，为共同诉讼。

**Article 52** A joint action means that one side or both sides of a civil action consist of two or more persons, the subject matter of action for each party is same or is of the same kind and the people's court deems that the disputes of all the parties may be tried concurrently, to which all the parties agree.



[CLI Code]CLI.1.297379(EN)

共同诉讼的一方当事人对诉讼标的有共同权利义务的，其中一人的诉讼行为经其他共同诉讼人承认，对其他共同诉讼人发生效力；对诉讼标的没有共同权利义务的，其中一人的诉讼行为对其他共同诉讼人不发生效力。

Where the parties on one side of a joint action have common rights and obligations regarding the subject matter of action, the litigation conduct of any of such parties shall bind the rest of such parties if the conduct is recognized by the rest of such parties; or where the parties on one side of a joint action have no common rights and obligations regarding the subject matter of action, the litigation conduct of any of such parties shall not bind the rest of such parties.

第五十三条　当事人一方人数众多的共同诉讼，可以由当事人推选代表人进行诉讼。代表人的诉讼行为对其所代表的当事人发生效力，但代表人变更、放弃诉讼请求或者承认对方当事人的诉讼请求，进行和解，必须经被代表的当事人同意。

**Article 53** Where the parties on one side of a joint action is numerous, such parties may recommend a representative or representatives to participate in the action. The litigation conduct of such representatives shall bind all the parties represented; however, to modify or relinquish any claims, admit any claims of the opposing party or reach a settlement, such representatives must obtain a consent from the parties represented.

第五十四条　诉讼标的是同一种类、当事人一方人数众多在起诉时人数尚未确定的，人民法院可以发出公告，说明案件情况和诉讼请求，通知权利人在一定期间向人民法院登记。

**Article 54** Where the subject matter of action for each party is of the same kind, the parties on one side of an action are numerous, but the exact number of such parties is uncertain when the action is instituted, the people's court may publish a notice to describe the case and claims and notify right holders to register with the people's court within a certain period of time.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

向人民法院登记的权利人可以推选代表人进行诉讼；推选不出代表人的，人民法院可以与参加登记的权利人商定代表人。

The right holders which have registered with the people's court may recommend a representative or representatives to participate in the litigation; and if no representative is recommended, the people's court may determine a representative or representatives in consultation with the right holders which have registered with the people's court.

代表人的诉讼行为对其所代表的当事人发生效力，但代表人变更、放弃诉讼请求或者承认对方当事人的诉讼请求，进行和解，必须经被代表的当事人同意。

The litigation conduct of such representatives shall bind all the parties represented; however, to modify or relinquish any claims, admit any claims of the opposing party or reach a settlement, such representatives must obtain a consent from the parties represented.

人民法院作出的判决、裁定，对参加登记的全体权利人发生效力。未参加登记的权利人在诉讼时效期间提起诉讼的，适用该判决、裁定。

The judgment or ruling issued by the people's court shall bind all right holders which have registered with the people's court. Such a judgment or ruling shall also apply to actions instituted during the time limitation by rights holders which have not registered with the people's court.

第五十五条　对污染环境、侵害众多消费者合法权益等损害社会公共利益的行为，法律规定的机关和有关组织可以向人民法院提起诉讼。

Article 55 For conduct that pollutes environment, infringes upon the lawful rights and interests of vast consumers or otherwise damages the public interest, an authority or relevant organization as prescribed by law may institute an action in a people's court.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

人民检察院在履行职责中发现破坏生态环境和资源保护、食品药品安全领域侵害众多消费者合法权益等损害社会公共利益的行为，在没有前款规定的机关和组织或者前款规定的机关和组织不提起诉讼的情况下，可以向人民法院提起诉讼。前款规定的机关或者组织提起诉讼的，人民检察院可以支持起诉。

Where the people's procuratorate finds in the performance of functions any conduct that undermines the protection of the ecological environment and resources, infringes upon consumers' lawful rights and interests in the field of food and drug safety or any other conduct that damages social interest, it may file a lawsuit with the people's court if there is no authority or organization prescribed in the preceding paragraph or the authority or organization prescribed in the preceding paragraph does not file a lawsuit. If the authority or organization prescribed in the preceding paragraph files a lawsuit, the people's procuratorate may support the filing of a lawsuit.

第五十六条　对当事人双方的诉讼标的，第三人认为有独立请求权的，有权提起诉讼。

**Article 56** A third party which deems that it has an independent claim regarding the subject matter of an action between two parties shall have the right to institute an action.

对当事人双方的诉讼标的，第三人虽然没有独立请求权，但案件处理结果同他有法律上的利害关系的，可以申请参加诉讼，或者由人民法院通知他参加诉讼。人民法院判决承担民事责任的第三人，有当事人的诉讼权利义务。

Where a third party does not have an independent claim regarding the subject matter of an action between two parties but is an interested party in law to the outcome of the case, the third party may apply to participate in the action or the people's court may notify the third party to participate in the action. If the third party assumes any civil liability according to the judgment entered by the people's court, the third party shall have the procedural rights and obligations as a party to the action.



[CLI Code]CLI.1.297379(EN)

前两款规定的第三人，因不能归责于本人的事由未参加诉讼，但有证据证明发生法律效力的判决、裁定、调解书的部分或者全部内容错误，损害其民事权益的，可以自知道或者应当知道其民事权益受到损害之日起六个月内，向作出该判决、裁定、调解书的人民法院提起诉讼。人民法院经审理，诉讼请求成立的，应当改变或者撤销原判决、裁定、调解书；诉讼请求不成立的，驳回诉讼请求。

Where a third party as mentioned in the preceding two paragraphs fails to participate in an action, which is not attributable to the third party's fault, and there is evidence that an effective judgment, ruling or consent judgment is entirely or partially erroneous and causes damage to the third party's civil rights and interests, the third party may, within six months from the day when the third party knows or should have known that the third party's civil rights and interests have been damaged, institute an action in the people's court which entered the judgment, ruling or consent judgment. If, after trial, the third party's claims are supported, the people's court shall modify or revoke the original judgment, ruling or consent judgment; or if the third party's claims are not supported, the claims shall be dismissed.

第二节　诉讼代理人

Section 2 Litigation Representatives

第五十七条　无诉讼行为能力人由他的监护人作为法定代理人代为诉讼。法定代理人之间互相推诿代理责任的，由人民法院指定其中一人代为诉讼。

Article 57 The guardian of a person without competency to participate in an action shall participate in the action on behalf of the person as the person's legal representative. If the legal representatives of a person shift their duty of representation onto each other, the people's court shall specify one of them to participate in the action on behalf of the person.



[CLI Code]CLI.1.297379(EN)

第五十八条　当事人、法定代理人可以委托一至二人作为诉讼代理人。

**Article 58** A party or a legal representative may retain one or two persons as litigation representatives.

下列人员可以被委托为诉讼代理人：

The following persons may serve as a litigation representative:

（一）律师、基层法律服务工作者；

(1) A lawyer or legal service worker at the basic level.

（二）当事人的近亲属或者工作人员；

(2) A close relative or staff member of a party.

（三）当事人所在社区、单位以及有关社会团体推荐的公民。

(3) A citizen recommended by the community of or the entity employing a party or recommended by a relevant social group.

第五十九条　委托他人代为诉讼，必须向人民法院提交由委托人签名或者盖章的授权委托书。

**Article 59** To participate in an action on behalf of a party or a legal representative, a litigation representative must submit to the people's court a power of attorney, to which the signature or seal of the party or legal representative is affixed.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.1.297379(EN)

授权委托书必须记明委托事项和权限。诉讼代理人代为承认、放弃、变更诉讼请求，进行和解，提起反诉或者上诉，必须有委托人的特别授权。

The power of attorney must state the authorized matters and the extent of authority. To admit, relinquish or modify any claims, reach a settlement, or file a counterclaim or an appeal on behalf of a party or a legal representative, a litigation representative must have a special authorization from the party or legal representative.

侨居在国外的中华人民共和国公民从国外寄交或者托交的授权委托书，必须经中华人民共和国驻该国的使领馆证明；没有使领馆的，由与中华人民共和国有外交关系的第三国驻该国的使领馆证明，再转由中华人民共和国驻该第三国使领馆证明，或者由当地的爱国华侨团体证明。

Where a citizen of the People's Republic of China who is residing in a foreign country posts a power of attorney or delivers through another person a power of attorney to China, the power of attorney must be authenticated by the embassy or consulate of the People's Republic of China in that country. If there is no such an embassy or consulate in that country, the power of attorney shall be first authenticated by an embassy or consulate of a third country which has a diplomatic relationship with the People's Republic of China in that country and then be authenticated by the embassy or consulate of the People's Republic of China in the third country or be authenticated by the local patriotic overseas Chinese organization.

第六十条　诉讼代理人的权限如果变更或者解除，当事人应当书面告知人民法院，并由人民法院通知对方当事人。

Article 60 Where the authority of a litigation representative of a party has changed or has been revoked, the party shall notify the people's court in writing and the people's court shall notify the opposing party of the change or revocation.

北大法宝 PKULAW.COM 让法律更智能    [CLI Code]CLI.1.297379(EN)

第六十一条　代理诉讼的律师和其他诉讼代理人有权调查收集证据，可以查阅本案有关材料。查阅本案有关材料的范围和办法由最高人民法院规定。

**Article 61** Lawyers serving as litigation representatives and other litigation representatives shall have the right to investigate and collect evidence and may consult materials related to the case. The scope of and measures for consulting materials related to a case shall be prescribed by the Supreme People's Court.

第六十二条　离婚案件有诉讼代理人的，本人除不能表达意思的以外，仍应出庭；确因特殊情况无法出庭的，必须向人民法院提交书面意见。

**Article 62** Where a party to a divorce case has appointed a litigation representative, the party shall still appear in court unless the party is unable to express his or her ideas; and if the party is unable to appear in court under special circumstances, the party must submit a written opinion to the people's court.

第六章　证　据

Chapter 6 Evidence

第六十三条　证据包括：

**Article 63** Evidence includes:

（一）当事人的陈述；

(1) statement of a party;

（二）书证；



[CLI Code]CLI.1.297379(EN)

(2) documentary evidence;

（三）物证；

(3) physical evidence;

（四）视听资料；

(4) audio-visual recordings;

（五）电子数据；

(5) electronic data;

（六）证人证言；

(6) witness testimony;

（七）鉴定意见；

(7) expert opinion; and

（八）勘验笔录。

(8) transcripts of survey.

证据必须查证属实，才能作为认定事实的根据。

Evidence must be verified before being used as a basis for deciding a fact.

**第六十四条** 当事人对自己提出的主张，有责任提供证据。

**Article 64** A party shall have the burden to provide evidence for its claims.

Saved on: 06/28/2026



当事人及其诉讼代理人因客观原因不能自行收集的证据，或者人民法院认为审理案件需要的证据，人民法院应当调查收集。

A people's court shall investigate and collect evidence which a party and its litigation representative are unable to collect for some objective reasons and evidence which the people's court deems necessary for trying a case.

人民法院应当按照法定程序，全面地、客观地审查核实证据。

A people's court shall, under statutory procedures, verify evidence comprehensively and objectively.

第六十五条　当事人对自己提出的主张应当及时提供证据。

**Article 65** A party shall provide evidence for its claims in a timely manner.

人民法院根据当事人的主张和案件审理情况，确定当事人应当提供的证据及其期限。当事人在该期限内提供证据确有困难的，可以向人民法院申请延长期限，人民法院根据当事人的申请适当延长。当事人逾期提供证据的，人民法院应当责令其说明理由；拒不说明理由或者理由不成立的，人民法院根据不同情形可以不予采纳该证据，或者采纳该证据但予以训诫、罚款。

A people's court shall, according to the claims of a party and the circumstances of trial of a case, determine the evidence to be provided by a party and the time limit for provision of evidence. Where it is difficult for a party to provide evidence within the time limit, the party may apply to the people's court for an extension, and the people's court may appropriately extend the time limit upon application of the party. Where a party provides any evidence beyond the time limit, the people's court shall order the party to provide an explanation; and if the party refuses to explain or the party's



[CLI Code]CLI.1.297379(EN)

explanation is not acceptable, the people's court may, according to different circumstances, deem the evidence inadmissible or adopt the evidence but impose an admonition or a fine on the party.

第六十六条　人民法院收到当事人提交的证据材料，应当出具收据，写明证据名称、页数、份数、原件或者复印件以及收到时间等，并由经办人员签名或者盖章。

Article 66 A people's court shall issue receipts for evidentiary materials submitted to the court by a party, indicating the name of evidence, number of pages, number of copies, original or photocopy, time of receipt, and other matters, to which the signatures or seals of the court personnel receiving the same shall be affixed.

第六十七条　人民法院有权向有关单位和个人调查取证，有关单位和个人不得拒绝。

Article 67 A people's court shall have the authority to investigate and collect evidence from the relevant entities and individuals, and the relevant entities and individuals shall not refuse such investigation and collection of evidence.

人民法院对有关单位和个人提出的证明文书，应当辨别真伪，审查确定其效力。

A people's court shall identify the authenticity and examine and determine the validity of documentary evidence provided by the relevant entities and individuals.

第六十八条　证据应当在法庭上出示，并由当事人互相质证。对涉及国家秘密、商业秘密和个人隐私的证据应当保密，需要在法庭出示的，不得在公开开庭时出示。

Article 68 Evidence shall be presented in court and cross-examined by the parties. Evidence which involves any state secret, trade secret or individual privacy shall be kept confidential, and if it is necessary to present such evidence in court, such evidence shall not be presented in open court.

Saved on: 06/28/2026

 [CLI Code]CLI.1.297379(EN)

第六十九条　经过法定程序公证证明的法律事实和文书，人民法院应当作为认定事实的根据，但有相反证据足以推翻公证证明的除外。

**Article 69** A people's court shall regard legal facts and documents notarized under statutory procedures as a basis for deciding facts, unless there is any evidence to the contrary which suffices to overturn the notarization.

第七十条　书证应当提交原件。物证应当提交原物。提交原件或者原物确有困难的，可以提交复制品、照片、副本、节录本。

**Article 70** The originals as documentary evidence shall be submitted. The originals as physical evidence shall be submitted. If it is difficult to submit the originals, replicas, photographs, copies or extracts may be submitted.

提交外文书证，必须附有中文译本。

Documentary evidence in a foreign language must be submitted with Chinese versions.

第七十一条　人民法院对视听资料，应当辨别真伪，并结合本案的其他证据，审查确定能否作为认定事实的根据。

**Article 71** The people's court shall identify the authenticity of audio-visual recordings and, in consideration of other evidence in the case, examine and determine whether the audio-visual recordings may serve as a basis for deciding facts.

第七十二条　凡是知道案件情况的单位和个人，都有义务出庭作证。有关单位的负责人应当支持证人作证。

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

**Article 72** Any entity or individual which knows any circumstances of a case shall have the obligation to testify in court. The person in charge of a relevant entity shall support a witness in testifying.

不能正确表达意思的人，不能作证。

A person who is unable to appropriately express his or her ideas shall not testify.

第七十三条　经人民法院通知，证人应当出庭作证。有下列情形之一的，经人民法院许可，可以通过书面证言、视听传输技术或者视听资料等方式作证：

**Article 73** Upon notice by a people's court, a witness shall testify in court. Under any of the following circumstances, a witness may testify by written testimony, audio-visual transmission technology, audio-visual recordings or any other means as permitted by a people's court:

（一）因健康原因不能出庭的；

(1) The witness is unable to appear in court for health reasons.

（二）因路途遥远，交通不便不能出庭的；

(2) The witness is unable to appear in court for remote residence and travel difficulty.

（三）因自然灾害等不可抗力不能出庭的；

(3) The witness is unable to appear in court for a force majeure such as a natural disaster.

（四）其他有正当理由不能出庭的。

(4) The witness is unable to appear in court for any other justifiable reason.

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

第七十四条　证人因履行出庭作证义务而支出的交通、住宿、就餐等必要费用以及误工损失，由败诉一方当事人负担。当事人申请证人作证的，由该当事人先行垫付；当事人没有申请，人民法院通知证人作证的，由人民法院先行垫付。

Article 74 The travel, room and board, and other necessary expenses of a witness for performing his or her obligation of testifying in court, as well as loss of working time, shall be assumed by the losing party. A party which applies for a witness to testify shall advance the same; or if no party applies and the people's court notifies a witness to testify, the people's court shall advance the same.

第七十五条　人民法院对当事人的陈述，应当结合本案的其他证据，审查确定能否作为认定事实的根据。

Article 75 A people's court shall, in consideration of other evidence in the case, examine and determine whether the statements of a party may serve as a basis for deciding facts.

当事人拒绝陈述的，不影响人民法院根据证据认定案件事实。

The deciding of facts of a case by a people's court based on evidence shall not be affected by a party's refusal to provide a statement.

第七十六条　当事人可以就查明事实的专门性问题向人民法院申请鉴定。当事人申请鉴定的，由双方当事人协商确定具备资格的鉴定人；协商不成的，由人民法院指定。

Article 76 A party may apply to the people's court for identification regarding a specialized issue for ascertaining the facts of a case. Where a party applies for identification, the parties on both sides shall determine a qualified identification expert by consultation; or if such consultation fails, the people's court shall specify one for them.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.1.297379(EN)

当事人未申请鉴定，人民法院对专门性问题认为需要鉴定的，应当委托具备资格的鉴定人进行鉴定。

Where no party applies for identification but the people's court deems it necessary to conduct identification regarding a specialized issue, the people's court shall employ a qualified identification expert to conduct identification.

第七十七条　鉴定人有权了解进行鉴定所需要的案件材料，必要时可以询问当事人、证人。

Article 77 An identification expert shall have the right to access the case file needed for conducting identification and, when necessary, may interview a party or a witness.

鉴定人应当提出书面鉴定意见，在鉴定书上签名或者盖章。

An identification expert shall issue a written identification opinion and affix his or her signature or seal to the identification document.

第七十八条　当事人对鉴定意见有异议或者人民法院认为鉴定人有必要出庭的，鉴定人应当出庭作证。经人民法院通知，鉴定人拒不出庭作证的，鉴定意见不得作为认定事实的根据；支付鉴定费用的当事人可以要求返还鉴定费用。

Article 78 Where a party raises any objection to an identification opinion or a people's court deems it necessary to require an identification expert to testify in court, the identification expert shall testify in court. If, upon notice by the people's court, the identification expert refuses to testify in court, the identification opinion shall not be used as a basis for deciding facts; and the party which has paid the identification fees may require that the identification fees be refunded.

[CLI Code]CLI.1.297379(EN)

第七十九条　当事人可以申请人民法院通知有专门知识的人出庭，就鉴定人作出的鉴定意见或者专业问题提出意见。

**Article 79** A party may apply to the people's court for notifying a person with expertise to appear in court to offer an opinion regarding an identification opinion issued by an identification expert or regarding a specialized issue.

第八十条　勘验物证或者现场，勘验人必须出示人民法院的证件，并邀请当地基层组织或者当事人所在单位派人参加。当事人或者当事人的成年家属应当到场，拒不到场的，不影响勘验的进行。

**Article 80** When surveying any physical evidence or a site, the surveyors must produce their credentials issued by a people's court and invite the local grassroots organization or the entity employing a party to send personnel to participate in the survey. The party or an adult family member of the party shall be present; and the survey shall not be affected by the refusal of the party or the adult family member to appear on site.

有关单位和个人根据人民法院的通知，有义务保护现场，协助勘验工作。

Upon notice by the people's court, the relevant entities and individuals shall have the obligations to protect the site and assist in the survey.

勘验人应当将勘验情况和结果制作笔录，由勘验人、当事人和被邀参加人签名或者盖章。

The surveyors shall prepare transcripts of the process and results of survey, to which the surveyors, the party and the invited participants shall affix their signatures or seals.

第八十一条　在证据可能灭失或者以后难以取得的情况下，当事人可以在诉讼过程中向人民法院申请保全证据，人民法院也可以主动采取保全措施。

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.1.297379(EN)

**Article 81** Where any evidence may be extinguished or may be hard to obtain at a later time, a party may, in the course of an action, apply to the people's court for evidence preservation, and the people's court may also take preservation measures on its own initiative.

因情况紧急，在证据可能灭失或者以后难以取得的情况下，利害关系人可以在提起诉讼或者申请仲裁前向证据所在地、被申请人住所地或者对案件有管辖权的人民法院申请保全证据。

Where any evidence may be extinguished or may be hard to obtain at a later time, if the circumstances are urgent, an interested party may, before instituting an action or applying for arbitration, apply for evidence preservation to a people's court at the place where the evidence is located or at the place of domicile of the respondent or a people's court having jurisdiction over the case.

证据保全的其他程序，参照适用本法第九章保全的有关规定。

Other procedures for evidence preservation shall be executed by reference to the relevant provisions of Chapter IX of this Law regarding preservation.

第七章　期间、送达

Chapter 7 Periods and Service of Process

第一节　期　间

Section 1 Periods

第八十二条　期间包括法定期间和人民法院指定的期间。

**Article 82** Periods include statutory periods and periods prescribed by a people's court.

法北
宝大 让法律更智能
P K U L A W . C O M

期间以时、日、月、年计算。期间开始的时和日，不计算在期间内。

Periods shall be calculated by hour, day, month and year. The beginning hour and day of a period shall not be counted in the period.

期间届满的最后一日是节假日的，以节假日后的第一日为期间届满的日期。

If the expiration date of a period falls on a holiday, the first day after the holiday shall be the expiration date of the period.

期间不包括在途时间，诉讼文书在期满前交邮的，不算过期。

A statutory period shall not include the time en route. A litigation document posted before the expiration date of a period shall not be regarded as past due.

**第八十三条** 当事人因不可抗拒的事由或者其他正当理由耽误期限的，在障碍消除后的十日内，可以申请顺延期限，是否准许，由人民法院决定。

**Article 83** Where a party fails to comply with a period for reasons beyond the party's control or for any other justifiable reasons, the party may apply for an extension of the period within ten days after the impediment is eliminated, and the people's court shall decide whether to permit such an extension.

第二节　送 达

Section 2 Service of Process

**第八十四条** 送达诉讼文书必须有送达回证，由受送达人在送达回证上记明收到日期，签名或者盖章。

[CLI Code]CLI.1.297379(EN)

**Article 84** Service of process must be accompanied with a service acknowledgement, to which the person to be served shall affix a date of receipt and his or her signature or seal.

受送达人在送达回证上的签收日期为送达日期。

The date of receipt affixed to the service acknowledgement by the person to be served shall be the date of service.

第八十五条 送达诉讼文书，应当直接送交受送达人。受送达人是公民的，本人不在交他的同住成年家属签收；受送达人是法人或者其他组织的，应当由法人的法定代表人、其他组织的主要负责人或者该法人、组织负责收件的人签收；受送达人有诉讼代理人的，可以送交其代理人签收；受送达人已向人民法院指定代收人的，送交代收人签收。

**Article 85** Process shall be served directly on the person to be served. If the person to be served, who is a citizen, is absent, a cohabiting adult family member of the person to be served shall sign for the service of process. If the person to be served is a legal person or any other organization, the legal representative of the legal person, the primary person in charge of the organization or the employee of the legal person or organization responsible for receiving process shall sign for the service of process. If the person to be served has a litigation representative, the litigation representative may sign for the service of process. If the person to be served has informed the people's court of a designated person to receive process, the designated person shall sign for the service of process.

受送达人的同住成年家属，法人或者其他组织的负责收件的人，诉讼代理人或者代收人在送达回证上签收的日期为送达日期。

The date of receipt affixed to the service acknowledgment by the cohabiting adult family member of the person to be served, the employee of the legal person or organization responsible for receiving

[CLI Code]CLI.1.297379(EN)

process, the litigation representative or the designated person to receive process shall be the date of service.

第八十六条　受送达人或者他的同住成年家属拒绝接收诉讼文书的，送达人可以邀请有关基层组织或者所在单位的代表到场，说明情况，在送达回证上记明拒收事由和日期，由送达人、见证人签名或者盖章，把诉讼文书留在受送达人的住所；也可以把诉讼文书留在受送达人的住所，并采用拍照、录像等方式记录送达过程，即视为送达。

**Article 86** Where the person to be served refuses to receive or his or her cohabiting adult family member refuses to receive process, the process server may invite the representatives of relevant grassroots organizations or the entity employing the person to be served to be present, provide an explanation on the refusal, record the cause of refusal and date on the service acknowledgement, to which the process server and witnesses shall affix their signatures or seals, and drop process at the domicile of the person to be served; and may also drop process at the domicile of the person to be served and record the service of process by photograph, video and other means, and process shall be deemed served.

第八十七条　经受送达人同意，人民法院可以采用传真、电子邮件等能够确认其收悉的方式送达诉讼文书，但判决书、裁定书、调解书除外。

**Article 87** With the consent of the person to be served, a people's court may serve process by fax, email and other means capable of confirming receipt by the person to be served, except a judgment, ruling and consent judgment.

采用前款方式送达的，以传真、电子邮件等到达受送达人特定系统的日期为送达日期。

Where a means in the preceding paragraph is adopted, the date when a fax, an email or any other means reaches the specific system of the person to be served shall be the date of service of process.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

**第八十八条** 直接送达诉讼文书有困难的，可以委托其他人民法院代为送达，或者邮寄送达。邮寄送达的，以回执上注明的收件日期为送达日期。

**Article 88** Where direct service of process is difficult, service of process may be entrusted to another people's court or be conducted by post. If process is served by post, the date of receipt stated on the service acknowledgement shall be the date of service.

**第八十九条** 受送达人是军人的，通过其所在部队团以上单位的政治机关转交。

**Article 89** Where the person to be served is in the military service, process shall be served on the person through the political office of the unit at or above the regiment level of the armed force where the person serves.

**第九十条** 受送达人被监禁的，通过其所在监所转交。

**Article 90** Where the person to be served is incarcerated, process shall be served on the person through the incarceration facility.

受送达人被采取强制性教育措施的，通过其所在强制性教育机构转交。

Where the person to be served is subject to any compulsory correctional measure, process shall be served on the person through the compulsory correctional facility.

**第九十一条** 代为转交的机关、单位收到诉讼文书后，必须立即交受送达人签收，以在送达回证上的签收日期，为送达日期。

**Article 91** The office or entity through which process is served must, immediately after receiving process, deliver the same to the person to be served, the person to be served shall sign for the service of process, and the date of receipt on the service acknowledgement shall be the date of service.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

第九十二条　受送达人下落不明，或者用本节规定的其他方式无法送达的，公告送达。自发出公告之日起，经过六十日，即视为送达。

Article 92 Where the whereabouts of the person to be served is unknown or service of process is not possible by other means set out in this Section, process may be served by public announcement. Process shall be deemed served sixty days after the date of public announcement.

公告送达，应当在案卷中记明原因和经过。

The reasons for and the course of service of process by public announcement shall be recorded in the case file.

第八章　调　解

Chapter 8 Mediation

第九十三条　人民法院审理民事案件，根据当事人自愿的原则，在事实清楚的基础上，分清是非，进行调解。

Article 93 When trying civil cases, a people's court shall, under the principle of free will of the parties, conduct mediation by distinguishing between right and wrong based on clear facts.

第九十四条　人民法院进行调解，可以由审判员一人主持，也可以由合议庭主持，并尽可能就地进行。

Article 94 When a people's court conducts mediation, mediation may be conducted by one judge or by the collegial bench, and mediation shall be conducted on the spot as much as possible.

人民法院进行调解，可以用简便方式通知当事人、证人到庭。

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM                      [CLI Code]CLI.1.297379(EN)

When a people's court conducts mediation, it may notify by simple means the parties and witnesses to appear in court.

第九十五条　人民法院进行调解，可以邀请有关单位和个人协助。被邀请的单位和个人，应当协助人民法院进行调解。

**Article 95** When a people's court conducts mediation, it may invite relevant entities and individuals to provide assistance. The invited entities and individuals shall assist the people's court in mediation.

第九十六条　调解达成协议，必须双方自愿，不得强迫。调解协议的内容不得违反法律规定。

**Article 96** A mediation agreement must be based on the free will of both sides, and the parties shall not be forced to reach a mediation agreement. The content of a mediation agreement shall not violate any legal provisions.

第九十七条　调解达成协议，人民法院应当制作调解书。调解书应当写明诉讼请求、案件的事实和调解结果。

**Article 97** When a mediation agreement is reached, the people's court shall prepare a consent judgment. A consent judgment shall state the claims, facts of the case and results of mediation.

调解书由审　判人员、书记员署名，加盖人民法院印章，送达双方当事人。

The judges and court clerk shall affix their signatures and the people's court shall affix its seal to a consent judgment, which shall be served on both sides.

调解书经双方当事人签收后，即具有法律效力。

Once a consent judgment is signed by both sides, it shall become legally binding.

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

第九十八条　下列案件调解达成协议，人民法院可以不制作调解书：

**Article 98** A consent judgment of a people's court is not required for mediation agreements reached in the following cases:

（一）调解和好的离婚案件；

(1) Divorce cases where both parties have reconciled through mediation.

（二）调解维持收养关系的案件；

(2) Adoption cases where an adoptive relationship has been maintained through mediation.

（三）能够即时履行的案件；

(3) Cases where performance on the spot is possible.

（四）其他不需要制作调解书的案件。

(4) Other cases where a consent judgment is not required.

对不需要制作调解书的协议，应当记入笔录，由双方当事人、审判人员、书记员签名或者盖章后，即具有法律效力。

A mediation agreement which does not require a consent judgment shall be recorded in the transcripts and become legally binding immediately after both sides and the judges and court clerk affix their signatures or seals to the transcripts.

第九十九条　调解未达成协议或者调解书送达前一方反悔的，人民法院应当及时判决。

Saved on: 06/28/2026

北大法宝 PKULAW.COM    [CLI Code]CLI.1.297379(EN)

**Article 99** Where no mediation agreement is reached or one party retracts before a mediation agreement is served on the party, the people's court shall enter a judgment in a timely manner.

第九章　保全和先予执行

Chapter 9 Preservation and Advance Enforcement

第一百条　人民法院对于可能因当事人一方的行为或者其他原因，使判决难以执行或者造成当事人其他损害的案件，根据对方当事人的申请，可以裁定对其财产进行保全、责令其作出一定行为或者禁止其作出一定行为；当事人没有提出申请的，人民法院在必要时也可以裁定采取保全措施。

**Article 100** For a case where, for the conduct of a party or for other reasons, it may be difficult to execute a judgment or any other damage may be caused to a party, a people's court may, upon application of the opposing party, issue a ruling on preservation of the party's property, order certain conduct of the party or prohibit the party from certain conduct; and if no party applies, the people's court may, when necessary, issue a ruling to take a preservative measure.

人民法院采取保全措施，可以责令申请人提供担保，申请人不提供担保的，裁定驳回申请。

A people's court may order the applicant to provide security for taking a preservative measure and, if the applicant fails to provide security, shall issue a ruling to dismiss the application.

人民法院接受申请后，对情况紧急的，必须在四十八小时内作出裁定；裁定采取保全措施的，应当立即开始执行。

After accepting an application, a people's court must, if the circumstances are urgent, issue a ruling within 48 hours; and if it rules to take a preservative measure, the measure shall be executed immediately.



[CLI Code]CLI.1.297379(EN)

第一百零一条　利害关系人因情况紧急，不立即申请保全将会使其合法权益受到难以弥补的损害的，可以在提起诉讼或者申请仲裁前向被保全财产所在地、被申请人住所地或者对案件有管辖权的人民法院申请采取保全措施。申请人应当提供担保，不提供担保的，裁定驳回申请。

**Article 101** Where the lawful rights and interests of an interested party will be irreparable damaged if an application for preservation is not filed immediately under urgent circumstances, the interested party may, before instituting an action or applying for arbitration, apply to the people's court at the place where the property to be preserved is located or at the place of domicile of the respondent or a people's court having jurisdiction over the case for taking preservative measures. The applicant shall provide security and, if the applicant fails to provide security, the people's court shall issue a ruling to dismiss the application.

人民法院接受申请后，必须在四十八小时内作出裁定；裁定采取保全措施的，应当立即开始执行。

After accepting an application, a people's court must issue a ruling within 48 hours; and if it rules to take a preservative measure, the measure shall be executed immediately.

申请人在人民法院采取保全措施后三十日内不依法提起诉讼或者申请仲裁的，人民法院应当解除保全。

Where the applicant fails to institute an action or apply for arbitration in accordance with law within 30 days after the people's court takes a preservative measure, the people's court shall remove preservation.

第一百零二条　保全限于请求的范围，或者与本案有关的财物。

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.1.297379(EN)

**Article 102** Preservation shall be limited to the extent specified in an application or the property in connection with the case.

**第一百零三条** 财产保全采取查封、扣押、冻结或者法律规定的其他方法。人民法院保全财产后，应当立即通知被保全财产的人。

**Article 103** Property shall be preserved by seizure, impoundment, freezing of account or any other means prescribed by law. After preserving any property, a people's court shall immediately notify the person whose property is preserved.

财产已被查封、冻结的，不得重复查封、冻结。

Property which has already been seized or frozen shall not be repeatedly seized or frozen.

**第一百零四条** 财产纠纷案件，被申请人提供担保的，人民法院应当裁定解除保全。

**Article 104** Where, in a property dispute case, the respondent has provided security, the people's court shall issue a ruling to remove preservation.

**第一百零五条** 申请有错误的，申请人应当赔偿被申请人因保全所遭受的损失。

**Article 105** Where an application is erroneous, the applicant shall compensate the respondent for any loss incurred from preservation.

**第一百零六条** 人民法院对下列案件，根据当事人的申请，可以裁定先予执行：

**Article 106** A people's court may, upon application of a party, issue a ruling on advance enforcement for the following cases:

（一）追索赡养费、扶养费、抚育费、抚恤金、医疗费用的；

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

(1) Cases to recover support for elderly parents, support for other adult dependants, child support, consolation money or medical expenses.

（二）追索劳动报酬的；

(2) Cases to recover labor remuneration.

（三）因情况紧急需要先予执行的。

(3) Cases requiring advance enforcement under urgent circumstances.

第一百零七条　人民法院裁定先予执行的，应当符合下列条件：

**Article 107** For a people's court to issue a ruling on advance enforcement, both of the following conditions shall be met:

（一）当事人之间权利义务关系明确，不先予执行将严重影响申请人的生活或者生产经营的；

(1)The rights and obligations between the parties are clear, and a denial of advance enforcement will seriously affect the life or business operation of the applicant.

（二）被申请人有履行能力。

(2)The respondent is capable of performance.

人民法院可以责令申请人提供担保，申请人不提供担保的，驳回申请。申请人败诉的，应当赔偿被申请人因先予执行遭受的财产损失。



[CLI Code]CLI.1.297379(EN)

The people's court may order the applicant to provide security; and if the applicant fails to provide security, shall dismiss the application. If the applicant loses the action, the applicant shall compensate the respondent for any property loss incurred from advance enforcement.


第一百零八条　当事人对保全或者先予执行的裁定不服的，可以申请复议一次。复议期间不停止裁定的执行。

Article 108 Against a ruling on preservation or advance enforcement, a party may apply for reconsideration once. The enforcement of the ruling shall not be suspended during the period of reconsideration.


第十章　对妨害民事诉讼的强制措施

Chapter 10 Compulsory Measures against Obstruction of Civil Procedures


第一百零九条　人民法院对必须到庭的被告，经两次传票传唤，无正当理由拒不到庭的，可以拘传。

Article 109 Where a defendant who must appear in court refuses to appear in court without justifiable reasons after being summonsed twice by a people's court, the people's court may summons the defendant by force.


第一百一十条　诉讼参与人和其他人应当遵守法庭规则。

Article 110 Litigation participants and other persons shall abide by court rules.


人民法院对违反法庭规则的人，可以予以训诫，责令退出法庭或者予以罚款、拘留。

A people's court may admonish persons who violate court rules, order such persons to leave the court, or impose a fine or detention on such persons.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

人民法院对哄闹、冲击法庭，侮辱、诽谤、威胁、殴打审判人员，严重扰乱法庭秩序的人，依法追究刑事责任；情节较轻的，予以罚款、拘留。

For persons who clamor in a courtroom, attack a courtroom, or insult, defame, threaten or assault judges, seriously disrupting the order of the courtroom, the people's court shall investigate their criminal liability in accordance with law; or if the circumstances are not serious, impose a fine or detention on them.

第一百一十一条　诉讼参与人或者其他人有下列行为之一的，人民法院可以根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任：

Article 111 Where a litigation participant or any other person commits any of the following conduct, the people's court may impose a fine or detention on the litigation participant or person according to the severity of the circumstances; and if suspected of any crime, the litigation participant or person shall be subject to criminal liability in accordance with law.

（一）伪造、毁灭重要证据，妨碍人民法院审理案件的；

(1) Forging or destroying any material evidence, which obstructs the trial of the case by the people's court.

（二）以暴力、威胁、贿买方法阻止证人作证或者指使、贿买、胁迫他人作伪证的；

(2) Preventing a witness from testifying by violence, threat or bribery or instigating, bribing or coercing any other person to commit perjury.

（三）隐藏、转移、变卖、毁损已被查封、扣押的财产，或者已被清点并责令其保管的财产，转移已被冻结的财产的；

Saved on: 06/28/2026

北大
法宝 让法律更智能
PKULAW.COM

[CLI Code]CLI.1.297379(EN)

(3) Concealing, transferring, selling or destroying any seized or impounded property or any inventoried property under the custody of the litigation participant or person as ordered or transferring any frozen property.

（四）对司法工作人员、诉讼参加人、证人、翻译人员、鉴定人、勘验人、协助执行的人，进行侮辱、诽谤、诬陷、殴打或者打击报复的；

(4) Insulting, defaming, falsely incriminating, assaulting or retaliating any judge, primary litigation participant, witness, interpreter, identification expert, surveyor or person assisting in enforcement.

（五）以暴力、威胁或者其他方法阻碍司法工作人员执行职务的；

(5) Obstructing judicial personnel from performing their duties by violence, threat or any other means.

（六）拒不履行人民法院已经发生法律效力的判决、裁定的。

(6) Refusing to execute any effective judgment or ruling of a people's court.

人民法院对有前款规定的行为之一的单位，可以对其主要负责人或者直接责任人员予以罚款、拘留；构成犯罪的，依法追究刑事责任。

Where an entity commits any of the conduct in the preceding paragraph, the people's court may impose a fine or detention on the primary person in charge or directly liable persons of the entity; and if suspected of any crime, such persons shall be subject to criminal liability in accordance with law.

北大法宝 PKULAW.COM                                                [CLI Code]CLI.1.297379(EN)

第一百一十二条 当事人之间恶意串通，企图通过诉讼、调解等方式侵害他人合法权益的，人民法院应当驳回其请求，并根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任。

**Article 112** Where the parties, maliciously in collusion, attempt to infringe upon the lawful rights and interests of other persons by litigation, mediation or any other means, a people's court shall dismiss their claims and impose a fine or detention on the parties according to the severity of the circumstances; and if suspected of any crime, they shall be subject to criminal liability in accordance with law.

第一百一十三条 被执行人与他人恶意串通，通过诉讼、仲裁、调解等方式逃避履行法律文书确定的义务的，人民法院应当根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任。

**Article 113** Where the party against whom enforcement is sought, maliciously in collusion with other persons, evades performance of obligations determined in a legal instrument by litigation, arbitration, mediation or any other means, a people's court shall impose a fine or detention on them according to the severity of the circumstances; and if suspected of any crime, they shall be subject to criminal liability.

第一百一十四条 有义务协助调查、执行的单位有下列行为之一的，人民法院除责令其履行协助义务外，并可以予以罚款：

**Article 114** Where an entity with an obligation to assist in investigation or enforcement commits any of the following conduct, the people's court may, in addition to ordering the entity to perform the obligation of assistance, impose a fine on the entity:

（一）有关单位拒绝或者妨碍人民法院调查取证的；

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

(1) The relevant entity refuses or obstructs investigation or collection of evidence by the people's court.

（二）有关单位接到人民法院协助执行通知书后，拒不协助查询、扣押、冻结、划拨、变价财产的；

(2) The relevant entity refuses to assist in property inquiry, seizure, freezing, transfer or sale, after receiving a notice of enforcement assistance from the people's court.

（三）有关单位接到人民法院协助执行通知书后，拒不协助扣留被执行人的收入、办理有关财产权证照转移手续、转交有关票证、证照或者其他财产的；

(3) The relevant entity refuses to assist in withholding the income of the party against whom enforcement is sought, handling the transfer of a relevant property right certificate, or delivering a relevant bill, certificate or license or any other relevant property, after receiving a notice of enforcement assistance from the people's court.

（四）其他拒绝协助执行的。

(4) The relevant entity otherwise refuses to assist in enforcement.

人民法院对有前款规定的行为之一的单位，可以对其主要负责人或者直接责任人员予以罚款；对仍不履行协助义务的，可以予以拘留；并可以向监察机关或者有关机关提出予以纪律处分的司法建议。

Where an entity commits any of the conduct in the preceding paragraph, the people's court may impose a fine on the primary person in charge or directly liable persons of the entity; and if the entity still fails to perform its obligation to provide assistance, may detain such persons and offer judicial

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.1.297379(EN)

recommendations to the oversight authority or other relevant authorities regarding disciplinary actions against such persons.

**第一百一十五条**　对个人的罚款金额，为人民币十万元以下。对单位的罚款金额，为人民币五万元以上一百万元以下。

**Article 115** The amount of a fine on an individual shall not be more than 100,000 yuan. The amount of a fine on an entity shall not be less than 50,000 yuan but not be more than 1 million yuan.

拘留的期限，为十五日以下。

The period of detention shall not be longer than 15 days.

被拘留的人，由人民法院交公安机关看管。在拘留期间，被拘留人承认并改正错误的，人民法院可以决定提前解除拘留。

A people's court shall deliver a detainee to a public security authority for custody. If the detainee admits and corrects his or her wrongdoing during the period of detention, the people's court may decide to discharge the detainee early.

**第一百一十六条**　拘传、罚款、拘留必须经院长批准。

**Article 116** A summons by force, a fine or detention must subject to the approval of the president of a people's court.

拘传应当发拘传票。

A warrant shall be issued for a summons by force.

[CLI Code]CLI.1.297379(EN)

罚款、拘留应当用决定书。对决定不服的，可以向上一级人民法院申请复议一次。复议期间不停止执行。

A written decision shall be made to impose a fine or detention. Against such a decision, a party may apply to the people's court at the next higher level for reconsideration once. The enforcement of the decision shall not be suspended during the period of reconsideration.

**第一百一十七条** 采取对妨害民事诉讼的强制措施必须由人民法院决定。任何单位和个人采取非法拘禁他人或者非法私自扣押他人财产追索债务的，应当依法追究刑事责任，或者予以拘留、罚款。

**Article 117** Any compulsory measure against obstruction of civil procedures must be taken upon decision of a people's court. Any entity or individual which recovers a debt by illegally withholding another person against the person's will or illegally seizing another person's property shall be subject to criminal liability in accordance with law or subject to detention or a fine.

第十一章　诉讼费用

Chapter 11 Litigation Expenses

**第一百一十八条** 当事人进行民事诉讼，应当按照规定交纳案件受理费。财产案件除交纳案件受理费外，并按照规定交纳其他诉讼费用。

**Article 118** A party instituting a civil action shall pay a case acceptance fee according to the relevant provisions. In property cases, a party shall pay other litigation expenses, in addition to a case acceptance fee.

当事人交纳诉讼费用确有困难的，可以按照规定向人民法院申请缓交、减交或者免交。



[CLI Code]CLI.1.297379(EN)

Where it is difficult for a party to pay any litigation expenses, the party may, according to the relevant provisions, apply to the people's court for payment postponement, reduction or waiver.

收取诉讼费用的办法另行制定。

Procedures for collection of litigation expenses shall be formulated separately.

第二编　审判程序

Part Two Trial Procedure

第十二章　第一审普通程序

Chapter 12 Formal Procedure at First Instance

第一节　起诉和受理

Section 1 Instituting and Accepting an Action

**第一百一十九条**　起诉必须符合下列条件：

**Article 119** An action to be instituted must meet all of the following conditions:

（一）原告是与本案有直接利害关系的公民、法人和其他组织；

(1) The plaintiff is a citizen, legal person or any other organization with a direct interest in the case.

（二）有明确的被告；

(2) There is a clear defendant.

（三）有具体的诉讼请求和事实、理由；

(3) There are specific claims, facts and reasons.

（四）属于人民法院受理民事诉讼的范围和受诉人民法院管辖。

(4) The case is within the scope of civil actions accepted by the people's courts and under the jurisdiction of the people's court in which the action is instituted.

第一百二十条　起诉应当向人民法院递交起诉状，并按照被告人数提出副本。

Article 120 A plaintiff shall submit a written complaint to the people's court and provide copies of it according to the number of defendants.

书写起诉状确有困难的，可以口头起诉，由人民法院记入笔录，并告知对方当事人。

Where it is difficult for a plaintiff to write a complaint, the plaintiff may institute an action verbally, and the people's court shall record it in the transcripts and notify the opposing party.

第一百二十一条　起诉状应当记明下列事项：

Article 121 A written complaint shall state:

（一）原告的姓名、性别、年龄、民族、职业、工作单位、住所、联系方式，法人或者其他组织的名称、住所和法定代表人或者主要负责人的姓名、职务、联系方式；

(1) the name, gender, age, ethnicity, occupation, employer, domicile and contact methods of the plaintiff; or the name and domicile of a legal person or any other organization and the name, title and contact methods of the legal representative or primary person in charge thereof;

（二）被告的姓名、性别、工作单位、住所等信息，法人或者其他组织的名称、住所等信息；

[CLI Code]CLI.1.297379(EN)

(2) information on the defendant, including but not limited to name, gender, employer and domicile; and information on a legal person or any other organization, including but not limited to name and domicile;

（三）诉讼请求和所根据的事实与理由；

(2) claims and supporting facts and reasons; and

（四）证据和证据来源，证人姓名和住所。

(3) evidence, sources of evidence, and names and domiciles of witnesses.

第一百二十二条　当事人起诉到人民法院的民事纠纷，适宜调解的，先行调解，但当事人拒绝调解的除外。

Article 122 Where mediation is appropriate for the civil dispute involved in an action instituted by a party in a people's court, mediation shall be conducted first, unless the parties refuse mediation.

第一百二十三条　人民法院应当保障当事人依照法律规定享有的起诉权利。对符合本法第一百一十九条的起诉，必须受理。符合起诉条件的，应当在七日内立案，并通知当事人；不符合起诉条件的，应当在七日内作出裁定书，不予受理；原告对裁定不服的，可以提起上诉。

Article 123 A people's court shall protect the right to sue enjoyed by a party in accordance with law. A people's court must accept an action instituted under Article 119 of this Law. A people's court shall, within seven days, docket a case which meets the conditions for instituting an action and notify the party; or issue a ruling within seven days to refuse to accept an action which fails to meet the conditions for instituting an action, and the plaintiff may appeal against the ruling.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

第一百二十四条  人民法院对下列起诉，分别情形，予以处理：

Article 124 A people's court shall handle the following actions according to different circumstances:

（一）依照行政诉讼法的规定，属于行政诉讼受案范围的，告知原告提起行政诉讼；

(1) Notifying the plaintiff to file an administrative lawsuit, if the case is within the scope of administrative lawsuits in accordance with the Administrative Litigation Law.

（二）依照法律规定，双方当事人达成书面仲裁协议申请仲裁、不得向人民法院起诉的，告知原告向仲裁机构申请仲裁；

(2) Notifying the plaintiff to apply to an arbitral institution for arbitration, if, in accordance with law, both parties shall apply for arbitration under a written arbitration agreement reached between them and are prohibited from instituting an action in a people's court.

（三）依照法律规定，应当由其他机关处理的争议，告知原告向有关机关申请解决；

(3) Notifying the plaintiff to apply to a relevant authority for settlement of a dispute, if, in accordance with law, the dispute shall be handled by other authorities.

（四）对不属于本院管辖的案件，告知原告向有管辖权的人民法院起诉；

(4) Notifying the plaintiff to institute an action in a people's court having jurisdiction, if the case is not within its jurisdiction.

（五）对判决、裁定、调解书已经发生法律效力的案件，当事人又起诉的，告知原告申请再审，但人民法院准许撤诉的裁定除外；

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

(5) Notifying the plaintiff to petition for retrial, except for a ruling of a people's court which allows withdrawal of an action, if a party institutes an action again for a case for which a judgment, ruling or consent judgment has come into force.

（六）依照法律规定，在一定期限内不得起诉的案件，在不得起诉的期限内起诉的，不予受理；

(6) Refusing to accept an action instituted during a period of prohibition from instituting an action, if, in accordance with law, the action shall not be instituted during a certain period.

（七）判决不准离婚和调解和好的离婚案件，判决、调解维持收养关系的案件，没有新情况、新理由，原告在六个月内又起诉的，不予受理。

(7) Refusing to accept an action instituted by the plaintiff without new developments or new reasons within six months for a divorce case where dissolution of marriage is not granted by a judgment or both parties have reconciled through mediation or for a case where an adoptive relationship is maintained by a judgment or through mediation.

第二节　审理前的准备

Section 2 Pretrial Preparations

第一百二十五条　人民法院应当在立案之日起五日内将起诉状副本发送被告，被告应当在收到之日起十五日内提出答辩状。答辩状应当记明被告的姓名、性别、年龄、民族、职业、工作单位、住所、联系方式；法人或者其他组织的名称、住所和法定代表人或者主要负责人的姓名、职务、联系方式。人民法院应当在收到答辩状之日起五日内将答辩状副本发送原告。

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

**Article 125** A people's court shall, within five days after docketing a case, serve a copy of the written complaint on the defendant, and the defendant shall submit a written statement of defense within 15 days after receiving the complaint. The written statement of defense shall state the name, gender, age, ethnicity, occupation, employer, domicile and contact methods of the defendant; or the name and domicile of a legal person or any other organization and the name, title and contact methods of the legal representative or primary person in charge thereof. The people's court shall, within five days after receiving the written statement of defense, serve a copy of it on the plaintiff.

被告不提出答辩状的，不影响人民法院审理。

The defendant's failure to submit a written statement of defense shall not affect the trial of the case by the people's court.

第一百二十六条　人民法院对决定受理的案件，应当在受理案件通知书和应诉通知书中向当事人告知有关的诉讼权利义务，或者口头告知。

**Article 126** After deciding to accept a case, a people's court shall notify the parties, verbally or in a notice of case acceptance or a notice of response to an action, of their relevant procedural rights and obligations.

第一百二十七条　人民法院受理案件后，当事人对管辖权有异议的，应当在提交答辩状期间提出。人民法院对当事人提出的异议，应当审查。异议成立的，裁定将案件移送有管辖权的人民法院；异议不成立的，裁定驳回。

**Article 127** Where a party raises any objection to jurisdiction after a case is accepted by a people's court, the party shall file the objection with the people's court during the period of submitting a written statement of defense. The people's court shall examine the objection. If the objection is supported, the people's court shall issue a ruling to transfer the case to the people's court having

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

jurisdiction; or if the objection is not supported, the people's court shall issue a ruling to dismiss the objection.

当事人未提出管辖异议，并应诉答辩的，视为受诉人民法院有管辖权，但违反级别管辖和专属管辖规定的除外。

Where a party raises no objection to jurisdiction and responds to the action by submitting a written statement of defense, the people's court accepting the action shall be deemed to have jurisdiction, unless the provisions regarding hierarchical jurisdiction and exclusive jurisdiction are violated.

第一百二十八条　合议庭组成人员确定后，应当在三日内告知当事人。

Article 128 The parties shall be notified of the composition of a collegial bench within three days after the composition is determined.

第一百二十九条　审判人员必须认真审核诉讼材料，调查收集必要的证据。

Article 129 Judges must carefully examine case materials and investigate and collect necessary evidence.

第一百三十条　人民法院派出人员进行调查时，应当向被调查人出示证件。

Article 130 The personnel assigned by a people's court to conduct investigation shall produce their credentials to the person under investigation.

调查笔录经被调查人校阅后，由被调查人、调查人签名或者盖章。

The investigation transcripts shall be checked by the person under investigation and be signed or sealed by the person under investigation and the investigators.

第一百三十一条　人民法院在必要时可以委托外地人民法院调查。

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.1.297379(EN)

**Article 131** A people's court may, when necessary, entrust investigation to a people's court in a different place.

委托调查，必须提出明确的项目和要求。受委托人民法院可以主动补充调查。

The entrusting people's court must specify the investigated matters and the investigation requirements. The entrusted people's court may conduct additional investigation on its own initiative.

受委托人民法院收到委托书后，应当在三十日内完成调查。因故不能完成的，应当在上述期限内函告委托人民法院。

The entrusted people's court shall complete investigation within 30 days after receiving a letter on entrusted investigation. If the entrusted people's court is unable to complete investigation for certain reasons, it shall notify the entrusting people's court in a letter within the aforesaid period.

第一百三十二条　必须共同进行诉讼的当事人没有参加诉讼的，人民法院应当通知其参加诉讼。

**Article 132** Where a party who must participate in a joint action fails to participate in the action, the people's court shall notify the party to participate in the action.

第一百三十三条　人民法院对受理的案件，分别情形，予以处理：

**Article 133** A people's court shall handle accepted cases according to different circumstances:

（一）当事人没有争议，符合督促程序规定条件的，可以转入督促程序；

(1) Initiating the procedure for urging debt repayment at the court's discretion, if the parties are not in dispute and the prescribed conditions are met for initiating the procedure for urging debt repayment.

Saved on: 06/28/2026

 [CLI Code]CLI.1.297379(EN)

（二）开庭前可以调解的，采取调解方式及时解决纠纷；

(2) Resolving disputes in a timely manner through mediation, if pre-trial mediation is allowed.

（三）根据案件情况，确定适用简易程序或者普通程序；

(3) Determining the application of summary procedure or formal procedure according to the circumstances of a case.

（四）需要开庭审理的，通过要求当事人交换证据等方式，明确争议焦点。

(4) Clarifying the focus of disputes by requiring the parties to exchange evidence and other means, if it is necessary to hold a court session.

第三节　开庭审理

Section 3 Court Trial

**第一百三十四条**　人民法院审理民事案件，除涉及国家秘密、个人隐私或者法律另有规定的以外，应当公开进行。

**Article 134** A people's court shall try civil cases openly, except those involving any state secret or individual privacy or as otherwise provided by law.

离婚案件，涉及商业秘密的案件，当事人申请不公开审理的，可以不公开审理。

Divorce cases and cases involving any trade secret may be tried in camera upon application of the parties.

**第一百三十五条**　人民法院审理民事案件，根据需要进行巡回审理，就地办案。

 Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

**Article 135** A people's court may, as needed, try civil cases in a circuit manner and on the spot.

第一百三十六条　人民法院审理民事案件，应当在开庭三日前通知当事人和其他诉讼参与人。公开审理的，应当公告当事人姓名、案由和开庭的时间、地点。

**Article 136** A people's court shall notify the parties and other litigation participants of the trial of a civil case three days before holding a court session. If the case is to be tried openly, the names of parties, cause of action, and time and location of court session shall be published.

第一百三十七条　开庭审理前，书记员应当查明当事人和其他诉讼参与人是否到庭，宣布法庭纪律。

**Article 137** Before a court session begins, the court clerk shall check whether the parties and other litigation participants are present and announce court rules.

开庭审理时，由审判长核对当事人，宣布案由，宣布审判人员、书记员名单，告知当事人有关的诉讼权利义务，询问当事人是否提出回避申请。

When a court session begins, the presiding judge shall check the identity of each party, announce the cause of action, announce the names of judges and court clerk, notify the parties of their relevant procedural rights and obligations, and ask the parties whether they file any requests for disqualification.

第一百三十八条　法庭调查按照下列顺序进行：

**Article 138** Court investigation shall be conducted in the following order:

（一）当事人陈述；

(1) The parties each present a statement.

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

（二）告知证人的权利义务，证人作证，宣读未到庭的证人证言；

(2) Witnesses are notified of their rights and obligations, witnesses testify, and the statements of absent witnesses are read.

（三）出示书证、物证、视听资料和电子数据；

(3) Documentary evidence, physical evidence, audio-visual recordings, and electronic data are adduced.

（四）宣读鉴定意见；

(4) Expert opinions are read.

（五）宣读勘验笔录。

(5) Transcripts of survey are read.

第一百三十九条　当事人在法庭上可以提出新的证据。

**Article 139** The parties may adduce new evidence in court.

当事人经法庭许可，可以向证人、鉴定人、勘验人发问。

As permitted by the court, a party may question a witness, identification expert or surveyor.

当事人要求重新进行调查、鉴定或者勘验的，是否准许，由人民法院决定。

A party's request for reinvestigation, re-identification or resurvey shall be subject to the decision of the people's court.

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

第一百四十条    原告增加诉讼请求，被告提出反诉，第三人提出与本案有关的诉讼请求，可以合并审理。

**Article 140** The added claims of a plaintiff, the counterclaim of a defendant, and a third party's claims related to the case may be tried concurrently.

第一百四十一条    法庭辩论按照下列顺序进行：

**Article 141** Court debate shall be conducted in the following order:

（一）原告及其诉讼代理人发言；

(1) The plaintiff and the litigation representative thereof present their case.

（二）被告及其诉讼代理人答辩；

(2) The defendant and the litigation representative thereof present their arguments.

（三）第三人及其诉讼代理人发言或者答辩；

(3) A third party and the litigation representative thereof present their case or their arguments.

（四）互相辩论。

(4) Debate among the parties.

法庭辩论终结，由审判长按照原告、被告、第三人的先后顺序征询各方最后意见。

At the end of court debate, the presiding judge shall ask each side's final statement in the order of plaintiff, defendant and third party.

Saved on: 06/28/2026

 [CLI Code]CLI.1.297379(EN)

第一百四十二条　法庭辩论终结，应当依法作出判决。判决前能够调解的，还可以进行调解，调解不成的，应当及时判决。

Article 142 After the end of court debate, a judgment shall be entered in accordance with law. Where mediation is possible before a judgment is entered, mediation may be conducted; and if mediation fails, a judgment shall be entered in a timely manner.

第一百四十三条　原告经传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭的，可以按撤诉处理；被告反诉的，可以缺席判决。

Article 143 Where a plaintiff refuses to appear in court without justifiable reasons after being summonsed or leaves the courtroom during a court session without permission from the court, the court may deem that the plaintiff has withdrawn the action; and if the defendant has filed a counterclaim, the court may enter a default judgment.

第一百四十四条　被告经传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭的，可以缺席判决。

Article 144 Where a defendant refuses to appear in court without justifiable reasons after being summonsed or leaves the courtroom during a court session without permission from the court, the court may enter a default judgment.

第一百四十五条　宣判前，原告申请撤诉的，是否准许，由人民法院裁定。

Article 145 Where a plaintiff requests withdrawal of the action before a judgment is pronounced, the people's court shall issue a ruling on whether to grant such a request.

人民法院裁定不准许撤诉的，原告经传票传唤，无正当理由拒不到庭的，可以缺席判决。

Saved on: 06/28/2026

 

If the people's court decides not to grant the request and the plaintiff refuses to appear in court without justifiable reasons after being summonsed, the people's court may enter a default judgment.

第一百四十六条　有下列情形之一的，可以延期开庭审理：

**Article 146** Under any of the following circumstances, a court session may be postponed:

（一）必须到庭的当事人和其他诉讼参与人有正当理由没有到庭的；

(1) A party or any other litigation participant which must appear in court fails to appear in court for justifiable reasons.

（二）当事人临时提出回避申请的；

(2) A party files an unexpected request for disqualification.

（三）需要通知新的证人到庭，调取新的证据，重新鉴定、勘验，或者需要补充调查的；

(3) It is necessary to notify a new witness to appear in court, collect new evidence, conduct re-identification or resurvey, or conduct further investigation.

（四）其他应当延期的情形。

(4) Other circumstances requiring postponement.

第一百四十七条　书记员应当将法庭审理的全部活动记入笔录，由审判人员和书记员签名。

**Article 147** The court clerk shall record all court trial activities in transcripts, to which the judges and court clerk shall affix their signatures.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

法庭笔录应当当庭宣读，也可以告知当事人和其他诉讼参与人当庭或者在五日内阅读。当事人和其他诉讼参与人认为对自己的陈述记录有遗漏或者差错的，有权申请补正。如果不予补正，应当将申请记录在案。

The court transcripts shall be read out in court, and the parties and other litigation participants may be notified to read the court transcripts in court or within five days. If the parties and other litigation participants deem that there are any omissions or errors in the court transcripts regarding their respective statements, they shall be entitled to request supplementation or correction. If no supplementation or correction is permitted, their requests shall be on record.

法庭笔录由当事人和其他诉讼参与人签名或者盖章。拒绝签名盖章的，记明情况附卷。

The parties and other litigation participants shall affix their signatures or seals to the court transcripts. The court transcripts shall record any refusals to affix signatures or seals and be attached to the case file.

第一百四十八条　人民法院对公开审理或者不公开审理的案件，一律公开宣告判决。

**Article 148** Whether a case is tried openly or in camera, a people's court shall, without exception, pronounce its judgment publicly.

当庭宣判的，应当在十日内发送判决书；定期宣判的，宣判后立即发给判决书。

If a judgment is pronounced in court, a written judgment shall be issued within ten days; or if a judgment is pronounced later on a fixed date, a written judgment shall be issued immediately after pronouncement.

宣告判决时，必须告知当事人上诉权利、上诉期限和上诉的法院。

[CLI Code]CLI.1.297379(EN)

When a judgment is pronounced, the parties must be notified of their right to appeal, the time limit for appeal, and the appellate court.

宣告离婚判决，必须告知当事人在判决发生法律效力前不得另行结婚。

When a divorce judgment is pronounced, the parties must be notified that neither of them may marry another person before the judgment takes effect.

第一百四十九条　人民法院适用普通程序审理的案件，应当在立案之日起六个月内审结。有特殊情况需要延长的，由本院院长批准，可以延长六个月；还需要延长的，报请上级人民法院批准。

Article 149 A people's court shall complete the trial of a case under formal procedure within six months after the case is docketed. If an extension of the period is necessary under special circumstances, the period may be extended for six months with the approval of the president of the people's court; and any further extension shall be subject to the approval of the superior of the people's court.

第四节　诉讼中止和终结

Section 4 Suspension and Termination of an Action

第一百五十条　有下列情形之一的，中止诉讼：

Article 150 Under any of the following circumstances, an action shall be suspended:

（一）一方当事人死亡，需要等待继承人表明是否参加诉讼的；

(1) A party dies and it is necessary to wait for his or her successors to indicate whether they will participate in the action.

[CLI Code]CLI.1.297379(EN)

（二）一方当事人丧失诉讼行为能力，尚未确定法定代理人的；

(2) A party loses his or her litigation competency and his or her legal representative has not been

determined.

（三）作为一方当事人的法人或者其他组织终止，尚未确定权利义务承受人的；

(3) A party which is a legal person or any other organization is terminated and the successors to the

rights and obligations of the party have not been determined.

（四）一方当事人因不可抗拒的事由，不能参加诉讼的；

(4) A party is unable to participate in the action for reasons beyond the party's control.

（五）本案必须以另一案的审理结果为依据，而另一案尚未审结的；

(5) The action must depend on the results of the trial of another case which has not been concluded.

（六）其他应当中止诉讼的情形。

(6) Other circumstances requiring suspension.

中止诉讼的原因消除后，恢复诉讼。

The action shall resume after the cause of suspension is eliminated.

第一百五十一条　有下列情形之一的，终结诉讼：

**Article 151** Under any of the following circumstances, an action shall be terminated:

（一）原告死亡，没有继承人，或者继承人放弃诉讼权利的；

[CLI Code]CLI.1.297379(EN)

(1)The plaintiff dies without successors or all of his or her successors waive their procedural rights.

（二）被告死亡，没有遗产，也没有应当承担义务的人的；

(2)The defendant dies without estate and without any person which shall assume the defendant's obligations.

（三）离婚案件一方当事人死亡的；

(3) In a divorce case, either party dies.

（四）追索赡养费、扶养费、抚育费以及解除收养关系案件的一方当事人死亡的。

(4) In a case to recover support for elderly parents, support for other adult dependants or child support or to rescind an adoptive relationship, either party dies.

第五节　判决和裁定

Section 5 Judgments and Rulings

第一百五十二条　判决书应当写明判决结果和作出该判决的理由。判决书内容包括：

Article 152 A written judgment shall state the results of judgment and reasons for entering the judgment. The content of a written judgment includes:

（一）案由、诉讼请求、争议的事实和理由；

(1) the cause of action, claims, facts in dispute, and reasons;

（二）判决认定的事实和理由、适用的法律和理由；

(2) the facts found and reasons and the laws applied and reasons in the judgment;

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.1.297379(EN)

（三）判决结果和诉讼费用的负担；

(3) the results of judgment and the assumption of litigation expenses; and

（四）上诉期间和上诉的法院。

(4) the time limit for filing an appeal and the appellate court.

判决书由审判人员、书记员署名，加盖人民法院印章。

The judges and court clerk shall affix their signatures and the people's court shall affix its seal to the written judgment.

第一百五十三条　人民法院审理案件，其中一部分事实已经清楚，可以就该部分先行判决。

Article 153 Where a portion of the facts of a case tried by a people's court has been ascertained, the people's court may first enter a judgment regarding such facts.

第一百五十四条　裁定适用于下列范围：

Article 154 The scope of application of a ruling shall include:

（一）不予受理；

(1) Refusing to accept an action;

（二）对管辖权有异议的；

(2) Objection to jurisdiction;

[CLI Code]CLI.1.297379(EN)

（三）驳回起诉；

(3) Dismissing an action;

（四）保全和先予执行；

(4) Preservation and advance enforcement;

（五）准许或者不准许撤诉；

(5) Granting or not granting the withdrawal of an action;

（六）中止或者终结诉讼；

(6) Suspension or termination of an action;

（七）补正判决书中的笔误；

(7) Correcting typos in a written judgment;

（八）中止或者终结执行；

(8) Suspension or termination of enforcement;

（九）撤销或者不予执行仲裁裁决；

(9) revoking or not enforcing an arbitration award;

（十）不予执行公证机关赋予强制执行效力的债权文书；

(10) Refusing to enforce a debt instrument with enforceability legally granted by a notary office; and

（十一）其他需要裁定解决的事项。

[CLI Code]CLI.1.297379(EN)

(11) Other issues to be resolved by a ruling.

对前款第一项至第三项裁定，可以上诉。

A ruling in items (1) to (3) of the preceding paragraph is appealable.

裁定书应当写明裁定结果和作出该裁定的理由。裁定书由审判人员、书记员署名，加盖人民法院印章。口头裁定的，记入笔录。

A written ruling shall state the results of ruling and reasons for issuing the ruling. The judges and court clerk shall affix their signatures and the people's court shall affix its seal to a written ruling. A verbal ruling shall be recorded in transcripts.

**第一百五十五条**　最高人民法院的判决、裁定，以及依法不准上诉或者超过上诉期没有上诉的判决、裁定，是发生法律效力的判决、裁定。

**Article 155** The judgments and rulings of the Supreme People's Court and the judgments and rulings not appealable in accordance with law or not appealed during the prescribed time limit shall be effective judgments and rulings.

**第一百五十六条**　公众可以查阅发生法律效力的判决书、裁定书，但涉及国家秘密、商业秘密和个人隐私的内容除外。

**Article 156** The public may consult effective written judgments and rulings, except content involving any national secret, trade secret or individual privacy.

第十三章　简易程序

Chapter 13 Summary Procedure

第一百五十七条　基层人民法院和它派出的法庭审理事实清楚、权利义务关系明确、争议不大的简单的民事案件，适用本章规定。

Article 157 Where a basic people's court and its detached tribunals try simple civil cases with clear facts, unambiguous rights and obligations and minor disputes, the provisions of this Chapter shall apply.

基层人民法院和它派出的法庭审理前款规定以外的民事案件，当事人双方也可以约定适用简易程序。

Where a basic people's court and its detached tribunals try civil cases other than those in the preceding paragraph, the parties may agree on the application of summary procedure.

第一百五十八条　对简单的民事案件，原告可以口头起诉。

Article 158 In simple civil cases, the plaintiff may institute an action verbally.

当事人双方可以同时到基层人民法院或者它派出的法庭，请求解决纠纷。基层人民法院或者它派出的法庭可以当即审理，也可以另定日期审理。

Both sides may appear at the same time before a basic people's court or its detached tribunal for resolution of a dispute. The basic people's court or its detached tribunal may try the case immediately or schedule the trial for anther day.

第一百五十九条　基层人民法院和它派出的法庭审理简单的民事案件，可以用简便方式传唤当事人和证人、送达诉讼文书、审理案件，但应当保障当事人陈述意见的权利。

Article 159 When trying simple civil cases, a basic people's court and its detached tribunals may, in simple manners, summon the parties and witnesses, serve process and try cases but shall protect the parties' right to present a statement.



[CLI Code]CLI.1.297379(EN)

第一百六十条　简单的民事案件由审判员一人独任审理，并不受本法第一百三十六条、第一百三十八条、第一百四十一条规定的限制。

**Article 160** Not subject to Articles 136, 138 and 141 of this Law, a simple civil case shall be tried by a sole judge.

第一百六十一条　人民法院适用简易程序审理案件，应当在立案之日起三个月内审结。

**Article 161** A people's court which tries a case under summary procedure shall complete the trial of the case within three months after the case is docketed.

第一百六十二条　基层人民法院和它派出的法庭审理符合本法第一百五十七条第一款规定的简单的民事案件，标的额为各省、自治区、直辖市上年度就业人员年平均工资百分之三十以下的，实行一审终审。

**Article 162** Where a basic people's court or its detached tribunal tries a simple civil case as described in paragraph 1 of Article 157 of this Law, if the amount of subject matter is lower than 30 percent of the previous year's average annual wages of workers in a province, autonomous region or municipality directly under the Central Government, the adjudication of the basic people's court or detached tribunal shall be final.

第一百六十三条　人民法院在审理过程中，发现案件不宜适用简易程序的，裁定转为普通程序。

**Article 163** A people's court which discovers during the trial of a case that the application of summary procedure is not appropriate for the case shall issue a ruling to transfer the case into formal procedure.

Saved on: 06/28/2026

 [CLI Code]CLI.1.297379(EN)

第十四章　第二审程序

Chapter 14 Procedure at Second Instance

**第一百六十四条**　当事人不服地方人民法院第一审判决的，有权在判决书送达之日起十五日内向上一级人民法院提起上诉。

**Article 164** Against a first instance judgment of a local people's court, a party shall have the right to file an appeal with the people's court at the next higher level within 15 days from the date of service of the written judgment.

当事人不服地方人民法院第一审裁定的，有权在裁定书送达之日起十日内向上一级人民法院提起上诉。

Against a first instance ruling of a local people's court, a party shall have the right to file an appeal with the people's court at the next higher level within 10 days from the date of service of the written ruling.

**第一百六十五条**　上诉应当递交上诉状。上诉状的内容，应当包括当事人的姓名，法人的名称及其法定代表人的姓名或者其他组织的名称及其主要负责人的姓名；原审人民法院名称、案件的编号和案由；上诉的请求和理由。

**Article 165** An appellant shall submit a written appeal. The written appeal shall include the names of the parties which are natural persons, names of a legal person and its legal representative or names of any other organization and its primary person in charge; the name of the original trial people's court, case number and cause of action; and the claims in appeal and reasons for appeal.

**第一百六十六条**　上诉状应当通过原审人民法院提出，并按照对方当事人或者代表人的人数提出副本。

 Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

**Article 166** An appellant shall submit a written appeal through the original trial people's court and provide copies of it according to the number of the opposing parties or the representatives of the opposing parties.

当事人直接向第二审人民法院上诉的，第二审人民法院应当在五日内将上诉状移交原审人民法院。

Where a party appeals directly to a people's court of second instance, the people's court of second instance shall, within five days, transfer the written appeal to the original trial people's court.

第一百六十七条　原审人民法院收到上诉状，应当在五日内将上诉状副本送达对方当事人，对方当事人在收到之日起十五日内提出答辩状。人民法院应当在收到答辩状之日起五日内将副本送达上诉人。对方当事人不提出答辩状的，不影响人民法院审理。

**Article 167** The original trial people's court shall, within five days after receiving a written appeal, serve the copies of the written appeal on the opposing parties, and the opposing parties shall, within 15 days after receiving the copies, submit their written statements of defense. The original trial people's court shall, within five days after receiving the written statements of defense, serve the copies of the written statements of defense on the appellant. The trial of the case by a people's court shall not be affected by an opposing party's failure to submit a written statement of defense.

原审人民法院收到上诉状、答辩状，应当在五日内连同全部案卷和证据，报送第二审人民法院。

After receiving both the written appeal and the written statements of defense, the original trial people's court shall, within five days, transfer them along with the entire case file and evidence to the people's court of second instance.



[CLI Code]CLI.1.297379(EN)

第一百六十八条　第二审人民法院应当对上诉请求的有关事实和适用法律进行审查。

**Article 168** The people's court of second instance shall review the facts and application of law in relation to the claims in appeal.

第一百六十九条　第二审人民法院对上诉案件，应当组成合议庭，开庭审理。经过阅卷、调查和询问当事人，对没有提出新的事实、证据或者理由，合议庭认为不需要开庭审理的，可以不开庭审理。

**Article 169** The people's court of second instance shall form a collegial bench to try an appeal case in a court session. Where, after consultation of the case file, investigation and questioning of the parties, no new fact, evidence or reason is submitted, the collegial bench may decide not to hold a court session if deeming a court session unnecessary.

第二审人民法院审理上诉案件，可以在本院进行，也可以到案件发生地或者原审人民法院所在地进行。

The people's court of second instance may try an appeal case in its own courtroom or at the place where the case occurred or where the original trial people's court is located.

第一百七十条　第二审人民法院对上诉案件，经过审理，按照下列情形，分别处理：

**Article 170** After trial, the people's court of second instance shall handle appeal cases according to the following different circumstances:

（一）原判决、裁定认定事实清楚，适用法律正确的，以判决、裁定方式驳回上诉，维持原判决、裁定；

(1) Dismissing an appeal and sustaining the original judgment or ruling in the form of a judgment or ruling, if the original judgment or ruling is clear in fact finding and correct in application of law.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

（二）原判决、裁定认定事实错误或者适用法律错误的，以判决、裁定方式依法改判、撤销或者变更；

(2) Reversing, revoking or modifying the original judgment or ruling in accordance with law in the form of a judgment or ruling, if the original judgment or ruling is erroneous in fact finding or application of law.

（三）原判决认定基本事实不清的，裁定撤销原判决，发回原审人民法院重审，或者查清事实后改判；

(3) Issuing a ruling to revoke the original judgment and remand the case to the original trial people's court for retrial or reversing the original judgment after ascertaining facts, if the original judgment is unclear in finding the basic facts.

（四）原判决遗漏当事人或者违法缺席判决等严重违反法定程序的，裁定撤销原判决，发回原审人民法院重审。

(4) Issuing a ruling to revoke the original judgment and remand the case to the original trial people's court, if the original judgment seriously violates statutory procedures, such as omitting a party or illegally entering a default judgment.

原审人民法院对发回重审的案件作出判决后，当事人提起上诉的，第二审人民法院不得再次发回重审。

Where, after the original trial people's court enters a judgment for a case remanded for retrial, a party appeals the judgment, the people's court of second instance shall not remand the case again for retrial.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

第一百七十一条　第二审人民法院对不服第一审人民法院裁定的上诉案件的处理，一律使用裁定。

**Article 171** The people's court of second instance shall, without exception, issue a ruling after trial of an appeal against a ruling of the people's court of first instance.

第一百七十二条　第二审人民法院审理上诉案件，可以进行调解。调解达成协议，应当制作调解书，由审判人员、书记员署名，加盖人民法院印章。调解书送达后，原审人民法院的判决即视为撤销。

**Article 172** When trying an appeal case, the people's court of second instance may conduct mediation. If a mediation agreement is reached, a consent judgment shall be prepared, to which the judges and court clerk shall affix their signatures and the people's court shall affix its seal. Upon service of the consent judgment, the judgment of the original trial people's court shall be deemed revoked.

第一百七十三条　第二审人民法院判决宣告前，上诉人申请撤回上诉的，是否准许，由第二审人民法院裁定。

**Article 173** Where an appellant requests withdrawal of its appeal before the people's court of second instance pronounces its judgment, the people's court of second instance shall issue a ruling on whether to grant such a request.

第一百七十四条　第二审人民法院审理上诉案件，除依照本章规定外，适用第一审普通程序。

**Article 174** Subject to the provisions of this Chapter, a people's court of second instance shall try appeal cases under the formal procedure at first instance.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

**第一百七十五条**　第二审人民法院的判决、裁定，是终审的判决、裁定。

**Article 175** The judgments and rulings of a people's court of second instance shall be final.

**第一百七十六条**　人民法院审理对判决的上诉案件，应当在第二审立案之日起三个月内审结。有特殊情况需要延长的，由本院院长批准。

**Article 176** A people's court shall complete the trial of an appeal case against a judgment within three months after the appeal is docketed. Any extension of the aforesaid period under special circumstances shall be subject to the approval of the president of the people's court.

人民法院审理对裁定的上诉案件，应当在第二审立案之日起三十日内作出终审裁定。

A people's court shall issue a final ruling for an appeal case against a ruling within 30 days after the appeal is docketed.

第十五章　特别程序

Chapter 15 Special Procedures

第一节　一般规定

Section 1 General Provisions

**第一百七十七条**　人民法院审理选民资格案件、宣告失踪或者宣告死亡案件、认定公民无民事行为能力或者限制民事行为能力案件、认定财产无主案件、确认调解协议案件和实现担保物权案件，适用本章规定。本章没有规定的，适用本法和其他法律的有关规定。

**Article 177** The people's courts shall try voter eligibility cases, missing person declaration and death declaration cases, cases of determining civil incompetency or limited civil competency of citizens, cases of determining unclaimed property, cases of confirming mediation agreements and cases of

90/147

北大法宝 PKULAW.COM 让法律更智能

security interest realization in accordance with the provisions of this Chapter. Where this Chapter is silent, the relevant provisions of this Law and other laws shall apply.

**第一百七十八条**　依照本章程序审理的案件，实行一审终审。选民资格案件或者重大、疑难的案件，由审判员组成合议庭审理；其他案件由审判员一人独任审理。

**Article 178** For cases tried under procedures in this Chapter, the trial results are not appealable. A collegial bench consisting of judges only shall be formed to try a voter eligibility case or a significant or difficult case; and any other case shall be tried by a sole judge.

**第一百七十九条**　人民法院在依照本章程序审理案件的过程中，发现本案属于民事权益争议的，应当裁定终结特别程序，并告知利害关系人可以另行起诉。

**Article 179** A people's court which discovers during the trial of a case under a procedure in this Chapter that the case involves a dispute over civil rights and interests shall issue a ruling to terminate the special procedure and notify the interested parties that they may institute a separate action.

**第一百八十条**　人民法院适用特别程序审理的案件，应当在立案之日起三十日内或者公告期满后三十日内审结。有特殊情况需要延长的，由本院院长批准。但审理选民资格的案件除外。

**Article 180** A people's court shall complete the trial of a case under a special procedure within 30 days after the case is docketed or within 30 days after the period of public announcement expires. Any extension of the aforesaid trial period under special circumstances shall be subject to the approval of the president of the people's court. This article is not applicable to the trial of voter eligibility cases.

第二节　选民资格案件

[CLI Code]CLI.1.297379(EN)

Section 2 Voter Eligibility Cases

第一百八十一条　公民不服选举委员会对选民资格的申诉所作的处理决定，可以在选举日的五日以前向选区所在地基层人民法院起诉。

**Article 181** Against an election committee's decision on a petition regarding voter eligibility, a citizen may, five days before the election day, institute an action in the basic people's court at the place where the electoral district is located.

第一百八十二条　人民法院受理选民资格案件后，必须在选举日前审结。

**Article 182** After accepting a voter eligibility case, a people's court must complete the trial of the case before the election day.

审理时，起诉人、选举委员会的代表和有关公民必须参加。

The plaintiff, the representative of the election committee and the relevant citizen must participate in the trial.

人民法院的判决书，应当在选举日前送达选举委员会和起诉人，并通知有关公民。

The written judgment of the people's court shall be served on the election committee and the plaintiff before the election day, and the relevant citizen shall be notified.

第三节　宣告失踪、宣告死亡案件

Section 3 Missing Person Declaration and Death Declaration Cases

第一百八十三条　公民下落不明满二年，利害关系人申请宣告其失踪的，向下落不明人住所地基层人民法院提出。

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

**Article 183** Where the whereabouts of a citizen has been unknown for two years and an interested party applies for declaration of the citizen to be missing, the application shall be filed with the basic people's court at the place of domicile of the citizen whose whereabouts is unknown.

申请书应当写明失踪的事实、时间和请求，并附有公安机关或者其他有关机关关于该公民下落不明的书面证明。

The written application shall state the fact and time of disappearance and claims, to which a written certificate issued by a public security authority or any other relevant authority regarding the fact that citizen's whereabouts is unknown shall be attached.

第一百八十四条　公民下落不明满四年，或者因意外事故下落不明满二年，或者因意外事故下落不明，经有关机关证明该公民不可能生存，利害关系人申请宣告其死亡的，向下落不明人住所地基层人民法院提出。

**Article 184** Where the whereabouts of a citizen has been unknown for four years, has been unknown for involvement in an accident for two years, or has been unknown for involvement in an accident which the citizen cannot survive according to a certificate issued by a relevant authority, if an interested party applies for declaration of the citizen to be dead, the application shall be filed with the basic people's court at the place of domicile of the citizen whose whereabouts is unknown.

申请书应当写明下落不明的事实、时间和请求，并附有公安机关或者其他有关机关关于该公民下落不明的书面证明。

The written application shall state the fact and time of the citizen's whereabouts being unknown and claims, to which a written certificate issued by a public security authority or any other relevant authority regarding the fact that the citizen's whereabouts is known shall be attached.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

第一百八十五条　人民法院受理宣告失踪、宣告死亡案件后，应当发出寻找下落不明人的公告。宣告失踪的公告期间为三个月，宣告死亡的公告期间为一年。因意外事故下落不明，经有关机关证明该公民不可能生存的，宣告死亡的公告期间为三个月。

Article 185 After accepting a missing person declaration or death declaration case, a people's court shall issue a public announcement to search for the missing person. The period of public announcement for declaring a person to be missing shall be three months, and the period of public announcement for declaring a person to be dead shall be one year. Where a citizen's whereabouts has been unknown for his or her involvement in an accident which the citizen cannot survive according to a certificate issued by a relevant authority, the period of public announcement for declaring the citizen to be dead shall be three months.

公告期间届满，人民法院应当根据被宣告失踪、宣告死亡的事实是否得到确认，作出宣告失踪、宣告死亡的判决或者驳回申请的判决。

Upon expiration of the aforesaid period of public announcement, the people's court shall, according to whether the missing or death of the citizen to be declared has been confirmed as a fact, enter a judgment to declare that the person is missing or dead or enter a judgment to dismiss the application.

第一百八十六条　被宣告失踪、宣告死亡的公民重新出现，经本人或者利害关系人申请，人民法院应当作出新判决，撤销原判决。

Article 186 Where a citizen who has been declared to be missing or dead reappears, the people's court shall, upon application of the citizen or an interested party, enter a new judgment to revoke the original one.

第四节　认定公民无民事行为能力、限制民事行为能力案件

Section 4 Cases of Determining Civil Incompetency or Limited Civil Competency of Citizens

Saved on: 06/28/2026

**第一百八十七条**　申请认定公民无民事行为能力或者限制民事行为能力，由其近亲属或者其他利害关系人向该公民住所地基层人民法院提出。

**Article 187** For the determination of a citizen's civil incompetency or limited civil competency, an application shall be filed by a close relative of the citizen or any other interested party with the basic people's court at the place of domicile of the citizen.

申请书应当写明该公民无民事行为能力或者限制民事行为能力的事实和根据。

The written application shall state the facts and basis regarding the citizen's civil incompetency or limited civil competency.

**第一百八十八条**　人民法院受理申请后，必要时应当对被请求认定为无民事行为能力或者限制民事行为能力的公民进行鉴定。申请人已提供鉴定意见的，应当对鉴定意见进行审查。

**Article 188** After accepting an application, a people's court shall, when necessary, conduct identification of the citizen's civil incompetency or limited civil competency to be determined upon application. If the applicant has provided an expert opinion, the people's court shall examine the expert opinion.

**第一百八十九条**　人民法院审理认定公民无民事行为能力或者限制民事行为能力的案件，应当由该公民的近亲属为代理人，但申请人除外。近亲属互相推诿的，由人民法院指定其中一人为代理人。该公民健康情况许可的，还应当询问本人的意见。

**Article 189** Where a people's court tries a case of determining a citizen's civil incompetency or limited civil competency, a close relative, other than the applicant, of the citizen shall serve as the citizen's representative. If the close relatives of the citizen shift their duty of representation onto each



[CLI Code]CLI.1.297379(EN)

other, the people's court shall specify one of them as the representative of the citizen. If the citizen's health status allows, the people's court shall also solicit the opinion of the citizen.

人民法院经审理认定申请有事实根据的，判决该公民为无民事行为能力或者限制民事行为能力人；认定申请没有事实根据的，应当判决予以驳回。

If, upon trial, the people's court holds that the application is supported by facts, it shall enter a judgment to determine that the citizen is a person without civil competency or with limited civil competency; otherwise, it shall enter a judgment to dismiss the application.

第一百九十条　人民法院根据被认定为无民事行为能力人、限制民事行为能力人或者他的监护人的申请，证实该公民无民事行为能力或者限制民事行为能力的原因已经消除的，应当作出新判决，撤销原判决。

Article 190 Upon application of a person who has been determined as a person without civil competency or with limited civil competency or application of his or her guardian, a people's court shall enter a new judgment to revoke the original one if it is evidenced that the cause of the person's civil incompetency or limited civil competency has been eliminated.

第五节　认定财产无主案件

Section 5 Cases of Determining Unclaimed Property

第一百九十一条　申请认定财产无主，由公民、法人或者其他组织向财产所在地基层人民法院提出。

Article 191 For the determination of unclaimed property, a citizen, a legal person or any other organization shall file an application with the basic people's court at the place where the property is located.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

申请书应当写明财产的种类、数量以及要求认定财产无主的根据。

The written application shall state the kind and quantity of property and the grounds for requesting determination of unclaimed property.

第一百九十二条　人民法院受理申请后，经审查核实，应当发出财产认领公告。公告满一年无人认领的，判决认定财产无主，收归国家或者集体所有。

Article 192 After accepting an application, the people's court shall conduct examination and verification and issue a public announcement on claiming the property. If no one claims the property upon one year from the date of public announcement, the people's court shall enter a judgment to determine that the property is unclaimed property and therefore owned by the state or a collective.

第一百九十三条　判决认定财产无主后，原财产所有人或者继承人出现，在民法通则规定的诉讼时效期间可以对财产提出请求，人民法院审查属实后，应当作出新判决，撤销原判决。

Article 193 Where, after any property is determined as unclaimed property in a judgment, the original owner of the property or the successor thereto appears, the original owner or successor may claim the property within the time limitation prescribed in the General Principles of Civil Law, the people's court shall, after examination and verification, enter a new judgment to revoke the original one.

第六节　确认调解协议案件

Section 6 Cases of Confirming Mediation Agreements

**第一百九十四条**　申请司法确认调解协议，由双方当事人依照人民调解法等法律，自调解协议生效之日起三十日内，共同向调解组织所在地基层人民法院提出。

**Article 194** To apply for judicial confirmation of a mediation agreement, both parties to the mediation agreement shall, in accordance with the People's Mediation Law and other laws, jointly file an application with the basic people's court of the place where the mediation organization is located within 30 days from the effective date of the mediation agreement.

**第一百九十五条**　人民法院受理申请后，经审查，符合法律规定的，裁定调解协议有效，一方当事人拒绝履行或者未全部履行的，对方当事人可以向人民法院申请执行；不符合法律规定的，裁定驳回申请，当事人可以通过调解方式变更原调解协议或者达成新的调解协议，也可以向人民法院提起诉讼。

**Article 195** After accepting an application, if the application complies with legal provisions upon examination, the people's court shall issue a ruling to affirm the validity of the mediation agreement, and if one party refuses to perform or fails to fully perform the mediation agreement, the opposing party may apply for enforcement to the people's court; or if the application does not comply with legal provisions upon examination, the people's court shall issue a ruling to dismiss the application, and the parties may, through mediation, modify the mediation agreement or reach a new mediation agreement and may also institute an action in a people's court.

第七节　实现担保物权案件

Section 7 Cases of Security Interest Realization

**第一百九十六条**　申请实现担保物权，由担保物权人以及其他有权请求实现担保物权的人依照物权法等法律，向担保财产所在地或者担保物权登记地基层人民法院提出。

北大
法宝
PKULAW.COM 让法律更智能

[CLI Code]CLI.1.297379(EN)

**Article 196** To apply for realization of a security interest, the security interest holder or any other party entitled to request realization of the security interest shall, in accordance with the Property Law and other laws, file an application with the basic people's court at the place where the property posted as security is located or at the place of registration of the security interest.

第一百九十七条　人民法院受理申请后，经审查，符合法律规定的，裁定拍卖、变卖担保财产，当事人依据该裁定可以向人民法院申请执行；不符合法律规定的，裁定驳回申请，当事人可以向人民法院提起诉讼。

**Article 197** After accepting an application, if the application complies with legal provisions upon examination, the people's court shall issue a ruling to auction or sell the property posted as security, and the parties may, based on the ruling, apply for enforcement to the people's court; or if the application does not comply with legal provisions, the people's court shall issue a ruling to dismiss the application, and the party may institute an action in a people's court.

第十六章　审判监督程序

Chapter 16 Trial Supervision Procedure

第一百九十八条　各级人民法院院长对本院已经发生法律效力的判决、裁定、调解书，发现确有错误，认为需要再审的，应当提交审判委员会讨论决定。

**Article 198** Where the president of a people's court at any level discovers any error in any effective judgment, ruling or consent judgment of the court and deems a retrial necessary, the president shall submit it to the judicial committee for deliberation and decision.

[CLI Code]CLI.1.297379(EN)

最高人民法院对地方各级人民法院已经发生法律效力的判决、裁定、调解书，上级人民法院对下级人民法院已经发生法律效力的判决、裁定、调解书，发现确有错误的，有权提审或者指令下级人民法院再审。

Where the Supreme People's Court discovers any error in any effective judgment, ruling or consent judgment of a local people's court at any level or a people's court at a higher level discovers any error in any effective judgment, ruling or consent judgment of a people's court at a lower level, the Supreme People's Court or the court at a higher level shall have the power to directly retry the case or specify a people's court at a lower level to retry the case.

**第一百九十九条**　当事人对已经发生法律效力的判决、裁定，认为有错误的，可以向上一级人民法院申请再审；当事人一方人数众多或者当事人双方为公民的案件，也可以向原审人民法院申请再审。当事人申请再审的，不停止判决、裁定的执行。

**Article 199** A party which deems that an effective judgment or ruling is erroneous may file a petition for retrial with the people's court at the next higher level; and if the parties on one side are numerous or the parties on both sides are citizens, the parties may file a petition for retrial with the original trial people's court. Where a party files a petition for retrial, the execution of the judgment or ruling shall not be discontinued.

**第二百条**　当事人的申请符合下列情形之一的，人民法院应当再审：

**Article 200** Where a petition for retrial filed by a party falls under any of the following circumstances, the people's court shall conduct a retrial:

（一）有新的证据，足以推翻原判决、裁定的；

(1) There is any new evidence which suffices to overturn the original judgment or ruling.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

（二）原判决、裁定认定的基本事实缺乏证据证明的；

(2) The basic facts found in the original judgment or ruling are not evidenced.

（三）原判决、裁定认定事实的主要证据是伪造的；

(3) The primary evidence admitted in the original judgment or ruling for finding facts is forged.

（四）原判决、裁定认定事实的主要证据未经质证的；

(4) The primary evidence admitted in the original judgment or ruling for finding facts has not been cross-examined.

（五）对审理案件需要的主要证据，当事人因客观原因不能自行收集，书面申请人民法院调查收集，人民法院未调查收集的；

(5) For objective reasons, a party is unable to gather any primary evidence necessary for the trial of a case and applies in writing for the people's court to investigate and gather the evidence, but the people's court has not investigated and gathered the evidence.

（六）原判决、裁定适用法律确有错误的；

(6) There is any erroneous application of law in the original judgment or ruling.

（七）审判组织的组成不合法或者依法应当回避的审判人员没有回避的；

(7) The composition of the trial organization is illegal or any judge who shall be disqualified in accordance with law fails to be disqualified.

（八）无诉讼行为能力人未经法定代理人代为诉讼或者应当参加诉讼的当事人，因不能归责于本人或者其诉讼代理人的事由，未参加诉讼的；

(8) The legal representative of a person without competency to participate in the action fails to participate in the action on behalf of the person or a party which shall participate in the action fails to participate in the action, which is not attributable to the fault of the party or the litigation representative thereof.

（九）违反法律规定，剥夺当事人辩论权利的；

(9) A party's right to debate is illegally denied.

（十）未经传票传唤，缺席判决的；

(10) A default judgment is entered against a party which has not been summonsed.

（十一）原判决、裁定遗漏或者超出诉讼请求的；

(11) The original judgment or ruling has omitted any claims or exceeded the claims of the parties.

（十二）据以作出原判决、裁定的法律文书被撤销或者变更的；

(12) The legal instrument on which the original judgment or ruling is based has been revoked or modified.

（十三）审判人员审理该案件时有贪污受贿，徇私舞弊，枉法裁判行为的。

(13) When trying the case, a judge commits embezzlement, accepts bribes, practices favoritism for personal gains, or adjudicates by bending the law.

第二百零一条　当事人对已经发生法律效力的调解书，提出证据证明调解违反自愿原则或者调解协议的内容违反法律的，可以申请再审。经人民法院审查属实的，应当再审。



**Article 201** Where, against an effective consent judgment, a party adduces any evidence that the mediation has violated the principle of free will of the parties or any content of the mediation agreement has violated law, the party may petition for retrial. The people's court shall, upon examination and verification, conduct a retrial.

第二百零二条　当事人对已经发生法律效力的解除婚姻关系的判决、调解书，不得申请再审。

**Article 202** A party shall not file a petition for retrial against an effective judgment or consent judgment which dissolves a marital relationship.

第二百零三条　当事人申请再审的，应当提交再审申请书等材料。人民法院应当自收到再审申请书之日起五日内将再审申请书副本发送对方当事人。对方当事人应当自收到再审申请书副本之日起十五日内提交书面意见；不提交书面意见的，不影响人民法院审查。人民法院可以要求申请人和对方当事人补充有关材料，询问有关事项。

**Article 203** A party which petitions for retrial shall submit a written retrial petition and other materials. The people's court shall, within five days after receiving the written retrial petition, serve the copies of the written retrial petition on the opposing parties. The opposing parties shall submit their written opinions within 15 days after receiving the copies of the written retrial petition; and any opposing party's failure to submit a written opinion shall not affect the examination of the petition by the people's court. The people's court may require the petitioner and the opposing parties to provide relevant supplements and may question them on relevant matters.

第二百零四条　人民法院应当自收到再审申请书之日起三个月内审查，符合本法规定的，裁定再审；不符合本法规定的，裁定驳回申请。有特殊情况需要延长的，由本院院长批准。



[CLI Code]CLI.1.297379(EN)

**Article 204** A people's court shall, within three months after receiving a written retrial petition, examine the petition and, if the petition complies with the provisions of this Law, issue a ruling to retry the case; or if the petition does not comply with the provisions of this Law, issue a ruling to dismiss the petition. Where, under special circumstances, an extension of the aforesaid period is necessary, the extension shall be subject to the approval of the president of the people's court.

因当事人申请裁定再审的案件由中级人民法院以上的人民法院审理，但当事人依照本法第一百九十九条的规定选择向基层人民法院申请再审的除外。最高人民法院、高级人民法院裁定再审的案件，由本院再审或者交其他人民法院再审，也可以交原审人民法院再审。

A case to be retried according to a ruling issued upon petition of a party shall be retried by a people's court at or above the level of an intermediate people's court, except a case to be retried by a basic people's court upon petition as chosen by the parties under Article 199 of this Law. A case to be retried according to a ruling issued by the Supreme People's Court or a higher people's court shall be retried by the court issuing the ruling, and the court issuing the ruling may transfer the case to any other people's court including the original trial people's court for retrial.

第二百零五条　当事人申请再审，应当在判决、裁定发生法律效力后六个月内提出；有本法第二百条第一项、第三项、第十二项、第十三项规定情形的，自知道或者应当知道之日起六个月内提出。

**Article 205** A party which petitions for retrial shall file a petition for retrial within six months from the effective date of a judgment or ruling; or under the circumstances of item (1), (3), (12) or (13) of Article 200 of this Law, file a petition for retrial within six months from the day when the party knows or should have known.

[CLI Code]CLI.1.297379(EN)

**第二百零六条**    按照审判监督程序决定再审的案件，裁定中止原判决、裁定、调解书的执行，但追索赡养费、扶养费、抚育费、抚恤金、医疗费用、劳动报酬等案件，可以不中止执行。

**Article 206** For a case retried according to a decision made under the trial supervision procedure, a ruling shall be issued to suspend the execution of the original judgment, ruling or consent judgment, but suspension of execution is not required for cases to recover support for elderly parents, support for other adult dependants, child support, consolation money, medical expenses, and labor remuneration, among others.

**第二百零七条**    人民法院按照审判监督程序再审的案件，发生法律效力的判决、裁定是由第一审法院作出的，按照第一审程序审理，所作的判决、裁定，当事人可以上诉；发生法律效力的判决、裁定是由第二审法院作出的，按照第二审程序审理，所作的判决、裁定，是发生法律效力的判决、裁定；上级人民法院按照审判监督程序提审的，按照第二审程序审理，所作的判决、裁定是发生法律效力的判决、裁定。

**Article 207** For a case to be retried by a people's court under the trial supervision procedure, if the effective judgment or ruling was entered by a court of first instance, the people's court shall retry the case under the procedure at first instance, and the judgment or ruling entered by the people's court is appealable; if the effective judgment or ruling was entered by a court of second instance, the people's court shall retry the case under the procedure at second instance, and the judgment or ruling entered by the people's court shall be immediately effective; or if the case is directly retried by a people's court at a higher level, the people's court at a higher level shall retry the case under the procedure at second instance, and the judgment or ruling entered by the people's court at a higher level shall be immediately effective.

人民法院审理再审案件，应当另行组成合议庭。

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

A people's court shall form a new collegial bench to retry a case.

第二百零八条　最高人民检察院对各级人民法院已经发生法律效力的判决、裁定，上级人民检察院对下级人民法院已经发生法律效力的判决、裁定，发现有本法第二百条规定情形之一的，或者发现调解书损害国家利益、社会公共利益的，应当提出抗诉。

**Article 208** Where the Supreme People's Procuratorate discovers that any effective judgment or ruling of a people's court at any level falls under any of the circumstances set out in Article 200 of this Law or any effective consent judgment thereof causes any damage to the national interest or public interest, or a people's procuratorate at a higher level discovers that any effective judgment or ruling of a people's court at a lower level falls under any of the circumstances set out in Article 200 of this Law or any effective consent judgment thereof causes any damage to the national interest or public interest, the Supreme People's Procuratorate or the people's procuratorate at a higher level shall file an appeal.

地方各级人民检察院对同级人民法院已经发生法律效力的判决、裁定，发现有本法第二百条规定情形之一的，或者发现调解书损害国家利益、社会公共利益的，可以向同级人民法院提出检察建议，并报上级人民检察院备案；也可以提请上级人民检察院向同级人民法院提出抗诉。

Where a local people's procuratorate at any level discovers that any effective judgment or ruling of a people's court at the same level falls under any of the circumstances set out in Article 200 of this Law or discovers that any consent judgment thereof causes any damage to the national interest or public interest, the people's procuratorate may offer procuratorial recommendations to the people's court at the same level and file a report with the people's procuratorate at the next higher level; and may also request the people's procuratorate at the next higher level to file an appeal with the people's court at the corresponding level.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

各级人民检察院对审判监督程序以外的其他审判程序中审判人员的违法行为，有权向同级人民法院提出检察建议。

A people's procuratorate at any level shall have the authority to offer procuratorial recommendations to the people's court at the same level regarding violations of law by judges in trial procedures other than the trial supervision procedure.

**第二百零九条** 有下列情形之一的，当事人可以向人民检察院申请检察建议或者抗诉：

**Article 209** Under any of following circumstances, a party may apply to a people's procuratorate for procuratorial recommendations or appeal:

（一）人民法院驳回再审申请的；

(1) A people's court dismisses a petition for retrial.

（二）人民法院逾期未对再审申请作出裁定的；

(2) A people's court fails to issue a ruling regarding a petition for retrial within the prescribed time limit.

（三）再审判决、裁定有明显错误的。

(3) The judgment or ruling entered after retrial is clearly erroneous.

人民检察院对当事人的申请应当在三个月内进行审查，作出提出或者不予提出检察建议或者抗诉的决定。当事人不得再次向人民检察院申请检察建议或者抗诉。

The people's procuratorate shall, within three months, examine the party's application and make a decision to offer or not to offer procuratorial recommendations or a decision to file or not to file an

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

appeal. The party shall not apply again to the people's procuratorate for offering procuratorial recommendations or filing an appeal.


第二百一十条　人民检察院因履行法律监督职责提出检察建议或者抗诉的需要，可以向当事人或者案外人调查核实有关情况。

Article 210 A people's procuratorate may, as necessary for offering procuratorial recommendations or filing an appeal to perform its duty of legal supervision, investigate and verify relevant information from the parties or those who are not parties to a case.


第二百一十一条　人民检察院提出抗诉的案件，接受抗诉的人民法院应当自收到抗诉书之日起三十日内作出再审的裁定；有本法第二百条第一项至第五项规定情形之一的，可以交下一级人民法院再审，但经该下一级人民法院再审的除外。

Article 211 For a case where a people's procuratorate files an appeal, the people's court accepting the appeal shall issue a ruling on retrial within 30 days after receiving the written appeal; and under any of the circumstances set out in items (1) to (5) of Article 200 of this Law, may transfer the case to the people's court at the next lower level for retrial unless the case has been retried by the people's court at the next lower level.


第二百一十二条　人民检察院决定对人民法院的判决、裁定、调解书提出抗诉的，应当制作抗诉书。

Article 212 A people's procuratorate which files an appeal against a judgment, ruling or consent judgment of a people's court shall prepare a written appeal.


第二百一十三条　人民检察院提出抗诉的案件，人民法院再审时，应当通知人民检察院派员出席法庭。

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

**Article 213** When a people's court retries a case upon appeal of a people's procuratorate, the people's court shall notify the people's procuratorate to send personnel to be present in court.

第十七章　督促程序

Chapter 17 Procedure for Urging Debt Repayment

第二百一十四条　债权人请求债务人给付金钱、有价证券，符合下列条件的，可以向有管辖权的基层人民法院申请支付令：

**Article 214** A creditor which requests a debtor to repay money or negotiable securities may apply to the basic people's court having jurisdiction to issue an order for payment if the following conditions are met:

（一）债权人与债务人没有其他债务纠纷的；

(1) There are no other debt disputes between the creditor and the debtor.

（二）支付令能够送达债务人的。

(2) The order for payment can be served on the debtor.

申请书应当写明请求给付金钱或者有价证券的数量和所根据的事实、证据。

The creditor's written application shall state the amount of money or negotiable securities to be repaid and the facts and evidence on which the application is based.

第二百一十五条　债权人提出申请后，人民法院应当在五日内通知债权人是否受理。

**Article 215** After a creditor files an application, the people's court shall, within five days, notify the creditor whether the application is accepted.

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

第二百一十六条    人民法院受理申请后，经审查债权人提供的事实、证据，对债权债务关系明确、合法的，应当在受理之日起十五日内向债务人发出支付令；申请不成立的，裁定予以驳回。

Article 216 After accepting an application, the people's court shall examine the facts and evidence provided by the creditor and, if the creditor-debtor relationship is clear and legal, issue an order for payment to the debtor within 15 days after accepting the application; or if the application is not supported, issue a ruling to dismiss the application.

债务人应当自收到支付令之日起十五日内清偿债务，或者向人民法院提出书面异议。
The debtor shall, within 15 days after receiving the order for payment, repay the debt or submit a written objection to the people's court.

债务人在前款规定的期间不提出异议又不履行支付令的，债权人可以向人民法院申请执行。
If the debtor has neither submitted an objection nor complied with the order for payment during the period prescribed in the preceding paragraph, the creditor may apply to the people's court for enforcement of the order for payment.

第二百一十七条    人民法院收到债务人提出的书面异议后，经审查，异议成立的，应当裁定终结督促程序，支付令自行失效。
Article 217 After receiving a written objection from a debtor, if the objection is supported upon examination, a people's court shall issue a ruling to terminate the procedure for urging debt repayment, and the order for payment shall be automatically invalidated.

支付令失效的，转入诉讼程序，但申请支付令的一方当事人不同意提起诉讼的除外。

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

Where an order for payment is invalidated, the litigation procedure shall be initiated, unless the party applying for the order for payment disagrees to institute an action.

第十八章　公示催告程序

Chapter 18 Procedure for Announcement to Urge Declaration of Claims

第二百一十八条　按照规定可以背书转让的票据持有人，因票据被盗、遗失或者灭失，可以向票据支付地的基层人民法院申请公示催告。依照法律规定可以申请公示催告的其他事项，适用本章规定。

Article 218 The holder of an instrument negotiable by endorsement according to the relevant provisions may, if the instrument is stolen, lost or extinguished, apply to the basic people's court at the place of payment of the instrument for an announcement to urge declaration of claims. The provisions of this Chapter shall also apply to other matters regarding which an announcement to urge declaration of claims may be applied for according to legal provisions.

申请人应当向人民法院递交申请书，写明票面金额、发票人、持票人、背书人等票据主要内容和申请的理由、事实。

The applicant shall file a written application with the people's court, which shall state the main content of the instrument, such as the face value, issuer, holder and endorser, as well as the grounds and facts for the application.

第二百一十九条　人民法院决定受理申请，应当同时通知支付人停止支付，并在三日内发出公告，催促利害关系人申报权利。公示催告的期间，由人民法院根据情况决定，但不得少于六十日。

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

**Article 219** Where a people's court decides to accept an application, the people's court shall, at the same time, notify the drawee to stop payment and, within three days, issue an announcement to urge interested parties to declare their claims. The period of declaration of claims shall be decided by a people's court according to the specific circumstances but shall not be less than sixty days.

第二百二十条　支付人收到人民法院停止支付的通知，应当停止支付，至公示催告程序终结。

**Article 220** The drawee shall, upon receiving a notice of stopping payment from a people's court, stop payment until the termination of the procedure for announcement to urge declaration of claims.

公示催告期间，转让票据权利的行为无效。

During the period of declaration of claims, any transfer of rights under the instrument shall be void.

第二百二十一条　利害关系人应当在公示催告期间向人民法院申报。

**Article 221** Interested parties shall declare their claims to the people's court during the period of declaration of claims.

人民法院收到利害关系人的申报后，应当裁定终结公示催告程序，并通知申请人和支付人。

After receiving claims from interested parties, the people's court shall issue a ruling to terminate the procedure for announcement to urge declaration of claims and notify the applicant and the drawee.

申请人或者申报人可以向人民法院起诉。

The applicant or a claimant may institute an action in the people's court.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

**第二百二十二条**  没有人申报的，人民法院应当根据申请人的申请，作出判决，宣告票据无效。判决应当公告，并通知支付人。自判决公告之日起，申请人有权向支付人请求支付。

**Article 222** Where no one declares a claim, the people's court shall enter a judgment according to the application to declare the instrument to be void. The judgment shall be publicly announced, and the drawee shall be notified. From the date of announcement of the judgment, the applicant shall be entitled to require payment from the drawee.

**第二百二十三条**  利害关系人因正当理由不能在判决前向人民法院申报的，自知道或者应当知道判决公告之日起一年内，可以向作出判决的人民法院起诉。

**Article 223** Where, for any justifiable reasons, any interested party is unable to declare its claims to the people's court before a judgment is entered, the interested party may, within one year from the day when the interested party knows or should have known the public announcement of the judgment, institute an action in the people's court which entered the judgment.

第三编  执行程序

Part Three Enforcement Procedure

第十九章  一般规定

Chapter 19 General Provisions

**第二百二十四条**  发生法律效力的民事判决、裁定，以及刑事判决、裁定中的财产部分，由第一审人民法院或者与第一审人民法院同级的被执行的财产所在地人民法院执行。

 [CLI Code]CLI.1.297379(EN)

**Article 224** An effective civil judgment or ruling or the property portion of a criminal judgment or ruling shall be enforced by the people's court of first instance or the people's court at the same level as the people's court of first instance at the place where the property under enforcement is located.

法律规定由人民法院执行的其他法律文书，由被执行人住所地或者被执行的财产所在地人民法院执行。

Other legal instruments enforced by a people's court as prescribed by law shall be enforced by the people's court at the place of domicile of the party against whom enforcement is sought or at the place where the property under enforcement is located.

第二百二十五条 当事人、利害关系人认为执行行为违反法律规定的，可以向负责执行的人民法院提出书面异议。当事人、利害关系人提出书面异议的，人民法院应当自收到书面异议之日起十五日内审查，理由成立的，裁定撤销或者改正；理由不成立的，裁定驳回。当事人、利害关系人对裁定不服的，可以自裁定送达之日起十日内向上一级人民法院申请复议。

**Article 225** Where a party or an interested party deems that enforcement has violated any legal provisions, the party or interested party may file a written objection with the people's court in charge of enforcement. Where a party or an interested party files a written objection, the people's court shall examine the written objection within 15 days after receiving it and, if the objection is supported, issue a ruling to revoke or correct enforcement; or if the objection is not supported, issue a ruling to dismiss the objection. Against such a ruling, the party or interested party may apply for reconsideration to the people's court at the next higher level within ten days after the ruling is served.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.1.297379(EN)

第二百二十六条　人民法院自收到申请执行书之日起超过六个月未执行的，申请执行人可以向上一级人民法院申请执行。上一级人民法院经审查，可以责令原人民法院在一定期限内执行，也可以决定由本院执行或者指令其他人民法院执行。

Article 226 Where a people's court fails to conduct enforcement within six months after receiving a written application for enforcement, the applicant for enforcement may apply for enforcement to the people's court at the next higher level. Upon examination, the people's court at the next higher level may order the original people's court to conduct enforcement within a certain time limit or decide to conduct enforcement by itself or order another people's court to conduct enforcement.

第二百二十七条　执行过程中，案外人对执行标的提出书面异议的，人民法院应当自收到书面异议之日起十五日内审查，理由成立的，裁定中止对该标的的执行；理由不成立的，裁定驳回。案外人、当事人对裁定不服，认为原判决、裁定错误的，依照审判监督程序办理；与原判决、裁定无关的，可以自裁定送达之日起十五日内向人民法院提起诉讼。

Article 227 Where, during enforcement, a person which is not a party to the case files a written objection regarding the subject matter of enforcement, the people's court shall examine the written objection within 15 days after receiving it and, if the objection is supported, issue a ruling to suspend enforcement against the subject matter; or if the objection is not supported, issue a ruling to dismiss the objection. If the person which is not a party to the case or a party disagrees on such a ruling and deems that the original judgment or ruling is erroneous, the trial supervision procedure shall apply; or if such disagreement is irrelevant to the original judgment or ruling, the person or the party may institute an action in a people's court within 15 days after the aforesaid ruling regarding objection is served.

第二百二十八条　执行工作由执行员进行。

Article 228 Enforcement shall be conducted by enforcement personnel.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

采取强制执行措施时，执行员应当出示证件。执行完毕后，应当将执行情况制作笔录，由在场的有关人员签名或者盖章。

When taking enforcement measures, the enforcement personnel shall produce their credentials. After completion of enforcement, the enforcement personnel shall prepare enforcement transcripts, to which the relevant persons on the site shall affix their signatures or seals.

人民法院根据需要可以设立执行机构。

A people's court may, as needed, establish an enforcement department.

**第二百二十九条**　被执行人或者被执行的财产在外地的，可以委托当地人民法院代为执行。受委托人民法院收到委托函件后，必须在十五日内开始执行，不得拒绝。执行完毕后，应当将执行结果及时函复委托人民法院；在三十日内如果还未执行完毕，也应当将执行情况函告委托人民法院。

**Article 229** Where the party against whom enforcement is sought or the property under enforcement is in a different place, enforcement may be entrusted to the people's court in the different place. The entrusted people's court must begin enforcement within 15 days after receiving a letter of entrustment and shall not refuse enforcement. After completion of enforcement, the entrusted people's court shall notify in a letter the entrusting people's court of the results of enforcement; or if enforcement cannot be completed within 30 days, the entrusted people's court shall also notify in a letter the entrusting people's court of the status of enforcement.

受委托人民法院自收到委托函件之日起十五日内不执行的，委托人民法院可以请求受委托人民法院的上级人民法院指令受委托人民法院执行。

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

If the entrusted people's court fails to begin enforcement within 15 days after receiving a letter of entrustment, the entrusting people's court may request the superior of the entrusted people's court to order the entrusted people's court to conduct enforcement.

第二百三十条　在执行中，双方当事人自行和解达成协议的，执行员应当将协议内容记入笔录，由双方当事人签名或者盖章。

**Article 230** Where, during enforcement, both sides reach a settlement agreement, the enforcement personnel shall record the provisions of the settlement agreement in the enforcement transcripts, to which both sides shall affix their signatures or seals.

申请执行人因受欺诈、胁迫与被执行人达成和解协议，或者当事人不履行和解协议的，人民法院可以根据当事人的申请，恢复对原生效法律文书的执行。

Where the applicant for enforcement reaches a settlement agreement as a victim of a fraud or under duress with the party against whom enforcement is sought or a party fails to perform a settlement agreement, the people's court may, upon application of a party, resume the enforcement of the original effective legal instrument.

第二百三十一条　在执行中，被执行人向人民法院提供担保，并经申请执行人同意的，人民法院可以决定暂缓执行及暂缓执行的期限。被执行人逾期仍不履行的，人民法院有权执行被执行人的担保财产或者担保人的财产。

**Article 231** Where, during enforcement, the party against whom enforcement is sought provides security to the people's court, the people's court may, with the consent of the applicant for enforcement, decide to suspend enforcement and decide a period of suspension. If the party against whom enforcement is sought fails to perform its obligations within the aforesaid period, the people's

court shall have the power to conduct enforcement against the property posted as security by the party against whom enforcement is sought or the property of any guarantor.

第二百三十二条    作为被执行人的公民死亡的，以其遗产偿还债务。作为被执行人的法人或者其他组织终止的，由其权利义务承受人履行义务。

Article 232 Where a citizen as the party against whom enforcement is sought dies, his or her debts shall be repaid with his or her estate. Where a legal person or any other organization as the party against whom enforcement is sought is terminated, the successors to the rights and obligations of the legal person or organization shall perform the obligations of the legal person or organization.

第二百三十三条    执行完毕后，据以执行的判决、裁定和其他法律文书确有错误，被人民法院撤销的，对已被执行的财产，人民法院应当作出裁定，责令取得财产的人返还；拒不返还的，强制执行。

Article 233 Where, after completion of enforcement, the judgment, ruling or any other legal document on which enforcement is based is revoked by a people's court for any errors, the people's court shall issue a ruling on the property which has undergone enforcement to order the party which has acquired the property to return the property; and if the party refuses to return the property, the people's court shall conduct enforcement.

第二百三十四条    人民法院制作的调解书的执行，适用本编的规定。

Article 234 The provisions of this Part shall also apply to the enforcement of a consent judgment of a people's court.

第二百三十五条    人民检察院有权对民事执行活动实行法律监督。

北大法宝 让法律更智能
PKULAW.COM                                                    [CLI Code]CLI.1.297379(EN)

**Article 235** The people's procuratorates shall have the authority to conduct legal supervision over civil enforcement.


第二十章　执行的申请和移送

Chapter 20 Application and Transfer for Enforcement


**第二百三十六条**　发生法律效力的民事判决、裁定，当事人必须履行。一方拒绝履行的，对方当事人可以向人民法院申请执行，也可以由审判员移送执行员执行。

**Article 236** The parties must comply with an effective civil judgment or ruling. If a party refuses to comply, the opposing party may apply to the people's court for enforcement, and the judges may also transfer the case to the enforcement personnel for enforcement.


调解书和其他应当由人民法院执行的法律文书，当事人必须履行。一方拒绝履行的，对方当事人可以向人民法院申请执行。

The parties must comply with a consent judgment and other legal instruments enforced by a people's court. If a party refuses to comply, the opposing party may apply to the people's court for enforcement.


**第二百三十七条**　对依法设立的仲裁机构的裁决，一方当事人不履行的，对方当事人可以向有管辖权的人民法院申请执行。受申请的人民法院应当执行。

**Article 237** Where a party refuses to comply with an award rendered by a legally established arbitral institution, the opposing party may apply for enforcement to the people's court having jurisdiction. The people's court accepting the application shall enforce the award.


Saved on: 06/28/2026

法北大宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.1.297379(EN)

被申请人提出证据证明仲裁裁决有下列情形之一的，经人民法院组成合议庭审查核实，裁定不予执行：

Where the respondent adduces evidence that the arbitration award falls under any of the following circumstances, the people's court shall, upon examination and verification by a collegial bench, issue a ruling not to enforce the arbitration award:

（一）当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的；

(1) The contract between the parties does not include an arbitration clause or the parties have not reached any written arbitration agreement after a dispute arose.

（二）裁决的事项不属于仲裁协议的范围或者仲裁机构无权仲裁的；

(2) The matters arbitrated are outside the scope of an arbitration agreement or the arbitral institution has no arbitration power.

（三）仲裁庭的组成或者仲裁的程序违反法定程序的；

(3) The composition of the arbitration tribunal or the arbitration procedure has violated the statutory procedures.

（四）裁决所根据的证据是伪造的；

(4) The evidence for rendering the award is forged.

（五）对方当事人向仲裁机构隐瞒了足以影响公正裁决的证据的；

(5) The opposing party withholds any evidence to the arbitral institution, which suffices to affect an impartial award.

Saved on: 06/28/2026

（六）仲裁员在仲裁该案时有贪污受贿，徇私舞弊，枉法裁决行为的。

(6) When arbitrating the case, any arbitrator commits embezzlement, accepts bribes, practices favoritism for personal gains, or renders the award by bending the law.

人民法院认定执行该裁决违背社会公共利益的，裁定不予执行。

If a people's court holds that the enforcement of an arbitration award is contrary to the public interest, the people's court shall issue a ruling not to enforce the award.

裁定书应当送达双方当事人和仲裁机构。

Such a ruling shall be served on both sides and the arbitral institution.

仲裁裁决被人民法院裁定不予执行的，当事人可以根据双方达成的书面仲裁协议重新申请仲裁，也可以向人民法院起诉。

Where an arbitration award is not enforced according to a ruling of a people's court, the parties may, according to a written arbitration agreement reached by them, apply again to an arbitral institution for arbitration or institute an action in a people's court.

**第二百三十八条**　对公证机关依法赋予强制执行效力的债权文书，一方当事人不履行的，对方当事人可以向有管辖权的人民法院申请执行，受申请的人民法院应当执行。

**Article 238** Where a party fails to comply with a debt instrument with enforceability legally granted by a notary office, the opposing party may apply to the people's court having jurisdiction for enforcement, and the people's court accepting the application shall conduct enforcement.

公证债权文书确有错误的，人民法院裁定不予执行，并将裁定书送达双方当事人和公证机关。



[CLI Code]CLI.1.297379(EN)

If the notarized debt instrument is erroneous, the people's court shall issue a ruling not to enforce the debt instrument and serve a written ruling on both sides and the notary office.

第二百三十九条  申请执行的期间为二年。申请执行时效的中止、中断，适用法律有关诉讼时效中止、中断的规定。

**Article 239** The period for applying for enforcement shall be two years. The suspension or interruption of the time limitation for applying for enforcement shall be governed by legal provisions regarding the suspension or interruption of the time limitations for instituting an action.

前款规定的期间，从法律文书规定履行期间的最后一日起计算；法律文书规定分期履行的，从规定的每次履行期间的最后一日起计算；法律文书未规定履行期间的，从法律文书生效之日起计算。

The period in the preceding paragraph shall begin from the last day of the performance period specified in a legal instrument; begin from the last day of each specified performance period if a legal instrument requires performance in installments; or begin from the effective date of a legal instrument if the legal instrument does not specify a period of performance.

第二百四十条  执行员接到申请执行书或者移交执行书，应当向被执行人发出执行通知，并可以立即采取强制执行措施。

**Article 240** Enforcement personnel receiving a written application for enforcement or a letter of transfer for enforcement shall issue a notice of enforcement to the party against whom enforcement is sought and may immediately take enforcement measures.

第二十一章　执行措施

Chapter 21 Enforcement Measures



第二百四十一条　被执行人未按执行通知履行法律文书确定的义务，应当报告当前以及收到执行通知之日前一年的财产情况。被执行人拒绝报告或者虚假报告的，人民法院可以根据情节轻重对被执行人或者其法定代理人、有关单位的主要负责人或者直接责任人员予以罚款、拘留。

**Article 241** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the party shall report its current property status and its property status for one year before receiving the enforcement notice. If the party refuses to report or submits a false report, the people's court may, according to the severity of the circumstances, impose a fine or detention on the party which is a natural person or her or her legal representative or the primary person in charge or directly liable persons of the relevant entity.

第二百四十二条　被执行人未按执行通知履行法律文书确定的义务，人民法院有权向有关单位查询被执行人的存款、债券、股票、基金份额等财产情况。人民法院有权根据不同情形扣押、冻结、划拨、变价被执行人的财产。人民法院查询、扣押、冻结、划拨、变价的财产不得超出被执行人应当履行义务的范围。

**Article 242** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to inquire the relevant entities about the deposits, bonds, stocks, fund shares and other property of the party against whom enforcement is sought. The people's court shall have the right to seize, freeze, transfer or sell the property of the party against whom enforcement is sought according to different circumstances. The aforesaid property inquiry and seizure, freezing, transfer and sale by the people's court shall not exceed the extent of obligations that the party against enforcement is sought shall perform.

人民法院决定扣押、冻结、划拨、变价财产，应当作出裁定，并发出协助执行通知书，有关单位必须办理。

The people's court shall issue a ruling on seizure, freezing, transfer or sale of property, as well as a notice of enforcement assistance, and the relevant entities must assist.

第二百四十三条　被执行人未按执行通知履行法律文书确定的义务，人民法院有权扣留、提取被执行人应当履行义务部分的收入。但应当保留被执行人及其所扶养家属的生活必需费用。

**Article 243** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to withhold or withdraw a portion of the party's income corresponding to the party's obligations to be performed. However, the people's court shall ensure that necessary living expenses for the party and his or her dependent family members are retained by the party.

人民法院扣留、提取收入时，应当作出裁定，并发出协助执行通知书，被执行人所在单位、银行、信用合作社和其他有储蓄业务的单位必须办理。

The people's court shall issue a ruling on withholding or withdrawing income, as well as a notice of enforcement assistance, and the entity employing the party, banks, credit unions and other entities engaged in savings must assist.

第二百四十四条　被执行人未按执行通知履行法律文书确定的义务，人民法院有权查封、扣押、冻结、拍卖、变卖被执行人应当履行义务部分的财产。但应当保留被执行人及其所扶养家属的生活必需品。

[CLI Code]CLI.1.297379(EN)

**Article 244** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to seize, impound, freeze, auction or sell a portion of the party's property corresponding to the party's obligations to be performed. However, the people's court shall ensure that necessities of life for the party and his or her dependent family members are retained by the party.

采取前款措施，人民法院应当作出裁定。

The people's court shall issue a ruling to take a measure in the preceding paragraph.

**第二百四十五条** 人民法院查封、扣押财产时，被执行人是公民的，应当通知被执行人或者他的成年家属到场；被执行人是法人或者其他组织的，应当通知其法定代表人或者主要负责人到场。拒不到场的，不影响执行。被执行人是公民的，其工作单位或者财产所在地的基层组织应当派人参加。

**Article 245** When a people's court seizes or impounds any property, if the party against whom enforcement is sought is a citizen, the people's court shall notify the party or his or her adult family members to appear on the site; or if the party against whom enforcement is sought is a legal person or any other organization, the people's court shall notify its legal representative or primary person in charge to appear on the site. Their refusals to appear on the site shall not affect the enforcement. If the party against whom enforcement is sought is a citizen, the entity employing the citizen or the grassroots organizations at the place where the property is located shall send personnel to the site.

对被查封、扣押的财产，执行员必须造具清单，由在场人签名或者盖章后，交被执行人一份。被执行人是公民的，也可以交他的成年家属一份。

The enforcement personnel must prepare an inventory of the seized or impounded property, to which the persons on the site shall affix their signatures or seals, and a copy of the inventory shall be



[CLI Code]CLI.1.297379(EN)

provided to the party against whom enforcement is sought. If the party against whom enforcement is sought is a citizen, a copy of the inventory may also be provided to his or her adult family members.

第二百四十六条　被查封的财产，执行员可以指定被执行人负责保管。因被执行人的过错造成的损失，由被执行人承担。

**Article 246** The enforcement personnel may specify the party against whom enforcement is sought to be responsible for the safekeeping of the seized property. The party against whom enforcement is sought shall assume any losses incurred for the fault of the party against whom enforcement is sought.

第二百四十七条　财产被查封、扣押后，执行员应当责令被执行人在指定期间履行法律文书确定的义务。被执行人逾期不履行的，人民法院应当拍卖被查封、扣押的财产；不适于拍卖或者当事人双方同意不进行拍卖的，人民法院可以委托有关单位变卖或者自行变卖。国家禁止自由买卖的物品，交有关单位按照国家规定的价格收购。

**Article 247** After any property is seized or impounded, the enforcement personnel shall order the party against whom enforcement is sought to perform obligations determined in a legal instrument during a specified period. If the party against whom enforcement is sought fails to do so within the specified period, the people's court shall auction the seized or impounded property; and if auction is not appropriate or both parties disagree on auction, the people's court may authorize a relevant entity to sell or may directly sell the property. Property prohibited by the state from being sold freely shall be delivered to the relevant entities for purchase at a price prescribed by the state.

第二百四十八条　被执行人不履行法律文书确定的义务，并隐匿财产的，人民法院有权发出搜查令，对被执行人及其住所或者财产隐匿地进行搜查。

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

**Article 248** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument and conceals property, the people's court shall have the right to issue a search warrant to search the party, the residence of the party or a place where property may be concealed.

采取前款措施，由院长签发搜查令。

To take the measure in the preceding paragraph, the president of the people's court shall sign and issue a search warrant.

第二百四十九条　法律文书指定交付的财物或者票证，由执行员传唤双方当事人当面交付，或者由执行员转交，并由被交付人签收。

**Article 249** The property, bill or certificate to be delivered as specified in a legal instrument shall be delivered in the presence of both sides as summoned by the enforcement personnel or be delivered through the enforcement personnel, and the party accepting delivery shall sign for it.

有关单位持有该项财物或者票证的，应当根据人民法院的协助执行通知书转交，并由被交付人签收。

Where a relevant entity holds the property, bill or certificate, the entity shall deliver it according to the notice of enforcement assistance from the people's court, and the party accepting delivery shall sign for it.

有关公民持有该项财物或者票证的，人民法院通知其交出。拒不交出的，强制执行。

Where a relevant citizen holds the property, bill or certificate, the people's court shall notify the citizen to surrender it. If the citizen refuses to do so, the people's court shall conduct enforcement.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

第二百五十条　强制迁出房屋或者强制退出土地，由院长签发公告，责令被执行人在指定期间履行。被执行人逾期不履行的，由执行员强制执行。

Article 250 For a compulsory eviction from a building or land, the president of a people's court shall sign and issue a public announcement to order the party against whom enforcement is sought to perform the obligation within a specified period. If the party against whom enforcement is sought fails to do so within the specified period, the enforcement personnel shall conduct enforcement.

强制执行时，被执行人是公民的，应当通知被执行人或者他的成年家属到场；被执行人是法人或者其他组织的，应当通知其法定代表人或者主要负责人到场。拒不到场的，不影响执行。被执行人是公民的，其工作单位或者房屋、土地所在地的基层组织应当派人参加。执行员应当将强制执行情况记入笔录，由在场人签名或者盖章。

When conducting enforcement, if the party against whom enforcement is sought is a citizen, the people's court shall notify the party or his or her adult family members to appear on the site; or if the party against whom enforcement is sought is a legal person or any other organization, the people's court shall notify its legal representative or primary person in charge to appear on the site. Their refusals to appear on the site shall not affect the enforcement. If the party against whom enforcement is sought is a citizen, the entity employing the citizen or the grassroots organizations at the place where the building or land is located shall send personnel to the site. The enforcement personnel shall include enforcement information in the transcripts, to which the persons on the site shall affix their signatures or seals.

强制迁出房屋被搬出的财物，由人民法院派人运至指定处所，交给被执行人。被执行人是公民的，也可以交给他的成年家属。因拒绝接收而造成的损失，由被执行人承担。

The people's court shall assign personnel to transport the property removed from a building as a result of compulsory eviction to a designated location and deliver the property to the party against

北大法宝 让法律更智能　PKULAW.COM

whom enforcement is sought. If the party against whom enforcement is sought is a citizen, the property may also be delivered to his or her adult family member. Any losses incurred due to refusal to accept delivery shall be assumed by the party against whom enforcement is sought.

第二百五十一条　在执行中，需要办理有关财产权证照转移手续的，人民法院可以向有关单位发出协助执行通知书，有关单位必须办理。

**Article 251** Where, during enforcement, the formalities for transferring any property right certificate is required, the people's court may issue a notice of enforcement assistance to the relevant entities, and the relevant entities must assist.

第二百五十二条　对判决、裁定和其他法律文书指定的行为，被执行人未按执行通知履行的，人民法院可以强制执行或者委托有关单位或者其他人完成，费用由被执行人承担。

**Article 252** Where the party against whom enforcement is sought fails to perform any conduct specified in a judgment, ruling or any other legal instrument as required by a notice of enforcement, the people's court may conduct enforcement or authorize a relevant unit or any other person to complete the conduct at the expense of the party against whom enforcement is sought.

第二百五十三条　被执行人未按判决、裁定和其他法律文书指定的期间履行给付金钱义务的，应当加倍支付迟延履行期间的债务利息。被执行人未按判决、裁定和其他法律文书指定的期间履行其他义务的，应当支付迟延履行金。

**Article 253** Where the party against whom enforcement is sought fails to perform any obligation of pecuniary payment during a period specified in a judgment, ruling or any other legal instrument, the party against whom enforcement is sought shall pay double interest for the debt for the period of deferred performance. If the party against whom enforcement is sought fails to perform any other



[CLI Code]CLI.1.297379(EN)

obligation during a period specified in a judgment, ruling or any other legal instrument, the party against whom enforcement is sought shall pay a late fee for deferred performance.

第二百五十四条　人民法院采取本法第二百四十二条、第二百四十三条、第二百四十四条规定的执行措施后，被执行人仍不能偿还债务的，应当继续履行义务。债权人发现被执行人有其他财产的，可以随时请求人民法院执行。

Article 254 Where, after a people's court takes the enforcement measures in Articles 242, 243 and 244 of this Law, the party against whom enforcement is sought is still unable to repay debts, the party against whom enforcement is sought shall continue to perform obligations. Once the creditor discovers that the party against whom enforcement is sought has any other property, the creditor may, at any time, apply to the people's court for enforcement.

第二百五十五条　被执行人不履行法律文书确定的义务的，人民法院可以对其采取或者通知有关单位协助采取限制出境，在征信系统记录、通过媒体公布不履行义务信息以及法律规定的其他措施。

Article 255 Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument, the people's court may take or notify a relevant entity to assist in taking the measure of restricting exit from China, the measure of recording the failure in the credit system, the measure of publishing information on the failure on media and other measures prescribed by law.

第二十二章　执行中止和终结

Chapter 22 Suspension and Termination of Enforcement

第二百五十六条　有下列情形之一的，人民法院应当裁定中止执行：

北大
法宝
PKULAW.COM 社法律更智能    [CLI Code]CLI.1.297379(EN)

**Article 256** Under any of the following circumstances, the people's court shall issue a ruling to suspend enforcement:

（一）申请人表示可以延期执行的；

(1) The applicant indicates that enforcement may be deferred.

（二）案外人对执行标的提出确有理由的异议的；

(2) A person which is not a party to the case raises any justified objection to the subject matter of enforcement.

（三）作为一方当事人的公民死亡，需要等待继承人继承权利或者承担义务的；

(3) A citizen as one of the parties dies, and it is necessary to wait for his or her successors to succeed to his or her rights or obligations.

（四）作为一方当事人的法人或者其他组织终止，尚未确定权利义务承受人的；

(4) A legal person or any other organization as one of the parties is terminated, and the successors to its rights and obligations have not been determined.

（五）人民法院认为应当中止执行的其他情形。

(5) Other circumstances under which the people's court deems that enforcement shall be suspended.

中止的情形消失后，恢复执行。

Enforcement shall be resumed after the circumstances causing suspension have disappeared.

第二百五十七条　有下列情形之一的，人民法院裁定终结执行：

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.1.297379(EN)

**Article 257** Under any of the following circumstances, the people's court shall issue a ruling to terminate enforcement:

（一）申请人撤销申请的；

(1) The applicant withdraws the application for enforcement.

（二）据以执行的法律文书被撤销的；

(2) The legal instrument on which enforcement is based has been revoked.

（三）作为被执行人的公民死亡，无遗产可供执行，又无义务承担人的；

(3) The citizen as the party against whom enforcement is sought dies, without any estate for enforcement, and no one succeeds to his or her obligations.

（四）追索赡养费、扶养费、抚育费案件的权利人死亡的；

(4) The person entitled to recover support for elderly parents, support for other adult dependants or child support dies.

（五）作为被执行人的公民因生活困难无力偿还借款，无收入来源，又丧失劳动能力的；

(5) The citizen as the party against whom enforcement is sought is unable to repay his or her borrowings for living in hardship, has no source of income, and has lost his or her ability to work.

（六）人民法院认为应当终结执行的其他情形。

(6) Other circumstances under which the people's court deems that enforcement shall be terminated.

第二百五十八条　中止和终结执行的裁定，送达当事人后立即生效。

Saved on: 06/28/2026

[CLI Code]CLI.1.297379(EN)

**Article 258** A ruling to suspend or terminate enforcement shall be effective immediately after being served on a party.

第四编　涉外民事诉讼程序的特别规定

Part Four Special Provisions on Foreign-Related Civil Procedures

第二十三章　一般原则

Chapter 23 General Principles

**第二百五十九条**　在中华人民共和国领域内进行涉外民事诉讼，适用本编规定。本编没有规定的，适用本法其他有关规定。

**Article 259** The provisions of this Part shall apply to foreign-related civil actions within the territory of the People's Republic of China. Where this Part is silent, other relevant provisions of this Law shall apply.

**第二百六十条**　中华人民共和国缔结或者参加的国际条约同本法有不同规定的，适用该国际条约的规定，但中华人民共和国声明保留的条款除外。

**Article 260** Where there is any discrepancy between an international treaty concluded or acceded to by the People's Republic of China and this Law, the provisions of the international treaty shall prevail, except clauses to which the People's Republic of China has declared reservations.

**第二百六十一条**　对享有外交特权与豁免的外国人、外国组织或者国际组织提起的民事诉讼，应当依照中华人民共和国有关法律和中华人民共和国缔结或者参加的国际条约的规定办理。

 [CLI Code]CLI.1.297379(EN)

**Article 261** Civil actions instituted against foreign nationals, foreign organizations or international organizations which enjoy diplomatic privileges or immunities shall be governed by the relevant laws of the People's Republic of China and the international treaties concluded or acceded to by the People's Republic of China.

第二百六十二条　人民法院审理涉外民事案件，应当使用中华人民共和国通用的语言、文字。当事人要求提供翻译的，可以提供，费用由当事人承担。

**Article 262** When trying foreign-related civil cases, a people's court shall use the spoken and written languages commonly used in the People's Republic of China. Upon request of the parties, interpretation may be provided at the expense of the parties.

第二百六十三条　外国人、无国籍人、外国企业和组织在人民法院起诉、应诉，需要委托律师代理诉讼的，必须委托中华人民共和国的律师。

**Article 263** A foreign national, a stateless person or a foreign enterprise or organization which needs to be represented by a lawyer in instituting or responding to an action in a people's court must retain a lawyer of the People's Republic of China.

第二百六十四条　在中华人民共和国领域内没有住所的外国人、无国籍人、外国企业和组织委托中华人民共和国律师或者其他人代理诉讼，从中华人民共和国领域外寄交或者托交的授权委托书，应当经所在国公证机关证明，并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续后，才具有效力。

**Article 264** Where a foreign national, a stateless person or a foreign enterprise or organization without a domicile within the territory of the People's Republic of China needs to be represented by a lawyer or any other person of the People's Republic of China in an action, the power of attorney posted or forwarded from outside the territory of the People's Republic of China is valid only after it

Saved on: 06/28/2026



has been legalized by a notary office in the home country and authenticated by the Chinese embassy or consulate stationed in that country or has undergone the legalization formalities prescribed in the relevant treaty concluded by the People's Republic of China and that country.

第二十四章　管　辖

Chapter 24 Jurisdiction

第二百六十五条　因合同纠纷或者其他财产权益纠纷，对在中华人民共和国领域内没有住所的被告提起的诉讼，如果合同在中华人民共和国领域内签订或者履行，或者诉讼标的物在中华人民共和国领域内，或者被告在中华人民共和国领域内有可供扣押的财产，或者被告在中华人民共和国领域内设有代表机构，可以由合同签订地、合同履行地、诉讼标的物所在地、可供扣押财产所在地、侵权行为地或者代表机构住所地人民法院管辖。

Article 265 Where an action is instituted against a defendant which has no domicile within the territory of the People's Republic of China for a contract dispute or any other property right or interest dispute, if the contract is signed or performed within the territory of the People's Republic of China, the subject matter of action is located within the territory of the People's Republic of China, the defendant has any impoundable property within the territory of the People's Republic of China, or the defendant has any representative office within the territory of the People's Republic of China, the people's court at the place where the contract is signed or performed, where the subject matter of action is located, where the impoundable property is located, where the tort occurs or where the domicile of the representative office is located may have jurisdiction over the action.

第二百六十六条　因在中华人民共和国履行中外合资经营企业合同、中外合作经营企业合同、中外合作勘探开发自然资源合同发生纠纷提起的诉讼，由中华人民共和国人民法院管辖。



[CLI Code]CLI.1.297379(EN)

**Article 266** Actions instituted for disputes arising from the performance of contracts for Chinese-foreign equity joint ventures, Chinese-foreign contractual joint ventures or Chinese-foreign cooperative exploration and exploitation of natural resources in the People's Republic of China shall be under the jurisdiction of the people's courts of the People's Republic of China.

第二十五章　送达、期间

Chapter 25 Service of Process and Periods

第二百六十七条　人民法院对在中华人民共和国领域内没有住所的当事人送达诉讼文书，可以采用下列方式：

**Article 267** A people's court may serve process on a party which has no domicile within the territory of the People's Republic of China in the following manners:

（一）依照受送达人所在国与中华人民共和国缔结或者共同参加的国际条约中规定的方式送达；

(1) Process is served in the manners specified in the international treaty concluded or acceded to by the home country of the person to be served and the People's Republic of China.

（二）通过外交途径送达；

(2) Process is served through diplomatic channels.

（三）对具有中华人民共和国国籍的受送达人，可以委托中华人民共和国驻受送达人所在国的使领馆代为送达；

136/147

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

(3) If the person to be served is a citizen of the People's Republic of China, service of process may be entrusted to the embassy or consulate of the People's Republic of China stationed in the country where the person to be served resides.

（四）向受送达人委托的有权代其接受送达的诉讼代理人送达；

(4) Process is served on a litigation representative authorized by the person to be served to receive service of process.

（五）向受送达人在中华人民共和国领域内设立的代表机构或者有权接受送达的分支机构、业务代办人送达；

(5) Process is served on the representative office or a branch office or business agent authorized to receive service of process established by the person to be served within the territory of the People's Republic of China.

（六）受送达人所在国的法律允许邮寄送达的，可以邮寄送达，自邮寄之日起满三个月，送达回证没有退回，但根据各种情况足以认定已经送达的，期间届满之日视为送达；

(6) Service of process by post is allowed if the law of the home country of the person to be served permits service of process by post, and if, three months after the postmark date, the service acknowledgement is not returned, but based on all circumstances, it may be determined that process has been served, process shall be deemed served on the expiration date of the aforesaid period.

（七）采用传真、电子邮件等能够确认受送达人收悉的方式送达；

(7) Process is served by fax, email or any other means capable of confirming receipt by the person to be served.

（八）不能用上述方式送达的，公告送达，自公告之日起满三个月，即视为送达。

137/147

[CLI Code]CLI.1.297379(EN)

(8) If service of process by the aforesaid means is not possible, process shall be served by public announcement, and process shall be deemed served three months after the date of public announcement.

第二百六十八条　被告在中华人民共和国领域内没有住所的，人民法院应当将起诉状副本送达被告，并通知被告在收到起诉状副本后三十日内提出答辩状。被告申请延期的，是否准许，由人民法院决定。

Article 268 Where a defendant has no domicile within the territory of the People's Republic of China, the people's court shall serve a copy of the written complaint on the defendant and notify the defendant to a written statement of defense within 30 days after receiving the copy of the written complaint. If the defendant applies for an extension of the aforesaid period, the extension shall be subject to the decision of the people's court.

第二百六十九条　在中华人民共和国领域内没有住所的当事人，不服第一审人民法院判决、裁定的，有权在判决书、裁定书送达之日起三十日内提起上诉。被上诉人在收到上诉状副本后，应当在三十日内提出答辩状。当事人不能在法定期间提起上诉或者提出答辩状，申请延期的，是否准许，由人民法院决定。

Article 269 A party which has no domicile within the territory of the People's Republic of China shall have the right to appeal against a judgment or ruling of a people's court of first instance within 30 days from the date of service of the written judgment or ruling. The appellee shall submit a written statement of defense within 30 days after receiving a copy of the written appeal. If a party is unable to file an appeal or submit a written statement of defense within the statutory period and applies for an extension of the period, the application shall be subject to the decision of the people's court.

Saved on: 06/28/2026

北大 法宝 法律更智能 PKULAW.COM    [CLI Code]CLI.1.297379(EN)

第二百七十条　人民法院审理涉外民事案件的期间，不受本法第一百四十九条、第一百七十六条规定的限制。

**Article 270** The period for a people's court to try a foreign-related civil case shall not be limited by the provisions of Article 149 and 176 of this Law.

第二十六章　仲　裁

Chapter 26 Arbitration

第二百七十一条　涉外经济贸易、运输和海事中发生的纠纷，当事人在合同中订有仲裁条款或者事后达成书面仲裁协议，提交中华人民共和国涉外仲裁机构或者其他仲裁机构仲裁的，当事人不得向人民法院起诉。

**Article 271** Where, for disputes arising from foreign economic and trade activities or international transportation or maritime activities, the parties have included an arbitration clause in the contracts or have reached a written arbitration agreement after a dispute arose to refer such disputes to an international arbitral institution of the People's Republic of China or any other arbitral institution for arbitration, the parties shall not institute an action in a people's court.

当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的，可以向人民法院起诉。

If the parties have not included any arbitration clauses in the contracts or have not reached a written arbitration agreement after a dispute arose, the parties may institute an action in a people's court.

第二百七十二条　当事人申请采取保全的，中华人民共和国的涉外仲裁机构应当将当事人的申请，提交被申请人住所地或者财产所在地的中级人民法院裁定。

Saved on: 06/28/2026

**Article 272** Where a party applies for a preservation measure, the international arbitral institution of the People's Republic of China shall submit the party's application to the intermediate people's court at the place of domicile of the respondent or at the place where the respondent's property is located.

第二百七十三条　经中华人民共和国涉外仲裁机构裁决的，当事人不得向人民法院起诉。一方当事人不履行仲裁裁决的，对方当事人可以向被申请人住所地或者财产所在地的中级人民法院申请执行。

**Article 273** Where an international arbitral institution of the People's Republic of China has rendered an award for a dispute, the parties shall not institute an action in a people court for the dispute. If a party fails to comply with the arbitration award, the opposing party may apply for enforcement of the award to the intermediate people's court at the place of domicile of the respondent or at the place where the respondent's property is located.

第二百七十四条　对中华人民共和国涉外仲裁机构作出的裁决，被申请人提出证据证明仲裁裁决有下列情形之一的，经人民法院组成合议庭审查核实，裁定不予执行：

**Article 274** Where the respondent adduces evidence that an arbitration award of an international arbitral institution of the People's Republic of China falls under any of the following circumstances, a people's court shall, upon examination and verification by a collegial bench, issue a ruling not to enforce the award:

（一）当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的；

(1) The contract between the parties does not include an arbitration clause or the parties have not reached any written arbitration agreement after a dispute arose.

（二）被申请人没有得到指定仲裁员或者进行仲裁程序的通知，或者由于其他不属于被申请人负责的原因未能陈述意见的；

(2) The respondent is not notified to appoint an arbitrator or of the conduct of arbitration procedure or fails to present its case, which is not attributable to the fault of the respondent.

（三）仲裁庭的组成或者仲裁的程序与仲裁规则不符的；

(3) The composition of the arbitration tribunal or the arbitration procedure is not in conformity with arbitration rules.

（四）裁决的事项不属于仲裁协议的范围或者仲裁机构无权仲裁的。

(4) The matters arbitrated are outside the scope of an arbitration agreement or the arbitral institution has no arbitration power.

人民法院认定执行该裁决违背社会公共利益的，裁定不予执行。

If a people's court holds that the enforcement of an arbitration award is contrary to the public interest, the people's court shall issue a ruling not to enforce the award.

第二百七十五条　仲裁裁决被人民法院裁定不予执行的，当事人可以根据双方达成的书面仲裁协议重新申请仲裁，也可以向人民法院起诉。

Article 275 Where an arbitration award is not enforced according to a ruling of a people's court, the parties may, according to a written arbitration agreement reached by them, apply again for arbitration or institute an action in a people's court.

第二十七章　司法协助

Chapter 27 Judicial Assistance



[CLI Code]CLI.1.297379(EN)

第二百七十六条　根据中华人民共和国缔结或者参加的国际条约，或者按照互惠原则，人民法院和外国法院可以相互请求，代为送达文书、调查取证以及进行其他诉讼行为。

Article 276 In accordance with an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity, a people's court and a foreign court may request each other to provide judicial assistance in service of process, investigation and collection of evidence and other litigation activities.

外国法院请求协助的事项有损于中华人民共和国的主权、安全或者社会公共利益的，人民法院不予执行。

If any matter requested by a foreign court for assistance is detrimental to the sovereignty, security or public interest of the People's Republic of China, the people's court shall not grant the request.

第二百七十七条　请求和提供司法协助，应当依照中华人民共和国缔结或者参加的国际条约所规定的途径进行；没有条约关系的，通过外交途径进行。

Article 277 Judicial assistance shall be requested and provided through the channels prescribed in an international treaty concluded or acceded to by the People's Republic of China; or in the absence of such a treaty, shall be requested and provided through diplomatic channels.

外国驻中华人民共和国的使领馆可以向该国公民送达文书和调查取证，但不得违反中华人民共和国的法律，并不得采取强制措施。

A foreign embassy or consulate to the People's Republic of China may serve process on and investigate and collect evidence from its citizens but shall not violate the laws of the People's Republic of China and shall not take compulsory measures.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.1.297379(EN)

除前款规定的情况外，未经中华人民共和国主管机关准许，任何外国机关或者个人不得在中华人民共和国领域内送达文书、调查取证。

Except for the circumstances in the preceding paragraph, no foreign authority or individual shall, without permission from the competent authorities of the People's Republic of China, serve process or conduct investigation and collection of evidence within the territory of the People's Republic of China.

第二百七十八条　外国法院请求人民法院提供司法协助的请求书及其所附文件，应当附有中文译本或者国际条约规定的其他文字文本。

Article 278 The written request of a foreign court for the provision of judicial assistance by a people's court and the annexes thereto shall be accompanied with Chinese versions or versions in other languages specified in the relevant international treaty.

人民法院请求外国法院提供司法协助的请求书及其所附文件，应当附有该国文字译本或者国际条约规定的其他文字文本。

A letter of request and its annexes submitted to a foreign court by a people's court for judicial assistance shall also be appended with the translations in the language of the country or the texts in the language specified in the relevant international treaty.

第二百七十九条　人民法院提供司法协助，依照中华人民共和国法律规定的程序进行。外国法院请求采用特殊方式的，也可以按照其请求的特殊方式进行，但请求采用的特殊方式不得违反中华人民共和国法律。

Article 279 The people's courts shall provide judicial assistance under the procedures prescribed by the laws of the People's Republic of China. If a foreign court requests that judicial assistance be

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

provided in a special manner, it may be provided in the special manner requested, but the special manner requested shall not violate the laws of the People's Republic of China.

第二百八十条　人民法院作出的发生法律效力的判决、裁定，如果被执行人或者其财产不在中华人民共和国领域内，当事人请求执行的，可以由当事人直接向有管辖权的外国法院申请承认和执行，也可以由人民法院依照中华人民共和国缔结或者参加的国际条约的规定，或者按照互惠原则，请求外国法院承认和执行。

Article 280 Where a party applies for enforcement of an effective judgment or ruling of a people's court, if the party against whom enforcement is sought or the property thereof is not within the territory of the People's Republic of China, the applicant may apply directly to the foreign court having jurisdiction for recognition and enforcement or apply to a people's court for the people's court to request recognition and enforcement by the foreign court in accordance with the provisions of an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity.

中华人民共和国涉外仲裁机构作出的发生法律效力的仲裁裁决，当事人请求执行的，如果被执行人或者其财产不在中华人民共和国领域内，应当由当事人直接向有管辖权的外国法院申请承认和执行。

Where a party applies for enforcement of an effective arbitration award of an international arbitral institution of the People's Republic of China, if the party against whom enforcement is sought or the property thereof is not within the territory of the People's Republic of China, the applicant shall apply directly to the foreign court having jurisdiction for recognition and enforcement.

第二百八十一条　外国法院作出的发生法律效力的判决、裁定，需要中华人民共和国人民法院承认和执行的，可以由当事人直接向中华人民共和国有管辖权的中级人民法院申请承

Saved on: 06/28/2026

认和执行，也可以由外国法院依照该国与中华人民共和国缔结或者参加的国际条约的规定，或者按照互惠原则，请求人民法院承认和执行。

**Article 281** Where an effective judgment or ruling of a foreign court requires recognition and enforcement by a people's court of the People's Republic of China, a party may apply directly to the intermediate people's court of the People's Republic of China having jurisdiction for recognition and enforcement or apply to the foreign court for the foreign court to request recognition and enforcement by the people's court in accordance with the provisions of an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity.

第二百八十二条　人民法院对申请或者请求承认和执行的外国法院作出的发生法律效力的判决、裁定，依照中华人民共和国缔结或者参加的国际条约，或者按照互惠原则进行审查后，认为不违反中华人民共和国法律的基本原则或者国家主权、安全、社会公共利益的，裁定承认其效力，需要执行的，发出执行令，依照本法的有关规定执行。违反中华人民共和国法律的基本原则或者国家主权、安全、社会公共利益的，不予承认和执行。

**Article 282** After examining an application or request for recognition and enforcement of an effective judgment or ruling of a foreign court in accordance with an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity, a people's court shall issue a ruling to recognize the legal force of the judgment or ruling and issue an order for enforcement as needed to enforce the judgment or ruling according to the relevant provisions of this Law if the people's court deems that the judgment or ruling does not violate the basic principles of the laws of the People's Republic of China and the sovereignty, security and public interest of the People's Republic of China. If the judgment or ruling violates the basic principles of the laws of the People's Republic of China or the sovereignty, security or public interest of the People's Republic of China, the people's court shall not grant recognition and enforcement.



[CLI Code]CLI.1.297379(EN)

第二百八十三条　国外仲裁机构的裁决，需要中华人民共和国人民法院承认和执行的，应当由当事人直接向被执行人住所地或者其财产所在地的中级人民法院申请，人民法院应当依照中华人民共和国缔结或者参加的国际条约，或者按照互惠原则办理。

Article 283 Where an arbitration award of a foreign arbitral institution requires recognition and enforcement by a people's court of the People's Republic of China, a party shall apply directly to the intermediate people's court at the place of domicile of the party against whom enforcement is sought or at the place where the property thereof is located, and the people's court shall process the application in accordance with an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity.

第二百八十四条　本法自公布之日起施行，《中华人民共和国民事诉讼法（试行）》同时废止。

Article 284 This Law comes into force on the date of issuance, and the Civil Procedure Law of the People's Republic of China (for Trial Implementation) shall be repealed simultaneously.

Saved on: 06/28/2026



[CLI Code]CLI.1.297379(EN)

©Pkulaw：（www.pkulaw.com) provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulations, please check them with the standard texts. You are welcome to view all our products and services.

Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?



Scan QR Code for instant access to the original text

Original Link: https://www.pkulaw.com/en_chl/d33df017c784876fbdfb.html

Saved on: 06/28/2026

 [CLI Code]CLI.3.349767(EN)

**Interpretation by the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China (2020 Amendment)**

最高人民法院关于适用《中华人民共和国民事诉讼法》的解释

Interpretation by the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China

（2014 年 12 月 18 日最高人民法院审判委员会第 1636 次会议通过，根据 2020 年 12 月 23 日最高人民法院审判委员会第 1823 次会议通过的《最高人民法院关于修改〈最高人民法院关于人民法院民事调解工作若干问题的规定〉等十九件民事诉讼类司法解释的决定》修正）

(Adopted at the 1,636th meeting of the Adjudication Committee of the Supreme People's Court on December 18, 2014, and amended by the Decision of the Supreme People's Court to Amend 19 Judicial Interpretations in the Category of Civil Procedures Including the Provisions by the Supreme People's Court on Several Issues Concerning the Civil Mediation Work of the People's Courts as adopted at the 1,823rd meeting of the Adjudication Committee of the Supreme People's Court on December 23, 2020)

目录

Table of Contents

一、管辖

I. Jurisdiction

二、回避

II. Disqualification

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

三、诉讼参加人

**III**. Primary Litigation Participants

四、证据

**IV**. Evidence

五、期间和送达

**V**. Periods and Service of Process

六、调解

**VI**. Mediation

七、保全和先予执行

**VII**. Preservation and Advance Execution

八、对妨害民事诉讼的强制措施

**VIII**. Compulsory Measures against Obstruction of Civil Procedures

九、诉讼费用

**IX**. Litigation Expenses

十、第一审普通程序

**X**. Formal Procedure at First Instance

十一、简易程序

Saved on: 06/28/2026

北大法宝 PKULAW.COM 让法律更智能

[CLI Code]CLI.3.349767(EN)

**XI**. Summary Procedure

十二、简易程序中的小额诉讼

**XII**. Small Claims in Summary Procedure

十三、公益诉讼

**XIII**. Public Interest Actions

十四、第三人撤销之诉

**XIV**. Third-Party Revocation Actions

十五、执行异议之诉

**XV**. Execution Objection Actions

十六、第二审程序

**XVI**. Procedure at Second Instance

十七、特别程序

**XVII**. Special Procedures

十八、审判监督程序

**XVIII**. Trial Supervision Procedure

十九、督促程序

**XIX**. Procedure for Urging Debt Repayment

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

二十、公示催告程序

**XX**. Procedure for Announcement to Urge Declaration of Claims

二十一、执行程序

**XXI**. Execution Procedure

二十二、涉外民事诉讼程序的特别规定

**XXII**. Special Provisions on Foreign-Related Civil Procedures

二十三、附则

**XXIII**. Supplementary Provisions

2012 年 8 月 31 日，第十一届全国人民代表大会常务委员会第二十八次会议审议通过了《关于修改〈中华人民共和国民事诉讼法〉的决定》。根据修改后的民事诉讼法，结合人民法院民事审判和执行工作实际，制定本解释。

On August 31, 2012, the Decision on Amending the Civil Procedure Law of the People's Republic of China was deliberated and adopted at the 28th session of the Standing Committee of the Eleventh National People's Congress. In accordance with the Civil Procedure Law as amended and in consideration of the civil trial and execution practices of the people's courts, this Interpretation is developed.

一、管辖

**I**. Jurisdiction

[CLI Code]CLI.3.349767(EN)

第一条　民事诉讼法第十八条第一项规定的重大涉外案件，包括争议标的额大的案件、案情复杂的案件，或者一方当事人人数众多等具有重大影响的案件。

Article 1 As mentioned in Article 18(1) of the Civil Procedure Law, "major foreign-related cases" includes a case involving a large amount in dispute, a case with complicated circumstances, a case in which one side consists of a large number of parties, and other cases having a major impact.

第二条　专利纠纷案件由知识产权法院、最高人民法院确定的中级人民法院和基层人民法院管辖。

Article 2 Patent infringement cases shall be under the jurisdiction of intellectual property courts, as well as the intermediate people's courts and basic people's courts specified by the Supreme People's Court.

海事、海商案件由海事法院管辖。

Cases of maritime affairs and maritime commerce shall be under the jurisdiction of maritime courts.

第三条　公民的住所地是指公民的户籍所在地，法人或者其他组织的住所地是指法人或者其他组织的主要办事机构所在地。

Article 3 "Domicile of a citizen" means a citizen's place of permanent residence, and "domicile of a legal person or any other organization" means the place where its principal office is located.

法人或者其他组织的主要办事机构所在地不能确定的，法人或者其他组织的注册地或者登记地为住所地。

Where the place where the principal office of a legal person or any other organization is located cannot be determined, the place of registration of the legal person or other organization shall be its place of domicile.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第四条    公民的经常居住地是指公民离开住所地至起诉时已连续居住一年以上的地方，但公民住院就医的地方除外。

Article 4 "Place of habitual residence of a citizen" means the place where a citizen has continuously resided for one year or more after leaving his or her place of domicile when instituting an action, except the place of hospitalization.

第五条    对没有办事机构的个人合伙、合伙型联营体提起的诉讼，由被告注册登记地人民法院管辖。没有注册登记，几个被告又不在同一辖区的，被告住所地的人民法院都有管辖权。

Article 5 An action instituted against a partnership of individuals or a partnership of entities without an office shall be under the jurisdiction of the people's court at the defendant's place of registration. If none of the defendants are registered and they are not in the same territorial jurisdiction, the people's court at the place of domicile of each defendant shall have jurisdiction over the case.

第六条    被告被注销户籍的，依照民事诉讼法第二十二条规定确定管辖；原告、被告均被注销户籍的，由被告居住地人民法院管辖。

Article 6 Where the registered permanent residence of the defendant in a case is cancelled, the jurisdiction over the case shall be determined in accordance with the provision of Article 22 of the Civil Procedure Law; and where the registered permanent residences of both the plaintiff and the defendant are cancelled, the case shall be under the jurisdiction of the people's court at the place of residence of the defendant.

第七条    当事人的户籍迁出后尚未落户，有经常居住地的，由该地人民法院管辖；没有经常居住地的，由其原户籍所在地人民法院管辖。

Saved on: 06/28/2026



**Article 7** Where the registered permanent residence of a party to a case has been removed but the new permanent residence of the party has not been registered, if the party has a place of habitual residence, the case shall be under the jurisdiction of the people's court at such a place; or if the party does not have a place of habitual residence, the case shall be under the jurisdiction of the people's court at the original place of registered permanent residence.

第八条　双方当事人都被监禁或者被采取强制性教育措施的，由被告原住所地人民法院管辖。被告被监禁或者被采取强制性教育措施一年以上的，由被告被监禁地或者被采取强制性教育措施地人民法院管辖。

**Article 8** Where both parties to a case are incarcerated or are subjected to any compulsory correctional measure, the case shall be under the jurisdiction of the people's court at the original place of domicile of the defendant. If the defendant is incarcerated or is subjected to any compulsory correctional measure for one year or more, the case shall be under the jurisdiction of the people's court at the place where the defendant is incarcerated or is subjected to the compulsory correctional measure.

第九条　追索赡养费、抚育费、扶养费案件的几个被告住所地不在同一辖区的，可以由原告住所地人民法院管辖。

**Article 9** Where the places of domicile of the two or more defendants in a case involving recovery of support for elderly parents, child support, or support for other adult dependents are not in the same territorial jurisdiction, the case may be under the jurisdiction of the people's court at the place of domicile of the plaintiff.

第十条　不服指定监护或者变更监护关系的案件，可以由被监护人住所地人民法院管辖。

[CLI Code]CLI.3.349767(EN)

**Article 10** A case filed against specification of a guardian or a case involving modification of guardianship may be under the jurisdiction of the people's court at the place of domicile of the ward.

第十一条　双方当事人均为军人或者军队单位的民事案件由军事法院管辖。

**Article 11** A civil case to which both parties are military personnel or military entities shall be under the jurisdiction of a military court.

第十二条　夫妻一方离开住所地超过一年，另一方起诉离婚的案件，可以由原告住所地人民法院管辖。

**Article 12** A case filed by one spouse for divorce one year or more after the other spouse left their place of domicile may be under the jurisdiction of the people's court at the place of domicile of the plaintiff.

夫妻双方离开住所地超过一年，一方起诉离婚的案件，由被告经常居住地人民法院管辖；没有经常居住地的，由原告起诉时被告居住地人民法院管辖。

A case filed by one spouse for divorce one year or more after both spouses left their place of domicile shall be under the jurisdiction of the people's court at the place of habitual residence of the defendant. If the defendant does not have a place of habitual residence, the case shall be under the jurisdiction of the people's court at the place of residence of the defendant when the action is instituted.

第十三条　在国内结婚并定居国外的华侨，如定居国法院以离婚诉讼须由婚姻缔结地法院管辖为由不予受理，当事人向人民法院提出离婚诉讼的，由婚姻缔结地或者一方在国内的最后居住地人民法院管辖。



[CLI Code]CLI.3.349767(EN)

**Article 13** Where a court of a foreign country in which an overseas Chinese who got married in China settles rejects a divorce action involving the overseas Chinese on the ground that such a case must be under the jurisdiction of the court at the place of celebration, if a party institutes a divorce action in a people's court, the case shall be under the jurisdiction of the people's court at the place of celebration or the place of last domestic residence of a party.

第十四条　在国外结婚并定居国外的华侨，如定居国法院以离婚诉讼须由国籍所属国法院管辖为由不予受理，当事人向人民法院提出离婚诉讼的，由一方原住所地或者在国内的最后居住地人民法院管辖。

**Article 14** Where a court of a foreign country in which an overseas Chinese who got married abroad settles rejects a divorce action involving the overseas Chinese on the ground that such a case must be under the jurisdiction of a court of the country of nationality of the overseas Chinese, if a party institutes a divorce action in a people's court, the case shall be under the jurisdiction of the people's court at the original place of domicile or the place of last domestic residence of a party.

第十五条　中国公民一方居住在国外，一方居住在国内，不论哪一方向人民法院提起离婚诉讼，国内一方住所地人民法院都有权管辖。国外一方在居住国法院起诉，国内一方向人民法院起诉的，受诉人民法院有权管辖。

**Article 15** Where both spouses are Chinese citizens but one lives abroad and the other lives in China, the people's court at the place of domicile of the spouse who lives in China shall have jurisdiction over a divorce action between them, regardless of which spouse institutes a divorce action in a people's court. Where the spouse who lives abroad institutes an action in a court of the country of residence of the spouse, and the spouse who lives in China institutes an action in a people's court, the people's court in which the action is instituted shall have jurisdiction over the divorce case.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第十六条　中国公民双方在国外但未定居，一方向人民法院起诉离婚的，应由原告或者被告原住所地人民法院管辖。

**Article 16** Where both spouses are Chinese citizens, and they live abroad but have not settled abroad, if one spouse institutes a divorce action in a people's court, the people's court at the original place of domicile of the plaintiff or defendant shall have jurisdiction over the divorce case.

第十七条　已经离婚的中国公民，双方均定居国外，仅就国内财产分割提起诉讼的，由主要财产所在地人民法院管辖。

**Article 17** Where both of the divorced Chinese citizens have settled abroad, an action instituted in a people's court for division of property in China shall be under the jurisdiction of the people's court at the place where the major property is located.

第十八条　合同约定履行地点的，以约定的履行地点为合同履行地。

**Article 18** Where the parties have agreed on a place of performance in a contract, such a place of performance shall be the place where the contract is performed.

合同对履行地点没有约定或者约定不明确，争议标的为给付货币的，接收货币一方所在地为合同履行地；交付不动产的，不动产所在地为合同履行地；其他标的，履行义务一方所在地为合同履行地。即时结清的合同，交易行为地为合同履行地。

Where the parties fail to agree on or clearly agree on a place of performance in a contract, and the subject matter of dispute is the payment of money, the place where the recipient of money is located shall be the place where the contract is performed; in the delivery of real property, the place where the real property is located shall be the place where the contract is performed; and for any other subject matter, the place where the party performing the agreed obligations is located shall be the

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

place where the contract is performed. For a contract on spot transactions, the place of transaction shall be the place where the contract is performed.

合同没有实际履行，当事人双方住所地都不在合同约定的履行地的，由被告住所地人民法院管辖。

Where a contract is not actually performed, and the place of domicile of either party is not the place of performance as agreed on in the contract, the people's court at the place of domicile of the defendant shall have jurisdiction.

第十九条　财产租赁合同、融资租赁合同以租赁物使用地为合同履行地。合同对履行地有约定的，从其约定。

Article 19 For a property leasing contract or a financial leasing contract, the place where the leased property is used shall be the place where the contract is performed, unless the parties have agreed otherwise on the place of performance in the contract.

第二十条　以信息网络方式订立的买卖合同，通过信息网络交付标的的，以买受人住所地为合同履行地；通过其他方式交付标的的，收货地为合同履行地。合同对履行地有约定的，从其约定。

Article 20 For a sales contract concluded on an information network, if the subject matter is delivered on the information network, the place of domicile of the buyer shall be the place where the contract is performed; or if the subject matter is delivered by any other means, the place of receipt shall be the place where the contract is performed, unless the parties have agreed otherwise on the place of performance in the contract.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第二十一条　因财产保险合同纠纷提起的诉讼，如果保险标的物是运输工具或者运输中的货物，可以由运输工具登记注册地、运输目的地、保险事故发生地人民法院管辖。

Article 21 For an action instituted for a dispute arising from a property insurance contract, if the subject matter insured is a transport vehicle or the goods in transit, the case may be under the jurisdiction of the people's court at the place where the transport vehicle is registered, the place of destination, or the place where the insurance accident occurs.

因人身保险合同纠纷提起的诉讼，可以由被保险人住所地人民法院管辖。

A case of dispute over a personal insurance contract may be under the jurisdiction of the people's court at the place of domicile of the insured.

第二十二条　因股东名册记载、请求变更公司登记、股东知情权、公司决议、公司合并、公司分立、公司减资、公司增资等纠纷提起的诉讼，依照民事诉讼法第二十六条规定确定管辖。

Article 22 For an action instituted for a dispute arising from records in the register of shareholders, a request for modification of company registration, shareholders' right to know, a resolution of a company, a corporate combination or division, a capital increase or decrease of a company, the jurisdiction over the case may be determined in accordance with the provision of Article 26 of the Civil Procedure Law.

第二十三条　债权人申请支付令，适用民事诉讼法第二十一条规定，由债务人住所地基层人民法院管辖。

Article 23 Where a creditor applies for issuance of an order for payment, Article 21 of the Civil Procedure Law shall apply, and the case shall be under the jurisdiction of the basic people's court at the place of domicile of the debtor.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第二十四条　民事诉讼法第二十八条规定的侵权行为地，包括侵权行为实施地、侵权结果发生地。

Article 24 As mentioned in Article 28 of the Civil Procedure Law, "place where the tort occurs" includes the place where a tort is committed and the place where the result of a tort occurs.

第二十五条　信息网络侵权行为实施地包括实施被诉侵权行为的计算机等信息设备所在地，侵权结果发生地包括被侵权人住所地。

Article 25 The place where a tort is committed on an information network shall include the place where the computer and other pieces of information equipment used to commit the alleged tort are located, and the place where the result of a tort occurs shall include the place of domicile of the victim.

第二十六条　因产品、服务质量不合格造成他人财产、人身损害提起的诉讼，产品制造地、产品销售地、服务提供地、侵权行为地和被告住所地人民法院都有管辖权。

Article 26 For an action instituted for property or bodily damage caused by the substandard quality of a product or service, the people's courts at the place where the product is manufactured, the place where the product is sold, the place where the service is rendered, the place where the tort occurs, and the place of domicile of the defendant shall all have jurisdiction.

第二十七条　当事人申请诉前保全后没有在法定期间起诉或者申请仲裁，给被申请人、利害关系人造成损失引起的诉讼，由采取保全措施的人民法院管辖。

Article 27 An action instituted by the respondent or an interested party for losses resulting from a party's failure to institute an action or apply for arbitration within the statutory period after applying



[CLI Code]CLI.3.349767(EN)

for preservation before the institution of action shall be under the jurisdiction of the people's court taking the preservation measures.

当事人申请诉前保全后在法定期间内起诉或者申请仲裁，被申请人、利害关系人因保全受到损失提起的诉讼，由受理起诉的人民法院或者采取保全措施的人民法院管辖。

Where a party institutes an action or applies for arbitration within the statutory period after applying for preservation before the institution of action, an action instituted by the respondent or an interested party for losses resulting from the preservation measures shall be under the jurisdiction of the people's court that accepts that action or takes the preservation measures.

第二十八条　民事诉讼法第三十三条第一项规定的不动产纠纷是指因不动产的权利确认、分割、相邻关系等引起的物权纠纷。

Article 28 As mentioned in Article 33 (1) of the Civil Procedure Law, "real estate dispute" means a property dispute arising from the confirmation of rights in real estate, division of real estate, or neighboring relations, among others.

农村土地承包经营合同纠纷、房屋租赁合同纠纷、建设工程施工合同纠纷、政策性房屋买卖合同纠纷，按照不动产纠纷确定管辖。

The jurisdiction over a contractual dispute involving contracted operations on rural land, tenancy, construction of a building project, or purchase of a policy-based property shall be determined according to the jurisdiction over a real estate dispute.

不动产已登记的，以不动产登记簿记载的所在地为不动产所在地；不动产未登记的，以不动产实际所在地为不动产所在地。

Saved on: 06/28/2026

For registered real estate, the location recorded in the real estate register shall be the place where the real estate is located; and for unregistered real estate, the place where the real estate is actually located shall be the place where the real estate is located.

第二十九条　民事诉讼法第三十四条规定的书面协议，包括书面合同中的协议管辖条款或者诉讼前以书面形式达成的选择管辖的协议。

**Article 29** As mentioned in Article 34 of the Civil Procedure Law, "written agreement" means the jurisdiction clauses in a written contract and a written agreement on choice of jurisdiction reached before litigation.

第三十条　根据管辖协议，起诉时能够确定管辖法院的，从其约定；不能确定的，依照民事诉讼法的相关规定确定管辖。

**Article 30** Where the court having jurisdiction can be determined according to a jurisdiction agreement when an action is instituted, the agreement shall prevail; otherwise, the jurisdiction over the action shall be determined in accordance with the relevant provisions of the Civil Procedure Law.

管辖协议约定两个以上与争议有实际联系的地点的人民法院管辖，原告可以向其中一个人民法院起诉。

Where a jurisdiction agreement provides that two or more people's courts at places with substantial connection to a dispute shall have jurisdiction over the dispute, the plaintiff may institute an action in one of the people's courts.

第三十一条　经营者使用格式条款与消费者订立管辖协议，未采取合理方式提请消费者注意，消费者主张管辖协议无效的，人民法院应予支持。



[CLI Code]CLI.3.349767(EN)

**Article 31** Where, after a business enters into a jurisdiction agreement with a consumer by using standard clauses without reminding in appropriate manners the consumer to pay attention to such clauses, the consumer claims the nullification of the jurisdiction agreement, the claim shall be supported by the people's court.

第三十二条　管辖协议约定由一方当事人住所地人民法院管辖，协议签订后当事人住所地变更的，由签订管辖协议时的住所地人民法院管辖，但当事人另有约定的除外。

**Article 32** Where a jurisdiction agreement provides that the people's court at the place of domicile of one party has jurisdiction, but the place of domicile of the party changes after the agreement is concluded, the people's court at the place of domicile of the party when the agreement is concluded shall have jurisdiction, unless the parties agree otherwise.

第三十三条　合同转让的，合同的管辖协议对合同受让人有效，但转让时受让人不知道有管辖协议，或者转让协议另有约定且原合同相对人同意的除外。

**Article 33** When a contract is assigned, the jurisdiction agreement on the contract shall bind the assignee, unless the assignee is not aware of the jurisdiction agreement at the time of assignment or it is otherwise agreed on in the assignment agreement and the other party in the contract consents.

第三十四条　当事人因同居或者在解除婚姻、收养关系后发生财产争议，约定管辖的，可以适用民事诉讼法第三十四条规定确定管辖。

**Article 34** Where the parties to a property dispute that arises when they cohabit or after their marital relationship or adoptive relationship is dissolved reach a jurisdiction agreement, the jurisdiction over the case may be determined in accordance with the provision of Article 34 of the Civil Procedure Law.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第三十五条 当事人在答辩期间届满后未应诉答辩，人民法院在一审开庭前，发现案件不属于本院管辖的，应当裁定移送有管辖权的人民法院。

Article 35 Where a party fails to respond to an action upon expiry of the period for submitting a statement of defense, if the people's court of first instance finds before holding a court session that the case is not under its jurisdiction, it shall issue a ruling to transfer the case to the people's court having jurisdiction over the case.

第三十六条 两个以上人民法院都有管辖权的诉讼，先立案的人民法院不得将案件移送给另一个有管辖权的人民法院。人民法院在立案前发现其他有管辖权的人民法院已先立案的，不得重复立案；立案后发现其他有管辖权的人民法院已先立案的，裁定将案件移送给先立案的人民法院。

Article 36 Where two or more people's courts have jurisdiction over an action, the people's court that firstly dockets the case shall not transfer the case to any other people's court having jurisdiction. If a people's court finds out before docketing a case that the case has been docketed by another people's court having jurisdiction, it shall docket the case again; and if it finds out after docketing the case that another competent people's court having jurisdiction has docketed the case before it, it shall issue a ruling to transfer the case to the people's court docketing the case before it.

第三十七条 案件受理后，受诉人民法院的管辖权不受当事人住所地、经常居住地变更的影响。

Article 37 After a case is accepted, the jurisdiction of the people's court accepting the action shall not be affected by any change in the place of domicile or place of habitual residence of a party.

第三十八条 有管辖权的人民法院受理案件后，不得以行政区域变更为由，将案件移送给变更后有管辖权的人民法院。判决后的上诉案件和依审判监督程序提审的案件，由原审人

Saved on: 06/28/2026

民法院的上级人民法院进行审判；上级人民法院指令再审、发回重审的案件，由原审人民法院再审或者重审。

**Article 38** After a people's court having jurisdiction accepts a case, it shall not, on the ground of adjustment of administrative areas, transfer the case to the people's court having jurisdiction after such adjustment. An appellate case after adjudication or a case retried under the trial supervision procedure shall be tried by the people's court at a higher level of the original trial people's court. A case ordered or remanded by the people's court at a higher level for retrial shall be retried by the original trial people's court.

第三十九条　人民法院对管辖异议审查后确定有管辖权的，不因当事人提起反诉、增加或者变更诉讼请求等改变管辖，但违反级别管辖、专属管辖规定的除外。

**Article 39** Where a people's court is determined to have jurisdiction upon examination of an objection to jurisdiction, the jurisdiction shall not be changed because a party files a counterclaim, adds any new claim or modifies its claims, unless the provisions regarding hierarchical jurisdiction and exclusive jurisdiction are violated.

人民法院发回重审或者按第一审程序再审的案件，当事人提出管辖异议的，人民法院不予审查。

For a case remanded for retrial or retried under the procedure at first instance by a people's court, where a party raises an objection to jurisdiction, the people's court will not examine it.

第四十条　依照民事诉讼法第三十七条第二款规定，发生管辖权争议的两个人民法院因协商不成报请它们的共同上级人民法院指定管辖时，双方为同属一个地、市辖区的基层人民法院的，由该地、市的中级人民法院及时指定管辖；同属一个省、自治区、直辖市的两个人

[CLI Code]CLI.3.349767(EN)

民法院的，由该省、自治区、直辖市的高级人民法院及时指定管辖；双方为跨省、自治区、直辖市的人民法院，高级人民法院协商不成的，由最高人民法院及时指定管辖。

**Article 40** In accordance with the provision of paragraph 2, Article 37 of the Civil Procedure Law, where two people's courts with a dispute over jurisdiction request their common superior to specify jurisdiction after their consultations fail, if both courts are basic people's courts in the same district of a prefecture or city, the intermediate people's court of the prefecture or city shall specify jurisdiction in a timely manner; if both courts are people's courts in the same province, autonomous region or municipality directly under the Central Government, the higher people's court of the province, autonomous region or municipality directly under the Central Government shall specify jurisdiction in a timely manner; if both courts are in different provinces, autonomous regions or municipalities directly under the Central Government, and the consultation between the higher people's courts fails, the Supreme People's Court shall specify jurisdiction in a timely manner.

依照前款规定报请上级人民法院指定管辖时，应当逐级进行。

When a request is made to the superior to specify jurisdiction under the preceding paragraph, it shall be made level by level.

**第四十一条**    人民法院依照民事诉讼法第三十七条第二款规定指定管辖的，应当作出裁定。

**Article 41** Where a people's court specifies jurisdiction under paragraph 2, Article 37 of the Civil Procedure Law, it shall issue a ruling thereon.

对报请上级人民法院指定管辖的案件，下级人民法院应当中止审理。指定管辖裁定作出前，下级人民法院对案件作出判决、裁定的，上级人民法院应当在裁定指定管辖的同时，一并撤销下级人民法院的判决、裁定。

Saved on: 06/28/2026

Where a case is reported to a people's court at a higher level for specification of jurisdiction, a people's court shall suspend the trial. Where the people's court issues a judgment or ruling before a ruling to specify jurisdiction is issued, the people's court at a higher level shall revoke the judgment or ruling when issuing a ruling to specify jurisdiction.

第四十二条 下列第一审民事案件，人民法院依照民事诉讼法第三十八条第一款规定，可以在开庭前交下级人民法院审理：

Article 42 A people's court may, before trial, transfer a first instance civil case under any of the following circumstances to a people's court at a lower level for trial in accordance with the provision of paragraph 1, Article 38 of the Civil Procedure Law:

（一）破产程序中有关债务人的诉讼案件；

(1) A case concerning a debtor in the bankruptcy procedure.

（二）当事人人数众多且不方便诉讼的案件；

(2) A case involving numerous parties who are inconvenient to institute actions.

（三）最高人民法院确定的其他类型案件。

(3) A case of any other type as determined by the Supreme People's Court.

人民法院交下级人民法院审理前，应当报请其上级人民法院批准。上级人民法院批准后，人民法院应当裁定将案件交下级人民法院审理。

Before transferring such a case to a people's court at a lower level for trial, a people's court shall report the situation to a people's court at a higher level for approval. Upon approval, the people's court shall issue a ruling to transfer the case to the people's court at a lower level for trial.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

二、回避

**II**. Disqualification

**第四十三条**　审判人员有下列情形之一的，应当自行回避，当事人有权申请其回避：

**Article 43** Under any of the following circumstances, a judge shall voluntarily disqualify himself or herself, and a party shall be entitled to request disqualification of such a judge:

（一）是本案当事人或者当事人近亲属的；

(1) The judge is a party to the case or is a close relative of a party to the case.

（二）本人或者其近亲属与本案有利害关系的；

(2) The judge or a close relative thereof is an interested party to the case.

（三）担任过本案的证人、鉴定人、辩护人、诉讼代理人、翻译人员的；

(3) The judge once acted as a witness, identification or evaluation expert, defender, litigation representative, or interpreter of the case.

（四）是本案诉讼代理人近亲属的；

(4) The judge is a close relative of a litigation representative in the case.

（五）本人或者其近亲属持有本案非上市公司当事人的股份或者股权的；

(5) The judge or a close relative thereof holds shares or equities in an unlisted company that is a party to the case.

北大法律英文网 PKULAW.COM

[CLI Code]CLI.3.349767(EN)

（六）与本案当事人或者诉讼代理人有其他利害关系，可能影响公正审理的。

(6) The judge has any other interested relationship with a party to a case or a litigation representative thereof, which may affect the impartial trial of the case.

第四十四条　审判人员有下列情形之一的，当事人有权申请其回避：

**Article 44** A party shall be entitled to request disqualification of a judge under any of the following circumstances:

（一）接受本案当事人及其受托人宴请，或者参加由其支付费用的活动的；

(1) The judge accepts any treat from a party to the case or an agent thereof or attends any activity sponsored by a party to the case or an agent thereof.

（二）索取、接受本案当事人及其受托人财物或者其他利益的；

(2) The judge extorts or accepts any property or other benefit from a party to the case or an agent thereof.

（三）违反规定会见本案当事人、诉讼代理人的；

(3) The judge meets a party to the case or the litigation representative thereof in violation of rules.

（四）为本案当事人推荐、介绍诉讼代理人，或者为律师、其他人员介绍代理本案的；

(4) The judge recommends or introduces a litigation representative to a party to the case or introduces the case to a lawyer or any other person for handling.

（五）向本案当事人及其受托人借用款物的；

(5) The judge borrows money or any other property from a party to the case or an agent thereof.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

（六）有其他不正当行为，可能影响公正审理的。

(6) Any other improper conduct that may affect the impartial trial of the case.

**第四十五条** 在一个审判程序中参与过本案审判工作的审判人员，不得再参与该案其他程序的审判。

**Article 45** A judge who once participated in the trial of a case under one trial procedure may not participate in the trial of the case under another procedure.

发回重审的案件，在一审法院作出裁判后又进入第二审程序的，原第二审程序中合议庭组成人员不受前款规定的限制。

However, for a case remanded for retrial, the members of the collegial panel under the original second-instance procedure shall not be subject to the restriction mentioned in the preceding paragraph, provided that the case enters again the second-instance procedure after the court of first instance adjudicates the case.

**第四十六条** 审判人员有应当回避的情形，没有自行回避，当事人也没有申请其回避的，由院长或者审判委员会决定其回避。

**Article 46** Where a judge who shall disqualify himself/herself fails to do so and none of the parties applies for disqualification of the judge, the president or the adjudication committee of the people's court shall decide to disqualify the judge.

**第四十七条** 人民法院应当依法告知当事人对合议庭组成人员、独任审判员和书记员等人员有申请回避的权利。

法北大宝 社法律更智能 PKULAW.COM

[CLI Code]CLI.3.349767(EN)

**Article 47** A people's court shall notify the parties to a case of their right to apply for disqualification of any member of the collegial panel, the sole judge or the clerk.

第四十八条　民事诉讼法第四十四条所称的审判人员，包括参与本案审理的人民法院院长、副院长、审判委员会委员、庭长、副庭长、审判员、助理审判员和人民陪审员。

**Article 48** As mentioned in Article 44 of the Civil Procedure Law, "judge" includes the president, vice presidents, members of the adjudication committee, division chief judges, associate chief judges, judges, assistant judges, and people's assessors of a people's court at any level.

第四十九条　书记员和执行员适用审判人员回避的有关规定。

**Article 49** The relevant provisions on the disqualification of judges shall apply to clerks and executors.

三、诉讼参加人

**III**. Primary Litigation Participants

第五十条　法人的法定代表人以依法登记的为准，但法律另有规定的除外。依法不需要办理登记的法人，以其正职负责人为法定代表人；没有正职负责人的，以其主持工作的副职负责人为法定代表人。

**Article 50** The legal representative of a legal person shall be the one as legally registered, unless it is otherwise prescribed by any law. For a legal person not required to be registered, the principal person in charge of it shall be its legal representative; in the absence of the principal person in charge, the deputy person in charge shall be its legal representative.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

法定代表人已经变更，但未完成登记，变更后的法定代表人要求代表法人参加诉讼的，人民法院可以准许。

Where the legal representative is changed but the registration thereof has not been completed yet, if the new legal representative requests the old legal representative to participate in the action, the people's court may grant permission.

其他组织，以其主要负责人为代表人。

For any other organization, its principal responsible person shall be its legal representative.

第五十一条　在诉讼中，法人的法定代表人变更的，由新的法定代表人继续进行诉讼，并应向人民法院提交新的法定代表人身份证明书。原法定代表人进行的诉讼行为有效。

**Article 51** Where the legal representative of a legal person changes in an action, the new legal representative shall continue to participate in the action, and the identity certificate of the new legal representative shall be submitted to the people's court. The litigation conduct of the old legal representative shall bind.

前款规定，适用于其他组织参加的诉讼。

The preceding paragraph shall apply in an action involving the participation of any other organization.

第五十二条　民事诉讼法第四十八条规定的其他组织是指合法成立、有一定的组织机构和财产，但又不具备法人资格的组织，包括：

**Article 52** As mentioned in Article 48 of the Civil Procedure Law, "other organizations" means organizations that are lawfully established, have certain organizational frameworks and property but do not have the legal person status, including:

Saved on: 06/28/2026

（一）依法登记领取营业执照的个人独资企业；

(1) Sole proprietorships that have been registered and obtained business licenses according to the law.

（二）依法登记领取营业执照的合伙企业；

(2) Partnership enterprises that have been registered and obtained business licenses according to the law.

（三）依法登记领取我国营业执照的中外合作经营企业、外资企业；

(3) Chinese-foreign contractual joint ventures and foreign-funded enterprises that have been registered and obtained business licenses according to the law.

（四）依法成立的社会团体的分支机构、代表机构；

(4) Lawfully formed branch offices and representative offices of social organizations.

（五）依法设立并领取营业执照的法人的分支机构；

(5) Legal persons' lawfully formed branch offices that have obtained business licenses according to the law.

（六）依法设立并领取营业执照的商业银行、政策性银行和非银行金融机构的分支机构；

(6) Commercial banks', policy banks' and non-banking financial institutions' lawfully formed branch offices that have obtained business licenses according to the law.

（七）经依法登记领取营业执照的乡镇企业、街道企业；

[CLI Code]CLI.3.349767(EN)

(7) Township enterprises and neighborhood enterprises that have been registered and obtained business licenses according to the law.

（八）其他符合本条规定条件的组织。

(8) Other organizations that meet the conditions set out in this Article.

第五十三条 法人非依法设立的分支机构，或者虽依法设立，但没有领取营业执照的分支机构，以设立该分支机构的法人为当事人。

**Article 53** For a branch office not lawfully formed by a legal person or a lawfully formed branch office that has not obtained the business license, the legal person forming it shall be a party to the case.

第五十四条 以挂靠形式从事民事活动，当事人请求由挂靠人和被挂靠人依法承担民事责任的，该挂靠人和被挂靠人为共同诉讼人。

**Article 54** Where a party conducts civil activities in the name of another party, if a party requests that both of the two to assume civil liability according to the law, the two parties shall be co-litigants.

第五十五条 在诉讼中，一方当事人死亡，需要等待继承人表明是否参加诉讼的，裁定中止诉讼。人民法院应当及时通知继承人作为当事人承担诉讼，被继承人已经进行的诉讼行为对承担诉讼的继承人有效。

**Article 55** Where, in an action, a party dies and it is necessary to wait for his or her successors to indicate whether they will participate in the action, the people's court shall issue a ruling to suspend the action. The people's court shall notify the successors to participate in the action as the parties to the case, and the litigation conduct of the deceased shall bind the successors that participate in the action.

Saved on: 06/28/2026

 [CLI Code]CLI.3.349767(EN)

第五十六条　法人或者其他组织的工作人员执行工作任务造成他人损害的，该法人或者其他组织为当事人。

**Article 56** Where an employee of a legal person or any other organization causes any harm to another person in the execution of his or her work duty, the legal person or other organization shall be a party to the case.

第五十七条　提供劳务一方因劳务造成他人损害，受害人提起诉讼的，以接受劳务一方为被告。

**Article 57** Where the party providing labor services causes any harm to another person as the result of the labor services, the party receiving labor services shall be the defendant in the action instituted by the victim.

第五十八条　在劳务派遣期间，被派遣的工作人员因执行工作任务造成他人损害的，以接受劳务派遣的用工单位为当事人。当事人主张劳务派遣单位承担责任的，该劳务派遣单位为共同被告。

**Article 58** Where, during the period of employment secondment, a seconded worker causes any harm to another person in the execution of his or her work duty, the receiver of the seconded worker shall be a party to the case. If the party claims that the supplier of the seconded worker shall assume liability, the supplier of the seconded worker shall be a co-defendant.

第五十九条　在诉讼中，个体工商户以营业执照上登记的经营者为当事人。有字号的，以营业执照上登记的字号为当事人，但应同时注明该字号经营者的基本信息。

**Article 59** In an action, the business operator registered on the business license of an individual industrial and commercial household shall be a party to the case. If the individual industrial and



[CLI Code]CLI.3.349767(EN)

commercial household has a trade name, the trade name registered on the business license shall be a party to the case, provided that the basic information about the business operator of the trade name shall be stated.

营业执照上登记的经营者与实际经营者不一致的，以登记的经营者和实际经营者为共同诉讼人。

If the business operator registered on the business license is inconsistent with the actual business operator, the registered business operator and the actual business operator shall be co-litigants.

第六十条　在诉讼中，未依法登记领取营业执照的个人合伙的全体合伙人为共同诉讼人。个人合伙有依法核准登记的字号的，应在法律文书中注明登记的字号。全体合伙人可以推选代表人；被推选的代表人，应由全体合伙人出具推选书。

Article 60 In an action, all partners of an individual partnership that has not been registered and obtained a business license according to the law shall be parties to the joint action. If the individual partnership has a trade name approved and registered according to the law, the registered trade name shall be specified in legal documents. All partners may recommend a representative or representatives, for which a letter of recommendation shall be issued.

第六十一条　当事人之间的纠纷经人民调解委员会调解达成协议后，一方当事人不履行调解协议，另一方当事人向人民法院提起诉讼的，应以对方当事人为被告。

Article 61 Where the parties to a dispute reach a mediation agreement upon the mediation of the people's mediation committee, but one party fails to perform the mediation agreement and the other party institutes an action in a people's court, the party failing to perform the mediation agreement shall be the defendant.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

第六十二条    下列情形，以行为人为当事人：

**Article 62** Under any of the following circumstances, the actor shall be a party to the case:

（一）法人或者其他组织应登记而未登记，行为人即以该法人或者其他组织名义进行民事活动的；

(1) Without registering a legal person or any other organization as required, the actor conducts civil activities in the name of the legal person or other organization.

（二）行为人没有代理权、超越代理权或者代理权终止后以被代理人名义进行民事活动的，但相对人有理由相信行为人有代理权的除外；

(2) The actor conducts civil activities in the name of the principal without authorization, beyond authorization or after the termination of authorization, unless the other party has reason to believe that the actor has authorization.

（三）法人或者其他组织依法终止后，行为人仍以其名义进行民事活动的。

(3) After a legal person or any other organization is terminated according to the law, the actor still conducts civil activities in its name.

第六十三条    企业法人合并的，因合并前的民事活动发生的纠纷，以合并后的企业为当事人；企业法人分立的，因分立前的民事活动发生的纠纷，以分立后的企业为共同诉讼人。

**Article 63** In the combination of an enterprise legal person, for a dispute arising from a civil activity conducted before the combination, the enterprise after the combination shall be a party to the case; in the division of an enterprise legal person, for a dispute arising from a civil activity conducted before the division, the enterprises after the division shall be co-litigants.

Saved on: 06/28/2026

北大法宝 让法律更智能    PKULAW.COM

[CLI Code]CLI.3.349767(EN)

第六十四条　企业法人解散的，依法清算并注销前，以该企业法人为当事人；未依法清算即被注销的，以该企业法人的股东、发起人或者出资人为当事人。

**Article 64** In the dissolution of an enterprise legal person, before it is liquidated and deregistered according to the law, the enterprise legal person shall be a party to the case; if it is deregistered without liquidation, its shareholder, promoter or capital contributor shall be a party to the case.

第六十五条　借用业务介绍信、合同专用章、盖章的空白合同书或者银行账户的，出借单位和借用人为共同诉讼人。

**Article 65** For the lending of a business letter of introduction, special seal for contractual uses, blank sealed contract or bank account, the lending entity and the borrowing entity shall be co-litigants.

第六十六条　因保证合同纠纷提起的诉讼，债权人向保证人和被保证人一并主张权利的，人民法院应当将保证人和被保证人列为共同被告。保证合同约定为一般保证，债权人仅起诉保证人的，人民法院应当通知被保证人作为共同被告参加诉讼；债权人仅起诉被保证人的，可以只列被保证人为被告。

**Article 66** For an action instituted for a suretyship contract dispute, where the creditor claims its rights against the surety and the debtor, the people's court shall take the surety and the debtor as co-defendants; if the suretyship contract is about a general guarantee and the creditor sues only against the surety, the people's court shall notify the debtor to participate in the action as a codefendant; and if the creditor sues only against the debtor, the people's court may only take the debtor as the defendant.

第六十七条　无民事行为能力人、限制民事行为能力人造成他人损害的，无民事行为能力人、限制民事行为能力人和其监护人为共同被告。

[CLI Code]CLI.3.349767(EN)

**Article 67** Where a person without civil competency or with limited civil competency causes damage to others, the person and the guardian thereof shall be co-defendants.

第六十八条　居民委员会、村民委员会或者村民小组与他人发生民事纠纷的，居民委员会、村民委员会或者有独立财产的村民小组为当事人。

**Article 68** Where a civil dispute arises between a residents' committee, a villagers' committee, or a villagers' group and any other person, the residents' committee, the villagers' committee, or the villagers' group, if the villagers' group has independent property, shall be a party to the case.

第六十九条　对侵害死者遗体、遗骨以及姓名、肖像、名誉、荣誉、隐私等行为提起诉讼的，死者的近亲属为当事人。

**Article 69** For an action instituted against an infringement upon the body, bone, name, image, reputation, honor or privacy of the deceased, a close relative of the deceased shall be a party to the case.

第七十条　在继承遗产的诉讼中，部分继承人起诉的，人民法院应通知其他继承人作为共同原告参加诉讼；被通知的继承人不愿意参加诉讼又未明确表示放弃实体权利的，人民法院仍应将其列为共同原告。

**Article 70** For an action instituted for an inheritance dispute, where only some of the inheritors institute the action, the people's court shall notify other inheritors to participate in the action as co-plaintiffs; if any inheritors as notified are not willing to participate in the action but do not clearly renounce their substantial rights, the people's court shall still take them as co-plaintiffs.

第七十一条　原告起诉被代理人和代理人，要求承担连带责任的，被代理人和代理人为共同被告。

法律更智能 PKULAW.COM

[CLI Code]CLI.3.349767(EN)

**Article 71** Where the plaintiff institutes an action against the principal and the agent, claiming that they are jointly and severally liable, the principal and the agent shall be co-defendants.

原告起诉代理人和相对人，要求承担连带责任的，代理人和相对人为共同被告。

Where the plaintiff institutes an action against the agent and the opposite party, claiming that they are jointly and severally liable, the agent and the opposite party shall be co-defendants.

第七十二条　共有财产权受到他人侵害，部分共有权人起诉的，其他共有权人为共同诉讼人。

**Article 72** If, after the right to a common property is damaged by another person, only some of the common property right holders institute an action, other common property right holders shall be taken as co-litigants.

第七十三条　必须共同进行诉讼的当事人没有参加诉讼的，人民法院应当依照民事诉讼法第一百三十二条的规定，通知其参加；当事人也可以向人民法院申请追加。人民法院对当事人提出的申请，应当进行审查，申请理由不成立的，裁定驳回；申请理由成立的，书面通知被追加的当事人参加诉讼。

**Article 73** Where a party who must participate in a joint action fails to participate in the action, the people's court shall notify the party to participate in the action in accordance with the provision of Article 132 of the Civil Procedure Law, and the party may also request for adding it as a party. The people's court shall examine such a request. If the ground is tenable, the people's court shall issue a ruling to dismiss the request; if the ground is not tenable, the people's court shall notify in writing the added party to participate in the action.

[CLI Code]CLI.3.349767(EN)

第七十四条  人民法院追加共同诉讼的当事人时，应当通知其他当事人。应当追加的原告，已明确表示放弃实体权利的，可不予追加；既不愿意参加诉讼，又不放弃实体权利的，仍应追加为共同原告，其不参加诉讼，不影响人民法院对案件的审理和依法作出判决。

**Article 74** When adding a party to a joint action, the people's court shall notify the other parties. Where a party that shall be added as a plaintiff has expressly renounced its substantial rights, it is permitted to not add the party. A party that is unwilling to participate in the action yet refuses to renounce its substantial rights shall still be added as a co-plaintiff, and its absence in the action will not affect the people's court's trial and judgment of the case.

第七十五条  民事诉讼法第五十三条、第五十四条和第一百九十九条规定的人数众多，一般指十人以上。

**Article 75** As mentioned in Articles 53, 54 and 199 of the Civil Procedure Law, "numerous" generally means ten or more persons.

第七十六条  依照民事诉讼法第五十三条规定，当事人一方人数众多在起诉时确定的，可以由全体当事人推选共同的代表人，也可以由部分当事人推选自己的代表人；推选不出代表人的当事人，在必要的共同诉讼中可以自己参加诉讼，在普通的共同诉讼中可以另行起诉。

**Article 76** In accordance with the provision of Article 53 of the Civil Procedure Law, where the parties on one side of an action are numerous but the exact number of such parties is certain when the action is instituted, all of such parties may recommend their common representatives, or some of such parties may recommend their own representatives. For parties that cannot select representatives, they may participate by themselves in a necessary joint action, or may institute another action in a common joint action.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第七十七条　根据民事诉讼法第五十四条规定，当事人一方人数众多在起诉时不确定的，由当事人推选代表人。当事人推选不出的，可以由人民法院提出人选与当事人协商；协商不成的，也可以由人民法院在起诉的当事人中指定代表人。

Article 77 In accordance with the provision of Article 54 of the Civil Procedure Law, where the parties on one side of an action are numerous but the exact number of such parties is uncertain when the action is instituted, the parties shall recommend representatives. If they cannot recommend one, the people's court may propose one and decide upon consultation with the parties; if such consultation fails, the people's court may specify one among the parties instituting the action.

第七十八条　民事诉讼法第五十三条和第五十四条规定的代表人为二至五人，每位代表人可以委托一至二人作为诉讼代理人。

Article 78 The "representatives" as mentioned in Articles 53 and 54 of the Civil Procedure Law shall be two to five persons, and each representative may have one or two litigation representatives.

第七十九条　依照民事诉讼法第五十四条规定受理的案件，人民法院可以发出公告，通知权利人向人民法院登记。公告期间根据案件的具体情况确定，但不得少于三十日。

Article 79 For a case accepted under Article 54 of the Civil Procedure Law, the people's court may publish a notice to notify right holders to register with the people's court. The period of notification shall be determined in view of the specific circumstances of the case, but may not be less than 30 days.

第八十条　根据民事诉讼法第五十四条规定向人民法院登记的权利人，应当证明其与对方当事人的法律关系和所受到的损害。证明不了的，不予登记，权利人可以另行起诉。人民法院的裁判在登记的范围内执行。未参加登记的权利人提起诉讼，人民法院认定其请求成立的，裁定适用人民法院已作出的判决、裁定。

**Article 80** A right holder registered with the people's court under Article 54 of the Civil Procedure Law shall prove his legal relationship with the other party and the damage he has suffered from. If he fails to do so, registration will not be granted, and he may institute a separate action. The judgment made by the people's court shall be enforced within the scope of registration. When a right holder that has not been registered institutes an action, the people's court shall issue a ruling to apply the judgment or ruling issued by the people's court if upholding his claim.

第八十一条 根据民事诉讼法第五十六条的规定，有独立请求权的第三人有权向人民法院提出诉讼请求和事实、理由，成为当事人；无独立请求权的第三人，可以申请或者由人民法院通知参加诉讼。

**Article 81** In accordance with the provision of Article 56 of the Civil Procedure Law, a third party with an independent claim shall have the right to submit claims, facts and basis to the people's court and become a party to the case, while a third party without an independent claim may participate in the action upon his request or the notification of the people's court.

第一审程序中未参加诉讼的第三人，申请参加第二审程序的，人民法院可以准许。

Where a third party not participating in the action under the procedure at first instance applies to participate in the procedure at second instance, the people's court may grant permission.

第八十二条 在一审诉讼中，无独立请求权的第三人无权提出管辖异议，无权放弃、变更诉讼请求或者申请撤诉，被判决承担民事责任的，有权提起上诉。

**Article 82** In an action of first instance, a third party without an independent claim shall have no right to raise an objection to jurisdiction and shall have no right to relinquish or modify its claims or request for withdrawal of the action, but shall have the right to file an appeal if being ordered to assume civil liability.

 [CLI Code]CLI.3.349767(EN)

第八十三条    在诉讼中，无民事行为能力人、限制民事行为能力人的监护人是他的法定代理人。事先没有确定监护人的，可以由有监护资格的人协商确定；协商不成的，由人民法院在他们之中指定诉讼中的法定代理人。当事人没有民法典第二十七条、第二十八条规定的监护人的，可以指定民法典第三十二条规定的有关组织担任诉讼中的法定代理人。

Article 83 In an action, the guardian of a person without capacity for civil conduct or with limited capacity for civil conduct shall be the person's legal representative. If the guardian has not been determined in advance, the persons qualified for guardianship may determine one upon consultation; if such consultation fails, the people's court shall specify one of them as the person's legal representative in the action. If a party does not have a guardian prescribed in Articles 27 and 28 of the Civil Code, the people's court may specify a relevant organization prescribed in Article 32 of the Civil Code to act as the party's legal representative in the action.

第八十四条    无民事行为能力人、限制民事行为能力人以及其他依法不能作为诉讼代理人的，当事人不得委托其作为诉讼代理人。

Article 84 A party may not authorize a person without civil competency or with limited civil competency or any other party prohibited by the law to act as a legal representative to act as its legal representative.

第八十五条    根据民事诉讼法第五十八条第二款第二项规定，与当事人有夫妻、直系血亲、三代以内旁系血亲、近姻亲关系以及其他有抚养、赡养关系的亲属，可以当事人近亲属的名义作为诉讼代理人。

Article 85 In accordance with the provision of paragraph 2(2), Article 58 of the Civil Procedure Law, a relative with a spousal relationship, lineal consanguinity, collateral consanguinity within three generations, close affinity, or maintenance or support relationship with a party may act as the litigation representative of the party in the name of a close relative of the party.



[CLI Code]CLI.3.349767(EN)

第八十六条　根据民事诉讼法第五十八条第二款第二项规定，与当事人有合法劳动人事关系的职工，可以当事人工作人员的名义作为诉讼代理人。

Article 86 In accordance with the provision of paragraph 2(2), Article 58 of the Civil Procedure Law, an employee with a lawful labor relationship with a party may act as the litigation representative of the party in the name of the party's employee.

第八十七条　根据民事诉讼法第五十八条第二款第三项规定，有关社会团体推荐公民担任诉讼代理人的，应当符合下列条件：

Article 87 In accordance with the provision of paragraph 2(3), Article 58 of the Civil Procedure Law, the following conditions shall be met when a relevant social group recommends a citizen to act as A legal representative:

（一）社会团体属于依法登记设立或者依法免予登记设立的非营利性法人组织；

(1) The social group is a non-profit incorporated organization lawfully registered and formed or lawfully exempted from registration.

（二）被代理人属于该社会团体的成员，或者当事人一方住所地位于该社会团体的活动地域；

(2) The represented party is a member of the social group, or the place of domicile of one party to the case is within the activity area of the social group.

（三）代理事务属于该社会团体章程载明的业务范围；

(3) The matter is within the scope of business as indicated in the articles of association of the social group.



（四）被推荐的公民是该社会团体的负责人或者与该社会团体有合法劳动人事关系的工作人员。

(4) The recommended citizen is the person in charge of the social group or an employee that has a legal labor relationship with the social group.

专利代理人经中华全国专利代理人协会推荐，可以在专利纠纷案件中担任诉讼代理人。

If recommended by All-China Patent Agents Association, a patent agency may act as a litigation representative in a case of patent dispute.

第八十八条　诉讼代理人除根据民事诉讼法第五十九条规定提交授权委托书外，还应当按照下列规定向人民法院提交相关材料：

Article 88 A litigation representative shall submit relevant materials to the people's court according to the following provisions in addition to the power of attorney required by Article 59 of the Civil Procedure Law:

（一）律师应当提交律师执业证、律师事务所证明材料；

(1) A lawyer shall submit his legal professional qualification certificate and the certification documents on his law firm.

（二）基层法律服务工作者应当提交法律服务工作者执业证、基层法律服务所出具的介绍信以及当事人一方位于本辖区内的证明材料；

(2) A basic-level legal service worker shall submit his practice certificate, a reference letter issued by the basic-level legal service office, and the certification documents on the fact that one party to the case is within its jurisdiction.

 [CLI Code]CLI.3.349767(EN)

（三）当事人的近亲属应当提交身份证件和与委托人有近亲属关系的证明材料；

(3) A close relative of the party shall submit his identity certificate and the certification documents on the fact that he is a close relative of the party.

（四）当事人的工作人员应当提交身份证件和与当事人有合法劳动人事关系的证明材料；

(4) An employee of the party shall submit his identity certificate and the certification documents on his legal labor relationship with the party.

（五）当事人所在社区、单位推荐的公民应当提交身份证件、推荐材料和当事人属于该社区、单位的证明材料；

(5) A citizen recommended by the community or employer of the party shall submit his identity certificate, the recommendation materials, and the certification documents on the fact that the party belongs to the community or employer.

（六）有关社会团体推荐的公民应当提交身份证件和符合本解释第八十七条规定条件的证明材料。

(6) A citizen recommended by a relevant social group shall submit his identity certificate and the certification materials on satisfaction of the conditions as set out in Article 87 of this Interpretation.

第八十九条　当事人向人民法院提交的授权委托书，应当在开庭审理前送交人民法院。授权委托书仅写"全权代理"而无具体授权的，诉讼代理人无权代为承认、放弃、变更诉讼请求，进行和解，提出反诉或者提起上诉。

Article 89 The power of attorney to be submitted by a party to the people's court shall be submitted before the court session. If the power of attorney only states the words "general agency" without a

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

specific authorization, the litigation representative shall have no right to admit, waive or alter claims, conduct mediation, or file a counterclaim or appeal for the party.

适用简易程序审理的案件，双方当事人同时到庭并径行开庭审理的，可以当场口头委托诉讼代理人，由人民法院记入笔录。

For a case tried under summary procedure, where both parties appear before the court at the same time and a court session is held to try the case, they may retain litigation representatives verbally on the spot, which shall be included in the transcripts by the people's court.

## 四、证据

**IV**. Evidence

第九十条　当事人对自己提出的诉讼请求所依据的事实或者反驳对方诉讼请求所依据的事实，应当提供证据加以证明，但法律另有规定的除外。

**Article 90** A party shall provide evidence to prove the facts on which his claims are based or to repudiate the facts on which the claims of the other party are based, unless it is otherwise prescribed by any law.

在作出判决前，当事人未能提供证据或者证据不足以证明其事实主张的，由负有举证证明责任的当事人承担不利的后果。

Where a party fails to provide evidence or the evidence provided is insufficient to support his claims before a judgment is entered, the party bearing the burden of proof shall take the adverse consequences.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

第九十一条　人民法院应当依照下列原则确定举证证明责任的承担，但法律另有规定的除外：

Article 91 A people's court shall determine the carrying of burden of proof under the following principles, unless it is otherwise prescribed by any law:

（一）主张法律关系存在的当事人，应当对产生该法律关系的基本事实承担举证证明责任；

(1) A party claiming the existence of a legal relationship shall carry the burden of proof on the basic facts giving rise to the legal relationship.

（二）主张法律关系变更、消灭或者权利受到妨害的当事人，应当对该法律关系变更、消灭或者权利受到妨害的基本事实承担举证证明责任。

(2) A party claiming the modification or extinction of a legal relationship or the impairment of a right shall carry the burden of proof on the basic facts about the modification or extinction of a legal relationship or the impairment of a right.

第九十二条　一方当事人在法庭审理中，或者在起诉状、答辩状、代理词等书面材料中，对于己不利的事实明确表示承认的，另一方当事人无需举证证明。

Article 92 Where one party expressly acknowledges the facts unfavorable to it in a court session or in such a written material as the written complaint, written statement of defense or statement of attorney, the other party does not need to provide proof.

对于涉及身份关系、国家利益、社会公共利益等应当由人民法院依职权调查的事实，不适用前款自认的规定。

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

For facts concerning an identity relationship, national interests or public interests which the people's court shall investigate into based on their powers and functions, the preceding paragraph shall not apply.

自认的事实与查明的事实不符的，人民法院不予确认。

Where the facts acknowledged by a party are inconsistent with the facts verified, the people's court will not confirm them.

第九十三条　下列事实，当事人无须举证证明：

**Article 93** A party need not provide evidence for the following facts:

（一）自然规律以及定理、定律；

(1) Natural laws and theorems.

（二）众所周知的事实；

(2) Facts known to all.

（三）根据法律规定推定的事实；

(3) Facts deduced from legal provisions.

（四）根据已知的事实和日常生活经验法则推定出的另一事实；

(4) Facts established on the basis of known facts and daily life experience.

（五）已为人民法院发生法律效力的裁判所确认的事实；

(5) Facts confirmed by effective rulings issued by people's courts.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

（六）已为仲裁机构生效裁决所确认的事实；

(6) Facts confirmed by effective awards rendered by arbitration agencies.

（七）已为有效公证文书所证明的事实。

(7) Facts proven by effective notarization documents.

前款第二项至第四项规定的事实，当事人有相反证据足以反驳的除外；第五项至第七项规定的事实，当事人有相反证据足以推翻的除外。

The facts mentioned in subparagraphs (2) through (4) shall be excluded if the party has contrary evidence that suffices to refute, and the facts mentioned in subparagraphs (5) through (7) shall be excluded if the party has contrary evidence that suffices to overturn.

**第九十四条** 民事诉讼法第六十四条第二款规定的当事人及其诉讼代理人因客观原因不能自行收集的证据包括：

**Article 94** The evidence that a party and its litigation representative are unable to collect for some objective reasons as mentioned in paragraph 2, Article 64 of the Civil Procedure Law includes:

（一）证据由国家有关部门保存，当事人及其诉讼代理人无权查阅调取的；

(1) Evidence that is preserved by the relevant state authority and to which both the party and its litigation representative have no access for consulting and taking.

（二）涉及国家秘密、商业秘密或者个人隐私的；

(2) Evidence concerning state secrets, trade secrets or personal privacy.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

（三）当事人及其诉讼代理人因客观原因不能自行收集的其他证据。

(3) Other evidence that the party and its litigation representative are unable to collect for some objective reasons

当事人及其诉讼代理人因客观原因不能自行收集的证据，可以在举证期限届满前书面申请人民法院调查收集。

For evidence that a party and its litigation representative are unable to collect for some objective reasons, the party may apply in written to the people's court for investigation and collection before the expiry of the evidence-producing term.

第九十五条　当事人申请调查收集的证据，与待证事实无关联、对证明待证事实无意义或者其他无调查收集必要的，人民法院不予准许。

Article 95 If the evidence that a party applies for investigation and collection is irrelevant or meaningless to the facts to be proven or is otherwise unnecessary to collect upon investigation, the people's court shall not approve.

第九十六条　民事诉讼法第六十四条第二款规定的人民法院认为审理案件需要的证据包括：

Article 96 The evidence that the people's court considers necessary for trying a case as mentioned in paragraph 2, Article 64 of the Civil Procedure Law includes:

（一）涉及可能损害国家利益、社会公共利益的；

(1) Evidence that may damage national interests or public interests.

（二）涉及身份关系的；

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

(2) Evidence concerning any identity relationship.

（三）涉及民事诉讼法第五十五条规定诉讼的；

(3) Evidence concerning an action mentioned in Article 55 of the Civil Procedure Law.

（四）当事人有恶意串通损害他人合法权益可能的；

(4) There is a possibility that the parties, maliciously in collusion, attempt to infringe upon the lawful rights and interests of others.

（五）涉及依职权追加当事人、中止诉讼、终结诉讼、回避等程序性事项的。

(5) Evidence concerning such procedural matters as adding a party, suspending the trial, terminating the trial and disqualification based on its powers and functions.

除前款规定外，人民法院调查收集证据，应当依照当事人的申请进行。

Except for the evidence mentioned in the preceding paragraph, the people's court shall investigate and collect evidence upon the application of a party.

第九十七条　人民法院调查收集证据，应当由两人以上共同进行。调查材料要由调查人、被调查人、记录人签名、捺印或者盖章。

Article 97 A people's court shall assign two or more persons to jointly investigate and collect evidence. The investigation materials shall be signed, fingerprinted or sealed by the investigators, the respondent and the recording personnel.

第九十八条　当事人根据民事诉讼法第八十一条第一款规定申请证据保全的，可以在举证期限届满前书面提出。

[CLI Code]CLI.3.349767(EN)

**Article 98** A party that applies for evidence preservation in accordance with the provision of paragraph 1, Article 81 of the Civil Procedure Law may submit an application in writing before the expiration of the time limit for adducing evidence.

证据保全可能对他人造成损失的，人民法院应当责令申请人提供相应的担保。

Where evidence preservation may cause any loss to others, the people's court shall order the party to provide corresponding security.

**第九十九条** 人民法院应当在审理前的准备阶段确定当事人的举证期限。举证期限可以由当事人协商，并经人民法院准许。

**Article 99** A people's court shall determine the time limit for adducing evidence by a party during the preparatory stage before trial. The time limit for adducing evidence may be negotiated by the parties, subject to permission of the people's court.

人民法院确定举证期限，第一审普通程序案件不得少于十五日，当事人提供新的证据的第二审案件不得少于十日。

The time limit for adducing evidence determined by a people's court shall not be less than 15 days for a case under the formal procedure at first instance, and shall not be less than 10 days for a case under the procedure at second instance in which a party provides new evidence.

举证期限届满后，当事人对已经提供的证据，申请提供反驳证据或者对证据来源、形式等方面的瑕疵进行补正的，人民法院可以酌情再次确定举证期限，该期限不受前款规定的限制。

Where a party applies for providing rebuttal evidence against evidence provided or providing supplements and corrections for defects in the source, form, and other aspects of evidence after the expiry of the time limit for adducing evidence, a people's court may, at its discretion, re-determine

the time limit for adducing evidence, which is not subject to the provision of the preceding paragraph.

第一百条　当事人申请延长举证期限的，应当在举证期限届满前向人民法院提出书面申请。

**Article 100** A party that applies for an extension the time limit for adducing evidence shall submit an application in writing before the expiration of the time limit for adducing evidence.

申请理由成立的，人民法院应当准许，适当延长举证期限，并通知其他当事人。延长的举证期限适用于其他当事人。

Where the grounds for the application are tenable, a people's court shall grant permission, appropriately extend the time limit for adducing evidence, and notify other parties. The extended time limit for adducing evidence shall be applicable to other parties.

申请理由不成立的，人民法院不予准许，并通知申请人。

Where the grounds for the application are not tenable, the people's court shall not grant permission, but shall notify the applicant.

第一百零一条　当事人逾期提供证据的，人民法院应当责令其说明理由，必要时可以要求其提供相应的证据。

**Article 101** Where a party provides any evidence beyond the time limit, the people's court shall order the party to provide an explanation, and may request the party to provide corresponding evidence, if necessary.

[CLI Code]CLI.3.349767(EN)

当事人因客观原因逾期提供证据，或者对方当事人对逾期提供证据未提出异议的，视为未逾期。

Where a party provides evidence beyond the time limit for objective reasons or the other party does not raise any objection against the evidence provided beyond the time limit, it is not deemed overdue.

**第一百零二条**　当事人因故意或者重大过失逾期提供的证据，人民法院不予采纳。但该证据与案件基本事实有关的，人民法院应当采纳，并依照民事诉讼法第六十五条、第一百一十五条第一款的规定予以训诫、罚款。

**Article 102** Evidence provided by a party beyond the time limit deliberately or due to gross negligence shall be inadmissible by a people's court. But the evidence that is related to the basic facts of the case shall be admissible by the people's court, which shall impose an admonition or a fine in accordance with the provisions of Article 65 and paragraph 1, Article 115 of the Civil Procedure Law.

当事人非因故意或者重大过失逾期提供的证据，人民法院应当采纳，并对当事人予以训诫。

Evidence provided by a party beyond the time limit not deliberately or due to gross negligence shall be admissible by a people's court, which shall impose an admonition on the party.

当事人一方要求另一方赔偿因逾期提供证据致使其增加的交通、住宿、就餐、误工、证人出庭作证等必要费用的，人民法院可予支持。

Where a party claims compensation by the other party for costs of transportation, accommodation, meals, lost labor, witness presenting at court, and other necessary expenses arising from overdue provision of evidence, a people's court may support the claim.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

第一百零三条　证据应当在法庭上出示，由当事人互相质证。未经当事人质证的证据，不得作为认定案件事实的根据。

**Article 103** Evidence shall be presented in court and cross-examined by the parties. Evidence without cross-examination by the parties shall not be regarded as the basis for deciding the facts of a case.

当事人在审理前的准备阶段认可的证据，经审判人员在庭审中说明后，视为质证过的证据。

A party's evidence admissible during the preparatory phase before hearing is deemed evidence cross-examined upon explanation by judges during court hearing.

涉及国家秘密、商业秘密、个人隐私或者法律规定应当保密的证据，不得公开质证。

Evidence that involves any state secret, trade secret and individual privacy or shall be kept confidential according to the law shall not be cross-examined in public.

第一百零四条　人民法院应当组织当事人围绕证据的真实性、合法性以及与待证事实的关联性进行质证，并针对证据有无证明力和证明力大小进行说明和辩论。

**Article 104** A people's court shall organize the parties to make cross-examination on the authenticity and legitimacy of evidence and the relevance of the evidence to be investigated, and explain and debate on the existence or not and degree of the probative force of the evidence.

能够反映案件真实情况、与待证事实相关联、来源和形式符合法律规定的证据，应当作为认定案件事实的根据。

Evidence that can reflect the reality of a case and is related with the facts to be proved and whose source and form conform to the provisions of laws shall be a basis for deciding the facts of a case.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第一百零五条　人民法院应当按照法定程序，全面、客观地审核证据，依照法律规定，运用逻辑推理和日常生活经验法则，对证据有无证明力和证明力大小进行判断，并公开判断的理由和结果。

**Article 105** A people's court shall, in accordance with legal procedures, comprehensively and objectively examine and verify evidence; utilize logical reasoning and daily life rules to judge the existence of the probative force of evidence or not and the degree of the probative force according to the law and publicize the reasons and results of the judgment.

第一百零六条　对以严重侵害他人合法权益、违反法律禁止性规定或者严重违背公序良俗的方法形成或者获取的证据，不得作为认定案件事实的根据。

**Article 106** Evidence formed or acquired by serious infringement upon the lawful rights and interests of others, violation of the law prohibitions or serious breach of public order and good custom shall not be a basis for deciding the facts of a case.

第一百零七条　在诉讼中，当事人为达成调解协议或者和解协议作出妥协而认可的事实，不得在后续的诉讼中作为对其不利的根据，但法律另有规定或者当事人均同意的除外。

**Article 107** In lawsuits, facts accepted by the parties by compromise for the purpose of reaching a reconciliation agreement or a settlement agreement shall not be regarded as basis adverse thereto in the subsequent lawsuits, except as otherwise specified by laws or agreed by the parties.

第一百零八条　对负有举证证明责任的当事人提供的证据，人民法院经审查并结合相关事实，确信待证事实的存在具有高度可能性的，应当认定该事实存在。

**Article 108** For evidence provided by a party who bears the burden of proof, where a people's court finds out high possibility of existence of the facts to be investigated upon examination in combination with relevant facts, it shall be held that the facts exist.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

对一方当事人为反驳负有举证证明责任的当事人所主张事实而提供的证据，人民法院经审查并结合相关事实，认为待证事实真伪不明的，应当认定该事实不存在。

For evidence provided by a party for the purpose of refuting the facts claimed by the party who bears the burden of proof, where a people's court believes whether the facts to be investigated are true or false is not clear upon examination in combination with relevant facts, it shall be held that the facts do not exist.

法律对于待证事实所应达到的证明标准另有规定的，从其规定。

Where a law provides otherwise for the evidence standards for the facts to be proved, such standards shall prevail.

第一百零九条　当事人对欺诈、胁迫、恶意串通事实的证明，以及对口头遗嘱或者赠与事实的证明，人民法院确信该待证事实存在的可能性能够排除合理怀疑的，应当认定该事实存在。

Article 109 For proof of facts concerning fraud, duress, and malicious collusion, as well as proof of facts concerning oral will or gift by a party, where a people's court is convinced that the possibility for the existence of the facts to be investigated are beyond a reasonable doubt, it shall be held that such facts exist.

第一百一十条　人民法院认为有必要的，可以要求当事人本人到庭，就案件有关事实接受询问。在询问当事人之前，可以要求其签署保证书。

Article 110 A people's court, if considers it necessary, may require the parties to appear in court in person, for questioning on the relevant facts of a case; and may request the parties to sign letters of guarantee before questioning.



[CLI Code]CLI.3.349767(EN)

保证书应当载明据实陈述、如有虚假陈述愿意接受处罚等内容。当事人应当在保证书上签名或者捺印。

The letters of guarantee shall specify that statements are to be made according to the facts and the statement maker will be willing to accept punishment if any misrepresentation is made, and so on. The parties shall sign or affix seals on the letters of guarantee.

负有举证证明责任的当事人拒绝到庭、拒绝接受询问或者拒绝签署保证书，待证事实又欠缺其他证据证明的，人民法院对其主张的事实不予认定。

Where a party who bears the burden of proof refuses to appear in court, accept questioning, or sign the letter of guarantee, and there is lack of other evidence to prove the facts to be investigated, a people's court shall not assert the facts claimed.

第一百一十一条　民事诉讼法第七十条规定的提交书证原件确有困难，包括下列情形：

Article 111 Where it is indeed difficult to provide the original copy of documentary evidence as set forth in Article 70 of the Civil Procedure Law, including the following circumstances:

（一）书证原件遗失、灭失或者毁损的；

(1) The original copy of documentary evidence is lost, extinguished or damaged.

（二）原件在对方当事人控制之下，经合法通知提交而拒不提交的；

(2) The original copy, under control of the other party, is refused to be submitted despite lawful notification of submission.

（三）原件在他人控制之下，而其有权不提交的；

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.349767(EN)

(3) The original copy is under the control of another person who is entitled not to submit it.

（四）原件因篇幅或者体积过大而不便提交的；

(4) It is inconvenient to submit the original copy because of excess space or volume.

（五）承担举证证明责任的当事人通过申请人民法院调查收集或者其他方式无法获得书证原件的。

(5) A party who bears the burden of proof is unable to obtain the original copy of documentary evidence through applying for investigation and collection by a people's court or other ways.

前款规定情形，人民法院应当结合其他证据和案件具体情况，审查判断书证复制品等能否作为认定案件事实的根据。

Under the aforesaid circumstances, a people's court shall review to determine whether the duplicate of the documentary evidence is able to be regarded as the basis for deciding the facts of a case, in combination with other evidence and the specific circumstances of the case.

第一百一十二条　书证在对方当事人控制之下的，承担举证证明责任的当事人可以在举证期限届满前书面申请人民法院责令对方当事人提交。

Article 112 Where the documentary evidence is under the control of the other party, the party who bears the burden of proof may submit a written application requesting the people's court to order the other party to submit it before the expiry of the time limit for adducing evidence.

申请理由成立的，人民法院应当责令对方当事人提交，因提交书证所产生的费用，由申请人负担。对方当事人无正当理由拒不提交的，人民法院可以认定申请人所主张的书证内容为真实。



[CLI Code]CLI.3.349767(EN)

Where the grounds for the application are tenable, a people's court shall order the other party to submit. The expenses arising from the submission of documentary evidence shall be assumed by the applicant. Where the other party refuses to submit without justified reason, a people's court may identify that the contents of the documentary evidence adduced by the applicant are true.

第一百一十三条　持有书证的当事人以妨碍对方当事人使用为目的，毁灭有关书证或者实施其他致使书证不能使用行为的，人民法院可以依照民事诉讼法第一百一十一条规定，对其处以罚款、拘留。

**Article 113** Where a party holding the documentary evidence destroys relevant documentary evidence or implements other behavior that makes the documentary evidence be unable to be used for the purpose of impeding the use by the other party, a people's court may, in accordance with the provision of Article 111 of the Civil Procedure Law, impose a fine or detention.

第一百一十四条　国家机关或者其他依法具有社会管理职能的组织，在其职权范围内制作的文书所记载的事项推定为真实，但有相反证据足以推翻的除外。必要时，人民法院可以要求制作文书的机关或者组织对文书的真实性予以说明。

**Article 114** The matters recorded in the documents prepared by a State organ or another organization with social management functions according to law within their scope of functions shall be presumed to be true, except as otherwise overthrown by sufficient contrary evidence. When necessary, a people's court may request the organ or organization to explain the authenticity of the documents.

第一百一十五条　单位向人民法院提出的证明材料，应当由单位负责人及制作证明材料的人员签名或者盖章，并加盖单位印章。人民法院就单位出具的证明材料，可以向单位及制作证明材料的人员进行调查核实。必要时，可以要求制作证明材料的人员出庭作证。

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.349767(EN)

**Article 115** The evidentiary materials produced by an entity to a people's court shall be signed or sealed by the person in charge and the preparer of the entity, with the seal of the entity to be affixed. A people's court may conduct an investigation of the evidentiary materials on the entity and the preparer of the evidentiary materials. If necessary, the preparer of the evidentiary material may be requested to appear in court as a witness.

单位及制作证明材料的人员拒绝人民法院调查核实，或者制作证明材料的人员无正当理由拒绝出庭作证的，该证明材料不得作为认定案件事实的根据。

Where an entity and a preparer of the evidentiary materials refuse the investigation of a people's court or a preparer of the evidentiary materials refuses to appear in court without justified reasons, the evidentiary materials shall not be a basis for deciding the facts of a case.

**第一百一十六条**　视听资料包括录音资料和影像资料。

**Article 116** Audio-visual recordings shall include audio recordings and video recordings.

电子数据是指通过电子邮件、电子数据交换、网上聊天记录、博客、微博客、手机短信、电子签名、域名等形成或者存储在电子介质中的信息。

Electronic data shall include e-mails, electronic data interchange, online chatting records, blog, micro-blog, SMS, electronic signatures, domains and other information formed or stored in electronic media.

存储在电子介质中的录音资料和影像资料，适用电子数据的规定。

The provisions on electronic data shall apply to the audio recordings and video recordings stored in electronic media.

**第一百一十七条**　当事人申请证人出庭作证的，应当在举证期限届满前提出。



[CLI Code]CLI.3.349767(EN)

**Article 117** A party that applies for the presence of a witness in court shall propose before the expiry of the time limit for adducing evidence.

符合本解释第九十六条第一款规定情形的，人民法院可以依职权通知证人出庭作证。
Where the circumstances as set forth in paragraph 1, Article 96 of these Interpretations are satisfied, a people's court may notify witnesses of testifying in court according to the powers.

未经人民法院通知，证人不得出庭作证，但双方当事人同意并经人民法院准许的除外。
Without notice by a people's court, a witness may not testify in court, except as agreed by the two parties and permitted by a people's court.

**第一百一十八条**　民事诉讼法第七十四条规定的证人因履行出庭作证义务而支出的交通、住宿、就餐等必要费用，按照机关事业单位工作人员差旅费用和补贴标准计算；误工损失按照国家上年度职工日平均工资标准计算。
**Article 118** The travel, room and board, meal, and other necessary expenses of a witness for performing his or her obligation of testifying in court as set forth in Article 74 of the Civil Procedure Law shall be calculated according to the standards of travel expenses and subsidies for staff of organs and public institutions. Loss of working time shall be calculated as per the standard of national average daily pay of employees in the prior year.

人民法院准许证人出庭作证申请的，应当通知申请人预缴证人出庭作证费用。
A people's court allowing witnesses to testify in court shall notify the applicant of prepaying the expenses of witness presenting at court.

Saved on: 06/28/2026

 [CLI Code]CLI.3.349767(EN)

第一百一十九条　人民法院在证人出庭作证前应当告知其如实作证的义务以及作伪证的法律后果，并责令其签署保证书，但无民事行为能力人和限制民事行为能力人除外。

**Article 119** A people's court shall inform the witness of the obligation of testifying truthfully and the legal consequence of giving false testimony and order the witness to sign a letter of guarantee, before the witness appears in court to testify, except persons without capacity for civil conduct and persons with limited capacity for civil conduct.

证人签署保证书适用本解释关于当事人签署保证书的规定。

The relevant provisions of these Interpretations shall apply to parties' signing of a letter of guarantee.

第一百二十条　证人拒绝签署保证书的，不得作证，并自行承担相关费用。

**Article 120** A witness who refuses to sign a letter of guarantee shall not testify and shall assume relevant expenses.

第一百二十一条　当事人申请鉴定，可以在举证期限届满前提出。申请鉴定的事项与待证事实无关联，或者对证明待证事实无意义的，人民法院不予准许。

**Article 121** A party that applies for identification may propose before the expiry of the time limit for adducing evidence. Matters applied for identification which are irrelevant to the facts to be investigated or meaningless for the facts to be investigated shall not be permitted by a people's court.

人民法院准许当事人鉴定申请的，应当组织双方当事人协商确定具备相应资格的鉴定人。当事人协商不成的，由人民法院指定。

A people's court that permits the parties to apply for identification shall organize the parties to determine the qualified identification experts upon negotiations. Where negotiations of parties fail, identifiers shall be designated by a people's court.

Saved on: 06/28/2026

北大 法宝 让法律更智能
PKULAW.COM

[CLI Code]CLI.3.349767(EN)

符合依职权调查收集证据条件的，人民法院应当依职权委托鉴定，在询问当事人的意见后，指定具备相应资格的鉴定人。

Where the conditions for investigating and collecting evidence according to the powers are satisfied, a people's court shall entrust identification according to the powers and designate qualified identification experts after seeking opinions of the parties.

第一百二十二条　当事人可以依照民事诉讼法第七十九条的规定，在举证期限届满前申请一至二名具有专门知识的人出庭，代表当事人对鉴定意见进行质证，或者对案件事实所涉及的专业问题提出意见。

Article 122 A party may, in accordance with the provisions of Article 79 of the Civil Procedure Law, apply for inviting one to two persons with expertise to appear in court to conduct cross-examination on the expert opinions on behalf of the party or propose opinions on the specialized issues involved in the facts of a case, before the expiry of the time limit for adducing evidence.

具有专门知识的人在法庭上就专业问题提出的意见，视为当事人的陈述。

Opinions proposed by persons with expertise in court on the specialized issues are deemed statements of the parties.

人民法院准许当事人申请的，相关费用由提出申请的当事人负担。

Where an application of a party is permitted by a people's court, relevant expenses shall be assumed by the applying party.

Saved on: 06/28/2026

第一百二十三条　人民法院可以对出庭的具有专门知识的人进行询问。经法庭准许，当事人可以对出庭的具有专门知识的人进行询问，当事人各自申请的具有专门知识的人可以就案件中的有关问题进行对质。

**Article 123** A people's court may cross-examine persons with expertise appearing in court. Permitted by the court, the parties may cross-examine persons with expertise appearing in court. Persons with expertise respectively applied for by the parties may confront on relevant issues of a case.

具有专门知识的人不得参与专业问题之外的法庭审理活动。

Persons with expertise may not participate in court hearing activities other than those on the specialized issues.

第一百二十四条　人民法院认为有必要的，可以根据当事人的申请或者依职权对物证或者现场进行勘验。勘验时应当保护他人的隐私和尊严。

**Article 124** A people's court, where it considers necessary, may survey the physical evidence or site according to the application of a party or the powers. The privacy and dignity of others shall be protected in survey.

人民法院可以要求鉴定人参与勘验。必要时，可以要求鉴定人在勘验中进行鉴定。

A people's court may require the identification expert to participate in the survey; and may require the identification expert to conduct identification in survey.

五、期间和送达

**V**. Periods and Service of Process



[CLI Code]CLI.3.349767(EN)

第一百二十五条　依照民事诉讼法第八十二条第二款规定，民事诉讼中以时起算的期间从次时起算；以日、月、年计算的期间从次日起算。

Article 125 In accordance with the provision of paragraph 2, Article 82 of the Civil Procedure Law, all the time periods calculated by hour in civil proceedings shall start from the next hour. Periods calculated by day, month and year shall start from the next day.

第一百二十六条　民事诉讼法第一百二十三条规定的立案期限，因起诉状内容欠缺通知原告补正的，从补正后交人民法院的次日起算。由上级人民法院转交下级人民法院立案的案件，从受诉人民法院收到起诉状的次日起算。

Article 126 The time limit for docketing a case as prescribed in Article 123 of the Civil Procedure Law, if the bill of complaint is not complete and the plaintiff is notified of supplementing it, shall start from the next day after the plaintiff has supplemented the bill of complaint. For a case transferred to a people's court at a lower level by a people's court at a higher level, it shall start from the next day after the people's court in which the action is instituted receives the bill of complaint.

第一百二十七条　民事诉讼法第五十六条第三款、第二百零五条以及本解释第三百七十四条、第三百八十四条、第四百零一条、第四百二十二条、第四百二十三条规定的六个月，民事诉讼法第二百二十三条规定的一年，为不变期间，不适用诉讼时效中止、中断、延长的规定。

Article 127 The period of six months as prescribed in paragraph 3, Article 56 and Article 205 of the Civil Procedure Law and Articles 374, 384, 401, 422, and 423 of this Interpretation and the period of one year as prescribed in Article 223 of the Civil Procedure Law shall be the invariable periods to which the provisions on the suspension, interruption or extension of time limitations for instituting an action shall not apply.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第一百二十八条　再审案件按照第一审程序或者第二审程序审理的，适用民事诉讼法第一百四十九条、第一百七十六条规定的审限。审限自再审立案的次日起算。

**Article 128** Where a case is retried under the procedure at first instance or the procedure at second instance, the time limit for completing the trial as prescribed in Article 149 and Article 176 of the Civil Procedure Law shall apply. The time limit for completing the trial shall start from the next day after the retrial case is docketed.

第一百二十九条　对申请再审案件，人民法院应当自受理之日起三个月内审查完毕，但公告期间、当事人和解期间等不计入审查期限。有特殊情况需要延长的，由本院院长批准。

**Article 129** A people's court shall complete the review of a retrial case within three months upon the receipt of the application. However, the announcement period, the periods for reconciliation of the litigants, and other periods shall not be included in the period of review. Extension, if necessary, under special circumstances, shall be subject to approval of the president of the court.

第一百三十条　向法人或者其他组织送达诉讼文书，应当由法人的法定代表人、该组织的主要负责人或者办公室、收发室、值班室等负责收件的人签收或者盖章，拒绝签收或者盖章的，适用留置送达。

**Article 130** For the service of litigation documents on a legal person or other organization, the legal representative of the legal person or the main person in-charge of the organization or the person in the office, mail room or janitor's room responsible for receipt of mails shall sign for litigation documents or affix seals; otherwise, the service by leaving the rejected legal document at the place of abode shall be applied.

民事诉讼法第八十六条规定的有关基层组织和所在单位的代表，可以是受送达人住所地的居民委员会、村民委员会的工作人员以及受送达人所在单位的工作人员。

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

The representatives of relevant grassroots organizations and entities as provided in Article 86 of the Civil Procedure Law may be neighborhood committees of the recipients, employees of the villagers' committees, and employees of the entities of the recipients.

第一百三十一条　人民法院直接送达诉讼文书的，可以通知当事人到人民法院领取。当事人到达人民法院，拒绝签署送达回证的，视为送达。审判人员、书记员应当在送达回证上注明送达情况并签名。

**Article 131** For the service of litigation documents directly served by a people's court, the parties may be notified of receiving at the people's court. Where a party refuses to sign a service acknowledgement at the people's court, it is deemed served. Judges and court clerks shall indicate the situation of service and sign on the service acknowledgement.

人民法院可以在当事人住所地以外向当事人直接送达诉讼文书。当事人拒绝签署送达回证的，采用拍照、录像等方式记录送达过程即视为送达。审判人员、书记员应当在送达回证上注明送达情况并签名。

A people's court may directly serve the litigation document on parties in locations other than the places of their domiciles. Where a party refuses to sign a service acknowledgement, the service of process shall be recorded by photograph, video and other means, and the process is deemed served. Judges and court clerks shall indicate the situation of service and sign on the service acknowledgement.

第一百三十二条　受送达人有诉讼代理人的，人民法院既可以向受送达人送达，也可以向其诉讼代理人送达。受送达人指定诉讼代理人为代收人的，向诉讼代理人送达时，适用留置送达。

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

**Article 132** If the recipient has a litigation representative, the people's court may serve the legal document either on the recipient or on his litigation representative. If the recipient has designated his litigation representative for receipt of legal document, the service by leaving the rejected legal document at the place of abode may be applied in the case of service of a legal document on the litigation representative.

第一百三十三条 调解书应当直接送达当事人本人，不适用留置送达。当事人本人因故不能签收的，可由其指定的代收人签收。

**Article 133** A consent judgment shall be served directly on the parties concerned, and the service by leaving the rejected legal document at the place of abode shall not be applied. If any parties concerned cannot sign for the consent judgment by himself for certain reasons, he can designate an agent for doing so.

第一百三十四条 依照民事诉讼法第八十八条规定，委托其他人民法院代为送达的，委托法院应当出具委托函，并附需要送达的诉讼文书和送达回证，以受送达人在送达回证上签收的日期为送达日期。

**Article 134** If a litigation document is served by the entrusted people's court in accordance with the provision of Article 88 of the Civil Procedure Law, the entrusting people's court shall issue a power of attorney and attach the litigation document for service and the service acknowledgement, and the date stated by the recipient on the service acknowledgement shall be the date of service.

委托送达的，受委托人民法院应当自收到委托函及相关诉讼文书之日起十日内代为送达。

For a service of process through entrustment, the entrusted people's court shall vicariously complete service of process within ten days upon receipt of the letter of entrustment and relevant litigation documents.

Saved on: 06/28/2026

第一百三十五条　电子送达可以采用传真、电子邮件、移动通信等即时收悉的特定系统作为送达媒介。

**Article 135** Process may be served electronically via fax, email, mobile communications and other specific systems.

民事诉讼法第八十七条第二款规定的到达受送达人特定系统的日期，为人民法院对应系统显示发送成功的日期，但受送达人证明到达其特定系统的日期与人民法院对应系统显示发送成功的日期不一致的，以受送达人证明到达其特定系统的日期为准。

The date of reaching the specific system of the person to be served as provided in paragraph 2, Article 87 of the Civil Procedure Law shall be the date of successful service of process as indicated in the corresponding system of the people's court. However, where the date of reaching the specific system as proved by the person to be served is inconsistent with the date of successful service of process as indicated in the corresponding system of the people's court, the former shall prevail.

第一百三十六条　受送达人同意采用电子方式送达的，应当在送达地址确认书中予以确认。

**Article 136** Where a person to be served agrees to adopt electronic service, it shall be confirmed in the confirmation form for service address.

第一百三十七条　当事人在提起上诉、申请再审、申请执行时未书面变更送达地址的，其在第一审程序中确认的送达地址可以作为第二审程序、审判监督程序、执行程序的送达地址。

**Article 137** Where a party does not change the address for service in writing in application for appeal, retrial or execution, his address for service as confirmed in the procedure of the first instance may be

the address for service of the procedure of the second instance, the procedure of supervision of adjudication, and the execution procedure.

第一百三十八条　公告送达可以在法院的公告栏和受送达人住所地张贴公告，也可以在报纸、信息网络等媒体上刊登公告，发出公告日期以最后张贴或者刊登的日期为准。对公告送达方式有特殊要求的，应当按要求的方式进行。公告期满，即视为送达。

Article 138 For the service of process by announcement, an announcement shall be posted on the bulletin board of the court or at the domicile of the person to be served. An announcement may also be published in newspaper, information networks and other media. The last posting or publishing date shall prevail for the date of announcement. Where there are special requirements for the service by announcement, the announcement shall be made in the required manner. After expiration of the term of announcement, the process is deemed served.

人民法院在受送达人住所地张贴公告的，应当采取拍照、录像等方式记录张贴过程。

Where a people's court posts an announcement at a domicile of the person to be served, the process of posting shall be recorded by photograph, video and other means.

第一百三十九条　公告送达应当说明公告送达的原因；公告送达起诉状或者上诉状副本的，应当说明起诉或者上诉要点，受送达人答辩期限及逾期不答辩的法律后果；公告送达传票，应当说明出庭的时间和地点及逾期不出庭的法律后果；公告送达判决书、裁定书的，应当说明裁判主要内容，当事人有权上诉的，还应当说明上诉权利、上诉期限和上诉的人民法院。

Article 139 The reasons for service of process by announcement shall be explained. For the service of the duplicate of a bill of complaint or a petition for appeal by announcement, the people's court shall indicate the key points of complaint or appeal, the term for the person to be served to make

[CLI Code]CLI.3.349767(EN)

defense as well as the legal consequences if the recipient fails to make defense within the stipulated term. For the service of a summons by announcement, the people's court shall indicate the place and time for court appearance as well as the legal consequences for failure to appear in court at the designated place and time. For the service of a judgment or ruling, the people's court shall indicate main adjudication items, as well as the rights of appeal, term of appeal and the appellate people's court, where a party is entitled to appeal.

第一百四十条　适用简易程序的案件，不适用公告送达。

**Article 140** Where a case is heard under summary procedure, service by announcement shall not be applicable.

第一百四十一条　人民法院在定期宣判时，当事人拒不签收判决书、裁定书的，应视为送达，并在宣判笔录中记明。

**Article 141** If any party rejects to sign for a judgment or ruling when the people's court pronounces a judgment or ruling at fixed time, the process is deemed served, and the circumstance shall be indicated in the transcripts of pronouncement.

六、调解

**VI**. Mediation

第一百四十二条　人民法院受理案件后，经审查，认为法律关系明确、事实清楚，在征得当事人双方同意后，可以径行调解。

**Article 142** If, after acceptance of a case, the people's court considers upon examination that the legal relationship is explicit and facts are clear, it can directly conduct mediation after having solicited the consent of both parties.



[CLI Code]CLI.3.349767(EN)

第一百四十三条　适用特别程序、督促程序、公示催告程序的案件，婚姻等身份关系确认案件以及其他根据案件性质不能进行调解的案件，不得调解。

Article 143 No mediation may be made for cases heard under special procedure, supervision procedure, and public notice procedure, cases confirming marriage and other personal status relationship, and other cases for which mediation may not be made according to the nature of cases.

第一百四十四条　人民法院审理民事案件，发现当事人之间恶意串通，企图通过和解、调解方式侵害他人合法权益的，应当依照民事诉讼法第一百一十二条的规定处理。

Article 144 A people's court that discovers that parties, maliciously in collusion, attempt to infringe upon the lawful rights and interests of other persons by reconciliation or mediation, in hearing civil cases, shall deal with it in accordance with the provisions of Article 112 of the Civil Procedure Law.

第一百四十五条　人民法院审理民事案件，应当根据自愿、合法的原则进行调解。当事人一方或者双方坚持不愿调解的，应当及时裁判。

Article 145 When a people's court hears civil cases, it shall conduct mediation on the principle of free will and legality. If one party or both parties are unwilling to conduct mediation, a judgment shall be rendered in a timely manner.

人民法院审理离婚案件，应当进行调解，但不应久调不决。

A people's court shall conduct mediation when hearing the cases of divorce, but shall not conduct long-term mediation without decisive results.

第一百四十六条　人民法院审理民事案件，调解过程不公开，但当事人同意公开的除外。



[CLI Code]CLI.3.349767(EN)

**Article 146** When a people's court hears civil cases, mediation shall not be made in public, unless as agreed by the parties.

调解协议内容不公开，但为保护国家利益、社会公共利益、他人合法权益，人民法院认为确有必要公开的除外。

The contents of mediation agreements shall not be disclosed, unless when considered necessary by the people's court for the protection of national interests, public interests and the lawful rights and interests of others.

主持调解以及参与调解的人员，对调解过程以及调解过程中获悉的国家秘密、商业秘密、个人隐私和其他不宜公开的信息，应当保守秘密，但为保护国家利益、社会公共利益、他人合法权益的除外。

Persons presiding over and participating in the mediations shall keep the mediation process, as well as the state secrets, trade secrets, personal privacy, and other information inappropriate to be disclosed which are obtained during the mediation process confidential, except for the protection of national interests, public interests and the lawful rights and interests of others.

第一百四十七条　人民法院调解案件时，当事人不能出庭的，经其特别授权，可由其委托代理人参加调解，达成的调解协议，可由委托代理人签名。

**Article 147** When the people's court mediates a case, if the parties can not appear in court, upon special authorization, his authorized agent can participate in mediation, and the mediation agreement as concluded may be signed by his authorized agent.

离婚案件当事人确因特殊情况无法出庭参加调解的，除本人不能表达意志的以外，应当出具书面意见。



[CLI Code]CLI.3.349767(EN)

If one party to a case of divorce cannot appear in court for mediation under a special circumstance, except that party himself cannot express his ideas, he shall present written opinions.

**第一百四十八条**　当事人自行和解或者调解达成协议后，请求人民法院按照和解协议或者调解协议的内容制作判决书的，人民法院不予准许。

**Article 148** Where parties request a people's court to make a written judgment according to the settlement or mediation agreement after reaching an agreement through settlement or mediation themselves, the people's court may not grant permission.

无民事行为能力人的离婚案件，由其法定代理人进行诉讼。法定代理人与对方达成协议要求发给判决书的，可根据协议内容制作判决书。

For a case of divorce in which one party is a person of no capacity for civil conduct, his statutory representative shall participate in litigation for him. If the statutory representative reaches an agreement with the other party and requests to issue a judgment, the people's court can prepare a judgment based on the contents of the agreement.

**第一百四十九条**　调解书需经当事人签收后才发生法律效力的，应当以最后收到调解书的当事人签收的日期为调解书生效日期。

**Article 149** The consent judgment shall take effect only after signed by the parties for the service of process. The day when the party that receives the consent judgment behind makes signature shall be the day when the consent judgment comes into effect.

**第一百五十条**　人民法院调解民事案件，需由无独立请求权的第三人承担责任的，应当经其同意。该第三人在调解书送达前反悔的，人民法院应当及时裁判。

Saved on: 06/28/2026

北大法宝 让法律更智能
PKULAW.COM

**Article 150** A people's court that needs a third party without independent claim to assume liability in the mediation of civil cases shall be subject to the consent of the third party. If the third party retracts before a mediation agreement is served on the party, the people's court shall render a judgment in a timely manner.

**第一百五十一条** 根据民事诉讼法第九十八条第一款第四项规定，当事人各方同意在调解协议上签名或者盖章后即发生法律效力的，经人民法院审查确认后，应当记入笔录或者将调解协议附卷，并由当事人、审判人员、书记员签名或者盖章后即具有法律效力。

**Article 151** Where it takes effect after parties agree to sign or affix seals on the mediation agreements as provided in paragraph 1 (4), Article 98 of the Civil Procedure Law, it shall be recorded in the transcripts or be attached in the annex to the mediation agreement upon review and confirmation by the people's court, and become legally binding immediately after both sides and the judges and court clerk affix their signatures or seals to the transcripts.

前款规定情形，当事人请求制作调解书的，人民法院审查确认后可以制作调解书送交当事人。当事人拒收调解书的，不影响调解协议的效力。

Where the parties request the preparation of a consent judgment under the aforesaid circumstances, a people's court may prepare a consent judgment and serve it on the parties upon review and confirmation. Parties' rejection of consent judgment shall not affect the validity of the mediation agreement.

七、保全和先予执行

**VII**. Preservation and Advance Execution

**第一百五十二条**　人民法院依照民事诉讼法第一百条、第一百零一条规定，在采取诉前保全、诉讼保全措施时，责令利害关系人或者当事人提供担保的，应当书面通知。

**Article 152** Where a people's court orders an interested party or parties concerned to provide security when taking pre-action preservation and litigation preservation measures in accordance with the provisions of Article 100 and Article 101 of the Civil Procedure Law, they shall be notified in writing.

利害关系人申请诉前保全的，应当提供担保。申请诉前财产保全的，应当提供相当于请求保全数额的担保；情况特殊的，人民法院可以酌情处理。申请诉前行为保全的，担保的数额由人民法院根据案件的具体情况决定。

An interested party that applies for pre-action preservation shall provide security. A party applying for pre-action property preservation shall provide security equivalent to the amount of preservation requested. In special circumstances, a people's court may handle it at its discretion. A party applying for pre-action injunction shall provide security in an amount determined by a people's court based on the specific circumstances of the case.

在诉讼中，人民法院依申请或者依职权采取保全措施的，应当根据案件的具体情况，决定当事人是否应当提供担保以及担保的数额。

In a lawsuit, a people's court applying for preservation measures according to the application or powers shall determine whether the parties shall provide security and the amount of such security, based on the specific circumstances of the case.

**第一百五十三条**　人民法院对季节性商品、鲜活、易腐烂变质以及其他不宜长期保存的物品采取保全措施时，可以责令当事人及时处理，由人民法院保存价款；必要时，人民法院可予以变卖，保存价款。



**Article 153** When a people's court adopts the measure for preservation of seasonal goods, fresh or perishable goods, or goods unsuitable for long-time preservation, it can order the party concerned to timely dispose of the said goods and keep money therefrom; and when necessary, the people's court may sell off the said goods and keep the money.

第一百五十四条　人民法院在财产保全中采取查封、扣押、冻结财产措施时，应当妥善保管被查封、扣押、冻结的财产。不宜由人民法院保管的，人民法院可以指定被保全人负责保管；不宜由被保全人保管的，可以委托他人或者申请保全人保管。

**Article 154** When a people's court adopts the measures of seizure, detention, or freezing, it shall properly keep the property as seized, detained, or frozen. For property unsuitable to be kept by a people's court, a people's court may designate the respondent to keep it. For property unsuitable to be kept by the respondent, a people's court may entrust the keeping to others or the preservation applicant.

查封、扣押、冻结担保物权人占有的担保财产，一般由担保物权人保管；由人民法院保管的，质权、留置权不因采取保全措施而消灭。

Security interest occupied by a security interest holder by seizure, detention, or freezing shall generally be kept by the security interest holder. For those kept by a people's court, the right of pledge and the lien shall not be eliminated due to the adoption of preservation measures.

第一百五十五条　由人民法院指定被保全人保管的财产，如果继续使用对该财产的价值无重大影响，可以允许被保全人继续使用；由人民法院保管或者委托他人、申请保全人保管的财产，人民法院和其他保管人不得使用。

**Article 155** Property kept by the respondent as designated by a people's court may be continuously used by the respondent, if continuous use has no significant impact on the value of such property.



[CLI Code]CLI.3.349767(EN)

Property kept by a people's court or kept by others and the preservation applicant upon commission shall not be used by the people's court or other keepers.

第一百五十六条　人民法院采取财产保全的方法和措施，依照执行程序相关规定办理。

Article 156 A people's court injunction takes property preservation methods and measures shall handle it in accordance with the relevant provisions of the execution procedure.

第一百五十七条　人民法院对抵押物、质押物、留置物可以采取财产保全措施，但不影响抵押权人、质权人、留置权人的优先受偿权。

Article 157 A people's court may adopt the measure of property preservation to the object under mortgage, pledge or lien, but the mortgagee, pledgee or lienor has the priority of compensation.

第一百五十八条　人民法院对债务人到期应得的收益，可以采取财产保全措施，限制其支取，通知有关单位协助执行。

Article 158 For the receivable proceeds due to the debtor, the people's court may adopt the measure of property preservation and restrict the debtor from drawing these proceeds, and notify the relevant entity of offering assistance in the execution.

第一百五十九条　债务人的财产不能满足保全请求，但对他人有到期债权的，人民法院可以依债权人的申请裁定该他人不得对本案债务人清偿。该他人要求偿付的，由人民法院提存财物或者价款。

Article 159 If the debtor's property is not enough for the request for property preservation but the debtor has mature creditor's rights to others, the people's court may rule, upon application of the creditor, that others shall not make payment to the debtor. If others request to make payment, the property or money shall be submitted to the people's court.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

第一百六十条　当事人向采取诉前保全措施以外的其他有管辖权的人民法院起诉的，采取诉前保全措施的人民法院应当将保全手续移送受理案件的人民法院。诉前保全的裁定视为受移送人民法院作出的裁定。

Article 160 Where a party institutes an action in a people's court having jurisdiction other than the people's court taking pre-action preservation measures, the people's court taking pre-action preservation measures shall transfer the preservation formalities to the court accepting the case. A ruling of pre-action preservation is deemed the ruling made by the people's court to which the formalities are transferred.

第一百六十一条　对当事人不服一审判决提起上诉的案件，在第二审人民法院接到报送的案件之前，当事人有转移、隐匿、出卖或者毁损财产等行为，必须采取保全措施的，由第一审人民法院依当事人申请或者依职权采取。第一审人民法院的保全裁定，应当及时报送第二审人民法院。

Article 161 For a case of appeal filed because the party is not satisfied with the judgment of first instance, if the party concerned transfers, hides, sells or destroys the property before the people's court of second instance receives the case as filed, and the measure of preservation shall be adopted, the people's court of first instance can adopt the measure of property preservation upon application of the party concerned or upon the strength of its authority. The ruling about preservation of the people's court of first instance shall be timely reported to the people's court of second instance.

第一百六十二条　第二审人民法院裁定对第一审人民法院采取的保全措施予以续保或者采取新的保全措施的，可以自行实施，也可以委托第一审人民法院实施。

Article 162 A people's court of second instance injunction renders a ruling to adopt renewal preservation measures or new preservation measures for the preservation measures adopted by the

[CLI Code]CLI.3.349767(EN)

people's court of first instance may implement it on its own or entrust the implementation to the people's court of first instance.

再审人民法院裁定对原保全措施予以续保或者采取新的保全措施的，可以自行实施，也可以委托原审人民法院或者执行法院实施。

A people's court of retrial injunction renders a ruling to adopt renewal preservation measures or new preservation measures for the previous preservation measures may implement it on its own or entrust the implementation to the people's court of original trial.

第一百六十三条　法律文书生效后，进入执行程序前，债权人因对方当事人转移财产等紧急情况，不申请保全将可能导致生效法律文书不能执行或者难以执行的，可以向执行法院申请采取保全措施。债权人在法律文书指定的履行期间届满后五日内不申请执行的，人民法院应当解除保全。

Article 163 After legal instruments enter into force and before they enter the implementation procedure, a creditor, under emergency circumstances such as the other party's transfer of property injunction may lead to inability to implement the effective legal instruments or difficulty to implement them in the absence of application for preservation, may apply for preservation measures with the court of execution. Where a creditor fails to apply for execution within five days after the expiry of the performance term as specified in the legal instrument, a people's court shall cancel the preservation.

第一百六十四条　对申请保全人或者他人提供的担保财产，人民法院应当依法办理查封、扣押、冻结等手续。

Article 164 For the property posted as security provided by the preservation applicant or others, a people's court shall complete the formalities of seizure, detention, freezing and others.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第一百六十五条 人民法院裁定采取保全措施后，除作出保全裁定的人民法院自行解除或者其上级人民法院决定解除外，在保全期限内，任何单位不得解除保全措施。

**Article 165** After a people's court rules to take the measures of preservation, except that the people's court that rendered the preservation ruling or the superior thereof removes the preservation measures, no entity may remove the preservation measures within the term of preservation.

第一百六十六条 裁定采取保全措施后，有下列情形之一的，人民法院应当作出解除保全裁定：

**Article 166** After a ruling of adopting preservation measures is rendered, a people's court shall render a ruling of removing preservation, in one of the following circumstances:

（一）保全错误的；

(1) The preservation is false.

（二）申请人撤回保全申请的；

(2) The applicant withdraws the application for preservation.

（三）申请人的起诉或者诉讼请求被生效裁判驳回的；

(3) The applicant's prosecution or claims are dismissed by a valid judgment.

（四）人民法院认为应当解除保全的其他情形。

(4) Other circumstances under which a people's court considers that preservation shall be removed.

解除以登记方式实施的保全措施的，应当向登记机关发出协助执行通知书。

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

Where preservation measures implemented by registration are removed, a notice of execution assistance shall be issued to the registration authority.

第一百六十七条　财产保全的被保全人提供其他等值担保财产且有利于执行的，人民法院可以裁定变更保全标的物为被保全人提供的担保财产。

Article 167 Where the respondent to property preservation provides other equivalent property posted as security that is conducive to execution, a people's court may render a ruling of changing the subject matter of preservation to the property posted as security by the respondent.

第一百六十八条　保全裁定未经人民法院依法撤销或者解除，进入执行程序后，自动转为执行中的查封、扣押、冻结措施，期限连续计算，执行法院无需重新制作裁定书，但查封、扣押、冻结期限届满的除外。

Article 168 A preservation ruling, without revocation or removal by a people's court according to the law, shall be automatically converted to seizure, detention, and freezing measures, after entering into the execution procedure. The term shall be calculated continuously. The court of execution does not need to prepare a new ruling in writing, except when the seizure, detention, and freezing term expires.

第一百六十九条　民事诉讼法规定的先予执行，人民法院应当在受理案件后终审判决作出前采取。先予执行应当限于当事人诉讼请求的范围，并以当事人的生活、生产经营的急需为限。

Article 169 The "advance execution" prescribed in the Civil Procedure Law shall be conducted by the people's court after a case has been accepted but before the final judgment is made. The advance execution shall be limited to the scope of claims of the party concerned and to the urgent needs for the life, production or business operation of the party concerned.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第一百七十条　民事诉讼法第一百零六条第三项规定的情况紧急，包括：

Article 170 The "emergencies" prescribed in Article 106 (3) in the Civil Procedure Lawl include:

（一）需要立即停止侵害、排除妨碍的；

(1) It is necessary to immediately stop infringement and remove obstacle.

（二）需要立即制止某项行为的；

(2) It is necessary to immediately stop some acts.

（三）追索恢复生产、经营急需的保险理赔费的；

(3) The insurance compensation in the urgent need for recovery of production or business operation is recovered.

（四）需要立即返还社会保险金、社会救助资金的；

(4) It is necessary to immediately refund social insurance and social assistance funds.

（五）不立即返还款项，将严重影响权利人生活和生产经营的。

(5) Failure to refund immediately will seriously affect the life and operation of the right holders.

第一百七十一条　当事人对保全或者先予执行裁定不服的，可以自收到裁定书之日起五日内向作出裁定的人民法院申请复议。人民法院应当在收到复议申请后十日内审查。裁定正确的，驳回当事人的申请；裁定不当的，变更或者撤销原裁定。

Article 171 Against a ruling of preservation or advance execution, a party may apply for reconsideration with the people's court rendering such ruling within five days from the receipt of the

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

ruling. A people's court shall, within ten days after receipt of the application for reconsideration, conduct examination. The people's court shall reject the application of the party concerned if the ruling is correct; or shall alter or cancel the original ruling if the ruling is inappropriate.

第一百七十二条　利害关系人对保全或者先予执行的裁定不服申请复议的，由作出裁定的人民法院依照民事诉讼法第一百零八条规定处理。

**Article 172** Against a ruling on preservation or advance execution, an interested party may apply for reconsideration. The people's court rendering the ruling shall handle it in accordance with the provisions of Article 108 of the Civil Procedure Law.

第一百七十三条　人民法院先予执行后，根据发生法律效力的判决，申请人应当返还因先予执行所取得的利益的，适用民事诉讼法第二百三十三条的规定。

**Article 173** If, after the advance execution by the people's court, an applicant shall return the proceeds obtained from advance execution according to the judgment that has come into force, Article 233 of the Civil Procedure Law shall be applied.

八、对妨害民事诉讼的强制措施

**VIII**. Compulsory Measures against Obstruction of Civil Procedures

第一百七十四条　民事诉讼法第一百零九条规定的必须到庭的被告，是指负有赡养、抚育、扶养义务和不到庭就无法查清案情的被告。

**Article 174** As mentioned in Article 109 of the Civil Procedure Law, "defendant who must appear in court" means a defendant who has the obligation to support elderly parents, underage children, or other adult dependents and whose appearance in court is indispensable for finding case facts.

Saved on: 06/28/2026

人民法院对必须到庭才能查清案件基本事实的原告，经两次传票传唤，无正当理由拒不到庭的，可以拘传。

Where a plaintiff whose appearance in court is indispensable for finding case facts refuses to appear in court without justifiable reasons after being summoned twice by a people's court, the people's court may summons the plaintiff by force.

第一百七十五条　拘传必须用拘传票，并直接送达被拘传人；在拘传前，应当向被拘传人说明拒不到庭的后果，经批评教育仍拒不到庭的，可以拘传其到庭。

Article 175 A warrant shall be issued for a summons by force and be directly served on the summoned person. Before summonsing a person by force, the summoned person shall be informed of the consequences of refusal to appear in court, and may be summoned to court by force if the summoned person still refuses to appear in court after criticism and education.

第一百七十六条　诉讼参与人或者其他人有下列行为之一的，人民法院可以适用民事诉讼法第一百一十条规定处理：

Article 176 Where any litigant participant or other person has any of the following acts, a people's court may handle it in accordance with the provision of Article 110 of the Civil Procedure Law:

（一）未经准许进行录音、录像、摄影的；

(1) Unauthorized audio, video, and photograph recording;

（二）未经准许以移动通信等方式现场传播审判活动的；

(2) on-site dissemination of trial activities by mobile communications and other means without permission; and



[CLI Code]CLI.3.349767(EN)

（三）其他扰乱法庭秩序，妨害审判活动进行的。

(3) other activities disturbing the court order and obstructing judicial activities.

有前款规定情形的，人民法院可以暂扣诉讼参与人或者其他人进行录音、录像、摄影、传播审判活动的器材，并责令其删除有关内容；拒不删除的，人民法院可以采取必要手段强制删除。

Under the circumstances as provided in the preceding paragraph, a people's court may temporarily seize the equipment of litigant participants or other persons for audio, video, and photograph recording, as well as dissemination of trial activities; and order them to delete relevant contents. In case of refusal to delete, a people's court may take necessary means to forcibly remove these contents.

第一百七十七条　训诫、责令退出法庭由合议庭或者独任审判员决定。训诫的内容、被责令退出法庭者的违法事实应当记入庭审笔录。

Article 177 A collegial bench or an independent judge shall make decision of admonishing and ordering persons to leave the court. The admonishing contents and the illegal facts of the persons who are ordered to leave the court shall be recorded in the trial transcripts.

第一百七十八条　人民法院依照民事诉讼法第一百一十条至第一百一十四条的规定采取拘留措施的，应经院长批准，作出拘留决定书，由司法警察将被拘留人送交当地公安机关看管。

Article 178 Where a people's court needs to adopt detention measures in accordance with the provisions from Article 110 to 114 of the Civil Procedure Law, it shall be subject to approval by the court president, a written decision of detention shall be made, and the detainee shall be transferred by judicial police to the local public security organ for custody.



第一百七十九条　被拘留人不在本辖区的，作出拘留决定的人民法院应当派员到被拘留人所在地的人民法院，请该院协助执行，受委托的人民法院应当及时派员协助执行。被拘留人申请复议或者在拘留期间承认并改正错误，需要提前解除拘留的，受委托人民法院应当向委托人民法院转达或者提出建议，由委托人民法院审查决定。

Article 179 Where the detainee does not stay within the jurisdiction of the people's court that makes the decision of detention, this people's court shall assign clerks to the people's court at the place where the detainee stays and request the latter to offer assistance in execution, and the entrusted people's court shall timely assign clerks for assistance in execution. If the detainee applies for reconsideration or admits and corrects errors during the course of detention, and the measure of detention needs to be removed in advance, the entrusted people's court shall inform of the circumstance or bring forward a suggestion to the entrusting people's court for examination and decision.

第一百八十条　人民法院对被拘留人采取拘留措施后，应当在二十四小时内通知其家属；确实无法按时通知或者通知不到的，应当记录在案。

Article 180 After taking the measure of detention against a detainee, a people's court shall, within 24 hours, notify the detainee's family members; and if such family members actually fail to be notified on schedule or cannot be notified, it shall be on record.

第一百八十一条　因哄闹、冲击法庭，用暴力、威胁等方法抗拒执行公务等紧急情况，必须立即采取拘留措施的，可在拘留后，立即报告院长补办批准手续。院长认为拘留不当的，应当解除拘留。

Article 181 Where the measure of detention needs to be immediately taken in the case of such emergency circumstances as clamoring in a courtroom or attacking a courtroom, and resisting the



[CLI Code]CLI.3.349767(EN)

exercise of official duties by violence, threat, and other means, after detaining the offenders, the judicial personnel shall report to the president of the people's court for supplementing the approval formality. If the president considers that the measure of detention is improper, the detention shall be removed.

第一百八十二条　被拘留人在拘留期间认错悔改的，可以责令其具结悔过，提前解除拘留。提前解除拘留，应报经院长批准，并作出提前解除拘留决定书，交负责看管的公安机关执行。

Article 182 Where the detainee admits his or her mistake and shows repentance during the period of detention, he or she may be ordered to make a statement of repentance and the measure of detention may be removed in advance. The removal of detention in advance shall be subject to approval of the president of a people's court, and a written decision on removal of detention in advance shall be made and given to the public security organ in charge of custody of the detainee for execution.

第一百八十三条　民事诉讼法第一百一十条至第一百一十三条规定的罚款、拘留可以单独适用，也可以合并适用。

Article 183 The measures of fine and detention as prescribed in Articles 110 to 113 of the Civil Procedure Law may be applied either separately or concurrently.

第一百八十四条　对同一妨害民事诉讼行为的罚款、拘留不得连续适用。发生新的妨害民事诉讼行为的，人民法院可以重新予以罚款、拘留。

Article 184 The measures of fine and detention against the same obstruction of civil procedures shall not be applied continuously. Where a new obstruction of civil procedures occurs, the people's court may impose a fine or detention again.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

**第一百八十五条**　被罚款、拘留的人不服罚款、拘留决定申请复议的，应当自收到决定书之日起三日内提出。上级人民法院应当在收到复议申请后五日内作出决定，并将复议结果通知下级人民法院和当事人。

**Article 185** Where a person on whom a fine or detention is imposed refuses to accept the decision on fine or detention and applies for reconsideration, the person shall file the application for reconsideration within three days upon receipt of the written decision. The people's court at the higher level shall make a decision within five days upon receipt of the application for reconsideration, and notify the people's court at the lower level and the parties of the reconsideration conclusion.

**第一百八十六条**　上级人民法院复议时认为强制措施不当的，应当制作决定书，撤销或者变更下级人民法院作出的拘留、罚款决定。情况紧急的，可以在口头通知后三日内发出决定书。

**Article 186** Where the people's court at the higher level holds that the compulsory measure is improper at the time of reconsideration, it shall prepare a written decision to revoke or modify the decision on detention or fine as made by the people's court at the lower level; and if the circumstance is urgent, may issue the written decision within three days after a verbal notice is given.

**第一百八十七条**　民事诉讼法第一百一十一条第一款第五项规定的以暴力、威胁或者其他方法阻碍司法工作人员执行职务的行为，包括：

**Article 187** The conduct of "obstructing judicial personnel from performing their duties by violence, threat or any other means" as prescribed in paragraph 1(5), Article 111 of the Civil Procedure Law includes:

（一）在人民法院哄闹、滞留，不听从司法工作人员劝阻的；

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

(1) Clamoring or stranding in a courtroom and failing to obey the judicial personnel's dissuasion.

（二）故意毁损、抢夺人民法院法律文书、查封标志的；

(2) Deliberately damaging or seizing legal instruments and seizure marks of a people's court.

（三）哄闹、冲击执行公务现场，围困、扣押执行或者协助执行公务人员的；

(3) Clamoring in or attacking the scene for exercising official duties, besieging or detaining execution personnel or personnel who assist in execution.

（四）毁损、抢夺、扣留案件材料、执行公务车辆、其他执行公务器械、执行公务人员服装和执行公务证件的；

(4) Damaging, seizing, or withholding case materials, vehicles for exercising official duties, other instruments for exercising official duties, garments of personnel exercising official duties, and certificates for exercising official duties.

（五）以暴力、威胁或者其他方法阻碍司法工作人员查询、查封、扣押、冻结、划拨、拍卖、变卖财产的；

(5) Obstructing judicial personnel from inquiring, seizing, impounding, freezing, appropriating, auctioning, or selling the property by violence, threat, or other means.

（六）以暴力、威胁或者其他方法阻碍司法工作人员执行职务的其他行为。

(6) Other conduct of obstructing judicial personnel from exercising their duties by violence, threat or any other means.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.349767(EN)

第一百八十八条 民事诉讼法第一百一十一条第一款第六项规定的拒不履行人民法院已经发生法律效力的判决、裁定的行为，包括：

Article 188 The conduct of refusing to enforce an effective judgment or ruling of a people's court as prescribed in paragraph 1(6), Article 111 of the Civil Procedure Law includes:

（一）在法律文书发生法律效力后隐藏、转移、变卖、毁损财产或者无偿转让财产、以明显不合理的价格交易财产、放弃到期债权、无偿为他人提供担保等，致使人民法院无法执行的；

(1) Hiding, transferring, selling, damaging property, or transferring property free of charge, trading property at an obviously unreasonable price, abandoning mature creditor's rights, or providing guarantee for other persons free of charge after a legal instrument has come into effect, causing the failure of the people's court to enforce the legal instrument.

（二）隐藏、转移、毁损或者未经人民法院允许处分已向人民法院提供担保的财产的；

(2) Hiding, transferring, damaging, or disposing of property that has been provided to a people's court as guarantee without the permission of the people's court.

（三）违反人民法院限制高消费令进行消费的；

(3) Consuming in violation of the order of the people's court on high consumption restriction.

（四）有履行能力而拒不按照人民法院执行通知履行生效法律文书确定的义务的；

(4) Having the capacity but refusing to perform obligations as determined in an effective legal instrument in accordance with the notice of a people's court on execution.

（五）有义务协助执行的个人接到人民法院协助执行通知书后，拒不协助执行的。

Saved on: 06/28/2026

(5) Refusing to assist in enforcing the judgment or ruling after an individual with the obligation to assist in execution receives a written notice of execution assistance from the people's court.

第一百八十九条　诉讼参与人或者其他人有下列行为之一的，人民法院可以适用民事诉讼法第一百一十一条的规定处理：

**Article 189** Where any litigation participant or other person commits any of the following conduct, a people's court may punish such litigation participant or other person in accordance with the provisions of Article 111 of the Civil Procedure Law:

（一）冒充他人提起诉讼或者参加诉讼的；

(1) The litigation participant or other person institutes an action or participates in the litigation by passing other person off.

（二）证人签署保证书后作虚假证言，妨碍人民法院审理案件的；

(2) A witness makes a false testimony after signing a letter of guarantee, which impedes the case trial by the people's court.

（三）伪造、隐藏、毁灭或者拒绝交出有关被执行人履行能力的重要证据，妨碍人民法院查明被执行人财产状况的；

(3) Forging, concealing, damaging, or refusing to submit material evidence on the capacity of the judgment debtor for performing the obligation, which impedes the people's court from identifying the property status of the judgment debtor.

（四）擅自解冻已被人民法院冻结的财产的；

(4) Illegally unfreezing the property that has been frozen by the people's court.

[CLI Code]CLI.3.349767(EN)

（五）接到人民法院协助执行通知书后，给当事人通风报信，协助其转移、隐匿财产的。

(5) Revealing information to a party and assisting the party in transferring or hiding property after receiving a written notice of execution assistance form the people's court.

**第一百九十条**　民事诉讼法第一百一十二条规定的他人合法权益，包括案外人的合法权益、国家利益、社会公共利益。

**Article 190** The "lawful rights and interests of other persons" as prescribed in Article 112 of the Civil Procedure Law include the lawful rights and interests of a party not to the case, national interest, and public interest.

第三人根据民事诉讼法第五十六条第三款规定提起撤销之诉，经审查，原案当事人之间恶意串通进行虚假诉讼的，适用民事诉讼法第一百一十二条规定处理。

Where a third party institutes an action for revoking an effective judgment, ruling, or consent judgment in accordance with the provisions of paragraph 3, Article 56 of the Civil Procedure Law and it is found upon examination that the parties to the original case maliciously institute a false action in collusion, the parties to the original case shall be punished in accordance with the provisions of Article 112 of the Civil Procedure Law.

**第一百九十一条**　单位有民事诉讼法第一百一十二条或者第一百一十三条规定行为的，人民法院应当对该单位进行罚款，并可以对其主要负责人或者直接责任人员予以罚款、拘留；构成犯罪的，依法追究刑事责任。

**Article 191** Where an entity commits any conduct as prescribed in Article 112 or Article 113 of the Civil Procedure Law, a people's court shall impose a fine on the entity and may impose a fine or

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

detention on the primary person in charge or directly liable persons of the entity; if suspected of any crime, they shall be subject to criminal liability in accordance with the law.

第一百九十二条　有关单位接到人民法院协助执行通知书后，有下列行为之一的，人民法院可以适用民事诉讼法第一百一十四条规定处理：

**Article 192** Where the relevant entity commits any of the following conduct after receiving a written notice of execution assistance from a people's court, the people's court may punish such entity by applying the provisions of Article 114 of the Civil Procedure Law:

（一）允许被执行人高消费的；

(1) The relevant entity allows the judgment debtor to make high consumption.

（二）允许被执行人出境的；

(2) The relevant entity allows the judgment debtor to exit China.

（三）拒不停止办理有关财产权证照转移手续、权属变更登记、规划审批等手续的；

(3) The relevant entity refuses to cease to handle the transfer of a relevant property right certificate, the registration of ownership change, and the examination and approval of planning.

（四）以需要内部请示、内部审批，有内部规定等为由拖延办理的。

(4) The relevant entity delays the handling on the grounds that it is necessary to request for internal instructions and internal approval and there are internal provisions.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

第一百九十三条　人民法院对个人或者单位采取罚款措施时，应当根据其实施妨害民事诉讼行为的性质、情节、后果，当地的经济发展水平，以及诉讼标的额等因素，在民事诉讼法第一百一十五条第一款规定的限额内确定相应的罚款金额。

**Article 193** When imposing a fine on an individual or an entity, a people's court shall, according to such factors as the nature, circumstances, and consequences of obstruction of civil procedures the individual or entity commits, the local economic development level, and the amount of subject matter of action, determine corresponding amount of fine within the limits as prescribed in paragraph 1, Article 115 of the Civil Procedure Law.

九、诉讼费用

**IX**. Litigation Expenses

第一百九十四条　依照民事诉讼法第五十四条审理的案件不预交案件受理费，结案后按照诉讼标的额由败诉方交纳。

**Article 194** For a case tried in accordance with Article 54 of the Civil Procedure Law, no case acceptance fee needs to be paid in advance and the losing party shall supplement the case acceptance fee based on the amount of subject matter of action after the case is concluded.

第一百九十五条　支付令失效后转入诉讼程序的，债权人应当按照《诉讼费用交纳办法》补交案件受理费。

**Article 195** Where the litigation procedure is initiated after an order of payment is invalidated, the debtor shall supplement the case acceptance fee in accordance with the Measures for the Payment of Litigation Expenses.

支付令被撤销后，债权人另行起诉的，按照《诉讼费用交纳办法》交纳诉讼费用。

[CLI Code]CLI.3.349767(EN)

Where the debtor institutes a separate action after the revocation of the order of payment, the litigation expenses shall be paid in accordance with the Measures for the Payment of Litigation Expenses.

第一百九十六条  人民法院改变原判决、裁定、调解结果的，应当在裁判文书中对原审诉讼费用的负担一并作出处理。

**Article 196** Where a people's court modifies the original judgment, ruling or results of mediation, the people's court shall, in the judgment, handle the assumption of litigation expenses in the original trial.

第一百九十七条  诉讼标的物是证券的，按照证券交易规则并根据当事人起诉之日前最后一个交易日的收盘价、当日的市场价或者其载明的金额计算诉讼标的金额。

**Article 197** Where the subject matter of action is securities, the amount of subject matter of action shall be calculated in accordance with the rules of securities trading and on the basis of the closing price on the lasting trading day before the party institutes the action, the market price on that day, or the amount as specified.

第一百九十八条  诉讼标的物是房屋、土地、林木、车辆、船舶、文物等特定物或者知识产权，起诉时价值难以确定的，人民法院应当向原告释明主张过高或者过低的诉讼风险，以原告主张的价值确定诉讼标的金额。

**Article 198** Where the subject matter of action is such specific goods as housing, land, forest, vehicle, vessel, and cultural relic or intellectual property right and it is difficult to determine the value thereof when an action is instituted, the people's court shall explain to the plaintiff the litigation risks of over-high or over-low claims and determine the amount of subjection matter of action on the basis of the value as claimed by the plaintiff.

[CLI Code]CLI.3.349767(EN)

第一百九十九条　适用简易程序审理的案件转为普通程序的，原告自接到人民法院交纳诉讼费用通知之日起七日内补交案件受理费。

Article 199 Where a case tried under summary procedure is transferred into formal procedure, the plaintiff shall, within seven days after receiving the notice on the payment of litigation expenses from a people's court, supplement the case acceptance fee.

原告无正当理由未按期足额补交的，按撤诉处理，已经收取的诉讼费用退还一半。

Where the plaintiff fails to supplement the case acceptance fee in full amount within the time limit without justifiable reasons, the plaintiff is deemed to have withdrawn the action, and one half of the litigation expenses that have been collected shall be refunded.

第二百条　破产程序中有关债务人的民事诉讼案件，按照财产案件标准交纳诉讼费，但劳动争议案件除外。

Article 200 For a civil action involving the relevant debtors in bankruptcy proceedings, litigation expenses shall be paid according to the standards for property cases, except labor dispute cases.

第二百零一条　既有财产性诉讼请求，又有非财产性诉讼请求的，按照财产性诉讼请求的标准交纳诉讼费。

Article 201 Where there are both property claims and non-property claims, litigation expenses shall be paid according to the standards for property claims.

有多个财产性诉讼请求的，合并计算交纳诉讼费；诉讼请求中有多个非财产性诉讼请求的，按一件交纳诉讼费。



[CLI Code]CLI.3.349767(EN)

Where there are multiple property claims, litigation expenses shall be jointly calculated and paid; and if there are multiple non-property claims in the claims, they shall be regarded as one claim for paying litigation expenses.

**第二百零二条** 原告、被告、第三人分别上诉的，按照上诉请求分别预交二审案件受理费。

**Article 202** Where a plaintiff, a defendant, and a third party appeal respectively, they shall pay the case acceptance fee at second instance in advance according to their respective claims in appeal.

同一方多人共同上诉的，只预交一份二审案件受理费；分别上诉的，按照上诉请求分别预交二审案件受理费。

Where numerous parties on one side jointly appeal, only one case acceptance fee at second instance shall be paid in advance; and if such parties appeal respectively, they shall pay the case acceptance fee at second instance in advance according to their respective claims in appeal.

**第二百零三条** 承担连带责任的当事人败诉的，应当共同负担诉讼费用。

**Article 203** Where the parties assuming the joint and several liability lose the action, they shall jointly assume litigation expenses.

**第二百零四条** 实现担保物权案件，人民法院裁定拍卖、变卖担保财产的，申请费由债务人、担保人负担；人民法院裁定驳回申请的，申请费由申请人负担。

**Article 204** In a case of security right realization, where a people's court rules to auction or sell the property posted as security, the application fee shall be assumed by the debtor and the security provider; and if the people's court rules to dismiss the application, the application fee shall be assumed by the applicant.



[CLI Code]CLI.3.349767(EN)

申请人另行起诉的，其已经交纳的申请费可以从案件受理费中扣除。

Where the applicant institutes a separate action, the application fee he or she has paid may be deducted from the case acceptance fee.

**第二百零五条** 拍卖、变卖担保财产的裁定作出后，人民法院强制执行的，按照执行金额收取执行申请费。

**Article 205** Where, after a ruling to auction or otherwise sell the property posted as security is issued, the people's court conducts enforcement, the execution application fee shall be collected based on the amount under execution.

**第二百零六条** 人民法院决定减半收取案件受理费的，只能减半一次。

**Article 206** Where a people's court decides to reduce by half the case acceptance fee, the case acceptance fee may be so reduced only once.

**第二百零七条** 判决生效后，胜诉方预交但不应负担的诉讼费用，人民法院应当退还，由败诉方向人民法院交纳，但胜诉方自愿承担或者同意败诉方直接向其支付的除外。

**Article 207** After a judgment takes effect, the litigation expenses that have been prepaid but should not be assumed by the winning party shall be refunded by the people's court to the winning party and be paid by the losing party to the people's court, unless the winning party voluntarily assumes such litigation expenses or agrees that the losing party will directly pay such litigation expenses to it.

当事人拒不交纳诉讼费用的，人民法院可以强制执行。

Where a party refuses to pay any litigation expenses, a people's court may conduct enforcement.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

十、第一审普通程序

X. Formal Procedure at First Instance

第二百零八条 人民法院接到当事人提交的民事起诉状时，对符合民事诉讼法第一百一十九条的规定，且不属于第一百二十四条规定情形的，应当登记立案；对当场不能判定是否符合起诉条件的，应当接收起诉材料，并出具注明收到日期的书面凭证。

Article 208 When a people's court receives a written civil complaint submitted by a party, where such written civil complaint complies with the provisions of Article 119 of the Civil Procedure Law and does not fall under the circumstances as prescribed in Article 124 thereof, the people's court shall register such written civil complaint and docket a case; if the people's court fails to determine on the spot whether such written civil complaint meets the conditions for instituting an action, it shall receive the complaint materials and issue a dated certification in writing.

需要补充必要相关材料的，人民法院应当及时告知当事人。在补齐相关材料后，应当在七日内决定是否立案。

Where it is necessary to supplement corresponding indispensable materials, the people's court shall notify the party in a timely manner. After the corresponding materials are supplemented, the people's court shall decide whether to docket a case within seven days.

立案后发现不符合起诉条件或者属于民事诉讼法第一百二十四条规定情形的，裁定驳回起诉。

Where the people's court finds that the complaint does not meet the conditions for instituting an action after having docketed the case or the complaint falls under the circumstances as prescribed in Article 124 of the Civil Procedure Law, the people's court shall rule to dismiss the auction.



[CLI Code]CLI.3.349767(EN)

第二百零九条　原告提供被告的姓名或者名称、住所等信息具体明确，足以使被告与他人相区别的，可以认定为有明确的被告。

Article 209 Where information on the defendant as provided by the plaintiff, including but not limited to name or title, and domicile, is specific and clear, and is sufficient to differentiate a defendant from other persons, it may be determined that there is a clear defendant.

起诉状列写被告信息不足以认定明确的被告的，人民法院可以告知原告补正。原告补正后仍不能确定明确的被告的，人民法院裁定不予受理。

Where information on the defendant as listed in the written complaint is insufficient to determine a clear defendant, the people's court may notify the plaintiff to supplement or correct corresponding information. Where a clear defendant still fails to be determined after supplement or correction by the plaintiff, the people's court shall rule not to accept the action.

第二百一十条　原告在起诉状中有谩骂和人身攻击之辞的，人民法院应当告知其修改后提起诉讼。

Article 210 Where a plaintiff uses the words of vituperation or personal assault in the written complaint, the people's court shall inform it of modifying the written complaint before instituting an action.

第二百一十一条　对本院没有管辖权的案件，告知原告向有管辖权的人民法院起诉；原告坚持起诉的，裁定不予受理；立案后发现本院没有管辖权的，应当将案件移送有管辖权的人民法院。

Article 211 Where a people's court has no jurisdiction over a case, it shall notify the plaintiff to institute an action in the competent people's court; if the plaintiff insists on instituting an action in the people's court, it shall rule to dismiss the action; or if the people's court finds that it has no

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.349767(EN)

jurisdiction over the case after having docketed it, it shall transfer the case to the competent people's court.

第二百一十二条    裁定不予受理、驳回起诉的案件，原告再次起诉，符合起诉条件且不属于民事诉讼法第一百二十四条规定情形的，人民法院应予受理。

**Article 212** Where a people's court has ruled not to accept a case or dismiss the action, the plaintiff institutes another action, and the complaint meets the conditions for instituting an action and does not fall under the circumstances as prescribed in Article 124 of the Civil Procedure Law, the people's court shall accept the case.

第二百一十三条    原告应当预交而未预交案件受理费，人民法院应当通知其预交，通知后仍不预交或者申请减、缓、免未获批准而仍不预交的，裁定按撤诉处理。

**Article 213** Where the plaintiff must pay the case acceptance fee in advance but fails to do so, the people's court shall notify him, her or it to make advance payment. If the plaintiff still fails to make advance payment after being notified, or his, her or its application for reduction, postponement and exemption of case acceptance fee is not approved by the people's court but he, she or it still fails to make advance payment, the people's court shall rule that the plaintiff has withdrawn the action.

第二百一十四条    原告撤诉或者人民法院按撤诉处理后，原告以同一诉讼请求再次起诉的，人民法院应予受理。

**Article 214** Where, after the plaintiff withdraws an action or the people's court deems that the plaintiff has withdrawn the action, the plaintiff institutes another action for the same claims, the people's court shall accept the action.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.349767(EN)

原告撤诉或者按撤诉处理的离婚案件，没有新情况、新理由，六个月内又起诉的，比照民事诉讼法第一百二十四条第七项的规定不予受理。

For a divorce case that is withdrawn by the plaintiff or deemed withdrawn by the plaintiff by a people's court, if one party institutes another action within six months without new developments or reasons, the people's court may dismiss the action mutatis mutandis in accordance with subparagraph (7), Article 124 of the Civil Procedure Law.

第二百一十五条　依照民事诉讼法第一百二十四条第二项的规定，当事人在书面合同中订有仲裁条款，或者在发生纠纷后达成书面仲裁协议，一方向人民法院起诉的，人民法院应当告知原告向仲裁机构申请仲裁，其坚持起诉的，裁定不予受理，但仲裁条款或者仲裁协议不成立、无效、失效、内容不明确无法执行的除外。

Article 215 Where the parties have stipulated an arbitration clause in the written agreement or reached a written arbitration agreement after the dispute occurs, if one party institutes an action in the people's court, the people's court shall notify the plaintiff of applying for arbitration to an arbitral institution and if the plaintiff insists on instituting the action, the people's court shall rule to dismiss the action, unless the arbitration clause or agreement are untenable, invalid, invalidated, and ambiguous and thus cannot be enforced.

第二百一十六条　在人民法院首次开庭前，被告以有书面仲裁协议为由对受理民事案件提出异议的，人民法院应当进行审查。

Article 216 Where, before the first court session of a people's court begins, a defendant raises an objection to the acceptance of the civil case by the people's court on the ground that there is a written arbitration agreement, the people's court shall examine the objection.

经审查符合下列情形之一的，人民法院应当裁定驳回起诉：

 [CLI Code]CLI.3.349767(EN)

Where, upon examination, the objection falls under any of the following circumstances, the people's court shall rule to dismiss the action:

（一）仲裁机构或者人民法院已经确认仲裁协议有效的；

(1) The arbitral institution or the people's court has confirmed that the arbitration agreement is valid.

（二）当事人没有在仲裁庭首次开庭前对仲裁协议的效力提出异议的；

(2) The party fails to raise an objection to the effectiveness of the arbitration agreement before the arbitration tribunal first holds a court session.

（三）仲裁协议符合仲裁法第十六条规定且不具有仲裁法第十七条规定情形的。

(3) The arbitration agreement complies with the provisions of Article 16 of the Arbitration Law and does not fall under the circumstances as prescribed in Article 17 of the Arbitration Law.

第二百一十七条　夫妻一方下落不明，另一方诉至人民法院，只要求离婚，不申请宣告下落不明人失踪或者死亡的案件，人民法院应当受理，对下落不明人公告送达诉讼文书。

Article 217 In a case where the whereabouts of the husband or the wife are unknown, the other party institutes an action in a people's court for divorce but does not apply for declaration of the party whose whereabouts are unknown as missing or dead, the people's court shall accept the case and serve process on the party whose whereabouts are unknown by a public notice.

第二百一十八条　赡养费、扶养费、抚育费案件，裁判发生法律效力后，因新情况、新理由，一方当事人再行起诉要求增加或者减少费用的，人民法院应作为新案受理。

Article 218 For a case regarding claims of alimonies, supports for children or elders, pension for the disabled or the family of a decedent, where, after the judgment has come into force, one side

Saved on: 06/28/2026

北大 法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.349767(EN)

institutes another action for increase or reduction of expenses with new developments or new reasons, the people's court shall accept the action as a new one.

**第二百一十九条**　当事人超过诉讼时效期间起诉的，人民法院应予受理。受理后对方当事人提出诉讼时效抗辩，人民法院经审理认为抗辩事由成立的，判决驳回原告的诉讼请求。

**Article 219** Where a party institutes an action after the time limitation for instituting an action expires, a people's court shall accept the action. If, after the people's court accepts the action, the other party makes a defense on the time limitation and the people's court holds upon trial that the defenses are tenable, the people's court shall enter a judgment to dismiss the claims of the plaintiff.

**第二百二十条**　民事诉讼法第六十八条、第一百三十四条、第一百五十六条规定的商业秘密，是指生产工艺、配方、贸易联系、购销渠道等当事人不愿公开的技术秘密、商业情报及信息。

**Article 220** As mentioned in Articles 68, 134, and 156 of the Civil Procedure Law, "trade secrets" means technical secrets and business intelligence and information that a party is unwilling to disclose to the public such as manufacturing techniques, formulas, business contracts, and purchase and sale channels.

**第二百二十一条**　基于同一事实发生的纠纷，当事人分别向同一人民法院起诉的，人民法院可以合并审理。

**Article 221** Where the parties institute actions in the same people's court for disputes arising from the same facts, respectively, the people's court may concurrently try such actions.

**第二百二十二条**　原告在起诉状中直接列写第三人的，视为其申请人民法院追加该第三人参加诉讼。是否通知第三人参加诉讼，由人民法院审查决定。

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

**Article 222** Where a plaintiff directly lists a third party in the written complaint, it is deemed that the plaintiff applies to the people's court for adding the third party to participate in the litigation. Upon examination, the people's court shall decide whether to notify the third party to participate in the litigation.

第二百二十三条　当事人在提交答辩状期间提出管辖异议，又针对起诉状的内容进行答辩的，人民法院应当依照民事诉讼法第一百二十七条第一款的规定，对管辖异议进行审查。

**Article 223** Where a party raises an objection to jurisdiction during the period of submitting a written statement of defense and presents his, her or its argument on the content of the written complaint, the people's court shall examine the objection to jurisdiction in accordance with the provisions of paragraph 1, Article 127 of the Civil Procedure Law.

当事人未提出管辖异议，就案件实体内容进行答辩、陈述或者反诉的，可以认定为民事诉讼法第一百二十七条第二款规定的应诉答辩。

Where the party does not raise an objection to jurisdiction, but presents his, her or its argument or statement, or files a counterclaim on the substantial content of the case, it may be identified as "responding to the action by submitting a written statement of defense" as prescribed in paragraph 2, Article 127 of the Civil Procedure Law.

第二百二十四条　依照民事诉讼法第一百三十三条第四项规定，人民法院可以在答辩期届满后，通过组织证据交换、召集庭前会议等方式，作好审理前的准备。

**Article 224** In accordance with the provisions of subparagraph (4), Article 133 of the Civil Procedure Law, a people's court may, after the period of defense expires, make good preparation for the trial by organizing evidence exchange, holding a pre-trial conference, and other means.

第二百二十五条　根据案件具体情况，庭前会议可以包括下列内容：



[CLI Code]CLI.3.349767(EN)

**Article 225** In light of specific case circumstances, the content of a pre-trial conference may include:

（一）明确原告的诉讼请求和被告的答辩意见；

(1) Specifying the claims of the plaintiff and the arguments of the defendant.

（二）审查处理当事人增加、变更诉讼请求的申请和提出的反诉，以及第三人提出的与本案有关的诉讼请求；

(2) Examining and handling the application for adding or modifying claims and the counterclaim as filed by the parties and the claims related to the case as raised by a third party.

（三）根据当事人的申请决定调查收集证据，委托鉴定，要求当事人提供证据，进行勘验，进行证据保全；

(3) Deciding to investigate and collect evidence upon application of the parties, entrusting an entity with evidence authentication, requiring the parties to adduce evidence, surveying such evidence, and conducting evidence preservation.

（四）组织交换证据；

(4) Organizing the exchange of evidence.

（五）归纳争议焦点；

(5) Concluding the focus of disputes.

（六）进行调解。

(6) Conducting mediation.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

第二百二十六条 人民法院应当根据当事人的诉讼请求、答辩意见以及证据交换的情况，归纳争议焦点，并就归纳的争议焦点征求当事人的意见。

**Article 226** A people's court shall, in accordance with the claims and arguments of the parties as well as the circumstances on evidence exchange, conclude the focus of disputes and solicit opinions on such concluded focus of disputes from the parties.

第二百二十七条 人民法院适用普通程序审理案件，应当在开庭三日前用传票传唤当事人。对诉讼代理人、证人、鉴定人、勘验人、翻译人员应当用通知书通知其到庭。当事人或者其他诉讼参与人在外地的，应当留有必要的在途时间。

**Article 227** Where a people's court tries a case under formal procedure, the people's court shall, three days before the court session begins, summons the parties and notify the litigation representatives, witnesses, identification experts, surveyors, and interpreters to appear in court by a notice. If any parties or any other litigation participants stay in another place, the people's court shall arrange necessary time of travelling for them.

第二百二十八条 法庭审理应当围绕当事人争议的事实、证据和法律适用等焦点问题进行。

**Article 228** The court session shall center on such focuses as the facts in dispute of the parties, evidence, and application of law.

第二百二十九条 当事人在庭审中对其在审理前的准备阶段认可的事实和证据提出不同意见的，人民法院应当责令其说明理由。必要时，可以责令其提供相应证据。人民法院应当结合当事人的诉讼能力、证据和案件的具体情况进行审查。理由成立的，可以列入争议焦点进行审理。

北大法宝 法律更智能 PKULAW.COM

[CLI Code]CLI.3.349767(EN)

**Article 229** Where, in the court session, a party raises different opinions on the facts and evidence he, she or it has recognized at the preparatory stage before trial, the people's court shall order him, her or it to state reasons. When necessary, the people's court may order the party to provide corresponding evidence. The people's court shall examine such reasons in light of the litigation capacity of the party, evidence, and specific case circumstances. Where such reasons are tenable, the people's court shall list such different opinions into the focus of disputes for trial.

第二百三十条 人民法院根据案件具体情况并征得当事人同意，可以将法庭调查和法庭辩论合并进行。

**Article 230** On the basis of specific case circumstances, a people's court may conduct court investigation and court debate concurrently, to which the parties agree.

第二百三十一条 当事人在法庭上提出新的证据的，人民法院应当依照民事诉讼法第六十五条第二款规定和本解释相关规定处理。

**Article 231** Where a party produces any new evidence in court, the people's court shall handle it in accordance with the provisions of paragraph 2, Article 65 of the Civil Procedure Law and the relevant provisions of this Interpretation.

第二百三十二条 在案件受理后，法庭辩论结束前，原告增加诉讼请求，被告提出反诉，第三人提出与本案有关的诉讼请求，可以合并审理的，人民法院应当合并审理。

**Article 232** Where, after the acceptance of a case and before the end of court debate, the plaintiff adds claims, the defendant files a counterclaim, a third party raises claims related to the case, if they may be tried concurrently, the people's court shall try them concurrently.

第二百三十三条 反诉的当事人应当限于本诉的当事人的范围。

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

**Article 233** The parties to a counterclaim shall be limited to the parties to the action.

反诉与本诉的诉讼请求基于相同法律关系、诉讼请求之间具有因果关系，或者反诉与本诉的诉讼请求基于相同事实的，人民法院应当合并审理。

Where the claims of the counterclaim and those of the action are based on the same legal relationship, there is causation between such claims, or the claims of the counterclaim and the action are based on the same facts, the people's court shall try them concurrently.

反诉应由其他人民法院专属管辖，或者与本诉的诉讼标的及诉讼请求所依据的事实、理由无关联的，裁定不予受理，告知另行起诉。

A counterclaim shall be under exclusive jurisdiction of other people's court. Where the counterclaim is irrelevant to the subject matter of the action and the facts and reasons on which the claims in the action are based, the people's court shall rule to dismiss such counterclaim and notify the party to the counterclaim to institute a separate action.

第二百三十四条　无民事行为能力人的离婚诉讼，当事人的法定代理人应当到庭；法定代理人不能到庭的，人民法院应当在查清事实的基础上，依法作出判决。

**Article 234** For a divorce case involving a person of no capacity for civil conduct, his or her statutory representative shall appear in court; where the statutory representative is unable to appear in court, the people's court shall enter a judgment in accordance with the law after the facts have been ascertained.

第二百三十五条　无民事行为能力的当事人的法定代理人，经传票传唤无正当理由拒不到庭，属于原告方的，比照民事诉讼法第一百四十三条的规定，按撤诉处理；属于被告方

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

的，比照民事诉讼法第一百四十四条的规定，缺席判决。必要时，人民法院可以拘传其到庭。

**Article 235** Where the statutory representative of one party of no capacity for civil conduct refuses to appear in court without any justifiable reasons after being summoned, if the party is a plaintiff, the people's court may deem that the plaintiff has withdrawn the action mutatis mutandis in accordance with Article 143 of the Civil Procedure Law; and if the party is a defendant, the court may enter a default judgment mutatis mutandis in accordance with Article 144 of the Civil Procedure Law. When necessary, the people's court may summons the party to appear in court by force.

第二百三十六条　有独立请求权的第三人经人民法院传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭的，比照民事诉讼法第一百四十三条的规定，按撤诉处理。

**Article 236** Where a third party with an independent claim refuses to appear in court without any justifiable reasons after being summoned by a people's court, or leaves the courtroom during a court session without permission from the people's court, the people's court may deem that the third party has withdrawn the action mutatis mutandis in accordance with Article 143 of the Civil Procedure Law.

第二百三十七条　有独立请求权的第三人参加诉讼后，原告申请撤诉，人民法院在准许原告撤诉后，有独立请求权的第三人作为另案原告，原案原告、被告作为另案被告，诉讼继续进行。

**Article 237** Where, after a third party with an independent claim has participated in the litigation, the plaintiff files an application for withdrawal of the action, the people's court shall, after approving the plaintiff's application, take the third party with an independent claim as the plaintiff of another case, take the plaintiff and the defendant in the original case as the defendant of another case, and continue the litigation.



[CLI Code]CLI.3.349767(EN)

第二百三十八条 当事人申请撤诉或者依法可以按撤诉处理的案件，如果当事人有违反法律的行为需要依法处理的，人民法院可以不准许撤诉或者不按撤诉处理。

Article 238 For a case in which a party applies for withdrawal of the action or which can be taken as a case where a party has withdrawn the action, if there is any illegal act committed by the party that needs to be handled according to the law, the people's court is allowed to not approve the withdrawal or not take the case as one where the party has withdrawn the action.

法庭辩论终结后原告申请撤诉，被告不同意的，人民法院可以不予准许。

Where the plaintiff files an application for withdrawal of the action after the end of court debate, but the defendant disagrees to the plaintiff's application, the people's court is allowed to not approve the plaintiff's application.

第二百三十九条 人民法院准许本诉原告撤诉的，应当对反诉继续审理；被告申请撤回反诉的，人民法院应予准许。

Article 239 Where a people's court approves the application for withdrawal of the plaintiff to the action, the people's court shall continue the trial of the counterclaim; if the defendant files an application for withdrawal of the counterclaim, the people's court shall approve such application.

第二百四十条 无独立请求权的第三人经人民法院传票传唤，无正当理由拒不到庭，或者未经法庭许可中途退庭的，不影响案件的审理。

Article 240 Where a third party without an independent claim refuses to appear in court without any justifiable reasons after being summoned by a people's court or leaves the courtroom during a court session without the permission of the people's court, it does not affect the trial of the case.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第二百四十一条　被告经传票传唤无正当理由拒不到庭，或者未经法庭许可中途退庭的，人民法院应当按期开庭或者继续开庭审理，对到庭的当事人诉讼请求、双方的诉辩理由以及已经提交的证据及其他诉讼材料进行审理后，可以依法缺席判决。

Article 241 Where a defendant refuses to appear in court without justifiable reasons after being summoned or leaves the courtroom during a court session without permission from the people's court, the people's court shall hold a court session on schedule or continue the court session and after trying the claims of the parties appearing in court, the plea grounds of the defendant as well as the evidence that has been submitted and other case materials, the people's court may enter a default judgment according to the law.

第二百四十二条　一审宣判后，原审人民法院发现判决有错误，当事人在上诉期内提出上诉的，原审人民法院可以提出原判决有错误的意见，报送第二审人民法院，由第二审人民法院按照第二审程序进行审理；当事人不上诉的，按照审判监督程序处理。

Article 242 Where, after the pronouncement of the first-instance judgment, the original trial people's court discovers any adjudication error and the party appeals within the time limit for appeal, the original trial people's court may present opinions that there is an error in the original judgment and submit its opinions to the people's court of second instance, and the people's court of second instance shall try the case under the procedure of second instance; if the party does not appeal, the case shall be tried under the trial supervision procedure.

第二百四十三条　民事诉讼法第一百四十九条规定的审限，是指从立案之日起至裁判宣告、调解书送达之日止的期间，但公告期间、鉴定期间、双方当事人和解期间、审理当事人提出的管辖异议以及处理人民法院之间的管辖争议期间不应计算在内。

Article 243 The time limit for completing the trial of a case prescribed in Article 149 of the Civil Procedure Law shall be a period from the day when the case is docketed to the day when the

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

judgment is pronounced or the consent judgment is served, excluding the duration of public notice, the duration of expert identification, the duration of settlement between both sides, the duration for trying the objection to jurisdiction raised by the party as well as the duration for settling jurisdictional disputes between the people's courts.

第二百四十四条　可以上诉的判决书、裁定书不能同时送达双方当事人的，上诉期从各自收到判决书、裁定书之日计算。

**Article 244** Where a judgment or ruling that is appealable cannot be served on both sides at the same time, the time limit for appeal shall be calculated from the day when they receive the judgment or ruling, respectively.

第二百四十五条　民事诉讼法第一百五十四条第一款第七项规定的笔误是指法律文书误写、误算，诉讼费用漏写、误算和其他笔误。

**Article 245** As mentioned in paragraph 1(7), Article 154 of the Civil Procedure Law, "typos" means clerical errors and miscalculations in legal instruments, omissions and miscalculations of litigation expenses, and other typos.

第二百四十六条　裁定中止诉讼的原因消除，恢复诉讼程序时，不必撤销原裁定，从人民法院通知或者准许当事人双方继续进行诉讼时起，中止诉讼的裁定即失去效力。

**Article 246** When the cause for suspension of action is eliminated and the litigation procedure resumes, it is unnecessary to revoke the original ruling and the ruling for suspension of action shall immediately become invalidated after the people's court notifies or allows both sides to proceed with the action.



[CLI Code]CLI.3.349767(EN)

第二百四十七条　当事人就已经提起诉讼的事项在诉讼过程中或者裁判生效后再次起诉，同时符合下列条件的，构成重复起诉：

Article 247 Where, in the course of an action or after a judgment takes effect, a party institutes another action against matters for which an action has been instituted, and the another action meets the following conditions at the same time, it constitutes a repeated action:

（一）后诉与前诉的当事人相同；

(1) The parties to the latter action and those to the former action are the same.

（二）后诉与前诉的诉讼标的相同；

(2) The subject matter of action in the latter action and that in the former action are the same.

（三）后诉与前诉的诉讼请求相同，或者后诉的诉讼请求实质上否定前诉裁判结果。

(3) The claims in the latter action and those in the former action are the same or the claims in the latter action substantially deny the judgment in the former action.

当事人重复起诉的，裁定不予受理；已经受理的，裁定驳回起诉，但法律、司法解释另有规定的除外。

Where a party institutes a repeated action, the people's court shall rule not to accept the action; if the repeated action has been accepted, the people's court shall rule to dismiss the action, unless otherwise as prescribed in laws and judicial interpretations.

第二百四十八条　裁判发生法律效力后，发生新的事实，当事人再次提起诉讼的，人民法院应当依法受理。

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

**Article 248** Where, after a judgment has come into force, new facts occur and a party institutes another action, the people's court shall accept such action according to the law.

第二百四十九条　在诉讼中，争议的民事权利义务转移的，不影响当事人的诉讼主体资格和诉讼地位。人民法院作出的发生法律效力的判决、裁定对受让人具有拘束力。

**Article 249** Where the civil rights and obligations in dispute are transferred during litigation, the litigation eligibility status and the status in litigation of a party shall not be affected. The effective judgment or ruling as issued by the people's court shall be binding upon the transferee.

受让人申请以无独立请求权的第三人身份参加诉讼的，人民法院可予准许。受让人申请替代当事人承担诉讼的，人民法院可以根据案件的具体情况决定是否准许；不予准许的，可以追加其为无独立请求权的第三人。

Where the transferee files an application for participating in the litigation as a third party without an independent claim, the people's court may approve the transferee's participation. If the transferee files an application for assuming the litigation by substituting a party, the people's court may, in accordance with specific case circumstances, decide whether to approve the transferee's application; and if the people's court does not approve the transferee's application, the people's court may add the transferee as a third party without an independent claim.

第二百五十条　依照本解释第二百四十九条规定，人民法院准许受让人替代当事人承担诉讼的，裁定变更当事人。

**Article 250** In accordance with the provisions of Article 249 of this Interpretation, where a people's court allows the transferee to assume the litigation by substituting a party, the people's court shall rule to change the parties.

变更当事人后，诉讼程序以受让人为当事人继续进行，原当事人应当退出诉讼。原当事人已经完成的诉讼行为对受让人具有拘束力。

After the parties have been changed, the litigation procedure proceeds with the transferee as a party and the original party shall retreat from the litigation. The litigation conduct that has been committed by the original party shall be binding on the transferee.

第二百五十一条　二审裁定撤销一审判决发回重审的案件，当事人申请变更、增加诉讼请求或者提出反诉，第三人提出与本案有关的诉讼请求的，依照民事诉讼法第一百四十条规定处理。

**Article 251** Where the ruling of second instance revokes the judgment of first instance and remands the case to the original trial people's court for retrial, if the parties apply for changing the parties, adding claims, or filing a counterclaim, and a third party files a claim related to the case, they shall be handled in accordance with the provisions of Article 140 of the Civil Procedure Law.

第二百五十二条　再审裁定撤销原判决、裁定发回重审的案件，当事人申请变更、增加诉讼请求或者提出反诉，符合下列情形之一的，人民法院应当准许：

**Article 252** For a case in which the ruling issued upon retrial revokes the original judgment and rules to remand the case to the original trial people's court for retrial, where the parties apply for changing or adding claims, or filing a counterclaim, which falls under any of the following circumstances, the people's court shall approve such an application:

（一）原审未合法传唤缺席判决，影响当事人行使诉讼权利的；

(1) The original trial people's court enters a default judgment without legally summonsing the parties, which affects the parties' exercise of their procedural rights.



[CLI Code]CLI.3.349767(EN)

（二）追加新的诉讼当事人的；

(2) A new party to the action is added.

（三）诉讼标的物灭失或者发生变化致使原诉讼请求无法实现的；

(3) The subject matter of action is lost or changed, which causes the failure to realize the original claims.

（四）当事人申请变更、增加的诉讼请求或者提出的反诉，无法通过另诉解决的。

(4) The claims to be changed or added under the application of the parties or the counterclaim filed by the parties fail to be resolved by instituting a separate action.

第二百五十三条 当庭宣判的案件，除当事人当庭要求邮寄发送裁判文书的外，人民法院应当告知当事人或者诉讼代理人领取裁判文书的时间和地点以及逾期不领取的法律后果。上述情况，应当记入笔录。

Article 253 For cases whose judgments are pronounced in court, except that the parties require the delivery of judgments by mail, the people's court shall notify the parties or the litigation representatives thereof of the time and place for receiving judgments and the legal consequences for failing to receive such judgments within a prescribed time limit. The aforesaid circumstances shall be recorded in transcripts.

第二百五十四条 公民、法人或者其他组织申请查阅发生法律效力的判决书、裁定书的，应当向作出该生效裁判的人民法院提出。申请应当以书面形式提出，并提供具体的案号或者当事人姓名、名称。

Article 254 Where a citizen, legal person, or other organization applies for consulting an effective judgment or ruling, the citizen, legal person, or other organization shall file the application with the



[CLI Code]CLI.3.349767(EN)

people's court that enters the effective judgment. The application shall be filed in writing and the specific case number or the name or title of the party shall be provided.

第二百五十五条　对于查阅判决书、裁定书的申请，人民法院根据下列情形分别处理：

**Article 255** The people's court shall handle an application for consulting a judgment or ruling under any of the following circumstances:

（一）判决书、裁定书已经通过信息网络向社会公开的，应当引导申请人自行查阅；

(1) Where the judgment or ruling has been made available to the public through information network, the people's court shall guide the applicant in the voluntary consultation.

（二）判决书、裁定书未通过信息网络向社会公开，且申请符合要求的，应当及时提供便捷的查阅服务；

(2) Where the judgment or ruling is not made available to the public through information network, but the application meets the requirements, the people's court shall, in a timely manner, provide convenient consultation services.

（三）判决书、裁定书尚未发生法律效力，或者已失去法律效力的，不提供查阅并告知申请人；

(3) Where the judgment or ruling has not come into force or has become invalid, the people's court shall not make it available for the public's consultation and notify the applicant.

（四）发生法律效力的判决书、裁定书不是本院作出的，应当告知申请人向作出生效裁判的人民法院申请查阅；

Saved on: 06/28/2026

(4) Where the effective judgment or ruling is not issued by the people's court, the people's court shall notify the applicant to file an application for consultation with the people's court that has issued such effective judgment or ruling.

（五）申请查阅的内容涉及国家秘密、商业秘密、个人隐私的，不予准许并告知申请人。

(5) Where the content under the application for consultation involves state secret, trade secret, or individual privacy, the people's court shall not allow the consultation of such content and notify the applicant.

十一、简易程序

**XI**. Summary Procedure

第二百五十六条    民事诉讼法第一百五十七条规定的简单民事案件中的事实清楚，是指当事人对争议的事实陈述基本一致，并能提供相应的证据，无须人民法院调查收集证据即可查明事实；权利义务关系明确是指能明确区分谁是责任的承担者，谁是权利的享有者；争议不大是指当事人对案件的是非、责任承担以及诉讼标的争执无原则分歧。

**Article 256** As mentioned in Article 157 of the Civil Procedure Law, "clear facts" of a simple civil case means that the parties make basically consistent statements on the facts of a dispute and can provide corresponding evidence, and it is unnecessary for the people's court to investigate and collect evidence for ascertaining facts; "unambiguous rights and obligations" means that it is clear that who is the obligor and who is the oblige; and "minor disputes" means that there is no difference in principle regarding the right and the wrong of the case, the responsibilities, and the dispute over the subject matter of action.

第二百五十七条    下列案件，不适用简易程序：

[CLI Code]CLI.3.349767(EN)

**Article 257** The summary procedure shall not apply to the following cases:

（一）起诉时被告下落不明的；

(1) The whereabouts of the defendant are unknown when the action is instituted.

（二）发回重审的；

(2) The case is remanded for retrial.

（三）当事人一方人数众多的；

(3) The parties on one side are numerous.

（四）适用审判监督程序的；

(4) The trial supervision procedure is applicable.

（五）涉及国家利益、社会公共利益的；

(5) National interest or public interest is involved.

（六）第三人起诉请求改变或者撤销生效判决、裁定、调解书的；

(6) A third party institutes the action for modification or revocation of an effective judgment, ruling, or consent judgment.

（七）其他不宜适用简易程序的案件。

(7) Other cases, for which the application of summary procedure is not appropriate.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第二百五十八条　适用简易程序审理的案件，审理期限到期后，双方当事人同意继续适用简易程序的，由本院院长批准，可以延长审理期限。延长后的审理期限累计不得超过六个月。

**Article 258** For a case to which summary procedure applies, where, after the time limit for trial expires, both sides agree on the continued application of summary procedure, the time limit for trial may be extended with the approval of the president of the people's court. The cumulative time limit for trial after the extension shall not exceed six months.

人民法院发现案情复杂，需要转为普通程序审理的，应当在审理期限届满前作出裁定并将合议庭组成人员及相关事项书面通知双方当事人。

Where the people's court discovers that a case has complicated circumstances and it is necessary to transfer the case into formal procedure, the people's court shall, before the time limit for trial expires, issue a ruling and notify both sides of the composition of the collegial bench and the corresponding matters in writing.

案件转为普通程序审理的，审理期限自人民法院立案之日计算。

Where a case is transferred into formal procedure, the time limit for trial shall be calculated from the day when the people's court dockets the case.

第二百五十九条　当事人双方可就开庭方式向人民法院提出申请，由人民法院决定是否准许。经当事人双方同意，可以采用视听传输技术等方式开庭。

**Article 259** Both sides may file an application with a people's court regarding the court session manner and the people's court shall decide whether to approve such court session manner. With the consents of both sides, the court session may be held by adopting audio and video transmission technologies and other means.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第二百六十条　已经按照普通程序审理的案件，在开庭后不得转为简易程序审理。

**Article 260** A case that has been tried under formal procedure may not be transferred into summary procedure after the court session begins.

第二百六十一条　适用简易程序审理案件，人民法院可以采取捎口信、电话、短信、传真、电子邮件等简便方式传唤双方当事人、通知证人和送达裁判文书以外的诉讼文书。

**Article 261** For a case to which summary procedure applies, a people's court may summons both sides, notify witnesses, and serve process excluding judgment in such simple manners as oral message, phone call, short message, fax, and e-mail.

以简便方式送达的开庭通知，未经当事人确认或者没有其他证据证明当事人已经收到的，人民法院不得缺席判决。

Where the receipt of a notice on court session served in simple manners is not confirmed by the parties or there is no evidence proving that the parties have received it, the people's court may not enter a default judgment.

适用简易程序审理案件，由审判员独任审判，书记员担任记录。

For a case to which summary procedure applies, the judge shall try it individually and the court clerk shall be responsible for taking notes.

第二百六十二条　人民法庭制作的判决书、裁定书、调解书，必须加盖基层人民法院印章，不得用人民法庭的印章代替基层人民法院的印章。

北大法宝 PKULAW.COM [CLI Code]CLI.3.349767(EN)

**Article 262** The judgments, rulings, and consent judgments issued by a people's court shall bear the seal of a basic people's court and the seal of a people's tribunal may not be used to substitute the seal of a basic people's court.

第二百六十三条　适用简易程序审理案件，卷宗中应当具备以下材料：

**Article 263** For a case to which summary procedure applies, the case files shall contain the following:

（一）起诉状或者口头起诉笔录；

(1) a written complaint or transcript of a verbal complaint;

（二）答辩状或者口头答辩笔录；

(2) a written statement of defense or transcript of a verbal defense;

（三）当事人身份证明材料；

(3) identity certification documents of the parties;

（四）委托他人代理诉讼的授权委托书或者口头委托笔录；

(4) a power of attorney for authorizing other person to represent the party to the case or transcript of verbal authorization;

（五）证据；

(5) evidence;

（六）询问当事人笔录；

(6) transcripts of inquiries of the parties;

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

（七）审理（包括调解）笔录；

(7) transcripts of trial (including mediation);

（八）判决书、裁定书、调解书或者调解协议；

(8) a judgment, ruling, consent judgment, or mediation agreement;

（九）送达和宣判笔录；

(9) transcripts of service and pronouncement;

（十）执行情况；

(10) execution information;

（十一）诉讼费收据；

(11) receipts of litigation expenses; and

（十二）适用民事诉讼法第一百六十二条规定审理的，有关程序适用的书面告知。

(12) a written notification of the relevant procedure where a case is tried in accordance with the

provisions of Article 262 of the Civil Procedure Law.

**第二百六十四条**　当事人双方根据民事诉讼法第一百五十七条第二款规定约定适用简易

程序的，应当在开庭前提出。口头提出的，记入笔录，由双方当事人签名或者捺印确认。

**Article 264** Where both sides agree on the application of summary procedure in accordance with the

provisions of paragraph 2, Article 157 of the Civil Procedure Law, they shall put forward it before

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

the court session begins. Where it is put forward verbally, it shall be recorded in transcripts and confirmed by the signatures or fingerprints of both sides.

本解释第二百五十七条规定的案件，当事人约定适用简易程序的，人民法院不予准许。

For cases as prescribed in Article 257 of this Interpretation, if the parties agree on the application of summary procedure to such cases, the people's court may not approve it.

第二百六十五条　原告口头起诉的，人民法院应当将当事人的姓名、性别、工作单位、住所、联系方式等基本信息，诉讼请求，事实及理由等准确记入笔录，由原告核对无误后签名或者捺印。对当事人提交的证据材料，应当出具收据。

Article 265 Where a plaintiff institutes an action verbally, the people's court shall correctly record such basic information on the parties as name, gender, employer, domicile, and contact methods, claims, facts, and reasons in transcripts and upon verification, the plaintiff shall affix his, her or its signature or fingerprint. The people's court shall issue receipts for the evidentiary materials submitted by the parties to it.

第二百六十六条　适用简易程序案件的举证期限由人民法院确定，也可以由当事人协商一致并经人民法院准许，但不得超过十五日。被告要求书面答辩的，人民法院可在征得其同意的基础上，合理确定答辩期间。

Article 266 The time limit for producing evidence for a case to which summary procedure applies shall be determined by a people's court or may be determined upon consultation and consensus of the parties and approval of the people's court, but it may not exceed 15 days. Where a defendant requires a written statement of defense, the people's court may, on the basis of gaining the consent of the defendant, properly determine the period of defense.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

人民法院应当将举证期限和开庭日期告知双方当事人，并向当事人说明逾期举证以及拒不到庭的法律后果，由双方当事人在笔录和开庭传票的送达回证上签名或者捺印。

The people's court shall notify both sides of the time limit for producing evidence and the date of court session and explain to the parties the legal consequences of failure to produce evidence within the time limit for producing evidence and refusal to appear in court.

当事人双方均表示不需要举证期限、答辩期间的，人民法院可以立即开庭审理或者确定开庭日期。

Where both sides express that the time limit for producing evidence and the period of defense are unnecessary, the people's court shall immediately hold the court session or determine the date of court session.

第二百六十七条　适用简易程序审理案件，可以简便方式进行审理前的准备。

Article 267 For a case to which summary procedure applies, pre-trial preparations may be made in simple manners.

第二百六十八条　对没有委托律师、基层法律服务工作者代理诉讼的当事人，人民法院在庭审过程中可以对回避、自认、举证证明责任等相关内容向其作必要的解释或者说明，并在庭审过程中适当提示当事人正确行使诉讼权利、履行诉讼义务。

Article 268 For a party that does not retain a lawyer or legal service worker at the basic level to serve as the litigation representative, a people's court may, in the course of court session, give necessary explanation or description of the relevant content, including disqualification, confession, and burden of proof and appropriately remind the party of properly exercising the procedural rights and performing the procedural obligations.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第二百六十九条　当事人就案件适用简易程序提出异议，人民法院经审查，异议成立的，裁定转为普通程序；异议不成立的，口头告知当事人，并记入笔录。

Article 269 Where a party raises an objection to the application of summary procedure in the trial of a case, if the objection is tenable upon examination by a people's court, the people's court shall rule to transfer the case into formal procedure; or if the objection is untenable, the people's court shall verbally notify the party and record it in transcripts.

转为普通程序的，人民法院应当将合议庭组成人员及相关事项以书面形式通知双方当事人。

Where the case is transferred into formal procedure, the people's court shall notify both sides of the composition of the collegial bench of the people's court and corresponding matters in writing.

转为普通程序前，双方当事人已确认的事实，可以不再进行举证、质证。

Before the case is transferred into formal procedure, facts that have been confirmed by both sides may no longer be adduced or cross-examined.

第二百七十条　适用简易程序审理的案件，有下列情形之一的，人民法院在制作判决书、裁定书、调解书时，对认定事实或者裁判理由部分可以适当简化：

Article 270 Where a case to which summary procedure applies falls under any of the following circumstances, when preparing a judgment, ruling, or consent judgment, the people's court may appropriately simplify the found facts or judgment's reasoning:

（一）当事人达成调解协议并需要制作民事调解书的；

(1) The parties reach a mediation agreement and it is necessary to prepare a civil consent judgment.

（二）一方当事人明确表示承认对方全部或者部分诉讼请求的；

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

(2) One party explicitly admits all or partial claims of the other party.

（三）涉及商业秘密、个人隐私的案件，当事人一方要求简化裁判文书中的相关内容，人民法院认为理由正当的；

(3) For a case involving trade secret or individual privacy, a party requires the simplification of the relevant content of the judgment and the people's court holds that the reasons for such simplification are justifiable.

（四）当事人双方同意简化的。

(4) Both sides agree to the simplification.

十二、简易程序中的小额诉讼

XII. Small Claims in Summary Procedure

第二百七十一条　人民法院审理小额诉讼案件，适用民事诉讼法第一百六十二条的规定，实行一审终审。

Article 271 Where a people's court tries a small claims lawsuit, the adjudication of the people's court shall be final in accordance with the provisions of Article 162 of the Civil Procedure Law.

第二百七十二条　民事诉讼法第一百六十二条规定的各省、自治区、直辖市上年度就业人员年平均工资，是指已经公布的各省、自治区、直辖市上一年度就业人员年平均工资。在上一年度就业人员年平均工资公布前，以已经公布的最近年度就业人员年平均工资为准。

Article 272 As mentioned in Article 162 of the Civil Procedure Law, "previous year's average annual wages of employees in a province, autonomous region or municipality directly under the Central Government" means the previous year's average annual wages of employees in a province,

[CLI Code]CLI.3.349767(EN)

autonomous region or municipality directly under the Central Government that have been published. Before the previous year's average annual wages of employees are published, the most recent year's average annual wages of employees that have been published shall prevail.

第二百七十三条　海事法院可以审理海事、海商小额诉讼案件。案件标的额应当以实际受理案件的海事法院或者其派出法庭所在的省、自治区、直辖市上年度就业人员年平均工资百分之三十为限。

Article 273 Maritime courts may try maritime and maritime commerce small claims lawsuits. The amount of the subject matter in a case shall be lower than 30% of the previous year's average annual wages of employees in the province, autonomous region or municipality directly under the Central Government where the maritime court that actually accepts the case or its dispatched tribunal is located.

第二百七十四条　下列金钱给付的案件，适用小额诉讼程序审理：

Article 274 Small claims procedures shall apply to the trial of the following cases that involve pecuniary payment:

（一）买卖合同、借款合同、租赁合同纠纷；

(1) Cases of disputes over sales contracts, loan contracts or lease contracts.

（二）身份关系清楚，仅在给付的数额、时间、方式上存在争议的赡养费、抚育费、扶养费纠纷；

(2) Cases of disputes over alimony or payment for supporting the aging parents or children where the identity relationship is clear and there are disputes only over the amount, time and means of payment.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

（三）责任明确，仅在给付的数额、时间、方式上存在争议的交通事故损害赔偿和其他人身损害赔偿纠纷；

(3) Cases of disputes over the compensation for traffic accident damages and other personal injuries where responsibilities are clarified and there are disputes only over the amount, time and means of payment.

（四）供用水、电、气、热力合同纠纷；

(4) Cases of disputes over water, electricity, gas and heating power contracts.

（五）银行卡纠纷；

(5) Cases of bankcard disputes.

（六）劳动关系清楚，仅在劳动报酬、工伤医疗费、经济补偿金或者赔偿金给付数额、时间、方式上存在争议的劳动合同纠纷；

(6) Cases of disputes over labor contracts where the labor relationship is clear and there are disputes only over the amount, time and means of payment of labor remunerations, medical expenses for a work-related injury or economic indemnity or compensation.

（七）劳务关系清楚，仅在劳务报酬给付数额、时间、方式上存在争议的劳务合同纠纷；

(7) Cases of disputes over labor contracts where the labor relationship is clear and there are disputes only over the amount, time and means of payment of labor remunerations.

（八）物业、电信等服务合同纠纷；

(8) Cases of disputes over property, telecommunications or any other service contracts.

Saved on: 06/28/2026

 [CLI Code]CLI.3.349767(EN)

（九）其他金钱给付纠纷。

(9) Other cases of disputes over pecuniary payment.

第二百七十五条 下列案件，不适用小额诉讼程序审理：

Article 275 Small claims procedures shall not apply to the trial of the following cases:

（一）人身关系、财产确权纠纷；

(1) Cases of disputes over personal relationship and property right confirmation.

（二）涉外民事纠纷；

(2) Cases of foreign-related civil disputes.

（三）知识产权纠纷；

(3) Cases of intellectual property disputes.

（四）需要评估、鉴定或者对诉前评估、鉴定结果有异议的纠纷；

(4) Cases of disputes under which evaluation and appraisal are required or any objection is raised to pre-action evaluation or appraisal results.

（五）其他不宜适用一审终审的纠纷。

(5) Other cases of disputes for which the adjudication of first instance is not appropriate to be final.

第二百七十六条 人民法院受理小额诉讼案件，应当向当事人告知该类案件的审判组织、一审终审、审理期限、诉讼费用交纳标准等相关事项。

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

**Article 276** When accepting a small claims lawsuit, a people's court shall notify the party of the trial organization, final judgment in the first instance, time limit of trial, payment standards for litigation costs and other relevant matters.

第二百七十七条　小额诉讼案件的举证期限由人民法院确定，也可以由当事人协商一致并经人民法院准许，但一般不超过七日。

**Article 277** The time limit for producing evidence in a small claims lawsuit may be either determined by a people's court or agreed on by the parties and approved by the people's court, which, however, generally not exceed seven days.

被告要求书面答辩的，人民法院可以在征得其同意的基础上合理确定答辩期间，但最长不得超过十五日。

Where the defendant requires for making a written statement of defense, a people's court may determine in a reasonable manner the defense period on the basis of obtaining the consent of the defendant, which shall not exceed 15 days at a minimum.

当事人到庭后表示不需要举证期限和答辩期间的，人民法院可立即开庭审理。

Where a party claims after appearing before the court that he does not need the time period for producing evidence or the defense period, the people's court may try the case in court session immediately.

第二百七十八条　当事人对小额诉讼案件提出管辖异议的，人民法院应当作出裁定。裁定一经作出即生效。

**Article 278** Where a party raises any objection to the jurisdiction concerning a small claims lawsuit, the people's court shall make a ruling. The ruling shall take effect immediately after being made.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第二百七十九条　人民法院受理小额诉讼案件后，发现起诉不符合民事诉讼法第一百一十九条规定的起诉条件的，裁定驳回起诉。裁定一经作出即生效。

**Article 279** Where a people's court finds after accepting a small claims lawsuit that the filing of the lawsuit fails to meet the conditions for instituting an action as prescribed in Article 119 of the Civil Procedure Law, it shall rule to dismiss the lawsuit. The ruling shall take effect immediately after being made.

第二百八十条　因当事人申请增加或者变更诉讼请求、提出反诉、追加当事人等，致使案件不符合小额诉讼案件条件的，应当适用简易程序的其他规定审理。

**Article 280** Where a case fails to meet the conditions for a small claims lawsuit as the party applies for adding or changing claims, files a counterclaim or adds parties, among others, the case shall be tried under other provisions of summary procedure.

前款规定案件，应当适用普通程序审理的，裁定转为普通程序。

Where the case as prescribed in the preceding paragraph shall be tried under formal procedure, a ruling shall be made to try the case under formal procedure.

适用简易程序的其他规定或者普通程序审理前，双方当事人已确认的事实，可以不再进行举证、质证。

Before trying the case under other provisions of summary procedure or formal procedure, the facts ascertained by both parties may no longer be proved or cross-examined.

130/276

北大法宝 PKULAW.COM 让法律更智能 [CLI Code]CLI.3.349767(EN)

**第二百八十一条** 当事人对按照小额诉讼案件审理有异议的，应当在开庭前提出。人民法院经审查，异议成立的，适用简易程序的其他规定审理；异议不成立的，告知当事人，并记入笔录。

**Article 281** A party's objection to the trial of a case under the procedure for a small claims lawsuit shall be raised before the court hearing. If the objection is supported upon examination of the people's court, the case shall be tried under other provisions of summary procedure; or if the objection is not supported, the people's court shall notify the party and include it in the transcripts.

**第二百八十二条** 小额诉讼案件的裁判文书可以简化，主要记载当事人基本信息、诉讼请求、裁判主文等内容。

**Article 282** A judgment document of a small claims lawsuit may be simplified by primarily recording the basic information of the parties, claims, the main text of the judgment and other contents.

**第二百八十三条** 人民法院审理小额诉讼案件，本解释没有规定的，适用简易程序的其他规定。

**Article 283** Where these Interpretation is silent, a people's court shall try a small claims lawsuit under other provisions of summary procedure.

十三、公益诉讼

**XIII**. Public Interest Actions

**第二百八十四条** 环境保护法、消费者权益保护法等法律规定的机关和有关组织对污染环境、侵害众多消费者合法权益等损害社会公共利益的行为，根据民事诉讼法第五十五条规定提起公益诉讼，符合下列条件的，人民法院应当受理：

[CLI Code]CLI.3.349767(EN)

**Article 284**Where an organ or relevant organization as prescribed by the Environmental Protection Law, the Law of the People's Republic of China on the Protection of Consumer Rights and Interests or any other law initiates a public interest action for any conduct that pollutes environment, infringes upon the legitimate rights and interests of vast consumers or otherwise damages public interests in accordance with the provisions of Article 55 of the Civil Procedure Law, if the action meets the following conditions, the people's court shall accept such action:

（一）有明确的被告；

(1) There is a clear defendant.

（二）有具体的诉讼请求；

(2) There are specific claims.

（三）有社会公共利益受到损害的初步证据；

(3) There is preliminary evidence that public interests have been damaged.

（四）属于人民法院受理民事诉讼的范围和受诉人民法院管辖。

(4) The case is within the scope of civil actions accepted by the people's courts and under the jurisdiction of the people's court with which the action is initiated.

第二百八十五条　公益诉讼案件由侵权行为地或者被告住所地中级人民法院管辖，但法律、司法解释另有规定的除外。

**Article 285** A public interest action shall be under the jurisdiction of the intermediate people's court at the place where the tort occurs or at the place of domicile of the defendant, except as otherwise provided by laws and judicial interpretations.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

因污染海洋环境提起的公益诉讼，由污染发生地、损害结果地或者采取预防污染措施地海事法院管辖。

A public interest action initiated for marine environment pollution shall be under the jurisdiction of the maritime court at the place where pollution occurs, where injury result occurs or where pollution prevention measures are taken.

对同一侵权行为分别向两个以上人民法院提起公益诉讼的，由最先立案的人民法院管辖，必要时由它们的共同上级人民法院指定管辖。

Where a public interest action is instituted respectively with two or more people's courts for the same tort, the people's court that files the case first shall have jurisdiction over the action, and, where necessary, their common people's court at a higher level shall designate the jurisdiction.

第二百八十六条　人民法院受理公益诉讼案件后，应当在十日内书面告知相关行政主管部门。

Article 286 A people's court shall, after accepting a public interest action, inform the relevant competent administrative department in writing within ten days.

第二百八十七条　人民法院受理公益诉讼案件后，依法可以提起诉讼的其他机关和有关组织，可以在开庭前向人民法院申请参加诉讼。人民法院准许参加诉讼的，列为共同原告。

Article 287 After a people's court accepts a public interest action, any other organ or relevant organization that is eligible for initiating an action in accordance with the law may apply to the people's court for participating in the action before the court session. Where the people's court allows the organ or organization to participate in the action, such organ or organization may be listed as a co-plaintiff.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM [CLI Code]CLI.3.349767(EN)

**第二百八十八条**    人民法院受理公益诉讼案件，不影响同一侵权行为的受害人根据民事诉讼法第一百一十九条规定提起诉讼。

**Article 288** The acceptance of a public interest action by a people's court does not affect the initiation of an action by a victim of the same tort in accordance with the provisions of Article 119 of the Civil Procedure Law.

**第二百八十九条**    对公益诉讼案件，当事人可以和解，人民法院可以调解。

**Article 289** In a public interest action, the parties may reach a settlement, and the people's court may conduct mediation.

当事人达成和解或者调解协议后，人民法院应当将和解或者调解协议进行公告。公告期间不得少于三十日。

After the parties reach a settlement or a mediation agreement, the people's court shall make an announcement of the settlement or mediation agreement for a period of not less than 30 days.

公告期满后，人民法院经审查，和解或者调解协议不违反社会公共利益的，应当出具调解书；和解或者调解协议违反社会公共利益的，不予出具调解书，继续对案件进行审理并依法作出裁判。

After the announcement period expires, a people's court shall issue a consent judgment if it finds upon review that the settlement or mediation agreement does not violate the public interests, or refuse to issue a mediation agreement and continue to try the case and make a ruling in accordance with the law if the settlement or consent judgment violates public interests.

**第二百九十条**    公益诉讼案件的原告在法庭辩论终结后申请撤诉的，人民法院不予准许。

134/276

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

**Article 290** Where the plaintiff of a public interest action applies for withdrawing an action after the end of a court debate, the people's court shall not grant such application.

第二百九十一条　公益诉讼案件的裁判发生法律效力后，其他依法具有原告资格的机关和有关组织就同一侵权行为另行提起公益诉讼的，人民法院裁定不予受理，但法律、司法解释另有规定的除外。

**Article 291** Where, after the judgment in a public interest action takes legal effect, any organ or relevant organization qualified as a plaintiff initiates a public interest action for the same tort, the people's court shall make a rule of not accepting such action, except as otherwise provided by laws and judicial interpretations.

十四、第三人撤销之诉

**XIV**. Third-Party Revocation Actions

第二百九十二条　第三人对已经发生法律效力的判决、裁定、调解书提起撤销之诉的，应当自知道或者应当知道其民事权益受到损害之日起六个月内，向作出生效判决、裁定、调解书的人民法院提出，并应当提供存在下列情形的证据材料：

**Article 292** Where a third party files a revocation lawsuit against an effective judgment, ruling, or consent judgment of a people's court, it shall, within six months from the date when the third party knows or should have known that the third party's civil rights and interests have been damaged, institute an action in the people's court that rendered the effective judgment, ruling or consent judgment, and provide the evidentiary materials proving the existence of any of the following circumstances:

（一）因不能归责于本人的事由未参加诉讼；

[CLI Code]CLI.3.349767(EN)

(1) The third party fails to participate in an action for any reason that cannot be attributable to the third party's fault.

（二）发生法律效力的判决、裁定、调解书的全部或者部分内容错误；

(2) The legally effective judgment, ruling or consent judgment is entirely or partially erroneous.

（三）发生法律效力的判决、裁定、调解书内容错误损害其民事权益。

(3) The errors in the contents of the legally effective judgment, ruling or consent judgment cause damage to the third party's civil rights and interests.

第二百九十三条　人民法院应当在收到起诉状和证据材料之日起五日内送交对方当事人，对方当事人可以自收到起诉状之日起十日内提出书面意见。

Article 293 A people's court shall, within five days of receipt of the written complaint and evidentiary materials, deliver them to the other parties, and the other parties may put forward written opinions within ten days of receipt of the written complaint.

人民法院应当对第三人提交的起诉状、证据材料以及对方当事人的书面意见进行审查。必要时，可以询问双方当事人。

The people's court shall examine the written complaint and evidentiary materials submitted by the third party and the written opinions of the other parties, and, where necessary, may interview both sides.

经审查，符合起诉条件的，人民法院应当在收到起诉状之日起三十日内立案。不符合起诉条件的，应当在收到起诉状之日起三十日内裁定不予受理。

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

Where, upon examination, a case meets the conditions for instituting an action, the people's court shall file the case within 30 days of receipt of the written complaint; or the people's court shall issue a ruling within 30 days to refuse to accept a case that fails to meet the conditions for instituting an action.

第二百九十四条　人民法院对第三人撤销之诉案件，应当组成合议庭开庭审理。

**Article 294** A people's court shall form a collegial bench to try a case of third-party revocation action.

第二百九十五条　民事诉讼法第五十六条第三款规定的因不能归责于本人的事由未参加诉讼，是指没有被列为生效判决、裁定、调解书当事人，且无过错或者无明显过错的情形。包括：

**Article 295** As mentioned in paragraph 3, Article 56 of the Civil Procedure Law, "failure to participate in an action for any reason that is not attributable to the third party's fault" means the circumstances under which a third party is not listed as a party to an effective judgment, ruling or consent judgment, and is not at fault or not obviously at fault, including:

（一）不知道诉讼而未参加的；

(1) The third party fails to participate in the action because he or it does not know the action.

（二）申请参加未获准许的；

(2) The third party applies for participating in the action but fails to get the approval.

（三）知道诉讼，但因客观原因无法参加的；

(3) The third party knows the action, but cannot participate in the action for any objective reason.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

（四）因其他不能归责于本人的事由未参加诉讼的。

(4) The third party fails to participate in the lawsuit for any reason that is not attributable to the third party's fault.

**第二百九十六条** 民事诉讼法第五十六条第三款规定的判决、裁定、调解书的部分或者全部内容，是指判决、裁定的主文，调解书中处理当事人民事权利义务的结果。

**Article 296** As mentioned in paragraph 3, Article 56 of the Civil Procedure Law, "judgment, ruling or consent judgment is entirely or partially erroneous" means the adjudication part of a judgment or ruling or the results of disposition of the parties' civil rights and obligations in a consent judgment.

**第二百九十七条** 对下列情形提起第三人撤销之诉的，人民法院不予受理：

**Article 297** A people's court shall not accept a third-party revocation action that is filed under any of the following circumstances:

（一）适用特别程序、督促程序、公示催告程序、破产程序等非讼程序处理的案件；

(1) The action shall be handled under special procedures, prompting procedures, procedure for Announcement to Urge Declaration of Claims, bankruptcy procedures, or other non-contentious procedures.

（二）婚姻无效、撤销或者解除婚姻关系等判决、裁定、调解书中涉及身份关系的内容；

(2) The action is initiated against the contents involving identity relationship in the judgment, ruling or consent judgment that invalidates a marriage or revokes or dissolves a marital relationship, among others.

（三）民事诉讼法第五十四条规定的未参加登记的权利人对代表人诉讼案件的生效裁判；



[CLI Code]CLI.3.349767(EN)

(3) The action is initiated against the effective judgment in the litigation case of unregistered right holder v. representative as prescribed in Article 54 of the Civil Procedure Law.

（四）民事诉讼法第五十五条规定的损害社会公共利益行为的受害人对公益诉讼案件的生效裁判。

(4) The action is initiated against the effective judgment of any public interest action initiated by victims of any conduct that damages public interests as prescribed in Article 55 of the Civil Procedure Law.

第二百九十八条　第三人提起撤销之诉，人民法院应当将该第三人列为原告，生效判决、裁定、调解书的当事人列为被告，但生效判决、裁定、调解书中没有承担责任的无独立请求权的第三人列为第三人。

Article 298 Where a third party files a revocation action, the people's court shall list the third party as the plaintiff, and the parties to the effective judgment, ruling and consent judgment shall be listed as defendants, but a third party without an independent right of claim that does not undertake obligations in the effective judgment, ruling and consent judgment shall be listed as the third party.

第二百九十九条　受理第三人撤销之诉案件后，原告提供相应担保，请求中止执行的，人民法院可以准许。

Article 299 After accepting a third-party revocation action, the people's court may approve the plaintiff's request for terminating execution by providing the corresponding guarantee.

第三百条　对第三人撤销或者部分撤销发生法律效力的判决、裁定、调解书内容的请求，人民法院经审理，按下列情形分别处理：

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

**Article 300** Upon trial, a people's court shall handle a third party's claim for entirely or partially revoking any content of an effective judgment, ruling or consent judgment respectively according to the following circumstances:

（一）请求成立且确认其民事权利的主张全部或部分成立的，改变原判决、裁定、调解书内容的错误部分；

(1) Where the third party's claim is supported, and the claim for confirming his or its civil rights is entirely or partially supported, the erroneous part in the original judgment, ruling or consent judgment shall be altered.

（二）请求成立，但确认其全部或部分民事权利的主张不成立，或者未提出确认其民事权利请求的，撤销原判决、裁定、调解书内容的错误部分；

(2) Where the third party's claim is supported, but the claim for confirming its entire or partial civil rights is not supported, or the third party does not file a claim for confirming his or its civil rights, the erroneous part in the original judgment, ruling or consent judgment shall be revoked.

（三）请求不成立的，驳回诉讼请求。

(3) Where the third party's claim is not supported, the claim shall be dismissed.

对前款规定裁判不服的，当事人可以上诉。

The party that refuses to accept the ruling as prescribed in the preceding paragraph may make an appeal.

原判决、裁定、调解书的内容未改变或者未撤销的部分继续有效。

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

The contents not changed or not revoked in the original judgment, ruling or consent judgment shall remain in force.

第三百零一条　第三人撤销之诉案件审理期间，人民法院对生效判决、裁定、调解书裁定再审的，受理第三人撤销之诉的人民法院应当裁定将第三人的诉讼请求并入再审程序。但有证据证明原审当事人之间恶意串通损害第三人合法权益的，人民法院应当先行审理第三人撤销之诉案件，裁定中止再审诉讼。

**Article 301** Where, during the trial of a third-party revocation action, the people's court makes a ruling on the retrial of an effective judgment, ruling or consent judgment, the people's court that accepts the third-party revocation action shall make a ruling on incorporating the third party's claims into the retrial procedures. However, where there is evidence proving that the parties in an original trial maliciously collude with each other, which has damaged the legitimate rights and interests of the third party, the people's court shall first try the third-party's revocation action, and make a ruling on suspension of the retrial action.

第三百零二条　第三人诉讼请求并入再审程序审理的，按照下列情形分别处理：

**Article 302** A third-party's claims that are incorporated into the retrial procedures shall be handled respectively according to the following circumstances:

（一）按照第一审程序审理的，人民法院应当对第三人的诉讼请求一并审理，所作的判决可以上诉；

(1) Where the case is tried under the procedure at first instance, the people's court shall try the third party's claims concurrently, and the parties may appeal against the ruling made.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

（二）按照第二审程序审理的，人民法院可以调解，调解达不成协议的，应当裁定撤销原判决、裁定、调解书，发回一审法院重审，重审时应当列明第三人。

(2) Where the case is tried under the procedure at second instance, the people's court may conduct mediation. If no agreement can be reached through mediation, the people's court shall make a ruling on revoking the original judgment, ruling or consent judgment, and remand this case to the court of the first instance for retrial. The third party shall be listed during the retrial.

**第三百零三条** 第三人提起撤销之诉后，未中止生效判决、裁定、调解书执行的，执行法院对第三人依照民事诉讼法第二百二十七条规定提出的执行异议，应予审查。第三人不服驳回执行异议裁定，申请对原判决、裁定、调解书再审的，人民法院不予受理。

**Article 303** Where, after a third party initiates a revocation action, the execution of the effective original judgment, ruling or consent judgment fails to be suspended, the execution court shall examine the execution objection raised by the third party in accordance with the provisions of Article 227 of the Civil Procedure Law. Where the third party refuses to accept the ruling on rejection of execution objection, and files a retrial petition for trial of the original judgment, ruling or consent judgment, the people's court shall not accept such petition.

案外人对人民法院驳回其执行异议裁定不服，认为原判决、裁定、调解书内容错误损害其合法权益的，应当根据民事诉讼法第二百二十七条规定申请再审，提起第三人撤销之诉的，人民法院不予受理。

Where any party not involved in this case refuses to accept the people's court's ruling on rejection of its execution objection, considering that the original judgment, ruling or consent judgment damage has damaged his or its legitimate rights and interests, he or it shall file a retrial petition in accordance with the provisions of Article 127 of the Civil Procedure Law. Where a third-party revocation action is initiated, the people's court shall not accept such action.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

十五、执行异议之诉

**XV**. Execution Objection Actions

**第三百零四条**　根据民事诉讼法第二百二十七条规定，案外人、当事人对执行异议裁定不服，自裁定送达之日起十五日内向人民法院提起执行异议之诉的，由执行法院管辖。

**Article 304** Where, in accordance with the provisions of Article 227 of the Civil Procedure Law, a nonparty or a party to this case refuses to accept a ruling on rejection of execution objection, he or it may file an execution objection action with the people's court within 15 days after the aforesaid ruling regarding objection is served, and the execution court shall have the jurisdiction.

**第三百零五条**　案外人提起执行异议之诉，除符合民事诉讼法第一百一十九条规定外，还应当具备下列条件：

**Article 305** The initiation of an execution objection action by a nonparty shall, in addition to complying with the provisions of Article 119 of the Civil Procedure Law, meet the following conditions:

（一）案外人的执行异议申请已经被人民法院裁定驳回；

(1) The people's court has rendered a ruling to dismiss the petition for execution objection filed by the nonparty.

（二）有明确的排除对执行标的执行的诉讼请求，且诉讼请求与原判决、裁定无关；

(2) There are explicit claims for preventing the execution of the subject matter of execution, and such claims have nothing to do with the original judgment or ruling.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

（三）自执行异议裁定送达之日起十五日内提起。

(3) The execution objection action is initiated within 15 days after the execution objection ruling is served.

人民法院应当在收到起诉状之日起十五日内决定是否立案。

The people's court shall decide whether to file the case within 15 days from the date of receipt of the written complaint.

**第三百零六条**　申请执行人提起执行异议之诉，除符合民事诉讼法第一百一十九条规定外，还应当具备下列条件：

**Article 306** The initiation of an execution objection action by an execution applicant shall, in addition to complying with the provisions of Article 119 of the Civil Procedure Law, meet the following conditions:

（一）依案外人执行异议申请，人民法院裁定中止执行；

(1) The people's court makes a ruling on suspension of execution on the basis of the application for execution objection filed by the nonparty.

（二）有明确的对执行标的继续执行的诉讼请求，且诉讼请求与原判决、裁定无关；

(2) There are explicit claims for continuing the execution of the subject matter of execution, and such claims have nothing to do with the original judgment or ruling.

（三）自执行异议裁定送达之日起十五日内提起。

(3) The execution objection action is initiated within 15 days after the execution objection ruling is served.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

人民法院应当在收到起诉状之日起十五日内决定是否立案。

The people's court shall decide whether to file the case within 15 days from the date of receipt of the written complaint.

第三百零七条　案外人提起执行异议之诉的，以申请执行人为被告。被执行人反对案外人异议的，被执行人为共同被告；被执行人不反对案外人异议的，可以列被执行人为第三人。

**Article 307** Where a nonparty institutes an execution objection action, the execution applicant shall be the defendant. If the judgment debtor opposes the objection of the nonparty, the judgment debtor shall be a codefendant; or if the judgment debtor does not oppose the objection of the nonparty, the judgment debtor may be listed as a third party.

第三百零八条　申请执行人提起执行异议之诉的，以案外人为被告。被执行人反对申请执行人主张的，以案外人和被执行人为共同被告；被执行人不反对申请执行人主张的，可以列被执行人为第三人。

**Article 308** Where an execution applicant initiates an execution objection action, the nonparty shall be the defendant. Where the judgment debtor opposes the claim of the execution applicant, the nonparty and the judgment debtor shall be the codefendants. Where the judgment debtor does not oppose the claim of the execution applicant, the judgment debtor may be listed as a third party.

第三百零九条　申请执行人对中止执行裁定未提起执行异议之诉，被执行人提起执行异议之诉的，人民法院告知其另行起诉。

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

**Article 309** Where an execution applicant does not file an execution objection action against a ruling on suspension of execution, and the judgment debtor initiates an execution objection action, the people's court shall notify the judgment debtor to institute a separate action.

**第三百一十条** 人民法院审理执行异议之诉案件，适用普通程序。

**Article 310** A people's court shall try an execution objection case under formal procedure.

**第三百一十一条** 案外人或者申请执行人提起执行异议之诉的，案外人应当就其对执行标的享有足以排除强制执行的民事权益承担举证证明责任。

**Article 311** Where a nonparty or an execution applicant initiates an execution objection action, the nonparty shall bear the burden of proof on its civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement.

**第三百一十二条** 对案外人提起的执行异议之诉，人民法院经审理，按照下列情形分别处理：

**Article 312** For execution objection actions filed by parties not involved in cases, a people's court shall, upon trial, handle them respectively according to the following circumstances:

（一）案外人就执行标的享有足以排除强制执行的民事权益的，判决不得执行该执行标的；

(1) Where a nonparty has civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement, the people's court shall make a ruling that this subject matter should not be enforced.

（二）案外人就执行标的不享有足以排除强制执行的民事权益的，判决驳回诉讼请求。



[CLI Code]CLI.3.349767(EN)

(2) Where a nonparty does not have civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement, the people's court shall make a ruling on dismissing the claims.

案外人同时提出确认其权利的诉讼请求的，人民法院可以在判决中一并作出裁判。

Where a nonparty also files the claims for confirming his or its rights, the people's court may adjudicate concurrently in the judgment.

第三百一十三条　对申请执行人提起的执行异议之诉，人民法院经审理，按照下列情形分别处理：

Article 313 For execution objection actions filed by execution applicants, a people's court shall, upon trial, handle them respectively according to the following circumstances:

（一）案外人就执行标的不享有足以排除强制执行的民事权益的，判决准许执行该执行标的；

(1) Where a nonparty does not have civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement, the people's court shall make a ruling on approving the execution of this subject matter of execution.

（二）案外人就执行标的享有足以排除强制执行的民事权益的，判决驳回诉讼请求。

(2) Where a nonparty has civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement, the people's court shall make a ruling on dismissing the claims.

第三百一十四条　对案外人执行异议之诉，人民法院判决不得对执行标的的执行的，执行异议裁定失效。

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

**Article 314** Where, for an execution objection action initiated by a nonparty, the people's court makes a ruling that the subject matter of execution shall not be enforced, the execution objection ruling shall be invalidated.

对申请执行人执行异议之诉，人民法院判决准许对该执行标的执行的，执行异议裁定失效，执行法院可以根据申请执行人的申请或者依职权恢复执行。

Where, for an execution objection action initiated by an execution applicant, the people's court makes a ruling on approving the execution of the subject matter of execution, the execution objection ruling shall be invalidated, and the execution court may resume execution upon application of an execution applicant or its powers.

第三百一十五条　案外人执行异议之诉审理期间，人民法院不得对执行标的进行处分。申请执行人请求人民法院继续执行并提供相应担保的，人民法院可以准许。

**Article 315** During the trial of the execution objection action initiated by a nonparty, the people's court shall not dispose of the subject matter of execution. Where the execution applicant requests the people's court to continue the execution and provides the corresponding guarantees, the people's court may approve the request.

被执行人与案外人恶意串通，通过执行异议、执行异议之诉妨害执行的，人民法院应当依照民事诉讼法第一百一十三条规定处理。申请执行人因此受到损害的，可以提起诉讼要求被执行人、案外人赔偿。

Where the judgment debtor maliciously colludes with the nonparty to impede execution by raising execution objection or initiating an execution objection action, the people's court shall dispose of them in accordance with the provisions of Article 113 of the Civil Procedure Law provisions. Where

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

the execution applicant suffers damage thereby, he or it may institute an action to claim compensation from the judgment debtor and the nonparty.

**第三百一十六条**    人民法院对执行标的裁定中止执行后，申请执行人在法律规定的期间内未提起执行异议之诉的，人民法院应当自起诉期限届满之日起七日内解除对该执行标的采取的执行措施。

**Article 316** After a people's court issues a ruling on suspension of execution of the subject matter of execution, if the execution applicant fails to initiate an execution objection action within the time limit as prescribed in laws, the people's court shall rescind the execution measures taken for this subject matter of execution within seven days upon expiry of the time limit for filing a lawsuit.

十六、第二审程序

**XVI**. Procedure at Second Instance

**第三百一十七条**    双方当事人和第三人都提起上诉的，均列为上诉人。人民法院可以依职权确定第二审程序中当事人的诉讼地位。

**Article 317** If both parties and the third party have filed their own appeals, all of them shall be appellants. A people's court may determine the litigation status of the parties in the procedure at second instance according to their functions and powers.

**第三百一十八条**    民事诉讼法第一百六十六条、第一百六十七条规定的对方当事人包括被上诉人和原审其他当事人。

**Article 318** The "other parties" as prescribed in Article 166 and Article 167 of the Civil Procedure Law include appellees and other parties to the original trial.



[CLI Code]CLI.3.349767(EN)

第三百一十九条　必要共同诉讼人的一人或者部分人提起上诉的，按下列情形分别处理：

Article 319 If one or some persons of one party in a necessary joint action file an appeal, the people's court shall handle it as follows:

（一）上诉仅对与对方当事人之间权利义务分担有意见，不涉及其他共同诉讼人利益的，对方当事人为被上诉人，未上诉的同一方当事人依原审诉讼地位列明；

(1) If the appeal is filed only due to an objection to the distribution of rights and obligations with the other parties and the interests of any other co-litigants are not involved, the people's court shall take the other parties as the appellees, and list the parties on the same side which do not appeal according to their litigation status in the original trial.

（二）上诉仅对共同诉讼人之间权利义务分担有意见，不涉及对方当事人利益的，未上诉的同一方当事人为被上诉人，对方当事人依原审诉讼地位列明；

(2) If the appeal is filed only due to an objection to the distribution of rights and obligations among the co-litigants, and the interests of the other parties are not involved, the people's court shall take the co-litigants on the same side which do not appeal as the appellees, and list the other parties according to their litigation status in the original trial.

（三）上诉对双方当事人之间以及共同诉讼人之间权利义务承担有意见的，未提起上诉的其他当事人均为被上诉人。

(3) If the appeal is filed due to an objection to the distribution of rights and obligations between both sides and among the co-litigants, the other parties that do not appeal shall be the appellees.

Saved on: 06/28/2026

法北律大 让法律更智能    PKULAW.COM

[CLI Code]CLI.3.349767(EN)

**第三百二十条**　一审宣判时或者判决书、裁定书送达时，当事人口头表示上诉的，人民法院应告知其必须在法定上诉期间内递交上诉状。未在法定上诉期间内递交上诉状的，视为未提起上诉。虽递交上诉状，但未在指定的期限内交纳上诉费的，按自动撤回上诉处理。

**Article 320**If a party files an oral appeal when the first-instance judgment is pronounced or the written judgment or ruling is served, the people's court shall notify the party that he or it shall submit a written appeal within the statutory time limit for appeal. If the party fails to do so, the people's court shall deem that the party has not filed any appeal. Where the party fails to pay appeal fees within a designated time limit though he or it submits a written appeal, the people's court shall deem that the party has automatically withdrawn the appeal.

**第三百二十一条**　无民事行为能力人、限制民事行为能力人的法定代理人，可以代理当事人提起上诉。

**Article 321** The statutory representative of a person without civil competency or with limited civil competency may file an appeal on behalf of that person.

**第三百二十二条**　上诉案件的当事人死亡或者终止的，人民法院依法通知其权利义务承继者参加诉讼。

**Article 322** Where a party that appeals dies or terminates, the people's court shall notify in accordance with the law the successor of his or its rights and obligators to participate in the action.

需要终结诉讼的，适用民事诉讼法第一百五十一条规定。

Where an action needs to be terminated, the provisions of Article 151 of the Civil Procedure Law shall apply.

**第三百二十三条**　第二审人民法院应当围绕当事人的上诉请求进行审理。

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.349767(EN)

**Article 323** The people's court of second instance shall try a case around the party's claims in appeal.

当事人没有提出请求的，不予审理，但一审判决违反法律禁止性规定，或者损害国家利益、社会公共利益、他人合法权益的除外。

Where a party does not file claims, the people's court shall not try the case, unless the first-instance judgment violates prohibitive provisions in laws or damages the interests of the state, public interests, or the legitimate rights and interests of other persons.

**第三百二十四条** 开庭审理的上诉案件，第二审人民法院可以依照民事诉讼法第一百三十三条第四项规定进行审理前的准备。

**Article 324** For a case tried in a court session, people's court of second instance may make pretrial preparations in accordance with the provisions of subparagraph (4), Article133 of the Civil Procedure Law.

**第三百二十五条** 下列情形，可以认定为民事诉讼法第一百七十条第一款第四项规定的严重违反法定程序：

**Article 325** Any of the following circumstances may be determined as a severe violation of legal procedures as prescribed in paragraph 1(4), Article 170 of the Civil Procedure Law:

（一）审判组织的组成不合法的；

(1) The composition of a trial organization is illegal.

（二）应当回避的审判人员未回避的；

(2) Any judge who shall be disqualified in accordance with law fails to be disqualified.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

（三）无诉讼行为能力人未经法定代理人代为诉讼的；

(3) The statutory representative of a person without competency to participate in the action fails to participate in the action on behalf of the person.

（四）违法剥夺当事人辩论权利的。

(4) A party's right to debate is illegally denied.

第三百二十六条　对当事人在第一审程序中已经提出的诉讼请求，原审人民法院未作审理、判决的，第二审人民法院可以根据当事人自愿的原则进行调解；调解不成的，发回重审。

Article 326 For the claims filed by a party in the procedure at first instance, if the people's court of original instance fails to try the case and render a judgment thereon, the people's court of second instance may conduct mediation on the principle of free will of the parties; or if mediation fails, the case shall be remanded for retrial.

第三百二十七条　必须参加诉讼的当事人或者有独立请求权的第三人，在第一审程序中未参加诉讼，第二审人民法院可以根据当事人自愿的原则予以调解；调解不成的，发回重审。

Article 327 If a party that is required to participate in an action or a third party with an independent right of claim fails to participate in the action in the procedure at first instance, the people's court of second instance may conduct mediation on the principle of free will of the parties; or if mediation fails, the case shall be remanded for retrial.

Saved on: 06/28/2026

 [CLI Code]CLI.3.349767(EN)

第三百二十八条　在第二审程序中，原审原告增加独立的诉讼请求或者原审被告提出反诉的，第二审人民法院可以根据当事人自愿的原则就新增加的诉讼请求或者反诉进行调解；调解不成的，告知当事人另行起诉。

Article 328 In the procedure at second instance, if the plaintiff in original trial adds any independent claims or the defendant in original trial files a counterclaim, the people's court of second instance may conduct mediation regarding the newly added claims or counterclaim on the principle of free will of the parties; or if mediation fails, the people's court shall notify the party to file a new lawsuit.

双方当事人同意由第二审人民法院一并审理的，第二审人民法院可以一并裁判。

If both parties agree with the trial of the case by the people's court of second instance concurrently, the people's court of second instance may render a judgment concurrently.

第三百二十九条　一审判决不准离婚的案件，上诉后，第二审人民法院认为应当判决离婚的，可以根据当事人自愿的原则，与子女抚养、财产问题一并调解；调解不成的，发回重审。

Article 329 For a case for which the judgment of first instance disapproves the divorce, if, after the appeal, the people's court of second instance holds that a judgment on approval of divorce shall be rendered, it may, on the principle of free will of the parties, conduct mediation together with the issues of child upbringing and property; or if mediation fails, the case shall be remanded for retrial.

双方当事人同意由第二审人民法院一并审理的，第二审人民法院可以一并裁判。

If both parties agree with the trial of the case by the people's court of second instance concurrently, the people's court of second instance may render a judgment concurrently.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

**第三百三十条** 人民法院依照第二审程序审理案件，认为依法不应由人民法院受理的，可以由第二审人民法院直接裁定撤销原裁判，驳回起诉。

**Article 330** For a case tried by the people's court under the procedure at second instance, if the people's court holds that the case shall not be accepted by the people's court in accordance with the law, the people's court of second instance may directly rule to cancel the original judgment and dismiss the action.

**第三百三十一条** 人民法院依照第二审程序审理案件，认为第一审人民法院受理案件违反专属管辖规定的，应当裁定撤销原裁判并移送有管辖权的人民法院。

**Article 331** For a case tried by the people's court under the procedure at second instance, if the people's court holds that the case accepted by the people's court of first instance violates the provisions on exclusive jurisdiction, the people's court shall render a ruling to revoke the original judgment and transfer the case to the people's court having jurisdiction.

**第三百三十二条** 第二审人民法院查明第一审人民法院作出的不予受理裁定有错误的，应当在撤销原裁定的同时，指令第一审人民法院立案受理；查明第一审人民法院作出的驳回起诉裁定有错误的，应当在撤销原裁定的同时，指令第一审人民法院审理。

**Article 332** If the people's court of second instance ascertains that there is any error in the ruling of rejection rendered by the people's court of first instance, it shall, when revoking the original ruling, order the people's court of first instance to put the case on file and accept it; and if the people's court of second instance finds that there is any error in the ruling of dismissal rendered by the people's court of first instance, it shall, when canceling the original ruling, order the people's court of first instance to try the case.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第三百三十三条　第二审人民法院对下列上诉案件，依照民事诉讼法第一百六十九条规定可以不开庭审理：

Article 333 The people's court of second instance may not try the following appeal cases in court sessions in accordance with the provisions of Article 169 of the Civil Procedure Law:

（一）不服不予受理、管辖权异议和驳回起诉裁定的；

(1) Cases in which the rulings rendered for the rejection of action, the challenge to the jurisdiction or the dismissal of action are refused to be accepted.

（二）当事人提出的上诉请求明显不能成立的；

(2) Cases in which the appeal claims filed by the parties obviously cannot be supported.

（三）原判决、裁定认定事实清楚，但适用法律错误的；

(3) Cases in which the facts are clearly ascertained but the application of law is erroneous in the judgment or ruling of original instance.

（四）原判决严重违反法定程序，需要发回重审的。

(4) Cases that need to be remanded for retrial because the original adjudications severely violate legal procedures.

第三百三十四条　原判决、裁定认定事实或者适用法律虽有瑕疵，但裁判结果正确的，第二审人民法院可以在判决、裁定中纠正瑕疵后，依照民事诉讼法第一百七十条第一款第一项规定予以维持。

Article 334 Where the results of the original judgment or ruling are correct though the facts ascertained by the original judgment or ruling or the application of law are flawed, the people's court

Saved on: 06/28/2026



of second instance may, after correcting the flaws in the judgment or ruling, maintain the original judgment or ruling in accordance with the provisions of paragraph 1(1) of Article 170 of the Civil Procedure Law.

第三百三十五条　民事诉讼法第一百七十条第一款第三项规定的基本事实，是指用以确定当事人主体资格、案件性质、民事权利义务等对原判决、裁定的结果有实质性影响的事实。

Article 335 As mentioned in paragraph 1(3), Article 170 of the Civil Procedure Law, "basic facts" means the facts used to determine the competence of a party, the nature of a case, or civil rights and obligations, which have a substantial impact on the original judgment or ruling.

第三百三十六条　在第二审程序中，作为当事人的法人或者其他组织分立的，人民法院可以直接将分立后的法人或者其他组织列为共同诉讼人；合并的，将合并后的法人或者其他组织列为当事人。

Article 336 If, in the procedure at second instance, the legal person or other organization as the party is split off, the people's court may directly take the legal persons or other organizations after the split-off as the co-litigants; in the case of merger, the people's court may take the legal person or other organization after merger as the party.

第三百三十七条　在第二审程序中，当事人申请撤回上诉，人民法院经审查认为一审判决确有错误，或者当事人之间恶意串通损害国家利益、社会公共利益、他人合法权益的，不应准许。

Article 337 If, in the procedure at second instance, a party applies for withdrawal of an appeal, and the people's court holds upon review that there are truly errors in the judgment of first instance, or



[CLI Code]CLI.3.349767(EN)

the parties maliciously collude with each other to damage the interests of the state, public interests or the legitimate rights of others, the people's court shall not approve the withdrawal.

第三百三十八条 在第二审程序中，原审原告申请撤回起诉，经其他当事人同意，且不损害国家利益、社会公共利益、他人合法权益的，人民法院可以准许。准许撤诉的，应当一并裁定撤销一审裁判。

Article 338 If, in the procedure at second instance, the plaintiff in original trial applies for withdrawal of an action, the people's court may approve the application upon consent of other parties and when the interests of the state, public interests or the legitimate rights of others are not damaged. Where withdrawal of the action is approved, the people's court shall rule to concurrently revoke the first-instance judgment.

原审原告在第二审程序中撤回起诉后重复起诉的，人民法院不予受理。

Where the plaintiff in original trial brings an action again after he or it withdraws the original action in the procedure at second instance, the people's court shall not accept such action.

第三百三十九条 当事人在第二审程序中达成和解协议的，人民法院可以根据当事人的请求，对双方达成的和解协议进行审查并制作调解书送达当事人；因和解而申请撤诉，经审查符合撤诉条件的，人民法院应予准许。

Article 339 If the parties reach a mediation agreement in the procedure at second instance, the people's court may, upon request of the parties, review the mediation agreement reached by both parties and make a consent judgment and serve it on the parties; if an application for withdrawing an action is filed due to mediation, the people's court shall approve the withdrawal if the conditions for withdrawal of an action are met upon review.

Saved on: 06/28/2026

北大法宝 让法律更智能    PKULAW.COM

[CLI Code]CLI.3.349767(EN)

**第三百四十条**　第二审人民法院宣告判决可以自行宣判，也可以委托原审人民法院或者当事人所在地人民法院代行宣判。

**Article 340** The people's court of second instance may pronounce a judgment on its own, or may entrust it to the people's court of original trial or the people's court at the domicile of the party.

**第三百四十一条**　人民法院审理对裁定的上诉案件，应当在第二审立案之日起三十日内作出终审裁定。有特殊情况需要延长审限的，由本院院长批准。

**Article 341** A people's court shall issue a final ruling for an appeal against a ruling within 30 days after the appeal case of second instance is filed. If it is necessary to extend the time limit for trial under any special circumstance, it shall be approved by the president of the people's court

**第三百四十二条**　当事人在第一审程序中实施的诉讼行为，在第二审程序中对该当事人仍具有拘束力。

**Article 342** The acts of a party committed under the procedure at first instance shall remain binding upon the party under the procedure at second instance.

当事人推翻其在第一审程序中实施的诉讼行为时，人民法院应当责令其说明理由。理由不成立的，不予支持。

When a party overturns an act committed by the party under the procedure at first instance, the people's court shall order the party to give reasons for the overturn.

If there are no justifiable reasons, the overturn shall not be supported by the people's court.

十七、特别程序



[CLI Code]CLI.3.349767(EN)

**XVII**. Special Procedures

第三百四十三条　宣告失踪或者宣告死亡案件，人民法院可以根据申请人的请求，清理下落不明人的财产，并指定案件审理期间的财产管理人。公告期满后，人民法院判决宣告失踪的，应当同时依照民法典第四十二条的规定指定失踪人的财产代管人。

**Article 343** In a case concerning a declaration of absence or death, a people's court may, at the request of the applicant, ascertain the property of the person whose whereabouts are unknown, and designate a property administrator during the trial of the case. After the end of the period of announcement, if the people's court issues a judgment to declare absence, it shall, at the same time, designate a property administrator for the absentee in accordance with Article 42 of the Civil Code.

第三百四十四条　失踪人的财产代管人经人民法院指定后，代管人申请变更代管的，比照民事诉讼法特别程序的有关规定进行审理。申请理由成立的，裁定撤销申请人的代管人身份，同时另行指定财产代管人；申请理由不成立的，裁定驳回申请。

失踪人的其他利害关系人申请变更代管的，人民法院应当告知其以原指定的代管人为被告起诉，并按普通程序进行审理。

**Article 344** If, after the property administrator for a missing person has been designated by the people's court, the administrator applies for the change of designation, the application shall be heard according to the relevant provisions on the special procedures in the Civil Procedure Law. If the application is reasonable, the court shall rule to cancel the applicant's status as the administrator, and simultaneously designate another property administrator; if the application is unreasonable, the court shall rule to reject the application.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

If another interested party of the missing person applies for change of the designation of the property administrator, the people's court shall notify him or it to institute an action against the designated original property administrator that shall be taken as the defendant, and the case shall be tried under formal procedure.

第三百四十五条　人民法院判决宣告公民失踪后，利害关系人向人民法院申请宣告失踪人死亡，自失踪之日起满四年的，人民法院应当受理，宣告失踪的判决即是该公民失踪的证明，审理中仍应依照民事诉讼法第一百八十五条规定进行公告。

**Article 345** If, after the people's court has adjudicated to declare the missing of a citizen, any interested person thereof applies to the people's court for declaration of the death of the missing person, and four years or more have lapsed from the date of missing, the people's court shall accept the application, the judgment for declaration of missing shall be the proof of the missing of the citizen, and, during trial, the people's court shall make an announcement still in accordance with Article 185 of the Civil Procedure Law.

第三百四十六条　符合法律规定的多个利害关系人提出宣告失踪、宣告死亡申请的，列为共同申请人。

**Article 346** Where more than one interested party file the application for declaring death or missing, they shall be listed as joint applicants.

第三百四十七条　寻找下落不明人的公告应当记载下列内容：

**Article 347** An announcement on the search for the missing person shall specify the following contents:

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

（一）被申请人应当在规定期间内向受理法院申报其具体地址及其联系方式。否则，被申请人将被宣告失踪、宣告死亡；

(1) The respondent shall declare his specific address and contact information to the court accepting the case within the prescribed time. Otherwise, the respondent will be declared missing or dead;

（二）凡知悉被申请人生存现状的人，应当在公告期间内将其所知道情况向受理法院报告。

(2) Whoever knows the living situation of the respondent shall report the situation he has learned to the court that accepts the case within the period of announcement.

第三百四十八条　人民法院受理宣告失踪、宣告死亡案件后，作出判决前，申请人撤回申请的，人民法院应当裁定终结案件，但其他符合法律规定的利害关系人加入程序要求继续审理的除外。

Article 348 Where, after a people's court accepts a case concerning the declaration of missing or death of a person, an applicant withdraws the application before the people's court makes a judgment, the people's court shall make a ruling to conclude the case, unless any other interest party that complies with legal provisions joins the procedures to require the people's court to continue the trial.

第三百四十九条　在诉讼中，当事人的利害关系人提出该当事人患有精神病，要求宣告该当事人无民事行为能力或者限制民事行为能力的，应由利害关系人向人民法院提出申请，由受诉人民法院按照特别程序立案审理，原诉讼中止。



[CLI Code]CLI.3.349767(EN)

**Article 349** If, in the litigation, an interested person of one party claims that the party is suffering from a mental disease and requests to announce him as a person without civil competency or with limited civil competency, the interested person shall file an application with the people's court, and the people's court that accept the case shall put the case on file for trial according to the special procedure, and the original action shall be suspended.

第三百五十条　认定财产无主案件，公告期间有人对财产提出请求的，人民法院应当裁定终结特别程序，告知申请人另行起诉，适用普通程序审理。

**Article 350** For a case on the determination of a property as unclaimed, if any one claims the property during the period of public notice, the people's court shall rule to conclude the special procedure, and notify the applicant to file a new lawsuit, and the case shall be tried under formal procedure.

第三百五十一条　被指定的监护人不服居民委员会、村民委员会或者民政部门指定，应当自接到通知之日起三十日内向人民法院提出异议。经审理，认为指定并无不当的，裁定驳回异议；指定不当的，判决撤销指定，同时另行指定监护人。判决书应当送达异议人、原指定单位及判决指定的监护人。

有关当事人依照民法典第三十一条第一款规定直接向人民法院申请指定监护人的，适用特别程序审理，判决指定监护人。判决书应当送达申请人、判决指定的监护人。

**Article 351** The designated guardian shall file an objection to the designation by the residents' committee, villagers' committee, or civil affairs department with the people's court within 30 days of receipt of the notice. Upon hearing, if the court holds that the designation is not improper, it shall issue a ruling to dismiss the objection; or if the court holds that the designation is improper, it shall

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

issue a judgment to revoke the designation, and at the same time, designate a new guardian. The written judgment shall be served on the objector, the original designator, and the guardian designated in the judgment.

Where a relevant party directly applies to the people's court for designation of a guardian in accordance with paragraph 1 of Article 31 of the Civil Code, the people's court shall hear the case under a special procedure, and issue a judgment to designate the guardian. The written judgment shall be served on the applicant and the guardian designated in the judgment.

第三百五十二条　申请认定公民无民事行为能力或者限制民事行为能力的案件，被申请人没有近亲属的，人民法院可以指定经被申请人住所地的居民委员会、村民委员会或者民政部门同意，且愿意担任代理人的个人或者组织为代理人。

没有前款规定的代理人的，由被申请人住所地的居民委员会、村民委员会或者民政部门担任代理人。

**Article 352** Where, in a case regarding an application for a determination that a citizen has no capacity for civil conduct or has limited capacity for civil conduct, the respondent has no close relative, the people's court may designate an individual or organization willing to act as a representative as the representative, to which the residents' committee, villagers' committee, or civil affairs department at the place of domicile of the respondent.

代理人可以是一人，也可以是同一顺序中的两人。

Without a representative prescribed in the preceding paragraph, the residents' committee, villagers' committee, or civil affairs department at the place of the domicile of the respondent shall act as the representative.



[CLI Code]CLI.3.349767(EN)

There may be one representative or two representatives in the same order.

第三百五十三条　申请司法确认调解协议的，双方当事人应当本人或者由符合民事诉讼法第五十八条规定的代理人向调解组织所在地基层人民法院或者人民法庭提出申请。

Article 353 To apply for judicial confirmation of a mediation agreement, both parties to the mediation agreement themselves or the representatives as prescribed in Article 58 of the Civil Procedure Law shall file an application with the basic people's court or the people's tribunal at the place where the mediation organization is located.

第三百五十四条　两个以上调解组织参与调解的，各调解组织所在地基层人民法院均有管辖权。

双方当事人可以共同向其中一个调解组织所在地基层人民法院提出申请；双方当事人共同向两个以上调解组织所在地基层人民法院提出申请的，由最先立案的人民法院管辖。

Article 354 Where two or more mediation organizations participate in the mediation, all basic people's courts at the places where such mediation organizations are located shall have the jurisdiction.

Both parties may jointly file an application with the basic people's court at the place where either mediation organization is located. Where both parties jointly file applications with the basic people's courts where two or more mediation organizations are located, the people's court he people's court that first files the case shall have jurisdiction.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第三百五十五条　当事人申请司法确认调解协议，可以采用书面形式或者口头形式。当事人口头申请的，人民法院应当记入笔录，并由当事人签名、捺印或者盖章。

Article 355 A party may apply for judicial confirmation of a mediation agreement in writing or verbally. Where a party files a verbal application, the people's court shall transcribe the application, which shall be signed, fingerprinted, or sealed by the party.

第三百五十六条　当事人申请司法确认调解协议，应当向人民法院提交调解协议、调解组织主持调解的证明，以及与调解协议相关的财产权利证明等材料，并提供双方当事人的身份、住所、联系方式等基本信息。

当事人未提交上述材料的，人民法院应当要求当事人限期补交。

Article 356 To apply for judicial confirmation of a mediation agreement, both parties shall submit to the people's court the mediation agreement, the certificate on the mediation organization's presiding over mediation, and property right certificate and other materials related to mediation agreement, and provide the identity, domicile, contact information and other basic information of both parties.

Where the parties fail to submit the aforesaid materials, the people's court shall require the parties to supplement the required materials within a prescribed time limit.

第三百五十七条　当事人申请司法确认调解协议，有下列情形之一的，人民法院裁定不予受理：

Saved on: 06/28/2026

北大法宝 PKULAW.COM 让法律更智能                                    [CLI Code]CLI.3.349767(EN)

**Article 357** Where an application for judicial confirmation of a mediation agreement filed by the parties fails under any of the following circumstances, the people's court shall rule not to accept the application:

（一）不属于人民法院受理范围的；

(1) The application is not subject to the acceptance scope of the people's court

（二）不属于收到申请的人民法院管辖的；

(2) The application is not under the jurisdiction of the people's court accepting the application.

（三）申请确认婚姻关系、亲子关系、收养关系等身份关系无效、有效或者解除的；

(3) The application is made for confirming the invalidity, validity or termination of the marital relationship, parentage, adoptive relationship or any other identity relationship.

（四）涉及适用其他特别程序、公示催告程序、破产程序审理的；

(4) Any other special procedure, procedure for Announcement to Urge Declaration of Claims and bankruptcy procedure applies to the trial of the case.

（五）调解协议内容涉及物权、知识产权确权的。

人民法院受理申请后，发现有上述不予受理情形的，应当裁定驳回当事人的申请。

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

(5) The contents of the mediation agreement involve the confirmation of property and intellectual property right.

Where the people's court finds, after accepting the application, that the application falls under any of the following circumstances under which an application shall not be accepted, it shall rule to reject the parties' application.

第三百五十八条　人民法院审查相关情况时，应当通知双方当事人共同到场对案件进行核实。

人民法院经审查，认为当事人的陈述或者提供的证明材料不充分、不完备或者有疑义的，可以要求当事人限期补充陈述或者补充证明材料。必要时，人民法院可以向调解组织核实有关情况。

**Article 358** When examining the relevant information, a people's court shall notify both parties to appear in court together to verify the case.

Where the people's court holds upon examination that the statement of or the certification materials provided by a party are insufficient, incomplete or doubtful, it may require the party to supplement the statement or certification materials within a prescribed time limit. If necessary, the people's court may verify the relevant information with the mediation organization.

第三百五十九条　确认调解协议的裁定作出前，当事人撤回申请的，人民法院可以裁定准许。

Saved on: 06/28/2026

当事人无正当理由未在限期内补充陈述、补充证明材料或者拒不接受询问的，人民法院可以按撤回申请处理。

**Article 359** Where, before the ruling on confirming the mediation agreement is made, a party withdraws the application, the people's court may make a ruling on approving the withdrawal of the application.

Where a party fails, without any justified reason, to supplement the statement or certification materials within a prescribed time limit or refuses to accept inquiry, the people's court may deem the party has withdrawn the application.

第三百六十条　经审查，调解协议有下列情形之一的，人民法院应当裁定驳回申请：

**Article 360** Where, upon examination, the mediation agreement is found to fall under any of the following circumstances, the people's court shall issue a ruling to dismiss the application:

（一）违反法律强制性规定的；

(1) The mediation agreement violates any mandatory provision of the law.

（二）损害国家利益、社会公共利益、他人合法权益的；

(2) The mediation agreement damages the national interest, public interest, or lawful rights and interests of others.

（三）违背公序良俗的；

北大法律网 让法律更智能 PKULAW.COM                                    [CLI Code]CLI.3.349767(EN)

(3) The mediation agreement violates the public order and good morals.

（四）违反自愿原则的；

(4) The mediation agreement is ambiguous in content.

（五）内容不明确的；

(5) The contents is ambiguous

（六）其他不能进行司法确认的情形。

6Other circumstances under which the mediation agreement cannot be confirmed by the people's court.

第三百六十一条  民事诉讼法第一百九十六条规定的担保物权人，包括抵押权人、质权人、留置权人；其他有权请求实现担保物权的人，包括抵押人、出质人、财产被留置的债务人或者所有权人等。

Article 361 As mentioned in Article 196 of the Civil Procedure Law, "security interest holder" means a mortgagee, pledgee, or lienor; and "other party entitled to request realization of the security interest" means a mortgagor, pledgor, lienee, or owner, among others.

第三百六十二条  实现票据、仓单、提单等有权利凭证的权利质权案件，可以由权利凭证持有人住所地人民法院管辖；无权利凭证的权利质权，由出质登记地人民法院管辖。

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.349767(EN)

**Article 362** A case involving the realization of a pledge of right with a right certificate such as a negotiable instrument, a warehouse receipt, or a bill of lading may be under the jurisdiction of the people's court at the place of domicile of the holder of the right certificate; and a case involving the realization of a pledge of right without a right certificate shall be under the jurisdiction of the people's court at the place of registration of pledging.

第三百六十三条　实现担保物权案件属于海事法院等专门人民法院管辖的，由专门人民法院管辖。

**Article 363** Where a case of security interest realization is under the jurisdiction of a maritime court or any other specialized people's court, such a specialized people's court shall exercise the jurisdiction over the case.

第三百六十四条　同一债权的担保物有多个且所在地不同，申请人分别向有管辖权的人民法院申请实现担保物权的，人民法院应当依法受理。

**Article 364** Where multiple pieces of property are posted as security for the same claim and are located at different places, if the applicant applies for security interest realization to the people's courts having jurisdiction respectively, the people's courts shall accept the applications according to the law.

第三百六十五条　依照民法典第三百九十二条的规定，被担保的债权既有物的担保又有人的担保，当事人对实现担保物权的顺序有约定，实现担保物权的申请违反该约定的，人民法院裁定不予受理；没有约定或者约定不明的，人民法院应当受理。

**Article 365** Where a claim is secured by both property and person in accordance with Article 392 of the Civil Code, but an application for realization of the security interest violates the agreement between the parties on the order of realization of the security interest, the people's court shall issue a ruling to reject the application; or if the parties have not reached such an agreement or such an agreement between the parties is ambiguous, the people's court shall accept the application.

第三百六十六条　同一财产上设立多个担保物权，登记在先的担保物权尚未实现的，不影响后顺位的担保物权人向人民法院申请实现担保物权。

**Article 366** Where multiple security interests are created on the same property, a security interest registered earlier which has not been realized shall not affect an application filed by the holder of a later security interest to the people's court for realization of security interest.

第三百六十七条　申请实现担保物权，应当提交下列材料：

**Article 367** To apply for security interest realization, the applicant shall submit the following materials:

（一）申请书。申请书应当记明申请人、被申请人的姓名或者名称、联系方式等基本信息，具体的请求和事实、理由；

(1) A written application, including the basic information on the applicant and respondent, such as their names and contact methods, and the specific claims, facts, and reasons.



[CLI Code]CLI.3.349767(EN)

（二）证明担保物权存在的材料，包括主合同、担保合同、抵押登记证明或者他项权利证书，权利质权的权利凭证或者质权出质登记证明等；

(2) Proof of existence of a security interest, including but not limited to a master contract, a contract on provision of security, a certificate of mortgage registration or a certificate of other rights, a right certificate for pledge of rights, or a certificate of registration of pledging.

（三）证明实现担保物权条件成就的材料；

(3) Proof of satisfaction of conditions for security interest realization.

（四）担保财产现状的说明；

(4) A statement on the current condition of the property posted as security.

（五）人民法院认为需要提交的其他材料。

(5) Other materials as considered necessary by the people's court.

第三百六十八条　人民法院受理申请后，应当在五日内向被申请人送达申请书副本、异议权利告知书等文书。

被申请人有异议的，应当在收到人民法院通知后的五日内向人民法院提出，同时说明理由并提供相应的证据材料。



[CLI Code]CLI.3.349767(EN)

**Article 368** After accepting an application, a people's court shall, within five days, service a copy of the application, a notification of right of objection, and other documents on the respondent.

If the respondent objects to the application, the respondent shall, within five days of receipt of the notification from the people's court, raises an objection with the people's court, explaining the reasons for objection, and submit the relevant evidential materials.

第三百六十九条　实现担保物权案件可以由审判员一人独任审查。担保财产标的额超过基层人民法院管辖范围的，应当组成合议庭进行审查。

**Article 369** A case involving realization of a security interest may be examined by a sole judge. If the value of the subject matter secured is beyond the jurisdiction of the basic people's court, a collegial bench shall be formed to examine the case.

第三百七十条　人民法院审查实现担保物权案件，可以询问申请人、被申请人、利害关系人，必要时可以依职权调查相关事实。

**Article 370** In examining a case involving realization of a security interest, a people's court may question the applicant, respondent, and interested persons, and when necessary, investigate the relevant facts according to its power.

第三百七十一条　人民法院应当就主合同的效力、期限、履行情况，担保物权是否有效设立、担保财产的范围、被担保的债权范围、被担保的债权是否已届清偿期等担保物权实现的条件，以及是否损害他人合法权益等内容进行审查。

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

被申请人或者利害关系人提出异议的，人民法院应当一并审查。

**Article 371** A people's court shall examine the validity, term, and performance of a master contract, the validity of a security interest, the scope of property posted as security, the scope of claims secured, whether the repayment for the claims secured is due and other conditions for realization of a security interest, and whether the lawful rights and interests of others will be damaged, among others.

Where the respondent or an interested party raises an objection, the people's court shall examine it jointly with the aforesaid matters.

第三百七十二条　人民法院审查后，按下列情形分别处理：

**Article 372** After examination, a people's court shall proceed as follows:

（一）当事人对实现担保物权无实质性争议且实现担保物权条件成就的，裁定准许拍卖、变卖担保财产；

(1) It shall issue a ruling to permit the auction or sale of the property posted as security, if the parties are not substantively in dispute and the conditions for realization of a security interest are satisfied;

（二）当事人对实现担保物权有部分实质性争议的，可以就无争议部分裁定准许拍卖、变卖担保财产；

(2) It may issue a ruling to permit the auction or sale of the property posted as security for the part of security interests over which the parties are not in dispute, if the parties are substantively in dispute over certain security interests; or

Saved on: 06/28/2026

（三）当事人对实现担保物权有实质性争议的，裁定驳回申请，并告知申请人向人民法院提起诉讼。

(3) It shall dismiss the application and notify the applicant that the applicant may institute an action in the people's court, if the parties are substantively in dispute over the realization of a security interest.

第三百七十三条　人民法院受理申请后，申请人对担保财产提出保全申请的，可以按照民事诉讼法关于诉讼保全的规定办理。

Article 373 Where, after a people's court accepts an application, the applicant files a motion for preservation of the property posted as security, the preservation provisions of the Civil Procedure Law may apply.

第三百七十四条　适用特别程序作出的判决、裁定，当事人、利害关系人认为有错误的，可以向作出该判决、裁定的人民法院提出异议。人民法院经审查，异议成立或者部分成立的，作出新的判决、裁定撤销或者改变原判决、裁定；异议不成立的，裁定驳回。

对人民法院作出的确认调解协议、准许实现担保物权的裁定，当事人有异议的，应当自收到裁定之日起十五日内提出；利害关系人有异议的，自知道或者应当知道其民事权益受到侵害之日起六个月内提出。

Article 374 A party or interested person that considers that a judgment or ruling issued under a special proceeding is erroneous may raise an objection with the people's court issuing the judgment or ruling. Upon examination, if the people's court supports or partially supports the objection, it shall

issue a new judgment or ruling to revoke or modify the original judgment or ruling; or dismiss the objection if the objection is unfounded.

A party that objects to a ruling issued by a people's court to confirm a mediation agreement and permit realization of a security interest shall, within 15 days of receipt of the ruling, raises the objection; or an interested party shall raise the objection within six months from the day when it knows or should have known the infringement upon its rights and interests in civil law.

十八、审判监督程序

**XVIII**. Trial Supervision Procedure

第三百七十五条 当事人死亡或者终止的，其权利义务承继者可以根据民事诉讼法第一百九十九条、第二百零一条的规定申请再审。

判决、调解书生效后，当事人将判决、调解书确认的债权转让，债权受让人对该判决、调解书不服申请再审的，人民法院不予受理。

**Article 375** Where a party dies or is terminated, the successor to the rights and obligations of the party may file a petition for retrial in accordance with the provisions of Articles 199 and 201 of the Civil Procedure Law.

Where, after a judgment or consent judgment takes effect, a party assigns the claims determined in the judgment or consent judgment, the people's court shall reject a petition for retrial filed by the assignee against the judgment or consent judgment.

[CLI Code]CLI.3.349767(EN)

第三百七十六条　民事诉讼法第一百九十九条规定的人数众多的一方当事人，包括公民、法人和其他组织。

民事诉讼法第一百九十九条规定的当事人双方为公民的案件，是指原告和被告均为公民的案件。

Article 376 The numerous parties on one side as described in Article 199 of the Civil Procedure Law may include citizens, legal persons, and other organizations.

A case in which the parties on both sides are citizens as described in Article 199 of the Civil Procedure Law means a case in which both the plaintiff(s) and the defendant(s) are citizens.

第三百七十七条　当事人申请再审，应当提交下列材料：

Article 377 To petition for retrial, a party shall submit the following materials:

（一）再审申请书，并按照被申请人和原审其他当事人的人数提交副本；

(1) A written petition for retrial, with copies in the number of the respondent(s) and other parties in the original trial.

（二）再审申请人是自然人的，应当提交身份证明；再审申请人是法人或者其他组织的，应当提交营业执照、组织机构代码证书、法定代表人或者主要负责人身份证明书。委托他人代为申请的，应当提交授权委托书和代理人身份证明；

北大法宝 让法律更智能
PKULAW.COM

[CLI Code]CLI.3.349767(EN)

(2) The identification of the petitioner who is a natural person or the business license, organization code certificate, and identification of the legal representative or primary person in charge of the petitioner that is a legal person or any other organization. If the petitioner authorizes another person to file the petition on behalf of the petitioner, the power of attorney and identification of the authorized person shall also be submitted.

（三）原审判决书、裁定书、调解书；

(3) The original judgment, ruling, or consent judgment.

（四）反映案件基本事实的主要证据及其他材料。

前款第二项、第三项、第四项规定的材料可以是与原件核对无异的复印件。

(4) Primary evidence and other materials on the basic facts of the case.

The materials as set out in subparagraphs (2), (3) and (4) in the preceding paragraph may be photocopies certified to the consistent with the originals.

第三百七十八条　再审申请书应当记明下列事项：

**Article 378** A written petition for retrial shall state:

（一）再审申请人与被申请人及原审其他当事人的基本信息；

(1) the basic information on the petitioner, respondents, and other parties in the original trial;

Saved on: 06/28/2026



（二）原审人民法院的名称，原审裁判文书案号；

(2) the name of the original trial people's court and the case number of the original adjudicative document;

（三）具体的再审请求；

(3) the specific claims in retrial; and

（四）申请再审的法定情形及具体事实、理由。

再审申请书应当明确申请再审的人民法院，并由再审申请人签名、捺印或者盖章。

(4) the statutory circumstances under which the petition for retrial is filed and the specific facts and reasons.

A written petition for retrial shall specify the people's court with which the petition for retrial is filed, and the petitioner shall affix its signature, fingerprint, or seal to the written petition for retrial.

第三百七十九条　当事人一方人数众多或者当事人双方为公民的案件，当事人分别向原审人民法院和上一级人民法院申请再审且不能协商一致的，由原审人民法院受理。

Article 379 Where the parties on one side are numerous or the parties on both sides are citizens, and the parties petition for retrial to the original trial people's court and the people's court at the next higher level respectively, if the parties cannot reach an agreement, the case shall be accepted by the original trial people's court.

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.349767(EN)

第三百八十条 适用特别程序、督促程序、公示催告程序、破产程序等非讼程序审理的案件，当事人不得申请再审。

Article 380 A party to a case that is tried under a special procedure, the procedure for urging debt repayment, the procedure for Announcement to Urge Declaration of Claims, the bankruptcy procedure, or any other non-contentious procedure shall be prohibited from petitioning for retrial of the case.

第三百八十一条 当事人认为发生法律效力的不予受理、驳回起诉的裁定错误的，可以申请再审。

Article 381 A party that deems that an effective ruling to reject or dismiss an action is erroneous may file a petition for retrial of the case.

第三百八十二条 当事人就离婚案件中的财产分割问题申请再审，如涉及判决中已分割的财产，人民法院应当依照民事诉讼法第二百条的规定进行审查，符合再审条件的，应当裁定再审；如涉及判决中未作处理的夫妻共同财产，应当告知当事人另行起诉。

Article 382 Where a party files a petition for retrial of a divorce case over division of property, if any property already divided in the judgment is involved, a people's court shall examine the petition in accordance with the provision of Article 200 of the Civil Procedure Law and issue a ruling to permit retrial after finding that the retrial conditions are satisfied; or if any community property not decided in the judgment is involved, a people's court shall notify the party that the party may institute an action separately.

    Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第三百八十三条　当事人申请再审，有下列情形之一的，人民法院不予受理：

Article 383 Where a party's petition for retrial falls under any of the following circumstances, a people's court shall reject the petition:

（一）再审申请被驳回后再次提出申请的；

(1) A party files a petition for retrial again after the petition is rejected.

（二）对再审判决、裁定提出申请的；

(2) A party files a petition for retrial against a judgment or ruling entered after retrial.

（三）在人民检察院对当事人的申请作出不予提出再审检察建议或者抗诉决定后又提出申请的。

前款第一项、第二项规定情形，人民法院应当告知当事人可以向人民检察院申请再审检察建议或者抗诉，但因人民检察院提出再审检察建议或者抗诉而再审作出的判决、裁定除外。

(3) A party files a petition for retrial again after the people's procuratorate makes a decision not to offer a procuratorial recommendation or a decision not to file an appeal.

Under the circumstances as described in subparagraphs (1) and (2) in the preceding paragraph, the people's court shall notify the party that the party may apply to a people's procuratorate for a procuratorial recommendation of retrial or for appeal, except for a judgment or ruling entered after retrial upon procuratorial recommendation of retrial or appeal from a people's procuratorate.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

第三百八十四条　当事人对已经发生法律效力的调解书申请再审，应当在调解书发生法律效力后六个月内提出。

Article 384 Where a party files a petition for retrial against an effective consent judgment, the petition shall be filed within six months after the consent judgment takes effect.

第三百八十五条　人民法院应当自收到符合条件的再审申请书等材料之日起五日内向再审申请人发送受理通知书，并向被申请人及原审其他当事人发送应诉通知书、再审申请书副本等材料。

Article 385 A people's court shall, within five days of receipt of a written petition for retrial and other materials that satisfy the statutory conditions, issue a notice of acceptance to the petitioner and a notice of response, a copy of the written petition for retrial, and other materials to the respondent(s) and other parties in the original trial.

第三百八十六条　人民法院受理申请再审案件后，应当依照民事诉讼法第二百条、第二百零一条、第二百零四条等规定，对当事人主张的再审事由进行审查。

Article 386 After accepting a retrial petition case, a people's court shall, in accordance with the provisions of Articles 200, 201 and 204, among others, examine the cause of retrial alleged by the party.

第三百八十七条　再审申请人提供的新的证据，能够证明原判决、裁定认定基本事实或者裁判结果错误的，应当认定为民事诉讼法第二百条第一项规定的情形。



[CLI Code]CLI.3.349767(EN)

对于符合前款规定的证据，人民法院应当责令再审申请人说明其逾期提供该证据的理由；拒不说明理由或者理由不成立的，依照民事诉讼法第六十五条第二款和本解释第一百零二条的规定处理。

**Article 387** Where the new evidence provided by the petitioner can prove that the finding of basic facts in the original judgment or ruling or the result of adjudication is erroneous, the petition for retrial shall be determined to fall under the circumstance as described in subparagraph (1), Article 200 of the Civil Procedure Law.

For evidence as described in the preceding paragraph, the people's court shall order the petitioner to explain why the provision of such evidence has been delayed; and if the petitioner refuses to explain or the explanation is unfounded, paragraph 2, Article 65 of the Civil Procedure Law and Article 102 of this Interpretation shall be applied.

第三百八十八条　再审申请人证明其提交的新的证据符合下列情形之一的，可以认定逾期提供证据的理由成立：

**Article 388** Where the petitioner proves that the new evidence provided by the petitioner falls under any of the following circumstances, it may be determined that the petitioner's delay in providing the new evidence is well-founded:

（一）在原审庭审结束前已经存在，因客观原因于庭审结束后才发现的；

(1) The new evidence had existed before the end of court hearing in the original trial and was discovered only after the end of court hearing for certain objective reasons.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

（二）在原审庭审结束前已经发现，但因客观原因无法取得或者在规定的期限内不能提供的；

(2) The new evidence had been discovered before the end of court hearing in the original trial but could not be obtained for certain objective reasons or could not be provided during the specified period.

（三）在原审庭审结束后形成，无法据此另行提起诉讼的。

再审申请人提交的证据在原审中已经提供，原审人民法院未组织质证且未作为裁判根据的，视为逾期提供证据的理由成立，但原审人民法院依照民事诉讼法第六十五条规定不予采纳的除外。

(3) The new evidence came into being after the end of court hearing in the original trial, and no separate action is permitted on the basis of such evidence.

Where the evidence provided by the petitioner had been provided in the original trial, and the original trial people's court failed to conduct cross-examination of such evidence and did not admit such evidence for its adjudication, the petitioner's delay in providing such evidence is deemed justifiable, except for evidence inadmissible as determined by the original trial people's court in accordance with the provision of Article 65 of the Civil Procedure Law.

第三百八十九条　当事人对原判决、裁定认定事实的主要证据在原审中拒绝发表质证意见或者质证中未对证据发表质证意见的，不属于民事诉讼法第二百条第四项规定的未经质证的情形。



[CLI Code]CLI.3.349767(EN)

**Article 389** Where, in the original trial, a party refused to present a cross-examination opinion on the primary evidence admitted in the original judgment or ruling for finding facts or failed to present a cross-examination opinion during the cross-examination, it is not the uncross-examined primary evidence as mentioned in subparagraph (4), Article 200 of the Civil Procedure Law.

第三百九十条　有下列情形之一，导致判决、裁定结果错误的，应当认定为民事诉讼法第二百条第六项规定的原判决、裁定适用法律确有错误：

**Article 390** Where any of the following circumstances leads to an erroneous result in a judgment or ruling, it shall be determined as the erroneous application of law in the original judgment or ruling as mentioned in subparagraph (6), Article 200 of the Civil Procedure Law:

（一）适用的法律与案件性质明显不符的；

(1) The law applied is evidently inconsistent with the nature of the case.

（二）确定民事责任明显违背当事人约定或者法律规定的；

(2) In the determination of civil liability, the agreement between the parties or any law is evidently violated.

（三）适用已经失效或者尚未施行的法律的；

(3) Any expired law or law that has not taken effect is applied.

（四）违反法律溯及力规定的；



[CLI Code]CLI.3.349767(EN)

(4) The provisions on retroactivity of any law are violated.

（五）违反法律适用规则的；

(5) The rules on governing law are violated.

（六）明显违背立法原意的。

(6) The original legislative intent is evidently violated.

**第三百九十一条**　原审开庭过程中有下列情形之一的，应当认定为民事诉讼法第二百条第九项规定的剥夺当事人辩论权利：

**Article 391** Where any of the following circumstances exists in a court session of the original trial, it shall be determined as the denial of a party's right to debate as mentioned in subparagraph (9), Article 200 of the Civil Procedure Law:

（一）不允许当事人发表辩论意见的；

(1) A party is not allowed to present a defense opinion.

（二）应当开庭审理而未开庭审理的；

(2) A court session shall be held but is not held.

[CLI Code]CLI.3.349767(EN)

（三）违反法律规定送达起诉状副本或者上诉状副本，致使当事人无法行使辩论权利的；

(3) The service of a copy of the complaint or a copy of the appeal is in violation of the law, as a result of which a party cannot exercise its right to debate.

（四）违法剥夺当事人辩论权利的其他情形。

(4) Other circumstances under which a party's right to debate is illegally denied.

**第三百九十二条** 民事诉讼法第二百条第十一项规定的诉讼请求，包括一审诉讼请求、二审上诉请求，但当事人未对一审判决、裁定遗漏或者超出诉讼请求提起上诉的除外。

**Article 392** The claims as mentioned in subparagraph (11), Article 200 of the Civil Procedure Law shall include claims before the court of first instance and claims in the trial upon appeal, unless a party fails to appeal a judgment or ruling of a court of first instance that has omitted any claims or exceeded the claims.

**第三百九十三条** 民事诉讼法第二百条第十二项规定的法律文书包括：

**Article 393** As mentioned in subparagraph (12), Article 200 of the Civil Procedure Law, "legal instrument" means:

（一）发生法律效力的判决书、裁定书、调解书；

(1) an effective judgment, ruling, or consent judgment;

Saved on: 06/28/2026

（二）发生法律效力的仲裁裁决书；

(2) an effective arbitration award; or

（三）具有强制执行效力的公证债权文书。

(3) an enforceable notarized debt instrument.

第三百九十四条　民事诉讼法第二百条第十三项规定的审判人员审理该案件时有贪污受贿、徇私舞弊、枉法裁判行为，是指已经由生效刑事法律文书或者纪律处分决定所确认的行为。

Article 394 The embezzlement, acceptance of bribes, practice of favoritism for personal gains, or adjudication by bending the law by a judge when trying a case, as described in subparagraph (13), Article 200, means the act determined in an effective criminal legal instrument or a disciplinary action decision.

第三百九十五条　当事人主张的再审事由成立，且符合民事诉讼法和本解释规定的申请再审条件的，人民法院应当裁定再审。

当事人主张的再审事由不成立，或者当事人申请再审超过法定申请再审期限、超出法定再审事由范围等不符合民事诉讼法和本解释规定的申请再审条件的，人民法院应当裁定驳回再审申请。



[CLI Code]CLI.3.349767(EN)

**Article 395** Where the cause of retrial alleged by a party is supported, and the conditions for filing a petition for retrial as set out in the Civil Procedure Law and this Interpretation are satisfied, a people's court shall issue a ruling to permit retrial.

Where the cause of retrial alleged by a party is not supported or a party's petition for retrial exceeds the statutory period for filing a petition for retrial, is outside the statutory causes of retrial, or otherwise fails to satisfy the conditions for filing a petition for retrial as set out in the Civil Procedure Law or this Interpretation, a people's court shall issue a ruling to dismiss the retrial petition.

第三百九十六条　人民法院对已经发生法律效力的判决、裁定、调解书依法决定再审，依照民事诉讼法第二百零六条规定，需要中止执行的，应当在再审裁定中同时写明中止原判决、裁定、调解书的执行；情况紧急的，可以将中止执行裁定口头通知负责执行的人民法院，并在通知后十日内发出裁定书。

**Article 396** Where a people's court decides according to the law to permit retrial of a case for which a judgment, ruling, or consent judgment has taken effect, if the execution of the judgment, ruling, or consent judgment needs to be suspended in accordance with the provision of Article 206 of the Civil Procedure Law, the people's court shall, in its ruling to permit retrial, state the suspension of execution of the original judgment, ruling, or consent judgment; or in case of emergency, may verbally notify the people's court in charge of execution of its ruling requiring suspension of execution, but shall sent the written ruling within ten days after such notification.

第三百九十七条　人民法院根据审查案件的需要决定是否询问当事人。新的证据可能推翻原判决、裁定的，人民法院应当询问当事人。

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.349767(EN)

**Article 397** A people's court may, as needed for examining a case, decide whether or not to question the parties. If the new evidence may overturn the original judgment or ruling, the people's court shall question the parties.

第三百九十八条　审查再审申请期间，被申请人及原审其他当事人依法提出再审申请的，人民法院应当将其列为再审申请人，对其再审事由一并审查，审查期限重新计算。经审查，其中一方再审申请人主张的再审事由成立的，应当裁定再审。各方再审申请人主张的再审事由均不成立的，一并裁定驳回再审申请。

**Article 398** Where, during the period of examination of a petition for retrial, the respondent(s) and other parties in the original trial also file petitions for retrial according to the law, the people's court shall regard them as retrial petitioners and concurrently examine their causes of retrial, and the petition examination period shall restart. If, upon examination, the cause of retrial alleged by any of the retrial petitioners is well-founded, the people's court shall issue a ruling to permit retrial. If all of the causes of retrial alleged by all retrial petitioners are unfounded, the people's court shall issue a ruling to concurrently dismiss their retrial petitions.

第三百九十九条　审查再审申请期间，再审申请人申请人民法院委托鉴定、勘验的，人民法院不予准许。

**Article 399** Where, during the period of examination of a retrial petition, the petitioner files a motion for the people's court to authorize forensic identification or evaluation or a survey, the people's court shall not allow it.

[CLI Code]CLI.3.349767(EN)

第四百条　审查再审申请期间，再审申请人撤回再审申请的，是否准许，由人民法院裁定。

再审申请人经传票传唤，无正当理由拒不接受询问的，可以按撤回再审申请处理。

**Article 400** Where, during the period of examination of a retrial petition, the petitioner withdraws the petition, the people's court shall issue a ruling to allow or deny the withdrawal.

Where, without any justifiable reason, the summoned petitioner refuses to be questioned, the petition may be deemed to have been withdrawn.

第四百零一条　人民法院准许撤回再审申请或者按撤回再审申请处理后，再审申请人再次申请再审的，不予受理，但有民事诉讼法第二百条第一项、第三项、第十二项、第十三项规定情形，自知道或者应当知道之日起六个月内提出的除外。

**Article 401** Where, after a people's court allows the withdrawal of a retrial petition or a retrial petition is deemed to have been withdrawn, the petitioner files a petition for retrial again, the people's court shall reject the petition, unless it is filed within six months from the day when the petitioner knows or should have known the existence of any of the circumstances as described in subparagraphs (1), (3), (12) and (13), Article 200 of the Civil Procedure Law.

第四百零二条　再审申请审查期间，有下列情形之一的，裁定终结审查：

**Article 402** Where, during the period of examination of a retrial petition, any of the following circumstances appears, a people's court shall issue a ruling to terminate examination:

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

（一）再审申请人死亡或者终止，无权利义务承继者或者权利义务承继者声明放弃再审申请的；

(1) The petitioner dies or is terminated, and there is no successor to the rights and obligations of the petitioner or the successor to the rights and obligations of the petitioner issues a statement to renounce the retrial petition.

（二）在给付之诉中，负有给付义务的被申请人死亡或者终止，无可供执行的财产，也没有应当承担义务的人的；

(2) In an action for payment, the respondent with an obligation to pay dies or is terminated, and there is no property available for execution and no person that shall assume the obligation.

（三）当事人达成和解协议且已履行完毕的，但当事人在和解协议中声明不放弃申请再审权利的除外；

(3) The parties have completely performed a settlement agreement between them, unless a party declares a reservation of its right to file a petition for retrial in the settlement agreement.

（四）他人未经授权以当事人名义申请再审的；

(4) The petition for retrial is filed by someone in the name of a party without the party's authorization.

（五）原审或者上一级人民法院已经裁定再审的；

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

(5) The original trial people's court or the people's court at the next higher level has issued a ruling to permit retrial.

（六）有本解释第三百八十三条第一款规定情形的。

(6) Any of the circumstances as set out in paragraph 1, Article 383 of this Interpretation appears.

第四百零三条　人民法院审理再审案件应当组成合议庭开庭审理，但按照第二审程序审理，有特殊情况或者双方当事人已经通过其他方式充分表达意见，且书面同意不开庭审理的除外。

符合缺席判决条件的，可以缺席判决。

Article 403 A people's court shall form a collegial bench to hold court to retry a case, unless the case is retried in a procedure at second instance and no court is held under special circumstances or as agreed upon by the parties that have otherwise fully presented their opinions.

A default judgment may be entered if the conditions for entering a default judgment are satisfied.

第四百零四条　人民法院开庭审理再审案件，应当按照下列情形分别进行：

Article 404 A people's court shall hold court to retry a case according to the following provisions:

（一）因当事人申请再审的，先由再审申请人陈述再审请求及理由，后由被申请人答辩、其他原审当事人发表意见；



[CLI Code]CLI.3.349767(EN)

(1) If the retrial is initiated upon petition of a party, the retrial petitioner first states its claims in retrial and reasons, the respondent then defends, and the other parties in the original trial present their opinions.

（二）因抗诉再审的，先由抗诉机关宣读抗诉书，再由申请抗诉的当事人陈述，后由被申请人答辩、其他原审当事人发表意见；

(2) If the retrial is initiated upon appeal, the appealing procuratorate first reads a written appeal, the party applying for appeal states its case, the respondent then defends, and the other parties in the original trial present their opinions.

（三）人民法院依职权再审，有申诉人的，先由申诉人陈述再审请求及理由，后由被申诉人答辩、其他原审当事人发表意见；

(3) If the retrial is initiated by the people's court according to its power and there is a petitioner, the petitioner first states its claims in retrial and reasons, the respondent then defends, and the other parties in the original trial present their opinions.

（四）人民法院依职权再审，没有申诉人的，先由原审原告或者原审上诉人陈述，后由原审其他当事人发表意见。

对前款第一项至第三项规定的情形，人民法院应当要求当事人明确其再审请求。

[CLI Code]CLI.3.349767(EN)

(4) If the retrial is initiated by the people's court according to its power and there is no petitioner, the plaintiff or appellant in the original trial first states its case, and then the other parties in the original trial present their opinions.

Under the circumstances as described in subparagraphs (1), (2) and (3) in the preceding paragraph, the people's court shall require a party to specify its claims in retrial.

第四百零五条　人民法院审理再审案件应当围绕再审请求进行。当事人的再审请求超出原审诉讼请求的，不予审理；符合另案诉讼条件的，告知当事人可以另行起诉。

被申请人及原审其他当事人在庭审辩论结束前提出的再审请求，符合民事诉讼法第二百零五条规定的，人民法院应当一并审理。

**Article 405** A people's court shall retry a case by centering on the claims in retrial. Those claims in retrial of a party beyond the claims in the original trial shall not be tried; and if the conditions for instituting another action are satisfied, the people's court shall notify the party that the party may institute a separate action.

人民法院经再审，发现已经发生法律效力的判决、裁定损害国家利益、社会公共利益、他人合法权益的，应当一并审理。

The claims in retrial filed by the respondent(s) and other parties in the original trial before the end of debate in court shall be concurrently tried by the people's court.

Where the people's court discovers in the retrial that the effective judgment or ruling causes damage to the national interest, public interest, or lawful rights and interests of others, it shall be tried concurrently.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

**第四百零六条**　再审审理期间，有下列情形之一的，可以裁定终结再审程序：

**Article 406** Where any of the following circumstances appears during the period of retrial, a people's court may issue a ruling to terminate the retrial procedure:

（一）再审申请人在再审期间撤回再审请求，人民法院准许的；

(1) The retrial petitioner withdraws, during the period of retrial, all of its claims in retrial, which has been allowed by the people's court.

（二）再审申请人经传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭，按撤回再审请求处理的；

(2) The retrial petitioner refuses to appear in court without any justifiable reason after being summoned or leaves the courtroom during a court session without permission from the court and is deemed by the court to have withdrawn all of its claims in retrial.

（三）人民检察院撤回抗诉的；

(3) The people's procuratorate withdraws its appeal.

（四）有本解释第四百零二条第一项至第四项规定情形的。

因人民检察院提出抗诉裁定再审的案件，申请抗诉的当事人有前款规定的情形，且不损害国家利益、社会公共利益或者他人合法权益的，人民法院应当裁定终结再审程序。

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.349767(EN)

(4) Any of the circumstances as described in subparagraphs (1) to (4), Article 402 of this Interpretation appears.

再审程序终结后，人民法院裁定中止执行的原生效判决自动恢复执行。

Where a ruling to permit retrial is issued upon appeal of a people's procuratorate, if the party applying for appeal falls under any of the circumstances as set out in the preceding paragraph, causing no damage to the national interest, public interest, or lawful rights and interests of others, the people's court shall issue a ruling to terminate the retrial procedure.

After terminating the retrial procedure, the people's court shall issue a ruling for the automatic resumption of execution of the original effective judgment suspended from execution.

第四百零七条　人民法院经再审审理认为，原判决、裁定认定事实清楚、适用法律正确的，应予维持；原判决、裁定认定事实、适用法律虽有瑕疵，但裁判结果正确的，应当在再审判决、裁定中纠正瑕疵后予以维持。

原判决、裁定认定事实、适用法律错误，导致裁判结果错误的，应当依法改判、撤销或者变更。

**Article 407** After retrial, a people's court shall sustain the original judgment or ruling if it considers the original judgment or ruling clear in fact finding and correct in the application of law or sustain the original judgment or ruling after correcting the flaws in the original judgment or ruling if the result of adjudication is correct though the original judgment or ruling is flawed in fact finding or the application of law.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

A people's court shall reverse, revoke, or modify the original judgment or ruling according to the law if the result of adjudication is erroneous because the original judgment or ruling is erroneous in fact finding or application of law.

**第四百零八条** 按照第二审程序再审的案件，人民法院经审理认为不符合民事诉讼法规定的起诉条件或者符合民事诉讼法第一百二十四条规定不予受理情形的，应当裁定撤销一、二审判决，驳回起诉。

**Article 408** Where, after retrial of a case in a procedure at second instance, a people's court considers that the case does not satisfy the conditions for instituting an action as set out in the Civil Procedure Law or that the case shall not be accepted as described in Article 124 of the Civil Procedure Law, it shall issue a ruling to revoke the judgments entered by the court of first instance and the court of second instance and dismiss the action.

**第四百零九条** 人民法院对调解书裁定再审后，按照下列情形分别处理：

**Article 409** After a people's court issues a ruling to permit retrial against a consent judgment, the case shall be handled according to the following provisions:

（一）当事人提出的调解违反自愿原则的事由不成立，且调解书的内容不违反法律强制性规定的，裁定驳回再审申请；

(1) If the cause alleged by the party, which is the violation of the principle of voluntariness in the process of mediation, is not supported, and the contents of the consent judgment are not in violation of the mandatory provisions of the law, the people's court shall issue a ruling to dismiss the retrial petition.

199/276



[CLI Code]CLI.3.349767(EN)

（二）人民检察院抗诉或者再审检察建议所主张的损害国家利益、社会公共利益的理由不成立的，裁定终结再审程序。

前款规定情形，人民法院裁定中止执行的调解书需要继续执行的，自动恢复执行。

(2) If the reason alleged in the appeal from the people's procuratorate or in the procuratorial recommendation of retrial that damage has been caused to the national interest or public interest is not supported, the people's court shall issue a ruling to terminate the retrial procedure.

Under the circumstances in the preceding paragraph, if the consent judgment suspended by a ruling of the people's court from execution needs to be enforced, the execution of the consent judgment shall resume automatically.

第四百一十条　一审原告在再审审理程序中申请撤回起诉，经其他当事人同意，且不损害国家利益、社会公共利益、他人合法权益的，人民法院可以准许。裁定准许撤诉的，应当一并撤销原判决。

一审原告在再审审理程序中撤回起诉后重复起诉的，人民法院不予受理。

Article 410 Where, in the retrial procedure, the plaintiff in the trial at first instance files a motion to withdraw the action, if the other parties agree to the withdrawal and the withdrawal does not cause damage to the national interest, public interest, and rights and interests of others, the people's court may allow the withdrawal. If a ruling is issued to allow the withdrawal, the original judgment shall be revoked concurrently.

Saved on: 06/28/2026

A people's court shall reject an action that has been withdrawn in the retrial procedure and is instituted again by a plaintiff in the trial at first instance.

第四百一十一条　当事人提交新的证据致使再审改判，因再审申请人或者申请检察监督当事人的过错未能在原审程序中及时举证，被申请人等当事人请求补偿其增加的交通、住宿、就餐、误工等必要费用的，人民法院应予支持。

Article 411 Where the original judgment or ruling is reversed because of the new evidence provided by a party, if the respondent and other parties claim reimbursement for their additional travel, room and board, lost wage, and other necessary expenses because such evidence was not adduced in a timely manner in the original trial for the fault of the retrial petitioner or the party applying for procuratorial supervision, the people's court shall support such claims.

第四百一十二条　部分当事人到庭并达成调解协议，其他当事人未作出书面表示的，人民法院应当在判决中对该事实作出表述；调解协议内容不违反法律规定，且不损害其他当事人合法权益的，可以在判决主文中予以确认。

Article 412 Where some parties are present in court and reach a mediation agreement, and there are no written indications from the other parties, the people's court shall state such facts in its judgment; and if the contents of the mediation agreement are not in violation of the law and do not damage the lawful rights and interests of the other parties, the people's court may confirm the mediation agreement in the conclusion part of the judgment.

 [CLI Code]CLI.3.349767(EN)

第四百一十三条　　人民检察院依法对损害国家利益、社会公共利益的发生法律效力的判决、裁定、调解书提出抗诉，或者经人民检察院检察委员会讨论决定提出再审检察建议的，人民法院应予受理。

Article 413 Where, according to the law, a people's procuratorate appeals an effective judgment, ruling, or consent judgment that causes damage to the national interest or public interest or offers a procuratorial recommendation of retrial upon deliberation and decision of its procuratorial committee, the people's court shall accept the appeal or recommendation.

第四百一十四条　　人民检察院对已经发生法律效力的判决以及不予受理、驳回起诉的裁定依法提出抗诉的，人民法院应予受理，但适用特别程序、督促程序、公示催告程序、破产程序以及解除婚姻关系的判决、裁定等不适用审判监督程序的判决、裁定除外。

Article 414 Where, according to the law, a people's procuratorate appeals an effective judgment or an effective ruling to reject or dismiss an action, the people's court shall accept it, except for judgments and rulings not subject to the trial supervision procedure such as those made under the special procedures, the procedure for urging debt repayment, the procedure for Announcement to Urge Declaration of Claims, and the bankruptcy procedure and those involving the dissolution of marriage.

第四百一十五条　　人民检察院依照民事诉讼法第二百零九条第一款第三项规定对有明显错误的再审判决、裁定提出抗诉或者再审检察建议的，人民法院应予受理。

Article 415 Where, in accordance with the provision of paragraph 1(3), Article 209 of the Civil Procedure Law, a people's procuratorate appeals or offers a procuratorial recommendation of retrial

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

against an evidently erroneous judgment or ruling entered after retrial, the people's court shall accept the appeal or recommendation.

第四百一十六条　地方各级人民检察院依当事人的申请对生效判决、裁定向同级人民法院提出再审检察建议，符合下列条件的，应予受理：

Article 416 Where, upon application of a party, a people's procuratorate at any local level offers a procuratorial recommendation of retrial to the people's court at the same level against an effective judgment or ruling, the recommendation shall be accepted if the following conditions are satisfied:

（一）再审检察建议书和原审当事人申请书及相关证据材料已经提交；

(1) The written procuratorial recommendation of retrial, written application of the party in the original trial, and relevant evidential materials have been submitted to the people's court.

（二）建议再审的对象为依照民事诉讼法和本解释规定可以进行再审的判决、裁定；

(2) The subject matter of retrial in the recommendation is a judgment or ruling against which retrial may be initiated in accordance with the provisions of the Civil Procedure Law and this Interpretation.

（三）再审检察建议书列明该判决、裁定有民事诉讼法第二百零八条第二款规定情形；

(3) The written procuratorial recommendation of retrial states that the judgment or ruling falls under the circumstance as described in paragraph 2, Article 208 of the Civil Procedure Law.

（四）符合民事诉讼法第二百零九条第一款第一项、第二项规定情形；

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

(4) There is the circumstance as described in paragraph 1(1) or (2), Article 209 of the Civil Procedure law.

（五）再审检察建议经该人民检察院检察委员会讨论决定。

不符合前款规定的，人民法院可以建议人民检察院予以补正或者撤回；不予补正或者撤回的，应当函告人民检察院不予受理。

(5) The procuratorial recommendation of retrial has been deliberated and decided by the procuratorial committee of the people's procuratorate.

Where the provisions of the preceding paragraph are not complied with, the people's court may advise the people's procuratorate to submit supplements and corrections or withdraw the recommendation; and if the people's procuratorate fails to do so, shall, by letter, reject the recommendation.

第四百一十七条　人民检察院依当事人的申请对生效判决、裁定提出抗诉，符合下列条件的，人民法院应当在三十日内裁定再审：

Article 417 Where, upon application of a party, a people's procuratorate appeals an effective judgment or ruling, the people's court shall, within 30 days, issue a ruling to permit retrial if the following conditions are satisfied:

（一）抗诉书和原审当事人申请书及相关证据材料已经提交；



[CLI Code]CLI.3.349767(EN)

(1) The written appeal, written application of the party in the original trial, and relevant evidential materials have been submitted.

（二）抗诉对象为依照民事诉讼法和本解释规定可以进行再审的判决、裁定；

(2) The subject matter of appeal is a judgment or ruling against which retrial may be initiated in accordance with the provisions of the Civil Procedure Law and this Interpretation.

（三）抗诉书列明该判决、裁定有民事诉讼法第二百零八条第一款规定情形；

(3) The written appeal states that the judgment or ruling falls under the circumstance as described in paragraph 1, Article 208 of the Civil Procedure Law.

（四）符合民事诉讼法第二百零九条第一款第一项、第二项规定情形。

不符合前款规定的，人民法院可以建议人民检察院予以补正或者撤回；不予补正或者撤回的，人民法院可以裁定不予受理。

(4) There is the circumstance as described in paragraph 1(1) or (2), Article 209 of the Civil Procedure law.

Where the provisions of the preceding paragraph are not complied with, the people's court may advise the people's procuratorate to submit supplements and corrections or withdraw the appeal; and if the people's procuratorate fails to do so, may issue a ruling to reject the appeal.

Saved on: 06/28/2026



第四百一十八条　当事人的再审申请被上级人民法院裁定驳回后，人民检察院对原判决、裁定、调解书提出抗诉，抗诉事由符合民事诉讼法第二百条第一项至第五项规定情形之一的，受理抗诉的人民法院可以交由下一级人民法院再审。

**Article 418** Where, after the retrial petition of a party is dismissed by a ruling of the people's court at a higher level, the people's procuratorate appeals the original judgment, ruling, or consent judgment, the people's court accepting the appeal may deliver the case to the people's court at the next lower level for retrial if the cause of appeal falls under any of the circumstances as set out in subparagraphs (1) to (5), Article 200 of the Civil Procedure law.

第四百一十九条　人民法院收到再审检察建议后，应当组成合议庭，在三个月内进行审查，发现原判决、裁定、调解书确有错误，需要再审的，依照民事诉讼法第一百九十八条规定裁定再审，并通知当事人；经审查，决定不予再审的，应当书面回复人民检察院。

**Article 419** A people's court shall, within three months after receiving a procuratorial recommendation of retrial, form a collegial bench to examine the recommendation and, if it finds that the original judgment, ruling, or consent judgment is erroneous and requires a retrial, issue a ruling to permit retrial in accordance with the provision of Article 198 of the Civil Procedure Law and notify the parties; or respond in writing to the people's procuratorate if it decides not to permit retrial after examination.

第四百二十条　人民法院审理因人民检察院抗诉或者检察建议裁定再审的案件，不受此前已经作出的驳回当事人再审申请裁定的影响。



[CLI Code]CLI.3.349767(EN)

**Article 420** The retrial of a case by a people's court according to a ruling to permit retrial issued upon appeal or procuratorial recommendation from a people's procuratorate shall not be affected by a previously issued ruling to dismiss a party's retrial petition.

第四百二十一条　人民法院开庭审理抗诉案件，应当在开庭三日前通知人民检察院、当事人和其他诉讼参与人。同级人民检察院或者提出抗诉的人民检察院应当派员出庭。

人民检察院因履行法律监督职责向当事人或者案外人调查核实的情况，应当向法庭提交并予以说明，由双方当事人进行质证。

**Article 421** A people's court that holds court to retry a case upon appeal shall, three days before holding court, notify the people's procuratorate, parties, and other litigation participants. The people's procuratorate at the same level or filing the appeal shall send staff members to appear in court.

The people's procuratorate shall submit and explain to the court any verified information obtained from the parties and anyone that is not a party to the case during investigation conducted in performing its legal supervision duties, and such information shall be subject to cross-examination by the parties on both sides.

第四百二十二条　必须共同进行诉讼的当事人因不能归责于本人或者其诉讼代理人的事由未参加诉讼的，可以根据民事诉讼法第二百条第八项规定，自知道或者应当知道之日起六个月内申请再审，但符合本解释第四百二十三条规定情形的除外。

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

人民法院因前款规定的当事人申请而裁定再审，按照第一审程序再审的，应当追加其为当事人，作出新的判决、裁定；按照第二审程序再审，经调解不能达成协议的，应当撤销原判决、裁定，发回重审，重审时应追加其为当事人。

**Article 422** Where a party that must participate in a joint action fails to participate in the action for a cause not attributable to the party or its litigation representative, the party may file a petition for retrial within six months from the day when the party knows or should have known the action in accordance with the provision of subparagraph (8), Article 200 of the Civil Procedure Law, except under the circumstances as described in Article 423 of this Interpretation.

Where a people's court issues a ruling to permit retrial upon application of a party as described in the preceding paragraph, if the retrial is conducted under the procedures at first instance, the party shall be added as a party to the retrial, and a new judgment or ruling shall be entered; or if the retrial is conducted under the procedures at second instance, and no agreement is reached upon mediation, the people's court shall revoke the original judgment or ruling and remand the case for retrial, to which the party shall be added as a party.

第四百二十三条　根据民事诉讼法第二百二十七条规定，案外人对驳回其执行异议的裁定不服，认为原判决、裁定、调解书内容错误损害其民事权益的，可以自执行异议裁定送达之日起六个月内，向作出原判决、裁定、调解书的人民法院申请再审。

**Article 423** Where, in accordance with the provision of Article 227 of the Civil Procedure Law, a nonparty disagrees to a ruling that dismisses its execution objection, considering that the erroneous content of the original judgment, ruling, or consent judgment has caused damage to its rights and interests in civil law, it may, within six months of the service of the execution objection ruling, file a petition for retrial with the people's court issuing the original judgment, ruling, or consent judgment.

Saved on: 06/28/2026

北大法宝 让法律更智能
PKULAW.COM

[CLI Code]CLI.3.349767(EN)

第四百二十四条    根据民事诉讼法第二百二十七条规定，人民法院裁定再审后，案外人属于必要的共同诉讼当事人的，依照本解释第四百二十二条第二款规定处理。

案外人不是必要的共同诉讼当事人的，人民法院仅审理原判决、裁定、调解书对其民事权益造成损害的内容。经审理，再审请求成立的，撤销或者改变原判决、裁定、调解书；再审请求不成立的，维持原判决、裁定、调解书。

**Article 424** Where, in accordance with the provision of Article 227 of the Civil Procedure Law, a people's court issues a ruling to permit retrial, if a nonparty is a party to a necessary joint action under the retrial, the provision of paragraph 2, Article 422 of this Interpretation shall be applied.

If a nonparty is not a party to a necessary joint action under the retrial, the people's court shall only retry the part of the original judgment, ruling, or consent judgment causing damage to the person's rights and interests in civil law. After retrial, if the retrial petition is well-founded, the people's court shall revoke or modify the original judgment, ruling, or consent judgment; or if the retrial petition is unfounded, sustain the original judgment, ruling, or consent judgment.

第四百二十五条    本解释第三百四十条规定适用于审判监督程序。

**Article 425** The provision of Article 340 of this Interpretation shall apply to the trial supervision procedure.

第四百二十六条    对小额诉讼案件的判决、裁定，当事人以民事诉讼法第二百条规定的事由向原审人民法院申请再审的，人民法院应当受理。申请再审事由成立的，应当裁定再审，组成合议庭进行审理。作出的再审判决、裁定，当事人不得上诉。

[CLI Code]CLI.3.349767(EN)

当事人以不应按小额诉讼案件审理为由向原审人民法院申请再审的，人民法院应当受理。理由成立的，应当裁定再审，组成合议庭审理。作出的再审判决、裁定，当事人可以上诉。

**Article 426** Where, against a judgment or ruling for a small claims case, a party files a petition for retrial with the original trial people's court for a cause as set out in Article 200 of the Civil Procedure Law, the people's court shall accept the petition. If the cause of the petition for retrial is well-founded, the people's court shall issue a ruling to permit retrial, and form a collegial bench to retry the case. No party may appeal a judgment or ruling issued upon such retrial.

Where a party files a petition for retrial with the original trial people's court on the ground that the case should not be tried as a small claims case, the people's court shall accept the petition. If the ground is well-founded, the people's court shall issue a ruling to permit retrial, and form a collegial bench to retry the case. A party may appeal a judgment or ruling issued upon such retrial.

十九、督促程序

**XIX**. Procedure for Urging Debt Repayment

第四百二十七条 两个以上人民法院都有管辖权的，债权人可以向其中一个基层人民法院申请支付令。

债权人向两个以上有管辖权的基层人民法院申请支付令的，由最先立案的人民法院管辖。

**Article 427** Where there are two or more people's courts having jurisdiction, a creditor may apply to one of the basic people's courts for issuance of an order for payment.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

Where a creditor applies to two or more basic people's courts having jurisdiction for issuance of an order for payment, the people's court that first dockets the case shall exercise jurisdiction over the case.

第四百二十八条    人民法院收到债权人的支付令申请书后，认为申请书不符合要求的，可以通知债权人限期补正。人民法院应当自收到补正材料之日起五日内通知债权人是否受理。

**Article 428** Where, after receiving a written application of a creditor for issuance of an order for payment, a people's court considers that the written application does not satisfy the prescribed requirements, it may notify the creditor of supplementing or correcting the application during a specified period. Within five days of receipt of all supplements and corrections, the people's court shall notify the creditor whether or not the application is accepted.

第四百二十九条    债权人申请支付令，符合下列条件的，基层人民法院应当受理，并在收到支付令申请书后五日内通知债权人：

**Article 429** A basic people's court shall accept an application of a creditor for issuance of an order for payment if the following conditions are satisfied, and notify the creditor within five days of receipt of the written application:

（一）请求给付金钱或者汇票、本票、支票、股票、债券、国库券、可转让的存款单等有价证券；

[CLI Code]CLI.3.349767(EN)

(1) The creditor requests payment of money or a draft, a promissory note, a check, stock, bonds, treasury bonds, a transferrable certificate of deposit, or any other negotiable securities.

（二）请求给付的金钱或者有价证券已到期且数额确定，并写明了请求所根据的事实、证据；

(2) The alleged obligation to pay money or negotiable securities, the amount of which is definite, is due, and the application states the facts and evidence based on which the request is made.

（三）债权人没有对待给付义务；

(3) The creditor has no obligation to provide equivalent consideration.

（四）债务人在我国境内且未下落不明；

(4) The debtor is located within China, and the debtor's whereabouts is not unknown.

（五）支付令能够送达债务人；

(5) The order for payment can be served on the debtor.

（六）收到申请书的人民法院有管辖权；

(6) The people's court receiving the written application has jurisdiction.

（七）债权人未向人民法院申请诉前保全。



[CLI Code]CLI.3.349767(EN)

不符合前款规定的，人民法院应当在收到支付令申请书后五日内通知债权人不予受理。

(7) The creditor has not applied to a people's court for preservation before instituting an action.

基层人民法院受理申请支付令案件，不受债权金额的限制。

If the provision of the preceding paragraph is not complied with, the people's court shall, within five days of receipt of a written application for issuance of an order for payment, notify the creditor of its rejection of the application.

A basic people's court's acceptance of an application for issuance of an order for payment shall not be limited by the amount of debts.

第四百三十条　人民法院受理申请后，由审判员一人进行审查。经审查，有下列情形之一的，裁定驳回申请：

Article 430 After an application is accepted by a people's court, a sole judge shall examine the application. If any of the following circumstances is discovered upon examination, the people's court shall dismiss the application:

（一）申请人不具备当事人资格的；

(1) The applicant is not eligible as a party to the procedure.

（二）给付金钱或者有价证券的证明文件没有约定逾期给付利息或者违约金、赔偿金，债权人坚持要求给付利息或者违约金、赔偿金的；

(2) In the evidentiary document on an obligation to pay money or negotiable securities, there is no agreement on payment of late interest, liquidated damages, or compensation for overdue payment, and the creditor insists that such late interest, liquidated damages, or compensation be paid.

（三）要求给付的金钱或者有价证券属于违法所得的；

(3) The alleged money or negotiable securities to be paid are illegal income.

（四）要求给付的金钱或者有价证券尚未到期或者数额不确定的。

人民法院受理支付令申请后，发现不符合本解释规定的受理条件的，应当在受理之日起十五日内裁定驳回申请。

(4) The alleged obligation to pay money or negotiable securities is not due or the amount of such money or negotiable securities is not definite.

If the people's court discovers that the conditions for accepting an application for issuance of an order for payment as set out in this Interpretation are not satisfied after accepting the application, it shall issue a ruling to dismiss the application within 15 days of acceptance of the application.

第四百三十一条　向债务人本人送达支付令，债务人拒绝接收的，人民法院可以留置送达。

Article 431 Where a debtor refuses to receive an order for payment to be served directly on the debtor, a people's court may serve the order on the debtor by leaving the order at the place of the debtor.



[CLI Code]CLI.3.349767(EN)

第四百三十二条　有下列情形之一的，人民法院应当裁定终结督促程序，已发出支付令的，支付令自行失效：

Article 432 Under any of the following circumstances, a people's court shall issue a ruling to terminate a procedure for urging debt repayment, and if an order for payment has been issued, the order shall be invalidated automatically:

（一）人民法院受理支付令申请后，债权人就同一债权债务关系又提起诉讼的；

(1) After a people's court accepts an application for issuance of an order for payment, the creditor institutes an action for the same creditor-debtor relationship.

（二）人民法院发出支付令之日起三十日内无法送达债务人的；

(2) An order for payment cannot be served on the debtor within 30 days of issuance of the order by a people's court.

（三）债务人收到支付令前，债权人撤回申请的。

(3) The creditor withdraws its application before the debtor receives an order for payment.

第四百三十三条　债务人在收到支付令后，未在法定期间提出书面异议，而向其他人民法院起诉的，不影响支付令的效力。

[CLI Code]CLI.3.349767(EN)

债务人超过法定期间提出异议的，视为未提出异议。

**Article 433** Where, after receiving an order for payment, a debtor institutes an action in another people's court, instead of filing a written objection during the statutory period, the validity of the order for payment shall not be affected.

A debtor that raises an objection beyond the statutory period is deemed to have failed to raise an objection.

第四百三十四条　债权人基于同一债权债务关系，在同一支付令申请中向债务人提出多项支付请求，债务人仅就其中一项或者几项请求提出异议的，不影响其他各项请求的效力。

**Article 434** Where a creditor includes two or more payment claims against a debtor in one application for issuance of an order for payment based on the same creditor-debtor relationship, if the debtor raises an objection to only one or more of such claims, the validity of the order regarding the other claims shall not be affected.

第四百三十五条　债权人基于同一债权债务关系，就可分之债向多个债务人提出支付请求，多个债务人中的一人或者几人提出异议的，不影响其他请求的效力。

**Article 435** Where a creditor's payment claims in an application for issuance of an order for payment are against two or more debtors based on the same creditor-debtor relationship involving a dividable debt, if one or more of the debtors raise objections, the validity of the order regarding the other claims shall not be affected.

第四百三十六条　对设有担保的债务的主债务人发出的支付令，对担保人没有拘束力。

[CLI Code]CLI.3.349767(EN)

债权人就担保关系单独提起诉讼的，支付令自人民法院受理案件之日起失效。

**Article 436** An order for payment issued to the principal debtor of a secured debt shall not be binding upon the party providing security.

If the creditor institutes a separate action regarding the security, the order for payment shall be invalidated from the day when the action is accepted by the people's court.

第四百三十七条 经形式审查，债务人提出的书面异议有下列情形之一的，应当认定异议成立，裁定终结督促程序，支付令自行失效：

**Article 437** Where, upon pro forma examination, a written objection raised by a debtor is found to fall under any of the following circumstances, the objection shall be supported, a ruling shall be issued to terminate the procedure for urging debt repayment, and the order for payment shall be invalidated automatically:

（一）本解释规定的不予受理申请情形的；

(1) The creditor's application shall be rejected as prescribed in this Interpretation.

（二）本解释规定的裁定驳回申请情形的；

(2) The creditor's application shall be dismissed by a ruling as prescribed in this Interpretation.

（三）本解释规定的应当裁定终结督促程序情形的；

217/276

北大法宝 让法律更智能
PKULAW.COM

[CLI Code]CLI.3.349767(EN)

(3) The procedure for urging debt repayment shall be terminated by a ruling as prescribed in this Interpretation.

（四）人民法院对是否符合发出支付令条件产生合理怀疑的。

(4) The people's court has any reasonable doubt on the satisfaction of the conditions for issuance of an order for payment.

第四百三十八条　债务人对债务本身没有异议，只是提出缺乏清偿能力、延缓债务清偿期限、变更债务清偿方式等异议的，不影响支付令的效力。

人民法院经审查认为异议不成立的，裁定驳回。

**Article 438** Where a debtor's objection is raised regarding the insolvency of the debtor, extension of the period of debt repayment, or modification of methods for debt repayment, among others, instead of the debt itself, the validity of the order for payment shall not be affected.

债务人的口头异议无效。

If a people's court considers an objection unfounded after examination, it shall issue a ruling to dismiss the objection.

An objection raised verbally by a debtor shall be void.

第四百三十九条　人民法院作出终结督促程序或者驳回异议裁定前，债务人请求撤回异议的，应当裁定准许。

[CLI Code]CLI.3.349767(EN)

债务人对撤回异议反悔的，人民法院不予支持。

**Article 439** Where, before a people's court issues a ruling to terminate the procedure for urging debt repayment or dismiss an objection, the debtor raising the objection requests withdrawal of the objection, the people's court shall issue a ruling to allow the withdrawal.

If the debtor regrets after withdrawing the objection, the people's court shall not support the objection.

第四百四十条　支付令失效后，申请支付令的一方当事人不同意提起诉讼的，应当自收到终结督促程序裁定之日起七日内向受理申请的人民法院提出。

申请支付令的一方当事人不同意提起诉讼的，不影响其向其他有管辖权的人民法院提起诉讼。

**Article 440** Where, after an order for payment is invalidated, the party as the applicant for the order disagrees to institute an action, the party shall indicate, within seven days of receipt of a ruling to terminate the procedure for urging debt repayment, such disagreement to the people's court accepting the application.

Such disagreement shall not affect the right of the party to institute an action in another people's court having jurisdiction.

第四百四十一条　支付令失效后，申请支付令的一方当事人自收到终结督促程序裁定之日起七日内未向受理申请的人民法院表明不同意提起诉讼的，视为向受理申请的人民法院起诉。

北大法宝 让法律更智能 PKULAW.COM                                                      [CLI Code]CLI.3.349767(EN)

债权人提出支付令申请的时间，即为向人民法院起诉的时间。

**Article 441** Where, after an order for payment is invalidated, the party as the applicant for the order fails to indicate, within seven days of receipt of a ruling to terminate the procedure for urging debt repayment, its disagreement to institute an action to the people's court accepting the application, the party is deemed to have instituted an action in the people's court accepting the application.

The time of filing an application by a creditor for issuance of an order for payment shall be the time of instituting an action by the creditor in the people's court.

第四百四十二条　债权人向人民法院申请执行支付令的期间，适用民事诉讼法第二百三十九条的规定。

**Article 442** The period for a creditor to apply to a people's court for execution of an order for payment shall be governed by the provisions of Article 239 of the Civil Procedure Law.

第四百四十三条　人民法院院长发现本院已经发生法律效力的支付令确有错误，认为需要撤销的，应当提交本院审判委员会讨论决定后，裁定撤销支付令，驳回债权人的申请。

**Article 443** Where the president of a people's court discovers that any effective order for payment issued by the court is erroneous and considers it necessary to revoke the order, the people's court shall, after the case is deliberated and decided by the adjudication committee of the court, issue a ruling to revoke the order and dismiss the application of the creditor.

二十、公示催告程序

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

XX. Procedure for Announcement to Urge Declaration of Claims

第四百四十四条 民事诉讼法第二百一十八条规定的票据持有人，是指票据被盗、遗失或者灭失前的最后持有人。

Article 444 As mentioned in Article 218 of the Civil Procedure Law, "holder of an instrument" means the last holder of a negotiable instrument before it is stolen, lost, or extinguished.

第四百四十五条 人民法院收到公示催告的申请后，应当立即审查，并决定是否受理。经审查认为符合受理条件的，通知予以受理，并同时通知支付人停止支付；认为不符合受理条件的，七日内裁定驳回申请。

Article 445 A people's court shall examine and decide whether to accept an application for issuance of an announcement to urge declaration of claims immediately after receiving the application. If the people's court considers that the conditions for accepting the application are satisfied after examination, it shall notify the applicant of its acceptance of the application and, at the same time, notify the drawee of stopping payment; or if the people's court considers that the conditions are not satisfied, it shall dismiss the application by a ruling within seven days.

第四百四十六条 因票据丧失，申请公示催告的，人民法院应结合票据存根、丧失票据的复印件、出票人关于签发票据的证明、申请人合法取得票据的证明、银行挂失止付通知书、报案证明等证据，决定是否受理。

Article 446 Where an application for issuance of an announcement to urge declaration of claims is filed because the holder of an instrument is no longer in possession of the instrument, the people's

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

court shall decide whether to accept the application based on the stub of the instrument, a photocopy of the instrument, a certificate from the issuer on issuing the instrument, a certificate on the applicant's legal obtainment of the instrument, a bank advice on loss registration and stop of payment, proof of filing a police report, and other evidence.

**第四百四十七条**　　人民法院依照民事诉讼法第二百一十九条规定发出的受理申请的公告，应当写明下列内容：

**Article 447** The announcement of accepting an application issued by a people's court in accordance with the provision of Article 219 of the Civil Procedure Law shall state:

（一）公示催告申请人的姓名或者名称；

(1) the applicant's name;

（二）票据的种类、号码、票面金额、出票人、背书人、持票人、付款期限等事项以及其他可以申请公示催告的权利凭证的种类、号码、权利范围、权利人、义务人、行权日期等事项；

(2) the instrument's type, number, face value, issuer, endorser, holder, and payment period, among others, or the type, number, scope of right, obligee, and obligor, among others, of any other certificate of right for which an application for issuance of an announcement to urge declaration of claims may be filed;

（三）申报权利的期间；

[CLI Code]CLI.3.349767(EN)

(3) period of declaration of claims; and

（四）在公示催告期间转让票据等权利凭证，利害关系人不申报的法律后果。

(4) legal consequences of an interested party's failure to declare claims in case of transfer of an instrument or any other certificate of right during the period of declaration of claims as determined in the announcement.

第四百四十八条　公告应当在有关报纸或者其他媒体上刊登，并于同日公布于人民法院公告栏内。人民法院所在地有证券交易所的，还应当同日在该交易所公布。

Article 448 The announcement shall be published in a relevant newspaper or any other media and, on the same day, be posted on the bulletin board of the people's court. If a securities exchange is located at the place of the people's court, the announcement shall be also published on the same day on the securities exchange.

第四百四十九条　公告期间不得少于六十日，且公示催告期间届满日不得早于票据付款日后十五日。

Article 449 The period of declaration of claims as determined in the announcement shall not be less than 60 days, and the expiration date of the period shall not be earlier than the 15th day after the date of payment of the instrument.

第四百五十条　在申报期届满后、判决作出之前，利害关系人申报权利的，应当适用民事诉讼法第二百二十一条第二款、第三款规定处理。

[CLI Code]CLI.3.349767(EN)

**Article 450** Where an interested party declares claims after the declaration period expires but before a judgment is entered, the provisions of paragraphs 2 and 3, Article 221 of the Civil Procedure Law shall be applied.

第四百五十一条　利害关系人申报权利，人民法院应当通知其向法院出示票据，并通知公示催告申请人在指定的期间查看该票据。公示催告申请人申请公示催告的票据与利害关系人出示的票据不一致的，应当裁定驳回利害关系人的申报。

**Article 451** Where an interested party declares claims, the people's court shall notify the interested party of presenting the negotiable instrument to the court and notify the applicant of examining the instrument during a specified period. If the instrument alleged by the applicant is different from the instrument presented by the interested party, a ruling shall be issued to dismiss the claims declared by the interested party.

第四百五十二条　在申报权利的期间无人申报权利，或者申报被驳回的，申请人应当自公示催告期间届满之日起一个月内申请作出判决。逾期不申请判决的，终结公示催告程序。

裁定终结公示催告程序的，应当通知申请人和支付人。

**Article 452** Where no claim is declared during the declaration period or the claims declared are dismissed, the applicant shall, within one month of the expiration of the period, apply for a judgment. If the applicant fails to do so, the procedure for announcement to urge declaration of claims shall be terminated.

If a ruling is issued to terminate the procedure, the applicant and the drawee shall be notified of the termination.



[CLI Code]CLI.3.349767(EN)

第四百五十三条　判决公告之日起，公示催告申请人有权依据判决向付款人请求付款。

付款人拒绝付款，申请人向人民法院起诉，符合民事诉讼法第一百一十九条规定的起诉条件的，人民法院应予受理。

**Article 453** From the date of announcement of a judgment, the applicant shall have the right to require payment from the drawee according to the judgment.

Where the applicant institutes an action in a people's court because the drawee refuses to pay, if the conditions for instituting an action as set out in Article 119 of the Civil Procedure Law are satisfied, the people's court shall accept the case.

第四百五十四条　适用公示催告程序审理案件，可由审判员一人独任审理；判决宣告票据无效的，应当组成合议庭审理。

**Article 454** A case under the procedure for announcement to urge declaration of claims may be tried by a sole judge; however, if an instrument is to be invalidated by a judgment, a collegial bench shall be formed to try the case.

第四百五十五条　公示催告申请人撤回申请，应在公示催告前提出；公示催告期间申请撤回的，人民法院可以径行裁定终结公示催告程序。

**Article 455** To withdraw an application, the applicant shall do so before the court issues an announcement to urge declaration of claims; and if an application is withdrawn during the declaration period, the people's court may directly issue a ruling to terminate the procedure.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

第四百五十六条　人民法院依照民事诉讼法第二百二十条规定通知支付人停止支付，应当符合有关财产保全的规定。支付人收到停止支付通知后拒不止付的，除可依照民事诉讼法第一百一十一条、第一百一十四条规定采取强制措施外，在判决后，支付人仍应承担付款义务。

Article 456 A people's court shall comply with the provisions on property preservation when notifying a drawee of stopping payment in accordance with the provision of Article 220 of the Civil Procedure Law. Where a drawee refuses to stop payment after receiving a notice of stopping payment, in addition to the compulsory measures taken in accordance with the provisions of Articles 111 and 114 of the Civil Procedure Law, the drawee shall continue to have the obligation to pay after a judgment is entered.

第四百五十七条　人民法院依照民事诉讼法第二百二十一条规定终结公示催告程序后，公示催告申请人或者申报人向人民法院提起诉讼，因票据权利纠纷提起的，由票据支付地或者被告住所地人民法院管辖；因非票据权利纠纷提起的，由被告住所地人民法院管辖。

Article 457 Where, after a people's court terminates the procedure for announcement to urge declaration of claims in accordance with the provision of Article 221 of the Civil Procedure Law, the applicant or an interested party declaring claims institutes an action in a people's court, if the action is for dispute over rights under an instrument, the people's court at the place of payment of the instrument or the place of domicile of the defendant shall have jurisdiction over the case; or if the action is not for dispute over rights under an instrument, the people's court at the place of domicile of the defendant shall have jurisdiction over the case.

Saved on: 06/28/2026

第四百五十八条　依照民事诉讼法第二百二十一条规定制作的终结公示催告程序的裁定书，由审判员、书记员署名，加盖人民法院印章。

**Article 458** A written ruling to terminate the procedure for announcement to urge declaration of claims as made in accordance with the provision of Article 221 of the Civil Procedure Law shall be signed by the judge(s) and clerk, and the seal of the people's court shall also be affixed to the written ruling.

第四百五十九条　依照民事诉讼法第二百二十三条的规定，利害关系人向人民法院起诉的，人民法院可按票据纠纷适用普通程序审理。

**Article 459** Where an interested party institutes an action in a people's court in accordance with the provision of Article 223 of the Civil Procedure Law, the people's court may try the case under the formal procedure as a case involving a dispute over a negotiable instrument.

第四百六十条　民事诉讼法第二百二十三条规定的正当理由，包括：

**Article 460** "Justifiable reasons" as mentioned in Article 223 of the Civil Procedure Law shall include the following reasons:

（一）因发生意外事件或者不可抗力致使利害关系人无法知道公告事实的；

(1) An interested party is unable to know the fact of an announcement for the occurrence of an accident or for a force majeure.



（二）利害关系人因被限制人身自由而无法知道公告事实，或者虽然知道公告事实，但无法自己或者委托他人代为申报权利的；

(2) An interested party is unable to know the fact of an announcement because his or her personal freedom is restricted, or an interested party knows the fact of an announcement but is unable to declare claims personally or through an agent.

（三）不属于法定申请公示催告情形的；

(3) It is not a statutory circumstance under which an application for issuance of an announcement to urge declaration of claims may be filed.

（四）未予公告或者未按法定方式公告的；

(4) No announcement is issued or an announcement is not issued in a statutory manner.

（五）其他导致利害关系人在判决作出前未能向人民法院申报权利的客观事由。

(5) Any other fact causing an interested party's failure to declare claims to the people's court before a judgment is entered.

第四百六十一条　根据民事诉讼法第二百二十三条的规定，利害关系人请求人民法院撤销除权判决的，应当将申请人列为被告。

[CLI Code]CLI.3.349767(EN)

利害关系人仅诉请确认其为合法持票人的，人民法院应当在裁判文书中写明，确认利害关系人为票据权利人的判决作出后，除权判决即被撤销。

**Article 461** Where, in accordance with the provision of Article 223 of the Civil Procedure Law, an interested party requests a people's court to revoke a judgment that invalidates an instrument, the applicant shall be listed as the defendant.

Where an interested party institutes an action only to confirm that the interested party is the lawful holder, the people's court shall state in its adjudicative document that the judgment that invalidates an instrument is revoked immediately after the judgment to confirm the interested party as the holder of the instrument is made.

二十一、执行程序

XXI. Execution Procedure

第四百六十二条　发生法律效力的实现担保物权裁定、确认调解协议裁定、支付令，由作出裁定、支付令的人民法院或者与其同级的被执行财产所在地的人民法院执行。

认定财产无主的判决，由作出判决的人民法院将无主财产收归国家或者集体所有。

**Article 462** An effective ruling on the realization of a security interest, ruling on the confirmation of a mediation agreement, or an order for payment shall be enforced by the people's court that renders the ruling or order for payment or the same-level people's court at the place where the property subject to execution is located.

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.349767(EN)

The people's court that enters a judgment to determine that the property is unclaimed property shall rule that the property is owned by the state or a collective.

第四百六十三条　当事人申请人民法院执行的生效法律文书应当具备下列条件：

Article 463 An effective legal instrument to be enforced by the people's court upon the application of a party shall meet the following conditions:

（一）权利义务主体明确；

(1) The subjects of rights and obligations are definite.

（二）给付内容明确。

法律文书确定继续履行合同的，应当明确继续履行的具体内容。

(2) The content involving the payment is specific.

Where the continual fulfillment of a contract is determined in the legal document, the specific content to be continually fulfilled shall be specified.

第四百六十四条　根据民事诉讼法第二百二十七条规定，案外人对执行标的提出异议的，应当在该执行标的执行程序终结前提出。

Article 464 In accordance with Article 227 of the Civil Procedure Law, where a person that is not a party to the case raises an objection regarding the subject matter of execution, the person shall do so before the termination of procedure for the execution of the subject matter.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第四百六十五条　案外人对执行标的提出的异议，经审查，按照下列情形分别处理：

**Article 465** An objection filed by the person that is not a party to the case shall be handled according to the following circumstances respectively upon examination:

（一）案外人对执行标的不享有足以排除强制执行的权益的，裁定驳回其异议；

(1) Where the person that is not a party to the case does not have the rights and interests that are sufficient to prevent enforcement, the court shall rule to reject the person's objection.

（二）案外人对执行标的享有足以排除强制执行的权益的，裁定中止执行。

驳回案外人执行异议裁定送达案外人之日起十五日内，人民法院不得对执行标的进行处分。

(2) Where the person that is not a party to the case has the rights and interests that are sufficient to prevent enforcement, the court shall render a ruling to suspend execution.

Within 15 days after the ruling to reject the objection to execution filed by the person that is not a party to the case is served upon the person, the people's court shall not dispose of the subject matter of execution.

第四百六十六条　申请执行人与被执行人达成和解协议后请求中止执行或者撤回执行申请的，人民法院可以裁定中止执行或者终结执行。

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

**Article 466** Where the execution applicant and the judgment debtor, after reaching a settlement agreement, request the suspension of execution or withdraws the application for execution, the people's court may render a ruling to suspend execution or terminate execution.

第四百六十七条    一方当事人不履行或者不完全履行在执行中双方自愿达成的和解协议，对方当事人申请执行原生效法律文书的，人民法院应当恢复执行，但和解协议已履行的部分应当扣除。和解协议已经履行完毕的，人民法院不予恢复执行。

**Article 467** Where one party fails to perform or completely perform the settlement agreement reached out of free will of both parties in execution, if the other party applies for enforcing the original effective legal document, the people's court shall resume the execution of the original effective legal document; however, the part of settlement agreement which has been performed shall be excluded. If the settlement agreement has been completely performed, the people's court will not resume the execution of the original effective legal document.

第四百六十八条    申请恢复执行原生效法律文书，适用民事诉讼法第二百三十九条申请执行期间的规定。申请执行期间因达成执行中的和解协议而中断，其期间自和解协议约定履行期限的最后一日起重新计算。

**Article 468** The time limit for an application for resuming the execution of an original effective legal document shall be governed by the provisions on the time limit for applying for execution as prescribed in Article 239 of the Civil Procedure Law. If the time limit for applying for execution is suspended due to the settlement agreement reached during execution, it shall be recalculated from the last day of the time limit for execution as agreed upon in the settlement agreement.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第四百六十九条　人民法院依照民事诉讼法第二百三十一条规定决定暂缓执行的，如果担保是有期限的，暂缓执行的期限应当与担保期限一致，但最长不得超过一年。被执行人或者担保人对担保的财产在暂缓执行期间有转移、隐藏、变卖、毁损等行为的，人民法院可以恢复强制执行。

**Article 469** Where the people's court decides to suspend execution in accordance with the provision of Article 231 of the Civil Procedure Law, if the security is provided with a deadline, the deadline of the suspension of execution shall be consistent with the deadline of security with the maximum of one year. If the judgment debtor or the security provider transfers, conceals, sells or destroys, among others, the property for security during the period of suspension of execution, the people's court may resume enforcement.

第四百七十条　根据民事诉讼法第二百三十一条规定向人民法院提供执行担保的，可以由被执行人或者他人提供财产担保，也可以由他人提供保证。担保人应当具有代为履行或者代为承担赔偿责任的能力。

他人提供执行保证的，应当向执行法院出具保证书，并将保证书副本送交申请执行人。被执行人或者他人提供财产担保的，应当参照民法典的有关规定办理相应手续。

**Article 470** Where any security for execution is provided to the people's court in accordance with Article 231 of the Civil Procedure Law, the judgment debtor or any other person may provide property as security or any other person may provide suretyship. The security provider shall have the ability to perform or assume compensatory liability in lieu of the judgment debtor.

Where any other person provides suretyship for execution, the person shall issue a letter of suretyship to the execution court, and serve a copy of the letter of suretyship on the execution

233/276



[CLI Code]CLI.3.349767(EN)

applicant. Where the judgment debtor or any other person provides property as security, the corresponding formalities shall be undergone mutatis mutandis in accordance with the relevant provisions of the Civil Code.

第四百七十一条　被执行人在人民法院决定暂缓执行的期限届满后仍不履行义务的，人民法院可以直接执行担保财产，或者裁定执行担保人的财产，但执行担保人的财产以担保人应当履行义务部分的财产为限。

**Article 471** Where the judgment debtor still fails to perform any obligation thereof after expiration of the term for suspension of execution decided by the people's court, the people's court may directly conduct execution against the property posted as security or rule to enforce the property of the security provider; however, the execution of the security provider's property shall be limited to the part for the performance of obligation.

第四百七十二条　依照民事诉讼法第二百三十二条规定，执行中作为被执行人的法人或者其他组织分立、合并的，人民法院可以裁定变更后的法人或者其他组织为被执行人；被注销的，如果依照有关实体法的规定有权利义务承受人的，可以裁定该权利义务承受人为被执行人。

**Article 472** Where the legal person or any other organization as the judgment debtor is split off or merged during execution in accordance with the provision of Article 232 of the Civil Procedure Law, the people's court may render a ruling that the modified legal person or any other organization is the judgment debtor. If it is deregistered, and there is any successor of rights and obligations according to the relevant substantive law, the people's court may render a ruling that the said successor of rights and obligations is the judgment debtor.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第四百七十三条　其他组织在执行中不能履行法律文书确定的义务的，人民法院可以裁定执行对该其他组织依法承担义务的法人或者公民个人的财产。

Article 473 Where, during execution, any other organization fails to perform an obligation determined in the legal document, the people's court may render a ruling to conduct execution against the property of any legal person or citizen that assumes the obligation for the said organization in accordance with law.

第四百七十四条　在执行中，作为被执行人的法人或者其他组织名称变更的，人民法院可以裁定变更后的法人或者其他组织为被执行人。

Article 474 Where, during execution, the legal person or any other organization as the judgment debtor modifies its name, the people's court may render a ruling that the modified legal person or organization is the judgment debtor.

第四百七十五条　作为被执行人的公民死亡，其遗产继承人没有放弃继承的，人民法院可以裁定变更被执行人，由该继承人在遗产的范围内偿还债务。继承人放弃继承的，人民法院可以直接执行被执行人的遗产。

Article 475 Where a citizen as the judgment debtor dies and his or her inheritor has not waived inheritance, the people's court may render a ruling to modify the judgment debtor, and the said inheritor shall pay off debts within the scope of legacy. If the inheritor has waived the right of inheritance, the people's court may directly enforce the legacy of the judgment debtor.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第四百七十六条　法律规定由人民法院执行的其他法律文书执行完毕后，该法律文书被有关机关或者组织依法撤销的，经当事人申请，适用民事诉讼法第二百三十三条规定。

Article 476 Where, after any other legal document has been completely enforced by the people's court as prescribed by law, the said legal document is revoked by the relevant authority or organization in accordance with law, upon application of a party, Article 233 of the Civil Procedure Law shall apply.

第四百七十七条　仲裁机构裁决的事项，部分有民事诉讼法第二百三十七条第二款、第三款规定情形的，人民法院应当裁定对该部分不予执行。

应当不予执行部分与其他部分不可分的，人民法院应当裁定不予执行仲裁裁决。

Article 477 Where the matters being arbitrated by an arbitral institution partly fall under the circumstances as set forth in paragraphs 2 and 3, Article 237 of the Civil Procedure Law, the people's court shall render a ruling not to enforce the part of matters.

Where the part of matters that shall not be enforced are inseparable with other parts, the people's court shall render a ruling not to enforce the arbitration award.

第四百七十八条　依照民事诉讼法第二百三十七条第二款、第三款规定，人民法院裁定不予执行仲裁裁决后，当事人对该裁定提出执行异议或者复议的，人民法院不予受理。当事人可以就该民事纠纷重新达成书面仲裁协议申请仲裁，也可以向人民法院起诉。

Article 478 Where, after the people's court issues a ruling not to enforce an arbitration award in accordance with the provisions of paragraphs 2 and 3, Article 237 of the Civil Procedure Law, a

Saved on: 06/28/2026

party raises an objection to or applies for reconsideration of the ruling, the people's court shall not accept it. The parties may either reach a new written arbitration agreement on the civil dispute and then apply for arbitration, or may institute an action in the people's court.

**第四百七十九条** 在执行中，被执行人通过仲裁程序将人民法院查封、扣押、冻结的财产确权或者分割给案外人的，不影响人民法院执行程序的进行。

案外人不服的，可以根据民事诉讼法第二百二十七条规定提出异议。

**Article 479** Where, during execution, the judgment debtor confirms the right of a person that is not a party to the case to any property already seized, impounded or frozen by the people's court or divides and distributes such property to the person that is not a party to the case under the arbitration procedure, the proceeding of the execution procedure of the people's court shall not be affected.

The person that is not a party to the case may file an objection in accordance with the provision of Article 227 of the Civil Procedure Law.

**第四百八十条** 有下列情形之一的，可以认定为民事诉讼法第二百三十八条第二款规定的公证债权文书确有错误：

**Article 480** Under any of the following circumstances, the notarized debt instrument as set forth in paragraph 2, Article 238 of the Civil Procedure Law may be determined as truly erroneous:

（一）公证债权文书属于不得赋予强制执行效力的债权文书的；

(1) The notarized debt instrument falls under debt instruments without enforceability.



[CLI Code]CLI.3.349767(EN)

（二）被执行人一方未亲自或者未委托代理人到场公证等严重违反法律规定的公证程序的；

(2) The judgment debtor fails to notarize on site or retain a representative to do so, or otherwise seriously violates notarization procedures prescribed by laws.

（三）公证债权文书的内容与事实不符或者违反法律强制性规定的；

(3) The content of the notarized debt instrument is inconsistent with facts or violates any compulsory provision of laws.

（四）公证债权文书未载明被执行人不履行义务或者不完全履行义务时同意接受强制执行的。

人民法院认定执行该公证债权文书违背社会公共利益的，裁定不予执行。

(4) The notarized debt instrument fails to indicate that the judgment debtor agrees to accept enforcement when the person fails to perform or completely perform the obligation.

公证债权文书被裁定不予执行后，当事人、公证事项的利害关系人可以就债权争议提起诉讼。

Where a people's court determines that the execution of the notarized debt instrument is contrary to the public interest, the people's court shall render a ruling not to enforce the instrument.

Where a notarized debt instrument is not enforced according to a ruling of a people's court, the parties and the interest parties to the notarization may institute an action on the dispute over creditor's rights.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第四百八十一条　当事人请求不予执行仲裁裁决或者公证债权文书的，应当在执行终结前向执行法院提出。

**Article 481** Where a party requests the non-execution of an arbitration award or a notarized debt instrument, the party shall file the request with the execution court before the termination of execution.

第四百八十二条　人民法院应当在收到申请执行书或者移交执行书后十日内发出执行通知。

执行通知中除应责令被执行人履行法律文书确定的义务外，还应通知其承担民事诉讼法第二百五十三条规定的迟延履行利息或者迟延履行金。

**Article 482** The people's court shall issue a notice of execution within ten days as of receipt of a written application for execution or a letter of transfer for execution.

In addition to the order to the judgment debtor to perform the obligation determined in the legal document, the notice of execution shall also inform the person to pay the interest or surcharge for delay of performance in accordance with the provision of Article 253 of the Civil Procedure Law.

第四百八十三条　申请执行人超过申请执行时效期间向人民法院申请强制执行的，人民法院应予受理。被执行人对申请执行时效期间提出异议，人民法院经审查异议成立的，裁定不予执行。

Saved on: 06/28/2026

被执行人履行全部或者部分义务后，又以不知道申请执行时效期间届满为由请求执行回转的，人民法院不予支持。

**Article 483** Where the execution applicant files an application for enforcement with the people's court beyond the time limitation for applying for execution, the people's court shall accept the application. If the judgment debtor submits an objection against the time limitation for applying for execution, and the people's court holds that the objection is supported upon examination, it shall render a ruling not to enforce the arbitration award.

Where the judgment debtor requests the recovery of execution on the ground of not being aware of the time limitation for applying for execution after performing the obligation in whole or in part, the people's court shall not support such a request.

　　**第四百八十四条**　对必须接受调查询问的被执行人、被执行人的法定代表人、负责人或者实际控制人，经依法传唤无正当理由拒不到场的，人民法院可以拘传其到场。

人民法院应当及时对被拘传人进行调查询问，调查询问的时间不得超过八小时；情况复杂，依法可能采取拘留措施的，调查询问的时间不得超过二十四小时。

**Article 484** Where the judgment debtor, or the legal representative, person in charge or actual controller of the judgment debtor that must accept investigation and interview refuses to appear before court without any justifiable reason after having been legally summoned, the people's court may compel the appearance thereof.

人民法院在本辖区以外采取拘传措施时，可以将被拘传人拘传到当地人民法院，当地人民法院应予协助。

[CLI Code]CLI.3.349767(EN)

The people's court shall, in a timely manner, investigate and interview the summoned person for no more than eight hours. If the circumstances are complicated, and detention measure may be taken according to law, the time of investigation and interview shall not exceed 24 hours.

When the people's court compels the appearance of any person out of its jurisdiction, it may compel the appearance of the summoned person at the local people's court, and the local people's court shall provide assistance.

第四百八十五条　人民法院有权查询被执行人的身份信息与财产信息，掌握相关信息的单位和个人必须按照协助执行通知书办理。

**Article 485** The people's court shall have the right to inquire the identity information and property information of the judgment debtor, and the entity and individual that have obtained the relevant information shall handle according to the execution assistance notice.

第四百八十六条　对被执行的财产，人民法院非经查封、扣押、冻结不得处分。对银行存款等各类可以直接扣划的财产，人民法院的扣划裁定同时具有冻结的法律效力。

**Article 486** The people's court shall not dispose of any property subject to execution that has not been seized, impounded or frozen. For various kinds of property that may be directly deducted such as bank deposits, the deduction ruling of the people's court shall, at the same time, have the legal force of freezing the property.

第四百八十七条　人民法院冻结被执行人的银行存款的期限不得超过一年，查封、扣押动产的期限不得超过两年，查封不动产、冻结其他财产权的期限不得超过三年。

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

申请执行人申请延长期限的，人民法院应当在查封、扣押、冻结期限届满前办理续行查封、扣押、冻结手续，续行期限不得超过前款规定的期限。

**Article 487** The period for a people's court to freeze the bank deposits of the judgment debtor shall not exceed one year, the period for sealing up or impounding movable property shall not exceed two years, and the period for sealing up real estate or freezing other property rights shall not exceed three years.

人民法院也可以依职权办理续行查封、扣押、冻结手续。

Where the execution applicant applies for the extension of the period, the people's court shall undergo the formalities for extending the period of sealing, impounding or freezing measure prior to the expiration of such a measure, provided that the extended period does not exceed the term prescribed in the preceding paragraph.

The people's court may also undergo the formalities for extending the period of sealing, impounding or freezing measure according to its powers.

第四百八十八条　依照民事诉讼法第二百四十七条规定，人民法院在执行中需要拍卖被执行人财产的，可以由人民法院自行组织拍卖，也可以交由具备相应资质的拍卖机构拍卖。

交拍卖机构拍卖的，人民法院应当对拍卖活动进行监督。

**Article 488** Where, during execution, the people's court needs to auction the property of the judgment debtor in accordance with the provision of Article 247 of the Civil Procedure Law, the people's court may organize the auction by itself, or turn over the property to the auction institution with the corresponding qualification for auction.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

Where the people's court turns over the property to the auction institution for auction, the people's court shall oversee the auction activities.

第四百八十九条　拍卖评估需要对现场进行检查、勘验的，人民法院应当责令被执行人、协助义务人予以配合。被执行人、协助义务人不予配合的，人民法院可以强制进行。

**Article 489** Where on-site inspection and survey are required for auction assessment, the people's court shall order the judgment debtor and the person obliged to assist to cooperate. If the judgment debtor or the person obliged to assist refuses to cooperate, the people's court may conduct enforcement.

第四百九十条　人民法院在执行中需要变卖被执行人财产的，可以交有关单位变卖，也可以由人民法院直接变卖。

对变卖的财产，人民法院或者其工作人员不得买受。

**Article 490** Where, during execution, the people's court needs to sell off any property of the judgment debtor, it may either deliver the property to a relevant entity for sell-off or directly sell off the property by itself.

For the property to be sold off by a people's court, the people's court or any of its staff shall not buy it.

第四百九十一条　经申请执行人和被执行人同意，且不损害其他债权人合法权益和社会公共利益的，人民法院可以不经拍卖、变卖，直接将被执行人的财产作价交申请执行人抵偿债务。对剩余债务，被执行人应当继续清偿。



[CLI Code]CLI.3.349767(EN)

**Article 491** Upon consent of the execution applicant and the judgment debtor, if the lawful rights and interests of other creditors and public interest are not impaired, the property of the judgment debtor may be directly converted into money and be delivered to the applicant for payment of debts without auction or sell-off. The judgment debtor shall continue to pay off the remaining debts.

第四百九十二条　被执行人的财产无法拍卖或者变卖的，经申请执行人同意，且不损害其他债权人合法权益和社会公共利益的，人民法院可以将该项财产作价后交付申请执行人抵偿债务，或者交付申请执行人管理；申请执行人拒绝接收或者管理的，退回被执行人。

**Article 492** Where the property of the judgment debtor cannot be auctioned or sold off, upon consent of the execution applicant, if the lawful rights and interests of other creditors and public interest are not impaired, the people's court may convert the property into money and deliver the property to the applicant for payment of debts or deliver the property to the applicant for administration. If the execution applicant refuses to take or administer the property, the property shall be returned to the judgment debtor.

第四百九十三条　拍卖成交或者依法定程序裁定以物抵债的，标的物所有权自拍卖成交裁定或者抵债裁定送达买受人或者接受抵债物的债权人时转移。

**Article 493** Where an auction is done or a ruling is rendered under statutory procedures to offset debts with property, the title of the subject matter shall be transferred when the ruling of a successful auction or a ruling of offsetting debts with property is served upon the buyer or the creditor that accepts the property for debt offset.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

第四百九十四条　执行标的物为特定物的，应当执行原物。原物确已毁损或者灭失的，经双方当事人同意，可以折价赔偿。

双方当事人对折价赔偿不能协商一致的，人民法院应当终结执行程序。申请执行人可以另行起诉。

**Article 494** Where the object of execution is specific, the original object shall be enforced. If the original object has been destroyed or extinguished, compensation may be made by converting the original object into money with the consent of both parties.

Where both parties fail to reach a consensus through negotiation on the converted compensation, the people's court shall terminate the execution procedure. The execution applicant may file a separate lawsuit.

第四百九十五条　他人持有法律文书指定交付的财物或者票证，人民法院依照民事诉讼法第二百四十九条第二款、第三款规定发出协助执行通知后，拒不转交的，可以强制执行，并可依照民事诉讼法第一百一十四条、第一百一十五条规定处理。

他人持有期间财物或者票证毁损、灭失的，参照本解释第四百九十四条规定处理。

**Article 495** Where any other person that holds the property or negotiable instrument to be delivered designated by a legal document fails to deliver the property or instrument after the people's court sent out a notice of assistance in execution in accordance with the provisions of paragraphs 2 and 3, Article 249 of the Civil Procedure Law, the people's court may enforce the delivery of the property or instrument, and handle the situation in accordance with the provisions of Articles 114 and 115 of the Civil Procedure Law.

[CLI Code]CLI.3.349767(EN)

他人主张合法持有财物或者票证的，可以根据民事诉讼法第二百二十七条规定提出执行异议。

Where the said property or negotiable instrument is destroyed or extinguished when it is held by the other person, Article 494 of this Interpretation may, by reference, apply to the disposal thereof.

Where the other person claims the lawful holding of property or negotiable instrument, the person may raise an objection to execution in accordance with the provision of Article 227 of the Civil Procedure Law.

第四百九十六条　在执行中，被执行人隐匿财产、会计账簿等资料的，人民法院除可依照民事诉讼法第一百一十一条第一款第六项规定对其处理外，还应责令被执行人交出隐匿的财产、会计账簿等资料。被执行人拒不交出的，人民法院可以采取搜查措施。

Article 496 Where, during execution, the judgment debtor conceals the property, accounting books or any other materials, the people's court may, in addition to punishing the judgment debtor in accordance with the provision of paragraph 1(6), Article 111 of the Civil Procedure Law, order the person to surrender the property, accounting books or other materials concealed. If that person refuses to do so, the people's court may take the search measure.

第四百九十七条　搜查人员应当按规定着装并出示搜查令和工作证件。

Article 497 The search personnel shall wear clothes as required, and show a search warrant and their work certificates.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM  [CLI Code]CLI.3.349767(EN)

第四百九十八条　人民法院搜查时禁止无关人员进入搜查现场；搜查对象是公民的，应当通知被执行人或者他的成年家属以及基层组织派员到场；搜查对象是法人或者其他组织的，应当通知法定代表人或者主要负责人到场。拒不到场的，不影响搜查。

搜查妇女身体，应当由女执行人员进行。

**Article 498** When a people's court makes search, no irrelevant person may enter the search site. If the object of search is a citizen, the judgment debtor or his or her adult family members as well as the person assigned by a grassroots organization shall be present; if the object of search is a legal person or any other organization, its legal representative or principal person in charge shall be notified to be present. If any of the said persons refuses to be present, the search will not be affected.

The body of a woman shall be searched by female enforcers.

第四百九十九条　搜查中发现应当依法采取查封、扣押措施的财产，依照民事诉讼法第二百四十五条第二款和第二百四十七条规定办理。

**Article 499** Where any property that shall be seized or impounded according to law are discovered in search, they shall be disposed of in accordance with the provisions of paragraph 2, Article 245 and Article 247 of the Civil Procedure Law.

第五百条　搜查应当制作搜查笔录，由搜查人员、被搜查人及其他在场人签名、捺印或者盖章。拒绝签名、捺印或者盖章的，应当记入搜查笔录。

**Article 500** Transcripts of search shall be made for the search, to which the signatures, fingerprints or seals of the search personnel, the person being searched and other persons on the scene shall be

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

affixed. If any of the aforesaid persons refuses to affix his or her signature, fingerprint or seal, it shall be indicated in the transcripts of search.

**第五百零一条**　人民法院执行被执行人对他人的到期债权，可以作出冻结债权的裁定，并通知该他人向申请执行人履行。

该他人对到期债权有异议，申请执行人请求对异议部分强制执行的，人民法院不予支持。利害关系人对到期债权有异议的，人民法院应当按照民事诉讼法第二百二十七条规定处理。

**Article 501** The people's court may render a ruling to freeze the due claim of the judgment debtor against any other person, and notify the other person to perform the claim to the execution applicant.

对生效法律文书确定的到期债权，该他人予以否认的，人民法院不予支持。

Where the other person raises any objection to the due claim and the execution applicant requests the enforcement of the objection part, the people's court shall not support such a request. If an interested party has any objection to the due claim, the people's court shall handle the objection in accordance with the provision of Article 227 of the Civil Procedure Law.

Where the other person denies the due claim determined in a valid legal document, the people's court shall not support it.

**第五百零二条**　人民法院在执行中需要办理房产证、土地证、林权证、专利证书、商标证书、车船执照等有关财产权证照转移手续的，可以依照民事诉讼法第二百五十一条规定办理。

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

**Article 502** Where, during execution, a people's court needs to undergo the formalities for transfer of a certificate of title to house property, land certificate, certificate for the ownership of mountain forest, certificate of patent, certificate of trademark, vehicle license or any other certificate of property right, it may undergo the formalities in accordance with the provision of Article 251 of the Civil Procedure Law.

第五百零三条　被执行人不履行生效法律文书确定的行为义务，该义务可由他人完成的，人民法院可以选定代履行人；法律、行政法规对履行该行为义务有资格限制的，应当从有资格的人中选定。必要时，可以通过招标的方式确定代履行人。

申请执行人可以在符合条件的人中推荐代履行人，也可以申请自己代为履行，是否准许，由人民法院决定。

**Article 503** Where the judgment debtor fails to perform an obligatory act determined in an effective legal document, and the obligation may be completed by any other person, the people's court may determine the person that performs on behalf of the judgment debtor; and if any law or administrative regulation restricts the qualification of the person performing this obligatory act, the person that performs on behalf shall be selected from qualified persons. When necessary, the person that performs the obligation on behalf of the judgment debtor may be determined by bid invitation.

The execution applicant may recommend the person that performs the obligation on behalf of the judgment debtor from qualified persons, or may apply to perform the obligation by itself or himself, the people's court shall decide whether to approve the application or not.

第五百零四条　代履行费用的数额由人民法院根据案件具体情况确定，并由被执行人在指定期限内预先支付。被执行人未预付的，人民法院可以对该费用强制执行。

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

代履行结束后，被执行人可以查阅、复制费用清单以及主要凭证。

**Article 504** The amount of expenses for the performance of obligation on behalf of the judgment debtor shall be determined by the people's court according to the specific case circumstances, and be prepaid by the judgment debtor within the designated time limit. If the judgment debtor fails to make prepayment, the people's court may enforce the payment of the expenses.

After the performance of obligation on behalf of the judgment debtor, the judgment debtor may consult and duplicate the list of expenses and major certificates.

**第五百零五条**　被执行人不履行法律文书指定的行为，且该项行为只能由被执行人完成的，人民法院可以依照民事诉讼法第一百一十一条第一款第六项规定处理。

被执行人在人民法院确定的履行期间内仍不履行的，人民法院可以依照民事诉讼法第一百一十一条第一款第六项规定再次处理。

**Article 505** Where the judgment debtor fails to perform any conduct designated in a legal document, and such a conduct can only be completed by the judgment debtor, the people's court may handle the situation in accordance with the provision of paragraph 1(6), Article 111 of the Civil Procedure Law.

Where the judgment debtor still fails to perform the conduct within the time limit determined by the people's court, the people's court may handle the situation once again in accordance with the provision of paragraph 1(6), Article 111 of the Civil Procedure Law.

**第五百零六条**　被执行人迟延履行的，迟延履行期间的利息或者迟延履行金自判决、裁定和其他法律文书指定的履行期间届满之日起计算。

Saved on: 06/28/2026

 [CLI Code]CLI.3.349767(EN)

**Article 506** Where the judgment debtor delays in performance, the interest or discharge for delay of performance shall be calculated as of the date of expiration of the time limit for performance as designated by the judgment, ruling or any other legal document.

第五百零七条　被执行人未按判决、裁定和其他法律文书指定的期间履行非金钱给付义务的，无论是否已给申请执行人造成损失，都应当支付迟延履行金。已经造成损失的，双倍补偿申请执行人已经受到的损失；没有造成损失的，迟延履行金可以由人民法院根据具体案件情况决定。

**Article 507** Where the judgment debtor fails to perform the non-pecuniary obligation of payment within the time limit designated by the judgment, ruling or any other legal document, no matter whether losses have been caused to the execution applicant or not, the interest for delay of performance shall be paid. If losses have been caused to the execution applicant, compensation shall be made in double of the said losses; and if there is no loss, the surcharge for delay of performance may be decided by the people's court based on the specific case circumstances.

第五百零八条　被执行人为公民或者其他组织，在执行程序开始后，被执行人的其他已经取得执行依据的债权人发现被执行人的财产不能清偿所有债权的，可以向人民法院申请参与分配。

对人民法院查封、扣押、冻结的财产有优先权、担保物权的债权人，可以直接申请参与分配，主张优先受偿权。

**Article 508** Where the judgment debtor is a citizen or any other organization, if other creditors that have obtained the execution grounds find after commencement of the execution procedure that the

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

property of the judgment debtor cannot pay off all the debts, they may apply to the people's court for participating in the distribution of property.

The creditor that has the right of priority and security interest of the property seized, impounded or frozen by the people's court may directly apply for participating in distribution and claim the right of preferred compensation.

第五百零九条　申请参与分配，申请人应当提交申请书。申请书应当写明参与分配和被执行人不能清偿所有债权的事实、理由，并附有执行依据。

参与分配申请应当在执行程序开始后，被执行人的财产执行终结前提出。

**Article 509** To apply for participation in distribution, the applicant shall submit a written application, which shall state the facts and grounds for participating in distribution and the failure of the judgment debtor to pay off all the debts, and attach the grounds for execution.

An application for participation in distribution shall be filed after the commencement of the execution procedure but before the termination of execution of the property owned by the judgment debtor.

第五百一十条　参与分配执行中，执行所得价款扣除执行费用，并清偿应当优先受偿的债权后，对于普通债权，原则上按照其占全部申请参与分配债权数额的比例受偿。清偿后的剩余债务，被执行人应当继续清偿。债权人发现被执行人有其他财产的，可以随时请求人民法院执行。



[CLI Code]CLI.3.349767(EN)

**Article 510** In execution involving participation in distribution, after execution expenses are deducted from the money obtained from execution and the money is used to pay off priority debts, a common debt shall, in principle, be repaid according to its proportion in the total debts participating in distribution. The judgment debtor shall continue to pay off the remaining debts after aforesaid repayment. If a creditor discovers any other property of the judgment debtor, the creditor may request execution by the people's court at any time.

第五百一十一条　多个债权人对执行财产申请参与分配的，执行法院应当制作财产分配方案，并送达各债权人和被执行人。债权人或者被执行人对分配方案有异议的，应当自收到分配方案之日起十五日内向执行法院提出书面异议。

**Article 511** Where several creditors apply for participating in the distribution of property for execution, the execution court shall develop a property distribution plan and serve it upon all creditors and the judgment debtor. A creditor or the judgment debtor that raises any objection to the distribution plan shall submit a written objection to the execution court within 15 days of receipt of the distribution plan.

第五百一十二条　债权人或者被执行人对分配方案提出书面异议的，执行法院应当通知未提出异议的债权人、被执行人。

未提出异议的债权人、被执行人自收到通知之日起十五日内未提出反对意见的，执行法院依异议人的意见对分配方案审查修正后进行分配；提出反对意见的，应当通知异议人。异议人可以自收到通知之日起十五日内，以提出反对意见的债权人、被执行人为被告，向执行法院提起诉讼；异议人逾期未提起诉讼的，执行法院按照原分配方案进行分配。

**Article 512** Where any creditor or the judgment debtor files a written objection to the distribution plan, the execution court shall notify non-objecting creditors and the judgment debtor.

诉讼期间进行分配的，执行法院应当提存与争议债权数额相应的款项。

Where none of the non-objecting creditors and the judgment debtor offers any opposing opinion within 15 days as of receipt of the notice, the execution court shall distribute the property after examining and amending the distribution plan according to the opinions of the objector; if any opposing opinion is offered, the execution court shall notify the objector. The objector may institute an action in the execution court against the creditors and the judgment debtor offering opposing opinions within 15 days as of receipt of the notice; if the objector fails to institute an action within the prescribed time limit, the execution court shall distribute the property according to the original distribution plan.

Where the property is distributed during the action, the execution court shall set aside a sum of money equivalent to the disputed creditor's right.

第五百一十三条　在执行中，作为被执行人的企业法人符合企业破产法第二条第一款规定情形的，执行法院经申请执行人之一或者被执行人同意，应当裁定中止对该被执行人的执行，将执行案件相关材料移送被执行人住所地人民法院。

**Article 513** Where, during execution, an enterprise legal person as the judgment debtor falls under any circumstance as set forth in paragraph 1, Article 2 of the Enterprise Bankruptcy Law, the execution court shall, with the consent of one of the applicants for execution or the judgment debtor, render a ruling to suspend the execution against the judgment debtor, and transfer the materials relating to the execution case to the people's court at the place of domicile of the judgment debtor.

[CLI Code]CLI.3.349767(EN)

第五百一十四条　被执行人住所地人民法院应当自收到执行案件相关材料之日起三十日内，将是否受理破产案件的裁定告知执行法院。不予受理的，应当将相关案件材料退回执行法院。

**Article 514** The people's court at the place of domicile of the judgment debtor shall, within 30 days as of receipt of the materials relating to the execution case, inform the execution court of the ruling whether or not to accept the bankruptcy case. If the people's court rules not to accept the case, it shall return the relevant case materials to the execution court.

第五百一十五条　被执行人住所地人民法院裁定受理破产案件的，执行法院应当解除对被执行人财产的保全措施。被执行人住所地人民法院裁定宣告被执行人破产的，执行法院应当裁定终结对该被执行人的执行。

被执行人住所地人民法院不受理破产案件的，执行法院应当恢复执行。

**Article 515** Where the people's court at the place of domicile of the judgment debtor issues a ruling to accept a bankruptcy case, the execution court shall lift the measure of preserving the property of the judgment debtor. If the people's court at the place of domicile of the judgment debtor issues a ruling to declare the judgment debtor bankrupt, the execution court shall render a ruling to terminate the execution against the judgment debtor.

Where the people's court at the place of domicile of the judgment debtor does not accept the bankruptcy case, the execution court shall resume the execution.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第五百一十六条　当事人不同意移送破产或者被执行人住所地人民法院不受理破产案件的，执行法院就执行变价所得财产，在扣除执行费用及清偿优先受偿的债权后，对于普通债权，按照财产保全和执行中查封、扣押、冻结财产的先后顺序清偿。

Article 516 Where a party disapproves the transfer of a bankruptcy case or the people's court at the place of domicile of the judgment debtor does not accept a bankruptcy case, the execution court shall use the property obtained from enforced sale deducting execution expenses and expenses for paying off debts receiving prepayment in priority to pay off common creditor's right according to the sequence of property seized, impounded or frozen in property preservation and execution.

第五百一十七条　债权人根据民事诉讼法第二百五十四条规定请求人民法院继续执行的，不受民事诉讼法第二百三十九条规定申请执行时效期间的限制。

Article 517 Where a creditor requests continual execution by the people's court in accordance with the provision of Article 254 of the Civil Procedure Law, the creditor shall not be subject to the time limitation for applying for execution as set forth in Article 239 of the Civil Procedure Law.

第五百一十八条　被执行人不履行法律文书确定的义务的，人民法院除对被执行人予以处罚外，还可以根据情节将其纳入失信被执行人名单，将被执行人不履行或者不完全履行义务的信息向其所在单位、征信机构以及其他相关机构通报。

Article 518 Where the judgment debtor fails to perform the obligation determined in the legal document, the people's court shall, in addition to punishing the judgment debtor, include the judgment debtor in the list of dishonest persons subject to execution according to the actual circumstances, and notify the information on the person's failure to perform or completely perform

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.349767(EN)

the obligation to the entity where the person works, the credit investigation agency and other relevant institutions.

第五百一十九条　经过财产调查未发现可供执行的财产，在申请执行人签字确认或者执行法院组成合议庭审查核实并经院长批准后，可以裁定终结本次执行程序。

依照前款规定终结执行后，申请执行人发现被执行人有可供执行财产的，可以再次申请执行。再次申请不受申请执行时效期间的限制。

**Article 519** The people's court may, if it finds no property for execution upon property investigation, render a ruling to terminate this execution procedure after the execution applicant signs for confirmation or upon examination and verification by a collegial bench of the execution court, and the approval of the president.

Where the execution applicant finds that the judgment debtor has any property for execution after execution is terminated according to the provisions of the preceding paragraph, the applicant may reapply for execution. The new application filed shall not be restricted by the time limitation for applying for execution.

第五百二十条　因撤销申请而终结执行后，当事人在民事诉讼法第二百三十九条规定的申请执行时效期间内再次申请执行的，人民法院应当受理。

**Article 520** Where, after execution is terminated due to the revocation of the application, one party files a new application for execution within the time limitation for applying for execution as set forth in Article 239 of the Civil Procedure Law, the people's court shall accept the application.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第五百二十一条　在执行终结六个月内，被执行人或者其他人对已执行的标的有妨害行为的，人民法院可以依申请排除妨害，并可以依照民事诉讼法第一百一十一条规定进行处罚。因妨害行为给执行债权人或者其他人造成损失的，受害人可以另行起诉。

**Article 521** Where, within six months after the people's court terminates execution, the judgment debtor or any other person impairs the object of execution, the people's court may eliminate the impairment upon application, and may impose on a punishment in accordance with the provision of Article 111 of the Civil Procedure Law. If the impairment has caused any loss to the creditor in execution or any other person, the victim may institute an action separately.

二十二、涉外民事诉讼程序的特别规定

**XXII**. Special Provisions on Foreign-Related Civil Procedures

第五百二十二条　有下列情形之一，人民法院可以认定为涉外民事案件：

**Article 522** Under any of the following circumstances, the people's court may determine a case as a foreign-related civil case:

（一）当事人一方或者双方是外国人、无国籍人、外国企业或者组织的；

(1) Either party or both parties are foreigners, stateless persons, foreign enterprises or organizations.

（二）当事人一方或者双方的经常居所地在中华人民共和国领域外的；

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

(2) The habitual residence of either party or both parties are located outside the territory of the People's Republic of China.

（三）标的物在中华人民共和国领域外的；

(3) The subject matter is outside the territory of the People's Republic of China.

（四）产生、变更或者消灭民事关系的法律事实发生在中华人民共和国领域外的；

(4) The legal fact that leads to the establishment, change or termination of civil relationship occurs outside the territory of the People's Republic of China.

（五）可以认定为涉外民事案件的其他情形。

(5) Any other circumstance under which a case may be determined as a foreign-related civil case.

第五百二十三条　外国人参加诉讼，应当向人民法院提交护照等用以证明自己身份的证件。

外国企业或者组织参加诉讼，向人民法院提交的身份证明文件，应当经所在国公证机关公证，并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续。

Article 523 A foreign national that participates in an action shall submit to the people's court his or her passport and other certificates that are used to prove his or her identity.

Saved on: 06/28/2026



代表外国企业或者组织参加诉讼的人，应当向人民法院提交其有权作为代表人参加诉讼的证明，该证明应当经所在国公证机关公证，并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续。

A foreign enterprise or organization that participates in an action shall submit to the people's court its identity certification documents legalized by a notary office in the home country and authenticated by the Chinese embassy or consulate stationed in that country or legalized as prescribed in the relevant treaty concluded by the People's Republic of China and that country.

本条所称的"所在国"，是指外国企业或者组织的设立登记地国，也可以是办理了营业登记手续的第三国。

The person that participates in an action on behalf of a foreign enterprise or organization shall submit to the people's court the certificate on his or her right to participate in the action as the representative, which have been legalized by a notary office in the home country and authenticated by the Chinese embassy or consulate stationed in that country or has undergone the legalization formalities prescribed in the relevant treaty concluded by the People's Republic of China and that country.

For the purpose of this Article, "home country" means the third country where a foreign enterprise or organization is formed and registered, or has undergone business registration formalities.

第五百二十四条　依照民事诉讼法第二百六十四条以及本解释第五百二十三条规定，需要办理公证、认证手续，而外国当事人所在国与中华人民共和国没有建立外交关系的，可以经该国公证机关公证，经与中华人民共和国有外交关系的第三国驻该国使领馆认证，再转由中华人民共和国驻该第三国使领馆认证。

 [CLI Code]CLI.3.349767(EN)

**Article 524** Where, in accordance with Article 264 of the Civil Procedure Law and Article 523 of this Interpretation, the relevant certificate needs to be notarized or authenticated, but the country where the foreign party is located has not established a diplomatic relationship with the People's Republic of China, the certificate may be legalized by a notary office in the home country and authenticated by an embassy or consulate of a third country that has a diplomatic relationship with the People's Republic of China in that country, and then be authenticated by the embassy or consulate of the People's Republic of China in the third country.

第五百二十五条　外国人、外国企业或者组织的代表人在人民法院法官的见证下签署授权委托书，委托代理人进行民事诉讼的，人民法院应予认可。

**Article 525** Where a foreign national or the representative of a foreign enterprise or organization signs a power of attorney to retain a representative to institute a civil action as witnessed by the judge of the people's court, the people's court shall recognize it.

第五百二十六条　外国人、外国企业或者组织的代表人在中华人民共和国境内签署授权委托书，委托代理人进行民事诉讼，经中华人民共和国公证机构公证的，人民法院应予认可。

**Article 526** Where a foreign national or the representative of a foreign enterprise or organization signs a power of attorney within the territory of the People's Republic of China to retain a representative to institute a civil action, and the power of attorney has been legalized by a notary office in the People's Republic of China, the people's court shall recognize it.

第五百二十七条　当事人向人民法院提交的书面材料是外文的，应当同时向人民法院提交中文翻译件。

当事人对中文翻译件有异议的，应当共同委托翻译机构提供翻译文本；当事人对翻译机构的选择不能达成一致的，由人民法院确定。

**Article 527** Where the written materials submitted by a party to the people's court are in a foreign language, the party shall, at the same time, submit the Chinese translations to the people's court.

Where the parties have any objection to the Chinese translations, they shall jointly entrust a translation institution to provide the translations; and if the parties fail to the reach a consensus on the selection of the translation institution, the translation institution shall be determined by the people's court.

第五百二十八条 涉外民事诉讼中的外籍当事人，可以委托本国人为诉讼代理人，也可以委托本国律师以非律师身份担任诉讼代理人；外国驻华使领馆官员，受本国公民的委托，可以以个人名义担任诉讼代理人，但在诉讼中不享有外交或者领事特权和豁免。

**Article 528** The foreign party in a foreign-related civil action may retain a person or lawyer, as a non-lawyer, with the same nationality as him or her to be his or her litigation representative. Any official in the embassy or consulate of a foreign country in China may, upon entrustment of the citizen in his or her home country, serve as a litigation representative in his or her own name; however, he or she will not enjoy diplomatic or consular privileges or immunities in the litigation.

第五百二十九条 涉外民事诉讼中，外国驻华使领馆授权其本馆官员，在作为当事人的本国国民不在中华人民共和国领域内的情况下，可以以外交代表身份为其本国国民在中华人民共和国聘请中华人民共和国律师或者中华人民共和国公民代理民事诉讼。



**Article 529** In a foreign-related civil action, an embassy or consulate of a foreign country in China may entrust its official to retain, under the name of a diplomatic representative, a lawyer of the People's Republic of China or a citizen of the People's Republic of China to be the civil litigation representative for a national of that foreign country when the national of that foreign country is involved in a case and not within the territory of the People's Republic of China.

**第五百三十条**　涉外民事诉讼中，经调解双方达成协议，应当制发调解书。当事人要求发给判决书的，可以依协议的内容制作判决书送达当事人。

**Article 530** In a foreign-related civil action, if both parties reach an agreement upon mediation, the people's court shall work out a consent judgment. If the parties request the issuance of a judgment, the people's court may work out the judgment according to the content of the agreement and serve it upon the parties.

**第五百三十一条**　涉外合同或者其他财产权益纠纷的当事人，可以书面协议选择被告住所地、合同履行地、合同签订地、原告住所地、标的物所在地、侵权行为地等与争议有实际联系地点的外国法院管辖。

根据民事诉讼法第三十三条和第二百六十六条规定，属于中华人民共和国法院专属管辖的案件，当事人不得协议选择外国法院管辖，但协议选择仲裁的除外。

**Article 531** The parties to a dispute over a foreign-related contract or any other right or interest in property may, by a written agreement, choose the foreign court at the place of domicile of the defendant, at the place where the contract is performed or signed, at the place of domicile of the plaintiff, at the place where the subject matter is located, at the place where the infringement is

[CLI Code]CLI.3.349767(EN)

conducted or at any other place actually connected to the dispute to have jurisdiction over the dispute.

For the cases under the exclusive jurisdiction of courts of the People's Republic of China in accordance with the provisions of Articles 33 and 266 of the Civil Procedure Law, the parties shall not select a foreign court for jurisdiction by an agreement; unless they stipulate to settle the dispute through arbitration.

第五百三十二条　涉外民事案件同时符合下列情形的，人民法院可以裁定驳回原告的起诉，告知其向更方便的外国法院提起诉讼：

**Article 532** Where a foreign-related civil case falls under all the following circumstances, the people's court may render a ruling to dismiss the plaintiff's action, and inform the plaintiff to institute an action in a more convenient foreign court.

（一）被告提出案件应由更方便外国法院管辖的请求，或者提出管辖异议；

(1) The defendant raises a claim that the case shall be subject to the jurisdiction of a more convenient foreign court, or raises an objection to jurisdiction.

（二）当事人之间不存在选择中华人民共和国法院管辖的协议；

(2) The parties do not have an agreement specifying the jurisdiction of a court of the People's Republic of China.

（三）案件不属于中华人民共和国法院专属管辖；

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

(3) The case does not fall under the exclusive jurisdiction of a court of the People's Republic of China.

（四）案件不涉及中华人民共和国国家、公民、法人或者其他组织的利益；

(4) The case does not involve the national interest, or the interest of any citizen, legal person or any other organization of the People's Republic of China.

（五）案件争议的主要事实不是发生在中华人民共和国境内，且案件不适用中华人民共和国法律，人民法院审理案件在认定事实和适用法律方面存在重大困难；

(5) The people's court has great difficulties in the determination of facts and the application of laws since major facts of disputes in a case do not occur within the territory of the People's Republic of China, and the laws of the People's Republic of China do not apply to the case.

（六）外国法院对案件享有管辖权，且审理该案件更加方便。

(6) The foreign court has jurisdiction over the case and it is more convenient for it to try the case.

第五百三十三条　中华人民共和国法院和外国法院都有管辖权的案件，一方当事人向外国法院起诉，而另一方当事人向中华人民共和国法院起诉的，人民法院可予受理。判决后，外国法院申请或者当事人请求人民法院承认和执行外国法院对本案作出的判决、裁定的，不予准许；但双方共同缔结或者参加的国际条约另有规定的除外。

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

外国法院判决、裁定已经被人民法院承认，当事人就同一争议向人民法院起诉的，人民法院不予受理。

**Article 533** For a case over which both a people's court of the People's Republic of China and a foreign court have jurisdiction, if one party institutes an action in the foreign court whereas the other party institutes an action in the people's court of the People's Republic of China, the people's court may accept the case. If, after a judgment is rendered, the foreign court or a party requests the people's court's recognition and execution of the judgment or ruling rendered by the foreign court concerning this case, the people's court shall not consent to the request, unless it is otherwise prescribed by an international treaty concluded or acceded to by both countries.

Where the judgment or ruling rendered by the foreign court has been acknowledged by the people's court, and the parties institute an action over the same dispute in the people's court, the people's court shall not accept the action.

第五百三十四条　对在中华人民共和国领域内没有住所的当事人，经用公告方式送达诉讼文书，公告期满不应诉，人民法院缺席判决后，仍应当将裁判文书依照民事诉讼法第二百六十七条第八项规定公告送达。自公告送达裁判文书满三个月之日起，经过三十日的上诉期当事人没有上诉的，一审判决即发生法律效力。

**Article 534** Where a party who resides outside the territory of the People's Republic of China fails to respond to the lawsuit at expiration of the term of public notice in the case of service of litigation documents by a public notice, after the people's court renders a default judgment, it shall serve the judgment by a public notice in accordance with the provision of subparagraph (8), Article 267 of the Civil Procedure Law. As of the next day at expiration of three months after the judgment is served by a public notice, if no party has filed an appeal within 30 days of the time limit for appeal, the judgment of first instance shall promptly come into force.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

第五百三十五条　外国人或者外国企业、组织的代表人、主要负责人在中华人民共和国领域内的，人民法院可以向该自然人或者外国企业、组织的代表人、主要负责人送达。

外国企业、组织的主要负责人包括该企业、组织的董事、监事、高级管理人员等。

Article 535 Where a foreign national or the representative or principal person in charge of a foreign enterprise or organization is located within the territory of the People's Republic of China, the people's court may serve the relevant documents upon the natural person or the representative or principal persons in charge of the foreign enterprise or organization.

The principal persons in charge of a foreign enterprise or organization include the directors, supervisors, senior executives, and other personnel of the enterprise or organization.

第五百三十六条　受送达人所在国允许邮寄送达的，人民法院可以邮寄送达。

邮寄送达时应当附有送达回证。受送达人未在送达回证上签收但在邮件回执上签收的，视为送达，签收日期为送达日期。

Article 536 Service of process by post by the people's court is allowed if the law of the home country of the person to be served permits service of process by post.

自邮寄之日起满三个月，如果未收到送达的证明文件，且根据各种情况不足以认定已经送达的，视为不能用邮寄方式送达。

Service of process by post must be accompanied with a service acknowledgement. If the party to be served fails to sign the service acknowledgement but signs the postal receipt, the process is deemed served, and the date of receipt shall be the date of service.

Saved on: 06/28/2026



[CLI Code]CLI.3.349767(EN)

Where, three months after the postmark date, the certification documents served have not been received, and based on all circumstances, it may not be determined that process has been served, the service of process by post is not allowed.

第五百三十七条    人民法院一审时采取公告方式向当事人送达诉讼文书的，二审时可径行采取公告方式向其送达诉讼文书，但人民法院能够采取公告方式之外的其他方式送达的除外。

Article 537 Where the people's court serves litigation documents upon the parties by announcement at the trial of first instance, it may directly serve litigation documents upon the parties at the trial of second instance, unless the people's court may serve upon the documents by the method other than announcement.

第五百三十八条    不服第一审人民法院判决、裁定的上诉期，对在中华人民共和国领域内有住所的当事人，适用民事诉讼法第一百六十四条规定的期限；对在中华人民共和国领域内没有住所的当事人，适用民事诉讼法第二百六十九条规定的期限。当事人的上诉期均已届满没有上诉的，第一审人民法院的判决、裁定即发生法律效力。

Article 538 A party that resides in the territory of the People's Republic of China may file an appeal against the judgment or ruling rendered by the people's court of the first instance within the time limit as prescribed in Article 164 of the Civil Procedure Law; for a party that does not have a residence within the territory of the People's Republic of China, the time limit as prescribed in Article 269 of the Civil Procedure Law shall apply. If neither party files an appeal at expiration of

Saved on: 06/28/2026



the time limit for appeal, the judgment or ruling rendered by the court of the first instance shall promptly become legally effective.

第五百三十九条　人民法院对涉外民事案件的当事人申请再审进行审查的期间，不受民事诉讼法第二百零四条规定的限制。

Article 539 The period of a people's court's examination of the retrial application of a party to a foreign-related civil case shall not be subject to the restriction of Article 204 of the Civil Procedure Law.

第五百四十条　申请人向人民法院申请执行中华人民共和国涉外仲裁机构的裁决，应当提出书面申请，并附裁决书正本。如申请人为外国当事人，其申请书应当用中文文本提出。

Article 540 To apply to the people's court for execution of an award rendered by an international arbitral institution of the People's Republic of China, the applicant shall file a written application, to which the original of the award shall be affixed. If the applicant is the foreign party, the written application shall be filed in Chinese.

第五百四十一条　人民法院强制执行涉外仲裁机构的仲裁裁决时，被执行人以有民事诉讼法第二百七十四条第一款规定的情形为由提出抗辩的，人民法院应当对被执行人的抗辩进行审查，并根据审查结果裁定执行或者不予执行。

Article 541 When a people's court enforces the arbitration award rendered by an international arbitral institution, if the judgment debtor makes defense that there is any circumstance prescribed in paragraph 1, Article 274 of the Civil Procedure Law, the people's court shall examine the defense

269/276



[CLI Code]CLI.3.349767(EN)

made by the judgment debtor, and rule to enforce the award or reject the defense according to the review results.

**第五百四十二条**　依照民事诉讼法第二百七十二条规定，中华人民共和国涉外仲裁机构将当事人的保全申请提交人民法院裁定的，人民法院可以进行审查，裁定是否进行保全。裁定保全的，应当责令申请人提供担保，申请人不提供担保的，裁定驳回申请。

当事人申请证据保全，人民法院经审查认为无需提供担保的，申请人可以不提供担保。

**Article 542** Where an international arbitral institution of the People's Republic of China submits a property preservation application filed by the party to a people's court for ruling in accordance with the provision of Article 272 of the Civil Procedure Law, the people's court may examine the application and decide whether or not to take the preservation measure. The people's court that issues a ruling of preservation shall order the applicant to provide the security, and if the applicant fails to do so, the people's court shall render a ruling to dismiss the application.

Where the parties apply for evidence preservation, and the people's court considers a security unnecessary upon examination, the applicant is not required to provide the security.

**第五百四十三条**　申请人向人民法院申请承认和执行外国法院作出的发生法律效力的判决、裁定，应当提交申请书，并附外国法院作出的发生法律效力的判决、裁定正本或者经证明无误的副本以及中文译本。外国法院判决、裁定为缺席判决、裁定的，申请人应当同时提交该外国法院已经合法传唤的证明文件，但判决、裁定已经对此予以明确说明的除外。

中华人民共和国缔结或者参加的国际条约对提交文件有规定的，按照规定办理。

Saved on: 06/28/2026

 [CLI Code]CLI.3.349767(EN)

**Article 543** Where the applicant applies to the people's court for recognition and execution of an effective judgment or ruling of a foreign court, the applicant shall submit a written application, to which the original or the certified error-free duplicate and Chinese translation of the effective judgment or ruling of the foreign court shall be affixed. If the judgment or ruling rendered by the foreign court is a default judgment or ruling, the applicant shall, at the same time, submit the certification documents on a legal summons from the foreign court, unless the judgment or ruling has expressly stated the fact.

Where an international treaty concluded or acceded to by the People's Republic of China has otherwise provided for the submission documents, the relevant provisions shall apply.

第五百四十四条　当事人向中华人民共和国有管辖权的中级人民法院申请承认和执行外国法院作出的发生法律效力的判决、裁定的，如果该法院所在国与中华人民共和国没有缔结或者共同参加国际条约，也没有互惠关系的，裁定驳回申请，但当事人向人民法院申请承认外国法院作出的发生法律效力的离婚判决的除外。

承认和执行申请被裁定驳回的，当事人可以向人民法院起诉。

**Article 544** Where a party applies to an intermediate people's court of the People's Republic of China having jurisdiction for recognition and execution of an effective judgment or ruling of a foreign court, if the home country of the foreign court has neither concluded or jointly acceded to an international treaty nor has a relationship of reciprocity with the People's Republic of China, the court shall rule to dismiss the application, unless the party applies to the people's court for recognizing an effective divorce judgment rendered by a foreign court.

If the application for recognition and execution is dismissed, the party may institute an action in a people's court.



[CLI Code]CLI.3.349767(EN)

第五百四十五条　对临时仲裁庭在中华人民共和国领域外作出的仲裁裁决，一方当事人向人民法院申请承认和执行的，人民法院应当依照民事诉讼法第二百八十三条规定处理。

**Article 545** Where one party applies to the people's court for the recognition and execution of an arbitration award rendered by an ad hoc arbitration tribunal outside the territory of the People's Republic of China, the people's court shall handle the application in accordance with the provision of Article 283 of the Civil Procedure Law.

第五百四十六条　对外国法院作出的发生法律效力的判决、裁定或者外国仲裁裁决，需要中华人民共和国法院执行的，当事人应当先向人民法院申请承认。人民法院经审查，裁定承认后，再根据民事诉讼法第三编的规定予以执行。

当事人仅申请承认而未同时申请执行的，人民法院仅对应否承认进行审查并作出裁定。

**Article 546** Where an effective judgment or ruling of a foreign court or a foreign arbitration award requires execution by a people's court of the People's Republic of China, a party may first apply to the people's court for recognition. After the people's court issues a ruling to recognize the aforesaid judgment, ruling or award upon examination, execution shall be conducted in accordance with the provisions of Part III of the Civil Procedure Law.

Where the party only applies for recognition without applying for execution at the same time, the people's court shall examine whether it shall grant recognition or not and render a ruling.

第五百四十七条　当事人申请承认和执行外国法院作出的发生法律效力的判决、裁定或者外国仲裁裁决的期间，适用民事诉讼法第二百三十九条的规定。

Saved on: 06/28/2026

当事人仅申请承认而未同时申请执行的，申请执行的期间自人民法院对承认申请作出的裁定生效之日起重新计算。

**Article 547** During the period when one party applies for the recognition and execution of an effective judgment or ruling of a foreign court or a foreign arbitration award, Article 239 of the Civil Procedure Law shall apply.

Where the party only applies for recognition without applying for execution at the same time, the period of application for execution shall be recalculated from the date when the ruling issued by the people's court on the recognition application comes into force.

第五百四十八条　承认和执行外国法院作出的发生法律效力的判决、裁定或者外国仲裁裁决的案件，人民法院应当组成合议庭进行审查。

人民法院应当将申请书送达被申请人。被申请人可以陈述意见。

**Article 548** The people's court shall form a collegial bench to examine a case of recognition and execution of an effective judgment or ruling of a foreign court or a foreign arbitration award.

人民法院经审查作出的裁定，一经送达即发生法律效力。

The people's court shall serve the written application upon the respondent. The respondent may state its or his opinions.

The ruling rendered by the people's court upon examination shall be legally effective once it is served upon.



[CLI Code]CLI.3.349767(EN)

第五百四十九条　与中华人民共和国没有司法协助条约又无互惠关系的国家的法院，未通过外交途径，直接请求人民法院提供司法协助的，人民法院应予退回，并说明理由。

**Article 549** Where a court of a country, which has neither concluded a judicial assistance convention nor has the relationship of reciprocity with the People's Republic of China, directly requests the people's court to provide judicial assistance without resorting to diplomatic channel, the people's court shall reject the application and state the reasons.

第五百五十条　当事人在中华人民共和国领域外使用中华人民共和国法院的判决书、裁定书，要求中华人民共和国法院证明其法律效力的，或者外国法院要求中华人民共和国法院证明判决书、裁定书的法律效力的，作出判决、裁定的中华人民共和国法院，可以本法院的名义出具证明。

**Article 550** Where a party uses the judgment or ruling rendered by a court of the People's Republic of China outside the territory of the People's Republic of China and requests a court of the People's Republic of China to prove the legal force of the judgment or ruling, or a foreign court requests a court of the People's Republic of China to prove the legal force of the judgment or ruling, the court of the People's Republic of China that rendered the judgment or ruling may issue a certification in its own name.

第五百五十一条　人民法院审理涉及香港、澳门特别行政区和台湾地区的民事诉讼案件，可以参照适用涉外民事诉讼程序的特别规定。

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

**Article 551** The people's courts may apply, mutatis mutandis, the special provisions on foreign-related civil procedures to civil actions that involve the Hong Kong Special Administrative Region, the Macao Special Administrative Region, or the Taiwan region.

二十三、附则

**XXIII**. Supplemental Provision

第五百五十二条　本解释公布施行后，最高人民法院于 1992 年 7 月 14 日发布的《关于适用〈中华人民共和国民事诉讼法〉若干问题的意见》同时废止；最高人民法院以前发布的司法解释与本解释不一致的，不再适用。

**Article 552** The Opinions on Several Issues Concerning the Application of the Civil Procedure Law of the People's Republic of China issued by the Supreme People's Court on July 14, 1992, are repealed on the effective date of this Interpretation; and any judicial interpretation previously issued by the Supreme People's Court which has any discrepancies with this Interpretation is no longer applied.

Saved on: 06/28/2026

[CLI Code]CLI.3.349767(EN)

©Pkulaw：（www.pkulaw.com）provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulations, please check them with the standard texts. You are welcome to view all our products and services.

Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?



Scan QR Code for instant access to the original text

Original Link: https://www.pkulaw.com/en_chl/12e67f26d4b80606bdfb.html

Saved on: 06/28/2026



[CLI Code]CLI.3.5115567(EN)

**Interpretation by the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China (2022 Amendment)**

最高人民法院关于适用《中华人民共和国民事诉讼法》的解释

Interpretation by the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China

（2014 年 12 月 18 日最高人民法院审判委员会第 1636 次会议通过；根据 2020 年 12 月 23 日最高人民法院审判委员会第 1823 次会议通过的《最高人民法院关于修改〈最高人民法院关于人民法院民事调解工作若干问题的规定〉等十九件民事诉讼类司法解释的决定》第一次修正；根据 2022 年 3 月 22 日最高人民法院审判委员会第 1866 次会议通过的《最高人民法院关于修改〈最高人民法院关于适用《中华人民共和国民事诉讼法》的解释〉的决定》第二次修正，该修正自 2022 年 4 月 10 日起施行）

(Adopted at the 1,636th meeting of the Adjudication Committee of the Supreme People's Court on December 18, 2014, and amended by the Decision of the Supreme People's Court to Amend 19 Judicial Interpretations in the Category of Civil Procedures Including the Provisions by the Supreme People's Court on Several Issues Concerning the Civil Mediation Work of the People's Courts as adopted at the 1,823rd meeting of the Adjudication Committee of the Supreme People's Court on December 23, 2020; amended for the second time in accordance with the Decision of the Supreme People's Court to Amend the Interpretation by the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China as adopted at the 1,866th meeting of the Adjudication Committee of the Supreme People's Court on March 22, 2022, effective from April 10, 2022)

目录

Table of Contents

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

一、管辖

**I**. Jurisdiction

二、回避

**II**. Disqualification

三、诉讼参加人

**III**. Primary Litigation Participants

四、证据

**IV**. Evidence

五、期间和送达

**V**. Periods and Service of Process

六、调解

**VI**. Mediation

七、保全和先予执行

**VII**. Preservation and Advance Execution

八、对妨害民事诉讼的强制措施

**VIII**. Compulsory Measures against Obstruction of Civil Procedures

Saved on: 06/30/2026

九、诉讼费用

**IX**. Litigation Expenses

十、第一审普通程序

**X**. Formal Procedure at First Instance

十一、简易程序

**XI**. Summary Procedure

十二、简易程序中的小额诉讼

**XII**. Small Claims in Summary Procedure

十三、公益诉讼

**XIII**. Public Interest Actions

十四、第三人撤销之诉

**XIV**. Third-Party Revocation Actions

十五、执行异议之诉

**XV**. Execution Objection Actions

十六、第二审程序

**XVI**. Procedure at Second Instance

十七、特别程序

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

**XVII**. Special Procedures

十八、审判监督程序

**XVIII**. Trial Supervision Procedure

十九、督促程序

**XIX**. Procedure for Urging Debt Repayment

二十、公示催告程序

**XX**. Procedure for Announcement to Urge Declaration of Claims

二十一、执行程序

**XXI**. Execution Procedure

二十二、涉外民事诉讼程序的特别规定

**XXII**. Special Provisions on Foreign-Related Civil Procedures

二十三、附则

**XXIII**. Supplementary Provisions

2012 年 8 月 31 日，第十一届全国人民代表大会常务委员会第二十八次会议审议通过了《关于修改〈中华人民共和国民事诉讼法〉的决定》。根据修改后的民事诉讼法，结合人民法院民事审判和执行工作实际，制定本解释。

On August 31, 2012, the Decision on Amending the Civil Procedure Law of the People's Republic of China was deliberated and adopted at the 28th session of the Standing Committee of the Eleventh

[CLI Code]CLI.3.5115567(EN)

National People's Congress. In accordance with the Civil Procedure Law as amended and in consideration of the civil trial and execution practices of the people's courts, this Interpretation is developed.

一、管辖

**I**. Jurisdiction

第一条　民事诉讼法第十九条第一项规定的重大涉外案件，包括争议标的额大的案件、案情复杂的案件，或者一方当事人人数众多等具有重大影响的案件。

**Article 1** As mentioned in Article 19(1) of the Civil Procedure Law, "major foreign-related cases" includes a case involving a large amount in dispute, a case with complicated circumstances, a case in which one side consists of a large number of parties, and other cases having a major impact.

第二条　专利纠纷案件由知识产权法院、最高人民法院确定的中级人民法院和基层人民法院管辖。

**Article 2** Patent infringement cases shall be under the jurisdiction of intellectual property courts, as well as the intermediate people's courts and basic people's courts specified by the Supreme People's Court.

海事、海商案件由海事法院管辖。

Cases of maritime affairs and maritime commerce shall be under the jurisdiction of maritime courts.

第三条　公民的住所地是指公民的户籍所在地，法人或者其他组织的住所地是指法人或者其他组织的主要办事机构所在地。

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

**Article 3** "Domicile of a citizen" means a citizen's place of permanent residence, and "domicile of a legal person or any other organization" means the place where its principal office is located.

法人或者其他组织的主要办事机构所在地不能确定的，法人或者其他组织的注册地或者登记地为住所地。

Where the place where the principal office of a legal person or any other organization is located cannot be determined, the place of registration of the legal person or other organization shall be its place of domicile.

第四条　公民的经常居住地是指公民离开住所地至起诉时已连续居住一年以上的地方，但公民住院就医的地方除外。

**Article 4** "Place of habitual residence of a citizen" means the place where a citizen has continuously resided for one year or more after leaving his or her place of domicile when instituting an action, except the place of hospitalization.

第五条　对没有办事机构的个人合伙、合伙型联营体提起的诉讼，由被告注册登记地人民法院管辖。没有注册登记，几个被告又不在同一辖区的，被告住所地的人民法院都有管辖权。

**Article 5** An action instituted against a partnership of individuals or a partnership of entities without an office shall be under the jurisdiction of the people's court at the defendant's place of registration. If none of the defendants are registered and they are not in the same territorial jurisdiction, the people's court at the place of domicile of each defendant shall have jurisdiction over the case.

第六条　被告被注销户籍的，依照民事诉讼法第二十三条规定确定管辖；原告、被告均被注销户籍的，由被告居住地人民法院管辖。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**Article 6** Where the registered permanent residence of the defendant in a case is cancelled, the jurisdiction over the case shall be determined in accordance with the provision of Article 23 of the Civil Procedure Law; and where the registered permanent residences of both the plaintiff and the defendant are cancelled, the case shall be under the jurisdiction of the people's court at the place of residence of the defendant.

第七条 当事人的户籍迁出后尚未落户，有经常居住地的，由该地人民法院管辖；没有经常居住地的，由其原户籍所在地人民法院管辖。

**Article 7** Where the registered permanent residence of a party to a case has been removed but the new permanent residence of the party has not been registered, if the party has a place of habitual residence, the case shall be under the jurisdiction of the people's court at such a place; or if the party does not have a place of habitual residence, the case shall be under the jurisdiction of the people's court at the original place of registered permanent residence.

第八条 双方当事人都被监禁或者被采取强制性教育措施的，由被告原住所地人民法院管辖。被告被监禁或者被采取强制性教育措施一年以上的，由被告被监禁地或者被采取强制性教育措施地人民法院管辖。

**Article 8** Where both parties to a case are incarcerated or are subjected to any compulsory correctional measure, the case shall be under the jurisdiction of the people's court at the original place of domicile of the defendant. If the defendant is incarcerated or is subjected to any compulsory correctional measure for one year or more, the case shall be under the jurisdiction of the people's court at the place where the defendant is incarcerated or is subjected to the compulsory correctional measure.

第九条 追索赡养费、扶养费、抚养费案件的几个被告住所地不在同一辖区的，可以由原告住所地人民法院管辖。

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

**Article 9** Where two or more defendants in a case for recovery of support for elderly parents, support for other dependents, or child support are not domiciled in the same jurisdiction, the people's court at the place of domicile of the plaintiff may exercise jurisdiction.

第十条 不服指定监护或者变更监护关系的案件，可以由被监护人住所地人民法院管辖。

**Article 10** A case filed against specification of a guardian or a case involving modification of guardianship may be under the jurisdiction of the people's court at the place of domicile of the ward.

第十一条 双方当事人均为军人或者军队单位的民事案件由军事法院管辖。

**Article 11** A civil case to which both parties are military personnel or military entities shall be under the jurisdiction of a military court.

第十二条 夫妻一方离开住所地超过一年，另一方起诉离婚的案件，可以由原告住所地人民法院管辖。

**Article 12** A case filed by one spouse for divorce one year or more after the other spouse left their place of domicile may be under the jurisdiction of the people's court at the place of domicile of the plaintiff.

夫妻双方离开住所地超过一年，一方起诉离婚的案件，由被告经常居住地人民法院管辖；没有经常居住地的，由原告起诉时被告居住地人民法院管辖。

A case filed by one spouse for divorce one year or more after both spouses left their place of domicile shall be under the jurisdiction of the people's court at the place of habitual residence of the defendant. If the defendant does not have a place of habitual residence, the case shall be under the



jurisdiction of the people's court at the place of residence of the defendant when the action is instituted.

第十三条　在国内结婚并定居国外的华侨，如定居国法院以离婚诉讼须由婚姻缔结地法院管辖为由不予受理，当事人向人民法院提出离婚诉讼的，由婚姻缔结地或者一方在国内的最后居住地人民法院管辖。

Article 13 Where a court of a foreign country in which an overseas Chinese who got married in China settles rejects a divorce action involving the overseas Chinese on the ground that such a case must be under the jurisdiction of the court at the place of celebration, if a party institutes a divorce action in a people's court, the case shall be under the jurisdiction of the people's court at the place of celebration or the place of last domestic residence of a party.

第十四条　在国外结婚并定居国外的华侨，如定居国法院以离婚诉讼须由国籍所属国法院管辖为由不予受理，当事人向人民法院提出离婚诉讼的，由一方原住所地或者在国内的最后居住地人民法院管辖。

Article 14 Where a court of a foreign country in which an overseas Chinese who got married abroad settles rejects a divorce action involving the overseas Chinese on the ground that such a case must be under the jurisdiction of a court of the country of nationality of the overseas Chinese, if a party institutes a divorce action in a people's court, the case shall be under the jurisdiction of the people's court at the original place of domicile or the place of last domestic residence of a party.

第十五条　中国公民一方居住在国外，一方居住在国内，不论哪一方向人民法院提起离婚诉讼，国内一方住所地人民法院都有权管辖。国外一方在居住国法院起诉，国内一方向人民法院起诉的，受诉人民法院有权管辖。



[CLI Code]CLI.3.5115567(EN)

**Article 15** Where both spouses are Chinese citizens but one lives abroad and the other lives in China, the people's court at the place of domicile of the spouse who lives in China shall have jurisdiction over a divorce action between them, regardless of which spouse institutes a divorce action in a people's court. Where the spouse who lives abroad institutes an action in a court of the country of residence of the spouse, and the spouse who lives in China institutes an action in a people's court, the people's court in which the action is instituted shall have jurisdiction over the divorce case.

第十六条　中国公民双方在国外但未定居，一方向人民法院起诉离婚的，应由原告或者被告原住所地人民法院管辖。

**Article 16** Where both spouses are Chinese citizens, and they live abroad but have not settled abroad, if one spouse institutes a divorce action in a people's court, the people's court at the original place of domicile of the plaintiff or defendant shall have jurisdiction over the divorce case.

第十七条　已经离婚的中国公民，双方均定居国外，仅就国内财产分割提起诉讼的，由主要财产所在地人民法院管辖。

**Article 17** Where both of the divorced Chinese citizens have settled abroad, an action instituted in a people's court for division of property in China shall be under the jurisdiction of the people's court at the place where the major property is located.

第十八条　合同约定履行地点的，以约定的履行地点为合同履行地。

**Article 18** Where the parties have agreed on a place of performance in a contract, such a place of performance shall be the place where the contract is performed.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

合同对履行地点没有约定或者约定不明确，争议标的为给付货币的，接收货币一方所在地为合同履行地；交付不动产的，不动产所在地为合同履行地；其他标的，履行义务一方所在地为合同履行地。即时结清的合同，交易行为地为合同履行地。

Where the parties fail to agree on or clearly agree on a place of performance in a contract, and the subject matter of dispute is the payment of money, the place where the recipient of money is located shall be the place where the contract is performed; in the delivery of real property, the place where the real property is located shall be the place where the contract is performed; and for any other subject matter, the place where the party performing the agreed obligations is located shall be the place where the contract is performed. For a contract on spot transactions, the place of transaction shall be the place where the contract is performed.

合同没有实际履行，当事人双方住所地都不在合同约定的履行地的，由被告住所地人民法院管辖。

Where a contract is not actually performed, and the place of domicile of either party is not the place of performance as agreed on in the contract, the people's court at the place of domicile of the defendant shall have jurisdiction.

第十九条　财产租赁合同、融资租赁合同以租赁物使用地为合同履行地。合同对履行地有约定的，从其约定。

Article 19 For a property leasing contract or a financial leasing contract, the place where the leased property is used shall be the place where the contract is performed, unless the parties have agreed otherwise on the place of performance in the contract.



[CLI Code]CLI.3.5115567(EN)

第二十条　以信息网络方式订立的买卖合同，通过信息网络交付标的的，以买受人住所地为合同履行地；通过其他方式交付标的的，收货地为合同履行地。合同对履行地有约定的，从其约定。

Article 20 For a sales contract concluded on an information network, if the subject matter is delivered on the information network, the place of domicile of the buyer shall be the place where the contract is performed; or if the subject matter is delivered by any other means, the place of receipt shall be the place where the contract is performed, unless the parties have agreed otherwise on the place of performance in the contract.

第二十一条　因财产保险合同纠纷提起的诉讼，如果保险标的物是运输工具或者运输中的货物，可以由运输工具登记注册地、运输目的地、保险事故发生地人民法院管辖。

Article 21 For an action instituted for a dispute arising from a property insurance contract, if the subject matter insured is a transport vehicle or the goods in transit, the case may be under the jurisdiction of the people's court at the place where the transport vehicle is registered, the place of destination, or the place where the insurance accident occurs.

因人身保险合同纠纷提起的诉讼，可以由被保险人住所地人民法院管辖。

A case of dispute over a personal insurance contract may be under the jurisdiction of the people's court at the place of domicile of the insured.

第二十二条　因股东名册记载、请求变更公司登记、股东知情权、公司决议、公司合并、公司分立、公司减资、公司增资等纠纷提起的诉讼，依照民事诉讼法第二十七条规定确定管辖。

Article 22 For an action instituted for a dispute arising from records in the register of shareholders, a request for modification of company registration, shareholders' right to know, a resolution of a

 [CLI Code]CLI.3.5115567(EN)

company, a corporate combination or division, a capital increase or decrease of a company, the jurisdiction over the case may be determined in accordance with the provision of Article 27 of the Civil Procedure Law.

第二十三条　债权人申请支付令，适用民事诉讼法第二十二条规定，由债务人住所地基层人民法院管辖。

Article 23 Where a creditor applies for issuance of an order for payment, Article 22 of the Civil Procedure Law shall apply, and the case shall be under the jurisdiction of the basic people's court at the place of domicile of the debtor.

第二十四条　民事诉讼法第二十九条规定的侵权行为地，包括侵权行为实施地、侵权结果发生地。

Article 24 As mentioned in Article 29 of the Civil Procedure Law, "place where the tort occurs" includes the place where a tort is committed and the place where the result of a tort occurs.

第二十五条　信息网络侵权行为实施地包括实施被诉侵权行为的计算机等信息设备所在地，侵权结果发生地包括被侵权人住所地。

Article 25 The place where a tort is committed on an information network shall include the place where the computer and other pieces of information equipment used to commit the alleged tort are located, and the place where the result of a tort occurs shall include the place of domicile of the victim.

第二十六条　因产品、服务质量不合格造成他人财产、人身损害提起的诉讼，产品制造地、产品销售地、服务提供地、侵权行为地和被告住所地人民法院都有管辖权。

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

**Article 26** For an action instituted for property or bodily damage caused by the substandard quality of a product or service, the people's courts at the place where the product is manufactured, the place where the product is sold, the place where the service is rendered, the place where the tort occurs, and the place of domicile of the defendant shall all have jurisdiction.

第二十七条　当事人申请诉前保全后没有在法定期间起诉或者申请仲裁，给被申请人、利害关系人造成损失引起的诉讼，由采取保全措施的人民法院管辖。

**Article 27** An action instituted by the respondent or an interested party for losses resulting from a party's failure to institute an action or apply for arbitration within the statutory period after applying for preservation before the institution of action shall be under the jurisdiction of the people's court taking the preservation measures.

当事人申请诉前保全后在法定期间内起诉或者申请仲裁，被申请人、利害关系人因保全受到损失提起的诉讼，由受理起诉的人民法院或者采取保全措施的人民法院管辖。

Where a party institutes an action or applies for arbitration within the statutory period after applying for preservation before the institution of action, an action instituted by the respondent or an interested party for losses resulting from the preservation measures shall be under the jurisdiction of the people's court that accepts that action or takes the preservation measures.

第二十八条　民事诉讼法第三十四条第一项规定的不动产纠纷是指因不动产的权利确认、分割、相邻关系等引起的物权纠纷。

**Article 28** As mentioned in Article 34 (1) of the Civil Procedure Law, "real estate dispute" means a property dispute arising from the confirmation of rights in real estate, division of real estate, or neighboring relations, among others.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

农村土地承包经营合同纠纷、房屋租赁合同纠纷、建设工程施工合同纠纷、政策性房屋买卖合同纠纷，按照不动产纠纷确定管辖。

The jurisdiction over a contractual dispute involving contracted operations on rural land, tenancy, construction of a building project, or purchase of a policy-based property shall be determined according to the jurisdiction over a real estate dispute.

不动产已登记的，以不动产登记簿记载的所在地为不动产所在地；不动产未登记的，以不动产实际所在地为不动产所在地。

For registered real estate, the location recorded in the real estate register shall be the place where the real estate is located; and for unregistered real estate, the place where the real estate is actually located shall be the place where the real estate is located.

第二十九条　民事诉讼法第三十五条规定的书面协议，包括书面合同中的协议管辖条款或者诉讼前以书面形式达成的选择管辖的协议。

Article 29 As mentioned in Article 35 of the Civil Procedure Law, "written agreement" means the jurisdiction clauses in a written contract and a written agreement on choice of jurisdiction reached before litigation.

第三十条　根据管辖协议，起诉时能够确定管辖法院的，从其约定；不能确定的，依照民事诉讼法的相关规定确定管辖。

Article 30 Where the court having jurisdiction can be determined according to a jurisdiction agreement when an action is instituted, the agreement shall prevail; otherwise, the jurisdiction over the action shall be determined in accordance with the relevant provisions of the Civil Procedure Law.

[CLI Code]CLI.3.5115567(EN)

管辖协议约定两个以上与争议有实际联系的地点的人民法院管辖，原告可以向其中一个人民法院起诉。

Where a jurisdiction agreement provides that two or more people's courts at places with substantial connection to a dispute shall have jurisdiction over the dispute, the plaintiff may institute an action in one of the people's courts.

第三十一条　经营者使用格式条款与消费者订立管辖协议，未采取合理方式提请消费者注意，消费者主张管辖协议无效的，人民法院应予支持。

Article 31 Where, after a business enters into a jurisdiction agreement with a consumer by using standard clauses without reminding in appropriate manners the consumer to pay attention to such clauses, the consumer claims the nullification of the jurisdiction agreement, the claim shall be supported by the people's court.

第三十二条　管辖协议约定由一方当事人住所地人民法院管辖，协议签订后当事人住所地变更的，由签订管辖协议时的住所地人民法院管辖，但当事人另有约定的除外。

Article 32 Where a jurisdiction agreement provides that the people's court at the place of domicile of one party has jurisdiction, but the place of domicile of the party changes after the agreement is concluded, the people's court at the place of domicile of the party when the agreement is concluded shall have jurisdiction, unless the parties agree otherwise.

第三十三条　合同转让的，合同的管辖协议对合同受让人有效，但转让时受让人不知道有管辖协议，或者转让协议另有约定且原合同相对人同意的除外。

Article 33 When a contract is assigned, the jurisdiction agreement on the contract shall bind the assignee, unless the assignee is not aware of the jurisdiction agreement at the time of assignment or it is otherwise agreed on in the assignment agreement and the other party in the contract consents.

Saved on: 06/30/2026

 

第三十四条　当事人因同居或者在解除婚姻、收养关系后发生财产争议，约定管辖的，可以适用民事诉讼法第三十五条规定确定管辖。

Article 34 Where the parties to a property dispute that arises when they cohabit or after their marital relationship or adoptive relationship is dissolved reach a jurisdiction agreement, the jurisdiction over the case may be determined in accordance with the provision of Article 35 of the Civil Procedure Law.

第三十五条　当事人在答辩期间届满后未应诉答辩，人民法院在一审开庭前，发现案件不属于本院管辖的，应当裁定移送有管辖权的人民法院。

Article 35 Where a party fails to respond to an action upon expiry of the period for submitting a statement of defense, if the people's court of first instance finds before holding a court session that the case is not under its jurisdiction, it shall issue a ruling to transfer the case to the people's court having jurisdiction over the case.

第三十六条　两个以上人民法院都有管辖权的诉讼，先立案的人民法院不得将案件移送给另一个有管辖权的人民法院。人民法院在立案前发现其他有管辖权的人民法院已先立案的，不得重复立案；立案后发现其他有管辖权的人民法院已先立案的，裁定将案件移送给先立案的人民法院。

Article 36 Where two or more people's courts have jurisdiction over an action, the people's court that firstly dockets the case shall not transfer the case to any other people's court having jurisdiction. If a people's court finds out before docketing a case that the case has been docketed by another people's court having jurisdiction, it shall docket the case again; and if it finds out after docketing the case that another competent people's court having jurisdiction has docketed the case before it, it shall issue a ruling to transfer the case to the people's court docketing the case before it.



[CLI Code]CLI.3.5115567(EN)

第三十七条　案件受理后，受诉人民法院的管辖权不受当事人住所地、经常居住地变更的影响。

**Article 37** After a case is accepted, the jurisdiction of the people's court accepting the action shall not be affected by any change in the place of domicile or place of habitual residence of a party.

第三十八条　有管辖权的人民法院受理案件后，不得以行政区域变更为由，将案件移送给变更后有管辖权的人民法院。判决后的上诉案件和依审判监督程序提审的案件，由原审人民法院的上级人民法院进行审判；上级人民法院指令再审、发回重审的案件，由原审人民法院再审或者重审。

**Article 38** After a people's court having jurisdiction accepts a case, it shall not, on the ground of adjustment of administrative areas, transfer the case to the people's court having jurisdiction after such adjustment. An appellate case after adjudication or a case retried under the trial supervision procedure shall be tried by the people's court at a higher level of the original trial people's court. A case ordered or remanded by the people's court at a higher level for retrial shall be retried by the original trial people's court.

第三十九条　人民法院对管辖异议审查后确定有管辖权的，不因当事人提起反诉、增加或者变更诉讼请求等改变管辖，但违反级别管辖、专属管辖规定的除外。

**Article 39** Where a people's court is determined to have jurisdiction upon examination of an objection to jurisdiction, the jurisdiction shall not be changed because a party files a counterclaim, adds any new claim or modifies its claims, unless the provisions regarding hierarchical jurisdiction and exclusive jurisdiction are violated.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

人民法院发回重审或者按第一审程序再审的案件，当事人提出管辖异议的，人民法院不予审查。

For a case remanded for retrial or retried under the procedure at first instance by a people's court, where a party raises an objection to jurisdiction, the people's court will not examine it.

第四十条　依照民事诉讼法第三十八条第二款规定，发生管辖权争议的两个人民法院因协商不成报请它们的共同上级人民法院指定管辖时，双方为同属一个地、市辖区的基层人民法院的，由该地、市的中级人民法院及时指定管辖；同属一个省、自治区、直辖市的两个人民法院的，由该省、自治区、直辖市的高级人民法院及时指定管辖；双方为跨省、自治区、直辖市的人民法院，高级人民法院协商不成的，由最高人民法院及时指定管辖。

Article 40 In accordance with the provision of paragraph 2, Article 38 of the Civil Procedure Law, where two people's courts with a dispute over jurisdiction request their common superior to specify jurisdiction after their consultations fail, if both courts are basic people's courts in the same district of a prefecture or city, the intermediate people's court of the prefecture or city shall specify jurisdiction in a timely manner; if both courts are people's courts in the same province, autonomous region or municipality directly under the Central Government, the high people's court of the province, autonomous region or municipality directly under the Central Government shall specify jurisdiction in a timely manner; if both courts are in different provinces, autonomous regions or municipalities directly under the Central Government, and the consultation between the high people's courts fails, the Supreme People's Court shall specify jurisdiction in a timely manner.

依照前款规定报请上级人民法院指定管辖时，应当逐级进行。

When a request is made to the superior to specify jurisdiction under the preceding paragraph, it shall be made level by level.



[CLI Code]CLI.3.5115567(EN)

第四十一条    人民法院依照民事诉讼法第三十八条第二款规定指定管辖的，应当作出裁定。

**Article 41** Where a people's court specifies jurisdiction under paragraph 2, Article 38 of the Civil Procedure Law, it shall issue a ruling thereon.

对报请上级人民法院指定管辖的案件，下级人民法院应当中止审理。指定管辖裁定作出前，下级人民法院对案件作出判决、裁定的，上级人民法院应当在裁定指定管辖的同时，一并撤销下级人民法院的判决、裁定。

Where a case is reported to a people's court at a higher level for specification of jurisdiction, a people's court shall suspend the trial. Where the people's court issues a judgment or ruling before a ruling to specify jurisdiction is issued, the people's court at a higher level shall revoke the judgment or ruling when issuing a ruling to specify jurisdiction.

第四十二条    下列第一审民事案件，人民法院依照民事诉讼法第三十九条第一款规定，可以在开庭前交下级人民法院审理：

**Article 42** A people's court may, before trial, transfer a first instance civil case under any of the following circumstances to a people's court at a lower level for trial in accordance with the provision of paragraph 1, Article 39 of the Civil Procedure Law:

（一）破产程序中有关债务人的诉讼案件；

(1) A case concerning a debtor in the bankruptcy procedure.

（二）当事人人数众多且不方便诉讼的案件；

(2) A case involving numerous parties who are inconvenient to institute actions.

20/263

[CLI Code]CLI.3.5115567(EN)

（三）最高人民法院确定的其他类型案件。

(3) A case of any other type as determined by the Supreme People's Court.

人民法院交下级人民法院审理前，应当报请其上级人民法院批准。上级人民法院批准后，人民法院应当裁定将案件交下级人民法院审理。

Before transferring such a case to a people's court at a lower level for trial, a people's court shall report the situation to a people's court at a higher level for approval. Upon approval, the people's court shall issue a ruling to transfer the case to the people's court at a lower level for trial.

二、回避

**II**. Disqualification

**第四十三条**　审判人员有下列情形之一的，应当自行回避，当事人有权申请其回避：

**Article 43** Under any of the following circumstances, a judge shall voluntarily disqualify himself or herself, and a party shall be entitled to request disqualification of such a judge:

（一）是本案当事人或者当事人近亲属的；

(1) The judge is a party to the case or is a close relative of a party to the case.

（二）本人或者其近亲属与本案有利害关系的；

(2) The judge or a close relative thereof is an interested party to the case.

（三）担任过本案的证人、鉴定人、辩护人、诉讼代理人、翻译人员的；

(3) The judge once acted as a witness, identification or evaluation expert, defender, litigation representative, or interpreter of the case.



[CLI Code]CLI.3.5115567(EN)

（四）是本案诉讼代理人近亲属的；

(4) The judge is a close relative of a litigation representative in the case.

（五）本人或者其近亲属持有本案非上市公司当事人的股份或者股权的；

(5) The judge or a close relative thereof holds shares or equities in an unlisted company that is a party to the case.

（六）与本案当事人或者诉讼代理人有其他利害关系，可能影响公正审理的。

(6) The judge has any other interested relationship with a party to a case or a litigation representative thereof, which may affect the impartial trial of the case.

第四十四条　审判人员有下列情形之一的，当事人有权申请其回避：

**Article 44** A party shall be entitled to request disqualification of a judge under any of the following circumstances:

（一）接受本案当事人及其受托人宴请，或者参加由其支付费用的活动的；

(1) The judge accepts any treat from a party to the case or an agent thereof or attends any activity sponsored by a party to the case or an agent thereof.

（二）索取、接受本案当事人及其受托人财物或者其他利益的；

(2) The judge extorts or accepts any property or other benefit from a party to the case or an agent thereof.

（三）违反规定会见本案当事人、诉讼代理人的；

22/263

[CLI Code]CLI.3.5115567(EN)

(3) The judge meets a party to the case or the litigation representative thereof in violation of rules.

（四）为本案当事人推荐、介绍诉讼代理人，或者为律师、其他人员介绍代理本案的；

(4) The judge recommends or introduces a litigation representative to a party to the case or introduces the case to a lawyer or any other person for handling.

（五）向本案当事人及其受托人借用款物的；

(5) The judge borrows money or any other property from a party to the case or an agent thereof.

（六）有其他不正当行为，可能影响公正审理的。

(6) Any other improper conduct that may affect the impartial trial of the case.

第四十五条　在一个审判程序中参与过本案审判工作的审判人员，不得再参与该案其他程序的审判。

Article 45 A judge who participated in the trial of a case under one trial procedure may not participate in the trial of the case under another procedure.

发回重审的案件，在一审法院作出裁判后又进入第二审程序的，原第二审程序中审判人员不受前款规定的限制。

If a case remanded for retrial enters again the second-instance procedure after the court of first instance makes an adjudication, a judge in the original second-instance procedure shall be exempt from the restriction in the preceding paragraph.

第四十六条　审判人员有应当回避的情形，没有自行回避，当事人也没有申请其回避的，由院长或者审判委员会决定其回避。



[CLI Code]CLI.3.5115567(EN)

**Article 46** Where a judge who shall disqualify himself/herself fails to do so and none of the parties applies for disqualification of the judge, the president or the adjudication committee of the people's court shall decide to disqualify the judge.

第四十七条　人民法院应当依法告知当事人对合议庭组成人员、独任审判员和书记员等人员有申请回避的权利。

**Article 47** A people's court shall notify the parties to a case of their right to apply for disqualification of any member of the collegial panel, the sole judge or the clerk.

第四十八条　民事诉讼法第四十七条所称的审判人员，包括参与本案审理的人民法院院长、副院长、审判委员会委员、庭长、副庭长、审判员和人民陪审员。

**Article 48** For purposes of Article 47 of the Civil Procedure Law, 'judge' includes the president, a vice president, a member of the judicial committee, a divisional chief, a vice divisional chief, a judge, or a people's assessor of a people's court participating in the trial of a case.

第四十九条　书记员和执行员适用审判人员回避的有关规定。

**Article 49** The relevant provisions on the disqualification of judges shall apply to clerks and executors.

三、诉讼参加人

**III**. Primary Litigation Participants

第五十条　法人的法定代表人以依法登记的为准，但法律另有规定的除外。依法不需要办理登记的法人，以其正职负责人为法定代表人；没有正职负责人的，以其主持工作的副职负责人为法定代表人。



[CLI Code]CLI.3.5115567(EN)

**Article 50** The legal representative of a legal person shall be the one as legally registered, unless it is otherwise prescribed by any law. For a legal person not required to be registered, the principal person in charge of it shall be its legal representative; in the absence of the principal person in charge, the deputy person in charge shall be its legal representative.

法定代表人已经变更，但未完成登记，变更后的法定代表人要求代表法人参加诉讼的，人民法院可以准许。

Where the legal representative is changed but the registration thereof has not been completed yet, if the new legal representative requests the old legal representative to participate in the action, the people's court may grant permission.

其他组织，以其主要负责人为代表人。

For any other organization, its principal responsible person shall be its legal representative.

第五十一条　在诉讼中，法人的法定代表人变更的，由新的法定代表人继续进行诉讼，并应向人民法院提交新的法定代表人身份证明书。原法定代表人进行的诉讼行为有效。

**Article 51** Where the legal representative of a legal person changes in an action, the new legal representative shall continue to participate in the action, and the identity certificate of the new legal representative shall be submitted to the people's court. The litigation conduct of the old legal representative shall bind.

前款规定，适用于其他组织参加的诉讼。

The preceding paragraph shall apply in an action involving the participation of any other organization.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

第五十二条　民事诉讼法第五十一条规定的其他组织是指合法成立、有一定的组织机构和财产，但又不具备法人资格的组织，包括：

Article 52 As mentioned in Article 51 of the Civil Procedure Law, "other organizations" means organizations that are lawfully established, have certain organizational frameworks and property but do not have the legal person status, including:

（一）依法登记领取营业执照的个人独资企业；

(1) Sole proprietorships that have been registered and obtained business licenses according to the law.

（二）依法登记领取营业执照的合伙企业；

(2) Partnership enterprises that have been registered and obtained business licenses according to the law.

（三）依法登记领取我国营业执照的中外合作经营企业、外资企业；

(3) Chinese-foreign contractual joint ventures and foreign-funded enterprises that have been registered and obtained business licenses according to the law.

（四）依法成立的社会团体的分支机构、代表机构；

(4) Lawfully formed branch offices and representative offices of social organizations.

（五）依法设立并领取营业执照的法人的分支机构；

(5) Legal persons' lawfully formed branch offices that have obtained business licenses according to the law.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

（六）依法设立并领取营业执照的商业银行、政策性银行和非银行金融机构的分支机构；

(6) Commercial banks', policy banks' and non-banking financial institutions' lawfully formed branch offices that have obtained business licenses according to the law.

（七）经依法登记领取营业执照的乡镇企业、街道企业；

(7) Township enterprises and neighborhood enterprises that have been registered and obtained business licenses according to the law.

（八）其他符合本条规定条件的组织。

(8) Other organizations that meet the conditions set out in this Article.

**第五十三条**　法人非依法设立的分支机构，或者虽依法设立，但没有领取营业执照的分支机构，以设立该分支机构的法人为当事人。

**Article 53** For a branch office not lawfully formed by a legal person or a lawfully formed branch office that has not obtained the business license, the legal person forming it shall be a party to the case.

**第五十四条**　以挂靠形式从事民事活动，当事人请求由挂靠人和被挂靠人依法承担民事责任的，该挂靠人和被挂靠人为共同诉讼人。

**Article 54** Where a party conducts civil activities in the name of another party, if a party requests that both of the two to assume civil liability according to the law, the two parties shall be co-litigants.

**第五十五条**　在诉讼中，一方当事人死亡，需要等待继承人表明是否参加诉讼的，裁定中止诉讼。人民法院应当及时通知继承人作为当事人承担诉讼，被继承人已经进行的诉讼行为对承担诉讼的继承人有效。

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

**Article 55** Where, in an action, a party dies and it is necessary to wait for his or her successors to indicate whether they will participate in the action, the people's court shall issue a ruling to suspend the action. The people's court shall notify the successors to participate in the action as the parties to the case, and the litigation conduct of the deceased shall bind the successors that participate in the action.

第五十六条　法人或者其他组织的工作人员执行工作任务造成他人损害的，该法人或者其他组织为当事人。

**Article 56** Where an employee of a legal person or any other organization causes any harm to another person in the execution of his or her work duty, the legal person or other organization shall be a party to the case.

第五十七条　提供劳务一方因劳务造成他人损害，受害人提起诉讼的，以接受劳务一方为被告。

**Article 57** Where the party providing labor services causes any harm to another person as the result of the labor services, the party receiving labor services shall be the defendant in the action instituted by the victim.

第五十八条　在劳务派遣期间，被派遣的工作人员因执行工作任务造成他人损害的，以接受劳务派遣的用工单位为当事人。当事人主张劳务派遣单位承担责任的，该劳务派遣单位为共同被告。

**Article 58** Where, during the period of employment secondment, a seconded worker causes any harm to another person in the execution of his or her work duty, the receiver of the seconded worker shall be a party to the case. If the party claims that the supplier of the seconded worker shall assume liability, the supplier of the seconded worker shall be a co-defendant.

  Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第五十九条　在诉讼中，个体工商户以营业执照上登记的经营者为当事人。有字号的，以营业执照上登记的字号为当事人，但应同时注明该字号经营者的基本信息。

Article 59 In an action, the business operator registered on the business license of an individual industrial and commercial household shall be a party to the case. If the individual industrial and commercial household has a trade name, the trade name registered on the business license shall be a party to the case, provided that the basic information about the business operator of the trade name shall be stated.

营业执照上登记的经营者与实际经营者不一致的，以登记的经营者和实际经营者为共同诉讼人。

If the business operator registered on the business license is inconsistent with the actual business operator, the registered business operator and the actual business operator shall be co-litigants.

第六十条　在诉讼中，未依法登记领取营业执照的个人合伙的全体合伙人为共同诉讼人。个人合伙有依法核准登记的字号的，应在法律文书中注明登记的字号。全体合伙人可以推选代表人；被推选的代表人，应由全体合伙人出具推选书。

Article 60 In an action, all partners of an individual partnership that has not been registered and obtained a business license according to the law shall be parties to the joint action. If the individual partnership has a trade name approved and registered according to the law, the registered trade name shall be specified in legal documents. All partners may recommend a representative or representatives, for which a letter of recommendation shall be issued.

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

第六十一条　当事人之间的纠纷经人民调解委员会或者其他依法设立的调解组织调解达成协议后，一方当事人不履行调解协议，另一方当事人向人民法院提起诉讼的，应以对方当事人为被告。

**Article 61** Where after the parties to a dispute reach a mediation agreement through the mediation of the people's mediation committee or any other legally formed mediation organization, the parties on one side refuses to perform the mediation agreement, and the parties on the other side institutes an action in a people's court, the parties on the opposing side shall be defendants.

第六十二条　下列情形，以行为人为当事人：

**Article 62** Under any of the following circumstances, the actor shall be a party to the case:

（一）法人或者其他组织应登记而未登记，行为人即以该法人或者其他组织名义进行民事活动的；

(1) Without registering a legal person or any other organization as required, the actor conducts civil activities in the name of the legal person or other organization.

（二）行为人没有代理权、超越代理权或者代理权终止后以被代理人名义进行民事活动的，但相对人有理由相信行为人有代理权的除外；

(2) The actor conducts civil activities in the name of the principal without authorization, beyond authorization or after the termination of authorization, unless the other party has reason to believe that the actor has authorization.

（三）法人或者其他组织依法终止后，行为人仍以其名义进行民事活动的。

(3) After a legal person or any other organization is terminated according to the law, the actor still conducts civil activities in its name.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第六十三条  企业法人合并的，因合并前的民事活动发生的纠纷，以合并后的企业为当事人；企业法人分立的，因分立前的民事活动发生的纠纷，以分立后的企业为共同诉讼人。

Article 63 In the combination of an enterprise legal person, for a dispute arising from a civil activity conducted before the combination, the enterprise after the combination shall be a party to the case; in the division of an enterprise legal person, for a dispute arising from a civil activity conducted before the division, the enterprises after the division shall be co-litigants.

第六十四条  企业法人解散的，依法清算并注销前，以该企业法人为当事人；未依法清算即被注销的，以该企业法人的股东、发起人或者出资人为当事人。

Article 64 In the dissolution of an enterprise legal person, before it is liquidated and deregistered according to the law, the enterprise legal person shall be a party to the case; if it is deregistered without liquidation, its shareholder, promoter or capital contributor shall be a party to the case.

第六十五条  借用业务介绍信、合同专用章、盖章的空白合同书或者银行账户的，出借单位和借用人为共同诉讼人。

Article 65 For the lending of a business letter of introduction, special seal for contractual uses, blank sealed contract or bank account, the lending entity and the borrowing entity shall be co-litigants.

第六十六条  因保证合同纠纷提起的诉讼，债权人向保证人和被保证人一并主张权利的，人民法院应当将保证人和被保证人列为共同被告。保证合同约定为一般保证，债权人仅起诉保证人的，人民法院应当通知被保证人作为共同被告参加诉讼；债权人仅起诉被保证人的，可以只列被保证人为被告。

Article 66 For an action instituted for a suretyship contract dispute, where the creditor claims its rights against the surety and the debtor, the people's court shall take the surety and the debtor as co-

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.5115567(EN)

defendants; if the suretyship contract is about a general guarantee and the creditor sues only against the surety, the people's court shall notify the debtor to participate in the action as a codefendant; and if the creditor sues only against the debtor, the people's court may only take the debtor as the defendant.

第六十七条　无民事行为能力人、限制民事行为能力人造成他人损害的，无民事行为能力人、限制民事行为能力人和其监护人为共同被告。

**Article 67** Where a person without civil competency or with limited civil competency causes damage to others, the person and the guardian thereof shall be co-defendants.

第六十八条　居民委员会、村民委员会或者村民小组与他人发生民事纠纷的，居民委员会、村民委员会或者有独立财产的村民小组为当事人。

**Article 68** Where a civil dispute arises between a residents' committee, a villagers' committee, or a villagers' group and any other person, the residents' committee, the villagers' committee, or the villagers' group, if the villagers' group has independent property, shall be a party to the case.

第六十九条　对侵害死者遗体、遗骨以及姓名、肖像、名誉、荣誉、隐私等行为提起诉讼的，死者的近亲属为当事人。

**Article 69** For an action instituted against an infringement upon the body, bone, name, image, reputation, honor or privacy of the deceased, a close relative of the deceased shall be a party to the case.

第七十条　在继承遗产的诉讼中，部分继承人起诉的，人民法院应通知其他继承人作为共同原告参加诉讼；被通知的继承人不愿意参加诉讼又未明确表示放弃实体权利的，人民法院仍应将其列为共同原告。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**Article 70** For an action instituted for an inheritance dispute, where only some of the inheritors institute the action, the people's court shall notify other inheritors to participate in the action as co-plaintiffs; if any inheritors as notified are not willing to participate in the action but do not clearly renounce their substantial rights, the people's court shall still take them as co-plaintiffs.

第七十一条　原告起诉被代理人和代理人，要求承担连带责任的，被代理人和代理人为共同被告。

**Article 71** Where the plaintiff institutes an action against the principal and the agent, claiming that they are jointly and severally liable, the principal and the agent shall be co-defendants.

原告起诉代理人和相对人，要求承担连带责任的，代理人和相对人为共同被告。

Where the plaintiff institutes an action against the agent and the opposite party, claiming that they are jointly and severally liable, the agent and the opposite party shall be co-defendants.

第七十二条　共有财产权受到他人侵害，部分共有权人起诉的，其他共有权人为共同诉讼人。

**Article 72** If, after the right to a common property is damaged by another person, only some of the common property right holders institute an action, other common property right holders shall be taken as co-litigants.

第七十三条　必须共同进行诉讼的当事人没有参加诉讼的，人民法院应当依照民事诉讼法第一百三十五条的规定，通知其参加；当事人也可以向人民法院申请追加。人民法院对当事人提出的申请，应当进行审查，申请理由不成立的，裁定驳回；申请理由成立的，书面通知被追加的当事人参加诉讼。



[CLI Code]CLI.3.5115567(EN)

**Article 73** Where a party who must participate in a joint action fails to participate in the action, the people's court shall notify the party to participate in the action in accordance with the provision of Article 135 of the Civil Procedure Law, and the party may also request for adding it as a party. The people's court shall examine such a request. If the ground is tenable, the people's court shall issue a ruling to dismiss the request; if the ground is not tenable, the people's court shall notify in writing the added party to participate in the action.

第七十四条　人民法院追加共同诉讼的当事人时，应当通知其他当事人。应当追加的原告，已明确表示放弃实体权利的，可不予追加；既不愿意参加诉讼，又不放弃实体权利的，仍应追加为共同原告，其不参加诉讼，不影响人民法院对案件的审理和依法作出判决。

**Article 74** When adding a party to a joint action, the people's court shall notify the other parties. Where a party that shall be added as a plaintiff has expressly renounced its substantial rights, it is permitted to not add the party. A party that is unwilling to participate in the action yet refuses to renounce its substantial rights shall still be added as a co-plaintiff, and its absence in the action will not affect the people's court's trial and judgment of the case.

第七十五条　民事诉讼法第五十六条、第五十七条和第二百零六条规定的人数众多，一般指十人以上。

**Article 75** As mentioned in Articles 56, 57 and 206 of the Civil Procedure Law, "numerous" generally means ten or more persons.

第七十六条　依照民事诉讼法第五十六条规定，当事人一方人数众多在起诉时确定的，可以由全体当事人推选共同的代表人，也可以由部分当事人推选自己的代表人；推选不出代表人的当事人，在必要的共同诉讼中可以自己参加诉讼，在普通的共同诉讼中可以另行起诉。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**Article 76** In accordance with the provision of Article 56 of the Civil Procedure Law, where the parties on one side of an action are numerous but the exact number of such parties is certain when the action is instituted, all of such parties may recommend their common representatives, or some of such parties may recommend their own representatives. For parties that cannot select representatives, they may participate by themselves in a necessary joint action, or may institute another action in a common joint action.

**第七十七条**　根据民事诉讼法第五十七条规定，当事人一方人数众多在起诉时不确定的，由当事人推选代表人。当事人推选不出的，可以由人民法院提出人选与当事人协商；协商不成的，也可以由人民法院在起诉的当事人中指定代表人。

**Article 77** In accordance with the provision of Article 57 of the Civil Procedure Law, where the parties on one side of an action are numerous but the exact number of such parties is uncertain when the action is instituted, the parties shall recommend representatives. If they cannot recommend one, the people's court may propose one and decide upon consultation with the parties; if such consultation fails, the people's court may specify one among the parties instituting the action.

**第七十八条**　民事诉讼法第五十六条和第五十七条规定的代表人为二至五人，每位代表人可以委托一至二人作为诉讼代理人。

**Article 78** The "representatives" as mentioned in Articles 56 and 57 of the Civil Procedure Law shall be two to five persons, and each representative may have one or two litigation representatives.

**第七十九条**　依照民事诉讼法第五十七条规定受理的案件，人民法院可以发出公告，通知权利人向人民法院登记。公告期间根据案件的具体情况确定，但不得少于三十日。

**Article 79** For a case accepted under Article 57 of the Civil Procedure Law, the people's court may publish a notice to notify right holders to register with the people's court. The period of notification



[CLI Code]CLI.3.5115567(EN)

shall be determined in view of the specific circumstances of the case, but may not be less than 30 days.


　　第八十条　根据民事诉讼法第五十七条规定向人民法院登记的权利人，应当证明其与对方当事人的法律关系和所受到的损害。证明不了的，不予登记，权利人可以另行起诉。人民法院的裁判在登记的范围内执行。未参加登记的权利人提起诉讼，人民法院认定其请求成立的，裁定适用人民法院已作出的判决、裁定。

**Article 80** A right holder registered with the people's court under Article 57 of the Civil Procedure Law shall prove his legal relationship with the other party and the damage he has suffered from. If he fails to do so, registration will not be granted, and he may institute a separate action. The judgment made by the people's court shall be enforced within the scope of registration. When a right holder that has not been registered institutes an action, the people's court shall issue a ruling to apply the judgment or ruling issued by the people's court if upholding his claim.


　　第八十一条　根据民事诉讼法第五十九条的规定，有独立请求权的第三人有权向人民法院提出诉讼请求和事实、理由，成为当事人；无独立请求权的第三人，可以申请或者由人民法院通知参加诉讼。

**Article 81** In accordance with the provision of Article 59 of the Civil Procedure Law, a third party with an independent claim shall have the right to submit claims, facts and basis to the people's court and become a party to the case, while a third party without an independent claim may participate in the action upon his request or the notification of the people's court.


第一审程序中未参加诉讼的第三人，申请参加第二审程序的，人民法院可以准许。

Where a third party not participating in the action under the procedure at first instance applies to participate in the procedure at second instance, the people's court may grant permission.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第八十二条    在一审诉讼中，无独立请求权的第三人无权提出管辖异议，无权放弃、变更诉讼请求或者申请撤诉，被判决承担民事责任的，有权提起上诉。

**Article 82** In an action of first instance, a third party without an independent claim shall have no right to raise an objection to jurisdiction and shall have no right to relinquish or modify its claims or request for withdrawal of the action, but shall have the right to file an appeal if being ordered to assume civil liability.

第八十三条    在诉讼中，无民事行为能力人、限制民事行为能力人的监护人是他的法定代理人。事先没有确定监护人的，可以由有监护资格的人协商确定；协商不成的，由人民法院在他们之中指定诉讼中的法定代理人。当事人没有民法典第二十七条、第二十八条规定的监护人的，可以指定民法典第三十二条规定的有关组织担任诉讼中的法定代理人。

**Article 83** In an action, the guardian of a person without capacity for civil conduct or with limited capacity for civil conduct shall be the person's legal representative. If the guardian has not been determined in advance, the persons qualified for guardianship may determine one upon consultation; if such consultation fails, the people's court shall specify one of them as the person's legal representative in the action. If a party does not have a guardian prescribed in Articles 27 and 28 of the Civil Code, the people's court may specify a relevant organization prescribed in Article 32 of the Civil Code to act as the party's legal representative in the action.

第八十四条    无民事行为能力人、限制民事行为能力人以及其他依法不能作为诉讼代理人的，当事人不得委托其作为诉讼代理人。

**Article 84** A party may not authorize a person without civil competency or with limited civil competency or any other party prohibited by the law to act as a legal representative to act as its legal representative.

[CLI Code]CLI.3.5115567(EN)

第八十五条　根据民事诉讼法第六十一条第二款第二项规定，与当事人有夫妻、直系血亲、三代以内旁系血亲、近姻亲关系以及其他有抚养、赡养关系的亲属，可以当事人近亲属的名义作为诉讼代理人。

**Article 85** In accordance with the provision of paragraph 2(2), Article 61 of the Civil Procedure Law, a relative with a spousal relationship, lineal consanguinity, collateral consanguinity within three generations, close affinity, or maintenance or support relationship with a party may act as the litigation representative of the party in the name of a close relative of the party.

第八十六条　根据民事诉讼法第六十一条第二款第二项规定，与当事人有合法劳动人事关系的职工，可以当事人工作人员的名义作为诉讼代理人。

**Article 86** In accordance with the provision of paragraph 2(2), Article 61 of the Civil Procedure Law, an employee with a lawful labor relationship with a party may act as the litigation representative of the party in the name of the party's employee.

第八十七条　根据民事诉讼法第六十一条第二款第三项规定，有关社会团体推荐公民担任诉讼代理人的，应当符合下列条件：

**Article 87** In accordance with the provision of paragraph 2(3), Article 61 of the Civil Procedure Law, the following conditions shall be met when a relevant social group recommends a citizen to act as A legal representative:

（一）社会团体属于依法登记设立或者依法免予登记设立的非营利性法人组织；

(1) The social group is a non-profit incorporated organization lawfully registered and formed or lawfully exempted from registration.

[CLI Code]CLI.3.5115567(EN)

（二）被代理人属于该社会团体的成员，或者当事人一方住所地位于该社会团体的活动地域；

(2) The represented party is a member of the social group, or the place of domicile of one party to the case is within the activity area of the social group.

（三）代理事务属于该社会团体章程载明的业务范围；

(3) The matter is within the scope of business as indicated in the articles of association of the social group.

（四）被推荐的公民是该社会团体的负责人或者与该社会团体有合法劳动人事关系的工作人员。

(4) The recommended citizen is the person in charge of the social group or an employee that has a legal labor relationship with the social group.

专利代理人经中华全国专利代理人协会推荐，可以在专利纠纷案件中担任诉讼代理人。

If recommended by All-China Patent Agents Association, a patent agency may act as a litigation representative in a case of patent dispute.

第八十八条　诉讼代理人除根据民事诉讼法第六十二条规定提交授权委托书外，还应当按照下列规定向人民法院提交相关材料：

**Article 88** A litigation representative shall submit relevant materials to the people's court according to the following provisions in addition to the power of attorney required by Article 62 of the Civil Procedure Law:

（一）律师应当提交律师执业证、律师事务所证明材料；



[CLI Code]CLI.3.5115567(EN)

(1) A lawyer shall submit his legal professional qualification certificate and the certification documents on his law firm.

（二）基层法律服务工作者应当提交法律服务工作者执业证、基层法律服务所出具的介绍信以及当事人一方位于本辖区内的证明材料；

(2) A basic-level legal service worker shall submit his practice certificate, a reference letter issued by the basic-level legal service office, and the certification documents on the fact that one party to the case is within its jurisdiction.

（三）当事人的近亲属应当提交身份证件和与委托人有近亲属关系的证明材料；

(3) A close relative of the party shall submit his identity certificate and the certification documents on the fact that he is a close relative of the party.

（四）当事人的工作人员应当提交身份证件和与当事人有合法劳动人事关系的证明材料；

(4) An employee of the party shall submit his identity certificate and the certification documents on his legal labor relationship with the party.

（五）当事人所在社区、单位推荐的公民应当提交身份证件、推荐材料和当事人属于该社区、单位的证明材料；

(5) A citizen recommended by the community or employer of the party shall submit his identity certificate, the recommendation materials, and the certification documents on the fact that the party belongs to the community or employer.

（六）有关社会团体推荐的公民应当提交身份证件和符合本解释第八十七条规定条件的证明材料。



[CLI Code]CLI.3.5115567(EN)

(6) A citizen recommended by a relevant social group shall submit his identity certificate and the certification materials on satisfaction of the conditions as set out in Article 87 of this Interpretation.


**第八十九条** 当事人向人民法院提交的授权委托书，应当在开庭审理前送交人民法院。

授权委托书仅写"全权代理"而无具体授权的，诉讼代理人无权代为承认、放弃、变更诉讼请求，进行和解，提出反诉或者提起上诉。

**Article 89** The power of attorney to be submitted by a party to the people's court shall be submitted before the court session. If the power of attorney only states the words "general agency" without a specific authorization, the litigation representative shall have no right to admit, waive or alter claims, conduct mediation, or file a counterclaim or appeal for the party.


适用简易程序审理的案件，双方当事人同时到庭并径行开庭审理的，可以当场口头委托诉讼代理人，由人民法院记入笔录。

For a case tried under summary procedure, where both parties appear before the court at the same time and a court session is held to try the case, they may retain litigation representatives verbally on the spot, which shall be included in the transcripts by the people's court.


四、证据

**IV**. Evidence


**第九十条** 当事人对自己提出的诉讼请求所依据的事实或者反驳对方诉讼请求所依据的事实，应当提供证据加以证明，但法律另有规定的除外。

**Article 90** A party shall provide evidence to prove the facts on which his claims are based or to repudiate the facts on which the claims of the other party are based, unless it is otherwise prescribed by any law.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

在作出判决前，当事人未能提供证据或者证据不足以证明其事实主张的，由负有举证证明责任的当事人承担不利的后果。

Where a party fails to provide evidence or the evidence provided is insufficient to support his claims before a judgment is entered, the party bearing the burden of proof shall take the adverse consequences.

第九十一条　人民法院应当依照下列原则确定举证证明责任的承担，但法律另有规定的除外：

**Article 91** A people's court shall determine the carrying of burden of proof under the following principles, unless it is otherwise prescribed by any law:

（一）主张法律关系存在的当事人，应当对产生该法律关系的基本事实承担举证证明责任；

(1) A party claiming the existence of a legal relationship shall carry the burden of proof on the basic facts giving rise to the legal relationship.

（二）主张法律关系变更、消灭或者权利受到妨害的当事人，应当对该法律关系变更、消灭或者权利受到妨害的基本事实承担举证证明责任。

(2) A party claiming the modification or extinction of a legal relationship or the impairment of a right shall carry the burden of proof on the basic facts about the modification or extinction of a legal relationship or the impairment of a right.

第九十二条　一方当事人在法庭审理中，或者在起诉状、答辩状、代理词等书面材料中，对于已不利的事实明确表示承认的，另一方当事人无需举证证明。

[CLI Code]CLI.3.5115567(EN)

**Article 92** Where one party expressly acknowledges the facts unfavorable to it in a court session or in such a written material as the written complaint, written statement of defense or statement of attorney, the other party does not need to provide proof.

对于涉及身份关系、国家利益、社会公共利益等应当由人民法院依职权调查的事实，不适用前款自认的规定。

For facts concerning an identity relationship, national interests or public interests which the people's court shall investigate into based on their powers and functions, the preceding paragraph shall not apply.

自认的事实与查明的事实不符的，人民法院不予确认。

Where the facts acknowledged by a party are inconsistent with the facts verified, the people's court will not confirm them.

第九十三条　下列事实，当事人无须举证证明：

**Article 93** A party need not provide evidence for the following facts:

（一）自然规律以及定理、定律；

(1) Natural laws and theorems.

（二）众所周知的事实；

(2) Facts known to all.

（三）根据法律规定推定的事实；

(3) Facts deduced from legal provisions.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

（四）根据已知的事实和日常生活经验法则推定出的另一事实；

(4) Facts established on the basis of known facts and daily life experience.

（五）已为人民法院发生法律效力的裁判所确认的事实；

(5) Facts confirmed by effective rulings issued by people's courts.

（六）已为仲裁机构生效裁决所确认的事实；

(6) Facts confirmed by effective awards rendered by arbitration agencies.

（七）已为有效公证文书所证明的事实。

(7) Facts proven by effective notarization documents.

前款第二项至第四项规定的事实，当事人有相反证据足以反驳的除外；第五项至第七项规定的事实，当事人有相反证据足以推翻的除外。

The facts mentioned in subparagraphs (2) through (4) shall be excluded if the party has contrary evidence that suffices to refute, and the facts mentioned in subparagraphs (5) through (7) shall be excluded if the party has contrary evidence that suffices to overturn.

第九十四条　民事诉讼法第六十七条第二款规定的当事人及其诉讼代理人因客观原因不能自行收集的证据包括：

Article 94 The evidence that a party and its litigation representative are unable to collect for some objective reasons as mentioned in paragraph 2, Article 67 of the Civil Procedure Law includes:

（一）证据由国家有关部门保存，当事人及其诉讼代理人无权查阅调取的；

(1) Evidence that is preserved by the relevant state authority and to which both the party and its litigation representative have no access for consulting and taking.

（二）涉及国家秘密、商业秘密或者个人隐私的；

(2) Evidence concerning state secrets, trade secrets or personal privacy.

（三）当事人及其诉讼代理人因客观原因不能自行收集的其他证据。

(3) Other evidence that the party and its litigation representative are unable to collect for some objective reasons

当事人及其诉讼代理人因客观原因不能自行收集的证据，可以在举证期限届满前书面申请人民法院调查收集。

For evidence that a party and its litigation representative are unable to collect for some objective reasons, the party may apply in written to the people's court for investigation and collection before the expiry of the evidence-producing term.

第九十五条　当事人申请调查收集的证据，与待证事实无关联、对证明待证事实无意义或者其他无调查收集必要的，人民法院不予准许。

**Article 95** If the evidence that a party applies for investigation and collection is irrelevant or meaningless to the facts to be proven or is otherwise unnecessary to collect upon investigation, the people's court shall not approve.

第九十六条　民事诉讼法第六十七条第二款规定的人民法院认为审理案件需要的证据包括：

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

**Article 96** The evidence that the people's court considers necessary for trying a case as mentioned in paragraph 2, Article 67 of the Civil Procedure Law includes:

（一）涉及可能损害国家利益、社会公共利益的；

(1) Evidence that may damage national interests or public interests.

（二）涉及身份关系的；

(2) Evidence concerning any identity relationship.

（三）涉及民事诉讼法第五十八条规定诉讼的；

(3) Evidence concerning an action mentioned in Article 58 of the Civil Procedure Law.

（四）当事人有恶意串通损害他人合法权益可能的；

(4) There is a possibility that the parties, maliciously in collusion, attempt to infringe upon the lawful rights and interests of others.

（五）涉及依职权追加当事人、中止诉讼、终结诉讼、回避等程序性事项的。

(5) Evidence concerning such procedural matters as adding a party, suspending the trial, terminating the trial and disqualification based on its powers and functions.

除前款规定外，人民法院调查收集证据，应当依照当事人的申请进行。

Except for the evidence mentioned in the preceding paragraph, the people's court shall investigate and collect evidence upon the application of a party.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第九十七条　人民法院调查收集证据，应当由两人以上共同进行。调查材料要由调查人、被调查人、记录人签名、捺印或者盖章。

**Article 97** A people's court shall assign two or more persons to jointly investigate and collect evidence. The investigation materials shall be signed, fingerprinted or sealed by the investigators, the respondent and the recording personnel.

第九十八条　当事人根据民事诉讼法第八十四条第一款规定申请证据保全的，可以在举证期限届满前书面提出。

**Article 98** A party that applies for evidence preservation in accordance with the provision of paragraph 1, Article 84 of the Civil Procedure Law may submit an application in writing before the expiration of the time limit for adducing evidence.

证据保全可能对他人造成损失的，人民法院应当责令申请人提供相应的担保。

Where evidence preservation may cause any loss to others, the people's court shall order the party to provide corresponding security.

第九十九条　人民法院应当在审理前的准备阶段确定当事人的举证期限。举证期限可以由当事人协商，并经人民法院准许。

**Article 99** A people's court shall determine the time limit for adducing evidence by a party during the preparatory stage before trial. The time limit for adducing evidence may be negotiated by the parties, subject to permission of the people's court.

人民法院确定举证期限，第一审普通程序案件不得少于十五日，当事人提供新的证据的第二审案件不得少于十日。



[CLI Code]CLI.3.5115567(EN)

The time limit for adducing evidence determined by a people's court shall not be less than 15 days for a case under the formal procedure at first instance, and shall not be less than 10 days for a case under the procedure at second instance in which a party provides new evidence.

举证期限届满后，当事人对已经提供的证据，申请提供反驳证据或者对证据来源、形式等方面的瑕疵进行补正的，人民法院可以酌情再次确定举证期限，该期限不受前款规定的限制。

Where a party applies for providing rebuttal evidence against evidence provided or providing supplements and corrections for defects in the source, form, and other aspects of evidence after the expiry of the time limit for adducing evidence, a people's court may, at its discretion, re-determine the time limit for adducing evidence, which is not subject to the provision of the preceding paragraph.

**第一百条**　当事人申请延长举证期限的，应当在举证期限届满前向人民法院提出书面申请。

**Article 100** A party that applies for an extension the time limit for adducing evidence shall submit an application in writing before the expiration of the time limit for adducing evidence.

申请理由成立的，人民法院应当准许，适当延长举证期限，并通知其他当事人。延长的举证期限适用于其他当事人。

Where the grounds for the application are tenable, a people's court shall grant permission, appropriately extend the time limit for adducing evidence, and notify other parties. The extended time limit for adducing evidence shall be applicable to other parties.

申请理由不成立的，人民法院不予准许，并通知申请人。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

Where the grounds for the application are not tenable, the people's court shall not grant permission, but shall notify the applicant.

第一百零一条　当事人逾期提供证据的，人民法院应当责令其说明理由，必要时可以要求其提供相应的证据。

**Article 101** Where a party provides any evidence beyond the time limit, the people's court shall order the party to provide an explanation, and may request the party to provide corresponding evidence, if necessary.

当事人因客观原因逾期提供证据，或者对方当事人对逾期提供证据未提出异议的，视为未逾期。

Where a party provides evidence beyond the time limit for objective reasons or the other party does not raise any objection against the evidence provided beyond the time limit, it is not deemed overdue.

第一百零二条　当事人因故意或者重大过失逾期提供的证据，人民法院不予采纳。但该证据与案件基本事实有关的，人民法院应当采纳，并依照民事诉讼法第六十八条、第一百一十八条第一款的规定予以训诫、罚款。

**Article 102** Evidence provided by a party beyond the time limit deliberately or due to gross negligence shall be inadmissible by a people's court. But the evidence that is related to the basic facts of the case shall be admissible by the people's court, which shall impose an admonition or a fine in accordance with the provisions of Article 68 and paragraph 1, Article 118 of the Civil Procedure Law.

当事人非因故意或者重大过失逾期提供的证据，人民法院应当采纳，并对当事人予以训诫。

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

Evidence provided by a party beyond the time limit not deliberately or due to gross negligence shall be admissible by a people's court, which shall impose an admonition on the party.

当事人一方要求另一方赔偿因逾期提供证据致使其增加的交通、住宿、就餐、误工、证人出庭作证等必要费用的，人民法院可予支持。

Where a party claims compensation by the other party for costs of transportation, accommodation, meals, lost labor, witness presenting at court, and other necessary expenses arising from overdue provision of evidence, a people's court may support the claim.

**第一百零三条**　证据应当在法庭上出示，由当事人互相质证。未经当事人质证的证据，不得作为认定案件事实的根据。

**Article 103** Evidence shall be presented in court and cross-examined by the parties. Evidence without cross-examination by the parties shall not be regarded as the basis for deciding the facts of a case.

当事人在审理前的准备阶段认可的证据，经审判人员在庭审中说明后，视为质证过的证据。

A party's evidence admissible during the preparatory phase before hearing is deemed evidence cross-examined upon explanation by judges during court hearing.

涉及国家秘密、商业秘密、个人隐私或者法律规定应当保密的证据，不得公开质证。

Evidence that involves any state secret, trade secret and individual privacy or shall be kept confidential according to the law shall not be cross-examined in public.

**第一百零四条**　人民法院应当组织当事人围绕证据的真实性、合法性以及与待证事实的关联性进行质证，并针对证据有无证明力和证明力大小进行说明和辩论。

[CLI Code]CLI.3.5115567(EN)

**Article 104** A people's court shall organize the parties to make cross-examination on the authenticity and legitimacy of evidence and the relevance of the evidence to be investigated, and explain and debate on the existence or not and degree of the probative force of the evidence.

能够反映案件真实情况、与待证事实相关联、来源和形式符合法律规定的证据，应当作为认定案件事实的根据。

Evidence that can reflect the reality of a case and is related with the facts to be proved and whose source and form conform to the provisions of laws shall be a basis for deciding the facts of a case.

第一百零五条　人民法院应当按照法定程序，全面、客观地审核证据，依照法律规定，运用逻辑推理和日常生活经验法则，对证据有无证明力和证明力大小进行判断，并公开判断的理由和结果。

**Article 105** A people's court shall, in accordance with legal procedures, comprehensively and objectively examine and verify evidence; utilize logical reasoning and daily life rules to judge the existence of the probative force of evidence or not and the degree of the probative force according to the law and publicize the reasons and results of the judgment.

第一百零六条　对以严重侵害他人合法权益、违反法律禁止性规定或者严重违背公序良俗的方法形成或者获取的证据，不得作为认定案件事实的根据。

**Article 106** Evidence formed or acquired by serious infringement upon the lawful rights and interests of others, violation of the law prohibitions or serious breach of public order and good custom shall not be a basis for deciding the facts of a case.

第一百零七条　在诉讼中，当事人为达成调解协议或者和解协议作出妥协而认可的事实，不得在后续的诉讼中作为对其不利的根据，但法律另有规定或者当事人均同意的除外。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**Article 107** In lawsuits, facts accepted by the parties by compromise for the purpose of reaching a reconciliation agreement or a settlement agreement shall not be regarded as basis adverse thereto in the subsequent lawsuits, except as otherwise specified by laws or agreed by the parties.

第一百零八条　对负有举证证明责任的当事人提供的证据，人民法院经审查并结合相关事实，确信待证事实的存在具有高度可能性的，应当认定该事实存在。

**Article 108** For evidence provided by a party who bears the burden of proof, where a people's court finds out high possibility of existence of the facts to be investigated upon examination in combination with relevant facts, it shall be held that the facts exist.

对一方当事人为反驳负有举证证明责任的当事人所主张事实而提供的证据，人民法院经审查并结合相关事实，认为待证事实真伪不明的，应当认定该事实不存在。

For evidence provided by a party for the purpose of refuting the facts claimed by the party who bears the burden of proof, where a people's court believes whether the facts to be investigated are true or false is not clear upon examination in combination with relevant facts, it shall be held that the facts do not exist.

法律对于待证事实所应达到的证明标准另有规定的，从其规定。

Where a law provides otherwise for the evidence standards for the facts to be proved, such standards shall prevail.

第一百零九条　当事人对欺诈、胁迫、恶意串通事实的证明，以及对口头遗嘱或者赠与事实的证明，人民法院确信该待证事实存在的可能性能够排除合理怀疑的，应当认定该事实存在。

北大法宝 让法律更智能 PKULAW.COM  [CLI Code]CLI.3.5115567(EN)

**Article 109** For proof of facts concerning fraud, duress, and malicious collusion, as well as proof of facts concerning oral will or gift by a party, where a people's court is convinced that the possibility for the existence of the facts to be investigated are beyond a reasonable doubt, it shall be held that such facts exist.

第一百一十条　人民法院认为有必要的，可以要求当事人本人到庭，就案件有关事实接受询问。在询问当事人之前，可以要求其签署保证书。

**Article 110** A people's court, if considers it necessary, may require the parties to appear in court in person, for questioning on the relevant facts of a case; and may request the parties to sign letters of guarantee before questioning.

保证书应当载明据实陈述、如有虚假陈述愿意接受处罚等内容。当事人应当在保证书上签名或者捺印。

The letters of guarantee shall specify that statements are to be made according to the facts and the statement maker will be willing to accept punishment if any misrepresentation is made, and so on. The parties shall sign or affix seals on the letters of guarantee.

负有举证证明责任的当事人拒绝到庭、拒绝接受询问或者拒绝签署保证书，待证事实又欠缺其他证据证明的，人民法院对其主张的事实不予认定。

Where a party who bears the burden of proof refuses to appear in court, accept questioning, or sign the letter of guarantee, and there is lack of other evidence to prove the facts to be investigated, a people's court shall not assert the facts claimed.

第一百一十一条　民事诉讼法第七十三条规定的提交书证原件确有困难，包括下列情形：

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**Article 111** Where it is indeed difficult to provide the original copy of documentary evidence as set forth in Article 73 of the Civil Procedure Law, including the following circumstances:

（一）书证原件遗失、灭失或者毁损的；

(1) The original copy of documentary evidence is lost, extinguished or damaged.

（二）原件在对方当事人控制之下，经合法通知提交而拒不提交的；

(2) The original copy, under control of the other party, is refused to be submitted despite lawful notification of submission.

（三）原件在他人控制之下，而其有权不提交的；

(3) The original copy is under the control of another person who is entitled not to submit it.

（四）原件因篇幅或者体积过大而不便提交的；

(4) It is inconvenient to submit the original copy because of excess space or volume.

（五）承担举证证明责任的当事人通过申请人民法院调查收集或者其他方式无法获得书证原件的。

(5) A party who bears the burden of proof is unable to obtain the original copy of documentary evidence through applying for investigation and collection by a people's court or other ways.

前款规定情形，人民法院应当结合其他证据和案件具体情况，审查判断书证复制品等能否作为认定案件事实的根据。

54/263



[CLI Code]CLI.3.5115567(EN)

Under the aforesaid circumstances, a people's court shall review to determine whether the duplicate of the documentary evidence is able to be regarded as the basis for deciding the facts of a case, in combination with other evidence and the specific circumstances of the case.

第一百一十二条　书证在对方当事人控制之下的，承担举证证明责任的当事人可以在举证期限届满前书面申请人民法院责令对方当事人提交。

**Article 112** Where the documentary evidence is under the control of the other party, the party who bears the burden of proof may submit a written application requesting the people's court to order the other party to submit it before the expiry of the time limit for adducing evidence.

申请理由成立的，人民法院应当责令对方当事人提交，因提交书证所产生的费用，由申请人负担。对方当事人无正当理由拒不提交的，人民法院可以认定申请人所主张的书证内容为真实。

Where the grounds for the application are tenable, a people's court shall order the other party to submit. The expenses arising from the submission of documentary evidence shall be assumed by the applicant. Where the other party refuses to submit without justified reason, a people's court may identify that the contents of the documentary evidence adduced by the applicant are true.

第一百一十三条　持有书证的当事人以妨碍对方当事人使用为目的，毁灭有关书证或者实施其他致使书证不能使用行为的，人民法院可以依照民事诉讼法第一百一十四条规定，对其处以罚款、拘留。

**Article 113** Where a party holding the documentary evidence destroys relevant documentary evidence or implements other behavior that makes the documentary evidence be unable to be used for the purpose of impeding the use by the other party, a people's court may, in accordance with the provision of Article 114 of the Civil Procedure Law, impose a fine or detention.



[CLI Code]CLI.3.5115567(EN)

第一百一十四条 国家机关或者其他依法具有社会管理职能的组织，在其职权范围内制作的文书所记载的事项推定为真实，但有相反证据足以推翻的除外。必要时，人民法院可以要求制作文书的机关或者组织对文书的真实性予以说明。

Article 114 The matters recorded in the documents prepared by a State organ or another organization with social management functions according to law within their scope of functions shall be presumed to be true, except as otherwise overthrown by sufficient contrary evidence. When necessary, a people's court may request the organ or organization to explain the authenticity of the documents.

第一百一十五条 单位向人民法院提出的证明材料，应当由单位负责人及制作证明材料的人员签名或者盖章，并加盖单位印章。人民法院就单位出具的证明材料，可以向单位及制作证明材料的人员进行调查核实。必要时，可以要求制作证明材料的人员出庭作证。

Article 115 The evidentiary materials produced by an entity to a people's court shall be signed or sealed by the person in charge and the preparer of the entity, with the seal of the entity to be affixed. A people's court may conduct an investigation of the evidentiary materials on the entity and the preparer of the evidentiary materials. If necessary, the preparer of the evidentiary material may be requested to appear in court as a witness.

单位及制作证明材料的人员拒绝人民法院调查核实，或者制作证明材料的人员无正当理由拒绝出庭作证的，该证明材料不得作为认定案件事实的根据。

Where an entity and a preparer of the evidentiary materials refuse the investigation of a people's court or a preparer of the evidentiary materials refuses to appear in court without justified reasons, the evidentiary materials shall not be a basis for deciding the facts of a case.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**第一百一十六条**　视听资料包括录音资料和影像资料。

**Article 116** Audio-visual recordings shall include audio recordings and video recordings.

电子数据是指通过电子邮件、电子数据交换、网上聊天记录、博客、微博客、手机短信、电子签名、域名等形成或者存储在电子介质中的信息。

Electronic data shall include e-mails, electronic data interchange, online chatting records, blog, micro-blog, SMS, electronic signatures, domains and other information formed or stored in electronic media.

存储在电子介质中的录音资料和影像资料，适用电子数据的规定。

The provisions on electronic data shall apply to the audio recordings and video recordings stored in electronic media.

**第一百一十七条**　当事人申请证人出庭作证的，应当在举证期限届满前提出。

**Article 117** A party that applies for the presence of a witness in court shall propose before the expiry of the time limit for adducing evidence.

符合本解释第九十六条第一款规定情形的，人民法院可以依职权通知证人出庭作证。

Where the circumstances as set forth in paragraph 1, Article 96 of these Interpretations are satisfied, a people's court may notify witnesses of testifying in court according to the powers.

未经人民法院通知，证人不得出庭作证，但双方当事人同意并经人民法院准许的除外。

Without notice by a people's court, a witness may not testify in court, except as agreed by the two parties and permitted by a people's court.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第一百一十八条　民事诉讼法第七十七条规定的证人因履行出庭作证义务而支出的交通、住宿、就餐等必要费用，按照机关事业单位工作人员差旅费用和补贴标准计算；误工损失按照国家上年度职工日平均工资标准计算。

Article 118 The travel, room and board, meal, and other necessary expenses of a witness for performing his or her obligation of testifying in court as set forth in Article 77 of the Civil Procedure Law shall be calculated according to the standards of travel expenses and subsidies for staff of organs and public institutions. Loss of working time shall be calculated as per the standard of national average daily pay of employees in the prior year.

人民法院准许证人出庭作证申请的，应当通知申请人预缴证人出庭作证费用。

A people's court allowing witnesses to testify in court shall notify the applicant of prepaying the expenses of witness presenting at court.

第一百一十九条　人民法院在证人出庭作证前应当告知其如实作证的义务以及作伪证的法律后果，并责令其签署保证书，但无民事行为能力人和限制民事行为能力人除外。

Article 119 A people's court shall inform the witness of the obligation of testifying truthfully and the legal consequence of giving false testimony and order the witness to sign a letter of guarantee, before the witness appears in court to testify, except persons without capacity for civil conduct and persons with limited capacity for civil conduct.

证人签署保证书适用本解释关于当事人签署保证书的规定。

The relevant provisions of these Interpretations shall apply to parties' signing of a letter of guarantee.

第一百二十条　证人拒绝签署保证书的，不得作证，并自行承担相关费用。

58/263



[CLI Code]CLI.3.5115567(EN)

**Article 120** A witness who refuses to sign a letter of guarantee shall not testify and shall assume relevant expenses.

第一百二十一条　当事人申请鉴定，可以在举证期限届满前提出。申请鉴定的事项与待证事实无关联，或者对证明待证事实无意义的，人民法院不予准许。

**Article 121** A party that applies for identification may propose before the expiry of the time limit for adducing evidence. Matters applied for identification which are irrelevant to the facts to be investigated or meaningless for the facts to be investigated shall not be permitted by a people's court.

人民法院准许当事人鉴定申请的，应当组织双方当事人协商确定具备相应资格的鉴定人。当事人协商不成的，由人民法院指定。

A people's court that permits the parties to apply for identification shall organize the parties to determine the qualified identification experts upon negotiations. Where negotiations of parties fail, identifiers shall be designated by a people's court.

符合依职权调查收集证据条件的，人民法院应当依职权委托鉴定，在询问当事人的意见后，指定具备相应资格的鉴定人。

Where the conditions for investigating and collecting evidence according to the powers are satisfied, a people's court shall entrust identification according to the powers and designate qualified identification experts after seeking opinions of the parties.

第一百二十二条　当事人可以依照民事诉讼法第八十二条的规定，在举证期限届满前申请一至二名具有专门知识的人出庭，代表当事人对鉴定意见进行质证，或者对案件事实所涉及的专业问题提出意见。



[CLI Code]CLI.3.5115567(EN)

**Article 122** A party may, in accordance with the provisions of Article 82 of the Civil Procedure Law, apply for inviting one to two persons with expertise to appear in court to conduct cross-examination on the expert opinions on behalf of the party or propose opinions on the specialized issues involved in the facts of a case, before the expiry of the time limit for adducing evidence.

具有专门知识的人在法庭上就专业问题提出的意见，视为当事人的陈述。

Opinions proposed by persons with expertise in court on the specialized issues are deemed statements of the parties.

人民法院准许当事人申请的，相关费用由提出申请的当事人负担。

Where an application of a party is permitted by a people's court, relevant expenses shall be assumed by the applying party.

第一百二十三条　人民法院可以对出庭的具有专门知识的人进行询问。经法庭准许，当事人可以对出庭的具有专门知识的人进行询问，当事人各自申请的具有专门知识的人可以就案件中的有关问题进行对质。

**Article 123** A people's court may cross-examine persons with expertise appearing in court. Permitted by the court, the parties may cross-examine persons with expertise appearing in court. Persons with expertise respectively applied for by the parties may confront on relevant issues of a case.

具有专门知识的人不得参与专业问题之外的法庭审理活动。

Persons with expertise may not participate in court hearing activities other than those on the specialized issues.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第一百二十四条　人民法院认为有必要的，可以根据当事人的申请或者依职权对物证或者现场进行勘验。勘验时应当保护他人的隐私和尊严。

**Article 124** A people's court, where it considers necessary, may survey the physical evidence or site according to the application of a party or the powers. The privacy and dignity of others shall be protected in survey.

人民法院可以要求鉴定人参与勘验。必要时，可以要求鉴定人在勘验中进行鉴定。

A people's court may require the identification expert to participate in the survey; and may require the identification expert to conduct identification in survey.

五、期间和送达

**V**. Periods and Service of Process

第一百二十五条　依照民事诉讼法第八十五条第二款规定，民事诉讼中以时起算的期间从次时起算；以日、月、年计算的期间从次日起算。

**Article 125** In accordance with the provision of paragraph 2, Article 85 of the Civil Procedure Law, all the time periods calculated by hour in civil proceedings shall start from the next hour. Periods calculated by day, month and year shall start from the next day.

第一百二十六条　民事诉讼法第一百二十六条规定的立案期限，因起诉状内容欠缺通知原告补正的，从补正后交人民法院的次日起算。由上级人民法院转交下级人民法院立案的案件，从受诉人民法院收到起诉状的次日起算。

**Article 126** The time limit for docketing a case as prescribed in Article 126 of the Civil Procedure Law, if the bill of complaint is not complete and the plaintiff is notified of supplementing it, shall start from the next day after the plaintiff has supplemented the bill of complaint. For a case

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

transferred to a people's court at a lower level by a people's court at a higher level, it shall start from the next day after the people's court in which the action is instituted receives the bill of complaint.

第一百二十七条　民事诉讼法第五十九条第三款、第二百一十二条以及本解释第三百七十二条、第三百八十二条、第三百九十九条、第四百二十条、第四百二十一条规定的六个月，民事诉讼法第二百三十条规定的一年，为不变期间，不适用诉讼时效中止、中断、延长的规定。

**Article 127** The period of six months as prescribed in paragraph 3, Article 59 and Article 212 of the Civil Procedure Law and Articles 372, 382, 399, 420, and 421 of this Interpretation and the period of one year as prescribed in Article 230 of the Civil Procedure Law shall be the invariable periods to which the provisions on the suspension, interruption or extension of time limitations for instituting an action shall not apply.

第一百二十八条　再审案件按照第一审程序或者第二审程序审理的，适用民事诉讼法第一百五十二条、第一百八十三条规定的审限。审限自再审立案的次日起算。

**Article 128** Where a case is retried under the procedure at first instance or the procedure at second instance, the time limit for completing the trial as prescribed in Article 152 and Article 183 of the Civil Procedure Law shall apply. The time limit for completing the trial shall start from the next day after the retrial case is docketed.

第一百二十九条　对申请再审案件，人民法院应当自受理之日起三个月内审查完毕，但公告期间、当事人和解期间等不计入审查期限。有特殊情况需要延长的，由本院院长批准。

**Article 129** A people's court shall complete the review of a retrial case within three months upon the receipt of the application. However, the announcement period, the periods for reconciliation of the

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

litigants, and other periods shall not be included in the period of review. Extension, if necessary, under special circumstances, shall be subject to approval of the president of the court.

第一百三十条　向法人或者其他组织送达诉讼文书，应当由法人的法定代表人、该组织的主要负责人或者办公室、收发室、值班室等负责收件的人签收或者盖章，拒绝签收或者盖章的，适用留置送达。

**Article 130** For the service of litigation documents on a legal person or other organization, the legal representative of the legal person or the main person in-charge of the organization or the person in the office, mail room or janitor's room responsible for receipt of mails shall sign for litigation documents or affix seals; otherwise, the service by leaving the rejected legal document at the place of abode shall be applied.

民事诉讼法第八十九条规定的有关基层组织和所在单位的代表，可以是受送达人住所地的居民委员会、村民委员会的工作人员以及受送达人所在单位的工作人员。

The representatives of relevant grassroots organizations and entities as provided in Article 89 of the Civil Procedure Law may be neighborhood committees of the recipients, employees of the villagers' committees, and employees of the entities of the recipients.

第一百三十一条　人民法院直接送达诉讼文书的，可以通知当事人到人民法院领取。当事人到达人民法院，拒绝签署送达回证的，视为送达。审判人员、书记员应当在送达回证上注明送达情况并签名。

**Article 131** For the service of litigation documents directly served by a people's court, the parties may be notified of receiving at the people's court. Where a party refuses to sign a service acknowledgement at the people's court, it is deemed served. Judges and court clerks shall indicate the situation of service and sign on the service acknowledgement.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

人民法院可以在当事人住所地以外向当事人直接送达诉讼文书。当事人拒绝签署送达回证的，采用拍照、录像等方式记录送达过程即视为送达。审判人员、书记员应当在送达回证上注明送达情况并签名。

A people's court may directly serve the litigation document on parties in locations other than the places of their domiciles. Where a party refuses to sign a service acknowledgement, the service of process shall be recorded by photograph, video and other means, and the process is deemed served. Judges and court clerks shall indicate the situation of service and sign on the service acknowledgement.

第一百三十二条　受送达人有诉讼代理人的，人民法院既可以向受送达人送达，也可以向其诉讼代理人送达。受送达人指定诉讼代理人为代收人的，向诉讼代理人送达时，适用留置送达。

Article 132 If the recipient has a litigation representative, the people's court may serve the legal document either on the recipient or on his litigation representative. If the recipient has designated his litigation representative for receipt of legal document, the service by leaving the rejected legal document at the place of abode may be applied in the case of service of a legal document on the litigation representative.

第一百三十三条　调解书应当直接送达当事人本人，不适用留置送达。当事人本人因故不能签收的，可由其指定的代收人签收。

Article 133 A consent judgment shall be served directly on the parties concerned, and the service by leaving the rejected legal document at the place of abode shall not be applied. If any parties concerned cannot sign for the consent judgment by himself for certain reasons, he can designate an agent for doing so.

Saved on: 06/30/2026

第一百三十四条　依照民事诉讼法第九十一条规定，委托其他人民法院代为送达的，委托法院应当出具委托函，并附需要送达的诉讼文书和送达回证，以受送达人在送达回证上签收的日期为送达日期。

**Article 134** If a litigation document is served by the entrusted people's court in accordance with the provision of Article 91 of the Civil Procedure Law, the entrusting people's court shall issue a power of attorney and attach the litigation document for service and the service acknowledgement, and the date stated by the recipient on the service acknowledgement shall be the date of service.

委托送达的，受委托人民法院应当自收到委托函及相关诉讼文书之日起十日内代为送达。

For a service of process through entrustment, the entrusted people's court shall vicariously complete service of process within ten days upon receipt of the letter of entrustment and relevant litigation documents.

第一百三十五条　电子送达可以采用传真、电子邮件、移动通信等即时收悉的特定系统作为送达媒介。

**Article 135** Process may be served electronically via fax, email, mobile communications and other specific systems.

民事诉讼法第九十条第二款规定的到达受送达人特定系统的日期，为人民法院对应系统显示发送成功的日期，但受送达人证明到达其特定系统的日期与人民法院对应系统显示发送成功的日期不一致的，以受送达人证明到达其特定系统的日期为准。

The date of reaching the specific system of the person to be served as provided in paragraph 2, Article 90 of the Civil Procedure Law shall be the date of successful service of process as indicated in the corresponding system of the people's court. However, where the date of reaching the specific



[CLI Code]CLI.3.5115567(EN)

system as proved by the person to be served is inconsistent with the date of successful service of process as indicated in the corresponding system of the people's court, the former shall prevail.

第一百三十六条　受送达人同意采用电子方式送达的，应当在送达地址确认书中予以确认。

**Article 136** Where a person to be served agrees to adopt electronic service, it shall be confirmed in the confirmation form for service address.

第一百三十七条　当事人在提起上诉、申请再审、申请执行时未书面变更送达地址的，其在第一审程序中确认的送达地址可以作为第二审程序、审判监督程序、执行程序的送达地址。

**Article 137** Where a party does not change the address for service in writing in application for appeal, retrial or execution, his address for service as confirmed in the procedure of the first instance may be the address for service of the procedure of the second instance, the procedure of supervision of adjudication, and the execution procedure.

第一百三十八条　公告送达可以在法院的公告栏和受送达人住所地张贴公告，也可以在报纸、信息网络等媒体上刊登公告，发出公告日期以最后张贴或者刊登的日期为准。对公告送达方式有特殊要求的，应当按要求的方式进行。公告期满，即视为送达。

**Article 138** For the service of process by announcement, an announcement shall be posted on the bulletin board of the court or at the domicile of the person to be served. An announcement may also be published in newspaper, information networks and other media. The last posting or publishing date shall prevail for the date of announcement. Where there are special requirements for the service by announcement, the announcement shall be made in the required manner. After expiration of the term of announcement, the process is deemed served.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

人民法院在受送达人住所地张贴公告的，应当采取拍照、录像等方式记录张贴过程。

Where a people's court posts an announcement at a domicile of the person to be served, the process of posting shall be recorded by photograph, video and other means.

第一百三十九条　公告送达应当说明公告送达的原因；公告送达起诉状或者上诉状副本的，应当说明起诉或者上诉要点，受送达人答辩期限及逾期不答辩的法律后果；公告送达传票，应当说明出庭的时间和地点及逾期不出庭的法律后果；公告送达判决书、裁定书的，应当说明裁判主要内容，当事人有权上诉的，还应当说明上诉权利、上诉期限和上诉的人民法院。

Article 139 The reasons for service of process by announcement shall be explained. For the service of the duplicate of a bill of complaint or a petition for appeal by announcement, the people's court shall indicate the key points of complaint or appeal, the term for the person to be served to make defense as well as the legal consequences if the recipient fails to make defense within the stipulated term. For the service of a summons by announcement, the people's court shall indicate the place and time for court appearance as well as the legal consequences for failure to appear in court at the designated place and time. For the service of a judgment or ruling, the people's court shall indicate main adjudication items, as well as the rights of appeal, term of appeal and the appellate people's court, where a party is entitled to appeal.

第一百四十条　适用简易程序的案件，不适用公告送达。

Article 140 Where a case is heard under summary procedure, service by announcement shall not be applicable.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

第一百四十一条　人民法院在定期宣判时，当事人拒不签收判决书、裁定书的，应视为送达，并在宣判笔录中记明。

**Article 141** If any party rejects to sign for a judgment or ruling when the people's court pronounces a judgment or ruling at fixed time, the process is deemed served, and the circumstance shall be indicated in the transcripts of pronouncement.

六、调解

**VI**. Mediation

第一百四十二条　人民法院受理案件后，经审查，认为法律关系明确、事实清楚，在征得当事人双方同意后，可以径行调解。

**Article 142** If, after acceptance of a case, the people's court considers upon examination that the legal relationship is explicit and facts are clear, it can directly conduct mediation after having solicited the consent of both parties.

第一百四十三条　适用特别程序、督促程序、公示催告程序的案件，婚姻等身份关系确认案件以及其他根据案件性质不能进行调解的案件，不得调解。

**Article 143** No mediation may be made for cases heard under special procedure, supervision procedure, and public notice procedure, cases confirming marriage and other personal status relationship, and other cases for which mediation may not be made according to the nature of cases.

第一百四十四条　人民法院审理民事案件，发现当事人之间恶意串通，企图通过和解、调解方式侵害他人合法权益的，应当依照民事诉讼法第一百一十五条的规定处理。

**Article 144** A people's court that discovers that parties, maliciously in collusion, attempt to infringe upon the lawful rights and interests of other persons by reconciliation or mediation, in hearing civil cases, shall deal with it in accordance with the provisions of Article 115 of the Civil Procedure Law.

第一百四十五条　人民法院审理民事案件，应当根据自愿、合法的原则进行调解。当事人一方或者双方坚持不愿调解的，应当及时裁判。

**Article 145** When a people's court hears civil cases, it shall conduct mediation on the principle of free will and legality. If one party or both parties are unwilling to conduct mediation, a judgment shall be rendered in a timely manner.

人民法院审理离婚案件，应当进行调解，但不应久调不决。

A people's court shall conduct mediation when hearing the cases of divorce, but shall not conduct long-term mediation without decisive results.

第一百四十六条　人民法院审理民事案件，调解过程不公开，但当事人同意公开的除外。

**Article 146** When a people's court hears civil cases, mediation shall not be made in public, unless as agreed by the parties.

调解协议内容不公开，但为保护国家利益、社会公共利益、他人合法权益，人民法院认为确有必要公开的除外。

The contents of mediation agreements shall not be disclosed, unless when considered necessary by the people's court for the protection of national interests, public interests and the lawful rights and interests of others.

[CLI Code]CLI.3.5115567(EN)

主持调解以及参与调解的人员，对调解过程以及调解过程中获悉的国家秘密、商业秘密、个人隐私和其他不宜公开的信息，应当保守秘密，但为保护国家利益、社会公共利益、他人合法权益的除外。

Persons presiding over and participating in the mediations shall keep the mediation process, as well as the state secrets, trade secrets, personal privacy, and other information inappropriate to be disclosed which are obtained during the mediation process confidential, except for the protection of national interests, public interests and the lawful rights and interests of others.

第一百四十七条　人民法院调解案件时，当事人不能出庭的，经其特别授权，可由其委托代理人参加调解，达成的调解协议，可由委托代理人签名。

Article 147 When the people's court mediates a case, if the parties can not appear in court, upon special authorization, his authorized agent can participate in mediation, and the mediation agreement as concluded may be signed by his authorized agent.

离婚案件当事人确因特殊情况无法出庭参加调解的，除本人不能表达意志的以外，应当出具书面意见。

If one party to a case of divorce cannot appear in court for mediation under a special circumstance, except that party himself cannot express his ideas, he shall present written opinions.

第一百四十八条　当事人自行和解或者调解达成协议后，请求人民法院按照和解协议或者调解协议的内容制作判决书的，人民法院不予准许。

Article 148 Where parties request a people's court to make a written judgment according to the settlement or mediation agreement after reaching an agreement through settlement or mediation themselves, the people's court may not grant permission.

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

无民事行为能力人的离婚案件，由其法定代理人进行诉讼。法定代理人与对方达成协议要求发给判决书的，可根据协议内容制作判决书。

For a case of divorce in which one party is a person of no capacity for civil conduct, his statutory representative shall participate in litigation for him. If the statutory representative reaches an agreement with the other party and requests to issue a judgment, the people's court can prepare a judgment based on the contents of the agreement.

第一百四十九条　调解书需经当事人签收后才发生法律效力的，应当以最后收到调解书的当事人签收的日期为调解书生效日期。

Article 149 The consent judgment shall take effect only after signed by the parties for the service of process. The day when the party that receives the consent judgment behind makes signature shall be the day when the consent judgment comes into effect.

第一百五十条　人民法院调解民事案件，需由无独立请求权的第三人承担责任的，应当经其同意。该第三人在调解书送达前反悔的，人民法院应当及时裁判。

Article 150 A people's court that needs a third party without independent claim to assume liability in the mediation of civil cases shall be subject to the consent of the third party. If the third party retracts before a mediation agreement is served on the party, the people's court shall render a judgment in a timely manner.

第一百五十一条　根据民事诉讼法第一百零一条第一款第四项规定，当事人各方同意在调解协议上签名或者盖章后即发生法律效力的，经人民法院审查确认后，应当记入笔录或者将调解协议附卷，并由当事人、审判人员、书记员签名或者盖章后即具有法律效力。

Article 151 Where it takes effect after parties agree to sign or affix seals on the mediation agreements as provided in paragraph 1 (4), Article 101 of the Civil Procedure Law, it shall be

北大法宝 让法律更智能 PKULAW.COM [CLI Code]CLI.3.5115567(EN)

recorded in the transcripts or be attached in the annex to the mediation agreement upon review and confirmation by the people's court, and become legally binding immediately after both sides and the judges and court clerk affix their signatures or seals to the transcripts.

前款规定情形，当事人请求制作调解书的，人民法院审查确认后可以制作调解书送交当事人。当事人拒收调解书的，不影响调解协议的效力。

Where the parties request the preparation of a consent judgment under the aforesaid circumstances, a people's court may prepare a consent judgment and serve it on the parties upon review and confirmation. Parties' rejection of consent judgment shall not affect the validity of the mediation agreement.

## 七、保全和先予执行

**VII**. Preservation and Advance Execution

**第一百五十二条**　人民法院依照民事诉讼法第一百零三条、第一百零四条规定，在采取诉前保全、诉讼保全措施时，责令利害关系人或者当事人提供担保的，应当书面通知。

**Article 152** Where a people's court orders an interested party or parties concerned to provide security when taking pre-action preservation and litigation preservation measures in accordance with the provisions of Article 103 and Article 104 of the Civil Procedure Law, they shall be notified in writing.

利害关系人申请诉前保全的，应当提供担保。申请诉前财产保全的，应当提供相当于请求保全数额的担保；情况特殊的，人民法院可以酌情处理。申请诉前行为保全的，担保的数额由人民法院根据案件的具体情况决定。



[CLI Code]CLI.3.5115567(EN)

An interested party that applies for pre-action preservation shall provide security. A party applying for pre-action property preservation shall provide security equivalent to the amount of preservation requested. In special circumstances, a people's court may handle it at its discretion. A party applying for pre-action injunction shall provide security in an amount determined by a people's court based on the specific circumstances of the case.

在诉讼中，人民法院依申请或者依职权采取保全措施的，应当根据案件的具体情况，决定当事人是否应当提供担保以及担保的数额。

In a lawsuit, a people's court applying for preservation measures according to the application or powers shall determine whether the parties shall provide security and the amount of such security, based on the specific circumstances of the case.

第一百五十三条　人民法院对季节性商品、鲜活、易腐烂变质以及其他不宜长期保存的物品采取保全措施时，可以责令当事人及时处理，由人民法院保存价款；必要时，人民法院可予以变卖，保存价款。

Article 153 When a people's court adopts the measure for preservation of seasonal goods, fresh or perishable goods, or goods unsuitable for long-time preservation, it can order the party concerned to timely dispose of the said goods and keep money therefrom; and when necessary, the people's court may sell off the said goods and keep the money.

第一百五十四条　人民法院在财产保全中采取查封、扣押、冻结财产措施时，应当妥善保管被查封、扣押、冻结的财产。不宜由人民法院保管的，人民法院可以指定被保全人负责保管；不宜由被保全人保管的，可以委托他人或者申请保全人保管。

Article 154 When a people's court adopts the measures of seizure, detention, or freezing, it shall properly keep the property as seized, detained, or frozen. For property unsuitable to be kept by a

[CLI Code]CLI.3.5115567(EN)

people's court, a people's court may designate the respondent to keep it. For property unsuitable to be kept by the respondent, a people's court may entrust the keeping to others or the preservation applicant.

查封、扣押、冻结担保物权人占有的担保财产，一般由担保物权人保管；由人民法院保管的，质权、留置权不因采取保全措施而消灭。

Security interest occupied by a security interest holder by seizure, detention, or freezing shall generally be kept by the security interest holder. For those kept by a people's court, the right of pledge and the lien shall not be eliminated due to the adoption of preservation measures.

第一百五十五条　由人民法院指定被保全人保管的财产，如果继续使用对该财产的价值无重大影响，可以允许被保全人继续使用；由人民法院保管或者委托他人、申请保全人保管的财产，人民法院和其他保管人不得使用。

Article 155 Property kept by the respondent as designated by a people's court may be continuously used by the respondent, if continuous use has no significant impact on the value of such property. Property kept by a people's court or kept by others and the preservation applicant upon commission shall not be used by the people's court or other keepers.

第一百五十六条　人民法院采取财产保全的方法和措施，依照执行程序相关规定办理。

Article 156 A people's court injunction takes property preservation methods and measures shall handle it in accordance with the relevant provisions of the execution procedure.

第一百五十七条　人民法院对抵押物、质押物、留置物可以采取财产保全措施，但不影响抵押权人、质权人、留置权人的优先受偿权。

北大法宝 PKULAW.COM [CLI Code]CLI.3.5115567(EN)

**Article 157** A people's court may adopt the measure of property preservation to the object under mortgage, pledge or lien, but the mortgagee, pledgee or lienor has the priority of compensation.

第一百五十八条　人民法院对债务人到期应得的收益，可以采取财产保全措施，限制其支取，通知有关单位协助执行。

**Article 158** For the receivable proceeds due to the debtor, the people's court may adopt the measure of property preservation and restrict the debtor from drawing these proceeds, and notify the relevant entity of offering assistance in the execution.

第一百五十九条　债务人的财产不能满足保全请求，但对他人有到期债权的，人民法院可以依债权人的申请裁定该他人不得对本案债务人清偿。该他人要求偿付的，由人民法院提存财物或者价款。

**Article 159** If the debtor's property is not enough for the request for property preservation but the debtor has mature creditor's rights to others, the people's court may rule, upon application of the creditor, that others shall not make payment to the debtor. If others request to make payment, the property or money shall be submitted to the people's court.

第一百六十条　当事人向采取诉前保全措施以外的其他有管辖权的人民法院起诉的，采取诉前保全措施的人民法院应当将保全手续移送受理案件的人民法院。诉前保全的裁定视为受移送人民法院作出的裁定。

**Article 160** Where a party institutes an action in a people's court having jurisdiction other than the people's court taking pre-action preservation measures, the people's court taking pre-action preservation measures shall transfer the preservation formalities to the court accepting the case. A ruling of pre-action preservation is deemed the ruling made by the people's court to which the formalities are transferred.

 Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第一百六十一条　对当事人不服一审判决提起上诉的案件，在第二审人民法院接到报送的案件之前，当事人有转移、隐匿、出卖或者毁损财产等行为，必须采取保全措施的，由第一审人民法院依当事人申请或者依职权采取。第一审人民法院的保全裁定，应当及时报送第二审人民法院。

Article 161 For a case of appeal filed because the party is not satisfied with the judgment of first instance, if the party concerned transfers, hides, sells or destroys the property before the people's court of second instance receives the case as filed, and the measure of preservation shall be adopted, the people's court of first instance can adopt the measure of property preservation upon application of the party concerned or upon the strength of its authority. The ruling about preservation of the people's court of first instance shall be timely reported to the people's court of second instance.

第一百六十二条　第二审人民法院裁定对第一审人民法院采取的保全措施予以续保或者采取新的保全措施的，可以自行实施，也可以委托第一审人民法院实施。

Article 162 A people's court of second instance injunction renders a ruling to adopt renewal preservation measures or new preservation measures for the preservation measures adopted by the people's court of first instance may implement it on its own or entrust the implementation to the people's court of first instance.

再审人民法院裁定对原保全措施予以续保或者采取新的保全措施的，可以自行实施，也可以委托原审人民法院或者执行法院实施。

A people's court of retrial injunction renders a ruling to adopt renewal preservation measures or new preservation measures for the previous preservation measures may implement it on its own or entrust the implementation to the people's court of original trial.

Saved on: 06/30/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.5115567(EN)

第一百六十三条　法律文书生效后，进入执行程序前，债权人因对方当事人转移财产等紧急情况，不申请保全将可能导致生效法律文书不能执行或者难以执行的，可以向执行法院申请采取保全措施。债权人在法律文书指定的履行期间届满后五日内不申请执行的，人民法院应当解除保全。

Article 163 After legal instruments enter into force and before they enter the implementation procedure, a creditor, under emergency circumstances such as the other party's transfer of property injunction may lead to inability to implement the effective legal instruments or difficulty to implement them in the absence of application for preservation, may apply for preservation measures with the court of execution. Where a creditor fails to apply for execution within five days after the expiry of the performance term as specified in the legal instrument, a people's court shall cancel the preservation.

第一百六十四条　对申请保全人或者他人提供的担保财产，人民法院应当依法办理查封、扣押、冻结等手续。

Article 164 For the property posted as security provided by the preservation applicant or others, a people's court shall complete the formalities of seizure, detention, freezing and others.

第一百六十五条　人民法院裁定采取保全措施后，除作出保全裁定的人民法院自行解除或者其上级人民法院决定解除外，在保全期限内，任何单位不得解除保全措施。

Article 165 After a people's court rules to take the measures of preservation, except that the people's court that rendered the preservation ruling or the superior thereof removes the preservation measures, no entity may remove the preservation measures within the term of preservation.

第一百六十六条　裁定采取保全措施后，有下列情形之一的，人民法院应当作出解除保全裁定：



[CLI Code]CLI.3.5115567(EN)

**Article 166** After a ruling of adopting preservation measures is rendered, a people's court shall render a ruling of removing preservation, in one of the following circumstances:

（一）保全错误的；

(1) The preservation is false.

（二）申请人撤回保全申请的；

(2) The applicant withdraws the application for preservation.

（三）申请人的起诉或者诉讼请求被生效裁判驳回的；

(3) The applicant's prosecution or claims are dismissed by a valid judgment.

（四）人民法院认为应当解除保全的其他情形。

(4) Other circumstances under which a people's court considers that preservation shall be removed.

解除以登记方式实施的保全措施的，应当向登记机关发出协助执行通知书。

Where preservation measures implemented by registration are removed, a notice of execution assistance shall be issued to the registration authority.

**第一百六十七条** 财产保全的被保全人提供其他等值担保财产且有利于执行的，人民法院可以裁定变更保全标的物为被保全人提供的担保财产。

**Article 167** Where the respondent to property preservation provides other equivalent property posted as security that is conducive to execution, a people's court may render a ruling of changing the subject matter of preservation to the property posted as security by the respondent.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

**第一百六十八条** 保全裁定未经人民法院依法撤销或者解除，进入执行程序后，自动转为执行中的查封、扣押、冻结措施，期限连续计算，执行法院无需重新制作裁定书，但查封、扣押、冻结期限届满的除外。

**Article 168** A preservation ruling, without revocation or removal by a people's court according to the law, shall be automatically converted to seizure, detention, and freezing measures, after entering into the execution procedure. The term shall be calculated continuously. The court of execution does not need to prepare a new ruling in writing, except when the seizure, detention, and freezing term expires.

**第一百六十九条** 民事诉讼法规定的先予执行，人民法院应当在受理案件后终审判决作出前采取。先予执行应当限于当事人诉讼请求的范围，并以当事人的生活、生产经营的急需为限。

**Article 169** The "advance execution" prescribed in the Civil Procedure Law shall be conducted by the people's court after a case has been accepted but before the final judgment is made. The advance execution shall be limited to the scope of claims of the party concerned and to the urgent needs for the life, production or business operation of the party concerned.

**第一百七十条** 民事诉讼法第一百零九条第三项规定的情况紧急，包括：

**Article 170** The "emergencies" prescribed in Article 109 (3) in the Civil Procedure Lawl include:

（一）需要立即停止侵害、排除妨碍的；

(1) It is necessary to immediately stop infringement and remove obstacle.

（二）需要立即制止某项行为的；

(2) It is necessary to immediately stop some acts.

[CLI Code]CLI.3.5115567(EN)

（三）追索恢复生产、经营急需的保险理赔费的；

(3) The insurance compensation in the urgent need for recovery of production or business operation is recovered.

（四）需要立即返还社会保险金、社会救助资金的；

(4) It is necessary to immediately refund social insurance and social assistance funds.

（五）不立即返还款项，将严重影响权利人生活和生产经营的。

(5) Failure to refund immediately will seriously affect the life and operation of the right holders.

第一百七十一条　当事人对保全或者先予执行裁定不服的，可以自收到裁定书之日起五日内向作出裁定的人民法院申请复议。人民法院应当在收到复议申请后十日内审查。裁定正确的，驳回当事人的申请；裁定不当的，变更或者撤销原裁定。

**Article 171** Against a ruling of preservation or advance execution, a party may apply for reconsideration with the people's court rendering such ruling within five days from the receipt of the ruling. A people's court shall, within ten days after receipt of the application for reconsideration, conduct examination. The people's court shall reject the application of the party concerned if the ruling is correct; or shall alter or cancel the original ruling if the ruling is inappropriate.

第一百七十二条　利害关系人对保全或者先予执行的裁定不服申请复议的，由作出裁定的人民法院依照民事诉讼法第一百一十一条规定处理。

**Article 172** Against a ruling on preservation or advance execution, an interested party may apply for reconsideration. The people's court rendering the ruling shall handle it in accordance with the provisions of Article 111 of the Civil Procedure Law.



[CLI Code]CLI.3.5115567(EN)

**第一百七十三条**　人民法院先予执行后，根据发生法律效力的判决，申请人应当返还因先予执行所取得的利益的，适用民事诉讼法第二百四十条的规定。

**Article 173** If, after the advance execution by the people's court, an applicant shall return the proceeds obtained from advance execution according to the judgment that has come into force, Article 240 of the Civil Procedure Law shall be applied.

八、对妨害民事诉讼的强制措施

**VIII**. Compulsory Measures against Obstruction of Civil Procedures

**第一百七十四条**　民事诉讼法第一百一十二条规定的必须到庭的被告，是指负有赡养、抚育、扶养义务和不到庭就无法查清案情的被告。

**Article 174** As mentioned in Article 112 of the Civil Procedure Law, "defendant who must appear in court" means a defendant who has the obligation to support elderly parents, underage children, or other adult dependents and whose appearance in court is indispensable for finding case facts.

人民法院对必须到庭才能查清案件基本事实的原告，经两次传票传唤，无正当理由拒不到庭的，可以拘传。

Where a plaintiff whose appearance in court is indispensable for finding case facts refuses to appear in court without justifiable reasons after being summoned twice by a people's court, the people's court may summons the plaintiff by force.

**第一百七十五条**　拘传必须用拘传票，并直接送达被拘传人；在拘传前，应当向被拘传人说明拒不到庭的后果，经批评教育仍拒不到庭的，可以拘传其到庭。



[CLI Code]CLI.3.5115567(EN)

**Article 175** A warrant shall be issued for a summons by force and be directly served on the summoned person. Before summonsing a person by force, the summoned person shall be informed of the consequences of refusal to appear in court, and may be summoned to court by force if the summoned person still refuses to appear in court after criticism and education.

第一百七十六条　诉讼参与人或者其他人有下列行为之一的，人民法院可以适用民事诉讼法第一百一十三条规定处理：

**Article 176** Where any litigant participant or other person has any of the following acts, a people's court may handle it in accordance with the provision of Article 113 of the Civil Procedure Law:

（一）未经准许进行录音、录像、摄影的；

(1) Unauthorized audio, video, and photograph recording;

（二）未经准许以移动通信等方式现场传播审判活动的；

(2) on-site dissemination of trial activities by mobile communications and other means without permission; and

（三）其他扰乱法庭秩序，妨害审判活动进行的。

(3) other activities disturbing the court order and obstructing judicial activities.

有前款规定情形的，人民法院可以暂扣诉讼参与人或者其他人进行录音、录像、摄影、传播审判活动的器材，并责令其删除有关内容；拒不删除的，人民法院可以采取必要手段强制删除。

Under the circumstances as provided in the preceding paragraph, a people's court may temporarily seize the equipment of litigant participants or other persons for audio, video, and photograph



[CLI Code]CLI.3.5115567(EN)

recording, as well as dissemination of trial activities; and order them to delete relevant contents. In case of refusal to delete, a people's court may take necessary means to forcibly remove these contents.

第一百七十七条　训诫、责令退出法庭由合议庭或者独任审判员决定。训诫的内容、被责令退出法庭者的违法事实应当记入庭审笔录。

Article 177 A collegial bench or an independent judge shall make decision of admonishing and ordering persons to leave the court. The admonishing contents and the illegal facts of the persons who are ordered to leave the court shall be recorded in the trial transcripts.

第一百七十八条　人民法院依照民事诉讼法第一百一十三条至第一百一十七条的规定采取拘留措施的，应经院长批准，作出拘留决定书，由司法警察将被拘留人送交当地公安机关看管。

Article 178 Where a people's court needs to adopt detention measures in accordance with the provisions from Article 113 to 117 of the Civil Procedure Law, it shall be subject to approval by the court president, a written decision of detention shall be made, and the detainee shall be transferred by judicial police to the local public security organ for custody.

第一百七十九条　被拘留人不在本辖区的，作出拘留决定的人民法院应当派员到被拘留人所在地的人民法院，请该院协助执行，受委托的人民法院应当及时派员协助执行。被拘留人申请复议或者在拘留期间承认并改正错误，需要提前解除拘留的，受委托人民法院应当向委托人民法院转达或者提出建议，由委托人民法院审查决定。

Article 179 Where the detainee does not stay within the jurisdiction of the people's court that makes the decision of detention, this people's court shall assign clerks to the people's court at the place where the detainee stays and request the latter to offer assistance in execution, and the entrusted

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

people's court shall timely assign clerks for assistance in execution. If the detainee applies for reconsideration or admits and corrects errors during the course of detention, and the measure of detention needs to be removed in advance, the entrusted people's court shall inform of the circumstance or bring forward a suggestion to the entrusting people's court for examination and decision.

第一百八十条　人民法院对被拘留人采取拘留措施后，应当在二十四小时内通知其家属；确实无法按时通知或者通知不到的，应当记录在案。

**Article 180** After taking the measure of detention against a detainee, a people's court shall, within 24 hours, notify the detainee's family members; and if such family members actually fail to be notified on schedule or cannot be notified, it shall be on record.

第一百八十一条　因哄闹、冲击法庭，用暴力、威胁等方法抗拒执行公务等紧急情况，必须立即采取拘留措施的，可在拘留后，立即报告院长补办批准手续。院长认为拘留不当的，应当解除拘留。

**Article 181** Where the measure of detention needs to be immediately taken in the case of such emergency circumstances as clamoring in a courtroom or attacking a courtroom, and resisting the exercise of official duties by violence, threat, and other means, after detaining the offenders, the judicial personnel shall report to the president of the people's court for supplementing the approval formality. If the president considers that the measure of detention is improper, the detention shall be removed.

第一百八十二条　被拘留人在拘留期间认错悔改的，可以责令其具结悔过，提前解除拘留。提前解除拘留，应报经院长批准，并作出提前解除拘留决定书，交负责看管的公安机关执行。

Saved on: 06/30/2026

**Article 182** Where the detainee admits his or her mistake and shows repentance during the period of detention, he or she may be ordered to make a statement of repentance and the measure of detention may be removed in advance. The removal of detention in advance shall be subject to approval of the president of a people's court, and a written decision on removal of detention in advance shall be made and given to the public security organ in charge of custody of the detainee for execution.

**第一百八十三条** 民事诉讼法第一百一十三条至第一百一十六条规定的罚款、拘留可以单独适用，也可以合并适用。

**Article 183** The measures of fine and detention as prescribed in Articles 113 to 116 of the Civil Procedure Law may be applied either separately or concurrently.

**第一百八十四条** 对同一妨害民事诉讼行为的罚款、拘留不得连续适用。发生新的妨害民事诉讼行为的，人民法院可以重新予以罚款、拘留。

**Article 184** The measures of fine and detention against the same obstruction of civil procedures shall not be applied continuously. Where a new obstruction of civil procedures occurs, the people's court may impose a fine or detention again.

**第一百八十五条** 被罚款、拘留的人不服罚款、拘留决定申请复议的，应当自收到决定书之日起三日内提出。上级人民法院应当在收到复议申请后五日内作出决定，并将复议结果通知下级人民法院和当事人。

**Article 185** Where a person on whom a fine or detention is imposed refuses to accept the decision on fine or detention and applies for reconsideration, the person shall file the application for reconsideration within three days upon receipt of the written decision. The people's court at the higher level shall make a decision within five days upon receipt of the application for

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

reconsideration, and notify the people's court at the lower level and the parties of the reconsideration conclusion.

**第一百八十六条**　上级人民法院复议时认为强制措施不当的，应当制作决定书，撤销或者变更下级人民法院作出的拘留、罚款决定。情况紧急的，可以在口头通知后三日内发出决定书。

**Article 186** Where the people's court at the higher level holds that the compulsory measure is improper at the time of reconsideration, it shall prepare a written decision to revoke or modify the decision on detention or fine as made by the people's court at the lower level; and if the circumstance is urgent, may issue the written decision within three days after a verbal notice is given.

**第一百八十七条**　民事诉讼法第一百一十四条第一款第五项规定的以暴力、威胁或者其他方法阻碍司法工作人员执行职务的行为，包括：

**Article 187** The conduct of "obstructing judicial personnel from performing their duties by violence, threat or any other means" as prescribed in paragraph 1(5), Article 114 of the Civil Procedure Law includes:

（一）在人民法院哄闹、滞留，不听从司法工作人员劝阻的；

(1) Clamoring or stranding in a courtroom and failing to obey the judicial personnel's dissuasion.

（二）故意毁损、抢夺人民法院法律文书、查封标志的；

(2) Deliberately damaging or seizing legal instruments and seizure marks of a people's court.

（三）哄闹、冲击执行公务现场，围困、扣押执行或者协助执行公务人员的；

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

(3) Clamoring in or attacking the scene for exercising official duties, besieging or detaining execution personnel or personnel who assist in execution.

（四）毁损、抢夺、扣留案件材料、执行公务车辆、其他执行公务器械、执行公务人员服装和执行公务证件的；

(4) Damaging, seizing, or withholding case materials, vehicles for exercising official duties, other instruments for exercising official duties, garments of personnel exercising official duties, and certificates for exercising official duties.

（五）以暴力、威胁或者其他方法阻碍司法工作人员查询、查封、扣押、冻结、划拨、拍卖、变卖财产的；

(5) Obstructing judicial personnel from inquiring, seizing, impounding, freezing, appropriating, auctioning, or selling the property by violence, threat, or other means.

（六）以暴力、威胁或者其他方法阻碍司法工作人员执行职务的其他行为。

(6) Other conduct of obstructing judicial personnel from exercising their duties by violence, threat or any other means.

**第一百八十八条** 民事诉讼法第一百一十四条第一款第六项规定的拒不履行人民法院已经发生法律效力的判决、裁定的行为，包括：

**Article 188** The conduct of refusing to enforce an effective judgment or ruling of a people's court as prescribed in paragraph 1(6), Article 114 of the Civil Procedure Law includes:

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

（一）在法律文书发生法律效力后隐藏、转移、变卖、毁损财产或者无偿转让财产、以明显不合理的价格交易财产、放弃到期债权、无偿为他人提供担保等，致使人民法院无法执行的；

(1) Hiding, transferring, selling, damaging property, or transferring property free of charge, trading property at an obviously unreasonable price, abandoning mature creditor's rights, or providing guarantee for other persons free of charge after a legal instrument has come into effect, causing the failure of the people's court to enforce the legal instrument.

（二）隐藏、转移、毁损或者未经人民法院允许处分已向人民法院提供担保的财产的；

(2) Hiding, transferring, damaging, or disposing of property that has been provided to a people's court as guarantee without the permission of the people's court.

（三）违反人民法院限制高消费令进行消费的；

(3) Consuming in violation of the order of the people's court on high consumption restriction.

（四）有履行能力而拒不按照人民法院执行通知履行生效法律文书确定的义务的；

(4) Having the capacity but refusing to perform obligations as determined in an effective legal instrument in accordance with the notice of a people's court on execution.

（五）有义务协助执行的个人接到人民法院协助执行通知书后，拒不协助执行的。

(5) Refusing to assist in enforcing the judgment or ruling after an individual with the obligation to assist in execution receives a written notice of execution assistance from the people's court.

第一百八十九条　诉讼参与人或者其他人有下列行为之一的，人民法院可以适用民事诉讼法第一百一十四条的规定处理：

Saved on: 06/30/2026



**Article 189** Where any litigation participant or other person commits any of the following conduct, a people's court may punish such litigation participant or other person in accordance with the provisions of Article 114 of the Civil Procedure Law:

（一）冒充他人提起诉讼或者参加诉讼的；

(1) The litigation participant or other person institutes an action or participates in the litigation by passing other person off.

（二）证人签署保证书后作虚假证言，妨碍人民法院审理案件的；

(2) A witness makes a false testimony after signing a letter of guarantee, which impedes the case trial by the people's court.

（三）伪造、隐藏、毁灭或者拒绝交出有关被执行人履行能力的重要证据，妨碍人民法院查明被执行人财产状况的；

(3) Forging, concealing, damaging, or refusing to submit material evidence on the capacity of the judgment debtor for performing the obligation, which impedes the people's court from identifying the property status of the judgment debtor.

（四）擅自解冻已被人民法院冻结的财产的；

(4) Illegally unfreezing the property that has been frozen by the people's court.

（五）接到人民法院协助执行通知书后，给当事人通风报信，协助其转移、隐匿财产的。

(5) Revealing information to a party and assisting the party in transferring or hiding property after receiving a written notice of execution assistance form the people's court.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

**第一百九十条** 民事诉讼法第一百一十五条规定的他人合法权益，包括案外人的合法权益、国家利益、社会公共利益。

**Article 190** The "lawful rights and interests of other persons" as prescribed in Article 115 of the Civil Procedure Law include the lawful rights and interests of a party not to the case, national interest, and public interest.

第三人根据民事诉讼法第五十九条第三款规定提起撤销之诉，经审查，原案当事人之间恶意串通进行虚假诉讼的，适用民事诉讼法第一百一十五条规定处理。

Where a third party institutes an action for revoking an effective judgment, ruling, or consent judgment in accordance with the provisions of paragraph 3, Article 59 of the Civil Procedure Law and it is found upon examination that the parties to the original case maliciously institute a false action in collusion, the parties to the original case shall be punished in accordance with the provisions of Article 115 of the Civil Procedure Law.

**第一百九十一条** 单位有民事诉讼法第一百一十五条或者第一百一十六条规定行为的，人民法院应当对该单位进行罚款，并可以对其主要负责人或者直接责任人员予以罚款、拘留；构成犯罪的，依法追究刑事责任。

**Article 191** Where an entity commits any conduct as prescribed in Article 115 or Article 116 of the Civil Procedure Law, a people's court shall impose a fine on the entity and may impose a fine or detention on the primary person in charge or directly liable persons of the entity; if suspected of any crime, they shall be subject to criminal liability in accordance with the law.

**第一百九十二条** 有关单位接到人民法院协助执行通知书后，有下列行为之一的，人民法院可以适用民事诉讼法第一百一十七条规定处理：



[CLI Code]CLI.3.5115567(EN)

**Article 192** Where the relevant entity commits any of the following conduct after receiving a written notice of execution assistance from a people's court, the people's court may punish such entity by applying the provisions of Article 117 of the Civil Procedure Law:

（一）允许被执行人高消费的；

(1) The relevant entity allows the judgment debtor to make high consumption.

（二）允许被执行人出境的；

(2) The relevant entity allows the judgment debtor to exit China.

（三）拒不停止办理有关财产权证照转移手续、权属变更登记、规划审批等手续的；

(3) The relevant entity refuses to cease to handle the transfer of a relevant property right certificate, the registration of ownership change, and the examination and approval of planning.

（四）以需要内部请示、内部审批，有内部规定等为由拖延办理的。

(4) The relevant entity delays the handling on the grounds that it is necessary to request for internal instructions and internal approval and there are internal provisions.

第一百九十三条　人民法院对个人或者单位采取罚款措施时，应当根据其实施妨害民事诉讼行为的性质、情节、后果，当地的经济发展水平，以及诉讼标的额等因素，在民事诉讼法第一百一十八条第一款规定的限额内确定相应的罚款金额。

**Article 193** When imposing a fine on an individual or an entity, a people's court shall, according to such factors as the nature, circumstances, and consequences of obstruction of civil procedures the individual or entity commits, the local economic development level, and the amount of subject

91/263

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.5115567(EN)

matter of action, determine corresponding amount of fine within the limits as prescribed in paragraph 1, Article 118 of the Civil Procedure Law.


九、诉讼费用

**IX**. Litigation Expenses


**第一百九十四条** 依照民事诉讼法第五十七条审理的案件不预交案件受理费，结案后按照诉讼标的额由败诉方交纳。

**Article 194** For a case tried in accordance with Article 57 of the Civil Procedure Law, no case acceptance fee needs to be paid in advance and the losing party shall supplement the case acceptance fee based on the amount of subject matter of action after the case is concluded.


**第一百九十五条** 支付令失效后转入诉讼程序的，债权人应当按照《诉讼费用交纳办法》补交案件受理费。

**Article 195** Where the litigation procedure is initiated after an order of payment is invalidated, the debtor shall supplement the case acceptance fee in accordance with the Measures for the Payment of Litigation Expenses.


支付令被撤销后，债权人另行起诉的，按照《诉讼费用交纳办法》交纳诉讼费用。

Where the debtor institutes a separate action after the revocation of the order of payment, the litigation expenses shall be paid in accordance with the Measures for the Payment of Litigation Expenses.


**第一百九十六条** 人民法院改变原判决、裁定、调解结果的，应当在裁判文书中对原审诉讼费用的负担一并作出处理。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**Article 196** Where a people's court modifies the original judgment, ruling or results of mediation, the people's court shall, in the judgment, handle the assumption of litigation expenses in the original trial.

第一百九十七条 诉讼标的物是证券的，按照证券交易规则并根据当事人起诉之日前最后一个交易日的收盘价、当日的市场价或者其载明的金额计算诉讼标的金额。

**Article 197** Where the subject matter of action is securities, the amount of subject matter of action shall be calculated in accordance with the rules of securities trading and on the basis of the closing price on the lasting trading day before the party institutes the action, the market price on that day, or the amount as specified.

第一百九十八条 诉讼标的物是房屋、土地、林木、车辆、船舶、文物等特定物或者知识产权，起诉时价值难以确定的，人民法院应当向原告释明主张过高或者过低的诉讼风险，以原告主张的价值确定诉讼标的金额。

**Article 198** Where the subject matter of action is such specific goods as housing, land, forest, vehicle, vessel, and cultural relic or intellectual property right and it is difficult to determine the value thereof when an action is instituted, the people's court shall explain to the plaintiff the litigation risks of over-high or over-low claims and determine the amount of subjection matter of action on the basis of the value as claimed by the plaintiff.

第一百九十九条 适用简易程序审理的案件转为普通程序的，原告自接到人民法院交纳诉讼费用通知之日起七日内补交案件受理费。

**Article 199** Where a case tried under summary procedure is transferred into formal procedure, the plaintiff shall, within seven days after receiving the notice on the payment of litigation expenses from a people's court, supplement the case acceptance fee.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

原告无正当理由未按期足额补交的，按撤诉处理，已经收取的诉讼费用退还一半。

Where the plaintiff fails to supplement the case acceptance fee in full amount within the time limit without justifiable reasons, the plaintiff is deemed to have withdrawn the action, and one half of the litigation expenses that have been collected shall be refunded.

第二百条　破产程序中有关债务人的民事诉讼案件，按照财产案件标准交纳诉讼费，但劳动争议案件除外。

Article 200 For a civil action involving the relevant debtors in bankruptcy proceedings, litigation expenses shall be paid according to the standards for property cases, except labor dispute cases.

第二百零一条　既有财产性诉讼请求，又有非财产性诉讼请求的，按照财产性诉讼请求的标准交纳诉讼费。

Article 201 Where there are both property claims and non-property claims, litigation expenses shall be paid according to the standards for property claims.

有多个财产性诉讼请求的，合并计算交纳诉讼费；诉讼请求中有多个非财产性诉讼请求的，按一件交纳诉讼费。

Where there are multiple property claims, litigation expenses shall be jointly calculated and paid; and if there are multiple non-property claims in the claims, they shall be regarded as one claim for paying litigation expenses.

第二百零二条　原告、被告、第三人分别上诉的，按照上诉请求分别预交二审案件受理费。

Article 202 Where a plaintiff, a defendant, and a third party appeal respectively, they shall pay the case acceptance fee at second instance in advance according to their respective claims in appeal.



[CLI Code]CLI.3.5115567(EN)

同一方多人共同上诉的，只预交一份二审案件受理费；分别上诉的，按照上诉请求分别预交二审案件受理费。

Where numerous parties on one side jointly appeal, only one case acceptance fee at second instance shall be paid in advance; and if such parties appeal respectively, they shall pay the case acceptance fee at second instance in advance according to their respective claims in appeal.

第二百零三条　承担连带责任的当事人败诉的，应当共同负担诉讼费用。

Article 203 Where the parties assuming the joint and several liability lose the action, they shall jointly assume litigation expenses.

第二百零四条　实现担保物权案件，人民法院裁定拍卖、变卖担保财产的，申请费由债务人、担保人负担；人民法院裁定驳回申请的，申请费由申请人负担。

Article 204 In a case of security right realization, where a people's court rules to auction or sell the property posted as security, the application fee shall be assumed by the debtor and the security provider; and if the people's court rules to dismiss the application, the application fee shall be assumed by the applicant.

申请人另行起诉的，其已经交纳的申请费可以从案件受理费中扣除。

Where the applicant institutes a separate action, the application fee he or she has paid may be deducted from the case acceptance fee.

第二百零五条　拍卖、变卖担保财产的裁定作出后，人民法院强制执行的，按照执行金额收取执行申请费。

[CLI Code]CLI.3.5115567(EN)

**Article 205** Where, after a ruling to auction or otherwise sell the property posted as security is issued, the people's court conducts enforcement, the execution application fee shall be collected based on the amount under execution.

**第二百零六条** 人民法院决定减半收取案件受理费的，只能减半一次。

**Article 206** Where a people's court decides to reduce by half the case acceptance fee, the case acceptance fee may be so reduced only once.

**第二百零七条** 判决生效后，胜诉方预交但不应负担的诉讼费用，人民法院应当退还，由败诉方向人民法院交纳，但胜诉方自愿承担或者同意败诉方直接向其支付的除外。

**Article 207** After a judgment takes effect, the litigation expenses that have been prepaid but should not be assumed by the winning party shall be refunded by the people's court to the winning party and be paid by the losing party to the people's court, unless the winning party voluntarily assumes such litigation expenses or agrees that the losing party will directly pay such litigation expenses to it.

当事人拒不交纳诉讼费用的，人民法院可以强制执行。

Where a party refuses to pay any litigation expenses, a people's court may conduct enforcement.

十、第一审普通程序

**X**. Formal Procedure at First Instance

**第二百零八条** 人民法院接到当事人提交的民事起诉状时，对符合民事诉讼法第一百二十二条的规定，且不属于第一百二十七条规定情形的，应当登记立案；对当场不能判定是否符合起诉条件的，应当接收起诉材料，并出具注明收到日期的书面凭证。



[CLI Code]CLI.3.5115567(EN)

**Article 208** When a people's court receives a written civil complaint submitted by a party, where such written civil complaint complies with the provisions of Article 122 of the Civil Procedure Law and does not fall under the circumstances as prescribed in Article 127 thereof, the people's court shall register such written civil complaint and docket a case; if the people's court fails to determine on the spot whether such written civil complaint meets the conditions for instituting an action, it shall receive the complaint materials and issue a dated certification in writing.

需要补充必要相关材料的，人民法院应当及时告知当事人。在补齐相关材料后，应当在七日内决定是否立案。

Where it is necessary to supplement corresponding indispensable materials, the people's court shall notify the party in a timely manner. After the corresponding materials are supplemented, the people's court shall decide whether to docket a case within seven days.

立案后发现不符合起诉条件或者属于民事诉讼法第一百二十七条规定情形的，裁定驳回起诉。

Where the people's court finds that the complaint does not meet the conditions for instituting an action after having docketed the case or the complaint falls under the circumstances as prescribed in Article 127 of the Civil Procedure Law, the people's court shall rule to dismiss the auction.

**第二百零九条** 原告提供被告的姓名或者名称、住所等信息具体明确，足以使被告与他人相区别的，可以认定为有明确的被告。

**Article 209** Where information on the defendant as provided by the plaintiff, including but not limited to name or title, and domicile, is specific and clear, and is sufficient to differentiate a defendant from other persons, it may be determined that there is a clear defendant.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

起诉状列写被告信息不足以认定明确的被告的，人民法院可以告知原告补正。原告补正后仍不能确定明确的被告的，人民法院裁定不予受理。

Where information on the defendant as listed in the written complaint is insufficient to determine a clear defendant, the people's court may notify the plaintiff to supplement or correct corresponding information. Where a clear defendant still fails to be determined after supplement or correction by the plaintiff, the people's court shall rule not to accept the action.

第二百一十条　原告在起诉状中有谩骂和人身攻击之辞的，人民法院应当告知其修改后提起诉讼。

**Article 210** Where a plaintiff uses the words of vituperation or personal assault in the written complaint, the people's court shall inform it of modifying the written complaint before instituting an action.

第二百一十一条　对本院没有管辖权的案件，告知原告向有管辖权的人民法院起诉；原告坚持起诉的，裁定不予受理；立案后发现本院没有管辖权的，应当将案件移送有管辖权的人民法院。

**Article 211** Where a people's court has no jurisdiction over a case, it shall notify the plaintiff to institute an action in the competent people's court; if the plaintiff insists on instituting an action in the people's court, it shall rule to dismiss the action; or if the people's court finds that it has no jurisdiction over the case after having docketed it, it shall transfer the case to the competent people's court.

第二百一十二条　裁定不予受理、驳回起诉的案件，原告再次起诉，符合起诉条件且不属于民事诉讼法第一百二十七条规定情形的，人民法院应予受理。

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

**Article 212** Where a people's court has ruled not to accept a case or dismiss the action, the plaintiff institutes another action, and the complaint meets the conditions for instituting an action and does not fall under the circumstances as prescribed in Article 127 of the Civil Procedure Law, the people's court shall accept the case.

第二百一十三条　原告应当预交而未预交案件受理费，人民法院应当通知其预交，通知后仍不预交或者申请减、缓、免未获批准而仍不预交的，裁定按撤诉处理。

**Article 213** Where the plaintiff must pay the case acceptance fee in advance but fails to do so, the people's court shall notify him, her or it to make advance payment. If the plaintiff still fails to make advance payment after being notified, or his, her or its application for reduction, postponement and exemption of case acceptance fee is not approved by the people's court but he, she or it still fails to make advance payment, the people's court shall rule that the plaintiff has withdrawn the action.

第二百一十四条　原告撤诉或者人民法院按撤诉处理后，原告以同一诉讼请求再次起诉的，人民法院应予受理。

**Article 214** Where, after the plaintiff withdraws an action or the people's court deems that the plaintiff has withdrawn the action, the plaintiff institutes another action for the same claims, the people's court shall accept the action.

原告撤诉或者按撤诉处理的离婚案件，没有新情况、新理由，六个月内又起诉的，比照民事诉讼法第一百二十七条第七项的规定不予受理。

For a divorce case that is withdrawn by the plaintiff or deemed withdrawn by the plaintiff by a people's court, if one party institutes another action within six months without new developments or reasons, the people's court may dismiss the action mutatis mutandis in accordance with subparagraph (7), Article 127 of the Civil Procedure Law.



[CLI Code]CLI.3.5115567(EN)

**第二百一十五条**　依照民事诉讼法第一百二十七条第二项的规定，当事人在书面合同中订有仲裁条款，或者在发生纠纷后达成书面仲裁协议，一方向人民法院起诉的，人民法院应当告知原告向仲裁机构申请仲裁，其坚持起诉的，裁定不予受理，但仲裁条款或者仲裁协议不成立、无效、失效、内容不明确无法执行的除外。

**Article 215** In accordance with the provisions of Article 127 (2) of the Civil Procedure Law, where the parties have stipulated an arbitration clause in the written agreement or reached a written arbitration agreement after the dispute occurs, if one party institutes an action in the people's court, the people's court shall notify the plaintiff of applying for arbitration to an arbitral institution and if the plaintiff insists on instituting the action, the people's court shall rule to dismiss the action, unless the arbitration clause or agreement are untenable, invalid, invalidated, and ambiguous and thus cannot be enforced.

**第二百一十六条**　在人民法院首次开庭前，被告以有书面仲裁协议为由对受理民事案件提出异议的，人民法院应当进行审查。

**Article 216** Where, before the first court session of a people's court begins, a defendant raises an objection to the acceptance of the civil case by the people's court on the ground that there is a written arbitration agreement, the people's court shall examine the objection.

经审查符合下列情形之一的，人民法院应当裁定驳回起诉：

Where, upon examination, the objection falls under any of the following circumstances, the people's court shall rule to dismiss the action:

（一）仲裁机构或者人民法院已经确认仲裁协议有效的；

(1) The arbitral institution or the people's court has confirmed that the arbitration agreement is valid.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

（二）当事人没有在仲裁庭首次开庭前对仲裁协议的效力提出异议的；

(2) The party fails to raise an objection to the effectiveness of the arbitration agreement before the arbitration tribunal first holds a court session.

（三）仲裁协议符合仲裁法第十六条规定且不具有仲裁法第十七条规定情形的。

(3) The arbitration agreement complies with the provisions of Article 16 of the Arbitration Law and does not fall under the circumstances as prescribed in Article 17 of the Arbitration Law.

第二百一十七条　夫妻一方下落不明，另一方诉至人民法院，只要求离婚，不申请宣告下落不明人失踪或者死亡的案件，人民法院应当受理，对下落不明人公告送达诉讼文书。

Article 217 In a case where the whereabouts of the husband or the wife are unknown, the other party institutes an action in a people's court for divorce but does not apply for declaration of the party whose whereabouts are unknown as missing or dead, the people's court shall accept the case and serve process on the party whose whereabouts are unknown by a public notice.

第二百一十八条　赡养费、扶养费、抚养费案件，裁判发生法律效力后，因新情况、新理由，一方当事人再行起诉要求增加或者减少费用的，人民法院应作为新案受理。

Article 218 Where after an adjudication becomes effective on a case for support for elderly parents, support for other dependents, or child support, a party on one side institutes another action for increase or reduction in support because of new conditions or for a new reason, the people's court shall accept the action as a new case.

第二百一十九条　当事人超过诉讼时效期间起诉的，人民法院应予受理。受理后对方当事人提出诉讼时效抗辩，人民法院经审理认为抗辩事由成立的，判决驳回原告的诉讼请求。

[CLI Code]CLI.3.5115567(EN)

**Article 219** Where a party institutes an action after the time limitation for instituting an action expires, a people's court shall accept the action. If, after the people's court accepts the action, the other party makes a defense on the time limitation and the people's court holds upon trial that the defenses are tenable, the people's court shall enter a judgment to dismiss the claims of the plaintiff.

第二百二十条　民事诉讼法第七十一条、第一百三十七条、第一百五十九条规定的商业秘密，是指生产工艺、配方、贸易联系、购销渠道等当事人不愿公开的技术秘密、商业情报及信息。

**Article 220** As mentioned in Articles 71, 137, and 159 of the Civil Procedure Law, "trade secrets" means technical secrets and business intelligence and information that a party is unwilling to disclose to the public such as manufacturing techniques, formulas, business contracts, and purchase and sale channels.

第二百二十一条　基于同一事实发生的纠纷，当事人分别向同一人民法院起诉的，人民法院可以合并审理。

**Article 221** Where the parties institute actions in the same people's court for disputes arising from the same facts, respectively, the people's court may concurrently try such actions.

第二百二十二条　原告在起诉状中直接列写第三人的，视为其申请人民法院追加该第三人参加诉讼。是否通知第三人参加诉讼，由人民法院审查决定。

**Article 222** Where a plaintiff directly lists a third party in the written complaint, it is deemed that the plaintiff applies to the people's court for adding the third party to participate in the litigation. Upon examination, the people's court shall decide whether to notify the third party to participate in the litigation.

 [CLI Code]CLI.3.5115567(EN)

**第二百二十三条**　当事人在提交答辩状期间提出管辖异议，又针对起诉状的内容进行答辩的，人民法院应当依照民事诉讼法第一百三十条第一款的规定，对管辖异议进行审查。

**Article 223** Where a party raises an objection to jurisdiction during the period of submitting a written statement of defense and presents his, her or its argument on the content of the written complaint, the people's court shall examine the objection to jurisdiction in accordance with the provisions of paragraph 1, Article 130 of the Civil Procedure Law.

当事人未提出管辖异议，就案件实体内容进行答辩、陈述或者反诉的，可以认定为民事诉讼法第一百三十条第二款规定的应诉答辩。

Where the party does not raise an objection to jurisdiction, but presents his, her or its argument or statement, or files a counterclaim on the substantial content of the case, it may be identified as "responding to the action by submitting a written statement of defense" as prescribed in paragraph 2, Article 130 of the Civil Procedure Law.

**第二百二十四条**　依照民事诉讼法第一百三十六条第四项规定，人民法院可以在答辩期届满后，通过组织证据交换、召集庭前会议等方式，作好审理前的准备。

**Article 224** In accordance with the provisions of subparagraph (4), Article 136 of the Civil Procedure Law, a people's court may, after the period of defense expires, make good preparation for the trial by organizing evidence exchange, holding a pre-trial conference, and other means.

**第二百二十五条**　根据案件具体情况，庭前会议可以包括下列内容：

**Article 225** In light of specific case circumstances, the content of a pre-trial conference may include:

（一）明确原告的诉讼请求和被告的答辩意见；

(1) Specifying the claims of the plaintiff and the arguments of the defendant.



[CLI Code]CLI.3.5115567(EN)

（二）审查处理当事人增加、变更诉讼请求的申请和提出的反诉，以及第三人提出的与本案有关的诉讼请求；

(2) Examining and handling the application for adding or modifying claims and the counterclaim as filed by the parties and the claims related to the case as raised by a third party.

（三）根据当事人的申请决定调查收集证据，委托鉴定，要求当事人提供证据，进行勘验，进行证据保全；

(3) Deciding to investigate and collect evidence upon application of the parties, entrusting an entity with evidence authentication, requiring the parties to adduce evidence, surveying such evidence, and conducting evidence preservation.

（四）组织交换证据；

(4) Organizing the exchange of evidence.

（五）归纳争议焦点；

(5) Concluding the focus of disputes.

（六）进行调解。

(6) Conducting mediation.

第二百二十六条　人民法院应当根据当事人的诉讼请求、答辩意见以及证据交换的情况，归纳争议焦点，并就归纳的争议焦点征求当事人的意见。

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

**Article 226** A people's court shall, in accordance with the claims and arguments of the parties as well as the circumstances on evidence exchange, conclude the focus of disputes and solicit opinions on such concluded focus of disputes from the parties.

第二百二十七条　人民法院适用普通程序审理案件，应当在开庭三日前用传票传唤当事人。对诉讼代理人、证人、鉴定人、勘验人、翻译人员应当用通知书通知其到庭。当事人或者其他诉讼参与人在外地的，应当留有必要的在途时间。

**Article 227** Where a people's court tries a case under formal procedure, the people's court shall, three days before the court session begins, summons the parties and notify the litigation representatives, witnesses, identification experts, surveyors, and interpreters to appear in court by a notice. If any parties or any other litigation participants stay in another place, the people's court shall arrange necessary time of travelling for them.

第二百二十八条　法庭审理应当围绕当事人争议的事实、证据和法律适用等焦点问题进行。

**Article 228** The court session shall center on such focuses as the facts in dispute of the parties, evidence, and application of law.

第二百二十九条　当事人在庭审中对其在审理前的准备阶段认可的事实和证据提出不同意见的，人民法院应当责令其说明理由。必要时，可以责令其提供相应证据。人民法院应当结合当事人的诉讼能力、证据和案件的具体情况进行审查。理由成立的，可以列入争议焦点进行审理。

**Article 229** Where, in the court session, a party raises different opinions on the facts and evidence he, she or it has recognized at the preparatory stage before trial, the people's court shall order him, her or it to state reasons. When necessary, the people's court may order the party to provide corresponding



[CLI Code]CLI.3.5115567(EN)

evidence. The people's court shall examine such reasons in light of the litigation capacity of the party, evidence, and specific case circumstances. Where such reasons are tenable, the people's court shall list such different opinions into the focus of disputes for trial.

第二百三十条　人民法院根据案件具体情况并征得当事人同意，可以将法庭调查和法庭辩论合并进行。

Article 230 On the basis of specific case circumstances, a people's court may conduct court investigation and court debate concurrently, to which the parties agree.

第二百三十一条　当事人在法庭上提出新的证据的，人民法院应当依照民事诉讼法第六十八条第二款规定和本解释相关规定处理。

Article 231 Where a party produces any new evidence in court, the people's court shall handle it in accordance with the provisions of paragraph 2, Article 68 of the Civil Procedure Law and the relevant provisions of this Interpretation.

第二百三十二条　在案件受理后，法庭辩论结束前，原告增加诉讼请求，被告提出反诉，第三人提出与本案有关的诉讼请求，可以合并审理的，人民法院应当合并审理。

Article 232 Where, after the acceptance of a case and before the end of court debate, the plaintiff adds claims, the defendant files a counterclaim, a third party raises claims related to the case, if they may be tried concurrently, the people's court shall try them concurrently.

第二百三十三条　反诉的当事人应当限于本诉的当事人的范围。

Article 233 The parties to a counterclaim shall be limited to the parties to the action.

[CLI Code]CLI.3.5115567(EN)

反诉与本诉的诉讼请求基于相同法律关系、诉讼请求之间具有因果关系，或者反诉与本诉的诉讼请求基于相同事实的，人民法院应当合并审理。

Where the claims of the counterclaim and those of the action are based on the same legal relationship, there is causation between such claims, or the claims of the counterclaim and the action are based on the same facts, the people's court shall try them concurrently.

反诉应由其他人民法院专属管辖，或者与本诉的诉讼标的及诉讼请求所依据的事实、理由无关联的，裁定不予受理，告知另行起诉。

A counterclaim shall be under exclusive jurisdiction of other people's court. Where the counterclaim is irrelevant to the subject matter of the action and the facts and reasons on which the claims in the action are based, the people's court shall rule to dismiss such counterclaim and notify the party to the counterclaim to institute a separate action.

第二百三十四条　无民事行为能力人的离婚诉讼，当事人的法定代理人应当到庭；法定代理人不能到庭的，人民法院应当在查清事实的基础上，依法作出判决。

**Article 234** For a divorce case involving a person of no capacity for civil conduct, his or her statutory representative shall appear in court; where the statutory representative is unable to appear in court, the people's court shall enter a judgment in accordance with the law after the facts have been ascertained.

第二百三十五条　无民事行为能力的当事人的法定代理人，经传票传唤无正当理由拒不到庭，属于原告方的，比照民事诉讼法第一百四十六条的规定，按撤诉处理；属于被告方的，比照民事诉讼法第一百四十七条的规定，缺席判决。必要时，人民法院可以拘传其到庭。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**Article 235** Where the statutory representative of one party of no capacity for civil conduct refuses to appear in court without any justifiable reasons after being summoned, if the party is a plaintiff, the people's court may deem that the plaintiff has withdrawn the action mutatis mutandis in accordance with Article 146 of the Civil Procedure Law; and if the party is a defendant, the court may enter a default judgment mutatis mutandis in accordance with Article 147 of the Civil Procedure Law. When necessary, the people's court may summons the party to appear in court by force.

第二百三十六条　有独立请求权的第三人经人民法院传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭的，比照民事诉讼法第一百四十六条的规定，按撤诉处理。

**Article 236** Where a third party with an independent claim refuses to appear in court without any justifiable reasons after being summoned by a people's court, or leaves the courtroom during a court session without permission from the people's court, the people's court may deem that the third party has withdrawn the action mutatis mutandis in accordance with Article 146 of the Civil Procedure Law.

第二百三十七条　有独立请求权的第三人参加诉讼后，原告申请撤诉，人民法院在准许原告撤诉后，有独立请求权的第三人作为另案原告，原案原告、被告作为另案被告，诉讼继续进行。

**Article 237** Where, after a third party with an independent claim has participated in the litigation, the plaintiff files an application for withdrawal of the action, the people's court shall, after approving the plaintiff's application, take the third party with an independent claim as the plaintiff of another case, take the plaintiff and the defendant in the original case as the defendant of another case, and continue the litigation.

第二百三十八条　当事人申请撤诉或者依法可以按撤诉处理的案件，如果当事人有违反法律的行为需要依法处理的，人民法院可以不准许撤诉或者不按撤诉处理。

Saved on: 06/30/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.5115567(EN)

**Article 238** For a case in which a party applies for withdrawal of the action or which can be taken as a case where a party has withdrawn the action, if there is any illegal act committed by the party that needs to be handled according to the law, the people's court is allowed to not approve the withdrawal or not take the case as one where the party has withdrawn the action.

法庭辩论终结后原告申请撤诉，被告不同意的，人民法院可以不予准许。

Where the plaintiff files an application for withdrawal of the action after the end of court debate, but the defendant disagrees to the plaintiff's application, the people's court is allowed to not approve the plaintiff's application.

第二百三十九条　人民法院准许本诉原告撤诉的，应当对反诉继续审理；被告申请撤回反诉的，人民法院应予准许。

**Article 239** Where a people's court approves the application for withdrawal of the plaintiff to the action, the people's court shall continue the trial of the counterclaim; if the defendant files an application for withdrawal of the counterclaim, the people's court shall approve such application.

第二百四十条　无独立请求权的第三人经人民法院传票传唤，无正当理由拒不到庭，或者未经法庭许可中途退庭的，不影响案件的审理。

**Article 240** Where a third party without an independent claim refuses to appear in court without any justifiable reasons after being summoned by a people's court or leaves the courtroom during a court session without the permission of the people's court, it does not affect the trial of the case.

第二百四十一条　被告经传票传唤无正当理由拒不到庭，或者未经法庭许可中途退庭的，人民法院应当按期开庭或者继续开庭审理，对到庭的当事人诉讼请求、双方的诉辩理由以及已经提交的证据及其他诉讼材料进行审理后，可以依法缺席判决。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**Article 241** Where a defendant refuses to appear in court without justifiable reasons after being summoned or leaves the courtroom during a court session without permission from the people's court, the people's court shall hold a court session on schedule or continue the court session and after trying the claims of the parties appearing in court, the plea grounds of the defendant as well as the evidence that has been submitted and other case materials, the people's court may enter a default judgment according to the law.

第二百四十二条　一审宣判后，原审人民法院发现判决有错误，当事人在上诉期内提出上诉的，原审人民法院可以提出原判决有错误的意见，报送第二审人民法院，由第二审人民法院按照第二审程序进行审理；当事人不上诉的，按照审判监督程序处理。

**Article 242** Where, after the pronouncement of the first-instance judgment, the original trial people's court discovers any adjudication error and the party appeals within the time limit for appeal, the original trial people's court may present opinions that there is an error in the original judgment and submit its opinions to the people's court of second instance, and the people's court of second instance shall try the case under the procedure of second instance; if the party does not appeal, the case shall be tried under the trial supervision procedure.

第二百四十三条　民事诉讼法第一百五十二条规定的审限，是指从立案之日起至裁判宣告、调解书送达之日止的期间，但公告期间、鉴定期间、双方当事人和解期间、审理当事人提出的管辖异议以及处理人民法院之间的管辖争议期间不应计算在内。

**Article 243** The time limit for completing the trial of a case prescribed in Article 152 of the Civil Procedure Law shall be a period from the day when the case is docketed to the day when the judgment is pronounced or the consent judgment is served, excluding the duration of public notice, the duration of expert identification, the duration of settlement between both sides, the duration for trying the objection to jurisdiction raised by the party as well as the duration for settling jurisdictional disputes between the people's courts.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第二百四十四条　可以上诉的判决书、裁定书不能同时送达双方当事人的，上诉期从各自收到判决书、裁定书之日计算。

**Article 244** Where a judgment or ruling that is appealable cannot be served on both sides at the same time, the time limit for appeal shall be calculated from the day when they receive the judgment or ruling, respectively.

第二百四十五条　民事诉讼法第一百五十七条第一款第七项规定的笔误是指法律文书误写、误算，诉讼费用漏写、误算和其他笔误。

**Article 245** As mentioned in paragraph 1(7), Article 157 of the Civil Procedure Law, "typos" means clerical errors and miscalculations in legal instruments, omissions and miscalculations of litigation expenses, and other typos.

第二百四十六条　裁定中止诉讼的原因消除，恢复诉讼程序时，不必撤销原裁定，从人民法院通知或者准许当事人双方继续进行诉讼时起，中止诉讼的裁定即失去效力。

**Article 246** When the cause for suspension of action is eliminated and the litigation procedure resumes, it is unnecessary to revoke the original ruling and the ruling for suspension of action shall immediately become invalidated after the people's court notifies or allows both sides to proceed with the action.

第二百四十七条　当事人就已经提起诉讼的事项在诉讼过程中或者裁判生效后再次起诉，同时符合下列条件的，构成重复起诉：

**Article 247** Where, in the course of an action or after a judgment takes effect, a party institutes another action against matters for which an action has been instituted, and the another action meets the following conditions at the same time, it constitutes a repeated action:



[CLI Code]CLI.3.5115567(EN)

（一）后诉与前诉的当事人相同；

(1) The parties to the latter action and those to the former action are the same.

（二）后诉与前诉的诉讼标的相同；

(2) The subject matter of action in the latter action and that in the former action are the same.

（三）后诉与前诉的诉讼请求相同，或者后诉的诉讼请求实质上否定前诉裁判结果。

(3) The claims in the latter action and those in the former action are the same or the claims in the latter action substantially deny the judgment in the former action.

当事人重复起诉的，裁定不予受理；已经受理的，裁定驳回起诉，但法律、司法解释另有规定的除外。

Where a party institutes a repeated action, the people's court shall rule not to accept the action; if the repeated action has been accepted, the people's court shall rule to dismiss the action, unless otherwise as prescribed in laws and judicial interpretations.

第二百四十八条　裁判发生法律效力后，发生新的事实，当事人再次提起诉讼的，人民法院应当依法受理。

Article 248 Where, after a judgment has come into force, new facts occur and a party institutes another action, the people's court shall accept such action according to the law.

第二百四十九条　在诉讼中，争议的民事权利义务转移的，不影响当事人的诉讼主体资格和诉讼地位。人民法院作出的发生法律效力的判决、裁定对受让人具有拘束力。



[CLI Code]CLI.3.5115567(EN)

**Article 249** Where the civil rights and obligations in dispute are transferred during litigation, the litigation eligibility status and the status in litigation of a party shall not be affected. The effective judgment or ruling as issued by the people's court shall be binding upon the transferee.

受让人申请以无独立请求权的第三人身份参加诉讼的，人民法院可予准许。受让人申请替代当事人承担诉讼的，人民法院可以根据案件的具体情况决定是否准许；不予准许的，可以追加其为无独立请求权的第三人。

Where the transferee files an application for participating in the litigation as a third party without an independent claim, the people's court may approve the transferee's participation. If the transferee files an application for assuming the litigation by substituting a party, the people's court may, in accordance with specific case circumstances, decide whether to approve the transferee's application; and if the people's court does not approve the transferee's application, the people's court may add the transferee as a third party without an independent claim.

第二百五十条　依照本解释第二百四十九条规定，人民法院准许受让人替代当事人承担诉讼的，裁定变更当事人。

**Article 250** In accordance with the provisions of Article 249 of this Interpretation, where a people's court allows the transferee to assume the litigation by substituting a party, the people's court shall rule to change the parties.

变更当事人后，诉讼程序以受让人为当事人继续进行，原当事人应当退出诉讼。原当事人已经完成的诉讼行为对受让人具有拘束力。

After the parties have been changed, the litigation procedure proceeds with the transferee as a party and the original party shall retreat from the litigation. The litigation conduct that has been committed by the original party shall be binding on the transferee.

Saved on: 06/30/2026



第二百五十一条　二审裁定撤销一审判决发回重审的案件，当事人申请变更、增加诉讼请求或者提出反诉，第三人提出与本案有关的诉讼请求的，依照民事诉讼法第一百四十三条规定处理。

Article 251 Where the ruling of second instance revokes the judgment of first instance and remands the case to the original trial people's court for retrial, if the parties apply for changing the parties, adding claims, or filing a counterclaim, and a third party files a claim related to the case, they shall be handled in accordance with the provisions of Article 143 of the Civil Procedure Law.

第二百五十二条　再审裁定撤销原判决、裁定发回重审的案件，当事人申请变更、增加诉讼请求或者提出反诉，符合下列情形之一的，人民法院应当准许：

Article 252 For a case in which the ruling issued upon retrial revokes the original judgment and rules to remand the case to the original trial people's court for retrial, where the parties apply for changing or adding claims, or filing a counterclaim, which falls under any of the following circumstances, the people's court shall approve such an application:

（一）原审未合法传唤缺席判决，影响当事人行使诉讼权利的；

(1) The original trial people's court enters a default judgment without legally summonsing the parties, which affects the parties' exercise of their procedural rights.

（二）追加新的诉讼当事人的；

(2) A new party to the action is added.

（三）诉讼标的物灭失或者发生变化致使原诉讼请求无法实现的；

北大法宝 让法律更智能 PKULAW.COM  [CLI Code]CLI.3.5115567(EN)

(3) The subject matter of action is lost or changed, which causes the failure to realize the original claims.

（四）当事人申请变更、增加的诉讼请求或者提出的反诉，无法通过另诉解决的。

(4) The claims to be changed or added under the application of the parties or the counterclaim filed by the parties fail to be resolved by instituting a separate action.

第二百五十三条　当庭宣判的案件，除当事人当庭要求邮寄发送裁判文书的外，人民法院应当告知当事人或者诉讼代理人领取裁判文书的时间和地点以及逾期不领取的法律后果。上述情况，应当记入笔录。

Article 253 For cases whose judgments are pronounced in court, except that the parties require the delivery of judgments by mail, the people's court shall notify the parties or the litigation representatives thereof of the time and place for receiving judgments and the legal consequences for failing to receive such judgments within a prescribed time limit. The aforesaid circumstances shall be recorded in transcripts.

第二百五十四条　公民、法人或者其他组织申请查阅发生法律效力的判决书、裁定书的，应当向作出该生效裁判的人民法院提出。申请应当以书面形式提出，并提供具体的案号或者当事人姓名、名称。

Article 254 Where a citizen, legal person, or other organization applies for consulting an effective judgment or ruling, the citizen, legal person, or other organization shall file the application with the people's court that enters the effective judgment. The application shall be filed in writing and the specific case number or the name or title of the party shall be provided.

第二百五十五条　对于查阅判决书、裁定书的申请，人民法院根据下列情形分别处理：

北大法宝 社法律更智能 PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

**Article 255** The people's court shall handle an application for consulting a judgment or ruling under any of the following circumstances:

（一）判决书、裁定书已经通过信息网络向社会公开的，应当引导申请人自行查阅；

(1) Where the judgment or ruling has been made available to the public through information network, the people's court shall guide the applicant in the voluntary consultation.

（二）判决书、裁定书未通过信息网络向社会公开，且申请符合要求的，应当及时提供便捷的查阅服务；

(2) Where the judgment or ruling is not made available to the public through information network, but the application meets the requirements, the people's court shall, in a timely manner, provide convenient consultation services.

（三）判决书、裁定书尚未发生法律效力，或者已失去法律效力的，不提供查阅并告知申请人；

(3) Where the judgment or ruling has not come into force or has become invalid, the people's court shall not make it available for the public's consultation and notify the applicant.

（四）发生法律效力的判决书、裁定书不是本院作出的，应当告知申请人向作出生效裁判的人民法院申请查阅；

(4) Where the effective judgment or ruling is not issued by the people's court, the people's court shall notify the applicant to file an application for consultation with the people's court that has issued such effective judgment or ruling.

（五）申请查阅的内容涉及国家秘密、商业秘密、个人隐私的，不予准许并告知申请人。

Saved on: 06/30/2026

北大法宝 让法律更智能 PKULAW.COM [CLI Code]CLI.3.5115567(EN)

(5) Where the content under the application for consultation involves state secret, trade secret, or individual privacy, the people's court shall not allow the consultation of such content and notify the applicant.

十一、简易程序

**XI**. Summary Procedure

第二百五十六条　民事诉讼法第一百六十条规定的简单民事案件中的事实清楚，是指当事人对争议的事实陈述基本一致，并能提供相应的证据，无须人民法院调查收集证据即可查明事实；权利义务关系明确是指能明确区分谁是责任的承担者，谁是权利的享有者；争议不大是指当事人对案件的是非、责任承担以及诉讼标的争执无原则分歧。

**Article 256** As mentioned in Article 160 of the Civil Procedure Law, "clear facts" of a simple civil case means that the parties make basically consistent statements on the facts of a dispute and can provide corresponding evidence, and it is unnecessary for the people's court to investigate and collect evidence for ascertaining facts; "unambiguous rights and obligations" means that it is clear that who is the obligor and who is the oblige; and "minor disputes" means that there is no difference in principle regarding the right and the wrong of the case, the responsibilities, and the dispute over the subject matter of action.

第二百五十七条　下列案件，不适用简易程序：

**Article 257** The summary procedure shall not apply to the following cases:

（一）起诉时被告下落不明的；

(1) The whereabouts of the defendant are unknown when the action is instituted.



[CLI Code]CLI.3.5115567(EN)

（二）发回重审的；

(2) The case is remanded for retrial.

（三）当事人一方人数众多的；

(3) The parties on one side are numerous.

（四）适用审判监督程序的；

(4) The trial supervision procedure is applicable.

（五）涉及国家利益、社会公共利益的；

(5) National interest or public interest is involved.

（六）第三人起诉请求改变或者撤销生效判决、裁定、调解书的；

(6) A third party institutes the action for modification or revocation of an effective judgment, ruling, or consent judgment.

（七）其他不宜适用简易程序的案件。

(7) Other cases, for which the application of summary procedure is not appropriate.

第二百五十八条　适用简易程序审理的案件，审理期限到期后，有特殊情况需要延长的，经本院院长批准，可以延长审理期限。延长后的审理期限累计不得超过四个月。

**Article 258** For a case tried under summary procedure, an extension of the time limit for trial, as required under special circumstances after expiration of the time limit for trial, may be granted with the approval of the president of the people's court. The cumulative time limit for trial as extended shall not exceed four months.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

人民法院发现案件不宜适用简易程序，需要转为普通程序审理的，应当在审理期限届满前作出裁定并将审判人员及相关事项书面通知双方当事人。

Where the people's court discovers that it is inappropriate to apply the summary procedure to the case and that it is necessary to transfer the case into formal procedure, the people's court shall, before the time limit for trial expires, enter a ruling and notify both sides of the judges and the corresponding matters in writing.

案件转为普通程序审理的，审理期限自人民法院立案之日计算。

Where a case is transferred into formal procedure, the time limit for trial shall be calculated from the day when the people's court dockets the case.

第二百五十九条　当事人双方可就开庭方式向人民法院提出申请，由人民法院决定是否准许。经当事人双方同意，可以采用视听传输技术等方式开庭。

Article 259 Both sides may file an application with a people's court regarding the court session manner and the people's court shall decide whether to approve such court session manner. With the consents of both sides, the court session may be held by adopting audio and video transmission technologies and other means.

第二百六十条　已经按照普通程序审理的案件，在开庭后不得转为简易程序审理。

Article 260 A case that has been tried under formal procedure may not be transferred into summary procedure after the court session begins.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

第二百六十一条　适用简易程序审理案件，人民法院可以依照民事诉讼法第九十条、第一百六十二条的规定采取捎口信、电话、短信、传真、电子邮件等简便方式传唤双方当事人、通知证人和送达诉讼文书。

**Article 261** For a case tried under summary procedure, the people's court may summons both sides, notify witnesses, and serve process in such simple manners as oral message, phone call, short message, fax, and e-mail in accordance with Articles 90 and 162 of the Civil Procedure Law.

以简便方式送达的开庭通知，未经当事人确认或者没有其他证据证明当事人已经收到的，人民法院不得缺席判决。

Where the receipt of a notice of a court session served in simple manners is not confirmed by the parties, or there is no evidence of receipt by the parties, the people's court may not enter a default judgment.

适用简易程序审理案件，由审判员独任审判，书记员担任记录。

For a case tried under summary procedure, the judge shall be the sole judge, and the court clerk shall be responsible for taking notes.

第二百六十二条　人民法庭制作的判决书、裁定书、调解书，必须加盖基层人民法院印章，不得用人民法庭的印章代替基层人民法院的印章。

**Article 262** The judgments, rulings, and consent judgments issued by a people's court shall bear the seal of a basic people's court and the seal of a people's tribunal may not be used to substitute the seal of a basic people's court.

第二百六十三条　适用简易程序审理案件，卷宗中应当具备以下材料：

**Article 263** For a case to which summary procedure applies, the case files shall contain the following:

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

（一）起诉状或者口头起诉笔录；

(1) a written complaint or transcript of a verbal complaint;

（二）答辩状或者口头答辩笔录；

(2) a written statement of defense or transcript of a verbal defense;

（三）当事人身份证明材料；

(3) identity certification documents of the parties;

（四）委托他人代理诉讼的授权委托书或者口头委托笔录；

(4) a power of attorney for authorizing other person to represent the party to the case or transcript of verbal authorization;

（五）证据；

(5) evidence;

（六）询问当事人笔录；

(6) transcripts of inquiries of the parties;

（七）审理（包括调解）笔录；

(7) transcripts of trial (including mediation);

（八）判决书、裁定书、调解书或者调解协议；

(8) a judgment, ruling, consent judgment, or mediation agreement;

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

（九）送达和宣判笔录；

(9) transcripts of service and pronouncement;

（十）执行情况；

(10) execution information;

（十一）诉讼费收据；

(11) receipts of litigation expenses; and

（十二）适用民事诉讼法第一百六十五条规定审理的，有关程序适用的书面告知。

(12) a written notification of the relevant procedure where a case is tried in accordance with the provisions of Article 165 of the Civil Procedure Law.

第二百六十四条　当事人双方根据民事诉讼法第一百六十条第二款规定约定适用简易程序的，应当在开庭前提出。口头提出的，记入笔录，由双方当事人签名或者捺印确认。

**Article 264** Where both sides agree on the application of summary procedure in accordance with the provisions of paragraph 2, Article 160 of the Civil Procedure Law, they shall put forward it before the court session begins. Where it is put forward verbally, it shall be recorded in transcripts and confirmed by the signatures or fingerprints of both sides.

本解释第二百五十七条规定的案件，当事人约定适用简易程序的，人民法院不予准许。

For cases as prescribed in Article 257 of this Interpretation, if the parties agree on the application of summary procedure to such cases, the people's court may not approve it.

 

第二百六十五条　原告口头起诉的，人民法院应当将当事人的姓名、性别、工作单位、住所、联系方式等基本信息，诉讼请求，事实及理由等准确记入笔录，由原告核对无误后签名或者捺印。对当事人提交的证据材料，应当出具收据。

Article 265 Where a plaintiff institutes an action verbally, the people's court shall correctly record such basic information on the parties as name, gender, employer, domicile, and contact methods, claims, facts, and reasons in transcripts and upon verification, the plaintiff shall affix his, her or its signature or fingerprint. The people's court shall issue receipts for the evidentiary materials submitted by the parties to it.

第二百六十六条　适用简易程序案件的举证期限由人民法院确定，也可以由当事人协商一致并经人民法院准许，但不得超过十五日。被告要求书面答辩的，人民法院可在征得其同意的基础上，合理确定答辩期间。

Article 266 The time limit for producing evidence for a case to which summary procedure applies shall be determined by a people's court or may be determined upon consultation and consensus of the parties and approval of the people's court, but it may not exceed 15 days. Where a defendant requires a written statement of defense, the people's court may, on the basis of gaining the consent of the defendant, properly determine the period of defense.

人民法院应当将举证期限和开庭日期告知双方当事人，并向当事人说明逾期举证以及拒不到庭的法律后果，由双方当事人在笔录和开庭传票的送达回证上签名或者捺印。

The people's court shall notify both sides of the time limit for producing evidence and the date of court session and explain to the parties the legal consequences of failure to produce evidence within the time limit for producing evidence and refusal to appear in court.

[CLI Code]CLI.3.5115567(EN)

当事人双方均表示不需要举证期限、答辩期间的，人民法院可以立即开庭审理或者确定开庭日期。

Where both sides express that the time limit for producing evidence and the period of defense are unnecessary, the people's court shall immediately hold the court session or determine the date of court session.

**第二百六十七条**　适用简易程序审理案件，可以简便方式进行审理前的准备。

**Article 267** For a case to which summary procedure applies, pre-trial preparations may be made in simple manners.

**第二百六十八条**　对没有委托律师、基层法律服务工作者代理诉讼的当事人，人民法院在庭审过程中可以对回避、自认、举证证明责任等相关内容向其作必要的解释或者说明，并在庭审过程中适当提示当事人正确行使诉讼权利、履行诉讼义务。

**Article 268** For a party that does not retain a lawyer or legal service worker at the basic level to serve as the litigation representative, a people's court may, in the course of court session, give necessary explanation or description of the relevant content, including disqualification, confession, and burden of proof and appropriately remind the party of properly exercising the procedural rights and performing the procedural obligations.

**第二百六十九条**　当事人就案件适用简易程序提出异议，人民法院经审查，异议成立的，裁定转为普通程序；异议不成立的，裁定驳回。裁定以口头方式作出的，应当记入笔录。

**Article 269** Where a party raises an objection to the application of summary procedure in the case, the people's court shall enter a ruling to transfer the case into formal procedure, if the objection is

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

found to be valid upon examination, or to overrule the objection, if it is found to be invalid. The ruling, if entered orally, shall be entered in the transcripts.

转为普通程序的，人民法院应当将审判人员及相关事项以书面形式通知双方当事人。

Where the case is transferred into formal procedure, the people's court shall notify both sides of the judge and corresponding matters in writing.

转为普通程序前，双方当事人已确认的事实，可以不再进行举证、质证。

For facts that have been confirmed by both sides before the case is transferred into formal procedure, evidence is not required to be adduced or challenged.

第二百七十条　适用简易程序审理的案件，有下列情形之一的，人民法院在制作判决书、裁定书、调解书时，对认定事实或者裁判理由部分可以适当简化：

Article 270 Where a case to which summary procedure applies falls under any of the following circumstances, when preparing a judgment, ruling, or consent judgment, the people's court may appropriately simplify the found facts or judgment's reasoning:

（一）当事人达成调解协议并需要制作民事调解书的；

(1) The parties reach a mediation agreement and it is necessary to prepare a civil consent judgment.

（二）一方当事人明确表示承认对方全部或者部分诉讼请求的；

(2) One party explicitly admits all or partial claims of the other party.

（三）涉及商业秘密、个人隐私的案件，当事人一方要求简化裁判文书中的相关内容，人民法院认为理由正当的；

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

(3) For a case involving trade secret or individual privacy, a party requires the simplification of the relevant content of the judgment and the people's court holds that the reasons for such simplification are justifiable.

（四）当事人双方同意简化的。

(4) Both sides agree to the simplification.

十二、简易程序中的小额诉讼

**XII**. Small Claims in Summary Procedure

**第二百七十一条** 人民法院审理小额诉讼案件，适用民事诉讼法第一百六十五条的规定，实行一审终审。

**Article 271** Where a people's court tries a small claims lawsuit, the adjudication of the people's court shall be final in accordance with the provisions of Article 165 of the Civil Procedure Law.

**第二百七十二条** 民事诉讼法第一百六十五条规定的各省、自治区、直辖市上年度就业人员年平均工资，是指已经公布的各省、自治区、直辖市上一年度就业人员年平均工资。在上一年度就业人员年平均工资公布前，以已经公布的最近年度就业人员年平均工资为准。

**Article 272** As mentioned in Article 165 of the Civil Procedure Law, "previous year's average annual wages of employees in a province, autonomous region or municipality directly under the Central Government" means the previous year's average annual wages of employees in a province, autonomous region or municipality directly under the Central Government that have been published. Before the previous year's average annual wages of employees are published, the most recent year's average annual wages of employees that have been published shall prevail.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第二百七十三条　海事法院可以适用小额诉讼的程序审理海事、海商案件。案件标的额应当以实际受理案件的海事法院或者其派出法庭所在的省、自治区、直辖市上年度就业人员年平均工资为基数计算。

Article 273 Maritime courts may try admiralty and maritime cases under the small claims procedures. The amount of the subject matter in a case shall be calculated on the basis of average annual wages of employees for the previous year in the province, autonomous region or municipality directly under the Central Government where the maritime court that actually accepts the case or its dispatched tribunal is located.

第二百七十四条　人民法院受理小额诉讼案件，应当向当事人告知该类案件的审判组织、一审终审、审理期限、诉讼费用交纳标准等相关事项。

Article 274 When accepting a small claims lawsuit, a people's court shall notify the party of the trial organization, final judgment in the first instance, time limit of trial, payment standards for litigation costs and other relevant matters.

第二百七十五条　小额诉讼案件的举证期限由人民法院确定，也可以由当事人协商一致并经人民法院准许，但一般不超过七日。

Article 275 The time limit for producing evidence in a small claims lawsuit may be either determined by a people's court or agreed on by the parties and approved by the people's court, which, however, generally not exceed seven days.

被告要求书面答辩的，人民法院可以在征得其同意的基础上合理确定答辩期间，但最长不得超过十五日。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

Where the defendant requires for making a written statement of defense, a people's court may determine in a reasonable manner the defense period on the basis of obtaining the consent of the defendant, which shall not exceed 15 days at a minimum.

当事人到庭后表示不需要举证期限和答辩期间的，人民法院可立即开庭审理。

Where a party claims after appearing before the court that he does not need the time period for producing evidence or the defense period, the people's court may try the case in court session immediately.

**第二百七十六条**　当事人对小额诉讼案件提出管辖异议的，人民法院应当作出裁定。裁定一经作出即生效。

**Article 276** Where a party raises any objection to the jurisdiction concerning a small claims lawsuit, the people's court shall make a ruling. The ruling shall take effect immediately after being made.

**第二百七十七条**　人民法院受理小额诉讼案件后，发现起诉不符合民事诉讼法第一百二十二条规定的起诉条件的，裁定驳回起诉。裁定一经作出即生效。

**Article 277** Where a people's court finds after accepting a small claims lawsuit that the filing of the lawsuit fails to meet the conditions for instituting an action as prescribed in Article 122 of the Civil Procedure Law, it shall rule to dismiss the lawsuit. The ruling shall take effect immediately after being made.

**第二百七十八条**　因当事人申请增加或者变更诉讼请求、提出反诉、追加当事人等，致使案件不符合小额诉讼案件条件的，应当适用简易程序的其他规定审理。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**Article 278** Where a case fails to meet the conditions for a small claims lawsuit as the party applies for adding or changing claims, files a counterclaim or adds parties, among others, the case shall be tried under other provisions of summary procedure.

前款规定案件，应当适用普通程序审理的，裁定转为普通程序。

Where the case as prescribed in the preceding paragraph shall be tried under formal procedure, a ruling shall be made to try the case under formal procedure.

适用简易程序的其他规定或者普通程序审理前，双方当事人已确认的事实，可以不再进行举证、质证。

Before trying the case under other provisions of summary procedure or formal procedure, the facts ascertained by both parties may no longer be proved or cross-examined.

第二百七十九条　当事人对按照小额诉讼案件审理有异议的，应当在开庭前提出。人民法院经审查，异议成立的，适用简易程序的其他规定审理或者裁定转为普通程序；异议不成立的，裁定驳回。裁定以口头方式作出的，应当记入笔录。

**Article 279** A party's objection to the trial of a case under the small claims procedures shall be raised before a court session. The people's court shall try the case in accordance with the other provisions on summary procedure, or enter a ruling to transfer the case into formal procedure, if the objection is found to be valid upon examination, or to overrule the objection, if it is found to be invalid. The ruling, if entered orally, shall be entered in the transcripts.

第二百八十条　小额诉讼案件的裁判文书可以简化，主要记载当事人基本信息、诉讼请求、裁判主文等内容。

Saved on: 06/30/2026

**Article 280** A judgment document of a small claims lawsuit may be simplified by primarily recording the basic information of the parties, claims, the main text of the judgment and other contents.

第二百八十一条　人民法院审理小额诉讼案件，本解释没有规定的，适用简易程序的其他规定。

**Article 281** Where these Interpretation is silent, a people's court shall try a small claims lawsuit under other provisions of summary procedure.

十三、公益诉讼

**XIII**. Public Interest Actions

第二百八十二条　环境保护法、消费者权益保护法等法律规定的机关和有关组织对污染环境、侵害众多消费者合法权益等损害社会公共利益的行为，根据民事诉讼法第五十八条规定提起公益诉讼，符合下列条件的，人民法院应当受理：

**Article 282** Where an organ or relevant organization as prescribed by the Environmental Protection Law, the Law of the People's Republic of China on the Protection of Consumer Rights and Interests or any other law initiates a public interest action for any conduct that pollutes environment, infringes upon the legitimate rights and interests of vast consumers or otherwise damages public interests in accordance with the provisions of Article 58 of the Civil Procedure Law, if the action meets the following conditions, the people's court shall accept such action:

（一）有明确的被告；

(1) There is a clear defendant.



[CLI Code]CLI.3.5115567(EN)

（二）有具体的诉讼请求；

(2) There are specific claims.

（三）有社会公共利益受到损害的初步证据；

(3) There is preliminary evidence that public interests have been damaged.

（四）属于人民法院受理民事诉讼的范围和受诉人民法院管辖。

(4) The case is within the scope of civil actions accepted by the people's courts and under the jurisdiction of the people's court with which the action is initiated.

第二百八十三条  公益诉讼案件由侵权行为地或者被告住所地中级人民法院管辖，但法律、司法解释另有规定的除外。

Article 283 A public interest action shall be under the jurisdiction of the intermediate people's court at the place where the tort occurs or at the place of domicile of the defendant, except as otherwise provided by laws and judicial interpretations.

因污染海洋环境提起的公益诉讼，由污染发生地、损害结果地或者采取预防污染措施地海事法院管辖。

A public interest action initiated for marine environment pollution shall be under the jurisdiction of the maritime court at the place where pollution occurs, where injury result occurs or where pollution prevention measures are taken.

对同一侵权行为分别向两个以上人民法院提起公益诉讼的，由最先立案的人民法院管辖，必要时由它们的共同上级人民法院指定管辖。



[CLI Code]CLI.3.5115567(EN)

Where a public interest action is instituted respectively with two or more people's courts for the same tort, the people's court that files the case first shall have jurisdiction over the action, and, where necessary, their common people's court at a higher level shall designate the jurisdiction.

第二百八十四条 人民法院受理公益诉讼案件后，应当在十日内书面告知相关行政主管部门。

**Article 284** A people's court shall, after accepting a public interest action, inform the relevant competent administrative department in writing within ten days.

第二百八十五条 人民法院受理公益诉讼案件后，依法可以提起诉讼的其他机关和有关组织，可以在开庭前向人民法院申请参加诉讼。人民法院准许参加诉讼的，列为共同原告。

**Article 285** After a people's court accepts a public interest action, any other organ or relevant organization that is eligible for initiating an action in accordance with the law may apply to the people's court for participating in the action before the court session. Where the people's court allows the organ or organization to participate in the action, such organ or organization may be listed as a co-plaintiff.

第二百八十六条 人民法院受理公益诉讼案件，不影响同一侵权行为的受害人根据民事诉讼法第一百二十二条规定提起诉讼。

**Article 286** The acceptance of a public interest action by a people's court does not affect the initiation of an action by a victim of the same tort in accordance with the provisions of Article 122 of the Civil Procedure Law.

第二百八十七条 对公益诉讼案件，当事人可以和解，人民法院可以调解。



[CLI Code]CLI.3.5115567(EN)

**Article 287** In a public interest action, the parties may reach a settlement, and the people's court may conduct mediation.

当事人达成和解或者调解协议后，人民法院应当将和解或者调解协议进行公告。公告期间不得少于三十日。

After the parties reach a settlement or a mediation agreement, the people's court shall make an announcement of the settlement or mediation agreement for a period of not less than 30 days.

公告期满后，人民法院经审查，和解或者调解协议不违反社会公共利益的，应当出具调解书；和解或者调解协议违反社会公共利益的，不予出具调解书，继续对案件进行审理并依法作出裁判。

After the announcement period expires, a people's court shall issue a consent judgment if it finds upon review that the settlement or mediation agreement does not violate the public interests, or refuse to issue a mediation agreement and continue to try the case and make a ruling in accordance with the law if the settlement or consent judgment violates public interests.

第二百八十八条　公益诉讼案件的原告在法庭辩论终结后申请撤诉的，人民法院不予准许。

**Article 288** Where the plaintiff of a public interest action applies for withdrawing an action after the end of a court debate, the people's court shall not grant such application.

第二百八十九条　公益诉讼案件的裁判发生法律效力后，其他依法具有原告资格的机关和有关组织就同一侵权行为另行提起公益诉讼的，人民法院裁定不予受理，但法律、司法解释另有规定的除外。

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

**Article 289** Where, after the judgment in a public interest action takes legal effect, any organ or relevant organization qualified as a plaintiff initiates a public interest action for the same tort, the people's court shall make a rule of not accepting such action, except as otherwise provided by laws and judicial interpretations.

十四、第三人撤销之诉

**XIV**. Third-Party Revocation Actions

第二百九十条　第三人对已经发生法律效力的判决、裁定、调解书提起撤销之诉的，应当自知道或者应当知道其民事权益受到损害之日起六个月内，向作出生效判决、裁定、调解书的人民法院提出，并应当提供存在下列情形的证据材料：

**Article 290** Where a third party files a revocation lawsuit against an effective judgment, ruling, or consent judgment of a people's court, it shall, within six months from the date when the third party knows or should have known that the third party's civil rights and interests have been damaged, institute an action in the people's court that rendered the effective judgment, ruling or consent judgment, and provide the evidentiary materials proving the existence of any of the following circumstances:

（一）因不能归责于本人的事由未参加诉讼；

(1) The third party fails to participate in an action for any reason that cannot be attributable to the third party's fault.

（二）发生法律效力的判决、裁定、调解书的全部或者部分内容错误；

(2) The legally effective judgment, ruling or consent judgment is entirely or partially erroneous.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

（三）发生法律效力的判决、裁定、调解书内容错误损害其民事权益。

(3) The errors in the contents of the legally effective judgment, ruling or consent judgment cause damage to the third party's civil rights and interests.

第二百九十一条　人民法院应当在收到起诉状和证据材料之日起五日内送交对方当事人，对方当事人可以自收到起诉状之日起十日内提出书面意见。

Article 291 A people's court shall, within five days of receipt of the written complaint and evidentiary materials, deliver them to the other parties, and the other parties may put forward written opinions within ten days of receipt of the written complaint.

人民法院应当对第三人提交的起诉状、证据材料以及对方当事人的书面意见进行审查。必要时，可以询问双方当事人。

The people's court shall examine the written complaint and evidentiary materials submitted by the third party and the written opinions of the other parties, and, where necessary, may interview both sides.

经审查，符合起诉条件的，人民法院应当在收到起诉状之日起三十日内立案。不符合起诉条件的，应当在收到起诉状之日起三十日内裁定不予受理。

Where, upon examination, a case meets the conditions for instituting an action, the people's court shall file the case within 30 days of receipt of the written complaint; or the people's court shall issue a ruling within 30 days to refuse to accept a case that fails to meet the conditions for instituting an action.

第二百九十二条　人民法院对第三人撤销之诉案件，应当组成合议庭开庭审理。

Article 292 A people's court shall form a collegial bench to try a case of third-party revocation action.



[CLI Code]CLI.3.5115567(EN)

第二百九十三条　民事诉讼法第五十九条第三款规定的因不能归责于本人的事由未参加诉讼，是指没有被列为生效判决、裁定、调解书当事人，且无过错或者无明显过错的情形。包括：

**Article 293** As mentioned in paragraph 3, Article 59 of the Civil Procedure Law, "failure to participate in an action for any reason that is not attributable to the third party's fault" means the circumstances under which a third party is not listed as a party to an effective judgment, ruling or consent judgment, and is not at fault or not obviously at fault, including:

（一）不知道诉讼而未参加的；

(1) The third party fails to participate in the action because he or it does not know the action.

（二）申请参加未获准许的；

(2) The third party applies for participating in the action but fails to get the approval.

（三）知道诉讼，但因客观原因无法参加的；

(3) The third party knows the action, but cannot participate in the action for any objective reason.

（四）因其他不能归责于本人的事由未参加诉讼的。

(4) The third party fails to participate in the lawsuit for any reason that is not attributable to the third party's fault.

第二百九十四条　民事诉讼法第五十九条第三款规定的判决、裁定、调解书的部分或者全部内容，是指判决、裁定的主文，调解书中处理当事人民事权利义务的结果。



[CLI Code]CLI.3.5115567(EN)

**Article 294** As mentioned in paragraph 3, Article 59 of the Civil Procedure Law, "judgment, ruling or consent judgment is entirely or partially erroneous" means the adjudication part of a judgment or ruling or the results of disposition of the parties' civil rights and obligations in a consent judgment.

第二百九十五条　对下列情形提起第三人撤销之诉的，人民法院不予受理：

**Article 295** A people's court shall not accept a third-party revocation action that is filed under any of the following circumstances:

（一）适用特别程序、督促程序、公示催告程序、破产程序等非讼程序处理的案件；

(1) The action shall be handled under special procedures, prompting procedures, procedure for Announcement to Urge Declaration of Claims, bankruptcy procedures, or other non-contentious procedures.

（二）婚姻无效、撤销或者解除婚姻关系等判决、裁定、调解书中涉及身份关系的内容；

(2) The action is initiated against the contents involving identity relationship in the judgment, ruling or consent judgment that invalidates a marriage or revokes or dissolves a marital relationship, among others.

（三）民事诉讼法第五十七条规定的未参加登记的权利人对代表人诉讼案件的生效裁判；

(3) The action is initiated against the effective judgment in the litigation case of unregistered right holder v. representative as prescribed in Article 57 of the Civil Procedure Law.

（四）民事诉讼法第五十八条规定的损害社会公共利益行为的受害人对公益诉讼案件的生效裁判。

Saved on: 06/30/2026

法律更智能 PKULAW.COM [CLI Code]CLI.3.5115567(EN)

(4) The action is initiated against the effective judgment of any public interest action initiated by victims of any conduct that damages public interests as prescribed in Article 58 of the Civil Procedure Law.

第二百九十六条　第三人提起撤销之诉，人民法院应当将该第三人列为原告，生效判决、裁定、调解书的当事人列为被告，但生效判决、裁定、调解书中没有承担责任的无独立请求权的第三人列为第三人。

Article 296 Where a third party files a revocation action, the people's court shall list the third party as the plaintiff, and the parties to the effective judgment, ruling and consent judgment shall be listed as defendants, but a third party without an independent right of claim that does not undertake obligations in the effective judgment, ruling and consent judgment shall be listed as the third party.

第二百九十七条　受理第三人撤销之诉案件后，原告提供相应担保，请求中止执行的，人民法院可以准许。

Article 297 After accepting a third-party revocation action, the people's court may approve the plaintiff's request for terminating execution by providing the corresponding guarantee.

第二百九十八条　对第三人撤销或者部分撤销发生法律效力的判决、裁定、调解书内容的请求，人民法院经审理，按下列情形分别处理：

Article 298 Upon trial, a people's court shall handle a third party's claim for entirely or partially revoking any content of an effective judgment, ruling or consent judgment respectively according to the following circumstances:

（一）请求成立且确认其民事权利的主张全部或部分成立的，改变原判决、裁定、调解书内容的错误部分；

[CLI Code]CLI.3.5115567(EN)

(1) Where the third party's claim is supported, and the claim for confirming his or its civil rights is entirely or partially supported, the erroneous part in the original judgment, ruling or consent judgment shall be altered.

（二）请求成立，但确认其全部或部分民事权利的主张不成立，或者未提出确认其民事权利请求的，撤销原判决、裁定、调解书内容的错误部分；

(2) Where the third party's claim is supported, but the claim for confirming its entire or partial civil rights is not supported, or the third party does not file a claim for confirming his or its civil rights, the erroneous part in the original judgment, ruling or consent judgment shall be revoked.

（三）请求不成立的，驳回诉讼请求。

(3) Where the third party's claim is not supported, the claim shall be dismissed.

对前款规定裁判不服的，当事人可以上诉。

The party that refuses to accept the ruling as prescribed in the preceding paragraph may make an appeal.

原判决、裁定、调解书的内容未改变或者未撤销的部分继续有效。

The contents not changed or not revoked in the original judgment, ruling or consent judgment shall remain in force.

**第二百九十九条**　第三人撤销之诉案件审理期间，人民法院对生效判决、裁定、调解书裁定再审的，受理第三人撤销之诉的人民法院应当裁定将第三人的诉讼请求并入再审程序。但有证据证明原审当事人之间恶意串通损害第三人合法权益的，人民法院应当先行审理第三人撤销之诉案件，裁定中止再审诉讼。

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

**Article 299** Where, during the trial of a third-party revocation action, the people's court makes a ruling on the retrial of an effective judgment, ruling or consent judgment, the people's court that accepts the third-party revocation action shall make a ruling on incorporating the third party's claims into the retrial procedures. However, where there is evidence proving that the parties in an original trial maliciously collude with each other, which has damaged the legitimate rights and interests of the third party, the people's court shall first try the third-party's revocation action, and make a ruling on suspension of the retrial action.

第三百条　第三人诉讼请求并入再审程序审理的，按照下列情形分别处理：

**Article 300** A third-party's claims that are incorporated into the retrial procedures shall be handled respectively according to the following circumstances:

（一）按照第一审程序审理的，人民法院应当对第三人的诉讼请求一并审理，所作的判决可以上诉；

(1) Where the case is tried under the procedure at first instance, the people's court shall try the third party's claims concurrently, and the parties may appeal against the ruling made.

（二）按照第二审程序审理的，人民法院可以调解，调解达不成协议的，应当裁定撤销原判决、裁定、调解书，发回一审法院重审，重审时应当列明第三人。

(2) Where the case is tried under the procedure at second instance, the people's court may conduct mediation. If no agreement can be reached through mediation, the people's court shall make a ruling on revoking the original judgment, ruling or consent judgment, and remand this case to the court of the first instance for retrial. The third party shall be listed during the retrial.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**第三百零一条** 第三人提起撤销之诉后，未中止生效判决、裁定、调解书执行的，执行法院对第三人依照民事诉讼法第二百三十四条规定提出的执行异议，应予审查。第三人不服驳回执行异议裁定，申请对原判决、裁定、调解书再审的，人民法院不予受理。

**Article 301** Where, after a third party initiates a revocation action, the execution of the effective original judgment, ruling or consent judgment fails to be suspended, the execution court shall examine the execution objection raised by the third party in accordance with the provisions of Article 234 of the Civil Procedure Law. Where the third party refuses to accept the ruling on rejection of execution objection, and files a retrial petition for trial of the original judgment, ruling or consent judgment, the people's court shall not accept such petition.

案外人对人民法院驳回其执行异议裁定不服，认为原判决、裁定、调解书内容错误损害其合法权益的，应当根据民事诉讼法第二百三十四条规定申请再审，提起第三人撤销之诉的，人民法院不予受理。

Where any party not involved in this case refuses to accept the people's court's ruling on rejection of its execution objection, considering that the original judgment, ruling or consent judgment damage has damaged his or its legitimate rights and interests, he or it shall file a retrial petition in accordance with the provisions of Article 234 of the Civil Procedure Law. Where a third-party revocation action is initiated, the people's court shall not accept such action.

十五、执行异议之诉

**XV**. Execution Objection Actions

**第三百零二条** 根据民事诉讼法第二百三十四条规定，案外人、当事人对执行异议裁定不服，自裁定送达之日起十五日内向人民法院提起执行异议之诉的，由执行法院管辖。

北大法宝 让法律更智能 PKULAW.COM                                [CLI Code]CLI.3.5115567(EN)

**Article 302** Where, in accordance with the provisions of Article 234 of the Civil Procedure Law, a nonparty or a party to this case refuses to accept a ruling on rejection of execution objection, he or it may file an execution objection action with the people's court within 15 days after the aforesaid ruling regarding objection is served, and the execution court shall have the jurisdiction.

**第三百零三条** 案外人提起执行异议之诉，除符合民事诉讼法第一百二十二条规定外，还应当具备下列条件：

**Article 303** The initiation of an execution objection action by a nonparty shall, in addition to complying with the provisions of Article 122 of the Civil Procedure Law, meet the following conditions:

（一）案外人的执行异议申请已经被人民法院裁定驳回；

(1) The people's court has rendered a ruling to dismiss the petition for execution objection filed by the nonparty.

（二）有明确的排除对执行标的执行的诉讼请求，且诉讼请求与原判决、裁定无关；

(2) There are explicit claims for preventing the execution of the subject matter of execution, and such claims have nothing to do with the original judgment or ruling.

（三）自执行异议裁定送达之日起十五日内提起。

(3) The execution objection action is initiated within 15 days after the execution objection ruling is served.

人民法院应当在收到起诉状之日起十五日内决定是否立案。

The people's court shall decide whether to file the case within 15 days from the date of receipt of the written complaint.



[CLI Code]CLI.3.5115567(EN)

**第三百零四条**　申请执行人提起执行异议之诉，除符合民事诉讼法第一百二十二条规定外，还应当具备下列条件：

**Article 304** The initiation of an execution objection action by an execution applicant shall, in addition to complying with the provisions of Article 122 of the Civil Procedure Law, meet the following conditions:

（一）依案外人执行异议申请，人民法院裁定中止执行；

(1) The people's court makes a ruling on suspension of execution on the basis of the application for execution objection filed by the nonparty.

（二）有明确的对执行标的继续执行的诉讼请求，且诉讼请求与原判决、裁定无关；

(2) There are explicit claims for continuing the execution of the subject matter of execution, and such claims have nothing to do with the original judgment or ruling.

（三）自执行异议裁定送达之日起十五日内提起。

(3) The execution objection action is initiated within 15 days after the execution objection ruling is served.

人民法院应当在收到起诉状之日起十五日内决定是否立案。

The people's court shall decide whether to file the case within 15 days from the date of receipt of the written complaint.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第三百零五条　案外人提起执行异议之诉的，以申请执行人为被告。被执行人反对案外人异议的，被执行人为共同被告；被执行人不反对案外人异议的，可以列被执行人为第三人。

Article 305 Where a nonparty institutes an execution objection action, the execution applicant shall be the defendant. If the judgment debtor opposes the objection of the nonparty, the judgment debtor shall be a codefendant; or if the judgment debtor does not oppose the objection of the nonparty, the judgment debtor may be listed as a third party.

第三百零六条　申请执行人提起执行异议之诉的，以案外人为被告。被执行人反对申请执行人主张的，以案外人和被执行人为共同被告；被执行人不反对申请执行人主张的，可以列被执行人为第三人。

Article 306 Where an execution applicant initiates an execution objection action, the nonparty shall be the defendant. Where the judgment debtor opposes the claim of the execution applicant, the nonparty and the judgment debtor shall be the codefendants. Where the judgment debtor does not oppose the claim of the execution applicant, the judgment debtor may be listed as a third party.

第三百零七条　申请执行人对中止执行裁定未提起执行异议之诉，被执行人提起执行异议之诉的，人民法院告知其另行起诉。

Article 307 Where an execution applicant does not file an execution objection action against a ruling on suspension of execution, and the judgment debtor initiates an execution objection action, the people's court shall notify the judgment debtor to institute a separate action.

第三百零八条　人民法院审理执行异议之诉案件，适用普通程序。

Article 308 A people's court shall try an execution objection case under formal procedure.

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

第三百零九条　案外人或者申请执行人提起执行异议之诉的，案外人应当就其对执行标的享有足以排除强制执行的民事权益承担举证证明责任。

Article 309 Where a nonparty or an execution applicant initiates an execution objection action, the nonparty shall bear the burden of proof on its civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement.

第三百一十条　对案外人提起的执行异议之诉，人民法院经审理，按照下列情形分别处理：

Article 310 For execution objection actions filed by parties not involved in cases, a people's court shall, upon trial, handle them respectively according to the following circumstances:

（一）案外人就执行标的享有足以排除强制执行的民事权益的，判决不得执行该执行标的；

(1) Where a nonparty has civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement, the people's court shall make a ruling that this subject matter should not be enforced.

（二）案外人就执行标的不享有足以排除强制执行的民事权益的，判决驳回诉讼请求。

(2) Where a nonparty does not have civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement, the people's court shall make a ruling on dismissing the claims.

案外人同时提出确认其权利的诉讼请求的，人民法院可以在判决中一并作出裁判。

Where a nonparty also files the claims for confirming his or its rights, the people's court may adjudicate concurrently in the judgment.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

第三百一十一条　对申请执行人提起的执行异议之诉，人民法院经审理，按照下列情形分别处理：

Article 311 For execution objection actions filed by execution applicants, a people's court shall, upon trial, handle them respectively according to the following circumstances:

（一）案外人就执行标的不享有足以排除强制执行的民事权益的，判决准许执行该执行标的；

(1) Where a nonparty does not have civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement, the people's court shall make a ruling on approving the execution of this subject matter of execution.

（二）案外人就执行标的享有足以排除强制执行的民事权益的，判决驳回诉讼请求。

(2) Where a nonparty has civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement, the people's court shall make a ruling on dismissing the claims.

第三百一十二条　对案外人执行异议之诉，人民法院判决不得对执行标的执行的，执行异议裁定失效。

Article 312 Where, for an execution objection action initiated by a nonparty, the people's court makes a ruling that the subject matter of execution shall not be enforced, the execution objection ruling shall be invalidated.

对申请执行人执行异议之诉，人民法院判决准许对该执行标的的执行的，执行异议裁定失效，执行法院可以根据申请执行人的申请或者依职权恢复执行。

Where, for an execution objection action initiated by an execution applicant, the people's court makes a ruling on approving the execution of the subject matter of execution, the execution

 

objection ruling shall be invalidated, and the execution court may resume execution upon application of an execution applicant or its powers.

第三百一十三条　案外人执行异议之诉审理期间，人民法院不得对执行标的进行处分。申请执行人请求人民法院继续执行并提供相应担保的，人民法院可以准许。

Article 313 During the trial of the execution objection action initiated by a nonparty, the people's court shall not dispose of the subject matter of execution. Where the execution applicant requests the people's court to continue the execution and provides the corresponding guarantees, the people's court may approve the request.

被执行人与案外人恶意串通，通过执行异议、执行异议之诉妨害执行的，人民法院应当依照民事诉讼法第一百一十六条规定处理。申请执行人因此受到损害的，可以提起诉讼要求被执行人、案外人赔偿。

Where the judgment debtor maliciously colludes with the nonparty to impede execution by raising execution objection or initiating an execution objection action, the people's court shall dispose of them in accordance with the provisions of Article 116 of the Civil Procedure Law provisions. Where the execution applicant suffers damage thereby, he or it may institute an action to claim compensation from the judgment debtor and the nonparty.

第三百一十四条　人民法院对执行标的的裁定中止执行后，申请执行人在法律规定的期间内未提起执行异议之诉的，人民法院应当自起诉期限届满之日起七日内解除对该执行标的采取的执行措施。

Article 314 After a people's court issues a ruling on suspension of execution of the subject matter of execution, if the execution applicant fails to initiate an execution objection action within the time

[CLI Code]CLI.3.5115567(EN)

limit as prescribed in laws, the people's court shall rescind the execution measures taken for this subject matter of execution within seven days upon expiry of the time limit for filing a lawsuit.

## 十六、第二审程序

**XVI**. Procedure at Second Instance

第三百一十五条    双方当事人和第三人都提起上诉的，均列为上诉人。人民法院可以依职权确定第二审程序中当事人的诉讼地位。

**Article 315** If both parties and the third party have filed their own appeals, all of them shall be appellants. A people's court may determine the litigation status of the parties in the procedure at second instance according to their functions and powers.

第三百一十六条    民事诉讼法第一百七十三条、第一百七十四条规定的对方当事人包括被上诉人和原审其他当事人。

**Article 316** The "other parties" as prescribed in Article 173 and Article 174 of the Civil Procedure Law include appellees and other parties to the original trial.

第三百一十七条    必要共同诉讼人的一人或者部分人提起上诉的，按下列情形分别处理：

**Article 317** If one or some persons of one party in a necessary joint action file an appeal, the people's court shall handle it as follows:

（一）上诉仅对与对方当事人之间权利义务分担有意见，不涉及其他共同诉讼人利益的，对方当事人为被上诉人，未上诉的同一方当事人依原审诉讼地位列明；



[CLI Code]CLI.3.5115567(EN)

(1) If the appeal is filed only due to an objection to the distribution of rights and obligations with the other parties and the interests of any other co-litigants are not involved, the people's court shall take the other parties as the appellees, and list the parties on the same side which do not appeal according to their litigation status in the original trial.

（二）上诉仅对共同诉讼人之间权利义务分担有意见，不涉及对方当事人利益的，未上诉的同一方当事人为被上诉人，对方当事人依原审诉讼地位列明；

(2) If the appeal is filed only due to an objection to the distribution of rights and obligations among the co-litigants, and the interests of the other parties are not involved, the people's court shall take the co-litigants on the same side which do not appeal as the appellees, and list the other parties according to their litigation status in the original trial.

（三）上诉对双方当事人之间以及共同诉讼人之间权利义务承担有意见的，未提起上诉的其他当事人均为被上诉人。

(3) If the appeal is filed due to an objection to the distribution of rights and obligations between both sides and among the co-litigants, the other parties that do not appeal shall be the appellees.

第三百一十八条　一审宣判时或者判决书、裁定书送达时，当事人口头表示上诉的，人民法院应告知其必须在法定上诉期间内递交上诉状。未在法定上诉期间内递交上诉状的，视为未提起上诉。虽递交上诉状，但未在指定的期限内交纳上诉费的，按自动撤回上诉处理。

Article 318 If a party files an oral appeal when the first-instance judgment is pronounced or the written judgment or ruling is served, the people's court shall notify the party that he or it shall submit a written appeal within the statutory time limit for appeal. If the party fails to do so, the people's court shall deem that the party has not filed any appeal. Where the party fails to pay appeal fees

北大法宝 PKULAW.COM [CLI Code]CLI.3.5115567(EN)

within a designated time limit though he or it submits a written appeal, the people's court shall deem that the party has automatically withdrawn the appeal.

第三百一十九条　无民事行为能力人、限制民事行为能力人的法定代理人，可以代理当事人提起上诉。

Article 319 The statutory representative of a person without civil competency or with limited civil competency may file an appeal on behalf of that person.

第三百二十条　上诉案件的当事人死亡或者终止的，人民法院依法通知其权利义务承继者参加诉讼。

Article 320 Where a party that appeals dies or terminates, the people's court shall notify in accordance with the law the successor of his or its rights and obligators to participate in the action.

需要终结诉讼的，适用民事诉讼法第一百五十四条规定。

Where an action needs to be terminated, the provisions of Article 154 of the Civil Procedure Law shall apply.

第三百二十一条　第二审人民法院应当围绕当事人的上诉请求进行审理。

Article 321 The people's court of second instance shall try a case around the party's claims in appeal.

当事人没有提出请求的，不予审理，但一审判决违反法律禁止性规定，或者损害国家利益、社会公共利益、他人合法权益的除外。

Where a party does not file claims, the people's court shall not try the case, unless the first-instance judgment violates prohibitive provisions in laws or damages the interests of the state, public interests, or the legitimate rights and interests of other persons.



[CLI Code]CLI.3.5115567(EN)

第三百二十二条 开庭审理的上诉案件，第二审人民法院可以依照民事诉讼法第一百三十六条第四项规定进行审理前的准备。

**Article 322** For a case tried in a court session, people's court of second instance may make pretrial preparations in accordance with the provisions of subparagraph (4), Article136 of the Civil Procedure Law.

第三百二十三条 下列情形，可以认定为民事诉讼法第一百七十七条第一款第四项规定的严重违反法定程序：

**Article 323** Any of the following circumstances may be determined as a severe violation of legal procedures as prescribed in paragraph 1(4), Article 177 of the Civil Procedure Law:

（一）审判组织的组成不合法的；

(1) The composition of a trial organization is illegal.

（二）应当回避的审判人员未回避的；

(2) Any judge who shall be disqualified in accordance with law fails to be disqualified.

（三）无诉讼行为能力人未经法定代理人代为诉讼的；

(3) The statutory representative of a person without competency to participate in the action fails to participate in the action on behalf of the person.

（四）违法剥夺当事人辩论权利的。

(4) A party's right to debate is illegally denied.

151/263



[CLI Code]CLI.3.5115567(EN)

第三百二十四条　对当事人在第一审程序中已经提出的诉讼请求，原审人民法院未作审理、判决的，第二审人民法院可以根据当事人自愿的原则进行调解；调解不成的，发回重审。

**Article 324** For the claims filed by a party in the procedure at first instance, if the people's court of original instance fails to try the case and render a judgment thereon, the people's court of second instance may conduct mediation on the principle of free will of the parties; or if mediation fails, the case shall be remanded for retrial.

第三百二十五条　必须参加诉讼的当事人或者有独立请求权的第三人，在第一审程序中未参加诉讼，第二审人民法院可以根据当事人自愿的原则予以调解；调解不成的，发回重审。

**Article 325** If a party that is required to participate in an action or a third party with an independent right of claim fails to participate in the action in the procedure at first instance, the people's court of second instance may conduct mediation on the principle of free will of the parties; or if mediation fails, the case shall be remanded for retrial.

第三百二十六条　在第二审程序中，原审原告增加独立的诉讼请求或者原审被告提出反诉的，第二审人民法院可以根据当事人自愿的原则就新增加的诉讼请求或者反诉进行调解；调解不成的，告知当事人另行起诉。

**Article 326** In the procedure at second instance, if the plaintiff in original trial adds any independent claims or the defendant in original trial files a counterclaim, the people's court of second instance may conduct mediation regarding the newly added claims or counterclaim on the principle of free will of the parties; or if mediation fails, the people's court shall notify the party to file a new lawsuit.

双方当事人同意由第二审人民法院一并审理的，第二审人民法院可以一并裁判。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

If both parties agree with the trial of the case by the people's court of second instance concurrently, the people's court of second instance may render a judgment concurrently.

**第三百二十七条**　一审判决不准离婚的案件，上诉后，第二审人民法院认为应当判决离婚的，可以根据当事人自愿的原则，与子女抚养、财产问题一并调解；调解不成的，发回重审。

**Article 327** For a case for which the judgment of first instance disapproves the divorce, if, after the appeal, the people's court of second instance holds that a judgment on approval of divorce shall be rendered, it may, on the principle of free will of the parties, conduct mediation together with the issues of child upbringing and property; or if mediation fails, the case shall be remanded for retrial.

双方当事人同意由第二审人民法院一并审理的，第二审人民法院可以一并裁判。

If both parties agree with the trial of the case by the people's court of second instance concurrently, the people's court of second instance may render a judgment concurrently.

**第三百二十八条**　人民法院依照第二审程序审理案件，认为依法不应由人民法院受理的，可以由第二审人民法院直接裁定撤销原裁判，驳回起诉。

**Article 328** For a case tried by the people's court under the procedure at second instance, if the people's court holds that the case shall not be accepted by the people's court in accordance with the law, the people's court of second instance may directly rule to cancel the original judgment and dismiss the action.

**第三百二十九条**　人民法院依照第二审程序审理案件，认为第一审人民法院受理案件违反专属管辖规定的，应当裁定撤销原裁判并移送有管辖权的人民法院。



[CLI Code]CLI.3.5115567(EN)

**Article 329** For a case tried by the people's court under the procedure at second instance, if the people's court holds that the case accepted by the people's court of first instance violates the provisions on exclusive jurisdiction, the people's court shall render a ruling to revoke the original judgment and transfer the case to the people's court having jurisdiction.

第三百三十条　第二审人民法院查明第一审人民法院作出的不予受理裁定有错误的，应当在撤销原裁定的同时，指令第一审人民法院立案受理；查明第一审人民法院作出的驳回起诉裁定有错误的，应当在撤销原裁定的同时，指令第一审人民法院审理。

**Article 330** If the people's court of second instance ascertains that there is any error in the ruling of rejection rendered by the people's court of first instance, it shall, when revoking the original ruling, order the people's court of first instance to put the case on file and accept it; and if the people's court of second instance finds that there is any error in the ruling of dismissal rendered by the people's court of first instance, it shall, when canceling the original ruling, order the people's court of first instance to try the case.

第三百三十一条　第二审人民法院对下列上诉案件，依照民事诉讼法第一百七十六条规定可以不开庭审理：

**Article 331** The people's court of second instance may not try the following appeal cases in court sessions in accordance with the provisions of Article 176 of the Civil Procedure Law:

（一）不服不予受理、管辖权异议和驳回起诉裁定的；

(1) Cases in which the rulings rendered for the rejection of action, the challenge to the jurisdiction or the dismissal of action are refused to be accepted.

（二）当事人提出的上诉请求明显不能成立的；

(2) Cases in which the appeal claims filed by the parties obviously cannot be supported.

（三）原判决、裁定认定事实清楚，但适用法律错误的；

(3) Cases in which the facts are clearly ascertained but the application of law is erroneous in the judgment or ruling of original instance.

（四）原判决严重违反法定程序，需要发回重审的。

(4) Cases that need to be remanded for retrial because the original adjudications severely violate legal procedures.

第三百三十二条　原判决、裁定认定事实或者适用法律虽有瑕疵，但裁判结果正确的，第二审人民法院可以在判决、裁定中纠正瑕疵后，依照民事诉讼法第一百七十七条第一款第一项规定予以维持。

Article 332 Where the results of the original judgment or ruling are correct though the facts ascertained by the original judgment or ruling or the application of law are flawed, the people's court of second instance may, after correcting the flaws in the judgment or ruling, maintain the original judgment or ruling in accordance with the provisions of paragraph 1(1) of Article 177 of the Civil Procedure Law.

第三百三十三条　民事诉讼法第一百七十七条第一款第三项规定的基本事实，是指用以确定当事人主体资格、案件性质、民事权利义务等对原判决、裁定的结果有实质性影响的事实。

Article 333 As mentioned in paragraph 1(3), Article 177 of the Civil Procedure Law, "basic facts" means the facts used to determine the competence of a party, the nature of a case, or civil rights and obligations, which have a substantial impact on the original judgment or ruling.



[CLI Code]CLI.3.5115567(EN)

第三百三十四条  在第二审程序中，作为当事人的法人或者其他组织分立的，人民法院可以直接将分立后的法人或者其他组织列为共同诉讼人；合并的，将合并后的法人或者其他组织列为当事人。

Article 334 If, in the procedure at second instance, the legal person or other organization as the party is split off, the people's court may directly take the legal persons or other organizations after the split-off as the co-litigants; in the case of merger, the people's court may take the legal person or other organization after merger as the party.


第三百三十五条  在第二审程序中，当事人申请撤回上诉，人民法院经审查认为一审判决确有错误，或者当事人之间恶意串通损害国家利益、社会公共利益、他人合法权益的，不应准许。

Article 335 If, in the procedure at second instance, a party applies for withdrawal of an appeal, and the people's court holds upon review that there are truly errors in the judgment of first instance, or the parties maliciously collude with each other to damage the interests of the state, public interests or the legitimate rights of others, the people's court shall not approve the withdrawal.


第三百三十六条  在第二审程序中，原审原告申请撤回起诉，经其他当事人同意，且不损害国家利益、社会公共利益、他人合法权益的，人民法院可以准许。准许撤诉的，应当一并裁定撤销一审裁判。

Article 336 If, in the procedure at second instance, the plaintiff in original trial applies for withdrawal of an action, the people's court may approve the application upon consent of other parties and when the interests of the state, public interests or the legitimate rights of others are not damaged. Where withdrawal of the action is approved, the people's court shall rule to concurrently revoke the first-instance judgment.

Saved on: 06/30/2026

原审原告在第二审程序中撤回起诉后重复起诉的，人民法院不予受理。

Where the plaintiff in original trial brings an action again after he or it withdraws the original action in the procedure at second instance, the people's court shall not accept such action.

第三百三十七条　当事人在第二审程序中达成和解协议的，人民法院可以根据当事人的请求，对双方达成的和解协议进行审查并制作调解书送达当事人；因和解而申请撤诉，经审查符合撤诉条件的，人民法院应予准许。

Article 337 If the parties reach a mediation agreement in the procedure at second instance, the people's court may, upon request of the parties, review the mediation agreement reached by both parties and make a consent judgment and serve it on the parties; if an application for withdrawing an action is filed due to mediation, the people's court shall approve the withdrawal if the conditions for withdrawal of an action are met upon review.

第三百三十八条　第二审人民法院宣告判决可以自行宣判，也可以委托原审人民法院或者当事人所在地人民法院代行宣判。

Article 338 The people's court of second instance may pronounce a judgment on its own, or may entrust it to the people's court of original trial or the people's court at the domicile of the party.

第三百三十九条　人民法院审理对裁定的上诉案件，应当在第二审立案之日起三十日内作出终审裁定。有特殊情况需要延长审限的，由本院院长批准。

Article 339 A people's court shall issue a final ruling for an appeal against a ruling within 30 days after the appeal case of second instance is filed. If it is necessary to extend the time limit for trial under any special circumstance, it shall be approved by the president of the people's court

[CLI Code]CLI.3.5115567(EN)

**第三百四十条** 当事人在第一审程序中实施的诉讼行为，在第二审程序中对该当事人仍具有拘束力。

**Article 340** The acts of a party committed under the procedure at first instance shall remain binding upon the party under the procedure at second instance.

当事人推翻其在第一审程序中实施的诉讼行为时，人民法院应当责令其说明理由。理由不成立的，不予支持。

When a party overturns an act committed by the party under the procedure at first instance, the people's court shall order the party to give reasons for the overturn. If there are no justifiable reasons, the overturn shall not be supported by the people's court.

十七、特别程序

**XVII**. Special Procedures

**第三百四十一条** 宣告失踪或者宣告死亡案件，人民法院可以根据申请人的请求，清理下落不明人的财产，并指定案件审理期间的财产管理人。公告期满后，人民法院判决宣告失踪的，应当同时依照民法典第四十二条的规定指定失踪人的财产代管人。

**Article 341** In a case concerning a declaration of absence or death, a people's court may, at the request of the applicant, ascertain the property of the person whose whereabouts are unknown, and designate a property administrator during the trial of the case. After the end of the period of announcement, if the people's court issues a judgment to declare absence, it shall, at the same time, designate a property administrator for the absentee in accordance with Article 42 of the Civil Code.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**第三百四十二条** 失踪人的财产代管人经人民法院指定后，代管人申请变更代管的，比照民事诉讼法特别程序的有关规定进行审理。申请理由成立的，裁定撤销申请人的代管人身份，同时另行指定财产代管人；申请理由不成立的，裁定驳回申请。

**Article 342** If, after the property administrator for a missing person has been designated by the people's court, the administrator applies for the change of designation, the application shall be heard according to the relevant provisions on the special procedures in the Civil Procedure Law. If the application is reasonable, the court shall rule to cancel the applicant's status as the administrator, and simultaneously designate another property administrator; if the application is unreasonable, the court shall rule to reject the application.

失踪人的其他利害关系人申请变更代管的，人民法院应当告知其以原指定的代管人为被告起诉，并按普通程序进行审理。

If another interested party of the missing person applies for change of the designation of the property administrator, the people's court shall notify him or it to institute an action against the designated original property administrator that shall be taken as the defendant, and the case shall be tried under formal procedure.

**第三百四十三条** 人民法院判决宣告公民失踪后，利害关系人向人民法院申请宣告失踪人死亡，自失踪之日起满四年的，人民法院应当受理，宣告失踪的判决即是该公民失踪的证明，审理中仍应依照民事诉讼法第一百九十二条规定进行公告。

**Article 343** If, after the people's court has adjudicated to declare the missing of a citizen, any interested person thereof applies to the people's court for declaration of the death of the missing person, and four years or more have lapsed from the date of missing, the people's court shall accept the application, the judgment for declaration of missing shall be the proof of the missing of the

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

citizen, and, during trial, the people's court shall make an announcement still in accordance with Article 192 of the Civil Procedure Law.

**第三百四十四条** 符合法律规定的多个利害关系人提出宣告失踪、宣告死亡申请的，列为共同申请人。

**Article 344** Where more than one interested party file the application for declaring death or missing, they shall be listed as joint applicants.

**第三百四十五条** 寻找下落不明人的公告应当记载下列内容：

**Article 345** An announcement on the search for the missing person shall specify the following contents:

（一）被申请人应当在规定期间内向受理法院申报其具体地址及其联系方式。否则，被申请人将被宣告失踪、宣告死亡；

(1) The respondent shall declare his specific address and contact information to the court accepting the case within the prescribed time. Otherwise, the respondent will be declared missing or dead;

（二）凡知悉被申请人生存现状的人，应当在公告期间内将其所知道情况向受理法院报告。

(2) Whoever knows the living situation of the respondent shall report the situation he has learned to the court that accepts the case within the period of announcement.

**第三百四十六条** 人民法院受理宣告失踪、宣告死亡案件后，作出判决前，申请人撤回申请的，人民法院应当裁定终结案件，但其他符合法律规定的利害关系人加入程序要求继续审理的除外。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**Article 346** Where, after a people's court accepts a case concerning the declaration of missing or death of a person, an applicant withdraws the application before the people's court makes a judgment, the people's court shall make a ruling to conclude the case, unless any other interest party that complies with legal provisions joins the procedures to require the people's court to continue the trial.

第三百四十七条　在诉讼中，当事人的利害关系人或者有关组织提出该当事人不能辨认或者不能完全辨认自己的行为，要求宣告该当事人无民事行为能力或者限制民事行为能力的，应由利害关系人或者有关组织向人民法院提出申请，由受诉人民法院按照特别程序立案审理，原诉讼中止。

**Article 347** If an interested person of a party, or a relevant organization, claims in litigation that the party is incapable of discerning or fully discerning his or her conduct and requests the party to be declared without capacity for civil conduct or with limited capacity for civil conduct, the people's court that accepts the action shall open a case for trial according to the special procedure, on application by the interested person or the relevant organization, and suspend the original action.

第三百四十八条　认定财产无主案件，公告期间有人对财产提出请求的，人民法院应当裁定终结特别程序，告知申请人另行起诉，适用普通程序审理。

**Article 348** For a case on the determination of a property as unclaimed, if any one claims the property during the period of public notice, the people's court shall rule to conclude the special procedure, and notify the applicant to file a new lawsuit, and the case shall be tried under formal procedure.

第三百四十九条　被指定的监护人不服居民委员会、村民委员会或者民政部门指定，应当自接到通知之日起三十日内向人民法院提出异议。经审理，认为指定并无不当的，裁定驳

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

回异议；指定不当的，判决撤销指定，同时另行指定监护人。判决书应当送达异议人、原指定单位及判决指定的监护人。

**Article 349** The designated guardian shall file an objection to the designation by the residents' committee, villagers' committee, or civil affairs department with the people's court within 30 days of receipt of the notice. Upon hearing, if the court holds that the designation is not improper, it shall issue a ruling to dismiss the objection; or if the court holds that the designation is improper, it shall issue a judgment to revoke the designation, and at the same time, designate a new guardian. The written judgment shall be served on the objector, the original designator, and the guardian designated in the judgment.

有关当事人依照民法典第三十一条第一款规定直接向人民法院申请指定监护人的，适用特别程序审理，判决指定监护人。判决书应当送达申请人、判决指定的监护人。

Where a relevant party directly applies to the people's court for designation of a guardian in accordance with paragraph 1 of Article 31 of the Civil Code, the people's court shall hear the case under a special procedure, and issue a judgment to designate the guardian. The written judgment shall be served on the applicant and the guardian designated in the judgment.

第三百五十条　申请认定公民无民事行为能力或者限制民事行为能力的案件，被申请人没有近亲属的，人民法院可以指定经被申请人住所地的居民委员会、村民委员会或者民政部门同意，且愿意担任代理人的个人或者组织为代理人。

**Article 350** Where, in a case regarding an application for a determination that a citizen has no capacity for civil conduct or has limited capacity for civil conduct, the respondent has no close relative, the people's court may designate an individual or organization willing to act as a representative as the representative, to which the residents' committee, villagers' committee, or civil affairs department at the place of domicile of the respondent.

162/263

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

没有前款规定的代理人的，由被申请人住所地的居民委员会、村民委员会或者民政部门担任代理人。

Without a representative prescribed in the preceding paragraph, the residents' committee, villagers' committee, or civil affairs department at the place of the domicile of the respondent shall act as the representative.

代理人可以是一人，也可以是同一顺序中的两人。

There may be one representative or two representatives in the same order.

第三百五十一条　申请司法确认调解协议的，双方当事人应当本人或者由符合民事诉讼法第六十一条规定的代理人依照民事诉讼法第二百零一条的规定提出申请。

Article 351 To apply for judicial confirmation of a mediation agreement, the parties on both sides shall, in accordance with Article 201 of the Civil Procedure Law, file an application in person or by representative who complies with Article 61 of the Civil Procedure Law.

第三百五十二条　调解组织自行开展的调解，有两个以上调解组织参与的，符合民事诉讼法第二百零一条规定的各调解组织所在地人民法院均有管辖权。

Article 352 Where two or more mediation organizations participate in mediation on their own motion, the people's court at the place where each mediation organization which complies with Article 201 of the Civil Procedure Law is located shall have jurisdiction.

双方当事人可以共同向符合民事诉讼法第二百零一条规定的其中一个有管辖权的人民法院提出申请；双方当事人共同向两个以上有管辖权的人民法院提出申请的，由最先立案的人民法院管辖。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

The parties on both sides may jointly file an application with any of the people's courts having jurisdiction which complies with Article 201 of the Civil Procedure Law; if the parties on both sides jointly file applications with two or more people's courts having jurisdiction, the people's court that first opens a case shall exercise jurisdiction.

第三百五十三条　当事人申请司法确认调解协议，可以采用书面形式或者口头形式。当事人口头申请的，人民法院应当记入笔录，并由当事人签名、捺印或者盖章。

Article 353 A party may apply for judicial confirmation of a mediation agreement in writing or verbally. Where a party files a verbal application, the people's court shall transcribe the application, which shall be signed, fingerprinted, or sealed by the party.

第三百五十四条　当事人申请司法确认调解协议，应当向人民法院提交调解协议、调解组织主持调解的证明，以及与调解协议相关的财产权利证明等材料，并提供双方当事人的身份、住所、联系方式等基本信息。

Article 354 To apply for judicial confirmation of a mediation agreement, both parties shall submit to the people's court the mediation agreement, the certificate on the mediation organization's presiding over mediation, and property right certificate and other materials related to mediation agreement, and provide the identity, domicile, contact information and other basic information of both parties.

当事人未提交上述材料的，人民法院应当要求当事人限期补交。

Where the parties fail to submit the aforesaid materials, the people's court shall require the parties to supplement the required materials within a prescribed time limit.

第三百五十五条　当事人申请司法确认调解协议，有下列情形之一的，人民法院裁定不予受理：

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**Article 355** Where an application for judicial confirmation of a mediation agreement filed by the parties fails under any of the following circumstances, the people's court shall rule not to accept the application:

（一）不属于人民法院受理范围的；

(1) The application is not subject to the acceptance scope of the people's court

（二）不属于收到申请的人民法院管辖的；

(2) The application is not under the jurisdiction of the people's court accepting the application.

（三）申请确认婚姻关系、亲子关系、收养关系等身份关系无效、有效或者解除的；

(3) The application is made for confirming the invalidity, validity or termination of the marital relationship, parentage, adoptive relationship or any other identity relationship.

（四）涉及适用其他特别程序、公示催告程序、破产程序审理的；

(4) Any other special procedure, procedure for Announcement to Urge Declaration of Claims and bankruptcy procedure applies to the trial of the case.

（五）调解协议内容涉及物权、知识产权确权的。

(5) The contents of the mediation agreement involve the confirmation of property and intellectual property right.

人民法院受理申请后，发现有上述不予受理情形的，应当裁定驳回当事人的申请。

Where the people's court finds, after accepting the application, that the application falls under any of the following circumstances under which an application shall not be accepted, it shall rule to reject the parties' application.

165/263



[CLI Code]CLI.3.5115567(EN)

第三百五十六条　人民法院审查相关情况时，应当通知双方当事人共同到场对案件进行核实。

Article 356 When examining the relevant information, a people's court shall notify both parties to appear in court together to verify the case.

人民法院经审查，认为当事人的陈述或者提供的证明材料不充分、不完备或者有疑义的，可以要求当事人限期补充陈述或者补充证明材料。必要时，人民法院可以向调解组织核实有关情况。

Where the people's court holds upon examination that the statement of or the certification materials provided by a party are insufficient, incomplete or doubtful, it may require the party to supplement the statement or certification materials within a prescribed time limit. If necessary, the people's court may verify the relevant information with the mediation organization.

第三百五十七条　确认调解协议的裁定作出前，当事人撤回申请的，人民法院可以裁定准许。

Article 357 Where, before the ruling on confirming the mediation agreement is made, a party withdraws the application, the people's court may make a ruling on approving the withdrawal of the application.

当事人无正当理由未在限期内补充陈述、补充证明材料或者拒不接受询问的，人民法院可以按撤回申请处理。

Where a party fails, without any justified reason, to supplement the statement or certification materials within a prescribed time limit or refuses to accept inquiry, the people's court may deem the party has withdrawn the application.



[CLI Code]CLI.3.5115567(EN)

**第三百五十八条**　经审查，调解协议有下列情形之一的，人民法院应当裁定驳回申请：

**Article 358** Where, upon examination, the mediation agreement is found to fall under any of the following circumstances, the people's court shall issue a ruling to dismiss the application:

（一）违反法律强制性规定的；

(1) The mediation agreement violates any mandatory provision of the law.

（二）损害国家利益、社会公共利益、他人合法权益的；

(2) The mediation agreement damages the national interest, public interest, or lawful rights and interests of others.

（三）违背公序良俗的；

(3) The mediation agreement violates the public order and good morals.

（四）违反自愿原则的；

(4) The mediation agreement is ambiguous in content.

（五）内容不明确的；

(5) The contents is ambiguous

（六）其他不能进行司法确认的情形。

6Other circumstances under which the mediation agreement cannot be confirmed by the people's court.

Saved on: 06/30/2026

法北大宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

第三百五十九条　民事诉讼法第二百零三条规定的担保物权人，包括抵押权人、质权人、留置权人；其他有权请求实现担保物权的人，包括抵押人、出质人、财产被留置的债务人或者所有权人等。

Article 359 As mentioned in Article 203 of the Civil Procedure Law, "security interest holder" means a mortgagee, pledgee, or lienor; and "other party entitled to request realization of the security interest" means a mortgagor, pledgor, lienee, or owner, among others.

第三百六十条　实现票据、仓单、提单等有权利凭证的权利质权案件，可以由权利凭证持有人住所地人民法院管辖；无权利凭证的权利质权，由出质登记地人民法院管辖。

Article 360 A case involving the realization of a pledge of right with a right certificate such as a negotiable instrument, a warehouse receipt, or a bill of lading may be under the jurisdiction of the people's court at the place of domicile of the holder of the right certificate; and a case involving the realization of a pledge of right without a right certificate shall be under the jurisdiction of the people's court at the place of registration of pledging.

第三百六十一条　实现担保物权案件属于海事法院等专门人民法院管辖的，由专门人民法院管辖。

Article 361 Where a case of security interest realization is under the jurisdiction of a maritime court or any other specialized people's court, such a specialized people's court shall exercise the jurisdiction over the case.

第三百六十二条　同一债权的担保物有多个且所在地不同，申请人分别向有管辖权的人民法院申请实现担保物权的，人民法院应当依法受理。

Article 362 Where multiple pieces of property are posted as security for the same claim and are located at different places, if the applicant applies for security interest realization to the people's

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

courts having jurisdiction respectively, the people's courts shall accept the applications according to the law.

**第三百六十三条** 依照民法典第三百九十二条的规定，被担保的债权既有物的担保又有人的担保，当事人对实现担保物权的顺序有约定，实现担保物权的申请违反该约定的，人民法院裁定不予受理；没有约定或者约定不明的，人民法院应当受理。

**Article 363** Where a claim is secured by both property and person in accordance with Article 392 of the Civil Code, but an application for realization of the security interest violates the agreement between the parties on the order of realization of the security interest, the people's court shall issue a ruling to reject the application; or if the parties have not reached such an agreement or such an agreement between the parties is ambiguous, the people's court shall accept the application.

**第三百六十四条** 同一财产上设立多个担保物权，登记在先的担保物权尚未实现的，不影响后顺位的担保物权人向人民法院申请实现担保物权。

**Article 364** Where multiple security interests are created on the same property, a security interest registered earlier which has not been realized shall not affect an application filed by the holder of a later security interest to the people's court for realization of security interest.

**第三百六十五条** 申请实现担保物权，应当提交下列材料：

**Article 365** To apply for security interest realization, the applicant shall submit the following materials:

（一）申请书。申请书应当记明申请人、被申请人的姓名或者名称、联系方式等基本信息，具体的请求和事实、理由；

[CLI Code]CLI.3.5115567(EN)

(1) A written application, including the basic information on the applicant and respondent, such as their names and contact methods, and the specific claims, facts, and reasons.

（二）证明担保物权存在的材料，包括主合同、担保合同、抵押登记证明或者他项权利证书，权利质权的权利凭证或者质权出质登记证明等；

(2) Proof of existence of a security interest, including but not limited to a master contract, a contract on provision of security, a certificate of mortgage registration or a certificate of other rights, a right certificate for pledge of rights, or a certificate of registration of pledging.

（三）证明实现担保物权条件成就的材料；

(3) Proof of satisfaction of conditions for security interest realization.

（四）担保财产现状的说明；

(4) A statement on the current condition of the property posted as security.

（五）人民法院认为需要提交的其他材料。

(5) Other materials as considered necessary by the people's court.

第三百六十六条　人民法院受理申请后，应当在五日内向被申请人送达申请书副本、异议权利告知书等文书。

Article 366 After accepting an application, a people's court shall, within five days, service a copy of the application, a notification of right of objection, and other documents on the respondent.

被申请人有异议的，应当在收到人民法院通知后的五日内向人民法院提出，同时说明理由并提供相应的证据材料。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

If the respondent objects to the application, the respondent shall, within five days of receipt of the notification from the people's court, raises an objection with the people's court, explaining the reasons for objection, and submit the relevant evidential materials.

第三百六十七条　实现担保物权案件可以由审判员一人独任审查。担保财产标的额超过基层人民法院管辖范围的，应当组成合议庭进行审查。

Article 367 A case involving realization of a security interest may be examined by a sole judge. If the value of the subject matter secured is beyond the jurisdiction of the basic people's court, a collegial bench shall be formed to examine the case.

第三百六十八条　人民法院审查实现担保物权案件，可以询问申请人、被申请人、利害关系人，必要时可以依职权调查相关事实。

Article 368 In examining a case involving realization of a security interest, a people's court may question the applicant, respondent, and interested persons, and when necessary, investigate the relevant facts according to its power.

第三百六十九条　人民法院应当就主合同的效力、期限、履行情况，担保物权是否有效设立、担保财产的范围、被担保的债权范围、被担保的债权是否已届清偿期等担保物权实现的条件，以及是否损害他人合法权益等内容进行审查。

Article 369 A people's court shall examine the validity, term, and performance of a master contract, the validity of a security interest, the scope of property posted as security, the scope of claims secured, whether the repayment for the claims secured is due and other conditions for realization of a security interest, and whether the lawful rights and interests of others will be damaged, among others.

被申请人或者利害关系人提出异议的，人民法院应当一并审查。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

Where the respondent or an interested party raises an objection, the people's court shall examine it jointly with the aforesaid matters.

第三百七十条　人民法院审查后，按下列情形分别处理：

**Article 370** After examination, a people's court shall proceed as follows:

（一）当事人对实现担保物权无实质性争议且实现担保物权条件成就的，裁定准许拍卖、变卖担保财产；

(1) It shall issue a ruling to permit the auction or sale of the property posted as security, if the parties are not substantively in dispute and the conditions for realization of a security interest are satisfied;

（二）当事人对实现担保物权有部分实质性争议的，可以就无争议部分裁定准许拍卖、变卖担保财产；

(2) It may issue a ruling to permit the auction or sale of the property posted as security for the part of security interests over which the parties are not in dispute, if the parties are substantively in dispute over certain security interests; or

（三）当事人对实现担保物权有实质性争议的，裁定驳回申请，并告知申请人向人民法院提起诉讼。

(3) It shall dismiss the application and notify the applicant that the applicant may institute an action in the people's court, if the parties are substantively in dispute over the realization of a security interest.

第三百七十一条　人民法院受理申请后，申请人对担保财产提出保全申请的，可以按照民事诉讼法关于诉讼保全的规定办理。

北大法宝 让法律更智能　PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

**Article 371** Where, after a people's court accepts an application, the applicant files a motion for preservation of the property posted as security, the preservation provisions of the Civil Procedure Law may apply.

第三百七十二条　适用特别程序作出的判决、裁定，当事人、利害关系人认为有错误的，可以向作出该判决、裁定的人民法院提出异议。人民法院经审查，异议成立或者部分成立的，作出新的判决、裁定撤销或者改变原判决、裁定；异议不成立的，裁定驳回。

**Article 372** A party or interested person that considers that a judgment or ruling issued under a special proceeding is erroneous may raise an objection with the people's court issuing the judgment or ruling. Upon examination, if the people's court supports or partially supports the objection, it shall issue a new judgment or ruling to revoke or modify the original judgment or ruling; or dismiss the objection if the objection is unfounded.

对人民法院作出的确认调解协议、准许实现担保物权的裁定，当事人有异议的，应当自收到裁定之日起十五日内提出；利害关系人有异议的，自知道或者应当知道其民事权益受到侵害之日起六个月内提出。

A party that objects to a ruling issued by a people's court to confirm a mediation agreement and permit realization of a security interest shall, within 15 days of receipt of the ruling, raises the objection; or an interested party shall raise the objection within six months from the day when it knows or should have known the infringement upon its rights and interests in civil law.

十八、审判监督程序

**XVIII**. Trial Supervision Procedure

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**第三百七十三条** 当事人死亡或者终止的，其权利义务承继者可以根据民事诉讼法第二百零六条、第二百零八条的规定申请再审。

**Article 373** Where a party dies or is terminated, the successor to the rights and obligations of the party may file a petition for retrial in accordance with the provisions of Articles 206 and 208 of the Civil Procedure Law.

判决、调解书生效后，当事人将判决、调解书确认的债权转让，债权受让人对该判决、调解书不服申请再审的，人民法院不予受理。

Where, after a judgment or consent judgment takes effect, a party assigns the claims determined in the judgment or consent judgment, the people's court shall reject a petition for retrial filed by the assignee against the judgment or consent judgment.

**第三百七十四条** 民事诉讼法第二百零六条规定的人数众多的一方当事人，包括公民、法人和其他组织。

**Article 374** The numerous parties on one side as described in Article 206 of the Civil Procedure Law may include citizens, legal persons, and other organizations.

民事诉讼法第二百零六条规定的当事人双方为公民的案件，是指原告和被告均为公民的案件。

A case in which the parties on both sides are citizens as described in Article 206 of the Civil Procedure Law means a case in which both the plaintiff(s) and the defendant(s) are citizens.

**第三百七十五条** 当事人申请再审，应当提交下列材料：

**Article 375** To petition for retrial, a party shall submit the following materials:

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

（一）再审申请书，并按照被申请人和原审其他当事人的人数提交副本；

(1) A written petition for retrial, with copies in the number of the respondent(s) and other parties in the original trial.

（二）再审申请人是自然人的，应当提交身份证明；再审申请人是法人或者其他组织的，应当提交营业执照、组织机构代码证书、法定代表人或者主要负责人身份证明书。委托他人代为申请的，应当提交授权委托书和代理人身份证明；

(2) The identification of the petitioner who is a natural person or the business license, organization code certificate, and identification of the legal representative or primary person in charge of the petitioner that is a legal person or any other organization. If the petitioner authorizes another person to file the petition on behalf of the petitioner, the power of attorney and identification of the authorized person shall also be submitted.

（三）原审判决书、裁定书、调解书；

(3) The original judgment, ruling, or consent judgment.

（四）反映案件基本事实的主要证据及其他材料。

(4) Primary evidence and other materials on the basic facts of the case.

前款第二项、第三项、第四项规定的材料可以是与原件核对无异的复印件。

The materials as set out in subparagraphs (2), (3) and (4) in the preceding paragraph may be photocopies certified to the consistent with the originals.

第三百七十六条 再审申请书应当记明下列事项：

**Article 376** A written petition for retrial shall state:

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

（一）再审申请人与被申请人及原审其他当事人的基本信息；

(1) the basic information on the petitioner, respondents, and other parties in the original trial;

（二）原审人民法院的名称，原审裁判文书案号；

(2) the name of the original trial people's court and the case number of the original adjudicative document;

（三）具体的再审请求；

(3) the specific claims in retrial; and

（四）申请再审的法定情形及具体事实、理由。

(4) the statutory circumstances under which the petition for retrial is filed and the specific facts and reasons.

再审申请书应当明确申请再审的人民法院，并由再审申请人签名、捺印或者盖章。

A written petition for retrial shall specify the people's court with which the petition for retrial is filed, and the petitioner shall affix its signature, fingerprint, or seal to the written petition for retrial.

第三百七十七条　当事人一方人数众多或者当事人双方为公民的案件，当事人分别向原审人民法院和上一级人民法院申请再审且不能协商一致的，由原审人民法院受理。

Article 377 Where the parties on one side are numerous or the parties on both sides are citizens, and the parties petition for retrial to the original trial people's court and the people's court at the next higher level respectively, if the parties cannot reach an agreement, the case shall be accepted by the original trial people's court.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第三百七十八条　适用特别程序、督促程序、公示催告程序、破产程序等非讼程序审理的案件，当事人不得申请再审。

Article 378 A party to a case that is tried under a special procedure, the procedure for urging debt repayment, the procedure for Announcement to Urge Declaration of Claims, the bankruptcy procedure, or any other non-contentious procedure shall be prohibited from petitioning for retrial of the case.

第三百七十九条　当事人认为发生法律效力的不予受理、驳回起诉的裁定错误的，可以申请再审。

Article 379 A party that deems that an effective ruling to reject or dismiss an action is erroneous may file a petition for retrial of the case.

第三百八十条　当事人就离婚案件中的财产分割问题申请再审，如涉及判决中已分割的财产，人民法院应当依照民事诉讼法第二百零七条的规定进行审查，符合再审条件的，应当裁定再审；如涉及判决中未作处理的夫妻共同财产，应当告知当事人另行起诉。

Article 380 Where a party files a petition for retrial of a divorce case over division of property, if any property already divided in the judgment is involved, a people's court shall examine the petition in accordance with the provision of Article 207 of the Civil Procedure Law and issue a ruling to permit retrial after finding that the retrial conditions are satisfied; or if any community property not decided in the judgment is involved, a people's court shall notify the party that the party may institute an action separately.

第三百八十一条　当事人申请再审，有下列情形之一的，人民法院不予受理：

[CLI Code]CLI.3.5115567(EN)

**Article 381** Where a party's petition for retrial falls under any of the following circumstances, a people's court shall reject the petition:

（一）再审申请被驳回后再次提出申请的；

(1) A party files a petition for retrial again after the petition is rejected.

（二）对再审判决、裁定提出申请的；

(2) A party files a petition for retrial against a judgment or ruling entered after retrial.

（三）在人民检察院对当事人的申请作出不予提出再审检察建议或者抗诉决定后又提出申请的。

(3) A party files a petition for retrial again after the people's procuratorate makes a decision not to offer a procuratorial recommendation or a decision not to file an appeal.

前款第一项、第二项规定情形，人民法院应当告知当事人可以向人民检察院申请再审检察建议或者抗诉，但因人民检察院提出再审检察建议或者抗诉而再审作出的判决、裁定除外。

Under the circumstances as described in subparagraphs (1) and (2) in the preceding paragraph, the people's court shall notify the party that the party may apply to a people's procuratorate for a procuratorial recommendation of retrial or for appeal, except for a judgment or ruling entered after retrial upon procuratorial recommendation of retrial or appeal from a people's procuratorate.

第三百八十二条　当事人对已经发生法律效力的调解书申请再审，应当在调解书发生法律效力后六个月内提出。

**Article 382** Where a party files a petition for retrial against an effective consent judgment, the petition shall be filed within six months after the consent judgment takes effect.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第三百八十三条　人民法院应当自收到符合条件的再审申请书等材料之日起五日内向再审申请人发送受理通知书，并向被申请人及原审其他当事人发送应诉通知书、再审申请书副本等材料。

Article 383 A people's court shall, within five days of receipt of a written petition for retrial and other materials that satisfy the statutory conditions, issue a notice of acceptance to the petitioner and a notice of response, a copy of the written petition for retrial, and other materials to the respondent(s) and other parties in the original trial.

第三百八十四条　人民法院受理申请再审案件后，应当依照民事诉讼法第二百零七条、第二百零八条、第二百一十一条等规定，对当事人主张的再审事由进行审查。

Article 384 After accepting a retrial petition case, a people's court shall, in accordance with the provisions of Articles 207, 208 and 211, among others, examine the cause of retrial alleged by the party.

第三百八十五条　再审申请人提供的新的证据，能够证明原判决、裁定认定基本事实或者裁判结果错误的，应当认定为民事诉讼法第二百零七条第一项规定的情形。

Article 385 Where the new evidence provided by the petitioner can prove that the finding of basic facts in the original judgment or ruling or the result of adjudication is erroneous, the petition for retrial shall be determined to fall under the circumstance as described in subparagraph (1), Article 207 of the Civil Procedure Law.

对于符合前款规定的证据，人民法院应当责令再审申请人说明其逾期提供该证据的理由；拒不说明理由或者理由不成立的，依照民事诉讼法第六十八条第二款和本解释第一百零二条的规定处理。

Saved on: 06/30/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.5115567(EN)

For evidence as described in the preceding paragraph, the people's court shall order the petitioner to explain why the provision of such evidence has been delayed; and if the petitioner refuses to explain or the explanation is unfounded, paragraph 2, Article 68 of the Civil Procedure Law and Article 102 of this Interpretation shall be applied.

第三百八十六条　再审申请人证明其提交的新的证据符合下列情形之一的，可以认定逾期提供证据的理由成立：

**Article 386** Where the petitioner proves that the new evidence provided by the petitioner falls under any of the following circumstances, it may be determined that the petitioner's delay in providing the new evidence is well-founded:

（一）在原审庭审结束前已经存在，因客观原因于庭审结束后才发现的；

(1) The new evidence had existed before the end of court hearing in the original trial and was discovered only after the end of court hearing for certain objective reasons.

（二）在原审庭审结束前已经发现，但因客观原因无法取得或者在规定的期限内不能提供的；

(2) The new evidence had been discovered before the end of court hearing in the original trial but could not be obtained for certain objective reasons or could not be provided during the specified period.

（三）在原审庭审结束后形成，无法据此另行提起诉讼的。

(3) The new evidence came into being after the end of court hearing in the original trial, and no separate action is permitted on the basis of such evidence.

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

再审申请人提交的证据在原审中已经提供，原审人民法院未组织质证且未作为裁判根据的，视为逾期提供证据的理由成立，但原审人民法院依照民事诉讼法第六十八条规定不予采纳的除外。

Where the evidence provided by the petitioner had been provided in the original trial, and the original trial people's court failed to conduct cross-examination of such evidence and did not admit such evidence for its adjudication, the petitioner's delay in providing such evidence is deemed justifiable, except for evidence inadmissible as determined by the original trial people's court in accordance with the provision of Article 68 of the Civil Procedure Law.

第三百八十七条　当事人对原判决、裁定认定事实的主要证据在原审中拒绝发表质证意见或者质证中未对证据发表质证意见的，不属于民事诉讼法第二百零七条第四项规定的未经质证的情形。

Article 387 Where, in the original trial, a party refused to present a cross-examination opinion on the primary evidence admitted in the original judgment or ruling for finding facts or failed to present a cross-examination opinion during the cross-examination, it is not the uncross-examined primary evidence as mentioned in subparagraph (4), Article 207 of the Civil Procedure Law.

第三百八十八条　有下列情形之一，导致判决、裁定结果错误的，应当认定为民事诉讼法第二百零七条第六项规定的原判决、裁定适用法律确有错误：

Article 388 Where any of the following circumstances leads to an erroneous result in a judgment or ruling, it shall be determined as the erroneous application of law in the original judgment or ruling as mentioned in subparagraph (6), Article 207 of the Civil Procedure Law:

（一）适用的法律与案件性质明显不符的；

(1) The law applied is evidently inconsistent with the nature of the case.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

（二）确定民事责任明显违背当事人约定或者法律规定的；

(2) In the determination of civil liability, the agreement between the parties or any law is evidently violated.

（三）适用已经失效或者尚未施行的法律的；

(3) Any expired law or law that has not taken effect is applied.

（四）违反法律溯及力规定的；

(4) The provisions on retroactivity of any law are violated.

（五）违反法律适用规则的；

(5) The rules on governing law are violated.

（六）明显违背立法原意的。

(6) The original legislative intent is evidently violated.

第三百八十九条　原审开庭过程中有下列情形之一的，应当认定为民事诉讼法第二百零七条第九项规定的剥夺当事人辩论权利：

**Article 389** Where any of the following circumstances exists in a court session of the original trial, it shall be determined as the denial of a party's right to debate as mentioned in subparagraph (9), Article 207 of the Civil Procedure Law:

（一）不允许当事人发表辩论意见的；

(1) A party is not allowed to present a defense opinion.



[CLI Code]CLI.3.5115567(EN)

（二）应当开庭审理而未开庭审理的；

(2) A court session shall be held but is not held.

（三）违反法律规定送达起诉状副本或者上诉状副本，致使当事人无法行使辩论权利的；

(3) The service of a copy of the complaint or a copy of the appeal is in violation of the law, as a result of which a party cannot exercise its right to debate.

（四）违法剥夺当事人辩论权利的其他情形。

(4) Other circumstances under which a party's right to debate is illegally denied.

**第三百九十条**　民事诉讼法第二百零七条第十一项规定的诉讼请求，包括一审诉讼请求、二审上诉请求，但当事人未对一审判决、裁定遗漏或者超出诉讼请求提起上诉的除外。

**Article 390** The claims as mentioned in subparagraph (11), Article 207 of the Civil Procedure Law shall include claims before the court of first instance and claims in the trial upon appeal, unless a party fails to appeal a judgment or ruling of a court of first instance that has omitted any claims or exceeded the claims.

**第三百九十一条**　民事诉讼法第二百零七条第十二项规定的法律文书包括：

**Article 391** As mentioned in subparagraph (12), Article 207 of the Civil Procedure Law, "legal instrument" means:

（一）发生法律效力的判决书、裁定书、调解书；

(1) an effective judgment, ruling, or consent judgment;

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

（二）发生法律效力的仲裁裁决书；

(2) an effective arbitration award; or

（三）具有强制执行效力的公证债权文书。

(3) an enforceable notarized debt instrument.

**第三百九十二条**　民事诉讼法第二百零七条第十三项规定的审判人员审理该案件时有贪污受贿、徇私舞弊、枉法裁判行为，是指已经由生效刑事法律文书或者纪律处分决定所确认的行为。

**Article 392** The embezzlement, acceptance of bribes, practice of favoritism for personal gains, or adjudication by bending the law by a judge when trying a case, as described in subparagraph (13), Article 207, means the act determined in an effective criminal legal instrument or a disciplinary action decision.

**第三百九十三条**　当事人主张的再审事由成立，且符合民事诉讼法和本解释规定的申请再审条件的，人民法院应当裁定再审。

**Article 393** Where the cause of retrial alleged by a party is supported, and the conditions for filing a petition for retrial as set out in the Civil Procedure Law and this Interpretation are satisfied, a people's court shall issue a ruling to permit retrial.

当事人主张的再审事由不成立，或者当事人申请再审超过法定申请再审期限、超出法定再审事由范围等不符合民事诉讼法和本解释规定的申请再审条件的，人民法院应当裁定驳回再审申请。

Where the cause of retrial alleged by a party is not supported or a party's petition for retrial exceeds the statutory period for filing a petition for retrial, is outside the statutory causes of retrial, or

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

otherwise fails to satisfy the conditions for filing a petition for retrial as set out in the Civil Procedure Law or this Interpretation, a people's court shall issue a ruling to dismiss the retrial petition.

第三百九十四条 人民法院对已经发生法律效力的判决、裁定、调解书依法决定再审，依照民事诉讼法第二百一十三条规定，需要中止执行的，应当在再审裁定中同时写明中止原判决、裁定、调解书的执行；情况紧急的，可以将中止执行裁定口头通知负责执行的人民法院，并在通知后十日内发出裁定书。

Article 394 Where a people's court decides according to the law to permit retrial of a case for which a judgment, ruling, or consent judgment has taken effect, if the execution of the judgment, ruling, or consent judgment needs to be suspended in accordance with the provision of Article 213 of the Civil Procedure Law, the people's court shall, in its ruling to permit retrial, state the suspension of execution of the original judgment, ruling, or consent judgment; or in case of emergency, may verbally notify the people's court in charge of execution of its ruling requiring suspension of execution, but shall sent the written ruling within ten days after such notification.

第三百九十五条 人民法院根据审查案件的需要决定是否询问当事人。新的证据可能推翻原判决、裁定的，人民法院应当询问当事人。

Article 395 A people's court may, as needed for examining a case, decide whether or not to question the parties. If the new evidence may overturn the original judgment or ruling, the people's court shall question the parties.

第三百九十六条 审查再审申请期间，被申请人及原审其他当事人依法提出再审申请的，人民法院应当将其列为再审申请人，对其再审事由一并审查，审查期限重新计算。经审

查，其中一方再审申请人主张的再审事由成立的，应当裁定再审。各方再审申请人主张的再审事由均不成立的，一并裁定驳回再审申请。

**Article 396** Where, during the period of examination of a petition for retrial, the respondent(s) and other parties in the original trial also file petitions for retrial according to the law, the people's court shall regard them as retrial petitioners and concurrently examine their causes of retrial, and the petition examination period shall restart. If, upon examination, the cause of retrial alleged by any of the retrial petitioners is well-founded, the people's court shall issue a ruling to permit retrial. If all of the causes of retrial alleged by all retrial petitioners are unfounded, the people's court shall issue a ruling to concurrently dismiss their retrial petitions.

第三百九十七条　审查再审申请期间，再审申请人申请人民法院委托鉴定、勘验的，人民法院不予准许。

**Article 397** Where, during the period of examination of a retrial petition, the petitioner files a motion for the people's court to authorize forensic identification or evaluation or a survey, the people's court shall not allow it.

第三百九十八条　审查再审申请期间，再审申请人撤回再审申请的，是否准许，由人民法院裁定。

**Article 398** Where, during the period of examination of a retrial petition, the petitioner withdraws the petition, the people's court shall issue a ruling to allow or deny the withdrawal.

再审申请人经传票传唤，无正当理由拒不接受询问的，可以按撤回再审申请处理。

Where, without any justifiable reason, the summoned petitioner refuses to be questioned, the petition may be deemed to have been withdrawn.

 [CLI Code]CLI.3.5115567(EN)

**第三百九十九条** 人民法院准许撤回再审申请或者按撤回再审申请处理后，再审申请人再次申请再审的，不予受理，但有民事诉讼法第二百零七条第一项、第三项、第十二项、第十三项规定情形，自知道或者应当知道之日起六个月内提出的除外。

**Article 399** Where, after a people's court allows the withdrawal of a retrial petition or a retrial petition is deemed to have been withdrawn, the petitioner files a petition for retrial again, the people's court shall reject the petition, unless it is filed within six months from the day when the petitioner knows or should have known the existence of any of the circumstances as described in subparagraphs (1), (3), (12) and (13), Article 207 of the Civil Procedure Law.

**第四百条** 再审申请审查期间，有下列情形之一的，裁定终结审查：

**Article 400** Where, during the period of examination of a retrial petition, any of the following circumstances appears, a people's court shall issue a ruling to terminate examination:

（一）再审申请人死亡或者终止，无权利义务承继者或者权利义务承继者声明放弃再审申请的；

(1) The petitioner dies or is terminated, and there is no successor to the rights and obligations of the petitioner or the successor to the rights and obligations of the petitioner issues a statement to renounce the retrial petition.

（二）在给付之诉中，负有给付义务的被申请人死亡或者终止，无可供执行的财产，也没有应当承担义务的人的；

(2) In an action for payment, the respondent with an obligation to pay dies or is terminated, and there is no property available for execution and no person that shall assume the obligation.

Saved on: 06/30/2026

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

（三）当事人达成和解协议且已履行完毕的，但当事人在和解协议中声明不放弃申请再审权利的除外；

(3) The parties have completely performed a settlement agreement between them, unless a party declares a reservation of its right to file a petition for retrial in the settlement agreement.

（四）他人未经授权以当事人名义申请再审的；

(4) The petition for retrial is filed by someone in the name of a party without the party's authorization.

（五）原审或者上一级人民法院已经裁定再审的；

(5) The original trial people's court or the people's court at the next higher level has issued a ruling to permit retrial.

（六）有本解释第三百八十一条第一款规定情形的。

(6) Any of the circumstances as set out in paragraph 1, Article 381 of this Interpretation appears.

第四百零一条　人民法院审理再审案件应当组成合议庭开庭审理，但按照第二审程序审理，有特殊情况或者双方当事人已经通过其他方式充分表达意见，且书面同意不开庭审理的除外。

Article 401 A people's court shall form a collegial bench to hold court to retry a case, unless the case is retried in a procedure at second instance and no court is held under special circumstances or as agreed upon by the parties that have otherwise fully presented their opinions.

符合缺席判决条件的，可以缺席判决。

A default judgment may be entered if the conditions for entering a default judgment are satisfied.



[CLI Code]CLI.3.5115567(EN)

第四百零二条　人民法院开庭审理再审案件，应当按照下列情形分别进行：

**Article 402** A people's court shall hold court to retry a case according to the following provisions:

（一）因当事人申请再审的，先由再审申请人陈述再审请求及理由，后由被申请人答辩、其他原审当事人发表意见；

(1) If the retrial is initiated upon petition of a party, the retrial petitioner first states its claims in retrial and reasons, the respondent then defends, and the other parties in the original trial present their opinions.

（二）因抗诉再审的，先由抗诉机关宣读抗诉书，再由申请抗诉的当事人陈述，后由被申请人答辩、其他原审当事人发表意见；

(2) If the retrial is initiated upon appeal, the appealing procuratorate first reads a written appeal, the party applying for appeal states its case, the respondent then defends, and the other parties in the original trial present their opinions.

（三）人民法院依职权再审，有申诉人的，先由申诉人陈述再审请求及理由，后由被申请人答辩、其他原审当事人发表意见；

(3) If the retrial is initiated by the people's court according to its power and there is a petitioner, the petitioner first states its claims in retrial and reasons, the respondent then defends, and the other parties in the original trial present their opinions.

（四）人民法院依职权再审，没有申诉人的，先由原审原告或者原审上诉人陈述，后由原审其他当事人发表意见。

Saved on: 06/30/2026



(4) If the retrial is initiated by the people's court according to its power and there is no petitioner, the plaintiff or appellant in the original trial first states its case, and then the other parties in the original trial present their opinions.

对前款第一项至第三项规定的情形，人民法院应当要求当事人明确其再审请求。

Under the circumstances as described in subparagraphs (1), (2) and (3) in the preceding paragraph, the people's court shall require a party to specify its claims in retrial.

第四百零三条　人民法院审理再审案件应当围绕再审请求进行。当事人的再审请求超出原审诉讼请求的，不予审理；符合另案诉讼条件的，告知当事人可以另行起诉。

Article 403 A people's court shall retry a case by centering on the claims in retrial. Those claims in retrial of a party beyond the claims in the original trial shall not be tried; and if the conditions for instituting another action are satisfied, the people's court shall notify the party that the party may institute a separate action.

被申请人及原审其他当事人在庭审辩论结束前提出的再审请求，符合民事诉讼法第二百一十二条规定的，人民法院应当一并审理。

The claims in retrial filed by the respondent(s) and other parties in the original trial before the end of debate in court in accordance with the provisions of Article 212 of the Civil Procedure Law shall be concurrently tried by the people's court.

人民法院经再审，发现已经发生法律效力的判决、裁定损害国家利益、社会公共利益、他人合法权益的，应当一并审理。



[CLI Code]CLI.3.5115567(EN)

Where the people's court discovers in the retrial that the effective judgment or ruling causes damage to the national interest, public interest, or lawful rights and interests of others, it shall be tried concurrently.

第四百零四条　再审审理期间，有下列情形之一的，可以裁定终结再审程序：

**Article 404** Where any of the following circumstances appears during the period of retrial, a people's court may issue a ruling to terminate the retrial procedure:

（一）再审申请人在再审期间撤回再审请求，人民法院准许的；

(1) The retrial petitioner withdraws, during the period of retrial, all of its claims in retrial, which has been allowed by the people's court.

（二）再审申请人经传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭，按撤回再审请求处理的；

(2) The retrial petitioner refuses to appear in court without any justifiable reason after being summoned or leaves the courtroom during a court session without permission from the court and is deemed by the court to have withdrawn all of its claims in retrial.

（三）人民检察院撤回抗诉的；

(3) The people's procuratorate withdraws its appeal.

（四）有本解释第四百条第一项至第四项规定情形的。

(4) Any of the circumstances as described in subparagraphs (1) to (4), Article 402 of this Interpretation appears.

Saved on: 06/30/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.5115567(EN)

因人民检察院提出抗诉裁定再审的案件，申请抗诉的当事人有前款规定的情形，且不损害国家利益、社会公共利益或者他人合法权益的，人民法院应当裁定终结再审程序。

Where a ruling to permit retrial is issued upon appeal of a people's procuratorate, if the party applying for appeal falls under any of the circumstances as set out in the preceding paragraph, causing no damage to the national interest, public interest, or lawful rights and interests of others, the people's court shall issue a ruling to terminate the retrial procedure.

再审程序终结后，人民法院裁定中止执行的原生效判决自动恢复执行。

After terminating the retrial procedure, the people's court shall issue a ruling for the automatic resumption of execution of the original effective judgment suspended from execution.

第四百零五条　人民法院经再审审理认为，原判决、裁定认定事实清楚、适用法律正确的，应予维持；原判决、裁定认定事实、适用法律虽有瑕疵，但裁判结果正确的，应当在再审判决、裁定中纠正瑕疵后予以维持。

Article 405 After retrial, a people's court shall sustain the original judgment or ruling if it considers the original judgment or ruling clear in fact finding and correct in the application of law or sustain the original judgment or ruling after correcting the flaws in the original judgment or ruling if the result of adjudication is correct though the original judgment or ruling is flawed in fact finding or the application of law.

原判决、裁定认定事实、适用法律错误，导致裁判结果错误的，应当依法改判、撤销或者变更。

A people's court shall reverse, revoke, or modify the original judgment or ruling according to the law if the result of adjudication is erroneous because the original judgment or ruling is erroneous in fact finding or application of law.

    Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第四百零六条　按照第二审程序再审的案件，人民法院经审理认为不符合民事诉讼法规定的起诉条件或者符合民事诉讼法第一百二十七条规定不予受理情形的，应当裁定撤销一、二审判决，驳回起诉。

Article 406 Where, after retrial of a case in a procedure at second instance, a people's court considers that the case does not satisfy the conditions for instituting an action as set out in the Civil Procedure Law or that the case shall not be accepted as described in Article 127 of the Civil Procedure Law, it shall issue a ruling to revoke the judgments entered by the court of first instance and the court of second instance and dismiss the action.

第四百零七条　人民法院对调解书裁定再审后，按照下列情形分别处理：

Article 407 After a people's court issues a ruling to permit retrial against a consent judgment, the case shall be handled according to the following provisions:

（一）当事人提出的调解违反自愿原则的事由不成立，且调解书的内容不违反法律强制性规定的，裁定驳回再审申请；

(1) If the cause alleged by the party, which is the violation of the principle of voluntariness in the process of mediation, is not supported, and the contents of the consent judgment are not in violation of the mandatory provisions of the law, the people's court shall issue a ruling to dismiss the retrial petition.

（二）人民检察院抗诉或者再审检察建议所主张的损害国家利益、社会公共利益的理由不成立的，裁定终结再审程序。



[CLI Code]CLI.3.5115567(EN)

(2) If the reason alleged in the appeal from the people's procuratorate or in the procuratorial recommendation of retrial that damage has been caused to the national interest or public interest is not supported, the people's court shall issue a ruling to terminate the retrial procedure.

前款规定情形，人民法院裁定中止执行的调解书需要继续执行的，自动恢复执行。

Under the circumstances in the preceding paragraph, if the consent judgment suspended by a ruling of the people's court from execution needs to be enforced, the execution of the consent judgment shall resume automatically.

**第四百零八条**　一审原告在再审审理程序中申请撤回起诉，经其他当事人同意，且不损害国家利益、社会公共利益、他人合法权益的，人民法院可以准许。裁定准许撤诉的，应当一并撤销原判决。

**Article 408** Where, in the retrial procedure, the plaintiff in the trial at first instance files a motion to withdraw the action, if the other parties agree to the withdrawal and the withdrawal does not cause damage to the national interest, public interest, and rights and interests of others, the people's court may allow the withdrawal. If a ruling is issued to allow the withdrawal, the original judgment shall be revoked concurrently.

一审原告在再审审理程序中撤回起诉后重复起诉的，人民法院不予受理。

A people's court shall reject an action that has been withdrawn in the retrial procedure and is instituted again by a plaintiff in the trial at first instance.

**第四百零九条**　当事人提交新的证据致使再审改判，因再审申请人或者申请检察监督当事人的过错未能在原审程序中及时举证，被申请人等当事人请求补偿其增加的交通、住宿、就餐、误工等必要费用的，人民法院应予支持。



[CLI Code]CLI.3.5115567(EN)

**Article 409** Where the original judgment or ruling is reversed because of the new evidence provided by a party, if the respondent and other parties claim reimbursement for their additional travel, room and board, lost wage, and other necessary expenses because such evidence was not adduced in a timely manner in the original trial for the fault of the retrial petitioner or the party applying for procuratorial supervision, the people's court shall support such claims.

第四百一十条    部分当事人到庭并达成调解协议，其他当事人未作出书面表示的，人民法院应当在判决中对该事实作出表述；调解协议内容不违反法律规定，且不损害其他当事人合法权益的，可以在判决主文中予以确认。

**Article 410** Where some parties are present in court and reach a mediation agreement, and there are no written indications from the other parties, the people's court shall state such facts in its judgment; and if the contents of the mediation agreement are not in violation of the law and do not damage the lawful rights and interests of the other parties, the people's court may confirm the mediation agreement in the conclusion part of the judgment.

第四百一十一条    人民检察院依法对损害国家利益、社会公共利益的发生法律效力的判决、裁定、调解书提出抗诉，或者经人民检察院检察委员会讨论决定提出再审检察建议的，人民法院应予受理。

**Article 411** Where, according to the law, a people's procuratorate appeals an effective judgment, ruling, or consent judgment that causes damage to the national interest or public interest or offers a procuratorial recommendation of retrial upon deliberation and decision of its procuratorial committee, the people's court shall accept the appeal or recommendation.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第四百一十二条    人民检察院对已经发生法律效力的判决以及不予受理、驳回起诉的裁定依法提出抗诉的，人民法院应予受理，但适用特别程序、督促程序、公示催告程序、破产程序以及解除婚姻关系的判决、裁定等不适用审判监督程序的判决、裁定除外。

Article 412 Where, according to the law, a people's procuratorate appeals an effective judgment or an effective ruling to reject or dismiss an action, the people's court shall accept it, except for judgments and rulings not subject to the trial supervision procedure such as those made under the special procedures, the procedure for urging debt repayment, the procedure for Announcement to Urge Declaration of Claims, and the bankruptcy procedure and those involving the dissolution of marriage.

第四百一十三条    人民检察院依照民事诉讼法第二百一十六条第一款第三项规定对有明显错误的再审判决、裁定提出抗诉或者再审检察建议的，人民法院应予受理。

Article 413 Where, in accordance with the provision of paragraph 1(3), Article 216 of the Civil Procedure Law, a people's procuratorate appeals or offers a procuratorial recommendation of retrial against an evidently erroneous judgment or ruling entered after retrial, the people's court shall accept the appeal or recommendation.

第四百一十四条    地方各级人民检察院依当事人的申请对生效判决、裁定向同级人民法院提出再审检察建议，符合下列条件的，应予受理：

Article 414 Where, upon application of a party, a people's procuratorate at any local level offers a procuratorial recommendation of retrial to the people's court at the same level against an effective judgment or ruling, the recommendation shall be accepted if the following conditions are satisfied:

（一）再审检察建议书和原审当事人申请书及相关证据材料已经提交；

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

(1) The written procuratorial recommendation of retrial, written application of the party in the original trial, and relevant evidential materials have been submitted to the people's court.

（二）建议再审的对象为依照民事诉讼法和本解释规定可以进行再审的判决、裁定；

(2) The subject matter of retrial in the recommendation is a judgment or ruling against which retrial may be initiated in accordance with the provisions of the Civil Procedure Law and this Interpretation.

（三）再审检察建议书列明该判决、裁定有民事诉讼法第二百一十五条第二款规定情形；

(3) The written procuratorial recommendation of retrial states that the judgment or ruling falls under the circumstance as described in paragraph 2, Article 215 of the Civil Procedure Law.

（四）符合民事诉讼法第二百一十六条第一款第一项、第二项规定情形；

(4) There is the circumstance as described in paragraph 1(1) or (2), Article 216 of the Civil Procedure law.

（五）再审检察建议经该人民检察院检察委员会讨论决定。

(5) The procuratorial recommendation of retrial has been deliberated and decided by the procuratorial committee of the people's procuratorate.

不符合前款规定的，人民法院可以建议人民检察院予以补正或者撤回；不予补正或者撤回的，应当函告人民检察院不予受理。

Where the provisions of the preceding paragraph are not complied with, the people's court may advise the people's procuratorate to submit supplements and corrections or withdraw the recommendation; and if the people's procuratorate fails to do so, shall, by letter, reject the recommendation.

Saved on: 06/30/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.5115567(EN)

第四百一十五条　人民检察院依当事人的申请对生效判决、裁定提出抗诉，符合下列条件的，人民法院应当在三十日内裁定再审：

**Article 415** Where, upon application of a party, a people's procuratorate appeals an effective judgment or ruling, the people's court shall, within 30 days, issue a ruling to permit retrial if the following conditions are satisfied:

（一）抗诉书和原审当事人申请书及相关证据材料已经提交；

(1) The written appeal, written application of the party in the original trial, and relevant evidential materials have been submitted.

（二）抗诉对象为依照民事诉讼法和本解释规定可以进行再审的判决、裁定；

(2) The subject matter of appeal is a judgment or ruling against which retrial may be initiated in accordance with the provisions of the Civil Procedure Law and this Interpretation.

（三）抗诉书列明该判决、裁定有民事诉讼法第二百一十五条第一款规定情形；

(3) The written appeal states that the judgment or ruling falls under the circumstance as described in paragraph 1, Article 215 of the Civil Procedure Law.

（四）符合民事诉讼法第二百一十六条第一款第一项、第二项规定情形。

(4) There is the circumstance as described in paragraph 1(1) or (2), Article 216 of the Civil Procedure law.

不符合前款规定的，人民法院可以建议人民检察院予以补正或者撤回；不予补正或者撤回的，人民法院可以裁定不予受理。



[CLI Code]CLI.3.5115567(EN)

Where the provisions of the preceding paragraph are not complied with, the people's court may advise the people's procuratorate to submit supplements and corrections or withdraw the appeal; and if the people's procuratorate fails to do so, may issue a ruling to reject the appeal.

第四百一十六条　当事人的再审申请被上级人民法院裁定驳回后，人民检察院对原判决、裁定、调解书提出抗诉，抗诉事由符合民事诉讼法第二百零七条第一项至第五项规定情形之一的，受理抗诉的人民法院可以交由下一级人民法院再审。

**Article 416** Where, after the retrial petition of a party is dismissed by a ruling of the people's court at a higher level, the people's procuratorate appeals the original judgment, ruling, or consent judgment, the people's court accepting the appeal may deliver the case to the people's court at the next lower level for retrial if the cause of appeal falls under any of the circumstances as set out in subparagraphs (1) to (5), Article 207 of the Civil Procedure law.

第四百一十七条　人民法院收到再审检察建议后，应当组成合议庭，在三个月内进行审查，发现原判决、裁定、调解书确有错误，需要再审的，依照民事诉讼法第二百零五条规定裁定再审，并通知当事人；经审查，决定不予再审的，应当书面回复人民检察院。

**Article 417** A people's court shall, within three months after receiving a procuratorial recommendation of retrial, form a collegial bench to examine the recommendation and, if it finds that the original judgment, ruling, or consent judgment is erroneous and requires a retrial, issue a ruling to permit retrial in accordance with the provision of Article 205 of the Civil Procedure Law and notify the parties; or respond in writing to the people's procuratorate if it decides not to permit retrial after examination.

第四百一十八条　人民法院审理因人民检察院抗诉或者检察建议裁定再审的案件，不受此前已经作出的驳回当事人再审申请裁定的影响。

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

**Article 418** The retrial of a case by a people's court according to a ruling to permit retrial issued upon appeal or procuratorial recommendation from a people's procuratorate shall not be affected by a previously issued ruling to dismiss a party's retrial petition.

**第四百一十九条** 人民法院开庭审理抗诉案件，应当在开庭三日前通知人民检察院、当事人和其他诉讼参与人。同级人民检察院或者提出抗诉的人民检察院应当派员出庭。

**Article 419** A people's court that holds court to retry a case upon appeal shall, three days before holding court, notify the people's procuratorate, parties, and other litigation participants. The people's procuratorate at the same level or filing the appeal shall send staff members to appear in court.

人民检察院因履行法律监督职责向当事人或者案外人调查核实的情况，应当向法庭提交并予以说明，由双方当事人进行质证。

The people's procuratorate shall submit and explain to the court any verified information obtained from the parties and anyone that is not a party to the case during investigation conducted in performing its legal supervision duties, and such information shall be subject to cross-examination by the parties on both sides.

**第四百二十条** 必须共同进行诉讼的当事人因不能归责于本人或者其诉讼代理人的事由未参加诉讼的，可以根据民事诉讼法第二百零七条第八项规定，自知道或者应当知道之日起六个月内申请再审，但符合本解释第四百二十一条规定情形的除外。

**Article 420** Where a party that must participate in a joint action fails to participate in the action for a cause not attributable to the party or its litigation representative, the party may file a petition for retrial within six months from the day when the party knows or should have known the action in

accordance with the provision of subparagraph (8), Article 207 of the Civil Procedure Law, except under the circumstances as described in Article 421 of this Interpretation.

人民法院因前款规定的当事人申请而裁定再审，按照第一审程序再审的，应当追加其为当事人，作出新的判决、裁定；按照第二审程序再审，经调解不能达成协议的，应当撤销原判决、裁定，发回重审，重审时应追加其为当事人。

Where a people's court issues a ruling to permit retrial upon application of a party as described in the preceding paragraph, if the retrial is conducted under the procedures at first instance, the party shall be added as a party to the retrial, and a new judgment or ruling shall be entered; or if the retrial is conducted under the procedures at second instance, and no agreement is reached upon mediation, the people's court shall revoke the original judgment or ruling and remand the case for retrial, to which the party shall be added as a party.

第四百二十一条　根据民事诉讼法第二百三十四条规定，案外人对驳回其执行异议的裁定不服，认为原判决、裁定、调解书内容错误损害其民事权益的，可以自执行异议裁定送达之日起六个月内，向作出原判决、裁定、调解书的人民法院申请再审。

**Article 421** Where, in accordance with the provision of Article 234 of the Civil Procedure Law, a nonparty disagrees to a ruling that dismisses its execution objection, considering that the erroneous content of the original judgment, ruling, or consent judgment has caused damage to its rights and interests in civil law, it may, within six months of the service of the execution objection ruling, file a petition for retrial with the people's court issuing the original judgment, ruling, or consent judgment.

第四百二十二条　根据民事诉讼法第二百三十四条规定，人民法院裁定再审后，案外人属于必要的共同诉讼当事人的，依照本解释第四百二十条第二款规定处理。

 [CLI Code]CLI.3.5115567(EN)

**Article 422** Where, in accordance with the provision of Article 234 of the Civil Procedure Law, a people's court issues a ruling to permit retrial, if a nonparty is a party to a necessary joint action under the retrial, the provision of paragraph 2, Article 420 of this Interpretation shall be applied.

案外人不是必要的共同诉讼当事人的，人民法院仅审理原判决、裁定、调解书对其民事权益造成损害的内容。经审理，再审请求成立的，撤销或者改变原判决、裁定、调解书；再审请求不成立的，维持原判决、裁定、调解书。

If a nonparty is not a party to a necessary joint action under the retrial, the people's court shall only retry the part of the original judgment, ruling, or consent judgment causing damage to the person's rights and interests in civil law. After retrial, if the retrial petition is well-founded, the people's court shall revoke or modify the original judgment, ruling, or consent judgment; or if the retrial petition is unfounded, sustain the original judgment, ruling, or consent judgment.

第四百二十三条　本解释第三百三十八条规定适用于审判监督程序。

**Article 423** The provision of Article 338 of this Interpretation shall apply to the trial supervision procedure.

第四百二十四条　对小额诉讼案件的判决、裁定，当事人以民事诉讼法第二百零七条规定的事由向原审人民法院申请再审的，人民法院应当受理。申请再审事由成立的，应当裁定再审，组成合议庭进行审理。作出的再审判决、裁定，当事人不得上诉。

**Article 424** Where, against a judgment or ruling for a small claims case, a party files a petition for retrial with the original trial people's court for a cause as set out in Article 207 of the Civil Procedure Law, the people's court shall accept the petition. If the cause of the petition for retrial is well-founded, the people's court shall issue a ruling to permit retrial, and form a collegial bench to retry the case. No party may appeal a judgment or ruling issued upon such retrial.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

当事人以不应按小额诉讼案件审理为由向原审人民法院申请再审的，人民法院应当受理。理由成立的，应当裁定再审，组成合议庭审理。作出的再审判决、裁定，当事人可以上诉。

Where a party files a petition for retrial with the original trial people's court on the ground that the case should not be tried as a small claims case, the people's court shall accept the petition. If the ground is well-founded, the people's court shall issue a ruling to permit retrial, and form a collegial bench to retry the case. A party may appeal a judgment or ruling issued upon such retrial.

十九、督促程序

XIX. Procedure for Urging Debt Repayment

第四百二十五条　两个以上人民法院都有管辖权的，债权人可以向其中一个基层人民法院申请支付令。

Article 425 Where there are two or more people's courts having jurisdiction, a creditor may apply to one of the basic people's courts for issuance of an order for payment.

债权人向两个以上有管辖权的基层人民法院申请支付令的，由最先立案的人民法院管辖。

Where a creditor applies to two or more basic people's courts having jurisdiction for issuance of an order for payment, the people's court that first dockets the case shall exercise jurisdiction over the case.

第四百二十六条　人民法院收到债权人的支付令申请书后，认为申请书不符合要求的，可以通知债权人限期补正。人民法院应当自收到补正材料之日起五日内通知债权人是否受理。

Saved on: 06/30/2026

北大法宝 让法律更智能 PKULAW.COM     [CLI Code]CLI.3.5115567(EN)

**Article 426** Where, after receiving a written application of a creditor for issuance of an order for payment, a people's court considers that the written application does not satisfy the prescribed requirements, it may notify the creditor of supplementing or correcting the application during a specified period. Within five days of receipt of all supplements and corrections, the people's court shall notify the creditor whether or not the application is accepted.

**第四百二十七条** 债权人申请支付令，符合下列条件的，基层人民法院应当受理，并在收到支付令申请书后五日内通知债权人：

**Article 427** A basic people's court shall accept an application of a creditor for issuance of an order for payment if the following conditions are satisfied, and notify the creditor within five days of receipt of the written application:

（一）请求给付金钱或者汇票、本票、支票、股票、债券、国库券、可转让的存款单等有价证券；

(1) The creditor requests payment of money or a draft, a promissory note, a check, stock, bonds, treasury bonds, a transferrable certificate of deposit, or any other negotiable securities.

（二）请求给付的金钱或者有价证券已到期且数额确定，并写明了请求所根据的事实、证据；

(2) The alleged obligation to pay money or negotiable securities, the amount of which is definite, is due, and the application states the facts and evidence based on which the request is made.

（三）债权人没有对待给付义务；

(3) The creditor has no obligation to provide equivalent consideration.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

（四）债务人在我国境内且未下落不明；

(4) The debtor is located within China, and the debtor's whereabouts is not unknown.

（五）支付令能够送达债务人；

(5) The order for payment can be served on the debtor.

（六）收到申请书的人民法院有管辖权；

(6) The people's court receiving the written application has jurisdiction.

（七）债权人未向人民法院申请诉前保全。

(7) The creditor has not applied to a people's court for preservation before instituting an action.

不符合前款规定的，人民法院应当在收到支付令申请书后五日内通知债权人不予受理。

If the provision of the preceding paragraph is not complied with, the people's court shall, within five days of receipt of a written application for issuance of an order for payment, notify the creditor of its rejection of the application.

基层人民法院受理申请支付令案件，不受债权金额的限制。

A basic people's court's acceptance of an application for issuance of an order for payment shall not be limited by the amount of debts.

第四百二十八条  人民法院受理申请后，由审判员一人进行审查。经审查，有下列情形之一的，裁定驳回申请：

法北大宝 让法律更智能
PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

**Article 428** After an application is accepted by a people's court, a sole judge shall examine the application. If any of the following circumstances is discovered upon examination, the people's court shall dismiss the application:

（一）申请人不具备当事人资格的；

(1) The applicant is not eligible as a party to the procedure.

（二）给付金钱或者有价证券的证明文件没有约定逾期给付利息或者违约金、赔偿金，债权人坚持要求给付利息或者违约金、赔偿金的；

(2) In the evidentiary document on an obligation to pay money or negotiable securities, there is no agreement on payment of late interest, liquidated damages, or compensation for overdue payment, and the creditor insists that such late interest, liquidated damages, or compensation be paid.

（三）要求给付的金钱或者有价证券属于违法所得的；

(3) The alleged money or negotiable securities to be paid are illegal income.

（四）要求给付的金钱或者有价证券尚未到期或者数额不确定的。

(4) The alleged obligation to pay money or negotiable securities is not due or the amount of such money or negotiable securities is not definite.

人民法院受理支付令申请后，发现不符合本解释规定的受理条件的，应当在受理之日起十五日内裁定驳回申请。

If the people's court discovers that the conditions for accepting an application for issuance of an order for payment as set out in this Interpretation are not satisfied after accepting the application, it shall issue a ruling to dismiss the application within 15 days of acceptance of the application.

 [CLI Code]CLI.3.5115567(EN)

第四百二十九条　向债务人本人送达支付令，债务人拒绝接收的，人民法院可以留置送达。

**Article 429** Where a debtor refuses to receive an order for payment to be served directly on the debtor, a people's court may serve the order on the debtor by leaving the order at the place of the debtor.

第四百三十条　有下列情形之一的，人民法院应当裁定终结督促程序，已发出支付令的，支付令自行失效：

**Article 430** Under any of the following circumstances, a people's court shall issue a ruling to terminate a procedure for urging debt repayment, and if an order for payment has been issued, the order shall be invalidated automatically:

（一）人民法院受理支付令申请后，债权人就同一债权债务关系又提起诉讼的；

(1) After a people's court accepts an application for issuance of an order for payment, the creditor institutes an action for the same creditor-debtor relationship.

（二）人民法院发出支付令之日起三十日内无法送达债务人的；

(2) An order for payment cannot be served on the debtor within 30 days of issuance of the order by a people's court.

（三）债务人收到支付令前，债权人撤回申请的。

(3) The creditor withdraws its application before the debtor receives an order for payment.

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

第四百三十一条　债务人在收到支付令后，未在法定期间提出书面异议，而向其他人民法院起诉的，不影响支付令的效力。

Article 431 Where, after receiving an order for payment, a debtor institutes an action in another people's court, instead of filing a written objection during the statutory period, the validity of the order for payment shall not be affected.

债务人超过法定期间提出异议的，视为未提出异议。

A debtor that raises an objection beyond the statutory period is deemed to have failed to raise an objection.

第四百三十二条　债权人基于同一债权债务关系，在同一支付令申请中向债务人提出多项支付请求，债务人仅就其中一项或者几项请求提出异议的，不影响其他各项请求的效力。

Article 432 Where a creditor includes two or more payment claims against a debtor in one application for issuance of an order for payment based on the same creditor-debtor relationship, if the debtor raises an objection to only one or more of such claims, the validity of the order regarding the other claims shall not be affected.

第四百三十三条　债权人基于同一债权债务关系，就可分之债向多个债务人提出支付请求，多个债务人中的一人或者几人提出异议的，不影响其他请求的效力。

Article 433 Where a creditor's payment claims in an application for issuance of an order for payment are against two or more debtors based on the same creditor-debtor relationship involving a dividable debt, if one or more of the debtors raise objections, the validity of the order regarding the other claims shall not be affected.

第四百三十四条　对设有担保的债务的主债务人发出的支付令，对担保人没有拘束力。

Saved on: 06/30/2026

北大法宝 让法律更智能 PKULAW.COM                    [CLI Code]CLI.3.5115567(EN)

**Article 434** An order for payment issued to the principal debtor of a secured debt shall not be binding upon the party providing security.

债权人就担保关系单独提起诉讼的，支付令自人民法院受理案件之日起失效。

If the creditor institutes a separate action regarding the security, the order for payment shall be invalidated from the day when the action is accepted by the people's court.

第四百三十五条　经形式审查，债务人提出的书面异议有下列情形之一的，应当认定异议成立，裁定终结督促程序，支付令自行失效：

**Article 435** Where, upon pro forma examination, a written objection raised by a debtor is found to fall under any of the following circumstances, the objection shall be supported, a ruling shall be issued to terminate the procedure for urging debt repayment, and the order for payment shall be invalidated automatically:

（一）本解释规定的不予受理申请情形的；

(1) The creditor's application shall be rejected as prescribed in this Interpretation.

（二）本解释规定的裁定驳回申请情形的；

(2) The creditor's application shall be dismissed by a ruling as prescribed in this Interpretation.

（三）本解释规定的应当裁定终结督促程序情形的；

(3) The procedure for urging debt repayment shall be terminated by a ruling as prescribed in this Interpretation.

（四）人民法院对是否符合发出支付令条件产生合理怀疑的。

Saved on: 06/30/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.5115567(EN)

(4) The people's court has any reasonable doubt on the satisfaction of the conditions for issuance of an order for payment.

**第四百三十六条**　债务人对债务本身没有异议，只是提出缺乏清偿能力、延缓债务清偿期限、变更债务清偿方式等异议的，不影响支付令的效力。

**Article 436** Where a debtor's objection is raised regarding the insolvency of the debtor, extension of the period of debt repayment, or modification of methods for debt repayment, among others, instead of the debt itself, the validity of the order for payment shall not be affected.

人民法院经审查认为异议不成立的，裁定驳回。

If a people's court considers an objection unfounded after examination, it shall issue a ruling to dismiss the objection.

债务人的口头异议无效。

An objection raised verbally by a debtor shall be void.

**第四百三十七条**　人民法院作出终结督促程序或者驳回异议裁定前，债务人请求撤回异议的，应当裁定准许。

**Article 437** Where, before a people's court issues a ruling to terminate the procedure for urging debt repayment or dismiss an objection, the debtor raising the objection requests withdrawal of the objection, the people's court shall issue a ruling to allow the withdrawal.

债务人对撤回异议反悔的，人民法院不予支持。

If the debtor regrets after withdrawing the objection, the people's court shall not support the objection.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**第四百三十八条** 支付令失效后，申请支付令的一方当事人不同意提起诉讼的，应当自收到终结督促程序裁定之日起七日内向受理申请的人民法院提出。

**Article 438** Where, after an order for payment is invalidated, the party as the applicant for the order disagrees to institute an action, the party shall indicate, within seven days of receipt of a ruling to terminate the procedure for urging debt repayment, such disagreement to the people's court accepting the application.

申请支付令的一方当事人不同意提起诉讼的，不影响其向其他有管辖权的人民法院提起诉讼。

Such disagreement shall not affect the right of the party to institute an action in another people's court having jurisdiction.

**第四百三十九条** 支付令失效后，申请支付令的一方当事人自收到终结督促程序裁定之日起七日内未向受理申请的人民法院表明不同意提起诉讼的，视为向受理申请的人民法院起诉。

**Article 439** Where, after an order for payment is invalidated, the party as the applicant for the order fails to indicate, within seven days of receipt of a ruling to terminate the procedure for urging debt repayment, its disagreement to institute an action to the people's court accepting the application, the party is deemed to have instituted an action in the people's court accepting the application.

债权人提出支付令申请的时间，即为向人民法院起诉的时间。

The time of filing an application by a creditor for issuance of an order for payment shall be the time of instituting an action by the creditor in the people's court.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第四百四十条　债权人向人民法院申请执行支付令的期间，适用民事诉讼法第二百四十六条的规定。

**Article 440** The period for a creditor to apply to a people's court for execution of an order for payment shall be governed by the provisions of Article 246 of the Civil Procedure Law.

第四百四十一条　人民法院院长发现本院已经发生法律效力的支付令确有错误，认为需要撤销的，应当提交本院审判委员会讨论决定后，裁定撤销支付令，驳回债权人的申请。

**Article 441** Where the president of a people's court discovers that any effective order for payment issued by the court is erroneous and considers it necessary to revoke the order, the people's court shall, after the case is deliberated and decided by the adjudication committee of the court, issue a ruling to revoke the order and dismiss the application of the creditor.

二十、公示催告程序

**XX**. Procedure for Announcement to Urge Declaration of Claims

第四百四十二条　民事诉讼法第二百二十五条规定的票据持有人，是指票据被盗、遗失或者灭失前的最后持有人。

**Article 442** As mentioned in Article 225 of the Civil Procedure Law, "holder of an instrument" means the last holder of a negotiable instrument before it is stolen, lost, or extinguished.

第四百四十三条　人民法院收到公示催告的申请后，应当立即审查，并决定是否受理。经审查认为符合受理条件的，通知予以受理，并同时通知支付人停止支付；认为不符合受理条件的，七日内裁定驳回申请。

**Article 443** A people's court shall examine and decide whether to accept an application for issuance of an announcement to urge declaration of claims immediately after receiving the application. If the

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

people's court considers that the conditions for accepting the application are satisfied after examination, it shall notify the applicant of its acceptance of the application and, at the same time, notify the drawee of stopping payment; or if the people's court considers that the conditions are not satisfied, it shall dismiss the application by a ruling within seven days.

第四百四十四条　因票据丧失，申请公示催告的，人民法院应结合票据存根、丧失票据的复印件、出票人关于签发票据的证明、申请人合法取得票据的证明、银行挂失止付通知书、报案证明等证据，决定是否受理。

Article 444 Where an application for issuance of an announcement to urge declaration of claims is filed because the holder of an instrument is no longer in possession of the instrument, the people's court shall decide whether to accept the application based on the stub of the instrument, a photocopy of the instrument, a certificate from the issuer on issuing the instrument, a certificate on the applicant's legal obtainment of the instrument, a bank advice on loss registration and stop of payment, proof of filing a police report, and other evidence.

第四百四十五条　人民法院依照民事诉讼法第二百二十六条规定发出的受理申请的公告，应当写明下列内容：

Article 445 The announcement of accepting an application issued by a people's court in accordance with the provision of Article 226 of the Civil Procedure Law shall state:

（一）公示催告申请人的姓名或者名称；

(1) the applicant's name;

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

（二）票据的种类、号码、票面金额、出票人、背书人、持票人、付款期限等事项以及其他可以申请公示催告的权利凭证的种类、号码、权利范围、权利人、义务人、行权日期等事项；

(2) the instrument's type, number, face value, issuer, endorser, holder, and payment period, among others, or the type, number, scope of right, obligee, and obligor, among others, of any other certificate of right for which an application for issuance of an announcement to urge declaration of claims may be filed;

（三）申报权利的期间；

(3) period of declaration of claims; and

（四）在公示催告期间转让票据等权利凭证，利害关系人不申报的法律后果。

(4) legal consequences of an interested party's failure to declare claims in case of transfer of an instrument or any other certificate of right during the period of declaration of claims as determined in the announcement.

第四百四十六条  公告应当在有关报纸或者其他媒体上刊登，并于同日公布于人民法院公告栏内。人民法院所在地有证券交易所的，还应当同日在该交易所公布。

Article 446 The announcement shall be published in a relevant newspaper or any other media and, on the same day, be posted on the bulletin board of the people's court. If a securities exchange is located at the place of the people's court, the announcement shall be also published on the same day on the securities exchange.

第四百四十七条  公告期间不得少于六十日，且公示催告期间届满日不得早于票据付款日后十五日。

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

**Article 447** The period of declaration of claims as determined in the announcement shall not be less than 60 days, and the expiration date of the period shall not be earlier than the 15th day after the date of payment of the instrument.

第四百四十八条　在申报期届满后、判决作出之前，利害关系人申报权利的，应当适用民事诉讼法第二百二十八条第二款、第三款规定处理。

**Article 448** Where an interested party declares claims after the declaration period expires but before a judgment is entered, the provisions of paragraphs 2 and 3, Article 228 of the Civil Procedure Law shall be applied.

第四百四十九条　利害关系人申报权利，人民法院应当通知其向法院出示票据，并通知公示催告申请人在指定的期间查看该票据。公示催告申请人申请公示催告的票据与利害关系人出示的票据不一致的，应当裁定驳回利害关系人的申报。

**Article 449** Where an interested party declares claims, the people's court shall notify the interested party of presenting the negotiable instrument to the court and notify the applicant of examining the instrument during a specified period. If the instrument alleged by the applicant is different from the instrument presented by the interested party, a ruling shall be issued to dismiss the claims declared by the interested party.

第四百五十条　在申报权利的期间无人申报权利，或者申报被驳回的，申请人应当自公示催告期间届满之日起一个月内申请作出判决。逾期不申请判决的，终结公示催告程序。

**Article 450** Where no claim is declared during the declaration period or the claims declared are dismissed, the applicant shall, within one month of the expiration of the period, apply for a judgment. If the applicant fails to do so, the procedure for announcement to urge declaration of claims shall be terminated.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

裁定终结公示催告程序的，应当通知申请人和支付人。

If a ruling is issued to terminate the procedure, the applicant and the drawee shall be notified of the termination.

第四百五十一条　判决公告之日起，公示催告申请人有权依据判决向付款人请求付款。

Article 451 From the date of announcement of a judgment, the applicant shall have the right to require payment from the drawee according to the judgment.

付款人拒绝付款，申请人向人民法院起诉，符合民事诉讼法第一百二十二条规定的起诉条件的，人民法院应予受理。

Where the applicant institutes an action in a people's court because the drawee refuses to pay, if the conditions for instituting an action as set out in Article 122 of the Civil Procedure Law are satisfied, the people's court shall accept the case.

第四百五十二条　适用公示催告程序审理案件，可由审判员一人独任审理；判决宣告票据无效的，应当组成合议庭审理。

Article 452 A case under the procedure for announcement to urge declaration of claims may be tried by a sole judge; however, if an instrument is to be invalidated by a judgment, a collegial bench shall be formed to try the case.

第四百五十三条　公示催告申请人撤回申请，应在公示催告前提出；公示催告期间申请撤回的，人民法院可以径行裁定终结公示催告程序。



[CLI Code]CLI.3.5115567(EN)

**Article 453** To withdraw an application, the applicant shall do so before the court issues an announcement to urge declaration of claims; and if an application is withdrawn during the declaration period, the people's court may directly issue a ruling to terminate the procedure.

第四百五十四条　人民法院依照民事诉讼法第二百二十七条规定通知支付人停止支付，应当符合有关财产保全的规定。支付人收到停止支付通知后拒不止付的，除可依照民事诉讼法第一百一十四条、第一百一十七条规定采取强制措施外，在判决后，支付人仍应承担付款义务。

**Article 454** A people's court shall comply with the provisions on property preservation when notifying a drawee of stopping payment in accordance with the provision of Article 227 of the Civil Procedure Law. Where a drawee refuses to stop payment after receiving a notice of stopping payment, in addition to the compulsory measures taken in accordance with the provisions of Articles 114 and 117 of the Civil Procedure Law, the drawee shall continue to have the obligation to pay after a judgment is entered.

第四百五十五条　人民法院依照民事诉讼法第二百二十八条规定终结公示催告程序后，公示催告申请人或者申报人向人民法院提起诉讼，因票据权利纠纷提起的，由票据支付地或者被告住所地人民法院管辖；因非票据权利纠纷提起的，由被告住所地人民法院管辖。

**Article 455** Where, after a people's court terminates the procedure for announcement to urge declaration of claims in accordance with the provision of Article 228 of the Civil Procedure Law, the applicant or an interested party declaring claims institutes an action in a people's court, if the action is for dispute over rights under an instrument, the people's court at the place of payment of the instrument or the place of domicile of the defendant shall have jurisdiction over the case; or if the action is not for dispute over rights under an instrument, the people's court at the place of domicile of the defendant shall have jurisdiction over the case.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**第四百五十六条** 依照民事诉讼法第二百二十八条规定制作的终结公示催告程序的裁定书，由审判员、书记员署名，加盖人民法院印章。

**Article 456** A written ruling to terminate the procedure for announcement to urge declaration of claims as made in accordance with the provision of Article 228 of the Civil Procedure Law shall be signed by the judge(s) and clerk, and the seal of the people's court shall also be affixed to the written ruling.

**第四百五十七条** 依照民事诉讼法第二百三十条的规定，利害关系人向人民法院起诉的，人民法院可按票据纠纷适用普通程序审理。

**Article 457** Where an interested party institutes an action in a people's court in accordance with the provision of Article 230 of the Civil Procedure Law, the people's court may try the case under the formal procedure as a case involving a dispute over a negotiable instrument.

**第四百五十八条** 民事诉讼法第二百三十条规定的正当理由，包括：

**Article 458** "Justifiable reasons" as mentioned in Article 230 of the Civil Procedure Law shall include the following reasons:

（一）因发生意外事件或者不可抗力致使利害关系人无法知道公告事实的；

(1) An interested party is unable to know the fact of an announcement for the occurrence of an accident or for a force majeure.

（二）利害关系人因被限制人身自由而无法知道公告事实，或者虽然知道公告事实，但无法自己或者委托他人代为申报权利的；

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

(2) An interested party is unable to know the fact of an announcement because his or her personal freedom is restricted, or an interested party knows the fact of an announcement but is unable to declare claims personally or through an agent.

（三）不属于法定申请公示催告情形的；

(3) It is not a statutory circumstance under which an application for issuance of an announcement to urge declaration of claims may be filed.

（四）未予公告或者未按法定方式公告的；

(4) No announcement is issued or an announcement is not issued in a statutory manner.

（五）其他导致利害关系人在判决作出前未能向人民法院申报权利的客观事由。

(5) Any other fact causing an interested party's failure to declare claims to the people's court before a judgment is entered.

**第四百五十九条**　根据民事诉讼法第二百三十条的规定，利害关系人请求人民法院撤销除权判决的，应当将申请人列为被告。

**Article 459** Where, in accordance with the provision of Article 230 of the Civil Procedure Law, an interested party requests a people's court to revoke a judgment that invalidates an instrument, the applicant shall be listed as the defendant.

利害关系人仅诉请确认其为合法持票人的，人民法院应当在裁判文书中写明，确认利害关系人为票据权利人的判决作出后，除权判决即被撤销。

Where an interested party institutes an action only to confirm that the interested party is the lawful holder, the people's court shall state in its adjudicative document that the judgment that invalidates

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

an instrument is revoked immediately after the judgment to confirm the interested party as the holder of the instrument is made.


二十一、执行程序

**XXI**. Execution Procedure


第四百六十条　发生法律效力的实现担保物权裁定、确认调解协议裁定、支付令，由作出裁定、支付令的人民法院或者与其同级的被执行财产所在地的人民法院执行。

**Article 460** An effective ruling on the realization of a security interest, ruling on the confirmation of a mediation agreement, or an order for payment shall be enforced by the people's court that renders the ruling or order for payment or the same-level people's court at the place where the property subject to execution is located.


认定财产无主的判决，由作出判决的人民法院将无主财产收归国家或者集体所有。

The people's court that enters a judgment to determine that the property is unclaimed property shall rule that the property is owned by the state or a collective.


第四百六十一条　当事人申请人民法院执行的生效法律文书应当具备下列条件：

**Article 461** An effective legal instrument to be enforced by the people's court upon the application of a party shall meet the following conditions:


（一）权利义务主体明确；

(1) The subjects of rights and obligations are definite.


（二）给付内容明确。

 [CLI Code]CLI.3.5115567(EN)

(2) The content involving the payment is specific.

法律文书确定继续履行合同的，应当明确继续履行的具体内容。

Where the continual fulfillment of a contract is determined in the legal document, the specific content to be continually fulfilled shall be specified.

第四百六十二条  根据民事诉讼法第二百三十四条规定，案外人对执行标的提出异议的，应当在该执行标的的执行程序终结前提出。

Article 462 In accordance with Article 234 of the Civil Procedure Law, where a person that is not a party to the case raises an objection regarding the subject matter of execution, the person shall do so before the termination of procedure for the execution of the subject matter.

第四百六十三条  案外人对执行标的提出的异议，经审查，按照下列情形分别处理：

Article 463 An objection filed by the person that is not a party to the case shall be handled according to the following circumstances respectively upon examination:

（一）案外人对执行标的不享有足以排除强制执行的权益的，裁定驳回其异议；

(1) Where the person that is not a party to the case does not have the rights and interests that are sufficient to prevent enforcement, the court shall rule to reject the person's objection.

（二）案外人对执行标的享有足以排除强制执行的权益的，裁定中止执行。

(2) Where the person that is not a party to the case has the rights and interests that are sufficient to prevent enforcement, the court shall render a ruling to suspend execution.

驳回案外人执行异议裁定送达案外人之日起十五日内，人民法院不得对执行标的进行处分。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

Within 15 days after the ruling to reject the objection to execution filed by the person that is not a party to the case is served upon the person, the people's court shall not dispose of the subject matter of execution.

第四百六十四条　申请执行人与被执行人达成和解协议后请求中止执行或者撤回执行申请的，人民法院可以裁定中止执行或者终结执行。

**Article 464** Where the execution applicant and the judgment debtor, after reaching a settlement agreement, request the suspension of execution or withdraws the application for execution, the people's court may render a ruling to suspend execution or terminate execution.

第四百六十五条　一方当事人不履行或者不完全履行在执行中双方自愿达成的和解协议，对方当事人申请执行原生效法律文书的，人民法院应当恢复执行，但和解协议已履行的部分应当扣除。和解协议已经履行完毕的，人民法院不予恢复执行。

**Article 465** Where one party fails to perform or completely perform the settlement agreement reached out of free will of both parties in execution, if the other party applies for enforcing the original effective legal document, the people's court shall resume the execution of the original effective legal document; however, the part of settlement agreement which has been performed shall be excluded. If the settlement agreement has been completely performed, the people's court will not resume the execution of the original effective legal document.

第四百六十六条　申请恢复执行原生效法律文书，适用民事诉讼法第二百四十六条申请执行期间的规定。申请执行期间因达成执行中的和解协议而中断，其期间自和解协议约定履行期限的最后一日起重新计算。

**Article 466** The time limit for an application for resuming the execution of an original effective legal document shall be governed by the provisions on the time limit for applying for execution as



[CLI Code]CLI.3.5115567(EN)

prescribed in Article 246 of the Civil Procedure Law. If the time limit for applying for execution is suspended due to the settlement agreement reached during execution, it shall be recalculated from the last day of the time limit for execution as agreed upon in the settlement agreement.

第四百六十七条　人民法院依照民事诉讼法第二百三十八条规定决定暂缓执行的，如果担保是有期限的，暂缓执行的期限应当与担保期限一致，但最长不得超过一年。被执行人或者担保人对担保的财产在暂缓执行期间有转移、隐藏、变卖、毁损等行为的，人民法院可以恢复强制执行。

Article 467 Where the people's court decides to suspend execution in accordance with the provision of Article 238 of the Civil Procedure Law, if the security is provided with a deadline, the deadline of the suspension of execution shall be consistent with the deadline of security with the maximum of one year. If the judgment debtor or the security provider transfers, conceals, sells or destroys, among others, the property for security during the period of suspension of execution, the people's court may resume enforcement.

第四百六十八条　根据民事诉讼法第二百三十八条规定向人民法院提供执行担保的，可以由被执行人或者他人提供财产担保，也可以由他人提供保证。担保人应当具有代为履行或者代为承担赔偿责任的能力。

Article 468 Where any security for execution is provided to the people's court in accordance with Article 238 of the Civil Procedure Law, the judgment debtor or any other person may provide property as security or any other person may provide suretyship. The security provider shall have the ability to perform or assume compensatory liability in lieu of the judgment debtor.

他人提供执行保证的，应当向执行法院出具保证书，并将保证书副本送交申请执行人。被执行人或者他人提供财产担保的，应当参照民法典的有关规定办理相应手续。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

Where any other person provides suretyship for execution, the person shall issue a letter of suretyship to the execution court, and serve a copy of the letter of suretyship on the execution applicant. Where the judgment debtor or any other person provides property as security, the corresponding formalities shall be undergone mutatis mutandis in accordance with the relevant provisions of the Civil Code.

第四百六十九条    被执行人在人民法院决定暂缓执行的期限届满后仍不履行义务的，人民法院可以直接执行担保财产，或者裁定执行担保人的财产，但执行担保人的财产以担保人应当履行义务部分的财产为限。

Article 469 Where the judgment debtor still fails to perform any obligation thereof after expiration of the term for suspension of execution decided by the people's court, the people's court may directly conduct execution against the property posted as security or rule to enforce the property of the security provider; however, the execution of the security provider's property shall be limited to the part for the performance of obligation.

第四百七十条    依照民事诉讼法第二百三十九条规定，执行中作为被执行人的法人或者其他组织分立、合并的，人民法院可以裁定变更后的法人或者其他组织为被执行人；被注销的，如果依照有关实体法的规定有权利义务承受人的，可以裁定该权利义务承受人为被执行人。

Article 470 Where the legal person or any other organization as the judgment debtor is split off or merged during execution in accordance with the provision of Article 239 of the Civil Procedure Law, the people's court may render a ruling that the modified legal person or any other organization is the judgment debtor. If it is deregistered, and there is any successor of rights and obligations according to the relevant substantive law, the people's court may render a ruling that the said successor of rights and obligations is the judgment debtor.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第四百七十一条　其他组织在执行中不能履行法律文书确定的义务的，人民法院可以裁定执行对该其他组织依法承担义务的法人或者公民个人的财产。

Article 471 Where, during execution, any other organization fails to perform an obligation determined in the legal document, the people's court may render a ruling to conduct execution against the property of any legal person or citizen that assumes the obligation for the said organization in accordance with law.

第四百七十二条　在执行中，作为被执行人的法人或者其他组织名称变更的，人民法院可以裁定变更后的法人或者其他组织为被执行人。

Article 472 Where, during execution, the legal person or any other organization as the judgment debtor modifies its name, the people's court may render a ruling that the modified legal person or organization is the judgment debtor.

第四百七十三条　作为被执行人的公民死亡，其遗产继承人没有放弃继承的，人民法院可以裁定变更被执行人，由该继承人在遗产的范围内偿还债务。继承人放弃继承的，人民法院可以直接执行被执行人的遗产。

Article 473 Where a citizen as the judgment debtor dies and his or her inheritor has not waived inheritance, the people's court may render a ruling to modify the judgment debtor, and the said inheritor shall pay off debts within the scope of legacy. If the inheritor has waived the right of inheritance, the people's court may directly enforce the legacy of the judgment debtor.

第四百七十四条　法律规定由人民法院执行的其他法律文书执行完毕后，该法律文书被有关机关或者组织依法撤销的，经当事人申请，适用民事诉讼法第二百四十条规定。



[CLI Code]CLI.3.5115567(EN)

**Article 474** Where, after any other legal document has been completely enforced by the people's court as prescribed by law, the said legal document is revoked by the relevant authority or organization in accordance with law, upon application of a party, Article 240 of the Civil Procedure Law shall apply.

第四百七十五条　仲裁机构裁决的事项，部分有民事诉讼法第二百四十四条第二款、第三款规定情形的，人民法院应当裁定对该部分不予执行。

**Article 475** Where the matters being arbitrated by an arbitral institution partly fall under the circumstances as set forth in paragraphs 2 and 3, Article 244 of the Civil Procedure Law, the people's court shall render a ruling not to enforce the part of matters.

应当不予执行部分与其他部分不可分的，人民法院应当裁定不予执行仲裁裁决。

Where the part of matters that shall not be enforced are inseparable with other parts, the people's court shall render a ruling not to enforce the arbitration award.

第四百七十六条　依照民事诉讼法第二百四十四条第二款、第三款规定，人民法院裁定不予执行仲裁裁决后，当事人对该裁定提出执行异议或者复议的，人民法院不予受理。当事人可以就该民事纠纷重新达成书面仲裁协议申请仲裁，也可以向人民法院起诉。

**Article 476** Where, after the people's court issues a ruling not to enforce an arbitration award in accordance with the provisions of paragraphs 2 and 3, Article 244 of the Civil Procedure Law, a party raises an objection to or applies for reconsideration of the ruling, the people's court shall not accept it. The parties may either reach a new written arbitration agreement on the civil dispute and then apply for arbitration, or may institute an action in the people's court.

Saved on: 06/30/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.5115567(EN)

第四百七十七条　在执行中，被执行人通过仲裁程序将人民法院查封、扣押、冻结的财产确权或者分割给案外人的，不影响人民法院执行程序的进行。

**Article 477** Where, during execution, the judgment debtor confirms the right of a person that is not a party to the case to any property already seized, impounded or frozen by the people's court or divides and distributes such property to the person that is not a party to the case under the arbitration procedure, the proceeding of the execution procedure of the people's court shall not be affected.

案外人不服的，可以根据民事诉讼法第二百三十四条规定提出异议。

The person that is not a party to the case may file an objection in accordance with the provision of Article 234 of the Civil Procedure Law.

第四百七十八条　有下列情形之一的，可以认定为民事诉讼法第二百四十五条第二款规定的公证债权文书确有错误：

**Article 478** Under any of the following circumstances, the notarized debt instrument as set forth in paragraph 2, Article 245 of the Civil Procedure Law may be determined as truly erroneous:

（一）公证债权文书属于不得赋予强制执行效力的债权文书的；

(1) The notarized debt instrument falls under debt instruments without enforceability.

（二）被执行人一方未亲自或者未委托代理人到场公证等严重违反法律规定的公证程序的；

(2) The judgment debtor fails to notarize on site or retain a representative to do so, or otherwise seriously violates notarization procedures prescribed by laws.

（三）公证债权文书的内容与事实不符或者违反法律强制性规定的；

Saved on: 06/30/2026

北大法宝 PKULAW.COM 让法律更智能

[CLI Code]CLI.3.5115567(EN)

(3) The content of the notarized debt instrument is inconsistent with facts or violates any compulsory provision of laws.

（四）公证债权文书未载明被执行人不履行义务或者不完全履行义务时同意接受强制执行的。

(4) The notarized debt instrument fails to indicate that the judgment debtor agrees to accept enforcement when the person fails to perform or completely perform the obligation.

人民法院认定执行该公证债权文书违背社会公共利益的，裁定不予执行。

Where a people's court determines that the execution of the notarized debt instrument is contrary to the public interest, the people's court shall render a ruling not to enforce the instrument.

公证债权文书被裁定不予执行后，当事人、公证事项的利害关系人可以就债权争议提起诉讼。

Where a notarized debt instrument is not enforced according to a ruling of a people's court, the parties and the interest parties to the notarization may institute an action on the dispute over creditor's rights.

第四百七十九条　当事人请求不予执行仲裁裁决或者公证债权文书的，应当在执行终结前向执行法院提出。

Article 479 Where a party requests the non-execution of an arbitration award or a notarized debt instrument, the party shall file the request with the execution court before the termination of execution.



[CLI Code]CLI.3.5115567(EN)

**第四百八十条**　人民法院应当在收到申请执行书或者移交执行书后十日内发出执行通知。

**Article 480** The people's court shall issue a notice of execution within ten days as of receipt of a written application for execution or a letter of transfer for execution.

执行通知中除应责令被执行人履行法律文书确定的义务外，还应通知其承担民事诉讼法第二百六十条规定的迟延履行利息或者迟延履行金。

In addition to the order to the judgment debtor to perform the obligation determined in the legal document, the notice of execution shall also inform the person to pay the interest or surcharge for delay of performance in accordance with the provision of Article 260 of the Civil Procedure Law.

**第四百八十一条**　申请执行人超过申请执行时效期间向人民法院申请强制执行的，人民法院应予受理。被执行人对申请执行时效期间提出异议，人民法院经审查异议成立的，裁定不予执行。

**Article 481** Where the execution applicant files an application for enforcement with the people's court beyond the time limitation for applying for execution, the people's court shall accept the application. If the judgment debtor submits an objection against the time limitation for applying for execution, and the people's court holds that the objection is supported upon examination, it shall render a ruling not to enforce the arbitration award.

被执行人履行全部或者部分义务后，又以不知道申请执行时效期间届满为由请求执行回转的，人民法院不予支持。

Where the judgment debtor requests the recovery of execution on the ground of not being aware of the time limitation for applying for execution after performing the obligation in whole or in part, the people's court shall not support such a request.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

第四百八十二条　对必须接受调查询问的被执行人、被执行人的法定代表人、负责人或者实际控制人，经依法传唤无正当理由拒不到场的，人民法院可以拘传其到场。

**Article 482** Where the judgment debtor, or the legal representative, person in charge or actual controller of the judgment debtor that must accept investigation and interview refuses to appear before court without any justifiable reason after having been legally summoned, the people's court may compel the appearance thereof.

人民法院应当及时对被拘传人进行调查询问，调查询问的时间不得超过八小时；情况复杂，依法可能采取拘留措施的，调查询问的时间不得超过二十四小时。

The people's court shall, in a timely manner, investigate and interview the summoned person for no more than eight hours. If the circumstances are complicated, and detention measure may be taken according to law, the time of investigation and interview shall not exceed 24 hours.

人民法院在本辖区以外采取拘传措施时，可以将被拘传人拘传到当地人民法院，当地人民法院应予协助。

When the people's court compels the appearance of any person out of its jurisdiction, it may compel the appearance of the summoned person at the local people's court, and the local people's court shall provide assistance.

第四百八十三条　人民法院有权查询被执行人的身份信息与财产信息，掌握相关信息的单位和个人必须按照协助执行通知书办理。

**Article 483** The people's court shall have the right to inquire the identity information and property information of the judgment debtor, and the entity and individual that have obtained the relevant information shall handle according to the execution assistance notice.

[CLI Code]CLI.3.5115567(EN)

**第四百八十四条** 对被执行的财产，人民法院非经查封、扣押、冻结不得处分。对银行存款等各类可以直接扣划的财产，人民法院的扣划裁定同时具有冻结的法律效力。

**Article 484** The people's court shall not dispose of any property subject to execution that has not been seized, impounded or frozen. For various kinds of property that may be directly deducted such as bank deposits, the deduction ruling of the people's court shall, at the same time, have the legal force of freezing the property.

**第四百八十五条** 人民法院冻结被执行人的银行存款的期限不得超过一年，查封、扣押动产的期限不得超过两年，查封不动产、冻结其他财产权的期限不得超过三年。

**Article 485** The period for a people's court to freeze the bank deposits of the judgment debtor shall not exceed one year, the period for sealing up or impounding movable property shall not exceed two years, and the period for sealing up real estate or freezing other property rights shall not exceed three years.

申请执行人申请延长期限的，人民法院应当在查封、扣押、冻结期限届满前办理续行查封、扣押、冻结手续，续行期限不得超过前款规定的期限。

Where the execution applicant applies for the extension of the period, the people's court shall undergo the formalities for extending the period of sealing, impounding or freezing measure prior to the expiration of such a measure, provided that the extended period does not exceed the term prescribed in the preceding paragraph.

人民法院也可以依职权办理续行查封、扣押、冻结手续。

The people's court may also undergo the formalities for extending the period of sealing, impounding or freezing measure according to its powers.

[CLI Code]CLI.3.5115567(EN)

第四百八十六条　依照民事诉讼法第二百五十四条规定，人民法院在执行中需要拍卖被执行人财产的，可以由人民法院自行组织拍卖，也可以交由具备相应资质的拍卖机构拍卖。

**Article 486** Where, during execution, the people's court needs to auction the property of the judgment debtor in accordance with the provision of Article 254 of the Civil Procedure Law, the people's court may organize the auction by itself, or turn over the property to the auction institution with the corresponding qualification for auction.

交拍卖机构拍卖的，人民法院应当对拍卖活动进行监督。

Where the people's court turns over the property to the auction institution for auction, the people's court shall oversee the auction activities.

第四百八十七条　拍卖评估需要对现场进行检查、勘验的，人民法院应当责令被执行人、协助义务人予以配合。被执行人、协助义务人不予配合的，人民法院可以强制进行。

**Article 487** Where on-site inspection and survey are required for auction assessment, the people's court shall order the judgment debtor and the person obliged to assist to cooperate. If the judgment debtor or the person obliged to assist refuses to cooperate, the people's court may conduct enforcement.

第四百八十八条　人民法院在执行中需要变卖被执行人财产的，可以交有关单位变卖，也可以由人民法院直接变卖。

**Article 488** Where, during execution, the people's court needs to sell off any property of the judgment debtor, it may either deliver the property to a relevant entity for sell-off or directly sell off the property by itself.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

对变卖的财产，人民法院或者其工作人员不得买受。

For the property to be sold off by a people's court, the people's court or any of its staff shall not buy it.

第四百八十九条　经申请执行人和被执行人同意，且不损害其他债权人合法权益和社会公共利益的，人民法院可以不经拍卖、变卖，直接将被执行人的财产作价交申请执行人抵偿债务。对剩余债务，被执行人应当继续清偿。

Article 489 Upon consent of the execution applicant and the judgment debtor, if the lawful rights and interests of other creditors and public interest are not impaired, the property of the judgment debtor may be directly converted into money and be delivered to the applicant for payment of debts without auction or sell-off. The judgment debtor shall continue to pay off the remaining debts.

第四百九十条　被执行人的财产无法拍卖或者变卖的，经申请执行人同意，且不损害其他债权人合法权益和社会公共利益的，人民法院可以将该项财产作价后交付申请执行人抵偿债务，或者交付申请执行人管理；申请执行人拒绝接收或者管理的，退回被执行人。

Article 490 Where the property of the judgment debtor cannot be auctioned or sold off, upon consent of the execution applicant, if the lawful rights and interests of other creditors and public interest are not impaired, the people's court may convert the property into money and deliver the property to the applicant for payment of debts or deliver the property to the applicant for administration. If the execution applicant refuses to take or administer the property, the property shall be returned to the judgment debtor.

第四百九十一条　拍卖成交或者依法定程序裁定以物抵债的，标的物所有权自拍卖成交裁定或者抵债裁定送达买受人或者接受抵债物的债权人时转移。

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**Article 491** Where an auction is done or a ruling is rendered under statutory procedures to offset debts with property, the title of the subject matter shall be transferred when the ruling of a successful auction or a ruling of offsetting debts with property is served upon the buyer or the creditor that accepts the property for debt offset.

第四百九十二条　执行标的物为特定物的，应当执行原物。原物确已毁损或者灭失的，经双方当事人同意，可以折价赔偿。

**Article 492** Where the object of execution is specific, the original object shall be enforced. If the original object has been destroyed or extinguished, compensation may be made by converting the original object into money with the consent of both parties.

双方当事人对折价赔偿不能协商一致的，人民法院应当终结执行程序。申请执行人可以另行起诉。

Where both parties fail to reach a consensus through negotiation on the converted compensation, the people's court shall terminate the execution procedure. The execution applicant may file a separate lawsuit.

第四百九十三条　他人持有法律文书指定交付的财物或者票证，人民法院依照民事诉讼法第二百五十六条第二款、第三款规定发出协助执行通知后，拒不转交的，可以强制执行，并可依照民事诉讼法第一百一十七条、第一百一十八条规定处理。

**Article 493** Where any other person that holds the property or negotiable instrument to be delivered designated by a legal document fails to deliver the property or instrument after the people's court sent out a notice of assistance in execution in accordance with the provisions of paragraphs 2 and 3, Article 256 of the Civil Procedure Law, the people's court may enforce the delivery of the property

[CLI Code]CLI.3.5115567(EN)

or instrument, and handle the situation in accordance with the provisions of Articles 117 and 118 of the Civil Procedure Law.

他人持有期间财物或者票证毁损、灭失的，参照本解释第四百九十二条规定处理。

Where the said property or negotiable instrument is destroyed or extinguished when it is held by the other person, Article 492 of this Interpretation may, by reference, apply to the disposal thereof.

他人主张合法持有财物或者票证的，可以根据民事诉讼法第二百三十四条规定提出执行异议。

Where the other person claims the lawful holding of property or negotiable instrument, the person may raise an objection to execution in accordance with the provision of Article 234 of the Civil Procedure Law.

第四百九十四条　在执行中，被执行人隐匿财产、会计账簿等资料的，人民法院除可依照民事诉讼法第一百一十四条第一款第六项规定对其处理外，还应责令被执行人交出隐匿的财产、会计账簿等资料。被执行人拒不交出的，人民法院可以采取搜查措施。

**Article 494** Where, during execution, the judgment debtor conceals the property, accounting books or any other materials, the people's court may, in addition to punishing the judgment debtor in accordance with the provision of paragraph 1(6), Article 114 of the Civil Procedure Law, order the person to surrender the property, accounting books or other materials concealed. If that person refuses to do so, the people's court may take the search measure.

第四百九十五条　搜查人员应当按规定着装并出示搜查令和工作证件。

**Article 495** The search personnel shall wear clothes as required, and show a search warrant and their work certificates.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第四百九十六条　人民法院搜查时禁止无关人员进入搜查现场；搜查对象是公民的，应当通知被执行人或者他的成年家属以及基层组织派员到场；搜查对象是法人或者其他组织的，应当通知法定代表人或者主要负责人到场。拒不到场的，不影响搜查。

**Article 496** When a people's court makes search, no irrelevant person may enter the search site. If the object of search is a citizen, the judgment debtor or his or her adult family members as well as the person assigned by a grassroots organization shall be present; if the object of search is a legal person or any other organization, its legal representative or principal person in charge shall be notified to be present. If any of the said persons refuses to be present, the search will not be affected.

搜查妇女身体，应当由女执行人员进行。

The body of a woman shall be searched by female enforcers.

第四百九十七条　搜查中发现应当依法采取查封、扣押措施的财产，依照民事诉讼法第二百五十二条第二款和第二百五十四条规定办理。

**Article 497** Where any property that shall be seized or impounded according to law are discovered in search, they shall be disposed of in accordance with the provisions of paragraph 2, Article 252 and Article 254 of the Civil Procedure Law.

第四百九十八条　搜查应当制作搜查笔录，由搜查人员、被搜查人及其他在场人签名、捺印或者盖章。拒绝签名、捺印或者盖章的，应当记入搜查笔录。

**Article 498** Transcripts of search shall be made for the search, to which the signatures, fingerprints or seals of the search personnel, the person being searched and other persons on the scene shall be affixed. If any of the aforesaid persons refuses to affix his or her signature, fingerprint or seal, it shall be indicated in the transcripts of search.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

**第四百九十九条**　人民法院执行被执行人对他人的到期债权，可以作出冻结债权的裁定，并通知该他人向申请执行人履行。

**Article 499** The people's court may render a ruling to freeze the due claim of the judgment debtor against any other person, and notify the other person to perform the claim to the execution applicant.

该他人对到期债权有异议，申请执行人请求对异议部分强制执行的，人民法院不予支持。利害关系人对到期债权有异议的，人民法院应当按照民事诉讼法第二百三十四条规定处理。

Where the other person raises any objection to the due claim and the execution applicant requests the enforcement of the objection part, the people's court shall not support such a request. If an interested party has any objection to the due claim, the people's court shall handle the objection in accordance with the provision of Article 234 of the Civil Procedure Law.

对生效法律文书确定的到期债权，该他人予以否认的，人民法院不予支持。

Where the other person denies the due claim determined in a valid legal document, the people's court shall not support it.

**第五百条**　人民法院在执行中需要办理房产证、土地证、林权证、专利证书、商标证书、车船执照等有关财产权证照转移手续的，可以依照民事诉讼法第二百五十八条规定办理。

**Article 500** Where, during execution, a people's court needs to undergo the formalities for transfer of a certificate of title to house property, land certificate, certificate for the ownership of mountain forest, certificate of patent, certificate of trademark, vehicle license or any other certificate of property right, it may undergo the formalities in accordance with the provision of Article 258 of the Civil Procedure Law.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

第五百零一条　被执行人不履行生效法律文书确定的行为义务，该义务可由他人完成的，人民法院可以选定代履行人；法律、行政法规对履行该行为义务有资格限制的，应当从有资格的人中选定。必要时，可以通过招标的方式确定代履行人。

**Article 501** Where the judgment debtor fails to perform an obligatory act determined in an effective legal document, and the obligation may be completed by any other person, the people's court may determine the person that performs on behalf of the judgment debtor; and if any law or administrative regulation restricts the qualification of the person performing this obligatory act, the person that performs on behalf shall be selected from qualified persons. When necessary, the person that performs the obligation on behalf of the judgment debtor may be determined by bid invitation.

申请执行人可以在符合条件的人中推荐代履行人，也可以申请自己代为履行，是否准许，由人民法院决定。

The execution applicant may recommend the person that performs the obligation on behalf of the judgment debtor from qualified persons, or may apply to perform the obligation by itself or himself, the people's court shall decide whether to approve the application or not.

第五百零二条　代履行费用的数额由人民法院根据案件具体情况确定，并由被执行人在指定期限内预先支付。被执行人未预付的，人民法院可以对该费用强制执行。

**Article 502** The amount of expenses for the performance of obligation on behalf of the judgment debtor shall be determined by the people's court according to the specific case circumstances, and be prepaid by the judgment debtor within the designated time limit. If the judgment debtor fails to make prepayment, the people's court may enforce the payment of the expenses.

代履行结束后，被执行人可以查阅、复制费用清单以及主要凭证。

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

After the performance of obligation on behalf of the judgment debtor, the judgment debtor may consult and duplicate the list of expenses and major certificates.

**第五百零三条**  被执行人不履行法律文书指定的行为，且该项行为只能由被执行人完成的，人民法院可以依照民事诉讼法第一百一十四条第一款第六项规定处理。

**Article 503** Where the judgment debtor fails to perform any conduct designated in a legal document, and such a conduct can only be completed by the judgment debtor, the people's court may handle the situation in accordance with the provision of paragraph 1(6), Article 114 of the Civil Procedure Law.

被执行人在人民法院确定的履行期间内仍不履行的，人民法院可以依照民事诉讼法第一百一十四条第一款第六项规定再次处理。

Where the judgment debtor still fails to perform the conduct within the time limit determined by the people's court, the people's court may handle the situation once again in accordance with the provision of paragraph 1(6), Article 114 of the Civil Procedure Law.

**第五百零四条**  被执行人迟延履行的，迟延履行期间的利息或者迟延履行金自判决、裁定和其他法律文书指定的履行期间届满之日起计算。

**Article 504** Where the judgment debtor delays in performance, the interest or discharge for delay of performance shall be calculated as of the date of expiration of the time limit for performance as designated by the judgment, ruling or any other legal document.

**第五百零五条**  被执行人未按判决、裁定和其他法律文书指定的期间履行非金钱给付义务的，无论是否已给申请执行人造成损失，都应当支付迟延履行金。已经造成损失的，双倍补偿申请执行人已经受到的损失；没有造成损失的，迟延履行金可以由人民法院根据具体案件情况决定。

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

**Article 505** Where the judgment debtor fails to perform the non-pecuniary obligation of payment within the time limit designated by the judgment, ruling or any other legal document, no matter whether losses have been caused to the execution applicant or not, the interest for delay of performance shall be paid. If losses have been caused to the execution applicant, compensation shall be made in double of the said losses; and if there is no loss, the surcharge for delay of performance may be decided by the people's court based on the specific case circumstances.

第五百零六条　被执行人为公民或者其他组织，在执行程序开始后，被执行人的其他已经取得执行依据的债权人发现被执行人的财产不能清偿所有债权的，可以向人民法院申请参与分配。

**Article 506** Where the judgment debtor is a citizen or any other organization, if other creditors that have obtained the execution grounds find after commencement of the execution procedure that the property of the judgment debtor cannot pay off all the debts, they may apply to the people's court for participating in the distribution of property.

对人民法院查封、扣押、冻结的财产有优先权、担保物权的债权人，可以直接申请参与分配，主张优先受偿权。

The creditor that has the right of priority and security interest of the property seized, impounded or frozen by the people's court may directly apply for participating in distribution and claim the right of preferred compensation.

第五百零七条　申请参与分配，申请人应当提交申请书。申请书应当写明参与分配和被执行人不能清偿所有债权的事实、理由，并附有执行依据。

[CLI Code]CLI.3.5115567(EN)

**Article 507** To apply for participation in distribution, the applicant shall submit a written application, which shall state the facts and grounds for participating in distribution and the failure of the judgment debtor to pay off all the debts, and attach the grounds for execution.

参与分配申请应当在执行程序开始后，被执行人的财产执行终结前提出。

An application for participation in distribution shall be filed after the commencement of the execution procedure but before the termination of execution of the property owned by the judgment debtor.

**第五百零八条** 参与分配执行中，执行所得价款扣除执行费用，并清偿应当优先受偿的债权后，对于普通债权，原则上按照其占全部申请参与分配债权数额的比例受偿。清偿后的剩余债务，被执行人应当继续清偿。债权人发现被执行人有其他财产的，可以随时请求人民法院执行。

**Article 508** In execution involving participation in distribution, after execution expenses are deducted from the money obtained from execution and the money is used to pay off priority debts, a common debt shall, in principle, be repaid according to its proportion in the total debts participating in distribution. The judgment debtor shall continue to pay off the remaining debts after aforesaid repayment. If a creditor discovers any other property of the judgment debtor, the creditor may request execution by the people's court at any time.

**第五百零九条** 多个债权人对执行财产申请参与分配的，执行法院应当制作财产分配方案，并送达各债权人和被执行人。债权人或者被执行人对分配方案有异议的，应当自收到分配方案之日起十五日内向执行法院提出书面异议。

**Article 509** Where several creditors apply for participating in the distribution of property for execution, the execution court shall develop a property distribution plan and serve it upon all

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

creditors and the judgment debtor. A creditor or the judgment debtor that raises any objection to the distribution plan shall submit a written objection to the execution court within 15 days of receipt of the distribution plan.

第五百一十条 债权人或者被执行人对分配方案提出书面异议的，执行法院应当通知未提出异议的债权人、被执行人。

**Article 510** Where any creditor or the judgment debtor files a written objection to the distribution plan, the execution court shall notify non-objecting creditors and the judgment debtor.

未提出异议的债权人、被执行人自收到通知之日起十五日内未提出反对意见的，执行法院依异议人的意见对分配方案审查修正后进行分配；提出反对意见的，应当通知异议人。异议人可以自收到通知之日起十五日内，以提出反对意见的债权人、被执行人为被告，向执行法院提起诉讼；异议人逾期未提起诉讼的，执行法院按照原分配方案进行分配。

Where none of the non-objecting creditors and the judgment debtor offers any opposing opinion within 15 days as of receipt of the notice, the execution court shall distribute the property after examining and amending the distribution plan according to the opinions of the objector; if any opposing opinion is offered, the execution court shall notify the objector. The objector may institute an action in the execution court against the creditors and the judgment debtor offering opposing opinions within 15 days as of receipt of the notice; if the objector fails to institute an action within the prescribed time limit, the execution court shall distribute the property according to the original distribution plan.

诉讼期间进行分配的，执行法院应当提存与争议债权数额相应的款项。

Where the property is distributed during the action, the execution court shall set aside a sum of money equivalent to the disputed creditor's right.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第五百一十一条　在执行中，作为被执行人的企业法人符合企业破产法第二条第一款规定情形的，执行法院经申请执行人之一或者被执行人同意，应当裁定中止对该被执行人的执行，将执行案件相关材料移送被执行人住所地人民法院。

Article 511 Where, during execution, an enterprise legal person as the judgment debtor falls under any circumstance as set forth in paragraph 1, Article 2 of the Enterprise Bankruptcy Law, the execution court shall, with the consent of one of the applicants for execution or the judgment debtor, render a ruling to suspend the execution against the judgment debtor, and transfer the materials relating to the execution case to the people's court at the place of domicile of the judgment debtor.

第五百一十二条　被执行人住所地人民法院应当自收到执行案件相关材料之日起三十日内，将是否受理破产案件的裁定告知执行法院。不予受理的，应当将相关案件材料退回执行法院。

Article 512 The people's court at the place of domicile of the judgment debtor shall, within 30 days as of receipt of the materials relating to the execution case, inform the execution court of the ruling whether or not to accept the bankruptcy case. If the people's court rules not to accept the case, it shall return the relevant case materials to the execution court.

第五百一十三条　被执行人住所地人民法院裁定受理破产案件的，执行法院应当解除对被执行人财产的保全措施。被执行人住所地人民法院裁定宣告被执行人破产的，执行法院应当裁定终结对该被执行人的执行。

Article 513 Where the people's court at the place of domicile of the judgment debtor issues a ruling to accept a bankruptcy case, the execution court shall lift the measure of preserving the property of the judgment debtor. If the people's court at the place of domicile of the judgment debtor issues a

 [CLI Code]CLI.3.5115567(EN)

ruling to declare the judgment debtor bankrupt, the execution court shall render a ruling to terminate the execution against the judgment debtor.

被执行人住所地人民法院不受理破产案件的，执行法院应当恢复执行。

Where the people's court at the place of domicile of the judgment debtor does not accept the bankruptcy case, the execution court shall resume the execution.

第五百一十四条　当事人不同意移送破产或者被执行人住所地人民法院不受理破产案件的，执行法院就执行变价所得财产，在扣除执行费用及清偿优先受偿的债权后，对于普通债权，按照财产保全和执行中查封、扣押、冻结财产的先后顺序清偿。

**Article 514** Where a party disapproves the transfer of a bankruptcy case or the people's court at the place of domicile of the judgment debtor does not accept a bankruptcy case, the execution court shall use the property obtained from enforced sale deducting execution expenses and expenses for paying off debts receiving prepayment in priority to pay off common creditor's right according to the sequence of property seized, impounded or frozen in property preservation and execution.

第五百一十五条　债权人根据民事诉讼法第二百六十一条规定请求人民法院继续执行的，不受民事诉讼法第二百四十六条规定申请执行时效期间的限制。

**Article 515** Where a creditor requests continual execution by the people's court in accordance with the provision of Article 261 of the Civil Procedure Law, the creditor shall not be subject to the time limitation for applying for execution as set forth in Article 246 of the Civil Procedure Law.

第五百一十六条　被执行人不履行法律文书确定的义务的，人民法院除对被执行人予以处罚外，还可以根据情节将其纳入失信被执行人名单，将被执行人不履行或者不完全履行义务的信息向其所在单位、征信机构以及其他相关机构通报。

    Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**Article 516** Where the judgment debtor fails to perform the obligation determined in the legal document, the people's court shall, in addition to punishing the judgment debtor, include the judgment debtor in the list of dishonest persons subject to execution according to the actual circumstances, and notify the information on the person's failure to perform or completely perform the obligation to the entity where the person works, the credit investigation agency and other relevant institutions.

**第五百一十七条** 经过财产调查未发现可供执行的财产，在申请执行人签字确认或者执行法院组成合议庭审查核实并经院长批准后，可以裁定终结本次执行程序。

**Article 517** The people's court may, if it finds no property for execution upon property investigation, render a ruling to terminate this execution procedure after the execution applicant signs for confirmation or upon examination and verification by a collegial bench of the execution court, and the approval of the president.

依照前款规定终结执行后，申请执行人发现被执行人有可供执行财产的，可以再次申请执行。再次申请不受申请执行时效期间的限制。

Where the execution applicant finds that the judgment debtor has any property for execution after execution is terminated according to the provisions of the preceding paragraph, the applicant may reapply for execution. The new application filed shall not be restricted by the time limitation for applying for execution.

**第五百一十八条** 因撤销申请而终结执行后，当事人在民事诉讼法第二百四十六条规定的申请执行时效期间内再次申请执行的，人民法院应当受理。

**Article 518** Where, after execution is terminated due to the revocation of the application, one party files a new application for execution within the time limitation for applying for execution as set forth in Article 246 of the Civil Procedure Law, the people's court shall accept the application.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

**第五百一十九条** 在执行终结六个月内，被执行人或者其他人对已执行的标的有妨害行为的，人民法院可以依申请排除妨害，并可以依照民事诉讼法第一百一十四条规定进行处罚。因妨害行为给执行债权人或者其他人造成损失的，受害人可以另行起诉。

**Article 519** Where, within six months after the people's court terminates execution, the judgment debtor or any other person impairs the object of execution, the people's court may eliminate the impairment upon application, and may impose on a punishment in accordance with the provision of Article 114 of the Civil Procedure Law. If the impairment has caused any loss to the creditor in execution or any other person, the victim may institute an action separately.


二十二、涉外民事诉讼程序的特别规定

**XXII**. Special Provisions on Foreign-Related Civil Procedures


**第五百二十条** 有下列情形之一，人民法院可以认定为涉外民事案件：

**Article 520** Under any of the following circumstances, the people's court may determine a case as a foreign-related civil case:


（一）当事人一方或者双方是外国人、无国籍人、外国企业或者组织的；

(1) Either party or both parties are foreigners, stateless persons, foreign enterprises or organizations.


（二）当事人一方或者双方的经常居所地在中华人民共和国领域外的；

(2) The habitual residence of either party or both parties are located outside the territory of the People's Republic of China.


（三）标的物在中华人民共和国领域外的；



[CLI Code]CLI.3.5115567(EN)

(3) The subject matter is outside the territory of the People's Republic of China.

（四）产生、变更或者消灭民事关系的法律事实发生在中华人民共和国领域外的；

(4) The legal fact that leads to the establishment, change or termination of civil relationship occurs outside the territory of the People's Republic of China.

（五）可以认定为涉外民事案件的其他情形。

(5) Any other circumstance under which a case may be determined as a foreign-related civil case.

第五百二十一条　外国人参加诉讼，应当向人民法院提交护照等用以证明自己身份的证件。

Article 521 A foreign national that participates in an action shall submit to the people's court his or her passport and other certificates that are used to prove his or her identity.

外国企业或者组织参加诉讼，向人民法院提交的身份证明文件，应当经所在国公证机关公证，并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续。

A foreign enterprise or organization that participates in an action shall submit to the people's court its identity certification documents legalized by a notary office in the home country and authenticated by the Chinese embassy or consulate stationed in that country or legalized as prescribed in the relevant treaty concluded by the People's Republic of China and that country.

代表外国企业或者组织参加诉讼的人，应当向人民法院提交其有权作为代表人参加诉讼的证明，该证明应当经所在国公证机关公证，并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续。



The person that participates in an action on behalf of a foreign enterprise or organization shall submit to the people's court the certificate on his or her right to participate in the action as the representative, which have been legalized by a notary office in the home country and authenticated by the Chinese embassy or consulate stationed in that country or has undergone the legalization formalities prescribed in the relevant treaty concluded by the People's Republic of China and that country.

本条所称的"所在国",是指外国企业或者组织的设立登记地国,也可以是办理了营业登记手续的第三国。

For the purpose of this Article, "home country" means the third country where a foreign enterprise or organization is formed and registered, or has undergone business registration formalities.

第五百二十二条　依照民事诉讼法第二百七十一条以及本解释第五百二十一条规定,需要办理公证、认证手续,而外国当事人所在国与中华人民共和国没有建立外交关系的,可以经该国公证机关公证,经与中华人民共和国有外交关系的第三国驻该国使领馆认证,再转由中华人民共和国驻该第三国使领馆认证。

**Article 522** Where, in accordance with Article 271 of the Civil Procedure Law and Article 521 of this Interpretation, the relevant certificate needs to be notarized or authenticated, but the country where the foreign party is located has not established a diplomatic relationship with the People's Republic of China, the certificate may be legalized by a notary office in the home country and authenticated by an embassy or consulate of a third country that has a diplomatic relationship with the People's Republic of China in that country, and then be authenticated by the embassy or consulate of the People's Republic of China in the third country.



[CLI Code]CLI.3.5115567(EN)

第五百二十三条    外国人、外国企业或者组织的代表人在人民法院法官的见证下签署授权委托书，委托代理人进行民事诉讼的，人民法院应予认可。

**Article 523** Where a foreign national or the representative of a foreign enterprise or organization signs a power of attorney to retain a representative to institute a civil action as witnessed by the judge of the people's court, the people's court shall recognize it.

第五百二十四条    外国人、外国企业或者组织的代表人在中华人民共和国境内签署授权委托书，委托代理人进行民事诉讼，经中华人民共和国公证机构公证的，人民法院应予认可。

**Article 524** Where a foreign national or the representative of a foreign enterprise or organization signs a power of attorney within the territory of the People's Republic of China to retain a representative to institute a civil action, and the power of attorney has been legalized by a notary office in the People's Republic of China, the people's court shall recognize it.

第五百二十五条    当事人向人民法院提交的书面材料是外文的，应当同时向人民法院提交中文翻译件。

**Article 525** Where the written materials submitted by a party to the people's court are in a foreign language, the party shall, at the same time, submit the Chinese translations to the people's court.

当事人对中文翻译件有异议的，应当共同委托翻译机构提供翻译文本；当事人对翻译机构的选择不能达成一致的，由人民法院确定。

Where the parties have any objection to the Chinese translations, they shall jointly entrust a translation institution to provide the translations; and if the parties fail to the reach a consensus on the selection of the translation institution, the translation institution shall be determined by the people's court.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

第五百二十六条　涉外民事诉讼中的外籍当事人，可以委托本国人为诉讼代理人，也可以委托本国律师以非律师身份担任诉讼代理人；外国驻华使领馆官员，受本国公民的委托，可以以个人名义担任诉讼代理人，但在诉讼中不享有外交或者领事特权和豁免。

Article 526 The foreign party in a foreign-related civil action may retain a person or lawyer, as a non-lawyer, with the same nationality as him or her to be his or her litigation representative. Any official in the embassy or consulate of a foreign country in China may, upon entrustment of the citizen in his or her home country, serve as a litigation representative in his or her own name; however, he or she will not enjoy diplomatic or consular privileges or immunities in the litigation.

第五百二十七条　涉外民事诉讼中，外国驻华使领馆授权其本馆官员，在作为当事人的本国国民不在中华人民共和国领域内的情况下，可以以外交代表身份为其本国国民在中华人民共和国聘请中华人民共和国律师或者中华人民共和国公民代理民事诉讼。

Article 527 In a foreign-related civil action, an embassy or consulate of a foreign country in China may entrust its official to retain, under the name of a diplomatic representative, a lawyer of the People's Republic of China or a citizen of the People's Republic of China to be the civil litigation representative for a national of that foreign country when the national of that foreign country is involved in a case and not within the territory of the People's Republic of China.

第五百二十八条　涉外民事诉讼中，经调解双方达成协议，应当制发调解书。当事人要求发给判决书的，可以依协议的内容制作判决书送达当事人。

Article 528 In a foreign-related civil action, if both parties reach an agreement upon mediation, the people's court shall work out a consent judgment. If the parties request the issuance of a judgment, the people's court may work out the judgment according to the content of the agreement and serve it upon the parties.



[CLI Code]CLI.3.5115567(EN)

第五百二十九条　涉外合同或者其他财产权益纠纷的当事人，可以书面协议选择被告住所地、合同履行地、合同签订地、原告住所地、标的物所在地、侵权行为地等与争议有实际联系地点的外国法院管辖。

Article 529 The parties to a dispute over a foreign-related contract or any other right or interest in property may, by a written agreement, choose the foreign court at the place of domicile of the defendant, at the place where the contract is performed or signed, at the place of domicile of the plaintiff, at the place where the subject matter is located, at the place where the infringement is conducted or at any other place actually connected to the dispute to have jurisdiction over the dispute.

根据民事诉讼法第三十四条和第二百七十三条规定，属于中华人民共和国法院专属管辖的案件，当事人不得协议选择外国法院管辖，但协议选择仲裁的除外。

For the cases under the exclusive jurisdiction of courts of the People's Republic of China in accordance with the provisions of Articles 34 and 273 of the Civil Procedure Law, the parties shall not select a foreign court for jurisdiction by an agreement; unless they stipulate to settle the dispute through arbitration.

第五百三十条　涉外民事案件同时符合下列情形的，人民法院可以裁定驳回原告的起诉，告知其向更方便的外国法院提起诉讼：

Article 530 Where a foreign-related civil case falls under all the following circumstances, the people's court may render a ruling to dismiss the plaintiff's action, and inform the plaintiff to institute an action in a more convenient foreign court.

（一）被告提出案件应由更方便外国法院管辖的请求，或者提出管辖异议；

Saved on: 06/30/2026

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

(1) The defendant raises a claim that the case shall be subject to the jurisdiction of a more convenient foreign court, or raises an objection to jurisdiction.

（二）当事人之间不存在选择中华人民共和国法院管辖的协议；

(2) The parties do not have an agreement specifying the jurisdiction of a court of the People's Republic of China.

（三）案件不属于中华人民共和国法院专属管辖；

(3) The case does not fall under the exclusive jurisdiction of a court of the People's Republic of China.

（四）案件不涉及中华人民共和国国家、公民、法人或者其他组织的利益；

(4) The case does not involve the national interest, or the interest of any citizen, legal person or any other organization of the People's Republic of China.

（五）案件争议的主要事实不是发生在中华人民共和国境内，且案件不适用中华人民共和国法律，人民法院审理案件在认定事实和适用法律方面存在重大困难；

(5) The people's court has great difficulties in the determination of facts and the application of laws since major facts of disputes in a case do not occur within the territory of the People's Republic of China, and the laws of the People's Republic of China do not apply to the case.

（六）外国法院对案件享有管辖权，且审理该案件更加方便。

(6) The foreign court has jurisdiction over the case and it is more convenient for it to try the case.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第五百三十一条　中华人民共和国法院和外国法院都有管辖权的案件，一方当事人向外国法院起诉，而另一方当事人向中华人民共和国法院起诉的，人民法院可予受理。判决后，外国法院申请或者当事人请求人民法院承认和执行外国法院对本案作出的判决、裁定的，不予准许；但双方共同缔结或者参加的国际条约另有规定的除外。

Article 531 For a case over which both a people's court of the People's Republic of China and a foreign court have jurisdiction, if one party institutes an action in the foreign court whereas the other party institutes an action in the people's court of the People's Republic of China, the people's court may accept the case. If, after a judgment is rendered, the foreign court or a party requests the people's court's recognition and execution of the judgment or ruling rendered by the foreign court concerning this case, the people's court shall not consent to the request, unless it is otherwise prescribed by an international treaty concluded or acceded to by both countries.

外国法院判决、裁定已经被人民法院承认，当事人就同一争议向人民法院起诉的，人民法院不予受理。

Where the judgment or ruling rendered by the foreign court has been acknowledged by the people's court, and the parties institute an action over the same dispute in the people's court, the people's court shall not accept the action.

第五百三十二条　对在中华人民共和国领域内没有住所的当事人，经用公告方式送达诉讼文书，公告期满不应诉，人民法院缺席判决后，仍应当将裁判文书依照民事诉讼法第二百七十四条第八项规定公告送达。自公告送达裁判文书满三个月之日起，经过三十日的上诉期当事人没有上诉的，一审判决即发生法律效力。

Article 532 Where a party who resides outside the territory of the People's Republic of China fails to respond to the lawsuit at expiration of the term of public notice in the case of service of litigation documents by a public notice, after the people's court renders a default judgment, it shall serve the



[CLI Code]CLI.3.5115567(EN)

judgment by a public notice in accordance with the provision of subparagraph (8), Article 274 of the Civil Procedure Law. As of the next day at expiration of three months after the judgment is served by a public notice, if no party has filed an appeal within 30 days of the time limit for appeal, the judgment of first instance shall promptly come into force.

第五百三十三条 外国人或者外国企业、组织的代表人、主要负责人在中华人民共和国领域内的，人民法院可以向该自然人或者外国企业、组织的代表人、主要负责人送达。

Article 533 Where a foreign national or the representative or principal person in charge of a foreign enterprise or organization is located within the territory of the People's Republic of China, the people's court may serve the relevant documents upon the natural person or the representative or principal persons in charge of the foreign enterprise or organization.

外国企业、组织的主要负责人包括该企业、组织的董事、监事、高级管理人员等。

The principal persons in charge of a foreign enterprise or organization include the directors, supervisors, senior executives, and other personnel of the enterprise or organization.

第五百三十四条 受送达人所在国允许邮寄送达的，人民法院可以邮寄送达。

Article 534 Service of process by post by the people's court is allowed if the law of the home country of the person to be served permits service of process by post.

邮寄送达时应当附有送达回证。受送达人未在送达回证上签收但在邮件回执上签收的，视为送达，签收日期为送达日期。

Service of process by post must be accompanied with a service acknowledgement. If the party to be served fails to sign the service acknowledgement but signs the postal receipt, the process is deemed served, and the date of receipt shall be the date of service.

Saved on: 06/30/2026

北大法宝 社法律更智能
PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

自邮寄之日起满三个月，如果未收到送达的证明文件，且根据各种情况不足以认定已经送达的，视为不能用邮寄方式送达。

Where, three months after the postmark date, the certification documents served have not been received, and based on all circumstances, it may not be determined that process has been served, the service of process by post is not allowed.

第五百三十五条　人民法院一审时采取公告方式向当事人送达诉讼文书的，二审时可径行采取公告方式向其送达诉讼文书，但人民法院能够采取公告方式之外的其他方式送达的除外。

**Article 535** Where the people's court serves litigation documents upon the parties by announcement at the trial of first instance, it may directly serve litigation documents upon the parties at the trial of second instance, unless the people's court may serve upon the documents by the method other than announcement.

第五百三十六条　不服第一审人民法院判决、裁定的上诉期，对在中华人民共和国领域内有住所的当事人，适用民事诉讼法第一百七十一条规定的期限；对在中华人民共和国领域内没有住所的当事人，适用民事诉讼法第二百七十六条规定的期限。当事人的上诉期均已届满没有上诉的，第一审人民法院的判决、裁定即发生法律效力。

**Article 536** A party that resides in the territory of the People's Republic of China may file an appeal against the judgment or ruling rendered by the people's court of the first instance within the time limit as prescribed in Article 171 of the Civil Procedure Law; for a party that does not have a residence within the territory of the People's Republic of China, the time limit as prescribed in Article 276 of the Civil Procedure Law shall apply. If neither party files an appeal at expiration of the time limit for appeal, the judgment or ruling rendered by the court of the first instance shall promptly become legally effective.

Saved on: 06/30/2026

法北大宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.5115567(EN)

第五百三十七条　人民法院对涉外民事案件的当事人申请再审进行审查的期间，不受民事诉讼法第二百一十一条规定的限制。

Article 537 The period of a people's court's examination of the retrial application of a party to a foreign-related civil case shall not be subject to the restriction of Article 211 of the Civil Procedure Law.

第五百三十八条　申请人向人民法院申请执行中华人民共和国涉外仲裁机构的裁决，应当提出书面申请，并附裁决书正本。如申请人为外国当事人，其申请书应当用中文文本提出。

Article 538 To apply to the people's court for execution of an award rendered by an international arbitral institution of the People's Republic of China, the applicant shall file a written application, to which the original of the award shall be affixed. If the applicant is the foreign party, the written application shall be filed in Chinese.

第五百三十九条　人民法院强制执行涉外仲裁机构的仲裁裁决时，被执行人以有民事诉讼法第二百八十一条第一款规定的情形为由提出抗辩的，人民法院应当对被执行人的抗辩进行审查，并根据审查结果裁定执行或者不予执行。

Article 539 When a people's court enforces the arbitration award rendered by an international arbitral institution, if the judgment debtor makes defense that there is any circumstance prescribed in paragraph 1, Article 281 of the Civil Procedure Law, the people's court shall examine the defense made by the judgment debtor, and rule to enforce the award or reject the defense according to the review results.

Saved on: 06/30/2026

 [CLI Code]CLI.3.5115567(EN)

第五百四十条　依照民事诉讼法第二百七十九条规定，中华人民共和国涉外仲裁机构将当事人的保全申请提交人民法院裁定的，人民法院可以进行审查，裁定是否进行保全。裁定保全的，应当责令申请人提供担保，申请人不提供担保的，裁定驳回申请。

Article 540 Where an international arbitral institution of the People's Republic of China submits a property preservation application filed by the party to a people's court for ruling in accordance with the provision of Article 279 of the Civil Procedure Law, the people's court may examine the application and decide whether or not to take the preservation measure. The people's court that issues a ruling of preservation shall order the applicant to provide the security, and if the applicant fails to do so, the people's court shall render a ruling to dismiss the application.

当事人申请证据保全，人民法院经审查认为无需提供担保的，申请人可以不提供担保。

Where the parties apply for evidence preservation, and the people's court considers a security unnecessary upon examination, the applicant is not required to provide the security.

第五百四十一条　申请人向人民法院申请承认和执行外国法院作出的发生法律效力的判决、裁定，应当提交申请书，并附外国法院作出的发生法律效力的判决、裁定正本或者经证明无误的副本以及中文译本。外国法院判决、裁定为缺席判决、裁定的，申请人应当同时提交该外国法院已经合法传唤的证明文件，但判决、裁定已经对此予以明确说明的除外。

Article 541 Where the applicant applies to the people's court for recognition and execution of an effective judgment or ruling of a foreign court, the applicant shall submit a written application, to which the original or the certified error-free duplicate and Chinese translation of the effective judgment or ruling of the foreign court shall be affixed. If the judgment or ruling rendered by the foreign court is a default judgment or ruling, the applicant shall, at the same time, submit the certification documents on a legal summons from the foreign court, unless the judgment or ruling has expressly stated the fact.

 Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

中华人民共和国缔结或者参加的国际条约对提交文件有规定的，按照规定办理。

Where an international treaty concluded or acceded to by the People's Republic of China has otherwise provided for the submission documents, the relevant provisions shall apply.

第五百四十二条　当事人向中华人民共和国有管辖权的中级人民法院申请承认和执行外国法院作出的发生法律效力的判决、裁定的，如果该法院所在国与中华人民共和国没有缔结或者共同参加国际条约，也没有互惠关系的，裁定驳回申请，但当事人向人民法院申请承认外国法院作出的发生法律效力的离婚判决的除外。

Article 542 Where a party applies to an intermediate people's court of the People's Republic of China having jurisdiction for recognition and execution of an effective judgment or ruling of a foreign court, if the home country of the foreign court has neither concluded or jointly acceded to an international treaty nor has a relationship of reciprocity with the People's Republic of China, the court shall rule to dismiss the application, unless the party applies to the people's court for recognizing an effective divorce judgment rendered by a foreign court.

承认和执行申请被裁定驳回的，当事人可以向人民法院起诉。

If the application for recognition and execution is dismissed, the party may institute an action in a people's court.

第五百四十三条　对临时仲裁庭在中华人民共和国领域外作出的仲裁裁决，一方当事人向人民法院申请承认和执行的，人民法院应当依照民事诉讼法第二百九十条规定处理。

Article 543 Where one party applies to the people's court for the recognition and execution of an arbitration award rendered by an ad hoc arbitration tribunal outside the territory of the People's

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

Republic of China, the people's court shall handle the application in accordance with the provision of Article 290 of the Civil Procedure Law.

第五百四十四条　对外国法院作出的发生法律效力的判决、裁定或者外国仲裁裁决，需要中华人民共和国法院执行的，当事人应当先向人民法院申请承认。人民法院经审查，裁定承认后，再根据民事诉讼法第三编的规定予以执行。

Article 544 Where an effective judgment or ruling of a foreign court or a foreign arbitration award requires execution by a people's court of the People's Republic of China, a party may first apply to the people's court for recognition. After the people's court issues a ruling to recognize the aforesaid judgment, ruling or award upon examination, execution shall be conducted in accordance with the provisions of Part III of the Civil Procedure Law.

当事人仅申请承认而未同时申请执行的，人民法院仅对应否承认进行审查并作出裁定。

Where the party only applies for recognition without applying for execution at the same time, the people's court shall examine whether it shall grant recognition or not and render a ruling.

第五百四十五条　当事人申请承认和执行外国法院作出的发生法律效力的判决、裁定或者外国仲裁裁决的期间，适用民事诉讼法第二百四十六条的规定。

Article 545 During the period when one party applies for the recognition and execution of an effective judgment or ruling of a foreign court or a foreign arbitration award, Article 246 of the Civil Procedure Law shall apply.

当事人仅申请承认而未同时申请执行的，申请执行的期间自人民法院对承认申请作出的裁定生效之日起重新计算。

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

Where the party only applies for recognition without applying for execution at the same time, the period of application for execution shall be recalculated from the date when the ruling issued by the people's court on the recognition application comes into force.

第五百四十六条　承认和执行外国法院作出的发生法律效力的判决、裁定或者外国仲裁裁决的案件，人民法院应当组成合议庭进行审查。

Article 546 The people's court shall form a collegial bench to examine a case of recognition and execution of an effective judgment or ruling of a foreign court or a foreign arbitration award.

人民法院应当将申请书送达被申请人。被申请人可以陈述意见。

The people's court shall serve the written application upon the respondent. The respondent may state its or his opinions.

人民法院经审查作出的裁定，一经送达即发生法律效力。

The ruling rendered by the people's court upon examination shall be legally effective once it is served upon.

第五百四十七条　与中华人民共和国没有司法协助条约又无互惠关系的国家的法院，未通过外交途径，直接请求人民法院提供司法协助的，人民法院应予退回，并说明理由。

Article 547 Where a court of a country, which has neither concluded a judicial assistance convention nor has the relationship of reciprocity with the People's Republic of China, directly requests the people's court to provide judicial assistance without resorting to diplomatic channel, the people's court shall reject the application and state the reasons.

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

第五百四十八条　当事人在中华人民共和国领域外使用中华人民共和国法院的判决书、裁定书，要求中华人民共和国法院证明其法律效力的，或者外国法院要求中华人民共和国法院证明判决书、裁定书的法律效力的，作出判决、裁定的中华人民共和国法院，可以本法院的名义出具证明。

**Article 548** Where a party uses the judgment or ruling rendered by a court of the People's Republic of China outside the territory of the People's Republic of China and requests a court of the People's Republic of China to prove the legal force of the judgment or ruling, or a foreign court requests a court of the People's Republic of China to prove the legal force of the judgment or ruling, the court of the People's Republic of China that rendered the judgment or ruling may issue a certification in its own name.

第五百四十九条　人民法院审理涉及香港、澳门特别行政区和台湾地区的民事诉讼案件，可以参照适用涉外民事诉讼程序的特别规定。

**Article 549** The people's courts may apply, mutatis mutandis, the special provisions on foreign-related civil procedures to civil actions that involve the Hong Kong Special Administrative Region, the Macao Special Administrative Region, or the Taiwan region.

二十三、附则

**XXIII**. Supplemental Provision

第五百五十条　本解释公布施行后，最高人民法院于 1992 年 7 月 14 日发布的《关于适用〈中华人民共和国民事诉讼法〉若干问题的意见》同时废止；最高人民法院以前发布的司法解释与本解释不一致的，不再适用。

**Article 550** The Opinions on Several Issues Concerning the Application of the Civil Procedure Law of the People's Republic of China issued by the Supreme People's Court on July 14, 1992, are

Saved on: 06/30/2026



[CLI Code]CLI.3.5115567(EN)

repealed on the effective date of this Interpretation; and any judicial interpretation previously issued by the Supreme People's Court which has any discrepancies with this Interpretation is no longer applied.

Saved on: 06/30/2026

[CLI Code]CLI.3.5115567(EN)

©Pkulaw：（www.pkulaw.com) provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulations, please check them with the standard texts. You are welcome to view all our products and services.

Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?



Scan QR Code for instant access to the original text

Original Link: https://www.pkulaw.com/en_chl/641e63ec6a640828bdfb.html

Saved on: 06/30/2026



[CLI Code]CLI.3.338187(EN)

**Provisions by the Supreme People's Court on Evidence in Civil Procedures (2019 Amendment)**

最高人民法院关于民事诉讼证据的若干规定

Provisions by the Supreme People's Court on Evidence in Civil Procedures

（2001 年 12 月 6 日最高人民法院审判委员会第 1201 次会议通过　根据 2019 年 10 月 14 日最高人民法院审判委员会第 1777 次会议《关于修改〈关于民事诉讼证据的若干规定〉的决定》修正）

(Adopted at the 1201st meeting of the Judicial Committee of the Supreme People's Court on December 6, 2001; and amended in accordance with the Decision of the Supreme People's Court to Amend the Several Provisions on Evidence in Civil Procedures, as adopted at the 1777th Session of the Adjudication Committee of the Supreme People's Court on October 14, 2019)

为保证人民法院正确认定案件事实，公正、及时审理民事案件，保障和便利当事人依法行使诉讼权利，根据《中华人民共和国民事诉讼法》（以下简称民事诉讼法）等有关法律的规定，结合民事审判经验和实际情况，制定本规定。

The present Provisions have been formulated on the basis of the Civil Procedure Law of the People's Republic of China(hereinafter referred to asthe Civil Procedure Law) and other relevant laws by combining the civil trial experience with the actual practice for the purpose of ensuring the People's courts' finding of facts, impartial and timely trial of civil cases, and safeguarding and facilitating the parties concerned to exercise their litigation rights according to law.

一、当事人举证

**I**. Producing Evidences by the Parties Concerned

 [CLI Code]CLI.3.338187(EN)

第一条　原告向人民法院起诉或者被告提出反诉，应当提供符合起诉条件的相应的证据。

**Article 1** The plaintiff, when filing a lawsuit with the people's court, or the defendant, when filing a counterclaim, shall provide corresponding evidence meeting the conditions for filing a lawsuit.

第二条　人民法院应当向当事人说明举证的要求及法律后果，促使当事人在合理期限内积极、全面、正确、诚实地完成举证。

**Article 2** The People's court shall inform the parties concerned of the requirements for producing evidences and the of the corresponding legal liabilities so that the parties concerned may produce evidence actively, completely, correctly and honestly within the reasonable time period.

当事人因客观原因不能自行收集的证据，可申请人民法院调查收集。

Any party who cannot independently collect evidences due to objective reasons may request the People's court to collect after investigations.

第三条　在诉讼过程中，一方当事人陈述的于己不利的事实，或者对于己不利的事实明确表示承认的，另一方当事人无需举证证明。

**Article 3** In the process of litigation, if a party states any fact adverse to itself, or explicitly expresses its admission of the fact, the other party is not required to present evidence.

在证据交换、询问、调查过程中，或者在起诉状、答辩状、代理词等书面材料中，当事人明确承认于己不利的事实的，适用前款规定。

In the process of litigation, if a party states any fact adverse to itself, or explicitly expresses its admission of the fact, the other party is not required to present evidence.



[CLI Code]CLI.3.338187(EN)

第四条　一方当事人对于另一方当事人主张的于己不利的事实既不承认也不否认，经审判人员说明并询问后，其仍然不明确表示肯定或者否定的，视为对该事实的承认。

Article 4 Where a party neither admits nor denies the fact adverse to it claimed by the other party, and continues doing so after the judge has given explanations to and asked the party, the party shall be treated as acknowledging the fact.

第五条　当事人委托诉讼代理人参加诉讼的，除授权委托书明确排除的事项外，诉讼代理人的自认视为当事人的自认。

Article 5 Where a party authorizes a litigation representative to participate in the litigation, the admission by the litigation representative shall be treated as by the party, except matters explicitly excluded by the power of attorney.

当事人在场对诉讼代理人的自认明确否认的，不视为自认。

The litigation representative's admission which is explicitly denied by the party present shall not be treated as admission.

第六条　普通共同诉讼中，共同诉讼人中一人或者数人作出的自认，对作出自认的当事人发生效力。

Article 6 In an ordinary joint action, the admission made by one or more co-litigants shall be binding on the party (parties) making the admission.

必要共同诉讼中，共同诉讼人中一人或者数人作出自认而其他共同诉讼人予以否认的，不发生自认的效力。其他共同诉讼人既不承认也不否认，经审判人员说明并询问后仍然不明确表示意见的，视为全体共同诉讼人的自认。



[CLI Code]CLI.3.338187(EN)

In a necessary joint action, the admission made by one or more co-litigants which the other co-litigants deny shall produce no effect of admission. If the other co-litigants make neither admission nor denial and continue not to explicitly express their opinions after the judge has given explanations to and asked them, the co-litigants shall be treated as making admission as a whole.

第七条　一方当事人对于另一方当事人主张的于己不利的事实有所限制或者附加条件予以承认的，由人民法院综合案件情况决定是否构成自认。

**Article 7** Where a party admits the fact adverse to it claimed by the other party on a qualified basis, or conditionally, the people's court shall determine whether or not admission is constituted taking into account the circumstances of the case.

第八条　《最高人民法院关于适用〈中华人民共和国民事诉讼法〉的解释》第九十六条第一款规定的事实，不适用有关自认的规定。

**Article 8** The provisions on admission does not apply to the facts as set forth in paragraph 1,Article 96of theInterpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China.

自认的事实与已经查明的事实不符的，人民法院不予确认。

If the fact admitted is inconsistent with the fact ascertained, the people's court shall deny confirmation.

第九条　有下列情形之一，当事人在法庭辩论终结前撤销自认的，人民法院应当准许：

**Article 9** Where, under any of the following circumstances, a party retracts its admission before the end of court debate, the people's court shall grant the retraction:

（一）经对方当事人同意的；

(1) The other party gives its consent.

（二）自认是在受胁迫或者重大误解情况下作出的。

(2) Admission is made under duress or as a result of major misunderstanding.

人民法院准许当事人撤销自认的，应当作出口头或者书面裁定。

In such a case, the people's court shall make an oral or written ruling.

**第十条** 下列事实，当事人无须举证证明：

**Article 10** A party is not required to present evidence of the following facts:

（一）自然规律以及定理、定律；

(1) Natural laws and theorems.

（二）众所周知的事实；

(2) Facts known to all.

（三）根据法律规定推定的事实；

(3) Facts deduced from legal provisions.

（四）根据已知的事实和日常生活经验法则推定出的另一事实；

(4) Facts established on the basis of known facts and daily life experience.

（五）已为仲裁机构的生效裁决所确认的事实；

(5) Facts confirmed by effective awards rendered by arbitration agencies.



[CLI Code]CLI.3.338187(EN)

（六）已为人民法院发生法律效力的裁判所确认的基本事实；

(6) Basic facts confirmed by effective rulings issued by people's courts.

（七）已为有效公证文书所证明的事实。

(7) Facts proven by effective notarial instruments.

前款第二项至第五项事实，当事人有相反证据足以反驳的除外；第六项、第七项事实，当事人有相反证据足以推翻的除外。

The facts in subparagraphs (2) through (5) in the preceding paragraph shall be excluded if the party has evidence to the contrary that suffices for contradiction; and the facts in subparagraphs (6) and (7) in the preceding paragraph shall be excluded if the party has evidence to the contrary that suffices for rebuttal.

第十一条　当事人向人民法院提供证据，应当提供原件或者原物。如需自己保存证据原件、原物或者提供原件、原物确有困难的，可以提供经人民法院核对无异的复制件或者复制品。

Article 11 When producing evidences to the People's court, the parties concerned shall submit the original document or original thing. If the party concerned need to preserve the original document or original thing of the evidence or if it is difficult to submit the original document or original thing, a photocopy or reproduction that has been deemed as the original by the People's court after verification may be submitted.

第十二条　以动产作为证据的，应当将原物提交人民法院。原物不宜搬移或者不宜保存的，当事人可以提供复制品、影像资料或者其他替代品。

北大法宝 让法律更智能  PKULAW.COM    [CLI Code]CLI.3.338187(EN)

**Article 12** Where personal property is used as evidence, the original shall be submitted to the people's court. If the original is not suitable for removal or preservation, the party may provide its reproduction, image data, or any other substitute.

人民法院在收到当事人提交的动产或者替代品后，应当及时通知双方当事人到人民法院或者保存现场查验。

The people's court shall, upon receiving the personal property or its substitute submitted by the party, promptly notify both parties of performing on-site inspection at the people's court or the site for preservation.

第十三条　当事人以不动产作为证据的，应当向人民法院提供该不动产的影像资料。

**Article 13** Where a party uses real property as evidence, the image data of the real property shall be provided for the people's court.

人民法院认为有必要的，应当通知双方当事人到场进行查验。

The people's court shall, as it deems necessary, notify both parties of appearing and performing inspection.

第十四条　电子数据包括下列信息、电子文件：

**Article 14** Electronic data includes the following information and electronic documents:

（一）网页、博客、微博客等网络平台发布的信息；

(1)Electronic data includes the following information and electronic documents;

（二）手机短信、电子邮件、即时通信、通讯群组等网络应用服务的通信信息；

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.338187(EN)

(2)Communication information through network application services such as short text messages, emails, instant messaging, and communication groups;

（三）用户注册信息、身份认证信息、电子交易记录、通信记录、登录日志等信息；

(3)User registration information, identity authentication information, electronic transaction records, communication records, login logs, and other information;

（四）文档、图片、音频、视频、数字证书、计算机程序等电子文件；

(4) Electronic documents such as documents, pictures, audio recordings, video recordings, digital certificates, and computer programs;

（五）其他以数字化形式存储、处理、传输的能够证明案件事实的信息。

(5) Information otherwise stored, processed, and transmitted in digital form that can prove the facts of the case.

第十五条　当事人以视听资料作为证据的，应当提供存储该视听资料的原始载体。

Article 15 Where a party uses audiovisual recordings as evidence, the original medium in which the audiovisual recordings are stored shall be provided.

当事人以电子数据作为证据的，应当提供原件。电子数据的制作者制作的与原件一致的副本，或者直接来源于电子数据的打印件或其他可以显示、识别的输出介质，视为电子数据的原件。

If a party uses electronic data as evidence, the original shall be provided. A copy made by the producer of electronic data consistent with the original, or a print copy directly derived from

Saved on: 06/28/2026

 

electronic data, or any other output that can be displayed and recognized shall be treated as the original of the electronic data.

第十六条　当事人提供的公文书证系在中华人民共和国领域外形成的，该证据应当经所在国公证机关证明，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续。

**Article 16** Where the official documentary evidence provided by a party is created outside the territory of the People's Republic of China, the evidence shall be certified by the notary office of the country where the evidence comes, or the certification procedures as set forth in the relevant treaty concluded between the People's Republic of China and the country shall be performed.

中华人民共和国领域外形成的涉及身份关系的证据，应当经所在国公证机关证明并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续。

For evidence related to status relationships created outside the territory of the People's Republic of China, the evidence shall be certified by the notary office of the country where the evidence comes and authenticated by the embassy or consulate of the People's Republic of China in the country, or the certification procedures as set forth in the relevant treaty concluded between the People's Republic of China and the country shall be performed.

当事人向人民法院提供的证据是在香港、澳门、台湾地区形成的，应当履行相关的证明手续。

If the evidence provided by a party for the people's court is formed in Hong Kong, Macao, and Taiwan region, the relevant certification procedures shall be performed.

                                                                                     Saved on: 06/28/2026



[CLI Code]CLI.3.338187(EN)

第十七条    当事人向人民法院提供外文书证或者外文说明资料，应当附有中文译本。

**Article 17** The foreign-language written documents or foreign-language specification materials submitted by the parties concerned shall be accompanied by the Chinese translation thereof.

第十八条    双方当事人无争议的事实符合《最高人民法院关于适用〈中华人民共和国民事诉讼法〉的解释》第九十六条第一款规定情形的，人民法院可以责令当事人提供有关证据。

**Article 18** Where the fact that the parties do not dispute meets the circumstances set forth in paragraph 1, Article 96 of the Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China, the people's court may order the parties to provide relevant evidence.

第十九条    当事人应当对其提交的证据材料逐一分类编号，对证据材料的来源、证明对象和内容作简要说明，签名盖章，注明提交日期，并依照对方当事人人数提出副本。

**Article 19** The parties concerned shall categorize and number the evidential materials submitted thereby, make a brief specification of the sources of the evidential materials, the object and content of proof, put on their signatures and mark the date of submission and submit as many copies according to the number of opposite parties concerned.

人民法院收到当事人提交的证据材料，应当出具收据，注明证据的名称、份数和页数以及收到的时间，由经办人员签名或者盖章。

The People's court shall, upon receiving the evidential materials submitted by the parties concerned, issue receipts, noting the title copies and pages of the evidences as well as the time when the evidences are received, and shall put signatures or official seals to the receipts.

Saved on: 06/28/2026

[CLI Code]CLI.3.338187(EN)

二、证据的调查收集和保全

**II**. The Investigation upon and Collection of Evidences by the People's Court

第二十条　当事人及其诉讼代理人申请人民法院调查收集证据，应当在举证期限届满前提交书面申请。

**Article 20** A party and its litigation representative that move the people's court for collection of evidence by investigation shall submit a written motion before the expiration of the time limit for proof.

申请书应当载明被调查人的姓名或者单位名称、住所地等基本情况、所要调查收集的证据名称或者内容、需要由人民法院调查收集证据的原因及其要证明的事实以及明确的线索。

The motion shall clearly state the name, place of domicile, and other the basic information of the person under investigation, the title or content of the evidence to be collected by investigation, the reason for the evidence to be collected by the people's court through investigation, the facts to be proven, and clear clues.

第二十一条　人民法院调查收集的书证，可以是原件，也可以是经核对无误的副本或者复制件。是副本或者复制件的，应当在调查笔录中说明来源和取证情况。

**Article 21** The documentary evidence and collected by a people's court through investigation may be either the original or a verified copy or reproduction. In the latter case, the source and evidence obtainment shall be stated in the investigation transcripts.

第二十二条　人民法院调查收集的物证应当是原物。被调查人提供原物确有困难的，可以提供复制品或者影像资料。提供复制品或者影像资料的，应当在调查笔录中说明取证情况。

北大法宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.338187(EN)

**Article 22** The physical evidence collected by the people's court through investigation shall be the original. If the person under investigation has compelling difficulty providing the original, a reproduction or image data may be provided. If a reproduction or image data is provided, evidence obtainment shall be stated in the investigation transcripts.

第二十三条　人民法院调查收集视听资料、电子数据，应当要求被调查人提供原始载体。

**Article 23** A people's court shall, when collecting audiovisual recordings and electronic data through investigation, require the person under investigation to provide the original medium.

提供原始载体确有困难的，可以提供复制件。提供复制件的，人民法院应当在调查笔录中说明其来源和制作经过。

If the original medium is compellingly difficult to provide, a reproduction may be provided. If a reproduction is provided, the people's court shall state its source and process of making in the investigation transcripts.

人民法院对视听资料、电子数据采取证据保全措施的，适用前款规定。

If the people's court adopts evidence preservation measures for audiovisual recordings and electronic data, the provisions of the preceding paragraph shall apply.

第二十四条　人民法院调查收集可能需要鉴定的证据，应当遵守相关技术规范，确保证据不被污染。

**Article 24** A people's court shall, when collecting evidence through investigation that may need identification, abide by relevant technical standards to ensure that the evidence is not contaminated.



[CLI Code]CLI.3.338187(EN)

第二十五条　当事人或者利害关系人根据民事诉讼法第八十一条的规定申请证据保全的，申请书应当载明需要保全的证据的基本情况、申请保全的理由以及采取何种保全措施等内容。

Article 25 Where a party or interested person moves for evidence preservation in accordance with Article 81 of the Civil Procedure Law, the motion shall clearly state the basic information of the evidence that needs to be preserved, the reasons for the motion for preservation, what preservation measures are to be adopted, and other content.

当事人根据民事诉讼法第八十一条第一款的规定申请证据保全的，应当在举证期限届满前向人民法院提出。

If a party moves for evidence preservation in accordance with the provisions of paragraph 1, Article 81 of the Civil Procedure Law, the party shall do so before the expiration of the time limit for proof.

法律、司法解释对诉前证据保全有规定的，依照其规定办理。

If the laws and judicial interpretations contain provisions on pre-litigation evidence preservation, such provisions shall apply.

第二十六条　当事人或者利害关系人申请采取查封、扣押等限制保全标的物使用、流通等保全措施，或者保全可能对证据持有人造成损失的，人民法院应当责令申请人提供相应的担保。

Article 26 Where a party or interested person moves for placement under seal, impoundment, and other preservation measures that restrict the use, circulation, and the like of the subject matter of preservation, or the preservation may cause loss to the evidence holder, the people's court shall order the mover to provide corresponding collateral.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM [CLI Code]CLI.3.338187(EN)

担保方式或者数额由人民法院根据保全措施对证据持有人的影响、保全标的物的价值、当事人或者利害关系人争议的诉讼标的金额等因素综合确定。

The method or amount of security shall be comprehensively determined by the people's court based on factors such as the effects of the preservation measures on the evidence holder, the value of the subject matter of preservation, and the value of the subject matter of action disputed by the party or interested party.

第二十七条 人民法院进行证据保全，可以要求当事人或者诉讼代理人到场。

Article 27 A people's court conducting evidence preservation may require a party or litigation representative to be present.

根据当事人的申请和具体情况，人民法院可以采取查封、扣押、录音、录像、复制、鉴定、勘验等方法进行证据保全，并制作笔录。

On the request of a party, based on the specific circumstances, the people's court may effectuate evidence preservation by placement under seal, impoundment, audio recording, video recording, reproduction, identification, survey, or otherwise and prepare transcripts.

在符合证据保全目的的情况下，人民法院应当选择对证据持有人利益影响最小的保全措施。

Subject to the purpose of evidence preservation, the people's court shall choose the preservation measures that have the minimum effects on the interests of the evidence holder.

第二十八条 申请证据保全错误造成财产损失，当事人请求申请人承担赔偿责任的，人民法院应予支持。

Article 28 Where a party requests the mover to be liable for damages caused to its property by the erroneous motion for evidence preservation, the people's court shall grant support.

Saved on: 06/28/2026



[CLI Code]CLI.3.338187(EN)

第二十九条　人民法院采取诉前证据保全措施后，当事人向其他有管辖权的人民法院提起诉讼的，采取保全措施的人民法院应当根据当事人的申请，将保全的证据及时移交受理案件的人民法院。

**Article 29** Where, after a people's court has adopted pre-litigation evidence preservation measures, a party sues in another people's court of competent jurisdiction, the people's court that has adopted the preservation measures shall, at the request of the party, promptly transfer the preserved evidence to the people's court that accepts the case.

第三十条　人民法院在审理案件过程中认为待证事实需要通过鉴定意见证明的，应当向当事人释明，并指定提出鉴定申请的期间。

**Article 30** A people's court that considers in the trial of a case that the fact to be proven needs to be proven by an identification opinion shall enlighten the parties and specify the period for moving for identification.

符合《最高人民法院关于适用〈中华人民共和国民事诉讼法〉的解释》第九十六条第一款规定情形的，人民法院应当依职权委托鉴定。

f the circumstances set forth in paragraph 1, Article 96 of the Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China are met, the people's court shall commission identification on its own motion.

第三十一条　当事人申请鉴定，应当在人民法院指定期间内提出，并预交鉴定费用。逾期不提出申请或者不预交鉴定费用的，视为放弃申请。

**Article 31** A party shall move for identification and pay the identification fee in advance within the period specified by the people's court. Failure to do so shall be treated as renouncing the motion.

Saved on: 06/28/2026



[CLI Code]CLI.3.338187(EN)

对需要鉴定的待证事实负有举证责任的当事人，在人民法院指定期间内无正当理由不提出鉴定申请或者不预交鉴定费用，或者拒不提供相关材料，致使待证事实无法查明的，应当承担举证不能的法律后果。

If the party who bears the burden of establishing the fact to be proven that needs to be authenticated fails to move for identification or pay the identification fee in advance within the period specified by the people's court without justification, rendering the fact to be proven impossible to ascertain, the party shall bear the legal consequences of impossibility of proof.

**第三十二条** 人民法院准许鉴定申请的，应当组织双方当事人协商确定具备相应资格的鉴定人。当事人协商不成的，由人民法院指定。

**Article 32** The people's court that grants a motion for identification shall arrange for the parties to negotiate to determine an identification specialist correspondingly qualified. If the negotiation between the parties fails, the people's court shall designate an appointment.

人民法院依职权委托鉴定的，可以在询问当事人的意见后，指定具备相应资格的鉴定人。

If the people's court commissions identification on its own motion, it may, after asking the parties' opinions, designate an identification specialist correspondingly qualified.

人民法院在确定鉴定人后应当出具委托书，委托书中应当载明鉴定事项、鉴定范围、鉴定目的和鉴定期限。

The people's court shall, upon determination of an identification specialist, issue a power of attorney, specifying the matters, scope, purpose, and time limit for identification.

Saved on: 06/28/2026



[CLI Code]CLI.3.338187(EN)

第三十三条　鉴定开始之前，人民法院应当要求鉴定人签署承诺书。承诺书中应当载明鉴定人保证客观、公正、诚实地进行鉴定，保证出庭作证，如作虚假鉴定应当承担法律责任等内容。

Article 33 Before identification, the people's court shall require the identification specialist to sign an undertaking. The undertaking shall state that the identification specialist warrants an objective, impartial, and honest identification and his or her testifying before court, that in the case of a false identification, he or she is subject to legal liability, and other contents.

鉴定人故意作虚假鉴定的，人民法院应当责令其退还鉴定费用，并根据情节，依照民事诉讼法第一百一十一条的规定进行处罚。

If an identification specialist intentionally makes a false identification, the people's court shall order him or her to refund the identification fee and impose punishment based on the circumstances in accordance with Article 111 of the Civil Procedure Law.

第三十四条　人民法院应当组织当事人对鉴定材料进行质证。未经质证的材料，不得作为鉴定的根据。

Article 34 The people's court shall arrange for the parties to cross-examine materials subject to identification. Unless cross-examined, the materials shall not be used as the basis for identification.

经人民法院准许，鉴定人可以调取证据、勘验物证和现场、询问当事人或者证人。

With the permission of the people's court, the identification specialist may obtain evidence, survey physical evidence and the scene, and ask the parties or witnesses.

第三十五条　鉴定人应当在人民法院确定的期限内完成鉴定，并提交鉴定书。

Saved on: 06/28/2026

[CLI Code]CLI.3.338187(EN)

**Article 35** An identification specialist shall complete identification and submit a written identification opinion within the time limit determined by the people's court.

鉴定人无正当理由未按期提交鉴定书的，当事人可以申请人民法院另行委托鉴定人进行鉴定。人民法院准许的，原鉴定人已经收取的鉴定费用应当退还；拒不退还的，依照本规定第八十一条第二款的规定处理。

If the identification specialist fails to submit a written identification opinion on time without justification, the parties may move the people's court for commissioning identification from another identification. If the people's court grants the motion, the original identification specialist shall refund the identification fee received; and if the refund is refused to be made, the people's court shall proceed in accordance with the provisions of paragraph 2, Article 81 of these Provisions.

第三十六条　人民法院对鉴定人出具的鉴定书，应当审查是否具有下列内容：

**Article 36** A people's court shall examine whether the written identification opinion issued by the identification specialist contains the following:

（一）委托法院的名称；

(1) The name of the commissioning court.

（二）委托鉴定的内容、要求；

(2) The contents of and requirements for the commissioned identification.

（三）鉴定材料；

(3) Materials subject to identification.

Saved on: 06/28/2026

[CLI Code]CLI.3.338187(EN)

（四）鉴定所依据的原理、方法；

(4) The principles and methods on which the identification is based.

（五）对鉴定过程的说明；

(5) A description of the identification process.

（六）鉴定意见；

(6) Identification opinion.

（七）承诺书。

(7) An undertaking.

鉴定书应当由鉴定人签名或者盖章，并附鉴定人的相应资格证明。委托机构鉴定的，鉴定书应当由鉴定机构盖章，并由从事鉴定的人员签名。

The written identification opinion shall be signed or sealed by the identification specialist, accompanied by the corresponding qualifications of the identification specialist. If identification is commissioned from an institution, the written identification opinion shall be sealed by the identification institution and signed by the person engaged in identification.

第三十七条　人民法院收到鉴定书后，应当及时将副本送交当事人。

Article 37 A people's court shall, after receiving a written identification opinion, promptly deliver a copy to the parties.

当事人对鉴定书的内容有异议的，应当在人民法院指定期间内以书面方式提出。

北大法宝 PKULAW.COM 让法律更智能

[CLI Code]CLI.3.338187(EN)

If either party has any objection to the content of the written identification opinion, the objection shall be raised in writing within the period specified by the people's court.

对于当事人的异议，人民法院应当要求鉴定人作出解释、说明或者补充。人民法院认为有必要的，可以要求鉴定人对当事人未提出异议的内容进行解释、说明或者补充。

For the objection of the party, the people's court shall require the identification specialist to make explanations, statements, or supplements. The people's court may, as it deems necessary, require the identification specialist to make explanations on, statements on, or supplements to the content to which no party has raised an objection.

第三十八条　当事人在收到鉴定人的书面答复后仍有异议的，人民法院应当根据《诉讼费用交纳办法》第十一条的规定，通知有异议的当事人预交鉴定人出庭费用，并通知鉴定人出庭。有异议的当事人不预交鉴定人出庭费用的，视为放弃异议。

Article 38 Where a party still has an objection after receiving a written reply from the identification specialist, the people's court shall, in accordance with the provisions of Article 11 of the Measures for the Payment of Litigation Costs, notify the party of paying the identification specialist appearance fee in advance and notify the identification specialist of appearing in court. The failure of the party to pay the identification specialist appearance fee in advance shall be treated as having renouncing the objection.

双方当事人对鉴定意见均有异议的，分摊预交鉴定人出庭费用。

If both parties have objections to the identification opinion, they shall contribute the identification specialist appearance fee in advance.

Saved on: 06/28/2026

[CLI Code]CLI.3.338187(EN)

第三十九条　鉴定人出庭费用按照证人出庭作证费用的标准计算，由败诉的当事人负担。因鉴定意见不明确或者有瑕疵需要鉴定人出庭的，出庭费用由其自行负担。

**Article 39** Identification specialist appearance fees shall be calculated in accordance with the standard for the calculation of witness appearance fees and borne by the losing party. If the appearance of an identification specialist is entailed by the equivocalness and defect in the identification opinion, the identification specialist shall appear in court at his or her expense.

人民法院委托鉴定时已经确定鉴定人出庭费用包含在鉴定费用中的，不再通知当事人预交。

If the identification specialist appearance fee is determined to be included in the identification fee when the people's court commissions identification, neither party shall no longer be notified of payment in advance.

第四十条　当事人申请重新鉴定，存在下列情形之一的，人民法院应当准许：

**Article 40** Where a party moves for another identification under any of the following circumstances, the people's court shall grant the motion:

（一）鉴定人不具备相应资格的；

(1) The identification specialist is not correspondingly qualified.

（二）鉴定程序严重违法的；

(2) The identification procedure is seriously illegal.

（三）鉴定意见明显依据不足的；

(3) The identification opinion is manifestly insufficiently evidenced.

21/57

[CLI Code]CLI.3.338187(EN)

（四）鉴定意见不能作为证据使用的其他情形。

(4) The identification opinion otherwise cannot be used as evidence.

存在前款第一项至第三项情形的，鉴定人已经收取的鉴定费用应当退还。拒不退还的，依照本规定第八十一条第二款的规定处理。

Under circumstances in subparagraph (1) through (3) in the preceding paragraph, the identification specialist shall refund the identification fee received. His or her refusal to do so shall be handled in accordance with the provisions of paragraph 2, Article 81.

对鉴定意见的瑕疵，可以通过补正、补充鉴定或者补充质证、重新质证等方法解决的，人民法院不予准许重新鉴定的申请。

If the defect in the identification opinion can be resolved through methods such as supplements and corrections, supplementary identification or supplementary cross-examination, and re-examination, the people's court shall not grant the motion for another identification.

重新鉴定的，原鉴定意见不得作为认定案件事实的根据。

In the case of another identification, the original identification opinion shall not be used as the basis for finding the facts of the case.

第四十一条　对于一方当事人就专门性问题自行委托有关机构或者人员出具的意见，另一方当事人有证据或者理由足以反驳并申请鉴定的，人民法院应予准许。

**Article 41** When a party commissions an opinion on a specialized issue from a relevant institution or person on its own, if the other party has evidence or reasons that suffice for contradiction and moves for identification, the people's court shall grant the motion.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.338187(EN)

第四十二条　鉴定意见被采信后，鉴定人无正当理由撤销鉴定意见的，人民法院应当责令其退还鉴定费用，并可以根据情节，依照民事诉讼法第一百一十一条的规定对鉴定人进行处罚。当事人主张鉴定人负担由此增加的合理费用的，人民法院应予支持。

**Article 42** Where an identification specialist revokes his or her identification opinion which has been admitted without justification, the people's court shall order him or her to refund the identification fee, and may punish the identification specialist based on the circumstances, in accordance with Article 111 of the Civil Procedure Law. If either party claims that the identification specialist bears the resultant reasonable increase in expenses, the people's court shall grant support.

人民法院采信鉴定意见后准许鉴定人撤销的，应当责令其退还鉴定费用。

If the people's court allows the identification specialist to revoke his or her identification opinion which has been admitted, he or she shall be ordered to refund the identification fee.

第四十三条　人民法院应当在勘验前将勘验的时间和地点通知当事人。当事人不参加的，不影响勘验进行。

**Article 43** A people's court shall notify the parties of the time and place of survey in advance. The non-participation of a party shall not affect the proceeding of the survey.

当事人可以就勘验事项向人民法院进行解释和说明，可以请求人民法院注意勘验中的重要事项。

A party may give explanation and statements on the survey matters to the people's court and request the people's court to pay attention to important matters in the survey.

人民法院勘验物证或者现场，应当制作笔录，记录勘验的时间、地点、勘验人、在场人、勘验的经过、结果，由勘验人、在场人签名或者盖章。对于绘制的现场图应当注明绘制的时间、方位、测绘人姓名、身份等内容。

The people's court shall make a transcript of surveying physical evidence or the scene, recording the time and place of the survey, the surveyor, persons present, and the process and results of the survey, signed or sealed by the surveyor and persons present. A map of the scene made shall contain the time of making, location, name and identity of the maker, and other contents.

第四十四条　摘录有关单位制作的与案件事实相关的文件、材料，应当注明出处，并加盖制作单位或者保管单位的印章，摘录人和其他调查人员应当在摘录件上签名或者盖章。

**Article 44** Any excerpt from documents and materials related to the facts of the case created by a relevant entity shall contain the source, bear the seal of the creating entity or custodian entity, and be signed or sealed by the excerpting person and other investigators.

摘录文件、材料应当保持内容相应的完整性。

The excerpt from the documents and materials shall maintain the corresponding integrity of the contents.

第四十五条　当事人根据《最高人民法院关于适用〈中华人民共和国民事诉讼法〉的解释》第一百一十二条的规定申请人民法院责令对方当事人提交书证的，申请书应当载明所申请提交的书证名称或者内容、需要以该书证证明的事实及事实的重要性、对方当事人控制该书证的根据以及应当提交该书证的理由。

**Article 45** Where a party moves a people's court for an order that the other party submit documentary evidence in accordance with Article 112 of the Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China, the motion



[CLI Code]CLI.3.338187(EN)

shall state the title or contents of the documentary evidence requested under the motion, the fact that needs to be proven by the documentary evidence, the importance of the fact, the basis on which the other party controls the documentary evidence, and the reason why the documentary evidence shall be submitted.

对方当事人否认控制书证的，人民法院应当根据法律规定、习惯等因素，结合案件的事实、证据，对于书证是否在对方当事人控制之下的事实作出综合判断。

If the other party denies its control of the documentary evidence, the people's court shall make a comprehensive judgment on whether the documentary evidence is under the control of the other party, based on legal provisions, customs, and other factors, taking into account the facts and evidence of the case.

第四十六条　人民法院对当事人提交书证的申请进行审查时，应当听取对方当事人的意见，必要时可以要求双方当事人提供证据、进行辩论。

Article 46 A people's court shall, when examining the motion of a party for the submission of documentary evidence, listen to the opinions of the other party, and may request the parties to provide evidence and debate if necessary.

当事人申请提交的书证不明确、书证对于待证事实的证明无必要、待证事实对于裁判结果无实质性影响、书证未在对方当事人控制之下或者不符合本规定第四十七条情形的，人民法院不予准许。

If the documentary evidence of which the party moves for the submission is equivocal, the documentary evidence is unnecessary for the establishment of a fact to be proven, the fact to be proven has no substantial effect on the outcome of judgment, or the documentary evidence is not

Saved on: 06/28/2026

[CLI Code]CLI.3.338187(EN)

under the control of the other party, or does not meet the circumstances in Article 47 of these Provisions, the people's court shall reject the motion.

当事人申请理由成立的，人民法院应当作出裁定，责令对方当事人提交书证；理由不成立的，通知申请人。

The people's court shall make a ruling and order the other party to submit the documentary evidence, if the reason why the party files the motion is established, or notify the mover, if the reason is not established."

第四十七条　下列情形，控制书证的当事人应当提交书证：

**Article 47** Under the following circumstances, the party in control of documentary evidence shall submit the documentary evidence:

（一）控制书证的当事人在诉讼中曾经引用过的书证；

(1) Documentary evidence that the party has cited in litigation.

（二）为对方当事人的利益制作的书证；

(2) Documentary evidence made for the benefit of the other party.

（三）对方当事人依照法律规定有权查阅、获取的书证；

(3) Documentary evidence that the other party has the right to inspect and access in accordance with the law.

（四）账簿、记账原始凭证；

(4) Original documents for books and bookkeeping.



（五）人民法院认为应当提交书证的其他情形。

(5) The people's court otherwise deems that documentary evidence shall be submitted.

前款所列书证，涉及国家秘密、商业秘密、当事人或第三人的隐私，或者存在法律规定应当保密的情形的，提交后不得公开质证。

If the documentary evidence enumerated in the preceding paragraph relates to any state secret, trade secret, or the privacy of either party or a third party, or is required to be kept confidential by law, no public cross-examination shall be made upon submission."

第四十八条　控制书证的当事人无正当理由拒不提交书证的，人民法院可以认定对方当事人所主张的书证内容为真实。

**Article 48** Where a party in control of documentary evidence refuses to submit the documentary evidence without justification, the people's court may determine that the contents of the documentary evidence claimed by the other party is authentic.

控制书证的当事人存在《最高人民法院关于适用〈中华人民共和国民事诉讼法〉的解释》第一百一十三条规定情形的，人民法院可以认定对方当事人主张以该书证证明的事实为真实。

If the party in control of documentary evidence has the circumstances specified in Article 113 of the Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China, the people's court may determine that the fact evidenced by the documentary evidence as claimed by the other party is authentic.

三、举证时限与证据交换

**III**. The Time Period for Producing Evidences and the Exchange of Evidences



[CLI Code]CLI.3.338187(EN)

第四十九条　被告应当在答辩期届满前提出书面答辩，阐明其对原告诉讼请求及所依据的事实和理由的意见。

**Article 49** The defendant shall submit a written reply before the expiration of the prescribed time period, specifying his opinions concerning the facts and reasons on which the allegations of the plaintiff are based.

第五十条　人民法院应当在审理前的准备阶段向当事人送达举证通知书。

**Article 50** A people's court shall serve a notice of proof on the parties in the preparation phase before the trial.

举证通知书应当载明举证责任的分配原则和要求、可以向人民法院申请调查收集证据的情形、人民法院根据案件情况指定的举证期限以及逾期提供证据的法律后果等内容。

The notice of proof shall state the principles and requirements for the burden of proof, the circumstances under which the people's court may be moved for collection of evidence by investigation, the time limit for proof specified by the people's court according to the circumstances of the case, the legal consequences of providing evidence at the expiration of the time limit, and other contents.

第五十一条　举证期限可以由当事人协商，并经人民法院准许。

**Article 51** The time limit for proof may be negotiated by the parties and be subject to the approval of the people's court.

Saved on: 06/28/2026

北大法宝 让法律更智能 PKULAW.COM    [CLI Code]CLI.3.338187(EN)

人民法院指定举证期限的，适用第一审普通程序审理的案件不得少于十五日，当事人提供新的证据的第二审案件不得少于十日。适用简易程序审理的案件不得超过十五日，小额诉讼案件的举证期限一般不得超过七日。

The time limit for proof specified by a people's court shall not be less than 15 days in the case of a case to which the ordinary procedure in the first instance applies, or less than ten days in the case of a case in the second instance where either party provides new evidence. or more than 15 days in the case of a case to which the summary procedure applies, or more than seven days in the case of a small claim action.

举证期限届满后，当事人提供反驳证据或者对已经提供的证据的来源、形式等方面的瑕疵进行补正的，人民法院可以酌情再次确定举证期限，该期限不受前款规定的期间限制。

If, at the expiration of the time limit for proof, either party provides contradicting evidence or makes supplements and corrections to the defects in the source, form, and other aspects of the evidence that has been provided, the people's court may determine another time limit for proof at its discretion, with the time limit not subject to the periods specified in the preceding paragraph.

第五十二条　当事人在举证期限内提供证据存在客观障碍，属于民事诉讼法第六十五条第二款规定的"当事人在该期限内提供证据确有困难"的情形。

Article 52 An objective bar to either party providing evidence within the time limit for proof is the circumstance as specified in paragraph 2, Article 65 of the Civil Procedure Law: 'it is difficult for a party to provide evidence within the time limit.'

前款情形，人民法院应当根据当事人的举证能力、不能在举证期限内提供证据的原因等因素综合判断。必要时，可以听取对方当事人的意见。

29/57    Saved on: 06/28/2026



[CLI Code]CLI.3.338187(EN)

Under the circumstances in the preceding paragraph, the people's court shall make a comprehensive judgment based on factors such as the party's capability to present evidence and the reasons for not being able to present evidence within the time limit for proof. The people's court may, if necessary, listen to the opinions of the other party.

第五十三条　诉讼过程中，当事人主张的法律关系性质或者民事行为效力与人民法院根据案件事实作出的认定不一致的，人民法院应当将法律关系性质或者民事行为效力作为焦点问题进行审理。但法律关系性质对裁判理由及结果没有影响，或者有关问题已经当事人充分辩论的除外。

**Article 53** In the course of litigation, if the nature of the legal relationship or the effectiveness of the civil act claimed by a party is inconsistent with the determination made by the people's court based on the facts of the case, the people's court shall try the nature of the legal relationship or the effectiveness of the civil act as the issue, unless the nature of the legal relationship has no effect on adjudicative reasoning and results, or the relevant issue has been fully debated by the parties.

存在前款情形，当事人根据法庭审理情况变更诉讼请求的，人民法院应当准许并可以根据案件的具体情况重新指定举证期限。

Under circumstances in the preceding paragraph, if the party modifies its claims based on the court trial, the people's court shall grant the modification, and may specify another time limit for proof according to the specific circumstances of the case.

第五十四条　当事人申请延长举证期限的，应当在举证期限届满前向人民法院提出书面申请。

**Article 54** A party moving for an extension of the time limit for proof shall submit a motion in writing with the people's court before the time limit for proof has expired.

Saved on: 06/28/2026



[CLI Code]CLI.3.338187(EN)

申请理由成立的，人民法院应当准许，适当延长举证期限，并通知其他当事人。延长的举证期限适用于其他当事人。

Where the grounds for the motion are established, the people's court shall grant the motion, appropriately extend the time limit for proof, and notify the other parties. The extended time limit for proof shall apply to other parties.

申请理由不成立的，人民法院不予准许，并通知申请人。

If the grounds for the motion are not established, the people's court shall reject the motion and notify the mover.

第五十五条　存在下列情形的，举证期限按照如下方式确定：

Article 55 Under the following circumstances, the time limit for proof shall be determined by the following means:

（一）当事人依照民事诉讼法第一百二十七条规定提出管辖权异议的，举证期限中止，自驳回管辖权异议的裁定生效之日起恢复计算；

(1) If a party raises an objection to jurisdiction in accordance with Article 127 of the Civil Procedure Law, the time limit for proof shall be suspended and resume running from the day when the ruling to reject the objection to jurisdiction becomes effective.

（二）追加当事人、有独立请求权的第三人参加诉讼或者无独立请求权的第三人经人民法院通知参加诉讼的，人民法院应当依照本规定第五十一条的规定为新参加诉讼的当事人确定举证期限，该举证期限适用于其他当事人；

31/57



[CLI Code]CLI.3.338187(EN)

(2) Where a party, a third person with an independent claim, or a third person without an independent claim as notified by the people's court, is added to participates in litigation, the people's court shall determine a time limit for proof for the new party to the litigation in accordance with Article 51 of these Provisions, and the time limit for proof shall applies to other parties.

（三）发回重审的案件，第一审人民法院可以结合案件具体情况和发回重审的原因，酌情确定举证期限；

(3) For a case remanded for retrial, the people's court of first instance may determine a time limit for proof as appropriate in the light of the specific circumstances of the case and the reasons for the remand for retrial.

（四）当事人增加、变更诉讼请求或者提出反诉的，人民法院应当根据案件具体情况重新确定举证期限；

(4) If a party increases or modifies its claims or files a counterclaim, the people's court shall re-determine a time limit for proof according to the specific circumstances of the case.

（五）公告送达的，举证期限自公告期届满之次日起计算。

(5) In the case of service by announcement, the time limit of proof shall commence to run from the day after the expiration of the announcement period.

**第五十六条** 人民法院依照民事诉讼法第一百三十三条第四项的规定，通过组织证据交换进行审理前准备的，证据交换之日举证期限届满。

**Article 56** Where a people's court makes pre-trial preparations by organizing an exchange of evidence in accordance with the provisions of Article 133(4) of the Civil Procedure Law, the time limit for proof shall expire on the day of exchanging evidence.

Saved on: 06/28/2026



[CLI Code]CLI.3.338187(EN)

证据交换的时间可以由当事人协商一致并经人民法院认可，也可以由人民法院指定。当事人申请延期举证经人民法院准许的，证据交换日相应顺延。

The time for the exchange of evidence may be either agreed upon by the parties and approved by the people's court or designated by the people's court. If a party's motion for an extension of the time limit for proof is granted by the people's court, the exchange of evidence shall be postponed accordingly.

第五十七条　证据交换应当在审判人员的主持下进行。

Article 57 The exchange of evidences shall be conducted under the charge of the judges.

在证据交换的过程中，审判人员对当事人无异议的事实、证据应当记录在卷；对有异议的证据，按照需要证明的事实分类记录在卷，并记载异议的理由。通过证据交换，确定双方当事人争议的主要问题。

In the process of changing evidences, the judges shall record in the case files the facts and evidences to which the parties concerned have no objection. If they have any objection to any of the evidences, such evidences shall be recorded down according to the classified facts that need to be proved and shall specify the reasons for such objection. Through the exchange of evidences, the major issues about the disputes of both parties concerned are determined.

第五十八条　当事人收到对方的证据后有反驳证据需要提交的，人民法院应当再次组织证据交换。

Article 58 Where a party has contradicting evidence to provide after receiving evidence from the other party, the people's court shall organize another exchange of evidence.

Saved on: 06/28/2026



[CLI Code]CLI.3.338187(EN)

第五十九条　人民法院对逾期提供证据的当事人处以罚款的，可以结合当事人逾期提供证据的主观过错程度、导致诉讼迟延的情况、诉讼标的金额等因素，确定罚款数额。

**Article 59** Where a people's court imposes a fine on the party who provides evidence at the expiration of the time limit, the amount of the fine may be determined in consideration of the subjective fault of the party for providing evidence at the expiration of the time limit, the circumstances of causing the delay in the litigation, the amount of the subject matter of action, and other factors.

四、质证

**IV**. Cross-Examination

第六十条　当事人在审理前的准备阶段或者人民法院调查、询问过程中发表过质证意见的证据，视为质证过的证据。

**Article 60** Evidence on which a party has expressed its cross-examination opinion in the preparatory stage of the trial or during the people's court's investigation and questioning process shall be treated as cross-examined evidence.

当事人要求以书面方式发表质证意见，人民法院在听取对方当事人意见后认为有必要的，可以准许。人民法院应当及时将书面质证意见送交对方当事人。

When a party requests its cross-examination opinion to be expressed in writing, the people's court may grant the request as it deems necessary after listening to the opinion of the other party. The people's court shall promptly deliver the written cross-examination opinion to the other party.

第六十一条　对书证、物证、视听资料进行质证时，当事人应当出示证据的原件或者原物。但有下列情形之一的除外：

法北
宝大 社法律更智能
PKULAW.COM

[CLI Code]CLI.3.338187(EN)

**Article 61** During the cross-examination of documentary evidence, physical evidence, and audiovisual recordings, the parties shall produce the original evidence or the original, except under any of the following circumstances:

（一）出示原件或者原物确有困难并经人民法院准许出示复制件或者复制品的；

(1) The original evidence or the original is compellingly difficult to produce, and the people's court grants the producing of a copy or reproduction.

（二）原件或者原物已不存在，但有证据证明复制件、复制品与原件或者原物一致的。

(2) The original evidence or the original no longer exists, and there is evidence that the copy or reproduction is consistent with the original evidence or the original.

**第六十二条**　质证一般按下列顺序进行：

**Article 62** Cross-examination shall generally proceed in the following order:

（一）原告出示证据，被告、第三人与原告进行质证；

(1) The plaintiff produces evidence, and the defendant, a third party, and the plaintiff conduct cross-examination.

（二）被告出示证据，原告、第三人与被告进行质证；

(2) The defendant produces evidence, and the plaintiff, a third party, and the defendant conduct cross-examination.

（三）第三人出示证据，原告、被告与第三人进行质证。

(3) A third party produces evidence, and the plaintiff, the defendant, and the third party conduct cross-examination.



[CLI Code]CLI.3.338187(EN)

人民法院根据当事人申请调查收集的证据，审判人员对调查收集证据的情况进行说明后，由提出申请的当事人与对方当事人、第三人进行质证。

Evidence which the people's court has collected by investigation at the request of either party shall be cross-examined by the party filing the motion, the other party, and a third party after the judge has made a statement on the collection of the evidence by investigation.

人民法院依职权调查收集的证据，由审判人员对调查收集证据的情况进行说明后，听取当事人的意见。

Evidence which the people's court has collected by investigation on its own motion, the judge shall listen to the opinions of the parties after making a statement on the collection of the evidence by investigation.

第六十三条　当事人应当就案件事实作真实、完整的陈述。

**Article 63** A party shall make an authentic and complete statement on the facts of the case.

当事人的陈述与此前陈述不一致的，人民法院应当责令其说明理由，并结合当事人的诉讼能力、证据和案件具体情况进行审查认定。

If the party's statement is inconsistent with its previous statement, the people's court shall order it to explain the reason and make determination in light of the party's capacity for litigation, evidence, and specific circumstances of the case.

当事人故意作虚假陈述妨碍人民法院审理的，人民法院应当根据情节，依照民事诉讼法第一百一十一条的规定进行处罚。

If a party obstructs the trial of the people's court by intentionally making a false statement, the people's court shall impose punishment based on the circumstances in accordance with Article 111 of the Civil Procedure Law.

第六十四条　人民法院认为有必要的，可以要求当事人本人到场，就案件的有关事实接受询问。

**Article 64** A people's court may, as it deems necessary, require the parties to be present in person and be questioned about the relevant facts of the case.

人民法院要求当事人到场接受询问的，应当通知当事人询问的时间、地点、拒不到场的后果等内容。

In such a case, the people's court shall notify the parties of the time and place for raising questions, consequences of refusal to be present, and other contents.

第六十五条　人民法院应当在询问前责令当事人签署保证书并宣读保证书的内容。

**Article 65** A people's court shall order the parties to sign and read aloud a written undertaking before questioning.

保证书应当载明保证据实陈述，绝无隐瞒、歪曲、增减，如有虚假陈述应当接受处罚等内容。当事人应当在保证书上签名、捺印。

The written undertaking shall state that a truthful statement is warranted, there is no concealment, distortion, increase, or decrease, and punishment is accepted in the case of a false statement. Each party shall sign its name on and affix its mark to the written undertaking.

当事人有正当理由不能宣读保证书的，由书记员宣读并进行说明。

北大法宝 让法律更智能 PKULAW.COM [CLI Code]CLI.3.338187(EN)

If a party is unable to read the written undertaking aloud with good reason, the clerk shall read it aloud and make explanations.

第六十六条　当事人无正当理由拒不到场、拒不签署或宣读保证书或者拒不接受询问的，人民法院应当综合案件情况，判断待证事实的真伪。待证事实无其他证据证明的，人民法院应当作出不利于该当事人的认定。

**Article 66** Where a party refuses to be present without justification, refuses to sign or read aloud its written undertaking, or refuses to be questioned, the people's court shall judge whether the fact to be proven is true taking into account the circumstances of the case. Absent other evidence of the fact to be proven, the people's court shall make a determination against the party.

第六十七条　不能正确表达意思的人，不能作为证人。

**Article 67** A person who is unable declare his or her will correctly shall not be witness.

待证事实与其年龄、智力状况或者精神健康状况相适应的无民事行为能力人和限制民事行为能力人，可以作为证人。

A person with no or limited capacity for civil conduct whose age, intelligence, or mental health fits the fact to be proven may be witness.

第六十八条　人民法院应当要求证人出庭作证，接受审判人员和当事人的询问。证人在审理前的准备阶段或者人民法院调查、询问等双方当事人在场时陈述证言的，视为出庭作证。

**Article 68** A people's court shall require any witness to testify before court and be questioned by judges and the parties. A witness' presenting his or her testimony in the preparatory stage of the trial,

北大 法律更智能
PKULAW.COM

during the investigation or questioning by the people's court, or otherwise in the presence of both parties shall be treated as testifying before court.

双方当事人同意证人以其他方式作证并经人民法院准许的，证人可以不出庭作证。

If both parties agree that a witness testifies by other means with the approval of the people's court, the witness is not required to testify before court.

无正当理由未出庭的证人以书面等方式提供的证言，不得作为认定案件事实的根据。

The testimony provided in writing or otherwise by a witness who has not appeared in court without justification shall not be used as a basis for determining the facts of the case.

第六十九条　当事人申请证人出庭作证的，应当在举证期限届满前向人民法院提交申请书。

Article 69 Where a party moves that a witness testifies before court, it shall file a motion with the people's court before the expiration of the time limit for proof.

申请书应当载明证人的姓名、职业、住所、联系方式，作证的主要内容，作证内容与待证事实的关联性，以及证人出庭作证的必要性。

The motion shall state the name, profession, domicile, and contact information of the witness, the main content of his or her testimony, the relevance between the testimony and the fact to be proven, and the necessity for the witness to testify before court.

符合《最高人民法院关于适用〈中华人民共和国民事诉讼法〉的解释》第九十六条第一款规定情形的，人民法院应当依职权通知证人出庭作证。

Saved on: 06/28/2026

[CLI Code]CLI.3.338187(EN)

If the circumstances specified in paragraph 1, Article 96 of the Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China are met, the people's court shall so notify as to enable the witness to testify before court on its own motion.

第七十条　人民法院准许证人出庭作证申请的，应当向证人送达通知书并告知双方当事人。通知书中应当载明证人作证的时间、地点，作证的事项、要求以及作伪证的法律后果等内容。

**Article 70** Where the people's court allows a witness to testify before court, the people's court shall serve a notice on the witness and inform both parties. The notice shall state the time and place for the witness to testify, the matter to be testified, requirements for his or her testifying, the legal consequences of perjury, and other contents.

当事人申请证人出庭作证的事项与待证事实无关，或者没有通知证人出庭作证必要的，人民法院不予准许当事人的申请。

If the matter which either party moves for a witness to testify before court is irrelevant to the fact to be proven, or absent the necessity for notifying the witness of his or her testifying before court, the people's court shall reject the motion of the party.

第七十一条　人民法院应当要求证人在作证之前签署保证书，并在法庭上宣读保证书的内容。但无民事行为能力人和限制民事行为能力人作为证人的除外。

**Article 71** A people's court shall require any witness to sign a written undertaking before testifying and read it aloud in court, unless the witness is with no or limited capacity for civil conduct.

证人确有正当理由不能宣读保证书的，由书记员代为宣读并进行说明。

Saved on: 06/28/2026



[CLI Code]CLI.3.338187(EN)

If the witness is unable to read the written undertaking aloud with good reason, the clerk shall do so on his or her behalf and make explanations.

证人拒绝签署或者宣读保证书的，不得作证，并自行承担相关费用。

If the witness refuses to sign or read aloud the written undertaking, he or she shall not testify and shall bear the relevant expenses.

证人保证书的内容适用当事人保证书的规定。

The provisions on the contents of the written undertakings of the parties shall apply to the contents of the written undertakings of witnesses.

第七十二条　证人应当客观陈述其亲身感知的事实，作证时不得使用猜测、推断或者评论性语言。

Article 72 A witness shall objectively state the facts he or she perceives in person, and may not testify in hypothetical, inferring, or commentary language.

证人作证前不得旁听法庭审理，作证时不得以宣读事先准备的书面材料的方式陈述证言。

A witness shall neither attend court trial before testifying nor present testimony by means of reading aloud written materials prepared in advance when testifying.

证人言辞表达有障碍的，可以通过其他表达方式作证。

A speech-impaired witness may testify by other means of expression.

第七十三条　证人应当就其作证的事项进行连续陈述。

Article 73 A witness shall make continuous statement about the matters he or she testifies.

Saved on: 06/28/2026

当事人及其法定代理人、诉讼代理人或者旁听人员干扰证人陈述的，人民法院应当及时制止，必要时可以依照民事诉讼法第一百一十条的规定进行处罚。

If a party and its legal representative or litigation representative, or an observer interferes with a witness testifying, the people's court shall stop the interference in a timely manner, and may, if necessary, impose punishment in accordance with the provisions of Article 110 of the Civil Procedure Law.

第七十四条    审判人员可以对证人进行询问。当事人及其诉讼代理人经审判人员许可后可以询问证人。

Article 74 A judge may question any witness. A party and its litigation representative may question any witness with the permission of the judge.

询问证人时其他证人不得在场。

A witness shall not be questioned in the presence of another witness.

人民法院认为有必要的，可以要求证人之间进行对质。

A people's court may, as it deems necessary, require witnesses to confront each other.

第七十五条    证人出庭作证后，可以向人民法院申请支付证人出庭作证费用。证人有困难需要预先支取出庭作证费用的，人民法院可以根据证人的申请在出庭作证前支付。

Article 75 A witness who has testified before court may move to the people's court for reimbursement for the cost of his or her testifying before court. If a witness experiences difficulty that entails the advance reimbursement for the cost of his or her testifying before court, the people's court may make reimbursement before his or her testifying before court at the request of the witness.



[CLI Code]CLI.3.338187(EN)

第七十六条　证人确有困难不能出庭作证，申请以书面证言、视听传输技术或者视听资料等方式作证的，应当向人民法院提交申请书。申请书中应当载明不能出庭的具体原因。

**Article 76** Where a witness has compelling difficulty in testifying before court and is to move for testifying by written testimony, audiovisual transmission technology, audiovisual recordings, or otherwise, he or she shall file a motion with the people's court. The motion shall state the specific reasons for not appearing in court.

符合民事诉讼法第七十三条规定情形的，人民法院应当准许。

If the circumstances as specified in Article 73 of the Civil Procedure Law are met, the people's court shall grant the motion.

第七十七条　证人经人民法院准许，以书面证言方式作证的，应当签署保证书；以视听传输技术或者视听资料方式作证的，应当签署保证书并宣读保证书的内容。

**Article 77** A witness shall sign a written undertaking, if he or she testifies by means of written testimony with the approval of the people's court, or sign and read aloud a written undertaking if he or she testifies by means of audiovisual transmission technology or audiovisual recordings.

第七十八条　当事人及其诉讼代理人对证人的询问与待证事实无关，或者存在威胁、侮辱证人或不适当引导等情形的，审判人员应当及时制止。必要时可以依照民事诉讼法第一百一十条、第一百一十一条的规定进行处罚。

**Article 78** Where a party and its litigation representative ask any witness a question irrelevant to the fact to be proven, or threats, insults, or inappropriately induces the witness, the judge shall stop the party and its litigation representative in a timely manner. If necessary, punishment may be imposed in accordance with Articles 110 and 111 of the Civil Procedure Law.

Saved on: 06/28/2026

 [CLI Code]CLI.3.338187(EN)

证人故意作虚假陈述，诉讼参与人或者其他人以暴力、威胁、贿买等方法妨碍证人作证，或者在证人作证后以侮辱、诽谤、诬陷、恐吓、殴打等方式对证人打击报复的，人民法院应当根据情节，依照民事诉讼法第一百一十一条的规定，对行为人进行处罚。

If a witness intentionally makes a false statement, a litigation participant or any other person interferes with a witness testifying by violence, assault, bribery, or otherwise, or retaliates against the witness who has testified by insult, defamation, false accusation, intimidation, battery, or otherwise, the people's court shall punish the actor based on the circumstances in accordance with Article 111 of the Civil Procedure Law.

第七十九条　鉴定人依照民事诉讼法第七十八条的规定出庭作证的，人民法院应当在开庭审理三日前将出庭的时间、地点及要求通知鉴定人。

Article 79 Where an identification specialist testifies before court in accordance with the provisions of Article 78 of the Civil Procedure Law, the people's court shall notify the identification specialist of the time, place, and requirements for his appearance three days before the court is in session.

委托机构鉴定的，应当由从事鉴定的人员代表机构出庭。

If identification is commissioned from an institution, the person engaged in identification shall appear in court on behalf of the institution.

第八十条　鉴定人应当就鉴定事项如实答复当事人的异议和审判人员的询问。当庭答复确有困难的，经人民法院准许，可以在庭审结束后书面答复。

Article 80 An identification specialist shall truthfully reply to the objection of the parties and the questions of the judge regarding the matters subject to identification. If a reply is difficult to make in court, a written reply may be made after the trial with the approval of the people's court.

 Saved on: 06/28/2026



[CLI Code]CLI.3.338187(EN)

人民法院应当及时将书面答复送交当事人，并听取当事人的意见。必要时，可以再次组织质证。

The people's court shall deliver the written reply to the parties in a timely manner and listen to their opinions. If necessary, another cross-examination may be organized.

第八十一条　鉴定人拒不出庭作证的，鉴定意见不得作为认定案件事实的根据。人民法院应当建议有关主管部门或者组织对拒不出庭作证的鉴定人予以处罚。

Article 81 Where an identification specialist refuses to testify before court, his or her identification opinion shall not be used as the basis for determining the facts of the case. The people's court shall propose punishing the identification specialist refusing to testify before court to the relevant authorities or organizations.

当事人要求退还鉴定费用的，人民法院应当在三日内作出裁定，责令鉴定人退还；拒不退还的，由人民法院依法执行。

If either party requests a refund of the identification fee, the people's court shall make a ruling within three days and order the identification specialist to make a refund; and if the identification specialist refuses to do so, the people's court shall conduct enforcement according to the law.

当事人因鉴定人拒不出庭作证申请重新鉴定的，人民法院应当准许。

If a party moves for another identification because the identification specialist refuses to testify before court, the people's court shall grant the motion.

第八十二条　经法庭许可，当事人可以询问鉴定人、勘验人。

**Article 82** A party may question any identification specialist or surveyor with the approval of the court.

询问鉴定人、勘验人不得使用威胁、侮辱等不适当的言语和方式。

An identification specialist or surveyor may not be questioned in assaulting, insulting, or otherwise inappropriate language and manners.

第八十三条　当事人依照民事诉讼法第七十九条和《最高人民法院关于适用〈中华人民共和国民事诉讼法〉的解释》第一百二十二条的规定，申请有专门知识的人出庭的，申请书中应当载明有专门知识的人的基本情况和申请的目的。

**Article 83** Where a party moves that a person with expertise to appear in court in accordance with Article 79 of the Civil Procedure Law and Article 122 of the Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China, the motion shall contain the basic information of the person with expertise and the purpose of the motion.

人民法院准许当事人申请的，应当通知双方当事人。

If the people's court grants the motion of the party, the people's court shall notify both parties.

第八十四条　审判人员可以对有专门知识的人进行询问。经法庭准许，当事人可以对有专门知识的人进行询问，当事人各自申请的有专门知识的人可以就案件中的有关问题进行对质。

**Article 84** A judge may question any person with expertise. A party may question any person with expertise with the approval of the court, and the persons with expertise for whose appearance the parties have moved may confront each other about the relevant issues in the case.



有专门知识的人不得参与对鉴定意见质证或者就专业问题发表意见之外的法庭审理活动。

A person with expertise shall not participate in court trial activities other than the cross-examination of expert opinions or expressing opinions on specialized issues.

## 五、证据的审核认定

V. The Verification and Affirmation of Evidences

第八十五条　人民法院应当以证据能够证明的案件事实为根据依法作出裁判。

Article 85 A people's court shall make an adjudication based on the facts of the case evidenced in accordance with the law.

审判人员应当依照法定程序，全面、客观地审核证据，依据法律的规定，遵循法官职业道德，运用逻辑推理和日常生活经验，对证据有无证明力和证明力大小独立进行判断，并公开判断的理由和结果。

A judge shall comprehensively and objectively examine evidence in accordance with statutory procedures, independently judge whether evidence is probative and how probative the evidence is according to the law, by the professional ethics for judges, by using logical reasoning and experience of life, and publicly disclose the cause and results of the judgment.

第八十六条　当事人对于欺诈、胁迫、恶意串通事实的证明，以及对于口头遗嘱或赠与事实的证明，人民法院确信该待证事实存在的可能性能够排除合理怀疑的，应当认定该事实存在。

Article 86 When a party proves the fact of fraud, duress, and malicious collusion or that of oral testament or donation, and the people's court is convinced that the possibility of the fact is beyond a reasonable doubt, the people's court shall determine that the fact exists.

[CLI Code]CLI.3.338187(EN)

与诉讼保全、回避等程序事项有关的事实，人民法院结合当事人的说明及相关证据，认为有关事实存在的可能性较大的，可以认定该事实存在。

For a fact related to procedural matters such as prejudgment attachment and disqualification, if the people's court considers that the existence of the fact is highly probable based on the explanations made by the parties and relevant evidence, the people's court may determine that the fact exists.

第八十七条　审判人员对单一证据可以从下列方面进行审核认定：

**Article 87** A judge may examine and determine single evidence in the following aspects:

（一）证据是否为原件、原物，复制件、复制品与原件、原物是否相符；

(1) Whether the evidence is the original and whether the copy or reproduction is consistent with the original.

（二）证据与本案事实是否相关；

(2) Whether the evidence is relevant to the facts of the case.

（三）证据的形式、来源是否符合法律规定；

(3) Whether the form and source of the evidence comply with the law.

（四）证据的内容是否真实；

(4) Whether the content of the evidence is authentic.

（五）证人或者提供证据的人与当事人有无利害关系。

法北大宝 让法律更智能 PKULAW.COM

[CLI Code]CLI.3.338187(EN)

(5) Whether the witness or the person who provides the evidence is in a relationship of interest with any party.

第八十八条　审判人员对案件的全部证据，应当从各证据与案件事实的关联程度、各证据之间的联系等方面进行综合审查判断。

**Article 88** The judges shall make a comprehensive examination and judgment of all evidences from the degree of connection of each evidence with the fact of the case and the relations between the evidences.

第八十九条　当事人在诉讼过程中认可的证据，人民法院应当予以确认。但法律、司法解释另有规定的除外。

**Article 89** The people's court shall confirm the evidence recognized by a party in the litigation, except as otherwise provided by law and judicial interpretations.

当事人对认可的证据反悔的，参照《最高人民法院关于适用〈中华人民共和国民事诉讼法〉的解释》第二百二十九条的规定处理。

If a party withdraws its recognition of evidence, its withdrawal shall be handled according to Article 229 of the Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China, mutatis mutandis."

第九十条　下列证据不能单独作为认定案件事实的根据：

**Article 90** The following evidence may not be used alone as a basis for determining the facts of a case:

（一）当事人的陈述；

[CLI Code]CLI.3.338187(EN)

(1) Statements made by a party.

（二）无民事行为能力人或者限制民事行为能力人所作的与其年龄、智力状况或者精神健康状况不相当的证言；

(2) Testimony given by a person with no or limited capacity for civil conduct which his or her age, intelligence, or mental health does not fit.

（三）与一方当事人或者其代理人有利害关系的证人陈述的证言；

(3) Testimony presented by a witness who is in a relationship of interest with any party or its agent.

（四）存有疑点的视听资料、电子数据；

(4) Audiovisual recordings and electronic data in doubt.

（五）无法与原件、原物核对的复制件、复制品。

(5) A copy or reproduction inconsistent with the original.

第九十一条　公文书证的制作者根据文书原件制作的载有部分或者全部内容的副本，与正本具有相同的证明力。

Article 91 A copy produced by the producer of official documentary evidence based on the original document, which contains part or all of its contents, shall be probative as the original.

在国家机关存档的文件，其复制件、副本、节录本经档案部门或者制作原本的机关证明其内容与原本一致的，该复制件、副本、节录本具有与原本相同的证明力。

50/57

If a copy, duplicate, or excerpt of a document retained by a state agency is proved by the archive authorities or the agency that made the original to be consistent with the original, the copy, duplicate, or excerpt shall be probative as the original.

第九十二条　私文书证的真实性，由主张以私文书证证明案件事实的当事人承担举证责任。

**Article 92** For the authenticity of private documentary evidence, the party who claims that the facts of the case are established by the private documentary evidence shall have the burden of proof.

私文书证由制作者或者其代理人签名、盖章或捺印的，推定为真实。

Private documentary evidence which its producer or its agent signs, seals, or affixes its mark to shall be presumed to be authentic.

私文书证上有删除、涂改、增添或者其他形式瑕疵的，人民法院应当综合案件的具体情况判断其证明力。

If there is any deletion, alteration, addition, or other form of defect in private documentary evidence, the people's court shall judge its probative force taking into account the specific circumstances of the case.

第九十三条　人民法院对于电子数据的真实性，应当结合下列因素综合判断：

**Article 93** A people's court shall comprehensively judge the authenticity of electronic data in light of the following factors:

（一）电子数据的生成、存储、传输所依赖的计算机系统的硬件、软件环境是否完整、可靠；



(1) Whether the hardware and software environment of the computer system in reliance on which the electronic data is generated, stored, and transmitted is sound and reliable.

（二）电子数据的生成、存储、传输所依赖的计算机系统的硬件、软件环境是否处于正常运行状态，或者不处于正常运行状态时对电子数据的生成、存储、传输是否有影响；

(2) Whether the hardware and software environment of the computer system in reliance on which the electronic data is generated, stored, and transmitted is in a normal operating state, or whether its aberrant operating state affects the generation, storage, and transmission of the electronic data.

（三）电子数据的生成、存储、传输所依赖的计算机系统的硬件、软件环境是否具备有效的防止出错的监测、核查手段；

(3) Whether the hardware and software environment of the computer system in reliance on which the electronic data is generated, stored, and transmitted has effective monitoring and verification methods to prevent errors.

（四）电子数据是否被完整地保存、传输、提取，保存、传输、提取的方法是否可靠；

(4) Whether the electronic data is completely stored, transmitted, and retrieved and whether the methods for storage, transmission, and retrieval are reliable.

（五）电子数据是否在正常的往来活动中形成和存储；

(5) Whether the electronic data is generated and stored during normal exchange activities.

（六）保存、传输、提取电子数据的主体是否适当；

(6) Whether the party storing, transmitting, and retrieving the electronic data is suitable.

52/57

[CLI Code]CLI.3.338187(EN)

（七）影响电子数据完整性和可靠性的其他因素。

(7) Other factors affecting the integrity and reliability of the electronic data.

人民法院认为有必要的，可以通过鉴定或者勘验等方法，审查判断电子数据的真实性。

A people's court may, as it deems necessary, examine and judge the authenticity of the electronic data by identification, survey, and other means.

第九十四条　电子数据存在下列情形的，人民法院可以确认其真实性，但有足以反驳的相反证据的除外：

Article 94 Where electronic data has the following circumstances, the people's court may confirm its authenticity, unless there is evidence to the contrary that suffices for contradiction:

（一）由当事人提交或者保管的于己不利的电子数据；

(1) Electronic data submitted or kept by a party which is adverse to it.

（二）由记录和保存电子数据的中立第三方平台提供或者确认的；

(2) Provided or confirmed by a neutral third-party platform that records and stores electronic data.

（三）在正常业务活动中形成的；

(3) Generated in normal business activities.

（四）以档案管理方式保管的；

(4) Kept by means of archive management.

（五）以当事人约定的方式保存、传输、提取的。

(5) Stored, transmitted, or retrieved by means agreed by the parties.

电子数据的内容经公证机关公证的，人民法院应当确认其真实性，但有相反证据足以推翻的除外。

If the content of the electronic data is notarized by a notary office, the people's court shall confirm its authenticity, unless there is evidence to the contrary that suffices for rebuttal.

第九十五条　一方当事人控制证据无正当理由拒不提交，对待证事实负有举证责任的当事人主张该证据的内容不利于控制人的，人民法院可以认定该主张成立。

Article 95 Where a party refuses to submit evidence under its control without justification, and the party who bears the burden of proving the fact to be proven claims that the content of the evidence is adverse to the controller, the people's court may determine the claim to be tenable.

第九十六条　人民法院认定证人证言，可以通过对证人的智力状况、品德、知识、经验、法律意识和专业技能等的综合分析作出判断。

Article 96 When affirming the testimony of a witness, the People's court may decide on the basis of comprehensive analysis of the intelligence, moral character, knowledge, experience, legal consciousness, professional abilities, etc. of the witnesses.

第九十七条　人民法院应当在裁判文书中阐明证据是否采纳的理由。

Article 97 The People's court shall specify in the judgments the reasons why an evidence is adopted.

对当事人无争议的证据，是否采纳的理由可以不在裁判文书中表述。

The reasons why the evidences to which the parties concerned have no objection are adopted need not be specified in the judgments.

[CLI Code]CLI.3.338187(EN)

六、其他

**VI**. Other Provisions

第九十八条　对证人、鉴定人、勘验人的合法权益依法予以保护。

**Article 98** The lawful rights and interests of witnesses, identification specialists, and surveyors shall be protected in accordance with law.

当事人或者其他诉讼参与人伪造、毁灭证据，提供虚假证据，阻止证人作证，指使、贿买、胁迫他人作伪证，或者对证人、鉴定人、勘验人打击报复的，依照民事诉讼法第一百一十条、第一百一十一条的规定进行处罚。

A party or any other litigation participant that forges or destroys evidence, provides false evidence, prevents a witness from testifying, directs or bribes another person to be perjured or coerces the person into doing so, or retaliates against a witness, identification specialist, or surveyor shall be punished according to Articles 110 and 111 of the Civil Procedure Law.

第九十九条　本规定对证据保全没有规定的，参照适用法律、司法解释关于财产保全的规定。

**Article 99** Where these Provisions are silent on the preservation of evidence, the provisions on the attachment of property in the laws and judicial interpretations shall apply mutatis mutandis.

除法律、司法解释另有规定外，对当事人、鉴定人、有专门知识的人的询问参照适用本规定中关于询问证人的规定；关于书证的规定适用于视听资料、电子数据；存储在电子计算机等电子介质中的视听资料，适用电子数据的规定。

Saved on: 06/28/2026



[CLI Code]CLI.3.338187(EN)

Except as otherwise provided by the laws and judicial interpretations, the provisions on questioning witnesses in these Provisions shall apply mutatis mutandis to questioning parties, identification specialists, and persons with expertise; the provisions on documentary evidence shall apply to audiovisual recordings and electronic data; and the provisions on electronic data shall apply to audiovisual recordings stored in computers and other electronic mediums.

第一百条　本规定自 2020 年 5 月 1 日起施行。

本规定公布施行后，最高人民法院以前发布的司法解释与本规定不一致的，不再适用。

**Article 100** These Provisions take effect on May 1, 2020, upon which, any judicial interpretation previously issued by the Supreme People's Court inconsistent with these Provisions no longer applies.

Saved on: 06/28/2026

[CLI Code]CLI.3.338187(EN)

©Pkulaw：（www.pkulaw.com）provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulations, please check them with the standard texts. You are welcome to view all our products and services.

Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?



Scan QR Code for instant access to the original text

Original Link: https://www.pkulaw.com/en_chl/e2cef8c231095c1bbdfb.html

Saved on: 06/28/2026



司法解释理解与适用丛书

# 最高人民法院
# 新民事诉讼法司法解释
## 理解与适用

〔上〕

最高人民法院民法典贯彻实施工作领导小组办公室　编著

人民法院出版社

PEOPLE'S COURT PRESS

图书在版编目（CIP）数据

最高人民法院新民事诉讼法司法解释理解与适用／最高人民法院民法典贯彻实施工作领导小组办公室编著. -- 北京：人民法院出版社，2022.6

（司法解释理解与适用丛书）

ISBN 978-7-5109-3511-4

Ⅰ.①最… Ⅱ.①最… Ⅲ.①民事诉讼法–法律解释–中国②民事诉讼法–法律适用–中国 Ⅳ.①D925.105

中国版本图书馆 CIP 数据核字（2022）第 085111 号

法律资料分享，微信：SYCT_4

**最高人民法院新民事诉讼法司法解释理解与适用**

最高人民法院民法典贯彻实施工作领导小组办公室　编著

| | |
|---|---|
| 策划编辑 | 陈建德　兰丽专 |
| 责任编辑 | 丁丽娜　路建华　张　奎　丁塞峨　李　倩 |
| 执行编辑 | 郭　粹　杨晓燕　杨　洁　赵杰琼 |
| 出版发行 | 人民法院出版社 |
| 地　　址 | 北京市东城区东交民巷 27 号（100745） |
| 电　　话 | （010）67550608（责任编辑）　67550558（发行部查询）<br>　　　　　65223677（读者服务部） |
| 客 服 QQ | 2092078039 |
| 网　　址 | http://www.courtbook.com.cn |
| E - mail | courtbook@sina.com |
| 印　　刷 | 三河市国英印务有限公司 |
| 经　　销 | 新华书店 |

| | |
|---|---|
| 开　　本 | 787 毫米×1092 毫米　1/16 |
| 字　　数 | 1520 千字 |
| 印　　张 | 82.25 |
| 版　　次 | 2022 年 6 月第 1 版　2022 年 6 月第 1 次印刷 |
| 书　　号 | ISBN 978-7-5109-3511-4 |
| 定　　价 | 278.00 元（上下册） |

版权所有　侵权必究

## 最高人民法院

### 民法典贯彻实施工作领导小组

组　　　长　周　强

常务副组长　贺　荣

副　组　长　陶凯元　杨万明　杨临萍　贺小荣　刘贵祥

成　　　员　（按机构排序）

郭竞坤　董文濮　钱晓晨　郑学林　林文学

林广海　王淑梅　刘竹梅　于厚森　韩维中

孔　玲　何东宁　郭　锋　赵晋山　李广宇

胡仕浩　祝二军　马　岩　陈宜芳　郝银钟

高晓力　邬中林　孙晓勇

### 办公室

主　　任　杨万明　刘贵祥

副主任　郭　锋　杨永清

成　　员　丁广宇　周伦军　陈龙业

《最高人民法院新民事诉讼法
司法解释理解与适用》

执行编委　郭　锋　陈龙业　贾玉慧　牛晓煜

待证事实无意义的，也是属于人民法院无调查收集证据必要的情形。从广义的证据关联性的角度出发，这种情形也可以包含在无关联性的范畴之内。有关其他无调查收集证据必要的情形，则属于兜底性规定，由审理案件的法官根据具体情况进行判断。如对于待证事实，审理案件的法官已经形成较为充分的内心确信，无论当事人及其诉讼代理人申请调查收集的证据是否存在、内容如何，均不可能对法官的心证基础产生动摇的，应属这种无调查收集证据必要的其他情形。

本条司法解释是在总结审判实践经验的基础上形成的，具有明确的针对性，对于指导审判实践具有较强的现实意义。在对 2001 年《民事诉讼证据规定》实施情况调研的过程中，我们发现实践中一些法院对于人民法院调查收集证据的条件掌握过于宽松，为回避矛盾、避免当事人的指责，即使当事人申请调查收集的证据对待证事实的证明缺乏必要性，也仍然调查收集。既浪费审判资源，也由于调查收集来的证据无法发挥证明待证事实的作用而容易产生新的矛盾。因此，本条作出规定，对没有调查收集证据必要的情形予以明确。

**【审判实践中应当注意的问题】**

审判实践中应当注意的是，有关证据关联性的判断，难点在于间接证据与待证事实的关联性问题上。许多情况下，由于直接证据不易获得，需要借助间接证据证明间接事实，再依据经验法则推论主要事实。在这种情况下，往往需要根据案件的具体情况特别是待证事实的具体情况，结合有关证据存在的条件等因素，进行综合判断。

**【条文】**

**第九十六条**

民事诉讼法第六十七条第二款规定的人民法院认为审理案件需要的证据包括：

（一）涉及可能损害国家利益、社会公共利益的；

（二）涉及身份关系的；

（三）涉及民事诉讼法第五十八条规定诉讼的；

（四）当事人有恶意串通损害他人合法权益可能的；

（五）涉及依职权追加当事人、中止诉讼、终结诉讼、回避等程序性事项的。

最高人民法院新民事诉讼法司法解释理解与适用

除前款规定外，人民法院调查收集证据，应当依照当事人的申请进行。

【条文主旨】

本条是关于人民法院认为审理案件需要的证据的规定。

【条文理解】

自 20 世纪 80 年代以来，强化当事人的举证责任，弱化和规范人民法院调查收集证据的职能，一直是民事审判方式改革和我国民事诉讼制度发展的方向。民事诉讼法第六十七条的规定也体现了我国民事诉讼制度发展的阶段性成果。但由于民事诉讼法第六十七条没有明确"当事人及其诉讼代理人因客观原因不能自行收集的证据"和"人民法院认为审理案件需要的证据"的范围，审判实践中对此理解存在分歧，适用标准不统一。人民法院拥有广泛的调查收集证据的职能，既扭曲了其作为中立裁判者的本来角色，也容易发生寻租行为，影响审判的公正性，损害司法权威。因此，2001 年《民事诉讼证据规定》从职权进行主义民事诉讼模式的立场出发，明确限定了"人民法院认为审理案件需要的证据"的范围，符合民事诉讼制度的发展趋势，也具有很强的实践意义。因此，本条解释承继其基本思路和主要内容。

与 2001 年《民事诉讼证据规定》相比，本条对其相关条文进行了整理，同时结合 2012 年民事诉讼法修改的情况进行了补充。具体而言：（1）2001 年《民事诉讼证据规定》第十五条第一项"涉及可能有损国家利益、社会公共利益或者他人合法权益的事实"修改为"涉及可能损害国家利益、社会公共利益的"。法院对涉及国家利益和社会公共利益的事实保留依职权调查的权力，是大陆法系国家和地区的普遍做法，也是法院保护国家利益和社会公共利益所必要的职权。删除了损害他人合法权益的情形，主要是考虑损害他人合法权益比较笼统，而 2012 年民事诉讼法第一百一十五条增加的对恶意诉讼制裁的规定，本身也属于需要人民法院依职权调查的情形，因此将"损害他人合法权益"修改为"当事人有恶意串通损害他人合法权益可能的"作为第四项，逻辑上更顺畅。（2）增加"涉及身份关系"的事实，规定为单独一项。主要是考虑到身份关系涉及社会基本伦理价值，本身即具有社会公共利益的属性。这种身份关系的事实，在性质上需要法院保留依职权调查收集证据的权力。在一些立法上存在人事诉讼或者家事诉讼程序的国家，明确规定在这种诉讼中法院具有广泛的调查收集证据的职权。2001 年《民事诉讼证据规定》第八条在自认的规定中，排除身份关系案件中对自认规则的适用，也是出于身份关系具有社会公共利益的性质考虑；在理解上，

该规定第十五条第一项本来也包含身份关系的事项在内。（3）公益诉讼的情形。民事诉讼法第五十八条是关于公益诉讼的规定。公益诉讼事关公共利益的保护，故其与一般民事诉讼相比，规则较为特殊，需要法院广泛发挥职权作用调查收集证据。也因此可以将公益诉讼的情形理解为第一项涉及社会公共利益的范畴。将其单独列出更明确，能够更好地与立法上的其他诉讼制度相呼应。（4）程序事项是 2001 年《民事诉讼证据规定》第十五条原有内容，本条予以承继。

证据属于民事诉讼的实体内容。在辩论主义的诉讼模式之下，诉讼的实体内容由当事人决定，法院仅在特殊情况下，出于保护公共利益等需要进行有限地介入。从 2001 年《民事诉讼证据规定》和本解释的基本思路和内容上看，由于将当事人申请行为本身视作当事人举证行为的一种特殊形式，故均规定除明确规定法院依职权调查收集证据的情形之外，其他人民法院调查收集证据的行为必须依当事人的申请进行。

**【审判实践中应当注意的问题】**

审判实践中应当注意的是，本解释对于人民法院依职权主动调查收集证据持谨慎立场，本条规定的五项情形非常明确，没有兜底条款，也没有扩大适用的余地。实践中确有当事人因诉讼能力不足而发生举证困难的情形的，人民法院应当在不影响中立性的前提下，在遵守法律、司法解释的前提下，通过释明权的行使，引导当事人提出调查收集证据的申请。凡不符合本条规定，又没有当事人申请为前提的，人民法院依职权调查收集证据的行为，均属于违反法定程序的行为。

**【条文】**

第九十七条

人民法院调查收集证据，应当由两人以上共同进行。调查材料要由调查人、被调查人、记录人签名、捺印或者盖章。

**【条文主旨】**

本条是关于人民法院调查收集证据的操作性规定。

**【条文理解】**

人民法院行使调查权，是司法权行使的组成部分。要求两人以上共同进行，既体现了司法权行使的严肃性，又能使两名以上工作人员在调查收集证据的过程中互相监督、互相配合、拾遗补阙，保障程序公正和调查收集证据

# FEDERAL RULES

## OF

## CIVIL PROCEDURE

————

DECEMBER 1, 2025



Printed for the use

of

THE COMMITTEE ON THE JUDICIARY

HOUSE OF REPRESENTATIVES

| 119TH CONGRESS | COMMITTEE PRINT | No. 4 |
| --- | --- | --- |
| *1st Session* | | |

# FEDERAL RULES

## OF

# CIVIL PROCEDURE

———

DECEMBER 1, 2025



Printed for the use
of

## THE COMMITTEE ON THE JUDICIARY
## HOUSE OF REPRESENTATIVES

U.S. GOVERNMENT PUBLISHING OFFICE

WASHINGTON : 2026

COMMITTEE ON THE JUDICIARY

ONE HUNDRED NINETEENTH CONGRESS

JIM JORDAN, Ohio, *Chairman*

DARRELL ISSA, California
ANDY BIGGS, Arizona
TOM McCLINTOCK, California
THOMAS P. TIFFANY, Wisconsin
THOMAS MASSIE, Kentucky
CHIP ROY, Texas
SCOTT FITZGERALD, Wisconsin
BEN CLINE, Virginia
LANCE GOODEN, Texas
JEFFERSON VAN DREW, New Jersey
TROY E. NEHLS, Texas
BARRY MOORE, Alabama
KEVIN KILEY, California
HARRIET M. HAGEMAN, Wyoming
LAUREL M. LEE, Florida
WESLEY HUNT, Texas
RUSSELL FRY, South Carolina
GLENN GROTHMAN, Wisconsin
BRAD KNOTT, North Carolina
MARK HARRIS, North Carolina
ROBERT F. ONDER, JR., Missouri
DEREK SCHMIDT, Kansas
BRANDON GILL, Texas
MICHAEL BAUMGARTNER, Washington

JAMIE RASKIN, Maryland, *Ranking Member*
JERROLD NADLER, New York
ZOE LOFGREN, California
STEVE COHEN, Tennessee
HENRY C. ''HANK'' JOHNSON, JR., Georgia
ERIC SWALWELL, California
TED LIEU, California
PRAMILA JAYAPAL, Washington
J. LUIS CORREA, California
MARY GAY SCANLON, Pennsylvania
JOE NEGUSE, Colorado
LUCY McBATH, Georgia
DEBORAH K. ROSS, North Carolina
BECCA BALINT, Vermont
JESÚS G. ''CHUY'' GARCÍA, Illinois
SYDNEY KAMLAGER-DOVE, California
JARED MOSKOWITZ, Florida
DANIEL S. GOLDMAN, New York
JASMINE CROCKETT, Texas

CHRISTOPHER HIXON, *Majority Staff Director*
ARTHUR EWENCZYK, *Minority Staff Director*

(II)

# FOREWORD

This document contains the Federal Rules of Civil Procedure together with forms, as amended to December 1, 2025. The rules have been promulgated and amended by the United States Supreme Court pursuant to law, and further amended by Acts of Congress. This document has been prepared by the Committee in response to the need for an official up-to-date document containing the latest amendments to the rules.

For the convenience of the user, where a rule has been amended a reference to the date the amendment was promulgated and the date the amendment became effective follows the text of the rule.

The Committee on Rules of Practice and Procedure and the Advisory Committee on the Federal Rules of Civil Procedure, Judicial Conference of the United States, prepared notes explaining the purpose and intent of the amendments to the rules. The Committee Notes may be found in the Appendix to Title 28, United States Code, following the particular rule to which they relate.

*Chairman, Committee on the Judiciary.*

DECEMBER 1, 2025.

(III)

# AUTHORITY FOR PROMULGATION OF RULES

### TITLE 28, UNITED STATES CODE

### § 2072. Rules of procedure and evidence; power to prescribe

(a) The Supreme Court shall have the power to prescribe general rules of practice and procedure and rules of evidence for cases in the United States district courts (including proceedings before magistrate judges thereof) and courts of appeals.

(b) Such rules shall not abridge, enlarge or modify any substantive right. All laws in conflict with such rules shall be of no further force or effect after such rules have taken effect.

(c) Such rules may define when a ruling of a district court is final for the purposes of appeal under section 1291 of this title.

(Added Pub. L. 100–702, title IV, § 401(a), Nov. 19, 1988, 102 Stat. 4648, eff. Dec. 1, 1988; amended Pub. L. 101–650, title III, §§ 315, 321, Dec. 1, 1990, 104 Stat. 5115, 5117.)

### § 2073. Rules of procedure and evidence; method of prescribing

(a)(1) The Judicial Conference shall prescribe and publish the procedures for the consideration of proposed rules under this section.

(2) The Judicial Conference may authorize the appointment of committees to assist the Conference by recommending rules to be prescribed under sections 2072 and 2075 of this title. Each such committee shall consist of members of the bench and the professional bar, and trial and appellate judges.

(b) The Judicial Conference shall authorize the appointment of a standing committee on rules of practice, procedure, and evidence under subsection (a) of this section. Such standing committee shall review each recommendation of any other committees so appointed and recommend to the Judicial Conference rules of practice, procedure, and evidence and such changes in rules proposed by a committee appointed under subsection (a)(2) of this section as may be necessary to maintain consistency and otherwise promote the interest of justice.

(c)(1) Each meeting for the transaction of business under this chapter by any committee appointed under this section shall be open to the public, except when the committee so meeting, in open session and with a majority present, determines that it is in the public interest that all or part of the remainder of the meeting on that day shall be closed to the public, and states the reason for so closing the meeting. Minutes of each meeting for the transaction of business under this chapter shall be maintained by the committee and made available to the public, except that any portion of such minutes, relating to a closed meeting and made available to the public, may contain such deletions as may be necessary to avoid frustrating the purposes of closing the meeting.

(2) Any meeting for the transaction of business under this chapter, by a committee appointed under this section, shall be preceded by sufficient notice to enable all interested persons to attend.

(d) In making a recommendation under this section or under section 2072 or 2075, the body making that recommendation shall provide a proposed rule, an explanatory note on the rule, and a written report explaining the body's action, including any minority or other separate views.

(e) Failure to comply with this section does not invalidate a rule prescribed under section 2072 or 2075 of this title.

(Added Pub. L. 100–702, title IV, §401(a), Nov. 19, 1988, 102 Stat. 4649, eff. Dec. 1, 1988; amended Pub. L. 103–394, title I, §104(e), Oct. 22, 1994, 108 Stat. 4110.)

### §2074. Rules of procedure and evidence; submission to Congress; effective date

(a) The Supreme Court shall transmit to the Congress not later than May 1 of the year in which a rule prescribed under section 2072 is to become effective a copy of the proposed rule. Such rule shall take effect no earlier than December 1 of the year in which such rule is so transmitted unless otherwise provided by law. The Supreme Court may fix the extent such rule shall apply to proceedings then pending, except that the Supreme Court shall not require the application of such rule to further proceedings then pending to the extent that, in the opinion of the court in which such proceedings are pending, the application of such rule in such proceedings would not be feasible or would work injustice, in which event the former rule applies.

(b) Any such rule creating, abolishing, or modifying an evidentiary privilege shall have no force or effect unless approved by Act of Congress.

(Added Pub. L. 100–702, title IV, §401(a), Nov. 19, 1988, 102 Stat. 4649, eff. Dec. 1, 1988.)

## HISTORICAL NOTE

The Supreme Court prescribes rules of civil procedure for the district courts pursuant to section 2072 of Title 28, United States Code, as enacted by Title IV ''Rules Enabling Act'' of Pub. L. 100–702 (approved November 19, 1988, 102 Stat. 4648), effective December 1, 1988. Pursuant to section 2074 of Title 28, the Supreme Court transmits to Congress (not later than May 1 of the year in which a rule prescribed under section 2072 is to become effective) a copy of the proposed rule. The rule takes effect no earlier than December 1 of the year in which the rule is transmitted unless otherwise provided by law.

By act of June 19, 1934, ch. 651, 48 Stat. 1064 (subsequently 28 United States Code, §2072), the Supreme Court was authorized to prescribe general rules of civil procedure for the district courts. The rules, and subsequent amendments, were not to take effect until (1) they had been first reported to Congress by the Attorney General at the beginning of a regular session and (2) after the close of that session.

Under a 1949 amendment to 28 U.S.C., §2072, the Chief Justice of the United States, instead of the Attorney General, reported the rules to Congress. In 1950, section 2072 was further amended so that amendments to the rules could be reported to Congress not later than May 1 each year and become effective 90 days after being reported. Effective December 1, 1988, section 2072 was repealed and supplanted by new sections 2072 and 2074, see first paragraph of Historical Note above.

The original rules, pursuant to act of June 19, 1934, were adopted by order of the Court on December 20, 1937, transmitted to Congress by the Attorney General on January 3, 1938, and became effective September 16, 1938 (308 U.S. 645; Cong. Rec., vol. 83, pt. 1, p. 13, Exec. Comm. 905; H. Doc. 460 and H. Doc. 588, 75th Cong.)

Rule 81(a)(6) was abrogated by order of the Court on December 28, 1939, transmitted to Congress by the Attorney General on January 3, 1940, effective April 3, 1941 (308 U.S. 642; Cong. Rec., vol. 86, pt. 1, p. 14, Exec. Comm. 1152).

Further amendments were adopted by the Court by order dated December 27, 1946, transmitted to Congress by the Attorney General on January 3, 1947, and became effective March 19, 1948 (329 U.S. 839; Cong. Rec., vol. 93, pt. 1, p. 41, Exec. Comm. 32; H. Doc. 46 and H. Doc. 473, 80th Cong.). The amendments affected Rules 6, 7, 12, 13, 14, 17, 24, 26, 27, 28, 33, 34, 36, 41, 45, 52, 54, 56, 58, 59, 60, 62, 65, 66, 68, 73, 75, 77, 79, 81, 84, and 86, and Forms 17, 20, 22, and 25.

Additional amendments were adopted by the Court by order dated December 29, 1948, transmitted to Congress by the Attorney General on January 3, 1949, and became effective October 20, 1949 (335 U.S. 919; Cong. Rec., vol. 95, pt. 1, p. 94, Exec. Comm. 24; H.

VIII                    HISTORICAL NOTE

Doc. 33, 81st Cong.). The amendments affected Rules 1, 17, 22, 24, 25, 27, 37, 45, 57, 60, 62, 65, 66, 67, 69, 72, 73, 74, 75, 76, 79, 81, 82, and 86, and Forms 1, 19, 22, 23, and 27.

Amendment to Rule 81(a)(7) and new Rule 71A and Forms 28 and 29 were adopted by the Court by order dated April 30, 1951, transmitted to Congress by the Chief Justice on May 1, 1951, and became effective August 1, 1951 (341 U.S. 959; Cong. Rec., vol. 97, pt. 4, p. 4666, Exec. Comm. 414; H. Doc. 121, 82d Cong.).

Additional amendments were adopted by the Court by order dated April 17, 1961, transmitted to Congress by the Chief Justice on April 18, 1961, and became effective July 19, 1961 (368 U.S. 1009; Cong. Rec., vol. 107, pt. 5, p. 6524, Exec. Comm. 821). The amendments affected Rules 25, 54, 62, and 86, and Forms 2 and 19.

Additional amendments were adopted by the Court by order dated January 21, 1963, transmitted to Congress by the Chief Justice on the same day (374 U.S. 861; Cong. Rec., vol. 109, pt. 1, p. 1037, Exec. Comm. 267; H. Doc. 48, 88th Cong.), and became effective July 1, 1963, by order of the Court dated March 18, 1963 (374 U.S. 861; Cong. Rec., vol. 109, pt. 4, p. 4639, Exec. Comm. 569; H. Doc. 48, pt. 2, 88th Cong.; see also H. Doc. 67, 88th Cong.). The amendments affected Rules 4, 5, 6, 7, 12, 13, 14, 15, 24, 25, 26, 28, 30, 41, 49, 50, 52, 56, 58, 71A, 77, 79, 81, and 86, and Forms 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 16, 18, 21, 22–A, and 22–B, and added Forms 30, 31, and 32.

Additional amendments were adopted by the Court by order dated February 28, 1966, transmitted to Congress by the Chief Justice on the same day (383 U.S. 1029; Cong. Rec., vol. 112, pt. 4, p. 4229, Exec. Comm. 2094; H. Doc. 391, 89th Cong.), and became effective July 1, 1966. The amendments affected Rules 1, 4, 8, 9, 12, 13, 14, 15, 17, 18, 19, 20, 23, 24, 26, 38, 41, 42, 43, 44, 47, 53, 59, 65, 68, 73, 74, 75, 81, and 82, and Forms 2 and 15, and added Rules 23.1, 23.2, 44.1, and 65.1, and Supplemental Rules A, B, C, D, E, and F for certain Admiralty and Maritime claims. The amendments govern all proceedings in actions brought after they became effective and also all further proceedings in actions then pending, except to the extent that in the opinion of the Court an application in a particular action then pending would not be feasible or would work injustice, in which event the former procedure applies.

In addition, Rule 6(c) of the Rules of Civil Procedure promulgated by the Court on December 20, 1937, effective September 16, 1938; Rule 2 of the Rules for Practice and Procedure under section 25 of an act to amend and consolidate the acts respecting copyright, approved March 4, 1909, promulgated by the Court on June 1, 1909, effective July 1, 1909; and the Rules of Practice in Admiralty and Maritime Cases, promulgated by the Court on December 6, 1920, effective March 7, 1921, as revised, amended and supplemented, were rescinded, effective July 1, 1966.

Additional amendments were adopted by the Court by order dated December 4, 1967, transmitted to Congress by the Chief Justice on January 15, 1968 (389 U.S. 1121; Cong. Rec., vol. 114, pt. 1, p. 113, Exec. Comm. 1361; H. Doc. 204, 90th Cong.), and became effective July 1, 1968. The amendments affected Rules 6(b), 9(h), 41(a)(1), 77(d), and 81(a), and abrogated the chapter heading ''IX. Appeals'' and Rules 72–76, and Form 27.

Additional amendments were adopted by the Court by order dated March 30, 1970, transmitted to Congress by the Chief Justice on the same day (398 U.S. 977; Cong. Rec., vol. 116, pt. 7, p. 9861, Exec. Comm. 1839; H. Doc. 91–291), and became effective July 1, 1970. The amendments affected Rules 5(a), 9(h), 26, 29 to 37, 45(d), and 69(a), and Form 24.

On March 1, 1971, the Court adopted additional amendments, which were transmitted to Congress by the Chief Justice on the same day (401 U.S. 1017; Cong. Rec., vol. 117, pt. 4, p. 4629, Exec. Comm. 341; H. Doc. 92–57), and became effective July 1, 1971. The amendments affected Rules 6(a), 27(a)(4), 30(b)(6), 77(c), and 81(a)(2).

Further amendments were proposed by the Court in its orders dated November 20 and December 18, 1972, and transmitted to Congress by the Chief Justice on February 5, 1973 (409 U.S. 1132 and 419 U.S. 1133; Cong. Rec., vol. 119, pt. 3, p. 3247, Exec. Comm. 359; H. Doc. 93–46). Although these amendments were to have become effective July 1, 1973, Public Law 93–12 (approved March 30, 1973, 87 Stat. 9) provided that the proposed amendments ''shall have no force or effect except to the extent, and with such amendments, as they may be expressly approved by Act of Congress.'' Section 3 of Public Law 93–595 (approved January 2, 1975, 88 Stat. 1949) approved the amendments proposed by the Court, to be effective July 1, 1975. The amendments affected Rules 30(c), 43, and 44.1, and abrogated Rule 32(c).

On April 29, 1980, the Court adopted additional amendments, which were transmitted to Congress by the Chief Justice on the same day (446 U.S. 995; Cong. Rec., vol. 126, pt. 8, p. 9535, Exec. Comm. 4260; H. Doc. 96–306), and became effective August 1, 1980. The amendments affected Rules 4, 5, 26, 28, 30, 32, 33, 34, 37, and 45.

Section 205(a) and (b) of Public Law 96–481 (approved October 21, 1980, 94 Stat. 2330) repealed Rule 37(f) and deleted the corresponding item from the Table of Contents, to be effective October 1, 1981.

Amendments to Rule 4 were adopted by the Court by order dated April 28, 1982, transmitted to Congress by the Chief Justice on the same day (456 U.S. 1013; Cong. Rec., vol. 128, pt. 6, p. 8191, Exec. Comm. 3822; H. Doc. 97–173), and became effective August 1, 1982. However, Public Law 97–227 (approved August 2, 1982, 96 Stat. 246) provided that the amendments to Rule 4 shall take effect on October 1, 1983, unless previously approved, disapproved, or modified by Act of Congress, and further provided that this Act shall be effective as of August 1, 1982, but shall not apply to the service of process that takes place between August 1, 1982, and the date of enactment of this Act [August 2, 1982]. Section 5 of Public Law 97–462 (approved January 12, 1983, 96 Stat. 2530) provided that the amendments to Rule 4 the effective date of which was delayed by Public Law 97–227 shall not take effect. Sections 2 to 4 of Public Law 97–462 amended Rule 4(a), (c) to (e), and (g), added Rule 4(j), and added Form 18–A in the Appendix of Forms, effective 45 days after enactment of Public Law 97–462 [February 26, 1983].

Additional amendments were adopted by the Court by order dated April 28, 1983, transmitted to Congress by the Chief Justice on the same day (461 U.S. 1095; Cong. Rec., vol. 129, pt. 8, p. 10479, Exec. Comm. 1027; H. Doc. 98–54), and became effective August 1,

X                              HISTORICAL NOTE

1983. The amendments included new Rules 26(g), 53(f), 72 through 76 and new Official Forms 33 and 34, and amendments to Rules 6(b), 7(b), 11, 16, 26(a), (b), 52(a), 53(a), (b), (c), and 67.

Additional amendments were adopted by the Court by order dated April 29, 1985, transmitted to Congress by the Chief Justice on the same day (471 U.S. 1153; Cong. Rec., vol. 131, pt. 7, p. 9826, Exec. Comm. 1156; H. Doc. 99–63), and became effective August 1, 1985. The amendments affected Rules 6(a), 45(d)(2), 52(a), 71A(h), and 83, Official Form 18–A, and Rules B(1), C(3), and E(4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Additional amendments were adopted by the Court by order dated March 2, 1987, transmitted to Congress by the Chief Justice on the same day (480 U.S. 953; Cong. Rec., vol. 133, pt. 4, p. 4448, Exec. Comm. 714; H. Doc. 100–40), and became effective August 1, 1987. The amendments affected Rules 4(b), (d)(1), (e), (i)(1), 5(b), (e), 6(e), 8(a), (b), (e)(2), 9(a), 11, 12(a), (b), (e) to (g), 13(a), (e), (f), 14, 15, 16(f), 17, 18, 19(a), (b), 20(b), 22(1), 23(c)(2), 23.1, 24(a), 25(b), (d), 26(b)(3), (e)(1), (2), (f)(5), (g), 27(a)(1), (b), 28(b), 30(b)(1), (2), (4), (6), (7), (c), (e), (f)(1), (g), 31(a), (b), 32(a)(4), 34(a), 35(a), (b)(1), (2), 36, 37(a)(2), (b)(2), (c), (d), (g), 38(c), (d), 41(a)(2), (b), 43(f), 44(a)(1), 44.1, 45(c), (f), 46, 49(a), 50(b), (d), 51, 53(a), (c) to (e)(1), (3), (5), 54(c), 55(a), (b), (e), 56(a), (b), (e) to (g), 60(b), 62(f), 63, 65(b), 65.1, 68, 69, 71, 71A(d)(2), (3)(ii), (e) to (g), (j), 73(b), 75(b)(2), (c)(1), (2), (4), 77(c), 78, and 81(c), and Rules B, C(3), (6), E(2)(b), (4)(b), (c), (5)(c), (9)(b), (c), and F(1) to (6) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Additional amendments were adopted by the Court by order dated April 25, 1988, transmitted to Congress by the Chief Justice on the same day (485 U.S. 1043; Cong. Rec., vol. 134, pt. 7, p. 9154, Exec. Comm. 3515; H. Doc. 100–185), and became effective August 1, 1988. The amendments affected Rules 17(a) and 71A(e).

Section 7047(b) of Public Law 100–690 (approved November 18, 1988, 102 Stat. 4401) amended Rule 35. Section 7049 of Public Law 100–690, which directed amendment of Rule 17(a) by striking ''with him'', and section 7050 of Public Law 100–690, which directed amendment of Rule 71A(e) by striking ''taking of the defendants property'' and inserting ''taking of the defendant's property'', could not be executed because of the intervening amendments to those Rules by the Court by order dated April 25, 1988, effective August 1, 1988.

Additional amendments were adopted by the Court by order dated April 30, 1991, transmitted to Congress by the Chief Justice on the same day (500 U.S. 963; Cong. Rec., vol. 137, pt. 7, p. 9721, Ex. Comm. 1190; H. Doc. 102–77), and became effective December 1, 1991. The amendments affected Rules 5, 15, 24, 34, 35, 41, 44, 45, 47, 48, 50, 52, 53, 63, 72, and 77, the headings for chapters VIII and IX, and Rules C and E of the Supplemental Rules for Certain Admiralty and Maritime Claims, added new Official Forms 1A and 1B, and abrogated Form 18–A.

Section 11 of Pub. L. 102–198 (approved December 9, 1991, 105 Stat. 1626) amended Rule 15(c)(3) as transmitted to Congress by the Supreme Court to become effective on December 1, 1991; provided that Forms 1A and 1B included in the transmittal shall not

be effective; and provided that Form 18–A, abrogated by the Supreme Court in the transmittal, effective December 1, 1991, shall continue in effect on or after that date.

Additional amendments were adopted by the Court by order dated April 22, 1993, transmitted to Congress by the Chief Justice on the same day (507 U.S. 1089; Cong. Rec., vol. 139, pt. 6, p. 8127, Ex. Comm. 1102; H. Doc. 103–74), and became effective December 1, 1993. The amendments affected Rules 1, 4, 5, 11, 12, 15, 16, 26, 28, 29, 30, 31, 32, 33, 34, 36, 37, 38, 50, 52, 53, 54, 58, 71A, 72, 73, 74, 75, and 76, added new Rule 4.1, affected Forms 2, 33, 34, and 34A, added new Forms 1A, 1B, and 35, and abrogated Form 18–A.

Additional amendments were adopted by the Court by order dated April 27, 1995, transmitted to Congress by the Chief Justice on the same day (514 U.S. 1151; Cong. Rec., vol. 141, pt. 8, p. 11745, Ex. Comm. 804; H. Doc. 104–64), and became effective December 1, 1995. The amendments affected Rules 50, 52, 59, and 83.

Additional amendments were adopted by the Court by order dated April 23, 1996, transmitted to Congress by the Chief Justice on the same day (517 U.S. 1279; Cong. Rec., vol. 142, pt. 6, p. 8831, Ex. Comm. 2487; H. Doc. 104–201), and became effective December 1, 1996. The amendments affected Rules 5 and 43.

Additional amendments were adopted by the Court by order dated April 11, 1997, transmitted to Congress by the Chief Justice on the same day (520 U.S. 1305; Cong. Rec., vol. 143, pt. 4, p. 5551, Ex. Comm. 2795; H. Doc. 105–67), and became effective December 1, 1997. The amendments affected Rules 9 and 73, abrogated Rules 74, 75, and 76, and affected Forms 33 and 34.

An additional amendment was adopted by the Court by order dated April 24, 1998, transmitted to Congress by the Chief Justice on the same day (523 U.S. 1221; H. Doc. 105–266), and became effective December 1, 1998. The amendment affected Rule 23.

Additional amendments were adopted by the Court by order dated April 26, 1999, transmitted to Congress by the Chief Justice on the same day (526 U.S. 1183; Cong. Rec., vol. 145, pt. 6, p. 7907, Ex. Comm. 1787; H. Doc. 106–54), and became effective December 1, 1999. The amendments affected Rule 6 and Form 2.

Additional amendments were adopted by the Court by order dated April 17, 2000, transmitted to Congress by the Chief Justice on the same day (529 U.S. 1155; Cong. Rec., vol. 146, pt. 5, p. 6328, Ex. Comm. 7336; H. Doc. 106–228), and became effective December 1, 2000. The amendments affected Rules 4, 5, 12, 14, 26, 30, and 37 and Rules B, C, and E of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Additional amendments were adopted by the Court by order dated April 23, 2001, transmitted to Congress by the Chief Justice on the same day (532 U.S. 1085; Cong. Rec., vol. 147, pt. 5, p. 6126, Ex. Comm. 1575; H. Doc. 107–61), and became effective December 1, 2001. The amendments affected Rules 5, 6, 65, 77, 81, and 82.

Additional amendments were adopted by the Court by order dated April 29, 2002, transmitted to Congress by the Chief Justice on the same day (535 U.S. 1147; Cong. Rec., vol. 148, pt. 5, p. 6813, Ex. Comm. 6623; H. Doc. 107–204), and became effective December 1, 2002. The amendments affected Rules 54, 58, and 81 and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and added new Rule 7.1.

XII                         HISTORICAL NOTE

Additional amendments were adopted by the Court by order dated March 27, 2003, transmitted to Congress by the Chief Justice on the same day (538 U.S. 1083; Cong. Rec., vol. 149, pt. 6, p. 7689, Ex. Comm. 1493; H. Doc. 108–56), and became effective December 1, 2003. The amendments affected Rules 23, 51, 53, 54, and 71A and Forms 19, 31, and 32.

Additional amendments were adopted by the Court by order dated April 25, 2005, transmitted to Congress by the Chief Justice on the same day (544 U.S. 1173; Cong. Rec., vol. 151, pt. 7, p. 8784, Ex. Comm. 1906; H. Doc. 109–23), and became effective December 1, 2005. The amendments affected Rules 6, 27, and 45, and Rules B and C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Additional amendments were adopted by the Court by order dated April 12, 2006, transmitted to Congress by the Chief Justice on the same day (547 U.S. 1233; Cong. Rec., vol. 152, pt. 6, p. 7213, Ex. Comm. 7317; H. Doc. 109–105), and became effective December 1, 2006. The amendments affected Rules 5, 9, 14, 16, 24, 26, 33, 34, 37, 45, 50, and 65.1, added new Rule 5.1, affected Form 35, affected Rules A, C, and E of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and added new Rule G to such Supplemental Rules.

Additional amendments were adopted by the Court by order dated April 30, 2007, transmitted to Congress by the Chief Justice on the same day (550 U.S. 1003; Cong. Rec., vol. 153, pt. 8, p. 10612, Ex. Comm. 1377; H. Doc. 110–27), and became effective December 1, 2007. The amendments affected Rules 1 through 86 and added new Rule 5.2; Forms 1 through 35 were amended to become restyled Forms 1 through 82.

An additional amendment was adopted by the Court by order dated April 23, 2008, transmitted to Congress by the Chief Justice on the same day (553 U.S. 1149; Cong. Rec., vol. 154, pt. 8, p. 11078, Ex. Comm. 6881; H. Doc. 110–117), and became effective December 1, 2008. The amendment affected Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Additional amendments were adopted by the Court by order dated March 26, 2009, transmitted to Congress by the Chief Justice on March 25, 2009 (556 U.S. 1341; Cong. Rec., vol. 155, pt. 8, p. 10210, Ex. Comm. 1264; H. Doc. 111–29), and became effective December 1, 2009. The amendments affected Rules 6, 12, 13, 14, 15, 23, 27, 32, 38, 48, 50, 52, 53, 54, 55, 56, 59, 62, 65, 68, 71.1, 72, and 81, added new Rule 62.1, and affected Forms 3, 4, and 60, and Rules B, C, and G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Additional amendments were adopted by the Court by order dated April 28, 2010, transmitted to Congress by the Chief Justice on the same day (559 U.S. 1139; Cong. Rec., vol. 156, pt. 6, p. 8139, Ex. Comm. 7473; H. Doc. 111–111), and became effective December 1, 2010. The amendments affected Rules 8, 26, and 56, and Form 52.

Additional amendments were adopted by the Court by order dated April 16, 2013, transmitted to Congress by the Chief Justice on the same day (569 U.S. 1149; Cong. Rec., vol. 159, pt. 5, p. 6968, Ex. Comm. 1495; H. Doc. 113–29), and became effective December 1, 2013. The amendments affected Rules 37 and 45.

An additional amendment was adopted by the Court by order dated April 25, 2014, transmitted to Congress by the Chief Justice on the same day (572 U.S. 1217; Cong. Rec., vol. 160, pt. 11, p. 15506, Ex. Comm. 7579; H. Doc. 113–163), and became effective December 1, 2014. The amendment affected Rule 77.

Additional amendments were adopted by the Court by order dated April 29, 2015, transmitted to Congress by the Chief Justice on the same day (575 U.S. 1055; Cong. Rec., vol. 161, pt. 5, p. 6139, Ex. Comm. 1373; H. Doc. 114–33), and became effective December 1, 2015. The amendments affected Rules 1, 4, 16, 26, 30, 31, 33, 34, 37, and 55, abrogated Rule 84, and abrogated the Appendix of Forms (Forms 1 through 82).

Additional amendments were adopted by the Court by order dated April 28, 2016, transmitted to Congress by the Chief Justice on the same day (578 U.S. 1061; Cong. Rec., vol. 162, pt. 4, p. 5467, Ex. Comm. 5233; H. Doc. 114–128), and became effective December 1, 2016. The amendments affected Rules 4, 6, and 82.

An additional amendment was adopted by the Court by order dated April 27, 2017, transmitted to Congress by the Chief Justice on the same day (581 U.S. 1049; Cong. Rec., vol. 163, pt. 6, p. 7574, Ex. Comm. 1255; H. Doc. 115–33), and became effective December 1, 2017. The amendment affected Rule 4.

Additional amendments were adopted by the Court by order dated April 26, 2018, transmitted to Congress by the Chief Justice on the same day (584 U.S. 1077; Cong. Rec., vol. 164, p. H3927, Daily Issue, Ex. Comm. 4789; H. Doc. 115–119), and became effective December 1, 2018. The amendments affected Rules 5, 23, 62, and 65.1.

An additional amendment was adopted by the Court by order dated April 27, 2020, transmitted to Congress by the Chief Justice on the same day (590 U.S. 1033; Cong. Rec., vol. 166, p. H4223, Daily Issue, Ex. Comm. 4923; H. Doc. 116–145), and became effective December 1, 2020. The amendment affected Rule 30.

Additional amendments were adopted by the Court by order dated April 11, 2022, transmitted to Congress by the Chief Justice on the same day (596 U.S.——; Cong. Rec., vol. 168, p. H4442, Daily Issue, Ex. Comm. 3741; H. Doc. 117–110), and became effective December 1, 2022. The amendments affected Rule 7.1 and added Supplemental Rules for Social Security Review Actions Under 42 U.S.C. §405(g) (Rules 1 to 8).

Additional amendments were adopted by the Court by order dated April 24, 2023, transmitted to Congress by the Chief Justice on the same day (599 U.S.——; Cong. Rec., vol. 169, p. H1944, Daily Issue, Ex. Comm. 791; H. Doc. 118–30), and became effective December 1, 2023. The amendments affected Rules 6, 15, and 72, and added new Rule 87.

An additional amendment was adopted by the Court by order dated April 2, 2024, transmitted to Congress by the Chief Justice on the same day (602 U.S.——; Cong. Rec., vol. 170, p. H2134, Daily Issue, Ex. Comm. 3645; H. Doc. 118–125), and became effective December 1, 2024. The amendment affected Rule 12.

Additional amendments were adopted by the Court by order dated April 23, 2025, transmitted to Congress by the Chief Justice on the same day (604 U.S.——; Cong. Rec., vol. 171, p. H1622, Daily

Issue, Ex. Comm. 771; H. Doc. 119–44), and became effective December 1, 2025. The amendments affected Rules 16 and 26, and added new Rule 16.1.

**Committee Notes**

Committee Notes prepared by the Committee on Rules of Practice and Procedure and the Advisory Committee on the Federal Rules of Civil Procedure, Judicial Conference of the United States, explaining the purpose and intent of the amendments are set out in the Appendix to Title 28, United States Code, following the particular rule to which they relate. In addition, the rules and amendments, together with Committee Notes, are set out in the House documents listed above.

# TABLE OF CONTENTS

|  | Page |
|---|---|
| Foreword | III |
| Authority for promulgation of rules | V |
| Historical note | VII |

RULES

TITLE I. SCOPE OF RULES; FORM OF ACTION
| | |
|---|---|
| Rule 1. Scope and Purpose | 1 |
| Rule 2. One Form of Action | 1 |

TITLE II. COMMENCING AN ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS, AND ORDERS
| | |
|---|---|
| Rule 3. Commencing an Action | 1 |
| Rule 4. Summons | 1 |
| Rule 4.1. Serving Other Process | 8 |
| Rule 5. Serving and Filing Pleadings and Other Papers | 8 |
| Rule 5.1. Constitutional Challenge to a Statute—Notice, Certification, and Intervention | 11 |
| Rule 5.2. Privacy Protection For Filings Made with the Court | 11 |
| Rule 6. Computing and Extending Time; Time for Motion Papers | 12 |

TITLE III. PLEADINGS AND MOTIONS
| | |
|---|---|
| Rule 7. Pleadings Allowed; Form of Motions and Other Papers | 14 |
| Rule 7.1. Disclosure Statement | 14 |
| Rule 8. General Rules of Pleading | 15 |
| Rule 9. Pleading Special Matters | 16 |
| Rule 10. Form of Pleadings | 17 |
| Rule 11. Signing Pleadings, Motions, and Other Papers; Representations to the Court; Sanctions | 18 |
| Rule 12. Defenses and Objections: When and How Presented; Motion for Judgment on the Pleadings; Consolidating Motions; Waiving Defenses; Pretrial Hearing | 19 |
| Rule 13. Counterclaim and Crossclaim | 21 |
| Rule 14. Third-Party Practice | 22 |
| Rule 15. Amended and Supplemental Pleadings | 24 |
| Rule 16. Pretrial Conferences; Scheduling; Management | 25 |
| Rule 16.1. Multidistrict Litigation | 27 |

TITLE IV. PARTIES
| | |
|---|---|
| Rule 17. Plaintiff and Defendant; Capacity; Public Officers | 28 |
| Rule 18. Joinder of Claims | 30 |
| Rule 19. Required Joinder of Parties | 30 |
| Rule 20. Permissive Joinder of Parties | 31 |
| Rule 21. Misjoinder and Nonjoinder of Parties | 31 |
| Rule 22. Interpleader | 31 |
| Rule 23. Class Actions | 32 |
| Rule 23.1. Derivative Actions | 36 |
| Rule 23.2. Actions Relating to Unincorporated Associations | 37 |
| Rule 24. Intervention | 37 |
| Rule 25. Substitution of Parties | 38 |

TITLE V. DISCLOSURES AND DISCOVERY
| | |
|---|---|
| Rule 26. Duty to Disclose; General Provisions Governing Discovery | 39 |
| Rule 27. Depositions to Perpetuate Testimony | 47 |
| Rule 28. Persons Before Whom Depositions May Be Taken | 49 |
| Rule 29. Stipulations About Discovery Procedure | 49 |
| Rule 30. Depositions by Oral Examination | 50 |
| Rule 31. Depositions by Written Questions | 54 |
| Rule 32. Using Depositions in Court Proceedings | 55 |
| Rule 33. Interrogatories to Parties | 57 |

(XV)

XVI                                    CONTENTS

TITLE V. DISCLOSURES AND DISCOVERY—Continued                          Page
    Rule 34. Producing Documents, Electronically Stored Information, and
        Tangible Things, or Entering onto Land, for Inspection and Other
        Purposes ........................................................................................  58
    Rule 35. Physical and Mental Examinations ...............................................  59
    Rule 36. Requests for Admission ................................................................  60
    Rule 37. Failure to Make Disclosures or to Cooperate in Discovery;
        Sanctions ........................................................................................  61
TITLE VI. TRIALS
    Rule 38. Right to a Jury Trial; Demand .....................................................  65
    Rule 39. Trial by Jury or by the Court .......................................................  66
    Rule 40. Scheduling Cases for Trial ...........................................................  66
    Rule 41. Dismissal of Actions ....................................................................  66
    Rule 42. Consolidation; Separate Trials .....................................................  67
    Rule 43. Taking Testimony ........................................................................  67
    Rule 44. Proving an Official Record ............................................................  68
    Rule 44.1. Determining Foreign Law ..........................................................  69
    Rule 45. Subpoena ....................................................................................  69
    Rule 46. Objecting to a Ruling or Order .....................................................  73
    Rule 47. Selecting Jurors ..........................................................................  73
    Rule 48. Number of Jurors; Verdict; Polling ..............................................  73
    Rule 49. Special Verdict; General Verdict and Questions ...........................  74
    Rule 50. Judgment as a Matter of Law in a Jury Trial; Related Motion for
        a New Trial; Conditional Ruling ....................................................  75
    Rule 51. Instructions to the Jury; Objections; Preserving a Claim of Error ..  76
    Rule 52. Findings and Conclusions by the Court; Judgment on Partial
        Findings .........................................................................................  77
    Rule 53. Masters ......................................................................................  78
TITLE VII. JUDGMENT
    Rule 54. Judgment; Costs ..........................................................................  80
    Rule 55. Default; Default Judgment ...........................................................  81
    Rule 56. Summary Judgment .....................................................................  82
    Rule 57. Declaratory Judgment .................................................................  83
    Rule 58. Entering Judgment .....................................................................  83
    Rule 59. New Trial; Altering or Amending a Judgment ...............................  84
    Rule 60. Relief from a Judgment or Order .................................................  85
    Rule 61. Harmless Error ...........................................................................  86
    Rule 62. Stay of Proceedings to Enforce a Judgment .................................  86
    Rule 62.1. Indicative Ruling on a Motion for Relief That is Barred by a
        Pending Appeal ..............................................................................  87
    Rule 63. Judge's Inability to Proceed .........................................................  87
TITLE VIII. PROVISIONAL AND FINAL REMEDIES
    Rule 64. Seizing a Person or Property ........................................................  88
    Rule 65. Injunctions and Restraining Orders .............................................  88
    Rule 65.1. Proceedings Against a Security Provider ...................................  89
    Rule 66. Receivers ....................................................................................  90
    Rule 67. Deposit into Court .......................................................................  90
    Rule 68. Offer of Judgment .......................................................................  90
    Rule 69. Execution ...................................................................................  91
    Rule 70. Enforcing a Judgment for a Specific Act ......................................  91
    Rule 71. Enforcing Relief For or Against a Nonparty ..................................  92
TITLE IX. SPECIAL PROCEEDINGS
    Rule 71.1. Condemning Real or Personal Property .....................................  92
    Rule 72. Magistrate Judges: Pretrial Order ...............................................  96
    Rule 73. Magistrate Judges: Trial by Consent; Appeal ..............................  97
    Rule 74. [Abrogated.]
    Rule 75. [Abrogated.]
    Rule 76. [Abrogated.]
TITLE X. DISTRICT COURTS AND CLERKS: CONDUCTING BUSINESS;
  ISSUING ORDERS
    Rule 77. Conducting Business; Clerk's Authority; Notice of an Order or
        Judgment .......................................................................................  98
    Rule 78. Hearing Motions; Submission on Briefs ........................................  98
    Rule 79. Records Kept by the Clerk ...........................................................  99
    Rule 80. Stenographic Transcript as Evidence ...........................................  99
TITLE XI. GENERAL PROVISIONS
    Rule 81. Applicability of the Rules in General; Removed Actions ................  100
    Rule 82. Jurisdiction and Venue Unaffected ..............................................  101
    Rule 83. Rules by District Courts; Judge's Directives .................................  101

CONTENTS                                                XVII

TITLE XI. GENERAL PROVISIONS—Continued                    Page
   Rule 84. [Abrogated.]
     Rule 85. Title  ................................................................................    102
     Rule 86. Effective Dates  .................................................................    102
     Rule 87. Civil Rules Emergency  ....................................................    103

APPENDIX OF FORMS

[Abrogated.]

SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS
AND ASSET FORFEITURE ACTIONS

Rule A. Scope of Rules  ...........................................................................    106
Rule B. In Personam Actions: Attachment and Garnishment  ............................    106
Rule C. In Rem Actions: Special Provisions  .......................................................    107
Rule D. Possessory, Petitory, and Partition Actions  ..........................................    109
Rule E. Actions in Rem and Quasi in Rem: General Provisions  .........................    110
Rule F. Limitation of Liability  ...........................................................................    113
Rule G. Forfeiture Actions In Rem  .....................................................................    116

SUPPLEMENTAL RULES FOR SOCIAL SECURITY ACTIONS UNDER 42
U.S.C. § 405(g)

Rule 1. Review of Social Security Decisions Under 42 U.S.C. § 405(g)  ...................    121
Rule 2. Complaint  ................................................................................................    122
Rule 3. Service  ....................................................................................................    122
Rule 4. Answer; Motions; Time  ...........................................................................    122
Rule 5. Presenting the Action for Decision  .........................................................    122
Rule 6. Plaintiff's Brief  .......................................................................................    123
Rule 7. Commissioner's Brief  ..............................................................................    123
Rule 8. Reply Brief  ..............................................................................................    123

# RULES OF CIVIL PROCEDURE

## FOR THE

## UNITED STATES DISTRICT COURTS[1]

**Effective September 16, 1938, as amended to December 1, 2025**

TITLE I. SCOPE OF RULES; FORM OF ACTION

### Rule 1. Scope and Purpose

These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.

(As amended Dec. 29, 1948, eff. Oct. 20, 1949; Feb. 28, 1966, eff. July 1, 1966; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 29, 2015, eff. Dec. 1, 2015.)

### Rule 2. One Form of Action

There is one form of action—the civil action.

(As amended Apr. 30, 2007, eff. Dec. 1, 2007.)

TITLE II. COMMENCING AN ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS, AND ORDERS

### Rule 3. Commencing an Action

A civil action is commenced by filing a complaint with the court.

(As amended Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 4. Summons

(a) CONTENTS; AMENDMENTS.
    (1) *Contents.* A summons must:
        (A) name the court and the parties;
        (B) be directed to the defendant;
        (C) state the name and address of the plaintiff's attorney or—if unrepresented—of the plaintiff;
        (D) state the time within which the defendant must appear and defend;
        (E) notify the defendant that a failure to appear and defend will result in a default judgment against the defendant for the relief demanded in the complaint;
        (F) be signed by the clerk; and
        (G) bear the court's seal.

---

[1] Title amended December 29, 1948, effective October 20, 1949.

**Rule 4**     FEDERAL RULES OF CIVIL PROCEDURE          2

(2) *Amendments*. The court may permit a summons to be amended.

(b) ISSUANCE. On or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant. A summons—or a copy of a summons that is addressed to multiple defendants—must be issued for each defendant to be served.

(c) SERVICE.

(1) *In General*. A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.

(2) *By Whom*. Any person who is at least 18 years old and not a party may serve a summons and complaint.

(3) *By a Marshal or Someone Specially Appointed*. At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916.

(d) WAIVING SERVICE.

(1) *Requesting a Waiver*. An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons. The plaintiff may notify such a defendant that an action has been commenced and request that the defendant waive service of a summons. The notice and request must:

(A) be in writing and be addressed:

(i) to the individual defendant; or

(ii) for a defendant subject to service under Rule 4(h), to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process;

(B) name the court where the complaint was filed;

(C) be accompanied by a copy of the complaint, 2 copies of the waiver form appended to this Rule 4, and a prepaid means for returning the form;

(D) inform the defendant, using the form appended to this Rule 4, of the consequences of waiving and not waiving service;

(E) state the date when the request is sent;

(F) give the defendant a reasonable time of at least 30 days after the request was sent—or at least 60 days if sent to the defendant outside any judicial district of the United States—to return the waiver; and

(G) be sent by first-class mail or other reliable means.

(2) *Failure to Waive*. If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:

(A) the expenses later incurred in making service; and

(B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

3                    FEDERAL RULES OF CIVIL PROCEDURE          **Rule 4**

(3) *Time to Answer After a Waiver*. A defendant who, before being served with process, timely returns a waiver need not serve an answer to the complaint until 60 days after the request was sent—or until 90 days after it was sent to the defendant outside any judicial district of the United States.

(4) *Results of Filing a Waiver*. When the plaintiff files a waiver, proof of service is not required and these rules apply as if a summons and complaint had been served at the time of filing the waiver.

(5) *Jurisdiction and Venue Not Waived*. Waiving service of a summons does not waive any objection to personal jurisdiction or to venue.

(e) SERVING AN INDIVIDUAL WITHIN A JUDICIAL DISTRICT OF THE UNITED STATES. Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by:

(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or

(2) doing any of the following:

(A) delivering a copy of the summons and of the complaint to the individual personally;

(B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

(f) SERVING AN INDIVIDUAL IN A FOREIGN COUNTRY. Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served at a place not within any judicial district of the United States:

(1) by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents;

(2) if there is no internationally agreed means, or if an international agreement allows but does not specify other means, by a method that is reasonably calculated to give notice:

(A) as prescribed by the foreign country's law for service in that country in an action in its courts of general jurisdiction;

(B) as the foreign authority directs in response to a letter rogatory or letter of request; or

(C) unless prohibited by the foreign country's law, by:

(i) delivering a copy of the summons and of the complaint to the individual personally; or

(ii) using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt; or

(3) by other means not prohibited by international agreement, as the court orders.

(g) SERVING A MINOR OR AN INCOMPETENT PERSON. A minor or an incompetent person in a judicial district of the United States

**Rule 4**          FEDERAL RULES OF CIVIL PROCEDURE          4

must be served by following state law for serving a summons or like process on such a defendant in an action brought in the courts of general jurisdiction of the state where service is made. A minor or an incompetent person who is not within any judicial district of the United States must be served in the manner prescribed by Rule 4(f)(2)(A), (f)(2)(B), or (f)(3).

(h) SERVING A CORPORATION, PARTNERSHIP, OR ASSOCIATION. Unless federal law provides otherwise or the defendant's waiver has been filed, a domestic or foreign corporation, or a partnership or other unincorporated association that is subject to suit under a common name, must be served:

(1) in a judicial district of the United States:

(A) in the manner prescribed by Rule 4(e)(1) for serving an individual; or

(B) by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and—if the agent is one authorized by statute and the statute so requires—by also mailing a copy of each to the defendant; or

(2) at a place not within any judicial district of the United States, in any manner prescribed by Rule 4(f) for serving an individual, except personal delivery under (f)(2)(C)(i).

(i) SERVING THE UNITED STATES AND ITS AGENCIES, CORPORATIONS, OFFICERS, OR EMPLOYEES.

(1) *United States.* To serve the United States, a party must:

(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

(2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

(3) *Officer or Employee Sued Individually.* To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

(4) *Extending Time.* The court must allow a party a reasonable time to cure its failure to:

(A) serve a person required to be served under Rule 4(i)(2), if the party has served either the United States attorney or the Attorney General of the United States; or

(B) serve the United States under Rule 4(i)(3), if the party has served the United States officer or employee.

(j) SERVING A FOREIGN, STATE, OR LOCAL GOVERNMENT.

(1) *Foreign State.* A foreign state or its political subdivision, agency, or instrumentality must be served in accordance with 28 U.S.C. § 1608.

(2) *State or Local Government.* A state, a municipal corporation, or any other state-created governmental organization that is subject to suit must be served by:

(A) delivering a copy of the summons and of the complaint to its chief executive officer; or

(B) serving a copy of each in the manner prescribed by that state's law for serving a summons or like process on such a defendant.

(k) TERRITORIAL LIMITS OF EFFECTIVE SERVICE.

(1) *In General.* Serving a summons or filing a waiver of service establishes personal jurisdiction over a defendant:

(A) who is subject to the jurisdiction of a court of general jurisdiction in the state where the district court is located;

(B) who is a party joined under Rule 14 or 19 and is served within a judicial district of the United States and not more than 100 miles from where the summons was issued; or

(C) when authorized by a federal statute.

(2) *Federal Claim Outside State-Court Jurisdiction.* For a claim that arises under federal law, serving a summons or filing a waiver of service establishes personal jurisdiction over a defendant if:

(A) the defendant is not subject to jurisdiction in any state's courts of general jurisdiction; and

(B) exercising jurisdiction is consistent with the United States Constitution and laws.

(*l*) PROVING SERVICE.

(1) *Affidavit Required.* Unless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit.

(2) *Service Outside the United States.* Service not within any judicial district of the United States must be proved as follows:

(A) if made under Rule 4(f)(1), as provided in the applicable treaty or convention; or

(B) if made under Rule 4(f)(2) or (f)(3), by a receipt signed by the addressee, or by other evidence satisfying the court that the summons and complaint were delivered to the addressee.

(3) *Validity of Service; Amending Proof.* Failure to prove service does not affect the validity of service. The court may permit proof of service to be amended.

(m) TIME LIMIT FOR SERVICE. If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its

own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

(n) ASSERTING JURISDICTION OVER PROPERTY OR ASSETS.

(1) *Federal Law.* The court may assert jurisdiction over property if authorized by a federal statute. Notice to claimants of the property must be given as provided in the statute or by serving a summons under this rule.

(2) *State Law.* On a showing that personal jurisdiction over a defendant cannot be obtained in the district where the action is brought by reasonable efforts to serve a summons under this rule, the court may assert jurisdiction over the defendant's assets found in the district. Jurisdiction is acquired by seizing the assets under the circumstances and in the manner provided by state law in that district.

(As amended Jan. 21, 1963, eff. July 1, 1963; Feb. 28, 1966, eff. July 1, 1966; Apr. 29, 1980, eff. Aug. 1, 1980; Pub. L. 97–462, §2, Jan. 12, 1983, 96 Stat. 2527, eff. Feb. 26, 1983; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 29, 2015, eff. Dec. 1, 2015; Apr. 28, 2016, eff. Dec. 1, 2016; Apr. 27, 2017, eff. Dec. 1, 2017.)

RULE 4 NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS.

(Caption)

To (*name the defendant or—if the defendant is a corporation, partnership, or association—name an officer or agent authorized to receive service*):

WHY ARE YOU GETTING THIS?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within (*give at least 30 days or at least 60 days if the defendant is outside any judicial district of the United States*) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

WHAT HAPPENS NEXT?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

7          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 4**

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:_____

_____
(Signature of the attorney
or unrepresented party)

_____
(Printed name)

_____
(Address)

_____
(E-mail address)

_____
(Telephone number)

RULE 4 WAIVER OF THE SERVICE OF SUMMONS.

(Caption)

To (*name the plaintiff's attorney or the unrepresented plaintiff*):

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:_____

_____
(Signature of the attorney
or unrepresented party)

_____
(Printed name)

_____
(Address)

_____
(E-mail address)

_____
(Telephone number)

(Attach the following)

DUTY TO AVOID UNNECESSARY EXPENSES
OF SERVING A SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

''Good cause'' does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

## Rule 4.1. Serving Other Process

(a) IN GENERAL. Process—other than a summons under Rule 4 or a subpoena under Rule 45—must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose. It may be served anywhere within the territorial limits of the state where the district court is located and, if authorized by a federal statute, beyond those limits. Proof of service must be made under Rule 4(*l*).

(b) ENFORCING ORDERS: COMMITTING FOR CIVIL CONTEMPT. An order committing a person for civil contempt of a decree or injunction issued to enforce federal law may be served and enforced in any district. Any other order in a civil-contempt proceeding may be served only in the state where the issuing court is located or elsewhere in the United States within 100 miles from where the order was issued.

(As added Apr. 22, 1993, eff. Dec. 1, 1993; amended Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 5. Serving and Filing Pleadings and Other Papers

(a) SERVICE: WHEN REQUIRED.

(1) *In General*. Unless these rules provide otherwise, each of the following papers must be served on every party:

(A) an order stating that service is required;

(B) a pleading filed after the original complaint, unless the court orders otherwise under Rule 5(c) because there are numerous defendants;

(C) a discovery paper required to be served on a party, unless the court orders otherwise;

(D) a written motion, except one that may be heard ex parte; and

(E) a written notice, appearance, demand, or offer of judgment, or any similar paper.

(2) *If a Party Fails to Appear*. No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such a party must be served on that party under Rule 4.

(3) *Seizing Property*. If an action is begun by seizing property and no person is or need be named as a defendant, any service required before the filing of an appearance, answer, or claim must be made on the person who had custody or possession of the property when it was seized.

(b) SERVICE: HOW MADE.

(1) *Serving an Attorney*. If a party is represented by an attorney, service under this rule must be made on the attorney unless the court orders service on the party.

(2) *Service in General*. A paper is served under this rule by:

(A) handing it to the person;

(B) leaving it:

(i) at the person's office with a clerk or other person in charge or, if no one is in charge, in a conspicuous place in the office; or

(ii) if the person has no office or the office is closed, at the person's dwelling or usual place of abode with someone of suitable age and discretion who resides there;

(C) mailing it to the person's last known address—in which event service is complete upon mailing;

(D) leaving it with the court clerk if the person has no known address;

(E) sending it to a registered user by filing it with the court's electronic-filing system or sending it by other electronic means that the person consented to in writing—in either of which events service is complete upon filing or sending, but is not effective if the filer or sender learns that it did not reach the person to be served; or

(F) delivering it by any other means that the person consented to in writing—in which event service is complete when the person making service delivers it to the agency designated to make delivery.

(3) *Using Court Facilities*. [Abrogated (Apr. 26, 2018, eff. Dec. 1, 2018.)]

(c) SERVING NUMEROUS DEFENDANTS.

(1) *In General*. If an action involves an unusually large number of defendants, the court may, on motion or on its own, order that:

(A) defendants' pleadings and replies to them need not be served on other defendants;

(B) any crossclaim, counterclaim, avoidance, or affirmative defense in those pleadings and replies to them will be treated as denied or avoided by all other parties; and

(C) filing any such pleading and serving it on the plaintiff constitutes notice of the pleading to all parties.

(2) *Notifying Parties*. A copy of every such order must be served on the parties as the court directs.

**Rule 5**        FEDERAL RULES OF CIVIL PROCEDURE        10

(d) FILING.

(1) *Required Filings; Certificate of Service.*

(A) *Papers after the Complaint.* Any paper after the complaint that is required to be served must be filed no later than a reasonable time after service. But disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission.

(B) *Certificate of Service.* No certificate of service is required when a paper is served by filing it with the court's electronic-filing system. When a paper that is required to be served is served by other means:

(i) if the paper is filed, a certificate of service must be filed with it or within a reasonable time after service; and

(ii) if the paper is not filed, a certificate of service need not be filed unless filing is required by court order or by local rule.

(2) *Nonelectronic Filing.* A paper not filed electronically is filed by delivering it:

(A) to the clerk; or

(B) to a judge who agrees to accept it for filing, and who must then note the filing date on the paper and promptly send it to the clerk.

(3) *Electronic Filing and Signing.*

(A) *By a Represented Person—Generally Required; Exceptions.* A person represented by an attorney must file electronically, unless nonelectronic filing is allowed by the court for good cause or is allowed or required by local rule.

(B) *By an Unrepresented Person—When Allowed or Required.* A person not represented by an attorney:

(i) may file electronically only if allowed by court order or by local rule; and

(ii) may be required to file electronically only by court order, or by a local rule that includes reasonable exceptions.

(C) *Signing.* A filing made through a person's electronic-filing account and authorized by that person, together with that person's name on a signature block, constitutes the person's signature.

(D) *Same as a Written Paper.* A paper filed electronically is a written paper for purposes of these rules.

(4) *Acceptance by the Clerk.* The clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice.

(As amended Jan. 21, 1963, eff. July 1, 1963; Mar. 30, 1970, eff. July 1, 1970; Apr. 29, 1980, eff. Aug. 1, 1980; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 23, 1996, eff. Dec. 1, 1996; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 23, 2001, eff. Dec. 1, 2001; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 26, 2018, eff. Dec. 1, 2018.)

11          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 5.2**

**Rule 5.1. Constitutional Challenge to a Statute—Notice, Certification, and Intervention**

(a) NOTICE BY A PARTY. A party that files a pleading, written motion, or other paper drawing into question the constitutionality of a federal or state statute must promptly:

(1) file a notice of constitutional question stating the question and identifying the paper that raises it, if:

(A) a federal statute is questioned and the parties do not include the United States, one of its agencies, or one of its officers or employees in an official capacity; or

(B) a state statute is questioned and the parties do not include the state, one of its agencies, or one of its officers or employees in an official capacity; and

(2) serve the notice and paper on the Attorney General of the United States if a federal statute is questioned—or on the state attorney general if a state statute is questioned—either by certified or registered mail or by sending it to an electronic address designated by the attorney general for this purpose.

(b) CERTIFICATION BY THE COURT. The court must, under 28 U.S.C. § 2403, certify to the appropriate attorney general that a statute has been questioned.

(c) INTERVENTION; FINAL DECISION ON THE MERITS. Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier. Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional.

(d) NO FORFEITURE. A party's failure to file and serve the notice, or the court's failure to certify, does not forfeit a constitutional claim or defense that is otherwise timely asserted.

(As added Apr. 12, 2006, eff. Dec. 1, 2006; amended Apr. 30, 2007, eff. Dec. 1, 2007.)

**Rule 5.2. Privacy Protection For Filings Made with the Court**

(a) REDACTED FILINGS. Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:

(1) the last four digits of the social-security number and taxpayer-identification number;

(2) the year of the individual's birth;

(3) the minor's initials; and

(4) the last four digits of the financial-account number.

(b) EXEMPTIONS FROM THE REDACTION REQUIREMENT. The redaction requirement does not apply to the following:

(1) a financial-account number that identifies the property allegedly subject to forfeiture in a forfeiture proceeding;

(2) the record of an administrative or agency proceeding;

(3) the official record of a state-court proceeding;

(4) the record of a court or tribunal, if that record was not subject to the redaction requirement when originally filed;

(5) a filing covered by Rule 5.2(c) or (d); and

**Rule 6**       FEDERAL RULES OF CIVIL PROCEDURE       12

(6) a pro se filing in an action brought under 28 U.S.C. §§ 2241, 2254, or 2255.

(c) LIMITATIONS ON REMOTE ACCESS TO ELECTRONIC FILES; SOCIAL-SECURITY APPEALS AND IMMIGRATION CASES. Unless the court orders otherwise, in an action for benefits under the Social Security Act, and in an action or proceeding relating to an order of removal, to relief from removal, or to immigration benefits or detention, access to an electronic file is authorized as follows:

(1) the parties and their attorneys may have remote electronic access to any part of the case file, including the administrative record;

(2) any other person may have electronic access to the full record at the courthouse, but may have remote electronic access only to:

(A) the docket maintained by the court; and

(B) an opinion, order, judgment, or other disposition of the court, but not any other part of the case file or the administrative record.

(d) FILINGS MADE UNDER SEAL. The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record.

(e) PROTECTIVE ORDERS. For good cause, the court may by order in a case:

(1) require redaction of additional information; or

(2) limit or prohibit a nonparty's remote electronic access to a document filed with the court.

(f) OPTION FOR ADDITIONAL UNREDACTED FILING UNDER SEAL. A person making a redacted filing may also file an unredacted copy under seal. The court must retain the unredacted copy as part of the record.

(g) OPTION FOR FILING A REFERENCE LIST. A filing that contains redacted information may be filed together with a reference list that identifies each item of redacted information and specifies an appropriate identifier that uniquely corresponds to each item listed. The list must be filed under seal and may be amended as of right. Any reference in the case to a listed identifier will be construed to refer to the corresponding item of information.

(h) WAIVER OF PROTECTION OF IDENTIFIERS. A person waives the protection of Rule 5.2(a) as to the person's own information by filing it without redaction and not under seal.

(As added Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 6. Computing and Extending Time; Time for Motion Papers

(a) COMPUTING TIME. The following rules apply in computing any time period specified in these rules, in any local rule or court order, or in any statute that does not specify a method of computing time.

(1) *Period Stated in Days or a Longer Unit*. When the period is stated in days or a longer unit of time:

(A) exclude the day of the event that triggers the period;

(B) count every day, including intermediate Saturdays, Sundays, and legal holidays; and

(C) include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

(2) *Period Stated in Hours*. When the period is stated in hours:

(A) begin counting immediately on the occurrence of the event that triggers the period;

(B) count every hour, including hours during intermediate Saturdays, Sundays, and legal holidays; and

(C) if the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday.

(3) *Inaccessibility of the Clerk's Office*. Unless the court orders otherwise, if the clerk's office is inaccessible:

(A) on the last day for filing under Rule 6(a)(1), then the time for filing is extended to the first accessible day that is not a Saturday, Sunday, or legal holiday; or

(B) during the last hour for filing under Rule 6(a)(2), then the time for filing is extended to the same time on the first accessible day that is not a Saturday, Sunday, or legal holiday.

(4) *''Last Day'' Defined*. Unless a different time is set by a statute, local rule, or court order, the last day ends:

(A) for electronic filing, at midnight in the court's time zone; and

(B) for filing by other means, when the clerk's office is scheduled to close.

(5) *''Next Day'' Defined*. The ''next day'' is determined by continuing to count forward when the period is measured after an event and backward when measured before an event.

(6) *''Legal Holiday'' Defined*. ''Legal holiday'' means:

(A) the day set aside by statute for observing New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Juneteenth National Independence Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, or Christmas Day;

(B) any day declared a holiday by the President or Congress; and

(C) for periods that are measured after an event, any other day declared a holiday by the state where the district court is located.

(b) EXTENDING TIME.

(1) *In General*. When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

(2) *Exceptions*. A court must not extend the time to act under Rules 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b).

(c) MOTIONS, NOTICES OF HEARING, AND AFFIDAVITS.

(1) *In General*. A written motion and notice of the hearing must be served at least 14 days before the time specified for the hearing, with the following exceptions:

(A) when the motion may be heard ex parte;

(B) when these rules set a different time; or

(C) when a court order—which a party may, for good cause, apply for ex parte—sets a different time.

(2) *Supporting Affidavit.* Any affidavit supporting a motion must be served with the motion. Except as Rule 59(c) provides otherwise, any opposing affidavit must be served at least 7 days before the hearing, unless the court permits service at another time.

(d) ADDITIONAL TIME AFTER CERTAIN KINDS OF SERVICE. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Jan. 21, 1963, eff. July 1, 1963; Feb. 28, 1966, eff. July 1, 1966; Dec. 4, 1967, eff. July 1, 1968; Mar. 1, 1971, eff. July 1, 1971; Apr. 28, 1983, eff. Aug. 1, 1983; Apr. 29, 1985, eff. Aug. 1, 1985; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 26, 1999, eff. Dec. 1, 1999; Apr. 23, 2001, eff. Dec. 1, 2001; Apr. 25, 2005, eff. Dec. 1, 2005; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009; Apr. 28, 2016, eff. Dec. 1, 2016; Apr. 24, 2023, eff. Dec. 1, 2023.)

## TITLE III. PLEADINGS AND MOTIONS

### Rule 7. Pleadings Allowed; Form of Motions and Other Papers

(a) PLEADINGS. Only these pleadings are allowed:

(1) a complaint;

(2) an answer to a complaint;

(3) an answer to a counterclaim designated as a counterclaim;

(4) an answer to a crossclaim;

(5) a third-party complaint;

(6) an answer to a third-party complaint; and

(7) if the court orders one, a reply to an answer.

(b) MOTIONS AND OTHER PAPERS.

(1) *In General.* A request for a court order must be made by motion. The motion must:

(A) be in writing unless made during a hearing or trial;

(B) state with particularity the grounds for seeking the order; and

(C) state the relief sought.

(2) *Form.* The rules governing captions and other matters of form in pleadings apply to motions and other papers.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Jan. 21, 1963, eff. July 1, 1963; Apr. 28, 1983, eff. Aug. 1, 1983; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 7.1. Disclosure Statement

(a) WHO MUST FILE; CONTENTS.

(1) *Nongovernmental Corporations.* A nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that:

(A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

(B) states that there is no such corporation.

(2) *Parties or Intervenors in a Diversity Case.* In an action in which jurisdiction is based on diversity under 28 U.S.C. §1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor:

(A) when the action is filed in or removed to federal court, and

(B) when any later event occurs that could affect the court's jurisdiction under §1332(a).

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party, intervenor, or proposed intervenor must:

(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

(2) promptly file a supplemental statement if any required information changes.

(As added Apr. 29, 2002, eff. Dec. 1, 2002; amended Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 11, 2022, eff. Dec. 1, 2022.)

### Rule 8. General Rules of Pleading

(a) CLAIM FOR RELIEF. A pleading that states a claim for relief must contain:

(1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;

(2) a short and plain statement of the claim showing that the pleader is entitled to relief; and

(3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

(b) DEFENSES; ADMISSIONS AND DENIALS.

(1) *In General.* In responding to a pleading, a party must:

(A) state in short and plain terms its defenses to each claim asserted against it; and

(B) admit or deny the allegations asserted against it by an opposing party.

(2) *Denials—Responding to the Substance.* A denial must fairly respond to the substance of the allegation.

(3) *General and Specific Denials.* A party that intends in good faith to deny all the allegations of a pleading—including the jurisdictional grounds—may do so by a general denial. A party that does not intend to deny all the allegations must either specifically deny designated allegations or generally deny all except those specifically admitted.

(4) *Denying Part of an Allegation.* A party that intends in good faith to deny only part of an allegation must admit the part that is true and deny the rest.

(5) *Lacking Knowledge or Information.* A party that lacks knowledge or information sufficient to form a belief about the truth of an allegation must so state, and the statement has the effect of a denial.

(6) *Effect of Failing to Deny.* An allegation—other than one relating to the amount of damages—is admitted if a responsive

**Rule 9**                FEDERAL RULES OF CIVIL PROCEDURE                16

pleading is required and the allegation is not denied. If a responsive pleading is not required, an allegation is considered denied or avoided.

(c) AFFIRMATIVE DEFENSES.

(1) *In General.* In responding to a pleading, a party must affirmatively state any avoidance or affirmative defense, including:

- accord and satisfaction;
- arbitration and award;
- assumption of risk;
- contributory negligence;
- duress;
- estoppel;
- failure of consideration;
- fraud;
- illegality;
- injury by fellow servant;
- laches;
- license;
- payment;
- release;
- res judicata;
- statute of frauds;
- statute of limitations; and
- waiver.

(2) *Mistaken Designation.* If a party mistakenly designates a defense as a counterclaim, or a counterclaim as a defense, the court must, if justice requires, treat the pleading as though it were correctly designated, and may impose terms for doing so.

(d) PLEADING TO BE CONCISE AND DIRECT; ALTERNATIVE STATEMENTS; INCONSISTENCY.

(1) *In General.* Each allegation must be simple, concise, and direct. No technical form is required.

(2) *Alternative Statements of a Claim or Defense.* A party may set out 2 or more statements of a claim or defense alternatively or hypothetically, either in a single count or defense or in separate ones. If a party makes alternative statements, the pleading is sufficient if any one of them is sufficient.

(3) *Inconsistent Claims or Defenses.* A party may state as many separate claims or defenses as it has, regardless of consistency.

(e) CONSTRUING PLEADINGS. Pleadings must be construed so as to do justice.

(As amended Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 28, 2010, eff. Dec. 1, 2010.)

**Rule 9. Pleading Special Matters**

(a) CAPACITY OR AUTHORITY TO SUE; LEGAL EXISTENCE.

(1) *In General.* Except when required to show that the court has jurisdiction, a pleading need not allege:

(A) a party's capacity to sue or be sued;

(B) a party's authority to sue or be sued in a representative capacity; or

(C) the legal existence of an organized association of persons that is made a party.

(2) *Raising Those Issues*. To raise any of those issues, a party must do so by a specific denial, which must state any supporting facts that are peculiarly within the party's knowledge.

(b) FRAUD OR MISTAKE; CONDITIONS OF MIND. In alleging fraud or mistake, a party must state with particularity the circumstances constituting fraud or mistake. Malice, intent, knowledge, and other conditions of a person's mind may be alleged generally.

(c) CONDITIONS PRECEDENT. In pleading conditions precedent, it suffices to allege generally that all conditions precedent have occurred or been performed. But when denying that a condition precedent has occurred or been performed, a party must do so with particularity.

(d) OFFICIAL DOCUMENT OR ACT. In pleading an official document or official act, it suffices to allege that the document was legally issued or the act legally done.

(e) JUDGMENT. In pleading a judgment or decision of a domestic or foreign court, a judicial or quasi-judicial tribunal, or a board or officer, it suffices to plead the judgment or decision without showing jurisdiction to render it.

(f) TIME AND PLACE. An allegation of time or place is material when testing the sufficiency of a pleading.

(g) SPECIAL DAMAGES. If an item of special damage is claimed, it must be specifically stated.

(h) ADMIRALTY OR MARITIME CLAIM.

(1) *How Designated*. If a claim for relief is within the admiralty or maritime jurisdiction and also within the court's subject-matter jurisdiction on some other ground, the pleading may designate the claim as an admiralty or maritime claim for purposes of Rules 14(c), 38(e), and 82 and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A claim cognizable only in the admiralty or maritime jurisdiction is an admiralty or maritime claim for those purposes, whether or not so designated.

(2) *Designation for Appeal*. A case that includes an admiralty or maritime claim within this subdivision (h) is an admiralty case within 28 U.S.C. § 1292(a)(3).

(As amended Feb. 28, 1966, eff. July 1, 1966; Dec. 4, 1967, eff. July 1, 1968; Mar. 30, 1970, eff. July 1, 1970; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 11, 1997, eff. Dec. 1, 1997; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007.)

**Rule 10. Form of Pleadings**

(a) CAPTION; NAMES OF PARTIES. Every pleading must have a caption with the court's name, a title, a file number, and a Rule 7(a) designation. The title of the complaint must name all the parties; the title of other pleadings, after naming the first party on each side, may refer generally to other parties.

(b) PARAGRAPHS; SEPARATE STATEMENTS. A party must state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances. A later pleading may refer by number to a paragraph in an earlier pleading. If doing so would promote clarity, each claim founded on a separate transaction or occurrence—and each defense other than a denial—must be stated in a separate count or defense.

**Rule 11**         FEDERAL RULES OF CIVIL PROCEDURE         18

(c) ADOPTION BY REFERENCE; EXHIBITS. A statement in a pleading may be adopted by reference elsewhere in the same pleading or in any other pleading or motion. A copy of a written instrument that is an exhibit to a pleading is a part of the pleading for all purposes.

(As amended Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 11. Signing Pleadings, Motions, and Other Papers; Representations to the Court; Sanctions

(a) SIGNATURE. Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.

(b) REPRESENTATIONS TO THE COURT. By presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it—an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

(c) SANCTIONS.

(1) *In General*. If, after notice and a reasonable opportunity to respond, the court determines that Rule 11(b) has been violated, the court may impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is responsible for the violation. Absent exceptional circumstances, a law firm must be held jointly responsible for a violation committed by its partner, associate, or employee.

(2) *Motion for Sanctions*. A motion for sanctions must be made separately from any other motion and must describe the specific conduct that allegedly violates Rule 11(b). The motion must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets. If warranted, the court may award to the prevailing

party the reasonable expenses, including attorney's fees, incurred for the motion.

(3) *On the Court's Initiative.* On its own, the court may order an attorney, law firm, or party to show cause why conduct specifically described in the order has not violated Rule 11(b).

(4) *Nature of a Sanction.* A sanction imposed under this rule must be limited to what suffices to deter repetition of the conduct or comparable conduct by others similarly situated. The sanction may include nonmonetary directives; an order to pay a penalty into court; or, if imposed on motion and warranted for effective deterrence, an order directing payment to the movant of part or all of the reasonable attorney's fees and other expenses directly resulting from the violation.

(5) *Limitations on Monetary Sanctions.* The court must not impose a monetary sanction:

(A) against a represented party for violating Rule 11(b)(2); or

(B) on its own, unless it issued the show-cause order under Rule 11(c)(3) before voluntary dismissal or settlement of the claims made by or against the party that is, or whose attorneys are, to be sanctioned.

(6) *Requirements for an Order.* An order imposing a sanction must describe the sanctioned conduct and explain the basis for the sanction.

(d) INAPPLICABILITY TO DISCOVERY. This rule does not apply to disclosures and discovery requests, responses, objections, and motions under Rules 26 through 37.

(As amended Apr. 28, 1983, eff. Aug. 1, 1983; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 12. Defenses and Objections: When and How Presented; Motion for Judgment on the Pleadings; Consolidating Motions; Waiving Defenses; Pretrial Hearing

(a) TIME TO SERVE A RESPONSIVE PLEADING. Unless another time is specified by a federal statute, the time for serving a responsive pleading is as follows:

(1) *In General.*

(A) A defendant must serve an answer:

(i) within 21 days after being served with the summons and complaint; or

(ii) if it has timely waived service under Rule 4(d), within 60 days after the request for a waiver was sent, or within 90 days after it was sent to the defendant outside any judicial district of the United States.

(B) A party must serve an answer to a counterclaim or crossclaim within 21 days after being served with the pleading that states the counterclaim or crossclaim.

(C) A party must serve a reply to an answer within 21 days after being served with an order to reply, unless the order specifies a different time.

(2) *United States and Its Agencies, Officers, or Employees Sued in an Official Capacity.* The United States, a United States agency, or a United States officer or employee sued only in an

**Rule 12**  FEDERAL RULES OF CIVIL PROCEDURE  20

official capacity must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the United States attorney.

(3) *United States Officers or Employees Sued in an Individual Capacity.* A United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the officer or employee or service on the United States attorney, whichever is later.

(4) *Effect of a Motion.* Unless the court sets a different time, serving a motion under this rule alters these periods as follows:

(A) if the court denies the motion or postpones its disposition until trial, the responsive pleading must be served within 14 days after notice of the court's action; or

(B) if the court grants a motion for a more definite statement, the responsive pleading must be served within 14 days after the more definite statement is served.

(b) HOW TO PRESENT DEFENSES. Every defense to a claim for relief in any pleading must be asserted in the responsive pleading if one is required. But a party may assert the following defenses by motion:

(1) lack of subject-matter jurisdiction;

(2) lack of personal jurisdiction;

(3) improper venue;

(4) insufficient process;

(5) insufficient service of process;

(6) failure to state a claim upon which relief can be granted; and

(7) failure to join a party under Rule 19.

A motion asserting any of these defenses must be made before pleading if a responsive pleading is allowed. If a pleading sets out a claim for relief that does not require a responsive pleading, an opposing party may assert at trial any defense to that claim. No defense or objection is waived by joining it with one or more other defenses or objections in a responsive pleading or in a motion.

(c) MOTION FOR JUDGMENT ON THE PLEADINGS. After the pleadings are closed—but early enough not to delay trial—a party may move for judgment on the pleadings.

(d) RESULT OF PRESENTING MATTERS OUTSIDE THE PLEADINGS. If, on a motion under Rule 12(b)(6) or 12(c), matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion.

(e) MOTION FOR A MORE DEFINITE STATEMENT. A party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response. The motion must be made before filing a responsive pleading and must point out the defects complained of and the details desired. If the court orders a more definite statement and the order is not obeyed within 14 days after notice of the order or within the time the court sets, the court may strike the pleading or issue any other appropriate order.

(f) MOTION TO STRIKE. The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act:

(1) on its own; or

(2) on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading.

(g) JOINING MOTIONS.

(1) *Right to Join.* A motion under this rule may be joined with any other motion allowed by this rule.

(2) *Limitation on Further Motions.* Except as provided in Rule 12(h)(2) or (3), a party that makes a motion under this rule must not make another motion under this rule raising a defense or objection that was available to the party but omitted from its earlier motion.

(h) WAIVING AND PRESERVING CERTAIN DEFENSES.

(1) *When Some Are Waived.* A party waives any defense listed in Rule 12(b)(2)–(5) by:

(A) omitting it from a motion in the circumstances described in Rule 12(g)(2); or

(B) failing to either:

(i) make it by motion under this rule; or

(ii) include it in a responsive pleading or in an amendment allowed by Rule 15(a)(1) as a matter of course.

(2) *When to Raise Others.* Failure to state a claim upon which relief can be granted, to join a person required by Rule 19(b), or to state a legal defense to a claim may be raised:

(A) in any pleading allowed or ordered under Rule 7(a);

(B) by a motion under Rule 12(c); or

(C) at trial.

(3) *Lack of Subject-Matter Jurisdiction.* If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.

(i) HEARING BEFORE TRIAL. If a party so moves, any defense listed in Rule 12(b)(1)–(7)—whether made in a pleading or by motion—and a motion under Rule 12(c) must be heard and decided before trial unless the court orders a deferral until trial.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Jan. 21, 1963, eff. July 1, 1963; Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009; Apr. 2, 2024, eff. Dec. 1, 2024.)

### Rule 13. Counterclaim and Crossclaim

(a) COMPULSORY COUNTERCLAIM.

(1) *In General.* A pleading must state as a counterclaim any claim that—at the time of its service—the pleader has against an opposing party if the claim:

(A) arises out of the transaction or occurrence that is the subject matter of the opposing party's claim; and

(B) does not require adding another party over whom the court cannot acquire jurisdiction.

(2) *Exceptions.* The pleader need not state the claim if:

**Rule 14**          FEDERAL RULES OF CIVIL PROCEDURE          22

(A) when the action was commenced, the claim was the subject of another pending action; or

(B) the opposing party sued on its claim by attachment or other process that did not establish personal jurisdiction over the pleader on that claim, and the pleader does not assert any counterclaim under this rule.

(b) PERMISSIVE COUNTERCLAIM. A pleading may state as a counterclaim against an opposing party any claim that is not compulsory.

(c) RELIEF SOUGHT IN A COUNTERCLAIM. A counterclaim need not diminish or defeat the recovery sought by the opposing party. It may request relief that exceeds in amount or differs in kind from the relief sought by the opposing party.

(d) COUNTERCLAIM AGAINST THE UNITED STATES. These rules do not expand the right to assert a counterclaim—or to claim a credit—against the United States or a United States officer or agency.

(e) COUNTERCLAIM MATURING OR ACQUIRED AFTER PLEADING. The court may permit a party to file a supplemental pleading asserting a counterclaim that matured or was acquired by the party after serving an earlier pleading.

(f) [ABROGATED.]

(g) CROSSCLAIM AGAINST A COPARTY. A pleading may state as a crossclaim any claim by one party against a coparty if the claim arises out of the transaction or occurrence that is the subject matter of the original action or of a counterclaim, or if the claim relates to any property that is the subject matter of the original action. The crossclaim may include a claim that the coparty is or may be liable to the crossclaimant for all or part of a claim asserted in the action against the crossclaimant.

(h) JOINING ADDITIONAL PARTIES. Rules 19 and 20 govern the addition of a person as a party to a counterclaim or crossclaim.

(i) SEPARATE TRIALS; SEPARATE JUDGMENTS. If the court orders separate trials under Rule 42(b), it may enter judgment on a counterclaim or crossclaim under Rule 54(b) when it has jurisdiction to do so, even if the opposing party's claims have been dismissed or otherwise resolved.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Jan. 21, 1963, eff. July 1, 1963; Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

**Rule 14. Third-Party Practice**

(a) WHEN A DEFENDING PARTY MAY BRING IN A THIRD PARTY.

(1) *Timing of the Summons and Complaint.* A defending party may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it. But the third-party plaintiff must, by motion, obtain the court's leave if it files the third-party complaint more than 14 days after serving its original answer.

(2) *Third-Party Defendant's Claims and Defenses.* The person served with the summons and third-party complaint—the "third-party defendant":

(A) must assert any defense against the third-party plaintiff's claim under Rule 12;

(B) must assert any counterclaim against the third-party plaintiff under Rule 13(a), and may assert any counterclaim against the third-party plaintiff under Rule 13(b) or any crossclaim against another third-party defendant under Rule 13(g);

(C) may assert against the plaintiff any defense that the third-party plaintiff has to the plaintiff's claim; and

(D) may also assert against the plaintiff any claim arising out of the transaction or occurrence that is the subject matter of the plaintiff's claim against the third-party plaintiff.

(3) *Plaintiff's Claims Against a Third-Party Defendant.* The plaintiff may assert against the third-party defendant any claim arising out of the transaction or occurrence that is the subject matter of the plaintiff's claim against the third-party plaintiff. The third-party defendant must then assert any defense under Rule 12 and any counterclaim under Rule 13(a), and may assert any counterclaim under Rule 13(b) or any crossclaim under Rule 13(g).

(4) *Motion to Strike, Sever, or Try Separately.* Any party may move to strike the third-party claim, to sever it, or to try it separately.

(5) *Third-Party Defendant's Claim Against a Nonparty.* A third-party defendant may proceed under this rule against a nonparty who is or may be liable to the third-party defendant for all or part of any claim against it.

(6) *Third-Party Complaint In Rem.* If it is within the admiralty or maritime jurisdiction, a third-party complaint may be in rem. In that event, a reference in this rule to the ''summons'' includes the warrant of arrest, and a reference to the defendant or third-party plaintiff includes, when appropriate, a person who asserts a right under Supplemental Rule C(6)(a)(i) in the property arrested.

(b) WHEN A PLAINTIFF MAY BRING IN A THIRD PARTY. When a claim is asserted against a plaintiff, the plaintiff may bring in a third party if this rule would allow a defendant to do so.

(c) ADMIRALTY OR MARITIME CLAIM.

(1) *Scope of Impleader.* If a plaintiff asserts an admiralty or maritime claim under Rule 9(h), the defendant or a person who asserts a right under Supplemental Rule C(6)(a)(i) may, as a third-party plaintiff, bring in a third-party defendant who may be wholly or partly liable—either to the plaintiff or to the third-party plaintiff—for remedy over, contribution, or otherwise on account of the same transaction, occurrence, or series of transactions or occurrences.

(2) *Defending Against a Demand for Judgment for the Plaintiff.* The third-party plaintiff may demand judgment in the plaintiff's favor against the third-party defendant. In that event, the third-party defendant must defend under Rule 12 against the plaintiff's claim as well as the third-party plaintiff's claim; and the action proceeds as if the plaintiff had sued both the third-party defendant and the third-party plaintiff.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Jan. 21, 1963, eff. July 1, 1963; Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987;

Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

### Rule 15. Amended and Supplemental Pleadings

(a) AMENDMENTS BEFORE TRIAL.

(1) *Amending as a Matter of Course.* A party may amend its pleading once as a matter of course no later than:

(A) 21 days after serving it, or

(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

(2) *Other Amendments.* In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

(3) *Time to Respond.* Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.

(b) AMENDMENTS DURING AND AFTER TRIAL.

(1) *Based on an Objection at Trial.* If, at trial, a party objects that evidence is not within the issues raised in the pleadings, the court may permit the pleadings to be amended. The court should freely permit an amendment when doing so will aid in presenting the merits and the objecting party fails to satisfy the court that the evidence would prejudice that party's action or defense on the merits. The court may grant a continuance to enable the objecting party to meet the evidence.

(2) *For Issues Tried by Consent.* When an issue not raised by the pleadings is tried by the parties' express or implied consent, it must be treated in all respects as if raised in the pleadings. A party may move—at any time, even after judgment— to amend the pleadings to conform them to the evidence and to raise an unpleaded issue. But failure to amend does not affect the result of the trial of that issue.

(c) RELATION BACK OF AMENDMENTS.

(1) *When an Amendment Relates Back.* An amendment to a pleading relates back to the date of the original pleading when:

(A) the law that provides the applicable statute of limitations allows relation back;

(B) the amendment asserts a claim or defense that arose out of the conduct, transaction, or occurrence set out—or attempted to be set out—in the original pleading; or

(C) the amendment changes the party or the naming of the party against whom a claim is asserted, if Rule 15(c)(1)(B) is satisfied and if, within the period provided by Rule 4(m) for serving the summons and complaint, the party to be brought in by amendment:

(i) received such notice of the action that it will not be prejudiced in defending on the merits; and

(ii) knew or should have known that the action would have been brought against it, but for a mistake concerning the proper party's identity.

(2) *Notice to the United States.* When the United States or a United States officer or agency is added as a defendant by amendment, the notice requirements of Rule 15(c)(1)(C)(i) and (ii) are satisfied if, during the stated period, process was delivered or mailed to the United States attorney or the United States attorney's designee, to the Attorney General of the United States, or to the officer or agency.

(d) SUPPLEMENTAL PLEADINGS. On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense. The court may order that the opposing party plead to the supplemental pleading within a specified time.

(As amended Jan. 21, 1963, eff. July 1, 1963; Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Pub. L. 102–198, §11(a), Dec. 9, 1991, 105 Stat. 1626; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009; Apr. 24, 2023, eff. Dec. 1, 2023.)

### Rule 16. Pretrial Conferences; Scheduling; Management

(a) PURPOSES OF A PRETRIAL CONFERENCE. In any action, the court may order the attorneys and any unrepresented parties to appear for one or more pretrial conferences for such purposes as:

(1) expediting disposition of the action;

(2) establishing early and continuing control so that the case will not be protracted because of lack of management;

(3) discouraging wasteful pretrial activities;

(4) improving the quality of the trial through more thorough preparation; and

(5) facilitating settlement.

(b) SCHEDULING AND MANAGEMENT.

(1) *Scheduling Order.* Except in categories of actions exempted by local rule, the district judge—or a magistrate judge when authorized by local rule—must issue a scheduling order:

(A) after receiving the parties' report under Rule 26(f); or

(B) after consulting with the parties' attorneys and any unrepresented parties at a scheduling conference.

(2) *Time to Issue.* The judge must issue the scheduling order as soon as practicable, but unless the judge finds good cause for delay, the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared.

(3) *Contents of the Order.*

(A) *Required Contents.* The scheduling order must limit the time to join other parties, amend the pleadings, complete discovery, and file motions.

(B) *Permitted Contents.* The scheduling order may:

(i) modify the timing of disclosures under Rules 26(a) and 26(e)(1);

(ii) modify the extent of discovery;

(iii) provide for disclosure, discovery, or preservation of electronically stored information;

(iv) include the timing and method for complying with Rule 26(b)(5)(A) and any agreements the parties reach for asserting claims of privilege or of protection as trial-preparation material after information is produced, including agreements reached under Federal Rule of Evidence 502;

(v) direct that before moving for an order relating to discovery, the movant must request a conference with the court;

(vi) set dates for pretrial conferences and for trial; and

(vii) include other appropriate matters.

(4) *Modifying a Schedule.* A schedule may be modified only for good cause and with the judge's consent.

(c) ATTENDANCE AND MATTERS FOR CONSIDERATION AT A PRETRIAL CONFERENCE.

(1) *Attendance.* A represented party must authorize at least one of its attorneys to make stipulations and admissions about all matters that can reasonably be anticipated for discussion at a pretrial conference. If appropriate, the court may require that a party or its representative be present or reasonably available by other means to consider possible settlement.

(2) *Matters for Consideration.* At any pretrial conference, the court may consider and take appropriate action on the following matters:

(A) formulating and simplifying the issues, and eliminating frivolous claims or defenses;

(B) amending the pleadings if necessary or desirable;

(C) obtaining admissions and stipulations about facts and documents to avoid unnecessary proof, and ruling in advance on the admissibility of evidence;

(D) avoiding unnecessary proof and cumulative evidence, and limiting the use of testimony under Federal Rule of Evidence 702;

(E) determining the appropriateness and timing of summary adjudication under Rule 56;

(F) controlling and scheduling discovery, including orders affecting disclosures and discovery under Rule 26 and Rules 29 through 37;

(G) identifying witnesses and documents, scheduling the filing and exchange of any pretrial briefs, and setting dates for further conferences and for trial;

(H) referring matters to a magistrate judge or a master;

(I) settling the case and using special procedures to assist in resolving the dispute when authorized by statute or local rule;

(J) determining the form and content of the pretrial order;

(K) disposing of pending motions;

(L) adopting special procedures for managing potentially difficult or protracted actions that may involve complex issues, multiple parties, difficult legal questions, or unusual proof problems;

(M) ordering a separate trial under Rule 42(b) of a claim, counterclaim, crossclaim, third-party claim, or particular issue;

(N) ordering the presentation of evidence early in the trial on a manageable issue that might, on the evidence, be the basis for a judgment as a matter of law under Rule 50(a) or a judgment on partial findings under Rule 52(c);

(O) establishing a reasonable limit on the time allowed to present evidence; and

(P) facilitating in other ways the just, speedy, and inexpensive disposition of the action.

(d) PRETRIAL ORDERS. After any conference under this rule, the court should issue an order reciting the action taken. This order controls the course of the action unless the court modifies it.

(e) FINAL PRETRIAL CONFERENCE AND ORDERS. The court may hold a final pretrial conference to formulate a trial plan, including a plan to facilitate the admission of evidence. The conference must be held as close to the start of trial as is reasonable, and must be attended by at least one attorney who will conduct the trial for each party and by any unrepresented party. The court may modify the order issued after a final pretrial conference only to prevent manifest injustice.

(f) SANCTIONS.

(1) *In General.* On motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)–(vii), if a party or its attorney:

(A) fails to appear at a scheduling or other pretrial conference;

(B) is substantially unprepared to participate—or does not participate in good faith—in the conference; or

(C) fails to obey a scheduling or other pretrial order.

(2) *Imposing Fees and Costs.* Instead of or in addition to any other sanction, the court must order the party, its attorney, or both to pay the reasonable expenses—including attorney's fees—incurred because of any noncompliance with this rule, unless the noncompliance was substantially justified or other circumstances make an award of expenses unjust.

(As amended Apr. 28, 1983, eff. Aug. 1, 1983; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 29, 2015, eff. Dec. 1, 2015; Apr. 23, 2025, eff. Dec. 1, 2025.)

### Rule 16.1. Multidistrict Litigation

(a) INITIAL MANAGEMENT CONFERENCE. After the Judicial Panel on Multidistrict Litigation transfers actions, the transferee court should schedule an initial management conference to develop an initial plan for orderly pretrial activity in the MDL proceedings.

(b) REPORT FOR THE CONFERENCE.

(1) *Submitting a Report.* The transferee court should order the parties to meet and to submit a report to the court before the conference.

(2) *Required Content: the Parties' Views on Leadership Counsel and Other Matters.* The report must address any matter the court designates—which may include any matter in Rule 16—and, unless the court orders otherwise, the parties' views on:

(A) whether leadership counsel should be appointed and, if so:

(i) the timing of the appointments;

(ii) the structure of leadership counsel;

(iii) the procedure for selecting leadership and whether the appointments should be reviewed periodically;

(iv) their responsibilities and authority in conducting pretrial activities and any role in facilitating resolution of the MDL proceedings;

(v) the proposed methods for regularly communicating with and reporting to the court and nonleadership counsel;

(vi) any limits on activity by nonleadership counsel; and

(vii) whether and when to establish a means for compensating leadership counsel;

(B) any previously entered scheduling or other orders that should be vacated or modified;

(C) a schedule for additional management conferences with the court;

(D) how to manage the direct filing of new actions in the MDL proceedings; and

(E) whether related actions have been—or are expected to be—filed in other courts, and whether to adopt methods for coordinating with them.

(3) *Additional Required Content: the Parties' Initial Views on Various Matters.* Unless the court orders otherwise, the report also must address the parties' initial views on:

(A) whether consolidated pleadings should be prepared;

(B) how and when the parties will exchange information about the factual bases for their claims and defenses;

(C) discovery, including any difficult issues that may arise;

(D) any likely pretrial motions;

(E) whether the court should consider any measures to facilitate resolving some or all actions before the court;

(F) whether any matters should be referred to a magistrate judge or a master; and

(G) the principal factual and legal issues likely to be presented.

(4) *Permitted Content.* The report may include any other matter that the parties wish to bring to the court's attention.

(c) INITIAL MANAGEMENT ORDER. After the conference, the court should enter an initial management order addressing the matters in Rule 16.1(b) and, in the court's discretion, any other matters. This order controls the course of the proceedings unless the court modifies it.

(As added Apr. 23, 2025, eff. Dec. 1, 2025.)

## TITLE IV. PARTIES

### Rule 17. Plaintiff and Defendant; Capacity; Public Officers

(a) REAL PARTY IN INTEREST.

(1) *Designation in General.* An action must be prosecuted in the name of the real party in interest. The following may sue

in their own names without joining the person for whose benefit the action is brought:

>     (A) an executor;
>     (B) an administrator;
>     (C) a guardian;
>     (D) a bailee;
>     (E) a trustee of an express trust;
>     (F) a party with whom or in whose name a contract has been made for another's benefit; and
>     (G) a party authorized by statute.

(2) *Action in the Name of the United States for Another's Use or Benefit.* When a federal statute so provides, an action for another's use or benefit must be brought in the name of the United States.

(3) *Joinder of the Real Party in Interest.* The court may not dismiss an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action. After ratification, joinder, or substitution, the action proceeds as if it had been originally commenced by the real party in interest.

(b) CAPACITY TO SUE OR BE SUED. Capacity to sue or be sued is determined as follows:

(1) for an individual who is not acting in a representative capacity, by the law of the individual's domicile;

(2) for a corporation, by the law under which it was organized; and

(3) for all other parties, by the law of the state where the court is located, except that:

>     (A) a partnership or other unincorporated association with no such capacity under that state's law may sue or be sued in its common name to enforce a substantive right existing under the United States Constitution or laws; and
>     (B) 28 U.S.C. §§ 754 and 959(a) govern the capacity of a receiver appointed by a United States court to sue or be sued in a United States court.

(c) MINOR OR INCOMPETENT PERSON.

(1) *With a Representative.* The following representatives may sue or defend on behalf of a minor or an incompetent person:

>     (A) a general guardian;
>     (B) a committee;
>     (C) a conservator; or
>     (D) a like fiduciary.

(2) *Without a Representative.* A minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action.

(d) PUBLIC OFFICER'S TITLE AND NAME. A public officer who sues or is sued in an official capacity may be designated by official title rather than by name, but the court may order that the officer's name be added.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987;

Apr. 25, 1988, eff. Aug. 1, 1988; Pub. L. 100–690, title VII, § 7049, Nov. 18, 1988, 102 Stat. 4401; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 18. Joinder of Claims

(a) IN GENERAL. A party asserting a claim, counterclaim, crossclaim, or third-party claim may join, as independent or alternative claims, as many claims as it has against an opposing party.

(b) JOINDER OF CONTINGENT CLAIMS. A party may join two claims even though one of them is contingent on the disposition of the other; but the court may grant relief only in accordance with the parties' relative substantive rights. In particular, a plaintiff may state a claim for money and a claim to set aside a conveyance that is fraudulent as to that plaintiff, without first obtaining a judgment for the money.

(As amended Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 19. Required Joinder of Parties

(a) PERSONS REQUIRED TO BE JOINED IF FEASIBLE.
　　(1) *Required Party*. A person who is subject to service of process and whose joinder will not deprive the court of subject-matter jurisdiction must be joined as a party if:
　　　　(A) in that person's absence, the court cannot accord complete relief among existing parties; or
　　　　(B) that person claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may:
　　　　　　(i) as a practical matter impair or impede the person's ability to protect the interest; or
　　　　　　(ii) leave an existing party subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest.
　　(2) *Joinder by Court Order*. If a person has not been joined as required, the court must order that the person be made a party. A person who refuses to join as a plaintiff may be made either a defendant or, in a proper case, an involuntary plaintiff.
　　(3) *Venue*. If a joined party objects to venue and the joinder would make venue improper, the court must dismiss that party.

(b) WHEN JOINDER IS NOT FEASIBLE. If a person who is required to be joined if feasible cannot be joined, the court must determine whether, in equity and good conscience, the action should proceed among the existing parties or should be dismissed. The factors for the court to consider include:
　　(1) the extent to which a judgment rendered in the person's absence might prejudice that person or the existing parties;
　　(2) the extent to which any prejudice could be lessened or avoided by:
　　　　(A) protective provisions in the judgment;
　　　　(B) shaping the relief; or
　　　　(C) other measures;
　　(3) whether a judgment rendered in the person's absence would be adequate; and

(4) whether the plaintiff would have an adequate remedy if the action were dismissed for nonjoinder.

(c) PLEADING THE REASONS FOR NONJOINDER. When asserting a claim for relief, a party must state:

(1) the name, if known, of any person who is required to be joined if feasible but is not joined; and

(2) the reasons for not joining that person.

(d) EXCEPTION FOR CLASS ACTIONS. This rule is subject to Rule 23.

(As amended Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 20. Permissive Joinder of Parties

(a) PERSONS WHO MAY JOIN OR BE JOINED.

(1) *Plaintiffs*. Persons may join in one action as plaintiffs if:

(A) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and

(B) any question of law or fact common to all plaintiffs will arise in the action.

(2) *Defendants*. Persons—as well as a vessel, cargo, or other property subject to admiralty process in rem—may be joined in one action as defendants if:

(A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and

(B) any question of law or fact common to all defendants will arise in the action.

(3) *Extent of Relief*. Neither a plaintiff nor a defendant need be interested in obtaining or defending against all the relief demanded. The court may grant judgment to one or more plaintiffs according to their rights, and against one or more defendants according to their liabilities.

(b) PROTECTIVE MEASURES. The court may issue orders—including an order for separate trials—to protect a party against embarrassment, delay, expense, or other prejudice that arises from including a person against whom the party asserts no claim and who asserts no claim against the party.

(As amended Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 21. Misjoinder and Nonjoinder of Parties

Misjoinder of parties is not a ground for dismissing an action. On motion or on its own, the court may at any time, on just terms, add or drop a party. The court may also sever any claim against a party.

(As amended Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 22. Interpleader

(a) GROUNDS.

**Rule 23**      FEDERAL RULES OF CIVIL PROCEDURE      32

(1) *By a Plaintiff.* Persons with claims that may expose a plaintiff to double or multiple liability may be joined as defendants and required to interplead. Joinder for interpleader is proper even though:

(A) the claims of the several claimants, or the titles on which their claims depend, lack a common origin or are adverse and independent rather than identical; or

(B) the plaintiff denies liability in whole or in part to any or all of the claimants.

(2) *By a Defendant.* A defendant exposed to similar liability may seek interpleader through a crossclaim or counterclaim.

(b) RELATION TO OTHER RULES AND STATUTES. This rule supplements—and does not limit—the joinder of parties allowed by Rule 20. The remedy this rule provides is in addition to—and does not supersede or limit—the remedy provided by 28 U.S.C. §§ 1335, 1397, and 2361. An action under those statutes must be conducted under these rules.

(As amended Dec. 29, 1948, eff. Oct. 20, 1949; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 23. Class Actions

(a) PREREQUISITES. One or more members of a class may sue or be sued as representative parties on behalf of all members only if:

(1) the class is so numerous that joinder of all members is impracticable;

(2) there are questions of law or fact common to the class;

(3) the claims or defenses of the representative parties are typical of the claims or defenses of the class; and

(4) the representative parties will fairly and adequately protect the interests of the class.

(b) TYPES OF CLASS ACTIONS. A class action may be maintained if Rule 23(a) is satisfied and if:

(1) prosecuting separate actions by or against individual class members would create a risk of:

(A) inconsistent or varying adjudications with respect to individual class members that would establish incompatible standards of conduct for the party opposing the class; or

(B) adjudications with respect to individual class members that, as a practical matter, would be dispositive of the interests of the other members not parties to the individual adjudications or would substantially impair or impede their ability to protect their interests;

(2) the party opposing the class has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole; or

(3) the court finds that the questions of law or fact common to class members predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy. The matters pertinent to these findings include:

(A) the class members' interests in individually controlling the prosecution or defense of separate actions;

33          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 23**

(B) the extent and nature of any litigation concerning the controversy already begun by or against class members;

(C) the desirability or undesirability of concentrating the litigation of the claims in the particular forum; and

(D) the likely difficulties in managing a class action.

(c) CERTIFICATION ORDER; NOTICE TO CLASS MEMBERS; JUDGMENT; ISSUES CLASSES; SUBCLASSES.

(1) *Certification Order.*

(A) *Time to Issue.* At an early practicable time after a person sues or is sued as a class representative, the court must determine by order whether to certify the action as a class action.

(B) *Defining the Class; Appointing Class Counsel.* An order that certifies a class action must define the class and the class claims, issues, or defenses, and must appoint class counsel under Rule 23(g).

(C) *Altering or Amending the Order.* An order that grants or denies class certification may be altered or amended before final judgment.

(2) *Notice.*

(A) *For (b)(1) or (b)(2) Classes.* For any class certified under Rule 23(b)(1) or (b)(2), the court may direct appropriate notice to the class.

(B) *For (b)(3) Classes.* For any class certified under Rule 23(b)(3)—or upon ordering notice under Rule 23(e)(1) to a class proposed to be certified for purposes of settlement under Rule 23(b)(3)—the court must direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort. The notice may be by one or more of the following: United States mail, electronic means, or other appropriate means. The notice must clearly and concisely state in plain, easily understood language:

(i) the nature of the action;

(ii) the definition of the class certified;

(iii) the class claims, issues, or defenses;

(iv) that a class member may enter an appearance through an attorney if the member so desires;

(v) that the court will exclude from the class any member who requests exclusion;

(vi) the time and manner for requesting exclusion; and

(vii) the binding effect of a class judgment on members under Rule 23(c)(3).

(3) *Judgment.* Whether or not favorable to the class, the judgment in a class action must:

(A) for any class certified under Rule 23(b)(1) or (b)(2), include and describe those whom the court finds to be class members; and

(B) for any class certified under Rule 23(b)(3), include and specify or describe those to whom the Rule 23(c)(2) notice was directed, who have not requested exclusion, and whom the court finds to be class members.

(4) *Particular Issues.* When appropriate, an action may be brought or maintained as a class action with respect to particular issues.

(5) *Subclasses.* When appropriate, a class may be divided into subclasses that are each treated as a class under this rule.

(d) CONDUCTING THE ACTION.

(1) *In General.* In conducting an action under this rule, the court may issue orders that:

(A) determine the course of proceedings or prescribe measures to prevent undue repetition or complication in presenting evidence or argument;

(B) require—to protect class members and fairly conduct the action—giving appropriate notice to some or all class members of:

(i) any step in the action;

(ii) the proposed extent of the judgment; or

(iii) the members' opportunity to signify whether they consider the representation fair and adequate, to intervene and present claims or defenses, or to otherwise come into the action;

(C) impose conditions on the representative parties or on intervenors;

(D) require that the pleadings be amended to eliminate allegations about representation of absent persons and that the action proceed accordingly; or

(E) deal with similar procedural matters.

(2) *Combining and Amending Orders.* An order under Rule 23(d)(1) may be altered or amended from time to time and may be combined with an order under Rule 16.

(e) SETTLEMENT, VOLUNTARY DISMISSAL, OR COMPROMISE. The claims, issues, or defenses of a certified class—or a class proposed to be certified for purposes of settlement—may be settled, voluntarily dismissed, or compromised only with the court's approval. The following procedures apply to a proposed settlement, voluntary dismissal, or compromise:

(1) *Notice to the Class.*

(A) *Information That Parties Must Provide to the Court.* The parties must provide the court with information sufficient to enable it to determine whether to give notice of the proposal to the class.

(B) *Grounds for a Decision to Give Notice.* The court must direct notice in a reasonable manner to all class members who would be bound by the proposal if giving notice is justified by the parties' showing that the court will likely be able to:

(i) approve the proposal under Rule 23(e)(2); and

(ii) certify the class for purposes of judgment on the proposal.

(2) *Approval of the Proposal.* If the proposal would bind class members, the court may approve it only after a hearing and only on finding that it is fair, reasonable, and adequate after considering whether:

(A) the class representatives and class counsel have adequately represented the class;

(B) the proposal was negotiated at arm's length;

(C) the relief provided for the class is adequate, taking into account:

(i) the costs, risks, and delay of trial and appeal;

(ii) the effectiveness of any proposed method of distributing relief to the class, including the method of processing class-member claims;

(iii) the terms of any proposed award of attorney's fees, including timing of payment; and

(iv) any agreement required to be identified under Rule 23(e)(3); and

(D) the proposal treats class members equitably relative to each other.

(3) *Identifying Agreements.* The parties seeking approval must file a statement identifying any agreement made in connection with the proposal.

(4) *New Opportunity to Be Excluded.* If the class action was previously certified under Rule 23(b)(3), the court may refuse to approve a settlement unless it affords a new opportunity to request exclusion to individual class members who had an earlier opportunity to request exclusion but did not do so.

(5) *Class-Member Objections.*

(A) *In General.* Any class member may object to the proposal if it requires court approval under this subdivision (e). The objection must state whether it applies only to the objector, to a specific subset of the class, or to the entire class, and also state with specificity the grounds for the objection.

(B) *Court Approval Required for Payment in Connection with an Objection.* Unless approved by the court after a hearing, no payment or other consideration may be provided in connection with:

(i) forgoing or withdrawing an objection, or

(ii) forgoing, dismissing, or abandoning an appeal from a judgment approving the proposal.

(C) *Procedure for Approval After an Appeal.* If approval under Rule 23(e)(5)(B) has not been obtained before an appeal is docketed in the court of appeals, the procedure of Rule 62.1 applies while the appeal remains pending.

(f) APPEALS. A court of appeals may permit an appeal from an order granting or denying class-action certification under this rule, but not from an order under Rule 23(e)(1). A party must file a petition for permission to appeal with the circuit clerk within 14 days after the order is entered, or within 45 days after the order is entered if any party is the United States, a United States agency, or a United States officer or employee sued for an act or omission occurring in connection with duties performed on the United States' behalf. An appeal does not stay proceedings in the district court unless the district judge or the court of appeals so orders.

(g) CLASS COUNSEL.

(1) *Appointing Class Counsel.* Unless a statute provides otherwise, a court that certifies a class must appoint class counsel. In appointing class counsel, the court:

(A) must consider:

(i) the work counsel has done in identifying or investigating potential claims in the action;

(ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action;

(iii) counsel's knowledge of the applicable law; and

(iv) the resources that counsel will commit to representing the class;

(B) may consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class;

(C) may order potential class counsel to provide information on any subject pertinent to the appointment and to propose terms for attorney's fees and nontaxable costs;

(D) may include in the appointing order provisions about the award of attorney's fees or nontaxable costs under Rule 23(h); and

(E) may make further orders in connection with the appointment.

(2) *Standard for Appointing Class Counsel.* When one applicant seeks appointment as class counsel, the court may appoint that applicant only if the applicant is adequate under Rule 23(g)(1) and (4). If more than one adequate applicant seeks appointment, the court must appoint the applicant best able to represent the interests of the class.

(3) *Interim Counsel.* The court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action.

(4) *Duty of Class Counsel.* Class counsel must fairly and adequately represent the interests of the class.

(h) ATTORNEY'S FEES AND NONTAXABLE COSTS. In a certified class action, the court may award reasonable attorney's fees and nontaxable costs that are authorized by law or by the parties' agreement. The following procedures apply:

(1) A claim for an award must be made by motion under Rule 54(d)(2), subject to the provisions of this subdivision (h), at a time the court sets. Notice of the motion must be served on all parties and, for motions by class counsel, directed to class members in a reasonable manner.

(2) A class member, or a party from whom payment is sought, may object to the motion.

(3) The court may hold a hearing and must find the facts and state its legal conclusions under Rule 52(a).

(4) The court may refer issues related to the amount of the award to a special master or a magistrate judge, as provided in Rule 54(d)(2)(D).

(As amended Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 24, 1998, eff. Dec. 1, 1998; Mar. 27, 2003, eff. Dec. 1, 2003; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009; Apr. 26, 2018, eff. Dec. 1, 2018.)

**Rule 23.1. Derivative Actions**

(a) PREREQUISITES. This rule applies when one or more shareholders or members of a corporation or an unincorporated association bring a derivative action to enforce a right that the corporation or association may properly assert but has failed to enforce.

The derivative action may not be maintained if it appears that the plaintiff does not fairly and adequately represent the interests of shareholders or members who are similarly situated in enforcing the right of the corporation or association.

(b) PLEADING REQUIREMENTS. The complaint must be verified and must:

(1) allege that the plaintiff was a shareholder or member at the time of the transaction complained of, or that the plaintiff's share or membership later devolved on it by operation of law;

(2) allege that the action is not a collusive one to confer jurisdiction that the court would otherwise lack; and

(3) state with particularity:

(A) any effort by the plaintiff to obtain the desired action from the directors or comparable authority and, if necessary, from the shareholders or members; and

(B) the reasons for not obtaining the action or not making the effort.

(c) SETTLEMENT, DISMISSAL, AND COMPROMISE. A derivative action may be settled, voluntarily dismissed, or compromised only with the court's approval. Notice of a proposed settlement, voluntary dismissal, or compromise must be given to shareholders or members in the manner that the court orders.

(As added Feb. 28, 1966, eff. July 1, 1966; amended Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 23.2. Actions Relating to Unincorporated Associations

This rule applies to an action brought by or against the members of an unincorporated association as a class by naming certain members as representative parties. The action may be maintained only if it appears that those parties will fairly and adequately protect the interests of the association and its members. In conducting the action, the court may issue any appropriate orders corresponding with those in Rule 23(d), and the procedure for settlement, voluntary dismissal, or compromise must correspond with the procedure in Rule 23(e).

(As added Feb. 28, 1966, eff. July 1, 1966; amended Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 24. Intervention

(a) INTERVENTION OF RIGHT. On timely motion, the court must permit anyone to intervene who:

(1) is given an unconditional right to intervene by a federal statute; or

(2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

(b) PERMISSIVE INTERVENTION.

(1) *In General.* On timely motion, the court may permit anyone to intervene who:

(A) is given a conditional right to intervene by a federal statute; or

(B) has a claim or defense that shares with the main action a common question of law or fact.

(2) *By a Government Officer or Agency.* On timely motion, the court may permit a federal or state governmental officer or agency to intervene if a party's claim or defense is based on:

(A) a statute or executive order administered by the officer or agency; or

(B) any regulation, order, requirement, or agreement issued or made under the statute or executive order.

(3) *Delay or Prejudice.* In exercising its discretion, the court must consider whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights.

(c) NOTICE AND PLEADING REQUIRED. A motion to intervene must be served on the parties as provided in Rule 5. The motion must state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Jan. 21, 1963, eff. July 1, 1963; Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 25. Substitution of Parties

(a) DEATH.

(1) *Substitution if the Claim Is Not Extinguished.* If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

(2) *Continuation Among the Remaining Parties.* After a party's death, if the right sought to be enforced survives only to or against the remaining parties, the action does not abate, but proceeds in favor of or against the remaining parties. The death should be noted on the record.

(3) *Service.* A motion to substitute, together with a notice of hearing, must be served on the parties as provided in Rule 5 and on nonparties as provided in Rule 4. A statement noting death must be served in the same manner. Service may be made in any judicial district.

(b) INCOMPETENCY. If a party becomes incompetent, the court may, on motion, permit the action to be continued by or against the party's representative. The motion must be served as provided in Rule 25(a)(3).

(c) TRANSFER OF INTEREST. If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party. The motion must be served as provided in Rule 25(a)(3).

(d) PUBLIC OFFICERS; DEATH OR SEPARATION FROM OFFICE. An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted

party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution.

(As amended Dec. 29, 1948, eff. Oct. 20, 1949; Apr. 17, 1961, eff. July 19, 1961; Jan. 21, 1963, eff. July 1, 1963; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

## TITLE V. DISCLOSURES AND DISCOVERY

## Rule 26. Duty to Disclose; General Provisions Governing Discovery

(a) REQUIRED DISCLOSURES.

(1) *Initial Disclosure.*

(A) *In General.* Except as exempted by Rule 26(a)(1)(B) or as otherwise stipulated or ordered by the court, a party must, without awaiting a discovery request, provide to the other parties:

(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

(ii) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

(iii) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

(iv) for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

(B) *Proceedings Exempt from Initial Disclosure.* The following proceedings are exempt from initial disclosure:

(i) an action for review on an administrative record;

(ii) a forfeiture action in rem arising from a federal statute;

(iii) a petition for habeas corpus or any other proceeding to challenge a criminal conviction or sentence;

(iv) an action brought without an attorney by a person in the custody of the United States, a state, or a state subdivision;

(v) an action to enforce or quash an administrative summons or subpoena;

(vi) an action by the United States to recover benefit payments;

**Rule 26**  FEDERAL RULES OF CIVIL PROCEDURE  40

(vii) an action by the United States to collect on a student loan guaranteed by the United States;

(viii) a proceeding ancillary to a proceeding in another court; and

(ix) an action to enforce an arbitration award.

(C) *Time for Initial Disclosures—In General.* A party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order, or unless a party objects during the conference that initial disclosures are not appropriate in this action and states the objection in the proposed discovery plan. In ruling on the objection, the court must determine what disclosures, if any, are to be made and must set the time for disclosure.

(D) *Time for Initial Disclosures—For Parties Served or Joined Later.* A party that is first served or otherwise joined after the Rule 26(f) conference must make the initial disclosures within 30 days after being served or joined, unless a different time is set by stipulation or court order.

(E) *Basis for Initial Disclosure; Unacceptable Excuses.* A party must make its initial disclosures based on the information then reasonably available to it. A party is not excused from making its disclosures because it has not fully investigated the case or because it challenges the sufficiency of another party's disclosures or because another party has not made its disclosures.

(2) *Disclosure of Expert Testimony.*

(A) *In General.* In addition to the disclosures required by Rule 26(a)(1), a party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

(B) *Witnesses Who Must Provide a Written Report.* Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report—prepared and signed by the witness—if the witness is one retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony. The report must contain:

(i) a complete statement of all opinions the witness will express and the basis and reasons for them;

(ii) the facts or data considered by the witness in forming them;

(iii) any exhibits that will be used to summarize or support them;

(iv) the witness's qualifications, including a list of all publications authored in the previous 10 years;

(v) a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and

(vi) a statement of the compensation to be paid for the study and testimony in the case.

(C) *Witnesses Who Do Not Provide a Written Report.* Unless otherwise stipulated or ordered by the court, if the witness is not required to provide a written report, this disclosure must state:

(i) the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705; and

(ii) a summary of the facts and opinions to which the witness is expected to testify.

(D) *Time to Disclose Expert Testimony.* A party must make these disclosures at the times and in the sequence that the court orders. Absent a stipulation or a court order, the disclosures must be made:

(i) at least 90 days before the date set for trial or for the case to be ready for trial; or

(ii) if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C), within 30 days after the other party's disclosure.

(E) *Supplementing the Disclosure.* The parties must supplement these disclosures when required under Rule 26(e).

(3) *Pretrial Disclosures.*

(A) *In General.* In addition to the disclosures required by Rule 26(a)(1) and (2), a party must provide to the other parties and promptly file the following information about the evidence that it may present at trial other than solely for impeachment:

(i) the name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises;

(ii) the designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition; and

(iii) an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.

(B) *Time for Pretrial Disclosures; Objections.* Unless the court orders otherwise, these disclosures must be made at least 30 days before trial. Within 14 days after they are made, unless the court sets a different time, a party may serve and promptly file a list of the following objections: any objections to the use under Rule 32(a) of a deposition designated by another party under Rule 26(a)(3)(A)(ii); and any objection, together with the grounds for it, that may be made to the admissibility of materials identified under Rule 26(a)(3)(A)(iii). An objection not so made—except for one under Federal Rule of Evidence 402 or 403—is waived unless excused by the court for good cause.

(4) *Form of Disclosures.* Unless the court orders otherwise, all disclosures under Rule 26(a) must be in writing, signed, and served.

(b) DISCOVERY SCOPE AND LIMITS.

(1) *Scope in General.* Unless otherwise limited by court order, the scope of discovery is as follows: Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the

case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Information within this scope of discovery need not be admissible in evidence to be discoverable.

(2) *Limitations on Frequency and Extent.*

(A) *When Permitted.* By order, the court may alter the limits in these rules on the number of depositions and interrogatories or on the length of depositions under Rule 30. By order or local rule, the court may also limit the number of requests under Rule 36.

(B) *Specific Limitations on Electronically Stored Information.* A party need not provide discovery of electronically stored information from sources that the party identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the party from whom discovery is sought must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(C) *When Required.* On motion or on its own, the court must limit the frequency or extent of discovery otherwise allowed by these rules or by local rule if it determines that:

(i) the discovery sought is unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or less expensive;

(ii) the party seeking discovery has had ample opportunity to obtain the information by discovery in the action; or

(iii) the proposed discovery is outside the scope permitted by Rule 26(b)(1).

(3) *Trial Preparation: Materials.*

(A) *Documents and Tangible Things.* Ordinarily, a party may not discover documents and tangible things that are prepared in anticipation of litigation or for trial by or for another party or its representative (including the other party's attorney, consultant, surety, indemnitor, insurer, or agent). But, subject to Rule 26(b)(4), those materials may be discovered if:

(i) they are otherwise discoverable under Rule 26(b)(1); and

(ii) the party shows that it has substantial need for the materials to prepare its case and cannot, without undue hardship, obtain their substantial equivalent by other means.

(B) *Protection Against Disclosure.* If the court orders discovery of those materials, it must protect against disclosure of the mental impressions, conclusions, opinions, or

legal theories of a party's attorney or other representative concerning the litigation.

(C) *Previous Statement.* Any party or other person may, on request and without the required showing, obtain the person's own previous statement about the action or its subject matter. If the request is refused, the person may move for a court order, and Rule 37(a)(5) applies to the award of expenses. A previous statement is either:

(i) a written statement that the person has signed or otherwise adopted or approved; or

(ii) a contemporaneous stenographic, mechanical, electrical, or other recording—or a transcription of it—that recites substantially verbatim the person's oral statement.

(4) *Trial Preparation: Experts.*

(A) *Deposition of an Expert Who May Testify.* A party may depose any person who has been identified as an expert whose opinions may be presented at trial. If Rule 26(a)(2)(B) requires a report from the expert, the deposition may be conducted only after the report is provided.

(B) *Trial-Preparation Protection for Draft Reports or Disclosures.* Rules 26(b)(3)(A) and (B) protect drafts of any report or disclosure required under Rule 26(a)(2), regardless of the form in which the draft is recorded.

(C) *Trial-Preparation Protection for Communications Between a Party's Attorney and Expert Witnesses.* Rules 26(b)(3)(A) and (B) protect communications between the party's attorney and any witness required to provide a report under Rule 26(a)(2)(B), regardless of the form of the communications, except to the extent that the communications:

(i) relate to compensation for the expert's study or testimony;

(ii) identify facts or data that the party's attorney provided and that the expert considered in forming the opinions to be expressed; or

(iii) identify assumptions that the party's attorney provided and that the expert relied on in forming the opinions to be expressed.

(D) *Expert Employed Only for Trial Preparation.* Ordinarily, a party may not, by interrogatories or deposition, discover facts known or opinions held by an expert who has been retained or specially employed by another party in anticipation of litigation or to prepare for trial and who is not expected to be called as a witness at trial. But a party may do so only:

(i) as provided in Rule 35(b); or

(ii) on showing exceptional circumstances under which it is impracticable for the party to obtain facts or opinions on the same subject by other means.

(E) *Payment.* Unless manifest injustice would result, the court must require that the party seeking discovery:

(i) pay the expert a reasonable fee for time spent in responding to discovery under Rule 26(b)(4)(A) or (D); and

(ii) for discovery under (D), also pay the other party a fair portion of the fees and expenses it reasonably incurred in obtaining the expert's facts and opinions.

(5) *Claiming Privilege or Protecting Trial-Preparation Materials.*

(A) *Information Withheld.* When a party withholds information otherwise discoverable by claiming that the information is privileged or subject to protection as trial-preparation material, the party must:

(i) expressly make the claim; and

(ii) describe the nature of the documents, communications, or tangible things not produced or disclosed—and do so in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim.

(B) *Information Produced.* If information produced in discovery is subject to a claim of privilege or of protection as trial-preparation material, the party making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The producing party must preserve the information until the claim is resolved.

(c) PROTECTIVE ORDERS.

(1) *In General.* A party or any person from whom discovery is sought may move for a protective order in the court where the action is pending—or as an alternative on matters relating to a deposition, in the court for the district where the deposition will be taken. The motion must include a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action. The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including one or more of the following:

(A) forbidding the disclosure or discovery;

(B) specifying terms, including time and place or the allocation of expenses, for the disclosure or discovery;

(C) prescribing a discovery method other than the one selected by the party seeking discovery;

(D) forbidding inquiry into certain matters, or limiting the scope of disclosure or discovery to certain matters;

(E) designating the persons who may be present while the discovery is conducted;

(F) requiring that a deposition be sealed and opened only on court order;

(G) requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way; and

(H) requiring that the parties simultaneously file specified documents or information in sealed envelopes, to be opened as the court directs.

(2) *Ordering Discovery*. If a motion for a protective order is wholly or partly denied, the court may, on just terms, order that any party or person provide or permit discovery.

(3) *Awarding Expenses*. Rule 37(a)(5) applies to the award of expenses.

(d) TIMING AND SEQUENCE OF DISCOVERY.

(1) *Timing*. A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order.

(2) *Early Rule 34 Requests*.

(A) *Time to Deliver*. More than 21 days after the summons and complaint are served on a party, a request under Rule 34 may be delivered:

(i) to that party by any other party, and

(ii) by that party to any plaintiff or to any other party that has been served.

(B) *When Considered Served*. The request is considered to have been served at the first Rule 26(f) conference.

(3) *Sequence*. Unless the parties stipulate or the court orders otherwise for the parties' and witnesses' convenience and in the interests of justice:

(A) methods of discovery may be used in any sequence; and

(B) discovery by one party does not require any other party to delay its discovery.

(e) SUPPLEMENTING DISCLOSURES AND RESPONSES.

(1) *In General*. A party who has made a disclosure under Rule 26(a)—or who has responded to an interrogatory, request for production, or request for admission—must supplement or correct its disclosure or response:

(A) in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing; or

(B) as ordered by the court.

(2) *Expert Witness*. For an expert whose report must be disclosed under Rule 26(a)(2)(B), the party's duty to supplement extends both to information included in the report and to information given during the expert's deposition. Any additions or changes to this information must be disclosed by the time the party's pretrial disclosures under Rule 26(a)(3) are due.

(f) CONFERENCE OF THE PARTIES; PLANNING FOR DISCOVERY.

(1) *Conference Timing*. Except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B) or when the court orders otherwise, the parties must confer as soon as practicable—and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b).

(2) *Conference Content; Parties' Responsibilities*. In conferring, the parties must consider the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; make or arrange for the disclosures required

by Rule 26(a)(1); discuss any issues about preserving discoverable information; and develop a proposed discovery plan. The attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court within 14 days after the conference a written report outlining the plan. The court may order the parties or attorneys to attend the conference in person.

(3) *Discovery Plan.* A discovery plan must state the parties' views and proposals on:

(A) what changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made;

(B) the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues;

(C) any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;

(D) any issues about claims of privilege or of protection as trial-preparation materials, including the timing and method for complying with Rule 26(b)(5)(A) and—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502;

(E) what changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and

(F) any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).

(4) *Expedited Schedule.* If necessary to comply with its expedited schedule for Rule 16(b) conferences, a court may by local rule:

(A) require the parties' conference to occur less than 21 days before the scheduling conference is held or a scheduling order is due under Rule 16(b); and

(B) require the written report outlining the discovery plan to be filed less than 14 days after the parties' conference, or excuse the parties from submitting a written report and permit them to report orally on their discovery plan at the Rule 16(b) conference.

(g) SIGNING DISCLOSURES AND DISCOVERY REQUESTS, RESPONSES, AND OBJECTIONS.

(1) *Signature Required; Effect of Signature.* Every disclosure under Rule 26(a)(1) or (a)(3) and every discovery request, response, or objection must be signed by at least one attorney of record in the attorney's own name—or by the party personally, if unrepresented—and must state the signer's address, e-mail address, and telephone number. By signing, an attorney or party certifies that to the best of the person's knowledge, information, and belief formed after a reasonable inquiry:

(A) with respect to a disclosure, it is complete and correct as of the time it is made; and

(B) with respect to a discovery request, response, or objection, it is:

(i) consistent with these rules and warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, or for establishing new law;

(ii) not interposed for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; and

(iii) neither unreasonable nor unduly burdensome or expensive, considering the needs of the case, prior discovery in the case, the amount in controversy, and the importance of the issues at stake in the action.

(2) *Failure to Sign.* Other parties have no duty to act on an unsigned disclosure, request, response, or objection until it is signed, and the court must strike it unless a signature is promptly supplied after the omission is called to the attorney's or party's attention.

(3) *Sanction for Improper Certification.* If a certification violates this rule without substantial justification, the court, on motion or on its own, must impose an appropriate sanction on the signer, the party on whose behalf the signer was acting, or both. The sanction may include an order to pay the reasonable expenses, including attorney's fees, caused by the violation.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Jan. 21, 1963, eff. July 1, 1963; Feb. 28, 1966, eff. July 1, 1966; Mar. 30, 1970, eff. July 1, 1970; Apr. 29, 1980, eff. Aug. 1, 1980; Apr. 28, 1983, eff. Aug. 1, 1983; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 28, 2010, eff. Dec. 1, 2010; Apr. 29, 2015, eff. Dec. 1, 2015; Apr. 23, 2025, eff. Dec. 1, 2025.)

## Rule 27. Depositions to Perpetuate Testimony

(a) BEFORE AN ACTION IS FILED.

(1) *Petition.* A person who wants to perpetuate testimony about any matter cognizable in a United States court may file a verified petition in the district court for the district where any expected adverse party resides. The petition must ask for an order authorizing the petitioner to depose the named persons in order to perpetuate their testimony. The petition must be titled in the petitioner's name and must show:

(A) that the petitioner expects to be a party to an action cognizable in a United States court but cannot presently bring it or cause it to be brought;

(B) the subject matter of the expected action and the petitioner's interest;

(C) the facts that the petitioner wants to establish by the proposed testimony and the reasons to perpetuate it;

(D) the names or a description of the persons whom the petitioner expects to be adverse parties and their addresses, so far as known; and

(E) the name, address, and expected substance of the testimony of each deponent.

(2) *Notice and Service.* At least 21 days before the hearing date, the petitioner must serve each expected adverse party with a copy of the petition and a notice stating the time and place of the hearing. The notice may be served either inside or outside the district or state in the manner provided in Rule 4. If that service cannot be made with reasonable diligence on an expected adverse party, the court may order service by publication or otherwise. The court must appoint an attorney to represent persons not served in the manner provided in Rule 4 and to cross-examine the deponent if an unserved person is not otherwise represented. If any expected adverse party is a minor or is incompetent, Rule 17(c) applies.

(3) *Order and Examination.* If satisfied that perpetuating the testimony may prevent a failure or delay of justice, the court must issue an order that designates or describes the persons whose depositions may be taken, specifies the subject matter of the examinations, and states whether the depositions will be taken orally or by written interrogatories. The depositions may then be taken under these rules, and the court may issue orders like those authorized by Rules 34 and 35. A reference in these rules to the court where an action is pending means, for purposes of this rule, the court where the petition for the deposition was filed.

(4) *Using the Deposition.* A deposition to perpetuate testimony may be used under Rule 32(a) in any later-filed district-court action involving the same subject matter if the deposition either was taken under these rules or, although not so taken, would be admissible in evidence in the courts of the state where it was taken.

(b) PENDING APPEAL.

(1) *In General.* The court where a judgment has been rendered may, if an appeal has been taken or may still be taken, permit a party to depose witnesses to perpetuate their testimony for use in the event of further proceedings in that court.

(2) *Motion.* The party who wants to perpetuate testimony may move for leave to take the depositions, on the same notice and service as if the action were pending in the district court. The motion must show:

(A) the name, address, and expected substance of the testimony of each deponent; and

(B) the reasons for perpetuating the testimony.

(3) *Court Order.* If the court finds that perpetuating the testimony may prevent a failure or delay of justice, the court may permit the depositions to be taken and may issue orders like those authorized by Rules 34 and 35. The depositions may be taken and used as any other deposition taken in a pending district-court action.

(c) PERPETUATION BY AN ACTION. This rule does not limit a court's power to entertain an action to perpetuate testimony.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Mar. 1, 1971, eff. July 1, 1971; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 25, 2005, eff. Dec. 1, 2005; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

49 FEDERAL RULES OF CIVIL PROCEDURE **Rule 29**

**Rule 28. Persons Before Whom Depositions May Be Taken**

(a) WITHIN THE UNITED STATES.

(1) *In General.* Within the United States or a territory or insular possession subject to United States jurisdiction, a deposition must be taken before:

(A) an officer authorized to administer oaths either by federal law or by the law in the place of examination; or

(B) a person appointed by the court where the action is pending to administer oaths and take testimony.

(2) *Definition of "Officer."* The term "officer" in Rules 30, 31, and 32 includes a person appointed by the court under this rule or designated by the parties under Rule 29(a).

(b) IN A FOREIGN COUNTRY.

(1) *In General.* A deposition may be taken in a foreign country:

(A) under an applicable treaty or convention;

(B) under a letter of request, whether or not captioned a "letter rogatory";

(C) on notice, before a person authorized to administer oaths either by federal law or by the law in the place of examination; or

(D) before a person commissioned by the court to administer any necessary oath and take testimony.

(2) *Issuing a Letter of Request or a Commission.* A letter of request, a commission, or both may be issued:

(A) on appropriate terms after an application and notice of it; and

(B) without a showing that taking the deposition in another manner is impracticable or inconvenient.

(3) *Form of a Request, Notice, or Commission.* When a letter of request or any other device is used according to a treaty or convention, it must be captioned in the form prescribed by that treaty or convention. A letter of request may be addressed "To the Appropriate Authority in [name of country]." A deposition notice or a commission must designate by name or descriptive title the person before whom the deposition is to be taken.

(4) *Letter of Request—Admitting Evidence.* Evidence obtained in response to a letter of request need not be excluded merely because it is not a verbatim transcript, because the testimony was not taken under oath, or because of any similar departure from the requirements for depositions taken within the United States.

(c) DISQUALIFICATION. A deposition must not be taken before a person who is any party's relative, employee, or attorney; who is related to or employed by any party's attorney; or who is financially interested in the action.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Jan. 21, 1963, eff. July 1, 1963; Apr. 29, 1980, eff. Aug. 1, 1980; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 1, 2007, eff. Dec. 1, 2007.)

**Rule 29. Stipulations About Discovery Procedure**

Unless the court orders otherwise, the parties may stipulate that:

**Rule 30**        FEDERAL RULES OF CIVIL PROCEDURE        50

(a) a deposition may be taken before any person, at any time or place, on any notice, and in the manner specified—in which event it may be used in the same way as any other deposition; and

(b) other procedures governing or limiting discovery be modified—but a stipulation extending the time for any form of discovery must have court approval if it would interfere with the time set for completing discovery, for hearing a motion, or for trial.

(As amended Mar. 30, 1970, eff. July 1, 1970; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 30. Depositions by Oral Examination

(a) WHEN A DEPOSITION MAY BE TAKEN.

(1) *Without Leave.* A party may, by oral questions, depose any person, including a party, without leave of court except as provided in Rule 30(a)(2). The deponent's attendance may be compelled by subpoena under Rule 45.

(2) *With Leave.* A party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2):

(A) if the parties have not stipulated to the deposition and:

(i) the deposition would result in more than 10 depositions being taken under this rule or Rule 31 by the plaintiffs, or by the defendants, or by the third-party defendants;

(ii) the deponent has already been deposed in the case; or

(iii) the party seeks to take the deposition before the time specified in Rule 26(d), unless the party certifies in the notice, with supporting facts, that the deponent is expected to leave the United States and be unavailable for examination in this country after that time; or

(B) if the deponent is confined in prison.

(b) NOTICE OF THE DEPOSITION; OTHER FORMAL REQUIREMENTS.

(1) *Notice in General.* A party who wants to depose a person by oral questions must give reasonable written notice to every other party. The notice must state the time and place of the deposition and, if known, the deponent's name and address. If the name is unknown, the notice must provide a general description sufficient to identify the person or the particular class or group to which the person belongs.

(2) *Producing Documents.* If a subpoena duces tecum is to be served on the deponent, the materials designated for production, as set out in the subpoena, must be listed in the notice or in an attachment. The notice to a party deponent may be accompanied by a request under Rule 34 to produce documents and tangible things at the deposition.

(3) *Method of Recording.*

(A) *Method Stated in the Notice.* The party who notices the deposition must state in the notice the method for recording the testimony. Unless the court orders otherwise, testimony may be recorded by audio, audiovisual, or stenographic means. The noticing party bears the recording costs. Any party may arrange to transcribe a deposition.

51              FEDERAL RULES OF CIVIL PROCEDURE              **Rule 30**

(B) *Additional Method.* With prior notice to the deponent and other parties, any party may designate another method for recording the testimony in addition to that specified in the original notice. That party bears the expense of the additional record or transcript unless the court orders otherwise.

(4) *By Remote Means.* The parties may stipulate—or the court may on motion order—that a deposition be taken by telephone or other remote means. For the purpose of this rule and Rules 28(a), 37(a)(2), and 37(b)(1), the deposition takes place where the deponent answers the questions.

(5) *Officer's Duties.*

(A) *Before the Deposition.* Unless the parties stipulate otherwise, a deposition must be conducted before an officer appointed or designated under Rule 28. The officer must begin the deposition with an on-the-record statement that includes:

(i) the officer's name and business address;

(ii) the date, time, and place of the deposition;

(iii) the deponent's name;

(iv) the officer's administration of the oath or affirmation to the deponent; and

(v) the identity of all persons present.

(B) *Conducting the Deposition; Avoiding Distortion.* If the deposition is recorded nonstenographically, the officer must repeat the items in Rule 30(b)(5)(A)(i)–(iii) at the beginning of each unit of the recording medium. The deponent's and attorneys' appearance or demeanor must not be distorted through recording techniques.

(C) *After the Deposition.* At the end of a deposition, the officer must state on the record that the deposition is complete and must set out any stipulations made by the attorneys about custody of the transcript or recording and of the exhibits, or about any other pertinent matters.

(6) *Notice or Subpoena Directed to an Organization.* In its notice or subpoena, a party may name as the deponent a public or private corporation, a partnership, an association, a governmental agency, or other entity and must describe with reasonable particularity the matters for examination. The named organization must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf; and it may set out the matters on which each person designated will testify. Before or promptly after the notice or subpoena is served, the serving party and the organization must confer in good faith about the matters for examination. A subpoena must advise a nonparty organization of its duty to confer with the serving party and to designate each person who will testify. The persons designated must testify about information known or reasonably available to the organization. This paragraph (6) does not preclude a deposition by any other procedure allowed by these rules.

(c) EXAMINATION AND CROSS-EXAMINATION; RECORD OF THE EXAMINATION; OBJECTIONS; WRITTEN QUESTIONS.

(1) *Examination and Cross-Examination.* The examination and cross-examination of a deponent proceed as they would at trial

under the Federal Rules of Evidence, except Rules 103 and 615. After putting the deponent under oath or affirmation, the officer must record the testimony by the method designated under Rule 30(b)(3)(A). The testimony must be recorded by the officer personally or by a person acting in the presence and under the direction of the officer.

(2) *Objections.* An objection at the time of the examination—whether to evidence, to a party's conduct, to the officer's qualifications, to the manner of taking the deposition, or to any other aspect of the deposition—must be noted on the record, but the examination still proceeds; the testimony is taken subject to any objection. An objection must be stated concisely in a nonargumentative and nonsuggestive manner. A person may instruct a deponent not to answer only when necessary to preserve a privilege, to enforce a limitation ordered by the court, or to present a motion under Rule 30(d)(3).

(3) *Participating Through Written Questions.* Instead of participating in the oral examination, a party may serve written questions in a sealed envelope on the party noticing the deposition, who must deliver them to the officer. The officer must ask the deponent those questions and record the answers verbatim.

(d) DURATION; SANCTION; MOTION TO TERMINATE OR LIMIT.

(1) *Duration.* Unless otherwise stipulated or ordered by the court, a deposition is limited to one day of 7 hours. The court must allow additional time consistent with Rule 26(b)(1) and (2) if needed to fairly examine the deponent or if the deponent, another person, or any other circumstance impedes or delays the examination.

(2) *Sanction.* The court may impose an appropriate sanction—including the reasonable expenses and attorney's fees incurred by any party—on a person who impedes, delays, or frustrates the fair examination of the deponent.

(3) *Motion to Terminate or Limit.*

(A) *Grounds.* At any time during a deposition, the deponent or a party may move to terminate or limit it on the ground that it is being conducted in bad faith or in a manner that unreasonably annoys, embarrasses, or oppresses the deponent or party. The motion may be filed in the court where the action is pending or the deposition is being taken. If the objecting deponent or party so demands, the deposition must be suspended for the time necessary to obtain an order.

(B) *Order.* The court may order that the deposition be terminated or may limit its scope and manner as provided in Rule 26(c). If terminated, the deposition may be resumed only by order of the court where the action is pending.

(C) *Award of Expenses.* Rule 37(a)(5) applies to the award of expenses.

(e) REVIEW BY THE WITNESS; CHANGES.

(1) *Review; Statement of Changes.* On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

53          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 30**

    (A) to review the transcript or recording; and

    (B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

  (2) *Changes Indicated in the Officer's Certificate.* The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

(f) CERTIFICATION AND DELIVERY; EXHIBITS; COPIES OF THE TRANSCRIPT OR RECORDING; FILING.

  (1) *Certification and Delivery.* The officer must certify in writing that the witness was duly sworn and that the deposition accurately records the witness's testimony. The certificate must accompany the record of the deposition. Unless the court orders otherwise, the officer must seal the deposition in an envelope or package bearing the title of the action and marked ''Deposition of [witness's name]'' and must promptly send it to the attorney who arranged for the transcript or recording. The attorney must store it under conditions that will protect it against loss, destruction, tampering, or deterioration.

  (2) *Documents and Tangible Things.*

    (A) *Originals and Copies.* Documents and tangible things produced for inspection during a deposition must, on a party's request, be marked for identification and attached to the deposition. Any party may inspect and copy them. But if the person who produced them wants to keep the originals, the person may:

      (i) offer copies to be marked, attached to the deposition, and then used as originals—after giving all parties a fair opportunity to verify the copies by comparing them with the originals; or

      (ii) give all parties a fair opportunity to inspect and copy the originals after they are marked—in which event the originals may be used as if attached to the deposition.

    (B) *Order Regarding the Originals.* Any party may move for an order that the originals be attached to the deposition pending final disposition of the case.

  (3) *Copies of the Transcript or Recording.* Unless otherwise stipulated or ordered by the court, the officer must retain the stenographic notes of a deposition taken stenographically or a copy of the recording of a deposition taken by another method. When paid reasonable charges, the officer must furnish a copy of the transcript or recording to any party or the deponent.

  (4) *Notice of Filing.* A party who files the deposition must promptly notify all other parties of the filing.

(g) FAILURE TO ATTEND A DEPOSITION OR SERVE A SUBPOENA; EXPENSES. A party who, expecting a deposition to be taken, attends in person or by an attorney may recover reasonable expenses for attending, including attorney's fees, if the noticing party failed to:

  (1) attend and proceed with the deposition; or

  (2) serve a subpoena on a nonparty deponent, who consequently did not attend.

**Rule 31**       FEDERAL RULES OF CIVIL PROCEDURE       54

(As amended Jan. 21, 1963, eff. July 1, 1963; Mar. 30, 1970, eff. July 1, 1970; Mar. 1, 1971, eff. July 1, 1971; Nov. 20, 1972, eff. July 1, 1975; Apr. 29, 1980, eff. Aug. 1, 1980; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 29, 2015, eff. Dec. 1, 2015; Apr. 27, 2020, eff. Dec. 1, 2020.)

**Rule 31. Depositions by Written Questions**

(a) WHEN A DEPOSITION MAY BE TAKEN.

(1) *Without Leave.* A party may, by written questions, depose any person, including a party, without leave of court except as provided in Rule 31(a)(2). The deponent's attendance may be compelled by subpoena under Rule 45.

(2) *With Leave.* A party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2):

(A) if the parties have not stipulated to the deposition and:

(i) the deposition would result in more than 10 depositions being taken under this rule or Rule 30 by the plaintiffs, or by the defendants, or by the third-party defendants;

(ii) the deponent has already been deposed in the case; or

(iii) the party seeks to take a deposition before the time specified in Rule 26(d); or

(B) if the deponent is confined in prison.

(3) *Service; Required Notice.* A party who wants to depose a person by written questions must serve them on every other party, with a notice stating, if known, the deponent's name and address. If the name is unknown, the notice must provide a general description sufficient to identify the person or the particular class or group to which the person belongs. The notice must also state the name or descriptive title and the address of the officer before whom the deposition will be taken.

(4) *Questions Directed to an Organization.* A public or private corporation, a partnership, an association, or a governmental agency may be deposed by written questions in accordance with Rule 30(b)(6).

(5) *Questions from Other Parties.* Any questions to the deponent from other parties must be served on all parties as follows: cross-questions, within 14 days after being served with the notice and direct questions; redirect questions, within 7 days after being served with cross-questions; and recross-questions, within 7 days after being served with redirect questions. The court may, for good cause, extend or shorten these times.

(b) DELIVERY TO THE OFFICER; OFFICER'S DUTIES. The party who noticed the deposition must deliver to the officer a copy of all the questions served and of the notice. The officer must promptly proceed in the manner provided in Rule 30(c), (e), and (f) to:

(1) take the deponent's testimony in response to the questions;

(2) prepare and certify the deposition; and

(3) send it to the party, attaching a copy of the questions and of the notice.

(c) NOTICE OF COMPLETION OR FILING.

(1) *Completion.* The party who noticed the deposition must notify all other parties when it is completed.

(2) *Filing.* A party who files the deposition must promptly notify all other parties of the filing.

(As amended Mar. 30, 1970, eff. July 1, 1970; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 29, 2015, eff. Dec. 1, 2015.)

### Rule 32. Using Depositions in Court Proceedings

(a) USING DEPOSITIONS.

(1) *In General.* At a hearing or trial, all or part of a deposition may be used against a party on these conditions:

(A) the party was present or represented at the taking of the deposition or had reasonable notice of it;

(B) it is used to the extent it would be admissible under the Federal Rules of Evidence if the deponent were present and testifying; and

(C) the use is allowed by Rule 32(a)(2) through (8).

(2) *Impeachment and Other Uses.* Any party may use a deposition to contradict or impeach the testimony given by the deponent as a witness, or for any other purpose allowed by the Federal Rules of Evidence.

(3) *Deposition of Party, Agent, or Designee.* An adverse party may use for any purpose the deposition of a party or anyone who, when deposed, was the party's officer, director, managing agent, or designee under Rule 30(b)(6) or 31(a)(4).

(4) *Unavailable Witness.* A party may use for any purpose the deposition of a witness, whether or not a party, if the court finds:

(A) that the witness is dead;

(B) that the witness is more than 100 miles from the place of hearing or trial or is outside the United States, unless it appears that the witness's absence was procured by the party offering the deposition;

(C) that the witness cannot attend or testify because of age, illness, infirmity, or imprisonment;

(D) that the party offering the deposition could not procure the witness's attendance by subpoena; or

(E) on motion and notice, that exceptional circumstances make it desirable—in the interest of justice and with due regard to the importance of live testimony in open court—to permit the deposition to be used.

(5) *Limitations on Use.*

(A) *Deposition Taken on Short Notice.* A deposition must not be used against a party who, having received less than 14 days' notice of the deposition, promptly moved for a protective order under Rule 26(c)(1)(B) requesting that it not be taken or be taken at a different time or place—and this motion was still pending when the deposition was taken.

(B) *Unavailable Deponent; Party Could Not Obtain an Attorney.* A deposition taken without leave of court under the unavailability provision of Rule 30(a)(2)(A)(iii) must

not be used against a party who shows that, when served with the notice, it could not, despite diligent efforts, obtain an attorney to represent it at the deposition.

(6) *Using Part of a Deposition.* If a party offers in evidence only part of a deposition, an adverse party may require the offeror to introduce other parts that in fairness should be considered with the part introduced, and any party may itself introduce any other parts.

(7) *Substituting a Party.* Substituting a party under Rule 25 does not affect the right to use a deposition previously taken.

(8) *Deposition Taken in an Earlier Action.* A deposition lawfully taken and, if required, filed in any federal- or state-court action may be used in a later action involving the same subject matter between the same parties, or their representatives or successors in interest, to the same extent as if taken in the later action. A deposition previously taken may also be used as allowed by the Federal Rules of Evidence.

(b) OBJECTIONS TO ADMISSIBILITY. Subject to Rules 28(b) and 32(d)(3), an objection may be made at a hearing or trial to the admission of any deposition testimony that would be inadmissible if the witness were present and testifying.

(c) FORM OF PRESENTATION. Unless the court orders otherwise, a party must provide a transcript of any deposition testimony the party offers, but may provide the court with the testimony in nontranscript form as well. On any party's request, deposition testimony offered in a jury trial for any purpose other than impeachment must be presented in nontranscript form, if available, unless the court for good cause orders otherwise.

(d) WAIVER OF OBJECTIONS.

(1) *To the Notice.* An objection to an error or irregularity in a deposition notice is waived unless promptly served in writing on the party giving the notice.

(2) *To the Officer's Qualification.* An objection based on disqualification of the officer before whom a deposition is to be taken is waived if not made:

(A) before the deposition begins; or

(B) promptly after the basis for disqualification becomes known or, with reasonable diligence, could have been known.

(3) *To the Taking of the Deposition.*

(A) *Objection to Competence, Relevance, or Materiality.* An objection to a deponent's competence—or to the competence, relevance, or materiality of testimony—is not waived by a failure to make the objection before or during the deposition, unless the ground for it might have been corrected at that time.

(B) *Objection to an Error or Irregularity.* An objection to an error or irregularity at an oral examination is waived if:

(i) it relates to the manner of taking the deposition, the form of a question or answer, the oath or affirmation, a party's conduct, or other matters that might have been corrected at that time; and

(ii) it is not timely made during the deposition.

(C) *Objection to a Written Question.* An objection to the form of a written question under Rule 31 is waived if not

57          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 33**

served in writing on the party submitting the question within the time for serving responsive questions or, if the question is a recross-question, within 7 days after being served with it.

(4) *To Completing and Returning the Deposition.* An objection to how the officer transcribed the testimony—or prepared, signed, certified, sealed, endorsed, sent, or otherwise dealt with the deposition—is waived unless a motion to suppress is made promptly after the error or irregularity becomes known or, with reasonable diligence, could have been known.

(As amended Mar. 30, 1970, eff. July 1, 1970; Nov. 20, 1972, eff. July 1, 1975; Apr. 29, 1980, eff. Aug. 1, 1980; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

**Rule 33. Interrogatories to Parties**

(a) IN GENERAL.

(1) *Number.* Unless otherwise stipulated or ordered by the court, a party may serve on any other party no more than 25 written interrogatories, including all discrete subparts. Leave to serve additional interrogatories may be granted to the extent consistent with Rule 26(b)(1) and (2).

(2) *Scope.* An interrogatory may relate to any matter that may be inquired into under Rule 26(b). An interrogatory is not objectionable merely because it asks for an opinion or contention that relates to fact or the application of law to fact, but the court may order that the interrogatory need not be answered until designated discovery is complete, or until a pretrial conference or some other time.

(b) ANSWERS AND OBJECTIONS.

(1) *Responding Party.* The interrogatories must be answered:

(A) by the party to whom they are directed; or

(B) if that party is a public or private corporation, a partnership, an association, or a governmental agency, by any officer or agent, who must furnish the information available to the party.

(2) *Time to Respond.* The responding party must serve its answers and any objections within 30 days after being served with the interrogatories. A shorter or longer time may be stipulated to under Rule 29 or be ordered by the court.

(3) *Answering Each Interrogatory.* Each interrogatory must, to the extent it is not objected to, be answered separately and fully in writing under oath.

(4) *Objections.* The grounds for objecting to an interrogatory must be stated with specificity. Any ground not stated in a timely objection is waived unless the court, for good cause, excuses the failure.

(5) *Signature.* The person who makes the answers must sign them, and the attorney who objects must sign any objections.

(c) USE. An answer to an interrogatory may be used to the extent allowed by the Federal Rules of Evidence.

**Rule 34**       FEDERAL RULES OF CIVIL PROCEDURE       58

(d) OPTION TO PRODUCE BUSINESS RECORDS. If the answer to an interrogatory may be determined by examining, auditing, compiling, abstracting, or summarizing a party's business records (including electronically stored information), and if the burden of deriving or ascertaining the answer will be substantially the same for either party, the responding party may answer by:

(1) specifying the records that must be reviewed, in sufficient detail to enable the interrogating party to locate and identify them as readily as the responding party could; and

(2) giving the interrogating party a reasonable opportunity to examine and audit the records and to make copies, compilations, abstracts, or summaries.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Mar. 30, 1970, eff. July 1, 1970; Apr. 29, 1980, eff. Aug. 1, 1980; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 29, 2015, eff. Dec. 1, 2015.)

**Rule 34. Producing Documents, Electronically Stored Information, and Tangible Things, or Entering onto Land, for Inspection and Other Purposes**

(a) IN GENERAL. A party may serve on any other party a request within the scope of Rule 26(b):

(1) to produce and permit the requesting party or its representative to inspect, copy, test, or sample the following items in the responding party's possession, custody, or control:

(A) any designated documents or electronically stored information—including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form; or

(B) any designated tangible things; or

(2) to permit entry onto designated land or other property possessed or controlled by the responding party, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

(b) PROCEDURE.

(1) *Contents of the Request.* The request:

(A) must describe with reasonable particularity each item or category of items to be inspected;

(B) must specify a reasonable time, place, and manner for the inspection and for performing the related acts; and

(C) may specify the form or forms in which electronically stored information is to be produced.

(2) *Responses and Objections.*

(A) *Time to Respond.* The party to whom the request is directed must respond in writing within 30 days after being served or—if the request was delivered under Rule 26(d)(2)—within 30 days after the parties' first Rule 26(f) conference. A shorter or longer time may be stipulated to under Rule 29 or be ordered by the court.

(B) *Responding to Each Item*. For each item or category, the response must either state that inspection and related activities will be permitted as requested or state with specificity the grounds for objecting to the request, including the reasons. The responding party may state that it will produce copies of documents or of electronically stored information instead of permitting inspection. The production must then be completed no later than the time for inspection specified in the request or another reasonable time specified in the response.

(C) *Objections*. An objection must state whether any responsive materials are being withheld on the basis of that objection. An objection to part of a request must specify the part and permit inspection of the rest.

(D) *Responding to a Request for Production of Electronically Stored Information*. The response may state an objection to a requested form for producing electronically stored information. If the responding party objects to a requested form—or if no form was specified in the request—the party must state the form or forms it intends to use.

(E) *Producing the Documents or Electronically Stored Information*. Unless otherwise stipulated or ordered by the court, these procedures apply to producing documents or electronically stored information:

(i) A party must produce documents as they are kept in the usual course of business or must organize and label them to correspond to the categories in the request;

(ii) If a request does not specify a form for producing electronically stored information, a party must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms; and

(iii) A party need not produce the same electronically stored information in more than one form.

(c) NONPARTIES. As provided in Rule 45, a nonparty may be compelled to produce documents and tangible things or to permit an inspection.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Mar. 30, 1970, eff. July 1, 1970; Apr. 29, 1980, eff. Aug. 1, 1980; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 29, 2015, eff. Dec. 1, 2015.)

**Rule 35. Physical and Mental Examinations**

(a) ORDER FOR AN EXAMINATION.

(1) *In General*. The court where the action is pending may order a party whose mental or physical condition—including blood group—is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner. The court has the same authority to order a party to produce for examination a person who is in its custody or under its legal control.

(2) *Motion and Notice; Contents of the Order*. The order:

(A) may be made only on motion for good cause and on notice to all parties and the person to be examined; and

(B) must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it.

(b) EXAMINER'S REPORT.

(1) *Request by the Party or Person Examined.* The party who moved for the examination must, on request, deliver to the requester a copy of the examiner's report, together with like reports of all earlier examinations of the same condition. The request may be made by the party against whom the examination order was issued or by the person examined.

(2) *Contents.* The examiner's report must be in writing and must set out in detail the examiner's findings, including diagnoses, conclusions, and the results of any tests.

(3) *Request by the Moving Party.* After delivering the reports, the party who moved for the examination may request—and is entitled to receive—from the party against whom the examination order was issued like reports of all earlier or later examinations of the same condition. But those reports need not be delivered by the party with custody or control of the person examined if the party shows that it could not obtain them.

(4) *Waiver of Privilege.* By requesting and obtaining the examiner's report, or by deposing the examiner, the party examined waives any privilege it may have—in that action or any other action involving the same controversy—concerning testimony about all examinations of the same condition.

(5) *Failure to Deliver a Report.* The court on motion may order—on just terms—that a party deliver the report of an examination. If the report is not provided, the court may exclude the examiner's testimony at trial.

(6) *Scope.* This subdivision (b) applies also to an examination made by the parties' agreement, unless the agreement states otherwise. This subdivision does not preclude obtaining an examiner's report or deposing an examiner under other rules.

(As amended Mar. 30, 1970, eff. July 1, 1970; Mar. 2, 1987, eff. Aug. 1, 1987; Pub. L. 100–690, title VII, §7047(b), Nov. 18, 1988, 102 Stat. 4401; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 30, 2007, eff. Dec. 1, 2007.)

**Rule 36. Requests for Admission**

(a) SCOPE AND PROCEDURE.

(1) *Scope.* A party may serve on any other party a written request to admit, for purposes of the pending action only, the truth of any matters within the scope of Rule 26(b)(1) relating to:

(A) facts, the application of law to fact, or opinions about either; and

(B) the genuineness of any described documents.

(2) *Form; Copy of a Document.* Each matter must be separately stated. A request to admit the genuineness of a document must be accompanied by a copy of the document unless it is, or has been, otherwise furnished or made available for inspection and copying.

(3) *Time to Respond; Effect of Not Responding.* A matter is admitted unless, within 30 days after being served, the party to

whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney. A shorter or longer time for responding may be stipulated to under Rule 29 or be ordered by the court.

(4) *Answer*. If a matter is not admitted, the answer must specifically deny it or state in detail why the answering party cannot truthfully admit or deny it. A denial must fairly respond to the substance of the matter; and when good faith requires that a party qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest. The answering party may assert lack of knowledge or information as a reason for failing to admit or deny only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny.

(5) *Objections*. The grounds for objecting to a request must be stated. A party must not object solely on the ground that the request presents a genuine issue for trial.

(6) *Motion Regarding the Sufficiency of an Answer or Objection*. The requesting party may move to determine the sufficiency of an answer or objection. Unless the court finds an objection justified, it must order that an answer be served. On finding that an answer does not comply with this rule, the court may order either that the matter is admitted or that an amended answer be served. The court may defer its final decision until a pretrial conference or a specified time before trial. Rule 37(a)(5) applies to an award of expenses.

(b) EFFECT OF AN ADMISSION; WITHDRAWING OR AMENDING IT. A matter admitted under this rule is conclusively established unless the court, on motion, permits the admission to be withdrawn or amended. Subject to Rule 16(e), the court may permit withdrawal or amendment if it would promote the presentation of the merits of the action and if the court is not persuaded that it would prejudice the requesting party in maintaining or defending the action on the merits. An admission under this rule is not an admission for any other purpose and cannot be used against the party in any other proceeding.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Mar. 30, 1970, eff. July 1, 1970; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 30, 2007, eff. Dec. 1, 2007.)

**Rule 37. Failure to Make Disclosures or to Cooperate in Discovery; Sanctions**

(a) MOTION FOR AN ORDER COMPELLING DISCLOSURE OR DISCOVERY.

(1) *In General*. On notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action.

(2) *Appropriate Court*. A motion for an order to a party must be made in the court where the action is pending. A motion for an order to a nonparty must be made in the court where the discovery is or will be taken.

(3) *Specific Motions.*

(A) *To Compel Disclosure.* If a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions.

(B) *To Compel a Discovery Response.* A party seeking discovery may move for an order compelling an answer, designation, production, or inspection. This motion may be made if:

(i) a deponent fails to answer a question asked under Rule 30 or 31;

(ii) a corporation or other entity fails to make a designation under Rule 30(b)(6) or 31(a)(4);

(iii) a party fails to answer an interrogatory submitted under Rule 33; or

(iv) a party fails to produce documents or fails to respond that inspection will be permitted—or fails to permit inspection—as requested under Rule 34.

(C) *Related to a Deposition.* When taking an oral deposition, the party asking a question may complete or adjourn the examination before moving for an order.

(4) *Evasive or Incomplete Disclosure, Answer, or Response.* For purposes of this subdivision (a), an evasive or incomplete disclosure, answer, or response must be treated as a failure to disclose, answer, or respond.

(5) *Payment of Expenses; Protective Orders.*

(A) *If the Motion Is Granted (or Disclosure or Discovery Is Provided After Filing).* If the motion is granted—or if the disclosure or requested discovery is provided after the motion was filed—the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees. But the court must not order this payment if:

(i) the movant filed the motion before attempting in good faith to obtain the disclosure or discovery without court action;

(ii) the opposing party's nondisclosure, response, or objection was substantially justified; or

(iii) other circumstances make an award of expenses unjust.

(B) *If the Motion Is Denied.* If the motion is denied, the court may issue any protective order authorized under Rule 26(c) and must, after giving an opportunity to be heard, require the movant, the attorney filing the motion, or both to pay the party or deponent who opposed the motion its reasonable expenses incurred in opposing the motion, including attorney's fees. But the court must not order this payment if the motion was substantially justified or other circumstances make an award of expenses unjust.

(C) *If the Motion Is Granted in Part and Denied in Part.* If the motion is granted in part and denied in part, the court may issue any protective order authorized under Rule 26(c) and may, after giving an opportunity to be heard, apportion the reasonable expenses for the motion.

63　　　　　FEDERAL RULES OF CIVIL PROCEDURE　　　　**Rule 37**

(b) FAILURE TO COMPLY WITH A COURT ORDER.

(1) *Sanctions Sought in the District Where the Deposition Is Taken*. If the court where the discovery is taken orders a deponent to be sworn or to answer a question and the deponent fails to obey, the failure may be treated as contempt of court. If a deposition-related motion is transferred to the court where the action is pending, and that court orders a deponent to be sworn or to answer a question and the deponent fails to obey, the failure may be treated as contempt of either the court where the discovery is taken or the court where the action is pending.

(2) *Sanctions Sought in the District Where the Action Is Pending*.

(A) *For Not Obeying a Discovery Order*. If a party or a party's officer, director, or managing agent—or a witness designated under Rule 30(b)(6) or 31(a)(4)—fails to obey an order to provide or permit discovery, including an order under Rule 26(f), 35, or 37(a), the court where the action is pending may issue further just orders. They may include the following:

(i) directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims;

(ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;

(iii) striking pleadings in whole or in part;

(iv) staying further proceedings until the order is obeyed;

(v) dismissing the action or proceeding in whole or in part;

(vi) rendering a default judgment against the disobedient party; or

(vii) treating as contempt of court the failure to obey any order except an order to submit to a physical or mental examination.

(B) *For Not Producing a Person for Examination*. If a party fails to comply with an order under Rule 35(a) requiring it to produce another person for examination, the court may issue any of the orders listed in Rule 37(b)(2)(A)(i)–(vi), unless the disobedient party shows that it cannot produce the other person.

(C) *Payment of Expenses*. Instead of or in addition to the orders above, the court must order the disobedient party, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust.

(c) FAILURE TO DISCLOSE, TO SUPPLEMENT AN EARLIER RESPONSE, OR TO ADMIT.

(1) *Failure to Disclose or Supplement*. If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless. In addition to or instead of this sanction, the court, on motion and after giving an opportunity to be heard:

  (A) may order payment of the reasonable expenses, including attorney's fees, caused by the failure;

  (B) may inform the jury of the party's failure; and

  (C) may impose other appropriate sanctions, including any of the orders listed in Rule 37(b)(2)(A)(i)–(vi).

 (2) *Failure to Admit.* If a party fails to admit what is requested under Rule 36 and if the requesting party later proves a document to be genuine or the matter true, the requesting party may move that the party who failed to admit pay the reasonable expenses, including attorney's fees, incurred in making that proof. The court must so order unless:

  (A) the request was held objectionable under Rule 36(a);

  (B) the admission sought was of no substantial importance;

  (C) the party failing to admit had a reasonable ground to believe that it might prevail on the matter; or

  (D) there was other good reason for the failure to admit.

(d) PARTY'S FAILURE TO ATTEND ITS OWN DEPOSITION, SERVE ANSWERS TO INTERROGATORIES, OR RESPOND TO A REQUEST FOR INSPECTION.

 (1) *In General.*

  (A) *Motion; Grounds for Sanctions.* The court where the action is pending may, on motion, order sanctions if:

   (i) a party or a party's officer, director, or managing agent—or a person designated under Rule 30(b)(6) or 31(a)(4)—fails, after being served with proper notice, to appear for that person's deposition; or

   (ii) a party, after being properly served with interrogatories under Rule 33 or a request for inspection under Rule 34, fails to serve its answers, objections, or written response.

  (B) *Certification.* A motion for sanctions for failing to answer or respond must include a certification that the movant has in good faith conferred or attempted to confer with the party failing to act in an effort to obtain the answer or response without court action.

 (2) *Unacceptable Excuse for Failing to Act.* A failure described in Rule 37(d)(1)(A) is not excused on the ground that the discovery sought was objectionable, unless the party failing to act has a pending motion for a protective order under Rule 26(c).

 (3) *Types of Sanctions.* Sanctions may include any of the orders listed in Rule 37(b)(2)(A)(i)–(vi). Instead of or in addition to these sanctions, the court must require the party failing to act, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust.

(e) FAILURE TO PRESERVE ELECTRONICALLY STORED INFORMATION. If electronically stored information that should have been preserved in the anticipation or conduct of litigation is lost because a party failed to take reasonable steps to preserve it, and it cannot be restored or replaced through additional discovery, the court:

 (1) upon finding prejudice to another party from loss of the information, may order measures no greater than necessary to cure the prejudice; or

 (2) only upon finding that the party acted with the intent to deprive another party of the information's use in the litigation may:

  (A) presume that the lost information was unfavorable to the party;

  (B) instruct the jury that it may or must presume the information was unfavorable to the party; or

  (C) dismiss the action or enter a default judgment.

 (f) FAILURE TO PARTICIPATE IN FRAMING A DISCOVERY PLAN. If a party or its attorney fails to participate in good faith in developing and submitting a proposed discovery plan as required by Rule 26(f), the court may, after giving an opportunity to be heard, require that party or attorney to pay to any other party the reasonable expenses, including attorney's fees, caused by the failure.

(As amended Dec. 29, 1948, eff. Oct. 20, 1949; Mar. 30, 1970, eff. July 1, 1970; Apr. 29, 1980, eff. Aug. 1, 1980; Pub. L. 96–481, §205(a), Oct. 21, 1980, 94 Stat. 2330, eff. Oct. 1, 1981; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 16, 2013, eff. Dec. 1, 2013; Apr. 29, 2015, eff. Dec. 1, 2015.)

## TITLE VI. TRIALS

### Rule 38. Right to a Jury Trial; Demand

 (a) RIGHT PRESERVED. The right of trial by jury as declared by the Seventh Amendment to the Constitution—or as provided by a federal statute—is preserved to the parties inviolate.

 (b) DEMAND. On any issue triable of right by a jury, a party may demand a jury trial by:

 (1) serving the other parties with a written demand—which may be included in a pleading—no later than 14 days after the last pleading directed to the issue is served; and

 (2) filing the demand in accordance with Rule 5(d).

 (c) SPECIFYING ISSUES. In its demand, a party may specify the issues that it wishes to have tried by a jury; otherwise, it is considered to have demanded a jury trial on all the issues so triable. If the party has demanded a jury trial on only some issues, any other party may—within 14 days after being served with the demand or within a shorter time ordered by the court—serve a demand for a jury trial on any other or all factual issues triable by jury.

 (d) WAIVER; WITHDRAWAL. A party waives a jury trial unless its demand is properly served and filed. A proper demand may be withdrawn only if the parties consent.

 (e) ADMIRALTY AND MARITIME CLAIMS. These rules do not create a right to a jury trial on issues in a claim that is an admiralty or maritime claim under Rule 9(h).

(As amended Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

### Rule 39. Trial by Jury or by the Court

(a) WHEN A DEMAND IS MADE. When a jury trial has been demanded under Rule 38, the action must be designated on the docket as a jury action. The trial on all issues so demanded must be by jury unless:

(1) the parties or their attorneys file a stipulation to a nonjury trial or so stipulate on the record; or

(2) the court, on motion or on its own, finds that on some or all of those issues there is no federal right to a jury trial.

(b) WHEN NO DEMAND IS MADE. Issues on which a jury trial is not properly demanded are to be tried by the court. But the court may, on motion, order a jury trial on any issue for which a jury might have been demanded.

(c) ADVISORY JURY; JURY TRIAL BY CONSENT. In an action not triable of right by a jury, the court, on motion or on its own:

(1) may try any issue with an advisory jury; or

(2) may, with the parties' consent, try any issue by a jury whose verdict has the same effect as if a jury trial had been a matter of right, unless the action is against the United States and a federal statute provides for a nonjury trial.

(As amended Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 40. Scheduling Cases for Trial

Each court must provide by rule for scheduling trials. The court must give priority to actions entitled to priority by a federal statute.

(As amended Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 41. Dismissal of Actions

(a) VOLUNTARY DISMISSAL.

(1) *By the Plaintiff*.

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

(2) *By Court Order; Effect*. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

(b) INVOLUNTARY DISMISSAL; EFFECT. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

(c) DISMISSING A COUNTERCLAIM, CROSSCLAIM, OR THIRD-PARTY CLAIM. This rule applies to a dismissal of any counterclaim, crossclaim, or third-party claim. A claimant's voluntary dismissal under Rule 41(a)(1)(A)(i) must be made:

>    (1) before a responsive pleading is served; or
>    (2) if there is no responsive pleading, before evidence is introduced at a hearing or trial.

(d) COSTS OF A PREVIOUSLY DISMISSED ACTION. If a plaintiff who previously dismissed an action in any court files an action based on or including the same claim against the same defendant, the court:

>    (1) may order the plaintiff to pay all or part of the costs of that previous action; and
>    (2) may stay the proceedings until the plaintiff has complied.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Jan. 21, 1963, eff. July 1, 1963; Feb. 28, 1966, eff. July 1, 1966; Dec. 4, 1967, eff. July 1, 1968; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 42. Consolidation; Separate Trials

(a) CONSOLIDATION. If actions before the court involve a common question of law or fact, the court may:

>    (1) join for hearing or trial any or all matters at issue in the actions;
>    (2) consolidate the actions; or
>    (3) issue any other orders to avoid unnecessary cost or delay.

(b) SEPARATE TRIALS. For convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims. When ordering a separate trial, the court must preserve any federal right to a jury trial.

(As amended Feb. 28, 1966, eff. July 1, 1966; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 43. Taking Testimony

(a) IN OPEN COURT. At trial, the witnesses' testimony must be taken in open court unless a federal statute, the Federal Rules of Evidence, these rules, or other rules adopted by the Supreme Court provide otherwise. For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location.

(b) AFFIRMATION INSTEAD OF AN OATH. When these rules require an oath, a solemn affirmation suffices.

(c) EVIDENCE ON A MOTION. When a motion relies on facts outside the record, the court may hear the matter on affidavits or may hear it wholly or partly on oral testimony or on depositions.

(d) INTERPRETER. The court may appoint an interpreter of its choosing; fix reasonable compensation to be paid from funds provided by law or by one or more parties; and tax the compensation as costs.

(As amended Feb. 28, 1966, eff. July 1, 1966; Nov. 20, 1972, and Dec. 18, 1972, eff. July 1, 1975; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 23, 1996, eff. Dec. 1, 1996; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 44. Proving an Official Record

(a) MEANS OF PROVING.

(1) *Domestic Record.* Each of the following evidences an official record—or an entry in it—that is otherwise admissible and is kept within the United States, any state, district, or commonwealth, or any territory subject to the administrative or judicial jurisdiction of the United States:

(A) an official publication of the record; or

(B) a copy attested by the officer with legal custody of the record—or by the officer's deputy—and accompanied by a certificate that the officer has custody. The certificate must be made under seal:

(i) by a judge of a court of record in the district or political subdivision where the record is kept; or

(ii) by any public officer with a seal of office and with official duties in the district or political subdivision where the record is kept.

(2) *Foreign Record.*

(A) *In General.* Each of the following evidences a foreign official record—or an entry in it—that is otherwise admissible:

(i) an official publication of the record; or

(ii) the record—or a copy—that is attested by an authorized person and is accompanied either by a final certification of genuineness or by a certification under a treaty or convention to which the United States and the country where the record is located are parties.

(B) *Final Certification of Genuineness.* A final certification must certify the genuineness of the signature and official position of the attester or of any foreign official whose certificate of genuineness relates to the attestation or is in a chain of certificates of genuineness relating to the attestation. A final certification may be made by a secretary of a United States embassy or legation; by a consul general, vice consul, or consular agent of the United States; or by a diplomatic or consular official of the foreign country assigned or accredited to the United States.

(C) *Other Means of Proof.* If all parties have had a reasonable opportunity to investigate a foreign record's authenticity and accuracy, the court may, for good cause, either:

(i) admit an attested copy without final certification; or

(ii) permit the record to be evidenced by an attested summary with or without a final certification.

(b) LACK OF A RECORD. A written statement that a diligent search of designated records revealed no record or entry of a specified tenor is admissible as evidence that the records contain no

69          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 45**

such record or entry. For domestic records, the statement must be authenticated under Rule 44(a)(1). For foreign records, the statement must comply with (a)(2)(C)(ii).

(c) OTHER PROOF. A party may prove an official record—or an entry or lack of an entry in it—by any other method authorized by law.

(As amended Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 44.1. Determining Foreign Law

A party who intends to raise an issue about a foreign country's law must give notice by a pleading or other writing. In determining foreign law, the court may consider any relevant material or source, including testimony, whether or not submitted by a party or admissible under the Federal Rules of Evidence. The court's determination must be treated as a ruling on a question of law.

(As added Feb. 28, 1966, eff. July 1, 1966; amended Nov. 20, 1972, eff. July 1, 1975; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 45. Subpoena

(a) IN GENERAL.
    (1) *Form and Contents.*
        (A) *Requirements—In General.* Every subpoena must:
            (i) state the court from which it issued;
            (ii) state the title of the action and its civil-action number;
            (iii) command each person to whom it is directed to do the following at a specified time and place: attend and testify; produce designated documents, electronically stored information, or tangible things in that person's possession, custody, or control; or permit the inspection of premises; and
            (iv) set out the text of Rule 45(d) and (e).
        (B) *Command to Attend a Deposition—Notice of the Recording Method.* A subpoena commanding attendance at a deposition must state the method for recording the testimony.
        (C) *Combining or Separating a Command to Produce or to Permit Inspection; Specifying the Form for Electronically Stored Information.* A command to produce documents, electronically stored information, or tangible things or to permit the inspection of premises may be included in a subpoena commanding attendance at a deposition, hearing, or trial, or may be set out in a separate subpoena. A subpoena may specify the form or forms in which electronically stored information is to be produced.
        (D) *Command to Produce; Included Obligations.* A command in a subpoena to produce documents, electronically stored information, or tangible things requires the responding person to permit inspection, copying, testing, or sampling of the materials.
    (2) *Issuing Court.* A subpoena must issue from the court where the action is pending.
    (3) *Issued by Whom.* The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it. That party

**Rule 45**          FEDERAL RULES OF CIVIL PROCEDURE          70

must complete it before service. An attorney also may issue and sign a subpoena if the attorney is authorized to practice in the issuing court.

(4) *Notice to Other Parties Before Service.* If the subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, then before it is served on the person to whom it is directed, a notice and a copy of the subpoena must be served on each party.

(b) SERVICE.

(1) *By Whom and How; Tendering Fees.* Any person who is at least 18 years old and not a party may serve a subpoena. Serving a subpoena requires delivering a copy to the named person and, if the subpoena requires that person's attendance, tendering the fees for 1 day's attendance and the mileage allowed by law. Fees and mileage need not be tendered when the subpoena issues on behalf of the United States or any of its officers or agencies.

(2) *Service in the United States.* A subpoena may be served at any place within the United States.

(3) *Service in a Foreign Country.* 28 U.S.C. §1783 governs issuing and serving a subpoena directed to a United States national or resident who is in a foreign country.

(4) *Proof of Service.* Proving service, when necessary, requires filing with the issuing court a statement showing the date and manner of service and the names of the persons served. The statement must be certified by the server.

(c) PLACE OF COMPLIANCE.

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

(d) PROTECTING A PERSON SUBJECT TO A SUBPOENA; ENFORCEMENT.

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

71                    FEDERAL RULES OF CIVIL PROCEDURE                **Rule 45**

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**Rule 45**         FEDERAL RULES OF CIVIL PROCEDURE                72

(e) DUTIES IN RESPONDING TO A SUBPOENA.

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

(f) TRANSFERRING A SUBPOENA-RELATED MOTION. When the court where compliance is required did not issue the subpoena, it may

transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances. Then, if the attorney for a person subject to a subpoena is authorized to practice in the court where the motion was made, the attorney may file papers and appear on the motion as an officer of the issuing court. To enforce its order, the issuing court may transfer the order to the court where the motion was made.

(g) CONTEMPT. The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Mar. 30, 1970, eff. July 1, 1970; Apr. 29, 1980, eff. Aug. 1, 1980; Apr. 29, 1985, eff. Aug. 1, 1985; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 25, 2005, eff. Dec. 1, 2005; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 16, 2013, eff. Dec. 1, 2013.)

### Rule 46. Objecting to a Ruling or Order

A formal exception to a ruling or order is unnecessary. When the ruling or order is requested or made, a party need only state the action that it wants the court to take or objects to, along with the grounds for the request or objection. Failing to object does not prejudice a party who had no opportunity to do so when the ruling or order was made.

(As amended Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 47. Selecting Jurors

(a) EXAMINING JURORS. The court may permit the parties or their attorneys to examine prospective jurors or may itself do so. If the court examines the jurors, it must permit the parties or their attorneys to make any further inquiry it considers proper, or must itself ask any of their additional questions it considers proper.

(b) PEREMPTORY CHALLENGES. The court must allow the number of peremptory challenges provided by 28 U.S.C. §1870.

(c) EXCUSING A JUROR. During trial or deliberation, the court may excuse a juror for good cause.

(As amended Feb. 28, 1966, eff. July 1, 1966; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 48. Number of Jurors; Verdict; Polling

(a) NUMBER OF JURORS. A jury must begin with at least 6 and no more than 12 members, and each juror must participate in the verdict unless excused under Rule 47(c).

(b) VERDICT. Unless the parties stipulate otherwise, the verdict must be unanimous and must be returned by a jury of at least 6 members.

(c) POLLING. After a verdict is returned but before the jury is discharged, the court must on a party's request, or may on its

own, poll the jurors individually. If the poll reveals a lack of una-nimity or lack of assent by the number of jurors that the parties stipulated to, the court may direct the jury to deliberate further or may order a new trial.

(As amended Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

### Rule 49. Special Verdict; General Verdict and Questions

(a) SPECIAL VERDICT.

(1) *In General.* The court may require a jury to return only a special verdict in the form of a special written finding on each issue of fact. The court may do so by:

(A) submitting written questions susceptible of a cat-egorical or other brief answer;

(B) submitting written forms of the special findings that might properly be made under the pleadings and evidence; or

(C) using any other method that the court considers ap-propriate.

(2) *Instructions.* The court must give the instructions and ex-planations necessary to enable the jury to make its findings on each submitted issue.

(3) *Issues Not Submitted.* A party waives the right to a jury trial on any issue of fact raised by the pleadings or evidence but not submitted to the jury unless, before the jury retires, the party demands its submission to the jury. If the party does not demand submission, the court may make a finding on the issue. If the court makes no finding, it is considered to have made a finding consistent with its judgment on the special verdict.

(b) GENERAL VERDICT WITH ANSWERS TO WRITTEN QUESTIONS.

(1) *In General.* The court may submit to the jury forms for a general verdict, together with written questions on one or more issues of fact that the jury must decide. The court must give the instructions and explanations necessary to enable the jury to render a general verdict and answer the questions in writing, and must direct the jury to do both.

(2) *Verdict and Answers Consistent.* When the general verdict and the answers are consistent, the court must approve, for entry under Rule 58, an appropriate judgment on the verdict and answers.

(3) *Answers Inconsistent with the Verdict.* When the answers are consistent with each other but one or more is inconsistent with the general verdict, the court may:

(A) approve, for entry under Rule 58, an appropriate judgment according to the answers, notwithstanding the general verdict;

(B) direct the jury to further consider its answers and verdict; or

(C) order a new trial.

(4) *Answers Inconsistent with Each Other and the Verdict.* When the answers are inconsistent with each other and one or more is also inconsistent with the general verdict, judgment must

not be entered; instead, the court must direct the jury to further consider its answers and verdict, or must order a new trial.

(As amended Jan. 21, 1963, eff. July 1, 1963; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

**Rule 50. Judgment as a Matter of Law in a Jury Trial; Related Motion for a New Trial; Conditional Ruling**

(a) JUDGMENT AS A MATTER OF LAW.

(1) *In General.* If a party has been fully heard on an issue during a jury trial and the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue, the court may:

(A) resolve the issue against the party; and

(B) grant a motion for judgment as a matter of law against the party on a claim or defense that, under the controlling law, can be maintained or defeated only with a favorable finding on that issue.

(2) *Motion.* A motion for judgment as a matter of law may be made at any time before the case is submitted to the jury. The motion must specify the judgment sought and the law and facts that entitle the movant to the judgment.

(b) RENEWING THE MOTION AFTER TRIAL; ALTERNATIVE MOTION FOR A NEW TRIAL. If the court does not grant a motion for judgment as a matter of law made under Rule 50(a), the court is considered to have submitted the action to the jury subject to the court's later deciding the legal questions raised by the motion. No later than 28 days after the entry of judgment—or if the motion addresses a jury issue not decided by a verdict, no later than 28 days after the jury was discharged—the movant may file a renewed motion for judgment as a matter of law and may include an alternative or joint request for a new trial under Rule 59. In ruling on the renewed motion, the court may:

(1) allow judgment on the verdict, if the jury returned a verdict;

(2) order a new trial; or

(3) direct the entry of judgment as a matter of law.

(c) GRANTING THE RENEWED MOTION; CONDITIONAL RULING ON A MOTION FOR A NEW TRIAL.

(1) *In General.* If the court grants a renewed motion for judgment as a matter of law, it must also conditionally rule on any motion for a new trial by determining whether a new trial should be granted if the judgment is later vacated or reversed. The court must state the grounds for conditionally granting or denying the motion for a new trial.

(2) *Effect of a Conditional Ruling.* Conditionally granting the motion for a new trial does not affect the judgment's finality; if the judgment is reversed, the new trial must proceed unless the appellate court orders otherwise. If the motion for a new trial is conditionally denied, the appellee may assert error in that denial; if the judgment is reversed, the case must proceed as the appellate court orders.

(d) TIME FOR A LOSING PARTY'S NEW-TRIAL MOTION. Any motion for a new trial under Rule 59 by a party against whom judgment

as a matter of law is rendered must be filed no later than 28 days after the entry of the judgment.

(e) DENYING THE MOTION FOR JUDGMENT AS A MATTER OF LAW; REVERSAL ON APPEAL. If the court denies the motion for judgment as a matter of law, the prevailing party may, as appellee, assert grounds entitling it to a new trial should the appellate court conclude that the trial court erred in denying the motion. If the appellate court reverses the judgment, it may order a new trial, direct the trial court to determine whether a new trial should be granted, or direct the entry of judgment.

(As amended Jan. 21, 1963, eff. July 1, 1963; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 27, 1995, eff. Dec. 1, 1995; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

**Rule 51. Instructions to the Jury; Objections; Preserving a Claim of Error**

(a) REQUESTS.

(1) *Before or at the Close of the Evidence.* At the close of the evidence or at any earlier reasonable time that the court orders, a party may file and furnish to every other party written requests for the jury instructions it wants the court to give.

(2) *After the Close of the Evidence.* After the close of the evidence, a party may:

(A) file requests for instructions on issues that could not reasonably have been anticipated by an earlier time that the court set for requests; and

(B) with the court's permission, file untimely requests for instructions on any issue.

(b) INSTRUCTIONS. The court:

(1) must inform the parties of its proposed instructions and proposed action on the requests before instructing the jury and before final jury arguments;

(2) must give the parties an opportunity to object on the record and out of the jury's hearing before the instructions and arguments are delivered; and

(3) may instruct the jury at any time before the jury is discharged.

(c) OBJECTIONS.

(1) *How to Make.* A party who objects to an instruction or the failure to give an instruction must do so on the record, stating distinctly the matter objected to and the grounds for the objection.

(2) *When to Make.* An objection is timely if:

(A) a party objects at the opportunity provided under Rule 51(b)(2); or

(B) a party was not informed of an instruction or action on a request before that opportunity to object, and the party objects promptly after learning that the instruction or request will be, or has been, given or refused.

(d) ASSIGNING ERROR; PLAIN ERROR.

(1) *Assigning Error.* A party may assign as error:

(A) an error in an instruction actually given, if that party properly objected; or

(B) a failure to give an instruction, if that party properly requested it and—unless the court rejected the request in a definitive ruling on the record—also properly objected.

(2) *Plain Error*. A court may consider a plain error in the instructions that has not been preserved as required by Rule 51(d)(1) if the error affects substantial rights.

(As amended Mar. 2, 1987, eff. Aug. 1, 1987; Mar. 27, 2003, eff. Dec. 1, 2003; Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 52. Findings and Conclusions by the Court; Judgment on Partial Findings

(a) FINDINGS AND CONCLUSIONS.

(1) *In General*. In an action tried on the facts without a jury or with an advisory jury, the court must find the facts specially and state its conclusions of law separately. The findings and conclusions may be stated on the record after the close of the evidence or may appear in an opinion or a memorandum of decision filed by the court. Judgment must be entered under Rule 58.

(2) *For an Interlocutory Injunction*. In granting or refusing an interlocutory injunction, the court must similarly state the findings and conclusions that support its action.

(3) *For a Motion*. The court is not required to state findings or conclusions when ruling on a motion under Rule 12 or 56 or, unless these rules provide otherwise, on any other motion.

(4) *Effect of a Master's Findings*. A master's findings, to the extent adopted by the court, must be considered the court's findings.

(5) *Questioning the Evidentiary Support*. A party may later question the sufficiency of the evidence supporting the findings, whether or not the party requested findings, objected to them, moved to amend them, or moved for partial findings.

(6) *Setting Aside the Findings*. Findings of fact, whether based on oral or other evidence, must not be set aside unless clearly erroneous, and the reviewing court must give due regard to the trial court's opportunity to judge the witnesses' credibility.

(b) AMENDED OR ADDITIONAL FINDINGS. On a party's motion filed no later than 28 days after the entry of judgment, the court may amend its findings—or make additional findings—and may amend the judgment accordingly. The motion may accompany a motion for a new trial under Rule 59.

(c) JUDGMENT ON PARTIAL FINDINGS. If a party has been fully heard on an issue during a nonjury trial and the court finds against the party on that issue, the court may enter judgment against the party on a claim or defense that, under the controlling law, can be maintained or defeated only with a favorable finding on that issue. The court may, however, decline to render any judgment until the close of the evidence. A judgment on partial findings must be supported by findings of fact and conclusions of law as required by Rule 52(a).

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Jan. 21, 1963, eff. July 1, 1963; Apr. 28, 1983, eff. Aug. 1, 1983; Apr. 29, 1985, eff. Aug. 1, 1985; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 22, 1993, eff. Dec. 1, 1993; Apr.

27, 1995, eff. Dec. 1, 1995; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

### Rule 53. Masters

(a) APPOINTMENT.

(1) *Scope.* Unless a statute provides otherwise, a court may appoint a master only to:

(A) perform duties consented to by the parties;

(B) hold trial proceedings and make or recommend findings of fact on issues to be decided without a jury if appointment is warranted by:

(i) some exceptional condition; or

(ii) the need to perform an accounting or resolve a difficult computation of damages; or

(C) address pretrial and posttrial matters that cannot be effectively and timely addressed by an available district judge or magistrate judge of the district.

(2) *Disqualification.* A master must not have a relationship to the parties, attorneys, action, or court that would require disqualification of a judge under 28 U.S.C. §455, unless the parties, with the court's approval, consent to the appointment after the master discloses any potential grounds for disqualification.

(3) *Possible Expense or Delay.* In appointing a master, the court must consider the fairness of imposing the likely expenses on the parties and must protect against unreasonable expense or delay.

(b) ORDER APPOINTING A MASTER.

(1) *Notice.* Before appointing a master, the court must give the parties notice and an opportunity to be heard. Any party may suggest candidates for appointment.

(2) *Contents.* The appointing order must direct the master to proceed with all reasonable diligence and must state:

(A) the master's duties, including any investigation or enforcement duties, and any limits on the master's authority under Rule 53(c);

(B) the circumstances, if any, in which the master may communicate ex parte with the court or a party;

(C) the nature of the materials to be preserved and filed as the record of the master's activities;

(D) the time limits, method of filing the record, other procedures, and standards for reviewing the master's orders, findings, and recommendations; and

(E) the basis, terms, and procedure for fixing the master's compensation under Rule 53(g).

(3) *Issuing.* The court may issue the order only after:

(A) the master files an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. §455; and

(B) if a ground is disclosed, the parties, with the court's approval, waive the disqualification.

(4) *Amending.* The order may be amended at any time after notice to the parties and an opportunity to be heard.

(c) MASTER'S AUTHORITY.

(1) *In General.* Unless the appointing order directs otherwise, a master may:

(A) regulate all proceedings;

(B) take all appropriate measures to perform the assigned duties fairly and efficiently; and

(C) if conducting an evidentiary hearing, exercise the appointing court's power to compel, take, and record evidence.

(2) *Sanctions*. The master may by order impose on a party any noncontempt sanction provided by Rule 37 or 45, and may recommend a contempt sanction against a party and sanctions against a nonparty.

(d) MASTER'S ORDERS. A master who issues an order must file it and promptly serve a copy on each party. The clerk must enter the order on the docket.

(e) MASTER'S REPORTS. A master must report to the court as required by the appointing order. The master must file the report and promptly serve a copy on each party, unless the court orders otherwise.

(f) ACTION ON THE MASTER'S ORDER, REPORT, OR RECOMMENDATIONS.

(1) *Opportunity for a Hearing; Action in General*. In acting on a master's order, report, or recommendations, the court must give the parties notice and an opportunity to be heard; may receive evidence; and may adopt or affirm, modify, wholly or partly reject or reverse, or resubmit to the master with instructions.

(2) *Time to Object or Move to Adopt or Modify*. A party may file objections to—or a motion to adopt or modify—the master's order, report, or recommendations no later than 21 days after a copy is served, unless the court sets a different time.

(3) *Reviewing Factual Findings*. The court must decide de novo all objections to findings of fact made or recommended by a master, unless the parties, with the court's approval, stipulate that:

(A) the findings will be reviewed for clear error; or

(B) the findings of a master appointed under Rule 53(a)(1)(A) or (C) will be final.

(4) *Reviewing Legal Conclusions*. The court must decide de novo all objections to conclusions of law made or recommended by a master.

(5) *Reviewing Procedural Matters*. Unless the appointing order establishes a different standard of review, the court may set aside a master's ruling on a procedural matter only for an abuse of discretion.

(g) COMPENSATION.

(1) *Fixing Compensation*. Before or after judgment, the court must fix the master's compensation on the basis and terms stated in the appointing order, but the court may set a new basis and terms after giving notice and an opportunity to be heard.

(2) *Payment*. The compensation must be paid either:

(A) by a party or parties; or

(B) from a fund or subject matter of the action within the court's control.

(3) *Allocating Payment*. The court must allocate payment among the parties after considering the nature and amount of

the controversy, the parties' means, and the extent to which any party is more responsible than other parties for the reference to a master. An interim allocation may be amended to reflect a decision on the merits.

(h) APPOINTING A MAGISTRATE JUDGE. A magistrate judge is subject to this rule only when the order referring a matter to the magistrate judge states that the reference is made under this rule.

(As amended Feb. 28, 1966, eff. July 1, 1966; Apr. 28, 1983, eff. Aug. 1, 1983; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec. 1, 2003; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

## TITLE VII. JUDGMENT

### Rule 54. Judgment; Costs

(a) DEFINITION; FORM. ''Judgment'' as used in these rules includes a decree and any order from which an appeal lies. A judgment should not include recitals of pleadings, a master's report, or a record of prior proceedings.

(b) JUDGMENT ON MULTIPLE CLAIMS OR INVOLVING MULTIPLE PARTIES. When an action presents more than one claim for relief—whether as a claim, counterclaim, crossclaim, or third-party claim—or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

(c) DEMAND FOR JUDGMENT; RELIEF TO BE GRANTED. A default judgment must not differ in kind from, or exceed in amount, what is demanded in the pleadings. Every other final judgment should grant the relief to which each party is entitled, even if the party has not demanded that relief in its pleadings.

(d) COSTS; ATTORNEY'S FEES.

(1) *Costs Other Than Attorney's Fees.* Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

(2) *Attorney's Fees.*

(A) *Claim to Be by Motion.* A claim for attorney's fees and related nontaxable expenses must be made by motion unless the substantive law requires those fees to be proved at trial as an element of damages.

(B) *Timing and Contents of the Motion.* Unless a statute or a court order provides otherwise, the motion must:

(i) be filed no later than 14 days after the entry of judgment;

(ii) specify the judgment and the statute, rule, or other grounds entitling the movant to the award;

(iii) state the amount sought or provide a fair estimate of it; and

(iv) disclose, if the court so orders, the terms of any agreement about fees for the services for which the claim is made.

(C) *Proceedings.* Subject to Rule 23(h), the court must, on a party's request, give an opportunity for adversary submissions on the motion in accordance with Rule 43(c) or 78. The court may decide issues of liability for fees before receiving submissions on the value of services. The court must find the facts and state its conclusions of law as provided in Rule 52(a).

(D) *Special Procedures by Local Rule; Reference to a Master or a Magistrate Judge.* By local rule, the court may establish special procedures to resolve fee-related issues without extensive evidentiary hearings. Also, the court may refer issues concerning the value of services to a special master under Rule 53 without regard to the limitations of Rule 53(a)(1), and may refer a motion for attorney's fees to a magistrate judge under Rule 72(b) as if it were a dispositive pretrial matter.

(E) *Exceptions.* Subparagraphs (A)–(D) do not apply to claims for fees and expenses as sanctions for violating these rules or as sanctions under 28 U.S.C. § 1927.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Apr. 17, 1961, eff. July 19, 1961; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 29, 2002, eff. Dec. 1, 2002; Mar. 27, 2003, eff. Dec. 1, 2003; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

### Rule 55. Default; Default Judgment

(a) ENTERING A DEFAULT. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) ENTERING A DEFAULT JUDGMENT.

(1) *By the Clerk.* If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

(2) *By the Court.* In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing. The court may conduct hearings or make referrals—preserving any federal statutory right to a jury trial—when, to enter or effectuate judgment, it needs to:

**Rule 56**     FEDERAL RULES OF CIVIL PROCEDURE     82

    (A) conduct an accounting;

    (B) determine the amount of damages;

    (C) establish the truth of any allegation by evidence; or

    (D) investigate any other matter.

(c) SETTING ASIDE A DEFAULT OR A DEFAULT JUDGMENT. The court may set aside an entry of default for good cause, and it may set aside a final default judgment under Rule 60(b).

(d) JUDGMENT AGAINST THE UNITED STATES. A default judgment may be entered against the United States, its officers, or its agencies only if the claimant establishes a claim or right to relief by evidence that satisfies the court.

(As amended Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009; Apr. 29, 2015, eff. Dec. 1, 2015.)

**Rule 56. Summary Judgment**

(a) MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT. A party may move for summary judgment, identifying each claim or defense—or the part of each claim or defense—on which summary judgment is sought. The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law. The court should state on the record the reasons for granting or denying the motion.

(b) TIME TO FILE A MOTION. Unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery.

(c) PROCEDURES.

    (1) *Supporting Factual Positions.* A party asserting that a fact cannot be or is genuinely disputed must support the assertion by:

        (A) citing to particular parts of materials in the record, including depositions, documents, electronically stored information, affidavits or declarations, stipulations (including those made for purposes of the motion only), admissions, interrogatory answers, or other materials; or

        (B) showing that the materials cited do not establish the absence or presence of a genuine dispute, or that an adverse party cannot produce admissible evidence to support the fact.

    (2) *Objection That a Fact Is Not Supported by Admissible Evidence.* A party may object that the material cited to support or dispute a fact cannot be presented in a form that would be admissible in evidence.

    (3) *Materials Not Cited.* The court need consider only the cited materials, but it may consider other materials in the record.

    (4) *Affidavits or Declarations.* An affidavit or declaration used to support or oppose a motion must be made on personal knowledge, set out facts that would be admissible in evidence, and show that the affiant or declarant is competent to testify on the matters stated.

(d) WHEN FACTS ARE UNAVAILABLE TO THE NONMOVANT. If a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may:

83          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 58**

(1) defer considering the motion or deny it;

(2) allow time to obtain affidavits or declarations or to take discovery; or

(3) issue any other appropriate order.

(e) FAILING TO PROPERLY SUPPORT OR ADDRESS A FACT. If a party fails to properly support an assertion of fact or fails to properly address another party's assertion of fact as required by Rule 56(c), the court may:

(1) give an opportunity to properly support or address the fact;

(2) consider the fact undisputed for purposes of the motion;

(3) grant summary judgment if the motion and supporting materials—including the facts considered undisputed—show that the movant is entitled to it; or

(4) issue any other appropriate order.

(f) JUDGMENT INDEPENDENT OF THE MOTION. After giving notice and a reasonable time to respond, the court may:

(1) grant summary judgment for a nonmovant;

(2) grant the motion on grounds not raised by a party; or

(3) consider summary judgment on its own after identifying for the parties material facts that may not be genuinely in dispute.

(g) FAILING TO GRANT ALL THE REQUESTED RELIEF. If the court does not grant all the relief requested by the motion, it may enter an order stating any material fact—including an item of damages or other relief—that is not genuinely in dispute and treating the fact as established in the case.

(h) AFFIDAVIT OR DECLARATION SUBMITTED IN BAD FAITH. If satisfied that an affidavit or declaration under this rule is submitted in bad faith or solely for delay, the court—after notice and a reasonable time to respond—may order the submitting party to pay the other party the reasonable expenses, including attorney's fees, it incurred as a result. An offending party or attorney may also be held in contempt or subjected to other appropriate sanctions.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Jan. 21, 1963, eff. July 1, 1963; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009; Apr. 28, 2010, eff. Dec. 1, 2010.)

**Rule 57. Declaratory Judgment**

These rules govern the procedure for obtaining a declaratory judgment under 28 U.S.C. § 2201. Rules 38 and 39 govern a demand for a jury trial. The existence of another adequate remedy does not preclude a declaratory judgment that is otherwise appropriate. The court may order a speedy hearing of a declaratory-judgment action.

(As amended Dec. 29, 1948, eff. Oct. 20, 1949; Apr. 30, 2007, eff. Dec. 1, 2007.)

**Rule 58. Entering Judgment**

(a) SEPARATE DOCUMENT. Every judgment and amended judgment must be set out in a separate document, but a separate document is not required for an order disposing of a motion:

(1) for judgment under Rule 50(b);

(2) to amend or make additional findings under Rule 52(b);

(3) for attorney's fees under Rule 54;

(4) for a new trial, or to alter or amend the judgment, under Rule 59; or

(5) for relief under Rule 60.

(b) ENTERING JUDGMENT.

(1) *Without the Court's Direction*. Subject to Rule 54(b) and unless the court orders otherwise, the clerk must, without awaiting the court's direction, promptly prepare, sign, and enter the judgment when:

(A) the jury returns a general verdict;

(B) the court awards only costs or a sum certain; or

(C) the court denies all relief.

(2) *Court's Approval Required*. Subject to Rule 54(b), the court must promptly approve the form of the judgment, which the clerk must promptly enter, when:

(A) the jury returns a special verdict or a general verdict with answers to written questions; or

(B) the court grants other relief not described in this subdivision (b).

(c) TIME OF ENTRY. For purposes of these rules, judgment is entered at the following times:

(1) if a separate document is not required, when the judgment is entered in the civil docket under Rule 79(a); or

(2) if a separate document is required, when the judgment is entered in the civil docket under Rule 79(a) and the earlier of these events occurs:

(A) it is set out in a separate document; or

(B) 150 days have run from the entry in the civil docket.

(d) REQUEST FOR ENTRY. A party may request that judgment be set out in a separate document as required by Rule 58(a).

(e) COST OR FEE AWARDS. Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Jan. 21, 1963, eff. July 1, 1963; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 29, 2002, eff. Dec. 1, 2002; Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 59. New Trial; Altering or Amending a Judgment

(a) IN GENERAL.

(1) *Grounds for New Trial*. The court may, on motion, grant a new trial on all or some of the issues—and to any party—as follows:

(A) after a jury trial, for any reason for which a new trial has heretofore been granted in an action at law in federal court; or

(B) after a nonjury trial, for any reason for which a rehearing has heretofore been granted in a suit in equity in federal court.

(2) *Further Action After a Nonjury Trial*. After a nonjury trial, the court may, on motion for a new trial, open the judgment

85          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 60**

if one has been entered, take additional testimony, amend findings of fact and conclusions of law or make new ones, and direct the entry of a new judgment.

(b) TIME TO FILE A MOTION FOR A NEW TRIAL. A motion for a new trial must be filed no later than 28 days after the entry of judgment.

(c) TIME TO SERVE AFFIDAVITS. When a motion for a new trial is based on affidavits, they must be filed with the motion. The opposing party has 14 days after being served to file opposing affidavits. The court may permit reply affidavits.

(d) NEW TRIAL ON THE COURT'S INITIATIVE OR FOR REASONS NOT IN THE MOTION. No later than 28 days after the entry of judgment, the court, on its own, may order a new trial for any reason that would justify granting one on a party's motion. After giving the parties notice and an opportunity to be heard, the court may grant a timely motion for a new trial for a reason not stated in the motion. In either event, the court must specify the reasons in its order.

(e) MOTION TO ALTER OR AMEND A JUDGMENT. A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Feb. 28, 1966, eff. July 1, 1966; Apr. 27, 1995, eff. Dec. 1, 1995; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

### Rule 60. Relief from a Judgment or Order

(a) CORRECTIONS BASED ON CLERICAL MISTAKES; OVERSIGHTS AND OMISSIONS. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

(b) GROUNDS FOR RELIEF FROM A FINAL JUDGMENT, ORDER, OR PROCEEDING. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

(c) TIMING AND EFFECT OF THE MOTION.

(1) *Timing.* A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.

**Rule 61**          FEDERAL RULES OF CIVIL PROCEDURE          86

(2) *Effect on Finality*. The motion does not affect the judgment's finality or suspend its operation.

(d) OTHER POWERS TO GRANT RELIEF. This rule does not limit a court's power to:

(1) entertain an independent action to relieve a party from a judgment, order, or proceeding;

(2) grant relief under 28 U.S.C. §1655 to a defendant who was not personally notified of the action; or

(3) set aside a judgment for fraud on the court.

(e) BILLS AND WRITS ABOLISHED. The following are abolished: bills of review, bills in the nature of bills of review, and writs of coram nobis, coram vobis, and audita querela.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 61. Harmless Error

Unless justice requires otherwise, no error in admitting or excluding evidence—or any other error by the court or a party—is ground for granting a new trial, for setting aside a verdict, or for vacating, modifying, or otherwise disturbing a judgment or order. At every stage of the proceeding, the court must disregard all errors and defects that do not affect any party's substantial rights.

(As amended Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 62. Stay of Proceedings to Enforce a Judgment

(a) AUTOMATIC STAY. Except as provided in Rule 62(c) and (d), execution on a judgment and proceedings to enforce it are stayed for 30 days after its entry, unless the court orders otherwise.

(b) STAY BY BOND OR OTHER SECURITY. At any time after judgment is entered, a party may obtain a stay by providing a bond or other security. The stay takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security.

(c) STAY OF AN INJUNCTION, RECEIVERSHIP, OR PATENT ACCOUNTING ORDER. Unless the court orders otherwise, the following are not stayed after being entered, even if an appeal is taken:

(1) an interlocutory or final judgment in an action for an injunction or receivership; or

(2) a judgment or order that directs an accounting in an action for patent infringement.

(d) INJUNCTION PENDING AN APPEAL. While an appeal is pending from an interlocutory order or final judgment that grants, continues, modifies, refuses, dissolves, or refuses to dissolve or modify an injunction, the court may suspend, modify, restore, or grant an injunction on terms for bond or other terms that secure the opposing party's rights. If the judgment appealed from is rendered by a statutory three-judge district court, the order must be made either:

(1) by that court sitting in open session; or

(2) by the assent of all its judges, as evidenced by their signatures.

(e) STAY WITHOUT BOND ON AN APPEAL BY THE UNITED STATES, ITS OFFICERS, OR ITS AGENCIES. The court must not require a bond, obligation, or other security from the appellant when granting a

stay on an appeal by the United States, its officers, or its agencies or on an appeal directed by a department of the federal government.

(f) STAY IN FAVOR OF A JUDGMENT DEBTOR UNDER STATE LAW. If a judgment is a lien on the judgment debtor's property under the law of the state where the court is located, the judgment debtor is entitled to the same stay of execution the state court would give.

(g) APPELLATE COURT'S POWER NOT LIMITED. This rule does not limit the power of the appellate court or one of its judges or justices:

(1) to stay proceedings—or suspend, modify, restore, or grant an injunction—while an appeal is pending; or

(2) to issue an order to preserve the status quo or the effectiveness of the judgment to be entered.

(h) STAY WITH MULTIPLE CLAIMS OR PARTIES. A court may stay the enforcement of a final judgment entered under Rule 54(b) until it enters a later judgment or judgments, and may prescribe terms necessary to secure the benefit of the stayed judgment for the party in whose favor it was entered.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Apr. 17, 1961, eff. July 19, 1961; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009; Apr. 26, 2018, eff. Dec. 1, 2018.)

### Rule 62.1. Indicative Ruling on a Motion for Relief That is Barred by a Pending Appeal

(a) RELIEF PENDING APPEAL. If a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending, the court may:

(1) defer considering the motion;

(2) deny the motion; or

(3) state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue.

(b) NOTICE TO THE COURT OF APPEALS. The movant must promptly notify the circuit clerk under Federal Rule of Appellate Procedure 12.1 if the district court states that it would grant the motion or that the motion raises a substantial issue.

(c) REMAND. The district court may decide the motion if the court of appeals remands for that purpose.

(As added Mar. 26, 2009, eff. Dec. 1, 2009.)

### Rule 63. Judge's Inability to Proceed

If a judge conducting a hearing or trial is unable to proceed, any other judge may proceed upon certifying familiarity with the record and determining that the case may be completed without prejudice to the parties. In a hearing or a nonjury trial, the successor judge must, at a party's request, recall any witness whose testimony is material and disputed and who is available to testify again without undue burden. The successor judge may also recall any other witness.

(As amended Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 30, 2007, eff. Dec. 1, 2007.)

## TITLE VIII. PROVISIONAL AND FINAL REMEDIES

### Rule 64. Seizing a Person or Property

(a) REMEDIES UNDER STATE LAW—IN GENERAL. At the commencement of and throughout an action, every remedy is available that, under the law of the state where the court is located, provides for seizing a person or property to secure satisfaction of the potential judgment. But a federal statute governs to the extent it applies.

(b) SPECIFIC KINDS OF REMEDIES. The remedies available under this rule include the following—however designated and regardless of whether state procedure requires an independent action:

- arrest;
- attachment;
- garnishment;
- replevin;
- sequestration; and
- other corresponding or equivalent remedies.

(As amended Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 65. Injunctions and Restraining Orders

(a) PRELIMINARY INJUNCTION.

(1) *Notice.* The court may issue a preliminary injunction only on notice to the adverse party.

(2) *Consolidating the Hearing with the Trial on the Merits.* Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing. Even when consolidation is not ordered, evidence that is received on the motion and that would be admissible at trial becomes part of the trial record and need not be repeated at trial. But the court must preserve any party's right to a jury trial.

(b) TEMPORARY RESTRAINING ORDER.

(1) *Issuing Without Notice.* The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:

(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

(B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

(2) *Contents; Expiration.* Every temporary restraining order issued without notice must state the date and hour it was issued; describe the injury and state why it is irreparable; state why the order was issued without notice; and be promptly filed in the clerk's office and entered in the record. The order expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension. The reasons for an extension must be entered in the record.

89          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 65.1**

(3) *Expediting the Preliminary-Injunction Hearing*. If the order is issued without notice, the motion for a preliminary injunction must be set for hearing at the earliest possible time, taking precedence over all other matters except hearings on older matters of the same character. At the hearing, the party who obtained the order must proceed with the motion; if the party does not, the court must dissolve the order.

(4) *Motion to Dissolve*. On 2 days' notice to the party who obtained the order without notice—or on shorter notice set by the court—the adverse party may appear and move to dissolve or modify the order. The court must then hear and decide the motion as promptly as justice requires.

(c) SECURITY. The court may issue a preliminary injunction or a temporary restraining order only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained. The United States, its officers, and its agencies are not required to give security.

(d) CONTENTS AND SCOPE OF EVERY INJUNCTION AND RESTRAINING ORDER.

(1) *Contents*. Every order granting an injunction and every restraining order must:

(A) state the reasons why it issued;

(B) state its terms specifically; and

(C) describe in reasonable detail—and not by referring to the complaint or other document—the act or acts restrained or required.

(2) *Persons Bound*. The order binds only the following who receive actual notice of it by personal service or otherwise:

(A) the parties;

(B) the parties' officers, agents, servants, employees, and attorneys; and

(C) other persons who are in active concert or participation with anyone described in Rule 65(d)(2)(A) or (B).

(e) OTHER LAWS NOT MODIFIED. These rules do not modify the following:

(1) any federal statute relating to temporary restraining orders or preliminary injunctions in actions affecting employer and employee;

(2) 28 U.S.C. § 2361, which relates to preliminary injunctions in actions of interpleader or in the nature of interpleader; or

(3) 28 U.S.C. § 2284, which relates to actions that must be heard and decided by a three-judge district court.

(f) COPYRIGHT IMPOUNDMENT. This rule applies to copyright-impoundment proceedings.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 23, 2001, eff. Dec. 1, 2001; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

**Rule 65.1. Proceedings Against a Security Provider**

Whenever these rules (including the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions) require or allow a party to give security, and security is given with one

**Rule 66**          FEDERAL RULES OF CIVIL PROCEDURE          90

or more security providers, each provider submits to the court's jurisdiction and irrevocably appoints the court clerk as its agent for receiving service of any papers that affect its liability on the security. The security provider's liability may be enforced on motion without an independent action. The motion and any notice that the court orders may be served on the court clerk, who must promptly send a copy of each to every security provider whose address is known.

(As added Feb. 28, 1966, eff. July 1, 1966; amended Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 26, 2018, eff. Dec. 1, 2018.)

### Rule 66. Receivers

These rules govern an action in which the appointment of a receiver is sought or a receiver sues or is sued. But the practice in administering an estate by a receiver or a similar court-appointed officer must accord with the historical practice in federal courts or with a local rule. An action in which a receiver has been appointed may be dismissed only by court order.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 67. Deposit into Court

(a) DEPOSITING PROPERTY. If any part of the relief sought is a money judgment or the disposition of a sum of money or some other deliverable thing, a party—on notice to every other party and by leave of court—may deposit with the court all or part of the money or thing, whether or not that party claims any of it. The depositing party must deliver to the clerk a copy of the order permitting deposit.

(b) INVESTING AND WITHDRAWING FUNDS. Money paid into court under this rule must be deposited and withdrawn in accordance with 28 U.S.C. §§ 2041 and 2042 and any like statute. The money must be deposited in an interest-bearing account or invested in a court-approved, interest-bearing instrument.

(As amended Dec. 29, 1948, eff. Oct. 20, 1949; Apr. 28, 1983, eff. Aug. 1, 1983; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 68. Offer of Judgment

(a) MAKING AN OFFER; JUDGMENT ON AN ACCEPTED OFFER. At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.

(b) UNACCEPTED OFFER. An unaccepted offer is considered withdrawn, but it does not preclude a later offer. Evidence of an unaccepted offer is not admissible except in a proceeding to determine costs.

(c) OFFER AFTER LIABILITY IS DETERMINED. When one party's liability to another has been determined but the extent of liability

remains to be determined by further proceedings, the party held liable may make an offer of judgment. It must be served within a reasonable time—but at least 14 days—before the date set for a hearing to determine the extent of liability.

(d) PAYING COSTS AFTER AN UNACCEPTED OFFER. If the judgment that the offeree finally obtains is not more favorable than the unaccepted offer, the offeree must pay the costs incurred after the offer was made.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

### Rule 69. Execution

(a) IN GENERAL.

(1) *Money Judgment; Applicable Procedure*. A money judgment is enforced by a writ of execution, unless the court directs otherwise. The procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.

(2) *Obtaining Discovery*. In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person—including the judgment debtor—as provided in these rules or by the procedure of the state where the court is located.

(b) AGAINST CERTAIN PUBLIC OFFICERS. When a judgment has been entered against a revenue officer in the circumstances stated in 28 U.S.C. §2006, or against an officer of Congress in the circumstances stated in 2 U.S.C. §118,[1] the judgment must be satisfied as those statutes provide.

(As amended Dec. 29, 1948, eff. Oct. 20, 1949; Mar. 30, 1970, eff. July 1, 1970; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 70. Enforcing a Judgment for a Specific Act

(a) PARTY'S FAILURE TO ACT; ORDERING ANOTHER TO ACT. If a judgment requires a party to convey land, to deliver a deed or other document, or to perform any other specific act and the party fails to comply within the time specified, the court may order the act to be done—at the disobedient party's expense—by another person appointed by the court. When done, the act has the same effect as if done by the party.

(b) VESTING TITLE. If the real or personal property is within the district, the court—instead of ordering a conveyance—may enter a judgment divesting any party's title and vesting it in others. That judgment has the effect of a legally executed conveyance.

(c) OBTAINING A WRIT OF ATTACHMENT OR SEQUESTRATION. On application by a party entitled to performance of an act, the clerk must issue a writ of attachment or sequestration against the disobedient party's property to compel obedience.

(d) OBTAINING A WRIT OF EXECUTION OR ASSISTANCE. On application by a party who obtains a judgment or order for possession, the clerk must issue a writ of execution or assistance.

---

[1] Now editorially reclassified 2 U.S.C. 5503.

(e) HOLDING IN CONTEMPT. The court may also hold the disobedient party in contempt.

(As amended Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 71. Enforcing Relief For or Against a Nonparty

When an order grants relief for a nonparty or may be enforced against a nonparty, the procedure for enforcing the order is the same as for a party.

(As amended Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

## TITLE IX. SPECIAL PROCEEDINGS

### Rule 71.1. Condemning Real or Personal Property

(a) APPLICABILITY OF OTHER RULES. These rules govern proceedings to condemn real and personal property by eminent domain, except as this rule provides otherwise.

(b) JOINDER OF PROPERTIES. The plaintiff may join separate pieces of property in a single action, no matter whether they are owned by the same persons or sought for the same use.

(c) COMPLAINT.

(1) *Caption*. The complaint must contain a caption as provided in Rule 10(a). The plaintiff must, however, name as defendants both the property—designated generally by kind, quantity, and location—and at least one owner of some part of or interest in the property.

(2) *Contents*. The complaint must contain a short and plain statement of the following:

(A) the authority for the taking;

(B) the uses for which the property is to be taken;

(C) a description sufficient to identify the property;

(D) the interests to be acquired; and

(E) for each piece of property, a designation of each defendant who has been joined as an owner or owner of an interest in it.

(3) *Parties*. When the action commences, the plaintiff need join as defendants only those persons who have or claim an interest in the property and whose names are then known. But before any hearing on compensation, the plaintiff must add as defendants all those persons who have or claim an interest and whose names have become known or can be found by a reasonably diligent search of the records, considering both the property's character and value and the interests to be acquired. All others may be made defendants under the designation ''Unknown Owners.''

(4) *Procedure*. Notice must be served on all defendants as provided in Rule 71.1(d), whether they were named as defendants when the action commenced or were added later. A defendant may answer as provided in Rule 71.1(e). The court, meanwhile, may order any distribution of a deposit that the facts warrant.

(5) *Filing; Additional Copies*. In addition to filing the complaint, the plaintiff must give the clerk at least one copy for the defendants' use and additional copies at the request of the clerk or a defendant.

93          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 71.1**

(d) PROCESS.

(1) *Delivering Notice to the Clerk*. On filing a complaint, the plaintiff must promptly deliver to the clerk joint or several notices directed to the named defendants. When adding defendants, the plaintiff must deliver to the clerk additional notices directed to the new defendants.

(2) *Contents of the Notice*.

(A) *Main Contents*. Each notice must name the court, the title of the action, and the defendant to whom it is directed. It must describe the property sufficiently to identify it, but need not describe any property other than that to be taken from the named defendant. The notice must also state:

(i) that the action is to condemn property;

(ii) the interest to be taken;

(iii) the authority for the taking;

(iv) the uses for which the property is to be taken;

(v) that the defendant may serve an answer on the plaintiff's attorney within 21 days after being served with the notice;

(vi) that the failure to so serve an answer constitutes consent to the taking and to the court's authority to proceed with the action and fix the compensation; and

(vii) that a defendant who does not serve an answer may file a notice of appearance.

(B) *Conclusion*. The notice must conclude with the name, telephone number, and e-mail address of the plaintiff's attorney and an address within the district in which the action is brought where the attorney may be served.

(3) *Serving the Notice*.

(A) *Personal Service*. When a defendant whose address is known resides within the United States or a territory subject to the administrative or judicial jurisdiction of the United States, personal service of the notice (without a copy of the complaint) must be made in accordance with Rule 4.

(B) *Service by Publication*.

(i) A defendant may be served by publication only when the plaintiff's attorney files a certificate stating that the attorney believes the defendant cannot be personally served, because after diligent inquiry within the state where the complaint is filed, the defendant's place of residence is still unknown or, if known, that it is beyond the territorial limits of personal service. Service is then made by publishing the notice—once a week for at least 3 successive weeks—in a newspaper published in the county where the property is located or, if there is no such newspaper, in a newspaper with general circulation where the property is located. Before the last publication, a copy of the notice must also be mailed to every defendant who cannot be personally served but whose place of residence is then known. Unknown owners may be served by publication in the same manner by a notice addressed to ''Unknown Owners.''

(ii) Service by publication is complete on the date of the last publication. The plaintiff's attorney must prove publication and mailing by a certificate, attach a printed copy of the published notice, and mark on the copy the newspaper's name and the dates of publication.

(4) *Effect of Delivery and Service.* Delivering the notice to the clerk and serving it have the same effect as serving a summons under Rule 4.

(5) *Amending the Notice; Proof of Service and Amending the Proof.* Rule 4(a)(2) governs amending the notice. Rule 4(*l*) governs proof of service and amending it.

(e) APPEARANCE OR ANSWER.

(1) *Notice of Appearance.* A defendant that has no objection or defense to the taking of its property may serve a notice of appearance designating the property in which it claims an interest. The defendant must then be given notice of all later proceedings affecting the defendant.

(2) *Answer.* A defendant that has an objection or defense to the taking must serve an answer within 21 days after being served with the notice. The answer must:

(A) identify the property in which the defendant claims an interest;

(B) state the nature and extent of the interest; and

(C) state all the defendant's objections and defenses to the taking.

(3) *Waiver of Other Objections and Defenses; Evidence on Compensation.* A defendant waives all objections and defenses not stated in its answer. No other pleading or motion asserting an additional objection or defense is allowed. But at the trial on compensation, a defendant—whether or not it has previously appeared or answered—may present evidence on the amount of compensation to be paid and may share in the award.

(f) AMENDING PLEADINGS. Without leave of court, the plaintiff may—as often as it wants—amend the complaint at any time before the trial on compensation. But no amendment may be made if it would result in a dismissal inconsistent with Rule 71.1(i)(1) or (2). The plaintiff need not serve a copy of an amendment, but must serve notice of the filing, as provided in Rule 5(b), on every affected party who has appeared and, as provided in Rule 71.1(d), on every affected party who has not appeared. In addition, the plaintiff must give the clerk at least one copy of each amendment for the defendants' use, and additional copies at the request of the clerk or a defendant. A defendant may appear or answer in the time and manner and with the same effect as provided in Rule 71.1(e).

(g) SUBSTITUTING PARTIES. If a defendant dies, becomes incompetent, or transfers an interest after being joined, the court may, on motion and notice of hearing, order that the proper party be substituted. Service of the motion and notice on a nonparty must be made as provided in Rule 71.1(d)(3).

(h) TRIAL OF THE ISSUES.

(1) *Issues Other Than Compensation; Compensation.* In an action involving eminent domain under federal law, the court

95          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 71.1**

tries all issues, including compensation, except when compensation must be determined:

(A) by any tribunal specially constituted by a federal statute to determine compensation; or

(B) if there is no such tribunal, by a jury when a party demands one within the time to answer or within any additional time the court sets, unless the court appoints a commission.

(2) *Appointing a Commission; Commission's Powers and Report.*

(A) *Reasons for Appointing.* If a party has demanded a jury, the court may instead appoint a three-person commission to determine compensation because of the character, location, or quantity of the property to be condemned or for other just reasons.

(B) *Alternate Commissioners.* The court may appoint up to two additional persons to serve as alternate commissioners to hear the case and replace commissioners who, before a decision is filed, the court finds unable or disqualified to perform their duties. Once the commission renders its final decision, the court must discharge any alternate who has not replaced a commissioner.

(C) *Examining the Prospective Commissioners.* Before making its appointments, the court must advise the parties of the identity and qualifications of each prospective commissioner and alternate, and may permit the parties to examine them. The parties may not suggest appointees, but for good cause may object to a prospective commissioner or alternate.

(D) *Commission's Powers and Report.* A commission has the powers of a master under Rule 53(c). Its action and report are determined by a majority. Rule 53(d), (e), and (f) apply to its action and report.

(i) DISMISSAL OF THE ACTION OR A DEFENDANT.

(1) *Dismissing the Action.*

(A) *By the Plaintiff.* If no compensation hearing on a piece of property has begun, and if the plaintiff has not acquired title or a lesser interest or taken possession, the plaintiff may, without a court order, dismiss the action as to that property by filing a notice of dismissal briefly describing the property.

(B) *By Stipulation.* Before a judgment is entered vesting the plaintiff with title or a lesser interest in or possession of property, the plaintiff and affected defendants may, without a court order, dismiss the action in whole or in part by filing a stipulation of dismissal. And if the parties so stipulate, the court may vacate a judgment already entered.

(C) *By Court Order.* At any time before compensation has been determined and paid, the court may, after a motion and hearing, dismiss the action as to a piece of property. But if the plaintiff has already taken title, a lesser interest, or possession as to any part of it, the court must award compensation for the title, lesser interest, or possession taken.

(2) *Dismissing a Defendant.* The court may at any time dismiss a defendant who was unnecessarily or improperly joined.

(3) *Effect.* A dismissal is without prejudice unless otherwise stated in the notice, stipulation, or court order.

(j) DEPOSIT AND ITS DISTRIBUTION.

(1) *Deposit.* The plaintiff must deposit with the court any money required by law as a condition to the exercise of eminent domain and may make a deposit when allowed by statute.

(2) *Distribution; Adjusting Distribution.* After a deposit, the court and attorneys must expedite the proceedings so as to distribute the deposit and to determine and pay compensation. If the compensation finally awarded to a defendant exceeds the amount distributed to that defendant, the court must enter judgment against the plaintiff for the deficiency. If the compensation awarded to a defendant is less than the amount distributed to that defendant, the court must enter judgment against that defendant for the overpayment.

(k) CONDEMNATION UNDER A STATE'S POWER OF EMINENT DOMAIN. This rule governs an action involving eminent domain under state law.  But if state law provides for trying an issue by jury—or for trying the issue of compensation by jury or commission or both—that law governs.

(*l*) COSTS. Costs are not subject to Rule 54(d).

(As added Apr. 30, 1951, eff. Aug. 1, 1951; amended Jan. 21, 1963, eff. July 1, 1963; Apr. 29, 1985, eff. Aug. 1, 1985; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 25, 1988, eff. Aug. 1, 1988; Pub. L. 100–690, title VII, § 7050, Nov. 18, 1988, 102 Stat. 4401; Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec. 1, 2003; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

### Rule 72. Magistrate Judges: Pretrial Order

(a) NONDISPOSITIVE MATTERS. When a pretrial matter not dispositive of a party's claim or defense is referred to a magistrate judge to hear and decide, the magistrate judge must promptly conduct the required proceedings and, when appropriate, issue a written order stating the decision. A party may serve and file objections to the order within 14 days after being served with a copy. A party may not assign as error a defect in the order not timely objected to. The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law.

(b) DISPOSITIVE MOTIONS AND PRISONER PETITIONS.

(1) *Findings and Recommendations.* A magistrate judge must promptly conduct the required proceedings when assigned, without the parties' consent, to hear a pretrial matter dispositive of a claim or defense or a prisoner petition challenging the conditions of confinement. A record must be made of all evidentiary proceedings and may, at the magistrate judge's discretion, be made of any other proceedings. The magistrate judge must enter a recommended disposition, including, if appropriate, proposed findings of fact. The clerk must immediately serve a copy on each party as provided in Rule 5(b).

(2) *Objections.* Within 14 days after being served with a copy of the recommended disposition, a party may serve and file

specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy. Unless the district judge orders otherwise, the objecting party must promptly arrange for transcribing the record, or whatever portions of it the parties agree to or the magistrate judge considers sufficient.

(3) *Resolving Objections.* The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

(As added Apr. 28, 1983, eff. Aug. 1, 1983; amended Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009; Apr. 24, 2023, eff. Dec. 1, 2023.)

### Rule 73. Magistrate Judges: Trial by Consent; Appeal

(a) TRIAL BY CONSENT. When authorized under 28 U.S.C. §636(c), a magistrate judge may, if all parties consent, conduct a civil action or proceeding, including a jury or nonjury trial. A record must be made in accordance with 28 U.S.C. §636(c)(5).

(b) CONSENT PROCEDURE.

(1) *In General.* When a magistrate judge has been designated to conduct civil actions or proceedings, the clerk must give the parties written notice of their opportunity to consent under 28 U.S.C. §636(c). To signify their consent, the parties must jointly or separately file a statement consenting to the referral. A district judge or magistrate judge may be informed of a party's response to the clerk's notice only if all parties have consented to the referral.

(2) *Reminding the Parties About Consenting.* A district judge, magistrate judge, or other court official may remind the parties of the magistrate judge's availability, but must also advise them that they are free to withhold consent without adverse substantive consequences.

(3) *Vacating a Referral.* On its own for good cause—or when a party shows extraordinary circumstances—the district judge may vacate a referral to a magistrate judge under this rule.

(c) APPEALING A JUDGMENT. In accordance with 28 U.S.C. §636(c)(3), an appeal from a judgment entered at a magistrate judge's direction may be taken to the court of appeals as would any other appeal from a district-court judgment.

(As added Apr. 28, 1983, eff. Aug. 1, 1983; amended Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 11, 1997, eff. Dec. 1, 1997; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 74. [Abrogated (Apr. 11, 1997, eff. Dec. 1, 1997).]

### Rule 75. [Abrogated (Apr. 11, 1997, eff. Dec. 1, 1997).]

### Rule 76. [Abrogated (Apr. 11, 1997, eff. Dec. 1, 1997).]

TITLE X. DISTRICT COURTS AND CLERKS: CONDUCTING
BUSINESS; ISSUING ORDERS

### Rule 77. Conducting Business; Clerk's Authority; Notice of an Order or Judgment

(a) WHEN COURT IS OPEN. Every district court is considered always open for filing any paper, issuing and returning process, making a motion, or entering an order.

(b) PLACE FOR TRIAL AND OTHER PROCEEDINGS. Every trial on the merits must be conducted in open court and, so far as convenient, in a regular courtroom. Any other act or proceeding may be done or conducted by a judge in chambers, without the attendance of the clerk or other court official, and anywhere inside or outside the district. But no hearing—other than one ex parte—may be conducted outside the district unless all the affected parties consent.

(c) CLERK'S OFFICE HOURS; CLERK'S ORDERS.

(1) *Hours.* The clerk's office—with a clerk or deputy on duty—must be open during business hours every day except Saturdays, Sundays, and legal holidays. But a court may, by local rule or order, require that the office be open for specified hours on Saturday or a particular legal holiday other than one listed in Rule 6(a)(6)(A).

(2) *Orders.* Subject to the court's power to suspend, alter, or rescind the clerk's action for good cause, the clerk may:

(A) issue process;

(B) enter a default;

(C) enter a default judgment under Rule 55(b)(1); and

(D) act on any other matter that does not require the court's action.

(d) SERVING NOTICE OF AN ORDER OR JUDGMENT.

(1) *Service.* Immediately after entering an order or judgment, the clerk must serve notice of the entry, as provided in Rule 5(b), on each party who is not in default for failing to appear. The clerk must record the service on the docket. A party also may serve notice of the entry as provided in Rule 5(b).

(2) *Time to Appeal Not Affected by Lack of Notice.* Lack of notice of the entry does not affect the time for appeal or relieve—or authorize the court to relieve—a party for failing to appeal within the time allowed, except as allowed by Federal Rule of Appellate Procedure (4)(a).

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Jan. 21, 1963, eff. July 1, 1963; Dec. 4, 1967, eff. July 1, 1968; Mar. 1, 1971, eff. July 1, 1971; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 23, 2001, eff. Dec. 1, 2001; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 25, 2014, eff. Dec. 1, 2014.)

### Rule 78. Hearing Motions; Submission on Briefs

(a) PROVIDING A REGULAR SCHEDULE FOR ORAL HEARINGS. A court may establish regular times and places for oral hearings on motions.

(b) PROVIDING FOR SUBMISSION ON BRIEFS. By rule or order, the court may provide for submitting and determining motions on briefs, without oral hearings.

99          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 80**

(As amended Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007.)

**Rule 79. Records Kept by the Clerk**

(a) CIVIL DOCKET.

(1) *In General.* The clerk must keep a record known as the ''civil docket'' in the form and manner prescribed by the Director of the Administrative Office of the United States Courts with the approval of the Judicial Conference of the United States. The clerk must enter each civil action in the docket. Actions must be assigned consecutive file numbers, which must be noted in the docket where the first entry of the action is made.

(2) *Items to be Entered.* The following items must be marked with the file number and entered chronologically in the docket:

(A) papers filed with the clerk;

(B) process issued, and proofs of service or other returns showing execution; and

(C) appearances, orders, verdicts, and judgments.

(3) *Contents of Entries; Jury Trial Demanded.* Each entry must briefly show the nature of the paper filed or writ issued, the substance of each proof of service or other return, and the substance and date of entry of each order and judgment. When a jury trial has been properly demanded or ordered, the clerk must enter the word ''jury'' in the docket.

(b) CIVIL JUDGMENTS AND ORDERS. The clerk must keep a copy of every final judgment and appealable order; of every order affecting title to or a lien on real or personal property; and of any other order that the court directs to be kept. The clerk must keep these in the form and manner prescribed by the Director of the Administrative Office of the United States Courts with the approval of the Judicial Conference of the United States.

(c) INDEXES; CALENDARS. Under the court's direction, the clerk must:

(1) keep indexes of the docket and of the judgments and orders described in Rule 79(b); and

(2) prepare calendars of all actions ready for trial, distinguishing jury trials from nonjury trials.

(d) OTHER RECORDS. The clerk must keep any other records required by the Director of the Administrative Office of the United States Courts with the approval of the Judicial Conference of the United States.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Jan. 21, 1963, eff. July 1, 1963; Apr. 30, 2007, eff. Dec. 1, 2007.)

**Rule 80. Stenographic Transcript as Evidence**

If stenographically reported testimony at a hearing or trial is admissible in evidence at a later trial, the testimony may be proved by a transcript certified by the person who reported it.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Apr. 30, 2007, eff. Dec. 1, 2007.)

## TITLE XI. GENERAL PROVISIONS

### Rule 81. Applicability of the Rules in General; Removed Actions

(a) APPLICABILITY TO PARTICULAR PROCEEDINGS.

(1) *Prize Proceedings.* These rules do not apply to prize proceedings in admiralty governed by 10 U.S.C. §§ 7651–7681.

(2) *Bankruptcy.* These rules apply to bankruptcy proceedings to the extent provided by the Federal Rules of Bankruptcy Procedure.

(3) *Citizenship.* These rules apply to proceedings for admission to citizenship to the extent that the practice in those proceedings is not specified in federal statutes and has previously conformed to the practice in civil actions. The provisions of 8 U.S.C. § 1451 for service by publication and for answer apply in proceedings to cancel citizenship certificates.

(4) *Special Writs.* These rules apply to proceedings for habeas corpus and for quo warranto to the extent that the practice in those proceedings:

    (A) is not specified in a federal statute, the Rules Governing Section 2254 Cases, or the Rules Governing Section 2255 Cases; and

    (B) has previously conformed to the practice in civil actions.

(5) *Proceedings Involving a Subpoena.* These rules apply to proceedings to compel testimony or the production of documents through a subpoena issued by a United States officer or agency under a federal statute, except as otherwise provided by statute, by local rule, or by court order in the proceedings.

(6) *Other Proceedings.* These rules, to the extent applicable, govern proceedings under the following laws, except as these laws provide other procedures:

    (A) 7 U.S.C. §§ 292, 499g(c), for reviewing an order of the Secretary of Agriculture;

    (B) 9 U.S.C., relating to arbitration;

    (C) 15 U.S.C. § 522, for reviewing an order of the Secretary of the Interior;

    (D) 15 U.S.C. § 715d(c), for reviewing an order denying a certificate of clearance;

    (E) 29 U.S.C. §§ 159, 160, for enforcing an order of the National Labor Relations Board;

    (F) 33 U.S.C. §§ 918, 921, for enforcing or reviewing a compensation order under the Longshore and Harbor Workers' Compensation Act; and

    (G) 45 U.S.C. § 159, for reviewing an arbitration award in a railway-labor dispute.

(b) SCIRE FACIAS AND MANDAMUS. The writs of scire facias and mandamus are abolished. Relief previously available through them may be obtained by appropriate action or motion under these rules.

(c) REMOVED ACTIONS.

(1) *Applicability.* These rules apply to a civil action after it is removed from a state court.

(2) *Further Pleading.* After removal, repleading is unnecessary unless the court orders it. A defendant who did not answer before removal must answer or present other defenses or

objections under these rules within the longest of these periods:

> (A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief;
>
> (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or
>
> (C) 7 days after the notice of removal is filed.

(3) *Demand for a Jury Trial.*

> (A) *As Affected by State Law.* A party who, before removal, expressly demanded a jury trial in accordance with state law need not renew the demand after removal. If the state law did not require an express demand for a jury trial, a party need not make one after removal unless the court orders the parties to do so within a specified time. The court must so order at a party's request and may so order on its own. A party who fails to make a demand when so ordered waives a jury trial.
>
> (B) *Under Rule 38.* If all necessary pleadings have been served at the time of removal, a party entitled to a jury trial under Rule 38 must be given one if the party serves a demand within 14 days after:
>
> > (i) it files a notice of removal; or
> >
> > (ii) it is served with a notice of removal filed by another party.

(d) LAW APPLICABLE.

> (1) *''State Law'' Defined.* When these rules refer to state law, the term ''law'' includes the state's statutes and the state's judicial decisions.
>
> (2) *''State'' Defined.* The term ''state'' includes, where appropriate, the District of Columbia and any United States commonwealth or territory.
>
> (3) *''Federal Statute'' Defined in the District of Columbia.* In the United States District Court for the District of Columbia, the term ''federal statute'' includes any Act of Congress that applies locally to the District.

(As amended Dec. 28, 1939, eff. Apr. 3, 1941; Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Apr. 30, 1951, eff. Aug. 1, 1951; Jan. 21, 1963, eff. July 1, 1963; Feb. 28, 1966, eff. July 1, 1966; Dec. 4, 1967, eff. July 1, 1968; Mar. 1, 1971, eff. July 1, 1971; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 23, 2001, eff. Dec. 1, 2001; Apr. 29, 2002, eff. Dec. 1, 2002; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

## Rule 82. Jurisdiction and Venue Unaffected

These rules do not extend or limit the jurisdiction of the district courts or the venue of actions in those courts. An admiralty or maritime claim under Rule 9(h) is governed by 28 U.S.C. § 1390.

(As amended Dec. 29, 1948, eff. Oct. 20, 1949; Feb. 28, 1966, eff. July 1, 1966; Apr. 23, 2001, eff. Dec. 1, 2001; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 28, 2016, eff. Dec. 1, 2016.)

## Rule 83. Rules by District Courts; Judge's Directives

(a) LOCAL RULES.

(1) *In General.* After giving public notice and an opportunity for comment, a district court, acting by a majority of its district judges, may adopt and amend rules governing its practice. A local rule must be consistent with—but not duplicate—federal statutes and rules adopted under 28 U.S.C. §§ 2072 and 2075, and must conform to any uniform numbering system prescribed by the Judicial Conference of the United States. A local rule takes effect on the date specified by the district court and remains in effect unless amended by the court or abrogated by the judicial council of the circuit. Copies of rules and amendments must, on their adoption, be furnished to the judicial council and the Administrative Office of the United States Courts and be made available to the public.

(2) *Requirement of Form.* A local rule imposing a requirement of form must not be enforced in a way that causes a party to lose any right because of a nonwillful failure to comply.

(b) PROCEDURE WHEN THERE IS NO CONTROLLING LAW. A judge may regulate practice in any manner consistent with federal law, rules adopted under 28 U.S.C. §§ 2072 and 2075, and the district's local rules. No sanction or other disadvantage may be imposed for noncompliance with any requirement not in federal law, federal rules, or the local rules unless the alleged violator has been furnished in the particular case with actual notice of the requirement.

(As amended Apr. 29, 1985, eff. Aug. 1, 1985; Apr. 27, 1995, eff. Dec. 1, 1995; Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 84. [Abrogated (Apr. 29, 2015, eff. Dec. 1, 2015).]

## Rule 85. Title

These rules may be cited as the Federal Rules of Civil Procedure.

(As amended Apr. 30, 2007, eff. Dec. 1, 2007.)

## Rule 86. Effective Dates

(a) IN GENERAL. These rules and any amendments take effect at the time specified by the Supreme Court, subject to 28 U.S.C. § 2074. They govern:

(1) proceedings in an action commenced after their effective date; and

(2) proceedings after that date in an action then pending unless:

(A) the Supreme Court specifies otherwise; or

(B) the court determines that applying them in a particular action would be infeasible or work an injustice.

(b) DECEMBER 1, 2007 AMENDMENTS. If any provision in Rules 1–5.1, 6–73, or 77–86 conflicts with another law, priority in time for the purpose of 28 U.S.C. § 2072(b) is not affected by the amendments taking effect on December 1, 2007.

(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Apr. 17, 1961, eff. July 19, 1961; Jan. 21 and Mar. 18, 1963, eff. July 1, 1963; Apr. 30, 2007, eff. Dec. 1, 2007.)

**Rule 87. Civil Rules Emergency**

(a) CONDITIONS FOR AN EMERGENCY. The Judicial Conference of the United States may declare a Civil Rules emergency if it determines that extraordinary circumstances relating to public health or safety, or affecting physical or electronic access to a court, substantially impair the court's ability to perform its functions in compliance with these rules.

(b) DECLARING AN EMERGENCY.

(1) *Content.* The declaration:

(A) must designate the court or courts affected;

(B) adopts all the emergency rules in Rule 87(c) unless it excepts one or more of them; and

(C) must be limited to a stated period of no more than 90 days.

(2) *Early Termination.* The Judicial Conference may terminate a declaration for one or more courts before the termination date.

(3) *Additional Declarations.* The Judicial Conference may issue additional declarations under this rule.

(c) EMERGENCY RULES.

(1) *Emergency Rules 4(e), (h)(1), (i), and (j)(2), and for serving a minor or incompetent person.* The court may by order authorize service on a defendant described in Rule 4(e), (h)(1), (i), or (j)(2)—or on a minor or incompetent person in a judicial district of the United States—by a method that is reasonably calculated to give notice. A method of service may be completed under the order after the declaration ends unless the court, after notice and an opportunity to be heard, modifies or rescinds the order.

(2) *Emergency Rule 6(b)(2).*

(A) *Extension of Time to File Certain Motions.* A court may, by order, apply Rule 6(b)(1)(A) to extend for a period of no more than 30 days after entry of the order the time to act under Rules 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b).

(B) *Effect on Time to Appeal.* Unless the time to appeal would otherwise be longer:

(i) if the court denies an extension, the time to file an appeal runs for all parties from the date the order denying the motion to extend is entered;

(ii) if the court grants an extension, a motion authorized by the court and filed within the extended period is, for purposes of Appellate Rule 4(a)(4)(A), filed ''within the time allowed by'' the Federal Rules of Civil Procedure; and

(iii) if the court grants an extension and no motion authorized by the court is made within the extended period, the time to file an appeal runs for all parties from the expiration of the extended period.

(C) *Declaration Ends.* An act authorized by an order under this emergency rule may be completed under the order after the emergency declaration ends.

(As added Apr. 24, 2023, eff. Dec. 1, 2023.)

# APPENDIX OF FORMS

[Abrogated (Apr. 29, 2015, eff. Dec. 1, 2015).]

**Rule A**          FEDERAL RULES OF CIVIL PROCEDURE          106

SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME
CLAIMS AND ASSET FORFEITURE ACTIONS[1]

### Rule A. Scope of Rules

(1) These Supplemental Rules apply to:

(A) the procedure in admiralty and maritime claims within the meaning of Rule 9(h) with respect to the following remedies:

(i) maritime attachment and garnishment,

(ii) actions in rem,

(iii) possessory, petitory, and partition actions, and

(iv) actions for exoneration from or limitation of liability;

(B) forfeiture actions in rem arising from a federal statute; and

(C) the procedure in statutory condemnation proceedings analogous to maritime actions in rem, whether within the admiralty and maritime jurisdiction or not. Except as otherwise provided, references in these Supplemental Rules to actions in rem include such analogous statutory condemnation proceedings.

(2) The Federal Rules of Civil Procedure also apply to the foregoing proceedings except to the extent that they are inconsistent with these Supplemental Rules.

(As added Feb. 28, 1966, eff. July 1, 1966; amended Apr. 12, 2006, eff. Dec. 1, 2006.)

### Rule B. In Personam Actions: Attachment and Garnishment

(1) WHEN AVAILABLE; COMPLAINT, AFFIDAVIT, JUDICIAL AUTHORIZATION, AND PROCESS. In an in personam action:

(a) If a defendant is not found within the district when a verified complaint praying for attachment and the affidavit required by Rule B(1)(b) are filed, a verified complaint may contain a prayer for process to attach the defendant's tangible or intangible personal property—up to the amount sued for—in the hands of garnishees named in the process.

(b) The plaintiff or the plaintiff's attorney must sign and file with the complaint an affidavit stating that, to the affiant's knowledge, or on information and belief, the defendant cannot be found within the district. The court must review the complaint and affidavit and, if the conditions of this Rule B appear to exist, enter an order so stating and authorizing process of attachment and garnishment. The clerk may issue supplemental process enforcing the court's order upon application without further court order.

(c) If the plaintiff or the plaintiff's attorney certifies that exigent circumstances make court review impracticable, the clerk must issue the summons and process of attachment and garnishment. The plaintiff has the burden in any post-attachment hearing under Rule E(4)(f) to show that exigent circumstances existed.

---

[1] Title amended April 12, 2006, effective December 1, 2006.

(d)(i) If the property is a vessel or tangible property on board a vessel, the summons, process, and any supplemental process must be delivered to the marshal for service.

(ii) If the property is other tangible or intangible property, the summons, process, and any supplemental process must be delivered to a person or organization authorized to serve it, who may be (A) a marshal; (B) someone under contract with the United States; (C) someone specially appointed by the court for that purpose; or, (D) in an action brought by the United States, any officer or employee of the United States.

(e) The plaintiff may invoke state-law remedies under Rule 64 for seizure of person or property for the purpose of securing satisfaction of the judgment.

(2) NOTICE TO DEFENDANT. No default judgment may be entered except upon proof—which may be by affidavit—that:

(a) the complaint, summons, and process of attachment or garnishment have been served on the defendant in a manner authorized by Rule 4;

(b) the plaintiff or the garnishee has mailed to the defendant the complaint, summons, and process of attachment or garnishment, using any form of mail requiring a return receipt; or

(c) the plaintiff or the garnishee has tried diligently to give notice of the action to the defendant but could not do so.

(3) ANSWER.

(a) *By Garnishee.* The garnishee shall serve an answer, together with answers to any interrogatories served with the complaint, within 21 days after service of process upon the garnishee. Interrogatories to the garnishee may be served with the complaint without leave of court. If the garnishee refuses or neglects to answer on oath as to the debts, credits, or effects of the defendant in the garnishee's hands, or any interrogatories concerning such debts, credits, and effects that may be propounded by the plaintiff, the court may award compulsory process against the garnishee. If the garnishee admits any debts, credits, or effects, they shall be held in the garnishee's hands or paid into the registry of the court, and shall be held in either case subject to the further order of the court.

(b) *By Defendant.* The defendant shall serve an answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

(As added Feb. 28, 1966, eff. July 1, 1966; amended Apr. 29, 1985, eff. Aug. 1, 1985; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 25, 2005, eff. Dec. 1, 2005; Mar. 26, 2009, eff. Dec. 1, 2009.)

## Rule C. In Rem Actions: Special Provisions

(1) WHEN AVAILABLE. An action in rem may be brought:

(a) To enforce any maritime lien;

(b) Whenever a statute of the United States provides for a maritime action in rem or a proceeding analogous thereto.

Except as otherwise provided by law a party who may proceed in rem may also, or in the alternative, proceed in personam against any person who may be liable.

Statutory provisions exempting vessels or other property owned or possessed by or operated by or for the United States from arrest

or seizure are not affected by this rule. When a statute so provides, an action against the United States or an instrumentality thereof may proceed on in rem principles.

(2) COMPLAINT. In an action in rem the complaint must:

(a) be verified;

(b) describe with reasonable particularity the property that is the subject of the action; and

(c) state that the property is within the district or will be within the district while the action is pending.

(3) JUDICIAL AUTHORIZATION AND PROCESS.

(a) *Arrest Warrant*.

(i) The court must review the complaint and any supporting papers. If the conditions for an in rem action appear to exist, the court must issue an order directing the clerk to issue a warrant for the arrest of the vessel or other property that is the subject of the action.

(ii) If the plaintiff or the plaintiff's attorney certifies that exigent circumstances make court review impracticable, the clerk must promptly issue a summons and a warrant for the arrest of the vessel or other property that is the subject of the action. The plaintiff has the burden in any post-arrest hearing under Rule E(4)(f) to show that exigent circumstances existed.

(b) *Service*.

(i) If the property that is the subject of the action is a vessel or tangible property on board a vessel, the warrant and any supplemental process must be delivered to the marshal for service.

(ii) If the property that is the subject of the action is other property, tangible or intangible, the warrant and any supplemental process must be delivered to a person or organization authorized to enforce it, who may be: (A) a marshal; (B) someone under contract with the United States; (C) someone specially appointed by the court for that purpose; or, (D) in an action brought by the United States, any officer or employee of the United States.

(c) *Deposit in Court*. If the property that is the subject of the action consists in whole or in part of freight, the proceeds of property sold, or other intangible property, the clerk must issue—in addition to the warrant—a summons directing any person controlling the property to show cause why it should not be deposited in court to abide the judgment.

(d) *Supplemental Process*. The clerk may upon application issue supplemental process to enforce the court's order without further court order.

(4) NOTICE. No notice other than execution of process is required when the property that is the subject of the action has been released under Rule E(5). If the property is not released within 14 days after execution, the plaintiff must promptly—or within the time that the court allows—give public notice of the action and arrest in a newspaper designated by court order and having general circulation in the district, but publication may be terminated if the property is released before publication is completed. The notice must specify the time under Rule C(6) to file a statement of interest in or right against the seized property and to answer.

109          FEDERAL RULES OF CIVIL PROCEDURE          **Rule D**

This rule does not affect the notice requirements in an action to foreclose a preferred ship mortgage under 46 U.S.C. §§ 31301 et seq., as amended.

(5) ANCILLARY PROCESS. In any action in rem in which process has been served as provided by this rule, if any part of the property that is the subject of the action has not been brought within the control of the court because it has been removed or sold, or because it is intangible property in the hands of a person who has not been served with process, the court may, on motion, order any person having possession or control of such property or its proceeds to show cause why it should not be delivered into the custody of the marshal or other person or organization having a warrant for the arrest of the property, or paid into court to abide the judgment; and, after hearing, the court may enter such judgment as law and justice may require.

(6) RESPONSIVE PLEADING; INTERROGATORIES.

(a) *Statement of Interest; Answer*. In an action in rem:

(i) a person who asserts a right of possession or any ownership interest in the property that is the subject of the action must file a verified statement of right or interest:

(A) within 14 days after the execution of process, or

(B) within the time that the court allows;

(ii) the statement of right or interest must describe the interest in the property that supports the person's demand for its restitution or right to defend the action;

(iii) an agent, bailee, or attorney must state the authority to file a statement of right or interest on behalf of another; and

(iv) a person who asserts a right of possession or any ownership interest must serve an answer within 21 days after filing the statement of interest or right.

(b) *Interrogatories*. Interrogatories may be served with the complaint in an in rem action without leave of court. Answers to the interrogatories must be served with the answer to the complaint.

(As added Feb. 28, 1966, eff. July 1, 1966; amended Apr. 29, 1985, eff. Aug. 1, 1985; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 29, 2002, eff. Dec. 1, 2002; Apr. 25, 2005, eff. Dec. 1, 2005; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 23, 2008, eff. Dec. 1, 2008; Mar. 26, 2009, eff. Dec. 1, 2009.)

### Rule D. Possessory, Petitory, and Partition Actions

In all actions for possession, partition, and to try title maintainable according to the course of the admiralty practice with respect to a vessel, in all actions so maintainable with respect to the possession of cargo or other maritime property, and in all actions by one or more part owners against the others to obtain security for the return of the vessel from any voyage undertaken without their consent, or by one or more part owners against the others to obtain possession of the vessel for any voyage on giving security for its safe return, the process shall be by a warrant of arrest of the vessel, cargo, or other property, and by notice in the manner provided by Rule B(2) to the adverse party or parties.

(As added Feb. 28, 1966, eff. July 1, 1966.)

**Rule E. Actions in Rem and Quasi in Rem: General Provisions**

(1) APPLICABILITY. Except as otherwise provided, this rule applies to actions in personam with process of maritime attachment and garnishment, actions in rem, and petitory, possessory, and partition actions, supplementing Rules B, C, and D.

(2) COMPLAINT; SECURITY.

(a) *Complaint.* In actions to which this rule is applicable the complaint shall state the circumstances from which the claim arises with such particularity that the defendant or claimant will be able, without moving for a more definite statement, to commence an investigation of the facts and to frame a responsive pleading.

(b) *Security for Costs.* Subject to the provisions of Rule 54(d) and of relevant statutes, the court may, on the filing of the complaint or on the appearance of any defendant, claimant, or any other party, or at any later time, require the plaintiff, defendant, claimant, or other party to give security, or additional security, in such sum as the court shall direct to pay all costs and expenses that shall be awarded against the party by any interlocutory order or by the final judgment, or on appeal by any appellate court.

(3) PROCESS.

(a) In admiralty and maritime proceedings process in rem or of maritime attachment and garnishment may be served only within the district.

(b) *Issuance and Delivery.* Issuance and delivery of process in rem, or of maritime attachment and garnishment, shall be held in abeyance if the plaintiff so requests.

(4) EXECUTION OF PROCESS; MARSHAL'S RETURN; CUSTODY OF PROPERTY; PROCEDURES FOR RELEASE.

(a) *In General.* Upon issuance and delivery of the process, or, in the case of summons with process of attachment and garnishment, when it appears that the defendant cannot be found within the district, the marshal or other person or organization having a warrant shall forthwith execute the process in accordance with this subdivision (4), making due and prompt return.

(b) *Tangible Property.* If tangible property is to be attached or arrested, the marshal or other person or organization having the warrant shall take it into the marshal's possession for safe custody. If the character or situation of the property is such that the taking of actual possession is impracticable, the marshal or other person executing the process shall affix a copy thereof to the property in a conspicuous place and leave a copy of the complaint and process with the person having possession or the person's agent. In furtherance of the marshal's custody of any vessel the marshal is authorized to make a written request to the collector of customs not to grant clearance to such vessel until notified by the marshal or deputy marshal or by the clerk that the vessel has been released in accordance with these rules.

(c) *Intangible Property.* If intangible property is to be attached or arrested the marshal or other person or organization having the warrant shall execute the process by leaving with

111        FEDERAL RULES OF CIVIL PROCEDURE        **Rule E**

the garnishee or other obligor a copy of the complaint and process requiring the garnishee or other obligor to answer as provided in Rules B(3)(a) and C(6); or the marshal may accept for payment into the registry of the court the amount owed to the extent of the amount claimed by the plaintiff with interest and costs, in which event the garnishee or other obligor shall not be required to answer unless alias process shall be served.

(d) *Directions With Respect to Property in Custody.* The marshal or other person or organization having the warrant may at any time apply to the court for directions with respect to property that has been attached or arrested, and shall give notice of such application to any or all of the parties as the court may direct.

(e) *Expenses of Seizing and Keeping Property; Deposit.* These rules do not alter the provisions of Title 28, U.S.C., §1921, as amended, relative to the expenses of seizing and keeping property attached or arrested and to the requirement of deposits to cover such expenses.

(f) *Procedure for Release From Arrest or Attachment.* Whenever property is arrested or attached, any person claiming an interest in it shall be entitled to a prompt hearing at which the plaintiff shall be required to show why the arrest or attachment should not be vacated or other relief granted consistent with these rules. This subdivision shall have no application to suits for seamen's wages when process is issued upon a certification of sufficient cause filed pursuant to Title 46, U.S.C. §§603 and 604[2] or to actions by the United States for forfeitures for violation of any statute of the United States.

(5) RELEASE OF PROPERTY.

(a) *Special Bond.* Whenever process of maritime attachment and garnishment or process in rem is issued the execution of such process shall be stayed, or the property released, on the giving of security, to be approved by the court or clerk, or by stipulation of the parties, conditioned to answer the judgment of the court or of any appellate court. The parties may stipulate the amount and nature of such security. In the event of the inability or refusal of the parties so to stipulate the court shall fix the principal sum of the bond or stipulation at an amount sufficient to cover the amount of the plaintiff's claim fairly stated with accrued interest and costs; but the principal sum shall in no event exceed (i) twice the amount of the plaintiff's claim or (ii) the value of the property on due appraisement, whichever is smaller. The bond or stipulation shall be conditioned for the payment of the principal sum and interest thereon at 6 per cent per annum.

(b) *General Bond.* The owner of any vessel may file a general bond or stipulation, with sufficient surety, to be approved by the court, conditioned to answer the judgment of such court in all or any actions that may be brought thereafter in such court in which the vessel is attached or arrested. Thereupon the execution of all such process against such vessel shall be

---

[2] Repealed by Pub. L. 98–89, §4(b), Aug. 26, 1983, 97 Stat. 600, section 1 of which enacted Title 46, Shipping.

stayed so long as the amount secured by such bond or stipulation is at least double the aggregate amount claimed by plaintiffs in all actions begun and pending in which such vessel has been attached or arrested. Judgments and remedies may be had on such bond or stipulation as if a special bond or stipulation had been filed in each of such actions. The district court may make necessary orders to carry this rule into effect, particularly as to the giving of proper notice of any action against or attachment of a vessel for which a general bond has been filed. Such bond or stipulation shall be indorsed by the clerk with a minute of the actions wherein process is so stayed. Further security may be required by the court at any time.

If a special bond or stipulation is given in a particular case, the liability on the general bond or stipulation shall cease as to that case.

(c) *Release by Consent or Stipulation; Order of Court or Clerk; Costs.* Any vessel, cargo, or other property in the custody of the marshal or other person or organization having the warrant may be released forthwith upon the marshal's acceptance and approval of a stipulation, bond, or other security, signed by the party on whose behalf the property is detained or the party's attorney and expressly authorizing such release, if all costs and charges of the court and its officers shall have first been paid. Otherwise no property in the custody of the marshal, other person or organization having the warrant, or other officer of the court shall be released without an order of the court; but such order may be entered as of course by the clerk, upon the giving of approved security as provided by law and these rules, or upon the dismissal or discontinuance of the action; but the marshal or other person or organization having the warrant shall not deliver any property so released until the costs and charges of the officers of the court shall first have been paid.

(d) *Possessory, Petitory, and Partition Actions.* The foregoing provisions of this subdivision (5) do not apply to petitory, possessory, and partition actions. In such cases the property arrested shall be released only by order of the court, on such terms and conditions and on the giving of such security as the court may require.

(6) REDUCTION OR IMPAIRMENT OF SECURITY. Whenever security is taken the court may, on motion and hearing, for good cause shown, reduce the amount of security given; and if the surety shall be or become insufficient, new or additional sureties may be required on motion and hearing.

(7) SECURITY ON COUNTERCLAIM.

(a) When a person who has given security for damages in the original action asserts a counterclaim that arises from the transaction or occurrence that is the subject of the original action, a plaintiff for whose benefit the security has been given must give security for damages demanded in the counterclaim unless the court, for cause shown, directs otherwise. Proceedings on the original claim must be stayed until this security is given, unless the court directs otherwise.

113          FEDERAL RULES OF CIVIL PROCEDURE          **Rule F**

(b) The plaintiff is required to give security under Rule E(7)(a) when the United States or its corporate instrumentality counterclaims and would have been required to give security to respond in damages if a private party but is relieved by law from giving security.

(8) RESTRICTED APPEARANCE. An appearance to defend against an admiralty and maritime claim with respect to which there has issued process in rem, or process of attachment and garnishment, may be expressly restricted to the defense of such claim, and in that event is not an appearance for the purposes of any other claim with respect to which such process is not available or has not been served.

(9) DISPOSITION OF PROPERTY; SALES.

(a) *Interlocutory Sales; Delivery*.

(i) On application of a party, the marshal, or other person having custody of the property, the court may order all or part of the property sold—with the sales proceeds, or as much of them as will satisfy the judgment, paid into court to await further orders of the court—if:

(A) the attached or arrested property is perishable, or liable to deterioration, decay, or injury by being detained in custody pending the action;

(B) the expense of keeping the property is excessive or disproportionate; or

(C) there is an unreasonable delay in securing release of the property.

(ii) In the circumstances described in Rule E(9)(a)(i), the court, on motion by a defendant or a person filing a statement of interest or right under Rule C(6), may order that the property, rather than being sold, be delivered to the movant upon giving security under these rules.

(b) *Sales*, *Proceeds*. All sales of property shall be made by the marshal or a deputy marshal, or by other person or organization having the warrant, or by any other person assigned by the court where the marshal or other person or organization having the warrant is a party in interest; and the proceeds of sale shall be forthwith paid into the registry of the court to be disposed of according to law.

(10) PRESERVATION OF PROPERTY. When the owner or another person remains in possession of property attached or arrested under the provisions of Rule E(4)(b) that permit execution of process without taking actual possession, the court, on a party's motion or on its own, may enter any order necessary to preserve the property and to prevent its removal.

(As added Feb. 28, 1966, eff. July 1, 1966; amended Apr. 29, 1985, eff. Aug. 1, 1985; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 1991, eff. Dec. 1, 1991; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 12, 2006, eff. Dec. 1, 2006.)

**Rule F. Limitation of Liability**

(1) TIME FOR FILING COMPLAINT; SECURITY. Not later than six months after receipt of a claim in writing, any vessel owner may file a complaint in the appropriate district court, as provided in subdivision (9) of this rule, for limitation of liability pursuant to statute. The owner (a) shall deposit with the court, for the benefit

of claimants, a sum equal to the amount or value of the owner's interest in the vessel and pending freight, or approved security therefor, and in addition such sums, or approved security therefor, as the court may from time to time fix as necessary to carry out the provisions of the statutes as amended; or (b) at the owner's option shall transfer to a trustee to be appointed by the court, for the benefit of claimants, the owner's interest in the vessel and pending freight, together with such sums, or approved security therefor, as the court may from time to time fix as necessary to carry out the provisions of the statutes as amended. The plaintiff shall also give security for costs and, if the plaintiff elects to give security, for interest at the rate of 6 percent per annum from the date of the security.

(2) COMPLAINT. The complaint shall set forth the facts on the basis of which the right to limit liability is asserted and all facts necessary to enable the court to determine the amount to which the owner's liability shall be limited. The complaint may demand exoneration from as well as limitation of liability. It shall state the voyage if any, on which the demands sought to be limited arose, with the date and place of its termination; the amount of all demands including all unsatisfied liens or claims of lien, in contract or in tort or otherwise, arising on that voyage, so far as known to the plaintiff, and what actions and proceedings, if any, are pending thereon; whether the vessel was damaged, lost, or abandoned, and, if so, when and where; the value of the vessel at the close of the voyage or, in case of wreck, the value of her wreckage, strippings, or proceeds, if any, and where and in whose possession they are; and the amount of any pending freight recovered or recoverable. If the plaintiff elects to transfer the plaintiff's interest in the vessel to a trustee, the complaint must further show any prior paramount liens thereon, and what voyages or trips, if any, she has made since the voyage or trip on which the claims sought to be limited arose, and any existing liens arising upon any such subsequent voyage or trip, with the amounts and causes thereof, and the names and addresses of the lienors, so far as known; and whether the vessel sustained any injury upon or by reason of such subsequent voyage or trip.

(3) CLAIMS AGAINST OWNER; INJUNCTION. Upon compliance by the owner with the requirements of subdivision (1) of this rule all claims and proceedings against the owner or the owner's property with respect to the matter in question shall cease. On application of the plaintiff the court shall enjoin the further prosecution of any action or proceeding against the plaintiff or the plaintiff's property with respect to any claim subject to limitation in the action.

(4) NOTICE TO CLAIMANTS. Upon the owner's compliance with subdivision (1) of this rule the court shall issue a notice to all persons asserting claims with respect to which the complaint seeks limitation, admonishing them to file their respective claims with the clerk of the court and to serve on the attorneys for the plaintiff a copy thereof on or before a date to be named in the notice. The date so fixed shall not be less than 30 days after issuance of the notice. For cause shown, the court may enlarge the time within which claims may be filed. The notice shall be published in such newspaper or newspapers as the court may direct once a week for

115        FEDERAL RULES OF CIVIL PROCEDURE        **Rule F**

four successive weeks prior to the date fixed for the filing of claims. The plaintiff not later than the day of second publication shall also mail a copy of the notice to every person known to have made any claim against the vessel or the plaintiff arising out of the voyage or trip on which the claims sought to be limited arose. In cases involving death a copy of such notice shall be mailed to the decedent at the decedent's last known address, and also to any person who shall be known to have made any claim on account of such death.

(5) CLAIMS AND ANSWER. Claims shall be filed and served on or before the date specified in the notice provided for in subdivision (4) of this rule. Each claim shall specify the facts upon which the claimant relies in support of the claim, the items thereof, and the dates on which the same accrued. If a claimant desires to contest either the right to exoneration from or the right to limitation of liability the claimant shall file and serve an answer to the complaint unless the claim has included an answer.

(6) INFORMATION TO BE GIVEN CLAIMANTS. Within 30 days after the date specified in the notice for filing claims, or within such time as the court thereafter may allow, the plaintiff shall mail to the attorney for each claimant (or if the claimant has no attorney to the claimant) a list setting forth (a) the name of each claimant, (b) the name and address of the claimant's attorney (if the claimant is known to have one), (c) the nature of the claim, i.e., whether property loss, property damage, death, personal injury etc., and (d) the amount thereof.

(7) INSUFFICIENCY OF FUND OR SECURITY. Any claimant may by motion demand that the funds deposited in court or the security given by the plaintiff be increased on the ground that they are less than the value of the plaintiff's interest in the vessel and pending freight. Thereupon the court shall cause due appraisement to be made of the value of the plaintiff's interest in the vessel and pending freight; and if the court finds that the deposit or security is either insufficient or excessive it shall order its increase or reduction. In like manner any claimant may demand that the deposit or security be increased on the ground that it is insufficient to carry out the provisions of the statutes relating to claims in respect of loss of life or bodily injury; and, after notice and hearing, the court may similarly order that the deposit or security be increased or reduced.

(8) OBJECTIONS TO CLAIMS: DISTRIBUTION OF FUND. Any interested party may question or controvert any claim without filing an objection thereto. Upon determination of liability the fund deposited or secured, or the proceeds of the vessel and pending freight, shall be divided pro rata, subject to all relevant provisions of law, among the several claimants in proportion to the amounts of their respective claims, duly proved, saving, however, to all parties any priority to which they may be legally entitled.

(9) VENUE; TRANSFER. The complaint shall be filed in any district in which the vessel has been attached or arrested to answer for any claim with respect to which the plaintiff seeks to limit liability; or, if the vessel has not been attached or arrested, then in any district in which the owner has been sued with respect to any such claim. When the vessel has not been attached or arrested to answer the matters aforesaid, and suit has not been commenced

**Rule G**   FEDERAL RULES OF CIVIL PROCEDURE   116

against the owner, the proceedings may be had in the district in which the vessel may be, but if the vessel is not within any district and no suit has been commenced in any district, then the complaint may be filed in any district. For the convenience of parties and witnesses, in the interest of justice, the court may transfer the action to any district; if venue is wrongly laid the court shall dismiss or, if it be in the interest of justice, transfer the action to any district in which it could have been brought. If the vessel shall have been sold, the proceeds shall represent the vessel for the purposes of these rules.

(As added Feb. 28, 1966, eff. July 1, 1966; amended Mar. 2, 1987, eff. Aug. 1, 1987.)

**Rule G. Forfeiture Actions In Rem**

(1) SCOPE. This rule governs a forfeiture action in rem arising from a federal statute. To the extent that this rule does not address an issue, Supplemental Rules C and E and the Federal Rules of Civil Procedure also apply.

(2) COMPLAINT. The complaint must:

(a) be verified;

(b) state the grounds for subject-matter jurisdiction, in rem jurisdiction over the defendant property, and venue;

(c) describe the property with reasonable particularity;

(d) if the property is tangible, state its location when any seizure occurred and—if different—its location when the action is filed;

(e) identify the statute under which the forfeiture action is brought; and

(f) state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial.

(3) JUDICIAL AUTHORIZATION AND PROCESS.

(a) *Real Property*. If the defendant is real property, the government must proceed under 18 U.S.C. §985.

(b) *Other Property; Arrest Warrant*. If the defendant is not real property:

(i) the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control;

(ii) the court—on finding probable cause—must issue a warrant to arrest the property if it is not in the government's possession, custody, or control and is not subject to a judicial restraining order; and

(iii) a warrant is not necessary if the property is subject to a judicial restraining order.

(c) *Execution of Process*.

(i) The warrant and any supplemental process must be delivered to a person or organization authorized to execute it, who may be: (A) a marshal or any other United States officer or employee; (B) someone under contact with the United States; or (C) someone specially appointed by the court for that purpose.

(ii) The authorized person or organization must execute the warrant and any supplemental process on property in the United States as soon as practicable unless:

(A) the property is in the government's possession, custody, or control; or

(B) the court orders a different time when the complaint is under seal, the action is stayed before the warrant and supplemental process are executed, or the court finds other good cause.

(iii) The warrant and any supplemental process may be executed within the district or, when authorized by statute, outside the district.

(iv) If executing a warrant on property outside the United States is required, the warrant may be transmitted to an appropriate authority for serving process where the property is located.

(4) NOTICE.

(a) *Notice by Publication.*

(i) When Publication Is Required. A judgment of forfeiture may be entered only if the government has published notice of the action within a reasonable time after filing the complaint or at a time the court orders. But notice need not be published if:

(A) the defendant property is worth less than $1,000 and direct notice is sent under Rule G(4)(b) to every person the government can reasonably identify as a potential claimant; or

(B) the court finds that the cost of publication exceeds the property's value and that other means of notice would satisfy due process.

(ii) Content of the Notice. Unless the court orders otherwise, the notice must:

(A) describe the property with reasonable particularity;

(B) state the times under Rule G(5) to file a claim and to answer; and

(C) name the government attorney to be served with the claim and answer.

(iii) Frequency of Publication. Published notice must appear:

(A) once a week for three consecutive weeks; or

(B) only once if, before the action was filed, notice of nonjudicial forfeiture of the same property was published on an official internet government forfeiture site for at least 30 consecutive days, or in a newspaper of general circulation for three consecutive weeks in a district where publication is authorized under Rule G(4)(a)(iv).

(iv) Means of Publication. The government should select from the following options a means of publication reasonably calculated to notify potential claimants of the action:

(A) if the property is in the United States, publication in a newspaper generally circulated in the district where the action is filed, where the property was seized, or where property that was not seized is located;

(B) if the property is outside the United States, publication in a newspaper generally circulated in a district where the action is filed, in a newspaper generally circulated in the country where the property is located, or in legal notices published and generally circulated in the country where the property is located; or

(C) instead of (A) or (B), posting a notice on an official internet government forfeiture site for at least 30 consecutive days.

(b) *Notice to Known Potential Claimants.*

(i) Direct Notice Required. The government must send notice of the action and a copy of the complaint to any person who reasonably appears to be a potential claimant on the facts known to the government before the end of the time for filing a claim under Rule G(5)(a)(ii)(B).

(ii) Content of the Notice. The notice must state:

(A) the date when the notice is sent;

(B) a deadline for filing a claim, at least 35 days after the notice is sent;

(C) that an answer or a motion under Rule 12 must be filed no later than 21 days after filing the claim; and

(D) the name of the government attorney to be served with the claim and answer.

(iii) Sending Notice.

(A) The notice must be sent by means reasonably calculated to reach the potential claimant.

(B) Notice may be sent to the potential claimant or to the attorney representing the potential claimant with respect to the seizure of the property or in a related investigation, administrative forfeiture proceeding, or criminal case.

(C) Notice sent to a potential claimant who is incarcerated must be sent to the place of incarceration.

(D) Notice to a person arrested in connection with an offense giving rise to the forfeiture who is not incarcerated when notice is sent may be sent to the address that person last gave to the agency that arrested or released the person.

(E) Notice to a person from whom the property was seized who is not incarcerated when notice is sent may be sent to the last address that person gave to the agency that seized the property.

(iv) When Notice Is Sent. Notice by the following means is sent on the date when it is placed in the mail, delivered to a commercial carrier, or sent by electronic mail.

(v) Actual Notice. A potential claimant who had actual notice of a forfeiture action may not oppose or seek relief from forfeiture because of the government's failure to send the required notice.

(5) RESPONSIVE PLEADINGS.

(a) *Filing a Claim.*

(i) A person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the court where the action is pending. The claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury; and

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D).

(ii) Unless the court for good cause sets a different time, the claim must be filed:

(A) by the time stated in a direct notice sent under Rule G(4)(b);

(B) if notice was published but direct notice was not sent to the claimant or the claimant's attorney, no later than 30 days after final publication of newspaper notice or legal notice under Rule G(4)(a) or no later than 60 days after the first day of publication on an official internet government forfeiture site; or

(C) if notice was not published and direct notice was not sent to the claimant or the claimant's attorney:

(1) if the property was in the government's possession, custody, or control when the complaint was filed, no later than 60 days after the filing, not counting any time when the complaint was under seal or when the action was stayed before execution of a warrant issued under Rule G(3)(b); or

(2) if the property was not in the government's possession, custody, or control when the complaint was filed, no later than 60 days after the government complied with 18 U.S.C. §985(c) as to real property, or 60 days after process was executed on the property under Rule G(3).

(iii) A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

(b) *Answer*. A claimant must serve and file an answer to the complaint or a motion under Rule 12 within 21 days after filing the claim. A claimant waives an objection to in rem jurisdiction or to venue if the objection is not made by motion or stated in the answer.

(6) SPECIAL INTERROGATORIES.

(a) *Time and Scope*. The government may serve special interrogatories limited to the claimant's identity and relationship to the defendant property without the court's leave at any time after the claim is filed and before discovery is closed. But if the claimant serves a motion to dismiss the action, the government must serve the interrogatories within 21 days after the motion is served.

(b) *Answers or Objections*. Answers or objections to these interrogatories must be served within 21 days after the interrogatories are served.

(c) *Government's Response Deferred*. The government need not respond to a claimant's motion to dismiss the action under Rule G(8)(b) until 21 days after the claimant has answered these interrogatories.

(7) PRESERVING, PREVENTING CRIMINAL USE, AND DISPOSING OF PROPERTY; SALES.

(a) *Preserving and Preventing Criminal Use of Property.* When the government does not have actual possession of the defendant property the court, on motion or on its own, may enter any order necessary to preserve the property, to prevent its removal or encumbrance, or to prevent its use in a criminal offense.

(b) *Interlocutory Sale or Delivery.*

(i) Order to Sell. On motion by a party or a person having custody of the property, the court may order all or part of the property sold if:

(A) the property is perishable or at risk of deterioration, decay, or injury by being detained in custody pending the action;

(B) the expense of keeping the property is excessive or is disproportionate to its fair market value;

(C) the property is subject to a mortgage or to taxes on which the owner is in default; or

(D) the court finds other good cause.

(ii) Who Makes the Sale. A sale must be made by a United States agency that has authority to sell the property, by the agency's contractor, or by any person the court designates.

(iii) Sale Procedures. The sale is governed by 28 U.S.C. §§ 2001, 2002, and 2004, unless all parties, with the court's approval, agree to the sale, aspects of the sale, or different procedures.

(iv) Sale Proceeds. Sale proceeds are a substitute res subject to forfeiture in place of the property that was sold. The proceeds must be held in an interest-bearing account maintained by the United States pending the conclusion of the forfeiture action.

(v) Delivery on a Claimant's Motion. The court may order that the property be delivered to the claimant pending the conclusion of the action if the claimant shows circumstances that would permit sale under Rule G(7)(b)(i) and gives security under these rules.

(c) *Disposing of Forfeited Property.* Upon entry of a forfeiture judgment, the property or proceeds from selling the property must be disposed of as provided by law.

(8) MOTIONS.

(a) *Motion To Suppress Use of the Property as Evidence.* If the defendant property was seized, a party with standing to contest the lawfulness of the seizure may move to suppress use of the property as evidence. Suppression does not affect forfeiture of the property based on independently derived evidence.

(b) *Motion To Dismiss the Action.*

(i) A claimant who establishes standing to contest forfeiture may move to dismiss the action under Rule 12(b).

(ii) In an action governed by 18 U.S.C. § 983(a)(3)(D) the complaint may not be dismissed on the ground that the government did not have adequate evidence at the time the complaint was filed to establish the forfeitability of the property. The sufficiency of the complaint is governed by Rule G(2).

121          FEDERAL RULES OF CIVIL PROCEDURE          **Rule 1**

(c) *Motion To Strike a Claim or Answer*.
    (i) At any time before trial, the government may move to strike a claim or answer:
        (A) for failing to comply with Rule G(5) or (6), or
        (B) because the claimant lacks standing.
    (ii) The motion:
        (A) must be decided before any motion by the claimant to dismiss the action; and
        (B) may be presented as a motion for judgment on the pleadings or as a motion to determine after a hearing or by summary judgment whether the claimant can carry the burden of establishing standing by a preponderance of the evidence.
(d) *Petition To Release Property*.
    (i) If a United States agency or an agency's contractor holds property for judicial or nonjudicial forfeiture under a statute governed by 18 U.S.C. §983(f), a person who has filed a claim to the property may petition for its release under §983(f).
    (ii) If a petition for release is filed before a judicial forfeiture action is filed against the property, the petition may be filed either in the district where the property was seized or in the district where a warrant to seize the property issued. If a judicial forfeiture action against the property is later filed in another district—or if the government shows that the action will be filed in another district—the petition may be transferred to that district under 28 U.S.C. §1404.
(e) *Excessive Fines*. A claimant may seek to mitigate a forfeiture under the Excessive Fines Clause of the Eighth Amendment by motion for summary judgment or by motion made after entry of a forfeiture judgment if:
    (i) the claimant has pleaded the defense under Rule 8; and
    (ii) the parties have had the opportunity to conduct civil discovery on the defense.
 (9) TRIAL. Trial is to the court unless any party demands trial by jury under Rule 38.

(As added Apr. 12, 2006, eff. Dec. 1, 2006; amended Mar. 26, 2009, eff. Dec. 1, 2009.)

### SUPPLEMENTAL RULES FOR SOCIAL SECURITY ACTIONS UNDER 42 U.S.C. §405(g) [1]

**Rule 1. Review of Social Security Decisions Under 42 U.S.C. §405(g)**

(a) APPLICABILITY OF THESE RULES. These rules govern an action under 42 U.S.C. §405(g) for review on the record of a final decision of the Commissioner of Social Security that presents only an individual claim.

(b) FEDERAL RULES OF CIVIL PROCEDURE. The Federal Rules of Civil Procedure also apply to a proceeding under these rules, except to the extent that they are inconsistent with these rules.

----

[1] Title is set out as presented for Congressional review; see House Document 117–110. Title appears as ''Supplemental Rules for Social Security Review Actions Under 42 U.S.C. §405(g)'' in the order of the Supreme Court, April 11, 2022, adopting these rules.

**Rule 2**         FEDERAL RULES OF CIVIL PROCEDURE         122

(As added Apr. 11, 2022, eff. Dec. 1, 2022.)

**Rule 2. Complaint**

(a) COMMENCING ACTION. An action for review under these rules is commenced by filing a complaint with the court.

(b) CONTENTS.

(1) The complaint must:

(A) state that the action is brought under §405(g);

(B) identify the final decision to be reviewed, including any identifying designation provided by the Commissioner with the final decision;

(C) state the name and the county of residence of the person for whom benefits are claimed;

(D) name the person on whose wage record benefits are claimed; and

(E) state the type of benefits claimed.

(2) The complaint may include a short and plain statement of the grounds for relief.

(As added Apr. 11, 2022, eff. Dec. 1, 2022.)

**Rule 3. Service**

The court must notify the Commissioner of the commencement of the action by transmitting a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney for the district where the action is filed. If the complaint was not filed electronically, the court must notify the plaintiff of the transmission. The plaintiff need not serve a summons and complaint under Civil Rule 4.

(As added Apr. 11, 2022, eff. Dec. 1, 2022.)

**Rule 4. Answer; Motions; Time**

(a) SERVING THE ANSWER. An answer must be served on the plaintiff within 60 days after notice of the action is given under Rule 3.

(b) THE ANSWER. An answer may be limited to a certified copy of the administrative record, and to any affirmative defenses under Civil Rule 8(c). Civil Rule 8(b) does not apply.

(c) MOTIONS UNDER CIVIL RULE 12. A motion under Civil Rule 12 must be made within 60 days after notice of the action is given under Rule 3.

(d) TIME TO ANSWER AFTER A MOTION UNDER RULE 4(C). Unless the court sets a different time, serving a motion under Rule 4(c) alters the time to answer as provided by Civil Rule 12(a)(4).

(As added Apr. 11, 2022, eff. Dec. 1, 2022.)

**Rule 5. Presenting the Action for Decision**

The action is presented for decision by the parties' briefs. A brief must support assertions of fact by citations to particular parts of the record.

(As added Apr. 11, 2022, eff. Dec. 1, 2022.)

123      FEDERAL RULES OF CIVIL PROCEDURE      **Rule 8**

### Rule 6. Plaintiff's Brief

The plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed or 30 days after entry of an order disposing of the last remaining motion filed under Rule 4(c), whichever is later.

(As added Apr. 11, 2022, eff. Dec. 1, 2022.)

### Rule 7. Commissioner's Brief

The Commissioner must file a brief and serve it on the plaintiff within 30 days after service of the plaintiff's brief.

(As added Apr. 11, 2022, eff. Dec. 1, 2022.)

### Rule 8. Reply Brief

The plaintiff may file a reply brief and serve it on the Commissioner within 14 days after service of the Commissioner's brief.

(As added Apr. 11, 2022, eff. Dec. 1, 2022.)

○

# 林某妍与洪某海、福建泛华矿业股份有限公司、厦门元华投资有限公司民间借贷纠纷案

**裁判规则**

当事人捏造事实、隐瞒证据提起诉讼，会损害对方的民事权益获得不当利益，是虚假诉讼。借款关系中，出借人在债务已基本消灭的情况下，利用借款人不掌握还款证据的客观情况，恶意提起诉讼，要求借款人偿还款项，拒不承认还款事实，属于故意隐瞒案件事实，构成妨碍民事诉讼的不法行为，应当依法给予相应的民事制裁。另外，在当事人向法院说明不能自行收集证据原件的原因且申请法院调取的情况下，法院为查明案件事实应当依法调查收集。

正文


## 林某妍与洪某海、福建泛华矿业股份有限公司、厦门元华投资有限公司民间借贷纠纷案

案号（2018）最高法民再 28 号

再审申请人（一审被告、二审上诉人）：林某妍。

委托诉讼代理人：邢福乐，北京市盈科（福州）律师事务所律师。

委托诉讼代理人：张璇，北京市盈科（福州）律师事务所律师。

被申请人（一审原告、二审被上诉人）：洪某海。

委托诉讼代理人：洪祖答，福建旭丰律师事务所律师。

委托诉讼代理人：曾鑫，福建旭丰律师事务所律师。

一审被告：福建泛华矿业股份有限公司。住所地：福建省福清市清昌大道中国银行大厦 15 层。

法定代表人：林昌华，该公司董事长。

一审被告：厦门元华投资有限公司。住所地：福建省厦门市集美区杏林湾商务中心 11 号楼 B 楼 16F。

法定代表人：林某妍，该公司总经理。

再审申请人林某妍因与被申请人洪某海、一审被告福建泛华矿业股份有限公司（以下简称泛华公司）、厦门元华投资有限公司（以下简称元华投资公司）民间借贷纠纷一案，不服福建省高级人民法院（2016）闽民终 1008 号民事判决，向本院申请再审。本院于 2017 年 9 月 23 日作出（2017）最高法民申 3324 号民事裁定，提审本案。本院依法组成由审判员江必新担任审判长、审判员周伦军、汪军参加的合议庭公开开庭审理了本案。法官助理李洁协助审理本案，书记员王薇佳担任法庭记录。再审申请人林某妍及其委托诉讼代理人邢福乐、张璇，被申请人洪某海及其委托诉讼代理人曾鑫，一审被告元华投资公司的法定代表人林某妍到庭参加了诉讼。一审被告泛华公司经本庭合法传唤未到庭参加诉讼，本院依法缺席审理。本案现已审理终结。

林某妍申请再审称：一、本案是基于《承诺函》的约定而发生的民间借贷纠纷。《承诺函》约定了借款的直接目的、唯一用途和为了实现这一目的的双方权利义务，以及为保证洪某海借款资金安全，以股权代持的形式作为质押，将元华投资公司及厦门元华资产管理有限公司（以下简称元华资产公司）各 90% 的股权暂由洪某海代持。二、一、二审法院未查清基于《承诺函》发生的与借贷有关的基本事实，导致本案裁判错误。2014 年 1 月 28 日，洪某海负责办理设立元华投资公司，工商登记为：股东洪某海占 90% 股权，股东林某妍占 10% 股权，洪某海为法定代表人，实际控制并保管公司的印章。2014 年 3 月 3 日，洪某海将 3000 万元人民币汇至元华投资公司账户，但其并未按《承诺函》约定的条件继续履行合同，即以元华投资公司名义使用 3000 万元购买特定房产，并将其代持的 90% 股权返还给林某妍、泛华公司。在《承诺函》约定的合同唯一目的未实现、洪某海未继续履行约定的情况下，即诉请法院要求林某妍、泛华公司归还 3000 万元借款，法院应审理查明借贷发生的相关事实。一审庭审中，林某妍请求法庭责令

洪某海提交元华投资公司相应的资金流水账用于证明 3000 万元的实际用途以便查实本案的借贷事实是否实际发生，但洪某海未提交，一审法院也未依职权调查，并错误认定洪某海于 2014 年 3 月 3 日以投资名义分别向林某妍、泛华公司支付借款 3000 万元至元华投资公司账户，林某妍、泛华公司与洪某海之间的民间借贷关系合法、有效。讼争借款期限最长 12 个月，自洪某海第一笔资金注入元华投资公司起算，因此，自 2014 年 3 月 3 日起计，2015 年 3 月 2 日即已到期，林某妍、泛华公司应依约还款并赔偿损失"。二审庭审中，林某妍向二审法院提交了《厦门元华投资有限公司历史明细》（未加盖银行业务专用章），表明洪某海在 3000 万元汇入元华投资公司账户后，又单方擅自分两次将 2999.49 万元款项转回个人名下账户及其个人独资公司账户。而二审法院应当知道本案的基本事实线索却未依法查明、核实，反而作出违背案件基本事实的认定。三、林某妍因客观原因不能自行收集本案的主要证据《厦门元华投资有限公司历史明细》原件，依法多次书面申请人民法院调查收集，人民法院未调查收集，导致本案基本事实认定错误，应当予以纠正。因一审法院的错误判决，在本案二审诉讼过程中，林某妍以元华投资公司法定代表人身份到中国工商银行股份有限公司厦门杏林支行申请调取该公司开户银行账户流水账单，查询到洪某海汇入元华投资公司的 3000 万元分别于 2014 年 4 月 15 日、2014 年 9 月 1 日被洪某海转到其个人独资的厦门君农投资管理有限公司（以下简称君农公司）账户及其个人银行账户。因洪某海掌管公司公章、财务章与法人私章，并拒绝配合申请调取元华投资公司开户银行账户流水账单，因此林某妍以元华投资公司法定代表人身份调取账户流水账单，银行表示只能为林某妍提供查询及未加盖银行业务专用章的公司账户流水账单。为此，林某妍只能将未加盖银行业务专用章的公司账户流水账单提交给二审法院并多次申请法院调查取证。具体为：1. 在二审举证期限内，通过代理人周密律师当面向二审法院审理本案的合议庭提交书面调查取证申请书；2. 2017 年 1 月 5 日，通过 EMS 邮寄的方式（单号：1094482622222）向合议庭再次寄交书面调查取证申请书，申请调取以上材料原件；三、在二审庭审中，林某妍当庭再次

请求法院调查取证，并再次重申上述证据是查明本案基本事实的核心证据，关系到诉争借款是否实际履行及相应款项是否已归还的案件基本事实。在二审期间，林某妍多次向合议庭阐明，元华投资公司虽然是本案当事人，但因洪某海控制并掌管公司的公章、财务章、法人私章，且在本案中林某妍与元华投资公司实际控制人洪某海系诉讼上的利害关系人，洪某海及其控制的元华投资公司不可能配合林某妍向合议庭提供元华投资公司的财务凭证（公司开户银行账户流水账单），况且该财务凭证对其不利，因此林某妍不得不申请法院调取原件，但二审法院未依法采纳，并错误认为"元华投资公司是本案当事人，其有义务亦有能力向法院提供其财务凭证"，不予准许调查取证申请，二审法院的上述程序严重违法，应予纠正。四、林某妍已收集本案新的证据《厦门元华投资有限公司历史明细》原件，足以推翻原判决认定的事实。二审判决后，元华投资公司法定代表人林某妍迫于无奈办理公司印章、法人私章丢失手续，2017 年 2 月 17 日，林某妍取得中国工商银行股份有限公司厦门杏林支行加盖银行业务专用章的《厦门元华投资有限公司历史明细》原件，该证据能够证明：2014 年 4 月 15 日，洪某海单方擅自将元华投资公司账户 2000 万元转给君农公司；2014 年 9 月 1 日，洪某海单方擅自将元华投资公司账户 999.49 万元转给其名下的个人账户。显而易见，洪某海利用掌管元华投资公司公章、财务章、法人私章的便利，已将上述资金划归己有。在洪某海未按《承诺函》的约定履行借款义务以及提前将款项收回的前提下，洪某海无权请求林某妍返还借款。即便原审法院关于"洪某海于 2014 年 3 月 3 日以投资名义向林某妍、泛华公司支付借款 3000 万元至元华投资公司账户，林某妍、泛华公司与洪某海之间的民间借贷关系合法、有效"的认定正确，但在该笔借款期限未满的情况下，洪某海也已将汇入元华投资公司的 2999.49 万元分别于 2014 年 4 月 15 日、2014 年 9 月 1 日转到君农公司账户（洪某海个人独资公司）及其个人名下账户，诉争借款已归还，且洪某海存在严重的违约行为。综上所述，洪某海要求林某妍偿还借款没有事实和法律依据。洪某海严重违反《承诺函》的约定，单方擅自将款项转归己有，并企图通过隐瞒案件事实真相，滥用诉

权重复获得该笔 3000 万元的款项及利息，其行为已构成违法犯罪，林某妍对洪某海违约违法行为保留民事诉权及请求追究其刑事责任的权利。综上，依据《中华人民共和国民事诉讼法》第二百条第一项、第五项之规定，请求撤销一、二审判决，驳回洪某海的全部诉讼请求，并由洪某海承担一、二审诉讼费用。

被申请人洪某海答辩称：一、洪某海出借 3000 万元借款的事实清楚，证据确实充分，再审申请人林某妍也予以确认，一、二审判决正确。1. 林某妍与泛华公司作为共同借款人出具给洪某海的《承诺函》记载，讼争借款指定的收款人为元华投资公司和案外人元华资产公司，洪某海在 2014 年 3 月 3 日依据约定将本案借款 3000 万元支付至元华投资公司账户，发生借款事实的证据确实充分，至于如何使用借款是借款人的权利和责任。2. 林某妍一审时对向洪某海借款 3000 万元的事实并无异议，仅是抗辩在借款不能归还时，洪某海应当先行处置代持的元华投资公司 90%股权，若变现金额不足以清偿全部债务，差额部分再由林某妍承担。这足以证实林某妍对借款 3000 万元且未归还的事实并无异议。二、发生于 2014 年 4 月 15 日和 2014 年 9 月 1 日从元华投资公司转走的 2999.49 万元款项与本案借款无关，不应成为本案改判的依据。1. 2014 年 4 月 15 日元华投资公司转账 2000 万元到君农公司银行账户，以及在 2014 年 9 月 1 日元华投资公司转账 999.49 万元至洪某海的银行账户，这是不同主体之间的往来款项。对前述款项，林某妍在申请书中也声称："作为法定代表人及股东的林某妍对洪某海违约违法行为保留民事诉权及请求追究其刑事责任的权利"。由此可见，林某妍也认为前述转账与本案借款无关。2. 前述转账若损害到元华投资公司或者林某妍的利益，公司或者林某妍完全可以向相对方另案主张权利。综上，再审申请人林某妍所提请求事项缺乏依据，应当依法驳回。

一审被告元华投资公司、泛华公司未提交答辩意见。

2015 年 4 月 23 日，洪某海向福建省厦门市中级人民法院提起一审诉讼，请求：1. 判令林某妍、泛华公司立即归还借款 3000 万元和资金占用费（资金占用费从 2014 年 3 月 3 日起至实际还清之日止按同期银行贷款基准利率四倍计算，

暂计至 2015 年 4 月 23 日为 840 万元）；2. 判令林某妍、泛华公司承担洪某海为实现债权支出的律师费 375800 元；3. 判令元华投资公司对林某妍、泛华公司上述债务承担连带保证责任；4. 由林某妍、泛华公司、元华投资公司承担所有费用。

福建省厦门市中级人民法院一审查明：2014 年 1 月 29 日，泛华公司作为甲方、林某妍作为乙方向洪某海出具一份《承诺函》。《承诺函》载明：林某妍、泛华公司向厦门市杏林建设开发公司（以下简称杏发公司）购买杏林湾商务营运中心 11 号楼 A、B 幢房产，因资金困难，向洪某海借款 8000 万元，资金占用费按月息 3.1%计算（每月按照 30 天计），按日结算方式收取，借款期限最短为 10 个月，最长为 12 个月。该借款直接用于成立新公司元华投资公司（丙方）、厦门元华资产管理股份有限公司（后更名为元华资产公司）（丁方）；并以新公司的名义购买以上房产。为保证洪某海的借款资金安全，林某妍、泛华公司及洪某海协商一致同意将元华投资公司 90%股权和元华资产公司 90%股权暂由洪某海代持。林某妍、泛华公司作出如下承诺：1. 共同新成立元华投资公司、元华资产公司，洪某海向两公司分次注入资金，共计 8000 万元，分别占两公司各 90%股权。林某妍、泛华公司应对两公司进行相应的股权工商变更手续，并向洪某海交付从登记管理机关处调档的与该工商变更登记有关的文件（包括但不限于验资报告、新章程、工商基本信息、营业执照等）及股东出资证明书。2. 借款期限及资金占用费自洪某海第 1 笔资金注入元华投资公司或元华资产公司开始计算借款期。以 30 天为周期，每个周期第一天应支付本周期资金占用费。3. 若林某妍、泛华公司未按时支付本金及资金占用费，洪某海有权处理其持有的元华投资公司及元华资产公司股权，林某妍、泛华公司应无条件配合。若处理股权尚无法补偿洪某海的全部损失，林某妍、泛华公司应另行全额赔偿洪某海因此产生的一切损失（包括但不限于本金及资金占用费、税费、律师费用、诉讼费用、差旅费、通讯费等）。

2014 年 3 月 3 日,洪某海以投资款名义分七笔向元华投资公司转账支付 3000 万元，其中六笔各 490 万元，一笔 60 万元。2014 年 3 月 4 日，元华投资公司向

洪某海出具一份《承诺函》，内述林某妍、泛华公司向洪某海借款 8000 万元，约定月息 3.1%，并承担诉讼费、律师费，洪某海在 2014 年 3 月 3 日以出资形式汇入借款 3000 万元至元华投资公司账户。元华投资公司愿意对前述债务承担连带责任保证，保证期间至债务完全清偿为止。

元华投资公司的现有股东为林某妍和洪某海，其中洪某海持有 90%的股权。

因林某妍、泛华公司未返还借款，2015 年 4 月 21 日，洪某海与福建旭丰律师事务所签订编号为（2015）闽旭诉字第 263 号《诉讼委托代理合同》，委托该所律师担任一审诉讼代理人，律师代理费 375800 元。

在一审法院审理本案期间，洪某海向该院确认，其仅是代林某妍、泛华公司持有元华投资公司的股份，其愿意将该股权返还林某妍、泛华公司。

福建省厦门市中级人民法院一审认为：林某妍、泛华公司于 2014 年 1 月 29 日出具给洪某海的《承诺函》系其真实意思表示，除双方约定的资金占用费每月 3.1%高于法律规定的利率标准，其余内容不违反法律、行政法规的强制性规定。林某妍、泛华公司作为共同借款人向洪某海借款，洪某海于 2014 年 3 月 3 日以投资款名义分别向林某妍、泛华公司支付借款 3000 万元至元华投资公司账户，林某妍、泛华公司与洪某海之间的民间借贷关系合法、有效。诉争借款期限最长 12 个月，自洪某海第一笔资金注入元华投资公司起算，因此，自 2014 年 3 月 3 日起计，2015 年 3 月 2 日即已到期，林某妍、泛华公司未依约还款，洪某海有权处置其代持的股权，并有权要求林某妍、泛华公司赔偿损失。林某妍对借款事实没有异议，要求洪某海先行处置代持的股权，洪某海已确认向林某妍、泛华公司返还其代持的股权，因此，洪某海诉求林某妍、泛华公司支付借款本金 3000 万元并按同期银行贷款基准利率四倍计算资金占用费符合法律规定,该院予以支持。因林某妍、泛华公司未依约还本付息，洪某海为实现债权而支付律师费 375800 元应由林某妍、泛华公司承担。洪某海要求林某妍、泛华公司支付 375800 元的诉求有事实和法律依据，该院予以支持。元华投资公司出具《承诺函》，自愿为前述借款提供担保，该承诺合法有效，《承诺函》约定，保证方式为连带责

任保证，保证期限至债务完全偿清为止，根据《最高人民法院关于适用〈中华人民共和国担保法〉若干问题的解释》第三十二条第二款之规定，保证合同约定保证人承担保证责任，直至主债务本息还清时为止等类似内容的，视为约定不明，保证期间为主债务履行期届满之日起二年。洪某海在保证期间主张权利，元华投资公司应依约为林某妍、泛华公司的上述债务承担连带清偿责任，并在承担保证责任后，有权向林某妍、泛华公司追偿，故洪某海要求元华投资公司承担连带保证责任的诉讼请求有事实和法律依据，该院予以支持。该院依照《中华人民共和国合同法》第六十条、第二百零六条、第二百零七条、第二百一十一条，《中华人民共和国担保法》第十八条、第二十一条第一款、第三十一条，《中华人民共和国民事诉讼法》第一百四十四条之规定，于 2016 年 2 月 14 日作出（2015）厦民初字第 896 号民事判决：一、林某妍、泛华公司于判决生效之日起十日内向洪某海返还借款本金 3000 万元及资金占用费（自 2014 年 3 月 3 日起按中国人民银行同期贷款基准利率四倍计算至本判决确定的还款之日止）；二、林某妍、泛华公司于判决生效之日起十日内向洪某海支付律师费 375800 元；三、元华投资公司对林某妍、泛华公司的上述债务承担连带清偿责任，并在承担保证责任后，有权向林某妍、泛华公司追偿。一审案件受理费 235679 元，由林某妍、泛华公司、元华投资公司负担。

林某妍不服上述民事判决，向福建省高级人民法院提起上诉，请求：撤销一审判决，改判驳回洪某海的一审诉讼请求。事实和理由主要为：一、一审法院应合并处理《承诺函》上所约定的 8000 万元借款相关事宜，或在本案中追加案外人元华资产公司为第三人，但一审法院未进行综合查明《承诺函》上的 8000 万元是否全数到位，是否由林某妍、泛华公司实际收受并使用等相关事宜，洪某海在元华投资公司、元华资产公司所持股份均为 90%，其实际掌控两家公司全部资产及公司资金账户。洪某海提交的《银行转账凭证》只能证实有过 3000 万元资金进入元华投资公司账户，至于用途和去向无法证实。洪某海是资金的实际管理人，而元华投资公司未按约定使用资金。一审庭审中，林某妍请求法庭责令洪某

海提交相应的资金流水账用以证明 3000 万元的实际用途以便查实本案的借贷事实是否实际发生，但洪某海未提交，法院亦未依职权调查。二、依据《承诺函》的约定，该笔借款的救济途径是先处置元华投资公司和元华资产公司的股权和资产，所以本案判决结果与元华资产公司有利害关系，应追加其参加诉讼。《承诺函》约定了该笔借款的救济先后顺序，洪某海不顾约定起诉应驳回其诉讼请求。

洪某海答辩称：洪某海出借 3000 万元借款的事实证据确实充分。一、《承诺函》指定的收款人为元华投资公司和元华资产公司，洪某海在 2014 年 3 月 3 日依据约定将借款 3000 万元支付至指定账户，至于如何使用借款是借款人的权利和责任。二、林某妍在一审程序中对 3000 万元的事实并无异议，但认为洪某海应当先行处置元华投资公司的股权。但该约定是洪某海的权利而非义务，洪某海已明确将代持的 90%股权返还给林某妍和泛华公司，林某妍强行要求洪某海先行处置元华资产公司的股权没有任何依据。一审判决与元华资产公司没有任何关系，没有理由追加其为本案当事人。

一审被告泛华公司、元华投资公司未陈述意见。

二审中，林某妍提供一份银行转账流水账单，证明借款 3000 万元已被洪某海支取或转账，洪某海质证认为，对该证据的真实性无法确认。二审法院认为，林某妍未提供该证据的原件，该证据亦没有制作人，未加盖银行印章，仅是一份简单的表格，对该证据不予采信。

二审法院对一审判决查明的事实予以认定。

福建省高级人民法院二审认为，本案二审的争议焦点是：一、本案讼争的 3000 万元借款是否已经履行；二、本案借款是否已经归还。

关于本案讼争的 3000 万元借款是否已经履行的问题。2014 年 1 月 29 日，泛华公司和林某妍向洪某海出具《承诺函》，承诺借款期限及资金占用费自洪某海第一笔资金注入元华投资公司或元华资产公司开始计算借款期。洪某海已于 2014 年 3 月 3 日以投资款名义转账 3000 万元至元华投资公司账户。林某妍在一审答辩中对收到上述 3000 万元的事实无异议，一审法院认定讼争 3000 万元借款

已经履行，并无不当。洪某海在本案中并未主张讼争 3000 万元借款之外的其他款项，林某妍要求查明《承诺函》中全部 8000 万元的理由，与本案没有关联性，林某妍、泛华公司在收取借款后如何使用借款，与出借人无关。因此，林某妍认为讼争借款未履行的观点，该院不予支持。

关于本案借款是否已经归还的问题。因该院对林某妍提供的银行转账流水账单不予采信，故林某妍没有证据证明其已归还讼争借款。元华投资公司是本案当事人，其有义务亦有能力向该院提供其财务凭证，林某妍申请法院调取元华投资公司的银行流水账单等材料，不符合《最高人民法院关于适用〈中华人民共和国民事诉讼法〉的解释》第九十四条规定的情形，该院不予准许。洪某海已明确将代持股权返还给林某妍和泛华公司，林某妍主张洪某海应先行处置元华投资公司和元华资产公司的股权和资产的观点，没有法律依据，该院不予采纳。元华资产公司未向洪某海出具《承诺函》，在本案中亦未与洪某海有款项往来，与讼争借款没有利害关系，对林某妍申请追加元华资产公司为本案当事人的理由，该院不予支持。综上所述，林某妍的上诉请求不能成立，应予驳回。据此，该院依照《中华人民共和国民事诉讼法》第一百四十四条、第一百七十条第一款第一项规定，于 2017 年 1 月 22 日作出（2016）闽民终 1008 号民事判决：驳回上诉，维持原判。二审案件受理费 235679 元，由林某妍负担。

在本院再审本案期间，林某妍向本院提交了如下证据：1.《杏林湾商务中心 11 号楼投资购买意向书》，拟证明林昌华及泛华公司符合厦门市集美区政府关于杏林湾商务营运中心项目招商引资政策的相关规定，2011 年 7 月杏发公司与泛华公司签订了《杏林湾商务中心 11 号楼投资购买意向书》，由泛华公司购买相关房产；2. 元华投资公司的工商档案资料，拟证明元华投资公司设立、变更的过程；3. 林某妍、泛华公司向洪某海出具的《承诺函》，拟证明借款的金额、用途、期限、方式等内容；4.《厦门元华投资有限公司历史明细》，拟证明洪某海违反《承诺函》的约定，在约定的借款期限内将款项划归其个人独资企业及个人账户，并未用于购买特定房产；5. 君农公司的工商档案资料，拟证明该公司为洪

某海的一人独资企业，洪某海占100%的股权并担任执行董事、总经理；6.印章遗失声明、印章处理（丢失）登记表、刻制印章发票，拟证明因元华投资公司的实际控制人洪某海隐瞒诉争款项去向，并拒绝调取公司账户历史明细，林某妍作为法定代表人不得已办理印章丢失手续，补办公司新公章和法定代表人名章；7.中国邮政EMS面单，拟证明2017年1月5日林某妍二审代理人将调查取证申请寄送法院。被申请人洪某海向本院提交了2014年2月13日林某妍出具的《承诺函》，拟证明将林某妍变更为元华投资公司和元华资产公司的法定代表人仅是为了签订购房合同的需要，而不是允许林某妍代表公司从事其他活动。经本院组织当事人质证，双方当事人对上述证据的真实性均没有异议。本院对上述证据的真实性、合法性和关联性予以确认。

本院再审查明：2013年7月，王某云代表泛华公司与杏发公司签订《杏林湾商务中心11号楼投资购买意向书》，承诺在2013年8月前将泛华公司的企业注册地和税务登记地改变至厦门市××区，以符合杏林湾商务营运中心项目的招商政策并享受相应的购房优惠，购买杏林湾商务营运中心11号楼A、B两幢房产。为此，林昌华和林某妍作为投资人于2013年7月26日申请核准了元华资产公司、元华投资公司的企业名称，投资额分别为6000万元及4000万元，住所地为厦门市××区杏林湾商务中心11号楼B楼。2014年1月27日，两个公司的投资人改为由洪某海投资9000万元占比90%、林某妍投资1000万元占比10%。2014年1月27、28日，元华资产公司和元华投资公司注册成立，初始登记的法定代表人均为洪某海。

2014年1月29日，泛华公司、林某妍共同向洪某海出具《承诺函》，就购买杏林湾商务营运中心11号楼A、B幢房产向洪某海借款8000万元、月利率、利息计取、设立公司及股权代持等相关事宜进行了约定。2014年1月30日，洪某海以投资款名义向元华资产公司账户汇入5000万元。2014年3月3日，洪某海以投资款名义向元华投资公司账户汇入3000万元。就前述借款的利息支付情况，洪某海与林某妍共同向本院确认，泛华公司和林某妍按照约定在2014年1

月底支付了 5000 万元借款本金部分的一个月利息 155 万元，在 2014 年 3 月支付了 8000 万元借款本金部分的一个月利息 248 万元，此后未再支付过利息。

2014 年 2 月 8 日、2 月 11 日，元华资产公司和元华投资公司分别召开董事会和股东会，选举林某妍为公司法定代表人，并办理了工商变更登记手续。同年 2 月 13 日，林某妍向洪某海出具《承诺函》，称由于购买杏林湾商务营运中心 11 号楼乃集美招商引资项目，为了方便签订合同事宜，由林某妍暂为元华投资公司和元华资产公司两个公司的法人代表，并承诺签订合同结束一周内将法人代表转给洪某海先生。

2014 年 2 月 13 日、3 月 11 日，林某妍代表元华资产公司与杏发公司签订了杏林湾商务营运中心 11 号楼 B 幢 1 层至 24 层的商品房买卖合同，并于同年 2 月 21 日、3 月 17 日在厦门市房地产交易权籍登记中心办理登记备案。元华投资公司未与杏发公司签订 A 幢的购房合同，对于未购买房产的原因，洪某海称房产买卖系由泛华公司和林某妍负责联系，其不清楚未能购买的具体原因。林某妍称房产买卖是由其父亲林昌华负责联系，其不清楚事情的来龙去脉。

2014 年 4 月 29 日，元华资产公司办理了将法定代表人由林某妍变更为洪辉煌的工商登记手续。元华投资公司法定代表人未予变更，仍由林某妍出任。

元华投资公司成立后，公司公章、法定代表人名章均由洪某海保管，银行账户由洪某海控制。在本案原二审判决作出后，林某妍于 2017 年 2 月 8 日在《厦门日报》上刊登元华投资公司营业执照遗失公告和公章、法人私章遗失声明，于 2017 年 2 月 17 日在厦门盾辉印章制作有限公司重新刻制了元华投资公司印章和法定代表人名章，并据此向中国工商银行股份有限公司厦门杏林支行调取了加盖该行业务专用章的《厦门元华投资有限公司历史明细》，该历史明细记载：2014 年 3 月 11 日，元华投资公司以往来款名义分三笔向元华资产公司转账支付 929.49 万元；4 月 15 日，元华投资公司向君农公司转账支付 2000 万元；7 月 22 日，元华投资公司以往来款名义向元华资产公司转账支付 10 万元；9 月 1 日，元华资产公司以往来款名义向元华投资公司转账支付 939.49 万元；同日，元华

投资公司以借款名义向洪某海个人账户转账支付 999.49 万元。

另查明，君农公司于 2006 年 7 月 31 日成立，属于自然人独资的有限责任公司，股东及法定代表人均为洪某海。在本案再审审查期间，本院责令洪某海对元华投资公司转账给君农公司的 2000 万元及转账给洪某海的 999.49 万元的事由作出说明。洪某海向本院书面答复称："发生于 2014 年 4 月 15 日和 2014 年 9 月 1 日的 2999.49 万元款项，再审申请人林某妍已经声称'作为法定代表人及股东的林某妍对洪某海违约违法行为保留民事诉权及请求追究其刑事责任的权利。'这充分说明前述款项与本案没有关联，为避免给另案审理造成影响，被申请人洪某海就前述款项在本案不宜作出陈述。"

还查明，林昌华是侨居印尼的福清籍商人，与王某云原系夫妻关系，林某妍系二人之女，林昌华持有泛华公司 80%的股权并担任该公司的法定代表人。自 2014 年年中起，林昌华因经营的企业资金链出现困难，滞留境外至今未归。

除上述事实外，对原审法院查明的其他事实，本院予以确认。

再审中，双方当事人争议的焦点问题为：一、洪某海在本案中主张的 3000 万元借款债权是否真实存在；二、二审法院的审理程序是否违法。

本院认为，本案中，林昌华实际控制下的泛华公司在 2013 年 7 月与杏发公司签订购买杏林湾商务营运中心 11 号楼（A、B 两幢）的意向书之后，为履行该意向书中关于将公司注册地和税务登记地改变至厦门市××区以便符合招商政策并享受购房优惠的约定，林昌华和林某妍父女向工商登记机关申请了以其父女二人为投资人的元华资产公司和元华投资公司的名称预核准登记。嗣后，因资金困难，2014 年 1 月 29 日，林某妍及泛华公司与洪某海以《承诺函》的方式达成了借款 8000 万元用以购买前述房产的合意，这是案涉 3000 万元借款产生的背景事实。根据《承诺函》的约定，该 8000 万元借款直接用于成立元华投资公司和元华资产公司并以两公司的名义购买房产，元华投资公司 90%股权和元华资产公司 90%股权暂由洪某海代持以保证洪某海的借款资金安全，借款期限最短为 10 个月，最长为 12 个月，资金占用费按月息 3.1%的标准按日结算，自借款注入公

司开始起算；林某妍、泛华公司应对两公司进行相应的股权工商变更手续，若林某妍、泛华公司未按时支付本金及资金占用费，洪某海有权处理其持有的公司股权，若处理股权尚无法补偿洪某海的全部损失，有权另行向林某妍、泛华公司主张。前述约定，以资金出借及为保证出借资金安全的股权代持为主要内容，因出借人洪某海并不具备发放贷款的金融业务资格，故原审法院将本案案由认定为民间借贷纠纷正确，本院予以确认。从借贷协议的履行情况来看，洪某海依约分别于 2014 年 1 月 30 日向元华资产公司汇入 5000 万元、3 月 3 日向元华投资公司汇入 3000 万元，泛华公司和林某妍就前述款项分两次预付了 155 万元和 248 万元的利息，并依约办理了元华资产公司和元华投资公司的股东变更等工商登记手续，元华资产公司亦以自身名义购买了杏林湾商务营运中心 11 号楼的 B 幢房产。《中华人民共和国合同法》第二百一十条规定："自然人之间的借款合同，自贷款人提供借款时生效"。同时，根据我院《关于认真学习贯彻适用的通知》的要求，在 2015 年 9 月 1 日该司法解释施行后新受理的一审案件，适用该司法解释的规定，该司法解释施行后尚未审结的案件，适用施行前的司法解释进行审理。从本案的实际情况来看，一审法院受理本案诉讼的时间是 2015 年 4 月 23 日，故本案应当根据《最高人民法院关于人民法院审理借贷案件的若干意见》第六条的规定来认定《承诺函》中关于利息约定的效力。《最高人民法院关于人民法院审理借贷案件的若干意见》第六条规定："民间借贷的利率可以适当高于银行的利率，各地人民法院可根据本地区的实际情况具体掌握，但最高不得超过银行同类贷款利率的四倍（包含利率本数）。超出此限度的，超出部分的利息不予保护"。本案中，当事人关于月息 3.1%的约定超出了银行同期贷款利率的四倍，故一审法院关于《承诺函》系双方当事人的真实意思表示，除利息高于法定标准之外其余内容不违反法律、行政法规的强制性规定，洪某海已经履行了出借款项义务的认定正确，本院予以维持。申请人林某妍关于案涉 3000 万元借款没有用于购买特定房产，因此借贷关系不生效的申请理由，缺乏事实和法律依据，本院不予支持。就双方当事人争议的焦点问题，本院分析、评判如下：

一、关于洪某海在本案中主张的 3000 万元借款债权是否真实存在的问题

本院注意到，案涉 3000 万元借款虽然是 2014 年 1 月 29 日《承诺函》项下的 8000 万元借款中的一部分，但根据当事人的协议约定内容、嗣后的履行行为，以及洪某海在本案诉讼中的相关陈述等在案证据，可以认定当事人之间事实上存在着将该 8000 万元借款根据注入公司的不同而分割为两个法律关系的合意。洪某海注入元华资产公司的 5000 万元借款已经实际用于购买房产，虽然债务人泛华公司和林某妍并未按照约定继续支付利息，双方并未因该笔借款关系形成诉讼。因此，在洪某海单独就本案 3000 万元借款提起诉讼的情况下，原审法院对林某妍要求追加元华资产公司为第三人并审查全部 8000 万元借款的使用情况不予支持，并无不当。就洪某海在本案中所主张的 3000 万元借款的债权本息而言，虽然洪某海提交了将款项汇入元华投资公司的转账凭证，能够证明其已经按照约定向元华投资公司汇入了 3000 万元，但由于《承诺函》约定泛华公司和林某妍在款项注入后第一天即应当支付当月的利息，且洪某海在庭审中自认泛华公司和林某妍已经依约支付了该 3000 万元第一个月的利息 93 万元。《中华人民共和国合同法》第二百条规定："借款的利息不得预先在本金中扣除。利息预先在本金中扣除的，应当按照实际借款数额返还借款并计算利息"。据此规定，该笔 3000 万元款项中实际的借款本金数额依法应当认定为 2907 万元。就该 2907 万元借款，作为风险控制手段，洪某海不仅持有元华投资公司 90%的股权，还实际控制了公司公章、法定代表人名章、银行账户。洪某海在购房计划终止后，不仅没有将元华投资公司账户中的款项交由借款人泛华公司及林某妍支配，亦未就该笔借款的处置事宜与泛华公司、林某妍进行协商，反而利用其控制账户的优势地位任意支配处分账户中的资金，在既未告知、也未经泛华公司及林某妍同意的情况下，先是于 2014 年 4 月 15 日将 2000 万元汇入洪某海个人独资的君农公司账户，继而于 2014 年 9 月 1 日将 999.49 万元汇入洪某海个人账户。因洪某海实际掌管和控制元华投资公司的印章和账户，在其不能提供合理解释的情况下，上述款项划转行为依法应当认定为洪某海已经收回了相应的债权。洪某海关于上述转款行为

系元华投资公司和君农公司、洪某海之间的往来款项，与本案无关的诉讼理由不能成立，本院不予支持。根据本案中洪某海资金出借和收回的情况，按照实际借款本金为2907万元，年利率为同期银行贷款利率的四倍即22.4%计算，自2014年3月3日至同年4月15日，该2907万元借款本金的应付利息为78.4970万元（2907万元×22.4%×44日÷365日），按照先息后本的债务清偿原则，洪某海2014年4月15日收回的2000万元款项在扣除该部分利息后，其中的借款本金数额依法应当认定为1921.5030万元。自2014年4月16日起至同年9月1日，尚余借款本金985.4970万元的应付利息为84.0669万元（985.497万元×22.4%×139日÷365日），洪某海于2014年9月1日收回的999.49万元款项在扣除该部分利息后，其中的借款本金数额为915.4231万元。故在本案中，自2014年9月2日起，洪某海对泛华公司和林某妍的债权尚有70.0739万元借款本金及2014年9月2日之后的相应利息未获清偿。《中华人民共和国民事诉讼法》第六十四条第一款规定："当事人对自己提出的主张，有责任提供证据"。本案中，申请人林某妍所提交的《厦门元华投资有限公司历史明细》等证据能够证明，汇入元华投资公司的3000万元款项基本上已经被洪某海转入其实际控制的其他账户，相应的债权已经归于消灭。申请人林某妍关于案涉借款已经被洪某海收回的申请理由部分成立，本院予以支持。洪某海在本案中所主张的3000万元债权本息并无相应的事实依据，本院不予支持。原审判决关于泛华公司、林某妍应当归还的本金和利息数额的认定明显不当，本院予以纠正。洪某海在聘请律师提起本案诉讼的过程中，之所以会支付高达375800元的律师费，根本原因在于其恶意虚高诉讼标的额，该部分费用依法应当由其自行负担。元华投资公司在出具担保承诺时的印章虽然实际由洪某海掌握，但根据本案的实际情况，可以认定元华投资公司为案涉借款提供担保系该公司实际股东林昌华和林某妍的真实意思表示，故元华投资公司应当承担相应的保证责任，其在承担责任后，有权向泛华公司、林某妍追偿。

本案中，洪某海在向一审法院提起本案诉讼之时，利用林昌华滞留境外不归

、泛华公司和林某妍对利息归还、公司账户资金变动不了解的情况，不仅隐瞒了其已经收取部分利息的事实，还隐瞒了借款资金已经基本上被其收回的事实，仍然要求泛华公司、林某妍偿还全部 3000 万元借款本金及自款项出借之日起的利息、赔偿律师费支出损失。在证据提供方面，洪某海仅向法院提交其向元华投资公司投资 3000 万元款项的证据、隐瞒款项已经被其转走的事实这一行为，足以证明其主观上具有隐瞒案件事实、通过诉讼非法侵占他人财产的故意。在本案的二审过程中，在林某妍已经就 3000 万元借款的资金流向提供证据线索的情况下，洪某海仍然拒不承认该节事实。在本院的再审审查程序中，申请人林某妍通过挂失公司印章的手段获得公司账户明细，证明洪某海已经将 2999.49 万元资金转回的情况下，洪某海也拒绝对款项的发生事由进行解释。前述情节，充分证明洪某海在本案中的行为并非是因为自身的粗心或疏漏，而是故意隐瞒案件事实，积极追求对己有利的裁判结果。洪某海在本院决定再审本案之后，能够主动承认其已经收取了部分利息的事实，积极配合本院的案件审理工作，具有一定程度的悔过、认错的行为表现。但其之前的诉讼行为已经构成妨碍民事诉讼的不法行为，妨碍了人民法院的案件审理工作，本院在对原审判决予以纠正的同时，根据《中华人民共和国民事诉讼法》第一百一十一条第一款第一项的规定，将另行制作决定书对洪某海予以制裁。

二、关于二审法院审理程序是否违法的问题

《中华人民共和国民事诉讼法》第六十四条第二款规定："当事人及其诉讼代理人因客观原因不能自行收集的证据，或者人民法院认为审理案件需要的证据，人民法院应当调查收集"。在本案二审期间，林某妍申请法院调取元华投资公司的账户往来明细，二审法院以元华投资公司是本案当事人，其有义务亦有能力向二审法院提供其财务凭证为由未予准许。在一般情况下，因林某妍系元华投资公司的法定代表人，应当有能力获得公司的银行账户明细，因此原审法院未予准许该申请符合一般情形下的处理原则。但二审法院未能注意到本案中民间借贷关系的特殊之处，洪某海出借的款项并非如通常情形下交由债务人泛华公司和林某

妍支配和使用，而是交付至元华投资公司并由债权人洪某海实际掌管，林某妍虽为元华投资公司登记的法定代表人，但公司实际由洪某海所控制的事实决定了林某妍客观上难以自行收集该证据原件。而且，在林某妍已经将该证据线索提交法院，书面说明不能自行收集证据原件的原因且申请法院调取的情况下，该证据是否真实已然成为人民法院认定本案基本事实需要调查、收集的证据。因此，二审法院不予准许该调查取证申请的做法，不仅在实质上违反了法定程序，也导致案件基本事实认定错误。因此，原审法院未调取元华投资公司的银行流水以查证本案借贷关系发生、消灭等法律事实，审理程序存在明显不当之处。

综上所述，申请人林某妍的申请理由部分成立，本院予以支持。原审判决认定事实错误，且违反法定程序，导致案件处理结果不当，本院予以纠正。依照《中华人民共和国合同法》第二百条、第二百一十条，《最高人民法院关于人民法院审理借贷案件的若干意见》第六条，《中华人民共和国民事诉讼法》第六十四条、第二百零七条第一款、第一百七十条第一款第二项、第一百七十四条、第一百四十四条之规定，判决如下：

一、撤销福建省高级人民法院（2016）闽民终 1008 号民事判决；

二、撤销福建省厦门市中级人民法院（2015）厦民初字第 896 号民事判决第二项、第三项；

三、变更福建省厦门市中级人民法院（2015）厦民初字第 896 号民事判决第一项"林某妍、福建泛华矿业股份有限公司于本判决生效之日起十日内向洪某海返还借款本金 3000 万元及资金占用费（自 2014 年 3 月 3 日起按中国人民银行同期贷款基准利率四倍计算至本判决确定的还款之日止）"为：林某妍、福建泛华矿业股份有限公司于本判决生效之日起十日内向洪某海返还借款本金 700739 元及相应的利息（利息按照中国人民银行同期贷款基准利率的四倍，自 2014 年 9 月 2 日起计算至实际清偿之日止）；

四、厦门元华投资有限公司对林某妍、福建泛华矿业股份有限公司的上述债务承担连带清偿责任；

五、驳回洪某海的其他诉讼请求。

一审案件受理费 235679 元，由洪某海负担 230179 元，由林某妍、福建泛华矿业股份有限公司、厦门元华投资有限公司负担 5500 元；二审案件受理费 235679 元，由洪某海负担 230179 元，由林某妍、福建泛华矿业股份有限公司、厦门元华投资有限公司负担 5500 元。

本判决为终审判决。

审判长：江必新；审判员：周伦军、汪军；法官助理：李洁；书记员：王薇佳

二〇一八年二月二十六日

