**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.<br>  Plaintiff,<br><br>v.<br><br>LINDA SUN, et. al.<br>  Defendants. | **Civil Action No. 1:22-cv-10833** |

**AFFIDAVIT OF YUN CHENG, ESQ.**
**IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' CROSS-**
**MOTIONS FOR SUMMARY JUDGMENT *AND* REPLY TO DEFENDANTS'**
**OPPOSITIONS TO SUMMARY JUDGMENT**

I, Yun Cheng, do swear and depose as follows:

1. I am co-counsel for plaintiff Sunco Timber (Kunshan) Co. Ltd. in the above-captioned action. I am a member in good standing with the Massachusetts Bar.

2. Attached to Plaintiff's Opposition to Defendant Linda Sun's Cross-Motion for Summary Judgment and Reply to Defendant Lina Sun's Opposition and marked as **Exhibit 88** is a true and correct copy of Attorney Shisong Chen's expert report and appendix thereto.

3. Attached to Plaintiff's Opposition to Infinity Defendants' Cross-Motion for Summary Judgment and Reply to Their Opposition and marked as **Exhibit 89** is a true and correct copy of the David Sun Trust Agreement.

4. Attached to Plaintiff's Opposition to Infinity Defendants' Cross-Motion for Summary Judgment and Reply to Their Opposition and marked as **Exhibit 90** is a true and correct copy of the Shillock Yuan-Sun Trust Agreement.

    SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 1ST DAY OF JULY 2026.

*/s/Yun Cheng*
Yun Cheng (BBO# 707028)
Lions Law, P.C.
154 Wells Ave
Newton, Massachusetts 02459
(617) 682-7111 Telephone
yun@lionslawgroup.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this July 1, 2026.

*/s/Yun Cheng*
Yun Cheng