# **EXHIBIT 91**

*Declaration of* **Dr. Jie (Jeanne) Huang**

*Specialist field:* Chinese Private International Law

Single Expert

# Expert Report

*Title of the action*

**SUNCO TIMBER (KUNSHAN) CO., LTD. V LINDA SUN, DAVID SUN, SHILLOCK YUAN-SUN, AND INFINITY WOOD PRODUCTS, LLC**

**United States District Court District of Massachusetts**

**Second Report of** *Jie (Jeanne) Huang* **for** *the United States District Court of Massachusetts*

| | |
|---|---|
| **Dated** | 11 July 2026 |
| **Specialist field** | Chinese private international law |
| **On behalf of** | Defendants (Linda Sun and New Sun Limited Partnership) |
| **On the instructions of** | Rubin and Rudman LLP |
| **Subject matter** | Recognition of Chinese judgments in the US |

**Dr. Jie (Jeanne) Huang** | Professor of Comparative and Private International Law

The University of Sydney Law School

Rm 641, The New Law Building F10 | The University of Sydney | NSW | 2006
+61 0451 060 221
**jeanne.huang@sydney.edu.au**

1

*Declaration of* **Dr. Jie (Jeanne) Huang**

*Specialist field:* Chinese Private International Law

Single Expert

**Table of Contents**

**A. INTRODUCTION**..................................................................................................3

**B. EXECUTIVE SUMMARY**..................................................................................5

**C. NEW FACTS**......................................................................................................6

    **C1 Chinese Law Relied Upon** ...........................................................................6

    **C2 Application to This Case**..............................................................................10

**D. EVIDENCE RULE** ............................................................................................12

    **D1. Chinese Law Relied Upon** .........................................................................12

    **D2. Application to This Case**.............................................................................13

**E. QUALIFICATION**............................................................................................17

**Annexures** ............................................................................................................18

*Declaration of* **Dr. Jie (Jeanne) Huang**

*Specialist field:* Chinese Private International Law

Single Expert

## A. INTRODUCTION

1.    I specialize in private international law, Chinese law, and dispute resolution. My detailed profile can be found in paragraphs 1-10 of First Huang Report dated 22 December 2025 (hereinafter "**Huang First Report**"). I was promoted to Professor of Comparative and Private International Law at the University of Sydney Law School in Australia in January 2026.[1]

2.    Mr. Shisong Chen's report dated June 30, 2026 is referred to as **Chen Report**.

3.    I am instructed by Rubin and Rudman LLP to prepare a further independent expert report (hereinafter "**This Report**") to respond to the Chen Report.[2] I have also been provided with (1) Plaintiff's Opposition to Defendant Linda Sun's Cross-Motion for Summary Judgment and Reply to Defendant Linda Sun's Opposition, and (2) Memorandum in Opposition to the Plaintiff's Motion for Partial Summary Judgment and In Support of Linda Sun and New Sun Limited Partnership's Cross-Motion for Summary Judgment.

4.    I declare that:

 i    the matters stated in This Report are, as far as I know, true and I have made all enquiries that I consider appropriate;

 ii    the opinions or views expressed in This Report are genuinely held by me;

---

[1] I am submitting This Report in my personal capacity, and the views expressed herein do not necessarily represent those of my current and former employers.

[2] Email to Professor Jeanne Huang dated 1 July 2026.

3

**_Declaration of_ Dr. Jie (Jeanne) Huang**

**_Specialist field:_** Chinese Private International Law

Single Expert

iii  This Report contains a reference to all matters that I consider significant and there are no readily ascertainable additional facts that would assist me in my conclusions; and

iv  I understand my duty to the Court, and I have complied with that duty.

5.    I am not aware of any conflict of interest, or other matter, that may affect my ability to act as an independent expert witness in this proceeding. In relation to preparing This Report, I have had no communications with any person from the Defendants (Linda Sun and New Sun Limited Partnership) or any other company or person associated with them, other than the lawyers acting on behalf of the Defendants.

6.    I have not previously worked for or consulted with, either Plaintiff or Defendants. Although I have been asked to prepare This Report by the lawyer for the Defendants, I consider it my professional and personal duty to offer an independent opinion to this Court. In other words, I am not acting as an advocate for any party in This Report. Each of my opinions is wholly or substantially based on my specialized knowledge. I also confirm that This Report and all its parts were written by me without the use of generative artificial intelligence.

7.    I also declare that I have made all inquiries which I believe are desirable and appropriate, and that no matters of significance which I regard as relevant have, to my knowledge, been withheld from the Court.

8.    Regarding English translations of Chinese statutes, regulations, and legal documents, because there is no official English translations, I conduct all the translations myself. Capitalised terms otherwise not defined in This Report have the same meaning given to them in the First Huang Report.

4

*Declaration of* **Dr. Jie (Jeanne) Huang**

*Specialist field:* Chinese Private International Law

Single Expert

## B. EXECUTIVE SUMMARY

9.   This Report responds to the Chen Report and addresses two principal issues: (1) whether there are new facts that can reopen or undermine the Jiangsu Judgment's finding that Linda Sun did not infringe upon Sunco's interests through a related-party transaction; and (2) whether the Chinese proceedings violated evidence rules such that the Jiangsu Judgment should be denied recognition in the United States.

10.  In Section C of This Report, I disagree with Mr. Chen's contention that "uncollectible accounts" and "damages" were the "core facts" underlying the Jiangsu Judgment. The Jiangsu Court's ruling explicitly turned on two criteria: (a) whether fair consideration was given in the related-party transaction; and (b) whether procedures complied with applicable regulations. The Court found that Sunco had adduced no evidence of unfair consideration (the consideration was a promise to pay the purchase price) or procedural non-compliance. The so-called "new facts" alleged by Mr. Chen relate solely to the claim that Infinity's debt is an uncollectible account and to damages. Even if such facts did not exist when the Jiangsu Judgment was rendered, they cannot be used to reopen the Judgment's finding that Linda Sun did not take advantage of a relationship to infringe upon Sunco's interests. In any event, under Chinese law, any attempt to overturn an effective judgment on the basis of new evidence must be pursued through the retrial procedure, and the statute of limitations for such an application has already expired.

11.  In Section D of This Report, I disagree with Mr. Chen's assertion that the Chinese proceedings violated Article 64 of the 2017 Civil Procedure Law and Article 96 of the Judicial Interpretations of the Civil Procedure Law (2020). Item 4 of Article 96 applies only where "the parties" (i.e., the plaintiff and defendant) have maliciously colluded to harm the interests of a "non-party" or "third party." In this case, D. Sun and Infinity were not parties

5

*Declaration of* **Dr. Jie (Jeanne) Huang**

*Specialist field:* Chinese Private International Law

Single Expert

---

to the Chinese proceedings. Accordingly, the provision does not apply to any alleged collusion between Linda Sun and D. Sun/Infinity. Moreover, Sunco had the opportunity to apply to the Jiangsu Court for evidence collection but failed to do so; so it cannot now complain about a lack of ability to obtain evidence after losing the proceedings. Finally, Chinese law does not impose a heavier burden of proof on plaintiffs than on defendants— the allocation of burden is determined by the nature of the facts asserted, not by the party's procedural status.

12. For these reasons, the Jiangsu Judgment remains final, conclusive, and entitled to *res judicata* effect. Nothing in the Chen Report undermines its validity or provides a basis for denying its recognition in the US.

## C. NEW FACTS

### C1 Chinese Law Relied Upon

13. The Jiangsu Judgment was issued according to the 2017 Civil Procedure Law[3] and the Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law (hereinafter "the Judicial Interpretations of Civil Procedure Law (2020)")[4]. From the date that the Jiangsu Judgment was issued to the date This Report was drafted, Chinese Civil Procedure Law was amended twice. The first amendment became

---

[3] The 2017 Civil Procedure Law applied to the Chinese proceeding leading to the Jiangsu Judgment. The 2017 Civil Procedure Law, Order No. 71 of the President of the People's Republic of China, promulgated on June 27, 2017 and effective on 1 July 2017. It was replaced by the 2022 Civil Procedure Law on January 1, 2022. A Chinese-English bilingual version downloaded from the PKULaw database is attached hereto as **Item One of Annexure Two**.

[4] Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law (hereinafter "the 2020 Judicial Interpretations of the Civil Procedure Law"), Fa Shi [2020] No. 20. A Chinese-English bilingual version downloaded from the PKULaw database is attached hereto as **Item Two of Annexure Two**.

6

*Declaration of* Dr. Jie (Jeanne) Huang

*Specialist field:* Chinese Private International Law

Single Expert

___

effective on January 1, 2022, which is referred to as the 2022 Civil Procedure Law.[5] The second amendment became effective on January 1, 2024, which is referred to as the 2024 Civil Procedure Law.[6] The Judicial Interpretations of the Civil Procedure Law (2020) was replaced by the Judicial Interpretations of the Civil Procedure Law (2022) on April 10, 2022.[7]

14. I agree with the Chen Report that "when analyzing this case constitutes a repeated action, whether it falls under the exceptions in the Civil Procedure Law, and whether it can be recognized by the United States District Court for the [D]istrict of Massachusetts, currently effective laws and judicial interpretations shall apply."[8] The Huang First Report was based on the currently effective laws and judicial interpretations in China, including the 2024 Civil Procedure Law and the Judicial Interpretations of the Civil Procedure Law (2022).

15. However, the 2022 Civil Procedure Law should be considered regarding the statute of limitations for a party's application for retrial from January 1, 2022 to December 31, 2023 before the 2024 Civil Procedure Law became effective. In China, a party has fifteen (15) days from the date of service of the first-instance judgment to file an appeal.[9] Upon the expiration of said fifteen-day period without any appeal being lodged, the judgment becomes legally effective.[10] To change the *res judicata* effect of an legally

___

[5] The 2022 Civil Procedure Law, Order No. 106 of the President of the People's Republic of China, promulgated on December 24, 2021 and effective on January 1, 2022. It was replaced by the 2024 Civil Procedure Law on January 1, 2024. A Chinese-English bilingual version downloaded from the PKULaw database is attached hereto as **Item Three of Annexure Two**.

[6] FN 10 of Huang First Report.

[7] FN 15 of Huang First Report.

[8] Paragraph 41 of Chen Report.

[9] Article 171 of the 2022 Civil Procedure Law.

[10] *Id.*

7

*Declaration of* **Dr. Jie (Jeanne) Huang**

*Specialist field:* Chinese Private International Law

Single Expert

effective judgment, the only way is to seek retrial under the Procedure for Trial Supervision, and a party that intends to apply for a retrial must submit an application within the statute of limitations.[11]

16. Article 248 of the Judicial Interpretations of the Civil Procedure Law（2022）allows parties to bring a new action based on new facts. The meaning of "new facts" can be found at Paragraph 50 of the Huang First Report.

17. Importantly, a new lawsuit based on the new facts does not change the *res judicata* effect of the original judgment. Namely, the original effective judgment is still final and conclusive. This is because if parties want to use the new facts to overturn the original judgment, they must invoke the procedure for trial supervision (namely the retrial procedure) under the Chinese Civil Procedure Law.[12] Item 1 of Article 211 of the 2024 Civil Procedure Law[13] is identical to the Item 1 of Article 207 of the 2022 Civil Procedure Law and Item 1 of Article 200 of the 2017 Civil Procedure Law. They provide that:

当事人的申请符合下列情形之一的，人民法院应当再审：

If an application made by a party meets any one of the following conditions, the people's court shall retry the case:

（一）有新的证据，足以推翻原判决、裁定的；……

---

[11] *Id.*, article 212.

[12] Article 124(5) of the 2017 Civil Procedure Law, Article 127(5) of the 2022 Civil Procedure Law, and Article 127(5) of the 2024 Civil Procedure Law.

[13] FN 10 of First Huang Report.

*Declaration of* **Dr. Jie (Jeanne) Huang**

*Specialist field:* Chinese Private International Law

Single Expert

<div style="border-bottom: 1px solid black;"></div>

(1) There is new evidence which is sufficient to reverse the original judgment or written order;…

18.   In *Zhang v Li*, the Supreme People Court explained "new evidence which suffices to overturn the original judgment or ruling" as follows[14]

> 《中华人民共和国民事诉讼法》第二百零七条第一项规定中所指新的证据，是指相对于再审申请人在一审及二审诉讼中已经提交过的证据而言另行提交的不同的新证据，其隐含的前提是再审申请人应当在一审及二审普通诉讼程序中已经诚实信用地行使了民事诉讼法律赋予其积极主动提交证据证明自己主张的民事诉讼权利，这实际上也是当事人应当履行的民事诉讼义务。

> The "new evidence" referred to in Article 207, Paragraph 1, of the Civil Procedure Law（2022）means evidence that is different from and submitted in addition to the evidence that the applicant for retrial had already submitted during the first-instance and second-instance proceedings. The implicit premise of this provision is that the applicant for retrial should have exercised, in good faith, the civil litigation right conferred by the Civil Procedure Law to proactively produce evidence in support of its own claims during the ordinary first-instance and second-instance proceedings. In effect, this also constitutes a civil litigation obligation that the parties are required to perform.

19.   If a party wishes to apply for a retrial on the basis of "new evidence which suffices to overturn the original judgment or ruling", the party must submit their application to a competent People's Court within six months from the day when it knows or should

---

[14] 张某平、李某红等合资、合作开发房地产合同纠纷再审申请案，最高人民法院（2021）最高法民申 238 号民事裁定书 [Zhang v. Li, (2021) Zui Gao Fa Min Shen No. 238 (Sup. People's Ct. 2021) (PRC)]. The case is cited as a sample case in Zhang Weiping, 用证据说话：民事证据运用的法律与技术 [*Understanding and Application of Civil Evidence: Law and Technique*] (People's Court Press 2024) 253-257, attached hereto as **Item Four of Annexure Two**. Zhang Weiping is a senior professor at Tsinghua University Law School, where he has been teaching for an extended period. He holds the positions of professor and doctoral supervisor, and has served as the head of the procedural law discipline and as a member of the Academic Committee of Tsinghua University. In addition, he concurrently serves as the President of the Civil Procedure Law Research Association of the China Law Society and as a member of the Academic Committee of the China Law Society. He enjoys a highly distinguished academic status and influence in the field of civil procedure law in Mainland China..

*Declaration of* **Dr. Jie (Jeanne) Huang**

*Specialist field:* Chinese Private International Law

Single Expert

have known the existence of the new evidence.[15] However, unless and until a Chinese retrial court decides that the enforcement of the original judgment shall be suspended and a retrial shall be commenced, the original judgment remains final and conclusive and has res judicata effect.[16]

## C2 Application to This Case

20.    I disagree with Paragraph 44 of Chen's Report that "[t]he core facts on which the Suzhou Intermediate Court based its judgment are: Although Sunco had demanded payment of the relevant accounts receivable from Infinity, it has not yet been able to prove that the accounts receivable were uncollectible, and therefore it was insufficient to establish that Sunco's interests had already suffered actual damage." Uncollectible accounts and damage were discussed by the Jiangsu Court (called the "Suzhou Court" in the Chen Report) in the context of the issue of whether or not Linda Sun has taken advantage of her relationship in infringing on the interests of the company.[17] The Jiangsu Court explicitly ruled that

> "[w]hether a related-party transaction infringes on interests of the company depends on whether consideration is fair and whether procedures are in compliance with regulations in the related-party transaction."

21.    Notably, "whether consideration is fair" does not mean "whether consideration is paid". Here, the consideration was a promise to pay, as is common in commercial transactions.

22.    The core facts considered by the Jiangsu Court and its findings are:

---

[15] Article 216 of the 2024 Civil Procedure Law. Article 212 of the 2022 Civil Procedure Law. Article 205 of the 2017 Civil Procedure Law. Paragraphs 57 and 65 of Huang First Report.

[16] Articles 210 and 217 of the 2024 Civil Procedure Law. Articles 206 and 213 of the 2022 Civil Procedure Law. Articles 199 and 206 of the 1997 Civil Procedure Law. Paragraphs 54 of Huang First Report.

[17] Jiangsu Judgment, at 27.

10

***Declaration of* Dr. Jie (Jeanne) Huang**

***Specialist field:*** Chinese Private International Law

Single Expert

In this case, Cinke Wood Company [Sunco Company] has no evidence to prove that there is anything unreasonable in the transactions between the company and INFINNITY [Infinity] Company; during the trial, Cinke Wood Company has also been explicit that it is unable to tell whether the transaction prices were fair prices. From the perspective of transaction process, Cinke Wood Company has not been able to adduce evidence to prove any concealment by director Linda Sun of transactions between Cinke Wood Company and INFINNITY Company, nor is there any evidence to prove that the transactions are in violation of decision-making procedures set out in the laws and regulations of Articles of Association of the company.[18]

23.    Therefore, uncollectible accounts and damage are not the core fact for the Jiangsu Court to determine whether a related-party transaction infringes on interests of the company.

24.    The so-called new facts alleged in paragraph 45 of the Chen Report are not about whether consideration was fair or whether procedures were in compliance with regulations in the related-party transaction. Instead, they are about uncollectible accounts and damage.

25.    Notably, the Sunco's pleading submitted to the Jiangsu Court indicates that Infinity had refused to pay; therefore, this is not a new fact at all:[19]

原告向美国盈枫利有限公司追要货款，该公司置之不理。

---

[18] Id, at 28.
[19] Page 58 of E1390-2 Civil Complaint, Evidence 1_EN_Certified, included in the Annexure 2 of First Huang Report.

11

*Declaration of* **Dr. Jie (Jeanne) Huang**

*Specialist field:* Chinese Private International Law

Single Expert

The plaintiff demanded payment of the overdue purchase price from Infinity, but the company ignored the demand and refused to respond.

26.    Moreover, even if the facts alleged in paragraph 45 of the Chen Report did not exist before the Jiangsu Judgment was issued, Sunco's remedy would be to bring a new action about uncollectible accounts and the damages. The new action would not disturb the Jiangsu judgment's finding that Linda Sun did not take advantage of a relationship to infringe upon Sunco's interests.

## D. EVIDENCE RULE

### D1. Chinese Law Relied Upon

27.    Article 96 of the Judicial Interpretations of the Civil Procedure Law (2020) and Article 96 of the Judicial Interpretations of the Civil Procedure Law (2022) are identical. Both provide that

第九十六条 民事诉讼法第六十四条第二款规定的人民法院认为审理案件需要的证据包括：

Article 96 For the purpose of Paragraph 2 of Article 64 of the Civil Procedure Law, evidence considered necessary by a people's court for the hearing of a case shall include:

（一）涉及可能损害国家利益、社会公共利益的；

(1) Evidence that points to possible damage to national interests or public interests;

（二）涉及身份关系的；

(2) Evidence that involves identity relationship;

（三）涉及民事诉讼法第五十五条规定诉讼的；

(3) Evidence that involves litigations prescribed by Article 55 of the Civil Procedure Law;

**（四）当事人有恶意串通损害他人合法权益可能的；**

12

***Declaration of* Dr. Jie (Jeanne) Huang**

***Specialist field:*** Chinese Private International Law

Single Expert

___

> ***(4) Evidence that points to the possibility that the parties may have maliciously colluded to prejudice the legitimate rights and interests of non-parties; and***

> （五）涉及依职权追加当事人、中止诉讼、终结诉讼、回避等程序性事项的。
> (5) Evidence that involves procedural matters, such as adding parties concerned ex officio, suspending litigation proceedings, terminating litigation proceedings, abstention, etc. (emphasis added)

28.   In all the 2017, 2022, and the 2024 Chinese Civil Procedure Law, "当事人" means "parties (i.e. plaintiff or defendant)" to the lawsuit, "他人" means "non-parties (i.e. not plaintiff or not defendant)" or "a third party". A third party in civil litigation refers to a person who, with respect to the subject matter of the litigation in dispute between others, either has an independent claim, or although having no independent claim, has a legal interest in the outcome of the case, and thus participates in the litigation already commenced between the plaintiff and the defendant.[20]

29.   Therefore, Item 4 of Article 96 of the Judicial Interpretations of the Civil Procedure Law (2020) and the same provision of the Judicial Interpretations of the Civil Procedure Law (2022) do not apply to cases where a party colluded with a non-party or a third party to harm the interest of another party. Namely, they do not apply to cases where a defendant colluded with a non-party or a third party to harm the interest of the plaintiff.

### D2. Application to This Case

30.   Firstly, neither D. Sun nor Infinity is a party to the Chinese proceedings.[21] Item 4 of Article 96 of the Civil Procedure Law Interpretation (2020) does not apply to the alleged collusion between Linda Sun and D. Sun/Infinity. Therefore, I disagree with

___

[20] Article 56 of the 2017 Civil Procedure Law; Article 59 of the 2022 Civil Procedure Law, and Article 59 of the 2024 Civil Procedure Law.

[21] Page 19 of the Jiangsu Judgment. The parties are Plaintiff-Cinke Woold Industry [Sunco] and Defendant-Linda Sun.

13

*Declaration of* **Dr. Jie (Jeanne) Huang**

*Specialist field:* Chinese Private International Law

Single Expert

paragraphs 55 and 56 of Chen's Report, in which Chen concluded that "there was a likelihood that L. Sun and D. Sun had colluded with each other to harm the lawful rights and interests of Sunco through the related-party transaction, which satisfied the requirements of Article 64 of the CPL (2017) and Article 96 of the Interpretation on CPL (2020)…".

31.    Secondly, Chen's Report does not explain what are the objective reasons that Sunco could not collect and gather evidence on the five issues listed on paragraph 55 of his report. Even if there are objective reasons, Sunco should have applied to the Jiangsu Court and requested the Court to collect evidence; however, Sunco did not file an application.[22] Therefore, the Chinese proceeding did not violate Article 64 of the 2017 Civil Procedure Law.

32.    Thirdly, the statute of limitations for Sunco to apply for a retrial based on reasons alleged on paragraphs 55 and 56 have passed.[23]

33.    Finally, I disagree with paragraphs 48 and 50 of Chen's Report which indicates that "in Chinese civil litigation, the plaintiff bears an evidently heavier burden of proof as compared to the defendant". Article 64 of the 2017 Chinese Civil Procedure Law and Article 90 of the Judicial Interpretations of the Civil Procedure Law (2020) apply equally to plaintiffs and defendants. These two provisions should be considered with

---

[22] Article 94 of the Judicial Interpretations of Civil Procedure Law (2020) provides: "[t]he party concerned and the agent ad litem thereof may, prior to the expiration of the time period for producing evidence, apply to the competent people's court in writing to request the latter to investigate and collect the evidence that they are unable to collect on their own due to objective reasons."

[23] Article 216 of the 2024 Civil Procedure Law. Article 212 of the 2022 Civil Procedure Law. Article 205 of the 2017 Civil Procedure Law. Paragraphs 57 and 65 of Huang First Report.

14

***Declaration of*** **Dr. Jie (Jeanne) Huang**

***Specialist field:*** Chinese Private International Law

Single Expert

Article 91 of the Judicial Interpretations of the Civil Procedure Law (2020), which

provides:

> 第九十一条人民法院应当依照下列原则确定举证证明责任的承担，但法律另有规定的除外：
>
> Article 91 A people's court shall determine the allocation of the burden of proof between the parties concerned in accordance with the following principles, unless otherwise prescribed by law:
>
> （一）主张法律关系存在的当事人，应当对产生该法律关系的基本事实承担举证证明责任；
>
> (1) A party concerned who claims that a certain legal relationship exists shall bear the burden of proof with regard to the basic facts pointing to the establishment of the legal relationship; and
>
> （二）主张法律关系变更、消灭或者权利受到妨害的当事人，应当对该法律关系变更、消灭或者权利受到妨害的基本事实承担举证证明责任。
>
> (2) A party concerned who claims that a certain legal relationship has changed or has been extinguished, or that its rights have been infringed upon shall bear the burden of proof with regard to the basic facts pointing to the change or extinguishment of the legal relationship, or the infringement upon its rights.

34.   My view--- that Chinese Civil Procedure Law does not impose an evidently heavier burden of proof to plaintiff compared with defendant--- is well supported by leading Chinese civil procedure law scholars such as Professors Wang Yaxin, Chen Hangping and Liu Junbo.[24] Their treatise, *中国民事诉讼法重点讲义（第三版）*[*Essential*

---

[24] Wang Yaxin is a professor and doctoral supervisor at Tsinghua University Law School. He holds a B.A. in Law from Peking University and an LL.M. and Ph.D. from Kyoto University in Japan. He is a member of the Expert Advisory Committee of the Supreme People's Procuratorate and the Case Guidance Committee of the Supreme People's Court. His research focuses on civil procedure law and sociology of law.

Chen Hangping is a professor and doctoral supervisor at Tsinghua University Law School. He earned his B.A. and LL.M. from Tsinghua University and his Ph.D. from Peking University. He was a visiting scholar at Columbia Law School. His academic affiliations include positions such as Executive Council Member of the Civil Procedure Law Research Association of the China Law Society and Vice President of the Enforcement Behavior Committee of the China Behavior Law Association. He has participated in legislative work on the revision of the Civil Procedure Law and the drafting of the Civil Enforcement Law.

Liu Junbo is a professor and doctoral supervisor at the Civil, Commercial and Economic Law School of China University of Political Science and Law (CUPL), where he serves as Deputy Director of the Civil Procedure Law Research Institute. He also holds a concurrent position as a Vice President of the People's Court of Fangshan District, Beijing. He is a "Qian Duansheng Young Scholar" at CUPL and has been selected as a "Youth Talent of the China

***Declaration of*** **Dr. Jie (Jeanne) Huang**

***Specialist field:*** Chinese Private International Law

Single Expert

---

*Lectures on Chinese Civil Procedure Law*] (third edition) uses a sales contract as an example to explain why allocation of the burden of proof has no inherent connection to the parties' procedural status as plaintiff or defendant in the litigation.[25] I summarize their reasoning as follows:

> In a sales contract case, where the plaintiff claims that the defendant has not yet paid the purchase price, the plaintiff's claim is for payment of the purchase price. The constitutive facts giving rise to this right of claim are that the sales contract was concluded and that the plaintiff has actually delivered the goods. The question of whether the purchase price has already been paid, by contrast, is a fact that extinguishes the right. ***Therefore, regardless of which party asserts it, the burden of proof as to whether payment has been made is allocated to the party that contends that the right has been extinguished. Moreover, such allocation of the burden of proof has no inherent connection to the parties' procedural status as plaintiff or defendant in the litigation.*** For example, if the plaintiff brings an action for rescission of the contract or an action for declaratory judgment that the contract is void, while the defendant contends that the contract is valid and irrevocable, then the evidence rule remains unchanged: the plaintiff bears the burden of proof with respect to facts that impede, extinguish, or preclude the creation of the right, whereas the defendant bears the burden of proof with respect to facts giving rise to the right.

---

Law Society". His research covers civil procedure, enforcement law, and alternative dispute resolution. He serves as Deputy Secretary-General of the Civil Procedure Law Research Association of the China Law Society.

[25] Wang Yaxin, Chen Hangping & Liu Junbo, 中国民事诉讼法重点讲义 [*Essential Lectures on Chinese Civil Procedure Law*] (3d ed., Higher Educ. Press 2025) (PRC) 141 and 142, attached hereto as **Item Five of Annexure Two**.

***Declaration of*** **Dr. Jie (Jeanne) Huang**

***Specialist field:*** Chinese Private International Law

Single Expert

## E. QUALIFICATION

35.     This expert report is issued based on the best of my knowledge of the current Chinese laws and regulations. For matters not explicitly provided under the current Chinese laws and regulations, the interpretation, implementation, and application of the specific requirements under the Chinese laws and regulations are subject to the final discretion of competent Chinese legislative, administrative, and judicial authorities, and there can be no assurance that China will not ultimately take a view that is contrary to my opinions stated above.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on 11 July 2026 in Shanghai, China.

*Jie Huang*
_____

Professor Jie (Jeanne) Huang

17

## Elizabeth L. Gardon

| | |
|---|---|
| **From:** | Theodore J. Folkman |
| **Sent:** | Wednesday, July 1, 2026 6:12 PM |
| **To:** | Jeanne Huang |
| **Cc:** | Theodore J. Folkman; Elizabeth L. Gardon |
| **Subject:** | Re: [EXTERNAL] Sunco v. Sun |
| **Attachments:** | Our memo.pdf; Their memo.pdf; Their expert report.pdf; Invoice No 181.pdf |

Thank you, Jeanne! I have asked to have this paid.

We filed our summary judgment motion, and the other side filed its opposition today. I wonder if you would be willing to review their expert's declaration and give your views on it? I've attached our brief, their brief, and their expert declaration. Please let me know if you have some time to do this. We are on a pretty tight time frame to respond.

Thank you!

Ted

> On Jun 28, 2026, at 8:57 PM, Jeanne Huang <jeanne.huang@sydney.edu.au> wrote:

### WARNING: This message is from an external email address.



Best regards,
Jeanne

**Dr. Jie (Jeanne) Huang** | Professor of Comparative and Private International Law
Associate Dean (postgraduate coursework), Sydney Law School
UNECE-UN/CEFACT Regional Rapporteur for the Pacific and Co-lead of the Sustainability and Traceability of Critical Raw Minerals Project

Rm 641, The New Law Building F10 | NSW | 2006
+61 2 8627 7321 SSRN: https://papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=3148636
jeanne.huang@sydney.edu.au | https://www.sydney.edu.au/law/about/our-people/academic-staff/jeanne-huang.html

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.<br> Plaintiff,<br><br>v.<br><br>LINDA SUN, et al.,<br> Defendants. | Civil Action No. 1:22-cv-10833 |

**PLAINTIFF'S OPPOSITION TO DEFENDANT LINDA SUN'S CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY TO DEFENDANT LINDA SUN'S OPPOSITION**

**PRELIMINARY STATEMENT**

Defendant Linda Sun ("Linda")'s opposition and cross-motion fails on several grounds. Facing undisputed evidence, Linda's arguments rest primarily on a Chinese judgment that she contends bars Plaintiff's fiduciary-duty claim. That argument fails because the judgment was rendered on a materially different factual record and addressed a different stage of the parties' dispute. At the time, the Chinese court concluded only that Sunco China had not yet established that the debt had become uncollectible. Following years of discovery in this action, the record now demonstrates that the factual premise underlying that decision no longer exists.

Linda also asks this Court to blindly follow corporate formalities and ignore economic reality by accepting that an individual who directed the nonpayment of Sunco China's debt, exercised control over the enterprise, and personally benefited from the resulting transfers may escape liability because her name does not appear on a membership certificate. Linda does not dispute those transactions nor can she explain them in her own deposition; instead, she offers her daughter-in-law's affidavit, which was never disclosed prior to this summary judgment, to try to

1

justify them. None of her arguments create a genuine dispute of material fact. Her cross-motion should be denied in its entirety, and summary judgment should enter in Sunco China's favor.

## ARGUMENTS

I. **THE CHINESE JUDGMENT DOES NOT BAR SUNCO CHINA'S FIDUCIARY DUTY CLAIMS**

Linda argues that the November 2021 judgment of the Suzhou Intermediate People's Court bars Sunco China's breach of fiduciary duty claims (Counts 6 and 7) under the doctrine of res judicata. This argument fails for three reasons.

A. <u>**The Chinese Court's Decision Rested On A Factual Premise That No Longer Exists And Did Not Reach The Merit Of The Case**</u>

Res judicata only bars claims that were or could have been raised based on facts existing at the time of the prior judgment. The First Circuit has definitively held that res judicata does not bar claims based on "new conduct occurring after" the prior judgment, even if the new conduct is "of the same nature" as the original conduct. *González-Piña v. Rodríguez*, 407 F.3d 425, 428, 430 (1st Cir. 2005); *see also Walsh v. Int'l Longshoremen's Ass'n*, 630 F.2d 864, 873 (1st Cir. 1980) (subsequent broader conduct not barred). Furthermore, claim preclusion may not apply if a plaintiff could not have known the full dimensions of their claim when the prior action was brought. *See Monagas v. de Arellano*, 674 F.3d 45, 55 (1st Cir. 2012); *In re Belmont Realty Corp.*, 11 F.3d 1092, 1100 (1st Cir. 1993).

The Chinese court's judgment rested on a factual premise that no longer exists. The court's core reasoning was that Sunco China's "accounts receivable have been demanded but not yet collected," and that this "cannot be directly characterized as conduct that harms the company's interests." (Ex. 34 at 16). The court explicitly stated it could not confirm the debt was uncollectible because Sunco China had "not taken remedial measures beyond sending a demand letter." (*Id.*).

2

The court even explicitly pointed out the debt confirmation letter, using it as a rationale to support that Infinity confirmed the debt. (*Id.*) Translated into practical terms, the court said: "come back when you can prove the money is actually lost." That is an express reservation of the ultimate question, not a decision on the merits of it.

That day has arrived. During the discovery of this case, Infinity and the defendants have confirmed that they are not going to pay for the cabinets. Infinity admitted that it transferred all the cabinets to Sunco, Inc. ("Sunco Inc."), and Sunco Inc. resold those cabinets and distributed the proceeds to other defendants. Infinity is undisputedly insolvent, has ceased all operations, and will never pay the $6.7 million. Defendants even raised a defense for their nonpayment (the setoff theory), which they never mentioned in the Chinese lawsuit.[1]

Linda's own expert, Dr. Jie (Jeanne) Huang, acknowledges that Chinese law recognizes an exception to res judicata when "new facts" occur after a judgment becomes legally effective. (Huang Decl. ¶ 50). While Dr. Huang conclusorily asserts this exception does not apply here, the continued refusal to pay, the confirmed insolvency, and the post-judgment asset transfers constitute textbook new facts that demolish the factual foundation of the Chinese judgment. Plaintiff's expert on Chinese civil procedure, Attorney Shisong Chen, confirms this conclusion under Chinese law: based on the new facts that have emerged since the Suzhou Intermediate Court's judgment, this action falls within the exception provided under Article 248 of the Interpretation on the Civil Procedure Law (2022 Amendment), and a Chinese court would accept the case if filed there today. (*See* Ex. 88, Chen Expert Report at § V.)

---

[1] Unless otherwise noted, the facts cited herein are set forth in detail in Plaintiff's Statement of Facts in Support of Its Motion for Summary Judgment (Doc. No. 224) and are supported by the exhibits cited therein, which are incorporated by reference.

**B.**    **The Chinese Court's "No Evidence" Findings Were A Product Of Procedural Limitations**

Chinese and U.S. courts do not share the same discovery procedures—a distinction that is critical here. In the Chinese proceeding, Sunco China submitted 20 pieces of evidence; Linda submitted nothing. (Ex. 34 at 5-8). Unlike in the U.S., Sunco China had no mechanism to compel Linda to disclose the financial records of the U.S. entities she controlled.

Attorney Chen's expert report provides a detailed comparative analysis of the structural differences between Chinese civil procedure and U.S. federal discovery, confirming that Chinese litigants have no right to compel adverse parties to disclose relevant evidence, no system of written interrogatories, and no equivalent to Rule 26 initial disclosures—and that whether a Chinese court investigates evidence on its own motion is entirely discretionary. (*See* Ex. 88, Chen Expert Report at § VI.).

All the critical evidence was in the United States, under Linda's family's control—evidence that Infinity transferred all the cabinets to Sunco Inc. for zero consideration and then became insolvent, that Defendants never planned to pay for the cabinets, the purported offset defense, the checks to the Sun Family Trust that Linda could not explain, the "Advance to Linda" accounts, or the other extensive intercompany transfers. The Chinese court found "no evidence" of concealment, but Sunco China literally could not obtain that evidence in China—it was entirely outside the reach of Chinese civil procedure. U.S. discovery revealed what China's procedural limitations concealed. A judgment should not have preclusive effect where the losing party was denied a meaningful opportunity to develop its case due to the procedural limitations of the forum.

**C.**    **The Chinese Judgment Should Not Be Recognized**

Recognition of a foreign judgment under the Uniform Foreign-Country Money Judgments Recognition Act (UFMJRA) is discretionary, not automatic. G.L. c. 235, § 23A. The Court should

4

decline to recognize the judgment based on the case-specific procedural concerns detailed above, which denied Sunco China a meaningful opportunity to present its evidence.

Furthermore, Linda's reliance on Dr. Huang's expert report is unavailing. Plaintiff has submitted the expert declaration of Attorney Chen, an equity partner at a top-100 Chinese law firm with a J.D. from Boston University School of Law and extensive experience in Chinese-U.S. cross-border litigation, which directly contradicts Dr. Huang's analysis. (*See* Ex. 88, Chen Expert Report at § I.).

Finally, public policy strongly favors non-recognition here: the defendants are all U.S. residents with U.S. assets. The Chinese court had no ability to provide meaningful relief against the U.S.-based enterprise. Recognizing the judgment would reward the defendants for structuring their fraud across jurisdictions to evade accountability.

## II. LINDA SUN IS LIABLE FOR BREACH OF FIDUCIARY DUTY ON THE MERITS

Setting aside the res judicata defense, Linda's cross-motion on the merits of Counts 6 and 7 fails. Under Massachusetts law, corporate directors owe a strict duty of loyalty and must not divert corporate assets for personal benefit. *Demoulas v. Demoulas Super Markets, Inc.*, 424 Mass. 501, 528-529 (1997).

The undisputed facts now establish exactly what the Chinese court said was missing: the debt is uncollectible, and Linda did direct the nonpayment. She told David Sun ("David") that Infinity did not owe the money, demonstrating her active participation in the breach. She then received the proceeds of the scheme through distributions from Sunco Inc. and NST. As a director of Sunco China, she owed fiduciary duties and breached them by orchestrating the nonpayment and benefiting from the diverted assets.

**III.    LINDA SUN IS LIABLE UNDER THE VEIL-PIERCING DOCTRINE**

Linda asks this Court to elevate corporate formalities over economic reality, arguing that she cannot be held liable because she was never a formal "shareholder, director, officer, or member" of Infinity. This formalistic defense misapprehends Massachusetts law and ignores the undisputed factual record of pervasive intermingling and control across the Sun family enterprise.

**A.    Formal Titles Are Irrelevant; De Facto Control And Enterprise Intermingling Is The Standard**

Massachusetts law does not require formal ownership or corporate titles to pierce the corporate veil. The Supreme Judicial Court has established that veil piercing is appropriate when there is "confused intermingling of activity of two or more corporations engaged in a common enterprise with substantial disregard of the separate nature of the corporate entities", and where there is "serious ambiguity about the manner and capacity in which the various corporations and their respective representatives are acting." *My Bread Baking Co. v. Cumberland Farms, Inc.*, 353 Mass. 614, 619 (1968). When family members operate a web of entities as a single economic unit, a court "need not consider with nicety which of them ought to be held liable." *Id*. The First Circuit, interpreting Massachusetts law, has distilled this standard into twelve factors, focusing on actual control, nonobservance of corporate formalities, siphoning of assets, and use of the corporate form to promote fraud. *Pepsi-Cola Metro. Bottling Co. v. Checkers, Inc.*, 754 F.2d 10, 15 (1st Cir. 1985). Linda's defense therefore fails because it rests on the mistaken premise that she cannot be held liable simply because she lacked formal ownership or an official role in Infinity.

**B.    Linda Exercised Pervasive De Facto Control Over The Enterprise**

Linda was the decision-maker for the Sun family enterprise. She did not need her name on a membership certificate because she controlled, at least in this instance, the person whose name was on every certificate: her son, David.

Linda directed the key business decisions. David testified that Linda told him Infinity did not need to pay Sunco China's invoices. This was not a suggestion—it was a directive from the person who ran the family business. Linda did not merely advise; she determined the enterprise's course of action on its single most consequential decision: whether to pay a $6.7 million debt.

Linda negotiated on behalf of the entities. Linda herself claims she negotiated the purported "setoff" agreement with Mr. Wu on behalf of Infinity and Sunco Inc.—entities she supposedly had no connection to. If Linda truly had no role in these entities, she would have no authority or reason to negotiate their commercial disputes. Her own version of events confirms she acted as the principal of the enterprise.

Linda served as a director of both sides of the transaction. She was the founder and a director of Sunco Inc.—the entity that actually operated the cabinet business, received all of Infinity's assets, resold the cabinets, and held the cash. She was not a stranger to the enterprise, she built it. She had the power to control the ownership of Sunco Inc. because she "negotiated the sale of the 52 percent shares to QiYi on Sunco US's behalf" in 2014." (*See* Ex. 42, David Aff. ¶10). She also considered herself as Sunco Inc.'s designated representative on Sunco China's board of directors, and testified that she was "the board member assigned to the factory by SUNCO USA." (*See* Ex.1, Linda Depo. Vol. 83:5–11). And because Infinity is Sunco Inc.'s alter ego, Linda's control over Sunco Inc. is control over Infinity. She was simultaneously a director of Sunco China (the creditor) and the de facto controller of the debtor side. She sat on Sunco China's board while directing David not to pay Sunco China. This is not a passive family relationship—it is the architecture of the fraud itself.

7

**C.** **The Entities Had No Independent Existence Apart From Linda And The Family**

The corporate entities in this case were not independent businesses making arm's-length decisions. They were shells and conduits that existed solely to execute Linda's directives and serve the family's collective interests.

Infinity was merely a hollow shell. Infinity had no employees, no independent operations, and no bank accounts it independently controlled. It did not make business decisions. It did not negotiate contracts. It existed on paper to receive cabinets from Sunco China and pass them to Sunco Inc. It had no "separate mind, will, or existence"—the hallmark of an entity that should be disregarded under *My Bread Baking*.

David was the owner, but not an independent actor. Defendants' ownership chart shows David's name on virtually every entity—as 100% owner of Sunco Inc., 100% owner of Infinity Realty Company, LLC ("Infinity Realty"), and trustee of the trust that owns 60% of Infinity. He also manages all these entities. But David did not exercise independent judgment. He did what Linda told him to do. When Linda said "don't pay," David didn't pay. When Linda purportedly negotiated the setoff, David implemented it. David's formal ownership is the mechanism through which Linda exercised control—not evidence of his independence.

The entities were treated as a single unit because they prepared consolidated financial statements for bank. Consolidated financial reporting means the entities were presented to the outside world as a single economic unit. The bank evaluating the family's creditworthiness did not look at Infinity, Sunco Inc., Infinity Realty, and NST as separate businesses—it looked at one enterprise. The family treated them as one, and so should this Court.

8

**D.    The Corporate Form Was Pervasively Disregarded**

The Sun family did not observe the corporate separateness of these entities in practice. The record is replete with evidence of intermingling and disregard of formalities.

Shillock Yuan-Sun ("Shillock")'s affidavit—even though inadmissible for reasons detailed in Plaintiff's motion to strike—admits that cash routinely moved between entities without following the formal corporate structure. Rather than Sunco Inc. paying rent to Infinity Realty, Infinity Realty paying a promissory note to NST, and NST making a distribution to Linda, Sunco Inc. maintained an "Advance to Linda" account through which it paid Linda's personal obligations—including her federal and state income taxes—directly from corporate funds. (*See* Ex. 44, Shillock Aff. ¶¶ 27–41). Shillock calls these "efficient", but the law calls them nonobservance of corporate formalities. This is not how separate corporations operate. This is how a family treats a business as its personal bank account. When the people running the entities do not themselves respect the corporate boundaries, the Court has no reason to enforce those boundaries against a creditor.

Further, there is no evidence in the record of board meetings, shareholder votes, or independent decision-making at Infinity or Sunco Inc. No evidence that Infinity's "owners" (the trusts) ever deliberated about whether to transfer cabinets to Sunco Inc. No evidence that anyone other than Linda and David made strategic decisions for the enterprise. The entities existed on paper; in reality, one family ran everything.

**E.    The Corporate Structure Was Designed To Perpetrate A Fraud**

The final element of the veil-piercing analysis asks whether the corporate form was used to promote fraud or injustice. Here, the structure was deliberately designed to allow Linda to extract millions while evading liability for the enterprise's debts.

9

Defendants' own ownership chart reveals the design: Linda's name appears on only one entity—NST, where she is a limited partner. NST is the entity that receives distributions. Linda's name does not appear on Infinity (the entity that owes the debt) or Sunco Inc. (the entity that holds the assets). This is not a coincidence. It is a deliberate architecture: control the enterprise through or together with David, extract the profits through NST, and leave the liabilities stranded in a shell (Infinity) that has no assets to satisfy them.

The undisputed record shows that while Infinity's $6.7 million debt to Sunco China went unpaid, Linda received: distributions through NST as the largest limited partner; direct payments of her personal taxes from Sunco Inc.; and approximately $3 million in proceeds from the sale of the warehouse. She directed the nonpayment, controlled the entities, and collected the proceeds—all while maintaining the fiction that she was unconnected to the debtor.

If the corporate veil is not pierced, Linda will have successfully stolen $6.7 million through a structure she designed specifically to avoid accountability. That is precisely the injustice the veil-piercing doctrine exists to prevent.

## IV.     LINDA SUN AND NEW SUN ARE LIABLE FOR FRAUDULENT TRANSFER

Linda's defense to the fraudulent transfer claim rests on two contentions: first, that the payments from Sunco Inc. to Linda and NST cannot be reached because Sunco Inc.—not Infinity—made them, and Sunco Inc. is not the "debtor" under MUFTA; and second, that even if the funds are traceable through the § 9 downstream-transferee chain, she and NST took them in good faith and for value—specifically, as payment of rent and a preexisting promissory note debt. (*See* Doc No. 230, Def. Opp. at 29-31). Both contentions fail.

10

**A.**      <u>**The Funds Are Traceable Through The § 9 Downstream-Transferee Chain**</u>

Linda acknowledges that G.L. c. 109A, § 9 permits recovery against downstream transferees of a fraudulent transfer, but argues that Sunco China cannot trace the funds from Infinity through Sunco Inc. to Linda and NST. (*Id*. at 30). That concession forecloses her first line of defense, and her tracing challenge fails on the facts.

The tracing is straightforward. Infinity received $6.7 million in custom cabinets from Sunco China and transferred all of them to Sunco Inc. for zero consideration—a fraudulent transfer by the debtor (Infinity) to the first transferee (Sunco Inc.). Sunco Inc. then resold those cabinets to its customers for approximately $8 million. The proceeds of that sale then flowed to Linda and NST: Sunco Inc. wrote checks to Linda and paid her personal tax obligations directly, and Infinity Realty—itself funded by Sunco Inc.—made the $3 million installment payment to NST. All parties admit these transfers occurred. (*Id*. at 27-28). The § 9 chain is complete: Infinity (debtor) to Sunco Inc. (first transferee) then to Linda and NST (subsequent transferees).

Linda's argument that the Sunco Inc. payments cannot be traced to Infinity because Sunco Inc. is not itself the "debtor" proves too much. Under that logic, a fraudster could always immunize downstream recipients by routing assets through a single intermediary. Section 9 exists precisely to prevent that result. Moreover, Infinity and Sunco Inc. operated as a single enterprise under common ownership and control, with no independent employees, finances, or operations separating them. As established in Section III, the enterprise-unity evidence is overwhelming. In this context, treating Sunco Inc. as an independent actor breaking the chain of traceability would reward the Defendants for the very commingling that the veil-piercing doctrine condemns.

11

**B.** <u>**The Transfers Were Not Made In Good Faith Or For Value**</u>

Linda's good-faith defense rests entirely on Shillock's post-discovery affidavit, which characterizes the transfers as rent payments and installment payments on a legitimate preexisting promissory note. (*Id*. at 9-12). That defense fails for three independent reasons, each of which is sufficient on its own.

First, Shillock's post-discovery affidavit should be excluded under Fed.R.Civ.P. 37(c)(1), and for the reasons set forth in Plaintiff's simultaneously filed motion to strike. The core problem is straightforward: the specific payments Shillock now purports to explain check-by-check were asked about at Linda's own deposition—the deposition of the person who actually received the money, and Linda's answers were uniform: "I have never seen those checks"; "I have no idea"; "I don't know."[2] Defendants never supplemented Linda's testimony under Rule 26(e). A post-discovery affidavit from a different witness cannot now supply, transaction by transaction, the explanations that the actual recipient disclaimed under oath.

Second, even if the Court considers Shillock's affidavit, her "for value" characterization does not withstand scrutiny. Linda argues the transfers were legitimate payments of rent and installments on a preexisting promissory note owed by Infinity Realty to NST. But this defense has multiple problems. The "rent" and "note" payments were never made directly between the entities that were parties to those purported obligations. Instead, Sunco Inc. wrote checks directly to Linda or paid her personal tax obligations outright—collapsing a chain of supposed arm's-length transactions into direct personal payments that bypassed the intervening entities entirely. Shillock calls this "efficient." (Ex. 44, Shillock Aff. ¶¶ 11–21). But collapsing corporate formalities for convenience is not observing them—it is disregarding them, which is precisely what MUFTA

---

[2] See Ex. 1, Linda Depo. Vol I at 108:12, 109:6, 109:9, 109:17, 109:24, 110:9, 110:14, 111:1–2, 112:3, 112:11, 112:21).

targets when evaluating whether a transfer was truly "for value" at arm's length. Also, the entire rent-and-note structure was itself a product of the same integrated family enterprise that stripped Infinity of its assets. A preexisting enterprise obligation cannot serve as a legitimate "value" defense when the obligor, obligee, and ultimate beneficiary are all controlled by the same family and operating without meaningful financial separation. Further, Shillock explicitly admits she could not determine how the $24,000 payment to Linda's irrevocable trust was accounted. (*Id*. ¶ 53). That concession—in the very affidavit offered to prove that every dollar was properly accounted for and made for value—defeats the defense on its own terms.

Third, and most fundamentally, Linda cannot establish good faith because she orchestrated the very nonpayment that created the insolvency from which the transfers arose. Under MUFTA, the burden falls on the transferee to prove good faith. G.L. c. 109A, § 9(a). A transferee who actively participated in the scheme that rendered the debtor insolvent cannot, as a matter of law, claim she received the resulting transfers in good faith. See *In re Black Elk Energy Offshore Operations, LLC*, 114 F.4th 343, 353–56 (5th Cir. 2024) (good-faith defense fails where transferee's agent participated in the fraudulent scheme; knowledge of the fraud is imputed to the transferee). The undisputed record establishes that Linda was simultaneously a director of Sunco China—the creditor to whom the $6.7 million was owed—and the person who told David not to pay the invoices. She knew the debt existed; she knew Infinity had no assets of its own to pay it; and she directed the nonpayment that ensured Infinity would remain insolvent. Having designed the insolvency, she cannot claim surprise or good faith when she received the proceeds of the resulting asset strip. Summary judgment should enter against her and NST on Count 12.

## V. THE REACH-AND-APPLY CLAIM IS PROPERLY BROUGHT

Linda and NST argue that the reach and apply claim under G.L. c. 214, § 3(6) fails because (1) they hold no property of Infinity; (2) reach and apply is unavailable where MUFTA provides an adequate remedy; and (3) § 3(8) is coextensive with MUFTA and fails for the same reasons. None of these arguments are valid.

Linda's first argument rests on the same formalistic premise rejected in Sections III and IV: that the Sun family entities are truly separate. If the Court pierces the veil (Section III), the distinction between Infinity's property and Linda/NST's property collapses—assets held by Linda and NST are assets of the single enterprise that includes Infinity, and § 3(6) is satisfied.

Even without piercing, Linda and NST hold the traceable proceeds of Infinity's fraudulently transferred assets. As established in Section IV, Infinity transferred $6.7 million in cabinets to Sunco Inc. for zero consideration; Sunco Inc. distributed the proceeds downstream to NST and directly to Linda. When a fraudulent transfer is avoided, the transferred assets are deemed never to have left the debtor's estate. The funds in Linda and NST's hands are not theirs free and clear—they are Infinity's assets held subject to Sunco China's equitable claim. That is precisely the "interest, legal or equitable, of a debtor" that § 3(6) reaches.

Linda's attempt to recharacterize these proceeds as payments on a "preexisting debt"—Infinity Realty's promissory note to NST—fails for the reasons stated in Section IV: intercompany "debts" among family entities controlled by the same person are not arm's-length obligations that constitute "value" under the statute.

Linda further argues § 3(6) is unavailable because MUFTA provides an adequate remedy through ordinary execution. But she simultaneously argues MUFTA fails. She cannot have it both ways. If MUFTA fails—as she urges—then ordinary execution is unavailable, and § 3(6) is the

14

only equitable path to assets that belong to Infinity's creditors. Moreover, a plaintiff is entitled to plead alternative theories. Reach and apply serves as the independent equitable mechanism if the Court finds some technical element of MUFTA unsatisfied. The availability of one remedy does not extinguish another.

Finally, Linda argues § 3(8) is "coextensive" with MUFTA and fails for the same reasons, citing *De Prins v. Michaeles*, 236 F. Supp. 3d 482, 490–91 (D. Mass. 2017). But "coextensive" means the two statutes rise and fall together—and they rise together here. As demonstrated in Section IV, the undisputed facts satisfy MUFTA. If MUFTA is satisfied, § 3(8) is necessarily satisfied as well. De Prins supports Sunco China, not Linda.

## CONCLUSION

Linda's cross-motion should be denied in its entirety. Her res judicata defense rests on a judgment whose factual premises have been destroyed and whose "no evidence" findings were the product of a system that gave Sunco China no tools to uncover the fraud. Her remaining defenses ask this Court to ignore economic reality in favor of corporate formalities. The undisputed facts establish that she directed the nonpayment, controlled the enterprise, and received the proceeds. Summary judgment should enter in Sunco China's favor on all counts against her.

**DATED: July 1, 2026**

PLAINTIFF,
Sunco Timber (Kunshan) Co., Ltd.
By its attorneys,


*/s/ Yun Cheng*
Connie C. Dai (BBO #683330)
Yun Cheng (BBO #707028)
Lion's Law, P.C.
154 Wells Ave
Newton, Massachusetts 02459
(617) 682-7111 Telephone
connie@lionslawgroup.com
yun@lionslawgroup.com

*/s/Timothy K. Cutler*
Timothy K. Cutler (BBO #636124)
CUTLER & WILENSKY LLP
20 Walnut Street, Suite 1
Wellesley, Massachusetts 02481
(617) 232-7500 Telephone
tim@cutlerlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF/CM system and will be sent electronically to all the registered participants as identified on the Notice of Electronic Filing (NEF) on July 1, 2026.


*/s/Yun Cheng*
Yun Cheng

16

***Declaration of*** **Dr. Jie (Jeanne) Huang**

***Specialist field:*** Chinese Private International Law

Single Expert

## Annexures

Annexure Two:

1. Email to Professor Jeanne Huang dated 1 July 2026.
2. Plaintiff's Opposition to Defendant Linda Sun's Cross-Motion for Summary Judgment and Reply to Defendant Linda Sun's Opposition.
3. Memorandum in Opposition to the Plaintiff's Motion for Partial Summary Judgment and In Support of Linda Sun and New Sun Limited Partnership's Cross-Motion for Summary Judgment.

Annexure Two:

1. The 2017 Civil Procedure Law, Order No. 71 of the President of the People's Republic of China, promulgated on June 27, 2017 and effective on 1 July 2017. It was replaced by the 2022 Civil Procedure Law on January 1, 2022.
2. Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law (hereinafter "the 2020 Judicial Interpretations of the Civil Procedure Law"), Fa Shi [2020] No. 20.
3. The 2022 Civil Procedure Law, Order No. 106 of the President of the People's Republic of China, promulgated on December 24, 2021 and effective on January 1, 2022. It was replaced by the 2024 Civil Procedure Law on January 1, 2024.
4. 张某平、李某红等合资、合作开发房地产合同纠纷再审申请案，最高人民法院（2021）最高法民申 238 号民事裁定书 [Zhang v. Li, (2021) Zui Gao Fa Min Shen No. 238 (Sup. People's Ct. 2021) (PRC)]. The case is cited as a sample case in Zhang Weiping, 用证据说话：民事证据运用的法律与技术 [*Understanding and Application of Civil Evidence: Law and Technique*] (People's Court Press 2024) 253-257.
5. Wang Yaxin, Chen Hangping & Liu Junbo, *中国民事诉讼法重点讲义* [*Essential Lectures on Chinese Civil Procedure Law*] (3d ed., Higher Educ. Press 2025) (PRC) 141 and 142.

18

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA SUN, et al.,<br><br>Defendants. | Civ. A. No. 1:22-cv-10833-MJJ |

**MEMORANDUM IN OPPOSITION TO THE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF LINDA SUN AND NEW SUN LIMITED PARTNERSHIP'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Theodore J. Folkman (BBO No. 647642)
Elizabeth L. Gardon (BBO No. 711867)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
egardon@rubinrudman.com

Dated: May 27, 2026

5081486_1

# TABLE OF CONTENTS

Table of Contents ............................................................................................................. i

Table of Authorities......................................................................................................... ii

Preliminary statement ..................................................................................................... 1

Facts ................................................................................................................................ 2

    A.     Sunco China sued Linda in China for breach of fiduciary duty, and it lost. ................. 2

    B.     Linda and New Sun do not own or control Infinity......................................................... 4

    C.     In 2021, New Sun received a partial payment from Infinity Realty on its debt from a
           2013 transaction. ...................................................................................................... 5

    D.     Sunco US made payments to Linda, or for her benefit. ................................................. 6

Argument ........................................................................................................................ 8

    A.     Standard of decision. ...................................................................................................... 8

    B.     Roadmap of the argument. .............................................................................................. 9

    C.     The claims for breach of fiduciary duty (Counts 6 and 7) fail because the Chinese
           judgment is res judicata. .......................................................................................... 9

        1.    The Chinese judgment is entitled to recognition. ......................................................... 10

        2.    There is reciprocity in the recognition of judgments between China and the United
             States. ................................................................................................................ 19

        3.    The Chinese judgment is res judicata in China.............................................................. 20

        4.    The Chinese judgment is res judicata here. .................................................................... 21

    D.     The veil-piercing claim (Count 11) fails because it is undisputed that Linda has
           nothing to do with Infinity......................................................................................... 21

    E.     The fraudulent transfer claim (Count 12) fails because there is no evidence of any
           fraudulent transfer involving Linda or New Sun......................................................... 23

        1.    Sunco China has violated the Court's sanctions order by basing its claims on
             transactions it did not disclose in discovery. ............................................................ 23

        2.    Neither Linda nor New Sun is liable for a fraudulent transfer, whether on account of
             the installment payment to New Sun or the checks payable to Linda or for her benefit.
             ...................................................................................................................... 25

    F.     The reach and apply claim (Count 13) fails. ................................................................. 27

Conclusion .................................................................................................................... 28

5081486_1

TABLE OF AUTHORITIES

**Cases**

*Ameen v. Amphenol Printed Circuits, Inc.,* 777 F.3d 63 (1st Cir. 2015) ......................................... 8

*Bank Melli Iran v. Pahlavi,* 58 F.3d 1406 (9th Cir. 1995) ............................................................. 15

*Bd. of Trs. of the Leland Stanford Jr. Univ. v. Zhang Yuzhen,* 2026 U.S. Dist. LEXIS 70634 (N.D. Cal. Mar. 31, 2026) ..................................................................................................... 17, 18, 19

*Bridgeway Corp. v. Citibank,* 45 F. Supp. 2d 276 (S.D.N.Y. 1999), *aff'd,* 201 F.3d 134 (2d Cir. 2000) ............................................................................................................................... 16

*CDM Smith Inc. v. Atasi,* 594 F. Supp. 3d 246 (D. Mass. 2022) ............................................. 15, 20

*Cherkaoui v. City of Quincy,* 877 F.3d 14 (1st Cir. 2017) .............................................................. 8

*Demoulas v. Demoulas Super Mkts.,* 424 Mass. 501 (1997) ........................................................ 10

*McCord v. Jet Spray International Corp.,* 874 F. Supp. 436 (D. Mass. 1994) .................. 21, 22, 23

*My Bread Baking Co. v. Cumberland Farms, Inc.,* 353 Mass. 614 (1968) .................................... 24

*Patrick P. v. Commonwealth,* 421 Mass. 186 (1995) ..................................................................... 4

*Reich v. John Alden Life Ins. Co.,* 126 F.3d 1 (1st Cir. 1997) ....................................................... 9

*Roche v. McDonald,* 275 U.S. 449 (1928) .................................................................................... 23

*Sanchez Osorio v. Dole Food Co.,* 665 F. Supp. 2d 1307 (S.D. Fla. 2009) ................................ 16

*Sangiovanni Hernandez v. Dominicana de Aviacion, C. Por A.,* 556 F.2d 611 (1st Cir. 1977) .....11

*See De Prins v. Michaeles*, 236 F. Supp. 3d 482 (D. Mass. 2017) ............................................... 32

*Shanghai Yongrun Inv. Mgmt. Co. v. Kashi Galaxy Venture Capital Co.,* 2024 N.Y. Misc. LEXIS 63459 (N.Y. Sup. Ct. Jun. 17, 2024) ..................................................................................... 17

*Shanghai Yongrun Inv. Mgmt. Co. v. Kashi Galaxy Venture Capital Co.,* 242 N.Y.S.3d 647 (App. Div. 2025) ........................................................................................................................... 17

*Shanghai Yongrun Inv. Mgmt. Co. v. Maodong Xu,* 160 N.Y.S.3d 874 (App. Div. 2022) ...... 17, 20

*Shanghai Yongrun Investment Management Co. v. Kashi Galaxy Venture Capital Co.,* 2021 N.Y. Misc. LEXIS 2492 (N.Y. Sup. Ct. Apr. 30, 2021) ................................................................. 17

*Soc'y of Lloyd's v. Ashenden,* 233 F.3d 473 (7th Cir. 2000) ....................................................... 14

*Society of Lloyd's v. Hamilton,* 501 F. Supp. 2d 248 (D. Mass. 2007) ........................................ 15

*Tropigas de P.R. v. Certain Underwriters at Lloyd's of London,* 637 F.3d 53 (1st Cir. 2011) ........ 8

*Wright Mach. Corp. v. Seaman-Andwall Corp.,* 364 Mass. 683 (1974) ...................................... 23

**Statutes**

G.L. c. 109A, § 2 ........................................................................................................................... 28

G.L. c. 109A, § 3(a) ................................................................................................................ 29, 30

G.L. c. 109A, § 5(a)(1) ................................................................................................................. 28

G.L. c. 109A, § 5(a)(2) ................................................................................................................. 28

G.L. c. 109A, § 6(b) ...................................................................................................................... 28

G.L. c. 109A, § 8 ........................................................................................................................... 28

G.L. c. 109A, § 9 .................................................................................................................... 29, 31

G.L. c. 109A, §6(a) ....................................................................................................................... 28

G.L. c. 214, § 3(6) .................................................................................................................. 30, 31

G.L. c. 214, § 3(8) ......................................................................................................................... 31

G.L. c. 235, § 23A ............................................................................................... 11, 12, 14, 21, 23

## Rules

Fed. R. Civ. P. 56(a) ............................................................................................. 8

## Treatises

J. Chad Mitchell, *Recognition and Enforcement of Foreign-Country Judgments in the United States,* in 2 *International Aspects of US Litigation: A Practitioner's Deskbook* 607 (James E. Berger ed. 2017) .................................................................................................. 15

*Restatement (Fourth) of the Foreign Relations Law of the United States* § 481 (2019) ............... 11

*Restatement (Fourth) of the Foreign Relations Law of the United States* § 483 (2019) .............. 16

*Restatement (Fourth) of the Foreign Relations Law of the United States* § 484 (2019) .............. 21

*Restatement (Fourth) of the Foreign Relations Law of the United States* § 487 (2019) ......... 11, 23

Tobias Smith, *Body Count Politics: Quantification, Secrecy, and Capital Punishment in China,* 45 L. & Social Inquiry 706, 716 (2020) .................................................................. 18

5081486_1

PRELIMINARY STATEMENT

Sunco China's key claim is that it sold millions of dollars in cabinets to Infinity Wood Products, LLC and that Infinity failed to pay. Sunco China claims Linda Sun is liable for its loss. It has sued her before for the same loss. It sued in its home court, the Intermediate People's Court in Suzhou, China. It claimed $6,712,182.11, the same amount it claims here. The court held a trial. Sunco China lost. It did not appeal. The Chinese judgment is final. That should have been the end of Linda's involvement.

Instead, Sunco China has sought a do-over in this court. It brings the same claim for breach of fiduciary duty against her that it tried and lost at home. It also brings ancillary claims against Linda and against New Sun Limited Partnership to pierce Infinity's corporate veil, to avoid supposed fraudulent transfers, and (against New Sun) to reach and apply assets.

All these claims fail. The fiduciary duty claim fails because the Chinese judgment is res judicata. The veil piercing claim fails because Linda had no interest in Infinity, as Sunco China now concedes. The fraudulent transfer claim fails because neither Linda nor New Sun is a debtor of Sunco China or the recipient of any transfer from Infinity. The reach and apply claim fails because Sunco China cannot satisfy the statute.

In short, whatever becomes of Sunco China's contract claim against Infinity, Linda cannot be liable on claims she has already defeated, and neither she nor New Sun be liable on the ancillary claims. The Court should enter judgment in their favor on all counts of the amended complaint and enter judgment in Linda's favor on her counterclaim for recognition of the Chinese judgment.

1

5081486_1

FACTS

**A.      Sunco China sued Linda in China for breach of fiduciary duty, and it lost.**

Sunco China is suing Linda for breach of fiduciary duty. It already sued her on that claim in its "home court," the Suzhou Intermediate People's Court, and lost.

Sunco China sued Linda in December 2020 by filing a civil complaint with the Intermediate People's Court. With the complaint, Sunco China submitted documentary evidence. The complaint sought damages in the amount of $6,712,182.11 USD, the same amount Sunco China seeks here. It stated that the damages are to "compensate the plaintiff for the loss of payment of goods." The table attached to this memorandum as Exhibit 1 shows that each allegation of fact in the Chinese complaint appears, in substance though not in the same words, in the pleadings in this case.

The Chinese case was tried on October 28, 2021 before a panel of three judges. (SUMF ¶ 99). Both parties had counsel. (*Id*. ¶ 98). They argued their cases on the documentary evidence, as is common in Chinese litigation. (*Id*. ¶ 100). Although neither Linda nor Mr. Wu nor anyone else testified or asked to testify, each party had the right to offer witness testimony if it had wished. (*Id*. ¶ 98). After the trial, the Chinese court found that Linda, along with Xiao Ruihua and Xiao Qiong, was a director of Sunco China, though she had never been a shareholder; that Sunco China was a long-term supplier for Infinity; that David and Shillock were the managers of Infinity; and that David was Linda's son. (*Id*. ¶ 101). It found that while Linda, as a director, had a duty to the company, she was not liable for breach of her duty, because there was no evidence that there was anything unreasonable in the transaction between Sunco China and Infinity. (*Id*. ¶ 102). It found that there was no evidence that Linda had concealed anything. (*Id*.). And it found that there was no evidence that anything in the transaction between Sunco China and Infinity

2

violated Chinese law or Sunco China's articles of association. (*Id*.). The Chinese court issued its judgment in November 2021. (*Id*. ¶ 99).

One of Linda's defenses to the fiduciary duty claim, the basis of her counterclaim, and the centerpiece of her summary judgment motion is that the Chinese judgment in her favor is res judicata, so Sunco China's fiduciary duty claim is barred. Because Sunco China's argues that the court system where it chose to sue Linda fails to meet the bare minimum international standards for recognition of foreign judgments, we summarize the relevant features of the Chinese courts and procedure.

China has adopted a Civil Procedure Law, which provides rules governing civil and commercial litigation. (Ex. 40 at 8). China's high court, the Supreme People's Court, issues judicial interpretations of the Civil Procedure Law, which themselves are legally effective. (*Id*. at 8-9). The Supreme People's Court has also issued Minutes of the National Courts' Symposium on Foreign-related Commercial and Maritime Trials for the guidance of the lower courts. Unlike judicial interpretations, these Minutes do not have the force of law, but they can be cited in support of a court's reasoning, and courts should interpret the Civil Procedure Law in accordance with the Minutes. (*Id*. at 9).

The Civil Procedure Law requires a three-judge trial court to publish its reasoning and any dissent. (*Id*. at 10). (There was no dissent in Sunco China's case). It requires the judges to act impartially and forbids them from receiving gifts or benefits from the parties appearing before them, or their lawyers. (*Id*. at 10-11). It imposes civil and criminal liability on judges who embezzle, accept bribes, show favoritism for personal gain, or engage in other misconduct. (*Id*. at 11). It requires recusal when the judge has any relationship with a party or a lawyer that could

3

affect the impartiality of the trial or when the judge has accepted a gift from or has improperly communicated with a party or lawyer. (*Id*.).

China allows appeals and review of trial court judgments. The first appeal leads to a retrial of the case. (*Id*. at 20-21). This is similar to the old trial de novo practice in Massachusetts, though not in its details. *See generally Patrick P. v. Commonwealth,* 421 Mass. 186, 188 (1995) (giving overview of old system and noting its abolition). If no party appeals, then the first instance judgment is final once the appeal period has passed. (Ex. 40 at 21). No party appealed from the judgment here. (Ex. 35; Ex. 34 at 31).

In addition to ordinary appeals, China also has a trial supervision system, which allows retrials in certain circumstances the Civil Procedure Law lists. This procedure can be invoked in three ways: a court can invoke it *sua sponte*; a public prosecutor can invoke it; or a party can invoke it within six months from the date the judgment becomes effective. (Ex. 34 at 29-30). No court or public prosecutor has invoked the trial supervision system, nor did Sunco China seek to use the trial supervision system to have the case retried (SUMF ¶ 103).

Thus Sunco China could have appealed and it could have sought review under the trial supervision system. But it did nothing. The Chinese judgment thus is final and enforceable in China. In 2023, the Chinese court issued the Certificate of Enforceability confirming that fact.

**B.** **Linda and New Sun do not own or control Infinity.**

Sunco China's amended complaint alleged—falsely, as Sunco China now concedes—that Linda was an "equity holder[] of Infinity." It also alleged that she received distributions from Infinity, that she directed Infinity not to pay for the cabinets, that she had an undisclosed financial interest in Infinity, and that she caused Infinity to cease operations (Doc. No. 61 at ¶¶ 35, 37, 62, 64, 75, 81). Those false allegations were the reason the veil-piercing claim against Linda survived a motion to dismiss. (Doc. No. 32 at 15). Sunco China seeks summary judgment

4

on the veil piercing claim against all defendants, but it offers no evidence that any of its allegations about Linda were true. To the contrary, Sunco China now asserts, as an undisputed fact, the opposite of what it pleaded—that Linda "never had any ownership interest in Infinity." (SUMF ¶ 46, Doc. No. 224 at 9). It alleges no relationship between Infinity and New Sun. Nor does it argue that any evidence shows that Linda or New Sun ever controlled Infinity, that Infinity made any payments to them, or that either of them ever directed Infinity to do or not to do anything. In fact, the only evidence directly on point is the testimony of David Sun, who did control Infinity and who testified that Linda had *not* directed Infinity not to pay the invoices (although, David testified, she had told him she thought the invoices were not due, for the reasons that form the basis of one of Infinity's defenses). (Ex. 4 at 41:2-42:20).

Here are the facts. Linda was never a member or manager of Infinity. She did not tell Infinity not to pay for the cabinets. She did not cause Infinity to cease operations. She did not have any undisclosed financial interest in Infinity. (SUMF ¶¶ 106, 110). For its part, New Sun was set up to hold the beneficial interest in the Sun Family Trust, which owned real estate that Sunco, Inc. used in its business. (SUMF ¶ 112). It also had no relationship with Infinity.

**C.**    **In 2021, New Sun received a partial payment from Infinity Realty on its debt from a 2013 transaction.**

New Sun was established in 2002. (SUMF ¶ 58). Linda has always been a limited partner. (*Id.*). Sunco, Inc. was the general partner at all relevant times. (*Id.*). Since 2011, David has been the sole officer and director of Sunco, Inc., and Linda has had no role in the company. (*Id.* ¶¶ 3, 47).

Sunco, Inc. used a warehouse in its business. (*Id.* ¶ 61, 112). Until 2021, that warehouse was owned by the Sun Family Trust, a realty trust of which New Sun was originally the sole beneficiary. (*Id.* ¶ 112). In 2013, New Sun sold its beneficial interest in the Trust to Infinity

5

Realty Co., LLC for $6,665,885. The sale was seller-financed, and Infinity Realty gave New Sun a promissory note. (*Id*. ¶ 113). In September 2021, Infinity Realty made a partial payment to New Sun of $3 million. (*Id*. ¶ 115). From that amount, New Sun distributed approximately $2.88 million to Linda, a limited partner, in 2022. (*Id*. ¶ 116).

**D.      Sunco US made payments to Linda, or for her benefit.**

Because Sunco US used the warehouse in its business, it paid rent to the Sun Family Trust. (SUMF ¶ 61, 112). In effect, while New Sun was the trust's beneficiary, Sunco US paid rent to New Sun. (*Id*.). But after the sale of New Sun's beneficial interest in the warehouse, it paid rent to Infinity Realty. (*Id*.). Because seller financing left Infinity Realty indebted to New Sun for the warehouse purchase, Infinity Realty then made payments on that debt. (*Id*. ¶ 113).

Sunco China has pointed to several Sunco US checks from approximately 2018 to 2021 that it says were fraudulent transfers. But the checks' purpose and the mechanics of how the funds flowed from Sunco US to New Sun, Linda, or the taxing authorities are undisputed.

Shillock's affidavit explains that fourteen checks Sunco US issued payable to the order of "Sun Family Trust" were rent payments for use of the warehouse. (Ex. 44 ¶¶ 10-27). Instead of having Sunco US write a rent check to Infinity Realty and Infinity Realty write an installment payment check to New Sun LP, Sunco US wrote a single check that collapsed and simplified these transactions. (*Id*). The entities properly recorded these transactions in their books. (*Id*.). As Shillock explains, this is appropriate in the context of small business entities. (*Id*.).

To take an example, the $20,000 check dated November 30, 2018, which Sunco China claims is fraudulent, was properly recorded through a series of accounting entries explained in detail in Shillock's affidavit. (*Id*. ¶ 12-26). The entities recorded it as a payment of rent by Sunco US and a decrease in Sunco US's cash balance, a decrease in Infinity Realty's account payable to New Sun, a decrease in New Sun's account receivable from Infinity Realty, and an increase in

6

New Sun's cash balance. (*Id.*). The affidavit makes a similar showing for all fourteen checks payable to the order of Sun Family Trust. (*Id.* ¶ 27). None of these checks went to Linda, and none was for her benefit. The affidavit also explains the additional step when New Sun made distributions to Linda or when it made payments for her benefit (namely, two tax payments it made on her behalf). (*Id.* ¶¶ 28-34). In those cases, New Sun's books also reflect the payments made to Linda or on her behalf as distributions to her. (*Id.* ¶¶ 28-30).

Shillock's affidavit also shows that six other checks sent to taxing authorities on Linda's behalf between 2018 and 2021 were accounted for as advances to Linda. (*Id.* ¶ 35-51). The advances were recorded in an "Advance to Linda Sun" account on Sunco Inc's books. (*Id.*). At times, Linda paid down the advance account in cash. (*Id.*). At other times, Infinity Realty and New Sun LP made accounting entries that had the effect of reducing the amount of the "Advance to Linda Sun" account by recording a distribution to Linda from New Sun LP, reducing the balance Infinity Realty owed to New Sun LP on its promissory note, and reducing the rent Sunco, Inc. owed to Infinity Realty, as Shillock describes in detail in her declaration. (*Id.*).

The one check payable to Linda was a reimbursement to correct a mistake. David had inadvertently made a distribution from New Sun LP to its other limited partner, Joyce Sun (his sister, and Linda's daughter), drawn on Linda's personal bank account rather than Sunco, Inc.'s account. (As already explained, New Sun distributions were made using Sunco, Inc. checks, but Sunco, Inc., Infinity Realty, and New Sun all recorded the proper accounting entries, so that in substance, the transaction was a payment of rent to Infinity Realty, a partial payment on the promissory note by Infinity Realty to New Sun, and a distribution from New Sun to its limited partners). To fix his mistake, David gave Linda a check from Sunco, Inc. in the amount of the

5081486_1

check he had erroneously written using her personal bank account. That amount was then recorded as a distribution to Joyce. (*Id.* ¶ 52).

In short, the transfers to New Sun were partial payments of the debt Infinity Realty owed New Sun for the purchase of the warehouse. And some transfers were advances to Linda, who repaid them. There is no evidence that any of these transfers were made in bad faith, and they were transfers for value or else repaid.

## ARGUMENT

**A.    Standard of decision.**

A party is entitled to summary judgment if it "shows that there is no genuine dispute as to any material fact" and that it is "entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). A dispute is "genuine" if "a reasonable jury could resolve the point in favor of the nonmoving party." *Tropigas de P.R. v. Certain Underwriters at Lloyd's of London,* 637 F.3d 53, 56 (1st Cir. 2011) (citation and internal quotation marks omitted). A fact is "material" if "its existence or nonexistence has the potential to change the outcome of the suit." *Id.* The Court must view the record in the light most favorable to the non-moving party and resolve all reasonable inferences in its favor. *See Ameen v. Amphenol Printed Circuits, Inc.,* 777 F.3d 63, 68 (1st Cir. 2015). But the non-moving party cannot rely on "conclusory allegations, improbable inferences, and unsupported speculation" to try to defeat the motion. *Cherkaoui v. City of Quincy,* 877 F.3d 14, 18 (1st Cir. 2017) (citation and internal quotation marks omitted). It must instead point to "competent evidence" and "specific facts." *Tropigas,* 637 F.3d at 56. On cross-motions for summary judgment, the Court must "consider each motion separately, drawing inferences against each movant in turn." *Reich v. John Alden Life Ins. Co.,* 126 F.3d 1, 6 (1st Cir. 1997).

8

5081486_1

**B.      Roadmap of the argument.**

We begin with the only claim that accuses Linda of personal wrongdoing: the claim for breach of fiduciary duty—a claim Linda has already beaten and should not have to litigate again. Sunco China does not seek summary judgment on that claim, but Linda does. The Chinese judgment Linda won in the lawsuit Sunco China brought against her is entitled to recognition. And once the Court recognizes it, it should give the judgment res judicata effect. We then turn to the ancillary claims: that Linda and New Sun are liable for Infinity's supposed breach of contract because the Court should pierce Infinity's corporate veil, because they received fraudulent transfers, or because Sunco China should be allowed to reach and apply assets in New Sun's hands. The veil-piercing claim fails because neither Linda nor New Sun owned or controlled Infinity. The fraudulent-transfer claim fails because neither Linda nor New Sun is a debtor of Sunco China, and the transactions Sunco China challenges were done in good faith and for value. And the reach-and-apply claim fails because the claim doesn't meet the requirements of the reach and apply statute.

**C.      The claims for breach of fiduciary duty (Counts 6 and 7) fail because the Chinese judgment is res judicata.[1]**

This is not the first time Sunco China has sued Linda for breach of fiduciary duty on account of the cabinet transaction between Sunco China and Infinity. The company brought the same claim against Linda in a Chinese court, and it lost. The Chinese judgment is res judicata,

---

[1] Sunco China pleads "breach of duty of loyalty" (count 6) and "breach of fiduciary duty" (count 7) as separate counts. In fact, there is just a single claim, a claim for breach of fiduciary duty. The claim, in China and here, was that Linda was a director of Sunco China and had a duty to it to disclose what she knew about Infinity. *See, e.g., Demoulas v. Demoulas Super Mkts.,* 424 Mass. 501, 530-31 (1997) ("To satisfy the principle of fairness to the corporation and to meet his duty of loyalty, the fiduciary must fully disclose to the corporation, all material facts concerning the opportunity"). We cite *Demoulas* just to make the point that a breach of the duty of loyalty *is* a breach of fiduciary duty, without prejudice to our assertion that if the claim ever had to be tried, it would be governed by Chinese law.

9

5081486_1

and Sunco China cannot relitigate the claim here after losing on the merits in the forum that it chose.

This argument has three steps. First, we show that the Chinese judgment is entitled to recognition. "Recognition of a foreign judgment is a prerequisite to its enforcement," including when a defendant seeks to "rely on a foreign judgment to preclude relitigation of a claim governed by the foreign judgment." *Restatement (Fourth) of the Foreign Relations Law of the United States* § 481 cmt. b (2019). Second, we show that the Chinese judgment would be res judicata in China under Chinese law. Third, we show that the Chinese judgment therefore is res judicata here. A foreign judgment that is entitled to recognition has "the same preclusive effect … as the judgment of a sister State entitled to full faith and credit," but not "greater preclusive effect in the United States than [it] would be accorded in the state of origin." *Restatement (Fourth)* § 487.

### 1. The Chinese judgment is entitled to recognition.

The law of foreign judgment recognition in the United States is state law, not federal law. *Restatement (Fourth)* § 481 cmt. a; *Sangiovanni Hernandez v. Dominicana de Aviacion, C. Por A.,* 556 F.2d 611, 614 (1st Cir. 1977) ("The issue of whether a foreign judgment will be enforced by a federal court having jurisdiction by means of diversity of citizenship is governed by the laws of the state where the federal court is located"). Massachusetts' law on recognizing foreign money judgments, G.L. c. 235, § 23A, is based on the Uniform Foreign Money Judgment Recognition Act ("the UFMJRA").

Under the UFMJRA, the general rule is that "any foreign judgment that is final and conclusive and enforceable where rendered … shall be conclusive between the parties to the extent that it grants or denies recovery of a sum of money." G.L. c. 235, § 23A. The Chinese judgment is a judgment that "denies recovery of a sum of money," and thus it is "conclusive

10

between the parties" as long as it is "final and conclusive" in China. Although there are several grounds on which the losing party in a foreign lawsuit can resist recognition of the foreign judgment, Sunco (China) only asserts two: (1) that the Chinese judiciary "do[es] not provide impartial tribunals or procedures compatible with the requirements of due process of law"[2]—a surprising claim, since Sunco (China) obviously had the means to sue in the United States yet chose to sue in China—and (2) lack of reciprocity. (Ex. 38 at Response Nos. 7 and 8). Both claims fail.

### a. The bar for refusing recognition to a country's entire judiciary is exceptionally high, and courts have rejected claims that Chinese judgments cannot be recognized.

While the UFMJRA provides that a judgment "obtained by fraud" cannot be recognized, *see* G.L. c. 235, §23A, Sunco China does not claim any fraud, irregularity, or other problem in its Chinese case against Linda. Instead, it argues that no US court can ever recognize *any* Chinese judgment issued by *any* Chinese court, because the Chinese judiciary is so deficient that it would be wrong to recognize any Chinese judgment even if the proceedings in a particular case were fair and adequate. And because China, like Massachusetts, follows the rule of reciprocity, the implication is that no US court's judgment can ever be recognized in China. Sunco China wants to blow up the possibility of Sino-American judicial cooperation across the board, even though this is a run-of-the-mill commercial dispute and even though Sunco China offers no criticisms of the proceedings that took place in China.

Sunco China asserts: "it is Plaintiff understanding that Chinese courts do not provide impartial tribunals or procedures compatible with the requirements of due process of law." (Ex.

---

[2] (Ex. 37 at Ans. No. 7). Sunco China supplemented its interrogatory answer stating that "Chinese courts do not serve as impartial tribunals and do not provide the same level of rigorous application of the law to facts as do American courts." (Ex. 38 at Ans No. 7).

11

5081486_1

37 to Int. 7). Its witnesses' testimony belied that statement. After testifying that he did not understand what "impartial" meant or even what "fair" meant (Zhao Tr. 238:6-240:16, Doc. No. 199-7 at 22), Bing Zhao, the 30(b)(6) designee, testified that he "could not answer the question" whether the Chinese courts are impartial "with a yes or a no" and could not identify any facts that support the view that the Chinese courts are not impartial. (Zhao Tr. 243:18-24, 244:11-248:13, Doc. No. 199-7 at 23-24). In fact, he testified that the Chinese proceeding had been a helpful warm-up exercise for Sunco China, because the company realized that to win when it sued again, it would need to present more evidence than it had chosen to present to the Chinese court:

> Q.     … One of Linda Sun's argument in this lawsuit is that Sunco China already sued her in China and lost, and it should not be able to come to the United States and sue her again.
>
> In response to that argument, sunco China has said: We don't believe that the American Court should respect the Chinese Court's judgment because the Courts of China do not serve as impartial tribunals. They're not fair.
>
> Do you agree with that?
>
> [Objection and colloquy with interpreter].
>
> A.     In fact, through that case, we are actually very grateful to that case as well, because it taught us what to do next. In that case, it clearly informed us that for the amount of the payment of the goods Infinity owed Sunco China, the case confirmed that the amount is 6.7 million US dollars, and that case also pointed us to a clear direction.
>
> Regarding the outstanding account receivables, we should not just rely on the letters to Chase, the payment for the goods owed. In fact, we should filed the case for the outstanding accounts receivables.
>
> And the case also stated that Linda Sun is the company's director, and she sold the goods to Infinity. And according to our certification in October of 2020, the shareholders of Infinity [are] David Sun and Shillock Yuan-Sun. … The Court pointed us to a clear path. We felt that we won.

(Zhao Tr. 245:13-247:14, Doc. No. 199-7 at 24).

5081486_1

Sunco China's memorandum and its statement of undisputed material facts undermine its argument in other ways. It points to a Chinese judgment confirming an arbitral award that, it says, undermines Infinity's defense to the breach of contract claim. (Doc. No. 223 at 7; Doc No. 224 ¶ 37).[3] But Sunco China cannot have it both ways. If the Chinese judiciary is so systematically bad that its judgments cannot be recognized, then none of its judgments can be recognized, not just the judgments Sunco China doesn't like.

The UFMJRA requires the foreign "system" to "provide impartial tribunals" and "procedures compatible with the requirements of due process of law." G.L. c. 235, § 23A. This bare minimum of due process does not require due process in the US constitutional sense, but just procedures compatible with the requirements of due process. In other words, it requires procedures that are fundamentally fair. *See Soc'y of Lloyd's v. Ashenden,* 233 F.3d 473, 477 (7th Cir. 2000). This standard is "even less demanding than the test the courts use to determine whether to enforce a foreign arbitral award under the New York Convention." *Id.*

This Court has never held that a foreign judiciary fails to provide "impartial tribunals or procedures compatible with the requirements of due process of law." In *Society of Lloyd's v. Hamilton,* 501 F. Supp. 2d 248, 253 (D. Mass. 2007), the court rejected a challenge to the English judiciary. And in *CDM Smith Inc. v. Atasi,* 594 F. Supp. 3d 246 (D. Mass. 2022), it rejected a challenge to the Saudi judiciary. *CDM Smith* is particularly instructive, because the court noted concerns, also noted in the State Department's 2017 Country Report on Human Rights Practices, that the courts were "biased against non-Muslim litigants" and that there were "serious concerns about the impartiality of the criminal justice system." Still, the court focused

---

[3] Although Sunco China points to the judgment, it has not taken any of the steps necessary to show that the judgment is entitled to recognition in the United States. Thus the Court should not give the Chinese judgment confirming the arbitral award any effect.

5081486_1

on the particular tribunals at issue—the Saudi Labor Courts—and found there was insufficient evidence that those courts were biased towards Muslim litigants or that they were not impartial.

Indeed, systematic rejection of a foreign judiciary by *any* US court is exceptionally rare. *See* J. Chad Mitchell, *Recognition and Enforcement of Foreign-Country Judgments in the United States,* in 2 *International Aspects of US Litigation: A Practitioner's Deskbook* 607, 616-18 (James E. Berger ed. 2017). We know of four cases in which it has happened, three during or shortly after war, revolution, or other upheaval. In *Bank Melli Iran v. Pahlavi,* 58 F.3d 1406 (9th Cir. 1995), the court affirmed a refusal to recognize an Iranian judgment against the sister of the former shah in a judgment obtained three years after the Islamic Revolution. In *Bridgeway Corp. v. Citibank,* 45 F. Supp. 2d 276, 280 (S.D.N.Y. 1999), *aff'd,* 201 F.3d 134 (2d Cir. 2000), the court refused to recognize a 1995 Liberian Supreme Court judgment entered during a civil war in which the courts were not functioning according to the constitution and instead, the "warring factions" had each appointed supreme court justices, who "served at the will and pleasure of the appointing powers." The courts were not "function[ing] in most areas of the country," and where they were, they were "subject to political, social, familial, and financial suasion." Indeed, the judiciary collapsed altogether months later, when fighting broke out again. *Sanchez Osorio v. Dole Food Co.,* 665 F. Supp. 2d 1307 (S.D. Fla. 2009), is the one decision not obviously affected by war or revolution. There, the court refused to recognize a $97 million Nicaraguan judgment in an environmental tort case on the grounds that a Nicaraguan law enacted to govern lawsuits concerning a particular pesticide created a conclusive presumption that the pesticide caused the plaintiffs' sterility and did not allow the defendants to offer evidence to rebut that presumption. And in *Chevron Corp. v. Donziger,* 974 F. Supp. 2d 362,  610, 617 (S.D.N.Y. 2014), the court refused to recognize an Ecuadoran judgment issued after the Ecuadoran Congress had "purged

the three highest judicial tribunals" and had "unconstitutionally replaced 27 of the 31 justices," among other changes during a time of political upheaval in the country.

It is right that such challenges should be rare. When a court deems a foreign legal system inadequate, it effectively says that no judgment from that state's courts should be recognized in the United States, even if the proceedings in a particular case were fair. *See Restatement (Fourth)* § 483 cmt. d (distinguishing systemic from proceeding-specific challenges). Courts should approach this question with respect and humility, bearing in mind that our own system is not itself beyond reproach.

We know of no US appellate court that has refused recognition of a Chinese judgment on the grounds that the Chinese judiciary is systematically inadequate. The judgment of the one trial court that took that view, *Shanghai Yongrun Investment Management Co. v. Kashi Galaxy Venture Capital Co.,* 2021 N.Y. Misc. LEXIS 2492 (N.Y. Sup. Ct. Apr. 30, 2021), was reversed on appeal. The lower court had relied on the US State Department's 2018 and 2019 country reports regarding China. But on appeal, the court reversed, holding that "the reports, which primarily discuss the lack of judicial independence in proceedings involving politically sensitive matters, do not utterly refute plaintiff's allegation that the civil law system governing this breach of contract business dispute was fair." *Shanghai Yongrun Inv. Mgmt. Co. v. Maodong Xu,* 160 N.Y.S.3d 874 (App. Div. 2022).[4]

---

[4] On remand, the defendant argued that the Chinese judgment had been obtained by fraud and was repugnant to public policy. The argument was that the judgment creditor had a relationship with a Chinese government official who deprived the defendant of "the opportunity to make a full and fair defense during the Chinese litigation." The judge dismissed the fraud and public policy defenses. *Shanghai Yongrun Inv. Mgmt. Co. v. Kashi Galaxy Venture Capital Co.,* 2024 N.Y. Misc. LEXIS 63459 (N.Y. Sup. Ct. Jun. 17, 2024). But on appeal, the court again reversed, holding that the defendant should have been allowed to try to prove that the judgment was obtained by fraud. *Shanghai Yongrun Inv. Mgmt. Co. v. Kashi Galaxy Venture Capital Co.,* 242 N.Y.S.3d 647 (App. Div. 2025). Sunco China has not raised fraud or public policy as a defense here.

5081486_1

A recent California decision, *Board of Trustees of the Leland Stanford Junior University v. Zhang Yuzhen,* 2026 U.S. Dist. LEXIS 70634 (N.D. Cal. Mar. 31, 2026), deserves comment, even though the case did not arise under the UFMJRA or the other widely-used uniform act, the Uniform Foreign Country Money Judgment Recognition Act. *Zhang Yuzhen* was a politically-charged case about the ownership of the diary of Li Rui, Mao Zedong's personal secretary, who spent twenty years in prison and work camps after publicly criticizing Mao, and who was later politically rehabilitated. His diary is kept at Stanford in accordance with his wishes, because he was concerned that the diary would be banned or destroyed by the Chinese government. But after Li died, his widow sued in China, seeking a declaration that she owned the diaries. A Chinese court ruled in her favor, and Stanford brought an action in the US to quiet title to the diary. The widow, Zhang Yuzhen, brought a counterclaim seeking recognition of the Chinese judgment.

The court refused to recognize the judgment. It cited several case-specific reasons. First, Stanford was not a party to the Chinese case and had not been served with process; it was only added to the case after the fact. *Id.* at *65-66. Second, Stanford did not have the chance to defend itself in the Chinese court, because that court would not allow its lawyers to appear. *Id.* at *67. Third, the proceedings were not open to the public, and the judgment was not included in an online database of Chinese judgments. *Id.* at *68-69.[5] Finally, there was "evidence that this particular proceeding … was dominated by the CCP," the Chinese Communist Party. *Id.* at *69. The court, perhaps conflating the systemic and case-specific reasons for refusing recognition,

---

[5] The court was wrong to give weight to the online database, China Judgments Online, because many cases are not included in the database, which is in any event a recent innovation. *See* Tobias Smith, *Body Count Politics: Quantification, Secrecy, and Capital Punishment in China,* 45 L. & Social Inquiry 706, 716 (2020). The situation is not unlike the situation here in Massachusetts, where, for example, all state court decisions are publicly available by visiting the courthouse, but some are not available in the major online databases.

5081486_1

reasoned that it could deny recognition "when the foreign judicial system … did not provide an impartial tribunal or due process of law in a particular case." *Id.*

None of this was so here. Sunco China was the plaintiff, so there was no issue about service of process or notice of the proceedings; it did have an opportunity to make its case; and Sunco China has not mounted any challenge to the tribunal's impartiality or to provision of due process "in [the] particular case." *Zhang Yuzhen suggests that* the Court should not recognize a particular foreign judgment obtained unfairly, without notice, and as the result of improper political pressure. Sunco China does not make such a claim.

### b.   The Chinese courts provide adequate due process.

Linda has submitted a declaration from one of the world's leading experts on Chinese private international law, Dr. Jie Huang, Professor of Comparative and Private International Law and Interim Deputy Head of School at the University of Sydney Law School in Australia. (*See* Ex. 40). Dr. Huang explains the relevant Chinese laws and procedures and shows that China's judiciary meets the minimal due process standard for recognizing its judgments. Dr. Huang earned her S.J.D. degree from Duke University, with a dissertation entitled *Interregional Recognition and Enforcement of Civil and Commercial Judgments: Lessons from China from the US and EU Laws,* for which she won the highest prize of the Chinese Society of Private International Law. She is the Regional Rapporteur for the Pacific at the UN Centre for Trade Facilitation and Electronic Business, a research affiliate at the Kennedy School, and a non-resident associate in research at the Harvard University Fairbank Centre for Chinese Studies. She has been a visiting scholar at many leading global universities, including Harvard Law School. Dr. Huang's credentials are formidable.[6]

---

[6] A true copy of Dr. Huang's CV is attached to her report as Annexure 1.

17

Dr. Huang's discussion of the Chinese judiciary is found at pages 10 to 16 of her report. She begins with an important qualification: her report focuses on civil and commercial cases "that do not involve politically sensitive matters." (Ex. 40 at 10). This reflects cases such as *CDM Smith* and *Shanghai Yongrun,* which suggest that deficiencies in the way foreign courts deal with politically sensitive cases should not lead to a wholesale rejection of the foreign judiciary.

Dr. Huang outlines the requirements of the Civil Procedure Law discussed above and explains their requirements of impartiality, publicity, the right to notice, and the right to legal representation. These are the same factors that US courts address under the heading of procedural due process. She then explains the increased emphasis in China in recent years on adhering to international norms. For example, she cites the Chinese government's view that state-owned enterprises should not be treated any differently than private enterprises in civil and commercial cases. Finally, she reviews the evidence that Chinese judgments have increasingly been recognized by courts around the world, even without any treaty obligations on recognition. She cites statistics showing recognition of Chinese judgments in Australia, the British Virgin Islands, Canada, Germany, Israel, Japan, the Netherlands, New Zealand, Singapore, South Korea, and the United Kingdom.

In short, her report shows that in non-political cases, the Chinese courts have the kinds of procedural rules and practices that are recognizable hallmarks of due process; that China has been working to meet international standards; and that courts around the world have recognized Chinese judgments. Nothing about this case is political. This, in other words, is just the kind of case the Chinese courts can hear and decide fairly. And if it *were* a political case, one would expect the Chinese court to favor Sunco China and Mr. Wu if it favored anyone. After all, Sunco

18

China was a Chinese company suing an American citizen who supposedly acted disloyally for the benefit of her American son and his American company. For his part, Mr. Wu was hired to "handle government relations." (Wu Tr. Vol. 1 at 51:4-7, Doc. No. 199-11 at 15). He testified that Mrs. Sun had looked to him to help Sunco China resolve "government relations issues." (Wu Tr. Vol. 1 at 118:24-119:5, Doc. No. 199-11 at 32).

> **2.** **There is reciprocity in the recognition of judgments between China and the United States.**

Massachusetts is in a small minority of states that require reciprocity as a condition of judgment recognition. *See* G.L. c. 235, § 23A; *see also Restatement (Fourth)* § 484, rptr's n.10. China also requires reciprocity as a condition of judgment recognition. (Ex. 40 at 16-17). That creates a chicken-and-egg problem. If Massachusetts needs to know that China recognizes our judgments before it recognizes Chinese judgments, and if China needs to know that Massachusetts, or the United States, recognizes its judgments before it recognizes our judgments, how can any judgment ever be recognized across the Sino-American divide?

The cases solve that problem by requiring *de jure* recognition, not *de facto* recognition. In other words, what matters is whether Chinese law *would* recognize an American or Massachusetts judgment, not whether Chinese courts *already have* recognized such a judgment. For example, in *McCord v. Jet Spray International Corp.,* 874 F. Supp. 436 (D. Mass. 1994), where a Belgian resident sued a Massachusetts corporation in a Belgian court for breach of an employment contract, won, and sought to enforce the judgment in Massachusetts, the court did not ask whether the Belgian courts had enforced Massachusetts judgments. Instead, it asked whether, under the Belgian Civil Judicial Code, "Belgian courts *would* recognize a Massachusetts judgment." *Id.* at 439 (emphasis supplied).

5081486_1

China, too, requires *de jure* reciprocity rather than *de facto* reciprocity, or in other words, evidence that US courts *would* recognize Chinese judgments. (Ex. 40 at 17). Of course, US courts have recognized Chinese judgments in the past (*Id*. at 18-19), and so China would consider even *de facto* reciprocity to exist. If it is necessary to consider whether a Massachusetts court would recognize a Chinese judgment, the provisions of the UFMJRA show that a Massachusetts court *would* recognize a Chinese judgment, and thus *de jure* reciprocity exists. (*Id*. at 17-18). But Dr. Huang explains that from the Chinese perspective, the key question is not whether a *Massachusetts* court would recognize a Chinese judgment, but whether a *US* court would; this Court is a United States court, not a Massachusetts court. Thus the question is whether reciprocity exists between the two countries, not between China and one of the fifty US states. (*Id*. at 18-20).

### 3. The Chinese judgment is res judicata in China.

Under the Chinese Civil Procedure Law and the judicial interpretations of the CPL, a party cannot relitigate a case when the first litigation has led to an "effective judgment." (*Id*. at 20-21). If a party disagrees with the outcome of a case, it can seek a retrial under China's trial supervision system (*Id*. at 22). It can, of course, also appeal. But if the disappointed party does neither thing, then "courts are precluded from accepting a subsequent lawsuit which involves the same parties, the same subject matter, and the same claims." (*Id*. at 24). There are exceptions, but none are relevant here. For example, a party can file a second lawsuit based on new facts occurring after the first judgment. (*Id*. at 25-26). It can file a second lawsuit if it withdrew the first lawsuit before judgment. (*Id*. at 26). Or it can seek a retrial within six months of the effective date of the original judgment, or at the latest, within six months from when the party knew or should have known of the grounds. (*Id*. at 30). None of the exceptions apply. (*Id*. at 34-35).

<div align="center">20</div>

Dr. Huang has reviewed the complaint in this case and the complaint in the Chinese case, and she comes to the same conclusion under Chinese law that anyone reading the two documents would reach: they contain a claim between the same parties on the same subject matter. (*Id*. at 31-33). Therefore, under Chinese law the judgment is res judicata.

### 4. The Chinese judgment is res judicata here.

The Court should look to Massachusetts law to "measure the preclusive effect of" the Chinese judgment. *McCord,* 874 F. Supp. at 438. Massachusetts law provides that the foreign judgment should be treated just like a sister-state judgment entitled to full faith and credit. *See* G.L. c. 235, § 23A. Massachusetts gives sister-state judgments the same preclusive effect they have in the state where rendered. *See Wright Mach. Corp. v. Seaman-Andwall Corp.,* 364 Mass. 683, 688-89 (1974) (citing *Roche v. McDonald,* 275 U.S. 449, 451-52 (1928)). Thus once the Court has recognized the Chinese judgment, it must give it the same preclusive effect it has in China. Since res judicata would bar relitigation of the breach of fiduciary duty claim in China, it bars relitigation here. *See Restatement (Fourth)* § 487.

### D. The veil-piercing claim (Count 11) fails because it is undisputed that Linda has nothing to do with Infinity.

Count 11 alleges that Linda is liable for Infinity's failure to pay the $6.7 million allegedly owed on a veil-piercing theory. (Doc. No. 61 ¶ 173). The other defendants have shown comprehensively why the veil piercing claim fails generally, and we incorporate those arguments. But the claim against Linda fails for another simple reason: the facts about Linda's supposed relationship with Infinity that Sunco China pleaded to justify the claim are untrue, as Sunco China now admits.

Sunco China *alleges* that Infinity is under Linda's control; that she received distributions from Infinity; that she "disbursed all monies received by Infinity;" that she directed Infinity to

21

pay the proceeds of the cabinet sale to her and to David and Shillock; and that she "used Infinity to convert the cabinets for [her] own personal gain." (Doc. No. 61 ¶¶ 174-181).

None of this is true. In fact:

- Linda is not now, and never has been, a shareholder of Infinity. (SUMF ¶ 45, 105).

- Linda does not now have, and never has had, a beneficial interest in Infinity. (*Id*. ¶ 106).

- Linda is not now, and has never been, a director of Infinity. (*Id*. ¶ 107).

- Linda is not now, and has never been, an officer of Infinity. (*Id*. ¶ 108)

- Linda never directed or ordered Infinity not to pay for the cabinets. (*Id*. ¶ 111).

We know of no Massachusetts case imposing veil-piercing liability on someone who neither owns nor controls the corporation and is neither a director nor an officer. The one piece of evidence that connects Linda to Infinity is David's testimony that while Linda did not direct him or Infinity not to pay Sunco China's invoice, she told him she did not think that Infinity owed Sunco China the money. (Ex. 4 at 41:2-42:20). That evidence, though, does nothing to support a veil-piercing claim.

The claim against New Sun must also fail, for want of any evidence connecting New Sun to Infinity in any way beyond simple common ownership and control, which of course is insufficient. *My Bread Baking Co. v. Cumberland Farms, Inc.,* 353 Mass. 614, 619 (1968). The evidence about the checks discussed above shows that there was an indirect financial link between New Sun and Sunco, Inc., but there is no evidence of any transactions between Infinity and New Sun.

22

5081486_1

**E.    The fraudulent transfer claim (Count 12) fails because there is no evidence of any fraudulent transfer involving Linda or New Sun.**

**1.    Sunco China has violated the Court's sanctions order by basing its claims on transactions it did not disclose in discovery.**

The defendants sought discovery sanctions for reasons we will not rehash here. They are laid out in the defendants' joint memorandum (Doc. No. 201) and their reply (Doc. No. 207). The Court granted the motion. While it has not yet issued its written decision, its oral order of March 4, 2026 (Doc. No. 218) forbids Sunco China from relying on evidence that it failed to disclose in its Rule 30(b)(6) testimony. This was an especially important issue for the defendants because of the lack of clarity from the plaintiff about the basis for its fraudulent transfer claims. As counsel explained at the hearing, (Doc No. 220 at 7:15-25, 24:13-21), Sunco China simply refused to explain the basis of those claims during fact discovery. In its papers (Doc. 204 at 8-9), Sunco China has represented that the facts supporting the claims "are derived from reading and analysis of hundreds of pages of financial documents of multiple Defendant entities by a CPA," and that "[t]he detailed facts and analysis can only and will, be provided by an expert CPA." Its counsel said the same thing at the hearing on the motion for sanctions. (Doc. No. 220 at 43:9-44:7). And Sunco China did provide the defendants with an expert report, which is Exhibit 39.[7]

That report discusses only two transactions that involve Linda or New Sun that could arguably be fraudulent transactions: Infinity Realty's September 2021 payment of $3 million to New Sun in partial payment of what the expert characterized as an installment payment contract for the 2013 sale of New Sun's interest in the Sun Family Trust to Infinity Realty; and the subsequent 2022 distribution New Sun made to Linda, one of its limited partners. It says nothing

---

[7] Sunco China's failure even to cite its own expert report in its motion is telling though not surprising. The "expert," Zijing Chang, CPA, stated that she has "limited experience in forensic accounting." She does not explain the professional standards she followed—if she followed any at all—and she offers opinions that are not within an accountant's expertise, for example, opinions about what factors make it appropriate to pierce the corporate veil or opinions on the ultimate issue of fraud.

5081486_1

about transfers, whether in the form of checks or otherwise, that Sunco Inc. made to Linda or for her benefit. To be sure, all parties knew that Sunco Inc. had made such transfers, and Sunco China took discovery on them. The basic fact that the transfers happened is no surprise to anyone. What is a surprise is that Sunco China attempts to make them a cornerstone of its fraudulent transfer claim, given what it told the defendants and the Court about how it would disclose the basis of the claim.

We are confident that the Infinity Realty transaction and the subsequent distribution are not fraudulent transfers, and just in case Sunco China changes course and decides it want to raise them at trial even though it failed to raise them in its motion for summary judgment, we demonstrate below that Linda and New Sun are entitled to summary judgment on claims arising out of those transactions. But we did not prepare to make arguments addressing the transactions at the heart of the motion Sunco China actually brought. Most importantly, we did not retain an expert to review and opine on the financial data for Infinity Realty and New Sun that would have been important to oppose Sunco China's motion. This is precisely the reason that sanctions were necessary, and it is shocking that Sunco China, after telling us and telling the Court that the expert report would answer all questions about the basis of its fraudulent transfer claims, did not do what it said it would. Avoiding the bait-and-switch was the purpose of the sanctions. Sunco China has violated the Court's order and unfairly prejudiced Linda and New Sun. For this reason, the Court should deny Sunco China's motion to the extent that it relies on transactions not mentioned in its expert report and grant Linda and New Sun's motion to the extent that it relies on those transactions.

24

**2.    Neither Linda nor New Sun is liable for a fraudulent transfer, whether on account of the installment payment to New Sun or the checks payable to Linda or for her benefit.**

If Sunco China's theory of the case is right, then Infinity, the party that purchased the cabinets, was its "debtor" for purposes of the Uniform Fraudulent Transfer Act, because Infinity was "a person who is liable on a claim." G.L. c. 109A, § 2. A "claim," for purposes of the UFTA, is "a right to payment, whether or not the right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured." *Id.* Neither Linda nor New Sun was Sunco China's debtor for purposes of the statute.[8]

The UFTA defines several kinds of fraudulent transfers:

- The debtor makes a transfer with actual intent to hinder, delay, or defraud any of its creditors, G.L. c. 109A, § 5(a)(1).
- The debtor makes a transfer without receiving a reasonably equivalent value in exchange, in certain circumstances, G.L. c. 109A, §§ 5(a)(2) and 6(a).
- The debtor makes a transfer to an insider for an antecedent debt when the debtor is insolvent, if the insider has reasonable cause to believe that the debtor is insolvent, G.L. c. 109A, § 6(b).

In each case, a fraudulent transfer is a transfer by a "debtor." Thus as an initial matter, the only potentially fraudulent transfer under §§ 5 or 6 was Infinity's transfer of the cabinets to Sunco US, because Infinity is the only "debtor" in the case—the only party that even allegedly owed Sunco China any money. We incorporate the other defendants' arguments to show why that transfer was not a fraudulent transfer under either § 5 or § 6 of the statute.

But this does not mean that Linda and New Sun are necessarily strangers to the UFTA claim. Under G.L. c. 109A, § 8, if the transfer of the cabinets was a fraudulent transfer to Sunco, Inc., then one of Sunco China's possible remedies—the only one that applies to its claims against

---

[8] Sunco China cannot say that Linda or New Sun is its debtor because Infinity is its debtor: as shown above, the veil-piercing claim fails, and so Sunco China cannot simply treat Linda and New Sun as identical to Infinity.

25

26

Linda or New Sun—is avoidance of the transfer. Under G.L. c. 109A, § 9, judgment avoiding a transaction could enter not just against the "first transferee," namely, Sunco Inc., but also "any subsequent transferee other than a good-faith transferee or oblige who took for value." So the question is whether Linda or New Sun received any transfers other than as "good faith transferee[s] … who took for value." Sunco China does not cite the relevant statute or seek to show that it could meet the statute's standard.

Sunco China's motion focuses on two things: the transfer of the cabinets from Infinity to Sunco US, and subsequent payments by Sunco US to or for the benefit of Linda. Neither supports a claim against Linda or New Sun under §§ 8 and 9 of the statute. The only alleged transfer by the "debtor" is Infinity's transfer of the cabinets; the Sunco US payments are not transfers by the "debtor" and therefore cannot give rise to liability under §§ 5 or 6, except, in theory though not on the facts of this case, through the downstream-transferee provisions of § 9.

The transactions by Sunco US were not transfers by Infinity—the only alleged "debtor"—and thus do not fall within §§ 5 or 6 of the statute in the first instance. For that reason alone, they cannot be avoided as fraudulent transfers. But even if Sunco China could trace those funds back to Infinity through its theory of the case, it still would have to show that Linda or New Sun was a downstream transferee that did not take in good faith and for value. It has not done so. The undisputed evidence is that the payments were payments or rent or payments towards the preexisting debt that Infinity Realty owed to New Sun. Payments to satisfy an existing obligation are transfers "for value" within the statute's meaning. G.L. c. 109A, § 3(a). Sunco China points to no evidence that Linda or any other recipient lacked good faith. That is enough to defeat any claim under § 9.

26

Sunco China's general suggestion that funds were "siphoned" through affiliated entities is no substitute for the statutory showing required to recover from a downstream transferee. The UFTA does not impose liability for generalized allegations of insider ties or corporate affiliation. It requires proof that a particular defendant received a particular transfer of the debtor's property and that the defendant is not a good-faith transferee for value. Sunco China has not even tried to make that showing for Linda or New Sun.

Although Sunco China does not rely on it in its own motion for summary judgment, New Sun received a large payment in 2021 from Infinity Realty on account of the preexisting debt Infinity Realty owed for the purchase of New Sun's beneficial interest in the warehouse. That transaction was self-evidently a transfer "for value." G.L. c. 109A, § 3(a). And there is no evidence that New Sun received the payment in bad faith. Thus, even on a theory Sunco China has not pursued, the statute would not permit recovery against Linda or New Sun.

Even if Infinity's transfer of the cabinets were a fraudulent transfer—a premise the other defendants have rebutted—Sunco China cannot show that Linda and New Sun received the proceeds of the cabinet sale in bad faith, or not for value. They are therefore entitled to summary judgment on Count 12.

## F. The reach and apply claim (Count 13) fails.

Sunco China brings a statutory reach and apply claim against New Sun. (Doc. No. 223 at 16). Neither its motion nor its amended complaint explains which prong of the statute Sunco China seeks to use, but its discussion, which focuses on property "not subject to ordinary execution" (*Id.*), makes it clear that it is proceeding under G.L. c. 214, § 3(6), which concerns:

> [a]ctions by creditors to reach and apply, in payment of a debt, any property, right, title or interest, legal or equitable, of a debtor … which cannot be reached to be attached or taken on execution …

27

5081486_1

The claim fails because New Sun holds no "property, right, title, or interest" of the alleged debtor, Infinity, let alone any property or interest that "cannot be reached to be attached or taken on execution." There is no evidence that New Sun owes Infinity any money or has any other obligations to Infinity. Nor has Sunco China argued that Infinity has a right to a particular thing, or right, or sum of money that is in New Sun's possession. The real theory against New Sun is that it is the indirect recipient of the proceeds of Sunco, Inc.'s sale of the cabinets. As already explained, if Infinity's transfer of the cabinets to Sunco, Inc. was a fraudulent transfer, and if Sunco China could prove that New Sun was a downstream recipient of the proceeds but not a good faith transferee for value, then New Sun might be liable under the UFTA. If that were so, then Sunco China could "recover judgment for the value of the asset transferred … or the amount necessary to satisfy the creditor's claim, whichever is less." G.L. c. 109A, § 9(b). If Sunco China prevails on its fraudulent transfer claim, then, it could obtain a money judgment against New Sun, which it could seek to enforce by writ of execution. Thus § 3(6), which gives creditors a remedy when execution is not available, simply does not apply.

Sunco China might more usefully have relied on G.L. c. 214 § 3(8).That prong of the statute allows a creditor to reach assets that have been conveyed by a debtor to a third party with intent to defeat, delay, or defraud the debtor's creditors. But because § 3(8) is coextensive with UFTA, it fails for the same reasons Sunco China's fraudulent transfer claim fails. *See De Prins v. Michaeles*, 236 F. Supp. 3d 482, 490-491 (D. Mass. 2017).

<u>CONCLUSION</u>

Sunco China sued Linda for breach of fiduciary duty and lost. It cannot be allowed to litigate those claims again. No evidence supports Sunco China's claim that Linda, who has never been a member or manager of Infinity or had any interest in it, can be liable for Infinity's

28

29

supposed debt on a veil-piercing theory. And no evidence supports Sunco China's claim that

Linda or New Sun made or received any fraudulent transfers. The Court should grant the motion.


Respectfully submitted,

LINDA SUN and NEW SUN LIMITED
PARTNERSHIP

By their attorneys:


Theodore J. Folkman (BBO No. 647642)
Elizabeth L. Gardon (BBO No. 711867)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com
egardon@rubinrudman.com


Dated: May 27, 2026

5081486_1

| Allegations in the Chinese complaint | Allegations in the US complaint |
|---|---|
| **The defendant was originally the sole shareholder of the plaintiff …**<br><br>**The defendant … transferred 52% of [her] shares to Jiangsu Qiyi Investment Co., Ltd. in 2014.** | In 2003, Sunco was founded in Kunshan, China by L. Sun (Am. Compl. ¶ 23).<br><br>Commencing in 2014, L. Sun sold off equity interests in Sunco and brought in other shareholders. (Am. Compl. ¶ 29). |
| **The defendant continued to be the chairman of the board, substantially controlled the company, and was responsible for all matters related to external sales.** | L. Sun was the President and Chief Executive Officer of Sunco, managing and overseeing all aspects of the business, including order placement and processing, sales, production, operation, shipping, finances, and after sales customer service. (Am. Compl. ¶ 25).<br><br>L. Sun was the President and on the Board of Directors of Sunco and is still on the Board of Directors. (Am. Compl. ¶ 150). |
| **[A]ll of the plaintiff's business was foreign sales and [it] had only one customer.** | Until July 2019, Infinity had been Sunco's sole customer. (Am. Compl. ¶33). |
| **As of April 29, 2019, Infinity Wood Products, LLC owed the plaintiff US $6,712,182.11 for goods.** | Infinity accepted the cabinets and resold the cabinets making a profit estimated to be between $1,675,000 and $3,350,000, or greater, above the $6,712,182.11 contract price. (Am. Compl. ¶ 121).<br><br>Infinity breached the parties' contract by not paying Sunco for the cabinets. (Am. Compl. ¶ 122). |
| **On June 14, 2019, the defendant suddenly disappeared.** | On June 14, 2019, L. Sun left her home in Kunshan, China, abruptly and unannounced, for Massachusetts. To date L. Sun has not returned to Kunshan, China. (Am. Compl. ¶ 58). |
| **The plaintiff demanded payment from Infinity Wood Products, LLC, but the company ignored the request.** | Sunco has demanded payment for the cabinets. (Compl. ¶ 131).<br><br>Infinity … failed to pay for the … cabinets … (Am. Compl. ¶ 44). |

30

5081486_1

| The plaintiff learned through inquiry that US Infinity Co. Ltd. was the company of [her] son David Sun. | L. Sun had not disclosed to the Board of Sunco or the other top managers of Sunco that her son, D. Sun, and her daughter-in-law, S. Sun were the managers and owners of Infinity. (Am. Compl. ¶ 73).<br><br>Other board members only learned of the true natures of the roles that D. Sun and S. Sun played in Infinity after Infinity failed to pay for Sunco's outstanding invoices amounting to $6,712,182.11 in cabinetry and the company slipped into insolvency. (Am. Compl. ¶ 74). |
| As one of the plaintiff's shareholders and serving as chairman, the defendant used [her] position to conduct related transactions, which resulted in the company being unable to claim the above-mentioned funds. | L. Sun was the President and on the Board of Directors of Sunco and is still on the Board of Directors. (Am. Compl. ¶ 150).<br><br>L. Sun owed a duty of loyalty to Sunco not to compete or put her own financial interests ahead of the interests of Sunco. (Am. Compl. ¶ 151).<br><br>L. Sun owed a duty of loyalty to Sunco not to place the interests of Infinity or herself ahead of the interests of Sunco or pursue interest adverse to Sunco including competing with Sunco and diverting payments due Sunco for her own benefit. (Am. Compl. ¶ 152).<br><br>L. Sun breached her duty of loyalty by shipping Sunco goods to Infinity, a company she had a personal interest in and/or received a personal benefit from, either directly or indirectly and preventing Infinity from paying for the cabinets. (Am. Compl. ¶ 154). |

31

5081486_1

[CLI Code]CLI.1.297379(EN)



**Civil Procedure Law of the People's Republic of China (2017 Amendment)**

| | |
|---|---|
| Document Number： | Order No. 71 of the President of the People's Republic of China |
| Area of Law： | Civil Procedure Law |
| Level of Authority： | Laws |
| Issuing Authority： | Standing Committee of the National People's Congress |
| Date Issued： | 06-27-2017 |
| Effective Date： | 07-01-2017 |
| Status： | Revised |
| Revised by： | Decision of the Standing Committee of the National People's Congress to Amend the Civil Procedure Law of the People's Republic of China (2021) (Issued on 12-24-2021 Effective on 01-01-2022) |

| | | |
|---|---|---|
| 2021-2023 Annotation Version | 2017-2021 Annotation Version | 2012-2017 Annotation Version |
| 2007-2012 Annotation Version | 1991-2007 Annotation Version | 1982-1991 Comparison Version |

中华人民共和国民事诉讼法

The Civil Procedure Law of the People's Republic of China

（1991年4月9日第七届全国人民代表大会第四次会议通过　根据2007年10月28日第十届全国人民代表大会常务委员会第三十次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第一次修正　根据2012年8月31日第十一届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第二次修正　根据2017年6月27日第十二届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉和〈中华人民共和国行政诉讼法〉的决定》第三次修正）

(Adopted at the 4th Session of the Seventh National People's Congress on April 9, 1991; amended for the first time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China as adopted at the 30th Session of the Standing Committee of the Tenth National People's Congress on October 28, 2007; and amended for the second time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China as adopted at the 28th Session of the Standing Committee of the Eleventh National People's Congress on August 31, 2012; and amended for the third time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China and the Administrative Litigation Law of the People's Republic of China as adopted at the 28th Session of the Standing Committee of the Twelfth National People's Congress on June 27, 2017)

Saved on: 07/11/2026

[CLI Code]CLI.1.297379(EN)

目录

Table of Contents

第一编　总　则

Part One General Provisions


第一章　任务、适用范围和基本原则

Chapter 1 Purposes, Scope of Application and Basic Principles


第二章　管　辖

Chapter 2 Jurisdiction


第一节　级别管辖

Section 1 Hierarchical Jurisdiction


第二节　地域管辖

Section 2 Territorial Jurisdiction


第三节　移送管辖和指定管辖

Section 3 Jurisdiction Transfer and Specified Jurisdiction


第三章　审判组织

Chapter 3 Trial Organization


第四章　回　避

Chapter 4 Disqualification


第五章　诉讼参加人

Chapter 5 Primary Litigation Participants


第一节　当事人

Section 1 Parties


第二节　诉讼代理人

Section 2 Litigation Representatives

第六章　证　据

Chapter 6 Evidence

第七章　期间、送达

Chapter 7 Periods and Service of Process

第一节　期　间

Section 1 Periods

第二节　送　达

Section 2 Service of Process

第八章　调　解

Chapter 8 Mediation

第九章　保全和先予执行

Chapter 9 Preservation and Advance Enforcement

第十章　对妨害民事诉讼的强制措施

Chapter 10 Compulsory Measures against Obstruction of Civil Procedures

第十一章　诉讼费用

Chapter 11 Litigation Expenses

第二编　审判程序

Part Two Trial Procedure

第十二章　第一审普通程序

Chapter 12 Formal Procedure at First Instance

第一节　起诉和受理

Section 1 Instituting and Accepting an Action

Saved on: 07/11/2026

第二节　审理前的准备

Section 2 Pretrial Preparations

第三节　开庭审理

Section 3 Court Trial

第四节　诉讼中止和终结

Section 4 Suspension and Termination of an Action

第五节　判决和裁定

Section 5 Judgments and Rulings

第十三章　简易程序

Chapter 13 Summary Procedure

第十四章　第二审程序

Chapter 14 Procedure at Second Instance

第十五章　特别程序

Chapter 15 Special Procedures

第一节　一般规定

Section 1 General Provisions

第二节　选民资格案件

Section 2 Voter Eligibility Cases

第三节　宣告失踪、宣告死亡案件

Section 3 Missing Person Declaration and Death Declaration Cases

第四节　认定公民无民事行为能力、限制民事行为能力案件

Section 4 Cases of Determining Civil Incompetency or Limited Civil Competency of Citizens

Saved on: 07/11/2026



第五节　认定财产无主案件

Section 5 Cases of Determining Unclaimed Property

第六节　确认调解协议案件

Section 6 Cases of Confirming Mediation Agreements

第七节　实现担保物权案件

Section 7 Cases of Security Interest Realization

第十六章　审判监督程序

Chapter 16 Trial Supervision Procedure

第十七章　督促程序

Chapter 17 Procedure for Urging Debt Repayment

第十八章　公示催告程序

Chapter 18 Procedure for Announcement to Urge Declaration of Claims

第三编　执行程序

Part Three Enforcement Procedure

第十九章　一般规定

Chapter 19 General Provisions

第二十章　执行的申请和移送

Chapter 20 Application and Transfer for Enforcement

第二十一章　执行措施

Chapter 21 Enforcement Measures

第二十二章　执行中止和终结

Chapter 22 Suspension and Termination of Enforcement

第四编　涉外民事诉讼程序的特别规定



Part Four Special Provisions on Foreign-Related Civil Procedures

第二十三章　一般原则

Chapter 23 General Principles

第二十四章　管　辖

Chapter 24 Jurisdiction

第二十五章　送达、期间

Chapter 25 Service of Process and Periods

第二十六章　仲　裁

Chapter 26 Arbitration

第二十七章　司法协助

Chapter 27 Judicial Assistance

第一编　总　则

Part One General Provisions

第一章　任务、适用范围和基本原则

Chapter 1 Purposes, Scope of Application and Basic Principles

第一条　中华人民共和国民事诉讼法以宪法为根据，结合我国民事审判工作的经验和实际情况制定。

Article 1 The Civil Procedure Law of the People's Republic of China is formulated in accordance with the Constitution and in consideration of civil trial experience and actual circumstances of civil trials in China.

第二条　中华人民共和国民事诉讼法的任务，是保护当事人行使诉讼权利，保证人民法院查明事实，分清是非，正确适用法律，及时审理民事案件，确认民事权利义务关系，制裁民事违法行为，保护当事人的合法权益，教育公民自觉遵守法律，维护社会秩序、经济秩序，保障社会主义建设事业顺利进行。

Article 2 The purposes of the Civil Procedure Law of the People's Republic of China are to protect the parties' exercise of procedural rights; ensure that a people's court finds facts, distinguishes

[CLI Code]CLI.1.297379(EN)

right from wrong, applies law correctly and try civil cases in a timely manner; confirm civil rights and obligations; punish violations of civil law; protect the lawful rights and interests of the parties; educate citizens on consciously abiding by law; maintain the social and economic order; and guarantee smooth socialist development.

第三条　人民法院受理公民之间、法人之间、其他组织之间以及他们相互之间因财产关系和人身关系提起的民事诉讼，适用本法的规定。

**Article 3** The provisions of this Law shall apply to civil actions accepted by a people's court regarding property or personal relationships between citizens, between legal persons, between other organizations or between citizens and legal persons, citizens and other organizations or legal persons and other organizations.

第四条　凡在中华人民共和国领域内进行民事诉讼，必须遵守本法。

**Article 4** For all civil actions conducted within the territory of the People's Republic of China, this Law must be complied with.

第五条　外国人、无国籍人、外国企业和组织在人民法院起诉、应诉，同中华人民共和国公民、法人和其他组织有同等的诉讼权利义务。

**Article 5** Foreign nationals, stateless persons and foreign enterprises and organizations which institute or respond to actions in the people's courts shall have equal procedural rights and obligations as citizens, legal persons and other organizations of the People's Republic of China.

外国法院对中华人民共和国公民、法人和其他组织的民事诉讼权利加以限制的，中华人民共和国人民法院对该国公民、企业和组织的民事诉讼权利，实行对等原则。

Where the courts of a foreign country impose any restrictions on the civil procedural rights of citizens, legal persons and other organizations of the People's Republic of China, the people's courts of the People's Republic of China shall apply the principle of reciprocity to the civil procedural rights of citizens, enterprises and organizations of such a foreign country.

第六条　民事案件的审判权由人民法院行使。

**Article 6** The power to try civil cases shall be exercised by the people's courts.

人民法院依照法律规定对民事案件独立进行审判，不受行政机关、社会团体和个人的干涉。

[CLI Code]CLI.1.297379(EN)

The people's courts shall try civil cases independently in accordance with law, without interference from any government agency, social group or individual.

第七条 人民法院审理民事案件，必须以事实为根据，以法律为准绳。

**Article 7** When trying civil cases, the people's courts must regard facts as the basis and regard law as the yardstick.

第八条 民事诉讼当事人有平等的诉讼权利。人民法院审理民事案件，应当保障和便利当事人行使诉讼权利，对当事人在适用法律上一律平等。

**Article 8** All parties to a civil action shall have equal procedural rights. When trying civil cases, the people's courts shall provide safeguards and facilitation for all parties to exercise their procedural rights, and apply law equally for all parties.

第九条 人民法院审理民事案件，应当根据自愿和合法的原则进行调解；调解不成的，应当及时判决。

**Article 9** When trying civil cases, the people's courts shall conduct mediation under the principles of free will of the parties and legality; and if mediation fails, shall enter a judgment in a timely manner.

第十条 人民法院审理民事案件，依照法律规定实行合议、回避、公开审判和两审终审制度。

**Article 10** When trying civil cases, the people's courts shall apply the collegial bench, disqualification, open trial and "final after two trials" systems in accordance with law.

第十一条 各民族公民都有用本民族语言、文字进行民事诉讼的权利。

**Article 11** Citizens of all ethnicities shall be entitled to use their native spoken and written languages in civil procedures.

在少数民族聚居或者多民族共同居住的地区，人民法院应当用当地民族通用的语言、文字进行审理和发布法律文书。

In areas where an ethnic minority is concentrated or several ethnicities cohabit, the people's courts shall conduct trial and publish legal instruments in the spoken and written language commonly used by the local ethnicity or ethnicities.

人民法院应当对不通晓当地民族通用的语言、文字的诉讼参与人提供翻译。

The people's courts shall provide interpretation for litigation participants who are not familiar with the spoken or written language commonly used by the local ethnicity or ethnicities.

第十二条  人民法院审理民事案件时，当事人有权进行辩论。

**Article 12** When a people's court tries a civil case, the parties shall have the right to debate.

第十三条  民事诉讼应当遵循诚实信用原则。

**Article 13** In civil procedures, the principle of good faith shall be adhered to.

当事人有权在法律规定的范围内处分自己的民事权利和诉讼权利。

The parties shall be entitled to dispose of their respective civil rights and procedural rights within the extent as permitted by law.

第十四条  人民检察院有权对民事诉讼实行法律监督。

**Article 14** The people's procuratorates shall have the authority to exercise legal supervision over civil procedures.

第十五条  机关、社会团体、企业事业单位对损害国家、集体或者个人民事权益的行为，可以支持受损害的单位或者个人向人民法院起诉。

**Article 15** For conduct which infringes upon the civil rights and interests of the state, a collective or an individual, a state organ, a social group, an enterprise or a public institution may support the entity or individual which suffers infringement in instituting an action in a people's court.

第十六条  民族自治地方的人民代表大会根据宪法和本法的原则，结合当地民族的具体情况，可以制定变通或者补充的规定。自治区的规定，报全国人民代表大会常务委员会批准。自治州、自治县的规定，报省或者自治区的人民代表大会常务委员会批准，并报全国人民代表大会常务委员会备案。

**Article 16** The people's congresses of ethnical autonomous areas may formulate provisions with necessary changes or supplementary provisions in accordance with the principles of the Constitution and this Law and in consideration of the specific circumstances of the local ethnicity or ethnicities. Such provisions formulated by an autonomous region shall be subject to the approval of the Standing Committee of the National People's Congress. Such provisions formulated by an

autonomous prefecture or autonomous county shall be subject to the approval of the standing committee of the people's congress of the corresponding province or autonomous region and be filed with the Standing Committee of the National People's Congress.

第二章　管　辖

Chapter 2 Jurisdiction

第一节　级别管辖

Section 1 Hierarchical Jurisdiction

第十七条　基层人民法院管辖第一审民事案件，但本法另有规定的除外。

**Article 17** The basic people's courts shall have jurisdiction over civil cases as a court of first instance, except as otherwise provided for in this Law.

第十八条　中级人民法院管辖下列第一审民事案件：

**Article 18** The intermediate people's courts shall have jurisdiction over the following civil cases as a court of first instance:

（一）重大涉外案件；

(1) Major foreign-related cases.

（二）在本辖区有重大影响的案件；

(2) Cases which have a major impact within their respective jurisdictions.

（三）最高人民法院确定由中级人民法院管辖的案件。

(3) Cases which are under the jurisdiction of the intermediate people's courts as determined by the Supreme People's Court.

第十九条　高级人民法院管辖在本辖区有重大影响的第一审民事案件。

**Article 19** The higher people's courts shall have jurisdiction over civil cases which have a major impact within their respective jurisdictions as a court of first instance.

第二十条　最高人民法院管辖下列第一审民事案件：

**Article 20** The Supreme People's Court shall have jurisdiction over the following civil cases as a court of first instance:

（一）在全国有重大影响的案件；
(1) Cases which have a major impact nationwide.

（二）认为应当由本院审理的案件。
(2) Cases which the Supreme People's Court deems shall be tried by itself.

第二节　地域管辖

Section 2 Territorial Jurisdiction

第二十一条　对公民提起的民事诉讼，由被告住所地人民法院管辖；被告住所地与经常居住地不一致的，由经常居住地人民法院管辖。
**Article 21** A civil action instituted against a citizen shall be under the jurisdiction of the people's court at the place of domicile of the defendant; or if the defendant's place of domicile is different from his or her place of habitual residence, the civil action shall be under the jurisdiction of the people's court at the place of habitual residence of the defendant.

对法人或者其他组织提起的民事诉讼，由被告住所地人民法院管辖。
A civil action instituted against a legal person or any other organization shall be under the jurisdiction of the people's court at the place of domicile of the defendant.

同一诉讼的几个被告住所地、经常居住地在两个以上人民法院辖区的，各该人民法院都有管辖权。
Where the places of domicile or places of habitual residence of several defendants in the same action are located within the jurisdictions of two or more people's courts, both or all of such people's courts shall have jurisdiction over the action.

第二十二条　下列民事诉讼，由原告住所地人民法院管辖；原告住所地与经常居住地不一致的，由原告经常居住地人民法院管辖：
**Article 22** The following civil actions shall be under the jurisdiction of the people's court at the place of domicile of the plaintiff; or if the plaintiff's place of domicile is different from his or her place of habitual residence, the civil actions shall be under the jurisdiction of the people's court at

the place of habitual residence of the plaintiff:

（一）对不在中华人民共和国领域内居住的人提起的有关身份关系的诉讼；

(1) An action regarding a personal relationship instituted against a person who does not reside within the territory of the People's Republic of China.

（二）对下落不明或者宣告失踪的人提起的有关身份关系的诉讼；

(2) An action regarding a personal relationship instituted against a person whose whereabouts is unknown or against a person who has been declared missing.

（三）对被采取强制性教育措施的人提起的诉讼；

(3) An action instituted against a person who is subject to any compulsory correctional measure.

（四）对被监禁的人提起的诉讼。

(4) An action instituted against a person who is incarcerated.

第二十三条　因合同纠纷提起的诉讼，由被告住所地或者合同履行地人民法院管辖。

**Article 23** An action instituted for a contract dispute shall be under the jurisdiction of the people's court at the place of domicile of the defendant or at the place where the contract is performed.

第二十四条　因保险合同纠纷提起的诉讼，由被告住所地或者保险标的物所在地人民法院管辖。

**Article 24** An action instituted for an insurance contract dispute shall be under the jurisdiction of the people's court at the place of domicile of the defendant or at the place where the subject matter insured is located.

第二十五条　因票据纠纷提起的诉讼，由票据支付地或者被告住所地人民法院管辖。

**Article 25** An action instituted for a negotiable instrument dispute shall be under the jurisdiction of the people's court at the place of payment of the negotiable instrument or at the place of domicile of the defendant.

第二十六条　因公司设立、确认股东资格、分配利润、解散等纠纷提起的诉讼，由公司住所地人民法院管辖。

**Article 26** An action instituted for a dispute arising from formation, shareholder eligibility confirmation, profit distribution, dissolution or any other matter of a company shall be under the

jurisdiction of the people's court at the place of domicile of the company.

第二十七条 因铁路、公路、水上、航空运输和联合运输合同纠纷提起的诉讼，由运输始发地、目的地或者被告住所地人民法院管辖。

**Article 27** An action instituted for a dispute arising from a railway, road, water, air, or multi-mode transportation contract shall be under the jurisdiction of the people's court at the place of departure or destination of transportation or at the place of domicile of the defendant.

第二十八条 因侵权行为提起的诉讼，由侵权行为地或者被告住所地人民法院管辖。

**Article 28** An action instituted for a tort shall be under the jurisdiction of the people's court at the place where the tort occurs or at the place of domicile of the defendant.

第二十九条 因铁路、公路、水上和航空事故请求损害赔偿提起的诉讼，由事故发生地或者车辆、船舶最先到达地、航空器最先降落地或者被告住所地人民法院管辖。

**Article 29** An action instituted for damages for a railway, road, water or air transportation accident shall be under the jurisdiction of the people's court at the place where the accident occurs, where the vehicle or vessel first arrives or where the aircraft first lands or at the place of domicile of the defendant.

第三十条 因船舶碰撞或者其他海事损害事故请求损害赔偿提起的诉讼，由碰撞发生地、碰撞船舶最先到达地、加害船舶被扣留地或者被告住所地人民法院管辖。

**Article 30** An action instituted for damages for a vessel collision or any other maritime accident shall be under the jurisdiction of the people's court at the place where the collision occurs, where the colliding vessel first arrives or where the vessel at fault is detained or at the place of domicile of the defendant.

第三十一条 因海难救助费用提起的诉讼，由救助地或者被救助船舶最先到达地人民法院管辖。

**Article 31** An action instituted for maritime salvage shall be under the jurisdiction of the people's court at the place of salvage or at the place where the salvaged vessel first arrives.

第三十二条 因共同海损提起的诉讼，由船舶最先到达地、共同海损理算地或者航程终止地的人民法院管辖。

**Article 32** An action instituted for a general average shall be under the jurisdiction of the people's

court at the place where the vessel first arrives, where the general average is adjusted or where the voyage ends.

第三十三条　下列案件，由本条规定的人民法院专属管辖：

**Article 33** The following cases shall be under the exclusive jurisdiction of the people's courts as specified below:

（一）因不动产纠纷提起的诉讼，由不动产所在地人民法院管辖；

(1) An action instituted for a real estate dispute shall be under the jurisdiction of the people's court at the place where the real estate is located.

（二）因港口作业中发生纠纷提起的诉讼，由港口所在地人民法院管辖；

(2) An action instituted for a dispute arising from harbor operations shall be under the jurisdiction of the people's court at the place where the harbor is located.

（三）因继承遗产纠纷提起的诉讼，由被继承人死亡时住所地或者主要遗产所在地人民法院管辖。

(3) An action instituted for an inheritance dispute shall be under the jurisdiction of the people's court at the place of domicile of the deceased upon death or at the place where the major part of estate is located.

第三十四条　合同或者其他财产权益纠纷的当事人可以书面协议选择被告住所地、合同履行地、合同签订地、原告住所地、标的物所在地等与争议有实际联系的地点的人民法院管辖，但不得违反本法对级别管辖和专属管辖的规定。

**Article 34** Parties to a dispute over a contract or any other right or interest in property may, by a written agreement, choose the people's court at the place of domicile of the defendant, at the place where the contract is performed or signed, at the place of domicile of the plaintiff, at the place where the subject matter is located or at any other place actually connected to the dispute to have jurisdiction over the dispute, but the provisions of this Law regarding hierarchical jurisdiction and exclusive jurisdiction shall not be violated.

第三十五条　两个以上人民法院都有管辖权的诉讼，原告可以向其中一个人民法院起诉；原告向两个以上有管辖权的人民法院起诉的，由最先立案的人民法院管辖。

**Article 35** When two or more people's courts have jurisdiction over an action, the plaintiff may

[CLI Code]CLI.1.297379(EN)

institute an action in one of such people's courts; and if the plaintiff institutes actions in two or more people's courts that have jurisdiction, the people's court which dockets the case first shall have jurisdiction over the action.

第三节　移送管辖和指定管辖

Section 3 Jurisdiction Transfer and Specified Jurisdiction

第三十六条　人民法院发现受理的案件不属于本院管辖的，应当移送有管辖权的人民法院，受移送的人民法院应当受理。受移送的人民法院认为受移送的案件依照规定不属于本院管辖的，应当报请上级人民法院指定管辖，不得再自行移送。

**Article 36** Where a people's court discovers that a case accepted is not under its jurisdiction, it shall transfer the case to the people's court having jurisdiction, and the people's court to which the case is transferred shall accept the case. If the people's court to which the case is transferred deems that the transferred case is not under its jurisdiction according to the relevant provisions, it shall report the case to its superior for specified jurisdiction and shall not transfer the case without direction.

第三十七条　有管辖权的人民法院由于特殊原因，不能行使管辖权的，由上级人民法院指定管辖。

**Article 37** Where a people's court having jurisdiction is unable to exercise its jurisdiction for any special reasons, its superior shall specify jurisdiction.

人民法院之间因管辖权发生争议，由争议双方协商解决；协商解决不了的，报请它们的共同上级人民法院指定管辖。

Where there is any dispute over jurisdiction between the people's courts, the dispute shall be resolved by the disputing courts through consultations; or if such consultations fail, the disputing courts shall request their common superior to specify jurisdiction.

第三十八条　上级人民法院有权审理下级人民法院管辖的第一审民事案件；确有必要将本院管辖的第一审民事案件交下级人民法院审理的，应当报请其上级人民法院批准。

**Article 38** A people's court at a higher level shall have the power to try a first instance civil case under the jurisdiction of a people's court at a lower level. If it is necessary to transfer a first instance civil case under its jurisdiction to a people's court at a lower level for trial, a people's court at a higher level shall file a report with its superior for approval of the transfer.

Saved on: 07/11/2026

下级人民法院对它所管辖的第一审民事案件，认为需要由上级人民法院审理的，可以报请上级人民法院审理。

If a people's court at a lower level deems it necessary for a first instance civil case under its jurisdiction to be tried by a people's court at a higher level, it may request the people's court at a higher level to try the case.

第三章　审判组织

Chapter 3 Trial Organization

第三十九条　人民法院审理第一审民事案件，由审判员、陪审员共同组成合议庭或者由审判员组成合议庭。合议庭的成员人数，必须是单数。

**Article 39** When a people's court tries a first instance civil case, a collegial bench consisting of judges and jurors or consisting of judges only shall be formed. The members of a collegial bench must be in an odd number.

适用简易程序审理的民事案件，由审判员一人独任审理。

Civil cases tried under summary procedure shall be tried by a sole judge.

陪审员在执行陪审职务时，与审判员有同等的权利义务。

When performing their juror's duties, jurors shall have equal rights and obligations as a judge.

第四十条　人民法院审理第二审民事案件，由审判员组成合议庭。合议庭的成员人数，必须是单数。

**Article 40** When a people's court tries a second instance civil case, a collegial bench consisting of judges only shall be formed. The members of a collegial bench must be in an odd number.

发回重审的案件，原审人民法院应当按照第一审程序另行组成合议庭。

For a case remanded for retrial, the original trial people's court shall form a new collegial bench under the procedure at first instance.

审理再审案件，原来是第一审的，按照第一审程序另行组成合议庭；原来是第二审的或者是上级人民法院提审的，按照第二审程序另行组成合议庭。

If a case for retrial was originally tried by a court of first instance, a new collegial bench shall be formed under the procedure at first instance; or if the case for retrial was originally tried by a court

of second instance or tried directly by a people's court at a higher level, a new collegial bench shall be formed under the procedure at second instance.

第四十一条 合议庭的审判长由院长或者庭长指定审判员一人担任；院长或者庭长参加审判的，由院长或者庭长担任。

**Article 41** The president of a people's court or a divisional chief of a people's court shall designate a judge as the presiding judge of a collegial bench; and if the president or divisional chief participates in the trial, the president or divisional chief shall be the presiding judge.

第四十二条 合议庭评议案件，实行少数服从多数的原则。评议应当制作笔录，由合议庭成员签名。评议中的不同意见，必须如实记入笔录。

**Article 42** When deliberating a case, a collegial bench shall adhere to the rule of majority. Deliberation transcripts shall be prepared and be signed by the members of the collegial bench. The dissenting opinions during deliberations shall be truthfully included in the transcripts.

第四十三条 审判人员应当依法秉公办案。

**Article 43** Judges shall handle cases impartially in accordance with law.

审判人员不得接受当事人及其诉讼代理人请客送礼。

Judges shall not accept any treats or gifts from the parties or their litigation representatives.

审判人员有贪污受贿，徇私舞弊，枉法裁判行为的，应当追究法律责任；构成犯罪的，依法追究刑事责任。

Judges who commit embezzlement, accept bribes, practice favoritism for personal gains or adjudicate by bending the law shall be subject to legal liability; and those suspected of any crime shall be subject to criminal liability in accordance with law.

第四章 回 避

Chapter 4 Disqualification

第四十四条 审判人员有下列情形之一的，应当自行回避，当事人有权用口头或者书面方式申请他们回避：

**Article 44** Under any of the following circumstances, a judge shall voluntarily disqualify himself or herself, and a party shall be entitled to request disqualification of such a judge verbally or in writing:

（一）是本案当事人或者当事人、诉讼代理人近亲属的；

(1) The judge is a party to a case or is a close relative of a party to a case or a litigation representative thereof.

（二）与本案有利害关系的；

(2) The judge is an interested party to a case.

（三）与本案当事人、诉讼代理人有其他关系，可能影响对案件公正审理的。

(3) The judge has any other relationship with a party to a case or a litigation representative thereof, which may affect the impartial trial of the case.

审判人员接受当事人、诉讼代理人请客送礼，或者违反规定会见当事人、诉讼代理人的，当事人有权要求他们回避。

Where a judge accepts any treat or gift from a party to a case or a litigation representative thereof or meets with a party to a case in violation of legal provisions, a party shall be entitled to require disqualification of such a judge.

审判人员有前款规定的行为的，应当依法追究法律责任。

A judge who commits any conduct in the preceding paragraph shall be subject to legal liability in accordance with law.

前三款规定，适用于书记员、翻译人员、鉴定人、勘验人。

The provisions of the preceding three paragraphs shall also apply to court clerks, interpreters, identification or evaluation experts, and surveyors.

第四十五条　当事人提出回避申请，应当说明理由，在案件开始审理时提出；回避事由在案件开始审理后知道的，也可以在法庭辩论终结前提出。

Article 45 To request disqualification, a party shall state reasons and file a request at the beginning of the trial of a case; and a request may also be filed before the end of court debate if a party becomes aware of a reason for disqualification after the trial of a case begins.

被申请回避的人员在人民法院作出是否回避的决定前，应当暂停参与本案的工作，但案件需要采取紧急措施的除外。

Before the people's court decides whether to grant the request for disqualification, the person whose disqualification is requested shall be suspended from participating in the case, unless the case requires that emergency measures be taken.

第四十六条 院长担任审判长时的回避，由审判委员会决定；审判人员的回避，由院长决定；其他人员的回避，由审判长决定。

**Article 46** The disqualification of the presiding judge who is the president of a people's court shall be decided by the judicial committee of the people's court; the disqualification of judges shall be decided by the president of a people's court; and the disqualification of other persons shall be decided by the presiding judge.

第四十七条 人民法院对当事人提出的回避申请，应当在申请提出的三日内，以口头或者书面形式作出决定。申请人对决定不服的，可以在接到决定时申请复议一次。复议期间，被申请回避的人员，不停止参与本案的工作。人民法院对复议申请，应当在三日内作出复议决定，并通知复议申请人。

**Article 47** A people's court shall make a decision verbally or in writing on a party's request for disqualification within three days after the request is filed. Against the decision, a party may apply for reconsideration once when receiving the decision. During the period of reconsideration, the person whose disqualification is requested shall not be suspended from participating in the case. A people's court shall make a decision on an application for reconsideration within three days and notify the reconsideration applicant of the decision.

第五章 诉讼参加人

Chapter 5 Primary Litigation Participants

第一节 当事人

Section 1 Parties

第四十八条 公民、法人和其他组织可以作为民事诉讼的当事人。

**Article 48** Citizens, legal persons and other organizations may act as the parties to civil actions.

法人由其法定代表人进行诉讼。其他组织由其主要负责人进行诉讼。

The legal representative of a legal person shall participate in an action on behalf of the legal person. The primary person in charge of any other organization shall participate in an action on



[CLI Code]CLI.1.297379(EN)

behalf of the organization.

第四十九条　当事人有权委托代理人，提出回避申请，收集、提供证据，进行辩论，请求调解，提起上诉，申请执行。

**Article 49** The parties shall be entitled to retain representatives, file a request for disqualification, collect and provide evidence, debate, file a request for mediation, file an appeal, and apply for enforcement.

当事人可以查阅本案有关材料，并可以复制本案有关材料和法律文书。查阅、复制本案有关材料的范围和办法由最高人民法院规定。

The parties may consult materials related to the case and copy materials and legal instruments related to the case. The scope of and measures for consulting and copying materials related to a case shall be prescribed by the Supreme People's Court.

当事人必须依法行使诉讼权利，遵守诉讼秩序，履行发生法律效力的判决书、裁定书和调解书。

The parties must exercise their procedural rights in accordance with law, observe the order of litigation, and execute effective written judgments, rulings and consent judgments.

第五十条　双方当事人可以自行和解。

**Article 50** Both sides of a civil action may reach a settlement themselves.

第五十一条　原告可以放弃或者变更诉讼请求。被告可以承认或者反驳诉讼请求，有权提起反诉。

**Article 51** The plaintiff may relinquish or modify its claims. The defendant may admit or repudiate the plaintiff's claims and shall have the right to file a counterclaim.

第五十二条　当事人一方或者双方为二人以上，其诉讼标的是共同的，或者诉讼标的是同一种类、人民法院认为可以合并审理并经当事人同意的，为共同诉讼。

**Article 52** A joint action means that one side or both sides of a civil action consist of two or more persons, the subject matter of action for each party is same or is of the same kind and the people's court deems that the disputes of all the parties may be tried concurrently, to which all the parties agree.

共同诉讼的一方当事人对诉讼标的有共同权利义务的，其中一人的诉讼行为经其他共同诉讼人承认，对其他共同诉

Saved on: 07/11/2026

[CLI Code]CLI.1.297379(EN)

讼人发生效力；对诉讼标的没有共同权利义务的，其中一人的诉讼行为对其他共同诉讼人不发生效力。

Where the parties on one side of a joint action have common rights and obligations regarding the subject matter of action, the litigation conduct of any of such parties shall bind the rest of such parties if the conduct is recognized by the rest of such parties; or where the parties on one side of a joint action have no common rights and obligations regarding the subject matter of action, the litigation conduct of any of such parties shall not bind the rest of such parties.

第五十三条　当事人一方人数众多的共同诉讼，可以由当事人推选代表人进行诉讼。代表人的诉讼行为对其所代表的当事人发生效力，但代表人变更、放弃诉讼请求或者承认对方当事人的诉讼请求，进行和解，必须经被代表的当事人同意。

**Article 53** Where the parties on one side of a joint action is numerous, such parties may recommend a representative or representatives to participate in the action. The litigation conduct of such representatives shall bind all the parties represented; however, to modify or relinquish any claims, admit any claims of the opposing party or reach a settlement, such representatives must obtain a consent from the parties represented.

第五十四条　诉讼标的是同一种类、当事人一方人数众多在起诉时人数尚未确定的，人民法院可以发出公告，说明案件情况和诉讼请求，通知权利人在一定期间向人民法院登记。

**Article 54** Where the subject matter of action for each party is of the same kind, the parties on one side of an action are numerous, but the exact number of such parties is uncertain when the action is instituted, the people's court may publish a notice to describe the case and claims and notify right holders to register with the people's court within a certain period of time.

向人民法院登记的权利人可以推选代表人进行诉讼；推选不出代表人的，人民法院可以与参加登记的权利人商定代表人。

The right holders which have registered with the people's court may recommend a representative or representatives to participate in the litigation; and if no representative is recommended, the people's court may determine a representative or representatives in consultation with the right holders which have registered with the people's court.

代表人的诉讼行为对其所代表的当事人发生效力，但代表人变更、放弃诉讼请求或者承认对方当事人的诉讼请求，进行和解，必须经被代表的当事人同意。

The litigation conduct of such representatives shall bind all the parties represented; however, to modify or relinquish any claims, admit any claims of the opposing party or reach a settlement, such

representatives must obtain a consent from the parties represented.

人民法院作出的判决、裁定，对参加登记的全体权利人发生效力。未参加登记的权利人在诉讼时效期间提起诉讼的，适用该判决、裁定。
The judgment or ruling issued by the people's court shall bind all right holders which have registered with the people's court. Such a judgment or ruling shall also apply to actions instituted during the time limitation by rights holders which have not registered with the people's court.

第五十五条　对污染环境、侵害众多消费者合法权益等损害社会公共利益的行为，法律规定的机关和有关组织可以向人民法院提起诉讼。
**Article 55** For conduct that pollutes environment, infringes upon the lawful rights and interests of vast consumers or otherwise damages the public interest, an authority or relevant organization as prescribed by law may institute an action in a people's court.

人民检察院在履行职责中发现破坏生态环境和资源保护、食品药品安全领域侵害众多消费者合法权益等损害社会公共利益的行为，在没有前款规定的机关和组织或者前款规定的机关和组织不提起诉讼的情况下，可以向人民法院提起诉讼。前款规定的机关或者组织提起诉讼的，人民检察院可以支持起诉。
Where the people's procuratorate finds in the performance of functions any conduct that undermines the protection of the ecological environment and resources, infringes upon consumers' lawful rights and interests in the field of food and drug safety or any other conduct that damages social interest, it may file a lawsuit with the people's court if there is no authority or organization prescribed in the preceding paragraph or the authority or organization prescribed in the preceding paragraph does not file a lawsuit. If the authority or organization prescribed in the preceding paragraph files a lawsuit, the people's procuratorate may support the filing of a lawsuit.

第五十六条　对当事人双方的诉讼标的，第三人认为有独立请求权的，有权提起诉讼。
**Article 56** A third party which deems that it has an independent claim regarding the subject matter of an action between two parties shall have the right to institute an action.

对当事人双方的诉讼标的，第三人虽然没有独立请求权，但案件处理结果同他有法律上的利害关系的，可以申请参加诉讼，或者由人民法院通知他参加诉讼。人民法院判决承担民事责任的第三人，有当事人的诉讼权利义务。
Where a third party does not have an independent claim regarding the subject matter of an action between two parties but is an interested party in law to the outcome of the case, the third party may apply to participate in the action or the people's court may notify the third party to participate

in the action. If the third party assumes any civil liability according to the judgment entered by the people's court, the third party shall have the procedural rights and obligations as a party to the action.

前两款规定的第三人，因不能归责于本人的事由未参加诉讼，但有证据证明发生法律效力的判决、裁定、调解书的部分或者全部内容错误，损害其民事权益的，可以自知道或者应当知道其民事权益受到损害之日起六个月内，向作出该判决、裁定、调解书的人民法院提起诉讼。人民法院经审理，诉讼请求成立的，应当改变或者撤销原判决、裁定、调解书；诉讼请求不成立的，驳回诉讼请求。

Where a third party as mentioned in the preceding two paragraphs fails to participate in an action, which is not attributable to the third party's fault, and there is evidence that an effective judgment, ruling or consent judgment is entirely or partially erroneous and causes damage to the third party's civil rights and interests, the third party may, within six months from the day when the third party knows or should have known that the third party's civil rights and interests have been damaged, institute an action in the people's court which entered the judgment, ruling or consent judgment. If, after trial, the third party's claims are supported, the people's court shall modify or revoke the original judgment, ruling or consent judgment; or if the third party's claims are not supported, the claims shall be dismissed.

第二节　诉讼代理人

Section 2 Litigation Representatives

第五十七条　无诉讼行为能力人由他的监护人作为法定代理人代为诉讼。法定代理人之间互相推诿代理责任的，由人民法院指定其中一人代为诉讼。

**Article 57** The guardian of a person without competency to participate in an action shall participate in the action on behalf of the person as the person's legal representative. If the legal representatives of a person shift their duty of representation onto each other, the people's court shall specify one of them to participate in the action on behalf of the person.

第五十八条　当事人、法定代理人可以委托一至二人作为诉讼代理人。

**Article 58** A party or a legal representative may retain one or two persons as litigation representatives.

下列人员可以被委托为诉讼代理人：

The following persons may serve as a litigation representative:

pkulaw.com

（一）律师、基层法律服务工作者；

(1) A lawyer or legal service worker at the basic level.

（二）当事人的近亲属或者工作人员；

(2) A close relative or staff member of a party.

（三）当事人所在社区、单位以及有关社会团体推荐的公民。

(3) A citizen recommended by the community of or the entity employing a party or recommended by a relevant social group.

第五十九条　委托他人代为诉讼，必须向人民法院提交由委托人签名或者盖章的授权委托书。

**Article 59** To participate in an action on behalf of a party or a legal representative, a litigation representative must submit to the people's court a power of attorney, to which the signature or seal of the party or legal representative is affixed.

授权委托书必须记明委托事项和权限。诉讼代理人代为承认、放弃、变更诉讼请求，进行和解，提起反诉或者上诉，必须有委托人的特别授权。

The power of attorney must state the authorized matters and the extent of authority. To admit, relinquish or modify any claims, reach a settlement, or file a counterclaim or an appeal on behalf of a party or a legal representative, a litigation representative must have a special authorization from the party or legal representative.

侨居在国外的中华人民共和国公民从国外寄交或者托交的授权委托书，必须经中华人民共和国驻该国的使领馆证明；没有使领馆的，由与中华人民共和国有外交关系的第三国驻该国的使领馆证明，再转由中华人民共和国驻该第三国使领馆证明，或者由当地的爱国华侨团体证明。

Where a citizen of the People's Republic of China who is residing in a foreign country posts a power of attorney or delivers through another person a power of attorney to China, the power of attorney must be authenticated by the embassy or consulate of the People's Republic of China in that country. If there is no such an embassy or consulate in that country, the power of attorney shall be first authenticated by an embassy or consulate of a third country which has a diplomatic relationship with the People's Republic of China in that country and then be authenticated by the embassy or consulate of the People's Republic of China in the third country or be authenticated by the local patriotic overseas Chinese organization.

[CLI Code]CLI.1.297379(EN)

第六十条　诉讼代理人的权限如果变更或者解除，当事人应当书面告知人民法院，并由人民法院通知对方当事人。

**Article 60** Where the authority of a litigation representative of a party has changed or has been revoked, the party shall notify the people's court in writing and the people's court shall notify the opposing party of the change or revocation.

第六十一条　代理诉讼的律师和其他诉讼代理人有权调查收集证据，可以查阅本案有关材料。查阅本案有关材料的范围和办法由最高人民法院规定。

**Article 61** Lawyers serving as litigation representatives and other litigation representatives shall have the right to investigate and collect evidence and may consult materials related to the case. The scope of and measures for consulting materials related to a case shall be prescribed by the Supreme People's Court.

第六十二条　离婚案件有诉讼代理人的，本人除不能表达意思的以外，仍应出庭；确因特殊情况无法出庭的，必须向人民法院提交书面意见。

**Article 62** Where a party to a divorce case has appointed a litigation representative, the party shall still appear in court unless the party is unable to express his or her ideas; and if the party is unable to appear in court under special circumstances, the party must submit a written opinion to the people's court.

第六章　证　据

Chapter 6 Evidence

第六十三条　证据包括：

**Article 63** Evidence includes:

（一）当事人的陈述；

(1) statement of a party;

（二）书证；

(2) documentary evidence;

（三）物证；

(3) physical evidence;

（四）视听资料；

(4) audio-visual recordings;

（五）电子数据；

(5) electronic data;

（六）证人证言；

(6) witness testimony;

（七）鉴定意见；

(7) expert opinion; and

（八）勘验笔录。

(8) transcripts of survey.

证据必须查证属实，才能作为认定事实的根据。

Evidence must be verified before being used as a basis for deciding a fact.

第六十四条　当事人对自己提出的主张，有责任提供证据。

**Article 64** A party shall have the burden to provide evidence for its claims.

当事人及其诉讼代理人因客观原因不能自行收集的证据，或者人民法院认为审理案件需要的证据，人民法院应当调查收集。

A people's court shall investigate and collect evidence which a party and its litigation representative are unable to collect for some objective reasons and evidence which the people's court deems necessary for trying a case.

人民法院应当按照法定程序，全面地、客观地审查核实证据。

A people's court shall, under statutory procedures, verify evidence comprehensively and objectively.

第六十五条　当事人对自己提出的主张应当及时提供证据。

**Article 65** A party shall provide evidence for its claims in a timely manner.

人民法院根据当事人的主张和案件审理情况，确定当事人应当提供的证据及其期限。当事人在该期限内提供证据确有困难的，可以向人民法院申请延长期限，人民法院根据当事人的申请适当延长。当事人逾期提供证据的，人民法院应当责令其说明理由；拒不说明理由或者理由不成立的，人民法院根据不同情形可以不予采纳该证据，或者采纳该证据但予以训诫、罚款。

A people's court shall, according to the claims of a party and the circumstances of trial of a case, determine the evidence to be provided by a party and the time limit for provision of evidence. Where it is difficult for a party to provide evidence within the time limit, the party may apply to the people's court for an extension, and the people's court may appropriately extend the time limit upon application of the party. Where a party provides any evidence beyond the time limit, the people's court shall order the party to provide an explanation; and if the party refuses to explain or the party's explanation is not acceptable, the people's court may, according to different circumstances, deem the evidence inadmissible or adopt the evidence but impose an admonition or a fine on the party.

第六十六条　人民法院收到当事人提交的证据材料，应当出具收据，写明证据名称、页数、份数、原件或者复印件以及收到时间等，并由经办人员签名或者盖章。

**Article 66** A people's court shall issue receipts for evidentiary materials submitted to the court by a party, indicating the name of evidence, number of pages, number of copies, original or photocopy, time of receipt, and other matters, to which the signatures or seals of the court personnel receiving the same shall be affixed.

第六十七条　人民法院有权向有关单位和个人调查取证，有关单位和个人不得拒绝。

**Article 67** A people's court shall have the authority to investigate and collect evidence from the relevant entities and individuals, and the relevant entities and individuals shall not refuse such investigation and collection of evidence.

人民法院对有关单位和个人提出的证明文书，应当辨别真伪，审查确定其效力。

A people's court shall identify the authenticity and examine and determine the validity of documentary evidence provided by the relevant entities and individuals.

第六十八条 证据应当在法庭上出示，并由当事人互相质证。对涉及国家秘密、商业秘密和个人隐私的证据应当保密，需要在法庭出示的，不得在公开开庭时出示。

**Article 68** Evidence shall be presented in court and cross-examined by the parties. Evidence which involves any state secret, trade secret or individual privacy shall be kept confidential, and if it is necessary to present such evidence in court, such evidence shall not be presented in open court.

第六十九条 经过法定程序公证证明的法律事实和文书，人民法院应当作为认定事实的根据，但有相反证据足以推翻公证证明的除外。

**Article 69** A people's court shall regard legal facts and documents notarized under statutory procedures as a basis for deciding facts, unless there is any evidence to the contrary which suffices to overturn the notarization.

第七十条 书证应当提交原件。物证应当提交原物。提交原件或者原物确有困难的，可以提交复制品、照片、副本、节录本。

**Article 70** The originals as documentary evidence shall be submitted. The originals as physical evidence shall be submitted. If it is difficult to submit the originals, replicas, photographs, copies or extracts may be submitted.

提交外文书证，必须附有中文译本。

Documentary evidence in a foreign language must be submitted with Chinese versions.

第七十一条 人民法院对视听资料，应当辨别真伪，并结合本案的其他证据，审查确定能否作为认定事实的根据。

**Article 71** The people's court shall identify the authenticity of audio-visual recordings and, in consideration of other evidence in the case, examine and determine whether the audio-visual recordings may serve as a basis for deciding facts.

第七十二条 凡是知道案件情况的单位和个人，都有义务出庭作证。有关单位的负责人应当支持证人作证。

**Article 72** Any entity or individual which knows any circumstances of a case shall have the obligation to testify in court. The person in charge of a relevant entity shall support a witness in testifying.

[CLI Code]CLI.1.297379(EN)

不能正确表达意思的人，不能作证。

A person who is unable to appropriately express his or her ideas shall not testify.

第七十三条　经人民法院通知，证人应当出庭作证。有下列情形之一的，经人民法院许可，可以通过书面证言、视听传输技术或者视听资料等方式作证：

**Article 73** Upon notice by a people's court, a witness shall testify in court. Under any of the following circumstances, a witness may testify by written testimony, audio-visual transmission technology, audio-visual recordings or any other means as permitted by a people's court:

（一）因健康原因不能出庭的；

(1) The witness is unable to appear in court for health reasons.

（二）因路途遥远，交通不便不能出庭的；

(2) The witness is unable to appear in court for remote residence and travel difficulty.

（三）因自然灾害等不可抗力不能出庭的；

(3) The witness is unable to appear in court for a force majeure such as a natural disaster.

（四）其他有正当理由不能出庭的。

(4) The witness is unable to appear in court for any other justifiable reason.

第七十四条　证人因履行出庭作证义务而支出的交通、住宿、就餐等必要费用以及误工损失，由败诉一方当事人负担。当事人申请证人作证的，由该当事人先行垫付；当事人没有申请，人民法院通知证人作证的，由人民法院先行垫付。

**Article 74** The travel, room and board, and other necessary expenses of a witness for performing his or her obligation of testifying in court, as well as loss of working time, shall be assumed by the losing party. A party which applies for a witness to testify shall advance the same; or if no party applies and the people's court notifies a witness to testify, the people's court shall advance the same.

第七十五条　人民法院对当事人的陈述，应当结合本案的其他证据，审查确定能否作为认定事实的根据。

**Article 75** A people's court shall, in consideration of other evidence in the case, examine and determine whether the statements of a party may serve as a basis for deciding facts.

当事人拒绝陈述的，不影响人民法院根据证据认定案件事实。

The deciding of facts of a case by a people's court based on evidence shall not be affected by a party's refusal to provide a statement.

第七十六条 当事人可以就查明事实的专门性问题向人民法院申请鉴定。当事人申请鉴定的，由双方当事人协商确定具备资格的鉴定人；协商不成的，由人民法院指定。

**Article 76** A party may apply to the people's court for identification regarding a specialized issue for ascertaining the facts of a case. Where a party applies for identification, the parties on both sides shall determine a qualified identification expert by consultation; or if such consultation fails, the people's court shall specify one for them.

当事人未申请鉴定，人民法院对专门性问题认为需要鉴定的，应当委托具备资格的鉴定人进行鉴定。

Where no party applies for identification but the people's court deems it necessary to conduct identification regarding a specialized issue, the people's court shall employ a qualified identification expert to conduct identification.

第七十七条 鉴定人有权了解进行鉴定所需要的案件材料，必要时可以询问当事人、证人。

**Article 77** An identification expert shall have the right to access the case file needed for conducting identification and, when necessary, may interview a party or a witness.

鉴定人应当提出书面鉴定意见，在鉴定书上签名或者盖章。

An identification expert shall issue a written identification opinion and affix his or her signature or seal to the identification document.

第七十八条 当事人对鉴定意见有异议或者人民法院认为鉴定人有必要出庭的，鉴定人应当出庭作证。经人民法院通知，鉴定人拒不出庭作证的，鉴定意见不得作为认定事实的根据；支付鉴定费用的当事人可以要求返还鉴定费用。

**Article 78** Where a party raises any objection to an identification opinion or a people's court deems it necessary to require an identification expert to testify in court, the identification expert shall testify in court. If, upon notice by the people's court, the identification expert refuses to testify in court, the identification opinion shall not be used as a basis for deciding facts; and the party which has paid the identification fees may require that the identification fees be refunded.

第七十九条 当事人可以申请人民法院通知有专门知识的人出庭，就鉴定人作出的鉴定意见或者专业问题提出意见。

**Article 79** A party may apply to the people's court for notifying a person with expertise to appear in court to offer an opinion regarding an identification opinion issued by an identification expert or regarding a specialized issue.

第八十条 勘验物证或者现场，勘验人必须出示人民法院的证件，并邀请当地基层组织或者当事人所在单位派人参加。当事人或者当事人的成年家属应当到场，拒不到场的，不影响勘验的进行。

**Article 80** When surveying any physical evidence or a site, the surveyors must produce their credentials issued by a people's court and invite the local grassroots organization or the entity employing a party to send personnel to participate in the survey. The party or an adult family member of the party shall be present; and the survey shall not be affected by the refusal of the party or the adult family member to appear on site.

有关单位和个人根据人民法院的通知，有义务保护现场，协助勘验工作。

Upon notice by the people's court, the relevant entities and individuals shall have the obligations to protect the site and assist in the survey.

勘验人应当将勘验情况和结果制作笔录，由勘验人、当事人和被邀参加人签名或者盖章。

The surveyors shall prepare transcripts of the process and results of survey, to which the surveyors, the party and the invited participants shall affix their signatures or seals.

第八十一条 在证据可能灭失或者以后难以取得的情况下，当事人可以在诉讼过程中向人民法院申请保全证据，人民法院也可以主动采取保全措施。

**Article 81** Where any evidence may be extinguished or may be hard to obtain at a later time, a party may, in the course of an action, apply to the people's court for evidence preservation, and the people's court may also take preservation measures on its own initiative.

因情况紧急，在证据可能灭失或者以后难以取得的情况下，利害关系人可以在提起诉讼或者申请仲裁前向证据所在地、被申请人住所地或者对案件有管辖权的人民法院申请保全证据。

Where any evidence may be extinguished or may be hard to obtain at a later time, if the circumstances are urgent, an interested party may, before instituting an action or applying for

arbitration, apply for evidence preservation to a people's court at the place where the evidence is located or at the place of domicile of the respondent or a people's court having jurisdiction over the case.

证据保全的其他程序，参照适用本法第九章保全的有关规定。

Other procedures for evidence preservation shall be executed by reference to the relevant provisions of Chapter IX of this Law regarding preservation.

第七章　期间、送达

Chapter 7 Periods and Service of Process

第一节　期 间

Section 1 Periods

第八十二条　期间包括法定期间和人民法院指定的期间。

**Article 82** Periods include statutory periods and periods prescribed by a people's court.

期间以时、日、月、年计算。期间开始的时和日，不计算在期间内。

Periods shall be calculated by hour, day, month and year. The beginning hour and day of a period shall not be counted in the period.

期间届满的最后一日是节假日的，以节假日后的第一日为期间届满的日期。

If the expiration date of a period falls on a holiday, the first day after the holiday shall be the expiration date of the period.

期间不包括在途时间，诉讼文书在期满前交邮的，不算过期。

A statutory period shall not include the time en route. A litigation document posted before the expiration date of a period shall not be regarded as past due.

第八十三条　当事人因不可抗拒的事由或者其他正当理由耽误期限的，在障碍消除后的十日内，可以申请顺延期限，是否准许，由人民法院决定。

**Article 83** Where a party fails to comply with a period for reasons beyond the party's control or for any other justifiable reasons, the party may apply for an extension of the period within ten days

after the impediment is eliminated, and the people's court shall decide whether to permit such an extension.

第二节　送 达

Section 2 Service of Process

第八十四条　送达诉讼文书必须有送达回证，由受送达人在送达回证上记明收到日期，签名或者盖章。

**Article 84** Service of process must be accompanied with a service acknowledgement, to which the person to be served shall affix a date of receipt and his or her signature or seal.

受送达人在送达回证上的签收日期为送达日期。

The date of receipt affixed to the service acknowledgement by the person to be served shall be the date of service.

第八十五条　送达诉讼文书，应当直接送交受送达人。受送达人是公民的，本人不在交他的同住成年家属签收；受送达人是法人或者其他组织的，应当由法人的法定代表人、其他组织的主要负责人或者该法人、组织负责收件的人签收；受送达人有诉讼代理人的，可以送交其代理人签收；受送达人已向人民法院指定代收人的，送交代收人签收。

**Article 85** Process shall be served directly on the person to be served. If the person to be served, who is a citizen, is absent, a cohabiting adult family member of the person to be served shall sign for the service of process. If the person to be served is a legal person or any other organization, the legal representative of the legal person, the primary person in charge of the organization or the employee of the legal person or organization responsible for receiving process shall sign for the service of process. If the person to be served has a litigation representative, the litigation representative may sign for the service of process. If the person to be served has informed the people's court of a designated person to receive process, the designated person shall sign for the service of process.

受送达人的同住成年家属，法人或者其他组织的负责收件的人，诉讼代理人或者代收人在送达回证上签收的日期为送达日期。

The date of receipt affixed to the service acknowledgment by the cohabiting adult family member of the person to be served, the employee of the legal person or organization responsible for receiving process, the litigation representative or the designated person to receive process shall be the date of service.

[CLI Code]CLI.1.297379(EN)

第八十六条  受送达人或者他的同住成年家属拒绝接收诉讼文书的，送达人可以邀请有关基层组织或者所在单位的代表到场，说明情况，在送达回证上记明拒收事由和日期，由送达人、见证人签名或者盖章，把诉讼文书留在受送达人的住所；也可以把诉讼文书留在受送达人的住所，并采用拍照、录像等方式记录送达过程，即视为送达。

**Article 86** Where the person to be served refuses to receive or his or her cohabiting adult family member refuses to receive process, the process server may invite the representatives of relevant grassroots organizations or the entity employing the person to be served to be present, provide an explanation on the refusal, record the cause of refusal and date on the service acknowledgement, to which the process server and witnesses shall affix their signatures or seals, and drop process at the domicile of the person to be served; and may also drop process at the domicile of the person to be served and record the service of process by photograph, video and other means, and process shall be deemed served.

第八十七条  经受送达人同意，人民法院可以采用传真、电子邮件等能够确认其收悉的方式送达诉讼文书，但判决书、裁定书、调解书除外。

**Article 87** With the consent of the person to be served, a people's court may serve process by fax, email and other means capable of confirming receipt by the person to be served, except a judgment, ruling and consent judgment.

采用前款方式送达的，以传真、电子邮件等到达受送达人特定系统的日期为送达日期。

Where a means in the preceding paragraph is adopted, the date when a fax, an email or any other means reaches the specific system of the person to be served shall be the date of service of process.

第八十八条  直接送达诉讼文书有困难的，可以委托其他人民法院代为送达，或者邮寄送达。邮寄送达的，以回执上注明的收件日期为送达日期。

**Article 88** Where direct service of process is difficult, service of process may be entrusted to another people's court or be conducted by post. If process is served by post, the date of receipt stated on the service acknowledgement shall be the date of service.

第八十九条  受送达人是军人的，通过其所在部队团以上单位的政治机关转交。

**Article 89** Where the person to be served is in the military service, process shall be served on the person through the political office of the unit at or above the regiment level of the armed force

where the person serves.

第九十条　受送达人被监禁的，通过其所在监所转交。

**Article 90** Where the person to be served is incarcerated, process shall be served on the person through the incarceration facility.

受送达人被采取强制性教育措施的，通过其所在强制性教育机构转交。

Where the person to be served is subject to any compulsory correctional measure, process shall be served on the person through the compulsory correctional facility.

第九十一条　代为转交的机关、单位收到诉讼文书后，必须立即交受送达人签收，以在送达回证上的签收日期，为送达日期。

**Article 91** The office or entity through which process is served must, immediately after receiving process, deliver the same to the person to be served, the person to be served shall sign for the service of process, and the date of receipt on the service acknowledgement shall be the date of service.

第九十二条　受送达人下落不明，或者用本节规定的其他方式无法送达的，公告送达。自发出公告之日起，经过六十日，即视为送达。

**Article 92** Where the whereabouts of the person to be served is unknown or service of process is not possible by other means set out in this Section, process may be served by public announcement. Process shall be deemed served sixty days after the date of public announcement.

公告送达，应当在案卷中记明原因和经过。

The reasons for and the course of service of process by public announcement shall be recorded in the case file.

第八章　调　解

Chapter 8 Mediation

第九十三条　人民法院审理民事案件，根据当事人自愿的原则，在事实清楚的基础上，分清是非，进行调解。

**Article 93** When trying civil cases, a people's court shall, under the principle of free will of the parties, conduct mediation by distinguishing between right and wrong based on clear facts.

[CLI Code]CLI.1.297379(EN)

第九十四条　人民法院进行调解，可以由审判员一人主持，也可以由合议庭主持，并尽可能就地进行。

**Article 94** When a people's court conducts mediation, mediation may be conducted by one judge or by the collegial bench, and mediation shall be conducted on the spot as much as possible.

人民法院进行调解，可以用简便方式通知当事人、证人到庭。
When a people's court conducts mediation, it may notify by simple means the parties and witnesses to appear in court.

第九十五条　人民法院进行调解，可以邀请有关单位和个人协助。被邀请的单位和个人，应当协助人民法院进行调解。

**Article 95** When a people's court conducts mediation, it may invite relevant entities and individuals to provide assistance. The invited entities and individuals shall assist the people's court in mediation.

第九十六条　调解达成协议，必须双方自愿，不得强迫。调解协议的内容不得违反法律规定。

**Article 96** A mediation agreement must be based on the free will of both sides, and the parties shall not be forced to reach a mediation agreement. The content of a mediation agreement shall not violate any legal provisions.

第九十七条　调解达成协议，人民法院应当制作调解书。调解书应当写明诉讼请求、案件的事实和调解结果。

**Article 97** When a mediation agreement is reached, the people's court shall prepare a consent judgment. A consent judgment shall state the claims, facts of the case and results of mediation.

调解书由审 判人员、书记员署名，加盖人民法院印章，送达双方当事人。
The judges and court clerk shall affix their signatures and the people's court shall affix its seal to a consent judgment, which shall be served on both sides.

调解书经双方当事人签收后，即具有法律效力。
Once a consent judgment is signed by both sides, it shall become legally binding.

第九十八条　下列案件调解达成协议，人民法院可以不制作调解书：

**Article 98** A consent judgment of a people's court is not required for mediation agreements



reached in the following cases:

（一）调解和好的离婚案件；

(1) Divorce cases where both parties have reconciled through mediation.

（二）调解维持收养关系的案件；

(2) Adoption cases where an adoptive relationship has been maintained through mediation.

（三）能够即时履行的案件；

(3) Cases where performance on the spot is possible.

（四）其他不需要制作调解书的案件。

(4) Other cases where a consent judgment is not required.

对不需要制作调解书的协议，应当记入笔录，由双方当事人、审判人员、书记员签名或者盖章后，即具有法律效力。

A mediation agreement which does not require a consent judgment shall be recorded in the transcripts and become legally binding immediately after both sides and the judges and court clerk affix their signatures or seals to the transcripts.

**第九十九条**　调解未达成协议或者调解书送达前一方反悔的，人民法院应当及时判决。

**Article 99** Where no mediation agreement is reached or one party retracts before a mediation agreement is served on the party, the people's court shall enter a judgment in a timely manner.

第九章　保全和先予执行

Chapter 9 Preservation and Advance Enforcement

**第一百条**　人民法院对于可能因当事人一方的行为或者其他原因，使判决难以执行或者造成当事人其他损害的案件，根据对方当事人的申请，可以裁定对其财产进行保全、责令其作出一定行为或者禁止其作出一定行为；当事人没有提出申请的，人民法院在必要时也可以裁定采取保全措施。

**Article 100** For a case where, for the conduct of a party or for other reasons, it may be difficult to execute a judgment or any other damage may be caused to a party, a people's court may, upon application of the opposing party, issue a ruling on preservation of the party's property, order

certain conduct of the party or prohibit the party from certain conduct; and if no party applies, the people's court may, when necessary, issue a ruling to take a preservative measure.

人民法院采取保全措施，可以责令申请人提供担保，申请人不提供担保的，裁定驳回申请。

A people's court may order the applicant to provide security for taking a preservative measure and, if the applicant fails to provide security, shall issue a ruling to dismiss the application.

人民法院接受申请后，对情况紧急的，必须在四十八小时内作出裁定；裁定采取保全措施的，应当立即开始执行。

After accepting an application, a people's court must, if the circumstances are urgent, issue a ruling within 48 hours; and if it rules to take a preservative measure, the measure shall be executed immediately.

第一百零一条　利害关系人因情况紧急，不立即申请保全将会使其合法权益受到难以弥补的损害的，可以在提起诉讼或者申请仲裁前向被保全财产所在地、被申请人住所地或者对案件有管辖权的人民法院申请采取保全措施。申请人应当提供担保，不提供担保的，裁定驳回申请。

**Article 101** Where the lawful rights and interests of an interested party will be irreparable damaged if an application for preservation is not filed immediately under urgent circumstances, the interested party may, before instituting an action or applying for arbitration, apply to the people's court at the place where the property to be preserved is located or at the place of domicile of the respondent or a people's court having jurisdiction over the case for taking preservative measures. The applicant shall provide security and, if the applicant fails to provide security, the people's court shall issue a ruling to dismiss the application.

人民法院接受申请后，必须在四十八小时内作出裁定；裁定采取保全措施的，应当立即开始执行。

After accepting an application, a people's court must issue a ruling within 48 hours; and if it rules to take a preservative measure, the measure shall be executed immediately.

申请人在人民法院采取保全措施后三十日内不依法提起诉讼或者申请仲裁的，人民法院应当解除保全。

Where the applicant fails to institute an action or apply for arbitration in accordance with law within 30 days after the people's court takes a preservative measure, the people's court shall remove preservation.

第一百零二条　保全限于请求的范围，或者与本案有关的财物。

**Article 102** Preservation shall be limited to the extent specified in an application or the property in

connection with the case.

第一百零三条　财产保全采取查封、扣押、冻结或者法律规定的其他方法。人民法院保全财产后，应当立即通知被保全财产的人。

**Article 103** Property shall be preserved by seizure, impoundment, freezing of account or any other means prescribed by law. After preserving any property, a people's court shall immediately notify the person whose property is preserved.

财产已被查封、冻结的，不得重复查封、冻结。

Property which has already been seized or frozen shall not be repeatedly seized or frozen.

第一百零四条　财产纠纷案件，被申请人提供担保的，人民法院应当裁定解除保全。

**Article 104** Where, in a property dispute case, the respondent has provided security, the people's court shall issue a ruling to remove preservation.

第一百零五条　申请有错误的，申请人应当赔偿被申请人因保全所遭受的损失。

**Article 105** Where an application is erroneous, the applicant shall compensate the respondent for any loss incurred from preservation.

第一百零六条　人民法院对下列案件，根据当事人的申请，可以裁定先予执行：

**Article 106** A people's court may, upon application of a party, issue a ruling on advance enforcement for the following cases:

（一）追索赡养费、扶养费、抚育费、抚恤金、医疗费用的；

(1) Cases to recover support for elderly parents, support for other adult dependants, child support, consolation money or medical expenses.

（二）追索劳动报酬的；

(2) Cases to recover labor remuneration.

（三）因情况紧急需要先予执行的。

(3) Cases requiring advance enforcement under urgent circumstances.

Saved on: 07/11/2026

[CLI Code]CLI.1.297379(EN)

第一百零七条　人民法院裁定先予执行的，应当符合下列条件：

**Article 107** For a people's court to issue a ruling on advance enforcement, both of the following conditions shall be met:

（一）当事人之间权利义务关系明确，不先予执行将严重影响申请人的生活或者生产经营的；

(1)The rights and obligations between the parties are clear, and a denial of advance enforcement will seriously affect the life or business operation of the applicant.

（二）被申请人有履行能力。

(2)The respondent is capable of performance.

人民法院可以责令申请人提供担保，申请人不提供担保的，驳回申请。申请人败诉的，应当赔偿被申请人因先予执行遭受的财产损失。

The people's court may order the applicant to provide security; and if the applicant fails to provide security, shall dismiss the application. If the applicant loses the action, the applicant shall compensate the respondent for any property loss incurred from advance enforcement.

第一百零八条　当事人对保全或者先予执行的裁定不服的，可以申请复议一次。复议期间不停止裁定的执行。

**Article 108** Against a ruling on preservation or advance enforcement, a party may apply for reconsideration once. The enforcement of the ruling shall not be suspended during the period of reconsideration.

第十章　对妨害民事诉讼的强制措施

Chapter 10 Compulsory Measures against Obstruction of Civil Procedures

第一百零九条　人民法院对必须到庭的被告，经两次传票传唤，无正当理由拒不到庭的，可以拘传。

**Article 109** Where a defendant who must appear in court refuses to appear in court without justifiable reasons after being summonsed twice by a people's court, the people's court may summons the defendant by force.

第一百一十条　诉讼参与人和其他人应当遵守法庭规则。

**Article 110** Litigation participants and other persons shall abide by court rules.

人民法院对违反法庭规则的人，可以予以训诫，责令退出法庭或者予以罚款、拘留。

A people's court may admonish persons who violate court rules, order such persons to leave the court, or impose a fine or detention on such persons.

人民法院对哄闹、冲击法庭，侮辱、诽谤、威胁、殴打审判人员，严重扰乱法庭秩序的人，依法追究刑事责任；情节较轻的，予以罚款、拘留。

For persons who clamor in a courtroom, attack a courtroom, or insult, defame, threaten or assault judges, seriously disrupting the order of the courtroom, the people's court shall investigate their criminal liability in accordance with law; or if the circumstances are not serious, impose a fine or detention on them.

第一百一十一条　诉讼参与人或者其他人有下列行为之一的，人民法院可以根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任：

**Article 111** Where a litigation participant or any other person commits any of the following conduct, the people's court may impose a fine or detention on the litigation participant or person according to the severity of the circumstances; and if suspected of any crime, the litigation participant or person shall be subject to criminal liability in accordance with law.

（一）伪造、毁灭重要证据，妨碍人民法院审理案件的；

(1) Forging or destroying any material evidence, which obstructs the trial of the case by the people's court.

（二）以暴力、威胁、贿买方法阻止证人作证或者指使、贿买、胁迫他人作伪证的；

(2) Preventing a witness from testifying by violence, threat or bribery or instigating, bribing or coercing any other person to commit perjury.

（三）隐藏、转移、变卖、毁损已被查封、扣押的财产，或者已被清点并责令其保管的财产，转移已被冻结的财产的；

(3) Concealing, transferring, selling or destroying any seized or impounded property or any inventoried property under the custody of the litigation participant or person as ordered or transferring any frozen property.

（四）对司法工作人员、诉讼参加人、证人、翻译人员、鉴定人、勘验人、协助执行的人，进行侮辱、诽谤、诬陷、殴打或者打击报复的；

[CLI Code]CLI.1.297379(EN)

(4) Insulting, defaming, falsely incriminating, assaulting or retaliating any judge, primary litigation participant, witness, interpreter, identification expert, surveyor or person assisting in enforcement.

（五）以暴力、威胁或者其他方法阻碍司法工作人员执行职务的；

(5) Obstructing judicial personnel from performing their duties by violence, threat or any other means.

（六）拒不履行人民法院已经发生法律效力的判决、裁定的。

(6) Refusing to execute any effective judgment or ruling of a people's court.

人民法院对有前款规定的行为之一的单位，可以对其主要负责人或者直接责任人员予以罚款、拘留；构成犯罪的，依法追究刑事责任。

Where an entity commits any of the conduct in the preceding paragraph, the people's court may impose a fine or detention on the primary person in charge or directly liable persons of the entity; and if suspected of any crime, such persons shall be subject to criminal liability in accordance with law.

第一百一十二条　当事人之间恶意串通，企图通过诉讼、调解等方式侵害他人合法权益的，人民法院应当驳回其请求，并根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任。

**Article 112** Where the parties, maliciously in collusion, attempt to infringe upon the lawful rights and interests of other persons by litigation, mediation or any other means, a people's court shall dismiss their claims and impose a fine or detention on the parties according to the severity of the circumstances; and if suspected of any crime, they shall be subject to criminal liability in accordance with law.

第一百一十三条　被执行人与他人恶意串通，通过诉讼、仲裁、调解等方式逃避履行法律文书确定的义务的，人民法院应当根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任。

**Article 113** Where the party against whom enforcement is sought, maliciously in collusion with other persons, evades performance of obligations determined in a legal instrument by litigation, arbitration, mediation or any other means, a people's court shall impose a fine or detention on them according to the severity of the circumstances; and if suspected of any crime, they shall be subject to criminal liability.

第一百一十四条　有义务协助调查、执行的单位有下列行为之一的，人民法院除责令其履行协助义务外，并可

[CLI Code]CLI.1.297379(EN)

以予以罚款：

**Article 114** Where an entity with an obligation to assist in investigation or enforcement commits any of the following conduct, the people's court may, in addition to ordering the entity to perform the obligation of assistance, impose a fine on the entity:

（一）有关单位拒绝或者妨碍人民法院调查取证的；

(1) The relevant entity refuses or obstructs investigation or collection of evidence by the people's court.

（二）有关单位接到人民法院协助执行通知书后，拒不协助查询、扣押、冻结、划拨、变价财产的；

(2) The relevant entity refuses to assist in property inquiry, seizure, freezing, transfer or sale, after receiving a notice of enforcement assistance from the people's court.

（三）有关单位接到人民法院协助执行通知书后，拒不协助扣留被执行人的收入、办理有关财产权证照转移手续、转交有关票证、证照或者其他财产的；

(3) The relevant entity refuses to assist in withholding the income of the party against whom enforcement is sought, handling the transfer of a relevant property right certificate, or delivering a relevant bill, certificate or license or any other relevant property, after receiving a notice of enforcement assistance from the people's court.

（四）其他拒绝协助执行的。

(4) The relevant entity otherwise refuses to assist in enforcement.

人民法院对有前款规定的行为之一的单位，可以对其主要负责人或者直接责任人员予以罚款；对仍不履行协助义务的，可以予以拘留；并可以向监察机关或者有关机关提出予以纪律处分的司法建议。

Where an entity commits any of the conduct in the preceding paragraph, the people's court may impose a fine on the primary person in charge or directly liable persons of the entity; and if the entity still fails to perform its obligation to provide assistance, may detain such persons and offer judicial recommendations to the oversight authority or other relevant authorities regarding disciplinary actions against such persons.

第一百一十五条　对个人的罚款金额，为人民币十万元以下。对单位的罚款金额，为人民币五万元以上一百万元以下。

**Article 115** The amount of a fine on an individual shall not be more than 100,000 yuan. The

[CLI Code]CLI.1.297379(EN)

amount of a fine on an entity shall not be less than 50,000 yuan but not be more than 1 million yuan.

拘留的期限，为十五日以下。

The period of detention shall not be longer than 15 days.

被拘留的人，由人民法院交公安机关看管。在拘留期间，被拘留人承认并改正错误的，人民法院可以决定提前解除拘留。

A people's court shall deliver a detainee to a public security authority for custody. If the detainee admits and corrects his or her wrongdoing during the period of detention, the people's court may decide to discharge the detainee early.

第一百一十六条　拘传、罚款、拘留必须经院长批准。

**Article 116** A summons by force, a fine or detention must subject to the approval of the president of a people's court.

拘传应当发拘传票。

A warrant shall be issued for a summons by force.

罚款、拘留应当用决定书。对决定不服的，可以向上一级人民法院申请复议一次。复议期间不停止执行。

A written decision shall be made to impose a fine or detention. Against such a decision, a party may apply to the people's court at the next higher level for reconsideration once. The enforcement of the decision shall not be suspended during the period of reconsideration.

第一百一十七条　采取对妨害民事诉讼的强制措施必须由人民法院决定。任何单位和个人采取非法拘禁他人或者非法私自扣押他人财产追索债务的，应当依法追究刑事责任，或者予以拘留、罚款。

**Article 117** Any compulsory measure against obstruction of civil procedures must be taken upon decision of a people's court. Any entity or individual which recovers a debt by illegally withholding another person against the person's will or illegally seizing another person's property shall be subject to criminal liability in accordance with law or subject to detention or a fine.

第十一章　诉讼费用

Chapter 11 Litigation Expenses

第一百一十八条　当事人进行民事诉讼，应当按照规定交纳案件受理费。财产案件除交纳案件受理费外，并按照规定交纳其他诉讼费用。

**Article 118** A party instituting a civil action shall pay a case acceptance fee according to the relevant provisions. In property cases, a party shall pay other litigation expenses, in addition to a case acceptance fee.

当事人交纳诉讼费用确有困难的，可以按照规定向人民法院申请缓交、减交或者免交。

Where it is difficult for a party to pay any litigation expenses, the party may, according to the relevant provisions, apply to the people's court for payment postponement, reduction or waiver.

收取诉讼费用的办法另行制定。

Procedures for collection of litigation expenses shall be formulated separately.

第二编　审判程序

Part Two Trial Procedure

第十二章　第一审普通程序

Chapter 12 Formal Procedure at First Instance

第一节　起诉和受理

Section 1 Instituting and Accepting an Action

第一百一十九条　起诉必须符合下列条件：

**Article 119** An action to be instituted must meet all of the following conditions:

（一）原告是与本案有直接利害关系的公民、法人和其他组织；

(1) The plaintiff is a citizen, legal person or any other organization with a direct interest in the case.

（二）有明确的被告；

(2) There is a clear defendant.

（三）有具体的诉讼请求和事实、理由；

(3) There are specific claims, facts and reasons.

（四）属于人民法院受理民事诉讼的范围和受诉人民法院管辖。

(4) The case is within the scope of civil actions accepted by the people's courts and under the jurisdiction of the people's court in which the action is instituted.

第一百二十条　起诉应当向人民法院递交起诉状，并按照被告人数提出副本。

**Article 120** A plaintiff shall submit a written complaint to the people's court and provide copies of it according to the number of defendants.

书写起诉状确有困难的，可以口头起诉，由人民法院记入笔录，并告知对方当事人。

Where it is difficult for a plaintiff to write a complaint, the plaintiff may institute an action verbally, and the people's court shall record it in the transcripts and notify the opposing party.

第一百二十一条　起诉状应当记明下列事项：

**Article 121** A written complaint shall state:

（一）原告的姓名、性别、年龄、民族、职业、工作单位、住所、联系方式，法人或者其他组织的名称、住所和法定代表人或者主要负责人的姓名、职务、联系方式；

(1) the name, gender, age, ethnicity, occupation, employer, domicile and contact methods of the plaintiff; or the name and domicile of a legal person or any other organization and the name, title and contact methods of the legal representative or primary person in charge thereof;

（二）被告的姓名、性别、工作单位、住所等信息，法人或者其他组织的名称、住所等信息；

(2) information on the defendant, including but not limited to name, gender, employer and domicile; and information on a legal person or any other organization, including but not limited to name and domicile;

（三）诉讼请求和所根据的事实与理由；

(2) claims and supporting facts and reasons; and

（四）证据和证据来源，证人姓名和住所。

(3) evidence, sources of evidence, and names and domiciles of witnesses.

[CLI Code]CLI.1.297379(EN)

第一百二十二条　当事人起诉到人民法院的民事纠纷，适宜调解的，先行调解，但当事人拒绝调解的除外。

**Article 122** Where mediation is appropriate for the civil dispute involved in an action instituted by a party in a people's court, mediation shall be conducted first, unless the parties refuse mediation.

第一百二十三条　人民法院应当保障当事人依照法律规定享有的起诉权利。对符合本法第一百一十九条的起诉，必须受理。符合起诉条件的，应当在七日内立案，并通知当事人；不符合起诉条件的，应当在七日内作出裁定书，不予受理；原告对裁定不服的，可以提起上诉。

**Article 123** A people's court shall protect the right to sue enjoyed by a party in accordance with law. A people's court must accept an action instituted under Article 119 of this Law. A people's court shall, within seven days, docket a case which meets the conditions for instituting an action and notify the party; or issue a ruling within seven days to refuse to accept an action which fails to meet the conditions for instituting an action, and the plaintiff may appeal against the ruling.

第一百二十四条　人民法院对下列起诉，分别情形，予以处理：

**Article 124** A people's court shall handle the following actions according to different circumstances:

（一）依照行政诉讼法的规定，属于行政诉讼受案范围的，告知原告提起行政诉讼；

(1) Notifying the plaintiff to file an administrative lawsuit, if the case is within the scope of administrative lawsuits in accordance with the Administrative Litigation Law.

（二）依照法律规定，双方当事人达成书面仲裁协议申请仲裁、不得向人民法院起诉的，告知原告向仲裁机构申请仲裁；

(2) Notifying the plaintiff to apply to an arbitral institution for arbitration, if, in accordance with law, both parties shall apply for arbitration under a written arbitration agreement reached between them and are prohibited from instituting an action in a people's court.

（三）依照法律规定，应当由其他机关处理的争议，告知原告向有关机关申请解决；

(3) Notifying the plaintiff to apply to a relevant authority for settlement of a dispute, if, in accordance with law, the dispute shall be handled by other authorities.

（四）对不属于本院管辖的案件，告知原告向有管辖权的人民法院起诉；

(4) Notifying the plaintiff to institute an action in a people's court having jurisdiction, if the case is not within its jurisdiction.

（五）对判决、裁定、调解书已经发生法律效力的案件，当事人又起诉的，告知原告申请再审，但人民法院准许撤诉的裁定除外；

(5) Notifying the plaintiff to petition for retrial, except for a ruling of a people's court which allows withdrawal of an action, if a party institutes an action again for a case for which a judgment, ruling or consent judgment has come into force.

（六）依照法律规定，在一定期限内不得起诉的案件，在不得起诉的期限内起诉的，不予受理；

(6) Refusing to accept an action instituted during a period of prohibition from instituting an action, if, in accordance with law, the action shall not be instituted during a certain period.

（七）判决不准离婚和调解和好的离婚案件，判决、调解维持收养关系的案件，没有新情况、新理由，原告在六个月内又起诉的，不予受理。

(7) Refusing to accept an action instituted by the plaintiff without new developments or new reasons within six months for a divorce case where dissolution of marriage is not granted by a judgment or both parties have reconciled through mediation or for a case where an adoptive relationship is maintained by a judgment or through mediation.

第二节　审理前的准备

Section 2 Pretrial Preparations

第一百二十五条　人民法院应当在立案之日起五日内将起诉状副本发送被告，被告应当在收到之日起十五日内提出答辩状。答辩状应当记明被告的姓名、性别、年龄、民族、职业、工作单位、住所、联系方式；法人或者其他组织的名称、住所和法定代表人或者主要负责人的姓名、职务、联系方式。人民法院应当在收到答辩状之日起五日内将答辩状副本发送原告。

Article 125 A people's court shall, within five days after docketing a case, serve a copy of the written complaint on the defendant, and the defendant shall submit a written statement of defense within 15 days after receiving the complaint. The written statement of defense shall state the name, gender, age, ethnicity, occupation, employer, domicile and contact methods of the defendant; or the name and domicile of a legal person or any other organization and the name, title and contact methods of the legal representative or primary person in charge thereof. The people's court shall, within five days after receiving the written statement of defense, serve a copy

[CLI Code]CLI.1.297379(EN)



of it on the plaintiff.

被告不提出答辩状的，不影响人民法院审理。
The defendant's failure to submit a written statement of defense shall not affect the trial of the case by the people's court.

第一百二十六条　人民法院对决定受理的案件，应当在受理案件通知书和应诉通知书中向当事人告知有关的诉讼权利义务，或者口头告知。
**Article 126** After deciding to accept a case, a people's court shall notify the parties, verbally or in a notice of case acceptance or a notice of response to an action, of their relevant procedural rights and obligations.

第一百二十七条　人民法院受理案件后，当事人对管辖权有异议的，应当在提交答辩状期间提出。人民法院对当事人提出的异议，应当审查。异议成立的，裁定将案件移送有管辖权的人民法院；异议不成立的，裁定驳回。
**Article 127** Where a party raises any objection to jurisdiction after a case is accepted by a people's court, the party shall file the objection with the people's court during the period of submitting a written statement of defense. The people's court shall examine the objection. If the objection is supported, the people's court shall issue a ruling to transfer the case to the people's court having jurisdiction; or if the objection is not supported, the people's court shall issue a ruling to dismiss the objection.

当事人未提出管辖异议，并应诉答辩的，视为受诉人民法院有管辖权，但违反级别管辖和专属管辖规定的除外。
Where a party raises no objection to jurisdiction and responds to the action by submitting a written statement of defense, the people's court accepting the action shall be deemed to have jurisdiction, unless the provisions regarding hierarchical jurisdiction and exclusive jurisdiction are violated.

第一百二十八条　合议庭组成人员确定后，应当在三日内告知当事人。
**Article 128** The parties shall be notified of the composition of a collegial bench within three days after the composition is determined.

第一百二十九条　审判人员必须认真审核诉讼材料，调查收集必要的证据。
**Article 129** Judges must carefully examine case materials and investigate and collect necessary evidence.

[CLI Code]CLI.1.297379(EN)

第一百三十条　人民法院派出人员进行调查时，应当向被调查人出示证件。

**Article 130** The personnel assigned by a people's court to conduct investigation shall produce their credentials to the person under investigation.

调查笔录经被调查人校阅后，由被调查人、调查人签名或者盖章。
The investigation transcripts shall be checked by the person under investigation and be signed or sealed by the person under investigation and the investigators.

第一百三十一条　人民法院在必要时可以委托外地人民法院调查。

**Article 131** A people's court may, when necessary, entrust investigation to a people's court in a different place.

委托调查，必须提出明确的项目和要求。受委托人民法院可以主动补充调查。
The entrusting people's court must specify the investigated matters and the investigation requirements. The entrusted people's court may conduct additional investigation on its own initiative.

受委托人民法院收到委托书后，应当在三十日内完成调查。因故不能完成的，应当在上述期限内函告委托人民法院。
The entrusted people's court shall complete investigation within 30 days after receiving a letter on entrusted investigation. If the entrusted people's court is unable to complete investigation for certain reasons, it shall notify the entrusting people's court in a letter within the aforesaid period.

第一百三十二条　必须共同进行诉讼的当事人没有参加诉讼的，人民法院应当通知其参加诉讼。

**Article 132** Where a party who must participate in a joint action fails to participate in the action, the people's court shall notify the party to participate in the action.

第一百三十三条　人民法院对受理的案件，分别情形，予以处理：

**Article 133** A people's court shall handle accepted cases according to different circumstances:

（一）当事人没有争议，符合督促程序规定条件的，可以转入督促程序；
(1) Initiating the procedure for urging debt repayment at the court's discretion, if the parties are

not in dispute and the prescribed conditions are met for initiating the procedure for urging debt repayment.

（二）开庭前可以调解的，采取调解方式及时解决纠纷；

(2) Resolving disputes in a timely manner through mediation, if pre-trial mediation is allowed.

（三）根据案件情况，确定适用简易程序或者普通程序；

(3) Determining the application of summary procedure or formal procedure according to the circumstances of a case.

（四）需要开庭审理的，通过要求当事人交换证据等方式，明确争议焦点。

(4) Clarifying the focus of disputes by requiring the parties to exchange evidence and other means, if it is necessary to hold a court session.

第三节　开庭审理

Section 3 Court Trial

第一百三十四条　人民法院审理民事案件，除涉及国家秘密、个人隐私或者法律另有规定的以外，应当公开进行。

**Article 134** A people's court shall try civil cases openly, except those involving any state secret or individual privacy or as otherwise provided by law.

离婚案件，涉及商业秘密的案件，当事人申请不公开审理的，可以不公开审理。

Divorce cases and cases involving any trade secret may be tried in camera upon application of the parties.

第一百三十五条　人民法院审理民事案件，根据需要进行巡回审理，就地办案。

**Article 135** A people's court may, as needed, try civil cases in a circuit manner and on the spot.

第一百三十六条　人民法院审理民事案件，应当在开庭三日前通知当事人和其他诉讼参与人。公开审理的，应当公告当事人姓名、案由和开庭的时间、地点。

**Article 136** A people's court shall notify the parties and other litigation participants of the trial of a civil case three days before holding a court session. If the case is to be tried openly, the names of

parties, cause of action, and time and location of court session shall be published.

第一百三十七条 开庭审理前，书记员应当查明当事人和其他诉讼参与人是否到庭，宣布法庭纪律。

**Article 137** Before a court session begins, the court clerk shall check whether the parties and other litigation participants are present and announce court rules.

开庭审理时，由审判长核对当事人，宣布案由，宣布审判人员、书记员名单，告知当事人有关的诉讼权利义务，询问当事人是否提出回避申请。

When a court session begins, the presiding judge shall check the identity of each party, announce the cause of action, announce the names of judges and court clerk, notify the parties of their relevant procedural rights and obligations, and ask the parties whether they file any requests for disqualification.

第一百三十八条 法庭调查按照下列顺序进行：

**Article 138** Court investigation shall be conducted in the following order:

（一）当事人陈述；

(1) The parties each present a statement.

（二）告知证人的权利义务，证人作证，宣读未到庭的证人证言；

(2) Witnesses are notified of their rights and obligations, witnesses testify, and the statements of absent witnesses are read.

（三）出示书证、物证、视听资料和电子数据；

(3) Documentary evidence, physical evidence, audio-visual recordings, and electronic data are adduced.

（四）宣读鉴定意见；

(4) Expert opinions are read.

（五）宣读勘验笔录。

(5) Transcripts of survey are read.

第一百三十九条 当事人在法庭上可以提出新的证据。

**Article 139** The parties may adduce new evidence in court.

当事人经法庭许可，可以向证人、鉴定人、勘验人发问。

As permitted by the court, a party may question a witness, identification expert or surveyor.

当事人要求重新进行调查、鉴定或者勘验的，是否准许，由人民法院决定。

A party's request for reinvestigation, re-identification or resurvey shall be subject to the decision of the people's court.

第一百四十条　原告增加诉讼请求，被告提出反诉，第三人提出与本案有关的诉讼请求，可以合并审理。

**Article 140** The added claims of a plaintiff, the counterclaim of a defendant, and a third party's claims related to the case may be tried concurrently.

第一百四十一条　法庭辩论按照下列顺序进行：

**Article 141** Court debate shall be conducted in the following order:

（一）原告及其诉讼代理人发言；

(1) The plaintiff and the litigation representative thereof present their case.

（二）被告及其诉讼代理人答辩；

(2) The defendant and the litigation representative thereof present their arguments.

（三）第三人及其诉讼代理人发言或者答辩；

(3) A third party and the litigation representative thereof present their case or their arguments.

（四）互相辩论。

(4) Debate among the parties.

法庭辩论终结，由审判长按照原告、被告、第三人的先后顺序征询各方最后意见。

At the end of court debate, the presiding judge shall ask each side's final statement in the order of plaintiff, defendant and third party.

第一百四十二条　法庭辩论终结，应当依法作出判决。判决前能够调解的，还可以进行调解，调解不成的，应

当及时判决。

**Article 142** After the end of court debate, a judgment shall be entered in accordance with law. Where mediation is possible before a judgment is entered, mediation may be conducted; and if mediation fails, a judgment shall be entered in a timely manner.

第一百四十三条 原告经传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭的，可以按撤诉处理；被告反诉的，可以缺席判决。

**Article 143** Where a plaintiff refuses to appear in court without justifiable reasons after being summonsed or leaves the courtroom during a court session without permission from the court, the court may deem that the plaintiff has withdrawn the action; and if the defendant has filed a counterclaim, the court may enter a default judgment.

第一百四十四条 被告经传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭的，可以缺席判决。

**Article 144** Where a defendant refuses to appear in court without justifiable reasons after being summonsed or leaves the courtroom during a court session without permission from the court, the court may enter a default judgment.

第一百四十五条 宣判前，原告申请撤诉的，是否准许，由人民法院裁定。

**Article 145** Where a plaintiff requests withdrawal of the action before a judgment is pronounced, the people's court shall issue a ruling on whether to grant such a request.

人民法院裁定不准许撤诉的，原告经传票传唤，无正当理由拒不到庭的，可以缺席判决。

If the people's court decides not to grant the request and the plaintiff refuses to appear in court without justifiable reasons after being summonsed, the people's court may enter a default judgment.

第一百四十六条 有下列情形之一的，可以延期开庭审理：

**Article 146** Under any of the following circumstances, a court session may be postponed:

（一）必须到庭的当事人和其他诉讼参与人有正当理由没有到庭的；

(1) A party or any other litigation participant which must appear in court fails to appear in court for justifiable reasons.



（二）当事人临时提出回避申请的；

(2) A party files an unexpected request for disqualification.

（三）需要通知新的证人到庭，调取新的证据，重新鉴定、勘验，或者需要补充调查的；

(3) It is necessary to notify a new witness to appear in court, collect new evidence, conduct re-identification or resurvey, or conduct further investigation.

（四）其他应当延期的情形。

(4) Other circumstances requiring postponement.

第一百四十七条　书记员应当将法庭审理的全部活动记入笔录，由审判人员和书记员签名。

**Article 147** The court clerk shall record all court trial activities in transcripts, to which the judges and court clerk shall affix their signatures.

法庭笔录应当当庭宣读，也可以告知当事人和其他诉讼参与人当庭或者在五日内阅读。当事人和其他诉讼参与人认为对自己的陈述记录有遗漏或者差错的，有权申请补正。如果不予补正，应当将申请记录在案。

The court transcripts shall be read out in court, and the parties and other litigation participants may be notified to read the court transcripts in court or within five days. If the parties and other litigation participants deem that there are any omissions or errors in the court transcripts regarding their respective statements, they shall be entitled to request supplementation or correction. If no supplementation or correction is permitted, their requests shall be on record.

法庭笔录由当事人和其他诉讼参与人签名或者盖章。拒绝签名盖章的，记明情况附卷。

The parties and other litigation participants shall affix their signatures or seals to the court transcripts. The court transcripts shall record any refusals to affix signatures or seals and be attached to the case file.

第一百四十八条　人民法院对公开审理或者不公开审理的案件，一律公开宣告判决。

**Article 148** Whether a case is tried openly or in camera, a people's court shall, without exception, pronounce its judgment publicly.

当庭宣判的，应当在十日内发送判决书；定期宣判的，宣判后立即发给判决书。

If a judgment is pronounced in court, a written judgment shall be issued within ten days; or if a judgment is pronounced later on a fixed date, a written judgment shall be issued immediately after

[CLI Code]CLI.1.297379(EN)



pronouncement.

宣告判决时，必须告知当事人上诉权利、上诉期限和上诉的法院。

When a judgment is pronounced, the parties must be notified of their right to appeal, the time limit for appeal, and the appellate court.

宣告离婚判决，必须告知当事人在判决发生法律效力前不得另行结婚。

When a divorce judgment is pronounced, the parties must be notified that neither of them may marry another person before the judgment takes effect.

第一百四十九条　人民法院适用普通程序审理的案件，应当在立案之日起六个月内审结。有特殊情况需要延长的，由本院院长批准，可以延长六个月；还需要延长的，报请上级人民法院批准。

**Article 149** A people's court shall complete the trial of a case under formal procedure within six months after the case is docketed. If an extension of the period is necessary under special circumstances, the period may be extended for six months with the approval of the president of the people's court; and any further extension shall be subject to the approval of the superior of the people's court.

第四节　诉讼中止和终结

Section 4 Suspension and Termination of an Action

第一百五十条　有下列情形之一的，中止诉讼：

**Article 150** Under any of the following circumstances, an action shall be suspended:

（一）一方当事人死亡，需要等待继承人表明是否参加诉讼的；

(1) A party dies and it is necessary to wait for his or her successors to indicate whether they will participate in the action.

（二）一方当事人丧失诉讼行为能力，尚未确定法定代理人的；

(2) A party loses his or her litigation competency and his or her legal representative has not been determined.

（三）作为一方当事人的法人或者其他组织终止，尚未确定权利义务承受人的；

(3) A party which is a legal person or any other organization is terminated and the successors to

the rights and obligations of the party have not been determined.

（四）一方当事人因不可抗拒的事由，不能参加诉讼的；

(4) A party is unable to participate in the action for reasons beyond the party's control.

（五）本案必须以另一案的审理结果为依据，而另一案尚未审结的；

(5) The action must depend on the results of the trial of another case which has not been concluded.

（六）其他应当中止诉讼的情形。

(6) Other circumstances requiring suspension.

中止诉讼的原因消除后，恢复诉讼。

The action shall resume after the cause of suspension is eliminated.

第一百五十一条　有下列情形之一的，终结诉讼：

**Article 151** Under any of the following circumstances, an action shall be terminated:

（一）原告死亡，没有继承人，或者继承人放弃诉讼权利的；

(1)The plaintiff dies without successors or all of his or her successors waive their procedural rights.

（二）被告死亡，没有遗产，也没有应当承担义务的人的；

(2)The defendant dies without estate and without any person which shall assume the defendant's obligations.

（三）离婚案件一方当事人死亡的；

(3) In a divorce case, either party dies.

（四）追索赡养费、扶养费、抚育费以及解除收养关系案件的一方当事人死亡的。

(4) In a case to recover support for elderly parents, support for other adult dependants or child support or to rescind an adoptive relationship, either party dies.

第五节　判决和裁定

Section 5 Judgments and Rulings

Saved on: 07/11/2026

第一百五十二条　判决书应当写明判决结果和作出该判决的理由。判决书内容包括：

**Article 152** A written judgment shall state the results of judgment and reasons for entering the judgment. The content of a written judgment includes:

（一）案由、诉讼请求、争议的事实和理由；

(1) the cause of action, claims, facts in dispute, and reasons;

（二）判决认定的事实和理由、适用的法律和理由；

(2) the facts found and reasons and the laws applied and reasons in the judgment;

（三）判决结果和诉讼费用的负担；

(3) the results of judgment and the assumption of litigation expenses; and

（四）上诉期间和上诉的法院。

(4) the time limit for filing an appeal and the appellate court.

判决书由审判人员、书记员署名，加盖人民法院印章。

The judges and court clerk shall affix their signatures and the people's court shall affix its seal to the written judgment.

第一百五十三条　人民法院审理案件，其中一部分事实已经清楚，可以就该部分先行判决。

**Article 153** Where a portion of the facts of a case tried by a people's court has been ascertained, the people's court may first enter a judgment regarding such facts.

第一百五十四条　裁定适用于下列范围：

**Article 154** The scope of application of a ruling shall include:

（一）不予受理；

(1) Refusing to accept an action;

（二）对管辖权有异议的；

(2) Objection to jurisdiction;

[CLI Code]CLI.1.297379(EN)

（三）驳回起诉；

(3) Dismissing an action;

（四）保全和先予执行；

(4) Preservation and advance enforcement;

（五）准许或者不准许撤诉；

(5) Granting or not granting the withdrawal of an action;

（六）中止或者终结诉讼；

(6) Suspension or termination of an action;

（七）补正判决书中的笔误；

(7) Correcting typos in a written judgment;

（八）中止或者终结执行；

(8) Suspension or termination of enforcement;

（九）撤销或者不予执行仲裁裁决；

(9) revoking or not enforcing an arbitration award;

（十）不予执行公证机关赋予强制执行效力的债权文书；

(10) Refusing to enforce a debt instrument with enforceability legally granted by a notary office; and

（十一）其他需要裁定解决的事项。

(11) Other issues to be resolved by a ruling.

对前款第一项至第三项裁定，可以上诉。

A ruling in items (1) to (3) of the preceding paragraph is appealable.

裁定书应当写明裁定结果和作出该裁定的理由。裁定书由审判人员、书记员署名，加盖人民法院印章。口头裁定的，记入笔录。

[CLI Code]CLI.1.297379(EN)

A written ruling shall state the results of ruling and reasons for issuing the ruling. The judges and court clerk shall affix their signatures and the people's court shall affix its seal to a written ruling. A verbal ruling shall be recorded in transcripts.

第一百五十五条　最高人民法院的判决、裁定，以及依法不准上诉或者超过上诉期没有上诉的判决、裁定，是发生法律效力的判决、裁定。

**Article 155** The judgments and rulings of the Supreme People's Court and the judgments and rulings not appealable in accordance with law or not appealed during the prescribed time limit shall be effective judgments and rulings.

第一百五十六条　公众可以查阅发生法律效力的判决书、裁定书，但涉及国家秘密、商业秘密和个人隐私的内容除外。

**Article 156** The public may consult effective written judgments and rulings, except content involving any national secret, trade secret or individual privacy.

第十三章　简易程序

Chapter 13 Summary Procedure

第一百五十七条　基层人民法院和它派出的法庭审理事实清楚、权利义务关系明确、争议不大的简单的民事案件，适用本章规定。

**Article 157** Where a basic people's court and its detached tribunals try simple civil cases with clear facts, unambiguous rights and obligations and minor disputes, the provisions of this Chapter shall apply.

基层人民法院和它派出的法庭审理前款规定以外的民事案件，当事人双方也可以约定适用简易程序。

Where a basic people's court and its detached tribunals try civil cases other than those in the preceding paragraph, the parties may agree on the application of summary procedure.

第一百五十八条　对简单的民事案件，原告可以口头起诉。

**Article 158** In simple civil cases, the plaintiff may institute an action verbally.

当事人双方可以同时到基层人民法院或者它派出的法庭，请求解决纠纷。基层人民法院或者它派出的法庭可以当即审理，也可以另定日期审理。

Both sides may appear at the same time before a basic people's court or its detached tribunal for resolution of a dispute. The basic people's court or its detached tribunal may try the case immediately or schedule the trial for anther day.

第一百五十九条　基层人民法院和它派出的法庭审理简单的民事案件，可以用简便方式传唤当事人和证人、送达诉讼文书、审理案件，但应当保障当事人陈述意见的权利。

**Article 159** When trying simple civil cases, a basic people's court and its detached tribunals may, in simple manners, summon the parties and witnesses, serve process and try cases but shall protect the parties' right to present a statement.

第一百六十条　简单的民事案件由审判员一人独任审理，并不受本法第一百三十六条、第一百三十八条、第一百四十一条规定的限制。

**Article 160** Not subject to Articles 136, 138 and 141 of this Law, a simple civil case shall be tried by a sole judge.

第一百六十一条　人民法院适用简易程序审理案件，应当在立案之日起三个月内审结。

**Article 161** A people's court which tries a case under summary procedure shall complete the trial of the case within three months after the case is docketed.

第一百六十二条　基层人民法院和它派出的法庭审理符合本法第一百五十七条第一款规定的简单的民事案件，标的额为各省、自治区、直辖市上年度就业人员年平均工资百分之三十以下的，实行一审终审。

**Article 162** Where a basic people's court or its detached tribunal tries a simple civil case as described in paragraph 1 of Article 157 of this Law, if the amount of subject matter is lower than 30 percent of the previous year's average annual wages of workers in a province, autonomous region or municipality directly under the Central Government, the adjudication of the basic people's court or detached tribunal shall be final.

第一百六十三条　人民法院在审理过程中，发现案件不宜适用简易程序的，裁定转为普通程序。

**Article 163** A people's court which discovers during the trial of a case that the application of summary procedure is not appropriate for the case shall issue a ruling to transfer the case into formal procedure.

Saved on: 07/11/2026



第十四章　第二审程序

Chapter 14 Procedure at Second Instance

第一百六十四条　当事人不服地方人民法院第一审判决的，有权在判决书送达之日起十五日内向上一级人民法院提起上诉。

**Article 164** Against a first instance judgment of a local people's court, a party shall have the right to file an appeal with the people's court at the next higher level within 15 days from the date of service of the written judgment.

当事人不服地方人民法院第一审裁定的，有权在裁定书送达之日起十日内向上一级人民法院提起上诉。

Against a first instance ruling of a local people's court, a party shall have the right to file an appeal with the people's court at the next higher level within 10 days from the date of service of the written ruling.

第一百六十五条　上诉应当递交上诉状。上诉状的内容，应当包括当事人的姓名，法人的名称及其法定代表人的姓名或者其他组织的名称及其主要负责人的姓名；原审人民法院名称、案件的编号和案由；上诉的请求和理由。

**Article 165** An appellant shall submit a written appeal. The written appeal shall include the names of the parties which are natural persons, names of a legal person and its legal representative or names of any other organization and its primary person in charge; the name of the original trial people's court, case number and cause of action; and the claims in appeal and reasons for appeal.

第一百六十六条　上诉状应当通过原审人民法院提出，并按照对方当事人或者代表人的人数提出副本。

**Article 166** An appellant shall submit a written appeal through the original trial people's court and provide copies of it according to the number of the opposing parties or the representatives of the opposing parties.

当事人直接向第二审人民法院上诉的，第二审人民法院应当在五日内将上诉状移交原审人民法院。

Where a party appeals directly to a people's court of second instance, the people's court of second instance shall, within five days, transfer the written appeal to the original trial people's court.

第一百六十七条　原审人民法院收到上诉状，应当在五日内将上诉状副本送达对方当事人，对方当事人在收到之日起十五日内提出答辩状。人民法院应当在收到答辩状之日起五日内将副本送达上诉人。对方当事人不提出答辩状的，不影响人民法院审理。

**Article 167** The original trial people's court shall, within five days after receiving a written appeal, serve the copies of the written appeal on the opposing parties, and the opposing parties shall, within 15 days after receiving the copies, submit their written statements of defense. The original trial people's court shall, within five days after receiving the written statements of defense, serve the copies of the written statements of defense on the appellant. The trial of the case by a people's court shall not be affected by an opposing party's failure to submit a written statement of defense.

原审人民法院收到上诉状、答辩状，应当在五日内连同全部案卷和证据，报送第二审人民法院。
After receiving both the written appeal and the written statements of defense, the original trial people's court shall, within five days, transfer them along with the entire case file and evidence to the people's court of second instance.

第一百六十八条　第二审人民法院应当对上诉请求的有关事实和适用法律进行审查。
**Article 168** The people's court of second instance shall review the facts and application of law in relation to the claims in appeal.

第一百六十九条　第二审人民法院对上诉案件，应当组成合议庭，开庭审理。经过阅卷、调查和询问当事人，对没有提出新的事实、证据或者理由，合议庭认为不需要开庭审理的，可以不开庭审理。
**Article 169** The people's court of second instance shall form a collegial bench to try an appeal case in a court session. Where, after consultation of the case file, investigation and questioning of the parties, no new fact, evidence or reason is submitted, the collegial bench may decide not to hold a court session if deeming a court session unnecessary.

第二审人民法院审理上诉案件，可以在本院进行，也可以到案件发生地或者原审人民法院所在地进行。
The people's court of second instance may try an appeal case in its own courtroom or at the place where the case occurred or where the original trial people's court is located.

第一百七十条　第二审人民法院对上诉案件，经过审理，按照下列情形，分别处理：
**Article 170** After trial, the people's court of second instance shall handle appeal cases according to the following different circumstances:

（一）原判决、裁定认定事实清楚，适用法律正确的，以判决、裁定方式驳回上诉，维持原判决、裁定；
(1) Dismissing an appeal and sustaining the original judgment or ruling in the form of a judgment

or ruling, if the original judgment or ruling is clear in fact finding and correct in application of law.

（二）原判决、裁定认定事实错误或者适用法律错误的，以判决、裁定方式依法改判、撤销或者变更；

(2) Reversing, revoking or modifying the original judgment or ruling in accordance with law in the form of a judgment or ruling, if the original judgment or ruling is erroneous in fact finding or application of law.

（三）原判决认定基本事实不清的，裁定撤销原判决，发回原审人民法院重审，或者查清事实后改判；

(3) Issuing a ruling to revoke the original judgment and remand the case to the original trial people's court for retrial or reversing the original judgment after ascertaining facts, if the original judgment is unclear in finding the basic facts.

（四）原判决遗漏当事人或者违法缺席判决等严重违反法定程序的，裁定撤销原判决，发回原审人民法院重审。

(4) Issuing a ruling to revoke the original judgment and remand the case to the original trial people's court, if the original judgment seriously violates statutory procedures, such as omitting a party or illegally entering a default judgment.

原审人民法院对发回重审的案件作出判决后，当事人提起上诉的，第二审人民法院不得再次发回重审。

Where, after the original trial people's court enters a judgment for a case remanded for retrial, a party appeals the judgment, the people's court of second instance shall not remand the case again for retrial.

第一百七十一条　第二审人民法院对不服第一审人民法院裁定的上诉案件的处理，一律使用裁定。

**Article 171** The people's court of second instance shall, without exception, issue a ruling after trial of an appeal against a ruling of the people's court of first instance.

第一百七十二条　第二审人民法院审理上诉案件，可以进行调解。调解达成协议，应当制作调解书，由审判人员、书记员署名，加盖人民法院印章。调解书送达后，原审人民法院的判决即视为撤销。

**Article 172** When trying an appeal case, the people's court of second instance may conduct mediation. If a mediation agreement is reached, a consent judgment shall be prepared, to which the judges and court clerk shall affix their signatures and the people's court shall affix its seal. Upon service of the consent judgment, the judgment of the original trial people's court shall be deemed revoked.

Saved on: 07/11/2026

第一百七十三条    第二审人民法院判决宣告前，上诉人申请撤回上诉的，是否准许，由第二审人民法院裁定。

**Article 173** Where an appellant requests withdrawal of its appeal before the people's court of second instance pronounces its judgment, the people's court of second instance shall issue a ruling on whether to grant such a request.

第一百七十四条    第二审人民法院审理上诉案件，除依照本章规定外，适用第一审普通程序。

**Article 174** Subject to the provisions of this Chapter, a people's court of second instance shall try appeal cases under the formal procedure at first instance.

第一百七十五条    第二审人民法院的判决、裁定，是终审的判决、裁定。

**Article 175** The judgments and rulings of a people's court of second instance shall be final.

第一百七十六条    人民法院审理对判决的上诉案件，应当在第二审立案之日起三个月内审结。有特殊情况需要延长的，由本院院长批准。

**Article 176** A people's court shall complete the trial of an appeal case against a judgment within three months after the appeal is docketed. Any extension of the aforesaid period under special circumstances shall be subject to the approval of the president of the people's court.

人民法院审理对裁定的上诉案件，应当在第二审立案之日起三十日内作出终审裁定。

A people's court shall issue a final ruling for an appeal case against a ruling within 30 days after the appeal is docketed.

第十五章    特别程序

Chapter 15 Special Procedures

第一节    一般规定

Section 1 General Provisions

第一百七十七条    人民法院审理选民资格案件、宣告失踪或者宣告死亡案件、认定公民无民事行为能力或者限制民事行为能力案件、认定财产无主案件、确认调解协议案件和实现担保物权案件，适用本章规定。本章没有规定的，适用本法和其他法律的有关规定。

**Article 177** The people's courts shall try voter eligibility cases, missing person declaration and

death declaration cases, cases of determining civil incompetency or limited civil competency of citizens, cases of determining unclaimed property, cases of confirming mediation agreements and cases of security interest realization in accordance with the provisions of this Chapter. Where this Chapter is silent, the relevant provisions of this Law and other laws shall apply.

第一百七十八条 依照本章程序审理的案件，实行一审终审。选民资格案件或者重大、疑难的案件，由审判员组成合议庭审理；其他案件由审判员一人独任审理。

**Article 178** For cases tried under procedures in this Chapter, the trial results are not appealable. A collegial bench consisting of judges only shall be formed to try a voter eligibility case or a significant or difficult case; and any other case shall be tried by a sole judge.

第一百七十九条 人民法院在依照本章程序审理案件的过程中，发现本案属于民事权益争议的，应当裁定终结特别程序，并告知利害关系人可以另行起诉。

**Article 179** A people's court which discovers during the trial of a case under a procedure in this Chapter that the case involves a dispute over civil rights and interests shall issue a ruling to terminate the special procedure and notify the interested parties that they may institute a separate action.

第一百八十条 人民法院适用特别程序审理的案件，应当在立案之日起三十日内或者公告期满后三十日内审结。有特殊情况需要延长的，由本院院长批准。但审理选民资格的案件除外。

**Article 180** A people's court shall complete the trial of a case under a special procedure within 30 days after the case is docketed or within 30 days after the period of public announcement expires. Any extension of the aforesaid trial period under special circumstances shall be subject to the approval of the president of the people's court. This article is not applicable to the trial of voter eligibility cases.

第二节 选民资格案件

Section 2 Voter Eligibility Cases

第一百八十一条 公民不服选举委员会对选民资格的申诉所作的处理决定，可以在选举日的五日以前向选区所在地基层人民法院起诉。

**Article 181** Against an election committee's decision on a petition regarding voter eligibility, a citizen may, five days before the election day, institute an action in the basic people's court at the

place where the electoral district is located.

第一百八十二条　人民法院受理选民资格案件后，必须在选举日前审结。

**Article 182** After accepting a voter eligibility case, a people's court must complete the trial of the case before the election day.

审理时，起诉人、选举委员会的代表和有关公民必须参加。

The plaintiff, the representative of the election committee and the relevant citizen must participate in the trial.

人民法院的判决书，应当在选举日前送达选举委员会和起诉人，并通知有关公民。

The written judgment of the people's court shall be served on the election committee and the plaintiff before the election day, and the relevant citizen shall be notified.

第三节　宣告失踪、宣告死亡案件

Section 3 Missing Person Declaration and Death Declaration Cases

第一百八十三条　公民下落不明满二年，利害关系人申请宣告其失踪的，向下落不明人住所地基层人民法院提出。

**Article 183** Where the whereabouts of a citizen has been unknown for two years and an interested party applies for declaration of the citizen to be missing, the application shall be filed with the basic people's court at the place of domicile of the citizen whose whereabouts is unknown.

申请书应当写明失踪的事实、时间和请求，并附有公安机关或者其他有关机关关于该公民下落不明的书面证明。

The written application shall state the fact and time of disappearance and claims, to which a written certificate issued by a public security authority or any other relevant authority regarding the fact that citizen's whereabouts is unknown shall be attached.

第一百八十四条　公民下落不明满四年，或者因意外事故下落不明满二年，或者因意外事故下落不明，经有关机关证明该公民不可能生存，利害关系人申请宣告其死亡的，向下落不明人住所地基层人民法院提出。

**Article 184** Where the whereabouts of a citizen has been unknown for four years, has been unknown for involvement in an accident for two years, or has been unknown for involvement in an accident which the citizen cannot survive according to a certificate issued by a relevant authority,

if an interested party applies for declaration of the citizen to be dead, the application shall be filed with the basic people's court at the place of domicile of the citizen whose whereabouts is unknown.

申请书应当写明下落不明的事实、时间和请求，并附有公安机关或者其他有关机关关于该公民下落不明的书面证明。

The written application shall state the fact and time of the citizen's whereabouts being unknown and claims, to which a written certificate issued by a public security authority or any other relevant authority regarding the fact that the citizen's whereabouts is known shall be attached.

第一百八十五条　人民法院受理宣告失踪、宣告死亡案件后，应当发出寻找下落不明人的公告。宣告失踪的公告期间为三个月，宣告死亡的公告期间为一年。因意外事故下落不明，经有关机关证明该公民不可能生存的，宣告死亡的公告期间为三个月。

**Article 185** After accepting a missing person declaration or death declaration case, a people's court shall issue a public announcement to search for the missing person. The period of public announcement for declaring a person to be missing shall be three months, and the period of public announcement for declaring a person to be dead shall be one year. Where a citizen's whereabouts has been unknown for his or her involvement in an accident which the citizen cannot survive according to a certificate issued by a relevant authority, the period of public announcement for declaring the citizen to be dead shall be three months.

公告期间届满，人民法院应当根据被宣告失踪、宣告死亡的事实是否得到确认，作出宣告失踪、宣告死亡的判决或者驳回申请的判决。

Upon expiration of the aforesaid period of public announcement, the people's court shall, according to whether the missing or death of the citizen to be declared has been confirmed as a fact, enter a judgment to declare that the person is missing or dead or enter a judgment to dismiss the application.

第一百八十六条　被宣告失踪、宣告死亡的公民重新出现，经本人或者利害关系人申请，人民法院应当作出新判决，撤销原判决。

**Article 186** Where a citizen who has been declared to be missing or dead reappears, the people's court shall, upon application of the citizen or an interested party, enter a new judgment to revoke the original one.

第四节　认定公民无民事行为能力、限制民事行为能力案件

[CLI Code]CLI.1.297379(EN)

Section 4 Cases of Determining Civil Incompetency or Limited Civil Competency of Citizens

第一百八十七条　申请认定公民无民事行为能力或者限制民事行为能力，由其近亲属或者其他利害关系人向该公民住所地基层人民法院提出。

**Article 187** For the determination of a citizen's civil incompetency or limited civil competency, an application shall be filed by a close relative of the citizen or any other interested party with the basic people's court at the place of domicile of the citizen.

申请书应当写明该公民无民事行为能力或者限制民事行为能力的事实和根据。

The written application shall state the facts and basis regarding the citizen's civil incompetency or limited civil competency.

第一百八十八条　人民法院受理申请后，必要时应当对被请求认定为无民事行为能力或者限制民事行为能力的公民进行鉴定。申请人已提供鉴定意见的，应当对鉴定意见进行审查。

**Article 188** After accepting an application, a people's court shall, when necessary, conduct identification of the citizen's civil incompetency or limited civil competency to be determined upon application. If the applicant has provided an expert opinion, the people's court shall examine the expert opinion.

第一百八十九条　人民法院审理认定公民无民事行为能力或者限制民事行为能力的案件，应当由该公民的近亲属为代理人，但申请人除外。近亲属互相推诿的，由人民法院指定其中一人为代理人。该公民健康情况许可的，还应当询问本人的意见。

**Article 189** Where a people's court tries a case of determining a citizen's civil incompetency or limited civil competency, a close relative, other than the applicant, of the citizen shall serve as the citizen's representative. If the close relatives of the citizen shift their duty of representation onto each other, the people's court shall specify one of them as the representative of the citizen. If the citizen's health status allows, the people's court shall also solicit the opinion of the citizen.

人民法院经审理认定申请有事实根据的，判决该公民为无民事行为能力或者限制民事行为能力人；认定申请没有事实根据的，应当判决予以驳回。

If, upon trial, the people's court holds that the application is supported by facts, it shall enter a judgment to determine that the citizen is a person without civil competency or with limited civil competency; otherwise, it shall enter a judgment to dismiss the application.

第一百九十条　人民法院根据被认定为无民事行为能力人、限制民事行为能力人或者他的监护人的申请，证实该公民无民事行为能力或者限制民事行为能力的原因已经消除的，应当作出新判决，撤销原判决。

**Article 190** Upon application of a person who has been determined as a person without civil competency or with limited civil competency or application of his or her guardian, a people's court shall enter a new judgment to revoke the original one if it is evidenced that the cause of the person's civil incompetency or limited civil competency has been eliminated.

第五节　认定财产无主案件

Section 5 Cases of Determining Unclaimed Property

第一百九十一条　申请认定财产无主，由公民、法人或者其他组织向财产所在地基层人民法院提出。

**Article 191** For the determination of unclaimed property, a citizen, a legal person or any other organization shall file an application with the basic people's court at the place where the property is located.

申请书应当写明财产的种类、数量以及要求认定财产无主的根据。

The written application shall state the kind and quantity of property and the grounds for requesting determination of unclaimed property.

第一百九十二条　人民法院受理申请后，经审查核实，应当发出财产认领公告。公告满一年无人认领的，判决认定财产无主，收归国家或者集体所有。

**Article 192** After accepting an application, the people's court shall conduct examination and verification and issue a public announcement on claiming the property. If no one claims the property upon one year from the date of public announcement, the people's court shall enter a judgment to determine that the property is unclaimed property and therefore owned by the state or a collective.

第一百九十三条　判决认定财产无主后，原财产所有人或者继承人出现，在民法通则规定的诉讼时效期间可以对财产提出请求，人民法院审查属实后，应当作出新判决，撤销原判决。

**Article 193** Where, after any property is determined as unclaimed property in a judgment, the original owner of the property or the successor thereto appears, the original owner or successor may claim the property within the time limitation prescribed in the General Principles of Civil Law,

the people's court shall, after examination and verification, enter a new judgment to revoke the original one.

## 第六节　确认调解协议案件

## Section 6 Cases of Confirming Mediation Agreements

**第一百九十四条**　申请司法确认调解协议，由双方当事人依照人民调解法等法律，自调解协议生效之日起三十日内，共同向调解组织所在地基层人民法院提出。

**Article 194** To apply for judicial confirmation of a mediation agreement, both parties to the mediation agreement shall, in accordance with the People's Mediation Law and other laws, jointly file an application with the basic people's court of the place where the mediation organization is located within 30 days from the effective date of the mediation agreement.

**第一百九十五条**　人民法院受理申请后，经审查，符合法律规定的，裁定调解协议有效，一方当事人拒绝履行或者未全部履行的，对方当事人可以向人民法院申请执行；不符合法律规定的，裁定驳回申请，当事人可以通过调解方式变更原调解协议或者达成新的调解协议，也可以向人民法院提起诉讼。

**Article 195** After accepting an application, if the application complies with legal provisions upon examination, the people's court shall issue a ruling to affirm the validity of the mediation agreement, and if one party refuses to perform or fails to fully perform the mediation agreement, the opposing party may apply for enforcement to the people's court; or if the application does not comply with legal provisions upon examination, the people's court shall issue a ruling to dismiss the application, and the parties may, through mediation, modify the mediation agreement or reach a new mediation agreement and may also institute an action in a people's court.

## 第七节　实现担保物权案件

## Section 7 Cases of Security Interest Realization

**第一百九十六条**　申请实现担保物权，由担保物权人以及其他有权请求实现担保物权的人依照物权法等法律，向担保财产所在地或者担保物权登记地基层人民法院提出。

**Article 196** To apply for realization of a security interest, the security interest holder or any other party entitled to request realization of the security interest shall, in accordance with the Property Law and other laws, file an application with the basic people's court at the place where the property posted as security is located or at the place of registration of the security interest.

[CLI Code]CLI.1.297379(EN)

第一百九十七条　人民法院受理申请后，经审查，符合法律规定的，裁定拍卖、变卖担保财产，当事人依据该裁定可以向人民法院申请执行；不符合法律规定的，裁定驳回申请，当事人可以向人民法院提起诉讼。

**Article 197** After accepting an application, if the application complies with legal provisions upon examination, the people's court shall issue a ruling to auction or sell the property posted as security, and the parties may, based on the ruling, apply for enforcement to the people's court; or if the application does not comply with legal provisions, the people's court shall issue a ruling to dismiss the application, and the party may institute an action in a people's court.

第十六章　审判监督程序

Chapter 16 Trial Supervision Procedure

第一百九十八条　各级人民法院院长对本院已经发生法律效力的判决、裁定、调解书，发现确有错误，认为需要再审的，应当提交审判委员会讨论决定。

**Article 198** Where the president of a people's court at any level discovers any error in any effective judgment, ruling or consent judgment of the court and deems a retrial necessary, the president shall submit it to the judicial committee for deliberation and decision.

最高人民法院对地方各级人民法院已经发生法律效力的判决、裁定、调解书，上级人民法院对下级人民法院已经发生法律效力的判决、裁定、调解书，发现确有错误的，有权提审或者指令下级人民法院再审。

Where the Supreme People's Court discovers any error in any effective judgment, ruling or consent judgment of a local people's court at any level or a people's court at a higher level discovers any error in any effective judgment, ruling or consent judgment of a people's court at a lower level, the Supreme People's Court or the court at a higher level shall have the power to directly retry the case or specify a people's court at a lower level to retry the case.

第一百九十九条　当事人对已经发生法律效力的判决、裁定，认为有错误的，可以向上一级人民法院申请再审；当事人一方人数众多或者当事人双方为公民的案件，也可以向原审人民法院申请再审。当事人申请再审的，不停止判决、裁定的执行。

**Article 199** A party which deems that an effective judgment or ruling is erroneous may file a petition for retrial with the people's court at the next higher level; and if the parties on one side are numerous or the parties on both sides are citizens, the parties may file a petition for retrial with the original trial people's court. Where a party files a petition for retrial, the execution of the judgment

or ruling shall not be discontinued.

第二百条　当事人的申请符合下列情形之一的，人民法院应当再审：

**Article 200** Where a petition for retrial filed by a party falls under any of the following circumstances, the people's court shall conduct a retrial:

（一）有新的证据，足以推翻原判决、裁定的；

(1) There is any new evidence which suffices to overturn the original judgment or ruling.

（二）原判决、裁定认定的基本事实缺乏证据证明的；

(2) The basic facts found in the original judgment or ruling are not evidenced.

（三）原判决、裁定认定事实的主要证据是伪造的；

(3) The primary evidence admitted in the original judgment or ruling for finding facts is forged.

（四）原判决、裁定认定事实的主要证据未经质证的；

(4) The primary evidence admitted in the original judgment or ruling for finding facts has not been cross-examined.

（五）对审理案件需要的主要证据，当事人因客观原因不能自行收集，书面申请人民法院调查收集，人民法院未调查收集的；

(5) For objective reasons, a party is unable to gather any primary evidence necessary for the trial of a case and applies in writing for the people's court to investigate and gather the evidence, but the people's court has not investigated and gathered the evidence.

（六）原判决、裁定适用法律确有错误的；

(6) There is any erroneous application of law in the original judgment or ruling.

（七）审判组织的组成不合法或者依法应当回避的审判人员没有回避的；

(7) The composition of the trial organization is illegal or any judge who shall be disqualified in accordance with law fails to be disqualified.

（八）无诉讼行为能力人未经法定代理人代为诉讼或者应当参加诉讼的当事人，因不能归责于本人或者其诉讼代理人的事由，未参加诉讼的；



(8) The legal representative of a person without competency to participate in the action fails to participate in the action on behalf of the person or a party which shall participate in the action fails to participate in the action, which is not attributable to the fault of the party or the litigation representative thereof.

（九）违反法律规定，剥夺当事人辩论权利的；

(9) A party's right to debate is illegally denied.

（十）未经传票传唤，缺席判决的；

(10) A default judgment is entered against a party which has not been summonsed.

（十一）原判决、裁定遗漏或者超出诉讼请求的；

(11) The original judgment or ruling has omitted any claims or exceeded the claims of the parties.

（十二）据以作出原判决、裁定的法律文书被撤销或者变更的；

(12) The legal instrument on which the original judgment or ruling is based has been revoked or modified.

（十三）审判人员审理该案件时有贪污受贿，徇私舞弊，枉法裁判行为的。

(13) When trying the case, a judge commits embezzlement, accepts bribes, practices favoritism for personal gains, or adjudicates by bending the law.

第二百零一条　当事人对已经发生法律效力的调解书，提出证据证明调解违反自愿原则或者调解协议的内容违反法律的，可以申请再审。经人民法院审查属实的，应当再审。

**Article 201** Where, against an effective consent judgment, a party adduces any evidence that the mediation has violated the principle of free will of the parties or any content of the mediation agreement has violated law, the party may petition for retrial. The people's court shall, upon examination and verification, conduct a retrial.

第二百零二条　当事人对已经发生法律效力的解除婚姻关系的判决、调解书，不得申请再审。

**Article 202** A party shall not file a petition for retrial against an effective judgment or consent judgment which dissolves a marital relationship.

第二百零三条　当事人申请再审的，应当提交再审申请书等材料。人民法院应当自收到再审申请书之日起五日

内将再审申请书副本发送对方当事人。对方当事人应当自收到再审申请书副本之日起十五日内提交书面意见；不提交书面意见的，不影响人民法院审查。人民法院可以要求申请人和对方当事人补充有关材料，询问有关事项。

**Article 203** A party which petitions for retrial shall submit a written retrial petition and other materials. The people's court shall, within five days after receiving the written retrial petition, serve the copies of the written retrial petition on the opposing parties. The opposing parties shall submit their written opinions within 15 days after receiving the copies of the written retrial petition; and any opposing party's failure to submit a written opinion shall not affect the examination of the petition by the people's court. The people's court may require the petitioner and the opposing parties to provide relevant supplements and may question them on relevant matters.

第二百零四条　人民法院应当自收到再审申请书之日起三个月内审查，符合本法规定的，裁定再审；不符合本法规定的，裁定驳回申请。有特殊情况需要延长的，由本院院长批准。

**Article 204** A people's court shall, within three months after receiving a written retrial petition, examine the petition and, if the petition complies with the provisions of this Law, issue a ruling to retry the case; or if the petition does not comply with the provisions of this Law, issue a ruling to dismiss the petition. Where, under special circumstances, an extension of the aforesaid period is necessary, the extension shall be subject to the approval of the president of the people's court.

因当事人申请裁定再审的案件由中级人民法院以上的人民法院审理，但当事人依照本法第一百九十九条的规定选择向基层人民法院申请再审的除外。最高人民法院、高级人民法院裁定再审的案件，由本院再审或者交其他人民法院再审，也可以交原审人民法院再审。

A case to be retried according to a ruling issued upon petition of a party shall be retried by a people's court at or above the level of an intermediate people's court, except a case to be retried by a basic people's court upon petition as chosen by the parties under Article 199 of this Law. A case to be retried according to a ruling issued by the Supreme People's Court or a higher people's court shall be retried by the court issuing the ruling, and the court issuing the ruling may transfer the case to any other people's court including the original trial people's court for retrial.

第二百零五条　当事人申请再审，应当在判决、裁定发生法律效力后六个月内提出；有本法第二百条第一项、第三项、第十二项、第十三项规定情形的，自知道或者应当知道之日起六个月内提出。

**Article 205** A party which petitions for retrial shall file a petition for retrial within six months from the effective date of a judgment or ruling; or under the circumstances of item (1), (3), (12) or (13) of Article 200 of this Law, file a petition for retrial within six months from the day when the party

[CLI Code]CLI.1.297379(EN)

knows or should have known.

第二百零六条　按照审判监督程序决定再审的案件，裁定中止原判决、裁定、调解书的执行，但追索赡养费、扶养费、抚育费、抚恤金、医疗费用、劳动报酬等案件，可以不中止执行。

Article 206 For a case retried according to a decision made under the trial supervision procedure, a ruling shall be issued to suspend the execution of the original judgment, ruling or consent judgment, but suspension of execution is not required for cases to recover support for elderly parents, support for other adult dependants, child support, consolation money, medical expenses, and labor remuneration, among others.

第二百零七条　人民法院按照审判监督程序再审的案件，发生法律效力的判决、裁定是由第一审法院作出的，按照第一审程序审理，所作的判决、裁定，当事人可以上诉；发生法律效力的判决、裁定是由第二审法院作出的，按照第二审程序审理，所作的判决、裁定，是发生法律效力的判决、裁定；上级人民法院按照审判监督程序提审的，按照第二审程序审理，所作的判决、裁定是发生法律效力的判决、裁定。

Article 207 For a case to be retried by a people's court under the trial supervision procedure, if the effective judgment or ruling was entered by a court of first instance, the people's court shall retry the case under the procedure at first instance, and the judgment or ruling entered by the people's court is appealable; if the effective judgment or ruling was entered by a court of second instance, the people's court shall retry the case under the procedure at second instance, and the judgment or ruling entered by the people's court shall be immediately effective; or if the case is directly retried by a people's court at a higher level, the people's court at a higher level shall retry the case under the procedure at second instance, and the judgment or ruling entered by the people's court at a higher level shall be immediately effective.

人民法院审理再审案件，应当另行组成合议庭。
A people's court shall form a new collegial bench to retry a case.

第二百零八条　最高人民检察院对各级人民法院已经发生法律效力的判决、裁定，上级人民检察院对下级人民法院已经发生法律效力的判决、裁定，发现有本法第二百条规定情形之一的，或者发现调解书损害国家利益、社会公共利益的，应当提出抗诉。

Article 208 Where the Supreme People's Procuratorate discovers that any effective judgment or ruling of a people's court at any level falls under any of the circumstances set out in Article 200 of this Law or any effective consent judgment thereof causes any damage to the national interest or

public interest, or a people's procuratorate at a higher level discovers that any effective judgment or ruling of a people's court at a lower level falls under any of the circumstances set out in Article 200 of this Law or any effective consent judgment thereof causes any damage to the national interest or public interest, the Supreme People's Procuratorate or the people's procuratorate at a higher level shall file an appeal.

地方各级人民检察院对同级人民法院已经发生法律效力的判决、裁定，发现有本法第二百条规定情形之一的，或者发现调解书损害国家利益、社会公共利益的，可以向同级人民法院提出检察建议，并报上级人民检察院备案；也可以提请上级人民检察院向同级人民法院提出抗诉。

Where a local people's procuratorate at any level discovers that any effective judgment or ruling of a people's court at the same level falls under any of the circumstances set out in Article 200 of this Law or discovers that any consent judgment thereof causes any damage to the national interest or public interest, the people's procuratorate may offer procuratorial recommendations to the people's court at the same level and file a report with the people's procuratorate at the next higher level; and may also request the people's procuratorate at the next higher level to file an appeal with the people's court at the corresponding level.

各级人民检察院对审判监督程序以外的其他审判程序中审判人员的违法行为，有权向同级人民法院提出检察建议。

A people's procuratorate at any level shall have the authority to offer procuratorial recommendations to the people's court at the same level regarding violations of law by judges in trial procedures other than the trial supervision procedure.

第二百零九条　有下列情形之一的，当事人可以向人民检察院申请检察建议或者抗诉：

Article 209 Under any of following circumstances, a party may apply to a people's procuratorate for procuratorial recommendations or appeal:

（一）人民法院驳回再审申请的；

(1) A people's court dismisses a petition for retrial.

（二）人民法院逾期未对再审申请作出裁定的；

(2) A people's court fails to issue a ruling regarding a petition for retrial within the prescribed time limit.

（三）再审判决、裁定有明显错误的。

(3) The judgment or ruling entered after retrial is clearly erroneous.

人民检察院对当事人的申请应当在三个月内进行审查，作出提出或者不予提出检察建议或者抗诉的决定。当事人不得再次向人民检察院申请检察建议或者抗诉。

The people's procuratorate shall, within three months, examine the party's application and make a decision to offer or not to offer procuratorial recommendations or a decision to file or not to file an appeal. The party shall not apply again to the people's procuratorate for offering procuratorial recommendations or filing an appeal.

第二百一十条　人民检察院因履行法律监督职责提出检察建议或者抗诉的需要，可以向当事人或者案外人调查核实有关情况。

**Article 210** A people's procuratorate may, as necessary for offering procuratorial recommendations or filing an appeal to perform its duty of legal supervision, investigate and verify relevant information from the parties or those who are not parties to a case.

第二百一十一条　人民检察院提出抗诉的案件，接受抗诉的人民法院应当自收到抗诉书之日起三十日内作出再审的裁定；有本法第二百条第一项至第五项规定情形之一的，可以交下一级人民法院再审，但经该下一级人民法院再审的除外。

**Article 211** For a case where a people's procuratorate files an appeal, the people's court accepting the appeal shall issue a ruling on retrial within 30 days after receiving the written appeal; and under any of the circumstances set out in items (1) to (5) of Article 200 of this Law, may transfer the case to the people's court at the next lower level for retrial unless the case has been retried by the people's court at the next lower level.

第二百一十二条　人民检察院决定对人民法院的判决、裁定、调解书提出抗诉的，应当制作抗诉书。

**Article 212** A people's procuratorate which files an appeal against a judgment, ruling or consent judgment of a people's court shall prepare a written appeal.

第二百一十三条　人民检察院提出抗诉的案件，人民法院再审时，应当通知人民检察院派员出席法庭。

**Article 213** When a people's court retries a case upon appeal of a people's procuratorate, the people's court shall notify the people's procuratorate to send personnel to be present in court.

第十七章　督促程序

[CLI Code]CLI.1.297379(EN)

Chapter 17 Procedure for Urging Debt Repayment

第二百一十四条　债权人请求债务人给付金钱、有价证券，符合下列条件的，可以向有管辖权的基层人民法院申请支付令：

**Article 214** A creditor which requests a debtor to repay money or negotiable securities may apply to the basic people's court having jurisdiction to issue an order for payment if the following conditions are met:

（一）债权人与债务人没有其他债务纠纷的；

(1) There are no other debt disputes between the creditor and the debtor.

（二）支付令能够送达债务人的。

(2) The order for payment can be served on the debtor.

申请书应当写明请求给付金钱或者有价证券的数量和所根据的事实、证据。

The creditor's written application shall state the amount of money or negotiable securities to be repaid and the facts and evidence on which the application is based.

第二百一十五条　债权人提出申请后，人民法院应当在五日内通知债权人是否受理。

**Article 215** After a creditor files an application, the people's court shall, within five days, notify the creditor whether the application is accepted.

第二百一十六条　人民法院受理申请后，经审查债权人提供的事实、证据，对债权债务关系明确、合法的，应当在受理之日起十五日内向债务人发出支付令；申请不成立的，裁定予以驳回。

**Article 216** After accepting an application, the people's court shall examine the facts and evidence provided by the creditor and, if the creditor-debtor relationship is clear and legal, issue an order for payment to the debtor within 15 days after accepting the application; or if the application is not supported, issue a ruling to dismiss the application.

债务人应当自收到支付令之日起十五日内清偿债务，或者向人民法院提出书面异议。

The debtor shall, within 15 days after receiving the order for payment, repay the debt or submit a written objection to the people's court.

债务人在前款规定的期间不提出异议又不履行支付令的，债权人可以向人民法院申请执行。

If the debtor has neither submitted an objection nor complied with the order for payment during the period prescribed in the preceding paragraph, the creditor may apply to the people's court for enforcement of the order for payment.

第二百一十七条　人民法院收到债务人提出的书面异议后，经审查，异议成立的，应当裁定终结督促程序，支付令自行失效。

**Article 217** After receiving a written objection from a debtor, if the objection is supported upon examination, a people's court shall issue a ruling to terminate the procedure for urging debt repayment, and the order for payment shall be automatically invalidated.

支付令失效的，转入诉讼程序，但申请支付令的一方当事人不同意提起诉讼的除外。

Where an order for payment is invalidated, the litigation procedure shall be initiated, unless the party applying for the order for payment disagrees to institute an action.

第十八章　公示催告程序

Chapter 18 Procedure for Announcement to Urge Declaration of Claims

第二百一十八条　按照规定可以背书转让的票据持有人，因票据被盗、遗失或者灭失，可以向票据支付地的基层人民法院申请公示催告。依照法律规定可以申请公示催告的其他事项，适用本章规定。

**Article 218** The holder of an instrument negotiable by endorsement according to the relevant provisions may, if the instrument is stolen, lost or extinguished, apply to the basic people's court at the place of payment of the instrument for an announcement to urge declaration of claims. The provisions of this Chapter shall also apply to other matters regarding which an announcement to urge declaration of claims may be applied for according to legal provisions.

申请人应当向人民法院递交申请书，写明票面金额、发票人、持票人、背书人等票据主要内容和申请的理由、事实。

The applicant shall file a written application with the people's court, which shall state the main content of the instrument, such as the face value, issuer, holder and endorser, as well as the grounds and facts for the application.

第二百一十九条　人民法院决定受理申请，应当同时通知支付人停止支付，并在三日内发出公告，催促利害关

系人申报权利。公示催告的期间，由人民法院根据情况决定，但不得少于六十日。

**Article 219** Where a people's court decides to accept an application, the people's court shall, at the same time, notify the drawee to stop payment and, within three days, issue an announcement to urge interested parties to declare their claims. The period of declaration of claims shall be decided by a people's court according to the specific circumstances but shall not be less than sixty days.

第二百二十条　支付人收到人民法院停止支付的通知，应当停止支付，至公示催告程序终结。

**Article 220** The drawee shall, upon receiving a notice of stopping payment from a people's court, stop payment until the termination of the procedure for announcement to urge declaration of claims.

公示催告期间，转让票据权利的行为无效。

During the period of declaration of claims, any transfer of rights under the instrument shall be void.

第二百二十一条　利害关系人应当在公示催告期间向人民法院申报。

**Article 221** Interested parties shall declare their claims to the people's court during the period of declaration of claims.

人民法院收到利害关系人的申报后，应当裁定终结公示催告程序，并通知申请人和支付人。

After receiving claims from interested parties, the people's court shall issue a ruling to terminate the procedure for announcement to urge declaration of claims and notify the applicant and the drawee.

申请人或者申报人可以向人民法院起诉。

The applicant or a claimant may institute an action in the people's court.

第二百二十二条　没有人申报的，人民法院应当根据申请人的申请，作出判决，宣告票据无效。判决应当公告，并通知支付人。自判决公告之日起，申请人有权向支付人请求支付。

**Article 222** Where no one declares a claim, the people's court shall enter a judgment according to the application to declare the instrument to be void. The judgment shall be publicly announced, and the drawee shall be notified. From the date of announcement of the judgment, the applicant shall be entitled to require payment from the drawee.

[CLI Code]CLI.1.297379(EN)

第二百二十三条　利害关系人因正当理由不能在判决前向人民法院申报的，自知道或者应当知道判决公告之日起一年内，可以向作出判决的人民法院起诉。

**Article 223** Where, for any justifiable reasons, any interested party is unable to declare its claims to the people's court before a judgment is entered, the interested party may, within one year from the day when the interested party knows or should have known the public announcement of the judgment, institute an action in the people's court which entered the judgment.

第三编　执行程序

Part Three Enforcement Procedure

第十九章　一般规定

Chapter 19 General Provisions

第二百二十四条　发生法律效力的民事判决、裁定，以及刑事判决、裁定中的财产部分，由第一审人民法院或者与第一审人民法院同级的被执行的财产所在地人民法院执行。

**Article 224** An effective civil judgment or ruling or the property portion of a criminal judgment or ruling shall be enforced by the people's court of first instance or the people's court at the same level as the people's court of first instance at the place where the property under enforcement is located.

法律规定由人民法院执行的其他法律文书，由被执行人住所地或者被执行的财产所在地人民法院执行。

Other legal instruments enforced by a people's court as prescribed by law shall be enforced by the people's court at the place of domicile of the party against whom enforcement is sought or at the place where the property under enforcement is located.

第二百二十五条　当事人、利害关系人认为执行行为违反法律规定的，可以向负责执行的人民法院提出书面异议。当事人、利害关系人提出书面异议的，人民法院应当自收到书面异议之日起十五日内审查，理由成立的，裁定撤销或者改正；理由不成立的，裁定驳回。当事人、利害关系人对裁定不服的，可以自裁定送达之日起十日内向上一级人民法院申请复议。

**Article 225** Where a party or an interested party deems that enforcement has violated any legal provisions, the party or interested party may file a written objection with the people's court in charge of enforcement. Where a party or an interested party files a written objection, the people's

Saved on: 07/11/2026

[CLI Code]CLI.1.297379(EN)

court shall examine the written objection within 15 days after receiving it and, if the objection is supported, issue a ruling to revoke or correct enforcement; or if the objection is not supported, issue a ruling to dismiss the objection. Against such a ruling, the party or interested party may apply for reconsideration to the people's court at the next higher level within ten days after the ruling is served.

第二百二十六条　人民法院自收到申请执行书之日起超过六个月未执行的，申请执行人可以向上一级人民法院申请执行。上一级人民法院经审查，可以责令原人民法院在一定期限内执行，也可以决定由本院执行或者指令其他人民法院执行。

**Article 226** Where a people's court fails to conduct enforcement within six months after receiving a written application for enforcement, the applicant for enforcement may apply for enforcement to the people's court at the next higher level. Upon examination, the people's court at the next higher level may order the original people's court to conduct enforcement within a certain time limit or decide to conduct enforcement by itself or order another people's court to conduct enforcement.

第二百二十七条　执行过程中，案外人对执行标的提出书面异议的，人民法院应当自收到书面异议之日起十五日内审查，理由成立的，裁定中止对该标的的执行；理由不成立的，裁定驳回。案外人、当事人对裁定不服，认为原判决、裁定错误的，依照审判监督程序办理；与原判决、裁定无关的，可以自裁定送达之日起十五日内向人民法院提起诉讼。

**Article 227** Where, during enforcement, a person which is not a party to the case files a written objection regarding the subject matter of enforcement, the people's court shall examine the written objection within 15 days after receiving it and, if the objection is supported, issue a ruling to suspend enforcement against the subject matter; or if the objection is not supported, issue a ruling to dismiss the objection. If the person which is not a party to the case or a party disagrees on such a ruling and deems that the original judgment or ruling is erroneous, the trial supervision procedure shall apply; or if such disagreement is irrelevant to the original judgment or ruling, the person or the party may institute an action in a people's court within 15 days after the aforesaid ruling regarding objection is served.

第二百二十八条　执行工作由执行员进行。

**Article 228** Enforcement shall be conducted by enforcement personnel.

采取强制执行措施时，执行员应当出示证件。执行完毕后，应当将执行情况制作笔录，由在场的有关人员签名或者

盖章。

When taking enforcement measures, the enforcement personnel shall produce their credentials. After completion of enforcement, the enforcement personnel shall prepare enforcement transcripts, to which the relevant persons on the site shall affix their signatures or seals.

人民法院根据需要可以设立执行机构。

A people's court may, as needed, establish an enforcement department.

第二百二十九条　被执行人或者被执行的财产在外地的，可以委托当地人民法院代为执行。受委托人民法院收到委托函件后，必须在十五日内开始执行，不得拒绝。执行完毕后，应当将执行结果及时函复委托人民法院；在三十日内如果还未执行完毕，也应当将执行情况函告委托人民法院。

**Article 229** Where the party against whom enforcement is sought or the property under enforcement is in a different place, enforcement may be entrusted to the people's court in the different place. The entrusted people's court must begin enforcement within 15 days after receiving a letter of entrustment and shall not refuse enforcement. After completion of enforcement, the entrusted people's court shall notify in a letter the entrusting people's court of the results of enforcement; or if enforcement cannot be completed within 30 days, the entrusted people's court shall also notify in a letter the entrusting people's court of the status of enforcement.

受委托人民法院自收到委托函件之日起十五日内不执行的，委托人民法院可以请求受委托人民法院的上级人民法院指令受委托人民法院执行。

If the entrusted people's court fails to begin enforcement within 15 days after receiving a letter of entrustment, the entrusting people's court may request the superior of the entrusted people's court to order the entrusted people's court to conduct enforcement.

第二百三十条　在执行中，双方当事人自行和解达成协议的，执行员应当将协议内容记入笔录，由双方当事人签名或者盖章。

**Article 230** Where, during enforcement, both sides reach a settlement agreement, the enforcement personnel shall record the provisions of the settlement agreement in the enforcement transcripts, to which both sides shall affix their signatures or seals.

申请执行人因受欺诈、胁迫与被执行人达成和解协议，或者当事人不履行和解协议的，人民法院可以根据当事人的申请，恢复对原生效法律文书的执行。

[CLI Code]CLI.1.297379(EN)

Where the applicant for enforcement reaches a settlement agreement as a victim of a fraud or under duress with the party against whom enforcement is sought or a party fails to perform a settlement agreement, the people's court may, upon application of a party, resume the enforcement of the original effective legal instrument.

第二百三十一条 在执行中，被执行人向人民法院提供担保，并经申请执行人同意的，人民法院可以决定暂缓执行及暂缓执行的期限。被执行人逾期仍不履行的，人民法院有权执行被执行人的担保财产或者担保人的财产。

**Article 231** Where, during enforcement, the party against whom enforcement is sought provides security to the people's court, the people's court may, with the consent of the applicant for enforcement, decide to suspend enforcement and decide a period of suspension. If the party against whom enforcement is sought fails to perform its obligations within the aforesaid period, the people's court shall have the power to conduct enforcement against the property posted as security by the party against whom enforcement is sought or the property of any guarantor.

第二百三十二条 作为被执行人的公民死亡的，以其遗产偿还债务。作为被执行人的法人或者其他组织终止的，由其权利义务承受人履行义务。

**Article 232** Where a citizen as the party against whom enforcement is sought dies, his or her debts shall be repaid with his or her estate. Where a legal person or any other organization as the party against whom enforcement is sought is terminated, the successors to the rights and obligations of the legal person or organization shall perform the obligations of the legal person or organization.

第二百三十三条 执行完毕后，据以执行的判决、裁定和其他法律文书确有错误，被人民法院撤销的，对已被执行的财产，人民法院应当作出裁定，责令取得财产的人返还；拒不返还的，强制执行。

**Article 233** Where, after completion of enforcement, the judgment, ruling or any other legal document on which enforcement is based is revoked by a people's court for any errors, the people's court shall issue a ruling on the property which has undergone enforcement to order the party which has acquired the property to return the property; and if the party refuses to return the property, the people's court shall conduct enforcement.

第二百三十四条 人民法院制作的调解书的执行，适用本编的规定。

**Article 234** The provisions of this Part shall also apply to the enforcement of a consent judgment of a people's court.

[CLI Code]CLI.1.297379(EN)

第二百三十五条　人民检察院有权对民事执行活动实行法律监督。

**Article 235** The people's procuratorates shall have the authority to conduct legal supervision over civil enforcement.

第二十章　执行的申请和移送

Chapter 20 Application and Transfer for Enforcement

第二百三十六条　发生法律效力的民事判决、裁定，当事人必须履行。一方拒绝履行的，对方当事人可以向人民法院申请执行，也可以由审判员移送执行员执行。

**Article 236** The parties must comply with an effective civil judgment or ruling. If a party refuses to comply, the opposing party may apply to the people's court for enforcement, and the judges may also transfer the case to the enforcement personnel for enforcement.

调解书和其他应当由人民法院执行的法律文书，当事人必须履行。一方拒绝履行的，对方当事人可以向人民法院申请执行。

The parties must comply with a consent judgment and other legal instruments enforced by a people's court. If a party refuses to comply, the opposing party may apply to the people's court for enforcement.

第二百三十七条　对依法设立的仲裁机构的裁决，一方当事人不履行的，对方当事人可以向有管辖权的人民法院申请执行。受申请的人民法院应当执行。

**Article 237** Where a party refuses to comply with an award rendered by a legally established arbitral institution, the opposing party may apply for enforcement to the people's court having jurisdiction. The people's court accepting the application shall enforce the award.

被申请人提出证据证明仲裁裁决有下列情形之一的，经人民法院组成合议庭审查核实，裁定不予执行：

Where the respondent adduces evidence that the arbitration award falls under any of the following circumstances, the people's court shall, upon examination and verification by a collegial bench, issue a ruling not to enforce the arbitration award:

（一）当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的；

(1) The contract between the parties does not include an arbitration clause or the parties have not reached any written arbitration agreement after a dispute arose.



（二）裁决的事项不属于仲裁协议的范围或者仲裁机构无权仲裁的；

(2) The matters arbitrated are outside the scope of an arbitration agreement or the arbitral institution has no arbitration power.

（三）仲裁庭的组成或者仲裁的程序违反法定程序的；

(3) The composition of the arbitration tribunal or the arbitration procedure has violated the statutory procedures.

（四）裁决所根据的证据是伪造的；

(4) The evidence for rendering the award is forged.

（五）对方当事人向仲裁机构隐瞒了足以影响公正裁决的证据的；

(5) The opposing party withholds any evidence to the arbitral institution, which suffices to affect an impartial award.

（六）仲裁员在仲裁该案时有贪污受贿，徇私舞弊，枉法裁决行为的。

(6) When arbitrating the case, any arbitrator commits embezzlement, accepts bribes, practices favoritism for personal gains, or renders the award by bending the law.

人民法院认定执行该裁决违背社会公共利益的，裁定不予执行。

If a people's court holds that the enforcement of an arbitration award is contrary to the public interest, the people's court shall issue a ruling not to enforce the award.

裁定书应当送达双方当事人和仲裁机构。

Such a ruling shall be served on both sides and the arbitral institution.

仲裁裁决被人民法院裁定不予执行的，当事人可以根据双方达成的书面仲裁协议重新申请仲裁，也可以向人民法院起诉。

Where an arbitration award is not enforced according to a ruling of a people's court, the parties may, according to a written arbitration agreement reached by them, apply again to an arbitral institution for arbitration or institute an action in a people's court.

第二百三十八条　对公证机关依法赋予强制执行效力的债权文书，一方当事人不履行的，对方当事人可以向有

[CLI Code]CLI.1.297379(EN)

管辖权的人民法院申请执行，受申请的人民法院应当执行。

**Article 238** Where a party fails to comply with a debt instrument with enforceability legally granted by a notary office, the opposing party may apply to the people's court having jurisdiction for enforcement, and the people's court accepting the application shall conduct enforcement.

公证债权文书确有错误的，人民法院裁定不予执行，并将裁定书送达双方当事人和公证机关。

If the notarized debt instrument is erroneous, the people's court shall issue a ruling not to enforce the debt instrument and serve a written ruling on both sides and the notary office.

第二百三十九条　申请执行的期间为二年。申请执行时效的中止、中断，适用法律有关诉讼时效中止、中断的规定。

**Article 239** The period for applying for enforcement shall be two years. The suspension or interruption of the time limitation for applying for enforcement shall be governed by legal provisions regarding the suspension or interruption of the time limitations for instituting an action.

前款规定的期间，从法律文书规定履行期间的最后一日起计算；法律文书规定分期履行的，从规定的每次履行期间的最后一日起计算；法律文书未规定履行期间的，从法律文书生效之日起计算。

The period in the preceding paragraph shall begin from the last day of the performance period specified in a legal instrument; begin from the last day of each specified performance period if a legal instrument requires performance in installments; or begin from the effective date of a legal instrument if the legal instrument does not specify a period of performance.

第二百四十条　执行员接到申请执行书或者移交执行书，应当向被执行人发出执行通知，并可以立即采取强制执行措施。

**Article 240** Enforcement personnel receiving a written application for enforcement or a letter of transfer for enforcement shall issue a notice of enforcement to the party against whom enforcement is sought and may immediately take enforcement measures.

第二十一章　执行措施

Chapter 21 Enforcement Measures

第二百四十一条　被执行人未按执行通知履行法律文书确定的义务，应当报告当前以及收到执行通知之日前一年的财产情况。被执行人拒绝报告或者虚假报告的，人民法院可以根据情节轻重对被执行人或者其法定代理人、有

[CLI Code]CLI.1.297379(EN)

关单位的主要负责人或者直接责任人员予以罚款、拘留。

**Article 241** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the party shall report its current property status and its property status for one year before receiving the enforcement notice. If the party refuses to report or submits a false report, the people's court may, according to the severity of the circumstances, impose a fine or detention on the party which is a natural person or her or her legal representative or the primary person in charge or directly liable persons of the relevant entity.

第二百四十二条　被执行人未按执行通知履行法律文书确定的义务，人民法院有权向有关单位查询被执行人的存款、债券、股票、基金份额等财产情况。人民法院有权根据不同情形扣押、冻结、划拨、变价被执行人的财产。人民法院查询、扣押、冻结、划拨、变价的财产不得超出被执行人应当履行义务的范围。

**Article 242** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to inquire the relevant entities about the deposits, bonds, stocks, fund shares and other property of the party against whom enforcement is sought. The people's court shall have the right to seize, freeze, transfer or sell the property of the party against whom enforcement is sought according to different circumstances. The aforesaid property inquiry and seizure, freezing, transfer and sale by the people's court shall not exceed the extent of obligations that the party against enforcement is sought shall perform.

人民法院决定扣押、冻结、划拨、变价财产，应当作出裁定，并发出协助执行通知书，有关单位必须办理。
The people's court shall issue a ruling on seizure, freezing, transfer or sale of property, as well as a notice of enforcement assistance, and the relevant entities must assist.

第二百四十三条　被执行人未按执行通知履行法律文书确定的义务，人民法院有权扣留、提取被执行人应当履行义务部分的收入。但应当保留被执行人及其所扶养家属的生活必需费用。

**Article 243** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to withhold or withdraw a portion of the party's income corresponding to the party's obligations to be performed. However, the people's court shall ensure that necessary living expenses for the party and his or her dependent family members are retained by the party.

人民法院扣留、提取收入时，应当作出裁定，并发出协助执行通知书，被执行人所在单位、银行、信用合作社和其

[CLI Code]CLI.1.297379(EN)

他有储蓄业务的单位必须办理。

The people's court shall issue a ruling on withholding or withdrawing income, as well as a notice of enforcement assistance, and the entity employing the party, banks, credit unions and other entities engaged in savings must assist.

第二百四十四条　被执行人未按执行通知履行法律文书确定的义务，人民法院有权查封、扣押、冻结、拍卖、变卖被执行人应当履行义务部分的财产。但应当保留被执行人及其所扶养家属的生活必需品。

**Article 244** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to seize, impound, freeze, auction or sell a portion of the party's property corresponding to the party's obligations to be performed. However, the people's court shall ensure that necessities of life for the party and his or her dependent family members are retained by the party.

采取前款措施，人民法院应当作出裁定。

The people's court shall issue a ruling to take a measure in the preceding paragraph.

第二百四十五条　人民法院查封、扣押财产时，被执行人是公民的，应当通知被执行人或者他的成年家属到场；被执行人是法人或者其他组织的，应当通知其法定代表人或者主要负责人到场。拒不到场的，不影响执行。被执行人是公民的，其工作单位或者财产所在地的基层组织应当派人参加。

**Article 245** When a people's court seizes or impounds any property, if the party against whom enforcement is sought is a citizen, the people's court shall notify the party or his or her adult family members to appear on the site; or if the party against whom enforcement is sought is a legal person or any other organization, the people's court shall notify its legal representative or primary person in charge to appear on the site. Their refusals to appear on the site shall not affect the enforcement. If the party against whom enforcement is sought is a citizen, the entity employing the citizen or the grassroots organizations at the place where the property is located shall send personnel to the site.

对被查封、扣押的财产，执行员必须造具清单，由在场人签名或者盖章后，交被执行人一份。被执行人是公民的，也可以交他的成年家属一份。

The enforcement personnel must prepare an inventory of the seized or impounded property, to which the persons on the site shall affix their signatures or seals, and a copy of the inventory shall be provided to the party against whom enforcement is sought. If the party against whom

[CLI Code]CLI.1.297379(EN)

enforcement is sought is a citizen, a copy of the inventory may also be provided to his or her adult family members.

第二百四十六条　被查封的财产，执行员可以指定被执行人负责保管。因被执行人的过错造成的损失，由被执行人承担。

**Article 246** The enforcement personnel may specify the party against whom enforcement is sought to be responsible for the safekeeping of the seized property. The party against whom enforcement is sought shall assume any losses incurred for the fault of the party against whom enforcement is sought.

第二百四十七条　财产被查封、扣押后，执行员应当责令被执行人在指定期间履行法律文书确定的义务。被执行人逾期不履行的，人民法院应当拍卖被查封、扣押的财产；不适于拍卖或者当事人双方同意不进行拍卖的，人民法院可以委托有关单位变卖或者自行变卖。国家禁止自由买卖的物品，交有关单位按照国家规定的价格收购。

**Article 247** After any property is seized or impounded, the enforcement personnel shall order the party against whom enforcement is sought to perform obligations determined in a legal instrument during a specified period. If the party against whom enforcement is sought fails to do so within the specified period, the people's court shall auction the seized or impounded property; and if auction is not appropriate or both parties disagree on auction, the people's court may authorize a relevant entity to sell or may directly sell the property. Property prohibited by the state from being sold freely shall be delivered to the relevant entities for purchase at a price prescribed by the state.

第二百四十八条　被执行人不履行法律文书确定的义务，并隐匿财产的，人民法院有权发出搜查令，对被执行人及其住所或者财产隐匿地进行搜查。

**Article 248** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument and conceals property, the people's court shall have the right to issue a search warrant to search the party, the residence of the party or a place where property may be concealed.

采取前款措施，由院长签发搜查令。

To take the measure in the preceding paragraph, the president of the people's court shall sign and issue a search warrant.

第二百四十九条　法律文书指定交付的财物或者票证，由执行员传唤双方当事人当面交付，或者由执行员转

Saved on: 07/11/2026

交，并由被交付人签收。

**Article 249** The property, bill or certificate to be delivered as specified in a legal instrument shall be delivered in the presence of both sides as summoned by the enforcement personnel or be delivered through the enforcement personnel, and the party accepting delivery shall sign for it.

有关单位持有该项财物或者票证的，应当根据人民法院的协助执行通知书转交，并由被交付人签收。

Where a relevant entity holds the property, bill or certificate, the entity shall deliver it according to the notice of enforcement assistance from the people's court, and the party accepting delivery shall sign for it.

有关公民持有该项财物或者票证的，人民法院通知其交出。拒不交出的，强制执行。

Where a relevant citizen holds the property, bill or certificate, the people's court shall notify the citizen to surrender it. If the citizen refuses to do so, the people's court shall conduct enforcement.

第二百五十条　强制迁出房屋或者强制退出土地，由院长签发公告，责令被执行人在指定期间履行。被执行人逾期不履行的，由执行员强制执行。

**Article 250** For a compulsory eviction from a building or land, the president of a people's court shall sign and issue a public announcement to order the party against whom enforcement is sought to perform the obligation within a specified period. If the party against whom enforcement is sought fails to do so within the specified period, the enforcement personnel shall conduct enforcement.

强制执行时，被执行人是公民的，应当通知被执行人或者他的成年家属到场；被执行人是法人或者其他组织的，应当通知其法定代表人或者主要负责人到场。拒不到场的，不影响执行。被执行人是公民的，其工作单位或者房屋、土地所在地的基层组织应当派人参加。执行员应当将强制执行情况记入笔录，由在场人签名或者盖章。

When conducting enforcement, if the party against whom enforcement is sought is a citizen, the people's court shall notify the party or his or her adult family members to appear on the site; or if the party against whom enforcement is sought is a legal person or any other organization, the people's court shall notify its legal representative or primary person in charge to appear on the site. Their refusals to appear on the site shall not affect the enforcement. If the party against whom enforcement is sought is a citizen, the entity employing the citizen or the grassroots organizations at the place where the building or land is located shall send personnel to the site. The enforcement personnel shall include enforcement information in the transcripts, to which the persons on the site shall affix their signatures or seals.

强制迁出房屋被搬出的财物，由人民法院派人运至指定处所，交给被执行人。被执行人是公民的，也可以交给他的成年家属。因拒绝接收而造成的损失，由被执行人承担。

The people's court shall assign personnel to transport the property removed from a building as a result of compulsory eviction to a designated location and deliver the property to the party against whom enforcement is sought. If the party against whom enforcement is sought is a citizen, the property may also be delivered to his or her adult family member. Any losses incurred due to refusal to accept delivery shall be assumed by the party against whom enforcement is sought.

第二百五十一条　在执行中，需要办理有关财产权证照转移手续的，人民法院可以向有关单位发出协助执行通知书，有关单位必须办理。

**Article 251** Where, during enforcement, the formalities for transferring any property right certificate is required, the people's court may issue a notice of enforcement assistance to the relevant entities, and the relevant entities must assist.

第二百五十二条　对判决、裁定和其他法律文书指定的行为，被执行人未按执行通知履行的，人民法院可以强制执行或者委托有关单位或者其他人完成，费用由被执行人承担。

**Article 252** Where the party against whom enforcement is sought fails to perform any conduct specified in a judgment, ruling or any other legal instrument as required by a notice of enforcement, the people's court may conduct enforcement or authorize a relevant unit or any other person to complete the conduct at the expense of the party against whom enforcement is sought.

第二百五十三条　被执行人未按判决、裁定和其他法律文书指定的期间履行给付金钱义务的，应当加倍支付迟延履行期间的债务利息。被执行人未按判决、裁定和其他法律文书指定的期间履行其他义务的，应当支付迟延履行金。

**Article 253** Where the party against whom enforcement is sought fails to perform any obligation of pecuniary payment during a period specified in a judgment, ruling or any other legal instrument, the party against whom enforcement is sought shall pay double interest for the debt for the period of deferred performance. If the party against whom enforcement is sought fails to perform any other obligation during a period specified in a judgment, ruling or any other legal instrument, the party against whom enforcement is sought shall pay a late fee for deferred performance.

Saved on: 07/11/2026

第二百五十四条　人民法院采取本法第二百四十二条、第二百四十三条、第二百四十四条规定的执行措施后，被执行人仍不能偿还债务的，应当继续履行义务。债权人发现被执行人有其他财产的，可以随时请求人民法院执行。

**Article 254** Where, after a people's court takes the enforcement measures in Articles 242, 243 and 244 of this Law, the party against whom enforcement is sought is still unable to repay debts, the party against whom enforcement is sought shall continue to perform obligations. Once the creditor discovers that the party against whom enforcement is sought has any other property, the creditor may, at any time, apply to the people's court for enforcement.

第二百五十五条　被执行人不履行法律文书确定的义务的，人民法院可以对其采取或者通知有关单位协助采取限制出境，在征信系统记录、通过媒体公布不履行义务信息以及法律规定的其他措施。

**Article 255** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument, the people's court may take or notify a relevant entity to assist in taking the measure of restricting exit from China, the measure of recording the failure in the credit system, the measure of publishing information on the failure on media and other measures prescribed by law.

第二十二章　执行中止和终结

Chapter 22 Suspension and Termination of Enforcement

第二百五十六条　有下列情形之一的，人民法院应当裁定中止执行：

**Article 256** Under any of the following circumstances, the people's court shall issue a ruling to suspend enforcement:

（一）申请人表示可以延期执行的；

(1) The applicant indicates that enforcement may be deferred.

（二）案外人对执行标的提出确有理由的异议的；

(2) A person which is not a party to the case raises any justified objection to the subject matter of enforcement.

（三）作为一方当事人的公民死亡，需要等待继承人继承权利或者承担义务的；

(3) A citizen as one of the parties dies, and it is necessary to wait for his or her successors to

succeed to his or her rights or obligations.

（四）作为一方当事人的法人或者其他组织终止，尚未确定权利义务承受人的；

(4) A legal person or any other organization as one of the parties is terminated, and the successors to its rights and obligations have not been determined.

（五）人民法院认为应当中止执行的其他情形。

(5) Other circumstances under which the people's court deems that enforcement shall be suspended.

中止的情形消失后，恢复执行。

Enforcement shall be resumed after the circumstances causing suspension have disappeared.

第二百五十七条　有下列情形之一的，人民法院裁定终结执行：

**Article 257** Under any of the following circumstances, the people's court shall issue a ruling to terminate enforcement:

（一）申请人撤销申请的；

(1) The applicant withdraws the application for enforcement.

（二）据以执行的法律文书被撤销的；

(2) The legal instrument on which enforcement is based has been revoked.

（三）作为被执行人的公民死亡，无遗产可供执行，又无义务承担人的；

(3) The citizen as the party against whom enforcement is sought dies, without any estate for enforcement, and no one succeeds to his or her obligations.

（四）追索赡养费、扶养费、抚育费案件的权利人死亡的；

(4) The person entitled to recover support for elderly parents, support for other adult dependants or child support dies.

（五）作为被执行人的公民因生活困难无力偿还借款，无收入来源，又丧失劳动能力的；

(5) The citizen as the party against whom enforcement is sought is unable to repay his or her borrowings for living in hardship, has no source of income, and has lost his or her ability to work.

（六）人民法院认为应当终结执行的其他情形。

(6) Other circumstances under which the people's court deems that enforcement shall be terminated.

**第二百五十八条** 中止和终结执行的裁定，送达当事人后立即生效。

**Article 258** A ruling to suspend or terminate enforcement shall be effective immediately after being served on a party.

第四编　涉外民事诉讼程序的特别规定

Part Four Special Provisions on Foreign-Related Civil Procedures

第二十三章　一般原则

Chapter 23 General Principles

**第二百五十九条** 在中华人民共和国领域内进行涉外民事诉讼，适用本编规定。本编没有规定的，适用本法其他有关规定。

**Article 259** The provisions of this Part shall apply to foreign-related civil actions within the territory of the People's Republic of China. Where this Part is silent, other relevant provisions of this Law shall apply.

**第二百六十条** 中华人民共和国缔结或者参加的国际条约同本法有不同规定的，适用该国际条约的规定，但中华人民共和国声明保留的条款除外。

**Article 260** Where there is any discrepancy between an international treaty concluded or acceded to by the People's Republic of China and this Law, the provisions of the international treaty shall prevail, except clauses to which the People's Republic of China has declared reservations.

**第二百六十一条** 对享有外交特权与豁免的外国人、外国组织或者国际组织提起的民事诉讼，应当依照中华人民共和国有关法律和中华人民共和国缔结或者参加的国际条约的规定办理。

**Article 261** Civil actions instituted against foreign nationals, foreign organizations or international organizations which enjoy diplomatic privileges or immunities shall be governed by the relevant laws of the People's Republic of China and the international treaties concluded or acceded to by the

People's Republic of China.

第二百六十二条　人民法院审理涉外民事案件，应当使用中华人民共和国通用的语言、文字。当事人要求提供翻译的，可以提供，费用由当事人承担。

**Article 262** When trying foreign-related civil cases, a people's court shall use the spoken and written languages commonly used in the People's Republic of China. Upon request of the parties, interpretation may be provided at the expense of the parties.

第二百六十三条　外国人、无国籍人、外国企业和组织在人民法院起诉、应诉，需要委托律师代理诉讼的，必须委托中华人民共和国的律师。

**Article 263** A foreign national, a stateless person or a foreign enterprise or organization which needs to be represented by a lawyer in instituting or responding to an action in a people's court must retain a lawyer of the People's Republic of China.

第二百六十四条　在中华人民共和国领域内没有住所的外国人、无国籍人、外国企业和组织委托中华人民共和国律师或者其他人代理诉讼，从中华人民共和国领域外寄交或者托交的授权委托书，应当经所在国公证机关证明，并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续后，才具有效力。

**Article 264** Where a foreign national, a stateless person or a foreign enterprise or organization without a domicile within the territory of the People's Republic of China needs to be represented by a lawyer or any other person of the People's Republic of China in an action, the power of attorney posted or forwarded from outside the territory of the People's Republic of China is valid only after it has been legalized by a notary office in the home country and authenticated by the Chinese embassy or consulate stationed in that country or has undergone the legalization formalities prescribed in the relevant treaty concluded by the People's Republic of China and that country.

第二十四章　管　辖

Chapter 24 Jurisdiction

第二百六十五条　因合同纠纷或者其他财产权益纠纷，对在中华人民共和国领域内没有住所的被告提起的诉讼，如果合同在中华人民共和国领域内签订或者履行，或者诉讼标的物在中华人民共和国领域内，或者被告在中华人民共和国领域内有可供扣押的财产，或者被告在中华人民共和国领域内设有代表机构，可以由合同签订地、合同履行地、诉讼标的物所在地、可供扣押财产所在地、侵权行为地或者代表机构住所地人民法院管辖。

**Article 265** Where an action is instituted against a defendant which has no domicile within the territory of the People's Republic of China for a contract dispute or any other property right or interest dispute, if the contract is signed or performed within the territory of the People's Republic of China, the subject matter of action is located within the territory of the People's Republic of China, the defendant has any impoundable property within the territory of the People's Republic of China, or the defendant has any representative office within the territory of the People's Republic of China, the people's court at the place where the contract is signed or performed, where the subject matter of action is located, where the impoundable property is located, where the tort occurs or where the domicile of the representative office is located may have jurisdiction over the action.

第二百六十六条　因在中华人民共和国履行中外合资经营企业合同、中外合作经营企业合同、中外合作勘探开发自然资源合同发生纠纷提起的诉讼，由中华人民共和国人民法院管辖。

**Article 266** Actions instituted for disputes arising from the performance of contracts for Chinese-foreign equity joint ventures, Chinese-foreign contractual joint ventures or Chinese-foreign cooperative exploration and exploitation of natural resources in the People's Republic of China shall be under the jurisdiction of the people's courts of the People's Republic of China.

第二十五章　送达、期间

Chapter 25 Service of Process and Periods

第二百六十七条　人民法院对在中华人民共和国领域内没有住所的当事人送达诉讼文书，可以采用下列方式：

**Article 267** A people's court may serve process on a party which has no domicile within the territory of the People's Republic of China in the following manners:

（一）依照受送达人所在国与中华人民共和国缔结或者共同参加的国际条约中规定的方式送达；

(1) Process is served in the manners specified in the international treaty concluded or acceded to by the home country of the person to be served and the People's Republic of China.

（二）通过外交途径送达；

(2) Process is served through diplomatic channels.

（三）对具有中华人民共和国国籍的受送达人，可以委托中华人民共和国驻受送达人所在国的使领馆代为送达；

(3) If the person to be served is a citizen of the People's Republic of China, service of process may be entrusted to the embassy or consulate of the People's Republic of China stationed in the country where the person to be served resides.

（四）向受送达人委托的有权代其接受送达的诉讼代理人送达；

(4) Process is served on a litigation representative authorized by the person to be served to receive service of process.

（五）向受送达人在中华人民共和国领域内设立的代表机构或者有权接受送达的分支机构、业务代办人送达；

(5) Process is served on the representative office or a branch office or business agent authorized to receive service of process established by the person to be served within the territory of the People's Republic of China.

（六）受送达人所在国的法律允许邮寄送达的，可以邮寄送达，自邮寄之日起满三个月，送达回证没有退回，但根据各种情况足以认定已经送达的，期间届满之日视为送达；

(6) Service of process by post is allowed if the law of the home country of the person to be served permits service of process by post, and if, three months after the postmark date, the service acknowledgement is not returned, but based on all circumstances, it may be determined that process has been served, process shall be deemed served on the expiration date of the aforesaid period.

（七）采用传真、电子邮件等能够确认受送达人收悉的方式送达；

(7) Process is served by fax, email or any other means capable of confirming receipt by the person to be served.

（八）不能用上述方式送达的，公告送达，自公告之日起满三个月，即视为送达。

(8) If service of process by the aforesaid means is not possible, process shall be served by public announcement, and process shall be deemed served three months after the date of public announcement.

第二百六十八条　被告在中华人民共和国领域内没有住所的，人民法院应当将起诉状副本送达被告，并通知被告在收到起诉状副本后三十日内提出答辩状。被告申请延期的，是否准许，由人民法院决定。

**Article 268** Where a defendant has no domicile within the territory of the People's Republic of China, the people's court shall serve a copy of the written complaint on the defendant and notify

the defendant to a written statement of defense within 30 days after receiving the copy of the written complaint. If the defendant applies for an extension of the aforesaid period, the extension shall be subject to the decision of the people's court.

第二百六十九条 在中华人民共和国领域内没有住所的当事人，不服第一审人民法院判决、裁定的，有权在判决书、裁定书送达之日起三十日内提起上诉。被上诉人在收到上诉状副本后，应当在三十日内提出答辩状。当事人不能在法定期间提起上诉或者提出答辩状，申请延期的，是否准许，由人民法院决定。

**Article 269** A party which has no domicile within the territory of the People's Republic of China shall have the right to appeal against a judgment or ruling of a people's court of first instance within 30 days from the date of service of the written judgment or ruling. The appellee shall submit a written statement of defense within 30 days after receiving a copy of the written appeal. If a party is unable to file an appeal or submit a written statement of defense within the statutory period and applies for an extension of the period, the application shall be subject to the decision of the people's court.

第二百七十条 人民法院审理涉外民事案件的期间，不受本法第一百四十九条、第一百七十六条规定的限制。

**Article 270** The period for a people's court to try a foreign-related civil case shall not be limited by the provisions of Article 149 and 176 of this Law.

第二十六章 仲 裁

Chapter 26 Arbitration

第二百七十一条 涉外经济贸易、运输和海事中发生的纠纷，当事人在合同中订有仲裁条款或者事后达成书面仲裁协议，提交中华人民共和国涉外仲裁机构或者其他仲裁机构仲裁的，当事人不得向人民法院起诉。

**Article 271** Where, for disputes arising from foreign economic and trade activities or international transportation or maritime activities, the parties have included an arbitration clause in the contracts or have reached a written arbitration agreement after a dispute arose to refer such disputes to an international arbitral institution of the People's Republic of China or any other arbitral institution for arbitration, the parties shall not institute an action in a people's court.

当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的，可以向人民法院起诉。

If the parties have not included any arbitration clauses in the contracts or have not reached a written arbitration agreement after a dispute arose, the parties may institute an action in a

[CLI Code]CLI.1.297379(EN)

people's court.

第二百七十二条　当事人申请采取保全的，中华人民共和国的涉外仲裁机构应当将当事人的申请，提交被申请人住所地或者财产所在地的中级人民法院裁定。

**Article 272** Where a party applies for a preservation measure, the international arbitral institution of the People's Republic of China shall submit the party's application to the intermediate people's court at the place of domicile of the respondent or at the place where the respondent's property is located.

第二百七十三条　经中华人民共和国涉外仲裁机构裁决的，当事人不得向人民法院起诉。一方当事人不履行仲裁裁决的，对方当事人可以向被申请人住所地或者财产所在地的中级人民法院申请执行。

**Article 273** Where an international arbitral institution of the People's Republic of China has rendered an award for a dispute, the parties shall not institute an action in a people court for the dispute. If a party fails to comply with the arbitration award, the opposing party may apply for enforcement of the award to the intermediate people's court at the place of domicile of the respondent or at the place where the respondent's property is located.

第二百七十四条　对中华人民共和国涉外仲裁机构作出的裁决，被申请人提出证据证明仲裁裁决有下列情形之一的，经人民法院组成合议庭审查核实，裁定不予执行：

**Article 274** Where the respondent adduces evidence that an arbitration award of an international arbitral institution of the People's Republic of China falls under any of the following circumstances, a people's court shall, upon examination and verification by a collegial bench, issue a ruling not to enforce the award:

（一）当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的；

(1) The contract between the parties does not include an arbitration clause or the parties have not reached any written arbitration agreement after a dispute arose.

（二）被申请人没有得到指定仲裁员或者进行仲裁程序的通知，或者由于其他不属于被申请人负责的原因未能陈述意见的；

(2) The respondent is not notified to appoint an arbitrator or of the conduct of arbitration procedure or fails to present its case, which is not attributable to the fault of the respondent.

[CLI Code]CLI.1.297379(EN)

（三）仲裁庭的组成或者仲裁的程序与仲裁规则不符的；

(3) The composition of the arbitration tribunal or the arbitration procedure is not in conformity with arbitration rules.

（四）裁决的事项不属于仲裁协议的范围或者仲裁机构无权仲裁的。

(4) The matters arbitrated are outside the scope of an arbitration agreement or the arbitral institution has no arbitration power.

人民法院认定执行该裁决违背社会公共利益的，裁定不予执行。

If a people's court holds that the enforcement of an arbitration award is contrary to the public interest, the people's court shall issue a ruling not to enforce the award.

第二百七十五条　仲裁裁决被人民法院裁定不予执行的，当事人可以根据双方达成的书面仲裁协议重新申请仲裁，也可以向人民法院起诉。

**Article 275** Where an arbitration award is not enforced according to a ruling of a people's court, the parties may, according to a written arbitration agreement reached by them, apply again for arbitration or institute an action in a people's court.

第二十七章　司法协助

Chapter 27 Judicial Assistance

第二百七十六条　根据中华人民共和国缔结或者参加的国际条约，或者按照互惠原则，人民法院和外国法院可以相互请求，代为送达文书、调查取证以及进行其他诉讼行为。

**Article 276** In accordance with an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity, a people's court and a foreign court may request each other to provide judicial assistance in service of process, investigation and collection of evidence and other litigation activities.

外国法院请求协助的事项有损于中华人民共和国的主权、安全或者社会公共利益的，人民法院不予执行。

If any matter requested by a foreign court for assistance is detrimental to the sovereignty, security or public interest of the People's Republic of China, the people's court shall not grant the request.

第二百七十七条　请求和提供司法协助，应当依照中华人民共和国缔结或者参加的国际条约所规定的途径进

[CLI Code]CLI.1.297379(EN)

行；没有条约关系的，通过外交途径进行。

**Article 277** Judicial assistance shall be requested and provided through the channels prescribed in an international treaty concluded or acceded to by the People's Republic of China; or in the absence of such a treaty, shall be requested and provided through diplomatic channels.

外国驻中华人民共和国的使领馆可以向该国公民送达文书和调查取证，但不得违反中华人民共和国的法律，并不得采取强制措施。

A foreign embassy or consulate to the People's Republic of China may serve process on and investigate and collect evidence from its citizens but shall not violate the laws of the People's Republic of China and shall not take compulsory measures.

除前款规定的情况外，未经中华人民共和国主管机关准许，任何外国机关或者个人不得在中华人民共和国领域内送达文书、调查取证。

Except for the circumstances in the preceding paragraph, no foreign authority or individual shall, without permission from the competent authorities of the People's Republic of China, serve process or conduct investigation and collection of evidence within the territory of the People's Republic of China.

第二百七十八条　外国法院请求人民法院提供司法协助的请求书及其所附文件，应当附有中文译本或者国际条约规定的其他文字文本。

**Article 278** The written request of a foreign court for the provision of judicial assistance by a people's court and the annexes thereto shall be accompanied with Chinese versions or versions in other languages specified in the relevant international treaty.

人民法院请求外国法院提供司法协助的请求书及其所附文件，应当附有该国文字译本或者国际条约规定的其他文字文本。

A letter of request and its annexes submitted to a foreign court by a people's court for judicial assistance shall also be appended with the translations in the language of the country or the texts in the language specified in the relevant international treaty.

第二百七十九条　人民法院提供司法协助，依照中华人民共和国法律规定的程序进行。外国法院请求采用特殊方式的，也可以按照其请求的特殊方式进行，但请求采用的特殊方式不得违反中华人民共和国法律。

**Article 279** The people's courts shall provide judicial assistance under the procedures prescribed by the laws of the People's Republic of China. If a foreign court requests that judicial assistance be

[CLI Code]CLI.1.297379(EN)

provided in a special manner, it may be provided in the special manner requested, but the special manner requested shall not violate the laws of the People's Republic of China.

第二百八十条  人民法院作出的发生法律效力的判决、裁定，如果被执行人或者其财产不在中华人民共和国领域内，当事人请求执行的，可以由当事人直接向有管辖权的外国法院申请承认和执行，也可以由人民法院依照中华人民共和国缔结或者参加的国际条约的规定，或者按照互惠原则，请求外国法院承认和执行。

**Article 280** Where a party applies for enforcement of an effective judgment or ruling of a people's court, if the party against whom enforcement is sought or the property thereof is not within the territory of the People's Republic of China, the applicant may apply directly to the foreign court having jurisdiction for recognition and enforcement or apply to a people's court for the people's court to request recognition and enforcement by the foreign court in accordance with the provisions of an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity.

中华人民共和国涉外仲裁机构作出的发生法律效力的仲裁裁决，当事人请求执行的，如果被执行人或者其财产不在中华人民共和国领域内，应当由当事人直接向有管辖权的外国法院申请承认和执行。

Where a party applies for enforcement of an effective arbitration award of an international arbitral institution of the People's Republic of China, if the party against whom enforcement is sought or the property thereof is not within the territory of the People's Republic of China, the applicant shall apply directly to the foreign court having jurisdiction for recognition and enforcement.

第二百八十一条  外国法院作出的发生法律效力的判决、裁定，需要中华人民共和国人民法院承认和执行的，可以由当事人直接向中华人民共和国有管辖权的中级人民法院申请承认和执行，也可以由外国法院依照该国与中华人民共和国缔结或者参加的国际条约的规定，或者按照互惠原则，请求人民法院承认和执行。

**Article 281** Where an effective judgment or ruling of a foreign court requires recognition and enforcement by a people's court of the People's Republic of China, a party may apply directly to the intermediate people's court of the People's Republic of China having jurisdiction for recognition and enforcement or apply to the foreign court for the foreign court to request recognition and enforcement by the people's court in accordance with the provisions of an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity.

第二百八十二条  人民法院对申请或者请求承认和执行的外国法院作出的发生法律效力的判决、裁定，依照中华人民共和国缔结或者参加的国际条约，或者按照互惠原则进行审查后，认为不违反中华人民共和国法律的基本原

则或者国家主权、安全、社会公共利益的，裁定承认其效力，需要执行的，发出执行令，依照本法的有关规定执行。违反中华人民共和国法律的基本原则或者国家主权、安全、社会公共利益的，不予承认和执行。

**Article 282** After examining an application or request for recognition and enforcement of an effective judgment or ruling of a foreign court in accordance with an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity, a people's court shall issue a ruling to recognize the legal force of the judgment or ruling and issue an order for enforcement as needed to enforce the judgment or ruling according to the relevant provisions of this Law if the people's court deems that the judgment or ruling does not violate the basic principles of the laws of the People's Republic of China and the sovereignty, security and public interest of the People's Republic of China. If the judgment or ruling violates the basic principles of the laws of the People's Republic of China or the sovereignty, security or public interest of the People's Republic of China, the people's court shall not grant recognition and enforcement.

第二百八十三条 国外仲裁机构的裁决，需要中华人民共和国人民法院承认和执行的，应当由当事人直接向被执行人住所地或者其财产所在地的中级人民法院申请，人民法院应当依照中华人民共和国缔结或者参加的国际条约，或者按照互惠原则办理。

**Article 283** Where an arbitration award of a foreign arbitral institution requires recognition and enforcement by a people's court of the People's Republic of China, a party shall apply directly to the intermediate people's court at the place of domicile of the party against whom enforcement is sought or at the place where the property thereof is located, and the people's court shall process the application in accordance with an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity.

第二百八十四条 本法自公布之日起施行，《中华人民共和国民事诉讼法（试行）》同时废止。

**Article 284** This Law comes into force on the date of issuance, and the Civil Procedure Law of the People's Republic of China (for Trial Implementation) shall be repealed simultaneously.

©Pkulaw：(www.pkulaw.com) provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulations, please check them with the standard texts. You are welcome to view all our products and services.



Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?



Scan QR Code for instant access to the original text

Original Link: https://www.pkulaw.com/en_chl/d33df017c784876fbdfb.html

[CLI Code]CLI.3.349767(EN)

**Interpretation by the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China (2020 Amendment)**

| | |
|---|---|
| Document Number： | No. 20 [2020] of the Supreme People's Court |
| Area of Law： | Civil Procedure Law , Optimization of Doing Business |
| Level of Authority： | Judicial Interpretation |
| Issuing Authority： | Supreme People's Court |
| Date Issued： | 12-29-2020 |
| Effective Date： | 01-01-2021 |
| Status： | Revised |
| Topic： | Civil Code |
| Revised by： | Decision of the Supreme People's Court to Amend the Interpretation by the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China (2022) (Issued on 04-01-2022 Effective on 04-10-2022) |

2020-2022 Annotation Version        2015-2020 Annotation Version

最高人民法院关于适用《中华人民共和国民事诉讼法》的解释

Interpretation by the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China

（2014年12月18日最高人民法院审判委员会第1636次会议通过，根据2020年12月23日最高人民法院审判委员会第1823次会议通过的《最高人民法院关于修改〈最高人民法院关于人民法院民事调解工作若干问题的规定〉等十九件民事诉讼类司法解释的决定》修正）

(Adopted at the 1,636th meeting of the Adjudication Committee of the Supreme People's Court on December 18, 2014, and amended by the Decision of the Supreme People's Court to Amend 19 Judicial Interpretations in the Category of Civil Procedures Including the Provisions by the Supreme People's Court on Several Issues Concerning the Civil Mediation Work of the People's Courts as adopted at the 1,823rd meeting of the Adjudication Committee of the Supreme People's Court on December 23, 2020)

目录

Table of Contents

一、管辖

**I**. Jurisdiction

二、回避

**II**. Disqualification

三、诉讼参加人

**III**. Primary Litigation Participants

四、证据

**IV**. Evidence

五、期间和送达

**V**. Periods and Service of Process

六、调解

**VI**. Mediation



七、保全和先予执行

**VII**. Preservation and Advance Execution

八、对妨害民事诉讼的强制措施

**VIII**. Compulsory Measures against Obstruction of Civil Procedures

九、诉讼费用

**IX**. Litigation Expenses

十、第一审普通程序

**X**. Formal Procedure at First Instance

十一、简易程序

**XI**. Summary Procedure

Saved on: 07/11/2026

十二、简易程序中的小额诉讼

**XII**. Small Claims in Summary Procedure

十三、公益诉讼

**XIII**. Public Interest Actions

十四、第三人撤销之诉

**XIV**. Third-Party Revocation Actions

十五、执行异议之诉

**XV**. Execution Objection Actions

十六、第二审程序

**XVI**. Procedure at Second Instance

十七、特别程序

**XVII**. Special Procedures

十八、审判监督程序

**XVIII**. Trial Supervision Procedure

十九、督促程序

**XIX**. Procedure for Urging Debt Repayment

二十、公示催告程序

**XX**. Procedure for Announcement to Urge Declaration of Claims

二十一、执行程序

**XXI**. Execution Procedure

二十二、涉外民事诉讼程序的特别规定

**XXII**. Special Provisions on Foreign-Related Civil Procedures

Saved on: 07/11/2026

[CLI Code]CLI.3.349767(EN)

二十三、附则

**XXIII**. Supplementary Provisions

2012年8月31日，第十一届全国人民代表大会常务委员会第二十八次会议审议通过了《关于修改〈中华人民共和国民事诉讼法〉的决定》。根据修改后的民事诉讼法，结合人民法院民事审判和执行工作实际，制定本解释。

On August 31, 2012, the Decision on Amending the Civil Procedure Law of the People's Republic of China was deliberated and adopted at the 28th session of the Standing Committee of the Eleventh National People's Congress. In accordance with the Civil Procedure Law as amended and in consideration of the civil trial and execution practices of the people's courts, this Interpretation is developed.

一、管辖

**I**. Jurisdiction

第一条　民事诉讼法第十八条第一项规定的重大涉外案件，包括争议标的额大的案件、案情复杂的案件，或者一方当事人人数众多等具有重大影响的案件。

**Article 1** As mentioned in Article 18(1) of the Civil Procedure Law, "major foreign-related cases" includes a case involving a large amount in dispute, a case with complicated circumstances, a case in which one side consists of a large number of parties, and other cases having a major impact.

第二条　专利纠纷案件由知识产权法院、最高人民法院确定的中级人民法院和基层人民法院管辖。

**Article 2** Patent infringement cases shall be under the jurisdiction of intellectual property courts, as well as the intermediate people's courts and basic people's courts specified by the Supreme People's Court.

海事、海商案件由海事法院管辖。

Cases of maritime affairs and maritime commerce shall be under the jurisdiction of maritime courts.

第三条　公民的住所地是指公民的户籍所在地，法人或者其他组织的住所地是指法人或者其他组织的主要办事机构所在地。

**Article 3** "Domicile of a citizen" means a citizen's place of permanent residence, and "domicile of a

[CLI Code]CLI.3.349767(EN)

legal person or any other organization" means the place where its principal office is located.

法人或者其他组织的主要办事机构所在地不能确定的，法人或者其他组织的注册地或者登记地为住所地。 Where the place where the principal office of a legal person or any other organization is located cannot be determined, the place of registration of the legal person or other organization shall be its place of domicile.

第四条　公民的经常居住地是指公民离开住所地至起诉时已连续居住一年以上的地方，但公民住院就医的地方除外。

**Article 4** "Place of habitual residence of a citizen" means the place where a citizen has continuously resided for one year or more after leaving his or her place of domicile when instituting an action, except the place of hospitalization.

第五条　对没有办事机构的个人合伙、合伙型联营体提起的诉讼，由被告注册登记地人民法院管辖。没有注册登记，几个被告又不在同一辖区的，被告住所地的人民法院都有管辖权。

**Article 5** An action instituted against a partnership of individuals or a partnership of entities without an office shall be under the jurisdiction of the people's court at the defendant's place of registration. If none of the defendants are registered and they are not in the same territorial jurisdiction, the people's court at the place of domicile of each defendant shall have jurisdiction over the case.

第六条　被告被注销户籍的，依照民事诉讼法第二十二条规定确定管辖；原告、被告均被注销户籍的，由被告居住地人民法院管辖。

**Article 6** Where the registered permanent residence of the defendant in a case is cancelled, the jurisdiction over the case shall be determined in accordance with the provision of Article 22 of the Civil Procedure Law; and where the registered permanent residences of both the plaintiff and the defendant are cancelled, the case shall be under the jurisdiction of the people's court at the place of residence of the defendant.

第七条　当事人的户籍迁出后尚未落户，有经常居住地的，由该地人民法院管辖；没有经常居住地的，由其原户籍所在地人民法院管辖。

**Article 7** Where the registered permanent residence of a party to a case has been removed but the new permanent residence of the party has not been registered, if the party has a place of habitual

residence, the case shall be under the jurisdiction of the people's court at such a place; or if the party does not have a place of habitual residence, the case shall be under the jurisdiction of the people's court at the original place of registered permanent residence.

第八条 双方当事人都被监禁或者被采取强制性教育措施的，由被告原住所地人民法院管辖。被告被监禁或者被采取强制性教育措施一年以上的，由被告被监禁地或者被采取强制性教育措施地人民法院管辖。

**Article 8** Where both parties to a case are incarcerated or are subjected to any compulsory correctional measure, the case shall be under the jurisdiction of the people's court at the original place of domicile of the defendant. If the defendant is incarcerated or is subjected to any compulsory correctional measure for one year or more, the case shall be under the jurisdiction of the people's court at the place where the defendant is incarcerated or is subjected to the compulsory correctional measure.

第九条 追索赡养费、抚育费、扶养费案件的几个被告住所地不在同一辖区的，可以由原告住所地人民法院管辖。

**Article 9** Where the places of domicile of the two or more defendants in a case involving recovery of support for elderly parents, child support, or support for other adult dependents are not in the same territorial jurisdiction, the case may be under the jurisdiction of the people's court at the place of domicile of the plaintiff.

第十条 不服指定监护或者变更监护关系的案件，可以由被监护人住所地人民法院管辖。

**Article 10** A case filed against specification of a guardian or a case involving modification of guardianship may be under the jurisdiction of the people's court at the place of domicile of the ward.

第十一条 双方当事人均为军人或者军队单位的民事案件由军事法院管辖。

**Article 11** A civil case to which both parties are military personnel or military entities shall be under the jurisdiction of a military court.

第十二条 夫妻一方离开住所地超过一年，另一方起诉离婚的案件，可以由原告住所地人民法院管辖。

**Article 12** A case filed by one spouse for divorce one year or more after the other spouse left their place of domicile may be under the jurisdiction of the people's court at the place of domicile of the plaintiff.

Saved on: 07/11/2026

夫妻双方离开住所地超过一年，一方起诉离婚的案件，由被告经常居住地人民法院管辖；没有经常居住地的，由原告起诉时被告居住地人民法院管辖。

A case filed by one spouse for divorce one year or more after both spouses left their place of domicile shall be under the jurisdiction of the people's court at the place of habitual residence of the defendant. If the defendant does not have a place of habitual residence, the case shall be under the jurisdiction of the people's court at the place of residence of the defendant when the action is instituted.

第十三条　在国内结婚并定居国外的华侨，如定居国法院以离婚诉讼须由婚姻缔结地法院管辖为由不予受理，当事人向人民法院提出离婚诉讼的，由婚姻缔结地或者一方在国内的最后居住地人民法院管辖。

**Article 13** Where a court of a foreign country in which an overseas Chinese who got married in China settles rejects a divorce action involving the overseas Chinese on the ground that such a case must be under the jurisdiction of the court at the place of celebration, if a party institutes a divorce action in a people's court, the case shall be under the jurisdiction of the people's court at the place of celebration or the place of last domestic residence of a party.

第十四条　在国外结婚并定居国外的华侨，如定居国法院以离婚诉讼须由国籍所属国法院管辖为由不予受理，当事人向人民法院提出离婚诉讼的，由一方原住所地或者在国内的最后居住地人民法院管辖。

**Article 14** Where a court of a foreign country in which an overseas Chinese who got married abroad settles rejects a divorce action involving the overseas Chinese on the ground that such a case must be under the jurisdiction of a court of the country of nationality of the overseas Chinese, if a party institutes a divorce action in a people's court, the case shall be under the jurisdiction of the people's court at the original place of domicile or the place of last domestic residence of a party.

第十五条　中国公民一方居住在国外，一方居住在国内，不论哪一方向人民法院提起离婚诉讼，国内一方住所地人民法院都有权管辖。国外一方在居住国法院起诉，国内一方向人民法院起诉的，受诉人民法院有权管辖。

**Article 15** Where both spouses are Chinese citizens but one lives abroad and the other lives in China, the people's court at the place of domicile of the spouse who lives in China shall have jurisdiction over a divorce action between them, regardless of which spouse institutes a divorce action in a people's court. Where the spouse who lives abroad institutes an action in a court of the country of residence of the spouse, and the spouse who lives in China institutes an action in a

people's court, the people's court in which the action is instituted shall have jurisdiction over the divorce case.

第十六条  中国公民双方在国外但未定居，一方向人民法院起诉离婚的，应由原告或者被告原住所地人民法院管辖。

**Article 16** Where both spouses are Chinese citizens, and they live abroad but have not settled abroad, if one spouse institutes a divorce action in a people's court, the people's court at the original place of domicile of the plaintiff or defendant shall have jurisdiction over the divorce case.

第十七条  已经离婚的中国公民，双方均定居国外，仅就国内财产分割提起诉讼的，由主要财产所在地人民法院管辖。

**Article 17** Where both of the divorced Chinese citizens have settled abroad, an action instituted in a people's court for division of property in China shall be under the jurisdiction of the people's court at the place where the major property is located.

第十八条  合同约定履行地点的，以约定的履行地点为合同履行地。

**Article 18** Where the parties have agreed on a place of performance in a contract, such a place of performance shall be the place where the contract is performed.

合同对履行地点没有约定或者约定不明确，争议标的为给付货币的，接收货币一方所在地为合同履行地；交付不动产的，不动产所在地为合同履行地；其他标的，履行义务一方所在地为合同履行地。即时结清的合同，交易行为地为合同履行地。

Where the parties fail to agree on or clearly agree on a place of performance in a contract, and the subject matter of dispute is the payment of money, the place where the recipient of money is located shall be the place where the contract is performed; in the delivery of real property, the place where the real property is located shall be the place where the contract is performed; and for any other subject matter, the place where the party performing the agreed obligations is located shall be the place where the contract is performed. For a contract on spot transactions, the place of transaction shall be the place where the contract is performed.

合同没有实际履行，当事人双方住所地都不在合同约定的履行地的，由被告住所地人民法院管辖。

Where a contract is not actually performed, and the place of domicile of either party is not the place of performance as agreed on in the contract, the people's court at the place of domicile of

[CLI Code]CLI.3.349767(EN)

the defendant shall have jurisdiction.

第十九条　财产租赁合同、融资租赁合同以租赁物使用地为合同履行地。合同对履行地有约定的，从其约定。

**Article 19** For a property leasing contract or a financial leasing contract, the place where the leased property is used shall be the place where the contract is performed, unless the parties have agreed otherwise on the place of performance in the contract.

第二十条　以信息网络方式订立的买卖合同，通过信息网络交付标的的，以买受人住所地为合同履行地；通过其他方式交付标的的，收货地为合同履行地。合同对履行地有约定的，从其约定。

**Article 20** For a sales contract concluded on an information network, if the subject matter is delivered on the information network, the place of domicile of the buyer shall be the place where the contract is performed; or if the subject matter is delivered by any other means, the place of receipt shall be the place where the contract is performed, unless the parties have agreed otherwise on the place of performance in the contract.

第二十一条　因财产保险合同纠纷提起的诉讼，如果保险标的物是运输工具或者运输中的货物，可以由运输工具登记注册地、运输目的地、保险事故发生地人民法院管辖。

**Article 21** For an action instituted for a dispute arising from a property insurance contract, if the subject matter insured is a transport vehicle or the goods in transit, the case may be under the jurisdiction of the people's court at the place where the transport vehicle is registered, the place of destination, or the place where the insurance accident occurs.

因人身保险合同纠纷提起的诉讼，可以由被保险人住所地人民法院管辖。

A case of dispute over a personal insurance contract may be under the jurisdiction of the people's court at the place of domicile of the insured.

第二十二条　因股东名册记载、请求变更公司登记、股东知情权、公司决议、公司合并、公司分立、公司减资、公司增资等纠纷提起的诉讼，依照民事诉讼法第二十六条规定确定管辖。

**Article 22** For an action instituted for a dispute arising from records in the register of shareholders, a request for modification of company registration, shareholders' right to know, a resolution of a company, a corporate combination or division, a capital increase or decrease of a company, the jurisdiction over the case may be determined in accordance with the provision of Article 26 of the Civil Procedure Law.

[CLI Code]CLI.3.349767(EN)

第二十三条　债权人申请支付令，适用民事诉讼法第二十一条规定，由债务人住所地基层人民法院管辖。

**Article 23** Where a creditor applies for issuance of an order for payment, Article 21 of the Civil Procedure Law shall apply, and the case shall be under the jurisdiction of the basic people's court at the place of domicile of the debtor.

第二十四条　民事诉讼法第二十八条规定的侵权行为地，包括侵权行为实施地、侵权结果发生地。

**Article 24** As mentioned in Article 28 of the Civil Procedure Law, "place where the tort occurs" includes the place where a tort is committed and the place where the result of a tort occurs.

第二十五条　信息网络侵权行为实施地包括实施被诉侵权行为的计算机等信息设备所在地，侵权结果发生地包括被侵权人住所地。

**Article 25** The place where a tort is committed on an information network shall include the place where the computer and other pieces of information equipment used to commit the alleged tort are located, and the place where the result of a tort occurs shall include the place of domicile of the victim.

第二十六条　因产品、服务质量不合格造成他人财产、人身损害提起的诉讼，产品制造地、产品销售地、服务提供地、侵权行为地和被告住所地人民法院都有管辖权。

**Article 26** For an action instituted for property or bodily damage caused by the substandard quality of a product or service, the people's courts at the place where the product is manufactured, the place where the product is sold, the place where the service is rendered, the place where the tort occurs, and the place of domicile of the defendant shall all have jurisdiction.

第二十七条　当事人申请诉前保全后没有在法定期间起诉或者申请仲裁，给被申请人、利害关系人造成损失引起的诉讼，由采取保全措施的人民法院管辖。

**Article 27** An action instituted by the respondent or an interested party for losses resulting from a party's failure to institute an action or apply for arbitration within the statutory period after applying for preservation before the institution of action shall be under the jurisdiction of the people's court taking the preservation measures.

当事人申请诉前保全后在法定期间内起诉或者申请仲裁，被申请人、利害关系人因保全受到损失提起的诉讼，由受

Saved on: 07/11/2026

理起诉的人民法院或者采取保全措施的人民法院管辖。

Where a party institutes an action or applies for arbitration within the statutory period after applying for preservation before the institution of action, an action instituted by the respondent or an interested party for losses resulting from the preservation measures shall be under the jurisdiction of the people's court that accepts that action or takes the preservation measures.

第二十八条　民事诉讼法第三十三条第一项规定的不动产纠纷是指因不动产的权利确认、分割、相邻关系等引起的物权纠纷。

**Article 28** As mentioned in Article 33 (1) of the Civil Procedure Law, "real estate dispute" means a property dispute arising from the confirmation of rights in real estate, division of real estate, or neighboring relations, among others.

农村土地承包经营合同纠纷、房屋租赁合同纠纷、建设工程施工合同纠纷、政策性房屋买卖合同纠纷，按照不动产纠纷确定管辖。

The jurisdiction over a contractual dispute involving contracted operations on rural land, tenancy, construction of a building project, or purchase of a policy-based property shall be determined according to the jurisdiction over a real estate dispute.

不动产已登记的，以不动产登记簿记载的所在地为不动产所在地；不动产未登记的，以不动产实际所在地为不动产所在地。

For registered real estate, the location recorded in the real estate register shall be the place where the real estate is located; and for unregistered real estate, the place where the real estate is actually located shall be the place where the real estate is located.

第二十九条　民事诉讼法第三十四条规定的书面协议，包括书面合同中的协议管辖条款或者诉讼前以书面形式达成的选择管辖的协议。

**Article 29** As mentioned in Article 34 of the Civil Procedure Law, "written agreement" means the jurisdiction clauses in a written contract and a written agreement on choice of jurisdiction reached before litigation.

第三十条　根据管辖协议，起诉时能够确定管辖法院的，从其约定；不能确定的，依照民事诉讼法的相关规定确定管辖。

**Article 30** Where the court having jurisdiction can be determined according to a jurisdiction

agreement when an action is instituted, the agreement shall prevail; otherwise, the jurisdiction over the action shall be determined in accordance with the relevant provisions of the Civil Procedure Law.

管辖协议约定两个以上与争议有实际联系的地点的人民法院管辖，原告可以向其中一个人民法院起诉。 Where a jurisdiction agreement provides that two or more people's courts at places with substantial connection to a dispute shall have jurisdiction over the dispute, the plaintiff may institute an action in one of the people's courts.

第三十一条　经营者使用格式条款与消费者订立管辖协议，未采取合理方式提请消费者注意，消费者主张管辖协议无效的，人民法院应予支持。

**Article 31** Where, after a business enters into a jurisdiction agreement with a consumer by using standard clauses without reminding in appropriate manners the consumer to pay attention to such clauses, the consumer claims the nullification of the jurisdiction agreement, the claim shall be supported by the people's court.

第三十二条　管辖协议约定由一方当事人住所地人民法院管辖，协议签订后当事人住所地变更的，由签订管辖协议时的住所地人民法院管辖，但当事人另有约定的除外。

**Article 32** Where a jurisdiction agreement provides that the people's court at the place of domicile of one party has jurisdiction, but the place of domicile of the party changes after the agreement is concluded, the people's court at the place of domicile of the party when the agreement is concluded shall have jurisdiction, unless the parties agree otherwise.

第三十三条　合同转让的，合同的管辖协议对合同受让人有效，但转让时受让人不知道有管辖协议，或者转让协议另有约定且原合同相对人同意的除外。

**Article 33** When a contract is assigned, the jurisdiction agreement on the contract shall bind the assignee, unless the assignee is not aware of the jurisdiction agreement at the time of assignment or it is otherwise agreed on in the assignment agreement and the other party in the contract consents.

第三十四条　当事人因同居或者在解除婚姻、收养关系后发生财产争议，约定管辖的，可以适用民事诉讼法第三十四条规定确定管辖。

**Article 34** Where the parties to a property dispute that arises when they cohabit or after their

marital relationship or adoptive relationship is dissolved reach a jurisdiction agreement, the jurisdiction over the case may be determined in accordance with the provision of Article 34 of the Civil Procedure Law.

第三十五条 当事人在答辩期间届满后未应诉答辩，人民法院在一审开庭前，发现案件不属于本院管辖的，应当裁定移送有管辖权的人民法院。

**Article 35** Where a party fails to respond to an action upon expiry of the period for submitting a statement of defense, if the people's court of first instance finds before holding a court session that the case is not under its jurisdiction, it shall issue a ruling to transfer the case to the people's court having jurisdiction over the case.

第三十六条 两个以上人民法院都有管辖权的诉讼，先立案的人民法院不得将案件移送给另一个有管辖权的人民法院。人民法院在立案前发现其他有管辖权的人民法院已先立案的，不得重复立案；立案后发现其他有管辖权的人民法院已先立案的，裁定将案件移送给先立案的人民法院。

**Article 36** Where two or more people's courts have jurisdiction over an action, the people's court that firstly dockets the case shall not transfer the case to any other people's court having jurisdiction. If a people's court finds out before docketing a case that the case has been docketed by another people's court having jurisdiction, it shall docket the case again; and if it finds out after docketing the case that another competent people's court having jurisdiction has docketed the case before it, it shall issue a ruling to transfer the case to the people's court docketing the case before it.

第三十七条 案件受理后，受诉人民法院的管辖权不受当事人住所地、经常居住地变更的影响。

**Article 37** After a case is accepted, the jurisdiction of the people's court accepting the action shall not be affected by any change in the place of domicile or place of habitual residence of a party.

第三十八条 有管辖权的人民法院受理案件后，不得以行政区域变更为由，将案件移送给变更后有管辖权的人民法院。判决后的上诉案件和依审判监督程序提审的案件，由原审人民法院的上级人民法院进行审判；上级人民法院指令再审、发回重审的案件，由原审人民法院再审或者重审。

**Article 38** After a people's court having jurisdiction accepts a case, it shall not, on the ground of adjustment of administrative areas, transfer the case to the people's court having jurisdiction after such adjustment. An appellate case after adjudication or a case retried under the trial supervision procedure shall be tried by the people's court at a higher level of the original trial people's court. A

[CLI Code]CLI.3.349767(EN)

case ordered or remanded by the people's court at a higher level for retrial shall be retried by the original trial people's court.

第三十九条　人民法院对管辖异议审查后确定有管辖权的，不因当事人提起反诉、增加或者变更诉讼请求等改变管辖，但违反级别管辖、专属管辖规定的除外。

**Article 39** Where a people's court is determined to have jurisdiction upon examination of an objection to jurisdiction, the jurisdiction shall not be changed because a party files a counterclaim, adds any new claim or modifies its claims, unless the provisions regarding hierarchical jurisdiction and exclusive jurisdiction are violated.

人民法院发回重审或者按第一审程序再审的案件，当事人提出管辖异议的，人民法院不予审查。

For a case remanded for retrial or retried under the procedure at first instance by a people's court, where a party raises an objection to jurisdiction, the people's court will not examine it.

第四十条　依照民事诉讼法第三十七条第二款规定，发生管辖权争议的两个人民法院因协商不成报请它们的共同上级人民法院指定管辖时，双方为同属一个地、市辖区的基层人民法院的，由该地、市的中级人民法院及时指定管辖；同属一个省、自治区、直辖市的两个人民法院的，由该省、自治区、直辖市的高级人民法院及时指定管辖；双方为跨省、自治区、直辖市的人民法院，高级人民法院协商不成的，由最高人民法院及时指定管辖。

**Article 40** In accordance with the provision of paragraph 2, Article 37 of the Civil Procedure Law, where two people's courts with a dispute over jurisdiction request their common superior to specify jurisdiction after their consultations fail, if both courts are basic people's courts in the same district of a prefecture or city, the intermediate people's court of the prefecture or city shall specify jurisdiction in a timely manner; if both courts are people's courts in the same province, autonomous region or municipality directly under the Central Government, the higher people's court of the province, autonomous region or municipality directly under the Central Government shall specify jurisdiction in a timely manner; if both courts are in different provinces, autonomous regions or municipalities directly under the Central Government, and the consultation between the higher people's courts fails, the Supreme People's Court shall specify jurisdiction in a timely manner.

依照前款规定报请上级人民法院指定管辖时，应当逐级进行。

When a request is made to the superior to specify jurisdiction under the preceding paragraph, it shall be made level by level.

第四十一条　人民法院依照民事诉讼法第三十七条第二款规定指定管辖的，应当作出裁定。

**Article 41** Where a people's court specifies jurisdiction under paragraph 2, Article 37 of the Civil Procedure Law, it shall issue a ruling thereon.

对报请上级人民法院指定管辖的案件，下级人民法院应当中止审理。指定管辖裁定作出前，下级人民法院对案件作出判决、裁定的，上级人民法院应当在裁定指定管辖的同时，一并撤销下级人民法院的判决、裁定。

Where a case is reported to a people's court at a higher level for specification of jurisdiction, a people's court shall suspend the trial. Where the people's court issues a judgment or ruling before a ruling to specify jurisdiction is issued, the people's court at a higher level shall revoke the judgment or ruling when issuing a ruling to specify jurisdiction.

第四十二条　下列第一审民事案件，人民法院依照民事诉讼法第三十八条第一款规定，可以在开庭前交下级人民法院审理：

**Article 42** A people's court may, before trial, transfer a first instance civil case under any of the following circumstances to a people's court at a lower level for trial in accordance with the provision of paragraph 1, Article 38 of the Civil Procedure Law:

（一）破产程序中有关债务人的诉讼案件；

(1) A case concerning a debtor in the bankruptcy procedure.

（二）当事人人数众多且不方便诉讼的案件；

(2) A case involving numerous parties who are inconvenient to institute actions.

（三）最高人民法院确定的其他类型案件。

(3) A case of any other type as determined by the Supreme People's Court.

人民法院交下级人民法院审理前，应当报请其上级人民法院批准。上级人民法院批准后，人民法院应当裁定将案件交下级人民法院审理。

Before transferring such a case to a people's court at a lower level for trial, a people's court shall report the situation to a people's court at a higher level for approval. Upon approval, the people's court shall issue a ruling to transfer the case to the people's court at a lower level for trial.

二、回避

[CLI Code]CLI.3.349767(EN)

## II. Disqualification

第四十三条　审判人员有下列情形之一的，应当自行回避，当事人有权申请其回避：

**Article 43** Under any of the following circumstances, a judge shall voluntarily disqualify himself or herself, and a party shall be entitled to request disqualification of such a judge:

（一）是本案当事人或者当事人近亲属的；

(1) The judge is a party to the case or is a close relative of a party to the case.

（二）本人或者其近亲属与本案有利害关系的；

(2) The judge or a close relative thereof is an interested party to the case.

（三）担任过本案的证人、鉴定人、辩护人、诉讼代理人、翻译人员的；

(3) The judge once acted as a witness, identification or evaluation expert, defender, litigation representative, or interpreter of the case.

（四）是本案诉讼代理人近亲属的；

(4) The judge is a close relative of a litigation representative in the case.

（五）本人或者其近亲属持有本案非上市公司当事人的股份或者股权的；

(5) The judge or a close relative thereof holds shares or equities in an unlisted company that is a party to the case.

（六）与本案当事人或者诉讼代理人有其他利害关系，可能影响公正审理的。

(6) The judge has any other interested relationship with a party to a case or a litigation representative thereof, which may affect the impartial trial of the case.

第四十四条　审判人员有下列情形之一的，当事人有权申请其回避：

**Article 44** A party shall be entitled to request disqualification of a judge under any of the following circumstances:

（一）接受本案当事人及其受托人宴请，或者参加由其支付费用的活动的；

(1) The judge accepts any treat from a party to the case or an agent thereof or attends any activity

sponsored by a party to the case or an agent thereof.

（二）索取、接受本案当事人及其受托人财物或者其他利益的；

(2) The judge extorts or accepts any property or other benefit from a party to the case or an agent thereof.

（三）违反规定会见本案当事人、诉讼代理人的；

(3) The judge meets a party to the case or the litigation representative thereof in violation of rules.

（四）为本案当事人推荐、介绍诉讼代理人，或者为律师、其他人员介绍代理本案的；

(4) The judge recommends or introduces a litigation representative to a party to the case or introduces the case to a lawyer or any other person for handling.

（五）向本案当事人及其受托人借用款物的；

(5) The judge borrows money or any other property from a party to the case or an agent thereof.

（六）有其他不正当行为，可能影响公正审理的。

(6) Any other improper conduct that may affect the impartial trial of the case.

第四十五条　在一个审判程序中参与过本案审判工作的审判人员，不得再参与该案其他程序的审判。

**Article 45** A judge who once participated in the trial of a case under one trial procedure may not participate in the trial of the case under another procedure.

发回重审的案件，在一审法院作出裁判后又进入第二审程序的，原第二审程序中合议庭组成人员不受前款规定的限制。

However, for a case remanded for retrial, the members of the collegial panel under the original second-instance procedure shall not be subject to the restriction mentioned in the preceding paragraph, provided that the case enters again the second-instance procedure after the court of first instance adjudicates the case.

第四十六条　审判人员有应当回避的情形，没有自行回避，当事人也没有申请其回避的，由院长或者审判委员会决定其回避。

**Article 46** Where a judge who shall disqualify himself/herself fails to do so and none of the parties applies for disqualification of the judge, the president or the adjudication committee of the people's

court shall decide to disqualify the judge.

第四十七条    人民法院应当依法告知当事人对合议庭组成人员、独任审判员和书记员等人员有申请回避的权利。

**Article 47** A people's court shall notify the parties to a case of their right to apply for disqualification of any member of the collegial panel, the sole judge or the clerk.

第四十八条    民事诉讼法第四十四条所称的审判人员，包括参与本案审理的人民法院院长、副院长、审判委员会委员、庭长、副庭长、审判员、助理审判员和人民陪审员。

**Article 48** As mentioned in Article 44 of the Civil Procedure Law, "judge" includes the president, vice presidents, members of the adjudication committee, division chief judges, associate chief judges, judges, assistant judges, and people's assessors of a people's court at any level.

第四十九条    书记员和执行员适用审判人员回避的有关规定。

**Article 49** The relevant provisions on the disqualification of judges shall apply to clerks and executors.

三、诉讼参加人

**III**. Primary Litigation Participants

第五十条    法人的法定代表人以依法登记的为准，但法律另有规定的除外。依法不需要办理登记的法人，以其正职负责人为法定代表人；没有正职负责人的，以其主持工作的副职负责人为法定代表人。

**Article 50** The legal representative of a legal person shall be the one as legally registered, unless it is otherwise prescribed by any law. For a legal person not required to be registered, the principal person in charge of it shall be its legal representative; in the absence of the principal person in charge, the deputy person in charge shall be its legal representative.

法定代表人已经变更，但未完成登记，变更后的法定代表人要求代表法人参加诉讼的，人民法院可以准许。

Where the legal representative is changed but the registration thereof has not been completed yet, if the new legal representative requests the old legal representative to participate in the action, the people's court may grant permission.

其他组织，以其主要负责人为代表人。

For any other organization, its principal responsible person shall be its legal representative.

第五十一条　在诉讼中，法人的法定代表人变更的，由新的法定代表人继续进行诉讼，并应向人民法院提交新的法定代表人身份证明书。原法定代表人进行的诉讼行为有效。

**Article 51** Where the legal representative of a legal person changes in an action, the new legal representative shall continue to participate in the action, and the identity certificate of the new legal representative shall be submitted to the people's court. The litigation conduct of the old legal representative shall bind.

前款规定，适用于其他组织参加的诉讼。

The preceding paragraph shall apply in an action involving the participation of any other organization.

第五十二条　民事诉讼法第四十八条规定的其他组织是指合法成立、有一定的组织机构和财产，但又不具备法人资格的组织，包括：

**Article 52** As mentioned in Article 48 of the Civil Procedure Law, "other organizations" means organizations that are lawfully established, have certain organizational frameworks and property but do not have the legal person status, including:

（一）依法登记领取营业执照的个人独资企业；

(1) Sole proprietorships that have been registered and obtained business licenses according to the law.

（二）依法登记领取营业执照的合伙企业；

(2) Partnership enterprises that have been registered and obtained business licenses according to the law.

（三）依法登记领取我国营业执照的中外合作经营企业、外资企业；

(3) Chinese-foreign contractual joint ventures and foreign-funded enterprises that have been registered and obtained business licenses according to the law.

（四）依法成立的社会团体的分支机构、代表机构；

(4) Lawfully formed branch offices and representative offices of social organizations.

Saved on: 07/11/2026

（五）依法设立并领取营业执照的法人的分支机构；

(5) Legal persons' lawfully formed branch offices that have obtained business licenses according to the law.

（六）依法设立并领取营业执照的商业银行、政策性银行和非银行金融机构的分支机构；

(6) Commercial banks', policy banks' and non-banking financial institutions' lawfully formed branch offices that have obtained business licenses according to the law.

（七）经依法登记领取营业执照的乡镇企业、街道企业；

(7) Township enterprises and neighborhood enterprises that have been registered and obtained business licenses according to the law.

（八）其他符合本条规定条件的组织。

(8) Other organizations that meet the conditions set out in this Article.

第五十三条　法人非依法设立的分支机构，或者虽依法设立，但没有领取营业执照的分支机构，以设立该分支机构的法人为当事人。

**Article 53** For a branch office not lawfully formed by a legal person or a lawfully formed branch office that has not obtained the business license, the legal person forming it shall be a party to the case.

第五十四条　以挂靠形式从事民事活动，当事人请求由挂靠人和被挂靠人依法承担民事责任的，该挂靠人和被挂靠人为共同诉讼人。

**Article 54** Where a party conducts civil activities in the name of another party, if a party requests that both of the two to assume civil liability according to the law, the two parties shall be co-litigants.

第五十五条　在诉讼中，一方当事人死亡，需要等待继承人表明是否参加诉讼的，裁定中止诉讼。人民法院应当及时通知继承人作为当事人承担诉讼，被继承人已经进行的诉讼行为对承担诉讼的继承人有效。

**Article 55** Where, in an action, a party dies and it is necessary to wait for his or her successors to indicate whether they will participate in the action, the people's court shall issue a ruling to suspend the action. The people's court shall notify the successors to participate in the action as the parties to the case, and the litigation conduct of the deceased shall bind the successors that

[CLI Code]CLI.3.349767(EN)

participate in the action.

第五十六条　法人或者其他组织的工作人员执行工作任务造成他人损害的，该法人或者其他组织为当事人。

**Article 56** Where an employee of a legal person or any other organization causes any harm to another person in the execution of his or her work duty, the legal person or other organization shall be a party to the case.

第五十七条　提供劳务一方因劳务造成他人损害，受害人提起诉讼的，以接受劳务一方为被告。

**Article 57** Where the party providing labor services causes any harm to another person as the result of the labor services, the party receiving labor services shall be the defendant in the action instituted by the victim.

第五十八条　在劳务派遣期间，被派遣的工作人员因执行工作任务造成他人损害的，以接受劳务派遣的用工单位为当事人。当事人主张劳务派遣单位承担责任的，该劳务派遣单位为共同被告。

**Article 58** Where, during the period of employment secondment, a seconded worker causes any harm to another person in the execution of his or her work duty, the receiver of the seconded worker shall be a party to the case. If the party claims that the supplier of the seconded worker shall assume liability, the supplier of the seconded worker shall be a co-defendant.

第五十九条　在诉讼中，个体工商户以营业执照上登记的经营者为当事人。有字号的，以营业执照上登记的字号为当事人，但应同时注明该字号经营者的基本信息。

**Article 59** In an action, the business operator registered on the business license of an individual industrial and commercial household shall be a party to the case. If the individual industrial and commercial household has a trade name, the trade name registered on the business license shall be a party to the case, provided that the basic information about the business operator of the trade name shall be stated.

营业执照上登记的经营者与实际经营者不一致的，以登记的经营者和实际经营者为共同诉讼人。

If the business operator registered on the business license is inconsistent with the actual business operator, the registered business operator and the actual business operator shall be co-litigants.

第六十条　在诉讼中，未依法登记领取营业执照的个人合伙的全体合伙人为共同诉讼人。个人合伙有依法核准登记的字号的，应在法律文书中注明登记的字号。全体合伙人可以推选代表人；被推选的代表人，应由全体合伙人

出具推选书。

**Article 60** In an action, all partners of an individual partnership that has not been registered and obtained a business license according to the law shall be parties to the joint action. If the individual partnership has a trade name approved and registered according to the law, the registered trade name shall be specified in legal documents. All partners may recommend a representative or representatives, for which a letter of recommendation shall be issued.

第六十一条　当事人之间的纠纷经人民调解委员会调解达成协议后，一方当事人不履行调解协议，另一方当事人向人民法院提起诉讼的，应以对方当事人为被告。

**Article 61** Where the parties to a dispute reach a mediation agreement upon the mediation of the people's mediation committee, but one party fails to perform the mediation agreement and the other party institutes an action in a people's court, the party failing to perform the mediation agreement shall be the defendant.

第六十二条　下列情形，以行为人为当事人：

**Article 62** Under any of the following circumstances, the actor shall be a party to the case:

（一）法人或者其他组织应登记而未登记，行为人即以该法人或者其他组织名义进行民事活动的；

(1) Without registering a legal person or any other organization as required, the actor conducts civil activities in the name of the legal person or other organization.

（二）行为人没有代理权、超越代理权或者代理权终止后以被代理人名义进行民事活动的，但相对人有理由相信行为人有代理权的除外；

(2) The actor conducts civil activities in the name of the principal without authorization, beyond authorization or after the termination of authorization, unless the other party has reason to believe that the actor has authorization.

（三）法人或者其他组织依法终止后，行为人仍以其名义进行民事活动的。

(3) After a legal person or any other organization is terminated according to the law, the actor still conducts civil activities in its name.

第六十三条　企业法人合并的，因合并前的民事活动发生的纠纷，以合并后的企业为当事人；企业法人分立的，因分立前的民事活动发生的纠纷，以分立后的企业为共同诉讼人。

**Article 63** In the combination of an enterprise legal person, for a dispute arising from a civil activity conducted before the combination, the enterprise after the combination shall be a party to the case; in the division of an enterprise legal person, for a dispute arising from a civil activity conducted before the division, the enterprises after the division shall be co-litigants.

第六十四条  企业法人解散的，依法清算并注销前，以该企业法人为当事人；未依法清算即被注销的，以该企业法人的股东、发起人或者出资人为当事人。

**Article 64** In the dissolution of an enterprise legal person, before it is liquidated and deregistered according to the law, the enterprise legal person shall be a party to the case; if it is deregistered without liquidation, its shareholder, promoter or capital contributor shall be a party to the case.

第六十五条  借用业务介绍信、合同专用章、盖章的空白合同书或者银行账户的，出借单位和借用人为共同诉讼人。

**Article 65** For the lending of a business letter of introduction, special seal for contractual uses, blank sealed contract or bank account, the lending entity and the borrowing entity shall be co-litigants.

第六十六条  因保证合同纠纷提起的诉讼，债权人向保证人和被保证人一并主张权利的，人民法院应当将保证人和被保证人列为共同被告。保证合同约定为一般保证，债权人仅起诉保证人的，人民法院应当通知被保证人作为共同被告参加诉讼；债权人仅起诉被保证人的，可以只列被保证人为被告。

**Article 66** For an action instituted for a suretyship contract dispute, where the creditor claims its rights against the surety and the debtor, the people's court shall take the surety and the debtor as co-defendants; if the suretyship contract is about a general guarantee and the creditor sues only against the surety, the people's court shall notify the debtor to participate in the action as a codefendant; and if the creditor sues only against the debtor, the people's court may only take the debtor as the defendant.

第六十七条  无民事行为能力人、限制民事行为能力人造成他人损害的，无民事行为能力人、限制民事行为能力人和其监护人为共同被告。

**Article 67** Where a person without civil competency or with limited civil competency causes damage to others, the person and the guardian thereof shall be co-defendants.

第六十八条  居民委员会、村民委员会或者村民小组与他人发生民事纠纷的，居民委员会、村民委员会或者有

[CLI Code]CLI.3.349767(EN)

独立财产的村民小组为当事人。

**Article 68** Where a civil dispute arises between a residents' committee, a villagers' committee, or a villagers' group and any other person, the residents' committee, the villagers' committee, or the villagers' group, if the villagers' group has independent property, shall be a party to the case.

第六十九条　对侵害死者遗体、遗骨以及姓名、肖像、名誉、荣誉、隐私等行为提起诉讼的，死者的近亲属为当事人。

**Article 69** For an action instituted against an infringement upon the body, bone, name, image, reputation, honor or privacy of the deceased, a close relative of the deceased shall be a party to the case.

第七十条　在继承遗产的诉讼中，部分继承人起诉的，人民法院应通知其他继承人作为共同原告参加诉讼；被通知的继承人不愿意参加诉讼又未明确表示放弃实体权利的，人民法院仍应将其列为共同原告。

**Article 70** For an action instituted for an inheritance dispute, where only some of the inheritors institute the action, the people's court shall notify other inheritors to participate in the action as co-plaintiffs; if any inheritors as notified are not willing to participate in the action but do not clearly renounce their substantial rights, the people's court shall still take them as co-plaintiffs.

第七十一条　原告起诉被代理人和代理人，要求承担连带责任的，被代理人和代理人为共同被告。

**Article 71** Where the plaintiff institutes an action against the principal and the agent, claiming that they are jointly and severally liable, the principal and the agent shall be co-defendants.

原告起诉代理人和相对人，要求承担连带责任的，代理人和相对人为共同被告。

Where the plaintiff institutes an action against the agent and the opposite party, claiming that they are jointly and severally liable, the agent and the opposite party shall be co-defendants.

第七十二条　共有财产权受到他人侵害，部分共有权人起诉的，其他共有权人为共同诉讼人。

**Article 72** If, after the right to a common property is damaged by another person, only some of the common property right holders institute an action, other common property right holders shall be taken as co-litigants.

第七十三条　必须共同进行诉讼的当事人没有参加诉讼的，人民法院应当依照民事诉讼法第一百三十二条的规

定，通知其参加；当事人也可以向人民法院申请追加。人民法院对当事人提出的申请，应当进行审查，申请理由不成立的，裁定驳回；申请理由成立的，书面通知被追加的当事人参加诉讼。

**Article 73** Where a party who must participate in a joint action fails to participate in the action, the people's court shall notify the party to participate in the action in accordance with the provision of Article 132 of the Civil Procedure Law, and the party may also request for adding it as a party. The people's court shall examine such a request. If the ground is tenable, the people's court shall issue a ruling to dismiss the request; if the ground is not tenable, the people's court shall notify in writing the added party to participate in the action.

第七十四条　人民法院追加共同诉讼的当事人时，应当通知其他当事人。应当追加的原告，已明确表示放弃实体权利的，可不予追加；既不愿意参加诉讼，又不放弃实体权利的，仍应追加为共同原告，其不参加诉讼，不影响人民法院对案件的审理和依法作出判决。

**Article 74** When adding a party to a joint action, the people's court shall notify the other parties. Where a party that shall be added as a plaintiff has expressly renounced its substantial rights, it is permitted to not add the party. A party that is unwilling to participate in the action yet refuses to renounce its substantial rights shall still be added as a co-plaintiff, and its absence in the action will not affect the people's court's trial and judgment of the case.

第七十五条　民事诉讼法第五十三条、第五十四条和第一百九十九条规定的人数众多，一般指十人以上。

**Article 75** As mentioned in Articles 53, 54 and 199 of the Civil Procedure Law, "numerous" generally means ten or more persons.

第七十六条　依照民事诉讼法第五十三条规定，当事人一方人数众多在起诉时确定的，可以由全体当事人推选共同的代表人，也可以由部分当事人推选自己的代表人；推选不出代表人的当事人，在必要的共同诉讼中可以自己参加诉讼，在普通的共同诉讼中可以另行起诉。

**Article 76** In accordance with the provision of Article 53 of the Civil Procedure Law, where the parties on one side of an action are numerous but the exact number of such parties is certain when the action is instituted, all of such parties may recommend their common representatives, or some of such parties may recommend their own representatives. For parties that cannot select representatives, they may participate by themselves in a necessary joint action, or may institute another action in a common joint action.

第七十七条　根据民事诉讼法第五十四条规定，当事人一方人数众多在起诉时不确定的，由当事人推选代表

[CLI Code]CLI.3.349767(EN)

人。当事人推选不出的，可以由人民法院提出人选与当事人协商；协商不成的，也可以由人民法院在起诉的当事人中指定代表人。

**Article 77** In accordance with the provision of Article 54 of the Civil Procedure Law, where the parties on one side of an action are numerous but the exact number of such parties is uncertain when the action is instituted, the parties shall recommend representatives. If they cannot recommend one, the people's court may propose one and decide upon consultation with the parties; if such consultation fails, the people's court may specify one among the parties instituting the action.

第七十八条　民事诉讼法第五十三条和第五十四条规定的代表人为二至五人，每位代表人可以委托一至二人作为诉讼代理人。

**Article 78** The "representatives" as mentioned in Articles 53 and 54 of the Civil Procedure Law shall be two to five persons, and each representative may have one or two litigation representatives.

第七十九条　依照民事诉讼法第五十四条规定受理的案件，人民法院可以发出公告，通知权利人向人民法院登记。公告期间根据案件的具体情况确定，但不得少于三十日。

**Article 79** For a case accepted under Article 54 of the Civil Procedure Law, the people's court may publish a notice to notify right holders to register with the people's court. The period of notification shall be determined in view of the specific circumstances of the case, but may not be less than 30 days.

第八十条　根据民事诉讼法第五十四条规定向人民法院登记的权利人，应当证明其与对方当事人的法律关系和所受到的损害。证明不了的，不予登记，权利人可以另行起诉。人民法院的裁判在登记的范围内执行。未参加登记的权利人提起诉讼，人民法院认定其请求成立的，裁定适用人民法院已作出的判决、裁定。

**Article 80** A right holder registered with the people's court under Article 54 of the Civil Procedure Law shall prove his legal relationship with the other party and the damage he has suffered from. If he fails to do so, registration will not be granted, and he may institute a separate action. The judgment made by the people's court shall be enforced within the scope of registration. When a right holder that has not been registered institutes an action, the people's court shall issue a ruling to apply the judgment or ruling issued by the people's court if upholding his claim.

第八十一条　根据民事诉讼法第五十六条的规定，有独立请求权的第三人有权向人民法院提出诉讼请求和事

[CLI Code]CLI.3.349767(EN)

实、理由，成为当事人；无独立请求权的第三人，可以申请或者由人民法院通知参加诉讼。

**Article 81** In accordance with the provision of Article 56 of the Civil Procedure Law, a third party with an independent claim shall have the right to submit claims, facts and basis to the people's court and become a party to the case, while a third party without an independent claim may participate in the action upon his request or the notification of the people's court.

第一审程序中未参加诉讼的第三人，申请参加第二审程序的，人民法院可以准许。

Where a third party not participating in the action under the procedure at first instance applies to participate in the procedure at second instance, the people's court may grant permission.

第八十二条　在一审诉讼中，无独立请求权的第三人无权提出管辖异议，无权放弃、变更诉讼请求或者申请撤诉，被判决承担民事责任的，有权提起上诉。

**Article 82** In an action of first instance, a third party without an independent claim shall have no right to raise an objection to jurisdiction and shall have no right to relinquish or modify its claims or request for withdrawal of the action, but shall have the right to file an appeal if being ordered to assume civil liability.

第八十三条　在诉讼中，无民事行为能力人、限制民事行为能力人的监护人是他的法定代理人。事先没有确定监护人的，可以由有监护资格的人协商确定；协商不成的，由人民法院在他们之中指定诉讼中的法定代理人。当事人没有民法典第二十七条、第二十八条规定的监护人的，可以指定民法典第三十二条规定的有关组织担任诉讼中的法定代理人。

**Article 83** In an action, the guardian of a person without capacity for civil conduct or with limited capacity for civil conduct shall be the person's legal representative. If the guardian has not been determined in advance, the persons qualified for guardianship may determine one upon consultation; if such consultation fails, the people's court shall specify one of them as the person's legal representative in the action. If a party does not have a guardian prescribed in Articles 27 and 28 of the Civil Code, the people's court may specify a relevant organization prescribed in Article 32 of the Civil Code to act as the party's legal representative in the action.

第八十四条　无民事行为能力人、限制民事行为能力人以及其他依法不能作为诉讼代理人的，当事人不得委托其作为诉讼代理人。

**Article 84** A party may not authorize a person without civil competency or with limited civil competency or any other party prohibited by the law to act as a legal representative to act as its

[CLI Code]CLI.3.349767(EN)

legal representative.

第八十五条　根据民事诉讼法第五十八条第二款第二项规定，与当事人有夫妻、直系血亲、三代以内旁系血亲、近姻亲关系以及其他有抚养、赡养关系的亲属，可以当事人近亲属的名义作为诉讼代理人。

**Article 85** In accordance with the provision of paragraph 2(2), Article 58 of the Civil Procedure Law, a relative with a spousal relationship, lineal consanguinity, collateral consanguinity within three generations, close affinity, or maintenance or support relationship with a party may act as the litigation representative of the party in the name of a close relative of the party.

第八十六条　根据民事诉讼法第五十八条第二款第二项规定，与当事人有合法劳动人事关系的职工，可以当事人工作人员的名义作为诉讼代理人。

**Article 86** In accordance with the provision of paragraph 2(2), Article 58 of the Civil Procedure Law, an employee with a lawful labor relationship with a party may act as the litigation representative of the party in the name of the party's employee.

第八十七条　根据民事诉讼法第五十八条第二款第三项规定，有关社会团体推荐公民担任诉讼代理人的，应当符合下列条件：

**Article 87** In accordance with the provision of paragraph 2(3), Article 58 of the Civil Procedure Law, the following conditions shall be met when a relevant social group recommends a citizen to act as A legal representative:

（一）社会团体属于依法登记设立或者依法免予登记设立的非营利性法人组织；

(1) The social group is a non-profit incorporated organization lawfully registered and formed or lawfully exempted from registration.

（二）被代理人属于该社会团体的成员，或者当事人一方住所地位于该社会团体的活动地域；

(2) The represented party is a member of the social group, or the place of domicile of one party to the case is within the activity area of the social group.

（三）代理事务属于该社会团体章程载明的业务范围；

(3) The matter is within the scope of business as indicated in the articles of association of the social group.

（四）被推荐的公民是该社会团体的负责人或者与该社会团体有合法劳动人事关系的工作人员。

(4) The recommended citizen is the person in charge of the social group or an employee that has a legal labor relationship with the social group.

专利代理人经中华全国专利代理人协会推荐，可以在专利纠纷案件中担任诉讼代理人。

If recommended by All-China Patent Agents Association, a patent agency may act as a litigation representative in a case of patent dispute.

第八十八条  诉讼代理人除根据民事诉讼法第五十九条规定提交授权委托书外，还应当按照下列规定向人民法院提交相关材料：

**Article 88** A litigation representative shall submit relevant materials to the people's court according to the following provisions in addition to the power of attorney required by Article 59 of the Civil Procedure Law:

（一）律师应当提交律师执业证、律师事务所证明材料；

(1) A lawyer shall submit his legal professional qualification certificate and the certification documents on his law firm.

（二）基层法律服务工作者应当提交法律服务工作者执业证、基层法律服务所出具的介绍信以及当事人一方位于本辖区内的证明材料；

(2) A basic-level legal service worker shall submit his practice certificate, a reference letter issued by the basic-level legal service office, and the certification documents on the fact that one party to the case is within its jurisdiction.

（三）当事人的近亲属应当提交身份证件和与委托人有近亲属关系的证明材料；

(3) A close relative of the party shall submit his identity certificate and the certification documents on the fact that he is a close relative of the party.

（四）当事人的工作人员应当提交身份证件和与当事人有合法劳动人事关系的证明材料；

(4) An employee of the party shall submit his identity certificate and the certification documents on his legal labor relationship with the party.

（五）当事人所在社区、单位推荐的公民应当提交身份证件、推荐材料和当事人属于该社区、单位的证明材料；

(5) A citizen recommended by the community or employer of the party shall submit his identity

certificate, the recommendation materials, and the certification documents on the fact that the party belongs to the community or employer.

（六）有关社会团体推荐的公民应当提交身份证件和符合本解释第八十七条规定条件的证明材料。

(6) A citizen recommended by a relevant social group shall submit his identity certificate and the certification materials on satisfaction of the conditions as set out in Article 87 of this Interpretation.

第八十九条　当事人向人民法院提交的授权委托书，应当在开庭审理前送交人民法院。授权委托书仅写"全权代理"而无具体授权的，诉讼代理人无权代为承认、放弃、变更诉讼请求，进行和解，提出反诉或者提起上诉。

**Article 89** The power of attorney to be submitted by a party to the people's court shall be submitted before the court session. If the power of attorney only states the words "general agency" without a specific authorization, the litigation representative shall have no right to admit, waive or alter claims, conduct mediation, or file a counterclaim or appeal for the party.

适用简易程序审理的案件，双方当事人同时到庭并径行开庭审理的，可以当场口头委托诉讼代理人，由人民法院记入笔录。

For a case tried under summary procedure, where both parties appear before the court at the same time and a court session is held to try the case, they may retain litigation representatives verbally on the spot, which shall be included in the transcripts by the people's court.

四、证据

**IV**. Evidence

第九十条　当事人对自己提出的诉讼请求所依据的事实或者反驳对方诉讼请求所依据的事实，应当提供证据加以证明，但法律另有规定的除外。

**Article 90** A party shall provide evidence to prove the facts on which his claims are based or to repudiate the facts on which the claims of the other party are based, unless it is otherwise prescribed by any law.

在作出判决前，当事人未能提供证据或者证据不足以证明其事实主张的，由负有举证证明责任的当事人承担不利的后果。

Where a party fails to provide evidence or the evidence provided is insufficient to support his claims before a judgment is entered, the party bearing the burden of proof shall take the adverse

[CLI Code]CLI.3.349767(EN)

consequences.

第九十一条　人民法院应当依照下列原则确定举证证明责任的承担，但法律另有规定的除外：

**Article 91** A people's court shall determine the carrying of burden of proof under the following principles, unless it is otherwise prescribed by any law:

（一）主张法律关系存在的当事人，应当对产生该法律关系的基本事实承担举证证明责任；

(1) A party claiming the existence of a legal relationship shall carry the burden of proof on the basic facts giving rise to the legal relationship.

（二）主张法律关系变更、消灭或者权利受到妨害的当事人，应当对该法律关系变更、消灭或者权利受到妨害的基本事实承担举证证明责任。

(2) A party claiming the modification or extinction of a legal relationship or the impairment of a right shall carry the burden of proof on the basic facts about the modification or extinction of a legal relationship or the impairment of a right.

第九十二条　一方当事人在法庭审理中，或者在起诉状、答辩状、代理词等书面材料中，对于己不利的事实明确表示承认的，另一方当事人无需举证证明。

**Article 92** Where one party expressly acknowledges the facts unfavorable to it in a court session or in such a written material as the written complaint, written statement of defense or statement of attorney, the other party does not need to provide proof.

对于涉及身份关系、国家利益、社会公共利益等应当由人民法院依职权调查的事实，不适用前款自认的规定。

For facts concerning an identity relationship, national interests or public interests which the people's court shall investigate into based on their powers and functions, the preceding paragraph shall not apply.

自认的事实与查明的事实不符的，人民法院不予确认。

Where the facts acknowledged by a party are inconsistent with the facts verified, the people's court will not confirm them.

第九十三条　下列事实，当事人无须举证证明：

**Article 93** A party need not provide evidence for the following facts:

Saved on: 07/11/2026

[CLI Code]CLI.3.349767(EN)

（一）自然规律以及定理、定律；

(1) Natural laws and theorems.

（二）众所周知的事实；

(2) Facts known to all.

（三）根据法律规定推定的事实；

(3) Facts deduced from legal provisions.

（四）根据已知的事实和日常生活经验法则推定出的另一事实；

(4) Facts established on the basis of known facts and daily life experience.

（五）已为人民法院发生法律效力的裁判所确认的事实；

(5) Facts confirmed by effective rulings issued by people's courts.

（六）已为仲裁机构生效裁决所确认的事实；

(6) Facts confirmed by effective awards rendered by arbitration agencies.

（七）已为有效公证文书所证明的事实。

(7) Facts proven by effective notarization documents.

前款第二项至第四项规定的事实，当事人有相反证据足以反驳的除外；第五项至第七项规定的事实，当事人有相反证据足以推翻的除外。

The facts mentioned in subparagraphs (2) through (4) shall be excluded if the party has contrary evidence that suffices to refute, and the facts mentioned in subparagraphs (5) through (7) shall be excluded if the party has contrary evidence that suffices to overtuous.

第九十四条　民事诉讼法第六十四条第二款规定的当事人及其诉讼代理人因客观原因不能自行收集的证据包括：

Article 94 The evidence that a party and its litigation representative are unable to collect for some objective reasons as mentioned in paragraph 2, Article 64 of the Civil Procedure Law includes:

（一）证据由国家有关部门保存，当事人及其诉讼代理人无权查阅调取的；

(1) Evidence that is preserved by the relevant state authority and to which both the party and its litigation representative have no access for consulting and taking.

（二）涉及国家秘密、商业秘密或者个人隐私的；

(2) Evidence concerning state secrets, trade secrets or personal privacy.

（三）当事人及其诉讼代理人因客观原因不能自行收集的其他证据。

(3) Other evidence that the party and its litigation representative are unable to collect for some objective reasons

当事人及其诉讼代理人因客观原因不能自行收集的证据，可以在举证期限届满前书面申请人民法院调查收集。

For evidence that a party and its litigation representative are unable to collect for some objective reasons, the party may apply in written to the people's court for investigation and collection before the expiry of the evidence-producing term.

第九十五条　当事人申请调查收集的证据，与待证事实无关联、对证明待证事实无意义或者其他无调查收集必要的，人民法院不予准许。

Article 95 If the evidence that a party applies for investigation and collection is irrelevant or meaningless to the facts to be proven or is otherwise unnecessary to collect upon investigation, the people's court shall not approve.

第九十六条　民事诉讼法第六十四条第二款规定的人民法院认为审理案件需要的证据包括：

Article 96 The evidence that the people's court considers necessary for trying a case as mentioned in paragraph 2, Article 64 of the Civil Procedure Law includes:

（一）涉及可能损害国家利益、社会公共利益的；

(1) Evidence that may damage national interests or public interests.

（二）涉及身份关系的；

(2) Evidence concerning any identity relationship.

（三）涉及民事诉讼法第五十五条规定诉讼的；

(3) Evidence concerning an action mentioned in Article 55 of the Civil Procedure Law.

（四）当事人有恶意串通损害他人合法权益可能的；

(4) There is a possibility that the parties, maliciously in collusion, attempt to infringe upon the lawful rights and interests of others.

（五）涉及依职权追加当事人、中止诉讼、终结诉讼、回避等程序性事项的。

(5) Evidence concerning such procedural matters as adding a party, suspending the trial, terminating the trial and disqualification based on its powers and functions.

除前款规定外，人民法院调查收集证据，应当依照当事人的申请进行。

Except for the evidence mentioned in the preceding paragraph, the people's court shall investigate and collect evidence upon the application of a party.

第九十七条　人民法院调查收集证据，应当由两人以上共同进行。调查材料要由调查人、被调查人、记录人签名、捺印或者盖章。

**Article 97** A people's court shall assign two or more persons to jointly investigate and collect evidence. The investigation materials shall be signed, fingerprinted or sealed by the investigators, the respondent and the recording personnel.

第九十八条　当事人根据民事诉讼法第八十一条第一款规定申请证据保全的，可以在举证期限届满前书面提出。

**Article 98** A party that applies for evidence preservation in accordance with the provision of paragraph 1, Article 81 of the Civil Procedure Law may submit an application in writing before the expiration of the time limit for adducing evidence.

证据保全可能对他人造成损失的，人民法院应当责令申请人提供相应的担保。

Where evidence preservation may cause any loss to others, the people's court shall order the party to provide corresponding security.

第九十九条　人民法院应当在审理前的准备阶段确定当事人的举证期限。举证期限可以由当事人协商，并经人民法院准许。

**Article 99** A people's court shall determine the time limit for adducing evidence by a party during the preparatory stage before trial. The time limit for adducing evidence may be negotiated by the parties, subject to permission of the people's court.

人民法院确定举证期限，第一审普通程序案件不得少于十五日，当事人提供新的证据的第二审案件不得少于十日。

The time limit for adducing evidence determined by a people's court shall not be less than 15 days for a case under the formal procedure at first instance, and shall not be less than 10 days for a case under the procedure at second instance in which a party provides new evidence.

举证期限届满后，当事人对已经提供的证据，申请提供反驳证据或者对证据来源、形式等方面的瑕疵进行补正的，人民法院可以酌情再次确定举证期限，该期限不受前款规定的限制。

Where a party applies for providing rebuttal evidence against evidence provided or providing supplements and corrections for defects in the source, form, and other aspects of evidence after the expiry of the time limit for adducing evidence, a people's court may, at its discretion, re-determine the time limit for adducing evidence, which is not subject to the provision of the preceding paragraph.

第一百条　当事人申请延长举证期限的，应当在举证期限届满前向人民法院提出书面申请。

**Article 100** A party that applies for an extension the time limit for adducing evidence shall submit an application in writing before the expiration of the time limit for adducing evidence.

申请理由成立的，人民法院应当准许，适当延长举证期限，并通知其他当事人。延长的举证期限适用于其他当事人。

Where the grounds for the application are tenable, a people's court shall grant permission, appropriately extend the time limit for adducing evidence, and notify other parties. The extended time limit for adducing evidence shall be applicable to other parties.

申请理由不成立的，人民法院不予准许，并通知申请人。

Where the grounds for the application are not tenable, the people's court shall not grant permission, but shall notify the applicant.

第一百零一条　当事人逾期提供证据的，人民法院应当责令其说明理由，必要时可以要求其提供相应的证据。

**Article 101** Where a party provides any evidence beyond the time limit, the people's court shall order the party to provide an explanation, and may request the party to provide corresponding evidence, if necessary.

当事人因客观原因逾期提供证据，或者对方当事人对逾期提供证据未提出异议的，视为未逾期。

Saved on: 07/11/2026

Where a party provides evidence beyond the time limit for objective reasons or the other party does not raise any objection against the evidence provided beyond the time limit, it is not deemed overdue.

第一百零二条 当事人因故意或者重大过失逾期提供的证据，人民法院不予采纳。但该证据与案件基本事实有关的，人民法院应当采纳，并依照民事诉讼法第六十五条、第一百一十五条第一款的规定予以训诫、罚款。

**Article 102** Evidence provided by a party beyond the time limit deliberately or due to gross negligence shall be inadmissible by a people's court. But the evidence that is related to the basic facts of the case shall be admissible by the people's court, which shall impose an admonition or a fine in accordance with the provisions of Article 65 and paragraph 1, Article 115 of the Civil Procedure Law.

当事人非因故意或者重大过失逾期提供的证据，人民法院应当采纳，并对当事人予以训诫。

Evidence provided by a party beyond the time limit not deliberately or due to gross negligence shall be admissible by a people's court, which shall impose an admonition on the party.

当事人一方要求另一方赔偿因逾期提供证据致使其增加的交通、住宿、就餐、误工、证人出庭作证等必要费用的，人民法院可予支持。

Where a party claims compensation by the other party for costs of transportation, accommodation, meals, lost labor, witness presenting at court, and other necessary expenses arising from overdue provision of evidence, a people's court may support the claim.

第一百零三条 证据应当在法庭上出示，由当事人互相质证。未经当事人质证的证据，不得作为认定案件事实的根据。

**Article 103** Evidence shall be presented in court and cross-examined by the parties. Evidence without cross-examination by the parties shall not be regarded as the basis for deciding the facts of a case.

当事人在审理前的准备阶段认可的证据，经审判人员在庭审中说明后，视为质证过的证据。

A party's evidence admissible during the preparatory phase before hearing is deemed evidence cross-examined upon explanation by judges during court hearing.

涉及国家秘密、商业秘密、个人隐私或者法律规定应当保密的证据，不得公开质证。

Evidence that involves any state secret, trade secret and individual privacy or shall be kept



confidential according to the law shall not be cross-examined in public.

第一百零四条 人民法院应当组织当事人围绕证据的真实性、合法性以及与待证事实的关联性进行质证，并针对证据有无证明力和证明力大小进行说明和辩论。

**Article 104** A people's court shall organize the parties to make cross-examination on the authenticity and legitimacy of evidence and the relevance of the evidence to be investigated, and explain and debate on the existence or not and degree of the probative force of the evidence.

能够反映案件真实情况、与待证事实相关联、来源和形式符合法律规定的证据，应当作为认定案件事实的根据。

Evidence that can reflect the reality of a case and is related with the facts to be proved and whose source and form conform to the provisions of laws shall be a basis for deciding the facts of a case.

第一百零五条 人民法院应当按照法定程序，全面、客观地审核证据，依照法律规定，运用逻辑推理和日常生活经验法则，对证据有无证明力和证明力大小进行判断，并公开判断的理由和结果。

**Article 105** A people's court shall, in accordance with legal procedures, comprehensively and objectively examine and verify evidence; utilize logical reasoning and daily life rules to judge the existence of the probative force of evidence or not and the degree of the probative force according to the law and publicize the reasons and results of the judgment.

第一百零六条 对以严重侵害他人合法权益、违反法律禁止性规定或者严重违背公序良俗的方法形成或者获取的证据，不得作为认定案件事实的根据。

**Article 106** Evidence formed or acquired by serious infringement upon the lawful rights and interests of others, violation of the law prohibitions or serious breach of public order and good custom shall not be a basis for deciding the facts of a case.

第一百零七条 在诉讼中，当事人为达成调解协议或者和解协议作出妥协而认可的事实，不得在后续的诉讼中作为对其不利的根据，但法律另有规定或者当事人均同意的除外。

**Article 107** In lawsuits, facts accepted by the parties by compromise for the purpose of reaching a reconciliation agreement or a settlement agreement shall not be regarded as basis adverse thereto in the subsequent lawsuits, except as otherwise specified by laws or agreed by the parties.

第一百零八条 对负有举证证明责任的当事人提供的证据，人民法院经审查并结合相关事实，确信待证事实的存在具有高度可能性的，应当认定该事实存在。

**Article 108** For evidence provided by a party who bears the burden of proof, where a people's court finds out high possibility of existence of the facts to be investigated upon examination in combination with relevant facts, it shall be held that the facts exist.

对一方当事人为反驳负有举证证明责任的当事人所主张事实而提供的证据，人民法院经审查并结合相关事实，认为待证事实真伪不明的，应当认定该事实不存在。
For evidence provided by a party for the purpose of refuting the facts claimed by the party who bears the burden of proof, where a people's court believes whether the facts to be investigated are true or false is not clear upon examination in combination with relevant facts, it shall be held that the facts do not exist.

法律对于待证事实所应达到的证明标准另有规定的，从其规定。
Where a law provides otherwise for the evidence standards for the facts to be proved, such standards shall prevail.

第一百零九条　当事人对欺诈、胁迫、恶意串通事实的证明，以及对口头遗嘱或者赠与事实的证明，人民法院确信该待证事实存在的可能性能够排除合理怀疑的，应当认定该事实存在。
**Article 109** For proof of facts concerning fraud, duress, and malicious collusion, as well as proof of facts concerning oral will or gift by a party, where a people's court is convinced that the possibility for the existence of the facts to be investigated are beyond a reasonable doubt, it shall be held that such facts exist.

第一百一十条　人民法院认为有必要的，可以要求当事人本人到庭，就案件有关事实接受询问。在询问当事人之前，可以要求其签署保证书。
**Article 110** A people's court, if considers it necessary, may require the parties to appear in court in person, for questioning on the relevant facts of a case; and may request the parties to sign letters of guarantee before questioning.

保证书应当载明据实陈述、如有虚假陈述愿意接受处罚等内容。当事人应当在保证书上签名或者捺印。
The letters of guarantee shall specify that statements are to be made according to the facts and the statement maker will be willing to accept punishment if any misrepresentation is made, and so on. The parties shall sign or affix seals on the letters of guarantee.

Saved on: 07/11/2026

[CLI Code]CLI.3.349767(EN)

负有举证证明责任的当事人拒绝到庭、拒绝接受询问或者拒绝签署保证书，待证事实又欠缺其他证据证明的，人民法院对其主张的事实不予认定。

Where a party who bears the burden of proof refuses to appear in court, accept questioning, or sign the letter of guarantee, and there is lack of other evidence to prove the facts to be investigated, a people's court shall not assert the facts claimed.

第一百一十一条　民事诉讼法第七十条规定的提交书证原件确有困难，包括下列情形：

**Article 111** Where it is indeed difficult to provide the original copy of documentary evidence as set forth in Article 70 of the Civil Procedure Law, including the following circumstances:

（一）书证原件遗失、灭失或者毁损的；

(1) The original copy of documentary evidence is lost, extinguished or damaged.

（二）原件在对方当事人控制之下，经合法通知提交而拒不提交的；

(2) The original copy, under control of the other party, is refused to be submitted despite lawful notification of submission.

（三）原件在他人控制之下，而其有权不提交的；

(3) The original copy is under the control of another person who is entitled not to submit it.

（四）原件因篇幅或者体积过大而不便提交的；

(4) It is inconvenient to submit the original copy because of excess space or volume.

（五）承担举证证明责任的当事人通过申请人民法院调查收集或者其他方式无法获得书证原件的。

(5) A party who bears the burden of proof is unable to obtain the original copy of documentary evidence through applying for investigation and collection by a people's court or other ways.

前款规定情形，人民法院应当结合其他证据和案件具体情况，审查判断书证复制品等能否作为认定案件事实的根据。

Under the aforesaid circumstances, a people's court shall review to determine whether the duplicate of the documentary evidence is able to be regarded as the basis for deciding the facts of a case, in combination with other evidence and the specific circumstances of the case.

第一百一十二条　书证在对方当事人控制之下的，承担举证证明责任的当事人可以在举证期限届满前书面申请

[CLI Code]CLI.3.349767(EN)

人民法院责令对方当事人提交。

**Article 112** Where the documentary evidence is under the control of the other party, the party who bears the burden of proof may submit a written application requesting the people's court to order the other party to submit it before the expiry of the time limit for adducing evidence.

申请理由成立的，人民法院应当责令对方当事人提交，因提交书证所产生的费用，由申请人负担。对方当事人无正当理由拒不提交的，人民法院可以认定申请人所主张的书证内容为真实。

Where the grounds for the application are tenable, a people's court shall order the other party to submit. The expenses arising from the submission of documentary evidence shall be assumed by the applicant. Where the other party refuses to submit without justified reason, a people's court may identify that the contents of the documentary evidence adduced by the applicant are true.

第一百一十三条　持有书证的当事人以妨碍对方当事人使用为目的，毁灭有关书证或者实施其他致使书证不能使用行为的，人民法院可以依照民事诉讼法第一百一十一条规定，对其处以罚款、拘留。

**Article 113** Where a party holding the documentary evidence destroys relevant documentary evidence or implements other behavior that makes the documentary evidence be unable to be used for the purpose of impeding the use by the other party, a people's court may, in accordance with the provision of Article 111 of the Civil Procedure Law, impose a fine or detention.

第一百一十四条　国家机关或者其他依法具有社会管理职能的组织，在其职权范围内制作的文书所记载的事项推定为真实，但有相反证据足以推翻的除外。必要时，人民法院可以要求制作文书的机关或者组织对文书的真实性予以说明。

**Article 114** The matters recorded in the documents prepared by a State organ or another organization with social management functions according to law within their scope of functions shall be presumed to be true, except as otherwise overthrown by sufficient contrary evidence. When necessary, a people's court may request the organ or organization to explain the authenticity of the documents.

第一百一十五条　单位向人民法院提出的证明材料，应当由单位负责人及制作证明材料的人员签名或者盖章，并加盖单位印章。人民法院就单位出具的证明材料，可以向单位及制作证明材料的人员进行调查核实。必要时，可以要求制作证明材料的人员出庭作证。

**Article 115** The evidentiary materials produced by an entity to a people's court shall be signed or sealed by the person in charge and the preparer of the entity, with the seal of the entity to be

affixed. A people's court may conduct an investigation of the evidentiary materials on the entity and the preparer of the evidentiary materials. If necessary, the preparer of the evidentiary material may be requested to appear in court as a witness.

单位及制作证明材料的人员拒绝人民法院调查核实，或者制作证明材料的人员无正当理由拒绝出庭作证的，该证明材料不得作为认定案件事实的根据。

Where an entity and a preparer of the evidentiary materials refuse the investigation of a people's court or a preparer of the evidentiary materials refuses to appear in court without justified reasons, the evidentiary materials shall not be a basis for deciding the facts of a case.

第一百一十六条　视听资料包括录音资料和影像资料。

**Article 116** Audio-visual recordings shall include audio recordings and video recordings.

电子数据是指通过电子邮件、电子数据交换、网上聊天记录、博客、微博客、手机短信、电子签名、域名等形成或者存储在电子介质中的信息。

Electronic data shall include e-mails, electronic data interchange, online chatting records, blog, micro-blog, SMS, electronic signatures, domains and other information formed or stored in electronic media.

存储在电子介质中的录音资料和影像资料，适用电子数据的规定。

The provisions on electronic data shall apply to the audio recordings and video recordings stored in electronic media.

第一百一十七条　当事人申请证人出庭作证的，应当在举证期限届满前提出。

**Article 117** A party that applies for the presence of a witness in court shall propose before the expiry of the time limit for adducing evidence.

符合本解释第九十六条第一款规定情形的，人民法院可以依职权通知证人出庭作证。

Where the circumstances as set forth in paragraph 1, Article 96 of these Interpretations are satisfied, a people's court may notify witnesses of testifying in court according to the powers.

未经人民法院通知，证人不得出庭作证，但双方当事人同意并经人民法院准许的除外。

Without notice by a people's court, a witness may not testify in court, except as agreed by the two parties and permitted by a people's court.

[CLI Code]CLI.3.349767(EN)

第一百一十八条　民事诉讼法第七十四条规定的证人因履行出庭作证义务而支出的交通、住宿、就餐等必要费用，按照机关事业单位工作人员差旅费用和补贴标准计算；误工损失按照国家上年度职工日平均工资标准计算。

**Article 118** The travel, room and board, meal, and other necessary expenses of a witness for performing his or her obligation of testifying in court as set forth in Article 74 of the Civil Procedure Law shall be calculated according to the standards of travel expenses and subsidies for staff of organs and public institutions. Loss of working time shall be calculated as per the standard of national average daily pay of employees in the prior year.

人民法院准许证人出庭作证申请的，应当通知申请人预缴证人出庭作证费用。

A people's court allowing witnesses to testify in court shall notify the applicant of prepaying the expenses of witness presenting at court.

第一百一十九条　人民法院在证人出庭作证前应当告知其如实作证的义务以及作伪证的法律后果，并责令其签署保证书，但无民事行为能力人和限制民事行为能力人除外。

**Article 119** A people's court shall inform the witness of the obligation of testifying truthfully and the legal consequence of giving false testimony and order the witness to sign a letter of guarantee, before the witness appears in court to testify, except persons without capacity for civil conduct and persons with limited capacity for civil conduct.

证人签署保证书适用本解释关于当事人签署保证书的规定。

The relevant provisions of these Interpretations shall apply to parties' signing of a letter of guarantee.

第一百二十条　证人拒绝签署保证书的，不得作证，并自行承担相关费用。

**Article 120** A witness who refuses to sign a letter of guarantee shall not testify and shall assume relevant expenses.

第一百二十一条　当事人申请鉴定，可以在举证期限届满前提出。申请鉴定的事项与待证事实无关联，或者对证明待证事实无意义的，人民法院不予准许。

**Article 121** A party that applies for identification may propose before the expiry of the time limit for adducing evidence. Matters applied for identification which are irrelevant to the facts to be investigated or meaningless for the facts to be investigated shall not be permitted by a people's

court.

人民法院准许当事人鉴定申请的，应当组织双方当事人协商确定具备相应资格的鉴定人。当事人协商不成的，由人民法院指定。

A people's court that permits the parties to apply for identification shall organize the parties to determine the qualified identification experts upon negotiations. Where negotiations of parties fail, identifiers shall be designated by a people's court.

符合依职权调查收集证据条件的，人民法院应当依职权委托鉴定，在询问当事人的意见后，指定具备相应资格的鉴定人。

Where the conditions for investigating and collecting evidence according to the powers are satisfied, a people's court shall entrust identification according to the powers and designate qualified identification experts after seeking opinions of the parties.

第一百二十二条　当事人可以依照民事诉讼法第七十九条的规定，在举证期限届满前申请一至二名具有专门知识的人出庭，代表当事人对鉴定意见进行质证，或者对案件事实所涉及的专业问题提出意见。

**Article 122** A party may, in accordance with the provisions of Article 79 of the Civil Procedure Law, apply for inviting one to two persons with expertise to appear in court to conduct cross-examination on the expert opinions on behalf of the party or propose opinions on the specialized issues involved in the facts of a case, before the expiry of the time limit for adducing evidence.

具有专门知识的人在法庭上就专业问题提出的意见，视为当事人的陈述。

Opinions proposed by persons with expertise in court on the specialized issues are deemed statements of the parties.

人民法院准许当事人申请的，相关费用由提出申请的当事人负担。

Where an application of a party is permitted by a people's court, relevant expenses shall be assumed by the applying party.

第一百二十三条　人民法院可以对出庭的具有专门知识的人进行询问。经法庭准许，当事人可以对出庭的具有专门知识的人进行询问，当事人各自申请的具有专门知识的人可以就案件中的有关问题进行对质。

**Article 123** A people's court may cross-examine persons with expertise appearing in court. Permitted by the court, the parties may cross-examine persons with expertise appearing in court. Persons with expertise respectively applied for by the parties may confront on relevant issues of a

[CLI Code]CLI.3.349767(EN)

case.

具有专门知识的人不得参与专业问题之外的法庭审理活动。

Persons with expertise may not participate in court hearing activities other than those on the specialized issues.

第一百二十四条　人民法院认为有必要的，可以根据当事人的申请或者依职权对物证或者现场进行勘验。勘验时应当保护他人的隐私和尊严。

**Article 124** A people's court, where it considers necessary, may survey the physical evidence or site according to the application of a party or the powers. The privacy and dignity of others shall be protected in survey.

人民法院可以要求鉴定人参与勘验。必要时，可以要求鉴定人在勘验中进行鉴定。

A people's court may require the identification expert to participate in the survey; and may require the identification expert to conduct identification in survey.

五、期间和送达

**V**. Periods and Service of Process

第一百二十五条　依照民事诉讼法第八十二条第二款规定，民事诉讼中以时起算的期间从次时起算；以日、月、年计算的期间从次日起算。

**Article 125** In accordance with the provision of paragraph 2, Article 82 of the Civil Procedure Law, all the time periods calculated by hour in civil proceedings shall start from the next hour. Periods calculated by day, month and year shall start from the next day.

第一百二十六条　民事诉讼法第一百二十三条规定的立案期限，因起诉状内容欠缺通知原告补正的，从补正后交人民法院的次日起算。由上级人民法院转交下级人民法院立案的案件，从受诉人民法院收到起诉状的次日起算。

**Article 126** The time limit for docketing a case as prescribed in Article 123 of the Civil Procedure Law, if the bill of complaint is not complete and the plaintiff is notified of supplementing it, shall start from the next day after the plaintiff has supplemented the bill of complaint. For a case transferred to a people's court at a lower level by a people's court at a higher level, it shall start from the next day after the people's court in which the action is instituted receives the bill of complaint.

Saved on: 07/11/2026

[CLI Code]CLI.3.349767(EN)

第一百二十七条　民事诉讼法第五十六条第三款、第二百零五条以及本解释第三百七十四条、第三百八十四条、第四百零一条、第四百二十二条、第四百二十三条规定的六个月，民事诉讼法第二百二十三条规定的一年，为不变期间，不适用诉讼时效中止、中断、延长的规定。

**Article 127** The period of six months as prescribed in paragraph 3, Article 56 and Article 205 of the Civil Procedure Law and Articles 374, 384, 401, 422, and 423 of this Interpretation and the period of one year as prescribed in Article 223 of the Civil Procedure Law shall be the invariable periods to which the provisions on the suspension, interruption or extension of time limitations for instituting an action shall not apply.

第一百二十八条　再审案件按照第一审程序或者第二审程序审理的，适用民事诉讼法第一百四十九条、第一百七十六条规定的审限。审限自再审立案的次日起算。

**Article 128** Where a case is retried under the procedure at first instance or the procedure at second instance, the time limit for completing the trial as prescribed in Article 149 and Article 176 of the Civil Procedure Law shall apply. The time limit for completing the trial shall start from the next day after the retrial case is docketed.

第一百二十九条　对申请再审案件，人民法院应当自受理之日起三个月内审查完毕，但公告期间、当事人和解期间等不计入审查期限。有特殊情况需要延长的，由本院院长批准。

**Article 129** A people's court shall complete the review of a retrial case within three months upon the receipt of the application. However, the announcement period, the periods for reconciliation of the litigants, and other periods shall not be included in the period of review. Extension, if necessary, under special circumstances, shall be subject to approval of the president of the court.

第一百三十条　向法人或者其他组织送达诉讼文书，应当由法人的法定代表人、该组织的主要负责人或者办公室、收发室、值班室等负责收件的人签收或者盖章，拒绝签收或者盖章的，适用留置送达。

**Article 130** For the service of litigation documents on a legal person or other organization, the legal representative of the legal person or the main person in-charge of the organization or the person in the office, mail room or janitor's room responsible for receipt of mails shall sign for litigation documents or affix seals; otherwise, the service by leaving the rejected legal document at the place of abode shall be applied.

民事诉讼法第八十六条规定的有关基层组织和所在单位的代表，可以是受送达人住所地的居民委员会、村民委员会

的工作人员以及受送达人所在单位的工作人员。

The representatives of relevant grassroots organizations and entities as provided in Article 86 of the Civil Procedure Law may be neighborhood committees of the recipients, employees of the villagers' committees, and employees of the entities of the recipients.

第一百三十一条　人民法院直接送达诉讼文书的，可以通知当事人到人民法院领取。当事人到达人民法院，拒绝签署送达回证的，视为送达。审判人员、书记员应当在送达回证上注明送达情况并签名。

Article 131 For the service of litigation documents directly served by a people's court, the parties may be notified of receiving at the people's court. Where a party refuses to sign a service acknowledgement at the people's court, it is deemed served. Judges and court clerks shall indicate the situation of service and sign on the service acknowledgement.

人民法院可以在当事人住所地以外向当事人直接送达诉讼文书。当事人拒绝签署送达回证的，采用拍照、录像等方式记录送达过程即视为送达。审判人员、书记员应当在送达回证上注明送达情况并签名。

A people's court may directly serve the litigation document on parties in locations other than the places of their domiciles. Where a party refuses to sign a service acknowledgement, the service of process shall be recorded by photograph, video and other means, and the process is deemed served. Judges and court clerks shall indicate the situation of service and sign on the service acknowledgement.

第一百三十二条　受送达人有诉讼代理人的，人民法院既可以向受送达人送达，也可以向其诉讼代理人送达。受送达人指定诉讼代理人为代收人的，向诉讼代理人送达时，适用留置送达。

Article 132 If the recipient has a litigation representative, the people's court may serve the legal document either on the recipient or on his litigation representative. If the recipient has designated his litigation representative for receipt of legal document, the service by leaving the rejected legal document at the place of abode may be applied in the case of service of a legal document on the litigation representative.

第一百三十三条　调解书应当直接送达当事人本人，不适用留置送达。当事人本人因故不能签收的，可由其指定的代收人签收。

Article 133 A consent judgment shall be served directly on the parties concerned, and the service by leaving the rejected legal document at the place of abode shall not be applied. If any parties concerned cannot sign for the consent judgment by himself for certain reasons, he can designate

[CLI Code]CLI.3.349767(EN)

an agent for doing so.

第一百三十四条　依照民事诉讼法第八十八条规定，委托其他人民法院代为送达的，委托法院应当出具委托函，并附需要送达的诉讼文书和送达回证，以受送达人在送达回证上签收的日期为送达日期。

**Article 134** If a litigation document is served by the entrusted people's court in accordance with the provision of Article 88 of the Civil Procedure Law, the entrusting people's court shall issue a power of attorney and attach the litigation document for service and the service acknowledgement, and the date stated by the recipient on the service acknowledgement shall be the date of service.

委托送达的，受委托人民法院应当自收到委托函及相关诉讼文书之日起十日内代为送达。

For a service of process through entrustment, the entrusted people's court shall vicariously complete service of process within ten days upon receipt of the letter of entrustment and relevant litigation documents.

第一百三十五条　电子送达可以采用传真、电子邮件、移动通信等即时收悉的特定系统作为送达媒介。

**Article 135** Process may be served electronically via fax, email, mobile communications and other specific systems.

民事诉讼法第八十七条第二款规定的到达受送达人特定系统的日期，为人民法院对应系统显示发送成功的日期，但受送达人证明到达其特定系统的日期与人民法院对应系统显示发送成功的日期不一致的，以受送达人证明到达其特定系统的日期为准。

The date of reaching the specific system of the person to be served as provided in paragraph 2, Article 87 of the Civil Procedure Law shall be the date of successful service of process as indicated in the corresponding system of the people's court. However, where the date of reaching the specific system as proved by the person to be served is inconsistent with the date of successful service of process as indicated in the corresponding system of the people's court, the former shall prevail.

第一百三十六条　受送达人同意采用电子方式送达的，应当在送达地址确认书中予以确认。

**Article 136** Where a person to be served agrees to adopt electronic service, it shall be confirmed in the confirmation form for service address.

第一百三十七条　当事人在提起上诉、申请再审、申请执行时未书面变更送达地址的，其在第一审程序中确认

[CLI Code]CLI.3.349767(EN)

的送达地址可以作为第二审程序、审判监督程序、执行程序的送达地址。

**Article 137** Where a party does not change the address for service in writing in application for appeal, retrial or execution, his address for service as confirmed in the procedure of the first instance may be the address for service of the procedure of the second instance, the procedure of supervision of adjudication, and the execution procedure.

第一百三十八条　公告送达可以在法院的公告栏和受送达人住所地张贴公告，也可以在报纸、信息网络等媒体上刊登公告，发出公告日期以最后张贴或者刊登的日期为准。对公告送达方式有特殊要求的，应当按要求的方式进行。公告期满，即视为送达。

**Article 138** For the service of process by announcement, an announcement shall be posted on the bulletin board of the court or at the domicile of the person to be served. An announcement may also be published in newspaper, information networks and other media. The last posting or publishing date shall prevail for the date of announcement. Where there are special requirements for the service by announcement, the announcement shall be made in the required manner. After expiration of the term of announcement, the process is deemed served.

人民法院在受送达人住所地张贴公告的，应当采取拍照、录像等方式记录张贴过程。

Where a people's court posts an announcement at a domicile of the person to be served, the process of posting shall be recorded by photograph, video and other means.

第一百三十九条　公告送达应当说明公告送达的原因；公告送达起诉状或者上诉状副本的，应当说明起诉或者上诉要点，受送达人答辩期限及逾期不答辩的法律后果；公告送达传票，应当说明出庭的时间和地点及逾期不出庭的法律后果；公告送达判决书、裁定书的，应当说明裁判主要内容，当事人有权上诉的，还应当说明上诉权利、上诉期限和上诉的人民法院。

**Article 139** The reasons for service of process by announcement shall be explained. For the service of the duplicate of a bill of complaint or a petition for appeal by announcement, the people's court shall indicate the key points of complaint or appeal, the term for the person to be served to make defense as well as the legal consequences if the recipient fails to make defense within the stipulated term. For the service of a summons by announcement, the people's court shall indicate the place and time for court appearance as well as the legal consequences for failure to appear in court at the designated place and time. For the service of a judgment or ruling, the people's court shall indicate main adjudication items, as well as the rights of appeal, term of appeal and the appellate people's court, where a party is entitled to appeal.

第一百四十条　适用简易程序的案件，不适用公告送达。

**Article 140** Where a case is heard under summary procedure, service by announcement shall not be applicable.

第一百四十一条　人民法院在定期宣判时，当事人拒不签收判决书、裁定书的，应视为送达，并在宣判笔录中记明。

**Article 141** If any party rejects to sign for a judgment or ruling when the people's court pronounces a judgment or ruling at fixed time, the process is deemed served, and the circumstance shall be indicated in the transcripts of pronouncement.

六、调解

**VI**. Mediation

第一百四十二条　人民法院受理案件后，经审查，认为法律关系明确、事实清楚，在征得当事人双方同意后，可以径行调解。

**Article 142** If, after acceptance of a case, the people's court considers upon examination that the legal relationship is explicit and facts are clear, it can directly conduct mediation after having solicited the consent of both parties.

第一百四十三条　适用特别程序、督促程序、公示催告程序的案件，婚姻等身份关系确认案件以及其他根据案件性质不能进行调解的案件，不得调解。

**Article 143** No mediation may be made for cases heard under special procedure, supervision procedure, and public notice procedure, cases confirming marriage and other personal status relationship, and other cases for which mediation may not be made according to the nature of cases.

第一百四十四条　人民法院审理民事案件，发现当事人之间恶意串通，企图通过和解、调解方式侵害他人合法权益的，应当依照民事诉讼法第一百一十二条的规定处理。

**Article 144** A people's court that discovers that parties, maliciously in collusion, attempt to infringe upon the lawful rights and interests of other persons by reconciliation or mediation, in hearing civil cases, shall deal with it in accordance with the provisions of Article 112 of the Civil Procedure Law.

第一百四十五条　人民法院审理民事案件，应当根据自愿、合法的原则进行调解。当事人一方或者双方坚持不愿调解的，应当及时裁判。

**Article 145** When a people's court hears civil cases, it shall conduct mediation on the principle of free will and legality. If one party or both parties are unwilling to conduct mediation, a judgment shall be rendered in a timely manner.

人民法院审理离婚案件，应当进行调解，但不应久调不决。

A people's court shall conduct mediation when hearing the cases of divorce, but shall not conduct long-term mediation without decisive results.

第一百四十六条　人民法院审理民事案件，调解过程不公开，但当事人同意公开的除外。

**Article 146** When a people's court hears civil cases, mediation shall not be made in public, unless as agreed by the parties.

调解协议内容不公开，但为保护国家利益、社会公共利益、他人合法权益，人民法院认为确有必要公开的除外。

The contents of mediation agreements shall not be disclosed, unless when considered necessary by the people's court for the protection of national interests, public interests and the lawful rights and interests of others.

主持调解以及参与调解的人员，对调解过程以及调解过程中获悉的国家秘密、商业秘密、个人隐私和其他不宜公开的信息，应当保守秘密，但为保护国家利益、社会公共利益、他人合法权益的除外。

Persons presiding over and participating in the mediations shall keep the mediation process, as well as the state secrets, trade secrets, personal privacy, and other information inappropriate to be disclosed which are obtained during the mediation process confidential, except for the protection of national interests, public interests and the lawful rights and interests of others.

第一百四十七条　人民法院调解案件时，当事人不能出庭的，经其特别授权，可由其委托代理人参加调解，达成的调解协议，可由委托代理人签名。

**Article 147** When the people's court mediates a case, if the parties can not appear in court, upon special authorization, his authorized agent can participate in mediation, and the mediation agreement as concluded may be signed by his authorized agent.

离婚案件当事人确因特殊情况无法出庭参加调解的，除本人不能表达意志的以外，应当出具书面意见。

If one party to a case of divorce cannot appear in court for mediation under a special

circumstance, except that party himself cannot express his ideas, he shall present written opinions.

第一百四十八条　当事人自行和解或者调解达成协议后，请求人民法院按照和解协议或者调解协议的内容制作判决书的，人民法院不予准许。

**Article 148** Where parties request a people's court to make a written judgment according to the settlement or mediation agreement after reaching an agreement through settlement or mediation themselves, the people's court may not grant permission.

无民事行为能力人的离婚案件，由其法定代理人进行诉讼。法定代理人与对方达成协议要求发给判决书的，可根据协议内容制作判决书。

For a case of divorce in which one party is a person of no capacity for civil conduct, his statutory representative shall participate in litigation for him. If the statutory representative reaches an agreement with the other party and requests to issue a judgment, the people's court can prepare a judgment based on the contents of the agreement.

第一百四十九条　调解书需经当事人签收后才发生法律效力的，应当以最后收到调解书的当事人签收的日期为调解书生效日期。

**Article 149** The consent judgment shall take effect only after signed by the parties for the service of process. The day when the party that receives the consent judgment behind makes signature shall be the day when the consent judgment comes into effect.

第一百五十条　人民法院调解民事案件，需由无独立请求权的第三人承担责任的，应当经其同意。该第三人在调解书送达前反悔的，人民法院应当及时裁判。

**Article 150** A people's court that needs a third party without independent claim to assume liability in the mediation of civil cases shall be subject to the consent of the third party. If the third party retracts before a mediation agreement is served on the party, the people's court shall render a judgment in a timely manner.

第一百五十一条　根据民事诉讼法第九十八条第一款第四项规定，当事人各方同意在调解协议上签名或者盖章后即发生法律效力的，经人民法院审查确认后，应当记入笔录或者将调解协议附卷，并由当事人、审判人员、书记员签名或者盖章后即具有法律效力。

**Article 151** Where it takes effect after parties agree to sign or affix seals on the mediation

agreements as provided in paragraph 1 (4), Article 98 of the Civil Procedure Law, it shall be recorded in the transcripts or be attached in the annex to the mediation agreement upon review and confirmation by the people's court, and become legally binding immediately after both sides and the judges and court clerk affix their signatures or seals to the transcripts.

前款规定情形，当事人请求制作调解书的，人民法院审查确认后可以制作调解书送交当事人。当事人拒收调解书的，不影响调解协议的效力。

Where the parties request the preparation of a consent judgment under the aforesaid circumstances, a people's court may prepare a consent judgment and serve it on the parties upon review and confirmation. Parties' rejection of consent judgment shall not affect the validity of the mediation agreement.

七、保全和先予执行

**VII**. Preservation and Advance Execution

第一百五十二条　人民法院依照民事诉讼法第一百条、第一百零一条规定，在采取诉前保全、诉讼保全措施时，责令利害关系人或者当事人提供担保的，应当书面通知。

**Article 152** Where a people's court orders an interested party or parties concerned to provide security when taking pre-action preservation and litigation preservation measures in accordance with the provisions of Article 100 and Article 101 of the Civil Procedure Law, they shall be notified in writing.

利害关系人申请诉前保全的，应当提供担保。申请诉前财产保全的，应当提供相当于请求保全数额的担保；情况特殊的，人民法院可以酌情处理。申请诉前行为保全的，担保的数额由人民法院根据案件的具体情况决定。

An interested party that applies for pre-action preservation shall provide security. A party applying for pre-action property preservation shall provide security equivalent to the amount of preservation requested. In special circumstances, a people's court may handle it at its discretion. A party applying for pre-action injunction shall provide security in an amount determined by a people's court based on the specific circumstances of the case.

在诉讼中，人民法院依申请或者依职权采取保全措施的，应当根据案件的具体情况，决定当事人是否应当提供担保以及担保的数额。

In a lawsuit, a people's court applying for preservation measures according to the application or powers shall determine whether the parties shall provide security and the amount of such security,

[CLI Code]CLI.3.349767(EN)

based on the specific circumstances of the case.

第一百五十三条　人民法院对季节性商品、鲜活、易腐烂变质以及其他不宜长期保存的物品采取保全措施时，可以责令当事人及时处理，由人民法院保存价款；必要时，人民法院可予以变卖，保存价款。

**Article 153** When a people's court adopts the measure for preservation of seasonal goods, fresh or perishable goods, or goods unsuitable for long-time preservation, it can order the party concerned to timely dispose of the said goods and keep money therefrom; and when necessary, the people's court may sell off the said goods and keep the money.

第一百五十四条　人民法院在财产保全中采取查封、扣押、冻结财产措施时，应当妥善保管被查封、扣押、冻结的财产。不宜由人民法院保管的，人民法院可以指定被保全人负责保管；不宜由被保全人保管的，可以委托他人或者申请保全人保管。

**Article 154** When a people's court adopts the measures of seizure, detention, or freezing, it shall properly keep the property as seized, detained, or frozen. For property unsuitable to be kept by a people's court, a people's court may designate the respondent to keep it. For property unsuitable to be kept by the respondent, a people's court may entrust the keeping to others or the preservation applicant.

查封、扣押、冻结担保物权人占有的担保财产，一般由担保物权人保管；由人民法院保管的，质权、留置权不因采取保全措施而消灭。

Security interest occupied by a security interest holder by seizure, detention, or freezing shall generally be kept by the security interest holder. For those kept by a people's court, the right of pledge and the lien shall not be eliminated due to the adoption of preservation measures.

第一百五十五条　由人民法院指定被保全人保管的财产，如果继续使用对该财产的价值无重大影响，可以允许被保全人继续使用；由人民法院保管或者委托他人、申请保全人保管的财产，人民法院和其他保管人不得使用。

**Article 155** Property kept by the respondent as designated by a people's court may be continuously used by the respondent, if continuous use has no significant impact on the value of such property. Property kept by a people's court or kept by others and the preservation applicant upon commission shall not be used by the people's court or other keepers.

第一百五十六条　人民法院采取财产保全的方法和措施，依照执行程序相关规定办理。

**Article 156** A people's court injunction takes property preservation methods and measures shall

handle it in accordance with the relevant provisions of the execution procedure.

第一百五十七条　人民法院对抵押物、质押物、留置物可以采取财产保全措施，但不影响抵押权人、质权人、留置权人的优先受偿权。

**Article 157** A people's court may adopt the measure of property preservation to the object under mortgage, pledge or lien, but the mortgagee, pledgee or lienor has the priority of compensation.

第一百五十八条　人民法院对债务人到期应得的收益，可以采取财产保全措施，限制其支取，通知有关单位协助执行。

**Article 158** For the receivable proceeds due to the debtor, the people's court may adopt the measure of property preservation and restrict the debtor from drawing these proceeds, and notify the relevant entity of offering assistance in the execution.

第一百五十九条　债务人的财产不能满足保全请求，但对他人有到期债权的，人民法院可以依债权人的申请裁定该他人不得对本案债务人清偿。该他人要求偿付的，由人民法院提存财物或者价款。

**Article 159** If the debtor's property is not enough for the request for property preservation but the debtor has mature creditor's rights to others, the people's court may rule, upon application of the creditor, that others shall not make payment to the debtor. If others request to make payment, the property or money shall be submitted to the people's court.

第一百六十条　当事人向采取诉前保全措施以外的其他有管辖权的人民法院起诉的，采取诉前保全措施的人民法院应当将保全手续移送受理案件的人民法院。诉前保全的裁定视为受移送人民法院作出的裁定。

**Article 160** Where a party institutes an action in a people's court having jurisdiction other than the people's court taking pre-action preservation measures, the people's court taking pre-action preservation measures shall transfer the preservation formalities to the court accepting the case. A ruling of pre-action preservation is deemed the ruling made by the people's court to which the formalities are transferred.

第一百六十一条　对当事人不服一审判决提起上诉的案件，在第二审人民法院接到报送的案件之前，当事人有转移、隐匿、出卖或者毁损财产等行为，必须采取保全措施的，由第一审人民法院依当事人申请或者依职权采取。第一审人民法院的保全裁定，应当及时报送第二审人民法院。

**Article 161** For a case of appeal filed because the party is not satisfied with the judgment of first instance, if the party concerned transfers, hides, sells or destroys the property before the people's

court of second instance receives the case as filed, and the measure of preservation shall be adopted, the people's court of first instance can adopt the measure of property preservation upon application of the party concerned or upon the strength of its authority. The ruling about preservation of the people's court of first instance shall be timely reported to the people's court of second instance.

第一百六十二条　第二审人民法院裁定对第一审人民法院采取的保全措施予以续保或者采取新的保全措施的，可以自行实施，也可以委托第一审人民法院实施。

**Article 162** A people's court of second instance injunction renders a ruling to adopt renewal preservation measures or new preservation measures for the preservation measures adopted by the people's court of first instance may implement it on its own or entrust the implementation to the people's court of first instance.

再审人民法院裁定对原保全措施予以续保或者采取新的保全措施的，可以自行实施，也可以委托原审人民法院或者执行法院实施。

A people's court of retrial injunction renders a ruling to adopt renewal preservation measures or new preservation measures for the previous preservation measures may implement it on its own or entrust the implementation to the people's court of original trial.

第一百六十三条　法律文书生效后，进入执行程序前，债权人因对方当事人转移财产等紧急情况，不申请保全将可能导致生效法律文书不能执行或者难以执行的，可以向执行法院申请采取保全措施。债权人在法律文书指定的履行期间届满后五日内不申请执行的，人民法院应当解除保全。

**Article 163** After legal instruments enter into force and before they enter the implementation procedure, a creditor, under emergency circumstances such as the other party's transfer of property injunction may lead to inability to implement the effective legal instruments or difficulty to implement them in the absence of application for preservation, may apply for preservation measures with the court of execution. Where a creditor fails to apply for execution within five days after the expiry of the performance term as specified in the legal instrument, a people's court shall cancel the preservation.

第一百六十四条　对申请保全人或者他人提供的担保财产，人民法院应当依法办理查封、扣押、冻结等手续。

**Article 164** For the property posted as security provided by the preservation applicant or others, a people's court shall complete the formalities of seizure, detention, freezing and others.

第一百六十五条　人民法院裁定采取保全措施后，除作出保全裁定的人民法院自行解除或者其上级人民法院决定解除外，在保全期限内，任何单位不得解除保全措施。

**Article 165** After a people's court rules to take the measures of preservation, except that the people's court that rendered the preservation ruling or the superior thereof removes the preservation measures, no entity may remove the preservation measures within the term of preservation.

第一百六十六条　裁定采取保全措施后，有下列情形之一的，人民法院应当作出解除保全裁定：

**Article 166** After a ruling of adopting preservation measures is rendered, a people's court shall render a ruling of removing preservation, in one of the following circumstances:

（一）保全错误的；

(1) The preservation is false.

（二）申请人撤回保全申请的；

(2) The applicant withdraws the application for preservation.

（三）申请人的起诉或者诉讼请求被生效裁判驳回的；

(3) The applicant's prosecution or claims are dismissed by a valid judgment.

（四）人民法院认为应当解除保全的其他情形。

(4) Other circumstances under which a people's court considers that preservation shall be removed.

解除以登记方式实施的保全措施的，应当向登记机关发出协助执行通知书。

Where preservation measures implemented by registration are removed, a notice of execution assistance shall be issued to the registration authority.

第一百六十七条　财产保全的被保全人提供其他等值担保财产且有利于执行的，人民法院可以裁定变更保全标的物为被保全人提供的担保财产。

**Article 167** Where the respondent to property preservation provides other equivalent property posted as security that is conducive to execution, a people's court may render a ruling of changing

the subject matter of preservation to the property posted as security by the respondent.

第一百六十八条　保全裁定未经人民法院依法撤销或者解除，进入执行程序后，自动转为执行中的查封、扣押、冻结措施，期限连续计算，执行法院无需重新制作裁定书，但查封、扣押、冻结期限届满的除外。

**Article 168** A preservation ruling, without revocation or removal by a people's court according to the law, shall be automatically converted to seizure, detention, and freezing measures, after entering into the execution procedure. The term shall be calculated continuously. The court of execution does not need to prepare a new ruling in writing, except when the seizure, detention, and freezing term expires.

第一百六十九条　民事诉讼法规定的先予执行，人民法院应当在受理案件后终审判决作出前采取。先予执行应当限于当事人诉讼请求的范围，并以当事人的生活、生产经营的急需为限。

**Article 169** The "advance execution" prescribed in the Civil Procedure Law shall be conducted by the people's court after a case has been accepted but before the final judgment is made. The advance execution shall be limited to the scope of claims of the party concerned and to the urgent needs for the life, production or business operation of the party concerned.

第一百七十条　民事诉讼法第一百零六条第三项规定的情况紧急，包括：

**Article 170** The "emergencies" prescribed in Article 106 (3) in the Civil Procedure Lawl include:

（一）需要立即停止侵害、排除妨碍的；

(1) It is necessary to immediately stop infringement and remove obstacle.

（二）需要立即制止某项行为的；

(2) It is necessary to immediately stop some acts.

（三）追索恢复生产、经营急需的保险理赔费的；

(3) The insurance compensation in the urgent need for recovery of production or business operation is recovered.

（四）需要立即返还社会保险金、社会救助资金的；

(4) It is necessary to immediately refund social insurance and social assistance funds.

Saved on: 07/11/2026

（五）不立即返还款项，将严重影响权利人生活和生产经营的。

(5) Failure to refund immediately will seriously affect the life and operation of the right holders.

**第一百七十一条**　当事人对保全或者先予执行裁定不服的，可以自收到裁定书之日起五日内向作出裁定的人民法院申请复议。人民法院应当在收到复议申请后十日内审查。裁定正确的，驳回当事人的申请；裁定不当的，变更或者撤销原裁定。

**Article 171** Against a ruling of preservation or advance execution, a party may apply for reconsideration with the people's court rendering such ruling within five days from the receipt of the ruling. A people's court shall, within ten days after receipt of the application for reconsideration, conduct examination. The people's court shall reject the application of the party concerned if the ruling is correct; or shall alter or cancel the original ruling if the ruling is inappropriate.

**第一百七十二条**　利害关系人对保全或者先予执行的裁定不服申请复议的，由作出裁定的人民法院依照民事诉讼法第一百零八条规定处理。

**Article 172** Against a ruling on preservation or advance execution, an interested party may apply for reconsideration. The people's court rendering the ruling shall handle it in accordance with the provisions of Article 108 of the Civil Procedure Law.

**第一百七十三条**　人民法院先予执行后，根据发生法律效力的判决，申请人应当返还因先予执行所取得的利益的，适用民事诉讼法第二百三十三条的规定。

**Article 173** If, after the advance execution by the people's court, an applicant shall return the proceeds obtained from advance execution according to the judgment that has come into force, Article 233 of the Civil Procedure Law shall be applied.

八、对妨害民事诉讼的强制措施

**VIII**. Compulsory Measures against Obstruction of Civil Procedures

**第一百七十四条**　民事诉讼法第一百零九条规定的必须到庭的被告，是指负有赡养、抚育、扶养义务和不到庭就无法查清案情的被告。

**Article 174** As mentioned in Article 109 of the Civil Procedure Law, "defendant who must appear in court" means a defendant who has the obligation to support elderly parents, underage children, or

Saved on: 07/11/2026

other adult dependents and whose appearance in court is indispensable for finding case facts.

人民法院对必须到庭才能查清案件基本事实的原告，经两次传票传唤，无正当理由拒不到庭的，可以拘传。

Where a plaintiff whose appearance in court is indispensable for finding case facts refuses to appear in court without justifiable reasons after being summoned twice by a people's court, the people's court may summons the plaintiff by force.

第一百七十五条　拘传必须用拘传票，并直接送达被拘传人；在拘传前，应当向被拘传人说明拒不到庭的后果，经批评教育仍拒不到庭的，可以拘传其到庭。

**Article 175** A warrant shall be issued for a summons by force and be directly served on the summoned person. Before summonsing a person by force, the summoned person shall be informed of the consequences of refusal to appear in court, and may be summoned to court by force if the summoned person still refuses to appear in court after criticism and education.

第一百七十六条　诉讼参与人或者其他人有下列行为之一的，人民法院可以适用民事诉讼法第一百一十条规定处理：

**Article 176** Where any litigant participant or other person has any of the following acts, a people's court may handle it in accordance with the provision of Article 110 of the Civil Procedure Law:

（一）未经准许进行录音、录像、摄影的；

(1) Unauthorized audio, video, and photograph recording;

（二）未经准许以移动通信等方式现场传播审判活动的；

(2) on-site dissemination of trial activities by mobile communications and other means without permission; and

（三）其他扰乱法庭秩序，妨害审判活动进行的。

(3) other activities disturbing the court order and obstructing judicial activities.

有前款规定情形的，人民法院可以暂扣诉讼参与人或者其他人进行录音、录像、摄影、传播审判活动的器材，并责令其删除有关内容；拒不删除的，人民法院可以采取必要手段强制删除。

Under the circumstances as provided in the preceding paragraph, a people's court may temporarily seize the equipment of litigant participants or other persons for audio, video, and photograph recording, as well as dissemination of trial activities; and order them to delete relevant contents. In

[CLI Code]CLI.3.349767(EN)

case of refusal to delete, a people's court may take necessary means to forcibly remove these contents.

第一百七十七条　训诫、责令退出法庭由合议庭或者独任审判员决定。训诫的内容、被责令退出法庭者的违法事实应当记入庭审笔录。

**Article 177** A collegial bench or an independent judge shall make decision of admonishing and ordering persons to leave the court. The admonishing contents and the illegal facts of the persons who are ordered to leave the court shall be recorded in the trial transcripts.

第一百七十八条　人民法院依照民事诉讼法第一百一十条至第一百一十四条的规定采取拘留措施的，应经院长批准，作出拘留决定书，由司法警察将被拘留人送交当地公安机关看管。

**Article 178** Where a people's court needs to adopt detention measures in accordance with the provisions from Article 110 to 114 of the Civil Procedure Law, it shall be subject to approval by the court president, a written decision of detention shall be made, and the detainee shall be transferred by judicial police to the local public security organ for custody.

第一百七十九条　被拘留人不在本辖区的，作出拘留决定的人民法院应当派员到被拘留人所在地的人民法院，请该院协助执行，受委托的人民法院应当及时派员协助执行。被拘留人申请复议或者在拘留期间承认并改正错误，需要提前解除拘留的，受委托人民法院应当向委托人民法院转达或者提出建议，由委托人民法院审查决定。

**Article 179** Where the detainee does not stay within the jurisdiction of the people's court that makes the decision of detention, this people's court shall assign clerks to the people's court at the place where the detainee stays and request the latter to offer assistance in execution, and the entrusted people's court shall timely assign clerks for assistance in execution. If the detainee applies for reconsideration or admits and corrects errors during the course of detention, and the measure of detention needs to be removed in advance, the entrusted people's court shall inform of the circumstance or bring forward a suggestion to the entrusting people's court for examination and decision.

第一百八十条　人民法院对被拘留人采取拘留措施后，应当在二十四小时内通知其家属；确实无法按时通知或者通知不到的，应当记录在案。

**Article 180** After taking the measure of detention against a detainee, a people's court shall, within 24 hours, notify the detainee's family members; and if such family members actually fail to be notified on schedule or cannot be notified, it shall be on record.

[CLI Code]CLI.3.349767(EN)

第一百八十一条　因哄闹、冲击法庭，用暴力、威胁等方法抗拒执行公务等紧急情况，必须立即采取拘留措施的，可在拘留后，立即报告院长补办批准手续。院长认为拘留不当的，应当解除拘留。

**Article 181** Where the measure of detention needs to be immediately taken in the case of such emergency circumstances as clamoring in a courtroom or attacking a courtroom, and resisting the exercise of official duties by violence, threat, and other means, after detaining the offenders, the judicial personnel shall report to the president of the people's court for supplementing the approval formality. If the president considers that the measure of detention is improper, the detention shall be removed.

第一百八十二条　被拘留人在拘留期间认错悔改的，可以责令其具结悔过，提前解除拘留。提前解除拘留，应报经院长批准，并作出提前解除拘留决定书，交负责看管的公安机关执行。

**Article 182** Where the detainee admits his or her mistake and shows repentance during the period of detention, he or she may be ordered to make a statement of repentance and the measure of detention may be removed in advance. The removal of detention in advance shall be subject to approval of the president of a people's court, and a written decision on removal of detention in advance shall be made and given to the public security organ in charge of custody of the detainee for execution.

第一百八十三条　民事诉讼法第一百一十条至第一百一十三条规定的罚款、拘留可以单独适用，也可以合并适用。

**Article 183** The measures of fine and detention as prescribed in Articles 110 to 113 of the Civil Procedure Law may be applied either separately or concurrently.

第一百八十四条　对同一妨害民事诉讼行为的罚款、拘留不得连续适用。发生新的妨害民事诉讼行为的，人民法院可以重新予以罚款、拘留。

**Article 184** The measures of fine and detention against the same obstruction of civil procedures shall not be applied continuously. Where a new obstruction of civil procedures occurs, the people's court may impose a fine or detention again.

第一百八十五条　被罚款、拘留的人不服罚款、拘留决定申请复议的，应当自收到决定书之日起三日内提出。上级人民法院应当在收到复议申请后五日内作出决定，并将复议结果通知下级人民法院和当事人。

**Article 185** Where a person on whom a fine or detention is imposed refuses to accept the decision

[CLI Code]CLI.3.349767(EN)

on fine or detention and applies for reconsideration, the person shall file the application for reconsideration within three days upon receipt of the written decision. The people's court at the higher level shall make a decision within five days upon receipt of the application for reconsideration, and notify the people's court at the lower level and the parties of the reconsideration conclusion.

第一百八十六条　上级人民法院复议时认为强制措施不当的，应当制作决定书，撤销或者变更下级人民法院作出的拘留、罚款决定。情况紧急的，可以在口头通知后三日内发出决定书。

**Article 186** Where the people's court at the higher level holds that the compulsory measure is improper at the time of reconsideration, it shall prepare a written decision to revoke or modify the decision on detention or fine as made by the people's court at the lower level; and if the circumstance is urgent, may issue the written decision within three days after a verbal notice is given.

第一百八十七条　民事诉讼法第一百一十一条第一款第五项规定的以暴力、威胁或者其他方法阻碍司法工作人员执行职务的行为，包括：

**Article 187** The conduct of "obstructing judicial personnel from performing their duties by violence, threat or any other means" as prescribed in paragraph 1(5), Article 111 of the Civil Procedure Law includes:

（一）在人民法院哄闹、滞留，不听从司法工作人员劝阻的；

(1) Clamoring or stranding in a courtroom and failing to obey the judicial personnel's dissuasion.

（二）故意毁损、抢夺人民法院法律文书、查封标志的；

(2) Deliberately damaging or seizing legal instruments and seizure marks of a people's court.

（三）哄闹、冲击执行公务现场，围困、扣押执行或者协助执行公务人员的；

(3) Clamoring in or attacking the scene for exercising official duties, besieging or detaining execution personnel or personnel who assist in execution.

（四）毁损、抢夺、扣留案件材料、执行公务车辆、其他执行公务器械、执行公务人员服装和执行公务证件的；

(4) Damaging, seizing, or withholding case materials, vehicles for exercising official duties, other instruments for exercising official duties, garments of personnel exercising official duties, and

certificates for exercising official duties.

（五）以暴力、威胁或者其他方法阻碍司法工作人员查询、查封、扣押、冻结、划拨、拍卖、变卖财产的；

(5) Obstructing judicial personnel from inquiring, seizing, impounding, freezing, appropriating, auctioning, or selling the property by violence, threat, or other means.

（六）以暴力、威胁或者其他方法阻碍司法工作人员执行职务的其他行为。

(6) Other conduct of obstructing judicial personnel from exercising their duties by violence, threat or any other means.

第一百八十八条　民事诉讼法第一百一十一条第一款第六项规定的拒不履行人民法院已经发生法律效力的判决、裁定的行为，包括：

**Article 188** The conduct of refusing to enforce an effective judgment or ruling of a people's court as prescribed in paragraph 1(6), Article 111 of the Civil Procedure Law includes:

（一）在法律文书发生法律效力后隐藏、转移、变卖、毁损财产或者无偿转让财产、以明显不合理的价格交易财产、放弃到期债权、无偿为他人提供担保等，致使人民法院无法执行的；

(1) Hiding, transferring, selling, damaging property, or transferring property free of charge, trading property at an obviously unreasonable price, abandoning mature creditor's rights, or providing guarantee for other persons free of charge after a legal instrument has come into effect, causing the failure of the people's court to enforce the legal instrument.

（二）隐藏、转移、毁损或者未经人民法院允许处分已向人民法院提供担保的财产的；

(2) Hiding, transferring, damaging, or disposing of property that has been provided to a people's court as guarantee without the permission of the people's court.

（三）违反人民法院限制高消费令进行消费的；

(3) Consuming in violation of the order of the people's court on high consumption restriction.

（四）有履行能力而拒不按照人民法院执行通知履行生效法律文书确定的义务的；

(4) Having the capacity but refusing to perform obligations as determined in an effective legal instrument in accordance with the notice of a people's court on execution.

（五）有义务协助执行的个人接到人民法院协助执行通知书后，拒不协助执行的。

[CLI Code]CLI.3.349767(EN)

(5) Refusing to assist in enforcing the judgment or ruling after an individual with the obligation to assist in execution receives a written notice of execution assistance from the people's court.

第一百八十九条　诉讼参与人或者其他人有下列行为之一的，人民法院可以适用民事诉讼法第一百一十一条的规定处理：

**Article 189** Where any litigation participant or other person commits any of the following conduct, a people's court may punish such litigation participant or other person in accordance with the provisions of Article 111 of the Civil Procedure Law:

（一）冒充他人提起诉讼或者参加诉讼的；

(1) The litigation participant or other person institutes an action or participates in the litigation by passing other person off.

（二）证人签署保证书后作虚假证言，妨碍人民法院审理案件的；

(2) A witness makes a false testimony after signing a letter of guarantee, which impedes the case trial by the people's court.

（三）伪造、隐藏、毁灭或者拒绝交出有关被执行人履行能力的重要证据，妨碍人民法院查明被执行人财产状况的；

(3) Forging, concealing, damaging, or refusing to submit material evidence on the capacity of the judgment debtor for performing the obligation, which impedes the people's court from identifying the property status of the judgment debtor.

（四）擅自解冻已被人民法院冻结的财产的；

(4) Illegally unfreezing the property that has been frozen by the people's court.

（五）接到人民法院协助执行通知书后，给当事人通风报信，协助其转移、隐匿财产的。

(5) Revealing information to a party and assisting the party in transferring or hiding property after receiving a written notice of execution assistance form the people's court.

第一百九十条　民事诉讼法第一百一十二条规定的他人合法权益，包括案外人的合法权益、国家利益、社会公共利益。

**Article 190** The "lawful rights and interests of other persons" as prescribed in Article 112 of the Civil Procedure Law include the lawful rights and interests of a party not to the case, national

[CLI Code]CLI.3.349767(EN)

interest, and public interest.

第三人根据民事诉讼法第五十六条第三款规定提起撤销之诉，经审查，原案当事人之间恶意串通进行虚假诉讼的，适用民事诉讼法第一百一十二条规定处理。

Where a third party institutes an action for revoking an effective judgment, ruling, or consent judgment in accordance with the provisions of paragraph 3, Article 56 of the Civil Procedure Law and it is found upon examination that the parties to the original case maliciously institute a false action in collusion, the parties to the original case shall be punished in accordance with the provisions of Article 112 of the Civil Procedure Law.

第一百九十一条　单位有民事诉讼法第一百一十二条或者第一百一十三条规定行为的，人民法院应当对该单位进行罚款，并可以对其主要负责人或者直接责任人员予以罚款、拘留；构成犯罪的，依法追究刑事责任。

**Article 191** Where an entity commits any conduct as prescribed in Article 112 or Article 113 of the Civil Procedure Law, a people's court shall impose a fine on the entity and may impose a fine or detention on the primary person in charge or directly liable persons of the entity; if suspected of any crime, they shall be subject to criminal liability in accordance with the law.

第一百九十二条　有关单位接到人民法院协助执行通知书后，有下列行为之一的，人民法院可以适用民事诉讼法第一百一十四条规定处理：

**Article 192** Where the relevant entity commits any of the following conduct after receiving a written notice of execution assistance from a people's court, the people's court may punish such entity by applying the provisions of Article 114 of the Civil Procedure Law:

（一）允许被执行人高消费的；

(1) The relevant entity allows the judgment debtor to make high consumption.

（二）允许被执行人出境的；

(2) The relevant entity allows the judgment debtor to exit China.

（三）拒不停止办理有关财产权证照转移手续、权属变更登记、规划审批等手续的；

(3) The relevant entity refuses to cease to handle the transfer of a relevant property right certificate, the registration of ownership change, and the examination and approval of planning.

（四）以需要内部请示、内部审批，有内部规定等为由拖延办理的。

[CLI Code]CLI.3.349767(EN)

(4) The relevant entity delays the handling on the grounds that it is necessary to request for internal instructions and internal approval and there are internal provisions.

第一百九十三条　人民法院对个人或者单位采取罚款措施时，应当根据其实施妨害民事诉讼行为的性质、情节、后果，当地的经济发展水平，以及诉讼标的额等因素，在民事诉讼法第一百一十五条第一款规定的限额内确定相应的罚款金额。

**Article 193** When imposing a fine on an individual or an entity, a people's court shall, according to such factors as the nature, circumstances, and consequences of obstruction of civil procedures the individual or entity commits, the local economic development level, and the amount of subject matter of action, determine corresponding amount of fine within the limits as prescribed in paragraph 1, Article 115 of the Civil Procedure Law.

<p align="center">九、诉讼费用</p>

**IX**. Litigation Expenses

第一百九十四条　依照民事诉讼法第五十四条审理的案件不预交案件受理费，结案后按照诉讼标的额由败诉方交纳。

**Article 194** For a case tried in accordance with Article 54 of the Civil Procedure Law, no case acceptance fee needs to be paid in advance and the losing party shall supplement the case acceptance fee based on the amount of subject matter of action after the case is concluded.

第一百九十五条　支付令失效后转入诉讼程序的，债权人应当按照《诉讼费用交纳办法》补交案件受理费。

**Article 195** Where the litigation procedure is initiated after an order of payment is invalidated, the debtor shall supplement the case acceptance fee in accordance with the Measures for the Payment of Litigation Expenses.

支付令被撤销后，债权人另行起诉的，按照《诉讼费用交纳办法》交纳诉讼费用。

Where the debtor institutes a separate action after the revocation of the order of payment, the litigation expenses shall be paid in accordance with the Measures for the Payment of Litigation Expenses.

第一百九十六条　人民法院改变原判决、裁定、调解结果的，应当在裁判文书中对原审诉讼费用的负担一并作出处理。

[CLI Code]CLI.3.349767(EN)

**Article 196** Where a people's court modifies the original judgment, ruling or results of mediation, the people's court shall, in the judgment, handle the assumption of litigation expenses in the original trial.

第一百九十七条　诉讼标的物是证券的，按照证券交易规则并根据当事人起诉之日前最后一个交易日的收盘价、当日的市场价或者其载明的金额计算诉讼标的金额。

**Article 197** Where the subject matter of action is securities, the amount of subject matter of action shall be calculated in accordance with the rules of securities trading and on the basis of the closing price on the lasting trading day before the party institutes the action, the market price on that day, or the amount as specified.

第一百九十八条　诉讼标的物是房屋、土地、林木、车辆、船舶、文物等特定物或者知识产权，起诉时价值难以确定的，人民法院应当向原告释明主张过高或者过低的诉讼风险，以原告主张的价值确定诉讼标的金额。

**Article 198** Where the subject matter of action is such specific goods as housing, land, forest, vehicle, vessel, and cultural relic or intellectual property right and it is difficult to determine the value thereof when an action is instituted, the people's court shall explain to the plaintiff the litigation risks of over-high or over-low claims and determine the amount of subjection matter of action on the basis of the value as claimed by the plaintiff.

第一百九十九条　适用简易程序审理的案件转为普通程序的，原告自接到人民法院交纳诉讼费用通知之日起七日内补交案件受理费。

**Article 199** Where a case tried under summary procedure is transferred into formal procedure, the plaintiff shall, within seven days after receiving the notice on the payment of litigation expenses from a people's court, supplement the case acceptance fee.

原告无正当理由未按期足额补交的，按撤诉处理，已经收取的诉讼费用退还一半。

Where the plaintiff fails to supplement the case acceptance fee in full amount within the time limit without justifiable reasons, the plaintiff is deemed to have withdrawn the action, and one half of the litigation expenses that have been collected shall be refunded.

第二百条　破产程序中有关债务人的民事诉讼案件，按照财产案件标准交纳诉讼费，但劳动争议案件除外。

**Article 200** For a civil action involving the relevant debtors in bankruptcy proceedings, litigation expenses shall be paid according to the standards for property cases, except labor dispute cases.

[CLI Code]CLI.3.349767(EN)



第二百零一条　既有财产性诉讼请求，又有非财产性诉讼请求的，按照财产性诉讼请求的标准交纳诉讼费。

**Article 201** Where there are both property claims and non-property claims, litigation expenses shall be paid according to the standards for property claims.

有多个财产性诉讼请求的，合并计算交纳诉讼费；诉讼请求中有多个非财产性诉讼请求的，按一件交纳诉讼费。

Where there are multiple property claims, litigation expenses shall be jointly calculated and paid; and if there are multiple non-property claims in the claims, they shall be regarded as one claim for paying litigation expenses.

第二百零二条　原告、被告、第三人分别上诉的，按照上诉请求分别预交二审案件受理费。

**Article 202** Where a plaintiff, a defendant, and a third party appeal respectively, they shall pay the case acceptance fee at second instance in advance according to their respective claims in appeal.

同一方多人共同上诉的，只预交一份二审案件受理费；分别上诉的，按照上诉请求分别预交二审案件受理费。

Where numerous parties on one side jointly appeal, only one case acceptance fee at second instance shall be paid in advance; and if such parties appeal respectively, they shall pay the case acceptance fee at second instance in advance according to their respective claims in appeal.

第二百零三条　承担连带责任的当事人败诉的，应当共同负担诉讼费用。

**Article 203** Where the parties assuming the joint and several liability lose the action, they shall jointly assume litigation expenses.

第二百零四条　实现担保物权案件，人民法院裁定拍卖、变卖担保财产的，申请费由债务人、担保人负担；人民法院裁定驳回申请的，申请费由申请人负担。

**Article 204** In a case of security right realization, where a people's court rules to auction or sell the property posted as security, the application fee shall be assumed by the debtor and the security provider; and if the people's court rules to dismiss the application, the application fee shall be assumed by the applicant.

申请人另行起诉的，其已经交纳的申请费可以从案件受理费中扣除。

Where the applicant institutes a separate action, the application fee he or she has paid may be deducted from the case acceptance fee.

[CLI Code]CLI.3.349767(EN)

第二百零五条　拍卖、变卖担保财产的裁定作出后，人民法院强制执行的，按照执行金额收取执行申请费。

**Article 205** Where, after a ruling to auction or otherwise sell the property posted as security is issued, the people's court conducts enforcement, the execution application fee shall be collected based on the amount under execution.

第二百零六条　人民法院决定减半收取案件受理费的，只能减半一次。

**Article 206** Where a people's court decides to reduce by half the case acceptance fee, the case acceptance fee may be so reduced only once.

第二百零七条　判决生效后，胜诉方预交但不应负担的诉讼费用，人民法院应当退还，由败诉方向人民法院交纳，但胜诉方自愿承担或者同意败诉方直接向其支付的除外。

**Article 207** After a judgment takes effect, the litigation expenses that have been prepaid but should not be assumed by the winning party shall be refunded by the people's court to the winning party and be paid by the losing party to the people's court, unless the winning party voluntarily assumes such litigation expenses or agrees that the losing party will directly pay such litigation expenses to it.

当事人拒不交纳诉讼费用的，人民法院可以强制执行。

Where a party refuses to pay any litigation expenses, a people's court may conduct enforcement.

十、第一审普通程序

**X**. Formal Procedure at First Instance

第二百零八条　人民法院接到当事人提交的民事起诉状时，对符合民事诉讼法第一百一十九条的规定，且不属于第一百二十四条规定情形的，应当登记立案；对当场不能判定是否符合起诉条件的，应当接收起诉材料，并出具注明收到日期的书面凭证。

**Article 208** When a people's court receives a written civil complaint submitted by a party, where such written civil complaint complies with the provisions of Article 119 of the Civil Procedure Law and does not fall under the circumstances as prescribed in Article 124 thereof, the people's court shall register such written civil complaint and docket a case; if the people's court fails to determine on the spot whether such written civil complaint meets the conditions for instituting an action, it

shall receive the complaint materials and issue a dated certification in writing.

需要补充必要相关材料的，人民法院应当及时告知当事人。在补齐相关材料后，应当在七日内决定是否立案。
Where it is necessary to supplement corresponding indispensable materials, the people's court shall notify the party in a timely manner. After the corresponding materials are supplemented, the people's court shall decide whether to docket a case within seven days.

立案后发现不符合起诉条件或者属于民事诉讼法第一百二十四条规定情形的，裁定驳回起诉。
Where the people's court finds that the complaint does not meet the conditions for instituting an action after having docketed the case or the complaint falls under the circumstances as prescribed in Article 124 of the Civil Procedure Law, the people's court shall rule to dismiss the auction.

第二百零九条　原告提供被告的姓名或者名称、住所等信息具体明确，足以使被告与他人相区别的，可以认定为有明确的被告。
Article 209 Where information on the defendant as provided by the plaintiff, including but not limited to name or title, and domicile, is specific and clear, and is sufficient to differentiate a defendant from other persons, it may be determined that there is a clear defendant.

起诉状列写被告信息不足以认定明确的被告的，人民法院可以告知原告补正。原告补正后仍不能确定明确的被告的，人民法院裁定不予受理。
Where information on the defendant as listed in the written complaint is insufficient to determine a clear defendant, the people's court may notify the plaintiff to supplement or correct corresponding information. Where a clear defendant still fails to be determined after supplement or correction by the plaintiff, the people's court shall rule not to accept the action.

第二百一十条　原告在起诉状中有谩骂和人身攻击之辞的，人民法院应当告知其修改后提起诉讼。
Article 210 Where a plaintiff uses the words of vituperation or personal assault in the written complaint, the people's court shall inform it of modifying the written complaint before instituting an action.

第二百一十一条　对本院没有管辖权的案件，告知原告向有管辖权的人民法院起诉；原告坚持起诉的，裁定不予受理；立案后发现本院没有管辖权的，应当将案件移送有管辖权的人民法院。
Article 211 Where a people's court has no jurisdiction over a case, it shall notify the plaintiff to

institute an action in the competent people's court; if the plaintiff insists on instituting an action in the people's court, it shall rule to dismiss the action; or if the people's court finds that it has no jurisdiction over the case after having docketed it, it shall transfer the case to the competent people's court.

第二百一十二条　裁定不予受理、驳回起诉的案件，原告再次起诉，符合起诉条件且不属于民事诉讼法第一百二十四条规定情形的，人民法院应予受理。

**Article 212** Where a people's court has ruled not to accept a case or dismiss the action, the plaintiff institutes another action, and the complaint meets the conditions for instituting an action and does not fall under the circumstances as prescribed in Article 124 of the Civil Procedure Law, the people's court shall accept the case.

第二百一十三条　原告应当预交而未预交案件受理费，人民法院应当通知其预交，通知后仍不预交或者申请减、缓、免未获批准而仍不预交的，裁定按撤诉处理。

**Article 213** Where the plaintiff must pay the case acceptance fee in advance but fails to do so, the people's court shall notify him, her or it to make advance payment. If the plaintiff still fails to make advance payment after being notified, or his, her or its application for reduction, postponement and exemption of case acceptance fee is not approved by the people's court but he, she or it still fails to make advance payment, the people's court shall rule that the plaintiff has withdrawn the action.

第二百一十四条　原告撤诉或者人民法院按撤诉处理后，原告以同一诉讼请求再次起诉的，人民法院应予受理。

**Article 214** Where, after the plaintiff withdraws an action or the people's court deems that the plaintiff has withdrawn the action, the plaintiff institutes another action for the same claims, the people's court shall accept the action.

原告撤诉或者按撤诉处理的离婚案件，没有新情况、新理由，六个月内又起诉的，比照民事诉讼法第一百二十四条第七项的规定不予受理。

For a divorce case that is withdrawn by the plaintiff or deemed withdrawn by the plaintiff by a people's court, if one party institutes another action within six months without new developments or reasons, the people's court may dismiss the action mutatis mutandis in accordance with subparagraph (7), Article 124 of the Civil Procedure Law.

[CLI Code]CLI.3.349767(EN)

第二百一十五条　依照民事诉讼法第一百二十四条第二项的规定，当事人在书面合同中订有仲裁条款，或者在发生纠纷后达成书面仲裁协议，一方向人民法院起诉的，人民法院应当告知原告向仲裁机构申请仲裁，其坚持起诉的，裁定不予受理，但仲裁条款或者仲裁协议不成立、无效、失效、内容不明确无法执行的除外。

**Article 215** Where the parties have stipulated an arbitration clause in the written agreement or reached a written arbitration agreement after the dispute occurs, if one party institutes an action in the people's court, the people's court shall notify the plaintiff of applying for arbitration to an arbitral institution and if the plaintiff insists on instituting the action, the people's court shall rule to dismiss the action, unless the arbitration clause or agreement are untenable, invalid, invalidated, and ambiguous and thus cannot be enforced.

第二百一十六条　在人民法院首次开庭前，被告以有书面仲裁协议为由对受理民事案件提出异议的，人民法院应当进行审查。

**Article 216** Where, before the first court session of a people's court begins, a defendant raises an objection to the acceptance of the civil case by the people's court on the ground that there is a written arbitration agreement, the people's court shall examine the objection.

经审查符合下列情形之一的，人民法院应当裁定驳回起诉：

Where, upon examination, the objection falls under any of the following circumstances, the people's court shall rule to dismiss the action:

（一）仲裁机构或者人民法院已经确认仲裁协议有效的；

(1) The arbitral institution or the people's court has confirmed that the arbitration agreement is valid.

（二）当事人没有在仲裁庭首次开庭前对仲裁协议的效力提出异议的；

(2) The party fails to raise an objection to the effectiveness of the arbitration agreement before the arbitration tribunal first holds a court session.

（三）仲裁协议符合仲裁法第十六条规定且不具有仲裁法第十七条规定情形的。

(3) The arbitration agreement complies with the provisions of Article 16 of the Arbitration Law and does not fall under the circumstances as prescribed in Article 17 of the Arbitration Law.

第二百一十七条　夫妻一方下落不明，另一方诉至人民法院，只要求离婚，不申请宣告下落不明人失踪或者死

亡的案件，人民法院应当受理，对下落不明人公告送达诉讼文书。

**Article 217** In a case where the whereabouts of the husband or the wife are unknown, the other party institutes an action in a people's court for divorce but does not apply for declaration of the party whose whereabouts are unknown as missing or dead, the people's court shall accept the case and serve process on the party whose whereabouts are unknown by a public notice.

第二百一十八条　赡养费、扶养费、抚育费案件，裁判发生法律效力后，因新情况、新理由，一方当事人再行起诉要求增加或者减少费用的，人民法院应作为新案受理。

**Article 218** For a case regarding claims of alimonies, supports for children or elders, pension for the disabled or the family of a decedent, where, after the judgment has come into force, one side institutes another action for increase or reduction of expenses with new developments or new reasons, the people's court shall accept the action as a new one.

第二百一十九条　当事人超过诉讼时效期间起诉的，人民法院应予受理。受理后对方当事人提出诉讼时效抗辩，人民法院经审理认为抗辩事由成立的，判决驳回原告的诉讼请求。

**Article 219** Where a party institutes an action after the time limitation for instituting an action expires, a people's court shall accept the action. If, after the people's court accepts the action, the other party makes a defense on the time limitation and the people's court holds upon trial that the defenses are tenable, the people's court shall enter a judgment to dismiss the claims of the plaintiff.

第二百二十条　民事诉讼法第六十八条、第一百三十四条、第一百五十六条规定的商业秘密，是指生产工艺、配方、贸易联系、购销渠道等当事人不愿公开的技术秘密、商业情报及信息。

**Article 220** As mentioned in Articles 68, 134, and 156 of the Civil Procedure Law, "trade secrets" means technical secrets and business intelligence and information that a party is unwilling to disclose to the public such as manufacturing techniques, formulas, business contracts, and purchase and sale channels.

第二百二十一条　基于同一事实发生的纠纷，当事人分别向同一人民法院起诉的，人民法院可以合并审理。

**Article 221** Where the parties institute actions in the same people's court for disputes arising from the same facts, respectively, the people's court may concurrently try such actions.

Saved on: 07/11/2026

第二百二十二条　原告在起诉状中直接列写第三人的，视为其申请人民法院追加该第三人参加诉讼。是否通知第三人参加诉讼，由人民法院审查决定。

**Article 222** Where a plaintiff directly lists a third party in the written complaint, it is deemed that the plaintiff applies to the people's court for adding the third party to participate in the litigation. Upon examination, the people's court shall decide whether to notify the third party to participate in the litigation.

第二百二十三条　当事人在提交答辩状期间提出管辖异议，又针对起诉状的内容进行答辩的，人民法院应当依照民事诉讼法第一百二十七条第一款的规定，对管辖异议进行审查。

**Article 223** Where a party raises an objection to jurisdiction during the period of submitting a written statement of defense and presents his, her or its argument on the content of the written complaint, the people's court shall examine the objection to jurisdiction in accordance with the provisions of paragraph 1, Article 127 of the Civil Procedure Law.

当事人未提出管辖异议，就案件实体内容进行答辩、陈述或者反诉的，可以认定为民事诉讼法第一百二十七条第二款规定的应诉答辩。

Where the party does not raise an objection to jurisdiction, but presents his, her or its argument or statement, or files a counterclaim on the substantial content of the case, it may be identified as "responding to the action by submitting a written statement of defense" as prescribed in paragraph 2, Article 127 of the Civil Procedure Law.

第二百二十四条　依照民事诉讼法第一百三十三条第四项规定，人民法院可以在答辩期届满后，通过组织证据交换、召集庭前会议等方式，作好审理前的准备。

**Article 224** In accordance with the provisions of subparagraph (4), Article 133 of the Civil Procedure Law, a people's court may, after the period of defense expires, make good preparation for the trial by organizing evidence exchange, holding a pre-trial conference, and other means.

第二百二十五条　根据案件具体情况，庭前会议可以包括下列内容：

**Article 225** In light of specific case circumstances, the content of a pre-trial conference may include:

（一）明确原告的诉讼请求和被告的答辩意见；

(1) Specifying the claims of the plaintiff and the arguments of the defendant.

（二）审查处理当事人增加、变更诉讼请求的申请和提出的反诉，以及第三人提出的与本案有关的诉讼请求；

(2) Examining and handling the application for adding or modifying claims and the counterclaim as filed by the parties and the claims related to the case as raised by a third party.

（三）根据当事人的申请决定调查收集证据，委托鉴定，要求当事人提供证据，进行勘验，进行证据保全；

(3) Deciding to investigate and collect evidence upon application of the parties, entrusting an entity with evidence authentication, requiring the parties to adduce evidence, surveying such evidence, and conducting evidence preservation.

（四）组织交换证据；

(4) Organizing the exchange of evidence.

（五）归纳争议焦点；

(5) Concluding the focus of disputes.

（六）进行调解。

(6) Conducting mediation.

第二百二十六条　人民法院应当根据当事人的诉讼请求、答辩意见以及证据交换的情况，归纳争议焦点，并就归纳的争议焦点征求当事人的意见。

Article 226 A people's court shall, in accordance with the claims and arguments of the parties as well as the circumstances on evidence exchange, conclude the focus of disputes and solicit opinions on such concluded focus of disputes from the parties.

第二百二十七条　人民法院适用普通程序审理案件，应当在开庭三日前用传票传唤当事人。对诉讼代理人、证人、鉴定人、勘验人、翻译人员应当用通知书通知其到庭。当事人或者其他诉讼参与人在外地的，应当留有必要的在途时间。

Article 227 Where a people's court tries a case under formal procedure, the people's court shall, three days before the court session begins, summons the parties and notify the litigation representatives, witnesses, identification experts, surveyors, and interpreters to appear in court by a notice. If any parties or any other litigation participants stay in another place, the people's court shall arrange necessary time of travelling for them.

[CLI Code]CLI.3.349767(EN)

第二百二十八条　法庭审理应当围绕当事人争议的事实、证据和法律适用等焦点问题进行。

**Article 228** The court session shall center on such focuses as the facts in dispute of the parties, evidence, and application of law.

第二百二十九条　当事人在庭审中对其在审理前的准备阶段认可的事实和证据提出不同意见的，人民法院应当责令其说明理由。必要时，可以责令其提供相应证据。人民法院应当结合当事人的诉讼能力、证据和案件的具体情况进行审查。理由成立的，可以列入争议焦点进行审理。

**Article 229** Where, in the court session, a party raises different opinions on the facts and evidence he, she or it has recognized at the preparatory stage before trial, the people's court shall order him, her or it to state reasons. When necessary, the people's court may order the party to provide corresponding evidence. The people's court shall examine such reasons in light of the litigation capacity of the party, evidence, and specific case circumstances. Where such reasons are tenable, the people's court shall list such different opinions into the focus of disputes for trial.

第二百三十条　人民法院根据案件具体情况并征得当事人同意，可以将法庭调查和法庭辩论合并进行。

**Article 230** On the basis of specific case circumstances, a people's court may conduct court investigation and court debate concurrently, to which the parties agree.

第二百三十一条　当事人在法庭上提出新的证据的，人民法院应当依照民事诉讼法第六十五条第二款规定和本解释相关规定处理。

**Article 231** Where a party produces any new evidence in court, the people's court shall handle it in accordance with the provisions of paragraph 2, Article 65 of the Civil Procedure Law and the relevant provisions of this Interpretation.

第二百三十二条　在案件受理后，法庭辩论结束前，原告增加诉讼请求，被告提出反诉，第三人提出与本案有关的诉讼请求，可以合并审理的，人民法院应当合并审理。

**Article 232** Where, after the acceptance of a case and before the end of court debate, the plaintiff adds claims, the defendant files a counterclaim, a third party raises claims related to the case, if they may be tried concurrently, the people's court shall try them concurrently.

第二百三十三条　反诉的当事人应当限于本诉的当事人的范围。

**Article 233** The parties to a counterclaim shall be limited to the parties to the action.

反诉与本诉的诉讼请求基于相同法律关系、诉讼请求之间具有因果关系，或者反诉与本诉的诉讼请求基于相同事实的，人民法院应当合并审理。

Where the claims of the counterclaim and those of the action are based on the same legal relationship, there is causation between such claims, or the claims of the counterclaim and the action are based on the same facts, the people's court shall try them concurrently.

反诉应由其他人民法院专属管辖，或者与本诉的诉讼标的及诉讼请求所依据的事实、理由无关联的，裁定不予受理，告知另行起诉。

A counterclaim shall be under exclusive jurisdiction of other people's court. Where the counterclaim is irrelevant to the subject matter of the action and the facts and reasons on which the claims in the action are based, the people's court shall rule to dismiss such counterclaim and notify the party to the counterclaim to institute a separate action.

第二百三十四条 无民事行为能力人的离婚诉讼，当事人的法定代理人应当到庭；法定代理人不能到庭的，人民法院应当在查清事实的基础上，依法作出判决。

**Article 234** For a divorce case involving a person of no capacity for civil conduct, his or her statutory representative shall appear in court; where the statutory representative is unable to appear in court, the people's court shall enter a judgment in accordance with the law after the facts have been ascertained.

第二百三十五条 无民事行为能力的当事人的法定代理人，经传票传唤无正当理由拒不到庭，属于原告方的，比照民事诉讼法第一百四十三条的规定，按撤诉处理；属于被告方的，比照民事诉讼法第一百四十四条的规定，缺席判决。必要时，人民法院可以拘传其到庭。

**Article 235** Where the statutory representative of one party of no capacity for civil conduct refuses to appear in court without any justifiable reasons after being summoned, if the party is a plaintiff, the people's court may deem that the plaintiff has withdrawn the action mutatis mutandis in accordance with Article 143 of the Civil Procedure Law; and if the party is a defendant, the court may enter a default judgment mutatis mutandis in accordance with Article 144 of the Civil Procedure Law. When necessary, the people's court may summons the party to appear in court by force.

第二百三十六条 有独立请求权的第三人经人民法院传票传唤，无正当理由拒不到庭的，或者未经法庭许可中

[CLI Code]CLI.3.349767(EN)

途退庭的，比照民事诉讼法第一百四十三条的规定，按撤诉处理。

**Article 236** Where a third party with an independent claim refuses to appear in court without any justifiable reasons after being summoned by a people's court, or leaves the courtroom during a court session without permission from the people's court, the people's court may deem that the third party has withdrawn the action mutatis mutandis in accordance with Article 143 of the Civil Procedure Law.

第二百三十七条　有独立请求权的第三人参加诉讼后，原告申请撤诉，人民法院在准许原告撤诉后，有独立请求权的第三人作为另案原告，原案原告、被告作为另案被告，诉讼继续进行。

**Article 237** Where, after a third party with an independent claim has participated in the litigation, the plaintiff files an application for withdrawal of the action, the people's court shall, after approving the plaintiff's application, take the third party with an independent claim as the plaintiff of another case, take the plaintiff and the defendant in the original case as the defendant of another case, and continue the litigation.

第二百三十八条　当事人申请撤诉或者依法可以按撤诉处理的案件，如果当事人有违反法律的行为需要依法处理的，人民法院可以不准许撤诉或者不按撤诉处理。

**Article 238** For a case in which a party applies for withdrawal of the action or which can be taken as a case where a party has withdrawn the action, if there is any illegal act committed by the party that needs to be handled according to the law, the people's court is allowed to not approve the withdrawal or not take the case as one where the party has withdrawn the action.

法庭辩论终结后原告申请撤诉，被告不同意的，人民法院可以不予准许。

Where the plaintiff files an application for withdrawal of the action after the end of court debate, but the defendant disagrees to the plaintiff's application, the people's court is allowed to not approve the plaintiff's application.

第二百三十九条　人民法院准许本诉原告撤诉的，应当对反诉继续审理；被告申请撤回反诉的，人民法院应予准许。

**Article 239** Where a people's court approves the application for withdrawal of the plaintiff to the action, the people's court shall continue the trial of the counterclaim; if the defendant files an application for withdrawal of the counterclaim, the people's court shall approve such application.

Saved on: 07/11/2026

第二百四十条    无独立请求权的第三人经人民法院传票传唤，无正当理由拒不到庭，或者未经法庭许可中途退庭的，不影响案件的审理。

**Article 240** Where a third party without an independent claim refuses to appear in court without any justifiable reasons after being summoned by a people's court or leaves the courtroom during a court session without the permission of the people's court, it does not affect the trial of the case.

第二百四十一条    被告经传票传唤无正当理由拒不到庭，或者未经法庭许可中途退庭的，人民法院应当按期开庭或者继续开庭审理，对到庭的当事人诉讼请求、双方的诉辩理由以及已经提交的证据及其他诉讼材料进行审理后，可以依法缺席判决。

**Article 241** Where a defendant refuses to appear in court without justifiable reasons after being summoned or leaves the courtroom during a court session without permission from the people's court, the people's court shall hold a court session on schedule or continue the court session and after trying the claims of the parties appearing in court, the plea grounds of the defendant as well as the evidence that has been submitted and other case materials, the people's court may enter a default judgment according to the law.

第二百四十二条    一审宣判后，原审人民法院发现判决有错误，当事人在上诉期内提出上诉的，原审人民法院可以提出原判决有错误的意见，报送第二审人民法院，由第二审人民法院按照第二审程序进行审理；当事人不上诉的，按照审判监督程序处理。

**Article 242** Where, after the pronouncement of the first-instance judgment, the original trial people's court discovers any adjudication error and the party appeals within the time limit for appeal, the original trial people's court may present opinions that there is an error in the original judgment and submit its opinions to the people's court of second instance, and the people's court of second instance shall try the case under the procedure of second instance; if the party does not appeal, the case shall be tried under the trial supervision procedure.

第二百四十三条    民事诉讼法第一百四十九条规定的审限，是指从立案之日起至裁判宣告、调解书送达之日止的期间，但公告期间、鉴定期间、双方当事人和解期间、审理当事人提出的管辖异议以及处理人民法院之间的管辖争议期间不应计算在内。

**Article 243** The time limit for completing the trial of a case prescribed in Article 149 of the Civil Procedure Law shall be a period from the day when the case is docketed to the day when the judgment is pronounced or the consent judgment is served, excluding the duration of public notice, the duration of expert identification, the duration of settlement between both sides, the duration

for trying the objection to jurisdiction raised by the party as well as the duration for settling jurisdictional disputes between the people's courts.

第二百四十四条　可以上诉的判决书、裁定书不能同时送达双方当事人的，上诉期从各自收到判决书、裁定书之日计算。

**Article 244** Where a judgment or ruling that is appealable cannot be served on both sides at the same time, the time limit for appeal shall be calculated from the day when they receive the judgment or ruling, respectively.

第二百四十五条　民事诉讼法第一百五十四条第一款第七项规定的笔误是指法律文书误写、误算，诉讼费用漏写、误算和其他笔误。

**Article 245** As mentioned in paragraph 1(7), Article 154 of the Civil Procedure Law, "typos" means clerical errors and miscalculations in legal instruments, omissions and miscalculations of litigation expenses, and other typos.

第二百四十六条　裁定中止诉讼的原因消除，恢复诉讼程序时，不必撤销原裁定，从人民法院通知或者准许当事人双方继续进行诉讼时起，中止诉讼的裁定即失去效力。

**Article 246** When the cause for suspension of action is eliminated and the litigation procedure resumes, it is unnecessary to revoke the original ruling and the ruling for suspension of action shall immediately become invalidated after the people's court notifies or allows both sides to proceed with the action.

第二百四十七条　当事人就已经提起诉讼的事项在诉讼过程中或者裁判生效后再次起诉，同时符合下列条件的，构成重复起诉：

**Article 247** Where, in the course of an action or after a judgment takes effect, a party institutes another action against matters for which an action has been instituted, and the another action meets the following conditions at the same time, it constitutes a repeated action:

（一）后诉与前诉的当事人相同；

(1) The parties to the latter action and those to the former action are the same.

（二）后诉与前诉的诉讼标的相同；

(2) The subject matter of action in the latter action and that in the former action are the same.

[CLI Code]CLI.3.349767(EN)

（三）后诉与前诉的诉讼请求相同，或者后诉的诉讼请求实质上否定前诉裁判结果。

(3) The claims in the latter action and those in the former action are the same or the claims in the latter action substantially deny the judgment in the former action.

当事人重复起诉的，裁定不予受理；已经受理的，裁定驳回起诉，但法律、司法解释另有规定的除外。

Where a party institutes a repeated action, the people's court shall rule not to accept the action; if the repeated action has been accepted, the people's court shall rule to dismiss the action, unless otherwise as prescribed in laws and judicial interpretations.

第二百四十八条　裁判发生法律效力后，发生新的事实，当事人再次提起诉讼的，人民法院应当依法受理。

**Article 248** Where, after a judgment has come into force, new facts occur and a party institutes another action, the people's court shall accept such action according to the law.

第二百四十九条　在诉讼中，争议的民事权利义务转移的，不影响当事人的诉讼主体资格和诉讼地位。人民法院作出的发生法律效力的判决、裁定对受让人具有拘束力。

**Article 249** Where the civil rights and obligations in dispute are transferred during litigation, the litigation eligibility status and the status in litigation of a party shall not be affected. The effective judgment or ruling as issued by the people's court shall be binding upon the transferee.

受让人申请以无独立请求权的第三人身份参加诉讼的，人民法院可予准许。受让人申请替代当事人承担诉讼的，人民法院可以根据案件的具体情况决定是否准许；不予准许的，可以追加其为无独立请求权的第三人。

Where the transferee files an application for participating in the litigation as a third party without an independent claim, the people's court may approve the transferee's participation. If the transferee files an application for assuming the litigation by substituting a party, the people's court may, in accordance with specific case circumstances, decide whether to approve the transferee's application; and if the people's court does not approve the transferee's application, the people's court may add the transferee as a third party without an independent claim.

第二百五十条　依照本解释第二百四十九条规定，人民法院准许受让人替代当事人承担诉讼的，裁定变更当事人。

**Article 250** In accordance with the provisions of Article 249 of this Interpretation, where a people's court allows the transferee to assume the litigation by substituting a party, the people's court shall

rule to change the parties.

变更当事人后，诉讼程序以受让人为当事人继续进行，原当事人应当退出诉讼。原当事人已经完成的诉讼行为对受让人具有拘束力。

After the parties have been changed, the litigation procedure proceeds with the transferee as a party and the original party shall retreat from the litigation. The litigation conduct that has been committed by the original party shall be binding on the transferee.

第二百五十一条　二审裁定撤销一审判决发回重审的案件，当事人申请变更、增加诉讼请求或者提出反诉，第三人提出与本案有关的诉讼请求的，依照民事诉讼法第一百四十条规定处理。

**Article 251** Where the ruling of second instance revokes the judgment of first instance and remands the case to the original trial people's court for retrial, if the parties apply for changing the parties, adding claims, or filing a counterclaim, and a third party files a claim related to the case, they shall be handled in accordance with the provisions of Article 140 of the Civil Procedure Law.

第二百五十二条　再审裁定撤销原判决、裁定发回重审的案件，当事人申请变更、增加诉讼请求或者提出反诉，符合下列情形之一的，人民法院应当准许：

**Article 252** For a case in which the ruling issued upon retrial revokes the original judgment and rules to remand the case to the original trial people's court for retrial, where the parties apply for changing or adding claims, or filing a counterclaim, which falls under any of the following circumstances, the people's court shall approve such an application:

（一）原审未合法传唤缺席判决，影响当事人行使诉讼权利的；

(1) The original trial people's court enters a default judgment without legally summonsing the parties, which affects the parties' exercise of their procedural rights.

（二）追加新的诉讼当事人的；

(2) A new party to the action is added.

（三）诉讼标的物灭失或者发生变化致使原诉讼请求无法实现的；

(3) The subject matter of action is lost or changed, which causes the failure to realize the original claims.

（四）当事人申请变更、增加的诉讼请求或者提出的反诉，无法通过另诉解决的。

Saved on: 07/11/2026

(4) The claims to be changed or added under the application of the parties or the counterclaim filed by the parties fail to be resolved by instituting a separate action.

第二百五十三条　当庭宣判的案件，除当事人当庭要求邮寄发送裁判文书的外，人民法院应当告知当事人或者诉讼代理人领取裁判文书的时间和地点以及逾期不领取的法律后果。上述情况，应当记入笔录。

**Article 253** For cases whose judgments are pronounced in court, except that the parties require the delivery of judgments by mail, the people's court shall notify the parties or the litigation representatives thereof of the time and place for receiving judgments and the legal consequences for failing to receive such judgments within a prescribed time limit. The aforesaid circumstances shall be recorded in transcripts.

第二百五十四条　公民、法人或者其他组织申请查阅发生法律效力的判决书、裁定书的，应当向作出该生效裁判的人民法院提出。申请应当以书面形式提出，并提供具体的案号或者当事人姓名、名称。

**Article 254** Where a citizen, legal person, or other organization applies for consulting an effective judgment or ruling, the citizen, legal person, or other organization shall file the application with the people's court that enters the effective judgment. The application shall be filed in writing and the specific case number or the name or title of the party shall be provided.

第二百五十五条　对于查阅判决书、裁定书的申请，人民法院根据下列情形分别处理：

**Article 255** The people's court shall handle an application for consulting a judgment or ruling under any of the following circumstances:

（一）判决书、裁定书已经通过信息网络向社会公开的，应当引导申请人自行查阅；

(1) Where the judgment or ruling has been made available to the public through information network, the people's court shall guide the applicant in the voluntary consultation.

（二）判决书、裁定书未通过信息网络向社会公开，且申请符合要求的，应当及时提供便捷的查阅服务；

(2) Where the judgment or ruling is not made available to the public through information network, but the application meets the requirements, the people's court shall, in a timely manner, provide convenient consultation services.

（三）判决书、裁定书尚未发生法律效力，或者已失去法律效力的，不提供查阅并告知申请人；

(3) Where the judgment or ruling has not come into force or has become invalid, the people's court

shall not make it available for the public's consultation and notify the applicant.

（四）发生法律效力的判决书、裁定书不是本院作出的，应当告知申请人向作出生效裁判的人民法院申请查阅；

(4) Where the effective judgment or ruling is not issued by the people's court, the people's court shall notify the applicant to file an application for consultation with the people's court that has issued such effective judgment or ruling.

（五）申请查阅的内容涉及国家秘密、商业秘密、个人隐私的，不予准许并告知申请人。

(5) Where the content under the application for consultation involves state secret, trade secret, or individual privacy, the people's court shall not allow the consultation of such content and notify the applicant.

十一、简易程序

XI. Summary Procedure

第二百五十六条　民事诉讼法第一百五十七条规定的简单民事案件中的事实清楚，是指当事人对争议的事实陈述基本一致，并能提供相应的证据，无须人民法院调查收集证据即可查明事实；权利义务关系明确是指能明确区分谁是责任的承担者，谁是权利的享有者；争议不大是指当事人对案件的是非、责任承担以及诉讼标的争执无原则分歧。

Article 256 As mentioned in Article 157 of the Civil Procedure Law, "clear facts" of a simple civil case means that the parties make basically consistent statements on the facts of a dispute and can provide corresponding evidence, and it is unnecessary for the people's court to investigate and collect evidence for ascertaining facts; "unambiguous rights and obligations" means that it is clear that who is the obligor and who is the oblige; and "minor disputes" means that there is no difference in principle regarding the right and the wrong of the case, the responsibilities, and the dispute over the subject matter of action.

第二百五十七条　下列案件，不适用简易程序：

Article 257 The summary procedure shall not apply to the following cases:

（一）起诉时被告下落不明的；

(1) The whereabouts of the defendant are unknown when the action is instituted.

（二）发回重审的；

(2) The case is remanded for retrial.

（三）当事人一方人数众多的；

(3) The parties on one side are numerous.

（四）适用审判监督程序的；

(4) The trial supervision procedure is applicable.

（五）涉及国家利益、社会公共利益的；

(5) National interest or public interest is involved.

（六）第三人起诉请求改变或者撤销生效判决、裁定、调解书的；

(6) A third party institutes the action for modification or revocation of an effective judgment, ruling, or consent judgment.

（七）其他不宜适用简易程序的案件。

(7) Other cases, for which the application of summary procedure is not appropriate.

第二百五十八条　适用简易程序审理的案件，审理期限到期后，双方当事人同意继续适用简易程序的，由本院院长批准，可以延长审理期限。延长后的审理期限累计不得超过六个月。

**Article 258** For a case to which summary procedure applies, where, after the time limit for trial expires, both sides agree on the continued application of summary procedure, the time limit for trial may be extended with the approval of the president of the people's court. The cumulative time limit for trial after the extension shall not exceed six months.

人民法院发现案情复杂，需要转为普通程序审理的，应当在审理期限届满前作出裁定并将合议庭组成人员及相关事项书面通知双方当事人。

Where the people's court discovers that a case has complicated circumstances and it is necessary to transfer the case into formal procedure, the people's court shall, before the time limit for trial expires, issue a ruling and notify both sides of the composition of the collegial bench and the corresponding matters in writing.

案件转为普通程序审理的，审理期限自人民法院立案之日计算。

[CLI Code]CLI.3.349767(EN)

Where a case is transferred into formal procedure, the time limit for trial shall be calculated from the day when the people's court dockets the case.

第二百五十九条 当事人双方可就开庭方式向人民法院提出申请，由人民法院决定是否准许。经当事人双方同意，可以采用视听传输技术等方式开庭。

**Article 259** Both sides may file an application with a people's court regarding the court session manner and the people's court shall decide whether to approve such court session manner. With the consents of both sides, the court session may be held by adopting audio and video transmission technologies and other means.

第二百六十条 已经按照普通程序审理的案件，在开庭后不得转为简易程序审理。

**Article 260** A case that has been tried under formal procedure may not be transferred into summary procedure after the court session begins.

第二百六十一条 适用简易程序审理案件，人民法院可以采取捎口信、电话、短信、传真、电子邮件等简便方式传唤双方当事人、通知证人和送达裁判文书以外的诉讼文书。

**Article 261** For a case to which summary procedure applies, a people's court may summons both sides, notify witnesses, and serve process excluding judgment in such simple manners as oral message, phone call, short message, fax, and e-mail.

以简便方式送达的开庭通知，未经当事人确认或者没有其他证据证明当事人已经收到的，人民法院不得缺席判决。
Where the receipt of a notice on court session served in simple manners is not confirmed by the parties or there is no evidence proving that the parties have received it, the people's court may not enter a default judgment.

适用简易程序审理案件，由审判员独任审判，书记员担任记录。
For a case to which summary procedure applies, the judge shall try it individually and the court clerk shall be responsible for taking notes.

第二百六十二条 人民法庭制作的判决书、裁定书、调解书，必须加盖基层人民法院印章，不得用人民法庭的印章代替基层人民法院的印章。

**Article 262** The judgments, rulings, and consent judgments issued by a people's court shall bear the seal of a basic people's court and the seal of a people's tribunal may not be used to substitute



the seal of a basic people's court.

第二百六十三条　适用简易程序审理案件，卷宗中应当具备以下材料：

**Article 263** For a case to which summary procedure applies, the case files shall contain the following:

（一）起诉状或者口头起诉笔录；

(1) a written complaint or transcript of a verbal complaint;

（二）答辩状或者口头答辩笔录；

(2) a written statement of defense or transcript of a verbal defense;

（三）当事人身份证明材料；

(3) identity certification documents of the parties;

（四）委托他人代理诉讼的授权委托书或者口头委托笔录；

(4) a power of attorney for authorizing other person to represent the party to the case or transcript of verbal authorization;

（五）证据；

(5) evidence;

（六）询问当事人笔录；

(6) transcripts of inquiries of the parties;

（七）审理（包括调解）笔录；

(7) transcripts of trial (including mediation);

（八）判决书、裁定书、调解书或者调解协议；

(8) a judgment, ruling, consent judgment, or mediation agreement;

（九）送达和宣判笔录；

(9) transcripts of service and pronouncement;

Saved on: 07/11/2026

（十）执行情况；

(10) execution information;

（十一）诉讼费收据；

(11) receipts of litigation expenses; and

（十二）适用民事诉讼法第一百六十二条规定审理的，有关程序适用的书面告知。

(12) a written notification of the relevant procedure where a case is tried in accordance with the provisions of Article 262 of the Civil Procedure Law.

第二百六十四条　当事人双方根据民事诉讼法第一百五十七条第二款规定约定适用简易程序的，应当在开庭前提出。口头提出的，记入笔录，由双方当事人签名或者捺印确认。

**Article 264** Where both sides agree on the application of summary procedure in accordance with the provisions of paragraph 2, Article 157 of the Civil Procedure Law, they shall put forward it before the court session begins. Where it is put forward verbally, it shall be recorded in transcripts and confirmed by the signatures or fingerprints of both sides.

本解释第二百五十七条规定的案件，当事人约定适用简易程序的，人民法院不予准许。

For cases as prescribed in Article 257 of this Interpretation, if the parties agree on the application of summary procedure to such cases, the people's court may not approve it.

第二百六十五条　原告口头起诉的，人民法院应当将当事人的姓名、性别、工作单位、住所、联系方式等基本信息，诉讼请求，事实及理由等准确记入笔录，由原告核对无误后签名或者捺印。对当事人提交的证据材料，应当出具收据。

**Article 265** Where a plaintiff institutes an action verbally, the people's court shall correctly record such basic information on the parties as name, gender, employer, domicile, and contact methods, claims, facts, and reasons in transcripts and upon verification, the plaintiff shall affix his, her or its signature or fingerprint. The people's court shall issue receipts for the evidentiary materials submitted by the parties to it.

第二百六十六条　适用简易程序案件的举证期限由人民法院确定，也可以由当事人协商一致并经人民法院准许，但不得超过十五日。被告要求书面答辩的，人民法院可在征得其同意的基础上，合理确定答辩期间。

**Article 266** The time limit for producing evidence for a case to which summary procedure applies

[CLI Code]CLI.3.349767(EN)

shall be determined by a people's court or may be determined upon consultation and consensus of the parties and approval of the people's court, but it may not exceed 15 days. Where a defendant requires a written statement of defense, the people's court may, on the basis of gaining the consent of the defendant, properly determine the period of defense.

人民法院应当将举证期限和开庭日期告知双方当事人，并向当事人说明逾期举证以及拒不到庭的法律后果，由双方当事人在笔录和开庭传票的送达回证上签名或者捺印。
The people's court shall notify both sides of the time limit for producing evidence and the date of court session and explain to the parties the legal consequences of failure to produce evidence within the time limit for producing evidence and refusal to appear in court.

当事人双方均表示不需要举证期限、答辩期间的，人民法院可以立即开庭审理或者确定开庭日期。
Where both sides express that the time limit for producing evidence and the period of defense are unnecessary, the people's court shall immediately hold the court session or determine the date of court session.

第二百六十七条　适用简易程序审理案件，可以简便方式进行审理前的准备。
**Article 267** For a case to which summary procedure applies, pre-trial preparations may be made in simple manners.

第二百六十八条　对没有委托律师、基层法律服务工作者代理诉讼的当事人，人民法院在庭审过程中可以对回避、自认、举证证明责任等相关内容向其作必要的解释或者说明，并在庭审过程中适当提示当事人正确行使诉讼权利、履行诉讼义务。
**Article 268** For a party that does not retain a lawyer or legal service worker at the basic level to serve as the litigation representative, a people's court may, in the course of court session, give necessary explanation or description of the relevant content, including disqualification, confession, and burden of proof and appropriately remind the party of properly exercising the procedural rights and performing the procedural obligations.

第二百六十九条　当事人就案件适用简易程序提出异议，人民法院经审查，异议成立的，裁定转为普通程序；异议不成立的，口头告知当事人，并记入笔录。
**Article 269** Where a party raises an objection to the application of summary procedure in the trial of a case, if the objection is tenable upon examination by a people's court, the people's court shall

rule to transfer the case into formal procedure; or if the objection is untenable, the people's court shall verbally notify the party and record it in transcripts.

转为普通程序的，人民法院应当将合议庭组成人员及相关事项以书面形式通知双方当事人。

Where the case is transferred into formal procedure, the people's court shall notify both sides of the composition of the collegial bench of the people's court and corresponding matters in writing.

转为普通程序前，双方当事人已确认的事实，可以不再进行举证、质证。

Before the case is transferred into formal procedure, facts that have been confirmed by both sides may no longer be adduced or cross-examined.

第二百七十条 适用简易程序审理的案件，有下列情形之一的，人民法院在制作判决书、裁定书、调解书时，对认定事实或者裁判理由部分可以适当简化：

**Article 270** Where a case to which summary procedure applies falls under any of the following circumstances, when preparing a judgment, ruling, or consent judgment, the people's court may appropriately simplify the found facts or judgment's reasoning:

（一）当事人达成调解协议并需要制作民事调解书的；

(1) The parties reach a mediation agreement and it is necessary to prepare a civil consent judgment.

（二）一方当事人明确表示承认对方全部或者部分诉讼请求的；

(2) One party explicitly admits all or partial claims of the other party.

（三）涉及商业秘密、个人隐私的案件，当事人一方要求简化裁判文书中的相关内容，人民法院认为理由正当的；

(3) For a case involving trade secret or individual privacy, a party requires the simplification of the relevant content of the judgment and the people's court holds that the reasons for such simplification are justifiable.

（四）当事人双方同意简化的。

(4) Both sides agree to the simplification.

十二、简易程序中的小额诉讼

**XII**. Small Claims in Summary Procedure

[CLI Code]CLI.3.349767(EN)

第二百七十一条　人民法院审理小额诉讼案件，适用民事诉讼法第一百六十二条的规定，实行一审终审。

**Article 271** Where a people's court tries a small claims lawsuit, the adjudication of the people's court shall be final in accordance with the provisions of Article 162 of the Civil Procedure Law.

第二百七十二条　民事诉讼法第一百六十二条规定的各省、自治区、直辖市上年度就业人员年平均工资，是指已经公布的各省、自治区、直辖市上一年度就业人员年平均工资。在上一年度就业人员年平均工资公布前，以已经公布的最近年度就业人员年平均工资为准。

**Article 272** As mentioned in Article 162 of the Civil Procedure Law, "previous year's average annual wages of employees in a province, autonomous region or municipality directly under the Central Government" means the previous year's average annual wages of employees in a province, autonomous region or municipality directly under the Central Government that have been published. Before the previous year's average annual wages of employees are published, the most recent year's average annual wages of employees that have been published shall prevail.

第二百七十三条　海事法院可以审理海事、海商小额诉讼案件。案件标的额应当以实际受理案件的海事法院或者其派出法庭所在的省、自治区、直辖市上年度就业人员年平均工资百分之三十为限。

**Article 273** Maritime courts may try maritime and maritime commerce small claims lawsuits. The amount of the subject matter in a case shall be lower than 30% of the previous year's average annual wages of employees in the province, autonomous region or municipality directly under the Central Government where the maritime court that actually accepts the case or its dispatched tribunal is located.

第二百七十四条　下列金钱给付的案件，适用小额诉讼程序审理：

**Article 274** Small claims procedures shall apply to the trial of the following cases that involve pecuniary payment:

（一）买卖合同、借款合同、租赁合同纠纷；

(1) Cases of disputes over sales contracts, loan contracts or lease contracts.

（二）身份关系清楚，仅在给付的数额、时间、方式上存在争议的赡养费、抚育费、扶养费纠纷；

(2) Cases of disputes over alimony or payment for supporting the aging parents or children where the identity relationship is clear and there are disputes only over the amount, time and means of

payment.

（三）责任明确，仅在给付的数额、时间、方式上存在争议的交通事故损害赔偿和其他人身损害赔偿纠纷；

(3) Cases of disputes over the compensation for traffic accident damages and other personal injuries where responsibilities are clarified and there are disputes only over the amount, time and means of payment.

（四）供用水、电、气、热力合同纠纷；

(4) Cases of disputes over water, electricity, gas and heating power contracts.

（五）银行卡纠纷；

(5) Cases of bankcard disputes.

（六）劳动关系清楚，仅在劳动报酬、工伤医疗费、经济补偿金或者赔偿金给付数额、时间、方式上存在争议的劳动合同纠纷；

(6) Cases of disputes over labor contracts where the labor relationship is clear and there are disputes only over the amount, time and means of payment of labor remunerations, medical expenses for a work-related injury or economic indemnity or compensation.

（七）劳务关系清楚，仅在劳务报酬给付数额、时间、方式上存在争议的劳务合同纠纷；

(7) Cases of disputes over labor contracts where the labor relationship is clear and there are disputes only over the amount, time and means of payment of labor remunerations.

（八）物业、电信等服务合同纠纷；

(8) Cases of disputes over property, telecommunications or any other service contracts.

（九）其他金钱给付纠纷。

(9) Other cases of disputes over pecuniary payment.

第二百七十五条  下列案件，不适用小额诉讼程序审理：

**Article 275** Small claims procedures shall not apply to the trial of the following cases:

（一）人身关系、财产确权纠纷；

(1) Cases of disputes over personal relationship and property right confirmation.

（二）涉外民事纠纷；

(2) Cases of foreign-related civil disputes.

（三）知识产权纠纷；

(3) Cases of intellectual property disputes.

（四）需要评估、鉴定或者对诉前评估、鉴定结果有异议的纠纷；

(4) Cases of disputes under which evaluation and appraisal are required or any objection is raised to pre-action evaluation or appraisal results.

（五）其他不宜适用一审终审的纠纷。

(5) Other cases of disputes for which the adjudication of first instance is not appropriate to be final.

第二百七十六条　人民法院受理小额诉讼案件，应当向当事人告知该类案件的审判组织、一审终审、审理期限、诉讼费用交纳标准等相关事项。

**Article 276** When accepting a small claims lawsuit, a people's court shall notify the party of the trial organization, final judgment in the first instance, time limit of trial, payment standards for litigation costs and other relevant matters.

第二百七十七条　小额诉讼案件的举证期限由人民法院确定，也可以由当事人协商一致并经人民法院准许，但一般不超过七日。

**Article 277** The time limit for producing evidence in a small claims lawsuit may be either determined by a people's court or agreed on by the parties and approved by the people's court, which, however, generally not exceed seven days.

被告要求书面答辩的，人民法院可以在征得其同意的基础上合理确定答辩期间，但最长不得超过十五日。

Where the defendant requires for making a written statement of defense, a people's court may determine in a reasonable manner the defense period on the basis of obtaining the consent of the defendant, which shall not exceed 15 days at a minimum.

当事人到庭后表示不需要举证期限和答辩期间的，人民法院可立即开庭审理。

Where a party claims after appearing before the court that he does not need the time period for producing evidence or the defense period, the people's court may try the case in court session

[CLI Code]CLI.3.349767(EN)

immediately.

第二百七十八条　当事人对小额诉讼案件提出管辖异议的，人民法院应当作出裁定。裁定一经作出即生效。

**Article 278** Where a party raises any objection to the jurisdiction concerning a small claims lawsuit, the people's court shall make a ruling. The ruling shall take effect immediately after being made.

第二百七十九条　人民法院受理小额诉讼案件后，发现起诉不符合民事诉讼法第一百一十九条规定的起诉条件的，裁定驳回起诉。裁定一经作出即生效。

**Article 279** Where a people's court finds after accepting a small claims lawsuit that the filing of the lawsuit fails to meet the conditions for instituting an action as prescribed in Article 119 of the Civil Procedure Law, it shall rule to dismiss the lawsuit. The ruling shall take effect immediately after being made.

第二百八十条　因当事人申请增加或者变更诉讼请求、提出反诉、追加当事人等，致使案件不符合小额诉讼案件条件的，应当适用简易程序的其他规定审理。

**Article 280** Where a case fails to meet the conditions for a small claims lawsuit as the party applies for adding or changing claims, files a counterclaim or adds parties, among others, the case shall be tried under other provisions of summary procedure.

前款规定案件，应当适用普通程序审理的，裁定转为普通程序。
Where the case as prescribed in the preceding paragraph shall be tried under formal procedure, a ruling shall be made to try the case under formal procedure.

适用简易程序的其他规定或者普通程序审理前，双方当事人已确认的事实，可以不再进行举证、质证。
Before trying the case under other provisions of summary procedure or formal procedure, the facts ascertained by both parties may no longer be proved or cross-examined.

第二百八十一条　当事人对按照小额诉讼案件审理有异议的，应当在开庭前提出。人民法院经审查，异议成立的，适用简易程序的其他规定审理；异议不成立的，告知当事人，并记入笔录。

**Article 281** A party's objection to the trial of a case under the procedure for a small claims lawsuit shall be raised before the court hearing. If the objection is supported upon examination of the people's court, the case shall be tried under other provisions of summary procedure; or if the objection is not supported, the people's court shall notify the party and include it in the transcripts.

第二百八十二条　小额诉讼案件的裁判文书可以简化，主要记载当事人基本信息、诉讼请求、裁判主文等内容。

**Article 282** A judgment document of a small claims lawsuit may be simplified by primarily recording the basic information of the parties, claims, the main text of the judgment and other contents.

第二百八十三条　人民法院审理小额诉讼案件，本解释没有规定的，适用简易程序的其他规定。

**Article 283** Where these Interpretation is silent, a people's court shall try a small claims lawsuit under other provisions of summary procedure.

十三、公益诉讼

**XIII**. Public Interest Actions

第二百八十四条　环境保护法、消费者权益保护法等法律规定的机关和有关组织对污染环境、侵害众多消费者合法权益等损害社会公共利益的行为，根据民事诉讼法第五十五条规定提起公益诉讼，符合下列条件的，人民法院应当受理：

**Article 284**Where an organ or relevant organization as prescribed by the Environmental Protection Law, the Law of the People's Republic of China on the Protection of Consumer Rights and Interests or any other law initiates a public interest action for any conduct that pollutes environment, infringes upon the legitimate rights and interests of vast consumers or otherwise damages public interests in accordance with the provisions of Article 55 of the Civil Procedure Law, if the action meets the following conditions, the people's court shall accept such action:

（一）有明确的被告；

(1) There is a clear defendant.

（二）有具体的诉讼请求；

(2) There are specific claims.

（三）有社会公共利益受到损害的初步证据；

(3) There is preliminary evidence that public interests have been damaged.

[CLI Code]CLI.3.349767(EN)

（四）属于人民法院受理民事诉讼的范围和受诉人民法院管辖。

(4) The case is within the scope of civil actions accepted by the people's courts and under the jurisdiction of the people's court with which the action is initiated.

第二百八十五条　公益诉讼案件由侵权行为地或者被告住所地中级人民法院管辖，但法律、司法解释另有规定的除外。

**Article 285** A public interest action shall be under the jurisdiction of the intermediate people's court at the place where the tort occurs or at the place of domicile of the defendant, except as otherwise provided by laws and judicial interpretations.

因污染海洋环境提起的公益诉讼，由污染发生地、损害结果地或者采取预防污染措施地海事法院管辖。

A public interest action initiated for marine environment pollution shall be under the jurisdiction of the maritime court at the place where pollution occurs, where injury result occurs or where pollution prevention measures are taken.

对同一侵权行为分别向两个以上人民法院提起公益诉讼的，由最先立案的人民法院管辖，必要时由它们的共同上级人民法院指定管辖。

Where a public interest action is instituted respectively with two or more people's courts for the same tort, the people's court that files the case first shall have jurisdiction over the action, and, where necessary, their common people's court at a higher level shall designate the jurisdiction.

第二百八十六条　人民法院受理公益诉讼案件后，应当在十日内书面告知相关行政主管部门。

**Article 286** A people's court shall, after accepting a public interest action, inform the relevant competent administrative department in writing within ten days.

第二百八十七条　人民法院受理公益诉讼案件后，依法可以提起诉讼的其他机关和有关组织，可以在开庭前向人民法院申请参加诉讼。人民法院准许参加诉讼的，列为共同原告。

**Article 287** After a people's court accepts a public interest action, any other organ or relevant organization that is eligible for initiating an action in accordance with the law may apply to the people's court for participating in the action before the court session. Where the people's court allows the organ or organization to participate in the action, such organ or organization may be listed as a co-plaintiff.

第二百八十八条　人民法院受理公益诉讼案件，不影响同一侵权行为的受害人根据民事诉讼法第一百一十九条规定提起诉讼。

**Article 288** The acceptance of a public interest action by a people's court does not affect the initiation of an action by a victim of the same tort in accordance with the provisions of Article 119 of the Civil Procedure Law.

第二百八十九条　对公益诉讼案件，当事人可以和解，人民法院可以调解。

**Article 289** In a public interest action, the parties may reach a settlement, and the people's court may conduct mediation.

当事人达成和解或者调解协议后，人民法院应当将和解或者调解协议进行公告。公告期间不得少于三十日。
After the parties reach a settlement or a mediation agreement, the people's court shall make an announcement of the settlement or mediation agreement for a period of not less than 30 days.

公告期满后，人民法院经审查，和解或者调解协议不违反社会公共利益的，应当出具调解书；和解或者调解协议违反社会公共利益的，不予出具调解书，继续对案件进行审理并依法作出裁判。
After the announcement period expires, a people's court shall issue a consent judgment if it finds upon review that the settlement or mediation agreement does not violate the public interests, or refuse to issue a mediation agreement and continue to try the case and make a ruling in accordance with the law if the settlement or consent judgment violates public interests.

第二百九十条　公益诉讼案件的原告在法庭辩论终结后申请撤诉的，人民法院不予准许。

**Article 290** Where the plaintiff of a public interest action applies for withdrawing an action after the end of a court debate, the people's court shall not grant such application.

第二百九十一条　公益诉讼案件的裁判发生法律效力后，其他依法具有原告资格的机关和有关组织就同一侵权行为另行提起公益诉讼的，人民法院裁定不予受理，但法律、司法解释另有规定的除外。

**Article 291** Where, after the judgment in a public interest action takes legal effect, any organ or relevant organization qualified as a plaintiff initiates a public interest action for the same tort, the people's court shall make a rule of not accepting such action, except as otherwise provided by laws and judicial interpretations.

十四、第三人撤销之诉

[CLI Code]CLI.3.349767(EN)

## XIV. Third-Party Revocation Actions

第二百九十二条 第三人对已经发生法律效力的判决、裁定、调解书提起撤销之诉的，应当自知道或者应当知道其民事权益受到损害之日起六个月内，向作出生效判决、裁定、调解书的人民法院提出，并应当提供存在下列情形的证据材料：

**Article 292** Where a third party files a revocation lawsuit against an effective judgment, ruling, or consent judgment of a people's court, it shall, within six months from the date when the third party knows or should have known that the third party's civil rights and interests have been damaged, institute an action in the people's court that rendered the effective judgment, ruling or consent judgment, and provide the evidentiary materials proving the existence of any of the following circumstances:

（一）因不能归责于本人的事由未参加诉讼；

(1) The third party fails to participate in an action for any reason that cannot be attributable to the third party's fault.

（二）发生法律效力的判决、裁定、调解书的全部或者部分内容错误；

(2) The legally effective judgment, ruling or consent judgment is entirely or partially erroneous.

（三）发生法律效力的判决、裁定、调解书内容错误损害其民事权益。

(3) The errors in the contents of the legally effective judgment, ruling or consent judgment cause damage to the third party's civil rights and interests.

第二百九十三条 人民法院应当在收到起诉状和证据材料之日起五日内送交对方当事人，对方当事人可以自收到起诉状之日起十日内提出书面意见。

**Article 293** A people's court shall, within five days of receipt of the written complaint and evidentiary materials, deliver them to the other parties, and the other parties may put forward written opinions within ten days of receipt of the written complaint.

人民法院应当对第三人提交的起诉状、证据材料以及对方当事人的书面意见进行审查。必要时，可以询问双方当事人。

The people's court shall examine the written complaint and evidentiary materials submitted by the third party and the written opinions of the other parties, and, where necessary, may interview both

sides.

经审查，符合起诉条件的，人民法院应当在收到起诉状之日起三十日内立案。不符合起诉条件的，应当在收到起诉状之日起三十日内裁定不予受理。

Where, upon examination, a case meets the conditions for instituting an action, the people's court shall file the case within 30 days of receipt of the written complaint; or the people's court shall issue a ruling within 30 days to refuse to accept a case that fails to meet the conditions for instituting an action.

第二百九十四条　人民法院对第三人撤销之诉案件，应当组成合议庭开庭审理。

**Article 294** A people's court shall form a collegial bench to try a case of third-party revocation action.

第二百九十五条　民事诉讼法第五十六条第三款规定的因不能归责于本人的事由未参加诉讼，是指没有被列为生效判决、裁定、调解书当事人，且无过错或者无明显过错的情形。包括：

**Article 295** As mentioned in paragraph 3, Article 56 of the Civil Procedure Law, "failure to participate in an action for any reason that is not attributable to the third party's fault" means the circumstances under which a third party is not listed as a party to an effective judgment, ruling or consent judgment, and is not at fault or not obviously at fault, including:

（一）不知道诉讼而未参加的；

(1) The third party fails to participate in the action because he or it does not know the action.

（二）申请参加未获准许的；

(2) The third party applies for participating in the action but fails to get the approval.

（三）知道诉讼，但因客观原因无法参加的；

(3) The third party knows the action, but cannot participate in the action for any objective reason.

（四）因其他不能归责于本人的事由未参加诉讼的。

(4) The third party fails to participate in the lawsuit for any reason that is not attributable to the third party's fault.

第二百九十六条　民事诉讼法第五十六条第三款规定的判决、裁定、调解书的部分或者全部内容，是指判决、

裁定的主文，调解书中处理当事人民事权利义务的结果。

**Article 296** As mentioned in paragraph 3, Article 56 of the Civil Procedure Law, "judgment, ruling or consent judgment is entirely or partially erroneous" means the adjudication part of a judgment or ruling or the results of disposition of the parties' civil rights and obligations in a consent judgment.

第二百九十七条　对下列情形提起第三人撤销之诉的，人民法院不予受理：

**Article 297** A people's court shall not accept a third-party revocation action that is filed under any of the following circumstances:

（一）适用特别程序、督促程序、公示催告程序、破产程序等非讼程序处理的案件；

(1) The action shall be handled under special procedures, prompting procedures, procedure for Announcement to Urge Declaration of Claims, bankruptcy procedures, or other non-contentious procedures.

（二）婚姻无效、撤销或者解除婚姻关系等判决、裁定、调解书中涉及身份关系的内容；

(2) The action is initiated against the contents involving identity relationship in the judgment, ruling or consent judgment that invalidates a marriage or revokes or dissolves a marital relationship, among others.

（三）民事诉讼法第五十四条规定的未参加登记的权利人对代表人诉讼案件的生效裁判；

(3) The action is initiated against the effective judgment in the litigation case of unregistered right holder v. representative as prescribed in Article 54 of the Civil Procedure Law.

（四）民事诉讼法第五十五条规定的损害社会公共利益行为的受害人对公益诉讼案件的生效裁判。

(4) The action is initiated against the effective judgment of any public interest action initiated by victims of any conduct that damages public interests as prescribed in Article 55 of the Civil Procedure Law.

第二百九十八条　第三人提起撤销之诉，人民法院应当将该第三人列为原告，生效判决、裁定、调解书的当事人列为被告，但生效判决、裁定、调解书中没有承担责任的无独立请求权的第三人列为第三人。

**Article 298** Where a third party files a revocation action, the people's court shall list the third party as the plaintiff, and the parties to the effective judgment, ruling and consent judgment shall be listed as defendants, but a third party without an independent right of claim that does not

[CLI Code]CLI.3.349767(EN)

undertake obligations in the effective judgment, ruling and consent judgment shall be listed as the third party.

第二百九十九条　受理第三人撤销之诉案件后，原告提供相应担保，请求中止执行的，人民法院可以准许。

**Article 299** After accepting a third-party revocation action, the people's court may approve the plaintiff's request for terminating execution by providing the corresponding guarantee.

第三百条　对第三人撤销或者部分撤销发生法律效力的判决、裁定、调解书内容的请求，人民法院经审理，按下列情形分别处理：

**Article 300** Upon trial, a people's court shall handle a third party's claim for entirely or partially revoking any content of an effective judgment, ruling or consent judgment respectively according to the following circumstances:

（一）请求成立且确认其民事权利的主张全部或部分成立的，改变原判决、裁定、调解书内容的错误部分；

(1) Where the third party's claim is supported, and the claim for confirming his or its civil rights is entirely or partially supported, the erroneous part in the original judgment, ruling or consent judgment shall be altered.

（二）请求成立，但确认其全部或部分民事权利的主张不成立，或者未提出确认其民事权利请求的，撤销原判决、裁定、调解书内容的错误部分；

(2) Where the third party's claim is supported, but the claim for confirming its entire or partial civil rights is not supported, or the third party does not file a claim for confirming his or its civil rights, the erroneous part in the original judgment, ruling or consent judgment shall be revoked.

（三）请求不成立的，驳回诉讼请求。

(3) Where the third party's claim is not supported, the claim shall be dismissed.

对前款规定裁判不服的，当事人可以上诉。

The party that refuses to accept the ruling as prescribed in the preceding paragraph may make an appeal.

原判决、裁定、调解书的内容未改变或者未撤销的部分继续有效。

The contents not changed or not revoked in the original judgment, ruling or consent judgment shall remain in force.

第三百零一条　第三人撤销之诉案件审理期间，人民法院对生效判决、裁定、调解书裁定再审的，受理第三人撤销之诉的人民法院应当裁定将第三人的诉讼请求并入再审程序。但有证据证明原审当事人之间恶意串通损害第三人合法权益的，人民法院应当先行审理第三人撤销之诉案件，裁定中止再审诉讼。

**Article 301** Where, during the trial of a third-party revocation action, the people's court makes a ruling on the retrial of an effective judgment, ruling or consent judgment, the people's court that accepts the third-party revocation action shall make a ruling on incorporating the third party's claims into the retrial procedures. However, where there is evidence proving that the parties in an original trial maliciously collude with each other, which has damaged the legitimate rights and interests of the third party, the people's court shall first try the third-party's revocation action, and make a ruling on suspension of the retrial action.

第三百零二条　第三人诉讼请求并入再审程序审理的，按照下列情形分别处理：

**Article 302** A third-party's claims that are incorporated into the retrial procedures shall be handled respectively according to the following circumstances:

（一）按照第一审程序审理的，人民法院应当对第三人的诉讼请求一并审理，所作的判决可以上诉；
(1) Where the case is tried under the procedure at first instance, the people's court shall try the third party's claims concurrently, and the parties may appeal against the ruling made.

（二）按照第二审程序审理的，人民法院可以调解，调解达不成协议的，应当裁定撤销原判决、裁定、调解书，发回一审法院重审，重审时应当列明第三人。
(2) Where the case is tried under the procedure at second instance, the people's court may conduct mediation. If no agreement can be reached through mediation, the people's court shall make a ruling on revoking the original judgment, ruling or consent judgment, and remand this case to the court of the first instance for retrial. The third party shall be listed during the retrial.

第三百零三条　第三人提起撤销之诉后，未中止生效判决、裁定、调解书执行的，执行法院对第三人依照民事诉讼法第二百二十七条规定提出的执行异议，应予审查。第三人不服驳回执行异议裁定，申请对原判决、裁定、调解书再审的，人民法院不予受理。

**Article 303** Where, after a third party initiates a revocation action, the execution of the effective original judgment, ruling or consent judgment fails to be suspended, the execution court shall examine the execution objection raised by the third party in accordance with the provisions of

Article 227 of the Civil Procedure Law. Where the third party refuses to accept the ruling on rejection of execution objection, and files a retrial petition for trial of the original judgment, ruling or consent judgment, the people's court shall not accept such petition.

案外人对人民法院驳回其执行异议裁定不服，认为原判决、裁定、调解书内容错误损害其合法权益的，应当根据民事诉讼法第二百二十七条规定申请再审，提起第三人撤销之诉的，人民法院不予受理。

Where any party not involved in this case refuses to accept the people's court's ruling on rejection of its execution objection, considering that the original judgment, ruling or consent judgment damage has damaged his or its legitimate rights and interests, he or it shall file a retrial petition in accordance with the provisions of Article 127 of the Civil Procedure Law. Where a third-party revocation action is initiated, the people's court shall not accept such action.

<div align="center">十五、执行异议之诉</div>

## XV. Execution Objection Actions

第三百零四条　根据民事诉讼法第二百二十七条规定，案外人、当事人对执行异议裁定不服，自裁定送达之日起十五日内向人民法院提起执行异议之诉的，由执行法院管辖。

**Article 304** Where, in accordance with the provisions of Article 227 of the Civil Procedure Law, a nonparty or a party to this case refuses to accept a ruling on rejection of execution objection, he or it may file an execution objection action with the people's court within 15 days after the aforesaid ruling regarding objection is served, and the execution court shall have the jurisdiction.

第三百零五条　案外人提起执行异议之诉，除符合民事诉讼法第一百一十九条规定外，还应当具备下列条件：

**Article 305** The initiation of an execution objection action by a nonparty shall, in addition to complying with the provisions of Article 119 of the Civil Procedure Law, meet the following conditions:

（一）案外人的执行异议申请已经被人民法院裁定驳回；

(1) The people's court has rendered a ruling to dismiss the petition for execution objection filed by the nonparty.

（二）有明确的排除对执行标的执行的诉讼请求，且诉讼请求与原判决、裁定无关；

(2) There are explicit claims for preventing the execution of the subject matter of execution, and

such claims have nothing to do with the original judgment or ruling.

（三）自执行异议裁定送达之日起十五日内提起。

(3) The execution objection action is initiated within 15 days after the execution objection ruling is served.

人民法院应当在收到起诉状之日起十五日内决定是否立案。

The people's court shall decide whether to file the case within 15 days from the date of receipt of the written complaint.

**第三百零六条**　申请执行人提起执行异议之诉，除符合民事诉讼法第一百一十九条规定外，还应当具备下列条件：

**Article 306** The initiation of an execution objection action by an execution applicant shall, in addition to complying with the provisions of Article 119 of the Civil Procedure Law, meet the following conditions:

（一）依案外人执行异议申请，人民法院裁定中止执行；

(1) The people's court makes a ruling on suspension of execution on the basis of the application for execution objection filed by the nonparty.

（二）有明确的对执行标的继续执行的诉讼请求，且诉讼请求与原判决、裁定无关；

(2) There are explicit claims for continuing the execution of the subject matter of execution, and such claims have nothing to do with the original judgment or ruling.

（三）自执行异议裁定送达之日起十五日内提起。

(3) The execution objection action is initiated within 15 days after the execution objection ruling is served.

人民法院应当在收到起诉状之日起十五日内决定是否立案。

The people's court shall decide whether to file the case within 15 days from the date of receipt of the written complaint.

**第三百零七条**　案外人提起执行异议之诉的，以申请执行人为被告。被执行人反对案外人异议的，被执行人为共同被告；被执行人不反对案外人异议的，可以列被执行人为第三人。

[CLI Code]CLI.3.349767(EN)

**Article 307** Where a nonparty institutes an execution objection action, the execution applicant shall be the defendant. If the judgment debtor opposes the objection of the nonparty, the judgment debtor shall be a codefendant; or if the judgment debtor does not oppose the objection of the nonparty, the judgment debtor may be listed as a third party.

第三百零八条　申请执行人提起执行异议之诉的，以案外人为被告。被执行人反对申请执行人主张的，以案外人和被执行人为共同被告；被执行人不反对申请执行人主张的，可以列被执行人为第三人。

**Article 308** Where an execution applicant initiates an execution objection action, the nonparty shall be the defendant. Where the judgment debtor opposes the claim of the execution applicant, the nonparty and the judgment debtor shall be the codefendants. Where the judgment debtor does not oppose the claim of the execution applicant, the judgment debtor may be listed as a third party.

第三百零九条　申请执行人对中止执行裁定未提起执行异议之诉，被执行人提起执行异议之诉的，人民法院告知其另行起诉。

**Article 309** Where an execution applicant does not file an execution objection action against a ruling on suspension of execution, and the judgment debtor initiates an execution objection action, the people's court shall notify the judgment debtor to institute a separate action.

第三百一十条　人民法院审理执行异议之诉案件，适用普通程序。

**Article 310** A people's court shall try an execution objection case under formal procedure.

第三百一十一条　案外人或者申请执行人提起执行异议之诉的，案外人应当就其对执行标的享有足以排除强制执行的民事权益承担举证证明责任。

**Article 311** Where a nonparty or an execution applicant initiates an execution objection action, the nonparty shall bear the burden of proof on its civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement.

第三百一十二条　对案外人提起的执行异议之诉，人民法院经审理，按照下列情形分别处理：

**Article 312** For execution objection actions filed by parties not involved in cases, a people's court shall, upon trial, handle them respectively according to the following circumstances:

（一）案外人就执行标的享有足以排除强制执行的民事权益的，判决不得执行该执行标的；

(1) Where a nonparty has civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement, the people's court shall make a ruling that this subject matter should not be enforced.

（二）案外人就执行标的不享有足以排除强制执行的民事权益的，判决驳回诉讼请求。

(2) Where a nonparty does not have civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement, the people's court shall make a ruling on dismissing the claims.

案外人同时提出确认其权利的诉讼请求的，人民法院可以在判决中一并作出裁判。

Where a nonparty also files the claims for confirming his or its rights, the people's court may adjudicate concurrently in the judgment.

第三百一十三条　对申请执行人提起的执行异议之诉，人民法院经审理，按照下列情形分别处理：

**Article 313** For execution objection actions filed by execution applicants, a people's court shall, upon trial, handle them respectively according to the following circumstances:

（一）案外人就执行标的不享有足以排除强制执行的民事权益的，判决准许执行该执行标的；

(1) Where a nonparty does not have civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement, the people's court shall make a ruling on approving the execution of this subject matter of execution.

（二）案外人就执行标的享有足以排除强制执行的民事权益的，判决驳回诉讼请求。

(2) Where a nonparty has civil rights and interests in the subject matter of execution which are sufficient to prevent enforcement, the people's court shall make a ruling on dismissing the claims.

第三百一十四条　对案外人执行异议之诉，人民法院判决不得对执行标的执行的，执行异议裁定失效。

**Article 314** Where, for an execution objection action initiated by a nonparty, the people's court makes a ruling that the subject matter of execution shall not be enforced, the execution objection ruling shall be invalidated.

对申请执行人执行异议之诉，人民法院判决准许对该执行标的执行的，执行异议裁定失效，执行法院可以根据申请执行人的申请或者依职权恢复执行。

Where, for an execution objection action initiated by an execution applicant, the people's court makes a ruling on approving the execution of the subject matter of execution, the execution objection ruling shall be invalidated, and the execution court may resume execution upon application of an execution applicant or its powers.

第三百一十五条　案外人执行异议之诉审理期间，人民法院不得对执行标的进行处分。申请执行人请求人民法院继续执行并提供相应担保的，人民法院可以准许。

**Article 315** During the trial of the execution objection action initiated by a nonparty, the people's court shall not dispose of the subject matter of execution. Where the execution applicant requests the people's court to continue the execution and provides the corresponding guarantees, the people's court may approve the request.

被执行人与案外人恶意串通，通过执行异议、执行异议之诉妨害执行的，人民法院应当依照民事诉讼法第一百一十三条规定处理。申请执行人因此受到损害的，可以提起诉讼要求被执行人、案外人赔偿。

Where the judgment debtor maliciously colludes with the nonparty to impede execution by raising execution objection or initiating an execution objection action, the people's court shall dispose of them in accordance with the provisions of Article 113 of the Civil Procedure Law provisions. Where the execution applicant suffers damage thereby, he or it may institute an action to claim compensation from the judgment debtor and the nonparty.

第三百一十六条　人民法院对执行标的裁定中止执行后，申请执行人在法律规定的期间内未提起执行异议之诉的，人民法院应当自起诉期限届满之日起七日内解除对该执行标的采取的执行措施。

**Article 316** After a people's court issues a ruling on suspension of execution of the subject matter of execution, if the execution applicant fails to initiate an execution objection action within the time limit as prescribed in laws, the people's court shall rescind the execution measures taken for this subject matter of execution within seven days upon expiry of the time limit for filing a lawsuit.

十六、第二审程序

**XVI**. Procedure at Second Instance

第三百一十七条　双方当事人和第三人都提起上诉的，均列为上诉人。人民法院可以依职权确定第二审程序中当事人的诉讼地位。

**Article 317** If both parties and the third party have filed their own appeals, all of them shall be

appellants. A people's court may determine the litigation status of the parties in the procedure at second instance according to their functions and powers.

第三百一十八条　民事诉讼法第一百六十六条、第一百六十七条规定的对方当事人包括被上诉人和原审其他当事人。

**Article 318** The "other parties" as prescribed in Article 166 and Article 167 of the Civil Procedure Law include appellees and other parties to the original trial.

第三百一十九条　必要共同诉讼人的一人或者部分人提起上诉的，按下列情形分别处理：

**Article 319** If one or some persons of one party in a necessary joint action file an appeal, the people's court shall handle it as follows:

（一）上诉仅对与对方当事人之间权利义务分担有意见，不涉及其他共同诉讼人利益的，对方当事人为被上诉人，未上诉的同一方当事人依原审诉讼地位列明；

(1) If the appeal is filed only due to an objection to the distribution of rights and obligations with the other parties and the interests of any other co-litigants are not involved, the people's court shall take the other parties as the appellees, and list the parties on the same side which do not appeal according to their litigation status in the original trial.

（二）上诉仅对共同诉讼人之间权利义务分担有意见，不涉及对方当事人利益的，未上诉的同一方当事人为被上诉人，对方当事人依原审诉讼地位列明；

(2) If the appeal is filed only due to an objection to the distribution of rights and obligations among the co-litigants, and the interests of the other parties are not involved, the people's court shall take the co-litigants on the same side which do not appeal as the appellees, and list the other parties according to their litigation status in the original trial.

（三）上诉对双方当事人之间以及共同诉讼人之间权利义务承担有意见的，未提起上诉的其他当事人均为被上诉人。

(3) If the appeal is filed due to an objection to the distribution of rights and obligations between both sides and among the co-litigants, the other parties that do not appeal shall be the appellees.

第三百二十条　一审宣判时或者判决书、裁定书送达时，当事人口头表示上诉的，人民法院应告知其必须在法定上诉期间内递交上诉状。未在法定上诉期间内递交上诉状的，视为未提起上诉。虽递交上诉状，但未在指定的期限内交纳上诉费的，按自动撤回上诉处理。

**Article 320**If a party files an oral appeal when the first-instance judgment is pronounced or the written judgment or ruling is served, the people's court shall notify the party that he or it shall submit a written appeal within the statutory time limit for appeal. If the party fails to do so, the people's court shall deem that the party has not filed any appeal. Where the party fails to pay appeal fees within a designated time limit though he or it submits a written appeal, the people's court shall deem that the party has automatically withdrawn the appeal.

第三百二十一条　无民事行为能力人、限制民事行为能力人的法定代理人，可以代理当事人提起上诉。

**Article 321** The statutory representative of a person without civil competency or with limited civil competency may file an appeal on behalf of that person.

第三百二十二条　上诉案件的当事人死亡或者终止的，人民法院依法通知其权利义务承继者参加诉讼。

**Article 322** Where a party that appeals dies or terminates, the people's court shall notify in accordance with the law the successor of his or its rights and obligators to participate in the action.

需要终结诉讼的，适用民事诉讼法第一百五十一条规定。

Where an action needs to be terminated, the provisions of Article 151 of the Civil Procedure Law shall apply.

第三百二十三条　第二审人民法院应当围绕当事人的上诉请求进行审理。

**Article 323** The people's court of second instance shall try a case around the party's claims in appeal.

当事人没有提出请求的，不予审理，但一审判决违反法律禁止性规定，或者损害国家利益、社会公共利益、他人合法权益的除外。

Where a party does not file claims, the people's court shall not try the case, unless the first-instance judgment violates prohibitive provisions in laws or damages the interests of the state, public interests, or the legitimate rights and interests of other persons.

第三百二十四条　开庭审理的上诉案件，第二审人民法院可以依照民事诉讼法第一百三十三条第四项规定进行审理前的准备。

**Article 324** For a case tried in a court session, people's court of second instance may make pretrial preparations in accordance with the provisions of subparagraph (4), Article133 of the Civil

[CLI Code]CLI.3.349767(EN)

Procedure Law.

第三百二十五条　下列情形，可以认定为民事诉讼法第一百七十条第一款第四项规定的严重违反法定程序：

**Article 325** Any of the following circumstances may be determined as a severe violation of legal procedures as prescribed in paragraph 1(4), Article 170 of the Civil Procedure Law:

（一）审判组织的组成不合法的；

(1) The composition of a trial organization is illegal.

（二）应当回避的审判人员未回避的；

(2) Any judge who shall be disqualified in accordance with law fails to be disqualified.

（三）无诉讼行为能力人未经法定代理人代为诉讼的；

(3) The statutory representative of a person without competency to participate in the action fails to participate in the action on behalf of the person.

（四）违法剥夺当事人辩论权利的。

(4) A party's right to debate is illegally denied.

第三百二十六条　对当事人在第一审程序中已经提出的诉讼请求，原审人民法院未作审理、判决的，第二审人民法院可以根据当事人自愿的原则进行调解；调解不成的，发回重审。

**Article 326** For the claims filed by a party in the procedure at first instance, if the people's court of original instance fails to try the case and render a judgment thereon, the people's court of second instance may conduct mediation on the principle of free will of the parties; or if mediation fails, the case shall be remanded for retrial.

第三百二十七条　必须参加诉讼的当事人或者有独立请求权的第三人，在第一审程序中未参加诉讼，第二审人民法院可以根据当事人自愿的原则予以调解；调解不成的，发回重审。

**Article 327** If a party that is required to participate in an action or a third party with an independent right of claim fails to participate in the action in the procedure at first instance, the people's court of second instance may conduct mediation on the principle of free will of the parties; or if mediation fails, the case shall be remanded for retrial.

第三百二十八条 在第二审程序中，原审原告增加独立的诉讼请求或者原审被告提出反诉的，第二审人民法院可以根据当事人自愿的原则就新增加的诉讼请求或者反诉进行调解；调解不成的，告知当事人另行起诉。

**Article 328** In the procedure at second instance, if the plaintiff in original trial adds any independent claims or the defendant in original trial files a counterclaim, the people's court of second instance may conduct mediation regarding the newly added claims or counterclaim on the principle of free will of the parties; or if mediation fails, the people's court shall notify the party to file a new lawsuit.

双方当事人同意由第二审人民法院一并审理的，第二审人民法院可以一并裁判。

If both parties agree with the trial of the case by the people's court of second instance concurrently, the people's court of second instance may render a judgment concurrently.

第三百二十九条 一审判决不准离婚的案件，上诉后，第二审人民法院认为应当判决离婚的，可以根据当事人自愿的原则，与子女抚养、财产问题一并调解；调解不成的，发回重审。

**Article 329** For a case for which the judgment of first instance disapproves the divorce, if, after the appeal, the people's court of second instance holds that a judgment on approval of divorce shall be rendered, it may, on the principle of free will of the parties, conduct mediation together with the issues of child upbringing and property; or if mediation fails, the case shall be remanded for retrial.

双方当事人同意由第二审人民法院一并审理的，第二审人民法院可以一并裁判。

If both parties agree with the trial of the case by the people's court of second instance concurrently, the people's court of second instance may render a judgment concurrently.

第三百三十条 人民法院依照第二审程序审理案件，认为依法不应由人民法院受理的，可以由第二审人民法院直接裁定撤销原裁判，驳回起诉。

**Article 330** For a case tried by the people's court under the procedure at second instance, if the people's court holds that the case shall not be accepted by the people's court in accordance with the law, the people's court of second instance may directly rule to cancel the original judgment and dismiss the action.

第三百三十一条 人民法院依照第二审程序审理案件，认为第一审人民法院受理案件违反专属管辖规定的，应当裁定撤销原裁判并移送有管辖权的人民法院。

**Article 331** For a case tried by the people's court under the procedure at second instance, if the

[CLI Code]CLI.3.349767(EN)

people's court holds that the case accepted by the people's court of first instance violates the provisions on exclusive jurisdiction, the people's court shall render a ruling to revoke the original judgment and transfer the case to the people's court having jurisdiction.

第三百三十二条　第二审人民法院查明第一审人民法院作出的不予受理裁定有错误的，应当在撤销原裁定的同时，指令第一审人民法院立案受理；查明第一审人民法院作出的驳回起诉裁定有错误的，应当在撤销原裁定的同时，指令第一审人民法院审理。

**Article 332** If the people's court of second instance ascertains that there is any error in the ruling of rejection rendered by the people's court of first instance, it shall, when revoking the original ruling, order the people's court of first instance to put the case on file and accept it; and if the people's court of second instance finds that there is any error in the ruling of dismissal rendered by the people's court of first instance, it shall, when canceling the original ruling, order the people's court of first instance to try the case.

第三百三十三条　第二审人民法院对下列上诉案件，依照民事诉讼法第一百六十九条规定可以不开庭审理：

**Article 333** The people's court of second instance may not try the following appeal cases in court sessions in accordance with the provisions of Article 169 of the Civil Procedure Law:

（一）不服不予受理、管辖权异议和驳回起诉裁定的；

(1) Cases in which the rulings rendered for the rejection of action, the challenge to the jurisdiction or the dismissal of action are refused to be accepted.

（二）当事人提出的上诉请求明显不能成立的；

(2) Cases in which the appeal claims filed by the parties obviously cannot be supported.

（三）原判决、裁定认定事实清楚，但适用法律错误的；

(3) Cases in which the facts are clearly ascertained but the application of law is erroneous in the judgment or ruling of original instance.

（四）原判决严重违反法定程序，需要发回重审的。

(4) Cases that need to be remanded for retrial because the original adjudications severely violate legal procedures.

第三百三十四条　原判决、裁定认定事实或者适用法律虽有瑕疵，但裁判结果正确的，第二审人民法院可以在

判决、裁定中纠正瑕疵后，依照民事诉讼法第一百七十条第一款第一项规定予以维持。

**Article 334** Where the results of the original judgment or ruling are correct though the facts ascertained by the original judgment or ruling or the application of law are flawed, the people's court of second instance may, after correcting the flaws in the judgment or ruling, maintain the original judgment or ruling in accordance with the provisions of paragraph 1(1) of Article 170 of the Civil Procedure Law.

第三百三十五条　民事诉讼法第一百七十条第一款第三项规定的基本事实，是指用以确定当事人主体资格、案件性质、民事权利义务等对原判决、裁定的结果有实质性影响的事实。

**Article 335** As mentioned in paragraph 1(3), Article 170 of the Civil Procedure Law, "basic facts" means the facts used to determine the competence of a party, the nature of a case, or civil rights and obligations, which have a substantial impact on the original judgment or ruling.

第三百三十六条　在第二审程序中，作为当事人的法人或者其他组织分立的，人民法院可以直接将分立后的法人或者其他组织列为共同诉讼人；合并的，将合并后的法人或者其他组织列为当事人。

**Article 336** If, in the procedure at second instance, the legal person or other organization as the party is split off, the people's court may directly take the legal persons or other organizations after the split-off as the co-litigants; in the case of merger, the people's court may take the legal person or other organization after merger as the party.

第三百三十七条　在第二审程序中，当事人申请撤回上诉，人民法院经审查认为一审判决确有错误，或者当事人之间恶意串通损害国家利益、社会公共利益、他人合法权益的，不应准许。

**Article 337** If, in the procedure at second instance, a party applies for withdrawal of an appeal, and the people's court holds upon review that there are truly errors in the judgment of first instance, or the parties maliciously collude with each other to damage the interests of the state, public interests or the legitimate rights of others, the people's court shall not approve the withdrawal.

第三百三十八条　在第二审程序中，原审原告申请撤回起诉，经其他当事人同意，且不损害国家利益、社会公共利益、他人合法权益的，人民法院可以准许。准许撤诉的，应当一并裁定撤销一审裁判。

**Article 338** If, in the procedure at second instance, the plaintiff in original trial applies for withdrawal of an action, the people's court may approve the application upon consent of other parties and when the interests of the state, public interests or the legitimate rights of others are not damaged. Where withdrawal of the action is approved, the people's court shall rule to

concurrently revoke the first-instance judgment.

原审原告在第二审程序中撤回起诉后重复起诉的，人民法院不予受理。
Where the plaintiff in original trial brings an action again after he or it withdraws the original action in the procedure at second instance, the people's court shall not accept such action.

第三百三十九条　当事人在第二审程序中达成和解协议的，人民法院可以根据当事人的请求，对双方达成的和解协议进行审查并制作调解书送达当事人；因和解而申请撤诉，经审查符合撤诉条件的，人民法院应予准许。
**Article 339** If the parties reach a mediation agreement in the procedure at second instance, the people's court may, upon request of the parties, review the mediation agreement reached by both parties and make a consent judgment and serve it on the parties; if an application for withdrawing an action is filed due to mediation, the people's court shall approve the withdrawal if the conditions for withdrawal of an action are met upon review.

第三百四十条　第二审人民法院宣告判决可以自行宣判，也可以委托原审人民法院或者当事人所在地人民法院代行宣判。
**Article 340** The people's court of second instance may pronounce a judgment on its own, or may entrust it to the people's court of original trial or the people's court at the domicile of the party.

第三百四十一条　人民法院审理对裁定的上诉案件，应当在第二审立案之日起三十日内作出终审裁定。有特殊情况需要延长审限的，由本院院长批准。
**Article 341** A people's court shall issue a final ruling for an appeal against a ruling within 30 days after the appeal case of second instance is filed. If it is necessary to extend the time limit for trial under any special circumstance, it shall be approved by the president of the people's court

第三百四十二条　当事人在第一审程序中实施的诉讼行为，在第二审程序中对该当事人仍具有拘束力。
**Article 342** The acts of a party committed under the procedure at first instance shall remain binding upon the party under the procedure at second instance.

当事人推翻其在第一审程序中实施的诉讼行为时，人民法院应当责令其说明理由。理由不成立的，不予支持。
When a party overturns an act committed by the party under the procedure at first instance, the people's court shall order the party to give reasons for the overturn.

Saved on: 07/11/2026

If there are no justifiable reasons, the overturn shall not be supported by the people's court.

十七、特别程序

## XVII. Special Procedures

第三百四十三条　宣告失踪或者宣告死亡案件，人民法院可以根据申请人的请求，清理下落不明人的财产，并指定案件审理期间的财产管理人。公告期满后，人民法院判决宣告失踪的，应当同时依照民法典第四十二条的规定指定失踪人的财产代管人。

**Article 343** In a case concerning a declaration of absence or death, a people's court may, at the request of the applicant, ascertain the property of the person whose whereabouts are unknown, and designate a property administrator during the trial of the case. After the end of the period of announcement, if the people's court issues a judgment to declare absence, it shall, at the same time, designate a property administrator for the absentee in accordance with Article 42 of the Civil Code.

第三百四十四条　失踪人的财产代管人经人民法院指定后，代管人申请变更代管的，比照民事诉讼法特别程序的有关规定进行审理。申请理由成立的，裁定撤销申请人的代管人身份，同时另行指定财产代管人；申请理由不成立的，裁定驳回申请。

失踪人的其他利害关系人申请变更代管的，人民法院应当告知其以原指定的代管人为被告起诉，并按普通程序进行审理。

**Article 344** If, after the property administrator for a missing person has been designated by the people's court, the administrator applies for the change of designation, the application shall be heard according to the relevant provisions on the special procedures in the Civil Procedure Law. If the application is reasonable, the court shall rule to cancel the applicant's status as the administrator, and simultaneously designate another property administrator; if the application is unreasonable, the court shall rule to reject the application.

If another interested party of the missing person applies for change of the designation of the property administrator, the people's court shall notify him or it to institute an action against the designated original property administrator that shall be taken as the defendant, and the case shall

be tried under formal procedure.

第三百四十五条　人民法院判决宣告公民失踪后，利害关系人向人民法院申请宣告失踪人死亡，自失踪之日起满四年的，人民法院应当受理，宣告失踪的判决即是该公民失踪的证明，审理中仍应依照民事诉讼法第一百八十五条规定进行公告。

**Article 345** If, after the people's court has adjudicated to declare the missing of a citizen, any interested person thereof applies to the people's court for declaration of the death of the missing person, and four years or more have lapsed from the date of missing, the people's court shall accept the application, the judgment for declaration of missing shall be the proof of the missing of the citizen, and, during trial, the people's court shall make an announcement still in accordance with Article 185 of the Civil Procedure Law.

第三百四十六条　符合法律规定的多个利害关系人提出宣告失踪、宣告死亡申请的，列为共同申请人。

**Article 346** Where more than one interested party file the application for declaring death or missing, they shall be listed as joint applicants.

第三百四十七条　寻找下落不明人的公告应当记载下列内容：

**Article 347** An announcement on the search for the missing person shall specify the following contents:

（一）被申请人应当在规定期间内向受理法院申报其具体地址及其联系方式。否则，被申请人将被宣告失踪、宣告死亡；

(1) The respondent shall declare his specific address and contact information to the court accepting the case within the prescribed time. Otherwise, the respondent will be declared missing or dead;

（二）凡知悉被申请人生存现状的人，应当在公告期间内将其所知道情况向受理法院报告。

(2) Whoever knows the living situation of the respondent shall report the situation he has learned

　　　　　　　　　　　　　　　　　　　　　　　　　　　Saved on: 07/11/2026

to the court that accepts the case within the period of announcement.

第三百四十八条　人民法院受理宣告失踪、宣告死亡案件后，作出判决前，申请人撤回申请的，人民法院应当裁定终结案件，但其他符合法律规定的利害关系人加入程序要求继续审理的除外。

**Article 348** Where, after a people's court accepts a case concerning the declaration of missing or death of a person, an applicant withdraws the application before the people's court makes a judgment, the people's court shall make a ruling to conclude the case, unless any other interest party that complies with legal provisions joins the procedures to require the people's court to continue the trial.

第三百四十九条　在诉讼中，当事人的利害关系人提出该当事人患有精神病，要求宣告该当事人无民事行为能力或者限制民事行为能力的，应由利害关系人向人民法院提出申请，由受诉人民法院按照特别程序立案审理，原诉讼中止。

**Article 349** If, in the litigation, an interested person of one party claims that the party is suffering from a mental disease and requests to announce him as a person without civil competency or with limited civil competency, the interested person shall file an application with the people's court, and the people's court that accept the case shall put the case on file for trial according to the special procedure, and the original action shall be suspended.

第三百五十条　认定财产无主案件，公告期间有人对财产提出请求的，人民法院应当裁定终结特别程序，告知申请人另行起诉，适用普通程序审理。

**Article 350** For a case on the determination of a property as unclaimed, if any one claims the property during the period of public notice, the people's court shall rule to conclude the special procedure, and notify the applicant to file a new lawsuit, and the case shall be tried under formal procedure.

第三百五十一条　被指定的监护人不服居民委员会、村民委员会或者民政部门指定，应当自接到通知之日起三十日内向人民法院提出异议。经审理，认为指定并无不当的，裁定驳回异议；指定不当的，判决撤销指定，同时另行指定监护人。判决书应当送达异议人、原指定单位及判决指定的监护人。

[CLI Code]CLI.3.349767(EN)

有关当事人依照民法典第三十一条第一款规定直接向人民法院申请指定监护人的，适用特别程序审理，判决指定监护人。判决书应当送达申请人、判决指定的监护人。

**Article 351** The designated guardian shall file an objection to the designation by the residents' committee, villagers' committee, or civil affairs department with the people's court within 30 days of receipt of the notice. Upon hearing, if the court holds that the designation is not improper, it shall issue a ruling to dismiss the objection; or if the court holds that the designation is improper, it shall issue a judgment to revoke the designation, and at the same time, designate a new guardian. The written judgment shall be served on the objector, the original designator, and the guardian designated in the judgment.

Where a relevant party directly applies to the people's court for designation of a guardian in accordance with paragraph 1 of Article 31 of the Civil Code, the people's court shall hear the case under a special procedure, and issue a judgment to designate the guardian. The written judgment shall be served on the applicant and the guardian designated in the judgment.

　　第三百五十二条　申请认定公民无民事行为能力或者限制民事行为能力的案件，被申请人没有近亲属的，人民法院可以指定经被申请人住所地的居民委员会、村民委员会或者民政部门同意，且愿意担任代理人的个人或者组织为代理人。

没有前款规定的代理人的，由被申请人住所地的居民委员会、村民委员会或者民政部门担任代理人。

**Article 352** Where, in a case regarding an application for a determination that a citizen has no capacity for civil conduct or has limited capacity for civil conduct, the respondent has no close relative, the people's court may designate an individual or organization willing to act as a representative as the representative, to which the residents' committee, villagers' committee, or civil affairs department at the place of domicile of the respondent.

代理人可以是一人，也可以是同一顺序中的两人。

Without a representative prescribed in the preceding paragraph, the residents' committee, villagers' committee, or civil affairs department at the place of the domicile of the respondent shall act as the representative.

There may be one representative or two representatives in the same order.

　　第三百五十三条　申请司法确认调解协议的，双方当事人应当本人或者由符合民事诉讼法第五十八条规定的代

理人向调解组织所在地基层人民法院或者人民法庭提出申请。

**Article 353** To apply for judicial confirmation of a mediation agreement, both parties to the mediation agreement themselves or the representatives as prescribed in Article 58 of the Civil Procedure Law shall file an application with the basic people's court or the people's tribunal at the place where the mediation organization is located.

第三百五十四条　两个以上调解组织参与调解的，各调解组织所在地基层人民法院均有管辖权。

双方当事人可以共同向其中一个调解组织所在地基层人民法院提出申请；双方当事人共同向两个以上调解组织所在地基层人民法院提出申请的，由最先立案的人民法院管辖。

**Article 354** Where two or more mediation organizations participate in the mediation, all basic people's courts at the places where such mediation organizations are located shall have the jurisdiction.

Both parties may jointly file an application with the basic people's court at the place where either mediation organization is located. Where both parties jointly file applications with the basic people's courts where two or more mediation organizations are located, the people's court he people's court that first files the case shall have jurisdiction.

第三百五十五条　当事人申请司法确认调解协议，可以采用书面形式或者口头形式。当事人口头申请的，人民法院应当记入笔录，并由当事人签名、捺印或者盖章。

**Article 355** A party may apply for judicial confirmation of a mediation agreement in writing or verbally. Where a party files a verbal application, the people's court shall transcribe the application, which shall be signed, fingerprinted, or sealed by the party.

第三百五十六条　当事人申请司法确认调解协议，应当向人民法院提交调解协议、调解组织主持调解的证明，以及与调解协议相关的财产权利证明等材料，并提供双方当事人的身份、住所、联系方式等基本信息。

当事人未提交上述材料的，人民法院应当要求当事人限期补交。

**Article 356** To apply for judicial confirmation of a mediation agreement, both parties shall submit to the people's court the mediation agreement, the certificate on the mediation organization's

presiding over mediation, and property right certificate and other materials related to mediation agreement, and provide the identity, domicile, contact information and other basic information of both parties.

Where the parties fail to submit the aforesaid materials, the people's court shall require the parties to supplement the required materials within a prescribed time limit.

第三百五十七条　当事人申请司法确认调解协议，有下列情形之一的，人民法院裁定不予受理：

Article 357 Where an application for judicial confirmation of a mediation agreement filed by the parties fails under any of the following circumstances, the people's court shall rule not to accept the application:

（一）不属于人民法院受理范围的；

(1) The application is not subject to the acceptance scope of the people's court

（二）不属于收到申请的人民法院管辖的；

(2) The application is not under the jurisdiction of the people's court accepting the application.

（三）申请确认婚姻关系、亲子关系、收养关系等身份关系无效、有效或者解除的；

(3) The application is made for confirming the invalidity, validity or termination of the marital relationship, parentage, adoptive relationship or any other identity relationship.

（四）涉及适用其他特别程序、公示催告程序、破产程序审理的；

(4) Any other special procedure, procedure for Announcement to Urge Declaration of Claims and bankruptcy procedure applies to the trial of the case.

（五）调解协议内容涉及物权、知识产权确权的。

人民法院受理申请后，发现有上述不予受理情形的，应当裁定驳回当事人的申请。

　　　　　　　　　　　　　　　　　　　　　　　Saved on: 07/11/2026

(5) The contents of the mediation agreement involve the confirmation of property and intellectual property right.

Where the people's court finds, after accepting the application, that the application falls under any of the following circumstances under which an application shall not be accepted, it shall rule to reject the parties' application.

第三百五十八条 人民法院审查相关情况时，应当通知双方当事人共同到场对案件进行核实。

人民法院经审查，认为当事人的陈述或者提供的证明材料不充分、不完备或者有疑义的，可以要求当事人限期补充陈述或者补充证明材料。必要时，人民法院可以向调解组织核实有关情况。

**Article 358** When examining the relevant information, a people's court shall notify both parties to appear in court together to verify the case.

Where the people's court holds upon examination that the statement of or the certification materials provided by a party are insufficient, incomplete or doubtful, it may require the party to supplement the statement or certification materials within a prescribed time limit. If necessary, the people's court may verify the relevant information with the mediation organization.

第三百五十九条 确认调解协议的裁定作出前，当事人撤回申请的，人民法院可以裁定准许。

当事人无正当理由未在限期内补充陈述、补充证明材料或者拒不接受询问的，人民法院可以按撤回申请处理。

**Article 359** Where, before the ruling on confirming the mediation agreement is made, a party withdraws the application, the people's court may make a ruling on approving the withdrawal of the application.

Where a party fails, without any justified reason, to supplement the statement or certification materials within a prescribed time limit or refuses to accept inquiry, the people's court may deem the party has withdrawn the application.

第三百六十条 经审查，调解协议有下列情形之一的，人民法院应当裁定驳回申请：

**Article 360** Where, upon examination, the mediation agreement is found to fall under any of the

following circumstances, the people's court shall issue a ruling to dismiss the application:

（一）违反法律强制性规定的；

(1) The mediation agreement violates any mandatory provision of the law.

（二）损害国家利益、社会公共利益、他人合法权益的；

(2) The mediation agreement damages the national interest, public interest, or lawful rights and interests of others.

（三）违背公序良俗的；

(3) The mediation agreement violates the public order and good morals.

（四）违反自愿原则的；

(4) The mediation agreement is ambiguous in content.

（五）内容不明确的；

(5) The contents is ambiguous

（六）其他不能进行司法确认的情形。

6Other circumstances under which the mediation agreement cannot be confirmed by the people's court.

第三百六十一条　民事诉讼法第一百九十六条规定的担保物权人，包括抵押权人、质权人、留置权人；其他有权请求实现担保物权的人，包括抵押人、出质人、财产被留置的债务人或者所有权人等。

Article 361 As mentioned in Article 196 of the Civil Procedure Law, "security interest holder" means a mortgagee, pledgee, or lienor; and "other party entitled to request realization of the security interest" means a mortgagor, pledgor, lienee, or owner, among others.

Saved on: 07/11/2026

第三百六十二条　实现票据、仓单、提单等有权利凭证的权利质权案件，可以由权利凭证持有人住所地人民法院管辖；无权利凭证的权利质权，由出质登记地人民法院管辖。

**Article 362** A case involving the realization of a pledge of right with a right certificate such as a negotiable instrument, a warehouse receipt, or a bill of lading may be under the jurisdiction of the people's court at the place of domicile of the holder of the right certificate; and a case involving the realization of a pledge of right without a right certificate shall be under the jurisdiction of the people's court at the place of registration of pledging.

第三百六十三条　实现担保物权案件属于海事法院等专门人民法院管辖的，由专门人民法院管辖。

**Article 363** Where a case of security interest realization is under the jurisdiction of a maritime court or any other specialized people's court, such a specialized people's court shall exercise the jurisdiction over the case.

第三百六十四条　同一债权的担保物有多个且所在地不同，申请人分别向有管辖权的人民法院申请实现担保物权的，人民法院应当依法受理。

**Article 364** Where multiple pieces of property are posted as security for the same claim and are located at different places, if the applicant applies for security interest realization to the people's courts having jurisdiction respectively, the people's courts shall accept the applications according to the law.

第三百六十五条　依照民法典第三百九十二条的规定，被担保的债权既有物的担保又有人的担保，当事人对实现担保物权的顺序有约定，实现担保物权的申请违反该约定的，人民法院裁定不予受理；没有约定或者约定不明的，人民法院应当受理。

**Article 365** Where a claim is secured by both property and person in accordance with Article 392 of the Civil Code, but an application for realization of the security interest violates the agreement between the parties on the order of realization of the security interest, the people's court shall issue a ruling to reject the application; or if the parties have not reached such an agreement or such an agreement between the parties is ambiguous, the people's court shall accept the

Saved on: 07/11/2026

application.

第三百六十六条　同一财产上设立多个担保物权，登记在先的担保物权尚未实现的，不影响后顺位的担保物权人向人民法院申请实现担保物权。

**Article 366** Where multiple security interests are created on the same property, a security interest registered earlier which has not been realized shall not affect an application filed by the holder of a later security interest to the people's court for realization of security interest.

第三百六十七条　申请实现担保物权，应当提交下列材料：

**Article 367** To apply for security interest realization, the applicant shall submit the following materials:

（一）申请书。申请书应当记明申请人、被申请人的姓名或者名称、联系方式等基本信息，具体的请求和事实、理由；

(1) A written application, including the basic information on the applicant and respondent, such as their names and contact methods, and the specific claims, facts, and reasons.

（二）证明担保物权存在的材料，包括主合同、担保合同、抵押登记证明或者他项权利证书，权利质权的权利凭证或者质权出质登记证明等；

(2) Proof of existence of a security interest, including but not limited to a master contract, a contract on provision of security, a certificate of mortgage registration or a certificate of other rights, a right certificate for pledge of rights, or a certificate of registration of pledging.

（三）证明实现担保物权条件成就的材料；

(3) Proof of satisfaction of conditions for security interest realization.

（四）担保财产现状的说明；

(4) A statement on the current condition of the property posted as security.

（五）人民法院认为需要提交的其他材料。

(5) Other materials as considered necessary by the people's court.

第三百六十八条　人民法院受理申请后，应当在五日内向被申请人送达申请书副本、异议权利告知书等文书。

被申请人有异议的，应当在收到人民法院通知后的五日内向人民法院提出，同时说明理由并提供相应的证据材料。

**Article 368** After accepting an application, a people's court shall, within five days, service a copy of the application, a notification of right of objection, and other documents on the respondent.

If the respondent objects to the application, the respondent shall, within five days of receipt of the notification from the people's court, raises an objection with the people's court, explaining the reasons for objection, and submit the relevant evidential materials.

第三百六十九条　实现担保物权案件可以由审判员一人独任审查。担保财产标的额超过基层人民法院管辖范围的，应当组成合议庭进行审查。

**Article 369** A case involving realization of a security interest may be examined by a sole judge. If the value of the subject matter secured is beyond the jurisdiction of the basic people's court, a collegial bench shall be formed to examine the case.

第三百七十条　人民法院审查实现担保物权案件，可以询问申请人、被申请人、利害关系人，必要时可以依职权调查相关事实。

**Article 370** In examining a case involving realization of a security interest, a people's court may question the applicant, respondent, and interested persons, and when necessary, investigate the relevant facts according to its power.

第三百七十一条　人民法院应当就主合同的效力、期限、履行情况，担保物权是否有效设立、担保财产的范围、被担保的债权范围、被担保的债权是否已届清偿期等担保物权实现的条件，以及是否损害他人合法权益等内容进行审查。

被申请人或者利害关系人提出异议的，人民法院应当一并审查。

**Article 371** A people's court shall examine the validity, term, and performance of a master contract, the validity of a security interest, the scope of property posted as security, the scope of claims secured, whether the repayment for the claims secured is due and other conditions for realization of a security interest, and whether the lawful rights and interests of others will be damaged, among others.

Where the respondent or an interested party raises an objection, the people's court shall examine it jointly with the aforesaid matters.

　　第三百七十二条　人民法院审查后，按下列情形分别处理：

**Article 372** After examination, a people's court shall proceed as follows:

（一）当事人对实现担保物权无实质性争议且实现担保物权条件成就的，裁定准许拍卖、变卖担保财产；

(1) It shall issue a ruling to permit the auction or sale of the property posted as security, if the parties are not substantively in dispute and the conditions for realization of a security interest are satisfied;

（二）当事人对实现担保物权有部分实质性争议的，可以就无争议部分裁定准许拍卖、变卖担保财产；

(2) It may issue a ruling to permit the auction or sale of the property posted as security for the part of security interests over which the parties are not in dispute, if the parties are substantively in dispute over certain security interests; or

（三）当事人对实现担保物权有实质性争议的，裁定驳回申请，并告知申请人向人民法院提起诉讼。

(3) It shall dismiss the application and notify the applicant that the applicant may institute an action in the people's court, if the parties are substantively in dispute over the realization of a security interest.

　　第三百七十三条　人民法院受理申请后，申请人对担保财产提出保全申请的，可以按照民事诉讼法关于诉讼保全的规定办理。

**Article 373** Where, after a people's court accepts an application, the applicant files a motion for preservation of the property posted as security, the preservation provisions of the Civil Procedure Law may apply.

第三百七十四条　适用特别程序作出的判决、裁定，当事人、利害关系人认为有错误的，可以向作出该判决、裁定的人民法院提出异议。人民法院经审查，异议成立或者部分成立的，作出新的判决、裁定撤销或者改变原判决、裁定；异议不成立的，裁定驳回。

对人民法院作出的确认调解协议、准许实现担保物权的裁定，当事人有异议的，应当自收到裁定之日起十五日内提出；利害关系人有异议的，自知道或者应当知道其民事权益受到侵害之日起六个月内提出。

**Article 374** A party or interested person that considers that a judgment or ruling issued under a special proceeding is erroneous may raise an objection with the people's court issuing the judgment or ruling. Upon examination, if the people's court supports or partially supports the objection, it shall issue a new judgment or ruling to revoke or modify the original judgment or ruling; or dismiss the objection if the objection is unfounded.

A party that objects to a ruling issued by a people's court to confirm a mediation agreement and permit realization of a security interest shall, within 15 days of receipt of the ruling, raises the objection; or an interested party shall raise the objection within six months from the day when it knows or should have known the infringement upon its rights and interests in civil law.

十八、审判监督程序

**XVIII**. Trial Supervision Procedure

第三百七十五条　当事人死亡或者终止的，其权利义务承继者可以根据民事诉讼法第一百九十九条、第二百零一条的规定申请再审。

判决、调解书生效后，当事人将判决、调解书确认的债权转让，债权受让人对该判决、调解书不服申请再审的，人民法院不予受理。

**Article 375** Where a party dies or is terminated, the successor to the rights and obligations of the party may file a petition for retrial in accordance with the provisions of Articles 199 and 201 of the

Civil Procedure Law.

Where, after a judgment or consent judgment takes effect, a party assigns the claims determined in the judgment or consent judgment, the people's court shall reject a petition for retrial filed by the assignee against the judgment or consent judgment.

第三百七十六条　民事诉讼法第一百九十九条规定的人数众多的一方当事人，包括公民、法人和其他组织。

民事诉讼法第一百九十九条规定的当事人双方为公民的案件，是指原告和被告均为公民的案件。

**Article 376** The numerous parties on one side as described in Article 199 of the Civil Procedure Law may include citizens, legal persons, and other organizations.

A case in which the parties on both sides are citizens as described in Article 199 of the Civil Procedure Law means a case in which both the plaintiff(s) and the defendant(s) are citizens.

第三百七十七条　当事人申请再审，应当提交下列材料：

**Article 377** To petition for retrial, a party shall submit the following materials:

（一）再审申请书，并按照被申请人和原审其他当事人的人数提交副本；

(1) A written petition for retrial, with copies in the number of the respondent(s) and other parties in the original trial.

（二）再审申请人是自然人的，应当提交身份证明；再审申请人是法人或者其他组织的，应当提交营业执照、组织机构代码证书、法定代表人或者主要负责人身份证明书。委托他人代为申请的，应当提交授权委托书和代理人身份证明；

(2) The identification of the petitioner who is a natural person or the business license, organization code certificate, and identification of the legal representative or primary person in charge of the petitioner that is a legal person or any other organization. If the petitioner authorizes another person to file the petition on behalf of the petitioner, the power of attorney and identification of the authorized person shall also be submitted.

（三）原审判决书、裁定书、调解书；

(3) The original judgment, ruling, or consent judgment.

（四）反映案件基本事实的主要证据及其他材料。

前款第二项、第三项、第四项规定的材料可以是与原件核对无异的复印件。
(4) Primary evidence and other materials on the basic facts of the case.

The materials as set out in subparagraphs (2), (3) and (4) in the preceding paragraph may be photocopies certified to the consistent with the originals.

第三百七十八条　再审申请书应当记明下列事项：

**Article 378** A written petition for retrial shall state:

（一）再审申请人与被申请人及原审其他当事人的基本信息；

(1) the basic information on the petitioner, respondents, and other parties in the original trial;

（二）原审人民法院的名称，原审裁判文书案号；

(2) the name of the original trial people's court and the case number of the original adjudicative document;

（三）具体的再审请求；

(3) the specific claims in retrial; and

（四）申请再审的法定情形及具体事实、理由。

再审申请书应当明确申请再审的人民法院，并由再审申请人签名、捺印或者盖章。
(4) the statutory circumstances under which the petition for retrial is filed and the specific facts and reasons.

[CLI Code]CLI.3.349767(EN)

A written petition for retrial shall specify the people's court with which the petition for retrial is filed, and the petitioner shall affix its signature, fingerprint, or seal to the written petition for retrial.

第三百七十九条　当事人一方人数众多或者当事人双方为公民的案件，当事人分别向原审人民法院和上一级人民法院申请再审且不能协商一致的，由原审人民法院受理。

**Article 379** Where the parties on one side are numerous or the parties on both sides are citizens, and the parties petition for retrial to the original trial people's court and the people's court at the next higher level respectively, if the parties cannot reach an agreement, the case shall be accepted by the original trial people's court.

第三百八十条　适用特别程序、督促程序、公示催告程序、破产程序等非讼程序审理的案件，当事人不得申请再审。

**Article 380** A party to a case that is tried under a special procedure, the procedure for urging debt repayment, the procedure for Announcement to Urge Declaration of Claims, the bankruptcy procedure, or any other non-contentious procedure shall be prohibited from petitioning for retrial of the case.

第三百八十一条　当事人认为发生法律效力的不予受理、驳回起诉的裁定错误的，可以申请再审。

**Article 381** A party that deems that an effective ruling to reject or dismiss an action is erroneous may file a petition for retrial of the case.

第三百八十二条　当事人就离婚案件中的财产分割问题申请再审，如涉及判决中已分割的财产，人民法院应当依照民事诉讼法第二百条的规定进行审查，符合再审条件的，应当裁定再审；如涉及判决中未作处理的夫妻共同财产，应当告知当事人另行起诉。

**Article 382** Where a party files a petition for retrial of a divorce case over division of property, if any property already divided in the judgment is involved, a people's court shall examine the petition in accordance with the provision of Article 200 of the Civil Procedure Law and issue a ruling to permit retrial after finding that the retrial conditions are satisfied; or if any community property

[CLI Code]CLI.3.349767(EN)

not decided in the judgment is involved, a people's court shall notify the party that the party may institute an action separately.

第三百八十三条　当事人申请再审，有下列情形之一的，人民法院不予受理：

**Article 383** Where a party's petition for retrial falls under any of the following circumstances, a people's court shall reject the petition:

（一）再审申请被驳回后再次提出申请的；

(1) A party files a petition for retrial again after the petition is rejected.

（二）对再审判决、裁定提出申请的；

(2) A party files a petition for retrial against a judgment or ruling entered after retrial.

（三）在人民检察院对当事人的申请作出不予提出再审检察建议或者抗诉决定后又提出申请的。

前款第一项、第二项规定情形，人民法院应当告知当事人可以向人民检察院申请再审检察建议或者抗诉，但因人民检察院提出再审检察建议或者抗诉而再审作出的判决、裁定除外。

(3) A party files a petition for retrial again after the people's procuratorate makes a decision not to offer a procuratorial recommendation or a decision not to file an appeal.

Under the circumstances as described in subparagraphs (1) and (2) in the preceding paragraph, the people's court shall notify the party that the party may apply to a people's procuratorate for a procuratorial recommendation of retrial or for appeal, except for a judgment or ruling entered after retrial upon procuratorial recommendation of retrial or appeal from a people's procuratorate.

第三百八十四条　当事人对已经发生法律效力的调解书申请再审，应当在调解书发生法律效力后六个月内提出。

**Article 384** Where a party files a petition for retrial against an effective consent judgment, the petition shall be filed within six months after the consent judgment takes effect.

第三百八十五条　人民法院应当自收到符合条件的再审申请书等材料之日起五日内向再审申请人发送受理通知书，并向被申请人及原审其他当事人发送应诉通知书、再审申请书副本等材料。

**Article 385** A people's court shall, within five days of receipt of a written petition for retrial and other materials that satisfy the statutory conditions, issue a notice of acceptance to the petitioner and a notice of response, a copy of the written petition for retrial, and other materials to the respondent(s) and other parties in the original trial.

第三百八十六条　人民法院受理申请再审案件后，应当依照民事诉讼法第二百条、第二百零一条、第二百零四条等规定，对当事人主张的再审事由进行审查。

**Article 386** After accepting a retrial petition case, a people's court shall, in accordance with the provisions of Articles 200, 201 and 204, among others, examine the cause of retrial alleged by the party.

第三百八十七条　再审申请人提供的新的证据，能够证明原判决、裁定认定基本事实或者裁判结果错误的，应当认定为民事诉讼法第二百条第一项规定的情形。

对于符合前款规定的证据，人民法院应当责令再审申请人说明其逾期提供该证据的理由；拒不说明理由或者理由不成立的，依照民事诉讼法第六十五条第二款和本解释第一百零二条的规定处理。

**Article 387** Where the new evidence provided by the petitioner can prove that the finding of basic facts in the original judgment or ruling or the result of adjudication is erroneous, the petition for retrial shall be determined to fall under the circumstance as described in subparagraph (1), Article 200 of the Civil Procedure Law.

For evidence as described in the preceding paragraph, the people's court shall order the petitioner to explain why the provision of such evidence has been delayed; and if the petitioner refuses to explain or the explanation is unfounded, paragraph 2, Article 65 of the Civil Procedure Law and Article 102 of this Interpretation shall be applied.

第三百八十八条　再审申请人证明其提交的新的证据符合下列情形之一的，可以认定逾期提供证据的理由成立：

**Article 388** Where the petitioner proves that the new evidence provided by the petitioner falls under any of the following circumstances, it may be determined that the petitioner's delay in providing the new evidence is well-founded:

（一）在原审庭审结束前已经存在，因客观原因于庭审结束后才发现的；

(1) The new evidence had existed before the end of court hearing in the original trial and was discovered only after the end of court hearing for certain objective reasons.

（二）在原审庭审结束前已经发现，但因客观原因无法取得或者在规定的期限内不能提供的；

(2) The new evidence had been discovered before the end of court hearing in the original trial but could not be obtained for certain objective reasons or could not be provided during the specified period.

（三）在原审庭审结束后形成，无法据此另行提起诉讼的。

再审申请人提交的证据在原审中已经提供，原审人民法院未组织质证且未作为裁判根据的，视为逾期提供证据的理由成立，但原审人民法院依照民事诉讼法第六十五条规定不予采纳的除外。

(3) The new evidence came into being after the end of court hearing in the original trial, and no separate action is permitted on the basis of such evidence.

Where the evidence provided by the petitioner had been provided in the original trial, and the original trial people's court failed to conduct cross-examination of such evidence and did not admit such evidence for its adjudication, the petitioner's delay in providing such evidence is deemed justifiable, except for evidence inadmissible as determined by the original trial people's court in accordance with the provision of Article 65 of the Civil Procedure Law.

第三百八十九条　当事人对原判决、裁定认定事实的主要证据在原审中拒绝发表质证意见或者质证中未对证据发表质证意见的，不属于民事诉讼法第二百条第四项规定的未经质证的情形。

**Article 389** Where, in the original trial, a party refused to present a cross-examination opinion on the primary evidence admitted in the original judgment or ruling for finding facts or failed to present a cross-examination opinion during the cross-examination, it is not the uncross-examined

primary evidence as mentioned in subparagraph (4), Article 200 of the Civil Procedure Law.

第三百九十条　有下列情形之一，导致判决、裁定结果错误的，应当认定为民事诉讼法第二百条第六项规定的原判决、裁定适用法律确有错误：

Article 390 Where any of the following circumstances leads to an erroneous result in a judgment or ruling, it shall be determined as the erroneous application of law in the original judgment or ruling as mentioned in subparagraph (6), Article 200 of the Civil Procedure Law:

（一）适用的法律与案件性质明显不符的；

(1) The law applied is evidently inconsistent with the nature of the case.

（二）确定民事责任明显违背当事人约定或者法律规定的；

(2) In the determination of civil liability, the agreement between the parties or any law is evidently violated.

（三）适用已经失效或者尚未施行的法律的；

(3) Any expired law or law that has not taken effect is applied.

（四）违反法律溯及力规定的；

(4) The provisions on retroactivity of any law are violated.

（五）违反法律适用规则的；

(5) The rules on governing law are violated.

（六）明显违背立法原意的。

(6) The original legislative intent is evidently violated.

[CLI Code]CLI.3.349767(EN)

第三百九十一条　原审开庭过程中有下列情形之一的，应当认定为民事诉讼法第二百条第九项规定的剥夺当事人辩论权利：

**Article 391** Where any of the following circumstances exists in a court session of the original trial, it shall be determined as the denial of a party's right to debate as mentioned in subparagraph (9), Article 200 of the Civil Procedure Law:

（一）不允许当事人发表辩论意见的；

(1) A party is not allowed to present a defense opinion.

（二）应当开庭审理而未开庭审理的；

(2) A court session shall be held but is not held.

（三）违反法律规定送达起诉状副本或者上诉状副本，致使当事人无法行使辩论权利的；

(3) The service of a copy of the complaint or a copy of the appeal is in violation of the law, as a result of which a party cannot exercise its right to debate.

（四）违法剥夺当事人辩论权利的其他情形。

(4) Other circumstances under which a party's right to debate is illegally denied.

第三百九十二条　民事诉讼法第二百条第十一项规定的诉讼请求，包括一审诉讼请求、二审上诉请求，但当事人未对一审判决、裁定遗漏或者超出诉讼请求提起上诉的除外。

**Article 392** The claims as mentioned in subparagraph (11), Article 200 of the Civil Procedure Law shall include claims before the court of first instance and claims in the trial upon appeal, unless a party fails to appeal a judgment or ruling of a court of first instance that has omitted any claims or exceeded the claims.

第三百九十三条　民事诉讼法第二百条第十二项规定的法律文书包括：

[CLI Code]CLI.3.349767(EN)

**Article 393** As mentioned in subparagraph (12), Article 200 of the Civil Procedure Law, "legal instrument" means:

（一）发生法律效力的判决书、裁定书、调解书；

(1) an effective judgment, ruling, or consent judgment;

（二）发生法律效力的仲裁裁决书；

(2) an effective arbitration award; or

（三）具有强制执行效力的公证债权文书。

(3) an enforceable notarized debt instrument.

第三百九十四条　民事诉讼法第二百条第十三项规定的审判人员审理该案件时有贪污受贿、徇私舞弊、枉法裁判行为，是指已经由生效刑事法律文书或者纪律处分决定所确认的行为。

**Article 394** The embezzlement, acceptance of bribes, practice of favoritism for personal gains, or adjudication by bending the law by a judge when trying a case, as described in subparagraph (13), Article 200, means the act determined in an effective criminal legal instrument or a disciplinary action decision.

第三百九十五条　当事人主张的再审事由成立，且符合民事诉讼法和本解释规定的申请再审条件的，人民法院应当裁定再审。

当事人主张的再审事由不成立，或者当事人申请再审超过法定申请再审期限、超出法定再审事由范围等不符合民事诉讼法和本解释规定的申请再审条件的，人民法院应当裁定驳回再审申请。

**Article 395** Where the cause of retrial alleged by a party is supported, and the conditions for filing a petition for retrial as set out in the Civil Procedure Law and this Interpretation are satisfied, a people's court shall issue a ruling to permit retrial.

[CLI Code]CLI.3.349767(EN)

Where the cause of retrial alleged by a party is not supported or a party's petition for retrial exceeds the statutory period for filing a petition for retrial, is outside the statutory causes of retrial, or otherwise fails to satisfy the conditions for filing a petition for retrial as set out in the Civil Procedure Law or this Interpretation, a people's court shall issue a ruling to dismiss the retrial petition.

第三百九十六条　人民法院对已经发生法律效力的判决、裁定、调解书依法决定再审，依照民事诉讼法第二百零六条规定，需要中止执行的，应当在再审裁定中同时写明中止原判决、裁定、调解书的执行；情况紧急的，可以将中止执行裁定口头通知负责执行的人民法院，并在通知后十日内发出裁定书。

**Article 396** Where a people's court decides according to the law to permit retrial of a case for which a judgment, ruling, or consent judgment has taken effect, if the execution of the judgment, ruling, or consent judgment needs to be suspended in accordance with the provision of Article 206 of the Civil Procedure Law, the people's court shall, in its ruling to permit retrial, state the suspension of execution of the original judgment, ruling, or consent judgment; or in case of emergency, may verbally notify the people's court in charge of execution of its ruling requiring suspension of execution, but shall sent the written ruling within ten days after such notification.

第三百九十七条　人民法院根据审查案件的需要决定是否询问当事人。新的证据可能推翻原判决、裁定的，人民法院应当询问当事人。

**Article 397** A people's court may, as needed for examining a case, decide whether or not to question the parties. If the new evidence may overturn the original judgment or ruling, the people's court shall question the parties.

第三百九十八条　审查再审申请期间，被申请人及原审其他当事人依法提出再审申请的，人民法院应当将其列为再审申请人，对其再审事由一并审查，审查期限重新计算。经审查，其中一方再审申请人主张的再审事由成立的，应当裁定再审。各方再审申请人主张的再审事由均不成立的，一并裁定驳回再审申请。

**Article 398** Where, during the period of examination of a petition for retrial, the respondent(s) and other parties in the original trial also file petitions for retrial according to the law, the people's court shall regard them as retrial petitioners and concurrently examine their causes of retrial, and the petition examination period shall restart. If, upon examination, the cause of retrial alleged by any

[CLI Code]CLI.3.349767(EN)

of the retrial petitioners is well-founded, the people's court shall issue a ruling to permit retrial. If all of the causes of retrial alleged by all retrial petitioners are unfounded, the people's court shall issue a ruling to concurrently dismiss their retrial petitions.

第三百九十九条　审查再审申请期间，再审申请人申请人民法院委托鉴定、勘验的，人民法院不予准许。

**Article 399** Where, during the period of examination of a retrial petition, the petitioner files a motion for the people's court to authorize forensic identification or evaluation or a survey, the people's court shall not allow it.

第四百条　审查再审申请期间，再审申请人撤回再审申请的，是否准许，由人民法院裁定。

再审申请人经传票传唤，无正当理由拒不接受询问的，可以按撤回再审申请处理。

**Article 400** Where, during the period of examination of a retrial petition, the petitioner withdraws the petition, the people's court shall issue a ruling to allow or deny the withdrawal.

Where, without any justifiable reason, the summoned petitioner refuses to be questioned, the petition may be deemed to have been withdrawn.

第四百零一条　人民法院准许撤回再审申请或者按撤回再审申请处理后，再审申请人再次申请再审的，不予受理，但有民事诉讼法第二百条第一项、第三项、第十二项、第十三项规定情形，自知道或者应当知道之日起六个月内提出的除外。

**Article 401** Where, after a people's court allows the withdrawal of a retrial petition or a retrial petition is deemed to have been withdrawn, the petitioner files a petition for retrial again, the people's court shall reject the petition, unless it is filed within six months from the day when the petitioner knows or should have known the existence of any of the circumstances as described in subparagraphs (1), (3), (12) and (13), Article 200 of the Civil Procedure Law.

第四百零二条　再审申请审查期间，有下列情形之一的，裁定终结审查：

**Article 402** Where, during the period of examination of a retrial petition, any of the following circumstances appears, a people's court shall issue a ruling to terminate examination:

（一）再审申请人死亡或者终止，无权利义务承继者或者权利义务承继者声明放弃再审申请的；

(1) The petitioner dies or is terminated, and there is no successor to the rights and obligations of the petitioner or the successor to the rights and obligations of the petitioner issues a statement to renounce the retrial petition.

（二）在给付之诉中，负有给付义务的被申请人死亡或者终止，无可供执行的财产，也没有应当承担义务的人的；

(2) In an action for payment, the respondent with an obligation to pay dies or is terminated, and there is no property available for execution and no person that shall assume the obligation.

（三）当事人达成和解协议且已履行完毕的，但当事人在和解协议中声明不放弃申请再审权利的除外；

(3) The parties have completely performed a settlement agreement between them, unless a party declares a reservation of its right to file a petition for retrial in the settlement agreement.

（四）他人未经授权以当事人名义申请再审的；

(4) The petition for retrial is filed by someone in the name of a party without the party's authorization.

（五）原审或者上一级人民法院已经裁定再审的；

(5) The original trial people's court or the people's court at the next higher level has issued a ruling to permit retrial.

（六）有本解释第三百八十三条第一款规定情形的。

(6) Any of the circumstances as set out in paragraph 1, Article 383 of this Interpretation appears.

第四百零三条　人民法院审理再审案件应当组成合议庭开庭审理，但按照第二审程序审理，有特殊情况或者双方当事人已经通过其他方式充分表达意见，且书面同意不开庭审理的除外。

符合缺席判决条件的，可以缺席判决。

**Article 403** A people's court shall form a collegial bench to hold court to retry a case, unless the case is retried in a procedure at second instance and no court is held under special circumstances or as agreed upon by the parties that have otherwise fully presented their opinions.

A default judgment may be entered if the conditions for entering a default judgment are satisfied.

**第四百零四条** 人民法院开庭审理再审案件，应当按照下列情形分别进行：

**Article 404** A people's court shall hold court to retry a case according to the following provisions:

（一）因当事人申请再审的，先由再审申请人陈述再审请求及理由，后由被申请人答辩、其他原审当事人发表意见；

(1) If the retrial is initiated upon petition of a party, the retrial petitioner first states its claims in retrial and reasons, the respondent then defends, and the other parties in the original trial present their opinions.

（二）因抗诉再审的，先由抗诉机关宣读抗诉书，再由申请抗诉的当事人陈述，后由被申请人答辩、其他原审当事人发表意见；

(2) If the retrial is initiated upon appeal, the appealing procuratorate first reads a written appeal, the party applying for appeal states its case, the respondent then defends, and the other parties in the original trial present their opinions.

（三）人民法院依职权再审，有申诉人的，先由申诉人陈述再审请求及理由，后由被申诉人答辩、其他原审当事人发表意见；

(3) If the retrial is initiated by the people's court according to its power and there is a petitioner, the petitioner first states its claims in retrial and reasons, the respondent then defends, and the other parties in the original trial present their opinions.

（四）人民法院依职权再审，没有申诉人的，先由原审原告或者原审上诉人陈述，后由原审其他当事人发表意见。

Saved on: 07/11/2026

对前款第一项至第三项规定的情形，人民法院应当要求当事人明确其再审请求。

(4) If the retrial is initiated by the people's court according to its power and there is no petitioner, the plaintiff or appellant in the original trial first states its case, and then the other parties in the original trial present their opinions.

Under the circumstances as described in subparagraphs (1), (2) and (3) in the preceding paragraph, the people's court shall require a party to specify its claims in retrial.

第四百零五条　人民法院审理再审案件应当围绕再审请求进行。当事人的再审请求超出原审诉讼请求的，不予审理；符合另案诉讼条件的，告知当事人可以另行起诉。

被申请人及原审其他当事人在庭审辩论结束前提出的再审请求，符合民事诉讼法第二百零五条规定的，人民法院应当一并审理。

**Article 405** A people's court shall retry a case by centering on the claims in retrial. Those claims in retrial of a party beyond the claims in the original trial shall not be tried; and if the conditions for instituting another action are satisfied, the people's court shall notify the party that the party may institute a separate action.

人民法院经再审，发现已经发生法律效力的判决、裁定损害国家利益、社会公共利益、他人合法权益的，应当一并审理。

The claims in retrial filed by the respondent(s) and other parties in the original trial before the end of debate in court shall be concurrently tried by the people's court.

Where the people's court discovers in the retrial that the effective judgment or ruling causes damage to the national interest, public interest, or lawful rights and interests of others, it shall be tried concurrently.

第四百零六条　再审审理期间，有下列情形之一的，可以裁定终结再审程序：

**Article 406** Where any of the following circumstances appears during the period of retrial, a people's court may issue a ruling to terminate the retrial procedure:

（一）再审申请人在再审期间撤回再审请求，人民法院准许的；

Saved on: 07/11/2026

(1) The retrial petitioner withdraws, during the period of retrial, all of its claims in retrial, which has been allowed by the people's court.

（二）再审申请人经传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭，按撤回再审请求处理的；

(2) The retrial petitioner refuses to appear in court without any justifiable reason after being summoned or leaves the courtroom during a court session without permission from the court and is deemed by the court to have withdrawn all of its claims in retrial.

（三）人民检察院撤回抗诉的；

(3) The people's procuratorate withdraws its appeal.

（四）有本解释第四百零二条第一项至第四项规定情形的。

因人民检察院提出抗诉裁定再审的案件，申请抗诉的当事人有前款规定的情形，且不损害国家利益、社会公共利益或者他人合法权益的，人民法院应当裁定终结再审程序。
(4) Any of the circumstances as described in subparagraphs (1) to (4), Article 402 of this Interpretation appears.

再审程序终结后，人民法院裁定中止执行的原生效判决自动恢复执行。
Where a ruling to permit retrial is issued upon appeal of a people's procuratorate, if the party applying for appeal falls under any of the circumstances as set out in the preceding paragraph, causing no damage to the national interest, public interest, or lawful rights and interests of others, the people's court shall issue a ruling to terminate the retrial procedure.

After terminating the retrial procedure, the people's court shall issue a ruling for the automatic resumption of execution of the original effective judgment suspended from execution.

第四百零七条　人民法院经再审审理认为，原判决、裁定认定事实清楚、适用法律正确的，应予维持；原判决、裁定认定事实、适用法律虽有瑕疵，但裁判结果正确的，应当在再审判决、裁定中纠正瑕疵后予以维持。

原判决、裁定认定事实、适用法律错误，导致裁判结果错误的，应当依法改判、撤销或者变更。
Article 407 After retrial, a people's court shall sustain the original judgment or ruling if it considers

the original judgment or ruling clear in fact finding and correct in the application of law or sustain the original judgment or ruling after correcting the flaws in the original judgment or ruling if the result of adjudication is correct though the original judgment or ruling is flawed in fact finding or the application of law.

A people's court shall reverse, revoke, or modify the original judgment or ruling according to the law if the result of adjudication is erroneous because the original judgment or ruling is erroneous in fact finding or application of law.

第四百零八条　按照第二审程序再审的案件，人民法院经审理认为不符合民事诉讼法规定的起诉条件或者符合民事诉讼法第一百二十四条规定不予受理情形的，应当裁定撤销一、二审判决，驳回起诉。

**Article 408** Where, after retrial of a case in a procedure at second instance, a people's court considers that the case does not satisfy the conditions for instituting an action as set out in the Civil Procedure Law or that the case shall not be accepted as described in Article 124 of the Civil Procedure Law, it shall issue a ruling to revoke the judgments entered by the court of first instance and the court of second instance and dismiss the action.

第四百零九条　人民法院对调解书裁定再审后，按照下列情形分别处理：

**Article 409** After a people's court issues a ruling to permit retrial against a consent judgment, the case shall be handled according to the following provisions:

（一）当事人提出的调解违反自愿原则的事由不成立，且调解书的内容不违反法律强制性规定的，裁定驳回再审申请；

(1) If the cause alleged by the party, which is the violation of the principle of voluntariness in the process of mediation, is not supported, and the contents of the consent judgment are not in violation of the mandatory provisions of the law, the people's court shall issue a ruling to dismiss the retrial petition.

（二）人民检察院抗诉或者再审检察建议所主张的损害国家利益、社会公共利益的理由不成立的，裁定终结再审程序。

前款规定情形，人民法院裁定中止执行的调解书需要继续执行的，自动恢复执行。

(2) If the reason alleged in the appeal from the people's procuratorate or in the procuratorial recommendation of retrial that damage has been caused to the national interest or public interest is not supported, the people's court shall issue a ruling to terminate the retrial procedure.

Under the circumstances in the preceding paragraph, if the consent judgment suspended by a ruling of the people's court from execution needs to be enforced, the execution of the consent judgment shall resume automatically.

第四百一十条　一审原告在再审审理程序中申请撤回起诉，经其他当事人同意，且不损害国家利益、社会公共利益、他人合法权益的，人民法院可以准许。裁定准许撤诉的，应当一并撤销原判决。

一审原告在再审审理程序中撤回起诉后重复起诉的，人民法院不予受理。

**Article 410** Where, in the retrial procedure, the plaintiff in the trial at first instance files a motion to withdraw the action, if the other parties agree to the withdrawal and the withdrawal does not cause damage to the national interest, public interest, and rights and interests of others, the people's court may allow the withdrawal. If a ruling is issued to allow the withdrawal, the original judgment shall be revoked concurrently.

A people's court shall reject an action that has been withdrawn in the retrial procedure and is instituted again by a plaintiff in the trial at first instance.

第四百一十一条　当事人提交新的证据致使再审改判，因再审申请人或者申请检察监督当事人的过错未能在原审程序中及时举证，被申请人等当事人请求补偿其增加的交通、住宿、就餐、误工等必要费用的，人民法院应予支持。

**Article 411** Where the original judgment or ruling is reversed because of the new evidence provided by a party, if the respondent and other parties claim reimbursement for their additional travel, room and board, lost wage, and other necessary expenses because such evidence was not adduced in a timely manner in the original trial for the fault of the retrial petitioner or the party applying for procuratorial supervision, the people's court shall support such claims.

第四百一十二条　部分当事人到庭并达成调解协议，其他当事人未作出书面表示的，人民法院应当在判决中对该事实作出表述；调解协议内容不违反法律规定，且不损害其他当事人合法权益的，可以在判决主文中予以确认。

[CLI Code]CLI.3.349767(EN)

**Article 412** Where some parties are present in court and reach a mediation agreement, and there are no written indications from the other parties, the people's court shall state such facts in its judgment; and if the contents of the mediation agreement are not in violation of the law and do not damage the lawful rights and interests of the other parties, the people's court may confirm the mediation agreement in the conclusion part of the judgment.

第四百一十三条 人民检察院依法对损害国家利益、社会公共利益的发生法律效力的判决、裁定、调解书提出抗诉，或者经人民检察院检察委员会讨论决定提出再审检察建议的，人民法院应予受理。

**Article 413** Where, according to the law, a people's procuratorate appeals an effective judgment, ruling, or consent judgment that causes damage to the national interest or public interest or offers a procuratorial recommendation of retrial upon deliberation and decision of its procuratorial committee, the people's court shall accept the appeal or recommendation.

第四百一十四条 人民检察院对已经发生法律效力的判决以及不予受理、驳回起诉的裁定依法提出抗诉的，人民法院应予受理，但适用特别程序、督促程序、公示催告程序、破产程序以及解除婚姻关系的判决、裁定等不适用审判监督程序的判决、裁定除外。

**Article 414** Where, according to the law, a people's procuratorate appeals an effective judgment or an effective ruling to reject or dismiss an action, the people's court shall accept it, except for judgments and rulings not subject to the trial supervision procedure such as those made under the special procedures, the procedure for urging debt repayment, the procedure for Announcement to Urge Declaration of Claims, and the bankruptcy procedure and those involving the dissolution of marriage.

第四百一十五条 人民检察院依照民事诉讼法第二百零九条第一款第三项规定对有明显错误的再审判决、裁定提出抗诉或者再审检察建议的，人民法院应予受理。

**Article 415** Where, in accordance with the provision of paragraph 1(3), Article 209 of the Civil Procedure Law, a people's procuratorate appeals or offers a procuratorial recommendation of retrial against an evidently erroneous judgment or ruling entered after retrial, the people's court shall accept the appeal or recommendation.

Saved on: 07/11/2026

第四百一十六条　　地方各级人民检察院依当事人的申请对生效判决、裁定向同级人民法院提出再审检察建议，符合下列条件的，应予受理：

**Article 416** Where, upon application of a party, a people's procuratorate at any local level offers a procuratorial recommendation of retrial to the people's court at the same level against an effective judgment or ruling, the recommendation shall be accepted if the following conditions are satisfied:

（一）再审检察建议书和原审当事人申请书及相关证据材料已经提交；

(1) The written procuratorial recommendation of retrial, written application of the party in the original trial, and relevant evidential materials have been submitted to the people's court.

（二）建议再审的对象为依照民事诉讼法和本解释规定可以进行再审的判决、裁定；

(2) The subject matter of retrial in the recommendation is a judgment or ruling against which retrial may be initiated in accordance with the provisions of the Civil Procedure Law and this Interpretation.

（三）再审检察建议书列明该判决、裁定有民事诉讼法第二百零八条第二款规定情形；

(3) The written procuratorial recommendation of retrial states that the judgment or ruling falls under the circumstance as described in paragraph 2, Article 208 of the Civil Procedure Law.

（四）符合民事诉讼法第二百零九条第一款第一项、第二项规定情形；

(4) There is the circumstance as described in paragraph 1(1) or (2), Article 209 of the Civil Procedure law.

（五）再审检察建议经该人民检察院检察委员会讨论决定。

不符合前款规定的，人民法院可以建议人民检察院予以补正或者撤回；不予补正或者撤回的，应当函告人民检察院不予受理。

(5) The procuratorial recommendation of retrial has been deliberated and decided by the



procuratorial committee of the people's procuratorate.

Where the provisions of the preceding paragraph are not complied with, the people's court may advise the people's procuratorate to submit supplements and corrections or withdraw the recommendation; and if the people's procuratorate fails to do so, shall, by letter, reject the recommendation.

第四百一十七条　人民检察院依当事人的申请对生效判决、裁定提出抗诉，符合下列条件的，人民法院应当在三十日内裁定再审：

**Article 417** Where, upon application of a party, a people's procuratorate appeals an effective judgment or ruling, the people's court shall, within 30 days, issue a ruling to permit retrial if the following conditions are satisfied:

（一）抗诉书和原审当事人申请书及相关证据材料已经提交；

(1) The written appeal, written application of the party in the original trial, and relevant evidential materials have been submitted.

（二）抗诉对象为依照民事诉讼法和本解释规定可以进行再审的判决、裁定；

(2) The subject matter of appeal is a judgment or ruling against which retrial may be initiated in accordance with the provisions of the Civil Procedure Law and this Interpretation.

（三）抗诉书列明该判决、裁定有民事诉讼法第二百零八条第一款规定情形；

(3) The written appeal states that the judgment or ruling falls under the circumstance as described in paragraph 1, Article 208 of the Civil Procedure Law.

（四）符合民事诉讼法第二百零九条第一款第一项、第二项规定情形。

不符合前款规定的，人民法院可以建议人民检察院予以补正或者撤回；不予补正或者撤回的，人民法院可以裁定不予受理。

(4) There is the circumstance as described in paragraph 1(1) or (2), Article 209 of the Civil

Saved on: 07/11/2026

Procedure law.

Where the provisions of the preceding paragraph are not complied with, the people's court may advise the people's procuratorate to submit supplements and corrections or withdraw the appeal; and if the people's procuratorate fails to do so, may issue a ruling to reject the appeal.

第四百一十八条　当事人的再审申请被上级人民法院裁定驳回后，人民检察院对原判决、裁定、调解书提出抗诉，抗诉事由符合民事诉讼法第二百条第一项至第五项规定情形之一的，受理抗诉的人民法院可以交由下一级人民法院再审。

**Article 418** Where, after the retrial petition of a party is dismissed by a ruling of the people's court at a higher level, the people's procuratorate appeals the original judgment, ruling, or consent judgment, the people's court accepting the appeal may deliver the case to the people's court at the next lower level for retrial if the cause of appeal falls under any of the circumstances as set out in subparagraphs (1) to (5), Article 200 of the Civil Procedure law.

第四百一十九条　人民法院收到再审检察建议后，应当组成合议庭，在三个月内进行审查，发现原判决、裁定、调解书确有错误，需要再审的，依照民事诉讼法第一百九十八条规定裁定再审，并通知当事人；经审查，决定不予再审的，应当书面回复人民检察院。

**Article 419** A people's court shall, within three months after receiving a procuratorial recommendation of retrial, form a collegial bench to examine the recommendation and, if it finds that the original judgment, ruling, or consent judgment is erroneous and requires a retrial, issue a ruling to permit retrial in accordance with the provision of Article 198 of the Civil Procedure Law and notify the parties; or respond in writing to the people's procuratorate if it decides not to permit retrial after examination.

第四百二十条　人民法院审理因人民检察院抗诉或者检察建议裁定再审的案件，不受此前已经作出的驳回当事人再审申请裁定的影响。

**Article 420** The retrial of a case by a people's court according to a ruling to permit retrial issued upon appeal or procuratorial recommendation from a people's procuratorate shall not be affected by a previously issued ruling to dismiss a party's retrial petition.

[CLI Code]CLI.3.349767(EN)

第四百二十一条　人民法院开庭审理抗诉案件，应当在开庭三日前通知人民检察院、当事人和其他诉讼参与人。同级人民检察院或者提出抗诉的人民检察院应当派员出庭。

人民检察院因履行法律监督职责向当事人或者案外人调查核实的情况，应当向法庭提交并予以说明，由双方当事人进行质证。

**Article 421** A people's court that holds court to retry a case upon appeal shall, three days before holding court, notify the people's procuratorate, parties, and other litigation participants. The people's procuratorate at the same level or filing the appeal shall send staff members to appear in court.

The people's procuratorate shall submit and explain to the court any verified information obtained from the parties and anyone that is not a party to the case during investigation conducted in performing its legal supervision duties, and such information shall be subject to cross-examination by the parties on both sides.

第四百二十二条　必须共同进行诉讼的当事人因不能归责于本人或者其诉讼代理人的事由未参加诉讼的，可以根据民事诉讼法第二百条第八项规定，自知道或者应当知道之日起六个月内申请再审，但符合本解释第四百二十三条规定情形的除外。

人民法院因前款规定的当事人申请而裁定再审，按照第一审程序再审的，应当追加其为当事人，作出新的判决、裁定；按照第二审程序再审，经调解不能达成协议的，应当撤销原判决、裁定，发回重审，重审时应追加其为当事人。

**Article 422** Where a party that must participate in a joint action fails to participate in the action for a cause not attributable to the party or its litigation representative, the party may file a petition for retrial within six months from the day when the party knows or should have known the action in accordance with the provision of subparagraph (8), Article 200 of the Civil Procedure Law, except under the circumstances as described in Article 423 of this Interpretation.

Where a people's court issues a ruling to permit retrial upon application of a party as described in the preceding paragraph, if the retrial is conducted under the procedures at first instance, the party shall be added as a party to the retrial, and a new judgment or ruling shall be entered; or if the retrial is conducted under the procedures at second instance, and no agreement is reached upon mediation, the people's court shall revoke the original judgment or ruling and remand the

[CLI Code]CLI.3.349767(EN)

case for retrial, to which the party shall be added as a party.

第四百二十三条 根据民事诉讼法第二百二十七条规定，案外人对驳回其执行异议的裁定不服，认为原判决、裁定、调解书内容错误损害其民事权益的，可以自执行异议裁定送达之日起六个月内，向作出原判决、裁定、调解书的人民法院申请再审。

**Article 423** Where, in accordance with the provision of Article 227 of the Civil Procedure Law, a nonparty disagrees to a ruling that dismisses its execution objection, considering that the erroneous content of the original judgment, ruling, or consent judgment has caused damage to its rights and interests in civil law, it may, within six months of the service of the execution objection ruling, file a petition for retrial with the people's court issuing the original judgment, ruling, or consent judgment.

第四百二十四条 根据民事诉讼法第二百二十七条规定，人民法院裁定再审后，案外人属于必要的共同诉讼当事人的，依照本解释第四百二十二条第二款规定处理。

案外人不是必要的共同诉讼当事人的，人民法院仅审理原判决、裁定、调解书对其民事权益造成损害的内容。经审理，再审请求成立的，撤销或者改变原判决、裁定、调解书；再审请求不成立的，维持原判决、裁定、调解书。

**Article 424** Where, in accordance with the provision of Article 227 of the Civil Procedure Law, a people's court issues a ruling to permit retrial, if a nonparty is a party to a necessary joint action under the retrial, the provision of paragraph 2, Article 422 of this Interpretation shall be applied.

If a nonparty is not a party to a necessary joint action under the retrial, the people's court shall only retry the part of the original judgment, ruling, or consent judgment causing damage to the person's rights and interests in civil law. After retrial, if the retrial petition is well-founded, the people's court shall revoke or modify the original judgment, ruling, or consent judgment; or if the retrial petition is unfounded, sustain the original judgment, ruling, or consent judgment.

第四百二十五条 本解释第三百四十条规定适用于审判监督程序。

**Article 425** The provision of Article 340 of this Interpretation shall apply to the trial supervision procedure.

[CLI Code]CLI.3.349767(EN)

第四百二十六条  对小额诉讼案件的判决、裁定，当事人以民事诉讼法第二百条规定的事由向原审人民法院申请再审的，人民法院应当受理。申请再审事由成立的，应当裁定再审，组成合议庭进行审理。作出的再审判决、裁定，当事人不得上诉。

当事人以不应按小额诉讼案件审理为由向原审人民法院申请再审的，人民法院应当受理。理由成立的，应当裁定再审，组成合议庭审理。作出的再审判决、裁定，当事人可以上诉。

**Article 426** Where, against a judgment or ruling for a small claims case, a party files a petition for retrial with the original trial people's court for a cause as set out in Article 200 of the Civil Procedure Law, the people's court shall accept the petition. If the cause of the petition for retrial is well-founded, the people's court shall issue a ruling to permit retrial, and form a collegial bench to retry the case. No party may appeal a judgment or ruling issued upon such retrial.

Where a party files a petition for retrial with the original trial people's court on the ground that the case should not be tried as a small claims case, the people's court shall accept the petition. If the ground is well-founded, the people's court shall issue a ruling to permit retrial, and form a collegial bench to retry the case. A party may appeal a judgment or ruling issued upon such retrial.

十九、督促程序

**XIX**. Procedure for Urging Debt Repayment

第四百二十七条  两个以上人民法院都有管辖权的，债权人可以向其中一个基层人民法院申请支付令。

债权人向两个以上有管辖权的基层人民法院申请支付令的，由最先立案的人民法院管辖。

**Article 427** Where there are two or more people's courts having jurisdiction, a creditor may apply to one of the basic people's courts for issuance of an order for payment.

Where a creditor applies to two or more basic people's courts having jurisdiction for issuance of an order for payment, the people's court that first dockets the case shall exercise jurisdiction over the case.

第四百二十八条  人民法院收到债权人的支付令申请书后，认为申请书不符合要求的，可以通知债权人限期补正。人民法院应当自收到补正材料之日起五日内通知债权人是否受理。

[CLI Code]CLI.3.349767(EN)

**Article 428** Where, after receiving a written application of a creditor for issuance of an order for payment, a people's court considers that the written application does not satisfy the prescribed requirements, it may notify the creditor of supplementing or correcting the application during a specified period. Within five days of receipt of all supplements and corrections, the people's court shall notify the creditor whether or not the application is accepted.

第四百二十九条　债权人申请支付令，符合下列条件的，基层人民法院应当受理，并在收到支付令申请书后五日内通知债权人：

**Article 429** A basic people's court shall accept an application of a creditor for issuance of an order for payment if the following conditions are satisfied, and notify the creditor within five days of receipt of the written application:

（一）请求给付金钱或者汇票、本票、支票、股票、债券、国库券、可转让的存款单等有价证券；

(1) The creditor requests payment of money or a draft, a promissory note, a check, stock, bonds, treasury bonds, a transferrable certificate of deposit, or any other negotiable securities.

（二）请求给付的金钱或者有价证券已到期且数额确定，并写明了请求所根据的事实、证据；

(2) The alleged obligation to pay money or negotiable securities, the amount of which is definite, is due, and the application states the facts and evidence based on which the request is made.

（三）债权人没有对待给付义务；

(3) The creditor has no obligation to provide equivalent consideration.

（四）债务人在我国境内且未下落不明；

(4) The debtor is located within China, and the debtor's whereabouts is not unknown.

（五）支付令能够送达债务人；

(5) The order for payment can be served on the debtor.

（六）收到申请书的人民法院有管辖权；

(6) The people's court receiving the written application has jurisdiction.

（七）债权人未向人民法院申请诉前保全。

(7) The creditor has not applied to a people's court for preservation before instituting an action.

不符合前款规定的，人民法院应当在收到支付令申请书后五日内通知债权人不予受理。

基层人民法院受理申请支付令案件，不受债权金额的限制。

If the provision of the preceding paragraph is not complied with, the people's court shall, within five days of receipt of a written application for issuance of an order for payment, notify the creditor of its rejection of the application.

A basic people's court's acceptance of an application for issuance of an order for payment shall not be limited by the amount of debts.

第四百三十条　人民法院受理申请后，由审判员一人进行审查。经审查，有下列情形之一的，裁定驳回申请：

**Article 430** After an application is accepted by a people's court, a sole judge shall examine the application. If any of the following circumstances is discovered upon examination, the people's court shall dismiss the application:

（一）申请人不具备当事人资格的；

(1) The applicant is not eligible as a party to the procedure.

（二）给付金钱或者有价证券的证明文件没有约定逾期给付利息或者违约金、赔偿金，债权人坚持要求给付利息或者违约金、赔偿金的；

(2) In the evidentiary document on an obligation to pay money or negotiable securities, there is no agreement on payment of late interest, liquidated damages, or compensation for overdue

payment, and the creditor insists that such late interest, liquidated damages, or compensation be paid.

（三）要求给付的金钱或者有价证券属于违法所得的；

(3) The alleged money or negotiable securities to be paid are illegal income.

（四）要求给付的金钱或者有价证券尚未到期或者数额不确定的。

人民法院受理支付令申请后，发现不符合本解释规定的受理条件的，应当在受理之日起十五日内裁定驳回申请。

(4) The alleged obligation to pay money or negotiable securities is not due or the amount of such money or negotiable securities is not definite.

If the people's court discovers that the conditions for accepting an application for issuance of an order for payment as set out in this Interpretation are not satisfied after accepting the application, it shall issue a ruling to dismiss the application within 15 days of acceptance of the application.

第四百三十一条　向债务人本人送达支付令，债务人拒绝接收的，人民法院可以留置送达。

**Article 431** Where a debtor refuses to receive an order for payment to be served directly on the debtor, a people's court may serve the order on the debtor by leaving the order at the place of the debtor.

第四百三十二条　有下列情形之一的，人民法院应当裁定终结督促程序，已发出支付令的，支付令自行失效：

**Article 432** Under any of the following circumstances, a people's court shall issue a ruling to terminate a procedure for urging debt repayment, and if an order for payment has been issued, the order shall be invalidated automatically:

（一）人民法院受理支付令申请后，债权人就同一债权债务关系又提起诉讼的；

(1) After a people's court accepts an application for issuance of an order for payment, the creditor institutes an action for the same creditor-debtor relationship.

（二）人民法院发出支付令之日起三十日内无法送达债务人的；

(2) An order for payment cannot be served on the debtor within 30 days of issuance of the order by a people's court.

（三）债务人收到支付令前，债权人撤回申请的。

(3) The creditor withdraws its application before the debtor receives an order for payment.

第四百三十三条　债务人在收到支付令后，未在法定期间提出书面异议，而向其他人民法院起诉的，不影响支付令的效力。

债务人超过法定期间提出异议的，视为未提出异议。

**Article 433** Where, after receiving an order for payment, a debtor institutes an action in another people's court, instead of filing a written objection during the statutory period, the validity of the order for payment shall not be affected.

A debtor that raises an objection beyond the statutory period is deemed to have failed to raise an objection.

第四百三十四条　债权人基于同一债权债务关系，在同一支付令申请中向债务人提出多项支付请求，债务人仅就其中一项或者几项请求提出异议的，不影响其他各项请求的效力。

**Article 434** Where a creditor includes two or more payment claims against a debtor in one application for issuance of an order for payment based on the same creditor-debtor relationship, if the debtor raises an objection to only one or more of such claims, the validity of the order regarding the other claims shall not be affected.

第四百三十五条　债权人基于同一债权债务关系，就可分之债向多个债务人提出支付请求，多个债务人中的一人或者几人提出异议的，不影响其他请求的效力。

**Article 435** Where a creditor's payment claims in an application for issuance of an order for payment are against two or more debtors based on the same creditor-debtor relationship involving

a dividable debt, if one or more of the debtors raise objections, the validity of the order regarding the other claims shall not be affected.

第四百三十六条　对设有担保的债务的主债务人发出的支付令，对担保人没有拘束力。

债权人就担保关系单独提起诉讼的，支付令自人民法院受理案件之日起失效。

**Article 436** An order for payment issued to the principal debtor of a secured debt shall not be binding upon the party providing security.

If the creditor institutes a separate action regarding the security, the order for payment shall be invalidated from the day when the action is accepted by the people's court.

第四百三十七条　经形式审查，债务人提出的书面异议有下列情形之一的，应当认定异议成立，裁定终结督促程序，支付令自行失效：

**Article 437** Where, upon pro forma examination, a written objection raised by a debtor is found to fall under any of the following circumstances, the objection shall be supported, a ruling shall be issued to terminate the procedure for urging debt repayment, and the order for payment shall be invalidated automatically:

（一）本解释规定的不予受理申请情形的；

(1) The creditor's application shall be rejected as prescribed in this Interpretation.

（二）本解释规定的裁定驳回申请情形的；

(2) The creditor's application shall be dismissed by a ruling as prescribed in this Interpretation.

（三）本解释规定的应当裁定终结督促程序情形的；

(3) The procedure for urging debt repayment shall be terminated by a ruling as prescribed in this Interpretation.

（四）人民法院对是否符合发出支付令条件产生合理怀疑的。

Saved on: 07/11/2026

[CLI Code]CLI.3.349767(EN)

(4) The people's court has any reasonable doubt on the satisfaction of the conditions for issuance of an order for payment.

第四百三十八条　债务人对债务本身没有异议，只是提出缺乏清偿能力、延缓债务清偿期限、变更债务清偿方式等异议的，不影响支付令的效力。

人民法院经审查认为异议不成立的，裁定驳回。

**Article 438** Where a debtor's objection is raised regarding the insolvency of the debtor, extension of the period of debt repayment, or modification of methods for debt repayment, among others, instead of the debt itself, the validity of the order for payment shall not be affected.

债务人的口头异议无效。

If a people's court considers an objection unfounded after examination, it shall issue a ruling to dismiss the objection.

An objection raised verbally by a debtor shall be void.

第四百三十九条　人民法院作出终结督促程序或者驳回异议裁定前，债务人请求撤回异议的，应当裁定准许。

债务人对撤回异议反悔的，人民法院不予支持。

**Article 439** Where, before a people's court issues a ruling to terminate the procedure for urging debt repayment or dismiss an objection, the debtor raising the objection requests withdrawal of the objection, the people's court shall issue a ruling to allow the withdrawal.

If the debtor regrets after withdrawing the objection, the people's court shall not support the objection.

第四百四十条　支付令失效后，申请支付令的一方当事人不同意提起诉讼的，应当自收到终结督促程序裁定之日起七日内向受理申请的人民法院提出。

申请支付令的一方当事人不同意提起诉讼的，不影响其向其他有管辖权的人民法院提起诉讼。

**Article 440** Where, after an order for payment is invalidated, the party as the applicant for the

[CLI Code]CLI.3.349767(EN)

order disagrees to institute an action, the party shall indicate, within seven days of receipt of a ruling to terminate the procedure for urging debt repayment, such disagreement to the people's court accepting the application.

Such disagreement shall not affect the right of the party to institute an action in another people's court having jurisdiction.

第四百四十一条    支付令失效后，申请支付令的一方当事人自收到终结督促程序裁定之日起七日内未向受理申请的人民法院表明不同意提起诉讼的，视为向受理申请的人民法院起诉。

债权人提出支付令申请的时间，即为向人民法院起诉的时间。

**Article 441** Where, after an order for payment is invalidated, the party as the applicant for the order fails to indicate, within seven days of receipt of a ruling to terminate the procedure for urging debt repayment, its disagreement to institute an action to the people's court accepting the application, the party is deemed to have instituted an action in the people's court accepting the application.

The time of filing an application by a creditor for issuance of an order for payment shall be the time of instituting an action by the creditor in the people's court.

第四百四十二条    债权人向人民法院申请执行支付令的期间，适用民事诉讼法第二百三十九条的规定。

**Article 442** The period for a creditor to apply to a people's court for execution of an order for payment shall be governed by the provisions of Article 239 of the Civil Procedure Law.

第四百四十三条    人民法院院长发现本院已经发生法律效力的支付令确有错误，认为需要撤销的，应当提交本院审判委员会讨论决定后，裁定撤销支付令，驳回债权人的申请。

**Article 443** Where the president of a people's court discovers that any effective order for payment issued by the court is erroneous and considers it necessary to revoke the order, the people's court shall, after the case is deliberated and decided by the adjudication committee of the court, issue a ruling to revoke the order and dismiss the application of the creditor.

二十、公示催告程序

XX. Procedure for Announcement to Urge Declaration of Claims

第四百四十四条　民事诉讼法第二百一十八条规定的票据持有人，是指票据被盗、遗失或者灭失前的最后持有人。

**Article 444** As mentioned in Article 218 of the Civil Procedure Law, "holder of an instrument" means the last holder of a negotiable instrument before it is stolen, lost, or extinguished.

第四百四十五条　人民法院收到公示催告的申请后，应当立即审查，并决定是否受理。经审查认为符合受理条件的，通知予以受理，并同时通知支付人停止支付；认为不符合受理条件的，七日内裁定驳回申请。

**Article 445** A people's court shall examine and decide whether to accept an application for issuance of an announcement to urge declaration of claims immediately after receiving the application. If the people's court considers that the conditions for accepting the application are satisfied after examination, it shall notify the applicant of its acceptance of the application and, at the same time, notify the drawee of stopping payment; or if the people's court considers that the conditions are not satisfied, it shall dismiss the application by a ruling within seven days.

第四百四十六条　因票据丧失，申请公示催告的，人民法院应结合票据存根、丧失票据的复印件、出票人关于签发票据的证明、申请人合法取得票据的证明、银行挂失止付通知书、报案证明等证据，决定是否受理。

**Article 446** Where an application for issuance of an announcement to urge declaration of claims is filed because the holder of an instrument is no longer in possession of the instrument, the people's court shall decide whether to accept the application based on the stub of the instrument, a photocopy of the instrument, a certificate from the issuer on issuing the instrument, a certificate on the applicant's legal obtainment of the instrument, a bank advice on loss registration and stop of payment, proof of filing a police report, and other evidence.

第四百四十七条　人民法院依照民事诉讼法第二百一十九条规定发出的受理申请的公告，应当写明下列内容：

**Article 447** The announcement of accepting an application issued by a people's court in

accordance with the provision of Article 219 of the Civil Procedure Law shall state:

（一）公示催告申请人的姓名或者名称；

(1) the applicant's name;

（二）票据的种类、号码、票面金额、出票人、背书人、持票人、付款期限等事项以及其他可以申请公示催告的权利凭证的种类、号码、权利范围、权利人、义务人、行权日期等事项；

(2) the instrument's type, number, face value, issuer, endorser, holder, and payment period, among others, or the type, number, scope of right, obligee, and obligor, among others, of any other certificate of right for which an application for issuance of an announcement to urge declaration of claims may be filed;

（三）申报权利的期间；

(3) period of declaration of claims; and

（四）在公示催告期间转让票据等权利凭证，利害关系人不申报的法律后果。

(4) legal consequences of an interested party's failure to declare claims in case of transfer of an instrument or any other certificate of right during the period of declaration of claims as determined in the announcement.

第四百四十八条　公告应当在有关报纸或者其他媒体上刊登，并于同日公布于人民法院公告栏内。人民法院所在地有证券交易所的，还应当同日在该交易所公布。

Article 448 The announcement shall be published in a relevant newspaper or any other media and, on the same day, be posted on the bulletin board of the people's court. If a securities exchange is located at the place of the people's court, the announcement shall be also published on the same day on the securities exchange.

第四百四十九条　公告期间不得少于六十日，且公示催告期间届满日不得早于票据付款日后十五日。

[CLI Code]CLI.3.349767(EN)

**Article 449** The period of declaration of claims as determined in the announcement shall not be less than 60 days, and the expiration date of the period shall not be earlier than the 15th day after the date of payment of the instrument.

第四百五十条　在申报期届满后、判决作出之前，利害关系人申报权利的，应当适用民事诉讼法第二百二十一条第二款、第三款规定处理。

**Article 450** Where an interested party declares claims after the declaration period expires but before a judgment is entered, the provisions of paragraphs 2 and 3, Article 221 of the Civil Procedure Law shall be applied.

第四百五十一条　利害关系人申报权利，人民法院应当通知其向法院出示票据，并通知公示催告申请人在指定的期间查看该票据。公示催告申请人申请公示催告的票据与利害关系人出示的票据不一致的，应当裁定驳回利害关系人的申报。

**Article 451** Where an interested party declares claims, the people's court shall notify the interested party of presenting the negotiable instrument to the court and notify the applicant of examining the instrument during a specified period. If the instrument alleged by the applicant is different from the instrument presented by the interested party, a ruling shall be issued to dismiss the claims declared by the interested party.

第四百五十二条　在申报权利的期间无人申报权利，或者申报被驳回的，申请人应当自公示催告期间届满之日起一个月内申请作出判决。逾期不申请判决的，终结公示催告程序。

裁定终结公示催告程序的，应当通知申请人和支付人。

**Article 452** Where no claim is declared during the declaration period or the claims declared are dismissed, the applicant shall, within one month of the expiration of the period, apply for a judgment. If the applicant fails to do so, the procedure for announcement to urge declaration of claims shall be terminated.

If a ruling is issued to terminate the procedure, the applicant and the drawee shall be notified of the termination.

Saved on: 07/11/2026

第四百五十三条　判决公告之日起，公示催告申请人有权依据判决向付款人请求付款。

付款人拒绝付款，申请人向人民法院起诉，符合民事诉讼法第一百一十九条规定的起诉条件的，人民法院应予受理。

**Article 453** From the date of announcement of a judgment, the applicant shall have the right to require payment from the drawee according to the judgment.

Where the applicant institutes an action in a people's court because the drawee refuses to pay, if the conditions for instituting an action as set out in Article 119 of the Civil Procedure Law are satisfied, the people's court shall accept the case.

第四百五十四条　适用公示催告程序审理案件，可由审判员一人独任审理；判决宣告票据无效的，应当组成合议庭审理。

**Article 454** A case under the procedure for announcement to urge declaration of claims may be tried by a sole judge; however, if an instrument is to be invalidated by a judgment, a collegial bench shall be formed to try the case.

第四百五十五条　公示催告申请人撤回申请，应在公示催告前提出；公示催告期间申请撤回的，人民法院可以径行裁定终结公示催告程序。

**Article 455** To withdraw an application, the applicant shall do so before the court issues an announcement to urge declaration of claims; and if an application is withdrawn during the declaration period, the people's court may directly issue a ruling to terminate the procedure.

第四百五十六条　人民法院依照民事诉讼法第二百二十条规定通知支付人停止支付，应当符合有关财产保全的规定。支付人收到停止支付通知后拒不止付的，除可依照民事诉讼法第一百一十一条、第一百一十四条规定采取强制措施外，在判决后，支付人仍应承担付款义务。

**Article 456** A people's court shall comply with the provisions on property preservation when notifying a drawee of stopping payment in accordance with the provision of Article 220 of the Civil Procedure Law. Where a drawee refuses to stop payment after receiving a notice of stopping payment, in addition to the compulsory measures taken in accordance with the provisions of

Articles 111 and 114 of the Civil Procedure Law, the drawee shall continue to have the obligation to pay after a judgment is entered.

第四百五十七条　人民法院依照民事诉讼法第二百二十一条规定终结公示催告程序后，公示催告申请人或者申报人向人民法院提起诉讼，因票据权利纠纷提起的，由票据支付地或者被告住所地人民法院管辖；因非票据权利纠纷提起的，由被告住所地人民法院管辖。

**Article 457** Where, after a people's court terminates the procedure for announcement to urge declaration of claims in accordance with the provision of Article 221 of the Civil Procedure Law, the applicant or an interested party declaring claims institutes an action in a people's court, if the action is for dispute over rights under an instrument, the people's court at the place of payment of the instrument or the place of domicile of the defendant shall have jurisdiction over the case; or if the action is not for dispute over rights under an instrument, the people's court at the place of domicile of the defendant shall have jurisdiction over the case.

第四百五十八条　依照民事诉讼法第二百二十一条规定制作的终结公示催告程序的裁定书，由审判员、书记员署名，加盖人民法院印章。

**Article 458** A written ruling to terminate the procedure for announcement to urge declaration of claims as made in accordance with the provision of Article 221 of the Civil Procedure Law shall be signed by the judge(s) and clerk, and the seal of the people's court shall also be affixed to the written ruling.

第四百五十九条　依照民事诉讼法第二百二十三条的规定，利害关系人向人民法院起诉的，人民法院可按票据纠纷适用普通程序审理。

**Article 459** Where an interested party institutes an action in a people's court in accordance with the provision of Article 223 of the Civil Procedure Law, the people's court may try the case under the formal procedure as a case involving a dispute over a negotiable instrument.

第四百六十条　民事诉讼法第二百二十三条规定的正当理由，包括：

**Article 460** "Justifiable reasons" as mentioned in Article 223 of the Civil Procedure Law shall

include the following reasons:

（一）因发生意外事件或者不可抗力致使利害关系人无法知道公告事实的；

(1) An interested party is unable to know the fact of an announcement for the occurrence of an accident or for a force majeure.

（二）利害关系人因被限制人身自由而无法知道公告事实，或者虽然知道公告事实，但无法自己或者委托他人代为申报权利的；

(2) An interested party is unable to know the fact of an announcement because his or her personal freedom is restricted, or an interested party knows the fact of an announcement but is unable to declare claims personally or through an agent.

（三）不属于法定申请公示催告情形的；

(3) It is not a statutory circumstance under which an application for issuance of an announcement to urge declaration of claims may be filed.

（四）未予公告或者未按法定方式公告的；

(4) No announcement is issued or an announcement is not issued in a statutory manner.

（五）其他导致利害关系人在判决作出前未能向人民法院申报权利的客观事由。

(5) Any other fact causing an interested party's failure to declare claims to the people's court before a judgment is entered.

第四百六十一条　根据民事诉讼法第二百二十三条的规定，利害关系人请求人民法院撤销除权判决的，应当将申请人列为被告。

利害关系人仅诉请确认其为合法持票人的，人民法院应当在裁判文书中写明，确认利害关系人为票据权利人的判决作出后，除权判决即被撤销。

**Article 461** Where, in accordance with the provision of Article 223 of the Civil Procedure Law, an

interested party requests a people's court to revoke a judgment that invalidates an instrument, the applicant shall be listed as the defendant.

Where an interested party institutes an action only to confirm that the interested party is the lawful holder, the people's court shall state in its adjudicative document that the judgment that invalidates an instrument is revoked immediately after the judgment to confirm the interested party as the holder of the instrument is made.

二十一、执行程序

XXI. Execution Procedure

第四百六十二条　发生法律效力的实现担保物权裁定、确认调解协议裁定、支付令，由作出裁定、支付令的人民法院或者与其同级的被执行财产所在地的人民法院执行。

认定财产无主的判决，由作出判决的人民法院将无主财产收归国家或者集体所有。

Article 462 An effective ruling on the realization of a security interest, ruling on the confirmation of a mediation agreement, or an order for payment shall be enforced by the people's court that renders the ruling or order for payment or the same-level people's court at the place where the property subject to execution is located.

The people's court that enters a judgment to determine that the property is unclaimed property shall rule that the property is owned by the state or a collective.

第四百六十三条　当事人申请人民法院执行的生效法律文书应当具备下列条件：

Article 463 An effective legal instrument to be enforced by the people's court upon the application of a party shall meet the following conditions:

（一）权利义务主体明确；

(1) The subjects of rights and obligations are definite.

（二）给付内容明确。

法律文书确定继续履行合同的，应当明确继续履行的具体内容。

(2) The content involving the payment is specific.

Where the continual fulfillment of a contract is determined in the legal document, the specific content to be continually fulfilled shall be specified.

第四百六十四条　根据民事诉讼法第二百二十七条规定，案外人对执行标的提出异议的，应当在该执行标的执行程序终结前提出。

**Article 464** In accordance with Article 227 of the Civil Procedure Law, where a person that is not a party to the case raises an objection regarding the subject matter of execution, the person shall do so before the termination of procedure for the execution of the subject matter.

第四百六十五条　案外人对执行标的提出的异议，经审查，按照下列情形分别处理：

**Article 465** An objection filed by the person that is not a party to the case shall be handled according to the following circumstances respectively upon examination:

（一）案外人对执行标的不享有足以排除强制执行的权益的，裁定驳回其异议；

(1) Where the person that is not a party to the case does not have the rights and interests that are sufficient to prevent enforcement, the court shall rule to reject the person's objection.

（二）案外人对执行标的享有足以排除强制执行的权益的，裁定中止执行。

驳回案外人执行异议裁定送达案外人之日起十五日内，人民法院不得对执行标的进行处分。

(2) Where the person that is not a party to the case has the rights and interests that are sufficient to prevent enforcement, the court shall render a ruling to suspend execution.

Within 15 days after the ruling to reject the objection to execution filed by the person that is not a party to the case is served upon the person, the people's court shall not dispose of the subject matter of execution.

第四百六十六条　申请执行人与被执行人达成和解协议后请求中止执行或者撤回执行申请的，人民法院可以裁定中止执行或者终结执行。

**Article 466** Where the execution applicant and the judgment debtor, after reaching a settlement agreement, request the suspension of execution or withdraws the application for execution, the people's court may render a ruling to suspend execution or terminate execution.

第四百六十七条　一方当事人不履行或者不完全履行在执行中双方自愿达成的和解协议，对方当事人申请执行原生效法律文书的，人民法院应当恢复执行，但和解协议已履行的部分应当扣除。和解协议已经履行完毕的，人民法院不予恢复执行。

**Article 467** Where one party fails to perform or completely perform the settlement agreement reached out of free will of both parties in execution, if the other party applies for enforcing the original effective legal document, the people's court shall resume the execution of the original effective legal document; however, the part of settlement agreement which has been performed shall be excluded. If the settlement agreement has been completely performed, the people's court will not resume the execution of the original effective legal document.

第四百六十八条　申请恢复执行原生效法律文书，适用民事诉讼法第二百三十九条申请执行期间的规定。申请执行期间因达成执行中的和解协议而中断，其期间自和解协议约定履行期限的最后一日起重新计算。

**Article 468** The time limit for an application for resuming the execution of an original effective legal document shall be governed by the provisions on the time limit for applying for execution as prescribed in Article 239 of the Civil Procedure Law. If the time limit for applying for execution is suspended due to the settlement agreement reached during execution, it shall be recalculated from the last day of the time limit for execution as agreed upon in the settlement agreement.

第四百六十九条　人民法院依照民事诉讼法第二百三十一条规定决定暂缓执行的，如果担保是有期限的，暂缓执行的期限应当与担保期限一致，但最长不得超过一年。被执行人或者担保人对担保的财产在暂缓执行期间有转移、隐藏、变卖、毁损等行为的，人民法院可以恢复强制执行。

**Article 469** Where the people's court decides to suspend execution in accordance with the

Saved on: 07/11/2026

provision of Article 231 of the Civil Procedure Law, if the security is provided with a deadline, the deadline of the suspension of execution shall be consistent with the deadline of security with the maximum of one year. If the judgment debtor or the security provider transfers, conceals, sells or destroys, among others, the property for security during the period of suspension of execution, the people's court may resume enforcement.

第四百七十条　根据民事诉讼法第二百三十一条规定向人民法院提供执行担保的，可以由被执行人或者他人提供财产担保，也可以由他人提供保证。担保人应当具有代为履行或者代为承担赔偿责任的能力。

他人提供执行保证的，应当向执行法院出具保证书，并将保证书副本送交申请执行人。被执行人或者他人提供财产担保的，应当参照民法典的有关规定办理相应手续。

**Article 470** Where any security for execution is provided to the people's court in accordance with Article 231 of the Civil Procedure Law, the judgment debtor or any other person may provide property as security or any other person may provide suretyship. The security provider shall have the ability to perform or assume compensatory liability in lieu of the judgment debtor.

Where any other person provides suretyship for execution, the person shall issue a letter of suretyship to the execution court, and serve a copy of the letter of suretyship on the execution applicant. Where the judgment debtor or any other person provides property as security, the corresponding formalities shall be undergone mutatis mutandis in accordance with the relevant provisions of the Civil Code.

第四百七十一条　被执行人在人民法院决定暂缓执行的期限届满后仍不履行义务的，人民法院可以直接执行担保财产，或者裁定执行担保人的财产，但执行担保人的财产以担保人应当履行义务部分的财产为限。

**Article 471** Where the judgment debtor still fails to perform any obligation thereof after expiration of the term for suspension of execution decided by the people's court, the people's court may directly conduct execution against the property posted as security or rule to enforce the property of the security provider; however, the execution of the security provider's property shall be limited to the part for the performance of obligation.

第四百七十二条　依照民事诉讼法第二百三十二条规定，执行中作为被执行人的法人或者其他组织分立、合并的，人民法院可以裁定变更后的法人或者其他组织为被执行人；被注销的，如果依照有关实体法的规定有权利义务承受人的，可以裁定该权利义务承受人为被执行人。

[CLI Code]CLI.3.349767(EN)

**Article 472** Where the legal person or any other organization as the judgment debtor is split off or merged during execution in accordance with the provision of Article 232 of the Civil Procedure Law, the people's court may render a ruling that the modified legal person or any other organization is the judgment debtor. If it is deregistered, and there is any successor of rights and obligations according to the relevant substantive law, the people's court may render a ruling that the said successor of rights and obligations is the judgment debtor.

第四百七十三条　其他组织在执行中不能履行法律文书确定的义务的，人民法院可以裁定执行对该其他组织依法承担义务的法人或者公民个人的财产。

**Article 473** Where, during execution, any other organization fails to perform an obligation determined in the legal document, the people's court may render a ruling to conduct execution against the property of any legal person or citizen that assumes the obligation for the said organization in accordance with law.

第四百七十四条　在执行中，作为被执行人的法人或者其他组织名称变更的，人民法院可以裁定变更后的法人或者其他组织为被执行人。

**Article 474** Where, during execution, the legal person or any other organization as the judgment debtor modifies its name, the people's court may render a ruling that the modified legal person or organization is the judgment debtor.

第四百七十五条　作为被执行人的公民死亡，其遗产继承人没有放弃继承的，人民法院可以裁定变更被执行人，由该继承人在遗产的范围内偿还债务。继承人放弃继承的，人民法院可以直接执行被执行人的遗产。

**Article 475** Where a citizen as the judgment debtor dies and his or her inheritor has not waived inheritance, the people's court may render a ruling to modify the judgment debtor, and the said inheritor shall pay off debts within the scope of legacy. If the inheritor has waived the right of inheritance, the people's court may directly enforce the legacy of the judgment debtor.

第四百七十六条　法律规定由人民法院执行的其他法律文书执行完毕后，该法律文书被有关机关或者组织依法撤销的，经当事人申请，适用民事诉讼法第二百三十三条规定。

[CLI Code]CLI.3.349767(EN)

**Article 476** Where, after any other legal document has been completely enforced by the people's court as prescribed by law, the said legal document is revoked by the relevant authority or organization in accordance with law, upon application of a party, Article 233 of the Civil Procedure Law shall apply.

第四百七十七条　仲裁机构裁决的事项，部分有民事诉讼法第二百三十七条第二款、第三款规定情形的，人民法院应当裁定对该部分不予执行。

应当不予执行部分与其他部分不可分的，人民法院应当裁定不予执行仲裁裁决。

**Article 477** Where the matters being arbitrated by an arbitral institution partly fall under the circumstances as set forth in paragraphs 2 and 3, Article 237 of the Civil Procedure Law, the people's court shall render a ruling not to enforce the part of matters.

Where the part of matters that shall not be enforced are inseparable with other parts, the people's court shall render a ruling not to enforce the arbitration award.

第四百七十八条　依照民事诉讼法第二百三十七条第二款、第三款规定，人民法院裁定不予执行仲裁裁决后，当事人对该裁定提出执行异议或者复议的，人民法院不予受理。当事人可以就该民事纠纷重新达成书面仲裁协议申请仲裁，也可以向人民法院起诉。

**Article 478** Where, after the people's court issues a ruling not to enforce an arbitration award in accordance with the provisions of paragraphs 2 and 3, Article 237 of the Civil Procedure Law, a party raises an objection to or applies for reconsideration of the ruling, the people's court shall not accept it. The parties may either reach a new written arbitration agreement on the civil dispute and then apply for arbitration, or may institute an action in the people's court.

第四百七十九条　在执行中，被执行人通过仲裁程序将人民法院查封、扣押、冻结的财产确权或者分割给案外人的，不影响人民法院执行程序的进行。

案外人不服的，可以根据民事诉讼法第二百二十七条规定提出异议。

**Article 479** Where, during execution, the judgment debtor confirms the right of a person that is not a party to the case to any property already seized, impounded or frozen by the people's court or

divides and distributes such property to the person that is not a party to the case under the arbitration procedure, the proceeding of the execution procedure of the people's court shall not be affected.

The person that is not a party to the case may file an objection in accordance with the provision of Article 227 of the Civil Procedure Law.

第四百八十条 有下列情形之一的，可以认定为民事诉讼法第二百三十八条第二款规定的公证债权文书确有错误：

**Article 480** Under any of the following circumstances, the notarized debt instrument as set forth in paragraph 2, Article 238 of the Civil Procedure Law may be determined as truly erroneous:

（一）公证债权文书属于不得赋予强制执行效力的债权文书的；

(1) The notarized debt instrument falls under debt instruments without enforceability.

（二）被执行人一方未亲自或者未委托代理人到场公证等严重违反法律规定的公证程序的；

(2) The judgment debtor fails to notarize on site or retain a representative to do so, or otherwise seriously violates notarization procedures prescribed by laws.

（三）公证债权文书的内容与事实不符或者违反法律强制性规定的；

(3) The content of the notarized debt instrument is inconsistent with facts or violates any compulsory provision of laws.

（四）公证债权文书未载明被执行人不履行义务或者不完全履行义务时同意接受强制执行的。

人民法院认定执行该公证债权文书违背社会公共利益的，裁定不予执行。
(4) The notarized debt instrument fails to indicate that the judgment debtor agrees to accept enforcement when the person fails to perform or completely perform the obligation.

公证债权文书被裁定不予执行后，当事人、公证事项的利害关系人可以就债权争议提起诉讼。

Saved on: 07/11/2026

Where a people's court determines that the execution of the notarized debt instrument is contrary to the public interest, the people's court shall render a ruling not to enforce the instrument.

Where a notarized debt instrument is not enforced according to a ruling of a people's court, the parties and the interest parties to the notarization may institute an action on the dispute over creditor's rights.

第四百八十一条　当事人请求不予执行仲裁裁决或者公证债权文书的，应当在执行终结前向执行法院提出。

**Article 481** Where a party requests the non-execution of an arbitration award or a notarized debt instrument, the party shall file the request with the execution court before the termination of execution.

第四百八十二条　人民法院应当在收到申请执行书或者移交执行书后十日内发出执行通知。

执行通知中除应责令被执行人履行法律文书确定的义务外，还应通知其承担民事诉讼法第二百五十三条规定的迟延履行利息或者迟延履行金。

**Article 482** The people's court shall issue a notice of execution within ten days as of receipt of a written application for execution or a letter of transfer for execution.

In addition to the order to the judgment debtor to perform the obligation determined in the legal document, the notice of execution shall also inform the person to pay the interest or surcharge for delay of performance in accordance with the provision of Article 253 of the Civil Procedure Law.

第四百八十三条　申请执行人超过申请执行时效期间向人民法院申请强制执行的，人民法院应予受理。被执行人对申请执行时效期间提出异议，人民法院经审查异议成立的，裁定不予执行。

被执行人履行全部或者部分义务后，又以不知道申请执行时效期间届满为由请求执行回转的，人民法院不予支持。

**Article 483** Where the execution applicant files an application for enforcement with the people's court beyond the time limitation for applying for execution, the people's court shall accept the application. If the judgment debtor submits an objection against the time limitation for applying for execution, and the people's court holds that the objection is supported upon examination, it shall render a ruling not to enforce the arbitration award.

[CLI Code]CLI.3.349767(EN)

Where the judgment debtor requests the recovery of execution on the ground of not being aware of the time limitation for applying for execution after performing the obligation in whole or in part, the people's court shall not support such a request.

第四百八十四条　对必须接受调查询问的被执行人、被执行人的法定代表人、负责人或者实际控制人，经依法传唤无正当理由拒不到场的，人民法院可以拘传其到场。

人民法院应当及时对被拘传人进行调查询问，调查询问的时间不得超过八小时；情况复杂，依法可能采取拘留措施的，调查询问的时间不得超过二十四小时。

**Article 484** Where the judgment debtor, or the legal representative, person in charge or actual controller of the judgment debtor that must accept investigation and interview refuses to appear before court without any justifiable reason after having been legally summoned, the people's court may compel the appearance thereof.

人民法院在本辖区以外采取拘传措施时，可以将被拘传人拘传到当地人民法院，当地人民法院应予协助。

The people's court shall, in a timely manner, investigate and interview the summoned person for no more than eight hours. If the circumstances are complicated, and detention measure may be taken according to law, the time of investigation and interview shall not exceed 24 hours.

When the people's court compels the appearance of any person out of its jurisdiction, it may compel the appearance of the summoned person at the local people's court, and the local people's court shall provide assistance.

第四百八十五条　人民法院有权查询被执行人的身份信息与财产信息，掌握相关信息的单位和个人必须按照协助执行通知书办理。

**Article 485** The people's court shall have the right to inquire the identity information and property information of the judgment debtor, and the entity and individual that have obtained the relevant information shall handle according to the execution assistance notice.

第四百八十六条　对被执行的财产，人民法院非经查封、扣押、冻结不得处分。对银行存款等各类可以直接扣划的财产，人民法院的扣划裁定同时具有冻结的法律效力。

Saved on: 07/11/2026

**Article 486** The people's court shall not dispose of any property subject to execution that has not been seized, impounded or frozen. For various kinds of property that may be directly deducted such as bank deposits, the deduction ruling of the people's court shall, at the same time, have the legal force of freezing the property.

第四百八十七条　人民法院冻结被执行人的银行存款的期限不得超过一年，查封、扣押动产的期限不得超过两年，查封不动产、冻结其他财产权的期限不得超过三年。

申请执行人申请延长期限的，人民法院应当在查封、扣押、冻结期限届满前办理续行查封、扣押、冻结手续，续行期限不得超过前款规定的期限。

**Article 487** The period for a people's court to freeze the bank deposits of the judgment debtor shall not exceed one year, the period for sealing up or impounding movable property shall not exceed two years, and the period for sealing up real estate or freezing other property rights shall not exceed three years.

人民法院也可以依职权办理续行查封、扣押、冻结手续。

Where the execution applicant applies for the extension of the period, the people's court shall undergo the formalities for extending the period of sealing, impounding or freezing measure prior to the expiration of such a measure, provided that the extended period does not exceed the term prescribed in the preceding paragraph.

The people's court may also undergo the formalities for extending the period of sealing, impounding or freezing measure according to its powers.

第四百八十八条　依照民事诉讼法第二百四十七条规定，人民法院在执行中需要拍卖被执行人财产的，可以由人民法院自行组织拍卖，也可以交由具备相应资质的拍卖机构拍卖。

交拍卖机构拍卖的，人民法院应当对拍卖活动进行监督。

**Article 488** Where, during execution, the people's court needs to auction the property of the judgment debtor in accordance with the provision of Article 247 of the Civil Procedure Law, the people's court may organize the auction by itself, or turn over the property to the auction institution with the corresponding qualification for auction.

[CLI Code]CLI.3.349767(EN)

Where the people's court turns over the property to the auction institution for auction, the people's court shall oversee the auction activities.

第四百八十九条　拍卖评估需要对现场进行检查、勘验的，人民法院应当责令被执行人、协助义务人予以配合。被执行人、协助义务人不予配合的，人民法院可以强制进行。

**Article 489** Where on-site inspection and survey are required for auction assessment, the people's court shall order the judgment debtor and the person obliged to assist to cooperate. If the judgment debtor or the person obliged to assist refuses to cooperate, the people's court may conduct enforcement.

第四百九十条　人民法院在执行中需要变卖被执行人财产的，可以交有关单位变卖，也可以由人民法院直接变卖。

对变卖的财产，人民法院或者其工作人员不得买受。

**Article 490** Where, during execution, the people's court needs to sell off any property of the judgment debtor, it may either deliver the property to a relevant entity for sell-off or directly sell off the property by itself.

For the property to be sold off by a people's court, the people's court or any of its staff shall not buy it.

第四百九十一条　经申请执行人和被执行人同意，且不损害其他债权人合法权益和社会公共利益的，人民法院可以不经拍卖、变卖，直接将被执行人的财产作价交申请执行人抵偿债务。对剩余债务，被执行人应当继续清偿。

**Article 491** Upon consent of the execution applicant and the judgment debtor, if the lawful rights and interests of other creditors and public interest are not impaired, the property of the judgment debtor may be directly converted into money and be delivered to the applicant for payment of debts without auction or sell-off. The judgment debtor shall continue to pay off the remaining debts.

第四百九十二条　被执行人的财产无法拍卖或者变卖的，经申请执行人同意，且不损害其他债权人合法权益和

社会公共利益的，人民法院可以将该项财产作价后交付申请执行人抵偿债务，或者交付申请执行人管理；申请执行人拒绝接收或者管理的，退回被执行人。

**Article 492** Where the property of the judgment debtor cannot be auctioned or sold off, upon consent of the execution applicant, if the lawful rights and interests of other creditors and public interest are not impaired, the people's court may convert the property into money and deliver the property to the applicant for payment of debts or deliver the property to the applicant for administration. If the execution applicant refuses to take or administer the property, the property shall be returned to the judgment debtor.

第四百九十三条　拍卖成交或者依法定程序裁定以物抵债的，标的物所有权自拍卖成交裁定或者抵债裁定送达买受人或者接受抵债物的债权人时转移。

**Article 493** Where an auction is done or a ruling is rendered under statutory procedures to offset debts with property, the title of the subject matter shall be transferred when the ruling of a successful auction or a ruling of offsetting debts with property is served upon the buyer or the creditor that accepts the property for debt offset.

第四百九十四条　执行标的物为特定物的，应当执行原物。原物确已毁损或者灭失的，经双方当事人同意，可以折价赔偿。

双方当事人对折价赔偿不能协商一致的，人民法院应当终结执行程序。申请执行人可以另行起诉。

**Article 494** Where the object of execution is specific, the original object shall be enforced. If the original object has been destroyed or extinguished, compensation may be made by converting the original object into money with the consent of both parties.

Where both parties fail to reach a consensus through negotiation on the converted compensation, the people's court shall terminate the execution procedure. The execution applicant may file a separate lawsuit.

第四百九十五条　他人持有法律文书指定交付的财物或者票证，人民法院依照民事诉讼法第二百四十九条第二款、第三款规定发出协助执行通知后，拒不转交的，可以强制执行，并可依照民事诉讼法第一百一十四条、第一百一十五条规定处理。

他人持有期间财物或者票证毁损、灭失的，参照本解释第四百九十四条规定处理。

**Article 495** Where any other person that holds the property or negotiable instrument to be delivered designated by a legal document fails to deliver the property or instrument after the people's court sent out a notice of assistance in execution in accordance with the provisions of paragraphs 2 and 3, Article 249 of the Civil Procedure Law, the people's court may enforce the delivery of the property or instrument, and handle the situation in accordance with the provisions of Articles 114 and 115 of the Civil Procedure Law.

他人主张合法持有财物或者票证的，可以根据民事诉讼法第二百二十七条规定提出执行异议。

Where the said property or negotiable instrument is destroyed or extinguished when it is held by the other person, Article 494 of this Interpretation may, by reference, apply to the disposal thereof.

Where the other person claims the lawful holding of property or negotiable instrument, the person may raise an objection to execution in accordance with the provision of Article 227 of the Civil Procedure Law.

第四百九十六条　在执行中，被执行人隐匿财产、会计账簿等资料的，人民法院除可依照民事诉讼法第一百一十一条第一款第六项规定对其处理外，还应责令被执行人交出隐匿的财产、会计账簿等资料。被执行人拒不交出的，人民法院可以采取搜查措施。

**Article 496** Where, during execution, the judgment debtor conceals the property, accounting books or any other materials, the people's court may, in addition to punishing the judgment debtor in accordance with the provision of paragraph 1(6), Article 111 of the Civil Procedure Law, order the person to surrender the property, accounting books or other materials concealed. If that person refuses to do so, the people's court may take the search measure.

第四百九十七条　搜查人员应当按规定着装并出示搜查令和工作证件。

**Article 497** The search personnel shall wear clothes as required, and show a search warrant and their work certificates.

第四百九十八条　人民法院搜查时禁止无关人员进入搜查现场；搜查对象是公民的，应当通知被执行人或者他

的成年家属以及基层组织派员到场；搜查对象是法人或者其他组织的，应当通知法定代表人或者主要负责人到场。拒不到场的，不影响搜查。

搜查妇女身体，应当由女执行人员进行。

**Article 498** When a people's court makes search, no irrelevant person may enter the search site. If the object of search is a citizen, the judgment debtor or his or her adult family members as well as the person assigned by a grassroots organization shall be present; if the object of search is a legal person or any other organization, its legal representative or principal person in charge shall be notified to be present. If any of the said persons refuses to be present, the search will not be affected.

The body of a woman shall be searched by female enforcers.

第四百九十九条　搜查中发现应当依法采取查封、扣押措施的财产，依照民事诉讼法第二百四十五条第二款和第二百四十七条规定办理。

**Article 499** Where any property that shall be seized or impounded according to law are discovered in search, they shall be disposed of in accordance with the provisions of paragraph 2, Article 245 and Article 247 of the Civil Procedure Law.

第五百条　搜查应当制作搜查笔录，由搜查人员、被搜查人及其他在场人签名、捺印或者盖章。拒绝签名、捺印或者盖章的，应当记入搜查笔录。

**Article 500** Transcripts of search shall be made for the search, to which the signatures, fingerprints or seals of the search personnel, the person being searched and other persons on the scene shall be affixed. If any of the aforesaid persons refuses to affix his or her signature, fingerprint or seal, it shall be indicated in the transcripts of search.

第五百零一条　人民法院执行被执行人对他人的到期债权，可以作出冻结债权的裁定，并通知该他人向申请执行人履行。

该他人对到期债权有异议，申请执行人请求对异议部分强制执行的，人民法院不予支持。利害关系人对到期债权有异议的，人民法院应当按照民事诉讼法第二百二十七条规定处理。

[CLI Code]CLI.3.349767(EN)

**Article 501** The people's court may render a ruling to freeze the due claim of the judgment debtor against any other person, and notify the other person to perform the claim to the execution applicant.

对生效法律文书确定的到期债权，该他人予以否认的，人民法院不予支持。

Where the other person raises any objection to the due claim and the execution applicant requests the enforcement of the objection part, the people's court shall not support such a request. If an interested party has any objection to the due claim, the people's court shall handle the objection in accordance with the provision of Article 227 of the Civil Procedure Law.

Where the other person denies the due claim determined in a valid legal document, the people's court shall not support it.

第五百零二条　人民法院在执行中需要办理房产证、土地证、林权证、专利证书、商标证书、车船执照等有关财产权证照转移手续的，可以依照民事诉讼法第二百五十一条规定办理。

**Article 502** Where, during execution, a people's court needs to undergo the formalities for transfer of a certificate of title to house property, land certificate, certificate for the ownership of mountain forest, certificate of patent, certificate of trademark, vehicle license or any other certificate of property right, it may undergo the formalities in accordance with the provision of Article 251 of the Civil Procedure Law.

第五百零三条　被执行人不履行生效法律文书确定的行为义务，该义务可由他人完成的，人民法院可以选定代履行人；法律、行政法规对履行该行为义务有资格限制的，应当从有资格的人中选定。必要时，可以通过招标的方式确定代履行人。

申请执行人可以在符合条件的人中推荐代履行人，也可以申请自己代为履行，是否准许，由人民法院决定。

**Article 503** Where the judgment debtor fails to perform an obligatory act determined in an effective legal document, and the obligation may be completed by any other person, the people's court may determine the person that performs on behalf of the judgment debtor; and if any law or administrative regulation restricts the qualification of the person performing this obligatory act, the person that performs on behalf shall be selected from qualified persons. When necessary, the person that performs the obligation on behalf of the judgment debtor may be determined by bid

[CLI Code]CLI.3.349767(EN)

invitation.

The execution applicant may recommend the person that performs the obligation on behalf of the judgment debtor from qualified persons, or may apply to perform the obligation by itself or himself, the people's court shall decide whether to approve the application or not.

第五百零四条　代履行费用的数额由人民法院根据案件具体情况确定，并由被执行人在指定期限内预先支付。被执行人未预付的，人民法院可以对该费用强制执行。

代履行结束后，被执行人可以查阅、复制费用清单以及主要凭证。

**Article 504** The amount of expenses for the performance of obligation on behalf of the judgment debtor shall be determined by the people's court according to the specific case circumstances, and be prepaid by the judgment debtor within the designated time limit. If the judgment debtor fails to make prepayment, the people's court may enforce the payment of the expenses.

After the performance of obligation on behalf of the judgment debtor, the judgment debtor may consult and duplicate the list of expenses and major certificates.

第五百零五条　被执行人不履行法律文书指定的行为，且该项行为只能由被执行人完成的，人民法院可以依照民事诉讼法第一百一十一条第一款第六项规定处理。

被执行人在人民法院确定的履行期间内仍不履行的，人民法院可以依照民事诉讼法第一百一十一条第一款第六项规定再次处理。

**Article 505** Where the judgment debtor fails to perform any conduct designated in a legal document, and such a conduct can only be completed by the judgment debtor, the people's court may handle the situation in accordance with the provision of paragraph 1(6), Article 111 of the Civil Procedure Law.

Where the judgment debtor still fails to perform the conduct within the time limit determined by the people's court, the people's court may handle the situation once again in accordance with the provision of paragraph 1(6), Article 111 of the Civil Procedure Law.

第五百零六条　被执行人迟延履行的，迟延履行期间的利息或者迟延履行金自判决、裁定和其他法律文书指定的履行期间届满之日起计算。

[CLI Code]CLI.3.349767(EN)

**Article 506** Where the judgment debtor delays in performance, the interest or discharge for delay of performance shall be calculated as of the date of expiration of the time limit for performance as designated by the judgment, ruling or any other legal document.

第五百零七条 被执行人未按判决、裁定和其他法律文书指定的期间履行非金钱给付义务的，无论是否已给申请执行人造成损失，都应当支付迟延履行金。已经造成损失的，双倍补偿申请执行人已经受到的损失；没有造成损失的，迟延履行金可以由人民法院根据具体案件情况决定。

**Article 507** Where the judgment debtor fails to perform the non-pecuniary obligation of payment within the time limit designated by the judgment, ruling or any other legal document, no matter whether losses have been caused to the execution applicant or not, the interest for delay of performance shall be paid. If losses have been caused to the execution applicant, compensation shall be made in double of the said losses; and if there is no loss, the surcharge for delay of performance may be decided by the people's court based on the specific case circumstances.

第五百零八条 被执行人为公民或者其他组织，在执行程序开始后，被执行人的其他已经取得执行依据的债权人发现被执行人的财产不能清偿所有债权的，可以向人民法院申请参与分配。

对人民法院查封、扣押、冻结的财产有优先权、担保物权的债权人，可以直接申请参与分配，主张优先受偿权。

**Article 508** Where the judgment debtor is a citizen or any other organization, if other creditors that have obtained the execution grounds find after commencement of the execution procedure that the property of the judgment debtor cannot pay off all the debts, they may apply to the people's court for participating in the distribution of property.

The creditor that has the right of priority and security interest of the property seized, impounded or frozen by the people's court may directly apply for participating in distribution and claim the right of preferred compensation.

第五百零九条 申请参与分配，申请人应当提交申请书。申请书应当写明参与分配和被执行人不能清偿所有债权的事实、理由，并附有执行依据。

参与分配申请应当在执行程序开始后，被执行人的财产执行终结前提出。

**Article 509** To apply for participation in distribution, the applicant shall submit a written application, which shall state the facts and grounds for participating in distribution and the failure of the judgment debtor to pay off all the debts, and attach the grounds for execution.

An application for participation in distribution shall be filed after the commencement of the execution procedure but before the termination of execution of the property owned by the judgment debtor.

第五百一十条　参与分配执行中，执行所得价款扣除执行费用，并清偿应当优先受偿的债权后，对于普通债权，原则上按照其占全部申请参与分配债权数额的比例受偿。清偿后的剩余债务，被执行人应当继续清偿。债权人发现被执行人有其他财产的，可以随时请求人民法院执行。

**Article 510** In execution involving participation in distribution, after execution expenses are deducted from the money obtained from execution and the money is used to pay off priority debts, a common debt shall, in principle, be repaid according to its proportion in the total debts participating in distribution. The judgment debtor shall continue to pay off the remaining debts after aforesaid repayment. If a creditor discovers any other property of the judgment debtor, the creditor may request execution by the people's court at any time.

第五百一十一条　多个债权人对执行财产申请参与分配的，执行法院应当制作财产分配方案，并送达各债权人和被执行人。债权人或者被执行人对分配方案有异议的，应当自收到分配方案之日起十五日内向执行法院提出书面异议。

**Article 511** Where several creditors apply for participating in the distribution of property for execution, the execution court shall develop a property distribution plan and serve it upon all creditors and the judgment debtor. A creditor or the judgment debtor that raises any objection to the distribution plan shall submit a written objection to the execution court within 15 days of receipt of the distribution plan.

第五百一十二条　债权人或者被执行人对分配方案提出书面异议的，执行法院应当通知未提出异议的债权人、被执行人。

未提出异议的债权人、被执行人自收到通知之日起十五日内未提出反对意见的，执行法院依异议人的意见对分配方

案审查修正后进行分配；提出反对意见的，应当通知异议人。异议人可以自收到通知之日起十五日内，以提出反对意见的债权人、被执行人为被告，向执行法院提起诉讼；异议人逾期未提起诉讼的，执行法院按照原分配方案进行分配。

**Article 512** Where any creditor or the judgment debtor files a written objection to the distribution plan, the execution court shall notify non-objecting creditors and the judgment debtor.

诉讼期间进行分配的，执行法院应当提存与争议债权数额相应的款项。

Where none of the non-objecting creditors and the judgment debtor offers any opposing opinion within 15 days as of receipt of the notice, the execution court shall distribute the property after examining and amending the distribution plan according to the opinions of the objector; if any opposing opinion is offered, the execution court shall notify the objector. The objector may institute an action in the execution court against the creditors and the judgment debtor offering opposing opinions within 15 days as of receipt of the notice; if the objector fails to institute an action within the prescribed time limit, the execution court shall distribute the property according to the original distribution plan.

Where the property is distributed during the action, the execution court shall set aside a sum of money equivalent to the disputed creditor's right.

第五百一十三条 在执行中，作为被执行人的企业法人符合企业破产法第二条第一款规定情形的，执行法院经申请执行人之一或者被执行人同意，应当裁定中止对该被执行人的执行，将执行案件相关材料移送被执行人住所地人民法院。

**Article 513** Where, during execution, an enterprise legal person as the judgment debtor falls under any circumstance as set forth in paragraph 1, Article 2 of the Enterprise Bankruptcy Law, the execution court shall, with the consent of one of the applicants for execution or the judgment debtor, render a ruling to suspend the execution against the judgment debtor, and transfer the materials relating to the execution case to the people's court at the place of domicile of the judgment debtor.

第五百一十四条 被执行人住所地人民法院应当自收到执行案件相关材料之日起三十日内，将是否受理破产案件的裁定告知执行法院。不予受理的，应当将相关案件材料退回执行法院。

**Article 514** The people's court at the place of domicile of the judgment debtor shall, within 30 days

as of receipt of the materials relating to the execution case, inform the execution court of the ruling whether or not to accept the bankruptcy case. If the people's court rules not to accept the case, it shall return the relevant case materials to the execution court.

第五百一十五条　被执行人住所地人民法院裁定受理破产案件的，执行法院应当解除对被执行人财产的保全措施。被执行人住所地人民法院裁定宣告被执行人破产的，执行法院应当裁定终结对该被执行人的执行。

被执行人住所地人民法院不受理破产案件的，执行法院应当恢复执行。

**Article 515** Where the people's court at the place of domicile of the judgment debtor issues a ruling to accept a bankruptcy case, the execution court shall lift the measure of preserving the property of the judgment debtor. If the people's court at the place of domicile of the judgment debtor issues a ruling to declare the judgment debtor bankrupt, the execution court shall render a ruling to terminate the execution against the judgment debtor.

Where the people's court at the place of domicile of the judgment debtor does not accept the bankruptcy case, the execution court shall resume the execution.

第五百一十六条　当事人不同意移送破产或者被执行人住所地人民法院不受理破产案件的，执行法院就执行变价所得财产，在扣除执行费用及清偿优先受偿的债权后，对于普通债权，按照财产保全和执行中查封、扣押、冻结财产的先后顺序清偿。

**Article 516** Where a party disapproves the transfer of a bankruptcy case or the people's court at the place of domicile of the judgment debtor does not accept a bankruptcy case, the execution court shall use the property obtained from enforced sale deducting execution expenses and expenses for paying off debts receiving prepayment in priority to pay off common creditor's right according to the sequence of property seized, impounded or frozen in property preservation and execution.

第五百一十七条　债权人根据民事诉讼法第二百五十四条规定请求人民法院继续执行的，不受民事诉讼法第二百三十九条规定申请执行时效期间的限制。

**Article 517** Where a creditor requests continual execution by the people's court in accordance with the provision of Article 254 of the Civil Procedure Law, the creditor shall not be subject to the

[CLI Code]CLI.3.349767(EN)

time limitation for applying for execution as set forth in Article 239 of the Civil Procedure Law.

第五百一十八条　被执行人不履行法律文书确定的义务的，人民法院除对被执行人予以处罚外，还可以根据情节将其纳入失信被执行人名单，将被执行人不履行或者不完全履行义务的信息向其所在单位、征信机构以及其他相关机构通报。

**Article 518** Where the judgment debtor fails to perform the obligation determined in the legal document, the people's court shall, in addition to punishing the judgment debtor, include the judgment debtor in the list of dishonest persons subject to execution according to the actual circumstances, and notify the information on the person's failure to perform or completely perform the obligation to the entity where the person works, the credit investigation agency and other relevant institutions.

第五百一十九条　经过财产调查未发现可供执行的财产，在申请执行人签字确认或者执行法院组成合议庭审查核实并经院长批准后，可以裁定终结本次执行程序。

依照前款规定终结执行后，申请执行人发现被执行人有可供执行财产的，可以再次申请执行。再次申请不受申请执行时效期间的限制。

**Article 519** The people's court may, if it finds no property for execution upon property investigation, render a ruling to terminate this execution procedure after the execution applicant signs for confirmation or upon examination and verification by a collegial bench of the execution court, and the approval of the president.

Where the execution applicant finds that the judgment debtor has any property for execution after execution is terminated according to the provisions of the preceding paragraph, the applicant may reapply for execution. The new application filed shall not be restricted by the time limitation for applying for execution.

第五百二十条　因撤销申请而终结执行后，当事人在民事诉讼法第二百三十九条规定的申请执行时效期间内再次申请执行的，人民法院应当受理。

**Article 520** Where, after execution is terminated due to the revocation of the application, one party files a new application for execution within the time limitation for applying for execution as set



forth in Article 239 of the Civil Procedure Law, the people's court shall accept the application.

第五百二十一条 在执行终结六个月内，被执行人或者其他人对已执行的标的有妨害行为的，人民法院可以依申请排除妨害，并可以依照民事诉讼法第一百一十一条规定进行处罚。因妨害行为给执行债权人或者其他人造成损失的，受害人可以另行起诉。

**Article 521** Where, within six months after the people's court terminates execution, the judgment debtor or any other person impairs the object of execution, the people's court may eliminate the impairment upon application, and may impose on a punishment in accordance with the provision of Article 111 of the Civil Procedure Law. If the impairment has caused any loss to the creditor in execution or any other person, the victim may institute an action separately.

二十二、涉外民事诉讼程序的特别规定

**XXII**. Special Provisions on Foreign-Related Civil Procedures

第五百二十二条 有下列情形之一，人民法院可以认定为涉外民事案件：

**Article 522** Under any of the following circumstances, the people's court may determine a case as a foreign-related civil case:

（一）当事人一方或者双方是外国人、无国籍人、外国企业或者组织的；

(1) Either party or both parties are foreigners, stateless persons, foreign enterprises or organizations.

（二）当事人一方或者双方的经常居所地在中华人民共和国领域外的；

(2) The habitual residence of either party or both parties are located outside the territory of the People's Republic of China.

（三）标的物在中华人民共和国领域外的；

[CLI Code]CLI.3.349767(EN)

(3) The subject matter is outside the territory of the People's Republic of China.

（四）产生、变更或者消灭民事关系的法律事实发生在中华人民共和国领域外的；

(4) The legal fact that leads to the establishment, change or termination of civil relationship occurs outside the territory of the People's Republic of China.

（五）可以认定为涉外民事案件的其他情形。

(5) Any other circumstance under which a case may be determined as a foreign-related civil case.

第五百二十三条　外国人参加诉讼，应当向人民法院提交护照等用以证明自己身份的证件。

外国企业或者组织参加诉讼，向人民法院提交的身份证明文件，应当经所在国公证机关公证，并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续。

**Article 523** A foreign national that participates in an action shall submit to the people's court his or her passport and other certificates that are used to prove his or her identity.

代表外国企业或者组织参加诉讼的人，应当向人民法院提交其有权作为代表人参加诉讼的证明，该证明应当经所在国公证机关公证，并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续。

A foreign enterprise or organization that participates in an action shall submit to the people's court its identity certification documents legalized by a notary office in the home country and authenticated by the Chinese embassy or consulate stationed in that country or legalized as prescribed in the relevant treaty concluded by the People's Republic of China and that country.

本条所称的"所在国"，是指外国企业或者组织的设立登记地国，也可以是办理了营业登记手续的第三国。

The person that participates in an action on behalf of a foreign enterprise or organization shall submit to the people's court the certificate on his or her right to participate in the action as the representative, which have been legalized by a notary office in the home country and authenticated by the Chinese embassy or consulate stationed in that country or has undergone the legalization formalities prescribed in the relevant treaty concluded by the People's Republic of China and that country.

Saved on: 07/11/2026

[CLI Code]CLI.3.349767(EN)

For the purpose of this Article, "home country" means the third country where a foreign enterprise or organization is formed and registered, or has undergone business registration formalities.

第五百二十四条　依照民事诉讼法第二百六十四条以及本解释第五百二十三条规定，需要办理公证、认证手续，而外国当事人所在国与中华人民共和国没有建立外交关系的，可以经该国公证机关公证，经与中华人民共和国有外交关系的第三国驻该国使领馆认证，再转由中华人民共和国驻该第三国使领馆认证。

**Article 524** Where, in accordance with Article 264 of the Civil Procedure Law and Article 523 of this Interpretation, the relevant certificate needs to be notarized or authenticated, but the country where the foreign party is located has not established a diplomatic relationship with the People's Republic of China, the certificate may be legalized by a notary office in the home country and authenticated by an embassy or consulate of a third country that has a diplomatic relationship with the People's Republic of China in that country, and then be authenticated by the embassy or consulate of the People's Republic of China in the third country.

第五百二十五条　外国人、外国企业或者组织的代表人在人民法院法官的见证下签署授权委托书，委托代理人进行民事诉讼的，人民法院应予认可。

**Article 525** Where a foreign national or the representative of a foreign enterprise or organization signs a power of attorney to retain a representative to institute a civil action as witnessed by the judge of the people's court, the people's court shall recognize it.

第五百二十六条　外国人、外国企业或者组织的代表人在中华人民共和国境内签署授权委托书，委托代理人进行民事诉讼，经中华人民共和国公证机构公证的，人民法院应予认可。

**Article 526** Where a foreign national or the representative of a foreign enterprise or organization signs a power of attorney within the territory of the People's Republic of China to retain a representative to institute a civil action, and the power of attorney has been legalized by a notary office in the People's Republic of China, the people's court shall recognize it.

第五百二十七条　当事人向人民法院提交的书面材料是外文的，应当同时向人民法院提交中文翻译件。

当事人对中文翻译件有异议的，应当共同委托翻译机构提供翻译文本；当事人对翻译机构的选择不能达成一致的，

由人民法院确定。

**Article 527** Where the written materials submitted by a party to the people's court are in a foreign language, the party shall, at the same time, submit the Chinese translations to the people's court.

Where the parties have any objection to the Chinese translations, they shall jointly entrust a translation institution to provide the translations; and if the parties fail to the reach a consensus on the selection of the translation institution, the translation institution shall be determined by the people's court.

第五百二十八条　涉外民事诉讼中的外籍当事人，可以委托本国人为诉讼代理人，也可以委托本国律师以非律师身份担任诉讼代理人；外国驻华使领馆官员，受本国公民的委托，可以以个人名义担任诉讼代理人，但在诉讼中不享有外交或者领事特权和豁免。

**Article 528** The foreign party in a foreign-related civil action may retain a person or lawyer, as a non-lawyer, with the same nationality as him or her to be his or her litigation representative. Any official in the embassy or consulate of a foreign country in China may, upon entrustment of the citizen in his or her home country, serve as a litigation representative in his or her own name; however, he or she will not enjoy diplomatic or consular privileges or immunities in the litigation.

第五百二十九条　涉外民事诉讼中，外国驻华使领馆授权其本馆官员，在作为当事人的本国国民不在中华人民共和国领域内的情况下，可以以外交代表身份为其本国国民在中华人民共和国聘请中华人民共和国律师或者中华人民共和国公民代理民事诉讼。

**Article 529** In a foreign-related civil action, an embassy or consulate of a foreign country in China may entrust its official to retain, under the name of a diplomatic representative, a lawyer of the People's Republic of China or a citizen of the People's Republic of China to be the civil litigation representative for a national of that foreign country when the national of that foreign country is involved in a case and not within the territory of the People's Republic of China.

第五百三十条　涉外民事诉讼中，经调解双方达成协议，应当制发调解书。当事人要求发给判决书的，可以依协议的内容制作判决书送达当事人。

**Article 530** In a foreign-related civil action, if both parties reach an agreement upon mediation, the

people's court shall work out a consent judgment. If the parties request the issuance of a judgment, the people's court may work out the judgment according to the content of the agreement and serve it upon the parties.

第五百三十一条　涉外合同或者其他财产权益纠纷的当事人，可以书面协议选择被告住所地、合同履行地、合同签订地、原告住所地、标的物所在地、侵权行为地等与争议有实际联系地点的外国法院管辖。

根据民事诉讼法第三十三条和第二百六十六条规定，属于中华人民共和国法院专属管辖的案件，当事人不得协议选择外国法院管辖，但协议选择仲裁的除外。

**Article 531** The parties to a dispute over a foreign-related contract or any other right or interest in property may, by a written agreement, choose the foreign court at the place of domicile of the defendant, at the place where the contract is performed or signed, at the place of domicile of the plaintiff, at the place where the subject matter is located, at the place where the infringement is conducted or at any other place actually connected to the dispute to have jurisdiction over the dispute.

For the cases under the exclusive jurisdiction of courts of the People's Republic of China in accordance with the provisions of Articles 33 and 266 of the Civil Procedure Law, the parties shall not select a foreign court for jurisdiction by an agreement; unless they stipulate to settle the dispute through arbitration.

第五百三十二条　涉外民事案件同时符合下列情形的，人民法院可以裁定驳回原告的起诉，告知其向更方便的外国法院提起诉讼：

**Article 532** Where a foreign-related civil case falls under all the following circumstances, the people's court may render a ruling to dismiss the plaintiff's action, and inform the plaintiff to institute an action in a more convenient foreign court.

（一）被告提出案件应由更方便外国法院管辖的请求，或者提出管辖异议；

(1) The defendant raises a claim that the case shall be subject to the jurisdiction of a more convenient foreign court, or raises an objection to jurisdiction.

（二）当事人之间不存在选择中华人民共和国法院管辖的协议；

(2) The parties do not have an agreement specifying the jurisdiction of a court of the People's Republic of China.

（三）案件不属于中华人民共和国法院专属管辖；

(3) The case does not fall under the exclusive jurisdiction of a court of the People's Republic of China.

（四）案件不涉及中华人民共和国国家、公民、法人或者其他组织的利益；

(4) The case does not involve the national interest, or the interest of any citizen, legal person or any other organization of the People's Republic of China.

（五）案件争议的主要事实不是发生在中华人民共和国境内，且案件不适用中华人民共和国法律，人民法院审理案件在认定事实和适用法律方面存在重大困难；

(5) The people's court has great difficulties in the determination of facts and the application of laws since major facts of disputes in a case do not occur within the territory of the People's Republic of China, and the laws of the People's Republic of China do not apply to the case.

（六）外国法院对案件享有管辖权，且审理该案件更加方便。

(6) The foreign court has jurisdiction over the case and it is more convenient for it to try the case.

　　第五百三十三条　中华人民共和国法院和外国法院都有管辖权的案件，一方当事人向外国法院起诉，而另一方当事人向中华人民共和国法院起诉的，人民法院可予受理。判决后，外国法院申请或者当事人请求人民法院承认和执行外国法院对本案作出的判决、裁定的，不予准许；但双方共同缔结或者参加的国际条约另有规定的除外。

外国法院判决、裁定已经被人民法院承认，当事人就同一争议向人民法院起诉的，人民法院不予受理。

**Article 533** For a case over which both a people's court of the People's Republic of China and a foreign court have jurisdiction, if one party institutes an action in the foreign court whereas the other party institutes an action in the people's court of the People's Republic of China, the people's court may accept the case. If, after a judgment is rendered, the foreign court or a party requests

[CLI Code]CLI.3.349767(EN)

the people's court's recognition and execution of the judgment or ruling rendered by the foreign court concerning this case, the people's court shall not consent to the request, unless it is otherwise prescribed by an international treaty concluded or acceded to by both countries.

Where the judgment or ruling rendered by the foreign court has been acknowledged by the people's court, and the parties institute an action over the same dispute in the people's court, the people's court shall not accept the action.

第五百三十四条　对在中华人民共和国领域内没有住所的当事人，经用公告方式送达诉讼文书，公告期满不应诉，人民法院缺席判决后，仍应当将裁判文书依照民事诉讼法第二百六十七条第八项规定公告送达。自公告送达裁判文书满三个月之日起，经过三十日的上诉期当事人没有上诉的，一审判决即发生法律效力。

**Article 534** Where a party who resides outside the territory of the People's Republic of China fails to respond to the lawsuit at expiration of the term of public notice in the case of service of litigation documents by a public notice, after the people's court renders a default judgment, it shall serve the judgment by a public notice in accordance with the provision of subparagraph (8), Article 267 of the Civil Procedure Law. As of the next day at expiration of three months after the judgment is served by a public notice, if no party has filed an appeal within 30 days of the time limit for appeal, the judgment of first instance shall promptly come into force.

第五百三十五条　外国人或者外国企业、组织的代表人、主要负责人在中华人民共和国领域内的，人民法院可以向该自然人或者外国企业、组织的代表人、主要负责人送达。

外国企业、组织的主要负责人包括该企业、组织的董事、监事、高级管理人员等。

**Article 535** Where a foreign national or the representative or principal person in charge of a foreign enterprise or organization is located within the territory of the People's Republic of China, the people's court may serve the relevant documents upon the natural person or the representative or principal persons in charge of the foreign enterprise or organization.

The principal persons in charge of a foreign enterprise or organization include the directors, supervisors, senior executives, and other personnel of the enterprise or organization.

第五百三十六条　受送达人所在国允许邮寄送达的，人民法院可以邮寄送达。

[CLI Code]CLI.3.349767(EN)

邮寄送达时应当附有送达回证。受送达人未在送达回证上签收但在邮件回执上签收的，视为送达，签收日期为送达日期。

**Article 536** Service of process by post by the people's court is allowed if the law of the home country of the person to be served permits service of process by post.

自邮寄之日起满三个月，如果未收到送达的证明文件，且根据各种情况不足以认定已经送达的，视为不能用邮寄方式送达。

Service of process by post must be accompanied with a service acknowledgement. If the party to be served fails to sign the service acknowledgement but signs the postal receipt, the process is deemed served, and the date of receipt shall be the date of service.

Where, three months after the postmark date, the certification documents served have not been received, and based on all circumstances, it may not be determined that process has been served, the service of process by post is not allowed.

第五百三十七条　人民法院一审时采取公告方式向当事人送达诉讼文书的，二审时可径行采取公告方式向其送达诉讼文书，但人民法院能够采取公告方式之外的其他方式送达的除外。

**Article 537** Where the people's court serves litigation documents upon the parties by announcement at the trial of first instance, it may directly serve litigation documents upon the parties at the trial of second instance, unless the people's court may serve upon the documents by the method other than announcement.

第五百三十八条　不服第一审人民法院判决、裁定的上诉期，对在中华人民共和国领域内有住所的当事人，适用民事诉讼法第一百六十四条规定的期限；对在中华人民共和国领域内没有住所的当事人，适用民事诉讼法第二百六十九条规定的期限。当事人的上诉期均已届满没有上诉的，第一审人民法院的判决、裁定即发生法律效力。

**Article 538** A party that resides in the territory of the People's Republic of China may file an appeal against the judgment or ruling rendered by the people's court of the first instance within the time limit as prescribed in Article 164 of the Civil Procedure Law; for a party that does not have a residence within the territory of the People's Republic of China, the time limit as prescribed in Article 269 of the Civil Procedure Law shall apply. If neither party files an appeal at expiration of the time limit for appeal, the judgment or ruling rendered by the court of the first instance shall

[CLI Code]CLI.3.349767(EN)

promptly become legally effective.

第五百三十九条　人民法院对涉外民事案件的当事人申请再审进行审查的期间，不受民事诉讼法第二百零四条规定的限制。

**Article 539** The period of a people's court's examination of the retrial application of a party to a foreign-related civil case shall not be subject to the restriction of Article 204 of the Civil Procedure Law.

第五百四十条　申请人向人民法院申请执行中华人民共和国涉外仲裁机构的裁决，应当提出书面申请，并附裁决书正本。如申请人为外国当事人，其申请书应当用中文文本提出。

**Article 540** To apply to the people's court for execution of an award rendered by an international arbitral institution of the People's Republic of China, the applicant shall file a written application, to which the original of the award shall be affixed. If the applicant is the foreign party, the written application shall be filed in Chinese.

第五百四十一条　人民法院强制执行涉外仲裁机构的仲裁裁决时，被执行人以有民事诉讼法第二百七十四条第一款规定的情形为由提出抗辩的，人民法院应当对被执行人的抗辩进行审查，并根据审查结果裁定执行或者不予执行。

**Article 541** When a people's court enforces the arbitration award rendered by an international arbitral institution, if the judgment debtor makes defense that there is any circumstance prescribed in paragraph 1, Article 274 of the Civil Procedure Law, the people's court shall examine the defense made by the judgment debtor, and rule to enforce the award or reject the defense according to the review results.

第五百四十二条　依照民事诉讼法第二百七十二条规定，中华人民共和国涉外仲裁机构将当事人的保全申请提交人民法院裁定的，人民法院可以进行审查，裁定是否进行保全。裁定保全的，应当责令申请人提供担保，申请人不提供担保的，裁定驳回申请。

当事人申请证据保全，人民法院经审查认为无需提供担保的，申请人可以不提供担保。

**Article 542** Where an international arbitral institution of the People's Republic of China submits a

Saved on: 07/11/2026

[CLI Code]CLI.3.349767(EN)

property preservation application filed by the party to a people's court for ruling in accordance with the provision of Article 272 of the Civil Procedure Law, the people's court may examine the application and decide whether or not to take the preservation measure. The people's court that issues a ruling of preservation shall order the applicant to provide the security, and if the applicant fails to do so, the people's court shall render a ruling to dismiss the application.

Where the parties apply for evidence preservation, and the people's court considers a security unnecessary upon examination, the applicant is not required to provide the security.

第五百四十三条　申请人向人民法院申请承认和执行外国法院作出的发生法律效力的判决、裁定，应当提交申请书，并附外国法院作出的发生法律效力的判决、裁定正本或者经证明无误的副本以及中文译本。外国法院判决、裁定为缺席判决、裁定的，申请人应当同时提交该外国法院已经合法传唤的证明文件，但判决、裁定已经对此予以明确说明的除外。

中华人民共和国缔结或者参加的国际条约对提交文件有规定的，按照规定办理。

**Article 543** Where the applicant applies to the people's court for recognition and execution of an effective judgment or ruling of a foreign court, the applicant shall submit a written application, to which the original or the certified error-free duplicate and Chinese translation of the effective judgment or ruling of the foreign court shall be affixed. If the judgment or ruling rendered by the foreign court is a default judgment or ruling, the applicant shall, at the same time, submit the certification documents on a legal summons from the foreign court, unless the judgment or ruling has expressly stated the fact.

Where an international treaty concluded or acceded to by the People's Republic of China has otherwise provided for the submission documents, the relevant provisions shall apply.

第五百四十四条　当事人向中华人民共和国有管辖权的中级人民法院申请承认和执行外国法院作出的发生法律效力的判决、裁定的，如果该法院所在国与中华人民共和国没有缔结或者共同参加国际条约，也没有互惠关系的，裁定驳回申请，但当事人向人民法院申请承认外国法院作出的发生法律效力的离婚判决的除外。

承认和执行申请被裁定驳回的，当事人可以向人民法院起诉。

**Article 544** Where a party applies to an intermediate people's court of the People's Republic of China having jurisdiction for recognition and execution of an effective judgment or ruling of a foreign court, if the home country of the foreign court has neither concluded or jointly acceded to

an international treaty nor has a relationship of reciprocity with the People's Republic of China, the court shall rule to dismiss the application, unless the party applies to the people's court for recognizing an effective divorce judgment rendered by a foreign court.

If the application for recognition and execution is dismissed, the party may institute an action in a people's court.

第五百四十五条　对临时仲裁庭在中华人民共和国领域外作出的仲裁裁决，一方当事人向人民法院申请承认和执行的，人民法院应当依照民事诉讼法第二百八十三条规定处理。

**Article 545** Where one party applies to the people's court for the recognition and execution of an arbitration award rendered by an ad hoc arbitration tribunal outside the territory of the People's Republic of China, the people's court shall handle the application in accordance with the provision of Article 283 of the Civil Procedure Law.

第五百四十六条　对外国法院作出的发生法律效力的判决、裁定或者外国仲裁裁决，需要中华人民共和国法院执行的，当事人应当先向人民法院申请承认。人民法院经审查，裁定承认后，再根据民事诉讼法第三编的规定予以执行。

当事人仅申请承认而未同时申请执行的，人民法院仅对应否承认进行审查并作出裁定。

**Article 546** Where an effective judgment or ruling of a foreign court or a foreign arbitration award requires execution by a people's court of the People's Republic of China, a party may first apply to the people's court for recognition. After the people's court issues a ruling to recognize the aforesaid judgment, ruling or award upon examination, execution shall be conducted in accordance with the provisions of Part III of the Civil Procedure Law.

Where the party only applies for recognition without applying for execution at the same time, the people's court shall examine whether it shall grant recognition or not and render a ruling.

第五百四十七条　当事人申请承认和执行外国法院作出的发生法律效力的判决、裁定或者外国仲裁裁决的期间，适用民事诉讼法第二百三十九条的规定。

当事人仅申请承认而未同时申请执行的，申请执行的期间自人民法院对承认申请作出的裁定生效之日起重新计算。

**Article 547** During the period when one party applies for the recognition and execution of an

effective judgment or ruling of a foreign court or a foreign arbitration award, Article 239 of the Civil Procedure Law shall apply.

Where the party only applies for recognition without applying for execution at the same time, the period of application for execution shall be recalculated from the date when the ruling issued by the people's court on the recognition application comes into force.

第五百四十八条　承认和执行外国法院作出的发生法律效力的判决、裁定或者外国仲裁裁决的案件，人民法院应当组成合议庭进行审查。

人民法院应当将申请书送达被申请人。被申请人可以陈述意见。

**Article 548** The people's court shall form a collegial bench to examine a case of recognition and execution of an effective judgment or ruling of a foreign court or a foreign arbitration award.

人民法院经审查作出的裁定，一经送达即发生法律效力。

The people's court shall serve the written application upon the respondent. The respondent may state its or his opinions.

The ruling rendered by the people's court upon examination shall be legally effective once it is served upon.

第五百四十九条　与中华人民共和国没有司法协助条约又无互惠关系的国家的法院，未通过外交途径，直接请求人民法院提供司法协助的，人民法院应予退回，并说明理由。

**Article 549** Where a court of a country, which has neither concluded a judicial assistance convention nor has the relationship of reciprocity with the People's Republic of China, directly requests the people's court to provide judicial assistance without resorting to diplomatic channel, the people's court shall reject the application and state the reasons.

第五百五十条　当事人在中华人民共和国领域外使用中华人民共和国法院的判决书、裁定书，要求中华人民共和国法院证明其法律效力的，或者外国法院要求中华人民共和国法院证明判决书、裁定书的法律效力的，作出判决、裁定的中华人民共和国法院，可以本法院的名义出具证明。

**Article 550** Where a party uses the judgment or ruling rendered by a court of the People's Republic of China outside the territory of the People's Republic of China and requests a court of the People's Republic of China to prove the legal force of the judgment or ruling, or a foreign court requests a court of the People's Republic of China to prove the legal force of the judgment or ruling, the court of the People's Republic of China that rendered the judgment or ruling may issue a certification in its own name.

第五百五十一条　人民法院审理涉及香港、澳门特别行政区和台湾地区的民事诉讼案件，可以参照适用涉外民事诉讼程序的特别规定。

**Article 551** The people's courts may apply, mutatis mutandis, the special provisions on foreign-related civil procedures to civil actions that involve the Hong Kong Special Administrative Region, the Macao Special Administrative Region, or the Taiwan region.

二十三、附则

**XXIII**. Supplemental Provision

第五百五十二条　本解释公布施行后，最高人民法院于1992年7月14日发布的《关于适用〈中华人民共和国民事诉讼法〉若干问题的意见》同时废止；最高人民法院以前发布的司法解释与本解释不一致的，不再适用。

**Article 552** The Opinions on Several Issues Concerning the Application of the Civil Procedure Law of the People's Republic of China issued by the Supreme People's Court on July 14, 1992, are repealed on the effective date of this Interpretation; and any judicial interpretation previously issued by the Supreme People's Court which has any discrepancies with this Interpretation is no longer applied.

©Pkulaw：(www.pkulaw.com) provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulatio

ns, please check them with the standard texts. You are welcome to view all our products and services.

Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?



Scan QR Code for instant access to the original text

Original Link: https://www.pkulaw.com/en_chl/12e67f26d4b80606bdfb.html



[CLI Code]CLI.1.5113165(EN)

**Civil Procedure Law of the People's Republic of China (2021 Amendment)**

| | |
|---|---|
| Document Number： | Order No. 106 of the President of the People's Republic of China |
| Area of Law： | Civil Procedure Law |
| Level of Authority： | Laws |
| Issuing Authority： | Standing Committee of the National People's Congress |
| Date Issued： | 12-24-2021 |
| Effective Date： | 01-01-2022 |
| Status： | Revised |
| Revised by： | Decision of the Standing Committee of the National People's Congress to Amend the Civil Procedure Law of the People's Republic of China (2023) (Issued on 09-01-2023 Effective on 01-01-2024) |

2021-2023 Annotation Version    2017-2021 Annotation Version    2012-2017 Annotation Version
2007-2012 Annotation Version    1991-2007 Annotation Version    1982-1991 Comparison Version

中华人民共和国民事诉讼法

Civil Procedure Law of the People's Republic of China

（1991年4月9日第七届全国人民代表大会第四次会议通过　根据2007年10月28日第十届全国人民代表大会常务委员会第三十次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第一次修正　根据2012年8月31日第十一届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第二次修正　根据2017年6月27日第十二届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉和〈中华人民共和国行政诉讼法〉的决定》第三次修正 根据2021年12月24日第十三届全国人民代表大会常务委员会第三十二次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第四次修正）

(Adopted at the 4th Session of the Seventh National People's Congress on April 9, 1991; amended for the first time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China as adopted at the 30th Session of the Standing Committee of the Tenth National People's Congress on October 28, 2007; amended for the second time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China as adopted at the 28th Session of the Standing Committee of the Eleventh National People's Congress on August 31, 2012; amended for the third time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China and the Administrative Litigation Law of the People's Republic of China as adopted at the 28th Session of the Standing Committee of the Twelfth National People's Congress on June 27, 2017; and amended for the forth time in

accordance with the Decision of the Standing Committee of the National People's Congress to Amend the Civil Procedure Law of the People's Republic of China as adopted at the the 32nd Session of the Standing Committee of the Thirteenth National People's Congress on December 24, 2021)

目录

Table of Contents

第一编　总 则

Part One General Provisions

第一章　任务、适用范围和基本原则

Chapter 1 Purposes, Scope of Application and Basic Principles

第二章　管 辖

Chapter 2 Jurisdiction

第一节　级别管辖

Section 1 Hierarchical Jurisdiction

第二节　地域管辖

Section 2 Territorial Jurisdiction

第三节　移送管辖和指定管辖

Section 3 Jurisdiction Transfer and Specified Jurisdiction

第三章　审判组织

Chapter 3 Trial Organization

第四章　回 避

Chapter 4 Disqualification

第五章　诉讼参加人

Chapter 5 Primary Litigation Participants

第一节　当事人

Section 1 Parties

第二节　诉讼代理人

Section 2 Litigation Representatives

第六章　证 据

Chapter 6 Evidence

第七章　期间、送达

Chapter 7 Periods and Service of Process

第一节　期 间

Section 1 Periods

第二节　送 达

Section 2 Service of Process

第八章　调 解

Chapter 8 Mediation

第九章　保全和先予执行

Chapter 9 Preservation and Advance Enforcement

第十章　对妨害民事诉讼的强制措施

Chapter 10 Compulsory Measures against Obstruction of Civil Procedures

第十一章　诉讼费用

Chapter 11 Litigation Expenses

第二编　审判程序

Part Two Trial Procedure

Saved on: 07/11/2026

第十二章　第一审普通程序

Chapter 12 Formal Procedure at First Instance

第一节　起诉和受理

Section 1 Instituting and Accepting an Action

第二节　审理前的准备

Section 2 Pretrial Preparations

第三节　开庭审理

Section 3 Court Trial

第四节　诉讼中止和终结

Section 4 Suspension and Termination of an Action

第五节　判决和裁定

Section 5 Judgments and Rulings

第十三章　简易程序

Chapter 13 Summary Procedure

第十四章　第二审程序

Chapter 14 Procedure at Second Instance

第十五章　特别程序

Chapter 15 Special Procedures

第一节　一般规定

Section 1 General Provisions

第二节　选民资格案件

Section 2 Voter Eligibility Cases

第三节　宣告失踪、宣告死亡案件



Section 3 Missing Person Declaration and Death Declaration Cases

第四节　认定公民无民事行为能力、限制民事行为能力案件

Section 4 Cases of Determining Civil Incompetency or Limited Civil Competency of Citizens

第五节　认定财产无主案件

Section 5 Cases of Determining Unclaimed Property

第六节　确认调解协议案件

Section 6 Cases of Confirming Mediation Agreements

第七节　实现担保物权案件

Section 7 Cases of Security Interest Realization

第十六章　审判监督程序

Chapter 16 Trial Supervision Procedure

第十七章　督促程序

Chapter 17 Procedure for Urging Debt Repayment

第十八章　公示催告程序

Chapter 18 Procedure for Announcement to Urge Declaration of Claims

第三编　执行程序

Part Three Enforcement Procedure

第十九章　一般规定

Chapter 19 General Provisions

第二十章　执行的申请和移送

Chapter 20 Application and Transfer for Enforcement

第二十一章　执行措施

Chapter 21 Enforcement Measures



第二十二章　执行中止和终结

Chapter 22 Suspension and Termination of Enforcement

第四编　涉外民事诉讼程序的特别规定

Part Four Special Provisions on Foreign-Related Civil Procedures

第二十三章　一般原则

Chapter 23 General Principles

第二十四章　管　辖

Chapter 24 Jurisdiction

第二十五章　送达、期间

Chapter 25 Service of Process and Periods

第二十六章　仲　裁

Chapter 26 Arbitration

第二十七章　司法协助

Chapter 27 Judicial Assistance

第一编　总　则

Part One General Provisions

第一章　任务、适用范围和基本原则

Chapter 1 Purposes, Scope of Application and Basic Principles

　　第一条　中华人民共和国民事诉讼法以宪法为根据，结合我国民事审判工作的经验和实际情况制定。

**Article 1** The Civil Procedure Law of the People's Republic of China is formulated in accordance with the Constitution and in consideration of civil trial experience and actual circumstances of civil trials in China.

[CLI Code]CLI.1.5113165(EN)

第二条　中华人民共和国民事诉讼法的任务，是保护当事人行使诉讼权利，保证人民法院查明事实，分清是非，正确适用法律，及时审理民事案件，确认民事权利义务关系，制裁民事违法行为，保护当事人的合法权益，教育公民自觉遵守法律，维护社会秩序、经济秩序，保障社会主义建设事业顺利进行。

**Article 2** The purposes of the Civil Procedure Law of the People's Republic of China are to protect the parties' exercise of procedural rights; ensure that a people's court finds facts, distinguishes right from wrong, applies law correctly and try civil cases in a timely manner; confirm civil rights and obligations; punish violations of civil law; protect the lawful rights and interests of the parties; educate citizens on consciously abiding by law; maintain the social and economic order; and guarantee smooth socialist development.

第三条　人民法院受理公民之间、法人之间、其他组织之间以及他们相互之间因财产关系和人身关系提起的民事诉讼，适用本法的规定。

**Article 3** The provisions of this Law shall apply to civil actions accepted by a people's court regarding property or personal relationships between citizens, between legal persons, between other organizations or between citizens and legal persons, citizens and other organizations or legal persons and other organizations.

第四条　凡在中华人民共和国领域内进行民事诉讼，必须遵守本法。

**Article 4** For all civil actions conducted within the territory of the People's Republic of China, this Law must be complied with.

第五条　外国人、无国籍人、外国企业和组织在人民法院起诉、应诉，同中华人民共和国公民、法人和其他组织有同等的诉讼权利义务。

**Article 5** Foreign nationals, stateless persons and foreign enterprises and organizations which institute or respond to actions in the people's courts shall have equal procedural rights and obligations as citizens, legal persons and other organizations of the People's Republic of China.

外国法院对中华人民共和国公民、法人和其他组织的民事诉讼权利加以限制的，中华人民共和国人民法院对该国公民、企业和组织的民事诉讼权利，实行对等原则。

Where the courts of a foreign country impose any restrictions on the civil procedural rights of citizens, legal persons and other organizations of the People's Republic of China, the people's courts of the People's Republic of China shall apply the principle of reciprocity to the civil procedural rights of citizens, enterprises and organizations of such a foreign country.

[CLI Code]CLI.1.5113165(EN)

**第六条** 民事案件的审判权由人民法院行使。

**Article 6** The power to try civil cases shall be exercised by the people's courts.

人民法院依照法律规定对民事案件独立进行审判，不受行政机关、社会团体和个人的干涉。

The people's courts shall try civil cases independently in accordance with law, without interference from any government agency, social group or individual.

**第七条** 人民法院审理民事案件，必须以事实为根据，以法律为准绳。

**Article 7** When trying civil cases, the people's courts must regard facts as the basis and regard law as the yardstick.

**第八条** 民事诉讼当事人有平等的诉讼权利。人民法院审理民事案件，应当保障和便利当事人行使诉讼权利，对当事人在适用法律上一律平等。

**Article 8** All parties to a civil action shall have equal procedural rights. When trying civil cases, the people's courts shall provide safeguards and facilitation for all parties to exercise their procedural rights, and apply law equally for all parties.

**第九条** 人民法院审理民事案件，应当根据自愿和合法的原则进行调解；调解不成的，应当及时判决。

**Article 9** When trying civil cases, the people's courts shall conduct mediation under the principles of free will of the parties and legality; and if mediation fails, shall enter a judgment in a timely manner.

**第十条** 人民法院审理民事案件，依照法律规定实行合议、回避、公开审判和两审终审制度。

**Article 10** When trying civil cases, the people's courts shall apply the collegial bench, disqualification, open trial and "final after two trials" systems in accordance with law.

**第十一条** 各民族公民都有用本民族语言、文字进行民事诉讼的权利。

**Article 11** Citizens of all ethnicities shall be entitled to use their native spoken and written languages in civil procedures.

在少数民族聚居或者多民族共同居住的地区，人民法院应当用当地民族通用的语言、文字进行审理和发布法律文

[CLI Code]CLI.1.5113165(EN)

书。

In areas where an ethnic minority is concentrated or several ethnicities cohabit, the people's courts shall conduct trial and publish legal instruments in the spoken and written language commonly used by the local ethnicity or ethnicities.

人民法院应当对不通晓当地民族通用的语言、文字的诉讼参与人提供翻译。

The people's courts shall provide interpretation for litigation participants who are not familiar with the spoken or written language commonly used by the local ethnicity or ethnicities.

第十二条　人民法院审理民事案件时，当事人有权进行辩论。

**Article 12** When a people's court tries a civil case, the parties shall have the right to debate.

第十三条　民事诉讼应当遵循诚信原则。

**Article 13** In civil procedures, the principle of good faith shall be adhered to.

当事人有权在法律规定的范围内处分自己的民事权利和诉讼权利。

The parties shall be entitled to dispose of their respective civil rights and procedural rights within the extent as permitted by law.

第十四条　人民检察院有权对民事诉讼实行法律监督。

**Article 14** The people's procuratorates shall have the authority to exercise legal supervision over civil procedures.

第十五条　机关、社会团体、企业事业单位对损害国家、集体或者个人民事权益的行为，可以支持受损害的单位或者个人向人民法院起诉。

**Article 15** For conduct which infringes upon the civil rights and interests of the state, a collective or an individual, a state organ, a social group, an enterprise or a public institution may support the entity or individual which suffers infringement in instituting an action in a people's court.

第十六条　经当事人同意，民事诉讼活动可以通过信息网络平台在线进行。

**Article 16** With the consent of the parties, civil proceedings may be conducted online through an information network platform.

Saved on: 07/11/2026

[CLI Code]CLI.1.5113165(EN)

民事诉讼活动通过信息网络平台在线进行的，与线下诉讼活动具有同等法律效力。

Online civil proceedings conducted through an information network platform shall have the same legal force as offline legal proceedings.

第十七条　民族自治地方的人民代表大会根据宪法和本法的原则，结合当地民族的具体情况，可以制定变通或者补充的规定。自治区的规定，报全国人民代表大会常务委员会批准。自治州、自治县的规定，报省或者自治区的人民代表大会常务委员会批准，并报全国人民代表大会常务委员会备案。

**Article 17** The people's congresses of ethnical autonomous areas may formulate provisions with necessary changes or supplementary provisions in accordance with the principles of the Constitution and this Law and in consideration of the specific circumstances of the local ethnicity or ethnicities. Such provisions formulated by an autonomous region shall be subject to the approval of the Standing Committee of the National People's Congress. Such provisions formulated by an autonomous prefecture or autonomous county shall be subject to the approval of the standing committee of the people's congress of the corresponding province or autonomous region and be filed with the Standing Committee of the National People's Congress.

第二章　管　辖

Chapter 2 Jurisdiction

第一节　级别管辖

Section 1 Hierarchical Jurisdiction

第十八条　基层人民法院管辖第一审民事案件，但本法另有规定的除外。

**Article 18** The basic people's courts shall have jurisdiction over civil cases as a court of first instance, except as otherwise provided for in this Law.

第十九条　中级人民法院管辖下列第一审民事案件：

**Article 19** The intermediate people's courts shall have jurisdiction over the following civil cases as a court of first instance:

（一）重大涉外案件；

(1) Major foreign-related cases.

（二）在本辖区有重大影响的案件；

(2) Cases which have a major impact within their respective jurisdictions.

（三）最高人民法院确定由中级人民法院管辖的案件。

(3) Cases which are under the jurisdiction of the intermediate people's courts as determined by the Supreme People's Court.

第二十条　高级人民法院管辖在本辖区有重大影响的第一审民事案件。

**Article 20** The high people's courts shall have jurisdiction over civil cases which have a major impact within their respective jurisdictions as a court of first instance.

第二十一条　最高人民法院管辖下列第一审民事案件：

**Article 21** The Supreme People's Court shall have jurisdiction over the following civil cases as a court of first instance:

（一）在全国有重大影响的案件；

(1) Cases which have a major impact nationwide.

（二）认为应当由本院审理的案件。

(2) Cases which the Supreme People's Court deems shall be tried by itself.

第二节　地域管辖

Section 2 Territorial Jurisdiction

第二十二条　对公民提起的民事诉讼，由被告住所地人民法院管辖；被告住所地与经常居住地不一致的，由经常居住地人民法院管辖。

**Article 22** A civil action instituted against a citizen shall be under the jurisdiction of the people's court at the place of domicile of the defendant; or if the defendant's place of domicile is different from his or her place of habitual residence, the civil action shall be under the jurisdiction of the people's court at the place of habitual residence of the defendant.

对法人或者其他组织提起的民事诉讼，由被告住所地人民法院管辖。

A civil action instituted against a legal person or any other organization shall be under the

jurisdiction of the people's court at the place of domicile of the defendant.

同一诉讼的几个被告住所地、经常居住地在两个以上人民法院辖区的，各该人民法院都有管辖权。

Where the places of domicile or places of habitual residence of several defendants in the same action are located within the jurisdictions of two or more people's courts, both or all of such people's courts shall have jurisdiction over the action.

第二十三条　下列民事诉讼，由原告住所地人民法院管辖；原告住所地与经常居住地不一致的，由原告经常居住地人民法院管辖：

**Article 23** The following civil actions shall be under the jurisdiction of the people's court at the place of domicile of the plaintiff; or if the plaintiff's place of domicile is different from his or her place of habitual residence, the civil actions shall be under the jurisdiction of the people's court at the place of habitual residence of the plaintiff:

（一）对不在中华人民共和国领域内居住的人提起的有关身份关系的诉讼；

(1) An action regarding a personal relationship instituted against a person who does not reside within the territory of the People's Republic of China.

（二）对下落不明或者宣告失踪的人提起的有关身份关系的诉讼；

(2) An action regarding a personal relationship instituted against a person whose whereabouts is unknown or against a person who has been declared missing.

（三）对被采取强制性教育措施的人提起的诉讼；

(3) An action instituted against a person who is subject to any compulsory correctional measure.

（四）对被监禁的人提起的诉讼。

(4) An action instituted against a person who is incarcerated.

第二十四条　因合同纠纷提起的诉讼，由被告住所地或者合同履行地人民法院管辖。

**Article 24** An action instituted for a contract dispute shall be under the jurisdiction of the people's court at the place of domicile of the defendant or at the place where the contract is performed.

第二十五条　因保险合同纠纷提起的诉讼，由被告住所地或者保险标的物所在地人民法院管辖。

**Article 25** An action instituted for an insurance contract dispute shall be under the jurisdiction of

the people's court at the place of domicile of the defendant or at the place where the subject matter insured is located.

第二十六条　因票据纠纷提起的诉讼，由票据支付地或者被告住所地人民法院管辖。

**Article 26** An action instituted for a negotiable instrument dispute shall be under the jurisdiction of the people's court at the place of payment of the negotiable instrument or at the place of domicile of the defendant.

第二十七条　因公司设立、确认股东资格、分配利润、解散等纠纷提起的诉讼，由公司住所地人民法院管辖。

**Article 27** An action instituted for a dispute arising from formation, shareholder eligibility confirmation, profit distribution, dissolution or any other matter of a company shall be under the jurisdiction of the people's court at the place of domicile of the company.

第二十八条　因铁路、公路、水上、航空运输和联合运输合同纠纷提起的诉讼，由运输始发地、目的地或者被告住所地人民法院管辖。

**Article 28** An action instituted for a dispute arising from a railway, road, water, air, or multi-mode transportation contract shall be under the jurisdiction of the people's court at the place of departure or destination of transportation or at the place of domicile of the defendant.

第二十九条　因侵权行为提起的诉讼，由侵权行为地或者被告住所地人民法院管辖。

**Article 29** An action instituted for a tort shall be under the jurisdiction of the people's court at the place where the tort occurs or at the place of domicile of the defendant.

第三十条　因铁路、公路、水上和航空事故请求损害赔偿提起的诉讼，由事故发生地或者车辆、船舶最先到达地、航空器最先降落地或者被告住所地人民法院管辖。

**Article 30** An action instituted for damages for a railway, road, water or air transportation accident shall be under the jurisdiction of the people's court at the place where the accident occurs, where the vehicle or vessel first arrives or where the aircraft first lands or at the place of domicile of the defendant.

第三十一条　因船舶碰撞或者其他海事损害事故请求损害赔偿提起的诉讼，由碰撞发生地、碰撞船舶最先到达地、加害船舶被扣留地或者被告住所地人民法院管辖。

[CLI Code]CLI.1.5113165(EN)

**Article 31** An action instituted for damages for a vessel collision or any other maritime accident shall be under the jurisdiction of the people's court at the place where the collision occurs, where the colliding vessel first arrives or where the vessel at fault is detained or at the place of domicile of the defendant.

第三十二条　因海难救助费用提起的诉讼，由救助地或者被救助船舶最先到达地人民法院管辖。

**Article 32** An action instituted for maritime salvage shall be under the jurisdiction of the people's court at the place of salvage or at the place where the salvaged vessel first arrives.

第三十三条　因共同海损提起的诉讼，由船舶最先到达地、共同海损理算地或者航程终止地的人民法院管辖。

**Article 33** An action instituted for a general average shall be under the jurisdiction of the people's court at the place where the vessel first arrives, where the general average is adjusted or where the voyage ends.

第三十四条　下列案件，由本条规定的人民法院专属管辖：

**Article 34** The following cases shall be under the exclusive jurisdiction of the people's courts as specified below:

（一）因不动产纠纷提起的诉讼，由不动产所在地人民法院管辖；

(1) An action instituted for a real estate dispute shall be under the jurisdiction of the people's court at the place where the real estate is located.

（二）因港口作业中发生纠纷提起的诉讼，由港口所在地人民法院管辖；

(2) An action instituted for a dispute arising from harbor operations shall be under the jurisdiction of the people's court at the place where the harbor is located.

（三）因继承遗产纠纷提起的诉讼，由被继承人死亡时住所地或者主要遗产所在地人民法院管辖。

(3) An action instituted for an inheritance dispute shall be under the jurisdiction of the people's court at the place of domicile of the deceased upon death or at the place where the major part of estate is located.

第三十五条　合同或者其他财产权益纠纷的当事人可以书面协议选择被告住所地、合同履行地、合同签订地、原告住所地、标的物所在地等与争议有实际联系的地点的人民法院管辖，但不得违反本法对级别管辖和专属管辖的

规定。

**Article 35** Parties to a dispute over a contract or any other right or interest in property may, by a written agreement, choose the people's court at the place of domicile of the defendant, at the place where the contract is performed or signed, at the place of domicile of the plaintiff, at the place where the subject matter is located or at any other place actually connected to the dispute to have jurisdiction over the dispute, but the provisions of this Law regarding hierarchical jurisdiction and exclusive jurisdiction shall not be violated.

第三十六条　两个以上人民法院都有管辖权的诉讼，原告可以向其中一个人民法院起诉；原告向两个以上有管辖权的人民法院起诉的，由最先立案的人民法院管辖。

**Article 36** When two or more people's courts have jurisdiction over an action, the plaintiff may institute an action in one of such people's courts; and if the plaintiff institutes actions in two or more people's courts that have jurisdiction, the people's court which dockets the case first shall have jurisdiction over the action.

第三节　移送管辖和指定管辖

Section 3 Jurisdiction Transfer and Specified Jurisdiction

第三十七条　人民法院发现受理的案件不属于本院管辖的，应当移送有管辖权的人民法院，受移送的人民法院应当受理。受移送的人民法院认为受移送的案件依照规定不属于本院管辖的，应当报请上级人民法院指定管辖，不得再自行移送。

**Article 37** Where a people's court discovers that a case accepted is not under its jurisdiction, it shall transfer the case to the people's court having jurisdiction, and the people's court to which the case is transferred shall accept the case. If the people's court to which the case is transferred deems that the transferred case is not under its jurisdiction according to the relevant provisions, it shall report the case to its superior for specified jurisdiction and shall not transfer the case without direction.

第三十八条　有管辖权的人民法院由于特殊原因，不能行使管辖权的，由上级人民法院指定管辖。

**Article 38** Where a people's court having jurisdiction is unable to exercise its jurisdiction for any special reasons, its superior shall specify jurisdiction.

人民法院之间因管辖权发生争议，由争议双方协商解决；协商解决不了的，报请它们的共同上级人民法院指定管

[CLI Code]CLI.1.5113165(EN)

辖。

Where there is any dispute over jurisdiction between the people's courts, the dispute shall be resolved by the disputing courts through consultations; or if such consultations fail, the disputing courts shall request their common superior to specify jurisdiction.

第三十九条　上级人民法院有权审理下级人民法院管辖的第一审民事案件；确有必要将本院管辖的第一审民事案件交下级人民法院审理的，应当报请其上级人民法院批准。

**Article 39** A people's court at a higher level shall have the power to try a first instance civil case under the jurisdiction of a people's court at a lower level. If it is necessary to transfer a first instance civil case under its jurisdiction to a people's court at a lower level for trial, a people's court at a higher level shall file a report with its superior for approval of the transfer.

下级人民法院对它所管辖的第一审民事案件，认为需要由上级人民法院审理的，可以报请上级人民法院审理。

If a people's court at a lower level deems it necessary for a first instance civil case under its jurisdiction to be tried by a people's court at a higher level, it may request the people's court at a higher level to try the case.

第三章　审判组织

Chapter 3 Trial Organization

第四十条　人民法院审理第一审民事案件，由审判员、陪审员共同组成合议庭或者由审判员组成合议庭。合议庭的成员人数，必须是单数。

**Article 40** When a people's court tries a first instance civil case, a collegial bench consisting of judges and jurors or consisting of judges only shall be formed. The members of a collegial bench must be in an odd number.

适用简易程序审理的民事案件，由审判员一人独任审理。基层人民法院审理的基本事实清楚、权利义务关系明确的第一审民事案件，可以由审判员一人适用普通程序独任审理。

Civil cases to which the summary procedure is applied shall be tried by a single judge. Civil cases of first instance tried by the primary people's court with clear basic facts and unambiguous rights and obligations may be tried by a single judge under the ordinary procedure.

陪审员在执行陪审职务时，与审判员有同等的权利义务。

When performing their juror's duties, jurors shall have equal rights and obligations as a judge.

Saved on: 07/11/2026

[CLI Code]CLI.1.5113165(EN)

第四十一条　人民法院审理第二审民事案件，由审判员组成合议庭。合议庭的成员人数，必须是单数。

**Article 41** When a people's court tries a second instance civil case, a collegial bench consisting of judges only shall be formed. The members of a collegial bench must be in an odd number.

中级人民法院对第一审适用简易程序审结或者不服裁定提起上诉的第二审民事案件，事实清楚、权利义务关系明确的，经双方当事人同意，可以由审判员一人独任审理。

With the consent of both parties, an intermediate people's court may try by a single judge a civil case of second instance under which the first instance has been concluded under the summary procedure or an appeal is filed against a ruling, if the facts are clear and the rights and obligations are unambiguous.

发回重审的案件，原审人民法院应当按照第一审程序另行组成合议庭。

For a case remanded for retrial, the original trial people's court shall form a new collegial bench under the procedure at first instance.

审理再审案件，原来是第一审的，按照第一审程序另行组成合议庭；原来是第二审的或者是上级人民法院提审的，按照第二审程序另行组成合议庭。

If a case for retrial was originally tried by a court of first instance, a new collegial bench shall be formed under the procedure at first instance; or if the case for retrial was originally tried by a court of second instance or tried directly by a people's court at a higher level, a new collegial bench shall be formed under the procedure at second instance.

第四十二条　人民法院审理下列民事案件，不得由审判员一人独任审理：

**Article 42** A people's court may not try any of the following civil cases by a single judge.

（一）涉及国家利益、社会公共利益的案件；

(1) Cases involving national interest or public interest.

（二）涉及群体性纠纷，可能影响社会稳定的案件；

(2) Cases involving group disputes, which may affect social stability.

（三）人民群众广泛关注或者其他社会影响较大的案件；

(3) Cases which receive widespread public attention or otherwise have a relatively large social



impact.

（四）属于新类型或者疑难复杂的案件；

(4) Cases which are of a new type or difficult and complicated.

（五）法律规定应当组成合议庭审理的案件；

(5) Cases which shall be tried by a collegial panel as provided by law.

（六）其他不宜由审判员一人独任审理的案件。

(6) Other cases the trial of which by a single judge is inappropriate.

第四十三条　人民法院在审理过程中，发现案件不宜由审判员一人独任审理的，应当裁定转由合议庭审理。

**Article 43** Where a people's court discovers during the trial of a case that it is inappropriate for a single judge to try the case, it shall rule that the case shall be tried by a collegial panel.

当事人认为案件由审判员一人独任审理违反法律规定的，可以向人民法院提出异议。人民法院对当事人提出的异议应当审查，异议成立的，裁定转由合议庭审理；异议不成立的，裁定驳回。

Where a party is of the opinion that the trial of the case by a single judge violates the provisions of any law, the party may file an objection with the people's court. The people's court shall examine the objection filed by the party, and rule that the case shall be tried by a collegial panel if the objection is supported, or rule to dismiss the objection if the objection is not supported.

第四十四条　合议庭的审判长由院长或者庭长指定审判员一人担任；院长或者庭长参加审判的，由院长或者庭长担任。

**Article 44** The president of a people's court or a divisional chief of a people's court shall designate a judge as the presiding judge of a collegial bench; and if the president or divisional chief participates in the trial, the president or divisional chief shall be the presiding judge.

第四十五条　合议庭评议案件，实行少数服从多数的原则。评议应当制作笔录，由合议庭成员签名。评议中的不同意见，必须如实记入笔录。

**Article 45** When deliberating a case, a collegial bench shall adhere to the rule of majority. Deliberation transcripts shall be prepared and be signed by the members of the collegial bench. The dissenting opinions during deliberations shall be truthfully included in the transcripts.

[CLI Code]CLI.1.5113165(EN)

第四十六条　审判人员应当依法秉公办案。

**Article 46** Judges shall handle cases impartially in accordance with law.

审判人员不得接受当事人及其诉讼代理人请客送礼。

Judges shall not accept any treats or gifts from the parties or their litigation representatives.

审判人员有贪污受贿，徇私舞弊，枉法裁判行为的，应当追究法律责任；构成犯罪的，依法追究刑事责任。

Judges who commit embezzlement, accept bribes, practice favoritism for personal gains or adjudicate by bending the law shall be subject to legal liability; and those suspected of any crime shall be subject to criminal liability in accordance with law.

第四章　回　避

Chapter 4 Disqualification

第四十七条　审判人员有下列情形之一的，应当自行回避，当事人有权用口头或者书面方式申请他们回避：

**Article 47** Under any of the following circumstances, a judge shall voluntarily disqualify himself or herself, and a party shall be entitled to request disqualification of such a judge verbally or in writing:

（一）是本案当事人或者当事人、诉讼代理人近亲属的；

(1) The judge is a party to a case or is a close relative of a party to a case or a litigation representative thereof.

（二）与本案有利害关系的；

(2) The judge is an interested party to a case.

（三）与本案当事人、诉讼代理人有其他关系，可能影响对案件公正审理的。

(3) The judge has any other relationship with a party to a case or a litigation representative thereof, which may affect the impartial trial of the case.

审判人员接受当事人、诉讼代理人请客送礼，或者违反规定会见当事人、诉讼代理人的，当事人有权要求他们回避。

Where a judge accepts any treat or gift from a party to a case or a litigation representative thereof or meets with a party to a case in violation of legal provisions, a party shall be entitled to require disqualification of such a judge.

审判人员有前款规定的行为的，应当依法追究法律责任。
A judge who commits any conduct in the preceding paragraph shall be subject to legal liability in accordance with law.

前三款规定，适用于书记员、翻译人员、鉴定人、勘验人。
The provisions of the preceding three paragraphs shall also apply to court clerks, interpreters, identification or evaluation experts, and surveyors.

第四十八条 当事人提出回避申请，应当说明理由，在案件开始审理时提出；回避事由在案件开始审理后知道的，也可以在法庭辩论终结前提出。
**Article 48** To request disqualification, a party shall state reasons and file a request at the beginning of the trial of a case; and a request may also be filed before the end of court debate if a party becomes aware of a reason for disqualification after the trial of a case begins.

被申请回避的人员在人民法院作出是否回避的决定前，应当暂停参与本案的工作，但案件需要采取紧急措施的除外。
Before the people's court decides whether to grant the request for disqualification, the person whose disqualification is requested shall be suspended from participating in the case, unless the case requires that emergency measures be taken.

第四十九条 院长担任审判长或者独任审判员时的回避，由审判委员会决定；审判人员的回避，由院长决定；其他人员的回避，由审判长或者独任审判员决定。
**Article 49** The disqualification of the presiding judge or single judge who is the president of a people's court shall be decided by the judicial committee of the people's court; the disqualification of judges shall be decided by the president of a people's court; and the disqualification of other persons shall be decided by the presiding judge or single judge.

第五十条 人民法院对当事人提出的回避申请，应当在申请提出的三日内，以口头或者书面形式作出决定。申请人对决定不服的，可以在接到决定时申请复议一次。复议期间，被申请回避的人员，不停止参与本案的工作。人

民法院对复议申请，应当在三日内作出复议决定，并通知复议申请人。

**Article 50** A people's court shall make a decision verbally or in writing on a party's request for disqualification within three days after the request is filed. Against the decision, a party may apply for reconsideration once when receiving the decision. During the period of reconsideration, the person whose disqualification is requested shall not be suspended from participating in the case. A people's court shall make a decision on an application for reconsideration within three days and notify the reconsideration applicant of the decision.

第五章　诉讼参加人

Chapter 5 Primary Litigation Participants

第一节　当事人

Section 1 Parties

第五十一条　公民、法人和其他组织可以作为民事诉讼的当事人。

**Article 51** Citizens, legal persons and other organizations may act as the parties to civil actions.

法人由其法定代表人进行诉讼。其他组织由其主要负责人进行诉讼。

The legal representative of a legal person shall participate in an action on behalf of the legal person. The primary person in charge of any other organization shall participate in an action on behalf of the organization.

第五十二条　当事人有权委托代理人，提出回避申请，收集、提供证据，进行辩论，请求调解，提起上诉，申请执行。

**Article 52** The parties shall be entitled to retain representatives, file a request for disqualification, collect and provide evidence, debate, file a request for mediation, file an appeal, and apply for enforcement.

当事人可以查阅本案有关材料，并可以复制本案有关材料和法律文书。查阅、复制本案有关材料的范围和办法由最高人民法院规定。

The parties may consult materials related to the case and copy materials and legal instruments related to the case. The scope of and measures for consulting and copying materials related to a case shall be prescribed by the Supreme People's Court.

当事人必须依法行使诉讼权利，遵守诉讼秩序，履行发生法律效力的判决书、裁定书和调解书。

The parties must exercise their procedural rights in accordance with law, observe the order of litigation, and execute effective written judgments, rulings and consent judgments.

第五十三条　双方当事人可以自行和解。

**Article 53** Both sides of a civil action may reach a settlement themselves.

第五十四条　原告可以放弃或者变更诉讼请求。被告可以承认或者反驳诉讼请求，有权提起反诉。

**Article 54** The plaintiff may relinquish or modify its claims. The defendant may admit or repudiate the plaintiff's claims and shall have the right to file a counterclaim.

第五十五条　当事人一方或者双方为二人以上，其诉讼标的是共同的，或者诉讼标的是同一种类、人民法院认为可以合并审理并经当事人同意的，为共同诉讼。

**Article 55** A joint action means that one side or both sides of a civil action consist of two or more persons, the subject matter of action for each party is same or is of the same kind and the people's court deems that the disputes of all the parties may be tried concurrently, to which all the parties agree.

共同诉讼的一方当事人对诉讼标的有共同权利义务的，其中一人的诉讼行为经其他共同诉讼人承认，对其他共同诉讼人发生效力；对诉讼标的没有共同权利义务的，其中一人的诉讼行为对其他共同诉讼人不发生效力。

Where the parties on one side of a joint action have common rights and obligations regarding the subject matter of action, the litigation conduct of any of such parties shall bind the rest of such parties if the conduct is recognized by the rest of such parties; or where the parties on one side of a joint action have no common rights and obligations regarding the subject matter of action, the litigation conduct of any of such parties shall not bind the rest of such parties.

第五十六条　当事人一方人数众多的共同诉讼，可以由当事人推选代表人进行诉讼。代表人的诉讼行为对其所代表的当事人发生效力，但代表人变更、放弃诉讼请求或者承认对方当事人的诉讼请求，进行和解，必须经被代表的当事人同意。

**Article 56** Where the parties on one side of a joint action is numerous, such parties may recommend a representative or representatives to participate in the action. The litigation conduct of such representatives shall bind all the parties represented; however, to modify or relinquish any

claims, admit any claims of the opposing party or reach a settlement, such representatives must obtain a consent from the parties represented.

第五十七条　诉讼标的是同一种类、当事人一方人数众多在起诉时人数尚未确定的，人民法院可以发出公告，说明案件情况和诉讼请求，通知权利人在一定期间向人民法院登记。

**Article 57** Where the subject matter of action for each party is of the same kind, the parties on one side of an action are numerous, but the exact number of such parties is uncertain when the action is instituted, the people's court may publish a notice to describe the case and claims and notify right holders to register with the people's court within a certain period of time.

向人民法院登记的权利人可以推选代表人进行诉讼；推选不出代表人的，人民法院可以与参加登记的权利人商定代表人。

The right holders which have registered with the people's court may recommend a representative or representatives to participate in the litigation; and if no representative is recommended, the people's court may determine a representative or representatives in consultation with the right holders which have registered with the people's court.

代表人的诉讼行为对其所代表的当事人发生效力，但代表人变更、放弃诉讼请求或者承认对方当事人的诉讼请求，进行和解，必须经被代表的当事人同意。

The litigation conduct of such representatives shall bind all the parties represented; however, to modify or relinquish any claims, admit any claims of the opposing party or reach a settlement, such representatives must obtain a consent from the parties represented.

人民法院作出的判决、裁定，对参加登记的全体权利人发生效力。未参加登记的权利人在诉讼时效期间提起诉讼的，适用该判决、裁定。

The judgment or ruling issued by the people's court shall bind all right holders which have registered with the people's court. Such a judgment or ruling shall also apply to actions instituted during the time limitation by rights holders which have not registered with the people's court.

第五十八条　对污染环境、侵害众多消费者合法权益等损害社会公共利益的行为，法律规定的机关和有关组织可以向人民法院提起诉讼。

**Article 58** For conduct that pollutes environment, infringes upon the lawful rights and interests of vast consumers or otherwise damages the public interest, an authority or relevant organization as prescribed by law may institute an action in a people's court.

人民检察院在履行职责中发现破坏生态环境和资源保护、食品药品安全领域侵害众多消费者合法权益等损害社会公共利益的行为，在没有前款规定的机关和组织或者前款规定的机关和组织不提起诉讼的情况下，可以向人民法院提起诉讼。前款规定的机关或者组织提起诉讼的，人民检察院可以支持起诉。

Where the people's procuratorate finds in the performance of functions any conduct that undermines the protection of the ecological environment and resources, infringes upon consumers' lawful rights and interests in the field of food and drug safety or any other conduct that damages social interest, it may file a lawsuit with the people's court if there is no authority or organization prescribed in the preceding paragraph or the authority or organization prescribed in the preceding paragraph does not file a lawsuit. If the authority or organization prescribed in the preceding paragraph files a lawsuit, the people's procuratorate may support the filing of a lawsuit.

第五十九条　对当事人双方的诉讼标的，第三人认为有独立请求权的，有权提起诉讼。

**Article 59** A third party which deems that it has an independent claim regarding the subject matter of an action between two parties shall have the right to institute an action.

对当事人双方的诉讼标的，第三人虽然没有独立请求权，但案件处理结果同他有法律上的利害关系的，可以申请参加诉讼，或者由人民法院通知他参加诉讼。人民法院判决承担民事责任的第三人，有当事人的诉讼权利义务。

Where a third party does not have an independent claim regarding the subject matter of an action between two parties but is an interested party in law to the outcome of the case, the third party may apply to participate in the action or the people's court may notify the third party to participate in the action. If the third party assumes any civil liability according to the judgment entered by the people's court, the third party shall have the procedural rights and obligations as a party to the action.

前两款规定的第三人，因不能归责于本人的事由未参加诉讼，但有证据证明发生法律效力的判决、裁定、调解书的部分或者全部内容错误，损害其民事权益的，可以自知道或者应当知道其民事权益受到损害之日起六个月内，向作出该判决、裁定、调解书的人民法院提起诉讼。人民法院经审理，诉讼请求成立的，应当改变或者撤销原判决、裁定、调解书；诉讼请求不成立的，驳回诉讼请求。

Where a third party as mentioned in the preceding two paragraphs fails to participate in an action, which is not attributable to the third party's fault, and there is evidence that an effective judgment, ruling or consent judgment is entirely or partially erroneous and causes damage to the third party's civil rights and interests, the third party may, within six months from the day when the third party knows or should have known that the third party's civil rights and interests have been damaged,

institute an action in the people's court which entered the judgment, ruling or consent judgment. If, after trial, the third party's claims are supported, the people's court shall modify or revoke the original judgment, ruling or consent judgment; or if the third party's claims are not supported, the claims shall be dismissed.

第二节　诉讼代理人

Section 2 Litigation Representatives

第六十条　无诉讼行为能力人由他的监护人作为法定代理人代为诉讼。法定代理人之间互相推诿代理责任的，由人民法院指定其中一人代为诉讼。

**Article 60** The guardian of a person without competency to participate in an action shall participate in the action on behalf of the person as the person's legal representative. If the legal representatives of a person shift their duty of representation onto each other, the people's court shall specify one of them to participate in the action on behalf of the person.

第六十一条　当事人、法定代理人可以委托一至二人作为诉讼代理人。

**Article 61** A party or a legal representative may retain one or two persons as litigation representatives.

下列人员可以被委托为诉讼代理人：

The following persons may serve as a litigation representative:

（一）律师、基层法律服务工作者；

(1) A lawyer or legal service worker at the basic level.

（二）当事人的近亲属或者工作人员；

(2) A close relative or staff member of a party.

（三）当事人所在社区、单位以及有关社会团体推荐的公民。

(3) A citizen recommended by the community of or the entity employing a party or recommended by a relevant social group.

第六十二条　委托他人代为诉讼，必须向人民法院提交由委托人签名或者盖章的授权委托书。

Saved on: 07/11/2026

**Article 62** To participate in an action on behalf of a party or a legal representative, a litigation representative must submit to the people's court a power of attorney, to which the signature or seal of the party or legal representative is affixed.

授权委托书必须记明委托事项和权限。诉讼代理人代为承认、放弃、变更诉讼请求，进行和解，提起反诉或者上诉，必须有委托人的特别授权。

The power of attorney must state the authorized matters and the extent of authority. To admit, relinquish or modify any claims, reach a settlement, or file a counterclaim or an appeal on behalf of a party or a legal representative, a litigation representative must have a special authorization from the party or legal representative.

侨居在国外的中华人民共和国公民从国外寄交或者托交的授权委托书，必须经中华人民共和国驻该国的使领馆证明；没有使领馆的，由与中华人民共和国有外交关系的第三国驻该国的使领馆证明，再转由中华人民共和国驻该第三国使领馆证明，或者由当地的爱国华侨团体证明。

Where a citizen of the People's Republic of China who is residing in a foreign country posts a power of attorney or delivers through another person a power of attorney to China, the power of attorney must be authenticated by the embassy or consulate of the People's Republic of China in that country. If there is no such an embassy or consulate in that country, the power of attorney shall be first authenticated by an embassy or consulate of a third country which has a diplomatic relationship with the People's Republic of China in that country and then be authenticated by the embassy or consulate of the People's Republic of China in the third country or be authenticated by the local patriotic overseas Chinese organization.

第六十三条　诉讼代理人的权限如果变更或者解除，当事人应当书面告知人民法院，并由人民法院通知对方当事人。

**Article 63** Where the authority of a litigation representative of a party has changed or has been revoked, the party shall notify the people's court in writing and the people's court shall notify the opposing party of the change or revocation.

第六十四条　代理诉讼的律师和其他诉讼代理人有权调查收集证据，可以查阅本案有关材料。查阅本案有关材料的范围和办法由最高人民法院规定。

**Article 64** Lawyers serving as litigation representatives and other litigation representatives shall have the right to investigate and collect evidence and may consult materials related to the case.

Saved on: 07/11/2026

The scope of and measures for consulting materials related to a case shall be prescribed by the Supreme People's Court.

第六十五条　离婚案件有诉讼代理人的，本人除不能表达意思的以外，仍应出庭；确因特殊情况无法出庭的，必须向人民法院提交书面意见。

**Article 65** Where a party to a divorce case has appointed a litigation representative, the party shall still appear in court unless the party is unable to express his or her ideas; and if the party is unable to appear in court under special circumstances, the party must submit a written opinion to the people's court.

<div align="center">第六章　证　据</div>

Chapter 6 Evidence

第六十六条　证据包括：

**Article 66** Evidence includes:

（一）当事人的陈述；

(1) statement of a party;

（二）书证；

(2) documentary evidence;

（三）物证；

(3) physical evidence;

（四）视听资料；

(4) audio-visual recordings;

（五）电子数据；

(5) electronic data;

（六）证人证言；

(6) witness testimony;

[CLI Code]CLI.1.5113165(EN)

（七）鉴定意见；

(7) expert opinion; and

（八）勘验笔录。

(8) transcripts of survey.

证据必须查证属实，才能作为认定事实的根据。

Evidence must be verified before being used as a basis for deciding a fact.

**第六十七条** 当事人对自己提出的主张，有责任提供证据。

**Article 67** A party shall have the burden to provide evidence for its claims.

当事人及其诉讼代理人因客观原因不能自行收集的证据，或者人民法院认为审理案件需要的证据，人民法院应当调查收集。

A people's court shall investigate and collect evidence which a party and its litigation representative are unable to collect for some objective reasons and evidence which the people's court deems necessary for trying a case.

人民法院应当按照法定程序，全面地、客观地审查核实证据。

A people's court shall, under statutory procedures, verify evidence comprehensively and objectively.

**第六十八条** 当事人对自己提出的主张应当及时提供证据。

**Article 68** A party shall provide evidence for its claims in a timely manner.

人民法院根据当事人的主张和案件审理情况，确定当事人应当提供的证据及其期限。当事人在该期限内提供证据确有困难的，可以向人民法院申请延长期限，人民法院根据当事人的申请适当延长。当事人逾期提供证据的，人民法院应当责令其说明理由；拒不说明理由或者理由不成立的，人民法院根据不同情形可以不予采纳该证据，或者采纳该证据但予以训诫、罚款。

A people's court shall, according to the claims of a party and the circumstances of trial of a case, determine the evidence to be provided by a party and the time limit for provision of evidence. Where it is difficult for a party to provide evidence within the time limit, the party may apply to the people's court for an extension, and the people's court may appropriately extend the time limit upon application of the party. Where a party provides any evidence beyond the time limit, the

people's court shall order the party to provide an explanation; and if the party refuses to explain or the party's explanation is not acceptable, the people's court may, according to different circumstances, deem the evidence inadmissible or adopt the evidence but impose an admonition or a fine on the party.

第六十九条　人民法院收到当事人提交的证据材料，应当出具收据，写明证据名称、页数、份数、原件或者复印件以及收到时间等，并由经办人员签名或者盖章。

Article 69 A people's court shall issue receipts for evidentiary materials submitted to the court by a party, indicating the name of evidence, number of pages, number of copies, original or photocopy, time of receipt, and other matters, to which the signatures or seals of the court personnel receiving the same shall be affixed.

第七十条　人民法院有权向有关单位和个人调查取证，有关单位和个人不得拒绝。

Article 70 A people's court shall have the authority to investigate and collect evidence from the relevant entities and individuals, and the relevant entities and individuals shall not refuse such investigation and collection of evidence.

人民法院对有关单位和个人提出的证明文书，应当辨别真伪，审查确定其效力。

A people's court shall identify the authenticity and examine and determine the validity of documentary evidence provided by the relevant entities and individuals.

第七十一条　证据应当在法庭上出示，并由当事人互相质证。对涉及国家秘密、商业秘密和个人隐私的证据应当保密，需要在法庭出示的，不得在公开开庭时出示。

Article 71 Evidence shall be presented in court and cross-examined by the parties. Evidence which involves any state secret, trade secret or individual privacy shall be kept confidential, and if it is necessary to present such evidence in court, such evidence shall not be presented in open court.

第七十二条　经过法定程序公证证明的法律事实和文书，人民法院应当作为认定事实的根据，但有相反证据足以推翻公证证明的除外。

Article 72 A people's court shall regard legal facts and documents notarized under statutory procedures as a basis for deciding facts, unless there is any evidence to the contrary which suffices to overturn the notarization.

第七十三条　书证应当提交原件。物证应当提交原物。提交原件或者原物确有困难的，可以提交复制品、照片、副本、节录本。

**Article 73** The originals as documentary evidence shall be submitted. The originals as physical evidence shall be submitted. If it is difficult to submit the originals, replicas, photographs, copies or extracts may be submitted.

提交外文书证，必须附有中文译本。

Documentary evidence in a foreign language must be submitted with Chinese versions.

第七十四条　人民法院对视听资料，应当辨别真伪，并结合本案的其他证据，审查确定能否作为认定事实的根据。

**Article 74** The people's court shall identify the authenticity of audio-visual recordings and, in consideration of other evidence in the case, examine and determine whether the audio-visual recordings may serve as a basis for deciding facts.

第七十五条　凡是知道案件情况的单位和个人，都有义务出庭作证。有关单位的负责人应当支持证人作证。

**Article 75** Any entity or individual which knows any circumstances of a case shall have the obligation to testify in court. The person in charge of a relevant entity shall support a witness in testifying.

不能正确表达意思的人，不能作证。

A person who is unable to appropriately express his or her ideas shall not testify.

第七十六条　经人民法院通知，证人应当出庭作证。有下列情形之一的，经人民法院许可，可以通过书面证言、视听传输技术或者视听资料等方式作证：

**Article 76** Upon notice by a people's court, a witness shall testify in court. Under any of the following circumstances, a witness may testify by written testimony, audio-visual transmission technology, audio-visual recordings or any other means as permitted by a people's court:

（一）因健康原因不能出庭的；

(1) The witness is unable to appear in court for health reasons.

（二）因路途遥远，交通不便不能出庭的；

(2) The witness is unable to appear in court for remote residence and travel difficulty.

（三）因自然灾害等不可抗力不能出庭的；

(3) The witness is unable to appear in court for a force majeure such as a natural disaster.

（四）其他有正当理由不能出庭的。

(4) The witness is unable to appear in court for any other justifiable reason.

第七十七条　证人因履行出庭作证义务而支出的交通、住宿、就餐等必要费用以及误工损失，由败诉一方当事人负担。当事人申请证人作证的，由该当事人先行垫付；当事人没有申请，人民法院通知证人作证的，由人民法院先行垫付。

**Article 77** The travel, room and board, and other necessary expenses of a witness for performing his or her obligation of testifying in court, as well as loss of working time, shall be assumed by the losing party. A party which applies for a witness to testify shall advance the same; or if no party applies and the people's court notifies a witness to testify, the people's court shall advance the same.

第七十八条　人民法院对当事人的陈述，应当结合本案的其他证据，审查确定能否作为认定事实的根据。

**Article 78** A people's court shall, in consideration of other evidence in the case, examine and determine whether the statements of a party may serve as a basis for deciding facts.

当事人拒绝陈述的，不影响人民法院根据证据认定案件事实。

The deciding of facts of a case by a people's court based on evidence shall not be affected by a party's refusal to provide a statement.

第七十九条　当事人可以就查明事实的专门性问题向人民法院申请鉴定。当事人申请鉴定的，由双方当事人协商确定具备资格的鉴定人；协商不成的，由人民法院指定。

**Article 79** A party may apply to the people's court for identification regarding a specialized issue for ascertaining the facts of a case. Where a party applies for identification, the parties on both sides shall determine a qualified identification expert by consultation; or if such consultation fails, the people's court shall specify one for them.

当事人未申请鉴定，人民法院对专门性问题认为需要鉴定的，应当委托具备资格的鉴定人进行鉴定。

Where no party applies for identification but the people's court deems it necessary to conduct identification regarding a specialized issue, the people's court shall employ a qualified identification expert to conduct identification.

第八十条　鉴定人有权了解进行鉴定所需要的案件材料，必要时可以询问当事人、证人。

**Article 80** An identification expert shall have the right to access the case file needed for conducting identification and, when necessary, may interview a party or a witness.

鉴定人应当提出书面鉴定意见，在鉴定书上签名或者盖章。

An identification expert shall issue a written identification opinion and affix his or her signature or seal to the identification document.

第八十一条　当事人对鉴定意见有异议或者人民法院认为鉴定人有必要出庭的，鉴定人应当出庭作证。经人民法院通知，鉴定人拒不出庭作证的，鉴定意见不得作为认定事实的根据；支付鉴定费用的当事人可以要求返还鉴定费用。

**Article 81** Where a party raises any objection to an identification opinion or a people's court deems it necessary to require an identification expert to testify in court, the identification expert shall testify in court. If, upon notice by the people's court, the identification expert refuses to testify in court, the identification opinion shall not be used as a basis for deciding facts; and the party which has paid the identification fees may require that the identification fees be refunded.

第八十二条　当事人可以申请人民法院通知有专门知识的人出庭，就鉴定人作出的鉴定意见或者专业问题提出意见。

**Article 82** A party may apply to the people's court for notifying a person with expertise to appear in court to offer an opinion regarding an identification opinion issued by an identification expert or regarding a specialized issue.

第八十三条　勘验物证或者现场，勘验人必须出示人民法院的证件，并邀请当地基层组织或者当事人所在单位派人参加。当事人或者当事人的成年家属应当到场，拒不到场的，不影响勘验的进行。

**Article 83** When surveying any physical evidence or a site, the surveyors must produce their credentials issued by a people's court and invite the local grassroots organization or the entity employing a party to send personnel to participate in the survey. The party or an adult family member of the party shall be present; and the survey shall not be affected by the refusal of the

party or the adult family member to appear on site.

有关单位和个人根据人民法院的通知，有义务保护现场，协助勘验工作。
Upon notice by the people's court, the relevant entities and individuals shall have the obligations to protect the site and assist in the survey.

勘验人应当将勘验情况和结果制作笔录，由勘验人、当事人和被邀参加人签名或者盖章。
The surveyors shall prepare transcripts of the process and results of survey, to which the surveyors, the party and the invited participants shall affix their signatures or seals.

第八十四条    在证据可能灭失或者以后难以取得的情况下，当事人可以在诉讼过程中向人民法院申请保全证据，人民法院也可以主动采取保全措施。

**Article 84** Where any evidence may be extinguished or may be hard to obtain at a later time, a party may, in the course of an action, apply to the people's court for evidence preservation, and the people's court may also take preservation measures on its own initiative.

因情况紧急，在证据可能灭失或者以后难以取得的情况下，利害关系人可以在提起诉讼或者申请仲裁前向证据所在地、被申请人住所地或者对案件有管辖权的人民法院申请保全证据。
Where any evidence may be extinguished or may be hard to obtain at a later time, if the circumstances are urgent, an interested party may, before instituting an action or applying for arbitration, apply for evidence preservation to a people's court at the place where the evidence is located or at the place of domicile of the respondent or a people's court having jurisdiction over the case.

证据保全的其他程序，参照适用本法第九章保全的有关规定。
Other procedures for evidence preservation shall be executed by reference to the relevant provisions of Chapter IX of this Law regarding preservation.

第七章    期间、送达
Chapter 7 Periods and Service of Process

第一节    期 间

Section 1 Periods

第八十五条　期间包括法定期间和人民法院指定的期间。

**Article 85** Periods include statutory periods and periods prescribed by a people's court.

期间以时、日、月、年计算。期间开始的时和日，不计算在期间内。

Periods shall be calculated by hour, day, month and year. The beginning hour and day of a period shall not be counted in the period.

期间届满的最后一日是法定休假日的，以法定休假日后的第一日为期间届满的日期。

If the expiration date of a period falls on a legal holiday, the first day after the legal holiday shall be the expiration date of the period.

期间不包括在途时间，诉讼文书在期满前交邮的，不算过期。

A statutory period shall not include the time en route. A litigation document posted before the expiration date of a period shall not be regarded as past due.

第八十六条　当事人因不可抗拒的事由或者其他正当理由耽误期限的，在障碍消除后的十日内，可以申请顺延期限，是否准许，由人民法院决定。

**Article 86** Where a party fails to comply with a period for reasons beyond the party's control or for any other justifiable reasons, the party may apply for an extension of the period within ten days after the impediment is eliminated, and the people's court shall decide whether to permit such an extension.

第二节　送　达

Section 2 Service of Process

第八十七条　送达诉讼文书必须有送达回证，由受送达人在送达回证上记明收到日期，签名或者盖章。

**Article 87** Service of process must be accompanied with a service acknowledgement, to which the person to be served shall affix a date of receipt and his or her signature or seal.

受送达人在送达回证上的签收日期为送达日期。

The date of receipt affixed to the service acknowledgement by the person to be served shall be the date of service.

Saved on: 07/11/2026

[CLI Code]CLI.1.5113165(EN)

第八十八条　送达诉讼文书，应当直接送交受送达人。受送达人是公民的，本人不在交他的同住成年家属签收；受送达人是法人或者其他组织的，应当由法人的法定代表人、其他组织的主要负责人或者该法人、组织负责收件的人签收；受送达人有诉讼代理人的，可以送交其代理人签收；受送达人已向人民法院指定代收人的，送交代收人签收。

**Article 88** Process shall be served directly on the person to be served. If the person to be served, who is a citizen, is absent, a cohabiting adult family member of the person to be served shall sign for the service of process. If the person to be served is a legal person or any other organization, the legal representative of the legal person, the primary person in charge of the organization or the employee of the legal person or organization responsible for receiving process shall sign for the service of process. If the person to be served has a litigation representative, the litigation representative may sign for the service of process. If the person to be served has informed the people's court of a designated person to receive process, the designated person shall sign for the service of process.

受送达人的同住成年家属，法人或者其他组织的负责收件的人，诉讼代理人或者代收人在送达回证上签收的日期为送达日期。

The date of receipt affixed to the service acknowledgment by the cohabiting adult family member of the person to be served, the employee of the legal person or organization responsible for receiving process, the litigation representative or the designated person to receive process shall be the date of service.

第八十九条　受送达人或者他的同住成年家属拒绝接收诉讼文书的，送达人可以邀请有关基层组织或者所在单位的代表到场，说明情况，在送达回证上记明拒收事由和日期，由送达人、见证人签名或者盖章，把诉讼文书留在受送达人的住所；也可以把诉讼文书留在受送达人的住所，并采用拍照、录像等方式记录送达过程，即视为送达。

**Article 89** Where the person to be served refuses to receive or his or her cohabiting adult family member refuses to receive process, the process server may invite the representatives of relevant grassroots organizations or the entity employing the person to be served to be present, provide an explanation on the refusal, record the cause of refusal and date on the service acknowledgement, to which the process server and witnesses shall affix their signatures or seals, and drop process at the domicile of the person to be served; and may also drop process at the domicile of the person to be served and record the service of process by photograph, video and other means, and process shall be deemed served.

第九十条　经受送达人同意，人民法院可以采用能够确认其收悉的电子方式送达诉讼文书。通过电子方式送达

的判决书、裁定书、调解书，受送达人提出需要纸质文书的，人民法院应当提供。

**Article 90** With the consent of the person on whom a litigation document is to be served, a people's court may serve the litigation document by electronic means through which the receipt of the document can be confirmed. With respect to a judgment, ruling or consent judgment served by electronic means, if the person on whom it is served requests a paper document, the people's court shall provide such paper document.

采用前款方式送达的，以送达信息到达受送达人特定系统的日期为送达日期。

Where a litigation document is served in the manner set out in the preceding paragraph, the date when the information to be served reaches the system designated by the person on whom it is served shall be the date of service.

第九十一条　直接送达诉讼文书有困难的，可以委托其他人民法院代为送达，或者邮寄送达。邮寄送达的，以回执上注明的收件日期为送达日期。

**Article 91** Where direct service of process is difficult, service of process may be entrusted to another people's court or be conducted by post. If process is served by post, the date of receipt stated on the service acknowledgement shall be the date of service.

第九十二条　受送达人是军人的，通过其所在部队团以上单位的政治机关转交。

**Article 92** Where the person to be served is in the military service, process shall be served on the person through the political office of the unit at or above the regiment level of the armed force where the person serves.

第九十三条　受送达人被监禁的，通过其所在监所转交。

**Article 93** Where the person to be served is incarcerated, process shall be served on the person through the incarceration facility.

受送达人被采取强制性教育措施的，通过其所在强制性教育机构转交。

Where the person to be served is subject to any compulsory correctional measure, process shall be served on the person through the compulsory correctional facility.

第九十四条　代为转交的机关、单位收到诉讼文书后，必须立即交受送达人签收，以在送达回证上的签收日期，为送达日期。

[CLI Code]CLI.1.5113165(EN)

**Article 94** The office or entity through which process is served must, immediately after receiving process, deliver the same to the person to be served, the person to be served shall sign for the service of process, and the date of receipt on the service acknowledgement shall be the date of service.

第九十五条　受送达人下落不明，或者用本节规定的其他方式无法送达的，公告送达。自发出公告之日起，经过三十日，即视为送达。

**Article 95** Where the whereabouts of the person on whom a litigation document is to be served are unknown, or if a litigation document cannot be served by any other means set out in this Section, the document shall be served by publication. The document shall be deemed to have been served 30 days after the publication.

公告送达，应当在案卷中记明原因和经过。

The reasons for and the course of service of process by public announcement shall be recorded in the case file.

<div align="center">第八章　调　解</div>

Chapter 8 Mediation

第九十六条　人民法院审理民事案件，根据当事人自愿的原则，在事实清楚的基础上，分清是非，进行调解。

**Article 96** When trying civil cases, a people's court shall, under the principle of free will of the parties, conduct mediation by distinguishing between right and wrong based on clear facts.

第九十七条　人民法院进行调解，可以由审判员一人主持，也可以由合议庭主持，并尽可能就地进行。

**Article 97** When a people's court conducts mediation, mediation may be conducted by one judge or by the collegial bench, and mediation shall be conducted on the spot as much as possible.

人民法院进行调解，可以用简便方式通知当事人、证人到庭。

When a people's court conducts mediation, it may notify by simple means the parties and witnesses to appear in court.

第九十八条　人民法院进行调解，可以邀请有关单位和个人协助。被邀请的单位和个人，应当协助人民法院进行调解。

**Article 98** When a people's court conducts mediation, it may invite relevant entities and individuals to provide assistance. The invited entities and individuals shall assist the people's court in mediation.

第九十九条　调解达成协议，必须双方自愿，不得强迫。调解协议的内容不得违反法律规定。

**Article 99** A mediation agreement must be based on the free will of both sides, and the parties shall not be forced to reach a mediation agreement. The content of a mediation agreement shall not violate any legal provisions.

第一百条　调解达成协议，人民法院应当制作调解书。调解书应当写明诉讼请求、案件的事实和调解结果。

**Article 100** When a mediation agreement is reached, the people's court shall prepare a consent judgment. A consent judgment shall state the claims, facts of the case and results of mediation.

调解书由审判人员、书记员署名，加盖人民法院印章，送达双方当事人。

The judges and court clerk shall affix their signatures and the people's court shall affix its seal to a consent judgment, which shall be served on both sides.

调解书经双方当事人签收后，即具有法律效力。

Once a consent judgment is signed by both sides, it shall become legally binding.

第一百零一条　下列案件调解达成协议，人民法院可以不制作调解书：

**Article 101** A consent judgment of a people's court is not required for mediation agreements reached in the following cases:

（一）调解和好的离婚案件；

(1) Divorce cases where both parties have reconciled through mediation.

（二）调解维持收养关系的案件；

(2) Adoption cases where an adoptive relationship has been maintained through mediation.

（三）能够即时履行的案件；

(3) Cases where performance on the spot is possible.

（四）其他不需要制作调解书的案件。

(4) Other cases where a consent judgment is not required.

对不需要制作调解书的协议，应当记入笔录，由双方当事人、审判人员、书记员签名或者盖章后，即具有法律效力。

A mediation agreement which does not require a consent judgment shall be recorded in the transcripts and become legally binding immediately after both sides and the judges and court clerk affix their signatures or seals to the transcripts.

**第一百零二条**　调解未达成协议或者调解书送达前一方反悔的，人民法院应当及时判决。

**Article 102** Where no mediation agreement is reached or one party retracts before a mediation agreement is served on the party, the people's court shall enter a judgment in a timely manner.

第九章　保全和先予执行

Chapter 9 Preservation and Advance Enforcement

**第一百零三条**　人民法院对于可能因当事人一方的行为或者其他原因，使判决难以执行或者造成当事人其他损害的案件，根据对方当事人的申请，可以裁定对其财产进行保全、责令其作出一定行为或者禁止其作出一定行为；当事人没有提出申请的，人民法院在必要时也可以裁定采取保全措施。

**Article 103** For a case where, for the conduct of a party or for other reasons, it may be difficult to execute a judgment or any other damage may be caused to a party, a people's court may, upon application of the opposing party, issue a ruling on preservation of the party's property, order certain conduct of the party or prohibit the party from certain conduct; and if no party applies, the people's court may, when necessary, issue a ruling to take a preservative measure.

人民法院采取保全措施，可以责令申请人提供担保，申请人不提供担保的，裁定驳回申请。

A people's court may order the applicant to provide security for taking a preservative measure and, if the applicant fails to provide security, shall issue a ruling to dismiss the application.

人民法院接受申请后，对情况紧急的，必须在四十八小时内作出裁定；裁定采取保全措施的，应当立即开始执行。

After accepting an application, a people's court must, if the circumstances are urgent, issue a ruling within 48 hours; and if it rules to take a preservative measure, the measure shall be executed immediately.

[CLI Code]CLI.1.5113165(EN)

第一百零四条 利害关系人因情况紧急，不立即申请保全将会使其合法权益受到难以弥补的损害的，可以在提起诉讼或者申请仲裁前向被保全财产所在地、被申请人住所地或者对案件有管辖权的人民法院申请采取保全措施。申请人应当提供担保，不提供担保的，裁定驳回申请。

**Article 104** Where the lawful rights and interests of an interested party will be irreparable damaged if an application for preservation is not filed immediately under urgent circumstances, the interested party may, before instituting an action or applying for arbitration, apply to the people's court at the place where the property to be preserved is located or at the place of domicile of the respondent or a people's court having jurisdiction over the case for taking preservative measures. The applicant shall provide security and, if the applicant fails to provide security, the people's court shall issue a ruling to dismiss the application.

人民法院接受申请后，必须在四十八小时内作出裁定；裁定采取保全措施的，应当立即开始执行。
After accepting an application, a people's court must issue a ruling within 48 hours; and if it rules to take a preservative measure, the measure shall be executed immediately.

申请人在人民法院采取保全措施后三十日内不依法提起诉讼或者申请仲裁的，人民法院应当解除保全。
Where the applicant fails to institute an action or apply for arbitration in accordance with law within 30 days after the people's court takes a preservative measure, the people's court shall remove preservation.

第一百零五条 保全限于请求的范围，或者与本案有关的财物。

**Article 105** Preservation shall be limited to the extent specified in an application or the property in connection with the case.

第一百零六条 财产保全采取查封、扣押、冻结或者法律规定的其他方法。人民法院保全财产后，应当立即通知被保全财产的人。

**Article 106** Property shall be preserved by seizure, impoundment, freezing of account or any other means prescribed by law. After preserving any property, a people's court shall immediately notify the person whose property is preserved.

财产已被查封、冻结的，不得重复查封、冻结。
Property which has already been seized or frozen shall not be repeatedly seized or frozen.

[CLI Code]CLI.1.5113165(EN)

第一百零七条　财产纠纷案件，被申请人提供担保的，人民法院应当裁定解除保全。

**Article 107** Where, in a property dispute case, the respondent has provided security, the people's court shall issue a ruling to remove preservation.

第一百零八条　申请有错误的，申请人应当赔偿被申请人因保全所遭受的损失。

**Article 108** Where an application is erroneous, the applicant shall compensate the respondent for any loss incurred from preservation.

第一百零九条　人民法院对下列案件，根据当事人的申请，可以裁定先予执行：

**Article 109** A people's court may, upon application of a party, issue a ruling on advance enforcement for the following cases:

（一）追索赡养费、扶养费、抚养费、抚恤金、医疗费用的；

(1) Cases to recover support for elderly parents, support for other adult dependants, child support, consolation money or medical expenses.

（二）追索劳动报酬的；

(2) Cases to recover labor remuneration.

（三）因情况紧急需要先予执行的。

(3) Cases requiring advance enforcement under urgent circumstances.

第一百一十条　人民法院裁定先予执行的，应当符合下列条件：

**Article 110** For a people's court to issue a ruling on advance enforcement, both of the following conditions shall be met:

（一）当事人之间权利义务关系明确，不先予执行将严重影响申请人的生活或者生产经营的；

(1)The rights and obligations between the parties are clear, and a denial of advance enforcement will seriously affect the life or business operation of the applicant.

（二）被申请人有履行能力。

(2)The respondent is capable of performance.

人民法院可以责令申请人提供担保，申请人不提供担保的，驳回申请。申请人败诉的，应当赔偿被申请人因先予执行遭受的财产损失。

The people's court may order the applicant to provide security; and if the applicant fails to provide security, shall dismiss the application. If the applicant loses the action, the applicant shall compensate the respondent for any property loss incurred from advance enforcement.

第一百一十一条　当事人对保全或者先予执行的裁定不服的，可以申请复议一次。复议期间不停止裁定的执行。

**Article 111** Against a ruling on preservation or advance enforcement, a party may apply for reconsideration once. The enforcement of the ruling shall not be suspended during the period of reconsideration.

第十章　对妨害民事诉讼的强制措施

Chapter 10 Compulsory Measures against Obstruction of Civil Procedures

第一百一十二条　人民法院对必须到庭的被告，经两次传票传唤，无正当理由拒不到庭的，可以拘传。

**Article 112** Where a defendant who must appear in court refuses to appear in court without justifiable reasons after being summonsed twice by a people's court, the people's court may summons the defendant by force.

第一百一十三条　诉讼参与人和其他人应当遵守法庭规则。

**Article 113** Litigation participants and other persons shall abide by court rules.

人民法院对违反法庭规则的人，可以予以训诫，责令退出法庭或者予以罚款、拘留。

A people's court may admonish persons who violate court rules, order such persons to leave the court, or impose a fine or detention on such persons.

人民法院对哄闹、冲击法庭，侮辱、诽谤、威胁、殴打审判人员，严重扰乱法庭秩序的人，依法追究刑事责任；情节较轻的，予以罚款、拘留。

For persons who clamor in a courtroom, attack a courtroom, or insult, defame, threaten or assault judges, seriously disrupting the order of the courtroom, the people's court shall investigate their criminal liability in accordance with law; or if the circumstances are not serious, impose a fine or

[CLI Code]CLI.1.5113165(EN)

detention on them.

第一百一十四条　诉讼参与人或者其他人有下列行为之一的，人民法院可以根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任：

**Article 114** Where a litigation participant or any other person commits any of the following conduct, the people's court may impose a fine or detention on the litigation participant or person according to the severity of the circumstances; and if suspected of any crime, the litigation participant or person shall be subject to criminal liability in accordance with law.

（一）伪造、毁灭重要证据，妨碍人民法院审理案件的；

(1) Forging or destroying any material evidence, which obstructs the trial of the case by the people's court.

（二）以暴力、威胁、贿买方法阻止证人作证或者指使、贿买、胁迫他人作伪证的；

(2) Preventing a witness from testifying by violence, threat or bribery or instigating, bribing or coercing any other person to commit perjury.

（三）隐藏、转移、变卖、毁损已被查封、扣押的财产，或者已被清点并责令其保管的财产，转移已被冻结的财产的；

(3) Concealing, transferring, selling or destroying any seized or impounded property or any inventoried property under the custody of the litigation participant or person as ordered or transferring any frozen property.

（四）对司法工作人员、诉讼参加人、证人、翻译人员、鉴定人、勘验人、协助执行的人，进行侮辱、诽谤、诬陷、殴打或者打击报复的；

(4) Insulting, defaming, falsely incriminating, assaulting or retaliating any judge, primary litigation participant, witness, interpreter, identification expert, surveyor or person assisting in enforcement.

（五）以暴力、威胁或者其他方法阻碍司法工作人员执行职务的；

(5) Obstructing judicial personnel from performing their duties by violence, threat or any other means.

（六）拒不履行人民法院已经发生法律效力的判决、裁定的。

(6) Refusing to execute any effective judgment or ruling of a people's court.

人民法院对有前款规定的行为之一的单位，可以对其主要负责人或者直接责任人员予以罚款、拘留；构成犯罪的，依法追究刑事责任。

Where an entity commits any of the conduct in the preceding paragraph, the people's court may impose a fine or detention on the primary person in charge or directly liable persons of the entity; and if suspected of any crime, such persons shall be subject to criminal liability in accordance with law.

第一百一十五条 当事人之间恶意串通，企图通过诉讼、调解等方式侵害他人合法权益的，人民法院应当驳回其请求，并根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任。

Article 115 Where the parties, maliciously in collusion, attempt to infringe upon the lawful rights and interests of other persons by litigation, mediation or any other means, a people's court shall dismiss their claims and impose a fine or detention on the parties according to the severity of the circumstances; and if suspected of any crime, they shall be subject to criminal liability in accordance with law.

第一百一十六条 被执行人与他人恶意串通，通过诉讼、仲裁、调解等方式逃避履行法律文书确定的义务的，人民法院应当根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任。

Article 116 Where the party against whom enforcement is sought, maliciously in collusion with other persons, evades performance of obligations determined in a legal instrument by litigation, arbitration, mediation or any other means, a people's court shall impose a fine or detention on them according to the severity of the circumstances; and if suspected of any crime, they shall be subject to criminal liability.

第一百一十七条 有义务协助调查、执行的单位有下列行为之一的，人民法院除责令其履行协助义务外，并可以予以罚款：

Article 117 Where an entity with an obligation to assist in investigation or enforcement commits any of the following conduct, the people's court may, in addition to ordering the entity to perform the obligation of assistance, impose a fine on the entity:

（一）有关单位拒绝或者妨碍人民法院调查取证的；

(1) The relevant entity refuses or obstructs investigation or collection of evidence by the people's court.

（二）有关单位接到人民法院协助执行通知书后，拒不协助查询、扣押、冻结、划拨、变价财产的；

(2) The relevant entity refuses to assist in property inquiry, seizure, freezing, transfer or sale, after receiving a notice of enforcement assistance from the people's court.

（三）有关单位接到人民法院协助执行通知书后，拒不协助扣留被执行人的收入、办理有关财产权证照转移手续、转交有关票证、证照或者其他财产的；

(3) The relevant entity refuses to assist in withholding the income of the party against whom enforcement is sought, handling the transfer of a relevant property right certificate, or delivering a relevant bill, certificate or license or any other relevant property, after receiving a notice of enforcement assistance from the people's court.

（四）其他拒绝协助执行的。

(4) The relevant entity otherwise refuses to assist in enforcement.

人民法院对有前款规定的行为之一的单位，可以对其主要负责人或者直接责任人员予以罚款；对仍不履行协助义务的，可以予以拘留；并可以向监察机关或者有关机关提出予以纪律处分的司法建议。

Where an entity commits any of the conduct in the preceding paragraph, the people's court may impose a fine on the primary person in charge or directly liable persons of the entity; and if the entity still fails to perform its obligation to provide assistance, may detain such persons and offer judicial recommendations to the oversight authority or other relevant authorities regarding disciplinary actions against such persons.

第一百一十八条　对个人的罚款金额，为人民币十万元以下。对单位的罚款金额，为人民币五万元以上一百万元以下。

**Article 118** The amount of a fine on an individual shall not be more than 100,000 yuan. The amount of a fine on an entity shall not be less than 50,000 yuan but not be more than 1 million yuan.

拘留的期限，为十五日以下。

The period of detention shall not be longer than 15 days.

被拘留的人，由人民法院交公安机关看管。在拘留期间，被拘留人承认并改正错误的，人民法院可以决定提前解除拘留。

[CLI Code]CLI.1.5113165(EN)

A people's court shall deliver a detainee to a public security authority for custody. If the detainee admits and corrects his or her wrongdoing during the period of detention, the people's court may decide to discharge the detainee early.

第一百一十九条 拘传、罚款、拘留必须经院长批准。

**Article 119** A summons by force, a fine or detention must subject to the approval of the president of a people's court.

拘传应当发拘传票。
A warrant shall be issued for a summons by force.

罚款、拘留应当用决定书。对决定不服的，可以向上一级人民法院申请复议一次。复议期间不停止执行。
A written decision shall be made to impose a fine or detention. Against such a decision, a party may apply to the people's court at the next higher level for reconsideration once. The enforcement of the decision shall not be suspended during the period of reconsideration.

第一百二十条 采取对妨害民事诉讼的强制措施必须由人民法院决定。任何单位和个人采取非法拘禁他人或者非法私自扣押他人财产追索债务的，应当依法追究刑事责任，或者予以拘留、罚款。
**Article 120** Any compulsory measure against obstruction of civil procedures must be taken upon decision of a people's court. Any entity or individual which recovers a debt by illegally withholding another person against the person's will or illegally seizing another person's property shall be subject to criminal liability in accordance with law or subject to detention or a fine.

第十一章 诉讼费用
Chapter 11 Litigation Expenses

第一百二十一条 当事人进行民事诉讼，应当按照规定交纳案件受理费。财产案件除交纳案件受理费外，并按照规定交纳其他诉讼费用。
**Article 121** A party instituting a civil action shall pay a case acceptance fee according to the relevant provisions. In property cases, a party shall pay other litigation expenses, in addition to a case acceptance fee.

当事人交纳诉讼费用确有困难的，可以按照规定向人民法院申请缓交、减交或者免交。

Where it is difficult for a party to pay any litigation expenses, the party may, according to the relevant provisions, apply to the people's court for payment postponement, reduction or waiver.

收取诉讼费用的办法另行制定。

Procedures for collection of litigation expenses shall be formulated separately.

第二编　审判程序

Part Two Trial Procedure

第十二章　第一审普通程序

Chapter 12 Formal Procedure at First Instance

第一节　起诉和受理

Section 1 Instituting and Accepting an Action

第一百二十二条　起诉必须符合下列条件：

**Article 122** An action to be instituted must meet all of the following conditions:

（一）原告是与本案有直接利害关系的公民、法人和其他组织；

(1) The plaintiff is a citizen, legal person or any other organization with a direct interest in the case.

（二）有明确的被告；

(2) There is a clear defendant.

（三）有具体的诉讼请求和事实、理由；

(3) There are specific claims, facts and reasons.

（四）属于人民法院受理民事诉讼的范围和受诉人民法院管辖。

(4) The case is within the scope of civil actions accepted by the people's courts and under the jurisdiction of the people's court in which the action is instituted.

第一百二十三条　起诉应当向人民法院递交起诉状，并按照被告人数提出副本。

[CLI Code]CLI.1.5113165(EN)

**Article 123** A plaintiff shall submit a written complaint to the people's court and provide copies of it according to the number of defendants.

书写起诉状确有困难的，可以口头起诉，由人民法院记入笔录，并告知对方当事人。

Where it is difficult for a plaintiff to write a complaint, the plaintiff may institute an action verbally, and the people's court shall record it in the transcripts and notify the opposing party.

第一百二十四条　起诉状应当记明下列事项：

**Article 124** A written complaint shall state:

（一）原告的姓名、性别、年龄、民族、职业、工作单位、住所、联系方式，法人或者其他组织的名称、住所和法定代表人或者主要负责人的姓名、职务、联系方式；

(1) the name, gender, age, ethnicity, occupation, employer, domicile and contact methods of the plaintiff; or the name and domicile of a legal person or any other organization and the name, title and contact methods of the legal representative or primary person in charge thereof;

（二）被告的姓名、性别、工作单位、住所等信息，法人或者其他组织的名称、住所等信息；

(2) information on the defendant, including but not limited to name, gender, employer and domicile; and information on a legal person or any other organization, including but not limited to name and domicile;

（三）诉讼请求和所根据的事实与理由；

(2) claims and supporting facts and reasons; and

（四）证据和证据来源，证人姓名和住所。

(3) evidence, sources of evidence, and names and domiciles of witnesses.

第一百二十五条　当事人起诉到人民法院的民事纠纷，适宜调解的，先行调解，但当事人拒绝调解的除外。

**Article 125** Where mediation is appropriate for the civil dispute involved in an action instituted by a party in a people's court, mediation shall be conducted first, unless the parties refuse mediation.

第一百二十六条　人民法院应当保障当事人依照法律规定享有的起诉权利。对符合本法第一百二十二条的起诉，必须受理。符合起诉条件的，应当在七日内立案，并通知当事人；不符合起诉条件的，应当在七日内作出裁定

书，不予受理；原告对裁定不服的，可以提起上诉。

**Article 126** A people's court shall protect the right to sue enjoyed by a party in accordance with law. A people's court must accept an action instituted under Article 122 of this Law. A people's court shall, within seven days, docket a case which meets the conditions for instituting an action and notify the party; or issue a ruling within seven days to refuse to accept an action which fails to meet the conditions for instituting an action, and the plaintiff may appeal against the ruling.

第一百二十七条　人民法院对下列起诉，分别情形，予以处理：

**Article 127** A people's court shall handle the following actions according to different circumstances:

（一）依照行政诉讼法的规定，属于行政诉讼受案范围的，告知原告提起行政诉讼；

(1) Notifying the plaintiff to file an administrative lawsuit, if the case is within the scope of administrative lawsuits in accordance with the Administrative Litigation Law.

（二）依照法律规定，双方当事人达成书面仲裁协议申请仲裁、不得向人民法院起诉的，告知原告向仲裁机构申请仲裁；

(2) Notifying the plaintiff to apply to an arbitral institution for arbitration, if, in accordance with law, both parties shall apply for arbitration under a written arbitration agreement reached between them and are prohibited from instituting an action in a people's court.

（三）依照法律规定，应当由其他机关处理的争议，告知原告向有关机关申请解决；

(3) Notifying the plaintiff to apply to a relevant authority for settlement of a dispute, if, in accordance with law, the dispute shall be handled by other authorities.

（四）对不属于本院管辖的案件，告知原告向有管辖权的人民法院起诉；

(4) Notifying the plaintiff to institute an action in a people's court having jurisdiction, if the case is not within its jurisdiction.

（五）对判决、裁定、调解书已经发生法律效力的案件，当事人又起诉的，告知原告申请再审，但人民法院准许撤诉的裁定除外；

(5) Notifying the plaintiff to petition for retrial, except for a ruling of a people's court which allows withdrawal of an action, if a party institutes an action again for a case for which a judgment, ruling or consent judgment has come into force.

（六）依照法律规定，在一定期限内不得起诉的案件，在不得起诉的期限内起诉的，不予受理；

(6) Refusing to accept an action instituted during a period of prohibition from instituting an action, if, in accordance with law, the action shall not be instituted during a certain period.

（七）判决不准离婚和调解和好的离婚案件，判决、调解维持收养关系的案件，没有新情况、新理由，原告在六个月内又起诉的，不予受理。

(7) Refusing to accept an action instituted by the plaintiff without new developments or new reasons within six months for a divorce case where dissolution of marriage is not granted by a judgment or both parties have reconciled through mediation or for a case where an adoptive relationship is maintained by a judgment or through mediation.

第二节　审理前的准备

Section 2 Pretrial Preparations

第一百二十八条　人民法院应当在立案之日起五日内将起诉状副本发送被告，被告应当在收到之日起十五日内提出答辩状。答辩状应当记明被告的姓名、性别、年龄、民族、职业、工作单位、住所、联系方式；法人或者其他组织的名称、住所和法定代表人或者主要负责人的姓名、职务、联系方式。人民法院应当在收到答辩状之日起五日内将答辩状副本发送原告。

**Article 128** A people's court shall, within five days after docketing a case, serve a copy of the written complaint on the defendant, and the defendant shall submit a written statement of defense within 15 days after receiving the complaint. The written statement of defense shall state the name, gender, age, ethnicity, occupation, employer, domicile and contact methods of the defendant; or the name and domicile of a legal person or any other organization and the name, title and contact methods of the legal representative or primary person in charge thereof. The people's court shall, within five days after receiving the written statement of defense, serve a copy of it on the plaintiff.

被告不提出答辩状的，不影响人民法院审理。
The defendant's failure to submit a written statement of defense shall not affect the trial of the case by the people's court.

第一百二十九条　人民法院对决定受理的案件，应当在受理案件通知书和应诉通知书中向当事人告知有关的诉讼权利义务，或者口头告知。

[CLI Code]CLI.1.5113165(EN)

**Article 129** After deciding to accept a case, a people's court shall notify the parties, verbally or in a notice of case acceptance or a notice of response to an action, of their relevant procedural rights and obligations.

第一百三十条 人民法院受理案件后，当事人对管辖权有异议的，应当在提交答辩状期间提出。人民法院对当事人提出的异议，应当审查。异议成立的，裁定将案件移送有管辖权的人民法院；异议不成立的，裁定驳回。

**Article 130** Where a party raises any objection to jurisdiction after a case is accepted by a people's court, the party shall file the objection with the people's court during the period of submitting a written statement of defense. The people's court shall examine the objection. If the objection is supported, the people's court shall issue a ruling to transfer the case to the people's court having jurisdiction; or if the objection is not supported, the people's court shall issue a ruling to dismiss the objection.

当事人未提出管辖异议，并应诉答辩的，视为受诉人民法院有管辖权，但违反级别管辖和专属管辖规定的除外。

Where a party raises no objection to jurisdiction and responds to the action by submitting a written statement of defense, the people's court accepting the action shall be deemed to have jurisdiction, unless the provisions regarding hierarchical jurisdiction and exclusive jurisdiction are violated.

第一百三十一条 审判人员确定后，应当在三日内告知当事人。

**Article 131** The parties shall be notified of the composition of judges within three days after the composition is determined.

第一百三十二条 审判人员必须认真审核诉讼材料，调查收集必要的证据。

**Article 132** Judges must carefully examine case materials and investigate and collect necessary evidence.

第一百三十三条 人民法院派出人员进行调查时，应当向被调查人出示证件。

**Article 133** The personnel assigned by a people's court to conduct investigation shall produce their credentials to the person under investigation.

调查笔录经被调查人校阅后，由被调查人、调查人签名或者盖章。

The investigation transcripts shall be checked by the person under investigation and be signed or sealed by the person under investigation and the investigators.

第一百三十四条  人民法院在必要时可以委托外地人民法院调查。

**Article 134** A people's court may, when necessary, entrust investigation to a people's court in a different place.

委托调查，必须提出明确的项目和要求。受委托人民法院可以主动补充调查。

The entrusting people's court must specify the investigated matters and the investigation requirements. The entrusted people's court may conduct additional investigation on its own initiative.

受委托人民法院收到委托书后，应当在三十日内完成调查。因故不能完成的，应当在上述期限内函告委托人民法院。

The entrusted people's court shall complete investigation within 30 days after receiving a letter on entrusted investigation. If the entrusted people's court is unable to complete investigation for certain reasons, it shall notify the entrusting people's court in a letter within the aforesaid period.

第一百三十五条  必须共同进行诉讼的当事人没有参加诉讼的，人民法院应当通知其参加诉讼。

**Article 135** Where a party who must participate in a joint action fails to participate in the action, the people's court shall notify the party to participate in the action.

第一百三十六条  人民法院对受理的案件，分别情形，予以处理：

**Article 136** A people's court shall handle accepted cases according to different circumstances:

（一）当事人没有争议，符合督促程序规定条件的，可以转入督促程序；

(1) Initiating the procedure for urging debt repayment at the court's discretion, if the parties are not in dispute and the prescribed conditions are met for initiating the procedure for urging debt repayment.

（二）开庭前可以调解的，采取调解方式及时解决纠纷；

(2) Resolving disputes in a timely manner through mediation, if pre-trial mediation is allowed.

（三）根据案件情况，确定适用简易程序或者普通程序；

(3) Determining the application of summary procedure or formal procedure according to the

circumstances of a case.

（四）需要开庭审理的，通过要求当事人交换证据等方式，明确争议焦点。

(4) Clarifying the focus of disputes by requiring the parties to exchange evidence and other means, if it is necessary to hold a court session.

第三节　开庭审理

Section 3 Court Trial

第一百三十七条　人民法院审理民事案件，除涉及国家秘密、个人隐私或者法律另有规定的以外，应当公开进行。

**Article 137** A people's court shall try civil cases openly, except those involving any state secret or individual privacy or as otherwise provided by law.

离婚案件，涉及商业秘密的案件，当事人申请不公开审理的，可以不公开审理。

Divorce cases and cases involving any trade secret may be tried in camera upon application of the parties.

第一百三十八条　人民法院审理民事案件，根据需要进行巡回审理，就地办案。

**Article 138** A people's court may, as needed, try civil cases in a circuit manner and on the spot.

第一百三十九条　人民法院审理民事案件，应当在开庭三日前通知当事人和其他诉讼参与人。公开审理的，应当公告当事人姓名、案由和开庭的时间、地点。

**Article 139** A people's court shall notify the parties and other litigation participants of the trial of a civil case three days before holding a court session. If the case is to be tried openly, the names of parties, cause of action, and time and location of court session shall be published.

第一百四十条　开庭审理前，书记员应当查明当事人和其他诉讼参与人是否到庭，宣布法庭纪律。

**Article 140** Before a court session begins, the court clerk shall check whether the parties and other litigation participants are present and announce court rules.

开庭审理时，由审判长或者独任审判员核对当事人，宣布案由，宣布审判人员、书记员名单，告知当事人有关的诉讼权利义务，询问当事人是否提出回避申请。

When a court session begins, the presiding judge or single judge shall check the identity of each party, announce the cause of action, announce the names of judges and court clerk, notify the parties of their relevant procedural rights and obligations, and ask the parties whether they file any requests for disqualification.

第一百四十一条　法庭调查按照下列顺序进行：

**Article 141** Court investigation shall be conducted in the following order:

（一）当事人陈述；

(1) The parties each present a statement.

（二）告知证人的权利义务，证人作证，宣读未到庭的证人证言；

(2) Witnesses are notified of their rights and obligations, witnesses testify, and the statements of absent witnesses are read.

（三）出示书证、物证、视听资料和电子数据；

(3) Documentary evidence, physical evidence, audio-visual recordings, and electronic data are adduced.

（四）宣读鉴定意见；

(4) Expert opinions are read.

（五）宣读勘验笔录。

(5) Transcripts of survey are read.

第一百四十二条　当事人在法庭上可以提出新的证据。

**Article 142** The parties may adduce new evidence in court.

当事人经法庭许可，可以向证人、鉴定人、勘验人发问。
As permitted by the court, a party may question a witness, identification expert or surveyor.

当事人要求重新进行调查、鉴定或者勘验的，是否准许，由人民法院决定。
A party's request for reinvestigation, re-identification or resurvey shall be subject to the decision of the people's court.

Saved on: 07/11/2026

[CLI Code]CLI.1.5113165(EN)

第一百四十三条　原告增加诉讼请求，被告提出反诉，第三人提出与本案有关的诉讼请求，可以合并审理。

**Article 143** The added claims of a plaintiff, the counterclaim of a defendant, and a third party's claims related to the case may be tried concurrently.

第一百四十四条　法庭辩论按照下列顺序进行：

**Article 144** Court debate shall be conducted in the following order:

（一）原告及其诉讼代理人发言；

(1) The plaintiff and the litigation representative thereof present their case.

（二）被告及其诉讼代理人答辩；

(2) The defendant and the litigation representative thereof present their arguments.

（三）第三人及其诉讼代理人发言或者答辩；

(3) A third party and the litigation representative thereof present their case or their arguments.

（四）互相辩论。

(4) Debate among the parties.

法庭辩论终结，由审判长或者独任审判员按照原告、被告、第三人的先后顺序征询各方最后意见。

At the end of court debate, the presiding judge or single judge shall ask each side's final statement in the order of plaintiff, defendant and third party.

第一百四十五条　法庭辩论终结，应当依法作出判决。判决前能够调解的，还可以进行调解，调解不成的，应当及时判决。

**Article 145** After the end of court debate, a judgment shall be entered in accordance with law. Where mediation is possible before a judgment is entered, mediation may be conducted; and if mediation fails, a judgment shall be entered in a timely manner.

第一百四十六条　原告经传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭的，可以按撤诉处理；被告反诉的，可以缺席判决。

**Article 146** Where a plaintiff refuses to appear in court without justifiable reasons after being

[CLI Code]CLI.1.5113165(EN)

summonsed or leaves the courtroom during a court session without permission from the court, the court may deem that the plaintiff has withdrawn the action; and if the defendant has filed a counterclaim, the court may enter a default judgment.

第一百四十七条　被告经传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭的，可以缺席判决。

**Article 147** Where a defendant refuses to appear in court without justifiable reasons after being summonsed or leaves the courtroom during a court session without permission from the court, the court may enter a default judgment.

第一百四十八条　宣判前，原告申请撤诉的，是否准许，由人民法院裁定。

**Article 148** Where a plaintiff requests withdrawal of the action before a judgment is pronounced, the people's court shall issue a ruling on whether to grant such a request.

人民法院裁定不准许撤诉的，原告经传票传唤，无正当理由拒不到庭的，可以缺席判决。

If the people's court decides not to grant the request and the plaintiff refuses to appear in court without justifiable reasons after being summonsed, the people's court may enter a default judgment.

第一百四十九条　有下列情形之一的，可以延期开庭审理：

**Article 149** Under any of the following circumstances, a court session may be postponed:

（一）必须到庭的当事人和其他诉讼参与人有正当理由没有到庭的；

(1) A party or any other litigation participant which must appear in court fails to appear in court for justifiable reasons.

（二）当事人临时提出回避申请的；

(2) A party files an unexpected request for disqualification.

（三）需要通知新的证人到庭，调取新的证据，重新鉴定、勘验，或者需要补充调查的；

(3) It is necessary to notify a new witness to appear in court, collect new evidence, conduct re-identification or resurvey, or conduct further investigation.

（四）其他应当延期的情形。

(4) Other circumstances requiring postponement.

第一百五十条　书记员应当将法庭审理的全部活动记入笔录，由审判人员和书记员签名。

**Article 150** The court clerk shall record all court trial activities in transcripts, to which the judges and court clerk shall affix their signatures.

法庭笔录应当当庭宣读，也可以告知当事人和其他诉讼参与人当庭或者在五日内阅读。当事人和其他诉讼参与人认为对自己的陈述记录有遗漏或者差错的，有权申请补正。如果不予补正，应当将申请记录在案。

The court transcripts shall be read out in court, and the parties and other litigation participants may be notified to read the court transcripts in court or within five days. If the parties and other litigation participants deem that there are any omissions or errors in the court transcripts regarding their respective statements, they shall be entitled to request supplementation or correction. If no supplementation or correction is permitted, their requests shall be on record.

法庭笔录由当事人和其他诉讼参与人签名或者盖章。拒绝签名盖章的，记明情况附卷。

The parties and other litigation participants shall affix their signatures or seals to the court transcripts. The court transcripts shall record any refusals to affix signatures or seals and be attached to the case file.

第一百五十一条　人民法院对公开审理或者不公开审理的案件，一律公开宣告判决。

**Article 151** Whether a case is tried openly or in camera, a people's court shall, without exception, pronounce its judgment publicly.

当庭宣判的，应当在十日内发送判决书；定期宣判的，宣判后立即发给判决书。

If a judgment is pronounced in court, a written judgment shall be issued within ten days; or if a judgment is pronounced later on a fixed date, a written judgment shall be issued immediately after pronouncement.

宣告判决时，必须告知当事人上诉权利、上诉期限和上诉的法院。

When a judgment is pronounced, the parties must be notified of their right to appeal, the time limit for appeal, and the appellate court.

宣告离婚判决，必须告知当事人在判决发生法律效力前不得另行结婚。

When a divorce judgment is pronounced, the parties must be notified that neither of them may

marry another person before the judgment takes effect.

第一百五十二条　人民法院适用普通程序审理的案件，应当在立案之日起六个月内审结。有特殊情况需要延长的，经本院院长批准，可以延长六个月；还需要延长的，报请上级人民法院批准。

**Article 152** A people's court shall complete the trial of a case under formal procedure within six months after the case is docketed. If an extension of the period is necessary under special circumstances, the period may be extended for six months with the approval of the president of the court; and any further extension shall be subject to the approval of the superior of the people's court.

第四节　诉讼中止和终结

Section 4 Suspension and Termination of an Action

第一百五十三条　有下列情形之一的，中止诉讼：

**Article 153** Under any of the following circumstances, an action shall be suspended:

（一）一方当事人死亡，需要等待继承人表明是否参加诉讼的；

(1) A party dies and it is necessary to wait for his or her successors to indicate whether they will participate in the action.

（二）一方当事人丧失诉讼行为能力，尚未确定法定代理人的；

(2) A party loses his or her litigation competency and his or her legal representative has not been determined.

（三）作为一方当事人的法人或者其他组织终止，尚未确定权利义务承受人的；

(3) A party which is a legal person or any other organization is terminated and the successors to the rights and obligations of the party have not been determined.

（四）一方当事人因不可抗拒的事由，不能参加诉讼的；

(4) A party is unable to participate in the action for reasons beyond the party's control.

（五）本案必须以另一案的审理结果为依据，而另一案尚未审结的；

(5) The action must depend on the results of the trial of another case which has not been

concluded.

（六）其他应当中止诉讼的情形。

(6) Other circumstances requiring suspension.

中止诉讼的原因消除后，恢复诉讼。

The action shall resume after the cause of suspension is eliminated.

**第一百五十四条** 有下列情形之一的，终结诉讼：

**Article 154** Under any of the following circumstances, an action shall be terminated:

（一）原告死亡，没有继承人，或者继承人放弃诉讼权利的；

(1)The plaintiff dies without successors or all of his or her successors waive their procedural rights.

（二）被告死亡，没有遗产，也没有应当承担义务的人的；

(2)The defendant dies without estate and without any person which shall assume the defendant's obligations.

（三）离婚案件一方当事人死亡的；

(3) In a divorce case, either party dies.

（四）追索赡养费、扶养费、抚养费以及解除收养关系案件的一方当事人死亡的。

(4) In a case to recover support for elderly parents, support for other adult dependants or child support or to rescind an adoptive relationship, either party dies.

第五节　判决和裁定

Section 5 Judgments and Rulings

**第一百五十五条** 判决书应当写明判决结果和作出该判决的理由。判决书内容包括：

**Article 155** A written judgment shall state the results of judgment and reasons for entering the judgment. The content of a written judgment includes:

（一）案由、诉讼请求、争议的事实和理由；

(1) the cause of action, claims, facts in dispute, and reasons;

[CLI Code]CLI.1.5113165(EN)

（二）判决认定的事实和理由、适用的法律和理由；

(2) the facts found and reasons and the laws applied and reasons in the judgment;

（三）判决结果和诉讼费用的负担；

(3) the results of judgment and the assumption of litigation expenses; and

（四）上诉期间和上诉的法院。

(4) the time limit for filing an appeal and the appellate court.

判决书由审判人员、书记员署名，加盖人民法院印章。

The judges and court clerk shall affix their signatures and the people's court shall affix its seal to the written judgment.

第一百五十六条　人民法院审理案件，其中一部分事实已经清楚，可以就该部分先行判决。

**Article 156** Where a portion of the facts of a case tried by a people's court has been ascertained, the people's court may first enter a judgment regarding such facts.

第一百五十七条　裁定适用于下列范围：

**Article 157** The scope of application of a ruling shall include:

（一）不予受理；

(1) Refusing to accept an action;

（二）对管辖权有异议的；

(2) Objection to jurisdiction;

（三）驳回起诉；

(3) Dismissing an action;

（四）保全和先予执行；

(4) Preservation and advance enforcement;

（五）准许或者不准许撤诉；

(5) Granting or not granting the withdrawal of an action;

（六）中止或者终结诉讼；

(6) Suspension or termination of an action;

（七）补正判决书中的笔误；

(7) Correcting typos in a written judgment;

（八）中止或者终结执行；

(8) Suspension or termination of enforcement;

（九）撤销或者不予执行仲裁裁决；

(9) revoking or not enforcing an arbitration award;

（十）不予执行公证机关赋予强制执行效力的债权文书；

(10) Refusing to enforce a debt instrument with enforceability legally granted by a notary office; and

（十一）其他需要裁定解决的事项。

(11) Other issues to be resolved by a ruling.

对前款第一项至第三项裁定，可以上诉。

A ruling in items (1) to (3) of the preceding paragraph is appealable.

裁定书应当写明裁定结果和作出该裁定的理由。裁定书由审判人员、书记员署名，加盖人民法院印章。口头裁定的，记入笔录。

A written ruling shall state the results of ruling and reasons for issuing the ruling. The judges and court clerk shall affix their signatures and the people's court shall affix its seal to a written ruling. A verbal ruling shall be recorded in transcripts.

第一百五十八条　最高人民法院的判决、裁定，以及依法不准上诉或者超过上诉期没有上诉的判决、裁定，是发生法律效力的判决、裁定。

Article 158 The judgments and rulings of the Supreme People's Court and the judgments and rulings not appealable in accordance with law or not appealed during the prescribed time limit shall

be effective judgments and rulings.

第一百五十九条　公众可以查阅发生法律效力的判决书、裁定书，但涉及国家秘密、商业秘密和个人隐私的内容除外。

**Article 159** The public may consult effective written judgments and rulings, except content involving any national secret, trade secret or individual privacy.

第十三章　简易程序

Chapter 13 Summary Procedure

第一百六十条　基层人民法院和它派出的法庭审理事实清楚、权利义务关系明确、争议不大的简单的民事案件，适用本章规定。

**Article 160** Where a basic people's court and its detached tribunals try simple civil cases with clear facts, unambiguous rights and obligations and minor disputes, the provisions of this Chapter shall apply.

基层人民法院和它派出的法庭审理前款规定以外的民事案件，当事人双方也可以约定适用简易程序。

Where a basic people's court and its detached tribunals try civil cases other than those in the preceding paragraph, the parties may agree on the application of summary procedure.

第一百六十一条　对简单的民事案件，原告可以口头起诉。

**Article 161** In simple civil cases, the plaintiff may institute an action verbally.

当事人双方可以同时到基层人民法院或者它派出的法庭，请求解决纠纷。基层人民法院或者它派出的法庭可以当即审理，也可以另定日期审理。

Both sides may appear at the same time before a basic people's court or its detached tribunal for resolution of a dispute. The basic people's court or its detached tribunal may try the case immediately or schedule the trial for anther day.

第一百六十二条　基层人民法院和它派出的法庭审理简单的民事案件，可以用简便方式传唤当事人和证人、送达诉讼文书、审理案件，但应当保障当事人陈述意见的权利。

**Article 162** When trying simple civil cases, a basic people's court and its detached tribunals may, in simple manners, summon the parties and witnesses, serve process and try cases but shall

protect the parties' right to present a statement.

第一百六十三条　简单的民事案件由审判员一人独任审理，并不受本法第一百三十九条、第一百四十一条、第一百四十四条规定的限制。

**Article 163** Not subject to Articles 139, 141 and 144 of this Law, a simple civil case shall be tried by a sole judge.

第一百六十四条　人民法院适用简易程序审理案件，应当在立案之日起三个月内审结。有特殊情况需要延长的，经本院院长批准，可以延长一个月。

**Article 164** A people's court which tries a case under the summary procedure shall complete the trial of the case within three months after the case is docketed. If an extension is needed under special circumstances, an extension of one month may be granted with the approval of the president of the court.

第一百六十五条　基层人民法院和它派出的法庭审理事实清楚、权利义务关系明确、争议不大的简单金钱给付民事案件，标的额为各省、自治区、直辖市上年度就业人员年平均工资百分之五十以下的，适用小额诉讼的程序审理，实行一审终审。

**Article 165** Where a primary people's court or its detached tribunal tries a simple civil case on pecuniary payment with clear facts, unambiguous rights and obligations, and a minor dispute, if the amount of subject matter is not more than 50 percent of the average annual wage of workers in the province, autonomous region or municipality directly under the Central Government in the previous year, the case shall be tried under the small claims procedure, and the judgement of the first instance shall be final.

基层人民法院和它派出的法庭审理前款规定的民事案件，标的额超过各省、自治区、直辖市上年度就业人员年平均工资百分之五十但在二倍以下的，当事人双方也可以约定适用小额诉讼的程序。

Where the primary people's court or its detached tribunal tries a civil case prescribed in the preceding paragraph, if the amount of subject matter exceeds 50 percent of but is not more than two times the average annual wage of workers in the province, autonomous region or municipality directly under the Central Government in the previous year, both parties may also agree on the application of the small claims procedure."

第一百六十六条　人民法院审理下列民事案件，不适用小额诉讼的程序：

**Article 166** The small claims procedure shall not apply to the trial of the following civil cases by people's courts:

（一）人身关系、财产确权案件；

(1) Cases on personal relationship and property right confirmation.

（二）涉外案件；

(2) Foreign-related cases.

（三）需要评估、鉴定或者对诉前评估、鉴定结果有异议的案件；

(3) Cases in which appraisal or identification is required or any objection is raised to the pre-action appraisal or identification result.

（四）一方当事人下落不明的案件；

(4) Cases in which the whereabouts of a party are unknown.

（五）当事人提出反诉的案件；

(5) Cases in which a party files a counterclaim.

（六）其他不宜适用小额诉讼的程序审理的案件。

(6) Other cases the trial of which under the small claims procedure is inappropriate.

第一百六十七条　人民法院适用小额诉讼的程序审理案件，可以一次开庭审结并且当庭宣判。

**Article 167** A case tried by a people's court under the small claims procedure may generally be concluded in one court session, and a judgment shall be pronounced in court.

第一百六十八条　人民法院适用小额诉讼的程序审理案件，应当在立案之日起两个月内审结。有特殊情况需要延长的，经本院院长批准，可以延长一个月。

**Article 168** A case tried by a people's court under the small claims procedure shall be concluded within two months after the case is docketed. If an extension is needed under special circumstances, an extension of one month may be granted with the approval of the president of the court.

[CLI Code]CLI.1.5113165(EN)

**第一百六十九条**　人民法院在审理过程中，发现案件不宜适用小额诉讼的程序的，应当适用简易程序的其他规定审理或者裁定转为普通程序。

**Article 169** A people's court which discovers during the trial of a case that the application of the small claims procedure is inappropriate for the case, it shall try the case under other provisions of the summary procedure or rule to try the case under the ordinary procedure.

当事人认为案件适用小额诉讼的程序审理违反法律规定的，可以向人民法院提出异议。人民法院对当事人提出的异议应当审查，异议成立的，应当适用简易程序的其他规定审理或者裁定转为普通程序；异议不成立的，裁定驳回。

If a party is of the opinion that the trial of the case under the small claims procedure violates the provisions of any law, it may file an objection with the people's court. The people's court shall examine the objection raised by the party, and if the objection is supported, it shall try the case under other provisions of the summary procedure or rule to try the case under the ordinary procedure; or rule to dismiss the objection if the objection is not supported.

**第一百七十条**　人民法院在审理过程中，发现案件不宜适用简易程序的，裁定转为普通程序。

**Article 170** A people's court which discovers during the trial of a case that the application of summary procedure is not appropriate for the case shall issue a ruling to transfer the case into formal procedure.



第十四章　第二审程序

Chapter 14 Procedure at Second Instance

**第一百七十一条**　当事人不服地方人民法院第一审判决的，有权在判决书送达之日起十五日内向上一级人民法院提起上诉。

**Article 171** Against a first instance judgment of a local people's court, a party shall have the right to file an appeal with the people's court at the next higher level within 15 days from the date of service of the written judgment.

当事人不服地方人民法院第一审裁定的，有权在裁定书送达之日起十日内向上一级人民法院提起上诉。

Against a first instance ruling of a local people's court, a party shall have the right to file an appeal with the people's court at the next higher level within 10 days from the date of service of the written ruling.

Saved on: 07/11/2026

第一百七十二条　上诉应当递交上诉状。上诉状的内容，应当包括当事人的姓名，法人的名称及其法定代表人的姓名或者其他组织的名称及其主要负责人的姓名；原审人民法院名称、案件的编号和案由；上诉的请求和理由。

**Article 172** An appellant shall submit a written appeal. The written appeal shall include the names of the parties which are natural persons, names of a legal person and its legal representative or names of any other organization and its primary person in charge; the name of the original trial people's court, case number and cause of action; and the claims in appeal and reasons for appeal.

第一百七十三条　上诉状应当通过原审人民法院提出，并按照对方当事人或者代表人的人数提出副本。

**Article 173** An appellant shall submit a written appeal through the original trial people's court and provide copies of it according to the number of the opposing parties or the representatives of the opposing parties.

当事人直接向第二审人民法院上诉的，第二审人民法院应当在五日内将上诉状移交原审人民法院。

Where a party appeals directly to a people's court of second instance, the people's court of second instance shall, within five days, transfer the written appeal to the original trial people's court.

第一百七十四条　原审人民法院收到上诉状，应当在五日内将上诉状副本送达对方当事人，对方当事人在收到之日起十五日内提出答辩状。人民法院应当在收到答辩状之日起五日内将副本送达上诉人。对方当事人不提出答辩状的，不影响人民法院审理。

**Article 174** The original trial people's court shall, within five days after receiving a written appeal, serve the copies of the written appeal on the opposing parties, and the opposing parties shall, within 15 days after receiving the copies, submit their written statements of defense. The original trial people's court shall, within five days after receiving the written statements of defense, serve the copies of the written statements of defense on the appellant. The trial of the case by a people's court shall not be affected by an opposing party's failure to submit a written statement of defense.

原审人民法院收到上诉状、答辩状，应当在五日内连同全部案卷和证据，报送第二审人民法院。

After receiving both the written appeal and the written statements of defense, the original trial people's court shall, within five days, transfer them along with the entire case file and evidence to the people's court of second instance.

第一百七十五条　第二审人民法院应当对上诉请求的有关事实和适用法律进行审查。

**Article 175** The people's court of second instance shall review the facts and application of law in

relation to the claims in appeal.

第一百七十六条　第二审人民法院对上诉案件应当开庭审理。经过阅卷、调查和询问当事人，对没有提出新的事实、证据或者理由，人民法院认为不需要开庭审理的，可以不开庭审理。

**Article 176** The people's court of second instance shall try an appeal case in a court session. If, after the consultation of case files, investigation and questioning of the parties, no new fact, evidence or reason is submitted, the people's court may decide not to hold a court session if deeming a court session unnecessary.

第二审人民法院审理上诉案件，可以在本院进行，也可以到案件发生地或者原审人民法院所在地进行。

The people's court of second instance may try an appeal case in its own courtroom or at the place where the case occurred or where the original trial people's court is located.

第一百七十七条　第二审人民法院对上诉案件，经过审理，按照下列情形，分别处理：

**Article 177** After trial, the people's court of second instance shall handle appeal cases according to the following different circumstances:

（一）原判决、裁定认定事实清楚，适用法律正确的，以判决、裁定方式驳回上诉，维持原判决、裁定；

(1) Dismissing an appeal and sustaining the original judgment or ruling in the form of a judgment or ruling, if the original judgment or ruling is clear in fact finding and correct in application of law.

（二）原判决、裁定认定事实错误或者适用法律错误的，以判决、裁定方式依法改判、撤销或者变更；

(2) Reversing, revoking or modifying the original judgment or ruling in accordance with law in the form of a judgment or ruling, if the original judgment or ruling is erroneous in fact finding or application of law.

（三）原判决认定基本事实不清的，裁定撤销原判决，发回原审人民法院重审，或者查清事实后改判；

(3) Issuing a ruling to revoke the original judgment and remand the case to the original trial people's court for retrial or reversing the original judgment after ascertaining facts, if the original judgment is unclear in finding the basic facts.

（四）原判决遗漏当事人或者违法缺席判决等严重违反法定程序的，裁定撤销原判决，发回原审人民法院重审。

(4) Issuing a ruling to revoke the original judgment and remand the case to the original trial people's court, if the original judgment seriously violates statutory procedures, such as omitting a

party or illegally entering a default judgment.

原审人民法院对发回重审的案件作出判决后，当事人提起上诉的，第二审人民法院不得再次发回重审。
Where, after the original trial people's court enters a judgment for a case remanded for retrial, a party appeals the judgment, the people's court of second instance shall not remand the case again for retrial.

第一百七十八条    第二审人民法院对不服第一审人民法院裁定的上诉案件的处理，一律使用裁定。
**Article 178** The people's court of second instance shall, without exception, issue a ruling after trial of an appeal against a ruling of the people's court of first instance.

第一百七十九条    第二审人民法院审理上诉案件，可以进行调解。调解达成协议，应当制作调解书，由审判人员、书记员署名，加盖人民法院印章。调解书送达后，原审人民法院的判决即视为撤销。
**Article 179** When trying an appeal case, the people's court of second instance may conduct mediation. If a mediation agreement is reached, a consent judgment shall be prepared, to which the judges and court clerk shall affix their signatures and the people's court shall affix its seal. Upon service of the consent judgment, the judgment of the original trial people's court shall be deemed revoked.

第一百八十条    第二审人民法院判决宣告前，上诉人申请撤回上诉的，是否准许，由第二审人民法院裁定。
**Article 180** Where an appellant requests withdrawal of its appeal before the people's court of second instance pronounces its judgment, the people's court of second instance shall issue a ruling on whether to grant such a request.

第一百八十一条    第二审人民法院审理上诉案件，除依照本章规定外，适用第一审普通程序。
**Article 181** Subject to the provisions of this Chapter, a people's court of second instance shall try appeal cases under the formal procedure at first instance.

第一百八十二条    第二审人民法院的判决、裁定，是终审的判决、裁定。
**Article 182** The judgments and rulings of a people's court of second instance shall be final.

第一百八十三条    人民法院审理对判决的上诉案件，应当在第二审立案之日起三个月内审结。有特殊情况需要

延长的，由本院院长批准。

**Article 183** A people's court shall complete the trial of an appeal case against a judgment within three months after the appeal is docketed. Any extension of the aforesaid period under special circumstances shall be subject to the approval of the president of the people's court.

人民法院审理对裁定的上诉案件，应当在第二审立案之日起三十日内作出终审裁定。

A people's court shall issue a final ruling for an appeal case against a ruling within 30 days after the appeal is docketed.

第十五章　特别程序

Chapter 15 Special Procedures

第一节　一般规定

Section 1 General Provisions

第一百八十四条　人民法院审理选民资格案件、宣告失踪或者宣告死亡案件、认定公民无民事行为能力或者限制民事行为能力案件、认定财产无主案件、确认调解协议案件和实现担保物权案件，适用本章规定。本章没有规定的，适用本法和其他法律的有关规定。

**Article 184** The people's courts shall try voter eligibility cases, missing person declaration and death declaration cases, cases of determining civil incompetency or limited civil competency of citizens, cases of determining unclaimed property, cases of confirming mediation agreements and cases of security interest realization in accordance with the provisions of this Chapter. Where this Chapter is silent, the relevant provisions of this Law and other laws shall apply.

第一百八十五条　依照本章程序审理的案件，实行一审终审。选民资格案件或者重大、疑难的案件，由审判员组成合议庭审理；其他案件由审判员一人独任审理。

**Article 185** For cases tried under procedures in this Chapter, the trial results are not appealable. A collegial bench consisting of judges only shall be formed to try a voter eligibility case or a significant or difficult case; and any other case shall be tried by a sole judge.

第一百八十六条　人民法院在依照本章程序审理案件的过程中，发现本案属于民事权益争议的，应当裁定终结特别程序，并告知利害关系人可以另行起诉。

**Article 186** A people's court which discovers during the trial of a case under a procedure in this

[CLI Code]CLI.1.5113165(EN)

Chapter that the case involves a dispute over civil rights and interests shall issue a ruling to terminate the special procedure and notify the interested parties that they may institute a separate action.

第一百八十七条　人民法院适用特别程序审理的案件，应当在立案之日起三十日内或者公告期满后三十日内审结。有特殊情况需要延长的，由本院院长批准。但审理选民资格的案件除外。

**Article 187** A people's court shall complete the trial of a case under a special procedure within 30 days after the case is docketed or within 30 days after the period of public announcement expires. Any extension of the aforesaid trial period under special circumstances shall be subject to the approval of the president of the people's court. This article is not applicable to the trial of voter eligibility cases.

第二节　选民资格案件

Section 2 Voter Eligibility Cases

第一百八十八条　公民不服选举委员会对选民资格的申诉所作的处理决定，可以在选举日的五日以前向选区所在地基层人民法院起诉。

**Article 188** Against an election committee's decision on a petition regarding voter eligibility, a citizen may, five days before the election day, institute an action in the basic people's court at the place where the electoral district is located.

第一百八十九条　人民法院受理选民资格案件后，必须在选举日前审结。

**Article 189** After accepting a voter eligibility case, a people's court must complete the trial of the case before the election day.

审理时，起诉人、选举委员会的代表和有关公民必须参加。

The plaintiff, the representative of the election committee and the relevant citizen must participate in the trial.

人民法院的判决书，应当在选举日前送达选举委员会和起诉人，并通知有关公民。

The written judgment of the people's court shall be served on the election committee and the plaintiff before the election day, and the relevant citizen shall be notified.

[CLI Code]CLI.1.5113165(EN)

第三节  宣告失踪、宣告死亡案件

Section 3 Missing Person Declaration and Death Declaration Cases

第一百九十条  公民下落不明满二年，利害关系人申请宣告其失踪的，向下落不明人住所地基层人民法院提出。

**Article 190** Where the whereabouts of a citizen has been unknown for two years and an interested party applies for declaration of the citizen to be missing, the application shall be filed with the basic people's court at the place of domicile of the citizen whose whereabouts is unknown.

申请书应当写明失踪的事实、时间和请求，并附有公安机关或者其他有关机关关于该公民下落不明的书面证明。

The written application shall state the fact and time of disappearance and claims, to which a written certificate issued by a public security authority or any other relevant authority regarding the fact that citizen's whereabouts is unknown shall be attached.

第一百九十一条  公民下落不明满四年，或者因意外事件下落不明满二年，或者因意外事件下落不明，经有关机关证明该公民不可能生存，利害关系人申请宣告其死亡的，向下落不明人住所地基层人民法院提出。

**Article 191** Where the whereabouts of a citizen has been unknown for four years, has been unknown for involvement in an incident for two years, or has been unknown for involvement in an incident which the citizen cannot survive according to a certificate issued by a relevant authority, if an interested party applies for declaration of the citizen to be dead, the application shall be filed with the basic people's court at the place of domicile of the citizen whose whereabouts is unknown.

申请书应当写明下落不明的事实、时间和请求，并附有公安机关或者其他有关机关关于该公民下落不明的书面证明。

The written application shall state the fact and time of the citizen's whereabouts being unknown and claims, to which a written certificate issued by a public security authority or any other relevant authority regarding the fact that the citizen's whereabouts is known shall be attached.

第一百九十二条  人民法院受理宣告失踪、宣告死亡案件后，应当发出寻找下落不明人的公告。宣告失踪的公告期间为三个月，宣告死亡的公告期间为一年。因意外事件下落不明，经有关机关证明该公民不可能生存的，宣告死亡的公告期间为三个月。

**Article 192** After accepting a missing person declaration or death declaration case, a people's court shall issue a public announcement to search for the missing person. The period of public

announcement for declaring a person to be missing shall be three months, and the period of public announcement for declaring a person to be dead shall be one year. Where a citizen's whereabouts has been unknown for his or her involvement in an incident which the citizen cannot survive according to a certificate issued by a relevant authority, the period of public announcement for declaring the citizen to be dead shall be three months.

公告期间届满，人民法院应当根据被宣告失踪、宣告死亡的事实是否得到确认，作出宣告失踪、宣告死亡的判决或者驳回申请的判决。

Upon expiration of the aforesaid period of public announcement, the people's court shall, according to whether the missing or death of the citizen to be declared has been confirmed as a fact, enter a judgment to declare that the person is missing or dead or enter a judgment to dismiss the application.

第一百九十三条　被宣告失踪、宣告死亡的公民重新出现，经本人或者利害关系人申请，人民法院应当作出新判决，撤销原判决。

**Article 193** Where a citizen who has been declared to be missing or dead reappears, the people's court shall, upon application of the citizen or an interested party, enter a new judgment to revoke the original one.

第四节　认定公民无民事行为能力、限制民事行为能力案件

Section 4 Cases of Determining Civil Incompetency or Limited Civil Competency of Citizens

第一百九十四条　申请认定公民无民事行为能力或者限制民事行为能力，由利害关系人或者有关组织向该公民住所地基层人民法院提出。

**Article 194** For the determination of a citizen's civil incompetency or limited civil competency, an application shall be filed by the interested party or the relevant organization with the basic people's court at the place of domicile of the citizen.

申请书应当写明该公民无民事行为能力或者限制民事行为能力的事实和根据。

The written application shall state the facts and basis regarding the citizen's civil incompetency or limited civil competency.

第一百九十五条　人民法院受理申请后，必要时应当对被请求认定为无民事行为能力或者限制民事行为能力的

公民进行鉴定。申请人已提供鉴定意见的，应当对鉴定意见进行审查。

**Article 195** After accepting an application, a people's court shall, when necessary, conduct identification of the citizen's civil incompetency or limited civil competency to be determined upon application. If the applicant has provided an expert opinion, the people's court shall examine the expert opinion.

第一百九十六条　人民法院审理认定公民无民事行为能力或者限制民事行为能力的案件，应当由该公民的近亲属为代理人，但申请人除外。近亲属互相推诿的，由人民法院指定其中一人为代理人。该公民健康情况许可的，还应当询问本人的意见。

**Article 196** Where a people's court tries a case of determining a citizen's civil incompetency or limited civil competency, a close relative, other than the applicant, of the citizen shall serve as the citizen's representative. If the close relatives of the citizen shift their duty of representation onto each other, the people's court shall specify one of them as the representative of the citizen. If the citizen's health status allows, the people's court shall also solicit the opinion of the citizen.

人民法院经审理认定申请有事实根据的，判决该公民为无民事行为能力或者限制民事行为能力人；认定申请没有事实根据的，应当判决予以驳回。

If, upon trial, the people's court holds that the application is supported by facts, it shall enter a judgment to determine that the citizen is a person without civil competency or with limited civil competency; otherwise, it shall enter a judgment to dismiss the application.

第一百九十七条　人民法院根据被认定为无民事行为能力人、限制民事行为能力人本人、利害关系人或者有关组织的申请，证实该公民无民事行为能力或者限制民事行为能力的原因已经消除的，应当作出新判决，撤销原判决。

**Article 197** Upon application of a person who has been determined as a person without civil competency or with limited civil competency or application of him or her, the interested party or the relevant organization, a people's court shall enter a new judgment to revoke the original one if it is evidenced that the cause of the person's civil incompetency or limited civil competency has been eliminated.

第五节　认定财产无主案件

Section 5 Cases of Determining Unclaimed Property

第一百九十八条 申请认定财产无主，由公民、法人或者其他组织向财产所在地基层人民法院提出。

**Article 198** For the determination of unclaimed property, a citizen, a legal person or any other organization shall file an application with the basic people's court at the place where the property is located.

申请书应当写明财产的种类、数量以及要求认定财产无主的根据。

The written application shall state the kind and quantity of property and the grounds for requesting determination of unclaimed property.

第一百九十九条 人民法院受理申请后，经审查核实，应当发出财产认领公告。公告满一年无人认领的，判决认定财产无主，收归国家或者集体所有。

**Article 199** After accepting an application, the people's court shall conduct examination and verification and issue a public announcement on claiming the property. If no one claims the property upon one year from the date of public announcement, the people's court shall enter a judgment to determine that the property is unclaimed property and therefore owned by the state or a collective.

第二百条 判决认定财产无主后，原财产所有人或者继承人出现，在民法典规定的诉讼时效期间可以对财产提出请求，人民法院审查属实后，应当作出新判决，撤销原判决。

**Article 200** Where, after any property is determined as unclaimed property in a judgment, the original owner of the property or the successor thereto appears, the original owner or successor may claim the property within the time limitation prescribed in the Civil Code, the people's court shall, after examination and verification, enter a new judgment to revoke the original one.

第六节 确认调解协议案件

Section 6 Cases of Confirming Mediation Agreements

第二百零一条 经依法设立的调解组织调解达成调解协议，申请司法确认的，由双方当事人自调解协议生效之日起三十日内，共同向下列人民法院提出：

**Article 201** To apply for the judicial confirmation of a mediation agreement reached under the mediation of a legally established mediation organization in accordance with the law, both parties to the mediation agreement shall, within 30 days from the date when the mediation agreement takes effect, jointly file an application with the following people's court:

（一）人民法院邀请调解组织开展先行调解的，向作出邀请的人民法院提出；

(1) If a people's court invites a mediation organization to conduct preliminary mediation, the application shall be filed with the people's court that makes the invitation.

（二）调解组织自行开展调解的，向当事人住所地、标的物所在地、调解组织所在地的基层人民法院提出；调解协议所涉纠纷应当由中级人民法院管辖的，向相应的中级人民法院提出。

(2) If the mediation is conducted by the mediation organization, the application shall be filed with the primary people's court at the place where the party is domiciled or the subject matter or the mediation organization is located. If the dispute involved in the mediation agreement shall be under the jurisdiction of an intermediate people's court, the application shall be filed with the corresponding intermediate people's court.

第二百零二条　人民法院受理申请后，经审查，符合法律规定的，裁定调解协议有效，一方当事人拒绝履行或者未全部履行的，对方当事人可以向人民法院申请执行；不符合法律规定的，裁定驳回申请，当事人可以通过调解方式变更原调解协议或者达成新的调解协议，也可以向人民法院提起诉讼。

**Article 202** After accepting an application, if the application complies with legal provisions upon examination, the people's court shall issue a ruling to affirm the validity of the mediation agreement, and if one party refuses to perform or fails to fully perform the mediation agreement, the opposing party may apply for enforcement to the people's court; or if the application does not comply with legal provisions upon examination, the people's court shall issue a ruling to dismiss the application, and the parties may, through mediation, modify the mediation agreement or reach a new mediation agreement and may also institute an action in a people's court.

第七节　实现担保物权案件

Section 7 Cases of Security Interest Realization

第二百零三条　申请实现担保物权，由担保物权人以及其他有权请求实现担保物权的人依照民法典等法律，向担保财产所在地或者担保物权登记地基层人民法院提出。

**Article 203** To apply for realization of a security interest, the security interest holder or any other party entitled to request realization of the security interest shall, in accordance with the Civil Code and other laws, file an application with the basic people's court at the place where the property posted as security is located or at the place of registration of the security interest.

第二百零四条　人民法院受理申请后，经审查，符合法律规定的，裁定拍卖、变卖担保财产，当事人依据该裁定可以向人民法院申请执行；不符合法律规定的，裁定驳回申请，当事人可以向人民法院提起诉讼。

**Article 204** After accepting an application, if the application complies with legal provisions upon examination, the people's court shall issue a ruling to auction or sell the property posted as security, and the parties may, based on the ruling, apply for enforcement to the people's court; or if the application does not comply with legal provisions, the people's court shall issue a ruling to dismiss the application, and the party may institute an action in a people's court.

第十六章　审判监督程序

Chapter 16 Trial Supervision Procedure

第二百零五条　各级人民法院院长对本院已经发生法律效力的判决、裁定、调解书，发现确有错误，认为需要再审的，应当提交审判委员会讨论决定。

**Article 205** Where the president of a people's court at any level discovers any error in any effective judgment, ruling or consent judgment of the court and deems a retrial necessary, the president shall submit it to the judicial committee for deliberation and decision.

最高人民法院对地方各级人民法院已经发生法律效力的判决、裁定、调解书，上级人民法院对下级人民法院已经发生法律效力的判决、裁定、调解书，发现确有错误的，有权提审或者指令下级人民法院再审。

Where the Supreme People's Court discovers any error in any effective judgment, ruling or consent judgment of a local people's court at any level or a people's court at a higher level discovers any error in any effective judgment, ruling or consent judgment of a people's court at a lower level, the Supreme People's Court or the court at a higher level shall have the power to directly retry the case or specify a people's court at a lower level to retry the case.

第二百零六条　当事人对已经发生法律效力的判决、裁定，认为有错误的，可以向上一级人民法院申请再审；当事人一方人数众多或者当事人双方为公民的案件，也可以向原审人民法院申请再审。当事人申请再审的，不停止判决、裁定的执行。

**Article 206** A party which deems that an effective judgment or ruling is erroneous may file a petition for retrial with the people's court at the next higher level; and if the parties on one side are numerous or the parties on both sides are citizens, the parties may file a petition for retrial with the original trial people's court. Where a party files a petition for retrial, the execution of the judgment

or ruling shall not be discontinued.

第二百零七条　当事人的申请符合下列情形之一的，人民法院应当再审：

**Article 207** Where a petition for retrial filed by a party falls under any of the following circumstances, the people's court shall conduct a retrial:

（一）有新的证据，足以推翻原判决、裁定的；

(1) There is any new evidence which suffices to overturn the original judgment or ruling.

（二）原判决、裁定认定的基本事实缺乏证据证明的；

(2) The basic facts found in the original judgment or ruling are not evidenced.

（三）原判决、裁定认定事实的主要证据是伪造的；

(3) The primary evidence admitted in the original judgment or ruling for finding facts is forged.

（四）原判决、裁定认定事实的主要证据未经质证的；

(4) The primary evidence admitted in the original judgment or ruling for finding facts has not been cross-examined.

（五）对审理案件需要的主要证据，当事人因客观原因不能自行收集，书面申请人民法院调查收集，人民法院未调查收集的；

(5) For objective reasons, a party is unable to gather any primary evidence necessary for the trial of a case and applies in writing for the people's court to investigate and gather the evidence, but the people's court has not investigated and gathered the evidence.

（六）原判决、裁定适用法律确有错误的；

(6) There is any erroneous application of law in the original judgment or ruling.

（七）审判组织的组成不合法或者依法应当回避的审判人员没有回避的；

(7) The composition of the trial organization is illegal or any judge who shall be disqualified in accordance with law fails to be disqualified.

（八）无诉讼行为能力人未经法定代理人代为诉讼或者应当参加诉讼的当事人，因不能归责于本人或者其诉讼代理人的事由，未参加诉讼的；

[CLI Code]CLI.1.5113165(EN)

(8) The legal representative of a person without competency to participate in the action fails to participate in the action on behalf of the person or a party which shall participate in the action fails to participate in the action, which is not attributable to the fault of the party or the litigation representative thereof.

（九）违反法律规定，剥夺当事人辩论权利的；

(9) A party's right to debate is illegally denied.

（十）未经传票传唤，缺席判决的；

(10) A default judgment is entered against a party which has not been summonsed.

（十一）原判决、裁定遗漏或者超出诉讼请求的；

(11) The original judgment or ruling has omitted any claims or exceeded the claims of the parties.

（十二）据以作出原判决、裁定的法律文书被撤销或者变更的；

(12) The legal instrument on which the original judgment or ruling is based has been revoked or modified.

（十三）审判人员审理该案件时有贪污受贿，徇私舞弊，枉法裁判行为的。

(13) When trying the case, a judge commits embezzlement, accepts bribes, practices favoritism for personal gains, or adjudicates by bending the law.

第二百零八条　当事人对已经发生法律效力的调解书，提出证据证明调解违反自愿原则或者调解协议的内容违反法律的，可以申请再审。经人民法院审查属实的，应当再审。

**Article 208** Where, against an effective consent judgment, a party adduces any evidence that the mediation has violated the principle of free will of the parties or any content of the mediation agreement has violated law, the party may petition for retrial. The people's court shall, upon examination and verification, conduct a retrial.

第二百零九条　当事人对已经发生法律效力的解除婚姻关系的判决、调解书，不得申请再审。

**Article 209** A party shall not file a petition for retrial against an effective judgment or consent judgment which dissolves a marital relationship.

第二百一十条　当事人申请再审的，应当提交再审申请书等材料。人民法院应当自收到再审申请书之日起五日

内将再审申请书副本发送对方当事人。对方当事人应当自收到再审申请书副本之日起十五日内提交书面意见；不提交书面意见的，不影响人民法院审查。人民法院可以要求申请人和对方当事人补充有关材料，询问有关事项。

**Article 210** A party which petitions for retrial shall submit a written retrial petition and other materials. The people's court shall, within five days after receiving the written retrial petition, serve the copies of the written retrial petition on the opposing parties. The opposing parties shall submit their written opinions within 15 days after receiving the copies of the written retrial petition; and any opposing party's failure to submit a written opinion shall not affect the examination of the petition by the people's court. The people's court may require the petitioner and the opposing parties to provide relevant supplements and may question them on relevant matters.

第二百一十一条　人民法院应当自收到再审申请书之日起三个月内审查，符合本法规定的，裁定再审；不符合本法规定的，裁定驳回申请。有特殊情况需要延长的，由本院院长批准。

**Article 211** A people's court shall, within three months after receiving a written retrial petition, examine the petition and, if the petition complies with the provisions of this Law, issue a ruling to retry the case; or if the petition does not comply with the provisions of this Law, issue a ruling to dismiss the petition. Where, under special circumstances, an extension of the aforesaid period is necessary, the extension shall be subject to the approval of the president of the people's court.

因当事人申请裁定再审的案件由中级人民法院以上的人民法院审理，但当事人依照本法第二百零六条的规定选择向基层人民法院申请再审的除外。最高人民法院、高级人民法院裁定再审的案件，由本院再审或者交其他人民法院再审，也可以交原审人民法院再审。

A case to be retried according to a ruling issued upon petition of a party shall be retried by a people's court at or above the level of an intermediate people's court, except a case to be retried by a basic people's court upon petition as chosen by the parties under Article 206 of this Law. A case to be retried according to a ruling issued by the Supreme People's Court or a high people's court shall be retried by the court issuing the ruling, and the court issuing the ruling may transfer the case to any other people's court including the original trial people's court for retrial.

第二百一十二条　当事人申请再审，应当在判决、裁定发生法律效力后六个月内提出；有本法第二百零七条第一项、第三项、第十二项、第十三项规定情形的，自知道或者应当知道之日起六个月内提出。

**Article 212** A party which petitions for retrial shall file a petition for retrial within six months from the effective date of a judgment or ruling; or under the circumstances of item (1), (3), (12) or (13) of Article 207 of this Law, file a petition for retrial within six months from the day when the party

knows or should have known.

第二百一十三条　按照审判监督程序决定再审的案件，裁定中止原判决、裁定、调解书的执行，但追索赡养费、扶养费、抚养费、抚恤金、医疗费用、劳动报酬等案件，可以不中止执行。

**Article 213** For a case retried according to a decision made under the trial supervision procedure, a ruling shall be issued to suspend the execution of the original judgment, ruling or consent judgment, but suspension of execution is not required for cases to recover support for elderly parents, support for other adult dependants, child support, consolation money, medical expenses, and labor remuneration, among others.

第二百一十四条　人民法院按照审判监督程序再审的案件，发生法律效力的判决、裁定是由第一审法院作出的，按照第一审程序审理，所作的判决、裁定，当事人可以上诉；发生法律效力的判决、裁定是由第二审法院作出的，按照第二审程序审理，所作的判决、裁定，是发生法律效力的判决、裁定；上级人民法院按照审判监督程序提审的，按照第二审程序审理，所作的判决、裁定是发生法律效力的判决、裁定。

**Article 214** For a case to be retried by a people's court under the trial supervision procedure, if the effective judgment or ruling was entered by a court of first instance, the people's court shall retry the case under the procedure at first instance, and the judgment or ruling entered by the people's court is appealable; if the effective judgment or ruling was entered by a court of second instance, the people's court shall retry the case under the procedure at second instance, and the judgment or ruling entered by the people's court shall be immediately effective; or if the case is directly retried by a people's court at a higher level, the people's court at a higher level shall retry the case under the procedure at second instance, and the judgment or ruling entered by the people's court at a higher level shall be immediately effective.

人民法院审理再审案件，应当另行组成合议庭。
A people's court shall form a new collegial bench to retry a case.

第二百一十五条　最高人民检察院对各级人民法院已经发生法律效力的判决、裁定，上级人民检察院对下级人民法院已经发生法律效力的判决、裁定，发现有本法第二百零七条规定情形之一的，或者发现调解书损害国家利益、社会公共利益的，应当提出抗诉。

**Article 215** Where the Supreme People's Procuratorate discovers that any effective judgment or ruling of a people's court at any level falls under any of the circumstances set out in Article 207 of this Law or any effective consent judgment thereof causes any damage to the national interest or

public interest, or a people's procuratorate at a higher level discovers that any effective judgment or ruling of a people's court at a lower level falls under any of the circumstances set out in Article 207 of this Law or any effective consent judgment thereof causes any damage to the national interest or public interest, the Supreme People's Procuratorate or the people's procuratorate at a higher level shall file an appeal.

地方各级人民检察院对同级人民法院已经发生法律效力的判决、裁定，发现有本法第二百零七条规定情形之一的，或者发现调解书损害国家利益、社会公共利益的，可以向同级人民法院提出检察建议，并报上级人民检察院备案；也可以提请上级人民检察院向同级人民法院提出抗诉。

Where a local people's procuratorate at any level discovers that any effective judgment or ruling of a people's court at the same level falls under any of the circumstances set out in Article 207 of this Law or discovers that any consent judgment thereof causes any damage to the national interest or public interest, the people's procuratorate may offer procuratorial recommendations to the people's court at the same level and file a report with the people's procuratorate at the next higher level; and may also request the people's procuratorate at the next higher level to file an appeal with the people's court at the corresponding level.

各级人民检察院对审判监督程序以外的其他审判程序中审判人员的违法行为，有权向同级人民法院提出检察建议。

A people's procuratorate at any level shall have the authority to offer procuratorial recommendations to the people's court at the same level regarding violations of law by judges in trial procedures other than the trial supervision procedure.

第二百一十六条　有下列情形之一的，当事人可以向人民检察院申请检察建议或者抗诉：

**Article 216** Under any of following circumstances, a party may apply to a people's procuratorate for procuratorial recommendations or appeal:

（一）人民法院驳回再审申请的；

(1) A people's court dismisses a petition for retrial.

（二）人民法院逾期未对再审申请作出裁定的；

(2) A people's court fails to issue a ruling regarding a petition for retrial within the prescribed time limit.

（三）再审判决、裁定有明显错误的。

(3) The judgment or ruling entered after retrial is clearly erroneous.

人民检察院对当事人的申请应当在三个月内进行审查，作出提出或者不予提出检察建议或者抗诉的决定。当事人不得再次向人民检察院申请检察建议或者抗诉。

The people's procuratorate shall, within three months, examine the party's application and make a decision to offer or not to offer procuratorial recommendations or a decision to file or not to file an appeal. The party shall not apply again to the people's procuratorate for offering procuratorial recommendations or filing an appeal.

第二百一十七条　人民检察院因履行法律监督职责提出检察建议或者抗诉的需要，可以向当事人或者案外人调查核实有关情况。

**Article 217** A people's procuratorate may, as necessary for offering procuratorial recommendations or filing an appeal to perform its duty of legal supervision, investigate and verify relevant information from the parties or those who are not parties to a case.

第二百一十八条　人民检察院提出抗诉的案件，接受抗诉的人民法院应当自收到抗诉书之日起三十日内作出再审的裁定；有本法第二百零七条第一项至第五项规定情形之一的，可以交下一级人民法院再审，但经该下一级人民法院再审的除外。

**Article 218** For a case where a people's procuratorate files an appeal, the people's court accepting the appeal shall issue a ruling on retrial within 30 days after receiving the written appeal; and under any of the circumstances set out in items (1) to (5) of Article 207 of this Law, may transfer the case to the people's court at the next lower level for retrial unless the case has been retried by the people's court at the next lower level.

第二百一十九条　人民检察院决定对人民法院的判决、裁定、调解书提出抗诉的，应当制作抗诉书。

**Article 219** A people's procuratorate which files an appeal against a judgment, ruling or consent judgment of a people's court shall prepare a written appeal.

第二百二十条　人民检察院提出抗诉的案件，人民法院再审时，应当通知人民检察院派员出席法庭。

**Article 220** When a people's court retries a case upon appeal of a people's procuratorate, the people's court shall notify the people's procuratorate to send personnel to be present in court.

第十七章　督促程序

Chapter 17 Procedure for Urging Debt Repayment

第二百二十一条　债权人请求债务人给付金钱、有价证券，符合下列条件的，可以向有管辖权的基层人民法院申请支付令：

**Article 221** A creditor which requests a debtor to repay money or negotiable securities may apply to the basic people's court having jurisdiction to issue an order for payment if the following conditions are met:

（一）债权人与债务人没有其他债务纠纷的；

(1) There are no other debt disputes between the creditor and the debtor.

（二）支付令能够送达债务人的。

(2) The order for payment can be served on the debtor.

申请书应当写明请求给付金钱或者有价证券的数量和所根据的事实、证据。

The creditor's written application shall state the amount of money or negotiable securities to be repaid and the facts and evidence on which the application is based.

第二百二十二条　债权人提出申请后，人民法院应当在五日内通知债权人是否受理。

**Article 222** After a creditor files an application, the people's court shall, within five days, notify the creditor whether the application is accepted.

第二百二十三条　人民法院受理申请后，经审查债权人提供的事实、证据，对债权债务关系明确、合法的，应当在受理之日起十五日内向债务人发出支付令；申请不成立的，裁定予以驳回。

**Article 223** After accepting an application, the people's court shall examine the facts and evidence provided by the creditor and, if the creditor-debtor relationship is clear and legal, issue an order for payment to the debtor within 15 days after accepting the application; or if the application is not supported, issue a ruling to dismiss the application.

债务人应当自收到支付令之日起十五日内清偿债务，或者向人民法院提出书面异议。

The debtor shall, within 15 days after receiving the order for payment, repay the debt or submit a written objection to the people's court.

债务人在前款规定的期间不提出异议又不履行支付令的，债权人可以向人民法院申请执行。

If the debtor has neither submitted an objection nor complied with the order for payment during the period prescribed in the preceding paragraph, the creditor may apply to the people's court for enforcement of the order for payment.

第二百二十四条　人民法院收到债务人提出的书面异议后，经审查，异议成立的，应当裁定终结督促程序，支付令自行失效。

**Article 224** After receiving a written objection from a debtor, if the objection is supported upon examination, a people's court shall issue a ruling to terminate the procedure for urging debt repayment, and the order for payment shall be automatically invalidated.

支付令失效的，转入诉讼程序，但申请支付令的一方当事人不同意提起诉讼的除外。

Where an order for payment is invalidated, the litigation procedure shall be initiated, unless the party applying for the order for payment disagrees to institute an action.

第十八章　公示催告程序

Chapter 18 Procedure for Announcement to Urge Declaration of Claims

第二百二十五条　按照规定可以背书转让的票据持有人，因票据被盗、遗失或者灭失，可以向票据支付地的基层人民法院申请公示催告。依照法律规定可以申请公示催告的其他事项，适用本章规定。

**Article 225** The holder of an instrument negotiable by endorsement according to the relevant provisions may, if the instrument is stolen, lost or extinguished, apply to the basic people's court at the place of payment of the instrument for an announcement to urge declaration of claims. The provisions of this Chapter shall also apply to other matters regarding which an announcement to urge declaration of claims may be applied for according to legal provisions.

申请人应当向人民法院递交申请书，写明票面金额、发票人、持票人、背书人等票据主要内容和申请的理由、事实。

The applicant shall file a written application with the people's court, which shall state the main content of the instrument, such as the face value, issuer, holder and endorser, as well as the grounds and facts for the application.

第二百二十六条　人民法院决定受理申请，应当同时通知支付人停止支付，并在三日内发出公告，催促利害关

[CLI Code]CLI.1.5113165(EN)

系人申报权利。公示催告的期间，由人民法院根据情况决定，但不得少于六十日。

**Article 226** Where a people's court decides to accept an application, the people's court shall, at the same time, notify the drawee to stop payment and, within three days, issue an announcement to urge interested parties to declare their claims. The period of declaration of claims shall be decided by a people's court according to the specific circumstances but shall not be less than sixty days.

第二百二十七条　支付人收到人民法院停止支付的通知，应当停止支付，至公示催告程序终结。

**Article 227** The drawee shall, upon receiving a notice of stopping payment from a people's court, stop payment until the termination of the procedure for announcement to urge declaration of claims.

公示催告期间，转让票据权利的行为无效。
During the period of declaration of claims, any transfer of rights under the instrument shall be void.

第二百二十八条　利害关系人应当在公示催告期间向人民法院申报。

**Article 228** Interested parties shall declare their claims to the people's court during the period of declaration of claims.

人民法院收到利害关系人的申报后，应当裁定终结公示催告程序，并通知申请人和支付人。
After receiving claims from interested parties, the people's court shall issue a ruling to terminate the procedure for announcement to urge declaration of claims and notify the applicant and the drawee.

申请人或者申报人可以向人民法院起诉。
The applicant or a claimant may institute an action in the people's court.

第二百二十九条　没有人申报的，人民法院应当根据申请人的申请，作出判决，宣告票据无效。判决应当公告，并通知支付人。自判决公告之日起，申请人有权向支付人请求支付。

**Article 229** Where no one declares a claim, the people's court shall enter a judgment according to the application to declare the instrument to be void. The judgment shall be publicly announced, and the drawee shall be notified. From the date of announcement of the judgment, the applicant shall be entitled to require payment from the drawee.

Saved on: 07/11/2026

[CLI Code]CLI.1.5113165(EN)

第二百三十条  利害关系人因正当理由不能在判决前向人民法院申报的，自知道或者应当知道判决公告之日起一年内，可以向作出判决的人民法院起诉。

**Article 230** Where, for any justifiable reasons, any interested party is unable to declare its claims to the people's court before a judgment is entered, the interested party may, within one year from the day when the interested party knows or should have known the public announcement of the judgment, institute an action in the people's court which entered the judgment.

第三编　执行程序

Part Three Enforcement Procedure

第十九章　一般规定

Chapter 19 General Provisions

第二百三十一条  发生法律效力的民事判决、裁定，以及刑事判决、裁定中的财产部分，由第一审人民法院或者与第一审人民法院同级的被执行的财产所在地人民法院执行。

**Article 231** An effective civil judgment or ruling or the property portion of a criminal judgment or ruling shall be enforced by the people's court of first instance or the people's court at the same level as the people's court of first instance at the place where the property under enforcement is located.

法律规定由人民法院执行的其他法律文书，由被执行人住所地或者被执行的财产所在地人民法院执行。

Other legal instruments enforced by a people's court as prescribed by law shall be enforced by the people's court at the place of domicile of the party against whom enforcement is sought or at the place where the property under enforcement is located.

第二百三十二条  当事人、利害关系人认为执行行为违反法律规定的，可以向负责执行的人民法院提出书面异议。当事人、利害关系人提出书面异议的，人民法院应当自收到书面异议之日起十五日内审查，理由成立的，裁定撤销或者改正；理由不成立的，裁定驳回。当事人、利害关系人对裁定不服的，可以自裁定送达之日起十日内向上一级人民法院申请复议。

**Article 232** Where a party or an interested party deems that enforcement has violated any legal provisions, the party or interested party may file a written objection with the people's court in charge of enforcement. Where a party or an interested party files a written objection, the people's

court shall examine the written objection within 15 days after receiving it and, if the objection is supported, issue a ruling to revoke or correct enforcement; or if the objection is not supported, issue a ruling to dismiss the objection. Against such a ruling, the party or interested party may apply for reconsideration to the people's court at the next higher level within ten days after the ruling is served.

第二百三十三条　人民法院自收到申请执行书之日起超过六个月未执行的，申请执行人可以向上一级人民法院申请执行。上一级人民法院经审查，可以责令原人民法院在一定期限内执行，也可以决定由本院执行或者指令其他人民法院执行。

**Article 233** Where a people's court fails to conduct enforcement within six months after receiving a written application for enforcement, the applicant for enforcement may apply for enforcement to the people's court at the next higher level. Upon examination, the people's court at the next higher level may order the original people's court to conduct enforcement within a certain time limit or decide to conduct enforcement by itself or order another people's court to conduct enforcement.

第二百三十四条　执行过程中，案外人对执行标的提出书面异议的，人民法院应当自收到书面异议之日起十五日内审查，理由成立的，裁定中止对该标的的执行；理由不成立的，裁定驳回。案外人、当事人对裁定不服，认为原判决、裁定错误的，依照审判监督程序办理；与原判决、裁定无关的，可以自裁定送达之日起十五日内向人民法院提起诉讼。

**Article 234** Where, during enforcement, a person which is not a party to the case files a written objection regarding the subject matter of enforcement, the people's court shall examine the written objection within 15 days after receiving it and, if the objection is supported, issue a ruling to suspend enforcement against the subject matter; or if the objection is not supported, issue a ruling to dismiss the objection. If the person which is not a party to the case or a party disagrees on such a ruling and deems that the original judgment or ruling is erroneous, the trial supervision procedure shall apply; or if such disagreement is irrelevant to the original judgment or ruling, the person or the party may institute an action in a people's court within 15 days after the aforesaid ruling regarding objection is served.

第二百三十五条　执行工作由执行员进行。

**Article 235** Enforcement shall be conducted by enforcement personnel.

采取强制执行措施时，执行员应当出示证件。执行完毕后，应当将执行情况制作笔录，由在场的有关人员签名或者

盖章。

When taking enforcement measures, the enforcement personnel shall produce their credentials. After completion of enforcement, the enforcement personnel shall prepare enforcement transcripts, to which the relevant persons on the site shall affix their signatures or seals.

人民法院根据需要可以设立执行机构。

A people's court may, as needed, establish an enforcement department.

第二百三十六条  被执行人或者被执行的财产在外地的，可以委托当地人民法院代为执行。受委托人民法院收到委托函件后，必须在十五日内开始执行，不得拒绝。执行完毕后，应当将执行结果及时函复委托人民法院；在三十日内如果还未执行完毕，也应当将执行情况函告委托人民法院。

**Article 236** Where the party against whom enforcement is sought or the property under enforcement is in a different place, enforcement may be entrusted to the people's court in the different place. The entrusted people's court must begin enforcement within 15 days after receiving a letter of entrustment and shall not refuse enforcement. After completion of enforcement, the entrusted people's court shall notify in a letter the entrusting people's court of the results of enforcement; or if enforcement cannot be completed within 30 days, the entrusted people's court shall also notify in a letter the entrusting people's court of the status of enforcement.

受委托人民法院自收到委托函件之日起十五日内不执行的，委托人民法院可以请求受委托人民法院的上级人民法院指令受委托人民法院执行。

If the entrusted people's court fails to begin enforcement within 15 days after receiving a letter of entrustment, the entrusting people's court may request the superior of the entrusted people's court to order the entrusted people's court to conduct enforcement.

第二百三十七条  在执行中，双方当事人自行和解达成协议的，执行员应当将协议内容记入笔录，由双方当事人签名或者盖章。

**Article 237** Where, during enforcement, both sides reach a settlement agreement, the enforcement personnel shall record the provisions of the settlement agreement in the enforcement transcripts, to which both sides shall affix their signatures or seals.

申请执行人因受欺诈、胁迫与被执行人达成和解协议，或者当事人不履行和解协议的，人民法院可以根据当事人的申请，恢复对原生效法律文书的执行。

Where the applicant for enforcement reaches a settlement agreement as a victim of a fraud or under duress with the party against whom enforcement is sought or a party fails to perform a settlement agreement, the people's court may, upon application of a party, resume the enforcement of the original effective legal instrument.

第二百三十八条　在执行中，被执行人向人民法院提供担保，并经申请执行人同意的，人民法院可以决定暂缓执行及暂缓执行的期限。被执行人逾期仍不履行的，人民法院有权执行被执行人的担保财产或者担保人的财产。

**Article 238** Where, during enforcement, the party against whom enforcement is sought provides security to the people's court, the people's court may, with the consent of the applicant for enforcement, decide to suspend enforcement and decide a period of suspension. If the party against whom enforcement is sought fails to perform its obligations within the aforesaid period, the people's court shall have the power to conduct enforcement against the property posted as security by the party against whom enforcement is sought or the property of any guarantor.

第二百三十九条　作为被执行人的公民死亡的，以其遗产偿还债务。作为被执行人的法人或者其他组织终止的，由其权利义务承受人履行义务。

**Article 239** Where a citizen as the party against whom enforcement is sought dies, his or her debts shall be repaid with his or her estate. Where a legal person or any other organization as the party against whom enforcement is sought is terminated, the successors to the rights and obligations of the legal person or organization shall perform the obligations of the legal person or organization.

第二百四十条　执行完毕后，据以执行的判决、裁定和其他法律文书确有错误，被人民法院撤销的，对已被执行的财产，人民法院应当作出裁定，责令取得财产的人返还；拒不返还的，强制执行。

**Article 240** Where, after completion of enforcement, the judgment, ruling or any other legal document on which enforcement is based is revoked by a people's court for any errors, the people's court shall issue a ruling on the property which has undergone enforcement to order the party which has acquired the property to return the property; and if the party refuses to return the property, the people's court shall conduct enforcement.

第二百四十一条　人民法院制作的调解书的执行，适用本编的规定。

**Article 241** The provisions of this Part shall also apply to the enforcement of a consent judgment of a people's court.

[CLI Code]CLI.1.5113165(EN)

第二百四十二条　人民检察院有权对民事执行活动实行法律监督。

**Article 242** The people's procuratorates shall have the authority to conduct legal supervision over civil enforcement.

第二十章　执行的申请和移送

Chapter 20 Application and Transfer for Enforcement

第二百四十三条　发生法律效力的民事判决、裁定，当事人必须履行。一方拒绝履行的，对方当事人可以向人民法院申请执行，也可以由审判员移送执行员执行。

**Article 243** The parties must comply with an effective civil judgment or ruling. If a party refuses to comply, the opposing party may apply to the people's court for enforcement, and the judges may also transfer the case to the enforcement personnel for enforcement.

调解书和其他应当由人民法院执行的法律文书，当事人必须履行。一方拒绝履行的，对方当事人可以向人民法院申请执行。

The parties must comply with a consent judgment and other legal instruments enforced by a people's court. If a party refuses to comply, the opposing party may apply to the people's court for enforcement.

第二百四十四条　对依法设立的仲裁机构的裁决，一方当事人不履行的，对方当事人可以向有管辖权的人民法院申请执行。受申请的人民法院应当执行。

**Article 244** Where a party refuses to comply with an award rendered by a legally established arbitral institution, the opposing party may apply for enforcement to the people's court having jurisdiction. The people's court accepting the application shall enforce the award.

被申请人提出证据证明仲裁裁决有下列情形之一的，经人民法院组成合议庭审查核实，裁定不予执行：

Where the respondent adduces evidence that the arbitration award falls under any of the following circumstances, the people's court shall, upon examination and verification by a collegial bench, issue a ruling not to enforce the arbitration award:

（一）当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的；

(1) The contract between the parties does not include an arbitration clause or the parties have not reached any written arbitration agreement after a dispute arose.

Saved on: 07/11/2026

[CLI Code]CLI.1.5113165(EN)

（二）裁决的事项不属于仲裁协议的范围或者仲裁机构无权仲裁的；

(2) The matters arbitrated are outside the scope of an arbitration agreement or the arbitral institution has no arbitration power.

（三）仲裁庭的组成或者仲裁的程序违反法定程序的；

(3) The composition of the arbitration tribunal or the arbitration procedure has violated the statutory procedures.

（四）裁决所根据的证据是伪造的；

(4) The evidence for rendering the award is forged.

（五）对方当事人向仲裁机构隐瞒了足以影响公正裁决的证据的；

(5) The opposing party withholds any evidence to the arbitral institution, which suffices to affect an impartial award.

（六）仲裁员在仲裁该案时有贪污受贿，徇私舞弊，枉法裁决行为的。

(6) When arbitrating the case, any arbitrator commits embezzlement, accepts bribes, practices favoritism for personal gains, or renders the award by bending the law.

人民法院认定执行该裁决违背社会公共利益的，裁定不予执行。

If a people's court holds that the enforcement of an arbitration award is contrary to the public interest, the people's court shall issue a ruling not to enforce the award.

裁定书应当送达双方当事人和仲裁机构。

Such a ruling shall be served on both sides and the arbitral institution.

仲裁裁决被人民法院裁定不予执行的，当事人可以根据双方达成的书面仲裁协议重新申请仲裁，也可以向人民法院起诉。

Where an arbitration award is not enforced according to a ruling of a people's court, the parties may, according to a written arbitration agreement reached by them, apply again to an arbitral institution for arbitration or institute an action in a people's court.

第二百四十五条　对公证机关依法赋予强制执行效力的债权文书，一方当事人不履行的，对方当事人可以向有

[CLI Code]CLI.1.5113165(EN)

管辖权的人民法院申请执行，受申请的人民法院应当执行。

**Article 245** Where a party fails to comply with a debt instrument with enforceability legally granted by a notary office, the opposing party may apply to the people's court having jurisdiction for enforcement, and the people's court accepting the application shall conduct enforcement.

公证债权文书确有错误的，人民法院裁定不予执行，并将裁定书送达双方当事人和公证机关。

If the notarized debt instrument is erroneous, the people's court shall issue a ruling not to enforce the debt instrument and serve a written ruling on both sides and the notary office.

第二百四十六条　申请执行的期间为二年。申请执行时效的中止、中断，适用法律有关诉讼时效中止、中断的规定。

**Article 246** The period for applying for enforcement shall be two years. The suspension or interruption of the time limitation for applying for enforcement shall be governed by legal provisions regarding the suspension or interruption of the time limitations for instituting an action.

前款规定的期间，从法律文书规定履行期间的最后一日起计算；法律文书规定分期履行的，从最后一期履行期限届满之日起计算；法律文书未规定履行期间的，从法律文书生效之日起计算。

The period in the preceding paragraph shall begin from the last day of the performance period specified in a legal instrument; be calculated from the day when the time limit for the last stage of performance expires; or begin from the effective date of a legal instrument if the legal instrument does not specify a period of performance.

第二百四十七条　执行员接到申请执行书或者移交执行书，应当向被执行人发出执行通知，并可以立即采取强制执行措施。

**Article 247** Enforcement personnel receiving a written application for enforcement or a letter of transfer for enforcement shall issue a notice of enforcement to the party against whom enforcement is sought and may immediately take enforcement measures.

第二十一章　执行措施

Chapter 21 Enforcement Measures

第二百四十八条　被执行人未按执行通知履行法律文书确定的义务，应当报告当前以及收到执行通知之日前一年的财产情况。被执行人拒绝报告或者虚假报告的，人民法院可以根据情节轻重对被执行人或者其法定代理人、有

关单位的主要负责人或者直接责任人员予以罚款、拘留。

**Article 248** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the party shall report its current property status and its property status for one year before receiving the enforcement notice. If the party refuses to report or submits a false report, the people's court may, according to the severity of the circumstances, impose a fine or detention on the party which is a natural person or her or her legal representative or the primary person in charge or directly liable persons of the relevant entity.

第二百四十九条　被执行人未按执行通知履行法律文书确定的义务，人民法院有权向有关单位查询被执行人的存款、债券、股票、基金份额等财产情况。人民法院有权根据不同情形扣押、冻结、划拨、变价被执行人的财产。人民法院查询、扣押、冻结、划拨、变价的财产不得超出被执行人应当履行义务的范围。

**Article 249** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to inquire the relevant entities about the deposits, bonds, stocks, fund shares and other property of the party against whom enforcement is sought. The people's court shall have the right to seize, freeze, transfer or sell the property of the party against whom enforcement is sought according to different circumstances. The aforesaid property inquiry and seizure, freezing, transfer and sale by the people's court shall not exceed the extent of obligations that the party against enforcement is sought shall perform.

人民法院决定扣押、冻结、划拨、变价财产，应当作出裁定，并发出协助执行通知书，有关单位必须办理。

The people's court shall issue a ruling on seizure, freezing, transfer or sale of property, as well as a notice of enforcement assistance, and the relevant entities must assist.

第二百五十条　被执行人未按执行通知履行法律文书确定的义务，人民法院有权扣留、提取被执行人应当履行义务部分的收入。但应当保留被执行人及其所扶养家属的生活必需费用。

**Article 250** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to withhold or withdraw a portion of the party's income corresponding to the party's obligations to be performed. However, the people's court shall ensure that necessary living expenses for the party and his or her dependent family members are retained by the party.

人民法院扣留、提取收入时，应当作出裁定，并发出协助执行通知书，被执行人所在单位、银行、信用合作社和其

他有储蓄业务的单位必须办理。

The people's court shall issue a ruling on withholding or withdrawing income, as well as a notice of enforcement assistance, and the entity employing the party, banks, credit unions and other entities engaged in savings must assist.

第二百五十一条　被执行人未按执行通知履行法律文书确定的义务，人民法院有权查封、扣押、冻结、拍卖、变卖被执行人应当履行义务部分的财产。但应当保留被执行人及其所扶养家属的生活必需品。

**Article 251** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to seize, impound, freeze, auction or sell a portion of the party's property corresponding to the party's obligations to be performed. However, the people's court shall ensure that necessities of life for the party and his or her dependent family members are retained by the party.

采取前款措施，人民法院应当作出裁定。

The people's court shall issue a ruling to take a measure in the preceding paragraph.

第二百五十二条　人民法院查封、扣押财产时，被执行人是公民的，应当通知被执行人或者他的成年家属到场；被执行人是法人或者其他组织的，应当通知其法定代表人或者主要负责人到场。拒不到场的，不影响执行。被执行人是公民的，其工作单位或者财产所在地的基层组织应当派人参加。

**Article 252** When a people's court seizes or impounds any property, if the party against whom enforcement is sought is a citizen, the people's court shall notify the party or his or her adult family members to appear on the site; or if the party against whom enforcement is sought is a legal person or any other organization, the people's court shall notify its legal representative or primary person in charge to appear on the site. Their refusals to appear on the site shall not affect the enforcement. If the party against whom enforcement is sought is a citizen, the entity employing the citizen or the grassroots organizations at the place where the property is located shall send personnel to the site.

对被查封、扣押的财产，执行员必须造具清单，由在场人签名或者盖章后，交被执行人一份。被执行人是公民的，也可以交他的成年家属一份。

The enforcement personnel must prepare an inventory of the seized or impounded property, to which the persons on the site shall affix their signatures or seals, and a copy of the inventory shall be provided to the party against whom enforcement is sought. If the party against whom

[CLI Code]CLI.1.5113165(EN)

enforcement is sought is a citizen, a copy of the inventory may also be provided to his or her adult family members.

第二百五十三条　被查封的财产，执行员可以指定被执行人负责保管。因被执行人的过错造成的损失，由被执行人承担。

**Article 253** The enforcement personnel may specify the party against whom enforcement is sought to be responsible for the safekeeping of the seized property. The party against whom enforcement is sought shall assume any losses incurred for the fault of the party against whom enforcement is sought.

第二百五十四条　财产被查封、扣押后，执行员应当责令被执行人在指定期间履行法律文书确定的义务。被执行人逾期不履行的，人民法院应当拍卖被查封、扣押的财产；不适于拍卖或者当事人双方同意不进行拍卖的，人民法院可以委托有关单位变卖或者自行变卖。国家禁止自由买卖的物品，交有关单位按照国家规定的价格收购。

**Article 254** After any property is seized or impounded, the enforcement personnel shall order the party against whom enforcement is sought to perform obligations determined in a legal instrument during a specified period. If the party against whom enforcement is sought fails to do so within the specified period, the people's court shall auction the seized or impounded property; and if auction is not appropriate or both parties disagree on auction, the people's court may authorize a relevant entity to sell or may directly sell the property. Property prohibited by the state from being sold freely shall be delivered to the relevant entities for purchase at a price prescribed by the state.

第二百五十五条　被执行人不履行法律文书确定的义务，并隐匿财产的，人民法院有权发出搜查令，对被执行人及其住所或者财产隐匿地进行搜查。

**Article 255** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument and conceals property, the people's court shall have the right to issue a search warrant to search the party, the residence of the party or a place where property may be concealed.

采取前款措施，由院长签发搜查令。

To take the measure in the preceding paragraph, the president of the people's court shall sign and issue a search warrant.

第二百五十六条　法律文书指定交付的财物或者票证，由执行员传唤双方当事人当面交付，或者由执行员转

交，并由被交付人签收。

**Article 256** The property, bill or certificate to be delivered as specified in a legal instrument shall be delivered in the presence of both sides as summoned by the enforcement personnel or be delivered through the enforcement personnel, and the party accepting delivery shall sign for it.

有关单位持有该项财物或者票证的，应当根据人民法院的协助执行通知书转交，并由被交付人签收。

Where a relevant entity holds the property, bill or certificate, the entity shall deliver it according to the notice of enforcement assistance from the people's court, and the party accepting delivery shall sign for it.

有关公民持有该项财物或者票证的，人民法院通知其交出。拒不交出的，强制执行。

Where a relevant citizen holds the property, bill or certificate, the people's court shall notify the citizen to surrender it. If the citizen refuses to do so, the people's court shall conduct enforcement.

第二百五十七条　强制迁出房屋或者强制退出土地，由院长签发公告，责令被执行人在指定期间履行。被执行人逾期不履行的，由执行员强制执行。

**Article 257** For a compulsory eviction from a building or land, the president of a people's court shall sign and issue a public announcement to order the party against whom enforcement is sought to perform the obligation within a specified period. If the party against whom enforcement is sought fails to do so within the specified period, the enforcement personnel shall conduct enforcement.

强制执行时，被执行人是公民的，应当通知被执行人或者他的成年家属到场；被执行人是法人或者其他组织的，应当通知其法定代表人或者主要负责人到场。拒不到场的，不影响执行。被执行人是公民的，其工作单位或者房屋、土地所在地的基层组织应当派人参加。执行员应当将强制执行情况记入笔录，由在场人签名或者盖章。

When conducting enforcement, if the party against whom enforcement is sought is a citizen, the people's court shall notify the party or his or her adult family members to appear on the site; or if the party against whom enforcement is sought is a legal person or any other organization, the people's court shall notify its legal representative or primary person in charge to appear on the site. Their refusals to appear on the site shall not affect the enforcement. If the party against whom enforcement is sought is a citizen, the entity employing the citizen or the grassroots organizations at the place where the building or land is located shall send personnel to the site. The enforcement personnel shall include enforcement information in the transcripts, to which the persons on the site shall affix their signatures or seals.

强制迁出房屋被搬出的财物，由人民法院派人运至指定处所，交给被执行人。被执行人是公民的，也可以交给他的成年家属。因拒绝接收而造成的损失，由被执行人承担。

The people's court shall assign personnel to transport the property removed from a building as a result of compulsory eviction to a designated location and deliver the property to the party against whom enforcement is sought. If the party against whom enforcement is sought is a citizen, the property may also be delivered to his or her adult family member. Any losses incurred due to refusal to accept delivery shall be assumed by the party against whom enforcement is sought.

第二百五十八条　在执行中，需要办理有关财产权证照转移手续的，人民法院可以向有关单位发出协助执行通知书，有关单位必须办理。

**Article 258** Where, during enforcement, the formalities for transferring any property right certificate is required, the people's court may issue a notice of enforcement assistance to the relevant entities, and the relevant entities must assist.

第二百五十九条　对判决、裁定和其他法律文书指定的行为，被执行人未按执行通知履行的，人民法院可以强制执行或者委托有关单位或者其他人完成，费用由被执行人承担。

**Article 259** Where the party against whom enforcement is sought fails to perform any conduct specified in a judgment, ruling or any other legal instrument as required by a notice of enforcement, the people's court may conduct enforcement or authorize a relevant unit or any other person to complete the conduct at the expense of the party against whom enforcement is sought.

第二百六十条　被执行人未按判决、裁定和其他法律文书指定的期间履行给付金钱义务的，应当加倍支付迟延履行期间的债务利息。被执行人未按判决、裁定和其他法律文书指定的期间履行其他义务的，应当支付迟延履行金。

**Article 260** Where the party against whom enforcement is sought fails to perform any obligation of pecuniary payment during a period specified in a judgment, ruling or any other legal instrument, the party against whom enforcement is sought shall pay double interest for the debt for the period of deferred performance. If the party against whom enforcement is sought fails to perform any other obligation during a period specified in a judgment, ruling or any other legal instrument, the party against whom enforcement is sought shall pay a late fee for deferred performance.

Saved on: 07/11/2026

[CLI Code]CLI.1.5113165(EN)

第二百六十一条　人民法院采取本法第二百四十九条、第二百五十条、第二百五十一条规定的执行措施后，被执行人仍不能偿还债务的，应当继续履行义务。债权人发现被执行人有其他财产的，可以随时请求人民法院执行。

**Article 261** Where, after a people's court takes the enforcement measures in Articles 249, 250 and 251 of this Law, the party against whom enforcement is sought is still unable to repay debts, the party against whom enforcement is sought shall continue to perform obligations. Once the creditor discovers that the party against whom enforcement is sought has any other property, the creditor may, at any time, apply to the people's court for enforcement.

第二百六十二条　被执行人不履行法律文书确定的义务的，人民法院可以对其采取或者通知有关单位协助采取限制出境，在征信系统记录、通过媒体公布不履行义务信息以及法律规定的其他措施。

**Article 262** Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument, the people's court may take or notify a relevant entity to assist in taking the measure of restricting exit from China, the measure of recording the failure in the credit system, the measure of publishing information on the failure on media and other measures prescribed by law.

<p align="center">第二十二章　执行中止和终结</p>

Chapter 22 Suspension and Termination of Enforcement

第二百六十三条　有下列情形之一的，人民法院应当裁定中止执行：

**Article 263** Under any of the following circumstances, the people's court shall issue a ruling to suspend enforcement:

（一）申请人表示可以延期执行的；

(1) The applicant indicates that enforcement may be deferred.

（二）案外人对执行标的提出确有理由的异议的；

(2) A person which is not a party to the case raises any justified objection to the subject matter of enforcement.

（三）作为一方当事人的公民死亡，需要等待继承人继承权利或者承担义务的；

(3) A citizen as one of the parties dies, and it is necessary to wait for his or her successors to succeed to his or her rights or obligations.

[CLI Code]CLI.1.5113165(EN)

（四）作为一方当事人的法人或者其他组织终止，尚未确定权利义务承受人的；

(4) A legal person or any other organization as one of the parties is terminated, and the successors to its rights and obligations have not been determined.

（五）人民法院认为应当中止执行的其他情形。

(5) Other circumstances under which the people's court deems that enforcement shall be suspended.

中止的情形消失后，恢复执行。

Enforcement shall be resumed after the circumstances causing suspension have disappeared.

第二百六十四条　有下列情形之一的，人民法院裁定终结执行：

**Article 264** Under any of the following circumstances, the people's court shall issue a ruling to terminate enforcement:

（一）申请人撤销申请的；

(1) The applicant withdraws the application for enforcement.

（二）据以执行的法律文书被撤销的；

(2) The legal instrument on which enforcement is based has been revoked.

（三）作为被执行人的公民死亡，无遗产可供执行，又无义务承担人的；

(3) The citizen as the party against whom enforcement is sought dies, without any estate for enforcement, and no one succeeds to his or her obligations.

（四）追索赡养费、扶养费、抚养费案件的权利人死亡的；

(4) The person entitled to recover support for elderly parents, support for other adult dependants or child support dies.

（五）作为被执行人的公民因生活困难无力偿还借款，无收入来源，又丧失劳动能力的；

(5) The citizen as the party against whom enforcement is sought is unable to repay his or her borrowings for living in hardship, has no source of income, and has lost his or her ability to work.




（六）人民法院认为应当终结执行的其他情形。

(6) Other circumstances under which the people's court deems that enforcement shall be terminated.

**第二百六十五条** 中止和终结执行的裁定，送达当事人后立即生效。

**Article 265** A ruling to suspend or terminate enforcement shall be effective immediately after being served on a party.

第四编 涉外民事诉讼程序的特别规定

Part Four Special Provisions on Foreign-Related Civil Procedures

第二十三章 一般原则

Chapter 23 General Principles

**第二百六十六条** 在中华人民共和国领域内进行涉外民事诉讼，适用本编规定。本编没有规定的，适用本法其他有关规定。

**Article 266** The provisions of this Part shall apply to foreign-related civil actions within the territory of the People's Republic of China. Where this Part is silent, other relevant provisions of this Law shall apply.

**第二百六十七条** 中华人民共和国缔结或者参加的国际条约同本法有不同规定的，适用该国际条约的规定，但中华人民共和国声明保留的条款除外。

**Article 267** Where there is any discrepancy between an international treaty concluded or acceded to by the People's Republic of China and this Law, the provisions of the international treaty shall prevail, except clauses to which the People's Republic of China has declared reservations.

**第二百六十八条** 对享有外交特权与豁免的外国人、外国组织或者国际组织提起的民事诉讼，应当依照中华人民共和国有关法律和中华人民共和国缔结或者参加的国际条约的规定办理。

**Article 268** Civil actions instituted against foreign nationals, foreign organizations or international organizations which enjoy diplomatic privileges or immunities shall be governed by the relevant laws of the People's Republic of China and the international treaties concluded or acceded to by the People's Republic of China.

第二百六十九条 人民法院审理涉外民事案件，应当使用中华人民共和国通用的语言、文字。当事人要求提供翻译的，可以提供，费用由当事人承担。

**Article 269** When trying foreign-related civil cases, a people's court shall use the spoken and written languages commonly used in the People's Republic of China. Upon request of the parties, interpretation may be provided at the expense of the parties.

第二百七十条 外国人、无国籍人、外国企业和组织在人民法院起诉、应诉，需要委托律师代理诉讼的，必须委托中华人民共和国的律师。

**Article 270** A foreign national, a stateless person or a foreign enterprise or organization which needs to be represented by a lawyer in instituting or responding to an action in a people's court must retain a lawyer of the People's Republic of China.

第二百七十一条 在中华人民共和国领域内没有住所的外国人、无国籍人、外国企业和组织委托中华人民共和国律师或者其他人代理诉讼，从中华人民共和国领域外寄交或者托交的授权委托书，应当经所在国公证机关证明，并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续后，才具有效力。

**Article 271** Where a foreign national, a stateless person or a foreign enterprise or organization without a domicile within the territory of the People's Republic of China needs to be represented by a lawyer or any other person of the People's Republic of China in an action, the power of attorney posted or forwarded from outside the territory of the People's Republic of China is valid only after it has been legalized by a notary office in the home country and authenticated by the Chinese embassy or consulate stationed in that country or has undergone the legalization formalities prescribed in the relevant treaty concluded by the People's Republic of China and that country.

第二十四章 管 辖

Chapter 24 Jurisdiction

第二百七十二条 因合同纠纷或者其他财产权益纠纷，对在中华人民共和国领域内没有住所的被告提起的诉讼，如果合同在中华人民共和国领域内签订或者履行，或者诉讼标的物在中华人民共和国领域内，或者被告在中华人民共和国领域内有可供扣押的财产，或者被告在中华人民共和国领域内设有代表机构，可以由合同签订地、合同履行地、诉讼标的物所在地、可供扣押财产所在地、侵权行为地或者代表机构住所地人民法院管辖。

**Article 272** Where an action is instituted against a defendant which has no domicile within the

[CLI Code]CLI.1.5113165(EN)

territory of the People's Republic of China for a contract dispute or any other property right or interest dispute, if the contract is signed or performed within the territory of the People's Republic of China, the subject matter of action is located within the territory of the People's Republic of China, the defendant has any impoundable property within the territory of the People's Republic of China, or the defendant has any representative office within the territory of the People's Republic of China, the people's court at the place where the contract is signed or performed, where the subject matter of action is located, where the impoundable property is located, where the tort occurs or where the domicile of the representative office is located may have jurisdiction over the action.

第二百七十三条　因在中华人民共和国履行中外合资经营企业合同、中外合作经营企业合同、中外合作勘探开发自然资源合同发生纠纷提起的诉讼，由中华人民共和国人民法院管辖。

**Article 273** Actions instituted for disputes arising from the performance of contracts for Chinese-foreign equity joint ventures, Chinese-foreign contractual joint ventures or Chinese-foreign cooperative exploration and exploitation of natural resources in the People's Republic of China shall be under the jurisdiction of the people's courts of the People's Republic of China.

第二十五章　送达、期间

Chapter 25 Service of Process and Periods

第二百七十四条　人民法院对在中华人民共和国领域内没有住所的当事人送达诉讼文书，可以采用下列方式：

**Article 274** A people's court may serve process on a party which has no domicile within the territory of the People's Republic of China in the following manners:

（一）依照受送达人所在国与中华人民共和国缔结或者共同参加的国际条约中规定的方式送达；

(1) Process is served in the manners specified in the international treaty concluded or acceded to by the home country of the person to be served and the People's Republic of China.

（二）通过外交途径送达；

(2) Process is served through diplomatic channels.

（三）对具有中华人民共和国国籍的受送达人，可以委托中华人民共和国驻受送达人所在国的使领馆代为送达；

(3) If the person to be served is a citizen of the People's Republic of China, service of process may

be entrusted to the embassy or consulate of the People's Republic of China stationed in the country where the person to be served resides.

（四）向受送达人委托的有权代其接受送达的诉讼代理人送达；

(4) Process is served on a litigation representative authorized by the person to be served to receive service of process.

（五）向受送达人在中华人民共和国领域内设立的代表机构或者有权接受送达的分支机构、业务代办人送达；

(5) Process is served on the representative office or a branch office or business agent authorized to receive service of process established by the person to be served within the territory of the People's Republic of China.

（六）受送达人所在国的法律允许邮寄送达的，可以邮寄送达，自邮寄之日起满三个月，送达回证没有退回，但根据各种情况足以认定已经送达的，期间届满之日视为送达；

(6) Service of process by post is allowed if the law of the home country of the person to be served permits service of process by post, and if, three months after the postmark date, the service acknowledgement is not returned, but based on all circumstances, it may be determined that process has been served, process shall be deemed served on the expiration date of the aforesaid period.

（七）采用传真、电子邮件等能够确认受送达人收悉的方式送达；

(7) Process is served by fax, email or any other means capable of confirming receipt by the person to be served.

（八）不能用上述方式送达的，公告送达，自公告之日起满三个月，即视为送达。

(8) If service of process by the aforesaid means is not possible, process shall be served by public announcement, and process shall be deemed served three months after the date of public announcement.

第二百七十五条　被告在中华人民共和国领域内没有住所的，人民法院应当将起诉状副本送达被告，并通知被告在收到起诉状副本后三十日内提出答辩状。被告申请延期的，是否准许，由人民法院决定。

Article 275 Where a defendant has no domicile within the territory of the People's Republic of China, the people's court shall serve a copy of the written complaint on the defendant and notify the defendant to a written statement of defense within 30 days after receiving the copy of the

written complaint. If the defendant applies for an extension of the aforesaid period, the extension shall be subject to the decision of the people's court.

第二百七十六条   在中华人民共和国领域内没有住所的当事人，不服第一审人民法院判决、裁定的，有权在判决书、裁定书送达之日起三十日内提起上诉。被上诉人在收到上诉状副本后，应当在三十日内提出答辩状。当事人不能在法定期间提起上诉或者提出答辩状，申请延期的，是否准许，由人民法院决定。

**Article 276** A party which has no domicile within the territory of the People's Republic of China shall have the right to appeal against a judgment or ruling of a people's court of first instance within 30 days from the date of service of the written judgment or ruling. The appellee shall submit a written statement of defense within 30 days after receiving a copy of the written appeal. If a party is unable to file an appeal or submit a written statement of defense within the statutory period and applies for an extension of the period, the application shall be subject to the decision of the people's court.

第二百七十七条   人民法院审理涉外民事案件的期间，不受本法第一百五十二条、第一百八十三条规定的限制。

**Article 277** The period for a people's court to try a foreign-related civil case shall not be limited by the provisions of Article 152 and 183 of this Law.

第二十六章   仲   裁

Chapter 26 Arbitration

第二百七十八条   涉外经济贸易、运输和海事中发生的纠纷，当事人在合同中订有仲裁条款或者事后达成书面仲裁协议，提交中华人民共和国涉外仲裁机构或者其他仲裁机构仲裁的，当事人不得向人民法院起诉。

**Article 278** Where, for disputes arising from foreign economic and trade activities or international transportation or maritime activities, the parties have included an arbitration clause in the contracts or have reached a written arbitration agreement after a dispute arose to refer such disputes to an international arbitral institution of the People's Republic of China or any other arbitral institution for arbitration, the parties shall not institute an action in a people's court.

当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的，可以向人民法院起诉。

If the parties have not included any arbitration clauses in the contracts or have not reached a written arbitration agreement after a dispute arose, the parties may institute an action in a

[CLI Code]CLI.1.5113165(EN)

people's court.

第二百七十九条　当事人申请采取保全的，中华人民共和国的涉外仲裁机构应当将当事人的申请，提交被申请人住所地或者财产所在地的中级人民法院裁定。

**Article 279** Where a party applies for a preservation measure, the international arbitral institution of the People's Republic of China shall submit the party's application to the intermediate people's court at the place of domicile of the respondent or at the place where the respondent's property is located.

第二百八十条　经中华人民共和国涉外仲裁机构裁决的，当事人不得向人民法院起诉。一方当事人不履行仲裁裁决的，对方当事人可以向被申请人住所地或者财产所在地的中级人民法院申请执行。

**Article 280** Where an international arbitral institution of the People's Republic of China has rendered an award for a dispute, the parties shall not institute an action in a people court for the dispute. If a party fails to comply with the arbitration award, the opposing party may apply for enforcement of the award to the intermediate people's court at the place of domicile of the respondent or at the place where the respondent's property is located.

第二百八十一条　对中华人民共和国涉外仲裁机构作出的裁决，被申请人提出证据证明仲裁裁决有下列情形之一的，经人民法院组成合议庭审查核实，裁定不予执行：

**Article 281** Where the respondent adduces evidence that an arbitration award of an international arbitral institution of the People's Republic of China falls under any of the following circumstances, a people's court shall, upon examination and verification by a collegial bench, issue a ruling not to enforce the award:

（一）当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的；
(1) The contract between the parties does not include an arbitration clause or the parties have not reached any written arbitration agreement after a dispute arose.

（二）被申请人没有得到指定仲裁员或者进行仲裁程序的通知，或者由于其他不属于被申请人负责的原因未能陈述意见的；
(2) The respondent is not notified to appoint an arbitrator or of the conduct of arbitration procedure or fails to present its case, which is not attributable to the fault of the respondent.

（三）仲裁庭的组成或者仲裁的程序与仲裁规则不符的；

(3) The composition of the arbitration tribunal or the arbitration procedure is not in conformity with arbitration rules.

（四）裁决的事项不属于仲裁协议的范围或者仲裁机构无权仲裁的。

(4) The matters arbitrated are outside the scope of an arbitration agreement or the arbitral institution has no arbitration power.

人民法院认定执行该裁决违背社会公共利益的，裁定不予执行。

If a people's court holds that the enforcement of an arbitration award is contrary to the public interest, the people's court shall issue a ruling not to enforce the award.

第二百八十二条　仲裁裁决被人民法院裁定不予执行的，当事人可以根据双方达成的书面仲裁协议重新申请仲裁，也可以向人民法院起诉。

**Article 282** Where an arbitration award is not enforced according to a ruling of a people's court, the parties may, according to a written arbitration agreement reached by them, apply again for arbitration or institute an action in a people's court.

第二十七章　司法协助

Chapter 27 Judicial Assistance

第二百八十三条　根据中华人民共和国缔结或者参加的国际条约，或者按照互惠原则，人民法院和外国法院可以相互请求，代为送达文书、调查取证以及进行其他诉讼行为。

**Article 283** In accordance with an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity, a people's court and a foreign court may request each other to provide judicial assistance in service of process, investigation and collection of evidence and other litigation activities.

外国法院请求协助的事项有损于中华人民共和国的主权、安全或者社会公共利益的，人民法院不予执行。

If any matter requested by a foreign court for assistance is detrimental to the sovereignty, security or public interest of the People's Republic of China, the people's court shall not grant the request.

第二百八十四条　请求和提供司法协助，应当依照中华人民共和国缔结或者参加的国际条约所规定的途径进

[CLI Code]CLI.1.5113165(EN)

行；没有条约关系的，通过外交途径进行。

**Article 284** Judicial assistance shall be requested and provided through the channels prescribed in an international treaty concluded or acceded to by the People's Republic of China; or in the absence of such a treaty, shall be requested and provided through diplomatic channels.

外国驻中华人民共和国的使领馆可以向该国公民送达文书和调查取证，但不得违反中华人民共和国的法律，并不得采取强制措施。

A foreign embassy or consulate to the People's Republic of China may serve process on and investigate and collect evidence from its citizens but shall not violate the laws of the People's Republic of China and shall not take compulsory measures.

除前款规定的情况外，未经中华人民共和国主管机关准许，任何外国机关或者个人不得在中华人民共和国领域内送达文书、调查取证。

Except for the circumstances in the preceding paragraph, no foreign authority or individual shall, without permission from the competent authorities of the People's Republic of China, serve process or conduct investigation and collection of evidence within the territory of the People's Republic of China.

第二百八十五条　外国法院请求人民法院提供司法协助的请求书及其所附文件，应当附有中文译本或者国际条约规定的其他文字文本。

**Article 285** The written request of a foreign court for the provision of judicial assistance by a people's court and the annexes thereto shall be accompanied with Chinese versions or versions in other languages specified in the relevant international treaty.

人民法院请求外国法院提供司法协助的请求书及其所附文件，应当附有该国文字译本或者国际条约规定的其他文字文本。

A letter of request and its annexes submitted to a foreign court by a people's court for judicial assistance shall also be appended with the translations in the language of the country or the texts in the language specified in the relevant international treaty.

第二百八十六条　人民法院提供司法协助，依照中华人民共和国法律规定的程序进行。外国法院请求采用特殊方式的，也可以按照其请求的特殊方式进行，但请求采用的特殊方式不得违反中华人民共和国法律。

**Article 286** The people's courts shall provide judicial assistance under the procedures prescribed by the laws of the People's Republic of China. If a foreign court requests that judicial assistance be

Saved on: 07/11/2026

[CLI Code]CLI.1.5113165(EN)

provided in a special manner, it may be provided in the special manner requested, but the special manner requested shall not violate the laws of the People's Republic of China.

第二百八十七条 人民法院作出的发生法律效力的判决、裁定，如果被执行人或者其财产不在中华人民共和国领域内，当事人请求执行的，可以由当事人直接向有管辖权的外国法院申请承认和执行，也可以由人民法院依照中华人民共和国缔结或者参加的国际条约的规定，或者按照互惠原则，请求外国法院承认和执行。

**Article 287** Where a party applies for enforcement of an effective judgment or ruling of a people's court, if the party against whom enforcement is sought or the property thereof is not within the territory of the People's Republic of China, the applicant may apply directly to the foreign court having jurisdiction for recognition and enforcement or apply to a people's court for the people's court to request recognition and enforcement by the foreign court in accordance with the provisions of an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity.

中华人民共和国涉外仲裁机构作出的发生法律效力的仲裁裁决，当事人请求执行的，如果被执行人或者其财产不在中华人民共和国领域内，应当由当事人直接向有管辖权的外国法院申请承认和执行。

Where a party applies for enforcement of an effective arbitration award of an international arbitral institution of the People's Republic of China, if the party against whom enforcement is sought or the property thereof is not within the territory of the People's Republic of China, the applicant shall apply directly to the foreign court having jurisdiction for recognition and enforcement.

第二百八十八条 外国法院作出的发生法律效力的判决、裁定，需要中华人民共和国人民法院承认和执行的，可以由当事人直接向中华人民共和国有管辖权的中级人民法院申请承认和执行，也可以由外国法院依照该国与中华人民共和国缔结或者参加的国际条约的规定，或者按照互惠原则，请求人民法院承认和执行。

**Article 288** Where an effective judgment or ruling of a foreign court requires recognition and enforcement by a people's court of the People's Republic of China, a party may apply directly to the intermediate people's court of the People's Republic of China having jurisdiction for recognition and enforcement or apply to the foreign court for the foreign court to request recognition and enforcement by the people's court in accordance with the provisions of an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity.

第二百八十九条 人民法院对申请或者请求承认和执行的外国法院作出的发生法律效力的判决、裁定，依照中华人民共和国缔结或者参加的国际条约，或者按照互惠原则进行审查后，认为不违反中华人民共和国法律的基本原

[CLI Code]CLI.1.5113165(EN)

则或者国家主权、安全、社会公共利益的，裁定承认其效力，需要执行的，发出执行令，依照本法的有关规定执行。违反中华人民共和国法律的基本原则或者国家主权、安全、社会公共利益的，不予承认和执行。

**Article 289** After examining an application or request for recognition and enforcement of an effective judgment or ruling of a foreign court in accordance with an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity, a people's court shall issue a ruling to recognize the legal force of the judgment or ruling and issue an order for enforcement as needed to enforce the judgment or ruling according to the relevant provisions of this Law if the people's court deems that the judgment or ruling does not violate the basic principles of the laws of the People's Republic of China and the sovereignty, security and public interest of the People's Republic of China. If the judgment or ruling violates the basic principles of the laws of the People's Republic of China or the sovereignty, security or public interest of the People's Republic of China, the people's court shall not grant recognition and enforcement.

第二百九十条　国外仲裁机构的裁决，需要中华人民共和国人民法院承认和执行的，应当由当事人直接向被执行人住所地或者其财产所在地的中级人民法院申请，人民法院应当依照中华人民共和国缔结或者参加的国际条约，或者按照互惠原则办理。

**Article 290** Where an arbitration award of a foreign arbitral institution requires recognition and enforcement by a people's court of the People's Republic of China, a party shall apply directly to the intermediate people's court at the place of domicile of the party against whom enforcement is sought or at the place where the property thereof is located, and the people's court shall process the application in accordance with an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity.

第二百九十一条　本法自公布之日起施行，《中华人民共和国民事诉讼法（试行）》同时废止。

**Article 291** This Law comes into force on the date of issuance, and the Civil Procedure Law of the People's Republic of China (for Trial Implementation) shall be repealed simultaneously.

©Pkulaw：(www.pkulaw.com) provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulations, please check them with the standard texts. You are welcome to view all our products and services.



Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?



Scan QR Code for instant access to the original text



Original Link: https://www.pkulaw.com/en_chl/3ce82cb92ee006b6bdfb.html

张卫平——著

# 用证据说话

民事证据运用的
法律与技术

全书思维导图
呈现证据要点和细节

四川大学图书馆

13012587

中国工信出版集团　　人民邮电出版社 POSTS & TELECOM PRESS



## 作者简介

**张卫平**

清华大学教授、博士生导师。

中国法学会常务理事、中国法学会学术委员会委员、原中国民事诉讼法学研究会会长、中国检察理论研究会副会长、中国仲裁法学研究会副会长、最高检察院咨询委员、国内14所大学客座教授。

在《法学研究》《中国法学》等学术期刊上发表学术论文190余篇，独著、合著68部。

图书在版编目（CIP）数据

用证据说话：民事证据运用的法律与技术 / 张卫平
著. — 北京：人民邮电出版社，2024.6
ISBN 978-7-115-63044-5

Ⅰ．①用… Ⅱ．①张… Ⅲ．①民事诉讼—证据—研究
—中国 Ⅳ．①D925.113.4

中国国家版本馆CIP数据核字(2023)第203899号

◆ 著　张卫平
责任编辑　黄琳佳
责任印制　周昇亮
◆人民邮电出版社出版发行　　北京市丰台区成寿寺路11号
邮编 100164　　电子邮件 315@ptpress.com.cn
网址 https://www.ptpress.com.cn
北京天宇星印刷厂印刷
◆开本：700×1000　1/16
印张：16.75
字数：172 千字　　　　　　　　2024 年 6 月第 1 版
2024 年 6 月北京第 1 次印刷

定　价：79.80 元

读者服务热线：（010）67630125　印装质量热线：（010）81055316
反盗版热线：（010）81055315
广告经营许可证：京东市监广登字20170147号

Case 1:22-cv-10833-MJJ　Document 258-1　Filed 07/15/26　Page 489 of 497

主要证据，验资报告是否作为证据被采信非常重要。在驳回再审申请的裁定书中，再审法院也没有完全依照再审事由的标准作出裁决，而是以原审裁判在事实认定上有证据证明驳回再审申请，虽然不能说错误，但同样缺乏针对性。另外，对于再审申请人主张的，"韩国××公司提供的催收单均是空白的，且催收公告的内容严重错误，与事实不符，对富×环保公司不产生催告效力"的说法，再审法院应当予以回应，为什么这一关于证据的主张不能成立，或不能证明再审申请人的主张？没有予以回应在裁决的说理性上就有所欠缺。

## 案例评析二

张某平、李某红等合资、合作开发房地产合同纠纷再审申请案

**本案裁判要旨**

《中华人民共和国民事诉讼法》关于"当事人的申请符合下列情形之一的，人民法院应当再审：（一）有新的证据，足以推翻原判决、裁定的"规定中所指新的证据，是指相对于再审申请人在一审及二审诉讼中已经提交过的证据另行提交的不同的新证据，其隐含

的前提是再审申请人应当在一审及二审普通诉讼程序中已经诚实信用地行使了民事诉讼法赋予其积极主动提交证据证明自己主张的民事诉讼权利，这实际上也是当事人应当履行的民事诉讼义务。由于本案申请人一直回避人民法院的送达行为，拒不参加本案前序普通审判程序，于判决发生法律效力后再以新的证据为由申请再审，属于滥用诉讼权利的情形，亦不具有再审利益，并不属于前述法律规定保护当事人应有诉讼权利的范围。

裁判意见

最高院认为：

（一）关于原审法院是否剥夺张某平辩论权利问题。

二审法院已查明，一审法院根据李某红提供的张某平手机号及地址均未能将诉讼文件直接向张某平送达，后以公告方式进行送达并无违法之处。二审法院通过中国裁判文书网找到张某平另案填写的送达地址、其手电话以及相关人民政府的邮寄地址等，分别向张某平送达诉讼文件以及通知案件审理情况后均无回音，结合张某平为陕西省榆林市中级人民法院公布的第十九批失信被执行人，认定张某平一直回避参与本案诉讼，有充分的事实根据，亦不违反法律规定。张某平仅主张李某红在一审时向一审法院提交其虚假个人信息，但并未举证证明该信息确属错误，且该事实是否存在也不影响二审法院为保护张某平参与本案诉讼并行使辩论权利所作的多方努力的合法性，故其关于辩论权利被剥夺的主张因无事实根据和法律依据而不能成立。

（二）关于张某平提交新的证据是否可以启动再审程序问题。

《中华人民共和国民事诉讼法》第二百零七条第一项关于"当事人的申请符合下列情形之一的，人民法院应当再审：（一）有新的证据，足以推翻原判决、裁定的"规定中所指新的证据，是指相对于再审申请人在一审及二审普通诉讼程序中已经提交过的证据另行提交的不同的新证据。其隐含的前提是再审申请人在一审及二审普通诉讼程序中已经诚实地行使了民事诉讼法赋予其积极主动提交证明自己主张的民事诉讼权利，这实际上也是当事人应当履行的民事诉讼义务。由于张某平一直回避人民法院的送达行为，并不参加本案前审普通审判程序，于判决发生法律效力后再以新的证据为由申请再审，属于滥用诉讼权利的情形，亦不具有再审利益，并不属于前述法律规定保护当事人应有诉讼权利的范围。

另外，从其所提交所谓新的证据中，并未发现可证实与本案有关联的直接且明确的事实，亦未达到足以推翻原审判决的证明标准，故其此项申请再审理由因无充分的事实根据和法律依据而不能成立。

（三）关于《大款支付承诺书》的证明效力问题。

张某平主张《大款支付承诺书》不是其真实意思表示，但并未提交可证明该承诺书系虚假的证据，也未举证证明其于法律规定的期间内主张撤销这一民事法律行为，张某平关于其真实意思表示而到胁迫等违背其真实意愿而形成，故其关于《大款支付承诺书》不是其真实意思表示的主张因无民事实根据而不能成立。要证为该承诺书不具有基础法律关系支持，但并未积极参与本案诉

讼并提交证据予以抗辩，其于再审申请中所提各项理由，基本上属于摘引原审诉讼程序中出现的片段文字表述，结合并无充分证据证明的所谓事实并以不甚严密的逻辑得出的结论，尚不足以推翻原审法院对《欠款支付承诺书》具有充分证明效力的基本认定，故其关于《欠款支付承诺书》的内容系李某红虚构、原审法院没有全面客观审核证据以及据以认定事实的证据相互矛盾的主张不能成立。

（四）关于本案法律关系性质认定是否错误问题。

合同的性质应当根据合同的双方当事人约定的具体内容予以认定，张某平主张本案为合伙合同纠纷，这一主张与本案所查明的基本事实并不相符。《最高人民法院关于审理涉及国有土地使用权合同纠纷案件适用法律问题的解释》第十四条关于"本解释所称的合作开发房地产合同，是指当事人订立的以提供出让土地使用权、资金等作为共同投资，共享利润、共担风险合作开发房地产为基本内容的协议"的规定，并未否定本案所涉以获取项目公司股权的方式取得土地使用权并开发房地产项目的交易模式，而第十五条第一款关于"合作开发房地产合同的当事人一方具备房地产开发经营资质的，应当认定合同有效"的规定亦无关于合同无效即不存在合作开发房地产法律关系的意思或明确表述。故张某平关于原审法院认定本案法律关系错误的主张因不符合本案事实和法律规定而不能成立。

·分析与思考·

　　有人认为，本案提出一种新的消极再审事由，即回避法院送达而拒不参加审判程序的当事人不能申请再审。

　　这种认识是错的，最高人民法院在裁定中并没有说，因当事人拒不参加审判程序因此不能申请再审。而是说，申请人以剥夺辩论权为由申请再审的理由是不能成立的，因为申请人拒绝参加诉讼程序，是自己放弃了辩论权。

# 中国民事诉讼法
# 重点讲义

## （第三版）

王亚新　陈杭平　刘君博　著



四川大学图书馆

92012411

中国教育出版传媒集团
高等教育出版社

**图书在版编目（CIP）数据**

中国民事诉讼法重点讲义／王亚新，陈杭平，刘君

博著. -- 3 版. --北京：高等教育出版社，2025. 2.

ISBN 978 - 7 - 04 - 064050 - 2

Ⅰ. D925. 1

中国国家版本馆 CIP 数据核字第 20253QN666 号

Zhongguo Minshi Susongfa Zhongdian Jiangyi

| 策划编辑 | 杨丽云 | 责任编辑 | 姜 洁　杨丽云 | 封面设计 | 王凌波　王 洋 | 版式设计 | 杜微言 |
| 责任绘图 | 李沛蓉 | 责任校对 | 胡美萍 | 责任印制 | 存 怡 | | |

| 出版发行 | 高等教育出版社 | 网　址 | http://www.hep.edu.cn |
| 社　址 | 北京市西城区德外大街 4 号 | | http://www.hep.com.cn |
| 邮政编码 | 100120 | 网上订购 | http://www.hepmall.com.cn |
| 印　刷 | 肥城新华印刷有限公司 | | http://www.hepmall.com |
| 开　本 | 787mm×1092mm 1/16 | | http://www.hepmall.cn |
| 印　张 | 30.5 | 版　次 | 2017 年 3 月第 1 版 |
| 字　数 | 550 千字 | | 2025 年 2 月第 3 版 |
| 购书热线 | 010-58581118 | 印　次 | 2025 年 2 月第 1 次印刷 |
| 咨询电话 | 400-810-0598 | 定　价 | 75.00 元 |

本书如有缺页、倒页、脱页等质量问题，请到所购图书销售部门联系调换

版权所有　侵权必究

物 料 号　64050-00

广为人知的通俗说法或基本命题就是"谁主张、谁举证",意思是案件事实由哪一方当事人提出来,其就应对该事实承担举证责任。不过,这个命题只说得上是部分正确或者至少是不够准确的。关于客观举证责任的分配,首先来看设例7-2。

---

### ✕ 设例7-2

城东公司起诉镇西公司,主张双方之间订有长期供货合同,约定城东公司定期向镇西公司发货,每半年结算付款,已方已经履行合同义务,但镇西公司却拖欠一年半的货款未付,请求其结清欠付货款。镇西公司答辩称虽然双方之间有供货合同且原告确实已经依约发货,但自己并未拖欠一年半的货款,只是最近半年的货款结算因资金周转问题略有拖延而已。根据双方举证的结果,镇西公司是否尚有一年的货款未向城东公司支付这一事实最终仍无法查明。法院据此判决被告向原告支付一年半的货款及相应利息。

---

如果机械地适用"谁主张、谁举证"的命题,可能会难以理解为什么设例7-2中原告主张了的"货款未支付"这一事实会由被告承担最终未能证明的败诉后果。关于客观举证责任事先在当事人之间的分配,我国民诉法学界和司法实务上目前一般采取的是被称为"法律要件分类说"的理论以及建立于其上的分配规则。根据这一理论及相关规则,就比较容易领会设例7-2了。所谓法律要件分类说,指的是按照民事实体法把第3章介绍过的要件事实区分为导致以权利义务为内容的法律效果发生或作为这种效果产生之必要条件的"权利发生事实"、妨碍法律效果发生的"权利妨碍事实"、法律效果虽产生却已归于消灭的"权利消灭事实"以及虽然有关于法律效果的约定但其尚未发生的"权利阻却事实"。很明显,主张权利发生事实的当事人与主张后三种事实的当事人正好构成利益相反并互相对垒的两方阵营,举证责任则按照实体法上每一种权利发生和妨碍、消灭、阻却的要件分类事先配置给互为对手的当事人双方。《民诉法解释》第91条对此作了以下规定:"人民法院应当依照下列原则确定举证证明责任的承担,但法律另有规定的除外:(一)主张法律关系存在的当事人,应当对产生该法律关系的基本事实承担举证证明责任;(二)主张法律关系变更、消灭或者权利受到妨害的当事人,应当对该法律关系变更、消灭或者权利受到妨害的基本事实承担举证证明责任。"

上列规定中"法律关系"的表述,应理解为权利义务关系及权利发生的基础,在学理上表述为"权利发生、变更、消灭"亦无不可。一般而论,主张权利发生的当事人多为发动