**From:** **Yun Cheng** yun@lionslawgroup.com
**Subject:** 回复: Sunco v. Sun et al.
**Date:** November 3, 2025 at 2:24 PM
**To:** Michele E. Connolly mec@fitchlp.com
**Cc:** Tim Cutler tim@cutlerlegal.com, Connie Dai connie@lionslawgroup.com, Peter E. Ball peb@fitchlp.com, Malgorzata A. Mrózek mam@fitchlp.com, Theodore J. Folkman TFolkman@rubinrudman.com, Taylor M. Makson TMakson@rubinrudman.com, Robin Quinn robin@cutlerlegal.com

I think that's fine with us.

Yun Cheng, Esq
Lion's Law P.C.

154 Wells Ave, Suite 1D
Newton, Massachusetts 02459
(617) 682-7105 Direct Line
(617) 682-7111 Main Line
(617) 307-3515 Fax

100 Overlook Center, 2nd Floor
Princeton, New Jersey 08540
(609) 949-5205 Direct Line
(617) 682-7111 Main Line
(617) 307-3515 Fax

www.lionslawgroup.com
https://www.youtube.com/@lionslaw
https://www.linkedin.com/in/lion-s-law-group-823472263
https://yp.wanjiaweb.com/cn/zhuanlan/conniedai

Important Notice: This communication contains confidential information and may contain information, which is protected by the attorney-client privilege, or may be considered attorney work product. The contents of this email are intended solely for the recipient named above. If you received this email in error, you are advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email from your server.  Thank you for your cooperation in this matter.

---

**发件人:** Michele E. Connolly <mec@fitchlp.com>
**发送时间:** 2025年11月3日 13:39
**收件人:** Yun Cheng <yun@lionslawgroup.com>
**抄送:** Tim Cutler <tim@cutlerlegal.com>; Connie Dai <connie@lionslawgroup.com>; Peter E. Ball <peb@fitchlp.com>; Malgorzata A. Mrózek <mam@fitchlp.com>; Theodore J. Folkman <TFolkman@rubinrudman.com>; Taylor M. Makson <TMakson@rubinrudman.com>; Robin Quinn <robin@cutlerlegal.com>
**主题:** Re: Sunco v. Sun et al.

Hi Mike,

That works for us.  The due date for our reply would need to change as well, as it is currently due on the 21st.  If we moved it by six days, that would make it due on Thanksgiving, so I'd suggest moving the deadline to the Tuesday after Thanksgiving, if that's acceptable to everyone.

Thanks,
Michele

---

**Michele E. Connolly | Partner**

Phone 617-542-5542
Fax 617-542-1542
mec@fitchlp.com | View Bio

FITCH LAW PARTNERS LLP
84 State Street | Boston | MA | 02109
**fitchlp.com**

# FITCH

On Nov 3, 2025, at 1:18 PM, Yun Cheng <yun@lionslawgroup.com> wrote:

Hi Michele,

I'm writing to confirm that since you filed your motion on 10/30, which is 6 days later than the originally agreed date (10/24), we will have 6 additional days as well, which gives us until 11/20 to file the opposition. Please let me know if we have the same understandings.

Thank you,
Mike


Yun Cheng, Esq
Lion's Law P.C.

154 Wells Ave, Suite 1D
Newton, Massachusetts 02459
(617) 682-7105 Direct Line
(617) 682-7111 Main Line
(617) 307-3515 Fax

100 Overlook Center, 2nd Floor
Princeton, New Jersey 08540
(609) 949-5205 Direct Line
(617) 682-7111 Main Line
(617) 307-3515 Fax

www.lionslawgroup.com
https://www.youtube.com/@lionslaw
https://www.linkedin.com/in/lion-s-law-group-823472263
https://yp.wanjiaweb.com/cn/zhuanlan/conniedai

Important Notice: This communication contains confidential information and may contain information, which is protected by the attorney-client privilege, or may be considered attorney work product. The contents of this email are intended solely for the recipient named above. If you received this email in error, you are advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email from your server.  Thank you for your cooperation in this matter.

