**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:22-cv-10833-MJJ |
| | ) |
| LINDA SUN, individually, DAVID SUN, individually SHILLOCK YUAN-SUN, individually, and INFINITY WOOD PRODUCTS, LLC., | ) **CORRECTED MOTION OF** |
| | ) **DEFENDANTS DAVID SUN,** |
| | ) **SHILLOCK YUAN-SUN, INFINITY** |
| | ) **WOOD PRODUCTS, LLC, SUNCO,** |
| Defendants, | ) **INC., EASTMAN ST. DISTRIBUTORS** |
| | ) **LLC, EASTMAN ST. WOODWORKS,** |
| SUNCO, INC., EASTMAN ST. DISTRIBUTORS LLC, | ) **INC., AND INFINITY REALTY** |
| EASTMAN ST. WOODWORKS, INC., | ) **COMPANY'S FOR SUMMARY** |
| INFINITY REALTY COMPANY LLC, and | ) **JUDGMENT** |
| NEW SUN LIMITED PARTNERSHIP | ) |
| | ) |
| Reach and Apply Defendants, and | ) |
| Fraudulent Conveyance Defendants | ) |
| | ) |
| | ) |
| Linda Sun | ) |
| | ) |
| Counterclaim Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Sunco Timber (Kunshan) Co., Ltd. | ) |
| | ) |
| Counterclaim Defendant. | ) |
| | ) |
| | ) |
| Sunco, Inc. | ) |
| | ) |
| Counterclaim Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Sunco Timber (Kunshan) Co., Ltd. | ) |
| | ) |
| Counterclaim Defendant. | ) |
| | ) |

Four years into this litigation, it is clear that Plaintiff has no case for any of its claims against the Moving Defendants.  Accordingly, Plaintiff's motion for summary judgment on those claims should be denied and Moving Defendants' cross-motion for summary judgment on those claims should be granted.  The counterclaims of Defendant Sunco, Inc. ("Sunco US"), which arise from Plaintiff's failure to repay a loan, raise disputed issues of fact and, accordingly, Plaintiff's motion for summary judgment on those counterclaims should be denied, and those claims should be tried.

For the Court's convenience, attached as **Appendix <u>A</u>** to the memorandum in support of this Corrected Motion[1] is a chart setting out each count of the Amended Complaint and Sunco US's counterclaim, with the relief requested by Plaintiff and by the Defendants as a result of the summary judgment cross-motions, and with the Defendants' position as to how the Court should dispose of those claims.

In support hereof, Moving Defendants rely upon the accompanying Memorandum of Law, Statement of Material Facts, and Declaration of Michele E. Connolly with exhibits.


[SIGNATURE ON FOLLOWING PAGE]

---

[1] Counsel for Moving Defendants have recently come to learn that when they filed their initial papers on May 27, 2026, they inadvertently filed a duplicate copy of their Memorandum of Law in Support of their Motion for Summary Judgment at Docket Number 235 instead of what they had intended to file and what they indicated they were filing, which was the Motion itself.  The same Memorandum of Law that Moving Defendants incorrectly filed at Doc. No. 235 was then correctly filed by counsel for Moving Defendants at Docket Number 236.  At the suggestion of the Court's Clerk, Moving Defendants file this Corrected Motion to clarify the record and remedy the incorrect entry at Docket Number 235.  The instant Corrected Motion is substantively identical to the original motion that Moving Defendants had intended to file at Docket Number 235.

Respectfully submitted,


DAVID SUN, SHILLOCK YUAN-SUN,
INFINITY WOOD PRODUCTS, LLC,
SUNCO, INC., EASTMAN ST.
DISTRIBUTORS, LLC, EASTMAN ST.
WOODWORKS, INC., and INFINITY
REALTY CO. LLC,

By their attorneys:

_/s/ Michele Connolly_____
Peter E. Ball (BBO No. 546031)
Michele E. Connolly (BBO No. 680946)
Malgorzata Mrózek (BBO No. 699035)
FITCH LAW PARTNERS LLP
84 State St.
Boston, MA 02109
(617) 542-5542
peb@fitchlp.com
mec@fitchlp.com
Dated:  July 16, 2026                mam@fitchlp.com


## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Moving Defendants respectfully request that the Court hold oral argument on the instant Motion.  Moving Defendants believe that oral argument will materially assist the Court in ruling on the Motion.


## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 16, 2026.


/s/Malgorzata A. Mrozek_____
Malgorzata A. Mrozek


2