**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SUNCO TIMBER (KUNSHAN) CO., LTD.<br>     Plaintiff,<br><br>     v.<br><br>LINDA SUN, et al.,<br>     Defendants | **Civil Action No. 1:22-cv-10833** |

**NOTICE OF SUPPLEMENTAL AUTHORITIES**

Attached is a copy of the decision of _Val-U Constr. Co. v. Rosebud Sioux Tribe_, 146 F.3d 573 (8th Cir. 1998), which neither side brought to the Court's attention.[1]

The Court in _Val-U Constr. Co._ held that a final but unconfirmed arbitration constituted a final judgment for purposes of _res judicata_ and collateral estoppel.

---

[1] Plaintiff's counsel intended to bring the case to everyone's attention at the July 30th hearing, but ran out of time.

1

**DATED:  August 3, 2026**                         **PLAINTIFF,**
Sunco Timber (Kunshan) Co., Ltd.
By its attorneys,


*/s/Yun Cheng*
Connie C. Dai (BBO#683330)
Yun Cheng (BBO# 707028)
Lion's Law, P.C.
154 Wells Ave
Newton, Massachusetts 02459
(617) 232-7503 Telephone
(781) 207-8574 Fax
connie@lionslawgroup.com
yun@lionslawgroup.com


*/s/Timothy K. Cutler*
Timothy K. Cutler (BBO#636124)
CUTLER & WILENSKY LLP
20 Walnut Street, Suite 1
Wellesley, Massachusetts 02481
(617) 232-7500 Telephone
tim@cutlerlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 3, 2026.

*/s/Yun Cheng*
Yun Cheng

2