

Theodore J. Folkman
Direct Dial: 617.330.7135
E-mail: tfolkman@rubinrudman.com
Return Address: Boston

August 6, 2026

Hon. Myong J. Joun
U.S. District Court
One Courthouse Way
Boston, Mass. 02210

Re:     Sunco Timber (Kunshan) Co. Ltd. v. Sun, No. 1:22-cv-10833

Dear Judge Joun:

At the hearing on the cross-motions for summary judgment on July 30, 2026, I raised a point about my clients' decision not to hire an expert, and I noted that the co-defendants' expert was not retained by my clients. While the hearing has not yet been transcribed, I believe I said that I had never spoken with the co-defendants' expert, Mr. Yogel. After the hearing, I recalled that my firm has retained Mr. Yogel as a forensic accounting expert in another matter. I have spoken with him in connection with that matter, which is entirely unrelated to this action. If I did say at the hearing what I think I said, I would like to correct the record and to apologize for the inadvertent inaccuracy. I should have said that I had never spoken with Mr. Yogel about this case.

Sincerely,

*/s/ Theodore J. Folkman*

Theodore J. Folkman

cc: counsel of record (by CM/ECF)