FITCH

PETER E. BALL
peb@fitchlp.com

FITCH LAW PARTNERS LLP
84 STATE STREET
BOSTON, MA 02109

September 29, 2026

***VIA E-MAIL TO STEVE_YORK@MAD.USCOURTS.GOV***

Mr. Steve York
Clerk to the Hon. Myong J. Joun
United States District Court
1 Courthouse Way
Boston, MA 02210

Re: *Sunco Timber (Kunshan) Co. Ltd. v. Linda Sun, et. al.*
Civil Action No. 1:22-cv-10833-MJJ

Dear Mr. York:

This firm represents all defendants in the above-captioned case except for Linda Sun ("Linda") and New Sun Limited Partnership ("NSLP"). However, with permission of counsel for Linda and NSLP, I am writing on behalf of all Defendants, and I am copying counsel for Plaintiff.

Defense counsel have reviewed the Court's Order that was entered on the docket at ECF #270), which Order (1) notes the Court's previous ruling (ECF #218) granting in part Defendants' Motion for Sanctions (ECF #199), and (2) denies without prejudice the remaining part of Defendants' Motion for Sanctions on which the Court had not previously ruled.

Defendants, through their counsel, are writing to inquire whether the Court intends to set forth in a Memorandum the basis for the Court's ruling on Defendants' Motion for Sanctions in light of First Circuit cases holding that a court awarding sanctions must explain the rationale therefore. *See, e.g.*, *Foster v. Mydas Assocs., Inc.*, 943 F.2d 139, 141 (1st Cir. 1991) ("It is well established that, in shifting fees or imposing sanctions, the district court is expected to explain its actions"); *Morgan v. Massachusetts Gen. Hosp.*, 901 F.2d 186, 195 (1st Cir. 1990) ("Although it is clear that a district court has considerable discretion in imposing sanctions, including the award of attorney's fees, it is equally well settled that the decision to do so must both be

explained and be supported by the record." (internal citations omitted)); *Metrocorps, Inc. v. E. Massachusetts Jr. Drum & Bugle Corps Ass'n*, 912 F.2d 1, 3 (1st Cir. 1990) (same).

Thank you.

Respectfully yours,

*/s/ Peter E. Ball*

Peter E. Ball

cc: Timothy K. Cutler, Esq.
Connie C. Dai, Esq.
Yun Cheng, Esq.
Theodore J. Folkman, Esq.
Elizabeth L. Gardon, Esq.
Taylor M. Makson, Esq.
Michele E. Connolly, Esq.
Malgorzata A. Mrózek, Esq.
(all via e-mail)