---

**发件人:** Michele E. Connolly <mec@fitchlp.com>
**发送时间:** 2025年10月28日 16:40
**收件人:** Tim Cutler <tim@cutlerlegal.com>
**抄送:** Connie Dai <connie@lionslawgroup.com>; Yun Cheng <yun@lionslawgroup.com>; Peter E. Ball <peb@fitchlp.com>; Malgorzata A. Mrózek <mam@fitchlp.com>; Theodore J. Folkman <TFolkman@rubinrudman.com>; Taylor M. Makson <TMakson@rubinrudman.com>; Robin Quinn <robin@cutlerlegal.com>
**主题:** Re: Sunco v. Sun et al.

Tim, Connie, and Mike,

Will you assent to a motion for up to an additional 5 pages for our sanctions memorandum? If not, please let me know your availability tomorrow for a brief call pursuant to the local rules.

Thank you.

Best,
Michele

———

**Michele E. Connolly | PARTNER**

Phone 617-542-5542
Fax 617-542-1542
mec@fitchlp.com | View Bio

FITCH LAW PARTNERS LLP
84 State Street | Boston | MA | 02109
**fitchlp.com**

# FITCH

On Oct 20, 2025, at 2:24 PM, Michele E. Connolly <mec@fitchlp.com> wrote:

Thanks very much Robin.

On Oct 20, 2025, at 2:20 PM, Tim Cutler <tim@cutlerlegal.com> wrote:

Hi Michele,

I was just checking Tim's email and saw your message.  Tim, Connie and Michael are all in trial, but I had a chance to briefly talk with Tim.  We are ok with your requested extension.

Thanks,
Robin

**Timothy K. Cutler, Esq.**

CUTLER & WILENSKY LLP
20 Walnut Street, Suite 1
Wellesley, Massachusetts 02481
(617) 232-7501 Direct
 (617) 232-7560 Facsimile
tim@cutlerlegal.com
www.cutlerlegal.com

***Important Notice:*** This communication contains confidential information and may contain information, which is protected by the attorney-client privilege, or may be considered attorney work product. The contents of this e-mail are intended solely for the recipient named above. If you received this e-mail in error, you are advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited.  Additionally, if you received this e-mail in error, please return the e-mail to the sender, and delete all references to the e-mail from your server.  Thank you for your cooperation in this matter.

**From:** Michele E. Connolly <mec@fitchlp.com>
**Sent:** Monday, October 20, 2025 2:03 PM
**To:** Tim Cutler <tim@cutlerlegal.com>; Connie Dai <connie@lionslawgroup.com>; Yun Cheng <yun@lionslawgroup.com>
**Cc:** Peter E. Ball <peb@fitchlp.com>; Malgorzata A. Mrózek <mam@fitchlp.com>; Theodore J. Folkman <tfolkman@rubinrudman.com>; Taylor M. Makson <TMakson@rubinrudman.com>
**Subject:** Sunco v. Sun et al.

Tim, Connie, and Mike,

I hope your trial has gotten off to a good start (or settled).  I'm writing to request your assent to a 3-business day extension on the motion for sanctions, moving the deadline from this Friday to next Wednesday.  That still leaves more than 3 weeks for your opposition, so I hope that is acceptable.

Thank you.

Best,
Michele

⎯⎯

**Michele E. Connolly | Partner**
Phone 617-542-5542
Fax 617-542-1542
mec@fitchlp.com | View Bio

FITCH LAW PARTNERS LLP
84 State Street | Boston | MA | 02109
**fitchlp.com**

## FITCH

This message and any attachments to it contain information from the law firm of Fitch Law Partners LLP which may be CONFIDENTIAL and PRIVILEGED. The message and any attachments are intended only for the use of the addressee(s). If you are not an intended recipient, you are hereby advised that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this transmission in error, please notify Fitch Law Partners LLP immediately by telephone, 617-542-5542, or by e-mail reply and immediately delete and destroy all copies of the message and any attachments. Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.